FILED

2016 FEB 10 AM 9:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    CR No. **C R 1 6 - 0 0 6 6**
                                     )
                Plaintiff,           )    I N F O R M A T I O N
                                     )
        v.                           )    [18 U.S.C. § 1001(a)(2):
                                     )    Making False Statements]
LEROY BACA,                          )
                                     )
                Defendant.           )
                                     )
                                     )
_____)

The United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

On or about April 12, 2013, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Federal Bureau of Investigation and the United States Attorney's Office for the Central District of California, defendant LEROY BACA knowingly and willfully made the following materially false and fictitious statements and representations:

1. Defendant BACA, who at the time was the Sheriff of Los Angeles County, falsely stated he was not involved in a

conversation about keeping the FBI and Inmate AB, who was a federal informant, away from each other. In fact, as defendant BACA knew at the time he made the statement, he had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping Inmate AB away from the FBI.

2. Defendant BACA falsely stated that he was unaware and was not informed that FBI Special Agents were not allowed to continue an interview they were conducting of Inmate AB at Men's Central Jail on August 23, 2011. In fact, as defendant BACA knew at the time he made the statement, he was told by then-LASD Lieutenant Greg Thompson on August 23, 2011 that the FBI had interviewed Inmate AB and that the interview was terminated by the LASD.

3. Defendant BACA falsely stated that he was not aware that LASD officials were going to approach FBI Special Agent LM until he received a phone call from the Assistant Director in Charge of the FBI in Los Angeles after LASD officials had threatened her arrest on September 26, 2011. In fact, as defendant BACA knew at the time he made the statement, he had

been aware that LASD officials were going to approach FBI Special Agent LM before they did so.

EILEEN M. DECKER
United States Attorney


LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

BRANDON D. FOX
Assistant United States Attorney
Chief, Public Corruption and
  Civil Rights Section

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

EDDIE A. JAUREGUI
Assistant United States Attorney
General Crimes Section