**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 0 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**CASE SUMMARY**

Case Number **C R 1 6 - 0 0 6 6**          Defendant Number 1

U.S.A. v. Leroy Baca          Year of Birth 1942

☐ Indictment          ☒ Information          Investigative Agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a.  Offense charged as a:

☐ Class A Misdemeanor☐ Minor Offense☐ Petty Offense☐

Class B Misdemeanor          ☐ Class C Misdemeanor          ☒ Felony

b.  Date of Offense:  4/12/13

c.  County in which first offense occurred:

Los Angeles

d.  The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles          ☐ Ventura
☐ Orange          ☐ Santa Barbara
☐ Riverside          ☐ San Luis Obispo
☐ San Bernardino          ☐ Other

Citation of Offense

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No          ☐ Yes

If YES     Case Number

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a.  arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b.  involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE**  United States v. Tanaka, CR 15-00255-PA; United States v. Thompson, CR 13-819-PA

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A

Case Number N/A

Charging N/A

The complaint:          ☐ is still pending

☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented:   ☒ No   ☐ Yes

If YES, provide, Name:

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
          ☐ Yes*                    ☒ No
Will more than 12 days be required to present government's evidence in the case-in-chief:
          ☐ Yes*                    ☒ No
*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**          ☒ Yes          ☐ No

This is the N/A superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

N/A

Case Number  N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
          ☐ Yes*                    ☒ No
Will more than 12 days be required to present government's evidence in case-in-chief?
          ☐ Yes*                    ☒ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☐ YES          ☒ NO

If YES, list language and/or dialect:

N/A

**OTHER**

☒ Male          ☐ Female

☒ U.S. Citizen          ☐ Alien

Alias Name(s)  N/A

This defendant is charged in:          ☒ All counts

☐ Only counts: N/A

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes          ☒ No

If YES, should matter be sealed?          ☐ Yes          ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☒ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses          ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☐ Other N/A

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: _____

   in the amount of $ N/A

c. PSA supervision:          ☐ Yes          ☐ No

d. Is on bail or release from another district:

   N/A

Defendant is **in** custody:

a. Place of incarceration:          ☐ State          ☐ Federal

b. Name of institution: N/A

c. If Federal: U.S. Marshal's Registration Number:

   N/A

d. ☐ Solely on this charge. Date and time of arrest:

   N/A

e. On another conviction:          ☐ Yes          ☐ No

   IF YES:          ☐ State          ☐ Federal          ☐ Writ of

   issue

f. Awaiting trial on other charges:          ☐ Yes          ☐ No

   IF YES:          ☐ State          ☐ Federal          AND

Name of Court: _____

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district

Pursuant to F.R.Cr.P.          _____ 20          _____ 21          _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 2/9/16

Signature of Assistant U.S. Attorney

Brandon D. Fox

Print Name