FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

2016 FEB 10 AM 9:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

C R 16-0066

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LEROY BACA<br><br>DEFENDANT. | **NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Tanaka</u>, Case No. CR 15-255-PA and <u>United States v. Thompson</u>, Case No. CR 13-819-PA which:

____X____ were previously assigned to the Honorable Percy Anderson;

_____ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

____X____ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: February 10, 2016

_____
Brandon D. Fox
Assistant United States Attorney