FILED
CLERK, U.S. DISTRICT COURT

FEB 10 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | CR 16-0066 |
| V. | | |
| Lee Baca | | **WAIVER OF INDICTMENT** |
| | DEFENDANT | |

I, __Lee Baca__ , the above-named defendant, who is accused of __Making a false statement__ , in violation of __18 U.S.C. 1001(a)(2)__ , being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __February 10, 2016__ , prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__2-10-16__
*Date*

__2-10-16__
*Date*

__2 10.16__
*Date*

*Defendant*

*Counsel for Defendant*

Before: *Judicial Officer*

If the defendant does not speak English, complete the following:

I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
*Date*

_____
*Interpreter*