**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | LACR 16-66 JAK |
| Leroy Baca <br><br> DEFENDANT(S). | **ORDER RE TRANSFER PURSUANT TO** <br> **GENERAL ORDER 14-03 (Related Criminal Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

February 10, 2016
_____
Date

_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____                    _____
Date                                        United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   LACR 13-819 PA & LACR 15-255 PA   and the present case:

☒  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

## Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials   PA   after the case number in place of the initials of the prior judge, so that the case number will read   CR 16-00066 PA   .
This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☒ Previous Judge   ☐ Statistics Clerk

CR-59 (06/14)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Case)