# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:16-CR-00066                Recorder: CS 02/10/2016                Date: 02/10/2016

Present: The Honorable Patrick J. Walsh, U.S. Magistrate Judge

Court Clerk: Isabel Martinez                          Assistant U.S. Attorney: Brandon Fox and Liz Rhoades

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| LEROY BACA<br>    BOND-PRESENT | MICHAEL ZWEIBACK<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge John A. Kronstadt.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Andrea Keifer at ( 213 ) 894-2156 to set dates for all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: IM by TRB

2/10/2016