# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 16-66 PA | Date | February 10, 2016 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| Kamilla Sali-Suleyman | Shayna Montgomery | Brandon D. Fox<br>Lizabeth Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | X | | X | Michael Zweiback<br>Erin C. Coleman | X | | X |

**Proceedings:**   ARRAIGNMENT AND PLEA

Defendant is named in a Single Count Information.  The defendant is arraigned and pleads guilty to the Information.  The Court finds the plea is knowing, voluntary and it is accepted and entered.  The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **May 16, 2016, at 11:00 a.m.** for sentencing. The defendant is ordered to appear for sentencing without any further notice or order from the Court.

Rule 32 of the Fed. R. Cr.P. requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within 14 days of receipt.  Alternatively, counsel may file objections no later than 21 days before sentencing.  The Court construes "objections" to include departure arguments.  Any party who intends to move for a continuance of the sentencing hearing shall, not later than noon on the Tuesday preceding the hearing date, notify opposing counsel and the Court Clerk.  Strict compliance with these deadlines is mandatory because untimely filing may interfere with the abilities of the Probation Office and the Court to prepare for sentencing.  Failure to meet these deadlines is grounds for sanctions.

IT IS SO ORDERED.

|  | : | 39 |
|---|---|---|
| Initials of Deputy Clerk | | KSS |

cc:  **USMO, USPO, PSA**