Name & Address:

Michael Zweiback (SBN 143549)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel.: (213) 629-7400; Fax: (213) 629-7401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>LEROY BACA<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR 16-00066-PA<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: **(List Documents)**

DEFENDANT'S RESPONSE TO THE COURT'S ORDER RE: NOTICE OF INTENT TO DISCLOSE DOCUMENTS

**Reason:**

☒ Under Seal

☒ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☒ Per Court order dated: March 14, 2016

☐ Other:

March 16, 2016
Date

_Michael Zweiback_

Attorney Name
Michael Zweiback

Party Represented
Defendant LEROY BACA

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

NOTICE OF MANUAL FILING OR LODGING    American LegalNet, Inc.<br>www.FormsWorkFlow.com