EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-0066 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | CURRENT SENTENCING DATE: May 16, 2016 at 11:00 a.m. |
| LEROY BACA, | PROPOSED SENTENCING DATE: June 13, 2016 at 11:00 a.m. |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant Leroy Baca, by and through his counsel of record, Michael Zweiback, hereby stipulate and request as follows:

1. Defendant made his initial appearance on the information in this case and pled guilty pursuant to a Rule 11(c)(1)(C) agreement on February 10, 2016. Defendant's Pre-Sentence Investigation Report was filed on April 8, 2016.

2. On or about April 14, 2016, defendant provided the government with documents relating to paragraph 65 of the Pre-Sentence Investigation Report that may be relevant to the government's sentencing recommendation, as well as the Court's decision on whether to accept defendant's guilty plea pursuant to the Rule 11(c)(1)(C) agreement.

3. The government wishes to conduct additional research regarding the material disclosed by the defendant and referenced in the Pre-Sentence Investigation Report.

4. Additionally, the lead attorney in this matter is scheduled for trial in <u>United States v. Brunsting</u>, CR No. 13-573(A)-GW, which is currently set for May 10, 2016. (On April 18, 2016, defense counsel in that case filed an application to continue the trial date, but the government opposes a continuance and the Court has not ruled on it.)

5. To allow the government ample opportunity to prepare for defendant's sentencing and file its recommendation with the Court, the parties request that the sentencing of defendant be continued until June 13, 2016. This would allow the parties to file their sentencing papers by June 1, 2016.

6. Defendant is on bond and will not be prejudiced by a continuance.

IT IS SO STIPULATED.

Dated: April 20, 2016       EILEEN M. DECKER
                            United States Attorney

                            LAWRENCE S. MIDDLETON
                            Assistant United States Attorney
                            Chief, Criminal Division


                             /s/ *Brandon Fox*
                            BRANDON D. FOX
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA


Dated: April 20, 2016

                             /s/ *Michael Zweiback*
                            MICHAEL ZWEIBACK
                            Attorney for Defendant
                            LEROY BACA