EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
            Lizabeth.Rhodes@usdoj.gov
            Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-0066 |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | |
| LEROY BACA, | |
| Defendant. | |

The parties have established good cause for continuing the defendant's sentencing, IT IS HEREBY ORDERED:

The sentencing of defendant LEROY BACA is continued from May 16, 2016 at 11:00 a.m. to June 27, 2016 at 8:30 a.m.  Each party's

sentencing position paper shall be filed by June 1, 2016.

IT IS SO ORDERED.


 April 22, 2016
DATE                                    HONORABLE PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ *Brandon Fox*
BRANDON D. FOX
Assistant United States Attorney


  cc: **USPO, PSA**

2