EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-7631
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-0066 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | CURRENT SENTENCING DATE: June 27, 2016 at 8:30 a.m. |
| LEROY BACA, | PROPOSED SENTENCING DATE: |
| Defendant. | July 11, 2016 at 8:30 a.m. |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant Leroy Baca, by and through his counsel of record, Michael Zweiback, hereby stipulate and request as follows:

1.   Defendant made his initial appearance on the information in this case and pled guilty pursuant to a Rule 11(c)(1)(C) agreement on February 10, 2016.  Defendant's Pre-Sentence Investigation Report was filed on April 8, 2016.

2.   On or about April 14, 2016, defendant provided the government with documents relating to paragraph 65 of the Pre-Sentence Investigation Report that may be relevant to the government's sentencing recommendation, as well as the Court's decision on whether to accept defendant's guilty plea pursuant to the Rule 11(c)(1)(C) agreement.

3.   The Court previously continued the sentencing hearing, in part, to allow the government to retain and consult with an expert. The sentencing hearing is currently set for June 27, 2016 at 8:30 a.m.  The parties' sentencing filings are currently due on June 1, 2016.

4.   The government has identified, retained and consulted with an expert witness regarding the issues raised in paragraph 65.  This expert witness then asked for additional material from defendant in order to fully assess the issue.

5.   Defendant provided most of this material to the government late last week, which the government forwarded on to its expert witness today.  Defendant, however, is awaiting additional results sought by the government's expert witness.  Defendant expects to receive these results in the next week.  Once the government receives the additional material, it will need time to consult with its expert witness on the issue and determine the extent to which it affects the government's recommendation, if at all.

6.    The current deadlines do not provide the government with enough time to consider all of this material, consult with its expert witness, and file its sentencing position paper by June 1, 2016.

7.    To allow the parties ample opportunity to prepare for defendant's sentencing and file their recommendations with the Court, the parties request that the sentencing of defendant be continued until July 11, 2016.  This would allow the parties to file their sentencing papers by June 20, 2016.

8.    Defendant is on bond and will not be prejudiced by a continuance.

IT IS SO STIPULATED.

Dated: May 23, 2016                    EILEEN M. DECKER
                                       United States Attorney

                                       LAWRENCE S. MIDDLETON
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                        /s/ *Brandon Fox*
                                       BRANDON D. FOX
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA



Dated: May 23, 2016


                                        /s/ *Michael Zweiback*
                                       MICHAEL ZWEIBACK
                                       Attorney for Defendant
                                       LEROY BACA