Michael Zweiback (State Bar No. 143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000

Attorneys for Defendant Leroy Baca

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>LEROY BACA,<br><br>                  Defendant. | Case No.: CR16-0066-PA<br><br>**DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION**<br><br>Date: July 11, 2016<br>Time: 8:30 AM<br>Ctrm: No. 15 |

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S
SENTENCING POSITION

## <u>DECLARATION OF MICHAEL ZWEIBACK</u>

I, Michael Zweiback, declare and state as follows:

1.     I am an attorney licensed to practice law in the State of California and before this Court.  I am a partner in the law firm Alston & Bird LLP, counsel of record for Defendant Sheriff Leroy Baca ("Sheriff Baca") in the above-captioned matter.  I make this declaration in support of Sheriff Baca's Sentencing Position.

2.     I have personal knowledge of the matters stated herein, except where stated otherwise, and could and would competently testify thereto if called upon to do so.

3.     Attached is a true and correct copy of a report from Dr. Helena Chang Chui, M.D., dated May 17, 2016, including her Curriculum Vitae as **Exhibit A**. Exhibit A is filed under seal.

4.     Attached is a true and correct copy of the Declaration of Phillip S. Wise, Assistant Director (Retired), Federal Bureau of Prisons, as **Exhibit B**.

5.     Attached is a true and correct copy of relevant excerpts of the Reporter's Transcript of the Partial Jury Trial Proceedings (Day 9) on April 5, 2016 in the matter of *United States v. Tanaka*, Case No. 15-CR-255-PA as **Exhibit C**.

6.     Attached are true and correct copies of letters submitted to Alston & Bird LLP to file with the Court in support of the Sheriff Baca's Sentencing Position as **Exhibit D**.  The letters are listed as follows:

