**JAMES M. GALBRAITH**
1640 Oak Grove Avenue
San Marino, California 91108

February 22, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

RE: United States v. Lee Baca

Dear Judge Anderson:

My wife Peggy and I are writing in support of Lee Baca.  Peggy met Lee at Caltech when he was working on his doctorate in public administration at USC.  We were early backers of his run for Sheriff before the death of Sheriff Sherman Block in 1998.  We believe Lee to be a good, sincere, and principled man, and we marveled at the extent of his community outreach in his more than 15 years of service as Sheriff.  He sought not only to improve the conduct of his deputies, but to improve conditions and educational opportunities for county jail inmates.

Sheriff Baca has pleaded guilty to serious charges and taken responsibility for the misdeeds of his department, even though some knowledgeable observers urged him to contest the charges in order to exonerate himself.  But he did not want to put the department or his family through years of costly and demoralizing litigation.  The publicity given his plea bargain has been a crushing blow to Lee, and is probably more than enough punishment for a man who had lived an exemplary life until he pleaded guilty to lying to investigators.  We sincerely hope he will receive probation or community service.

Sincerely,

James M. Galbraith

JMG/esr

193

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 N. Spring Street,

Courtroom 15

Los Angeles, Ca. 90012

March 25, 2016

Re:  United States v. Lee Baca

Dear Judge Anderson:

This is an earnest plea for mercy and compassion for Lee Baca as you sentence him for his wrongdoing.

I worked with Lee as a co-professor at the University of La Verne's doctoral program. We had become professional friends, long before he became Sheriff, when the City of Artesia commissioned a study on innovative ways to reduce juvenile crime in Los Angeles County for which I was the principal researcher. Lee was vitally interested in abating juvenile petty crime and preventing gang membership.  He combined heart and mind to this idea and others like it.

It is my hope your Honor, that you can see the wisdom in returning as soon as possible, a fine man who made errors in judgment, to the greater society where he can and will do so much good.

Most respectfully,

Raymond C. Garubo, Ph.D.

640 Hibiscus Drive

Satellite Beach, FL 32937

Email:  raygarubo@hotmail.com

Mobile:  702-280-4922

194


**GELB GROUP**
A FAMILY OF COMPANIES

March 25, 2016

RMG MANAGEMENT, INC.

GELB ENTERPRISES

RMG PROPERTIES

NICOL PROPERTIES, LLC

GELB CHARITABLE
FOUNDATION, INC.

VALLEY COMMERCIAL
PROPERTIES

COMMERCIAL PROPERTY
PROFESSIONALS, INC.

RMG HATHAWAY, LLC

VALLEY CORPORATE
COMMUNITY CENTER, LLC

TACO BELL OF
GRANADA HILLS

SHERMAN WAY
PROFESSIONAL
BUILDING

CANOGA PARK BOWL

BEST WESTERN MOTEL
OF CANOGA PARK

PACK RAT
SELF STORAGE

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courthouse 15
Los Angeles, California 90012

Dear Judge Anderson,

My name is Rickey Gelb. I am a local businessman who has personally given almost fifty years of my time and substantial financial resources to well deserving non-profits organizations. Additionally, I have received almost 1,000 recognitions, proclamations, plaques and awards from local, state and federal jurisdictions along with organizations such as the Ellis Island Award, City of Hope Spirt of Life Award and the Fernando Award (which is the most prestigious award given in the San Fernando Valley). On many occasions Sheriff Baca has been there with his wife, Carol, to make many of these presentations.

In a few weeks you will have the privilege to meet Sheriff Lee Baca. He is one of Los Angeles's most giving individuals. Sheriff Baca has spent the past forty plus years investing his time and effort in making our community a safer and better place. I have known Lee for over twenty five years and have the honor of working with him on many well recognized non-profits in the San Fernando Valley. Just to give you a few, Haven Hill Women's Shelter, the Sheriff's Youth Foundation, Los Angeles Valley College, LAPD's Jeopardy Foundation and the opening of the Holy Cross Hospital's New Trauma Center. Lee has also received many awards from non-profits for his many hours of community service.

If the court feels there is some type of punishment that is needed, I believe the best and only punishment should be community service. He is a great speaker, an educator and mentor for the underprivileged. His time would be well served, and the lives he can touch, would be a great asset to any community. To have Sheriff Baca incarcerated would be an excessive burden on the taxpayers and be a great embarrassment to our society to imprison a great person who has given 48 years of himself to our community.

Please feel free to contact me personally, if you would like to hear many heartfelt stories that I can tell you of Lee,

Rickey M. Gelb, President
Gelb Group, a Family of Companies
17547 Ventura Boulevard Suite 201
Encino, California 91316
(818) 377-2277

17547 VENTURA BOULEVARD

SUITE 201

ENCINO, CALIFORNIA 91316

PHONE: 818.377.2277

FAX: 818.377.2271

www.gelbgroup.com

195

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Sheriff Baca served his nation for 6 years as a Marine. I, the undersigned has known Lee Baca for the past 50 years. I first met Lee when he joined my unit of the US Marines and we had duty at Cherry Point N.C. US Marine Base. We became good friends, and Lee was an excellent Marine, followed orders and had a 'Honorable Discharge'.

He joined the Los Angeles County Sheriff's Department. Each time Lee transferred to another sheriff duty station we met for lunch and to this day we have kept in touch.

To me and the Marine Corps, Leroy D. Baca is an outstanding Marine and Sheriff, and I see him always being a top leader in all his endeavors. Moreover, Sheriff Baca ensured that all military veterans who were homeless, incarcerated, or military reserves called to active duty from within the Sheriff's Department were supported with respect for their service to our nation and allies.

Respectfully submitted,

Nathan A. Gilbert
Master /Sgt U S Marines
Semper FI.
anagilber@yahoo.com

196

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing to you to implore you to show leniency on Sheriff Lee Baca. I had the honor of helping with the LA County Sheriff's Clergy Council under his guidance for over ten years.

The way he started the Clergy Council was just one example of his kind and caring leadership in the county. 9-11 happened and Sheriff called one of his field deputies and checked to see how he was doing. They were of a faith that wore hijab. The gentleman said that his son had decided not to wear his hijab any longer. He was afraid and embarrassed.

Sheriff Baca invited the son to visit with him that day and had a long conversation with him. The result was not only had the boy decided to proudly wear the hijab as a expression of his faith but the young man had also decided to become a deputy sheriff when he was older.

That same day Sheriff Baca called together a meeting with a representative of every faith and religion he knew in the county. He proclaimed that he would start the LA County Sheriff's Clergy Council. For 10 years he spoke to the group at least once a month and reminded us that his purpose was to use the religious community to raise communication and combat crime in LA County.

This Clergy Council brought together over 4000 community and faith leaders throughout LA County for over 10 years. Each month there was a meeting with 100s of these leaders planning and working together to make a better county. Some of these meetings were weekly or bi-weekly with a dozen or two. And once a year Sheriff oversaw Community Day where the largest contingency was over 5000 people.

He was flown to DC to pass this information to large contingency of faith-based leaders there. He also spoke in Sacramento several times helping others to create what we had here in Los Angeles County. There is no other larger, more effective such council anywhere in the world.

Lee Baca is a caring, considerate, peaceful man. He often spoke at our meetings of his philosophy of life. He was quite against drugs. He had a great viewpoint that the reason that a person would be sad or mad or upset was so that they would be moved to CHANGE something in their life. He said that medicating one's troubles away would remove this need and people would not fix what they needed to improve in life.

Education Based Incarceration was a brain-child of Lee Baca that I had hoped would change the world for all future. His philosophy was that you could lockup a body but not the spirit. He felt that when you threw someone in jail and if you were to give them the opportunity to grow mentally and spiritually they could actually make a recovery while incarcerated.

At his age and with his record of service to the County of Los Angeles, Lee Baca should be given leniency by the court.

Thank you,
Jean

Jean Dale Glass
423 Thompson Ave. Glendale CA 91201

197

# Metropolitan News Company

Metropolitan News-Enterprise | Los Angeles Bulletin / Civic Center NEWSource | Jurupa Valley News | North County Spectrum  Sacramento Bulletin | San Bernardino Bulletin | Senior Spectrum | Capitol News Service | Cal-Net | Rules of Court Service

ROGER M. GRACE, *Senior General Counsel*

April 8, 2016

Hon. Percy Anderson
U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012-1565

Re: Leroy D. Baca

Dear Judge Anderson:

This is to urge that retired Sheriff Leroy D. Baca receive no jail time when he is sentenced by you next month.

This would be unpopular with some. But "popular will" surely has no relevance in the making of judicial decisions. Transcending all other considerations is that Sheriff Baca is a "true" first offender (let alone a first offender as defined in 28 U.S.C. § 994(j)) who dedicated himself to the enforcement of laws and deterrence of criminality during a career that stretched just one year short of half a century.

With respect to the factors set forth in 18 U.S.C. §3553(a), I would respectfully point out:

"The nature and circumstances of the offense" of the offense are that Sheriff Baca was enraged that federal authorities were prying into operations of his jail and, viewing the conduct as an offensive against his department, was uncooperative in an interview of him by federal agents, and told a mistruth. The "history and characteristics of the defendant" are that he served in the Sheriff's Department since 1965 and, as sheriff, developed innovative programs that reflected compassion and dedication to the goal of preventing criminality.

The offense obviously lacks the seriousness of a crime of violence or one causing monetary loss or physical harm.

The disgrace Sheriff Baca has suffered in standing convicted of a crime will no doubt deter the telling of mistruths to federal officers by persons in the future, for there is now a widespread public awareness that such conduct does constitute a punishable offense.

There is patently no need "to protect the public from further crimes of the defendant"; he is not a man of criminal bent. He is a "crime-fighter," not a crime perpetrator.

Sheriff Baca is not in need of "educational or vocational training, medical care, or other correctional treatment." He is a 73-year-old man who made what he realizes was a mistake, and, although once one of the most popular figures in local government, now must endure enmity of the people. That, I submit, is punishment enough.

Thank you for your kind attention to these observations.

Yours truly,

Roger M. Grace

210 S. Spring Street, Los Angeles, CA 90012 | Telephone: (213) 628-4384 | FAX: (213) 687-3886

# LAW FIRM OF HAROLD GREENBERG
*2263 SOUTH HARVARD BOULEVARD*
*LOS ANGELES, CALIFORNIA 90018*
*TELEPHONE (323) 732-9536*
*TELECOPIER (323) 732-0803*

*Harold Greenberg*
ADMITTED IN CALIFORNIA.
PENNSYLVANIA,
& COURT OF MILITARY APPEALS

OF COUNSEL

*Randy S. Kravis*

*Hai Nguyen*
*Mark Beallo*

March 29, 2016

The Honorable Percy Anderson
US District Court
Los Angeles, California

RE:        Leroy D. Baca
           Letter of Character

Your Honor:

My name is Harold Greenberg, a practicing attorney. The undersigned has personally known Leroy Baca, for 22 years in a professional and social capacity. In order for the Court to evaluate my letter, please allow me to provide some background. I have been an attorney for approximately 50+ years, which includes 12 years in the military with the last 3 in the Judge Advocate General Corps, having previously served as an Infantry and Military Police Officer. In 1968 I became a Los Angeles County Deputy Public Defender, assigned as the Head of the Antelope Valley Office. In late 1968, I transferred to the Los Angeles District Attorney's Office where I remained for approximately 3 years. I have been in private practice since April 1971 with an emphasis in Litigation and a sub-specialty in Criminal Law and Real Estate.

Additionally, I have taught at Glendale University College of Law for 15 years, serving also as Dean of Students and Faculty Chairman, California State University at Los Angeles for 10 years, and the University of Southern California for 1 year. Knowing Leroy Baca in a professional and social capacity, and his circumstances now before the court, I have come to recognize his abilities and his flaws. I would like to think that based upon our conversations, as recent as last week that he is straightening out his life, and disassociating himself from prior indiscretions.

Mr. Baca is a very complex individual who, based on his intellect, training, and professional experience, could be a positive role-model for many individuals. His personality is the type that greatly influences and affects those around him and his environment. He can be warm, outgoing, extremely sensitive, and caring for an individual's welfare. In his dealings with me, he has never been in a denial mode as to what occurred or why it occurred. His attitude has been positive for recognizing what was done, and attempting to resolve the issues and at the same time looking forward to the future.

199

March 29, 2016
Leroy D. Baca
Letter of Character
(Page 2)

Because of his training and experiences, not only in law enforcement, but also as one who had experienced various problems on a personal basis, his counseling could render valuable assistance to individuals in similar circumstances. Additionally, he is recognized as an authority not only locally in law enforcement but on the global basis for his work particularly in the minority and disadvantaged areas in society. For instance, he developed a program of education for prisoners within the jail system which has greatly assisted those with a limited or failed education. In addition, he developed a program where prisoners with a release date were transported to the First African Methodist Episcopalian Church not only for the spiritual healing but for the socialization to aid in their adjustment to society.

I have come to value him as a friend. I have also seen how effective he has been in helping young people who are wrestling with otherwise intractable personal problems. People who feel that even though he was the Sheriff and they were prisoners, they literally owe him their lives as they were shown a better path to consider by the programs he instituted. He is clearly a skilled professional who cares deeply for those in his care and who gave himself to those who needed his help.

I truly believe that he has already suffered extensively for his actions, or lack thereof. He has lost credibility in the public eye. I believe he is truly despondent about what he has put his family through. He is a good family man. I would ask for you to grant him express community service or at least the lowest possible sentence. I believe that the loss of his credibility in the community as well as those freedoms and prestige that he was afforded prior to his conviction has had a big effect on him. He certainly will not be in a position to repeat this offense, and quite frankly, I cannot imagine that he will ever repeat any illegal activity.

