# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR16-0066-PA |
| Plaintiff, | |
| v. | **[PROPOSED] SEALING ORDER** |
| LEROY BACA, | |
| Defendant. | |

For good cause shown,

IT IS HEREBY ORDERED that Exhibit "A" attached to the Declaration of Michael Zweiback in Support of Defendant Sheriff Leroy Baca's Sentencing Position shall be filed under seal.

IT IS SO ORDERED.

DATED: _____

HONORABLE PERCY ANDERSON
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, I caused a copy of **[PROPOSED SEALING ORDER]** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
Michael.zweiback@alston.com


/s/    *Michael Zweiback*
Attorney for