Michael Zweiback (State Bar No.143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
E-mail:  [required]

Attorneys for Defendant
LEROY BACA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>LEROY BACA,<br><br>              Defendant. | Case No.:  2:16-cr-00066-PA<br>Assigned to the Honorable [Judge's<br>Percy Anderson, Courtroom 15.]<br><br>**NOTICE OF ERRATA REGARDING DOCUMENT UPLOADED FOR DOCKET NO. 36 WAS INCORRECT** |

/ / /

/ / /

/ / /

/ / /

/ / /

LEGAL02/36489169v1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that counsel for Defendant hereby serves this Notice of Errata to correct the document that was inadvertently uploaded to the ECF system for Docket No. 36.  Please disregard the previously uploaded docum and substitute the attached document in its place.  The attached is Exhibit D, pgs. 48-114 to the Declaration of Michael Zweiback In Support of Sheriff Leroy Baca's Sentencing Position.

DATED:  June 21, 2016          **ALSTON & BIRD LLP**

                    _/s/    Michael Zweiback_
                    MICHAEL ZWEIBACK
                    Attorneys for  LEROY BACA

---

1

NOTICE OF ERRATA REGARDING DOCKET NO. 36

LEGAL02/36489169v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2016, I caused a copy of **NOTICE OF ERRATA REGARDING DOCUMENT UPLOADED FOR DOCKET NO. 36 WAS INCORRECT** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
nichael.zweiback@alston.com

/s/   *Michael Zweiback*
Attorney for Leroy Baca

LEGAL02/36489169v1