1.     Bob Adams, MA – Exhibit D, pgs. 49-50

2.     Thomas Alexanian – Exhibit D, pg. 51

3.     Kamal Al-Khatib – Exhibit D, pgs. 52-53

4.     Lee Kanon Alpert, Esq. – Exhibit D, pgs. 54-57

5.     Christopher A. Ambarian – Exhibit D, pgs. 58-59

6.     Terry Anderson, Ph.D. – Exhibit D, pgs. 60-61

7.     Isaac Asberry – Exhibit D, pg. 62

8.     Severyn Ashkenazy – Exhibit D, pg. 63

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

9.    Jack Ashworth – Exhibit D, pg. 64

10.    Carol Baca – Exhibit D, pg. 65-79

11.    David Baca – Exhibit D, pg. 80

12.    Judith Anne Howell Baca – Exhibit D, pg. 81

13.    Joseph Baghdadlian – Exhibit D, pg. 82

14.    Amir Bahadori – Exhibit D, pg. 83

15.    Rev. Fr. John S. Bakas – Exhibit D, pgs. 84-85

16.    Ovanes Balayan – Exhibit D, pg. 86

17.    Fred Balderrama – Exhibit D, pg. 87

18.    Dave Bates – Exhibit D, pgs. 88-89

19.    Eber N. Bayona, Esq. – Exhibit D, pgs. 90-91

20.    Bruce Bennett – Exhibit D, pgs. 92-93

21.    Richard Benveniste, DDS, MSD – Exhibit D, pg. 94

22.    Hon. Carol Biondi (ret.) – Exhibit D, pgs. 95-96

23.    Stanley Black – Exhibit D, pg. 97

24.    Douglas Overton Blue – Exhibit D, pgs. 98-99

25.    Michael J. Bostic – Exhibit D, pgs. 100-101

26.    Jane Bouffard – Exhibit D, pg. 102

27.    Rabbi Zvi Boyarsky – Exhibit D, pgs. 103-104

28.    Pat Bradford – Exhibit D, pg. 105

29.    Basset H. Brown, M.D. – Exhibit D, pg. 106

30.    Barry and Terryl Bruce – Exhibit D, pgs. 107-108

31.    Daniel W. Bryant Sr., Daniel N. Bryant Jr., and Matthew N. Bryant – Exhibit D, pgs. 109-110

32.    Hon. Yvonne B. Burke, Esq. – Exhibit D, pg. 111

33.    Hon. Richard Burns – Exhibit D, pg. 112

34.    Hon. John L. Burton – Exhibit D, pgs. 113-114

35.    Karen Cameron – Exhibit D, pgs. 115-116

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

36. Vicky Chang – Exhibit D, pg. 117

37. Hon. Wen Chang (ret.) – Exhibit D, pgs. 118-119

38. Dr. Paul Chappell – Exhibit D, pg. 120

39. Hon. Carol Chen – Exhibit D, pg. 121

40. Lily Lee Chen – Exhibit D, pg. 122

41. Connie Cheng, DO – Exhibit D, pgs. 123-124

42. Paul P. Cheng, Esq. – Exhibit D, pgs. 125-127

43. Raymond Cheng, A.I.A., NCARB – Exhibit D, pgs. 128-129

44. Takashi S. Cheng – Exhibit D, pg. 130

45. Brian Chiang – Exhibit D, pgs. 131-132

46. Evette Chiang – Exhibit D, pg. 133

47. Steve Chiang – Exhibit D, pg. 134

48. Brant Choate, Ed.D. – Exhibit D, pg. 135

49. Barbara Coleman – Exhibit D, pgs. 136-139

50. Hon. Steve Cooley, Esq. – Exhibit D, pgs. 140-141

51. Brian Corbell – Exhibit D, pg. 142

52. Kay W. Coulson, MPA – Exhibit D, pg. 143

53. Carl D. Covitz – Exhibit D, pg. 144

54. Alpha Omega Curry, Ph.D. – Exhibit D, pgs. 145-151

55. John C. Cushman, III – Exhibit D, pg. 152

56. Lea Purwin D'Agostino, Esq. – Exhibit D, pg. 153

57. Craig C. Darian – Exhibit D, 154-155

58. Governor Gray Davis (Ret.) – Exhibit D, pg. 156

59. Jacqueline Dear – Exhibit D, pg. 157

60. Henry DeNero – Exhibit D, pgs. 158-161

61. Garbis Der Yeghiayan, Ph.D. – Exhibit D, pgs. 162-163

62. Ron L. Dowell – Exhibit D, pgs. 164-165

63. Wendy Doo, Esq. – Exhibit D, pg. 166

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S
SENTENCING POSITION

64. Teresa Dreyfuss – Exhibit D, pg. 167

65. Michael Ellison-Lewis – Exhibit D, pgs. 168-169

66. Harvey A. Englander – Exhibit D, pg. 170

67. Jerry B. Epstein – Exhibit D, pgs. 171-172

68. Patrick Erlandson – Exhibit D, pg. 173

69. Heather J. Erwin, Esq. – Exhibit D, pg. 174

70. Royce W. Esters – Exhibit D, pg. 175

71. Ted R. Estrada – Exhibit D, pgs. 176-177

72. Julie Farb – Exhibit D, pgs. 178-179

73. Robert Farb – Exhibit D, pgs. 180-181

74. Marie Fellhauer – Exhibit D, pg. 182

75. Dave Fernandez – Exhibit D, pgs. 183-184

76. Hon. Sally Flowers – Exhibit D, pg. 185

77. President Vicente Fox – Exhibit D, pgs. 186-187

78. Stanley A. Friar – Exhibit D, pg. 188

79. Andrew Friedman – Exhibit D, pgs. 189-190

80. William T. Fujioka – Exhibit D, pgs. 191-192