It certainly appears that he would be amenable to the services of the Parole Department particularly in the areas of community service, not only because of his early admission of guilt in this matter, which is the first steep to recovery to rectify the situation, but also because of his training and the programs he initiated in the County Jail System, which would be of great assistance not only to adults but also to juveniles. They greatly need assistance to enhance and better their lives.

Thank you for your consideration.

Very truly yours,
LAW FIRM OF HAROLD GREENBERG

Harold Greenberg



Roosevelt Grier
11656 Montana Ave. #301
Los Angeles, CA 90049

March 30, 2016

The Honorable Judge Percy Anderson
US Courthouse, Room 15
312 N. Spring St.
Los Angeles, CA 90012

Dear Judge Percy Anderson,

My name is Rev. Roosevelt Grier. I'm writing this letter on behalf of Sheriff Leroy David "Lee"

Baca. I have realized there has been a mistake made on behalf of the Sheriff. He is 73 years old

and has spent many years of service to the community. I hope you would allow him to do

community service instead of imprisoning him. It would be for the good of the community. I'm

sure that it would be a great relief to his wife, children, friends, and community at large.

Thank you and God Bless.

Rev. Roosevelt "Rosey" Grier

201

March 23, 2016


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Sprint Street, Courtroom 15
Los Angeles, CA 90012


Re: United States v. Lee Baca


Dear Judge Anderson:

I am a local businessman, having enjoyed 86 active years and a multitude of experiences. As a result of stock ownership I have been Chairman or Board member of over a dozen publicly traded companies such as PSA Airlines, Lee Enterprises, See's Candies, Blue Chip Stamps, Wham-O-Toys, Republic Corp, etc. I was appointed by President Ford to the National Market Advisory Board and was Chairman of the Pacific Stock Exchange. I was a Commissioner of the 1984 Olympic Games. In the interest of full disclosure, I am Vice Chairman, Director and a major Shareholder of the Daily Journal Corporation, which has no direct interest in the matter at hand except that it reports news of interest to the legal community.

As a result, I have many years of judging the character of people with whom I have contact. Lee Baca is one of these people. I was encouraged by Lee to join the Los Angeles County Sherriff's Department as a Reserve Deputy and to continuously participate in other civic affairs. As a direct result, I am taking a role in aiding the Sheriff's Youth Foundation, one of Lee's favorite entities. I have never given money to Lee in any form, nor was I ever asked to, but the Sheriff's Youth Foundation serves 2,500 youngsters at 17 county locations with carefully designed after school programs. For many, these programs are the only alternative to the street and gang membership and Lee's support is typical of his approach to police/community service, including persuading people like me to help with dollars and time.

I believe that Lee is an honest, philosophically sound man who has followed the "serve and protect" construct for over 50 years. He has instituted sophisticated programs to help officers behave appropriately. Modern day policing requires such a commitment and an examination of Lee's "code of ethics", the focus of his management style, says it all.

Not with standing recent events, Lee is a man of quality who will pay a price for admitted errors and upon payment, can be an extremely effective contributor to society as a teacher and citizen.

Thank you for allowing me to comment as you write the final chapter in this tragic event.

Sincerely,

J.P. Guerin
920 Foothill Road
Beverly Hills, CA 90210
(310) 859-1211

March 23, 2016


Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012


RE: United States v. Lee Baca


Dear Judge Anderson:


My name is Rita Hall.  I am a retired sergeant from the Los Angeles County Sheriff Department (LASD).  I retired ten years ago (March 25, 2006) after a twenty-six year career with LASD.  I have known former Sheriff Baca for over twenty years.  I would like to share with you a few examples of the compassionate man I know him to be.

At one point in my career, he was my Chief when I was assigned to the Court Services Division.  I want to share with you the compassionate man I know.  I was assigned to the Substance Abuse Narcotic Education unit, (SANE) in the city of Compton, CA.  I was responsible for the drug, anti-gang and anti-pregnancy in ten schools.  I taught fourth-sixth grade students.

I met an individual who donated 150 tickets to an Alvin Ailey Dance Troupe matinee.  I was simply elated to be able to take my students to this performance.  Many of my students had never been west of Main Street. So attending this event would broaden their horizons and show them what was possible.

However, I found out that there was one problem; the Compton Unified School District **charged** the schools for the buses. Needless to say, I was devastated.  Here I wanted to expose my students to another view of life, other than drive-by shootings and gangs. I had 150 free tickets and no transportation.

Somehow then chief Baca heard about my dilemma. Knowing how vitally important it is for children from socio-economically deprived areas to see positive images and activities, he paid for all the buses. To see the look of joy on the faces of these minority children was simply heartwarming.  On this day, they had the opportunity to dress up in their best clothing and go see a dynamic and historic dance ensemble.  They were able

204

to see for the "first" time what others see routinely.  This experience was life altering for many of my students.  For the "first" time many of them saw exactly what hard work, dedication and commitment could result in.  This experience inspired them to dream of what was possible.

Another example is how former Sheriff Baca interfaced with the Faith Based community. I belong to what some consider a "mega" church; West Angeles Church of God in Christ in Los Angeles, CA.

Our church saw the need to attempt to bridge the gap between the faith community and law enforcement. In approximately 1997, our Law Enforcement ministry decided to have a "Law Enforcement Appreciation Day" and invite local law enforcement agencies.

I made an appointment to speak with him and explain the concept to him; that there had to be a way to tear down the walls of mistrust between inner city residents and the officers who served them.  Baca immediately saw the vision.  Not only did he attend, but several of his command staff and numerous line personnel and civilian staff.  This event did help foster better all-around perceptions.

An additional example is how pro-education Baca is.  He helped to improve and expand the LASD University Program.  This educational reimbursement program personally benefited me directly.  When Baca was my Chief, he said that if he ever became Sheriff, he wanted his Captains to have Masters Degrees.  I went back to school and obtained my Masters.

In keeping with his vision of education providing options and opportunities, Baca implemented educational courses for the inmates.  He knows full well that if inmates merely spend time in jail with no training, when released, they will return to their criminal ways.  However, if provided a GED or specialized training, they are least likely to return to their old ways.

Baca caught a lot of flak for his implementing education and training for the inmates. They called him the ring leader of "Camp Hug-a-Thug".  But he stood his ground and today, numerous inmates have turned their lives around and are productive members of society.

My last two examples are personal accounts.

I am an only child.  In 2010, my mom became ill and had to be put into a nursing facility. I tried desperately to have her removed from the facility that she was in due to the neglect I saw not only of my mom but other patients.

However, bureaucratic paperwork takes forever.  In the interim, my mom was severely injured and subsequently passed away.  Devastated, heart broken and angry, I went to see then sheriff Baca.  I told him what happened and that I wanted to do something for other people who had no voice.  I wanted to fight for people who didn't know how to help their loved one or especially for patients who had no support system.

Case 2:16-cr-00066-PA    Document 39    Filed 06/20/16    Page 14 of 80    Page ID #:373

Baca had one of his legislative aides in Sacramento look into it.  Now, AB 40 makes injury in nursing facilities reporting mandatory to law enforcement agencies.  It was too late to help my mom, however, now others have something to assist them in holding facilities accountable for the care of their loved ones.

Lastly, I am the founder and President of Holy Helping Hands non-profit.  "we were founded in 1998 by female LASD sworn and civilian personnel and a Compton Unified school teacher.

We have three target populations; U.S. Veterans, foster children and abused women. For the past five years, we have provided scholarships expressly for foster care children.  Baca and his wife have personally donated to our scholarship.  He knows first-hand the importance a quality education can make in the lives of individuals.

As you can see, I know former Sheriff Baca to be a compassionate and caring man. Should you have any questions, I can be contacted either at (323) 422-5795 or Ritabbn@gmail.com.  However, I am leaving to go out of the country on March 26, 2016.  I will return on April 5, 2016.


Sincerely,

Rita Hall

206

**HARUTUNE HAMASSIAN**
**16633 VENTURA BLVD., SUITE 921**
**ENCINO, CA 91436**
**(818)501-8333**

May 12, 2016

To The Honorable Judge Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Harutune Hamassian. I am a Certified Public Accountant and I am writing this letter on behalf of Sheriff Lee Baca. I first met Sheriff Baca over ten years ago when I got involved in organizing and establishing a charitable nonprofit organization for deputy sheriffs. He was very helpful with all my questions and I appreciated his guidance.

Over the years he has always been there for my family and I and always been willing to listen and assist in any way he can. I would always see him at charity functions, where he would devote his time and energy to help the communities at large.

When I had heard of the violations charged against him, I thought for sure there must have been a mistake because that is not the man I have known for years. The charges seemed so out of character from the person I had known.

I am writing this letter without hesitation or second thought because, I strongly believe that the actions that Sheriff Baca took do not accurately represent the person that he truly is. I believe that he made an irrational decision and did not think about what his actions truly meant. I have no reason to doubt that he is still the same person that I have known for over 10 years even though he made a decision that will unfortunately change his life forever. I am certain that not a moment goes by that he is not regretful and embarrassed by the decisions that he has made. I understand that there are consequences for his actions but I ask that you please consider everything that Sheriff Baca has accomplished prior to this situation and see that the person he truly is, not the same person who took these regrettable actions. I am confident that Sheriff Baca can still be a productive member of society and still has much that he can give to the community. My family and I stand by Sheriff Baca and he will always have a place in my home and with my family.

207

Thank you for taking the time to read this letter and please contact me at the above address or telephone number, if I can provide any additional information.

Sincerely,

Harutune Hamassian

Truman Hance
222 S. Figueroa St. Apt 1118
Los Angeles, CA 90012
(661) 333-1766

Re: Sherriff Lee Baca

To Whom It May Concern:

It is with great honor that I am given the privilege of attesting to the great appreciation my city has of Sheriff Lee Baca. It is without reservation that I wholly testify the sincere thanks for Sherriff Baca's service to the County, and for the proactive approach to crime prevention during his tenure.

When Duarte, Monrovia and County became riddled with gang violence, Sheriff Baca stepped up and became the leader of the Sheriff's department we needed. Our area was in a crisis, with violent crimes reaching an unthinkable peak. The east side of district 5 was quite possibly on the verge of disaster, until Sheriff Baca grabbed hold of the reins and made the L.A. Sheriff's office stronger and more effective. During his tenure, violent crime rates fell drastically and led to a decade of decreasing violence. Through Mr. Baca's leadership, much of the hardcore gang violence that infested Duarte, Monrovia and County area was eradicated, and he proved himself a great champion of the community. There is no question that Sheriff Baca has made our streets are much safer.

Sheriff Baca served the communities in Los Angeles County for many years with great effectiveness and proved himself to be a strong leader. Despite the unsurmountable odds in front of him, he turned one of the most dangerous region's in the county into the now safe communities we call home. His career is laudable, and his advocacy for our communities has proven invaluable. It is with pride that I thank Sheriff Baca for his service.

With Respect,

Truman Hance

Past Resident of County Area of Duarte

209

May 8, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North State Street, Courtroom 15
Los Angeles, CA 90012

RE: The United States v. Lee Baca

Dear Judge Anderson,

If I may be permitted to do so, I would like to speak of the behalf of Lee Baca's character through one, of many possible, examples.

After 9-11, Sheriff Baca took it upon himself to reach out to the Islamic society in southern California, specifically, to try to tamp down evident tensions. He did this by speaking at the Islamic Center of Southern California, the largest mosque in California, as well as by forming a citizens advisory group, known as the South Asian Task Force, of which I was a member. This group actively met regularly and was able to submit recommendations to the Sheriff. These matters dealt with issues affecting the south Asian communities and were all addressed by the Sheriff's department. Through this pro-active stance of Sheriff Baca, I believe many issues that could have become boiling points were effectively dealt with and failed to reach a conflict stage.
Lee Baca has shown himself to be genuinely caring for the communities he served and despite other shortcomings, never profited personally from any of his decisions. I know of no one who isn't grateful for the community services rendered by Sheriff Baca.

Sincerely,

Irshad-ul-Haque
1155 E. Green St,
Pasadena, CA. 91106
626/622-1701

210

# VICTORY IN CHRIST MINISTRIES

March 25, 2016

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street Courtroom 15

Los Angeles, CA. 90012

Dear Judge Anderson:

Re: United States Vs Lee Baca

I am Bishop Franklin J. Harris, Pastor of Laurel Street Missionary Baptist Church/Victory in Christ Ministries for the past nineteen years and I been in the ministry for twenty-eight years. I am also the Founder and CEO of an after school program called "For Kids about Kids on How to Make Good Choices."

Sheriff Lee Baca had a vision to have a connection with the churches in the community and in 2000 there was formed the first Century Station's Community Clergy Academy and I was the first to receive a Certificate of Completion. Sheriff Lee Baca worked closely with the clergy to bat down the violence in the community and show a corporation with sheriff department, churches and communities.

I been with Sheriff Lee Baca from than until his retirement as a member of his Executive Board. I know for a fact he is a God fearing person and love mankind as a whole. There are no men walking this planet are perfect we all make mistakes and the key is to learn from them all. We have talked and prayed together on many occasions asking for guidance for a better relationship between the Sheriff Department and the Communities and there was a time when peace were in the communities. I close with he's a good human being.