81. James M. Galbraith – Exhibit D, pg. 193

82. Raymond C. Garubo, Ph.D. – Exhibit D, pg. 194

83. Rickey M. Gelb – Exhibit D, pg. 195

84. Nathan A. Gilbert – Exhibit D, pg. 196

85. Jean Dale Glass – Exhibit D, pg. 197

86. Roger M. Grace – Exhibit D, pg. 198

87. Harold Greenberg, Esq. – Exhibit D, pgs. 199-200

88. Rev. Roosevelt "Rosey" Grier – Exhibit D, pg. 201

89. J.P. Guerin – Exhibit D, pgs. 202-03

90. Rita Hall – Exhibit D, pgs. 204-206

91. Harutune Hamassian – Exhibit D, pgs. 207-208

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S
SENTENCING POSITION

92.   Truman Hance – Exhibit D, pg. 209

93.   Irshad-ul-Haque – Exhibit D, pg. 210

94.   Bishop Franklin J. Harris – Exhibit D, pg. 211

95.   Robert L. Harris – Exhibit D, pg. 212-218

96.   Steve Hathaway – Exhibit D, pg. 219

97.   Robert Hernandez – Exhibit D, pgs. 220-222

98.   Hon. Robert M. Hertzberg – Exhibit D, pgs. 223-224

99.   Sandy Ho – Exhibit D, pg. 225

100.  David Hochman, Esq. – Exhibit D. pgs. 226-227

101.  Arlene Howard and Bryce Noel – Exhibit D, pgs. 228-229

102.  Hon. Grace Hu – Exhibit D, pg. 230

103.  Lee Iacocca – Exhibit D, pg. 231

104.  Rabbi Steven B. Jacobs – Exhibit D, pgs. 232-233

105.  James I Jones, Jr. – Exhibit D, pg. 234

106.  Shelby Jordan – Exhibit D, pg. 235

107.  Dr. Alfred Karam – Exhibit D, pg. 236

108.  Pastor George Kazakos – Exhibit D, pg. 237

109.  John Kazanjian – Exhibit D, pgs. 238-239

110.  Mahomed Khan – Exhibit D, pgs. 240-242

111.  Hon. Don Knabe – Exhibit D, pg. 243

112.  Hon. Dennis B. Kneier (ret.) – Exhibit D, pgs. 244-245

113.  Arnold Kopelson – Exhibit D. pgs. 246-248

114.  Michael Kremenetsky – Exhibit D, pg. 249

115.  Munson Kwok and Suellen Cheng – Exhibit D, pg. 250

116.  Ann Reiss Lane – Exhibit D, pgs. 251-252

117.  Saul E. Lankster, II – Exhibit D, pgs. 253-254

118.  Thomas Lasorda – Exhibit D. pg. 255

119.  Abraham Lee – Exhibit D, pg. 256

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

120. Ronald Lee – Exhibit D, pg. 257

121. Tim Leiweke – Exhibit D, pgs. 258-259

122. Joaquin Lim – Exhibit D, pgs. 260-261

123. James Lin, Jr., M.D. – Exhibit D, pgs. 262-263

124. Matthew Lin, M.D. – Exhibit D. pg. 264

125. Joshua Liyanage – Exhibit D, pg. 265

126. Pervaiz Lodhie – Exhibit D, pg. 266

127. L.Cpl. Carlos David Lopez, USMCR – Exhibit D, pgs. 267-271

128. Robert H. Lorsch – Exhibit D, pg. 272

129. Asif Mahmood, M.D. – Exhibit D, pg. 273

130. Frank G. Mancuso – Exhibit D, pgs. 274-275

131. Haroon Manjlai, J.D. – Exhibit D, pg. 276

132. Lynn Mattice – Exhibit D, pgs. 277-278

133. John March – Exhibit D. pg. 279

134. Stephanie Mardesich – Exhibit D, pg. 280

135. Angelo M. Mazzone III, J.D. – Exhibit D, pgs. 281-282

136. Katrin McCarthy – Exhibit D, pg. 283

137. Hon. Keith McCarthy (ret.) – Exhibit D, pg. 284

138. John McNeil – Exhibit D, pg. 285

139. Onnik Mehrabian – Exhibit D, pg. 286

140. Bernard Melekian – Exhibit D, pgs. 287-88

141. Arif Merchant – Exhibit D, pg. 289

142. Michael Meyer – Exhibit D, pg. 290

143. Dr. Louis F. Moret – Exhibit D, pg. 291

144. John L. Moriarity, Esq. – Exhibit D, pgs. 292-294

145. Hon. Eugene F. Moses (ret.) – Exhibit D, pg. 295

146. George E. Moss – Exhibit D, pgs. 296-297

147. Richard F. Moss, Esq. – Exhibit D, pgs. 298-299

6

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S
SENTENCING POSITION

148.  Ricardo F. Munoz – Exhibit D, pgs. 300-303

149.  Rev. Cecil L. Murray – Exhibit D, pgs. 304-05

150.  Gary A. Nalbandian – Exhibit D, pg. 306

151.  Robin Nassif – Exhibit D, pg. 307

152.  Marc Nathanson – Exhibit D, pgs. 308-309

153.  Nat Nehdar – Exhibit D, pg. 310

154.  Nelly Noriega – Exhibit D, pg. 311

155.  Anthony H. Normore, Ph.D. – Exhibit D, pgs. 312-316

156.  Caron Nunez – Exhibit D, pg. 317

157.  Rose Matsui Ochi, J.D. – Exhibit D, pg. 318

158.  John O'Connell – Exhibit D, pgs. 319-320

159.  Hon. R. Rex Parris, Esq. – Exhibit D, pg. 321

160.  Caralyn Percy – Exhibit D, pg. 322