Sincerely yours,

*Bishop Franklin J. Harris*

For kids About Kids

Conquering Illiteracy

*Bishop Franklin J. Harris*
*Founder/Director*

*How to Make Good Choices*

9626 Laurel St.
Los Angeles, CA. 90002
Phone:310.613.3013
steppingstoneaward@gmail.com

211

May 3, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a retired Lieutenant, former member of the Los Angeles County Sheriff's Department (LASD). I have worked many key staff and management positions in the LASD. Among them, during the year 1988, I initiated the LASD Criminal Investigations Unit and was the first Unit Commander. In 1988, that job transitioned and I became a full time member of the Federal Task Force dubbed "Operation Big Spender." I was a Team Supervisor and worked off-site closely with members of the Federal government. Since retirement July of 1995, I have worked as a criminal justice consultant for the Department of Justice, National Institute of Corrections, the ACLU and JFA Institute in locations throughout the country.  I may be reached at (951) 204-1109 or via email at robertharr@aol.com

I am very knowledgeable of the organizational culture of the LASD executive level positions. I have known Lee Baca since the early 1970's and worked for Lee Baca when he was a Division Chief over south Los Angeles Sheriff's stations. We remain in contact because I not only respect Lee Baca's professional counsel, but I have always deemed him a person of high ethical and moral character.

**While assigned as one of eight Department Division Chiefs, Lee Baca, with support of his staff, initiated the most comprehensive Quality Service/Ethics in Leadership programs in the LASD history.** In the year 1994, during Sheriff Block's tenure, Lee Baca initiated a Department-wide "Quality Service Plan." Lee was the person most responsible for a major culture shift in the Department, from a military-style approach to quality service oriented goals. He was met with resistance from the Unions, his peers on the executive staff and Sheriff Block.  The resistance did not deter Lee Baca; he convinced them to support his efforts. I have attached documentation of Lee's advocacy for positive organizational reform in the Department.

Sincerely,

*RLH*

Robert L. Harris

212

**From the Field** by Joe Vaughan

# Quality of Service Plan



Chief Baca developed an outline of the basic elements of his proposed Quality of Service Plan. He then requested each station commander to follow his outline to develop a plan specifically for their station.

The plan outline is as follows:

1. Leadership Philosophy
2. Management Philosophy
3. Yearly Performance Goals
4. Conflict Resolution Procedures
5. Employee Wellness Program
6. Personnel Development
7. Risk Management
8. Service-oriented Policing Committees
9. Reward and Recognition
10. Quality Service Programs

The Quality Service Program is intended to provide a workable plan for personnel within this region to use as a guideline to deliver the highest quality service possible to communities we work in and within our own "departmental community."

Quality Service Plans have evolved from the departmental mission statement and unit level mission statements, which are supported by the departmental core values statement.

The Plan includes goals, policies, leadership and management philosophies that will enable us to consistently optimize our ability to provide excellent service to the public.

Implementation of the Quality Service Plans focus on standard expectation of excellence and a team work attitude by all personnel. The Plans are designed to enhance team performance and all personnel must demonstrate an understanding of our department mission, service oriented policing, and Department core values.

The proposed Plans are subjects of meet and consult with PPOA and ALADS. The Associations are working in concert to meet with Department representatives. With respect to these negotiations I will be representing PPOA and John Rees will represent ALADS. In committee it was decided to deal with each station's plan individually.

The first Plan, West Hollywood, was reviewed with Department representatives on Dec. 20, 1995. It was an all-day meeting and resulted in a Plan acceptable to all.

PPOA was represented at the table by Lt. Brad Welker, Sgt. Scott Clark, SDOA Shirley Crittenden and Joe Vaughan.

The Department was represented by Chief Baca, Comm. Ashby, Comm. King and Capt. Mangan.

Chief Baca explained his motivation for developing the Quality of Service Plan outline. I was most impressed with the fact that he wanted to develop a Plan that was positive and would tell of the quality service Sheriff's personnel deliver on a daily basis. He felt this positive program would overshadow the negativity of of things like Personnel Performance Indexing (PPI). Also, it serves as a positive sales tool to help inform prospective cities of the professional quality service provided by LASD.

We've scheduled a future meeting and will be using rank and file representatives from each classification at the individual units.

If you are assigned to a Region II station and would like to serve on your committee, please contact me.

In closing, I want to thank the member representatives from West Hollywood Station for their participation and a job well done.    ✳

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE: January 31, 1994

OFFICE CORRESPONDENCE

FROM:    LEROY D. BACA, CHIEF          TO:    COMMANDERS
         FIELD OPERATIONS REGION II            CAPTAINS
                                               FIELD OPERATIONS REGION II

SUBJECT:    **SERVICE ORIENTED MANAGEMENT -- ETHICS IN LEADERSHIP**

"As a Department we cannot expect our deputies to provide the public a level of service and caring that is beyond our own ability as managers to serve and care for them."

Sherman Block, Sheriff
Executive Management Conference
January 5, 1990

Service oriented management is basically a set of principles, values, and practices that are consistent with the philosophy of service oriented policing.

The purpose of service oriented management is to provide all Department members, regardless of their position, a defined level of expected management conduct.

Management Conduct

Management conduct is all the activity engaged in by members of the Department who have a position of authority over others, regardless of the particular rank or authority held. Managers impact the performance of their subordinates in a manner that will range from positive to negative. It is the goal of the Sheriff's Department's managers to make a continuous and consistently positive impact on all staff and supervisory personnel through the chain of command. To accomplish this goal, the dynamic of interpersonal relationships within the law enforcement service must be understood.

The following information provides the basic underpinnings of interpersonal relationships:

Service

Within the law enforcement service realm, the principle function that all deputies and civilian line personnel engage in is one of solving problems for the public and ourselves.

Problems of a wide variety and intensity will continuously be directed toward members of the Department and it is how we individually and collectively respond to them that ultimately determines our reputation, thus the quality of service.

214

-2-

Solving Problems

Problems often involve conflict, emotion, and mis-communication. The service oriented manager will study these elements and continuously refine his or her ability to assess them within any given situation.

1.    Conflict: The art of managing a conflict is to seek a form of compromise when possible. If this is not possible, the decision of resolution should be done as gracefully or kindly as possible, and firmly.

This skill is best accomplished by allowing a certain amount of communication or "venting" by the concerned parties. Conflicts in themselves are often acts of emotion caused by unaddressed or uncommunicated attitudes. Not all "venting" requires a fix-it solution. The mere act of venting often solves a problem. Moreover, when venting occurs it will invariably test the manager's emotions and sense of duty.

The service oriented manager, when listening to a hostile employee, should avoid becoming defensive. Defensive behavior often cancels out management's ability to listen to and understand a problem. Additionally, the subject of management's credibility will surface. A defensive manager will inevitably become isolated and not openly consulted as a problem solver.

Ultimately, it is from objective facts that we as managers will best assess and judge the resolution to a conflict. Unverified suspicions or "hunches" cannot bolster management decisions for they are often interpreted as personal bias.

In other words, the service oriented manager will recognize that there are limitations as well as enablers and will attempt to resolve the conflict in a manner that is positive and reflects well on the Department.

2.    Emotion: The most common characteristic that the manager encounters in the midst of a conflict or problem is the emotional condition of the concerned individual(s). Emotions are as varied as individuals. It is often difficult to gage the degree of one's negative emotions such as anger, fear, jealousy, and uncontrolled upset.

A manager's priority before solving a problem is to calm the parties involved. This will require a manager who is exercising a high degree of self-management or personal restraint. The manager who yells at subordinates or constantly exhibits negative emotion will be viewed by subordinates as unreliable. This perspective by subordinates cuts off their trust in their leader and eliminates the manager's ability to solve most problems informally. Moreover, the unapproached manager is generally a person who injects his or her negative emotions into the problem at hand.

Negative emotion, therefore, whether it comes from the manager or the parties in conflict, will almost always lead to severe mis-communication.

-3-

3.  Mis-communication:  The Department's managers and line personnel have been exposed to an excellent training program about communication called "Verbal Judo".

Verbal Judo, in its simplest terms, is an attempt to teach ourselves about the fine art of communication. Listening is perhaps the finest point of establishing effective communication. This is especially true of the manager.  A service oriented manager will continuously seek to improve his or her listening skills by readily identifying the long list of listening inhibitors.  Some of the obstacles to listening are as follows: ... The Communicator ...

- talks too much
- doesn't make eye contact
- has an unusual voice tone
- doesn't know what he or she is talking about
- has a bad reputation
- is unpopular
- complains too much
- is a woman, man, or certain minority
- is strange
- should talk to someone else
- has no credibility
- is boring
- is not experienced
- is a trainee
- is not following the chain of command
- is not a deputy
- is a friend of the Sheriff
- is not popular
- is someone "the manager doesn't like"

Once a manager has established a reputation for being a good listener, the next key ingredient to good communication is to understand another's point of view without having to immediately cancel it out. A reactive manager will inevitably have difficulty in listening to and understanding another's point of view because he or she is too focused on the opposing point of view.

The art of understanding requires skill in knowing when it is appropriate to bring in an opposing point of view. This is a judgement call. Listening and understanding are, therefore, the tools of judgement. Good decisions will occur when the manager listens, understands, conveys clarification points and then decides on a course of action.

The goal of good communication is to enable all levels of personnel within an organization to make good decisions. For this to occur effectively at the service level of the Department, all managers must set the example. This will require excellent communication practices at all levels, with managers providing the leadership and example for others to follow.

216

-4-

To refine these points of management, the following information is offered:

## Points of Service Oriented Management

- Treat people as individuals and become an expert concerning group dynamics.

- Assess problems as objectively as possible.

- Seek to empower others with your presence, guidance, and understanding.

- Provide a firm conviction in the ability of others.

- Approach others without your negative perceptions about them and do not reduce their stature because you don't "like" them.

- Avoid losing your integrity by denying another his or her integrity.

- Handle your own stress in a manner that does not increase your subordinate's stress.

- Seek to balance your life so your self-esteem is relatively secure.

- Recognize that your success as a manager is ultimately judged by the level of success achieved by your subordinates

- Take sincere joy in the success of your subordinates, peers, and superiors.

- Retain a vigorous pursuit of art, music, philosophy, politics, anthropology, and culture.

- Make decisions that are balanced, sensible, and without your negative bias.

- Improve, refine, and develop your love for the type and quality of service line personnel provided to the public.

- Respect, admire, and feel in awe of the outstanding examples of leadership, self-management, problem solving, and human kindness exhibited by line level personnel.

- Develop additional points of service oriented management as the need appears. Be its author, disciple, and authority.

## Summary

Service oriented management is a form of leadership that requires a high degree of commitment to the aforementioned positive points and practices of supervision.

-5-

It is the basis for all Department managers to consistently demonstrate a best effort approach to solving problems.

Moreover, it applies to all levels within the Department and it incorporates the deputy level into the area of self-management wherein he or she is expected to exercise the highest degree of leadership skills.

Executives Consulted

Commander Ken Bayless
Commander Larry Dykhouse
Commander Bob Pash
Commander Bill Stonich
Captain Steve Batchelor
Captain Ron Black
Captain Bert Cueva
Captain Tom Sams

Epilogue

"A leader is the rare individual who can elicit confidence from his followers, peers, and superiors that he or she is confident in their ability to perform a task without the personal fear of their inevitable mistakes."

-    LDB

March 25, 2016

Honorable Percy Anderson
United States Court District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States V. Lee Baca

Dear Judge Anderson:

I am writing on behalf of my friend, Lee Baca, who I have had the pleasure of knowing for almost 40 years. I am President of both the California Yacht Club located, in Marina del Rey, and the Los Angeles Athletic Club located, in downtown Los Angeles.

I first met Lee when he became the Lieutenant of the Marina del Rey Sheriff's Station. Prior to Lee's arrival, there wasn't a dedicated station in the Marina. Lee was very active in the community and was instrumental in merging the marina's harbor patrol with the Sheriff's Department. Due to his visibility and involvement in the community, he became our station Captain for several years.

Later in his career, Lee recognized the need to have public input into the promotion of Sergeants and Lieutenant and so he allowed community leaders to participate in the interview process for Sheriff's Department promotions. I was fortunate to have participated in this process. I learned a great deal about the Sheriff's Department from my participation and involvement.

Lee was also very interested in allowing community members to visit the inside of our jail system. He personally gave  my father and I a tour of the central jail soon after Richard Ramirez was incarcerated. This experience was quite an eye opener for me and other community members.

More importantly, Lee has been a dear friend of our family. He has been a guest at our home on many occasions. When Lee was the lieutenant at, the Marina del Rey Sheriff's Station, my father, who was very fond of Lee, said, "Lee I predict that someday you will become the Sheriff for the County of Los Angeles." That prediction eventually came true.

Lee was a great leader for the Sherriff's Department and he has done a lot of good things for the County of Los Angeles. He is a friend and someone I will always respect.

Feel free to contact me if you have any further questions. I can be reached at (213) 630-5277.

Sincerely,

Steve Hathaway

219

February 17, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street Courtroom 15
Los Angeles, Ca. 90022

Re: United States vs. Leroy D. Baca

Dear Judge Anderson:

My name Is Robert Hernandez and it is my absolute honor to have the opportunity to write a letter on behalf of now retired ex Sheriff Baca. I met Mr. Baca when I was a young crazy, 16 year old boy being raised in the Maravilla Housing Projects by a single mother who had absolutely no interest in what was going on in my life. Mr. Baca literally showed up at my doorstep and introduced himself to me as Lee Baca. He was the chief of court services at the time and had heard about me from a community organizer by the name of Linda Maxwell.

Mrs. Maxwell explained to Mr. Baca About all of the negative things in my life at that time but also informed him that she felt strongly about my potential for change and success. Mr. Baca Went to my house in the projects by himself simply to meet me.

He sat in our small living room on a beige colored flowered couch that was completely falling apart because I had found it by a trash dumpster and had brought it home and tried my best to clean it. He sat on that couch in his suite as if he was sitting on the world's best leather chair.  I even thought maybe he did not notice how bad the couch was.

We talked about my life and how it could be different and better if I just chose a different path. After he left I thought "WHATEVER!  I'll never hear from that guy again." I was wrong. He began inviting me to events and offered to buy me clothes and shoes so that I could attend some of the more formal events.  We began to build a friendship because he took such a personal interest in what was going on in my life and how he could help me.

I was just a young kid with nothing to offer him in return. He was not being paid and this was not part of his job. Mr. Baca firmly believes in the good in people and that ultimately we will all do the right thing sometime to his detriment but I am forever grateful that he believed in me.

220

When Mr. Baca became the Sheriff of Los Angeles County he invited me to the Sheriff Headquarters to visit with him.  I never truly understood what an honor that was. As I walked around Headquarters in my Dickies work uniform covered in paint and plaster Mr. Baca proudly introduced me to his staff as his friend and everyone called me Sir. Eventually I got it together and bought a nice shirt and pants that I would wear when I would visit.

Since that time and thanks to the guidance that Mr. Baca provided me with I have graduated from college and I became a High School teacher by the age of 22. Mr. Baca continued to remain involved in my life coming to the school as the Sheriff of the county and speaking to my students on a regular basis. No cameras or reporters just He and the students. He would offer the students opportunities to become involved with the sheriff department and many of them did.  As he had once did with me he kept an interest in those young people and guided them in their efforts.

I left teaching in 2013 to run a produce company that I started in 2009. Although I no longer teach because my company is growing and needs more of my attention I do employ many of my ex students and I strive to provide them with the same opportunities that I have had.

I also serve as an advisor for a major Southern California philanthropic organization our mission is to provide opportunities for young people that will help them to lead happy and productive lives.

I am proud to say that today I look to find in others the same qualities that Mr. Baca saw in me and when I find them I look to leverage my resources in the most efficient way possible in order to fill the needs of those individuals who are trying to become self sufficient productive members of society.

I sincerely give much credit to Mr. Baca for allowing my success to be my own and not letting other know just how much he has done to help young people and adults alike. I know that I am very fortunate to have had him be a part of my life at a time when I had no one else to look to. As I mentioned to Mr. Baca I wholeheartedly wish that as a society we would place a higher value those deeds filled with love and kindness because that is what makes our society great.

I am not exaggerating when I say that many people told me that I would be dead by the age of 19. My life was a mess I had absolutely no guidance and was just wild with absolutely no fear of death.  All of my friends were being killed or going to jail. A majority of the people that I knew as a child are Dead in jail or have some sort of injury related to the life we lived and yet here I am perfectly fine writing this letter for a man who guided me out of that darkness.

221

I am now 40 years old and I live a quiet peaceful life and I work everyday to improve my business so that I am able to do for others what Mr. Baca once did for me. It is nearly impossible for me to convey in writing how much Mr. Baca has done for me and there are not enough sheets of paper in the world for me to express how grateful I am to him. Directly and indirectly Mr. Baca has helped many individuals such as myself.

I am hopeful that I have been able to convey the type of individual Mr. Baca is regardless of any title or position that he may of held. Mr. Baca is a caring man who made a tremendous difference in my life because he chose to take an interest in me. He once told me amidst all of my frustration and anger as a child that I should look at my life as chapters in a book, each chapter teaching us something new. From that conversation along with his continued guidance and my own life experiences I wrote the following thought years later.

Poverty teaches perseverance. Perseverance teaches pain. Pain teaches understanding. Understanding teaches success. Success teaches importance. Importance teaches need. Need teaches truth.

This is the essence of what I have learned from Mr. Baca. Years of guidance and understanding along with my own life experiences led me to that conclusion.

I am forever grateful to Mr. Baca for having chosen to exert kindness and understanding towards a young man who had never known what that was. I am proud to have the opportunity to say that I love and respect Mr. Baca for having been a true friend and mentor.

Respectfully,

Robert Hernandez
President, Eternal Produce Inc.
Advisor, Boone Foundation

222

Robert M. Hertzberg
6625 Langdon Avenue
Van Nuys, California 91406

April 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

RE: United States vs. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for more than 35 years. I am not aware of the facts before the Court, but clearly Lee's plea to the Court assumes he has committed wrongdoing. Whatever the precise nature of Lee's actions before you, I believe he deserves to be judged as a "whole" person, for all of his contributions to the community and to the common good. I know, and would testify under oath if asked, to Lee's positive and important contributions, which I believe should mitigate the punishment that may be allowed under different circumstances.

I first met Lee Baca when he was the Sheriff in Charge of the Marina Del Rey area and opposed my father in a Sheriff's department disciplinary matter. My father, Harrison W. Hertzberg (1922-1987), was a trial lawyer who loved the law, and he held Lee Baca in the highest regard as a commander representing the Los Angeles County Sheriff's Department. My dad was a very tough fellow who had very high standards; to earn his respect required unusual competence and character.

I was admitted to practice law myself in 1979 and during my service in the state legislature, as Speaker of the Assembly and now as a State Senator, I have kept my law license active. I take my responsibility to the Bar and the Judicial Branch very seriously. Like my father, I love the law, and write this letter only because I respect Lee Baca and have a wide range of experiences with him to understand both his strengths and shortcomings.

I first worked with Lee in Los Angeles Latino politics. At that time, Lee oversaw the courts for the Sheriff's Department. I then became his campaign chairman for his campaigns for Sheriff in 1998, 2002, 2006 and 2010. I spent hundreds of hours with Lee and had the opportunity to observe his character in many difficult and stressful circumstances. I was always impressed with his deep interest in public policy and with his graciousness, even when the cameras were not on.

223

Letter to the Honorable Percy Anderson
April 13, 2016
RE: United States vs. Lee Baca
Page. 2

I have never seen a law enforcement officer develop such a deep and respectful relationship with the myriad of ethnic groups who form the foundation of Los Angeles County's 88 cities.

In so many countries, law enforcement has represented the repression of individual freedom and the power of a tyrannical government. Lee understood that and developed strong relationships with dozens of ethnic groups to ease their anxiety toward law enforcement. To first generations, that is a profound and important message.

Lee and I also worked together to create the Hertzberg-Davis Forensics Lab at California State University Los Angeles. The project cost in excess of $120 million and required a sensitive approach to the interests of the Los Angeles Police Department, the Los Angeles County Sheriff's Department, the Los Angeles County District Attorney's Office, and to some extent the California Highway Patrol and the FBI. During my service as Chairman of the Assembly Public Safety Committee, and then as Assembly Speaker, we worked together on this important project. I believe this effort could not have been successful without Lee's dedicated leadership and ability to work with a wide range of interests, resulting in an extremely important contribution to public safety and justice. I cannot imagine anyone else who could have as elegantly delivered this important accomplishment.

In many different areas of the law, Lee came to Sacramento to testify, to bring law enforcement credibility to many causes of social justice. In my 43 years of related service, I have not worked with anyone else who made such significant public safety contributions on a consistent basis.

Let me conclude again by acknowledging that I am not familiar with the specific facts before the Court, which undoubtedly involve some level of wrongdoing. However, I hope the Court will also weigh the lifetime of public service performed by the defendant, Lee Baca.

Please feel free to contact me directly if you need any further explanation of the observations included in this letter.

Kindest regards,

Robert M. Hertzberg

224

March 28, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Sandy Ho, I have known Lee Baca for over 15 years. Lee and I knew each other since we were both serving at the Los Angeles Chinese American Sheriffs Advisory Committee (LACASA). From 2009 to 2011, I was also elected as president. Currently, I am still the board member.

LACASA was formed in 1998 supported by Lee for the purpose of bridging the cultural gap between the Asian community and the Sheriffs Department. As a result, this achieves better communications between the law enforcement agency and the community.

During the time I was president for LACASA, under Lee's advice and encouragement, we had put together many programs and seminars, which included:
Holiday gathering with senior citizens
Broadcasting 36 series of safety training program on ETTV
Public safety education seminar to Asian Americans
Job fair to promote interest of youth in law enforcement

Through our partnership efforts, our mission is provide needy services and to educate the public awareness of safety. For the past years of serving and working with Lee, I appreciated for his genuine support and heart for the community. His works benefit everyone in Los Angeles.

Should you need more information, I can be reached at (626) 203-8458.

Sincerely,

Sandy Ho
Executive Vice President of Preferred Bank
Chairperson for Chinese American Professionals Foundation

225



LAW OFFICES
## WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

David Hochman
dhochman@wrslawyers.com

March 7, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

      Re:    United States v. Lee Baca

Dear Judge Anderson:

      I have known Sheriff Baca for over a decade. I met him at a charity event, and what made me want to establish a relationship with him was watching how he treated people. I watched him treat everyone around him the same – with respect. I asked him if we could have lunch and he accepted.

      The first time we met for lunch, I realized that I am in the presence of a special individual. He asked about me and my family. He knew that my late father, Bruce I. Hochman, was one of the finest tax attorneys and community leaders in Los Angeles. After the lunch was over, I realized that the whole lunch was about me.  He is that type of person – someone who has never been a man who pounds his chest as if to say "look at me!". He is an observer, a man who believes that all human beings are gifts, and that we are all equal in every respect.

      The Sheriff and I share a common interest – respecting people of all faiths. I tell my kids that my favorite commandment is "do unto others as you would like them to do unto you". I have watched Sheriff Baca respect the rights and feelings of people whose voices were not powerful ones. I have watched him stop and talk to a homeless man for 10 minutes. I have watched him treat people with kindness, love, and respect regardless of who there were, their means, or what they looked like.

      I was privileged to join the Sheriff on several international trips with the Sheriff's Department as a civilian advisor. I traveled with him to Israel, Egypt, Abu Dhabi and Qatar. I was a civilian advisor on these trips. On one of the trips, we were in Egypt. The Sheriff had an Egyptian deputy in Los Angeles whose parents lived in a modest apartment in Cairo. The Sheriff made a point to visit his deputy's parents, and I was there when we walked in the apartment.

11400 West Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582
Tel 310.478.4100   Fax 310.479.1422
www.wrslawyers.com
Los Angeles  ·  Las Vegas  ·  Reno

Judge Percy Anderson
March 7, 2016
Page 2

The deputy's mother cried with happiness. She couldn't believe that the Sheriff himself would take the time to come to her modest apartment. We spent 60 minutes drinking tea, eating rice pudding, and talking about how much the Sheriff was proud of their son.

This is the type of person Sheriff Baca is – someone that truly cares about the rights and feelings of others.

I am not sure if you ever met my father, Bruce Hochman. My guess is that you knew of his reputation as a man of honor and integrity. A man whose middle name was "good deeds." I can tell you with certainty, with my hand on my heart, that Lee Baca is a man of good deeds. A man of honor. I can tell you that he is not perfect, and he, like all of us, has made his share of mistakes. But I ask you, your Honor, when sentencing Lee Baca, to look at the totality of his actions and to factor in his 49 years of public service, and his years serving our country as a marine.

Thank you for your consideration.

Very truly yours,

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

DAVID HOCHMAN

DH:DH

227



**Arlene Howard Public Relations**
11812 San Vicente Blvd., Suite 350
Los Angeles, CA 90049
www.arlenehowardpr.com
(p)310-399-3483 (f)310-452-5373

March 8, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Court House
312 No. Spring Street
Courtroom 15,
Los Angeles, Cal 90012

Dear Judge:

We are writing this letter in support of former Sheriff Lee Baca, having had the privilege of knowing him for more than 10 years. Lee's present situation is unfortunate to say the least, but made more so because it involves a man whom we respect and a person we know as a long-time champion of society's downtrodden.

Though ours is a social relationship with Lee, we have always found him to be a man of character and dignity -- uncommonly fair, even handed and without prejudice of any kind.

In casual conversation when talking about headline news, Lee would always take issue and exception to anything he perceived as prejudicial.  He would always counter balance with an opposing view, consistently taking the high ground.  This was never for bravado but demonstrated exactly how he truly felt at his very core.

Many times we have heard Sheriff Lee Baca underscore the importance of elevating the lives of prisoners through educational versus punitive measures.  His admirable view was based on improving inmates' chances for a better life through the tools of learning for rehabilitation purposes and for a mutually beneficial reentry into society.

On a personal note, when our niece had to flee with her infant son from a domestic violence situation, Lee Baca stepped in with guidance, advice and, in fact, found a protective environment for her in a safe refuge.

Page 2

Additionally, he   calmed her with regard to the legal threats she received from her then spouse.  He reassured her that those emotional outbursts were unfounded.   She was scared and petrified and without his professional by sound and savvy advice, I doubt if she would have endured.   At that time, our niece was out of his jurisdiction but he felt compelled to be of service and comfort in a most stressful situation.

The Lee Baca we know is a decent individual, respectful and honorable. We sincerely hope that however his recent transgression is considered, it will be carefully weighed against his lengthy devotion to public service and his abiding respect for the law and order.

Sincerely,

Arlene Howard,
President

Bryce Noel
President
Black Diamond Strategies, Inc.

229

Grace Hu
12654 Misty Place, Cerritos, CA 90703
562-924-0289

April 10, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Honorable Judge Anderson:

I am Grace Hu, a Los Angeles County resident of 40 years, former twice Mayor of Cerritos and nine year Member of the Cerritos City Council. I am writing this letter because I am annoyed by the recent development of the case around the retired Los Angeles County Sheriff Lee Baca.

I have known Sheriff Baca for over 18 years. Although our public service careers only overlapped for around three years, we had served the community together on many occasions during and after I retired from the Cerritos City Council in 2001.

Sheriff Baca is a true gentleman of the old world. He treats people around him with a warm heart and trust. He will do all he can for any suggestions for the goodness and the welfare of the community. Our local community felt the improvement to public safety and police efficiency during his terms.

In serving the community with him, he made me understand the real meaning of "melting pot community". His "color blindness" is natural born, not politically trained. In our community and the cities around mine, he is known as the friend of the under privileged. He has our support and our friendship.

I deeply believe that it his nature to trust his subordinates that dragged him into the situation he is in. Whatever happened happened. However, it is our sincere hope that his good service to our local communities be considered in judging his other deed.

Thank you very much for reading this letter and I wish you well.


Yours truly,

*Grace Hu*

Grace Hu

230

# LEE IACOCCA & ASSOCIATES

February 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I am writing this letter to you on behalf of my friend, Lee Baca. Suffice to say, I was very disturbed to learn of his recent troubles after so many years of impeccable public service.

When I moved to Los Angeles from Detroit, I was encouraged to attend a number of events and activities to not only get a feeling of this terrific city, but to meet some of its dignitaries. I had the good fortune to meet Lee Baca early on and we immediately had a connection. His manner of leadership appealed to me and we became friends.

Over the last decade +, we've been together for numerous social occasions. We even belong to the same "boy's lunch club", some of the "assistants" put together a few years ago. So, I at the least see him once a month.

All the years we've been friends, I have found him to be courteous, gracious and a man to be respected. In all fairness, I think there are times when a leader makes a bad call. But, that doesn't mean an entire career and accomplishments should be wiped out.

I sincerely hope your judgement of Lee Baca takes into consideration all the many good things he's done for this community.

With respect,

Lee Iacocca

LI/ns

2355 WESTWOOD BOULEVARD #362
LOS ANGELES, CALIFORNIA 90064
PHONE: (310) 815-1123 FAX: (310) 317-7455
231

## RABBI STEVEN B. JACOBS

**E-mail:** rabbistevenbjacobs@gmail.com

**Cell:** (818) 917-9691

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

In 1970, I moved to California to become the Rabbi at Temple Judea in Tarzana. My involvement as a rabbi in Miami, Florida, especially in the area of interfaith relations and civil rights causes, brought me to Los Angeles.

It wasn't too long after my arriving in California that I met Lee Baca, known for his leadership in similar causes --- thus began a 45-year relationship. Before September 11, 2001, Sheriff Baca and I were working on issues in the African American and Muslim American communities. I was a member of his Clergy Council and furthered my work with Sheriff Baca in strengthening bonds of fellowship.

On September 11, 2001, Sheriff Baca contacted me, and the very next day, we called together leaders of the Muslim American community. Convening at the Sheriff's Station, community leaders found comfort in Sheriff Baca and his commitment to stand with them. Sheriff Baca, Muslim community leaders, and I then traveled to Detroit, Michigan and to other cities to gain understanding and provide comfort and leadership nationwide.

Sheriff Baca dedicated himself to help deepen the understanding of Muslim Americans. He testified before the House Committee on Homeland Security in 2011 at a hearing called by Representative Pete King (New York) and others who were blaming all Muslims for the problems of the United States and for the terrorist attacks of September 11th. Sheriff Baca provided extraordinary insights into the Muslim American community that I believe began the broader acceptance of and compassion for Muslim Americans.

Over the years, my relationship with Sheriff Baca continued as did our interfaith work. I was honored to be one of his guests at his wedding to Carol Chiang.

232

Page 2:          Letter to Honorable Percy Anderson
                 Re:  United States v. Lee Baca

Extraordinary people make mistakes.  Sheriff Baca's extraordinary journey in leadership in California and nationally as well as internationally, I trust, will be taken into consideration as you judge his future.

Sheriff Lee Baca has been a transformative figure in the religious and cultural realms.  I will always respect him for his vital role in shaping our diverse, multicultural society.

Sincerely,

RABBI STEVEN B. JACOBS

233



Honorable Percy Anderson                                        March 31,2016
United States District Court Judge
United States Court House
312 N. Spring St. Courtroom 15
LA, Ca. 90012

Re: United States vs. Lee Baca

Most Honorable Judge,
It both pains and pleases me submitting this letter on behalf of my personal friend and
more importantly an advocate for the most underserved communities in South Los
Angeles. It hurts to see predicament one who has given so much of himself to enhance
lives and encourage less fortunate now finds his self facing. It pains me not having
capacity to express the great work and legacy Mr. Baca has left on our community. It
pains me to imagine feelings of disdain against our government for undue punitive
damages to one which has always presented himself as willing servant. This is not
something which we should take lightly.

On the other hand, it pleases me having opportunity to stand with the best Sheriff I have
had the pleasure of working with. As Executive Director of GFC ministries past 25yrs., I
am fortunate to work with several positive community organizations which include but
not limited to: Watts Gang Taskforce, WestAthens/Westmont Taskforce, So.Cal.Cease
Fire Committee, So.Bureau Ministerial Alliance, Southeast Police Clergy, 77th Police
Clergy, and So..LA Sheriff Clergy. All these organizations at some point had good
experiences with Mr. Baca. I sincerely believe the sooner he can resume his life,the better
for he and community.

Respectfully Submitted,
Gangsters For Christ
James I. Jones Jr., Executive Director
3870 Crenshaw Blvd., Suite 104
Los Angeles, CA 90008
Email Address: gangstersforchrist@yahoo.com
(213) 925-0974 (Phone)
(323) 292-3870 (Fax)

234

**Community Resource Talent Development**
Post Office Box 7206
Los Angeles, California 90007
310-877-0345 ph / 310-544-1945 fax

May 28, 2015

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

RE:     United States v. Lee Baca

Dear Judge Anderson,

My name is Shelby Jordan.  I am the executive director of Community Resource Talent Development (CRTD).   CRTD, as a 501c3 community based organization, has successfully planned and completed well-designed and well-maintained residential developments for low-income families and senior citizens.  CRTD's developments have permanently removed blighted conditions in the neighborhood called Exposition Park West.  Our work has helped to stabilized this area that was once characterized as economically and socially fragile.

When CRTD began its investigative work in 1989 on how to build a community and round it out to make it safe and self-sustaining, one of our greatest advocates was Lee Baca; and he continues to be that same advocate today.  In 1993, Lee was present during the planning and inauguration of our first two residential developments.  He was supportive in giving CRTD wholesome direction on how to encourage residential/community engagement in helping to uphold public safety.  He imparted the wisdom that every human being is to be valued with dignity no matter what the extent of their circumstances.

CRTD has held firm to the imparting the principles generously shared by Lee Baca to the residential community of our completed developments.  As a result, for nearly two decades there is been a significant drop in petty and violent crimes in the area surrounding the development completed by CRTD.

CRTD continues to have the utmost respect for Lee Baca and believes he has more to give in serving the greater Los Angeles community.

Sincerely,

Shelby Jordan
CRTD – Executive Director

235

--- On Sun, 3/20/16, Alfred Karam <dralfredkaram@gmail.com> wrote:

> From: Alfred Karam <dralfredkaram@gmail.com>
> Subject: Sheriff Lee Baca
> To: bacacarol@yahoo.com
> Date: Sunday, March 20, 2016, 3:10 AM
>
> "Dear  Judge.
> Let me please tell you, your
> honor, a bit about Sheriff Lee Baca,He was
> introduced to me through a friend in the church. I was hit
> by his humble spirit and his loving nature. I liked his
> humor and his simplicity very
> much. I was very pleased to know
> that his awareness of God and his deep belief in the
> spiritual values have greatly impacted his daily life and
> his behavior in general. No doubt that for this reason he
> was chosen to lead the Police in Los Angeles and has been
> nominated repeatedly to that
> post. I, with my wife and my three
> children, would be extremely happy to know that Sheriff Lee
> Baca is walking again free from all of these unjust
> accusations.
> Thank you, your honor for
> taking in consideration my words and accepting my plea for
> the defense of Sheriff Lee  Baca."
>
> Best
> regards,
> Dr. Alfred
> KaramNaturopathe |
> NutripharmaCell: +961 3 10 12
14dralfredkaram@gmail.comdrkaram@nutripharmalb.comhttp://www.nutripharmalb.com
>

236

 **Family Federation for World Peace and Unification**

District 12 Headquarters    950 Holly Vista Drive. Pasadena, CA 91105
Phone (626) 792-8673    Fax (626) 577-8688

Dear Judge Anderson,

My parishioners span from Ventura County all the way down to Orange County. I also oversee churches in San Diego and all of Arizona. I deeply thank you for your all your public work you do serving us all.

I am writing to you regarding Sheriff Baca and the recent news I've been reading in the newspaper. Although I do not know all the details of this case I am contacting you to impress upon you the tremendous difference Sheriff Baca has made in LA County.

When The New York Police Department switched from focusing on the amount of arrests to crime reduction, they transformed their city. They made this kind of change in part by including many nonprofits, religious organizations, and working with the community. Without exaggeration I cannot think of any public figure that has done more to reach out to all denominations and religions for the public's well-being and peace. Sheriff Baca has been deeply committed for this cause and put his money where his mouth is.

Because of him I am networked with many other Pastors, Imams and Rabbis.  Like Patricia Harris a a pastor in Inglewood, we are working on a pastors coalition to create awareness of the abuse of prescription drugs in LA.

Because of his genuine effort it's created a culture amongst all of us clergy to work together. I am now helping a nonprofit called Emerging Leaders that he introduced to with their fund-raising.

When examining the details of this case it's my hope and prayer to look at the whole person's contribution and difference they've made. I believe in him, I'm very confident of the integrity, intention and the heart behind Sheriff Baca's great work.

Please do consider the big picture while examining this case. I thank you kindly for your time to read this letter.

Sincerely,

Pastor George Kazakos and L.A. Family Church

950 Holly Vista Drive. Pasadena, CA 91105
Phone (626) 792-8673    Fax (626) 577-8688

237

**John Kazanjian**
8778 Sunset Blvd.
West Hollywood, CA 90069
310-275-1650
Johnkazanjian@sbcglobal.net

RECOMMENDATION LETTER


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom #15
Los Angeles, CA    90012


RE:   Lee Baca


Dear Judge Anderson:

I am privileged to have the opportunity to write to you this letter of commendation on behalf of Lee Baca, in connection with matters related to his pending criminal matter.

I am long time businessman, and the owner of Autoplex Parking Management Company, a valet parking service operating in Los Angeles County. I am also a residential and commercial property owner in Los Angeles County. I am married with two children.

I have known Lee Baca since 2001, and consider both Lee and his wife Carol to be good friends. I have had the pleasure to know and work with Lee for over 16 years in connection with a variety of professional and personal matters.

Lee has been a dedicate public servant for almost 50 years, tirelessly committing his life to making Los Angeles a safe place for the residents. He rose through the ranks of the Sheriff's Department and ran the department efficiently for many years.

We have worked together on numerous charitable activities requiring that we depend on each others commitment to each project and completion of our designated responsibilities. The activities have included the Sheriff's Youth Foundation, that

238

generate funds to support the youth of Los Angeles County, with activities and guidance to keep them off drugs and out of gangs.

With Lee's support, I organized the West Hollywood Sheriff's Booster Club, a non profit charitable corporation that provides support services for West Hollywood Sheriff's Station. Our Booster Club has been the model for and assisted in the formation of several other Booster Club's in Los Angeles County.

Lee has been a sincere friend, and knowledgeable regarding the Armenian people and the sacrifices and struggles we have had to endure, at home and abroad. He has always made himself available to help and assist our community, and other minority communities in Los Angeles County, to solve issues we have faced improve the quality of life for all.

Lee has proven himself to be extremely capable in managing the Sheriff's Department, handling complex issues and seeing various projects and campaigns through to successful completion. I believe that his goals and efforts were always to make the Sheriff's Department a shining example of law enforcement and to substantially reduce crime in our cities and County.

I am aware that his dedication to the Sheriff's Department, and all those that depend on him, resulted in some poor judgment decisions that have result in his current situation. I am also aware the Lee has willingly acknowledged his inappropriate actions and has willingly provided assistance to address the issues and make sure that they are not repeated.

Without hesitation, I would give Lee my highest commendation on both a personal and professional level. I consider myself to be very fortunate to include him as, not only a personal friend, but a valuable resource to myself, and to all the residents of Los Angeles County.

I strongly recommend that you consider Lee favorably and leniently when deciding on the consequences to impose.

Thank you for giving me the opportunity to provide you with this information regarding Lee Baca.

Very truly yours,

John Kazanjian

239

Honorable Percy Anderson
United States District Court Judge. United States Court House.
312 North Spring Street. Courtroom 15. Los Angeles. CA.
90012
Re. United States v. Lee Baca

Dear Judge Anderson

I was one of the early pioneers of creating partnerships between
community based Gang Intervention – Prevention organizations
and Law Enforcement. Mr. Baca was the key to this success.

I met sheriff Baca before he was elected when he was running
for office against Sherman Block
What struct me the most was his Humility and Genuine concern
about others.
This proved true throughout his career. When he got elected he
didn't have an army of gate
keepers. On the contrary he was always willing to meet anyone
and genuinely cared. Accessibility is why voters like myself
support elected officials.

He was always willing to speak at life skill sessions to
incarcerated inmates. For example, at the Wayside detention
center he was the key note speaker at the graduation ceremonies.
The inspirational speech he gave to inmates was a tear jerker.

A famous football player Jim Brown, founder of Amer – I- Can
(Gang Prevention and Intervention Org), famous Singer James
Ingram Advisor To Unity One. (Gang Intervention Org) and
myself where amazed that the Top Cop brought compassion and
understanding to those who don't vote and are considered
criminals, one of the many examples that I witnessed over the

240

years. I attribute the Education Based Incarceration program in the jails today to Sheriff Baca.

If you recall during the 90s the Homicide Rate and violence was out of control.
There were many neighborhoods in Watts and South Central LA. Etc., where law enforcement could not enter without being ambushed by gun fire.

The wisest decision by law enforcement in those days was to partner with community based organizations to solve the violence in the community. The most influential organizations on the street were the ones ran by former gang leaders and former members.  After the riots in the 90s due to the Rodney King, Unity One was formed.  I was the advisor to it's founder the late Darren Bo Taylor. Unity One and other organizations on their own were stopping gang retaliation and generating home grown programs to solve the violence.

Over the years I personally witnessed Sheriff Baca as a Pioneer in this effort to build coalitions with street based organizations and law enforcement that led to long term mature partnerships.

I remember a Unity One sponsored fundraiser at the World on Wheels bowling alley. Sheriff Baca personally donated money to help this organization serve at risk youth.

Unity One and Belize Unity set up a safe house to stop retaliation between Blood And Crips.
Sheriff Baca was an inspiration and supporter of this street based community partnerships.
We have been to many strategic round tables between law enforcement and community based organization that was initiated and hosted by Sheriff Baca

Sheriff Baca embraced this strategy and history was made. A decade and half later crime stats was at its lowest. I was

241

fortunate to be a part of this and witnessed this process as it unfolded.

Now law enforcement can walk down those streets where once upon a time they would be ambushed with gun fire.

No one will know how many lives were saved because of this wise and genuine man.

I am proud to have met and worked with a man that found a balance between tough on crime and compassionate to folks incarcerated.

Your Honor look at this man from all perspectives before judgment is cast.

Thank you.

Mahomed Khan
Founding Advisor 17 years To late Darren Bo Taylor founder of Unity One
Currently. Volunteer Chaplin LA County Men's Central Jail
Director Interfaith And Outreach King Fahad Mosque
Sheriff Jim McDonald Faith Leaders round table.
Community Co Chair LAPD Muslim Forum. Chair is Chief Charlie Beck and Co Chair is Chief Michael Downing. Head Of Special Opps and Counter terrorism
Film Producer of "One Rock Three Religions"
www.onerockthreereligions.com

Home Address.  10590 Wilshire Blvd. #2C. Los Angeles CA. 90024
Mailing Address.  10866 Washington Blvd 311. Culver City. CA. 90232
Mobile Number 310-901-5115

April 15, 2016

242



**BOARD OF SUPERVISORS**
**COUNTY OF LOS ANGELES**
822 KENNETH HAHN HALL OF ADMINISTRATION / LOS ANGELES, CALIFORNIA 90012
Telephone (213) 974-4444 / FAX (213) 626-6941

MEMBERS OF THE BOARD

HILDA L. SOLIS
MARK RIDLEY-THOMAS
SHEILA KUEHL
MICHAEL D. ANTONOVICH

**DON KNABE**
SUPERVISOR, FOURTH DISTRICT

April 5, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California  90012

*Re: United States v. Lee Baca*

Dear Judge Anderson:

I am writing this letter on behalf of Lee Baca, former Sheriff of Los Angeles County. I have been a member of the Board of Supervisors of Los Angeles County for nearly twenty years and have known Mr. Baca for over 30 years.

While Mr. Baca was a separately elected official, our Board interacted with him on a regular basis on critical issues facing our public safety system. He shared our commitment to reducing recidivism and was very creative, progressive and humane in his viewpoints about dealing with offenders. He was committed to treating addiction as a critical component of cutting our recidivism rates. Mr. Baca was also a fervent advocate for education programs in our jails. Given his own background, he recognized the impact of education on changing lives and providing opportunities for a new path for those incarcerated in our system.

I thank you for the opportunity to write to you about Mr. Baca. If you would like to discuss my comments any further, I can be reached at dknabe@lacbos.org.

Sincerely,

DON KNABE
Supervisor, Fourth District
County of Los Angeles

DK:dsg

243

**Dennis B. Kneier**
**1425 Hampton Road**
**San Marino, CA 91108**
626-578-1109
dkneier@socal.rr.com

May 12, 2016

Honorable Percy Anderson
United States District Court
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: Leroy "Lee" Baca

The Honorable Judge Anderson:

This is a letter to attest to the character and integrity of Lee Baca, who will come before your court in connection with his plea agreement.

I recently served two four-year terms on the City Council of the City of San Marino; during that time I was Mayor twice. Through that service, as well as association with Lee in the Rotary Club of San Marino and other community organizations, I have had the pleasure of getting to know Lee well.

Lee had a distinguished and long career with the Los Angeles County Sherriff's Department. He reached the highest rank in the Department, being sworn in as Sherriff in 1998 and was re-elected several times before his retirement in 2014.

During his exemplary nearly 50-year career with the Sherriff's Department, he built a record of integrity, fairness and innovation. While leading the nation's largest sheriff's department, he tirelessly served the residents of Los Angeles County and he traveled the world touting progressive policing policies.

In my personal interactions with Lee I found him to be a man who consistently demonstrated high standards of character. He was honest, candid and brilliant. His thought processes were regularly philosophical; he espoused ideas of fairness, inclusiveness, teamwork and efficiency. I found him to be one of those rare people who had the vision to see what needed to be done for the greater good of his department, community and country.

244

I know that by his guilty plea he has admitted to a mistake. But in considering the price he must pay for that mistake, I respectively ask that you consider his long distinguished career of service to the citizens of Los Angeles County. Lee is a good man. To the best of his ability he has done what is right. He is a man who cares about people, his community and family.

I appreciate you taking into account my support for Lee when he comes before your court.

Sincerely,

Dennis B. Kneier
Former Mayor – City of San Marino

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

This letter is submitted on behalf of Lee Baca.

The undersigned is an Academy Award winning producer for my production of "Platoon". I have produced approximately 30 movies, and I have received just about every award that can be given to a producer. I also produce television and for the past nine years, I have been a member of the Board of Directors of CBS Corporation. For many years I also practiced law in New York and California but have retired from such practice because of my other activities.

I cannot remember with specificity the exact time or circumstances when I first met the defendant but my best recollection is that it was approximately 15 years ago at a charitable event. Since then I would estimate that my wife

246

and I would go to dinner with he and his wife about 4 times a year.  In all of his discussions with me, he was very proud to be Sheriff and was excited about the work he was doing for the County. I have always felt he was possessed of the highest moral character and was shocked and surprised when I learned he lied in an investigation and was in significant trouble on the other side of the law.

Your Honor, I just don't understand what provoked him to ruin his career when I know how much he has done for the Sheriff's office and the County of Los Angeles. I have to believe this was an isolated aberrant act that was totally out of character as he is an honest family man who loves his wife and children. Knowing the man, he is suffering terribly.

Perhaps you could find it within yourself to allow him to return to his wife and family with a suspended sentence.  His life and career are already destroyed and time in prison will make it even more difficult for him to ever rehabilitate his life. I am asking this as an act of charity.  Lee Baca is not a criminal.  He just made a terrible mistake.

I appreciate your taking the time from you very busy schedule to read this letter. I can be reached at my email Arnold@Kopelson.com.

Respectfully,

Arnold Kopelson

March 15, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE United States v. Lee Baca

Dear Judge Anderson,

I first met Lee Baca at a dinner with friends and was impressed by his straightforward and refreshing personality. After getting to know him these past years, I am certain that he is a city official who works tirelessly for his community.

One example that reflected that Mr. Baca was most deserving of his job in the Los Angeles Sheriff Department was when we recently had dinner together. We walked down the streets of L.A. and I was amazed to see how many people approached Mr. Baca to greet him and offer him support. He has clearly captured the hearts of the community.

I have been a resident and business owner in Los Angeles for many years. I own a business in the heart of Mid City West where I employ over 20 employees. I know the struggles of how to manage so many people. It is not easy, but Mr. Baca has been able to do this with both dignity and empathy.

As an immigrant from Russia, I know that having proper representation in government is a privilege not many people in this world have. I love that our country gives us the ability to voice our opinions and engage in democracy. This is why I'm writing this letter to support Lee Baca. I know he is an integral asset to our community.

Sincerely,

Michael Kremenetsky
Owner of Classics Auto Body, Inc.

249

March 29, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Hon. Judge Anderson:

We, Munson Kwok and Suellen Cheng, are writing in support of Sheriff Lee Baca, one of the community leaders whom we respect.

We have known Sheriff Lee Baca for the past 15 years. Before we actually met him in person, we have already had tremendous respect for Sheriff Baca as he was an excellent sheriff and a strong community leader. Sheriff Baca is notable for inspiring and facilitating a public safety group comprised of important San Gabriel Valley Asian American community leaders. That group became very active for several years in fostering public safety awareness and the improvement and sensitivity in police services. His wife Mrs. Carol Baca has served as a member of the Board of the Friends of the Chinese American Museum (CAM) for more than 15 years. It was through Mrs. Baca that we had the honor of meeting Sheriff Baca who became a strong supporter of the Museum. We knew him as a person with integrity and dedication to serving his community. Based on our observation at numerous community functions, Sheriff Baca was always willing to listen to the needs of the community people whom he served. He followed through what were asked of him for the promotion of various community nonprofit organizations' mission. In 2003, his wife volunteered her time as well as her talent and dedicated more than one year helping the Museum in the seminal days of development. Without Sheriff Baca's selfless and generous support of his wife's tremendous volunteer efforts, the Museum could not have had its early success.

Since we have known him, Sheriff Baca has always demonstrated his superb wisdom and high moral characters. He is kind and patience in response to the inquiries from the community. I believe that his genuine way of helping his constituents is exactly the reason why our community respect him. We have attended many of the community events where he sincerely advised citizens to do good for the society. He is very community-minded. We have personally seen him showed up in countless gathering of the community organizations to support their causes especially for the youth leadership, public safety, senior welfares, educational programs, and many worthy causes. He truly believes in community engagement and tirelessly advocated for the improvement of interracial relations.

As eyewitnesses, we have been active members of several Chinese American community organizations including the Chinese American Citizens Alliance, a civil rights group, Chinese Historical Society of Southern California, and the Chinese American Museum. We hope to count on his continued positive services to our community at the soonest. Thank you very much for your special attention.

Very sincerely yours,

Munson Kwok and Suellen Cheng
suellenck@aol.com

250

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

April 9, 2016

Re: United States v. Lee Baca

Dear Judge Anderson:

In 1993 I was a member of the Los Angeles Police Commission, gang wars were raging, and deaths by gun were well over 1000 in the City of Los Angeles.  I was approached to start an organization which became known as Women Against Gun Violence. For our first kick-off meeting I contacted a friend at the L.A. County Sheriff's Department to see if we could display all kinds of guns so our members and guests might understand the difference between shotguns and semi-automatic rifles, tiny Derringers from Colt pistols.

The Sheriff's Department agreed, and the man who came with the guns and stood behind the display table was Lee Baca, then the public relations/community relations chief. From that day forward he supported Women Against Gun Violence in all our activities, supported legislation in Sacramento and allowed us to honor him with our "Courageous Leadership" award about ten years ago.

He served on our Board of Advisors for twenty years, attended our events, and led the parade down Wilshire Blvd. on the day of the Million Mom March. Our personal experience was impeccable.

I know that whenever we met socially he filled my husband and me with stories of his relationship with the multitude of ethnic communities that he had nurtured and how he so believes in a place for everybody of every ethnic and religious belief in Greater Los Angeles.

I cannot comment on his recent leadership of the Sheriff's Department except what I have read in the press. I know he cared deeply about the moral code he fostered, and I know he is a religious man. But I also acknowledge and am saddened that he has pleaded guilty to lying, so that must be taken into account. It represents a side of him I do not know.

I hope you will consider my experience as you determine his sentence.

Sincerely,

Ann Reiss Lane

Chair Emeritus, Women Against Gun Violence
224 S. June St.  Los Angeles, CA 90004

**Saul E. Lankster, II**
**8125 Surfline Drive, Unit "C"**
**Huntington Beach, CA 92646**
**Email: SaulLankster2@aol.com**
**Phone: 310.528.2585**

March 21, 2016

The Honorable Percy Anderson
The United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Saul Lankster, and I am a high school history teacher in the Los Angeles Unified School District. I am writing this letter to request probation only for Lee Baca and to share with you my reasons for asking for mercy in his case.

### Meeting Lee Baca in 1969

I met then Sergeant Lee Baca in 1969, when he was a Sergeant in the Sheriff's Department and my drill instructor in the Los Angeles County Sheriff's Academy. As my drill instructor, he maintained a professional and kind demeanor, and he communicated to his students that he expected us to try our best, be our best, and treat everyone with respect and dignity.

I would never forget his impact on me as a police cadet. However, I have had the privilege of witnessing the effect of his inspiration on others, his kindness while serving on a board with him, as well as the honor of calling him a friend.

### Baca's 1980 Impact on My Family

In June 1980, Mr. Baca served as the graduation speaker at Compton High School. I was there as a board member, but also as the proud uncle of Terry L. Lankster, a graduating senior. Sheriff Baca exuded authenticity and humility. Prior to Mr. Baca's speech, I noted how he arrived about an hour early, he spoke to parents, students, and faculty before the commencement exercise began. He was far from being stuffy and arrogant, but personable. He was still the Lee Baca of 1969, professional and kind.

We began to talk and he shared with me his concerns for young people in general and these graduates in particular. He had done his own research and, much to my surprise, he knew that these graduates represented less than 25% of the students who started out with the class four years earlier. He expressed concerned about the graduates and those who had dropped out.

In his commencement speech, he told the graduates that they were responsible for their own futures and that they should not become victims. I thought his speech was outstanding. However, I had no idea of the impact it had on my nephew.

253

Several years later my nephew, Terry shared with me that Sheriff Baca's speech was a turning point for him. It spoke to his heart. It was the encouragement he needed. He enrolled in the military and after serving several tours of duty, he became and still serves as a sheriff in San Bernardino.

Sheriff Baca spoke from his heart and his sincerity ruminated with my nephew. I am forever grateful for Baca's willingness to offer authenticity to encourage and motivate young people.

**Baca's Help for Incarcerated Women, Formerly Incarcerated Women and their Children**
I saw Lee again as a board member of the n-Action Family Network, a non-profit organization, designed to provide assistance to women who were incarcerated, and to their children. I served on the board and when I learned that he accepted the board position, I thought he would serve more in name than in action, since I knew his schedule was busy. However, that was not the case. He rolled up his sleeves and worked just like everyone else on the board. He regularly attended board meetings on Sundays, planned gatherings for the women and their families, facilitated visitations at the jail, and promoted programs to improve the self-esteem of the women we sought to help.

**Kindness to LAUSD Students**
I asked Mr. Baca if he would come visit my class at Gardena High School and encourage my students. He graciously accepted the offer, and we set up a time for him to come. The principal, staff and students were shocked that he took the time to come and share. There was so much interest in his appearance that more than just my class wanted to hear him speak, several classes of 10th, 11th, and 12th graders combined in our auditorium to hear his encouragement of students.

After his speech, he didn't run off or appear too busy to talk with students one-on-one. He made sure he spoke with each person who waited in line. Many requested pictures with him, and he obliged each one. He also spoke to my next class. It was an unforgettable experience, and our students felt a sense of importance that someone in his position would take such time to value them and speak with them.

**Lee Baca, My Friend**
In subsequent years, I have had the privilege of calling Lee Baca my friend. He has been authentic, kind, and caring. His heart is huge. Therefore, I ask that you would grant him probation only as you consider the tremendously positive impact he has had on the lives of numerous people, including the students, and families of incarcerated women.

Should you like additional information, I would gladly provide it. Feel free to contact me at saullankster2@aol.com or 310.528.2585.

Thank you for your consideration.

Sincerely,

Saul E. Lankster, II

254



**TOMMY LASORDA**
SPECIAL ADVISOR TO THE CHAIRMAN

1000 ELYSIAN PARK AVENUE
LOS ANGELES, CA 90090-1112

May 16, 2016

Honorable Percy Anderson
United States District Court

Dear Judge Anderson,

Please accept this letter as a formal character reference for Lee Baca. I have had the privilege an honor of being Lee's friend for decades. While I was as surprised as anyone else by the news of his misconduct I still believe in him as man of character, a community leader and as a public servant.

Lee has spent his life dedicated to doing good for others. As a young man he decided to spend his life in public service, a calling with the hallmark of service above self, which in my opinion is the most noble kind. Through his service the number of lives he changed is countless. Through his leadership the number of lives he and his department protected is countless. Through his commitment to the principles of public service and law enforcement the number of deputies he inspired and motivated is countless.

I will be 89 years old this September. Part of what I have learned over the course of my life is that good people, even the best of us, make mistakes. However, one mistake, or even a few, doesn't always outweigh the amount of good that a person has done over the course of their life.

I am not asking for justice not to be done. I am asking that fairness is administered, and in all fairness that the great body of work Lee has given to us citizens over his career is considered in your decision.

Thank you in advance for your consideration.

Respectfully,

Tom Lasorda
Hall of Fame Manager and Special Advisor to the Chairman
Los Angeles Dodgers

255

# The National Korean American Republican Association

April 4th, 2016

The Honorable Percy Anderson
United States District Courthouse Judge
United States Courthouse
312 North, Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States v. Lee Baca ( The Statement of Petition )

Dear Honorable Percy Anderson:

My Name is Abraham Lee as Chairman of The National Korean American Republican Association.

I have known retired Sheriff Lee Baca since he was an Area Commander 20 Years ago. He was very honorable and supportive of the Korean American community. He attended many community events including the annual Korean American Parade, where he served as our Grand Marshall. Sheriff Baca worked closely with many Korean American leaders throughout Los Angeles County.

Sheriff Baca created a Korean American Advisory Council (LAKASA) which involved community leaders, our youth, and volunteers who worked with Deputy Sheriffs in crime prevention programs. Many young Koreans became reserve and regular Deputy Sheriffs.

I know that Sheriff Baca is a caring and honorable man who included all ethnic, racial, and religious citizens within various community programs provided by the Sheriff's Department. Simply stated, Sheriff Baca welcomed all communities into the Sheriff's Department. He is someone we trust.

Sincerely,

Abraham Lee
Chairman of The National Korean American Republican Association
11079 Provence Ln,
Tujunga, CA 91042

256

March 25, 2016

Dear Judge Anderson

My name is Ronald Lee; I've known Mr. Baca Lee for over 20 years. He is a wonderful man with a lot of integrity, who is fighting for things he believes in and serious in helping people.

He is a good friend who knows three generations of our family. He often encourages our grandkids to study hard, to involve with community service, to become a person who can make different when they grow up.

When I was a president for the China Town Lion Club, he always supports our organization. Together, we did many charity events, such as the "eye glass" drive; the blanket for homeless in South LA; helping new immigrants and students. He showed us how much he cares for people and how much he is willing to do an extra mile to lend a helping hand. When I work as a president for the Monterey Park Chamber of Commerce, he often talks to me and gave me many valuable advices, which help me in many ways. His friendship and sincere caring not only helped me but also encourage a lot of people.

My family and I are forever grateful for his support and encouragement. We are so proud of what he had accomplished in the past and wish the very best for his future.

Ronald Lee

Chairman of Chong Hing Jewelers
(626) 429-6088

257



**OAK VIEW GROUP**

Timothy J. Leiweke
Chief Executive Officer

April 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Tim Leiweke and it is with respect that I write to you in regard to Lee Baca.

I have been a resident of Los Angeles for over 25 years and currently own and operate a business in Westwood. From 1995 - 2013 I served as President and CEO of Anschutz Entertainment Group (AEG) and was intimately involved in the development of the Staples Center, the creation of L.A. Live and the surrounding residential and entertainment district as well as the Home Depot Center in Carson. During my tenure with AEG, I had the pleasure of working closely with and supporting the Los Angeles Police Department and the Los Angeles Sheriff's Department. Under Lee's leadership, the Los Angeles Sheriff's Department was instrumental in helping AEG achieve their vision of a vibrant downtown sports and entertainment district as well as a multi-use sports facility on the campus of California State University, Dominguez Hills. It was early on in my career that Lee and I developed a professional relationship that quickly grew into a mutual friendship.

My wife and I had the opportunity to work with Lee on many community projects. In fact, my wife was on the Sheriff's Advisory Board for Community Outreach. Over the years, Lee has made a significant difference in the lives of many in our community. I witnessed his heart and his love of this community first hand. It was very real, very sincere and a constant commitment for him.

On a professional level, I worked with Lee on some very difficult and very public events in our community, including the Michael Jackson Memorial; the Democratic Convention; Lakers Championship Celebrations; and, the creation and safety of the Home Depot Center. I always saw Lee handle his responsibilities with great commitment and focus on those in the community that each one of these events would affect. By no means do I mean to ask you to look past the issues that have created the need for this letter, but I know that this is a good

man, a fair man and a man that loves his community, and he will be his toughest judge and jury.

I fully recognize the serious implications of Lee's crime, but I personally believe it was a terrible lapse of judgment and not a true reflection of Lee's character. I continue to support Lee, and his wife Carol, and view him as a caring, intelligent and loyal man whose civic leadership was deeply respected.

I sincerely thank you for your time and consideration. Should you require further information, please feel free to contact me (M: 424-280-2506 | E: tleiweke@oakviewgroup.com).

Respectfully yours,

Tim Leiweke

259

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States vs. Lee Baca

March 19, 2016

Dear Judge Anderson,

The 2016 presidential Republican primary election and the birth of Black Lives Matter in 2012 after Trayvon Martin's murder point to an alarming fact – that race tensions in America are at an all-time high. According to a recent Rasmussen Reports, 50% of Americans think that race relations are getting worse with hopes for a better future also at their lowest level. Despite the fact that our first black president has been in office for seven years, Martin Luther King's dream of equal opportunity is still just that – a dream.

My family and I came to this great nation from China forty-six years ago to seek a better life and, most of all, to enjoy freedom and equality. My parents lived through the chaos of the Cultural Revolution. Scarred by the violent class struggles and the public persecutions of millions from all walks of life, my parents have instilled in us the important value of equal opportunity and social equality.

In 1995, I was elected to the city council in Walnut, California. That began my 17-year career as the city's mayor and councilmember. As the first-ever Asian American to win a municipal election in a predominantly Republican and conservative suburban city, I had to contend with local "old-guard" voters who felt threatened. My election to the Walnut City Council marked a turning point in my life. I learned to use my position to empower others, especially the underprivileged, the unconnected, and the disenfranchised. I became their voice on the city council.

Former Sheriff Lee Baca has been the compassionate voice of many in Los Angeles County. I met Mr. Baca while I was on the council. Walnut is one of the forty-two cities that contracts with the Los Angeles County Sheriff's Department (LASD) so our professional paths crossed often during 1998-2012. In spite of his busy schedule, Mr. Baca attended many of our council and community meetings in Walnut. He was also a staunch supporter of candidates – many of them were of various ethnic minorities - for political and judicial office.

Two words came to my mind when I think of Mr. Baca – compassion and kindness. Like many, he came from a broken family. His mother, an illegal immigrant from Mexico, was too poor to raise him. As a child, he grew up with his paternal grandmother who also cared for a mentally ill relative in her house. His concern and

260

compassion for the poor and for the less fortunate grew out of his own humble beginnings.

During his tenure, Mr. Baca's actions defied the stereotype we usually associate with an officer of the law. He proposed to build a homeless shelter to the chagrin of the elected county supervisors. He believed that every human being deserved a second chance in life so he implemented an education-based incarceration program that taught inmates parenthood and anger management. He drew the ire of the conservatives when he advocated maintaining a strong tie with the Muslim communities after 9-11. He had promoted more women and minorities to leadership positions than any other sheriff in the department's 166-year old history.

To ensure that the sheriff's department - the largest in the U.S., - remained on the cutting edge, Mr. Baca supported the LASD University. Under this program, the department partners with many universities to offer affordable and flexible degree programs to participants. He holds a Ph.D. degree in public administration from the University of Southern California. His academic accomplishment and his commitment to continuing learning set example for other deputies to follow.

Perhaps, one of Mr. Baca's own philosophies in life can be applied to his current predicament. While in office, his approach to misconduct is more based on re-training and re-tooling wayward employees and less on disciplining them. Giving somebody a second chance in life was always the right thing to do. "Kindness is actually the greatest strength on Earth," said Mr. Baca in an interview. Criminals "deserve to be respected, not for the crimes they've committed, but for the humanity that they have."

America is the greatest nation on earth. To keep this country great, we need kinder and more compassionate people like Mr. Baca to champion the causes of the silent minority, the afflicted, the abused, and the downtrodden.

Poet Alexander Pope once said, "To err is human, to forgive, divine." I am writing to ask you to please not judge Mr. Baca solely based on his act of transgression but to consider his lifelong dedicated service to the men and women of LASD and to the eleven million residents of Los Angeles County.

Sincerely,

Joaquin Lim
600 N. Rosemead Blvd., Suite 123
Pasadena, CA 91107
Tel: 909-363-5168

261

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

March 18, 2016

Dear Judge Anderson,

My name is James Lin, Jr. I am the CEO of a radiology group in the Los Angeles area. I am 41 years old, married with 2 young children, and always striving to reach the proper work life balance while running a successful medical group. My contact information is below if you should want to reach me.

I have known Lee Baca for 4 years. I first met Lee at a hospital fund raising event and was immediately impressed with his approachability and kindness to a young radiologist. I did not communicate with him again for a couple years, but never forgot that I was able to talk with the "sheriff" about my business. I was fortunate enough to be his playing partner in a charity golf tournament for the Boys and Girls Club of San Gabriel Valley in 2015. At our second meeting, Lee continued to share his wisdom for leadership, management, and most importantly being a good person. We soon realized that we also lived in close proximity, and shared a common love for running.

It was at these morning runs that I began to know Lee, and learned about his true commitment to community and the betterment of humanity. Not a single running session goes by without me asking him about some issue or tribulation that I am having; seeking an answer from someone with more experience. Lee has been forthright and generous with helping me to develop my own leadership abilities, and my capacity to think in a global perspective.

I can remember some particularly germane bits of advice related to being a global citizen that Lee shared with me: (paraphrased from what I remember)

"Respect, respect for the diverse cultures, religions, and people of the world and putting yourself in their shoes will help you to understand their struggle. People always want to point fingers at others but the issues we face as people are more complex, more nuanced, and more human than we usually think...putting yourself in others shoes will answer many of the questions that plague our day to day simple, black and white, thinking. The answer is not always so easy."

"All people are similar. It doesn't matter what your race, culture, or religion. We all are much more similar than we are different. Don't forget to take this into account before laying down judgement."

262

I had a particular struggle with a doctor in my group who was difficult to deal with and who caused a lot of problems:

"You have to take care of trouble associates as soon as you determine they are going to be a problem. If you don't take care of them early on, they will continue to weigh down the organization."

Of course, there were many, many, more discussions that we have had during our runs, many of which only exist in my memory as principles and thoughts. My overall impression of Lee is that he is a great friend, mentor, and someone who I look up to and admire.

I have only positive things to say about Lee. He has helped me to develop on many levels as a leader, physician, and person. I know that he is a good, moral person from my interactions with him, and that he is a great value to society. I hope that this letter serves to highlight some of the good that Lee has done in our community.

Thank you for your attention.

Sincerely,

James Lin, Jr., M.D.
CEO, Focus Medical Imaging
Radiology Medical Director, Garfield Medical Center
Radiology Medical Director, Alhambra Hospital Medical Center
Radiology Medical Director, Greater El Monte Community Hospital

Focus Medical Imaging, Inc.
506 W. Valley Blvd.
Suite #300
San Gabriel, CA 91776

Cell Phone: 310-600-3430

263

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA

Re: United States v. Lee Baca

Dear Judge Anderson:

I am Matthew Lin, MD, an Orthopedic Surgeon. I have practiced medicine in this area for 36 years. I also served as a City Council Member in the City of San Marino, 2001-2009, and served as Mayor for 3 terms.

I know Mr Lee Baca for about 20 years, he and his wife Carol live down the street from my family, for the past 20 plus years, I drive by his house almost everyday and see him jogging by my house almost daily.

I often meet Mr. Baca at many community functions. He attended many July 4th parades. He supported the San Marino Chinese Club. He also engaged in many community services as a member of the San Marino Rotary Club and the City Club. He would provide public safety information and methods of crime prevention to the community leaders. Lee also spoke to San Marino High School students regarding careers, college, and life skills. He participated many educational functions in our schools. We love him very much.

Mr Lee Baca was not only a great Sheriff for Los Angeles County, he is also the inspiration of our community. He is a very kind gentleman with a warm heart.

I wish you can take his many years of community services and love from our community into your consideration.

Best wishes

Matthew Lin, MD
Vice Chairman
AHMC Healthcare Inc.
matthewlinmd@yahoo.com

264

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Hello, my name is Joshua Liyanage and I am currently a junior at New York University studying international relations and economics. I have known Lee for about two years, and believe he is a personable, humble mentor and a man of good character.

I first met Lee at dinner through Carol Baca, one of my mother's close friends, and was at first intimidated by him. After all, he was the former Sheriff of the entire Los Angeles County, and surely a man of that stature would not give me the time of the day. However, within minutes, I knew that was an erroneous assumption as he was extremely friendly and took an interest to get to know me. Throughout the dinner, he talked to me about my interests, my career aspirations, and gave me a little background of what he does after I asked. He even recommended me a few good films to watch after I told him I enjoyed foreign film.

I really enjoyed Lee's company and would meet with him for family dinners and just casual conversations every time I went back to Los Angeles for breaks. After a few times of meeting with him, I can with full confidence say he is a man who really cared about my welfare even though I was just a college student who did not have anything to offer him. He could have easily just maintained minimal, polite conversation with me, but he did not; Lee would delve deep in conversation with me covering a wide range of topics and even provide me with life advice that I cherish to this day.

I remember one time I asked him what he would say is the most important advice he would have for a college student such as myself to become successful in the world to which he replied "you can't be competing with others, you have to compete with yourself and hold yourself to a higher standard." This piece of advice particularly resonated with me as he went on to clarify that comparing myself with others in some cases can put me in a bad position to not only harm others, but myself. Instead, I need to focus on being the best version of myself and develop myself in a positive way. This is an outlook I have maintained to this way and guides me in my daily life.

Lee is a man who at first surprised me with how personable he was, but left me with an impression of him as a man full of kindness and a pure heart. I do not know much about the details surrounding his court case, but I can confidently say that Lee, through his kindness and knowledge, has helped me become a better person.

Best Regards,

Josh Liyanage

265

 

23105 Kashiwa Court, Torrance, CA 90505
(800) 579.4875 / (310) 534.1505
(310) 534.1424
www.ledtronics.com

April 12th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

    Re:  United States v. Lee Baca

Dear Judge Anderson:

My name is Pervaiz Lodhie. I am a Pakistan American and have been in Los Angeles for the last 49 years. I am the founder and President of LEDtronics of Torrance CA since 1983 and consider myself as global pioneer of LED lighting and responsible for creating the foundation of the entire LED industry.

I know ex-Sheriff Lee Baca for more than 15 years. Soon after 9/11 the State department Los Angeles formed the Muslim advisory group MCAC. Congresswoman Jane Harman recommended my name to be part of this important group. I have remained part of MCAC. Around the same time ex-Sheriff Lee Baca also formed a similar Muslim advisory group and I became member of this group also. Lee Baca has been one of the best friends ever of the professional Pakistani and Muslim community of Los Angeles. I always found him to be  a great humanitarian and always willing to understand and work for the betterment of our community and the country.

I will always hold him in the highest esteem and respect from me and would vouch for his honesty and friendship towards my friends, my community and myself. I am available any time for any questions. My cell is 310-292 9545

Regards,

Pervaiz Lodhie
Founder / President



Creating the Future of LED Light Since 1983™



266

Sheriff Leroy Baca,                                      January 23, 2014

Sir, my name is Carlos David Lopez. I am one of your East Los Angeles Explorers. It saddens me to find out that you decided to step down after the dedicated service you gave to Los Angeles County and its people.

To me you are more than just another highly decorated individual. You are a leader, and as a leader you always had the best interest for your people in mind, especially the military personnel who selflessly dedicated their life to the safety of this great nation. As other employers put them down or rejected them you gave them the opportunity to prove themselves worthy of being a Deputy Sheriff, you made them feel accepted and worthy  by prioritizing and encouraging them to be the best.

I know you were a Marine, I bet you didn't know this; the explorer that is typing this short letter is also a Marine.   I'm Lance Corporal Lopez, Carlos D. (USMCR), I'm an infantryman (0341) and I joined straight after high school. I am currently a college student at East Los Angeles College and still an explorer for East Los Angeles Sheriff Station striving to one day to become a Marine Officer.   Sir, you have done so much for your Country, but what you did for me as an individual was inspire me to go far and make it to the top. I look at you in amazement, because not only were you a Marine, you were a reservist, and as a reservist that tells me that I have a chance as well.   Active duty, reserves, explorers, you inspired us all.

I remember the first time I met you, I was a freshman in high school and it was my explorer graduation. When I got word that you were going to inspect us I honestly did everything I could to try and impress you, because you are what I dreamt of being, a Marine, and a leader in the LASD. I thank you for everything you've done for the explorer program; you've exposed us all to nothing but positive and amazing things such as ride-a-longs, firearms, cool things that a kid from the ghetto never expected to see at that age.   From One Marine to another I thank you for all your service.

Honorably submitted by,

L.Cpl. Carlos David Lopez, USMCR

267

**Speech Introduction:**

Each member of our Explorer post has identified a program which you have established during your time as Sheriff.   We would like to acknowledge a few of those accomplishments:

Sheriff Baca leads the largest Sheriff's Department in the United States and is the leader of nearly 18,000 professional yet still managed to start many programs related to law enforcement.

**Educational Base Incarceration**

The Education Based Incarceration Bureau is charged with the Sheriff's mission to help people realize their human potential by creating a setting that offers educational opportunities, health benefits, and spiritual growth.  By ensuring a more productive and beneficial environment, coping skills and a more positive view of life will increase and negative results will decrease.

The Education Based Incarceration Unit strives to build collaborative relationships with Sheriff's Department staff, service providers, volunteers and the inmates entrusted to our care to create an environment that offers human growth potential for everyone.

**Correctional Services Division**

The Correctional Services Division is composed of several vital inmate support programs to ameliorate the lives of inmates and address rehabilitative opportunities, such as: Transportation Bureau, Medical Services Bureau, Inmate Reception Center, Food Services Unit, Correctional Innovative Technologies Unit, Offender Services Bureau, and Jail Mental Health Services.  Under the Leadership of Sheriff Lee Baca, the Los Angeles Sheriff's Department has been highly successful in improving the lives of inmates through the Correctional Services Division.

**Custody Division**

The Los Angeles County Sheriff's Department has one of the largest jail systems in the United States.  The Department's Custody Division has many opportunities.

**Court Service Division**

The Court Services mission is to provide professional security and support services to the Trial Courts of Los Angeles County.  They work with the Trial Courts, the communities within them, and dealing in constitutional rights, enforcement of laws, preservation of the peace, and the creation of a safe and secure environment for all.

268

The Court Service Division has helped support many people during their loved ones trials.

## The Executive Office

The Executive Office is responsible for the breakthroughs of the technology exploration project. The office was also responsible for (TRAP) and (S.A.F.E). They were also involved with the shot spotter gunfire location system.

## Detectives Division

Sheriff Leroy D. Baca promoted Willie J. Miller to the rank of Chief who oversaw the operations of the Detective Division. The purpose of the Detective Division is to strengthen its detectives into more effective detectives who solve crime and bring justice to victims.

## Court Release Program

The Court Release Program was created in response to a federal court mandate that all inmates who are ordered released from custody by the Superior Court be released immediately. The program created a comprehensive process to identify inmates who qualified for release. They established the criteria for the release of those inmates who qualified in conjunction with the courts.

## Administrative Services Division

Administrative Services Division is responsible for the Department's financial matters, warehousing, fiscal operations, human resource management, construction projects, and facilities maintenance. The Division also provides administrative support services to the Department Executives.

## Office of Homeland Security

Sheriff Baca commands the largest Sheriff's Department in the United States. The Sheriff's Department is the law enforcement services provider to 42 incorporated cities, 130 unincorporated communities, 10 community colleges and over one million daily commuters of the metropolitan transportation authority and metro link.

## Field Operations Regions I

The Sheriff's Department oversees eight sheriff stations, which covers a lot of territory and some of it has wide open lands like that of the Mojave Desert and population growth like Santa Clarita. Some of these stations cover mountains around the pacific beaches in Malibu. There are a lot of attractions and it is great and diverse place to work at.

269

## Field Operations Regions II

The Los Angeles County Sheriff's Department were responsible for providing basic police services. They patrolled certain cities like West Hollywood, South Los Angeles, and Marina Del Rey.

## Field Operations Regions III

Sheriff Leroy D. Baca wanted to protect the unincorporated county areas; He did so by promoting Chief Thomas P. Angel to take over field operations region 3. Chief Thomas P. Angel was in charge of seven sheriff's stations and 15 contract cities.

## Leadership and Training Division

The leadership and training division is of Risk Management Bureau, Employee Support Services Bureau, Bureau of Labor Relations and Compliance, STAR Unit, Training Bureau, Commander and Chief. The division looks at internal administrative and criminal investigations of employees and gathers information to continually update the Manual of Policies and Procedures. This is a way to keep policies in check and maintain order

## DNA Program

Lee Baca helped in establishing the DNA Backlog Program which offered an opportunity for states and units of local government with crime laboratories conducting DNA analysis to handle, screen, and analyze backlogged forensic DNA casework. This project led to crucial improvements on preventing future DNA backlogs and helping the criminal justice system with better DNA technology.

## Speech Conclusion

We the post, 1097, would like to say thank you for all you have accomplished in your tenure as Sheriff.

Danielle Ortega

Alexis Castaneda

Edgar Barroso

Edwardo Pluma

Saldivador Felix

Raul Becerra

Brandon Pimienta

Crystal Panduro

Ruth Camberos

Carlos Lopez

Simon Vargas

Anthony Palacios

Kevin Ramirez

Hector Bautista

Jimena Ruiz

Hilda Ruiz

Alex Rosas

Jetzabel Gomez

Luis Reynoso

Luis Reynoso

Eric Lopez

Luis Alanis

271



April 8, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

By way of introduction, my name is Robert H. Lorsch, a Los Angeles based businessman and philanthropist. I have known Lee Baca since 1999, shortly after he became the Sheriff of Los Angeles County. As a long-time supporter of the Los Angeles police and fire departments and their charitable endeavors, it was only natural that I would be introduced to then Sheriff Baca. Although I have known many senior law enforcement officials, I quickly learned how Sheriff Baca went out of his way to support the community he served and the department he loved.

When asked to write this letter, I spent hours thinking about what I could say that communicated what others may not have yet expressed. Simply put, Lee Baca treated everyone, regardless of who they were or the money they had, as if they were the most important person in his life at that time. I have seen him drive hours to talk with individuals about personal problems that might have been dealt with in a therapist's office and not in a meeting with the Sheriff of Los Angeles County. Yet that is the kind of person Lee Baca is, whenever anyone was in need, personally, professionally or philanthropically, Lee Baca, the man, always did his best to be there.

His care and concern extended to everyone in the County or any community internationally where he could make a difference. Lee Baca never was too busy to take a call from the thousands of people who carried his business cards or support the hundreds of organizations that reached out to him for his personal support by showing up when others would not.

Running one of the largest law enforcement agencies in the United States must have had many challenges. Spending every day taking care of millions of people while supporting tens of thousands of employees and family members perhaps caused the Sheriff to miss certain events that I am sure he would have otherwise handled differently.

I ask the Court to consider all the positive acts Lee Baca accomplished on behalf of our community and the individuals who reside here. I hope the Court in its mercy will weigh his admitted guilt against the contributions and the good that he has spent his life doing for the citizens of Los Angeles. I can be reached at any time by email rhl@rhlgroup.com or at 310-887-0668.

Sincerely,

Robert H. Lorsch
Chief Executive Officer, The RHL Group, Inc.

Enclosure: Robert H. Lorsch biography

The RHL Group, Inc. • 4401 Wilshire Blvd., 2nd Floor • Los Angeles, CA 90010 • Tel. 310-887-0663 • www.rhlgroup.com

272