161.  Joe Petrillo – Exhibit D, pgs. 323-324

162.  Paul Pietrantoni – Exhibit D, pgs. 325-326

163.  Barry D. Podob – Exhibit D, pg. 327

164.  Omar K. Qudrat – Exhibit D, pgs. 328-329

165.  Caryn Quincey – Exhibit D, pgs. 330-332

166.  Cecilia C. Ramos – Exhibit D, pg. 333

167.  Dean Rasmussen – Exhibit D, pg. 334

168.  Hon. Ira K. Reiner, Esq. – Exhibit D, pgs. 335-336

169.  Steve Rogers – Exhibit D, pgs. 337-339

170.  Mike Roos – Exhibit D, pgs. 340-341

171.  Edward P. Roski, Jr. – Exhibit D, pg. 342

172.  Wesley Hsu-An Ru – Exhibit D, pgs. 343-344

173.  Simon Saeheng – Exhibit D, pg. 345

174.  June and Janis Salin – Exhibit D, pgs. 346-347

175.  Joseph A. Santoro – Exhibit D, pgs. 348-349

7

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

176.  Cameron James Saul – Exhibit D, pgs. 350-353

177.  Hon. John T. Schaefer – Exhibit D, pg. 354

178.  Hon. Joan  Schmidt (ret.) – Exhibit D, pgs. 355-358

179.  Michael L. Schwab – Exhibit D, pgs. 359-360

180.  Gov. Arnold Schwarzenegger (Ret.) – Exhibit D, pgs. 361-362

181.  Dan Scott – Exhibit D, pgs. 363-364

182.  Rodney K. Scully – Exhibit D, pg. 365

183.  Ron Seagal – Exhibit D, pg. 366

184.  Jay Sewards – Exhibit D, pg. 367

185.  David Shaby – Exhibit D, pgs. 368-369

186.  Robert L. Shapiro, Esq. – Exhibit D, pgs. 370-371

187.  Ruth Broyde Sharone – Exhibit D, pgs. 372-373

188.  Donald Sheetz – Exhibit D, pg. 374

189.  Gus F. Shouse – Exhibit D, pgs. 375-376

190.  G. Steve Simonian – Exhibit D, pg. 377

191.  Andre Skaf, Esq. – Exhibit D, pgs. 378-379

192.  Clifton S. Smith, Jr., Esq. – Exhibit D, pgs. 380-381

193.  Hon. James A. Smith (ret.) – Exhibit D, pg. 382

194.  Curtis L. Spears, Retired Chief – Exhibit D, pgs. 383-384

195.  Hon. Shawn Steel – Exhibit D, pgs. 385-386

196.  Eden Stein – Exhibit D, pgs. 387-388

197.  John Sullivan – Exhibit D, pg. 389

198.  Richard Sun – Exhibit D, pg. 390

199.  Rev. Mark Tengan – Exhibit D, pg. 391

200.  Clyde L. Terry – Exhibit D, pgs. 392-393

201.  Era Thompson – Exhibit D, pgs. 394-395

202.  Kenneth R. Thompson – Exhibit D, pg. 396

203.  Gilbert A. Torres – Exhibit D, pg. 397

8

204.  Hon. Gary P. Townsend (ret.) – Exhibit D, pgs. 398-399

205.  Hon. Carmen A. Trutanich, Esq. – Exhibit D, pgs. 400-401

206.  Joseph Tseng – Exhibit D pg. 402

207.  Kenneth C. Ulmer, D.Min., Ph.D. – Exhibit D, pgs. 403-404

208.  Luis C. Valenzuela – Exhibit D, pg. 405

209.  Joe A. Valverde – Exhibit D, pg. 406

210.  Gilbert R. Vasquez, CPA – Exhibit D, pg. 407

211.  Kenneth Veronda – Exhibit D, pg. 408

212.  Frank Visco – Exhibit D, pg. 409

213.  Elaine Baca Wagner – Exhibit D, pg. 410

214.  James Wang – Exhibit D, pg. 411

215.  Hon. Diane E. Watson (ret.) – Exhibit D, pgs. 412-413

216.  Richard Weintraub – Exhibit D, pgs. 414-415

217.  Steve Whitmore – Exhibit D, pgs. 416-417

218.  Gary Winnick – Exhibit D, pg. 418

219.  Matthew J. Wollman – Exhibit D, pgs. 419-421

220.  Rabbi David Wolpe – Exhibit D, pg. 422

221.  Dennis Wong – Exhibit D, pgs. 423-424

222.  Susan Woo – Exhibit D, pgs. 425-426

223.  Hon. Julia L. Wu – Exhibit D, pg. 427

224.  Lisa Yang – Exhibit D, pg. 428

225.  Hon. Zev Yaroslavsky – Exhibit D, pgs. 429-430

226.  Paul Zee – Exhibit D, pg. 431

227.  Anthony V. Zehenni – Exhibit D, pg. 432

228.  Hon. Dennis P. Zine (ret.) – Exhibit D, pgs. 433-434

229.  Nasser Zomorod – Exhibit D, pgs. 435-436

I declare under penalty of perjury under the laws of the United States of

///

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

America that the foregoing is true and correct.

Executed on June 20, 2015, at Los Angeles, California.

                                          /s/    *Michael Zweiback*

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, I caused a copy of **DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
Michael.Zweiback@alston.com


_____/s/___Michael Zweiback_____
Attorney for Defendant Leroy Baca

DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION