# EXHIBIT D

*From the desk of*

April 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Before his retirement, Sheriff Baca's peers across America awarded him the honor of **Top Sheriff** in the United States. That acknowledgment further validates how his close friends, in or out of law enforcement, perceived him...as a good and honorable man; capable of gaining trust and respect from those under his command and in the communities he served. Frankly, his many contributions in our diverse cultures, races, religions in LA County are legendary. I am witness to his extensive abilities, his work and his compassion for his fellow man. He treats women with equal respect and honors them. There is no bigotry nor prejudice in his soul.

I am a teacher and minister and feel that I am an excellent judge of character. I have spent many hours with Lee Baca discussing the problems in our system of justice and the abysmal state of education, setting the stage for the dire social consequences seen in our county. His forward thinking is oriented in solutions to the social problems we all face today. It was Mr. Baca who initiated the Sheriff's Executive Clergy Council to help stave off and reduce gang violence, unrest and rioting in south LA. He envisioned and initiated jail programs, which ultimately became "Education Based Incarceration". These education initiatives led the way to reduce recidivism and put the ex-offender in a position for gainful employment. These attributes and accomplishments I observed and I'm sure there are many more.

Lee Baca consulted and organized hundreds of opinion leaders in the faith community, which included gang interventionists, to help steer young men and women from entering gangs, selling drugs or dealing in human trafficking. He made friends and brought pride to the communities in which

49

he served and beyond; all the while bringing the rate crime down by over 30%. There is no doubt in the minds of those he reached that his actions saved untold lives.

As sheriff, he provided me and other volunteers, an opportunity to teach dozens of clergy, gang interventionists, mentors, drug counselors and law enforcement the use of the worlds leading drug prevention program. In turn, thousands of youth and adults have learned the truth about drugs, the devastating effects of addiction, and live today due to the training he authorized and supported.

His ideas and vision of bringing education the incarcerated proved an extraordinary opportunity within the community of inmates. The varied curriculum provided an opportunity to attain their GED or high school diploma. This program naturally enabled them to better qualify for work after their release.  He was responsible for the dozens of program options for the inmate to improve his self-respect while gaining appreciable knowledge; without which, his life of crime may continue.

As our sheriff, Lee Baca improved conditions and public safety in LA County. For the honorable life he has led, the contributions made to his home county, our state and our country; I believe that Mr. Baca deserves the highest consideration for fair and equitable justice.

Sincerely,

Bob Adams, MA
Lifetime Credential, Secondary Education
National Football League Alumni

Email: bobadamsOT8@yahoo.com

50

3847 Foothill Blvd. Glendale CA 91214   Phone (818) 957-1212   Fax (818) 957-4664





**DATA PROCESSING/FIELD ENGINEERING CORPORATION**



March 3, 2016

**Honorable Percy Anderson**
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear **Judge Anderson**:

I am writing this note today on behalf of Sheriff Leroy Baca. I have known our Honorable Sheriff for over 25 years and I believe that I know him well enough to provide a better understanding of his character.

First, let me tell you a little about myself. I am the President of DPFE Corporation, an IBM Business Partner as well as Microsoft Certified Solution Provider. I have proudly served in different capacities in many non-profit, local and state governmental and non-governmental agencies for the past thirty-five years. I am a member of several organizations including the Armenian Society of Los Angeles, where I am a Trustee and past President, Armenian General Benevolent Union, where I served six years as the Vice Chair, D&M Educational Foundation Past President. Additionally, I am a Life Member of the National Republican Congressional Committee and have served as a member of the Private Industry Council of the City of Glendale, California. I served as a Chair of the Armenia Fund, Inc. raising in average of $20,000,000.00 annually for humanitarian projects. Lastly, I proudly served as founding member by Los Angeles Sheriff to form the Armenian- American Advisory Board to Sheriff.

I have been a friend to Baca family for many years and have witnessed Sheriff's kind humanitarian activities in responding to the communities needs by donating his valuable services, labor of love and monetary assistance to help charitable organizations.

Honorable Sheriff Baca is a very compassionate human being, with unique capabilities to serve the community and to support many hardworking and honorable families. The mental and emotional strain that the Sheriff and his family have already suffered, and the prospect of prolonging it would be devastating and unfair. I am positive that you will give your ultimate attention to this matter, and I hope that you will allow Honorable Baca Family to continue their normal life by clearing the way with your just judgment.

Respectfully Submitted,

Thomas Alexanian

51



560 W. Main St., Suite C#117
Alhambra, CA 91801
Tel - (626) 289-0638   Fax (626) 289-8860
www.aunitedfinancial.com

April 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Honorable Judge Percy Anderson,

I am the poster child for beating the odds. Coming from a single limited English speaking parent home and literally nothing, I have spent the last 27 years of my life working hard. As an underprivileged child, I witnessed my mother struggle to pay rent and make ends meet. It didn't once bother me that there was no sofa to sit on because at least there was a television I worshipped for hours. It gave me hope and the courage to believe that one day there would be a small office and desk job waiting for me. What 10 year old didn't dream of a bringing home a paycheck to contribute to household utilities? What child didn't smile from ear to ear from the mere thought of helping his mother obtain financial security?

At a young age of 12, I did cart wheels when I landed my first job in a sweat shop factory. Cutting the extra thread off of thousands of garment pieces for a penny a piece in unacceptable working conditions didn't come across to me as a child labor issue at the time. After all, I took home my first $50.00 in less than 6 weekends. That first paycheck I blew instantly on a sweater for my mom and the household bills. Spending countless hours in the factory gave me superior observational skills. Before one summer was over, I was convinced that I would one day be promoted to handle the steam press boosting my income from a penny a piece to a nickel a piece. Despite my poor math skills, I still comprehended that 5 times the amount of my pay rate was no joke.

By the age of 15, I had the tenacity to go through phone directories in multiple languages inquiring on any jobs available. After being hung up on and turned away because of my age by everyone in 5 phone directories, my entrance to the world of law began with the important duties of watering plants, cleaning phones and getting lunch at a local law firm. I worked my way up and eventually became a law clerk at a prestigious minority firm in downtown LA by 1996.

While juggling college, in 1998, I founded A-United which began as an innovative service provider to the legal industry providing court services to banks, collection agencies, financial institutions and law firms of all sizes. In 1999, at the Metropolitan News Enterprise Dinner, I met their Person Of The Year, a gentleman I found many similar personality characteristics in. Despite instantly idolizing Sheriff Baca for his optimism, leadership and quick thinking qualities, I half-jokingly shared with him that I would have never signed up for his job becoming responsible for the nation's largest sheriff's department consisting of a staff of 13,000, a billion plus budget to balance and 71 commands. I had less than 12 people on my payroll and wishing I had a doctorate in administration didn't make problems easier to solve. It was easy for me to admire Sheriff Baca and become friends with him and his wife.

52

Page 2

Mr. Baca was there whenever there is some injustice against Muslim community; in fact he travelled to Washington Dc to defend Muslims against Muslim Radicalization hearing by Congressman King.

These are few stories and experiences from many that we experienced with Mr. Baca who served in public service in law enforcement for over 49 years.

I am urging your honor to consider the excellent track record Mr. Lee has for all these years and not sentence him in any jail time.

I appreciate your consideration to this matter and I will be available to any question you might have regarding this letter.

Sincerely,

Kamal M.Al-Khatib

Founder/President

53

# ALPERT BARR & GRANT

*A Professional Law Corporation*

Encino Office Park I • 6345 Balboa Boulevard • Suite 300 • Encino, CA 91316
Phone: (818) 881-5000 • Fax: (818) 881-1150
www.alpertbarr.com

**LEE KANON ALPERT, ESQ**
lkalpert@alpertbarr.com

Direct Dial (818) 827-5153
*Licensed to practice in California

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    *United States v. Lee Baca*

Dear Judge Anderson:

This, in my recollection, is fortunately the first of this kind of letter which I have felt compelled to write about for anyone.

By trade I am a lawyer, an arbitrator, a mediator, a lobbyist and a sometimes college professor.

By person I am someone who has grown up in the very poor streets of Detroit, about four blocks from where the riots started, until the age of 12 and one-half (1/2). We were the last white family in what turned to become an all African American community. I would not trade my experiences for those of anyone.

While my family was poor and I grew up in my grandparents' home with little money or assets, my father and family nonetheless taught me honesty, integrity, loyalty and caring for others, regardless of their ethnicity, religion or financial wealth. I have tried to teach our sons those traits and expectations. One of our son's after graduating the University of Arizona with a business degree and a minor in criminal justice is a proud member of the Los Angeles Police Department and in the past 12 years had dedicated himself tow working ONLY in the poor and underserved communities in South Los Angeles with the exception of when he served on the Metropolitan Unit's Crime Task Force and when as an instructor teaching arrest and control in the academy. His passion is to help those good people in the most need. He is the only Caucasian senior lead officer in his division. Our other son who also loves helping people, was originally a hugely successful head of financial planning for one of Merrill Lynch's most successful offices in Los Angeles, but found no passion. So he went back to college on full scholarships, having obtained his undergraduate degree magna cum laude from UCSB and then after his financial career, receiving his Masters in Higher Education from University of Maryland and his doctorate in Higher Education from the University of Michigan he serves as the Associate Dean and Director of Career Ventures, Internships and Employment at Stanford University. My wife, a retired social worker and lifetime credentialed teacher, is a volunteer at organizations dealing with everything from abused women with children in need, in organizations dealing with limiting emotional and physical abilities, and so many others that I cannot recite them all. I try to do the same serving as a past chair and current member of the Providence Health and Services local regional board overseeing 3 hospitals, one high school, and multiple

\\Sbs2011\abg\WPDOCS\955\069\Lee Baca Letter from Lee Alpert (final).docx

CALIFORNIA • NEVADA

54



ALPERT
BARR & GRANT
*A Professional Law Corporation*

Honorable Percy Anderson
United States District Court Judge
April 4, 2016
Page 2

ancillary facilities. I am a founding member and past chair and current board member of Genesis LA Economic Development, where we started with nothing and now have put in excess of a quarter or a million dollars of funding in poor and underserved area for commercial and workforce housing development. I was honored to have received the prestigious Fernando Award, for a lifetime achievement in volunteerism in the San Fernando Valley in 1999. We are a family of caring and giving as was taught to us by our beloved predecessors.

Well, enough about me and my family. Other than the above-mentioned information, I have provided you with a bit of insight into my life and that of our families and have hopefully showed you how difficult and meaningful to me writing a letter for someone with whom I have become a close friend impacts me.

Over the past decade or so, through community organizations, through my serving and chairing major City, County, and State Commissions here in California, I met, and ultimately my wife and I became true friends of Lee Baca and his wife. We did so because of their genuineness and great hearts and belief's in those people they could serve.

My wife and I have found Lee, despite his recent activities and plea in your court, to be courageous, caring, intelligent, loving, and honest in all of our dealings and someone you can truly rely on as a friend no matter what the circumstances. He spoke brilliantly in one of the college courses I have taught (Master's Leadership Course) at a major University and stayed behind to answer innumerable questions and deeply touch each student with sincerity and encouragement. I have seen him care enough to point people in the right direction on so many occasions, I cannot recite them all. Our family truly loves Lee and his wife, Carol.

The transgressions that have occurred recently in his life, are not the Lee Baca that many have truly known and loved for decades. They are unrepresentative as to who the whole of Lee Baca is. Those of us that know Lee cannot to this day imagine what caused him to engage in the criminal activity which he had acknowledged, with deep remorse. Having been with Lee, recently, I have personally spoken with him on numerous times about what I call his personal transgressions. I have seen and felt the remorse, the sadness and the deep sorrow that he feels internally, *not* for being caught, but from straying from God's teachings, his families teachings and his true caring for others. It is sad, as he is of course naturally embarrassed, has been brought to his knees and the self-introspection he has experienced has even been more punishing to himself as could any other punishment, including incarceration. He has prayed and he has committed to live the rest of his life in a manner in which he was taught and more importantly followed for all of these decades.

So, who is the real Lee Baca? From my vantage point he is a human being who has like so many of us have privately has transgressed but this time publicly, from a life of giving and caring. He is the Lee Baca that has come to my synagogue and to events involving the Jewish Communities on so many occasions, he is the Lee Baca that I have sat with and observed in African American Churches, showing his caring and kindness and directing children in the correct and righteous manner. He is the Lee Baca who is beloved by the Armenian Community in which so many of my friends participate. He is the Lee Baca who has reached out to the Muslim community, the good Muslim community and spoke to their believers after those horrific terrorists of their faith have struck so many time and assured them that as residents they will receive the same respect and treatment from his deputies as do all others including Caucasians He is the Lee Baca who has set up so many programs to prevent crimes and educate the poor and underserved in so many different manner and methods.

\\Sbs2011\abg\WPDOCS\955\069\Lee Baca Letter from Lee Alpert (final).docx



ALPERT & GRANT
BARR
A Professional Law Corporation

Honorable Percy Anderson
United States District Court Judge
April 4, 2016
Page 3

He is the Lee Baca who has spoken to my children and in particularly my police officer son about doing things the right way with no short cuts, while I have been present. He is the Lee Baca that has set up programs to help those incarcerated on their way out onto the streets without fear of returning to jail. He is the Lee Baca who understanding the importance of education has set up programs in person and on line for his deputies and deputies of other departments, to get their bachelor degrees and their master's degrees, and encouraged them to do so, even if affordability had been a prior issue. This is the overwhelming Lee Baca whom we in the communities of all different ethnicities and religions all knew and still know and trust.

While having family in law enforcement, being in the legal professional, and truly believing those who engage in criminal activities should pay the price or we would be a lawless society, I have come to my own personal conclusion that incarceration of Lee Baca, would be of no good and in this instance would be unjust to him personally and believe it or not to our society.

You see, no incarceration could punish Lee, more than he has and continues to punish himself for these terrible indiscretions. In fact, incarceration might be harmful to Lee, his family and our society. He is not a rapist, a murderer or a threat to society. He is a broken person who in his life exercised tremendous knowledge, caring and commitment, in the vast majority of his actions, including sacrificing his life to help others as a law enforcement officer in the streets. He needs and society needs his redemption, not his incarceration.

So, I would plead to you that in your consideration of punishment, which clearly you as a judge must exercise for the wrong that has been done, you not consider incarceration, but a series of actions, activities, and engagements for Lee with those whom truly can be helped and turned the right way by this gentle man, who has gone astray once in his life. An opportunity like this does not come along very often. Lee Baca can be trusted to help this society in so many ways.

Yes, I know the trust given to those in law enforcement is a special trust that must be taken exceedingly seriously, as my family does, as do I, but I also know that if you believe in the punishment aspect of incarceration, it has already been experienced by Lee's own response to himself as well as that of many others towards him, much more so than a cell can provide

So that leads me to the issue of rehabilitation and the honest belief, that Lee is on the right track now and that continuing this, without the interruption of jail, would be best. To have Lee directed to dedicate as much of his life as you deem reasonable to engaging in those organizations and with those people at risk for whom the most help is needed, will not only continue in his rehabilitation but which will greatly benefit those on the edge of our society and hopefully steer them back in to a good life.

To show you how strongly I believe in Lee Baca, and not excusing or forgetting what he has done, I would personally, as I believe my wife would, trust Lee with both of our children and our new grandson to teach them honesty, integrity, loyalty and all the right things to do.

\\Sbs2011\abg\WPDOCS\955\069\Lee Baca Letter from Lee Alpert (final).docx



**ALPERT, BARR & GRANT**
*A Professional Law Corporation*

Honorable Percy Anderson
United States District Court Judge
April 4, 2016
Page 4

This tragic anomaly in his life, with your honorable assistance, can be turned into a true blessing and learning experience to Lee and to others, so they do not stray from the path of commitment and good or following the law.

Respectfully,

LEE KANON ALPERT
for ALPERT, BARR & GRANT
A Professional Law Corporation

# CHRISTOPHER AMBARIAN

### 3151 OAKDELL LANE, STUDIO CITY, CALIFORNIA 91604

PHONE: (805) 990-8833                                          CHRIS.AMBARIAN@GMAIL.COM

---

June 3, 2016

The Superior Court
County of Los Angeles, California

In Re:  <u>Leroy D. Baca</u>

If it pleases Your Honor and the Court:

My name is Chris Ambarian. I am 55 years of age, a businessman, presently the co-founder and Chief Marketing Officer of Promomash, Inc., a California corporation in good standing. I was born in Los Angeles, and come from a family of civil servants (my father was a Battalion Chief and my brother is a Captain in the LAFD, and my other brother is a medal-of-valor-awarded Deputy in the Ventura County Sheriff's department). Aside from a few traffic violations, I have had no legal entanglements in my life.

I met Lee Baca several years ago when I was an executive responsible for my company's leadership training and personal development curriculum and our annual conventions. During this time I was fortunate enough to be able to get to know the Sheriff over the course of several meetings, speeches, fundraisers, and personal interviews. Over the course of a few years, Baca graciously shared his wisdom with thousands of members of our company, at no personal recompense, and we all benefited greatly from our relationship with him.

As a business executive, I am familiar with the challenges of organizational leadership. And of all the many leaders I have studied, on balance Lee Baca has impressed me the most. He is extraordinary in his ability to bring a positive, inclusive, and progressive philosophy to an extremely challenging role, and to translate his ideals more often than not into real-world progress – often in the face of fierce organizational resistance. It's not every day that you see the top executive of a huge law enforcement organization venture into the jails to have a direct, heart-to-heart conversation with inmates in order to better understand what's going on. I will also confess that, as hard-nosed an executive as I usually have to be, I have been moved to *tears* on multiple occasions when listening to the former Sheriff speaking to power about the value of every human life – *especially* those who were incarcerated and under his care.

My father taught me that there were basically 2 types of people in this world: those who serve and contribute to society, and those who simply enjoy the benefits of living in that society. More than any other civil servant that I have known, Sheriff Baca both philosophically and in his actions on and off the job exemplified the ideal of a man who seeks to be of service to everyone. He always fought the good fight… as best that could be discerned at any given moment.

Given the humility, clarity, and profound compassion for others that Mr. Baca demonstrated to me in our private conversations, it was sad for me to see that he had failed to discern what the good fight in this case was, and what that mistake would cost him personally and professionally.

Life occasionally appears as clearly black-and-white, but most often the reality is a bit more nuanced. This is not to excuse Mr. Baca for what he has done. But while the former Sheriff clearly crossed a legal boundary and in a black-and-white sense is guilty of a crime, I do believe that the punishment for that crime is deserving of the Court's discretion.

The situation at hand was by his own admission a failure of leadership… though from my experience with him, one that was completely out of character, and one that followed many years of leadership successes. I cannot begin to imagine the pressures and compromises required in order to lead and evolve as large and complex and entrenched an organization as the LASD; but knowing Mr. Baca's talents, I am absolutely confident that under anyone else, the Department would not have made as much progress as it did under his leadership. To be sure, we must strive toward the achievement of ideal, lofty goals – and, often it is well to be thankful when at least significant *progress* toward such goals was achieved (especially in places where any progress at all is rare). Knowing first-hand what the culture of law enforcement (and politics) can be like, I for one am very thankful that Lee Baca was our Sheriff for so many years. The Department made a lot of progress during his tenure.

I firmly believe that Mr. Baca has many years of community service left in him, and knowing him as I do, I am absolutely confident that he will be more motivated than ever by the lessons of the situation at hand to use those years to be of further service to society – that is simply who he is. And as his friend, I will offer him and our community anything I can to assist him in whatever his future efforts will be.

In summary, the instant case notwithstanding, meeting and getting to know Lee Baca and being able to count him as my friend has been a high point in my professional and personal life. And as serious as this offense was, it does not fundamentally change for me who I know Lee Baca to truly be.

It is my humble but urgent request of the Court that Baca's decades of public service and all the good that he did do to bridge the unfathomable gap between the norms of law enforcement and society at large should factor significantly in the Court's determination.

I thank the Court for its time and consideration.

Respectfully and sincerely,

Christopher A. Ambarian
Studio City

59

Terry D. Anderson, PhD
125 East H Street
Ontario, California 91764

March 12th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am Terry Anderson and I am a retired Professor of Criminology (for 38 years) and my home is in Ontario, California. During my time as a Professor, and since my retirement in 2012, I have worked as a strategic planner, consultant and researcher with many policing agencies such as San Diego Police, Folsom Police, LAPD, the Royal Canadian Mounted Police and numerous other justice and public safety agencies. I am certified by the California Commission on Peace Officer Standards and Training to facilitate their specialized Team Building Workshops for police executives.

I have known Sheriff Lee Baca for over five years. I first met him in 2010 because I and my two co-authors were seeking an exemplary leader to write the Foreword to our, *Every Officer Is a Leader* book. We had been studying police leaders' careers and according to our research no one had more experience and success in the field of leadership in a large policing agency than Lee Baca – no one in the world had led so effectively and served 4 terms as Sheriff in one of the largest policing agencies in America. And, we also discovered that Sheriff Baca was in demand at international policing conferences to speak about his innovative approaches to leadership, organization development, community safety and public trust. And finally, it was an LASD published document titled, *A Decade of Leadership* that corroborated our independent research that he was one of best and most innovative police leaders in America:

https://www.dropbox.com/s/0u0nllwjzv6m3m1/LA%20County%20Sheriff%2010%20Years%20of%20Leadership.pdf?dl=0

After Sheriff Baca agreed to write the Foreword to our book, I later worked as a consultant and executive coach with him and observed his leadership capabilities in meetings with his Command Staff where I helped to facilitate their strategic plan and their executive retreat. From 2012-2014 I spent over 40 days working with LASD and had an opportunity to observe his team leadership and commitment to ethical practices.

The most significant thing I observed was Sheriff Baca's commitment to people: He exhibited equity and fairness in all of his dealings with staff and inmates. I saw him treat people inside the

60

agency and in the community with respect (regardless of their race, religion or rank) and he went out of his way to communicate to them that they had intrinsic worth and unrealized potential. He instituted innovative programs for both inmates (Education Based Incarceration) and officers (Education Based Discipline) that to this day have become best practices in policing and corrections…and these practices are being implemented internationally in other agencies. He personally went around to *every functional team meeting* at LASD and asked all employees in those teams what needed attention and how things could be made better – and he acted on their suggestions and tracked the progress of change. He urged and coached supervisors and managers to do the same on a continuing basis. The most impressive thing about his meeting with them was his **commitment to continuous improvement** in his organization and the fact that he cared enough about all people to listen with empathy, and to act to remedy their concerns. He is the first and so far the only Sheriff in the United States who has instituted a Bureau of Continuous Improvement.

Sheriff Baca served LASD and the Los Angeles community for 49 years and *not once was he found to be culpable* or lacking in ethical judgment in any internal investigation. Throughout his career, he made thousands of effective decisions in one of the most complex organizations in the world, and in one of the most diverse cities in the world.  For this reason, I personally believe, because of the long history of his integrity that what he has confessed to was likely an **error in memory, or an error of omission**, and not an error of conscious or premeditated commission. Based on my experience and observations of his behavior and character at LASD I personally believe that Lee Baca is figuratively the "good captain going down with the ship" when a relatively small but silent mutiny was going on behind his back that was intended to result in his demise – so that a few others who did not have his integrity could move up and fulfill their desire for more control and power.  Some of those people are in jail or awaiting trial and some of them could be attempting to assign culpability to the Sheriff where there is likely none at all.

Judge Anderson, if ever in history there has been a case for mercy in sentencing, I believe it could be this one.  However, I truly respect your rights and responsibilities in the due process of the law. I trust that my limited but unique perspective might be of some value to you when you are making your judgment regarding appropriate sentencing in this case of the United States vs. Lee Baca.


Sincerely,

Terry D. Anderson, PhD

61

**Teen Intervention Program**
**Isaac Asberry, CEO**
**PO Box 5332**
**Compton, CA 90224-5332**
**(310) 637-1824 – Office**
teenintervention@sbcglobal.net
http://teeninterventionprogram.org

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

*Re: United States v. Lee Baca*

Dear Judge Anderson:

This letter is written on behalf of Leroy "Lee" Baca for his invaluable support and interaction with the Teen Intervention Program.

I am the CEO/Founder of the Teen Intervention Program (TIP). The Teen Intervention Program is a non-profit organization developed in 2008, to help identify and address the problems that children in the Los Angeles County area face, that include poor social skills, inferior academic education, abuse of alcohol and other illicit substances, and gang affiliation. I also work with the National Association for Equal Justice in America (NAEJA) Youth Committee. This organization mentors children and young adults to provide a positive role model and promote positive social behavior.

Lee Baca has been an active supporter of both of these organizations. He mentors youths in both the TIP and NAEJA programs, at schools and was the lead figure in the "Stop the Bullying" Campaign. He provides insight in reference to possible consequences of life choices of program participants.

  

In spite of his current legal situation, Lee continues to be an active supporter of the Teen Intervention Program and I wish to express my gratitude.

Sincerely,

Isaac Asberry

CEO Teen Intervention Program (TIP)

62

April 19, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: <u>United States v. Lee Baca</u>

Dear Judge Anderson:

I am writing this letter on behalf of Sheriff Lee Baca to bring to your attention the observations of someone who is not a close friend, but who has benefitted from his leadership and organizational skills.

I have designed, developed, and built over fifty properties in unincorporated areas of Los Angeles, one known today as West Hollywood. Some of the more visible properties include the Bel Age Hotel (now known as The London), the Mondrian Hotel, a multi-story office building at 8800 Sunset Boulevard, etc. I am also the founder of six nonprofit organizations and distributed most of my wealth to worthwhile charitable causes. The latest honor bestowed upon me, in 2014, was the invitation to deliver the commencement address for the UCLA (my alma mater) Department of Humanities.

I divide the safety and tranquility of West Hollywood into two periods – before and after Lee Baca took charge of the Sheriff's Department. Before his tenure, it was a time of lawlessness, crime, and blight. Sherriff Baca's predecessor favored a brutal clamping down in an obvious discriminatory atmosphere. It resulted in a time of fear and complaints bordering on outrage. With the arrival of Sherriff Baca, things changed for the better, far better, bordering on wonderful.

Under Sherriff Baca's leadership, the department became one of the most diverse, with deputies trained to be kind, polite and committed to working for the community - not against it. Response time for emergencies decreased dramatically and the community settled into a comfortable relationship with the Sherriff's Department. With the departure of Sherriff Baca many of us are concerned that crime will increase and so may the emergency response time.

I beg your honor to consider Sherriff Baca's strengths and accomplishments and to forgive his alleged weaknesses.

Respectfully,

Severyn Ashkenazy

63

Dear Judge Anderson,                                          March 24, 2016

I am a retired school teacher who taught at King/Drew Magnet High School for 21 years. Our school is located on the border of Watts and Compton, an area which is known for its share of crime and violence. During my time at the school, I became aware of Sheriff Lee Baca as someone who took interest in our community and got involved with the residents who were actively seeking to improve the area.

I am not knowledgeable Sheriff Baca's legal case, but I do hope that you will include in your judgements, the understanding of what kind of man Sheriff Baca is to many of us who know him personally. He has gone out of his way to speak at community events and conduct meetings in which community leaders are able to develop cooperative efforts to bring peace and cooperation in Los Angeles. I really wish there were more men like him in position of leadership, and I think we would have a much better city.

Thank you for considering my perspective on what kind of person I know Sheriff Baca to be.


Sincerely,

Jack Ashworth

64

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am Carol Baca, former Sheriff Lee Baca's wife. You can reach me by my email: bacacarol@yahoo.com. There are too many things I can write about Lee's character. Here are few examples:

1)   My Beloved Husband

I met my loving husband at the Chinese Club yearly event on Nov. 2nd, 1996. He told me his goals in life were four things: security, education, welfare, and charity. I was so impressed that the first time in my life, I saw someone as great as my father. And indeed, I saw how much effort Lee spent relentlessly for these four goals in his life.

Lee was amazed that I got an Electrical Engineer Master Degree at USC. I worked in the computer field for twenty years, but I didn't like it. When we got married, he told me, "When a man loves a woman, he wants his woman to do things she likes." So I left the computer field and started my happy and colorful life. I went to Trade Technical College to learn fashion, swimming, horse riding, golfing, boxing, yoga, self-improvement, and volunteered for many activities.

Most of all, I learned so much from Lee and became a better person. Lee believes we can influence people to become better. He definitely influences others to become better people. With Lee's support, I have the opportunity to help other people and organizations. For example, I raised $1. 5 million and acquired the historical Garnier Building for the Chinese American Museum and helped it open in 2003. I am a board member, docent and involved in the $1milllion Friendship Fund for the Huntington Library. Besides the Children's Hospital, I also

1

65

participated in the building of a new San Marino Library and the passing of Proposition 49 for after school care… I felt I am really living, have a real goal, and it's now worthwhile for this life.

2) Leader

Everyone who knows Lee acknowledges that he is a workaholic.  For the past thirty-eight years, he has gotten up at 5:30am, stretched, and run eight miles every morning except Friday.  He used to go to work around 8 A.M. and come home around 9 or 10 P.M. including weekends until he retired in 2014.  He prepared his body to be fit when he was thirty-five in order to accomplish the impossible work load he knew he had ahead of him.

Most of all, because of his passion and his love for L.A. Sheriff's Department (LASD) he was working for free; he could have retired ten years earlier and received the same amount of pay and benefit.  Many people offered to support him to be the governor or the Homeland Security Secretary.  He said that he only want to be the Sheriff.

After Lee's tireless endeavors, the LASD yearly budget grew from 1.5 billion to 2.9 billion.  Despite that, he never stopped trying to make the LASD become better.

Lee encouraged everyone to be a leader.  A leader has to be a good role model and work the hardest.  All of Lee's drivers and secretaries said that they couldn't keep up with his energy.  Only I knew that Lee had so many things he wanted to accomplish that he never had enough sleep since he was the Sheriff.

His most common comments at night are "too much…" But it's hard for him to refuse requests – he had 30 new requests daily. He committed to too many activities for sixteen years.  Sometimes ate three dinners in one night, and sometimes we were hungry because we went to 3 dinner events but all missed dinner time.  Every time I met him at his office to go for events, I always saw four or five people waiting in line to ask questions or discuss issues with him.

People said I probably didn't have many chances to see Lee because he was so busy, but I always joked that I saw him "a lot" at events.  The car was his second

2

66

office. His car needed to be replaced very often because we went everywhere and the car mileage was high.

Normally, every weekend we went to five or six events per day that could range from Downtown Los Angeles, San Diego, Lancaster, Burbank, and Santa Monica in one day. Once he flew to Las Vegas three times in one week and I couldn't understand why he couldn't stay there overnight instead of flying back and forth so frequently. He went to Miami for conferences several times.

He is very patriotic, never misses the yearly Peace Officer Memorial Ceremony at Washington D.C., and gave speeches on Memorial Day. He made sure sheriff department veterans received good care and returned to their jobs when they came back from Iraq. He encouraged programs that supported frontline soldiers with letters from sheriff employees. He was honored by the Employer Support of the Guard and Reserve (ESGR) and rode the ESGR float in the Rose Parade of 2004. He made sure every homeless veteran who entered the jail would be transferred to a veteran facility. He always said "Nothing can compare to those soldiers came back from the battlefield and suffered from injury."

He was always proud that he was a Marine for six years in addition to working for 49 years at LASD and helped many police departments in Los Angeles County.

He went to Sacramento and Washington many times to lobby more funds every year. I remembered on our way to the airport, he called and made an appointment with a congressman regarding the unfair formula of Federal funds to California Law enforcement. While we were in Utah, he did the same thing. He never stopped and would never miss any opportunity to improve the LASD.

Because of his trips, efforts, and lobbying, he got $450 million from Washington D.C. and Homeland Security for Regional Interoperability Communication System for all law enforcement, fire, and emergency medical first responders in the Los Angeles County. He not only helps LA County, other counties, other law enforcements, organizations like DEA, FBI, CIA, even other countries etc. Lee often said, "We need action, there is too much talk." Because of Lee's long-time efforts, he also got $250 million for restoring the Hall of Justice and $104 million for the Crime Laboratory. Lee never took credit for all that he did and always humbly gave the credit to others.

3

Lee believed that action must be demonstrated by his captains. If they do what is right only after they got approval, they don't need to be a captain.  Bureaucracy and inaction at times impeded service to the public.

3) Visionary, Educator, Preacher, Mentor...

When Lee first ran for Sheriff in 1998, some people teased him by calling him a social worker and educator because he wanted everyone to learn including inmates.  The LA Times drew Lee as a huge Don Quixote fighting the windmill on full newspaper size.  I, too, was wondering shouldn't the police catch criminals and not worry about educating them?  How ignorant I was then.  Now I realized how the teaching process prevented numerous crimes.  People with vision are usually lonely at the beginning because most people haven't caught up yet.

After Lee got elected, he wanted to have all LASD employees have the opportunity to get college degrees while working to advance their career.  Some captains said it was impossible.  After two years of trying, Lee selected two lieutenants who made it happen.  The LASD-University is composed of twenty universities and colleges.  And thousands of employees now have their bachelor, master, and doctor degrees because of 'LASD-U'.

To prevent juvenile crime, he implemented educational programs in elementary schools, high schools, seventeen Sheriff Youth Centers, and eight centers for Vital Intervention & Directed Alternatives (VIDA).  We went to a lot of graduations of these programs every year.  I was so moved by the teen delegates who gave speeches on how the program changed their life.  I was touched by a mother who said that she would commit suicide if wasn't the VIDA changed her son.

We saw kids overcome with awe by the new baseball team uniforms, computers, footballs, basketball, soap box derby, and boxing games at various Youth Centers.

Lee didn't forget successful children; he gave numerous speeches on many occasions including university graduation ceremonies.  He developed the Police Ambassador Program and Explorers Program to encourage teens to be involved in a law enforcement career and to be a better person.

Lee tried thousands of programs.  E.g. he even had deputies give children educational books while they were on street – they called the action 'book the teens' etc.

In 2003, Lee created EBI (Educational Based Incarceration) programs to help inmates get back to society as a lawful citizen.  He provided them with academic and many life skills programs.  Approximately 8,000 inmates in county jails are in learning programs daily.  There are some inmates that requested longer sentences so they could finish and get a high school degree.  He cared about the inmates' needs; I saw hundreds of inmates in a room expressed their needs in a jail town hall meeting and Lee did his best to accommodate requests.  Lee even encouraged a death sentenced inmate to study and get a degree to better himself.

I saw the inmates give Lee a standing ovation.  Lee allowed kosher food, a dog training program, transported inmates to First AME church on Sunday, have inmates visited by religious leaders, and allowed books in the jail because that's what the inmates wanted, and it was good for them.  Every Christmas we would visit the inmates and Lee would shake hands with all individual-cell serious offenders.  During Christmas, there were gifts for all children visitors and inmates were provided with individual Christmas treats.

The inmates need a good environment and support group after they get out of the jail.  Lee and USC football coach Pete Carroll started the Better L.A. Organization (Pete supported $2 million operation fund yearly which has former inmates helping gang members to reintegrate into society).

In 2003, to ensure the fair justice and appropriate discipline for LASD problem employees to the public, with support from the LA Times, Lee created "The Office of Independent Review (OIR)".  A former Civil Rights US Attorney was selected by the Board of Supervisors to manage the OIR and staffed by 7 civil rights lawyers.  This unprecedented move caused headline news.  Committed to transparency, Lee opened the jails for adults interested in a visiting, he welcomed ideas and suggestions.  He worried the most about managing unstable inmates who can become abusive.

In 2008, he worked with the FBI to investigate problem staff in the jails.  In 2011,

5

he created a Jail Task Force of the best commanders in LASD who worked tirelessly to improve the policies, services, practices, education, and training of the jail personnel.  No one wanted to have the best jails than Lee.

He loves the public and all the men and women in the LASD.  Whenever any deputy died or was wounded, he would be very quiet, not smile, and drop everything to fly or drive to support and console family members.  He even went to Mexico to lobby for the extradition of a fugitive who killed a deputy.  He eventually was extradited to the U.S.

In 2008, when the second largest recession began and lasted for five years, a 5 year $500 million budget cut happened.  The biggest area hurt was the jail system. Insufficient staff and supervisors created a lot of problems.  He tried all means possible and somehow managed not to lay off any employees. He did this by enforcing one man per patrol car, stopped overtime, did not fill positions of people that retired, encouraged higher rank officers to volunteer for more work, cut working hours, shifted employees to different locations and positions, and lobbied the State and the Federal government for more funds.  He sacrificed a lot and managed not to lay off any employees.  But a lot of the employees complained about the shifting and changes which helped save their jobs.  Again, the visionary person usually lonely because the majorities don't see the big pictures.

Finally, he developed a ballot Initiative for a half-cent sales tax to help all County law enforcement Agencies.  Many of his friends said, "That's political suicide, people don't like a tax increase."  Again, it was right thing to do, so he was not afraid.  He raised $1 million and two thirds of the citizens' signatures for qualification of the voting requirement, but when they deleted the unidentified signatures, it went slightly under two thirds of the required voters (64%).

When 9-11 happened, he went to Israel and Pakistan to learn how their intelligence worked and from their experience to purchase advanced equipment to improve L.A. safety.  Criminals have no boundaries between countries, cities, and streets.  He created the "Police Diplomacy" liaison with thirty countries to ensure cooperation.  They exchanged training experiences and successfully had criminals being sent back to their country.  Moreover, he led the development

6

team of LA County's Joint Regional Intelligence Center.  He assigned 25 Deputy Sheriff Investigators assist the FBI operations on a permanent basis of which continues until this day.

He learned that intelligence is most important weapon needed to fight terrorists. For every successful suicide bombing incident, there are many worldwide terrorist being caught or killed before they can attack people because of intelligence.  For example, after one briefing at Israel, we were going to our next location - the airport.  The host told us to wait, because they knew terrorists were crossing the border at 9 A.M., so the intelligence crew identified the van with the terrorists inside and made them wait on the freeway traffic.  After waiting for one hour, they informed us that we could leave because they had caught the terrorists.

I believed the LA is free from the terrorist mainly because Lee spent so much time and effort to prevent it.  All the Homeland Security Secretaries in Washington DC gave Lee awards for his contributions.  Since Lee is so innovative on jail, community, crime prevention, homeland security etc., I heard so many Sheriffs or Chiefs from other states said how good Lee was that they learned from him at various Law Enforcement Conferences.  The National Sheriff Association (composed of all the 3000 Sheriffs in US) elected Lee 'the sheriff of the Year' in 2013.  After Lee saw news that criminals have advanced weapons, he immediately purchased better weapons because he did not want his deputies, who were targets, to be without the proper ability to defend themselves.  Though Lee didn't use the new technologies himself, he made sure his department always had leading technologies.

Lee loves a clean and beautiful city.  He picks up trash in any city and any street. There is the "Broken Window" theory that LAPD Chief Bill Brattan and Lee embraced which means you maintain the city clean and tidy, the security is improved too.  When Lee and Governor Gray Davis saw that Chicago Mayor Daley hired homeless on the weekends to clean the city, Lee had his inmates clean the streets where the homeless reside.  They got approval from the homeless to remove the trash, but because the City Attorney threatened to sue Lee for violating homeless rights, it did not last.  Inmates, however, willingly cleaned alleys in Compton as a permanent work crew.

7

Many times people thanked Lee for the Asian Task Force who targeted Asian Gangs and criminals.  E.g. the Duarte City Mayor said because LASD cleaned the criminal on the street, they could develop the City with a prosperous future.  Lee had 'Gang Task force' that reduced high crime rate cities to a safe and growing city. I remember when Compton had a murder rate of 80 per year.  After LASD took over, the murder rate dropped to 16 per year.  Among the 20 retirement parties, hundreds of Compton, Cudahy, Central City and Norwalk residents appreciated that Lee and LASD deputies made their cities better and safe.

4) Philanthropist and Hero

Lee has a great heart. He wants to help everyone who has a need.  Frequently, people would come up and ask for help ranging from a mother suspecting his daughter was murdered, someone that felt misjudged by justice, a teacher who experienced unfair treatment, to a dead body that needed to be removed from the street.  No matter rich or poor, weak or strong, even the President needed help too.  The more power Lee had, the more people he helped.  He often asked assistants to follow up on those he tried to help.

One time, Lee was sick and we had just come out of the pharmacy and saw a motorcycle accident.  There were people already helping the wounded, but even with a serious sickness and late for a function, Lee still joined in to help.

He wanted to build two homeless shelters because 10% of inmates are homeless. He believed homeless veterans belong in public facilities.  Lee also believed homeless belong to shelters, not jail.  He obtained money, and even drew blueprints and environmental reports for the proposed shelters.  But he got strong rejection from some elected officials and local residents wherever he proposed a shelter.

In a meeting in the Sheriff's conference room, people were so strongly united against Lee putting a shelter in their community.  One rich contractor I respected said, "I like you, Lee, but if you insist on building the shelter, I swear I will use all the power and money I have to stop you."  Lee answered firmly to push the plan with his gentle tone as usual.  I was shocked and also felt like Lee was David vs. Goliath; He was not afraid that the whole world was against him as long as he helped the homeless.

8

72

When misfortune falls upon his friends such as divorce, unemployment, and family member passed away, wedding canceled, etc., Lee would accompany them for hours.  He spent a lot of time helping the unemployed to apply for jobs and took them to movies, sport games, and other forms of entertainment to try to cheer them up.  He wanted all people to be respected.

When Serbia was in trouble, Lee helped a Serbian student apply to college and supported his tuition.  One time he got a complaint that a deputy chased a suspect and ruined a lady's roses.  Lee bought new roses and planted them in her garden during the weekend.

Lee volunteered for a lot of activities.  One time he was supposed to teach a class at West Los Angeles College and only one student showed up.  Most people would cancel the class, but Lee still spent hours with that one student.  He even helped a church set up a school for preschool students in order to have a foundation and prepare for their future success.

In the South Central Century Station, Lee persuaded the LA County United School District to fund a charter high school at the closed court in the Lynwood Regional Justice Center.  The school graduated all of its students and all were accepted to colleges throughout the United States.

Lee tried hard to serve all age groups.  One time we went to a juvenile detention center that consisted of approximately thirty girls (mostly prostitutes around 16 years old) and approximately thirty boys (gang members or drug users).  They didn't have any programs setup so they were just doing nothing in that small place.  Everyone cost $250,000/yearly without any mentor or education program.  A passionate officer there hoped that Lee could help those misfortunate kids.

Lee gave an intelligent and upbeat speech to the detained teenagers.  The girls were very cooperative from the beginning.  The boys were cold and motionless but became attentive listeners and participants at the end.  Lee tried to merge the Probation Office into LASD and provide programs for these teens but did not succeed.  Lee felt that juveniles incarcerated for minimum violence needed mentors.  It makes sense to have most efficient use to merge the probation with LASD.  It's like Lee merged the court Marshall Service into LASD which not only saved $14 million yearly since 1992 but also made the system very efficient.

9

73

As usual, Lee tried to solve problems wherever they came to his attention. With Lee's perseverance and creativity, he still needed to patiently wait for the good timing, the right people, and opportunity to continue his many goals. Just like he patiently tried 2 years, 2 lieutenants he empowered, fulfilled his 'LASD-University' dream. The failed 'homeless shelters', 'a merger of the Probation Office for mentoring programs', and 'seeking funds to make LASD jails to be the best', 'LA to be the clean city' etc. was still in his mind as he patiently waited for a better opportunity.

Every year, during the holiday season, we helped package groceries all morning for the needy. My daughter and I would pick the easy jobs, but Lee always took the tough jobs and carried on until the end. Afterwards, we would go to downtown to feed homeless. At the Sheriff's Star Center during holiday season, hundreds of disabled foster children came had fun on all kinds of interesting booths and shows, had photos and made wishes with Mr. and Mrs. Santa, enjoyed good meals, watched shows, and received designer clothes, toys, jewelry etc. Lee constantly donated money to various charities.

Attitude decides Altitude. Lee went through a tough childhood; he thinks pain can help us grow. The most important thing is a positive attitude. It helps not only us but also others to have hope and happiness. I never heard him say bad comments about anyone. He mentored people and respected their privacy. I always heard stories from other people but never heard any gossip from Lee.

When my aunt came to L.A. without a place to stay, he offered our guesthouse to her for years. When my ninety-year-old father came here in 2015 and stayed in our home for 2 months, Lee fully accommodated him. Lee loves everything God has created.

Lee is a gentleman with integrity. He is generous to everyone but himself. He eats at modest places, buys used cars, and buys sale items. He bought suits, shoes, caps for homeless. He gave money to beggars and hard working kids on the street even in Paris and Pakistan etc. We visited China for an international police diplomacy meeting in 2003. He volunteered payment for his four grandchildren's college tuition. He wants to make sure his family members are free from worry. People praised Lee for raising funds for all kinds of charities but never for himself.

10

74

5) Retirement

When I was taking care of my ninety-year-old father in Taiwan, Lee suddenly called and told me he decided to retire. I informed my sister and she flew to Taiwan to take my place, then I hurried back to L.A. in 2014. Lee never wanted me worry, never told me the circumstances and I don't read the newspaper. All I knew was that he was tired.

The first year of retirement adjustment was rough in 2014. Lee often said he was working one-hundred miles per hour and then a sudden stop. He did not want a retirement party, but different races, religions, cities, organizations, and even the inmates "Second Chance" group wanted to show their gratification, held their retirement parties for him. After twenty retirement parties, I stop counting.

I am satisfied about one thing; finally he is mine and he can slow down to live a normal life. Now, on the weekend, he only needs to go to two or three events per day. He fixed the leaking shower after fifteen years of waiting because he wanted to fix the leaking himself and never found time when he was the Sheriff. He changed the lawn, replaced sprinklers, changed the refrigerator filters, fixed the vacuum, replaced the heater, cleaned the windows, cleaned the kitchen, and cleaned the bathrooms etc.

But dreadful things happened.

a) One thing is that hundreds of lawsuits were normal for the LA County Sheriff every year. With the retirement, however, Lee was meeting with lawyers himself. A lot of deposition requests and serving papers came to our door step. Every surface in the house including floors were Lee's papers and binders. Even at 9pm at night, someone would show up serve him court papers. Worst of all is that if we lose some cases, the 5 County Supervisors could vote and decide whether the county would pay it or Lee. All the cases are in two categories, (1). Labor-discrimination and promotion etc. and (2) Jail – Inmate complaints. Most cases Lee didn't know the contents but because he was the head of the organization, he got sued along with the Supervisors. I was so shocked and wondered who would want to be the Sheriff with this awful system.

11

b) Another thing is that I started to suspect: Is that Lee may have had Alzheimer's disease. My mother got diagnosed with Alzheimer in 2007 and died in 2012, and our family was never the same since then. My mother became mean and selfish sometimes which are the qualities that I never saw from her before. My father also became impatient sometimes and aged dramatically.

///

6)    Memory Loss

After Lee retired, he started to handle his own appointment schedule. He no longer had 5 secretaries and his chief of staff. I wanted to help but he could never remember to give me the information, so I gave up. Sometimes Lee forgot the activities, (e.g. missed 3 times speeches at Nat Nehdar's school.) Or we went to the events without anyone showing up because of the wrong date or wrong time. Sometimes he went to the wrong places or wrong address.

Lee usually can remember all new names and faces of a big room along with their relatives, but now he often can't remember some friends' name, words, or events. He asked same questions or repeat same stories in conversations, forgot what people said, and forgot what he said himself. Or he can't remember my food orders, instructions, or driving directions etc. The scariest thing is that he doesn't remember what happened and what he said in most depositions. He started to eat brain food, buy brain books, and do brain exercises and games – but all those do not work.

He lost his ATM cards and wallet a few times and lost numerous glasses and sport caps. He forgot his cell phone at the Portland airport, and 3 times in doctor's visits. His friend Leon would keep the car key whenever they went out because he misplaced the car key sometimes. We lost some car keys and house keys, so we just make more duplicates.

'Impatient, and not alert'

Without the drivers, Lee sometimes went pass the destination. He complained occasionally that street drivers are too fast and reckless which he never did before. His ability for car back up was no so good like before either. He struggled at

12

learning new things. E.g. He visited Social Security Office 4 times to have the Medicare processed because he was confused on Health Care Programs with Medicare.

Lee was never good at money.  After retirement within 1 month, he went to bank 3 times to alter the alimony payment system for his ex-wife because retirement changed the alimony amount.  He was confused and kept changing the payment system.

He requested the store showed him how to install the refrigerator filter 5 times because he was afraid he won't be able to do it at home.  I got it at the first demonstration, but I didn't want to embarrass him so I silently watched the salesman repeat the action.

He learned dance quickly when we met 20 years ago, but now he hardly can catch up at the dance studio.  He won't stay 5 minutes to learn the cell phone and email each time and forgot after many repetitions.  He finally learned Email and the GPS function because it's a survival skill for him now.  Even now, he still can't distinguish the Email and Text.

He couldn't do the 'percent' calculation when we prepared one document.  This reminded me of my father who used tell me to bring certain amount of vitamins for him and friends when I went back to Taiwan.  One time I found my father still had many vitamin bottles even some almost expired, he still wanted more.  I knew then that dad can't do math like before anymore.

Lee was the best communicator.  Now, he does not always answer questions directly.

I suggested he use a credit card instead of a debit card when he made charity donations.  He won't and said "I want to have a record."  Credit cards have records too...

I knew something was wrong so I insisted on seeking doctor's help.  Finally, Lee reluctantly made appointment with Kaiser Permanente to see a neurologist – Dr.

13

77

Qian Zhang in April 2014.  After some visits and tests, Dr. Zhang confirmed Lee had short term memory loss and cognition problem.  But she wanted to wait for a while for more tests, so she can eliminate the cause of stress from retirement. In October 2015, we went to a referred Doctor (the best in this field) Helena Chang Chui from Keck School of Medicine of USC.  She confirmed Lee's short term memory loss and progressive cognition problem with Alzheimer's disease.

The two doctors each ordered more advanced tests which both proved Lee had Alzheimer's disease in 2016.  My worst fear came to reality.  Now I hope the experimental program that Lee signed in at USC will have a cure in the near future.

Lee's mental state is declining.  Two doctors' reports stated that Lee's cognition test done every 6 month showed a steadily decline. I know he needs to use his brain more and learn new things so he can slow the downgrade progress.  I thought of dancing.  I try to ensure that he does familiar routine activities (e.g. running, golf, opera, massage, gardening, watching sport games, and dance etc.). Lee now attends a dance class with me.

We don't know what will happen minute to minute, all we can do is to prepare ourselves.  As I have been, I will be here to care for him every step of the way.  I am worried constantly that I might get sick too. Then who could take care of this great man?

Lee is constantly amazing me.  His wisdom has turned crisis into opportunities.  His perseverance made impossibility into reality.  His braveness reflected his courage to do what was right in spite of criticism.  His kindness touched people who encountered him.  His humbleness gained him endless friendships.  His righteousness won him respect. Yet his confidence in humans, fully trusting people, caused him several problems but also enable many to be a better person.

The more I know him, the more I love him and can't live without him.  Lee always gives and doesn't like to take.  I am so afraid of not seeing him for even one day that, as long as anything might help, I will try.

I am scared to death that Lee might follow my parents' footsteps.  My biggest fear is that Lee might change his temper and not recognize me.  At his age, 74, I am not

14

sure how many years left for me with the Lee that I know and love.  My one wish is to have as many good memories and offer the best quality life for the man that dedicated over fifty years of his life to the service of his Country and did so with the greatest courage, honor, and selflessness that I have ever known.

Sincerely,

Carol Baca

15

79

Honorable Percy Anderson

United States District Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 920012


RE: United States v. Lee Baca


Dear Honorable Judge Anderson:

The purpose of this letter is to introduce myself as the son of Lee Baca and to briefly share with you what my father means to me.

I myself was blessed with an exemplary father, I recall when I was a teenager about 14, my friend competed in a running race and took 1st place in his age group. The running event ran out of medals and was unable to give my friend his rightfully earned medal. My friend was disappointed, as my father and I both received medals for our efforts. Seeing how this discouragement affected my friend, my father took it upon himself to manufacture a new medal from one of his old medals. He then drove over to my friend's house and handed him this newly manufactured age group medal. My friend was overjoyed and felt rewarded for his efforts.

A few years ago my friend's father passed away. We conversed about his father and how supportive he was with our cross country team. My friend told me the above mentioned experience he had 34 years ago when my father brought him a homemade medal. He said he thought about giving up running because he felt so discouraged about not receiving an award he earned. He told me my father's act of kindness and empathy allowed him not be discouraged. He was grateful his efforts were acknowledged and rewarded.

As his son my heart swells with pride in my father. It gives me confidence and a desire to follow in his footsteps. He is not perfect-no one is-but he is upright and good and an aspirational example for a son. He has taught me how to be a gentleman and respectful to others. Most importantly he has taught me to be tolerant.

I honor my father and have complete admiration for his role as my father. He has helped me pursue my dreams by always being a great provider and protector. I try to honor him by doing my best each day as a father. 3 John 1:4 states: I have no greater joy than to hear that my children walk truth. I thank my father for teaching me discipleship towards light and truth.

Respectfully,

David Baca  951-757-0037

80

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles Ca. 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

My name is Judith Anne Howell Baca. I am writing to you regarding former Sheriff Leroy D. Baca, my former husband of 30 years.

I met Lee in 1963. We were married in 1964. He was employed by the Sheriff's Dept. shortly after our marriage. We were both delighted as this was the career he desired to pursue. So you see, I was by his side from the beginning of the work he so loved and enjoyed. I knew how hard he studied as he continued to go to school to further his education. We became proud parents of twins in 1966, Lee worked hard and was a very good husband, father, and provider. We both came from similar backgrounds. I came from the Appalachian Mountains of West Virginia and Lee from East Los Angeles. We were a good team and worked well together.

I can only say good things about Lee even though we were divorced a few years before he became Sheriff. We built a good life together. He was always supportive of me as a woman, his wife, and the mother of his children. After 12 years of marriage I chose a new religion for myself and our son and daughter. Lee could not have been more supportive of this decision. He also covered the expense of our son serving two years on a mission for our church.

Lee served the community of Arcadia where we first lived and later served the community of San Marino where we raised our family. Lee was kind to my friends and was deeply respected as a neighbor, friend, and my husband. He was a good husband and father and we are still good friends. I was by his side for many years. I am the one who knows how hard he worked to become the Sheriff of L.A. County. He loved his work and serving the people. He loves Los Angeles. I never saw him miss a day of work the whole 30 years of our marriage. Lee's finest qualities are his ability to listen, his maturity, his kindness, his honesty, and compassion. He is supportive to everyone he comes in contact with. He is a wonderful person, a wonderful man. I am proud we are good friends and as a family we love him. I wish I could find the words to tell you how he makes a difference in the lives of everyone that knows him. I pray you take my expression of faith in him and his goodness as a human being into consideration.

I want you to know Lee has been a wonderful provider for me even though we have been divorced many years now. We are also grandparents to 3 grandsons and a granddaughter.

Judge Anderson, words are very limiting. I am trusting my letter, as his former wife of so many years, conveys my respect for Lee and our family's love for him. I hope this letter reflects the goodness of who Lee is. I pray my words and thoughts are taken into consideration.
Thank You.
Most Sincerely,
Judith Anne Howell Baca
951-461-0744
29568 Pebble Beach Dr.
Murrieta, Ca.
92563

81

March 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:  United States v. Lee Baca

Dear Judge Anderson,

Please allow me to begin by introducing myself.  My name is Joseph Baghdadlian and I am a small business owner in the San Gabriel Valley. I have owned operated Joe's Auto Body & Paint for nearly 40 years in the Pasadena and Temple City areas.  Through my efforts to support both the community and the Los Angeles County Sherriff's Department, I served as a Community Liaison for the Deputy Reserve program.  I have also been affiliated with various organizations in the Armenian community such as ANCA and the Pasadena Armenian Genocide Memorial Committee.

The purpose of my letter is to provide a character reference for Lee Baca for consideration in the above referenced case.  I have had the pleasure of working with Lee Baca on various community projects as a Community Liaison for the Los Angeles County Sheriff's Department.  It was during this time that I got to know him on both a work and personal level, and can now say that he is a good friend.

Lee has been dedicated over the years in facilitating the positive development, encouragement and upbringing of the youth in the community.  Through countless discussions with Lee about our younger generations and the effects of substance abuse and bullying, I was provided with the tools to educate and encourage children and teens in my community and within my culture.  Lee taught me how to engage and educate these individuals with encouragement.

I find Lee Baca to be honest, reliable and an upstanding individual.  I am honored to be his friend and colleague.

Thank you in advance for your consideration.

Sincerely,

Joseph Baghdadlian
1705 Winding Way
Pasadena, CA 91107

82



March 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, Ca. 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for many years and I have come to appreciate and respect his immense sense of duty and humanity through the years, He has always been an upstanding citizen of society , and has shown his humility and patience with intricate situations throughout his service to the community.

Several years ago when I discovered that my teenage daughter and friends were drinking at the parties , I was very concerned, and Sheriff Baca personally spoke with her and explained the consequences of such action and had a tremendous impact on her behavior from that moment to this day, and for that I will always be grateful to him.

Sincerely,

Amir Bahadori

THE BEVERLY HILLS HOTEL   9641 Sunset Boulevard, Beverly Hills, California 90210  •  310 • 858 • 8589

83



**SAINT SOPHIA CATHEDRAL ✝ GREEK ORTHODOX COMMUNITY**

1324 South Normandie Avenue, Los Angeles, California, 90006  ✝  PHONE: 323-737-2424  FAX: 323-737-7029

www.stsophia.org



CELEBRATING 100 YEARS
OF GREEK ORTHODOXY
IN LOS ANGELES

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re:  United States v.s. Lee Baca

Dear Judge Anderson:

I'm writing this letter on behalf of my dear friend Lee Baca, former Sheriff
of Los Angeles County.  With his current legal difficulties as a priest and
personal friend I will not abandon him or turn my back on him.  Considering
his overall record of decades of service to our community, he NEVER
turned his back on the concerns and needs of countless people in our
community.  Any life of achievement and consequences must be measured
in the context of over-all use of one's talents.  Lee Baca has used his talents
to serve.  Is he a sinner?  He would be the first to admit that.  Is he flawed as
a human being?  He would answer yes.

But as a priest and Dean of the Saint Sophia Cathedral and Greek Orthodox
Community of Los Angeles and an adjunct professor of Theology at Loyola
Marymount University my work as a priest is with sinners like myself.

I believe in repentance and redemption.  In our Christian tradition we believe
that "every saint was a sinner and every sinner can be a saint."  As Jesus
said; "he who is without sin let him throw the first stone."  Yes Lee is
accused of a serious indiscretion and offense by the federal government but I
sincerely believe that given the opportunity for mercy and clemency he can
live a productive life and still contribute significantly to our community. I
have known him for over 20 years, working with him on projects in the Pico
Union area.  He helped us organize our first L.A. Greek Fest in 1999 by
providing needed counsel in dealing with the city with street closures and

*"When you write your will or update it, please remember Saint Sophia Cathedral. Your gift will live into eternity."*

84

permit requests.  He helped us deal with gang issues by offering lectures and advice to community members here in our facilities.  He is a servant of our community.

The legal authorities and his accusers would gain nothing by incarcerating him.  I assure you Your Honor, on the oath of my priesthood that Lee Baca deserves an opportunity to be a productive citizen of our community.  There is absolutely nothing to be gained by incarcerating him at this point in his life.

If given probation, and give community service here in the area of Saint Sophia Cathedral, I will assume full responsibility for his behavior.  If allowed, I will be his spiritual mentor, having him report to me on a daily basis for work and worship for as long as the court deems.  If approved he can help our area with advice on gang and crime which are a problem for us.  He can mentor youngsters and deliver inspiring lectures to interested parties.

I pledge to be responsible for him.  I believe in redemption.  Lee Baca deserves such redemption.  I hope and pray that you will seriously consider my comments and requests.  I would be most pleased to offer any additional oral testimony and interaction on his behalf.

Sincerely,

V. Rev. Fr. John S. Bakas
Dean

85



# ARMENIAN AMERICAN ORPHANS CHRISTMAS FUND, INC.
## FOR DISABLED CHILDREN AND FOR
## THE RESTORATION OF CHILDREN'S HOMES (Est. 1999)

ՍՈԻՐԲ ԾՆՈԻՆԴԻ ՀԻՄՆԱԴՐԱՄ Ի ՆՊԱՍՏ ՀԱՅԱՍՏԱՆԻ ԾՆՈԴԱՉՈԻՐԿ ԵԻ ՀԱՇՄԱՆԴԱՄ ԵՐԵԽԱՆԵՐԻ ԵԻ ՆՐԱՆՑ ՄԱՆԿԱՏՆԵՐԻ ՎԵՐԱՆՈՐՈԳՈԻԹԵԱՆ (հիմնւած 1999թ.) Non-profit organization a tax-exempt 501(c) 3 charity ID #27-1381531

**OVANES BALAYAN**
President

**ONNIK MEHRABIAN**
Vice President

**ERIK SARKISIAN**
Treasurer

**NOR SERUND**
UNIFIED YOUNG
ARMENIAN ORG.

*Honorary Members*

**LEROY D. BACA**
Sheriff of Los Angeles
County, California.

**FRANK QUINTERO**
Glendale City
Council Member

**GRIGOR AYVAZIAN**
**HAROUT BROUTIAN**
**HARRY AYVAZIAN**
**NICK NISHANIAN**
**LEVON AYVAZIAN**
**GEORGE DADANIAN**
**DR. ARAM KARAKASHIAN**
**EDMOND KHODIAN**
**KHACHIK JANOIAN**

*Advisors Members*

**DR. ROBERT MOKHTARIAN**
**DR. VAHAN ALADADIAN**
**DR. HAMPIK SARAFIAN**
**VARTKES YEGHIAYAN**
Attorney at Law
**RITA MAHDESIAN**
Attorney at Law
**NOUNE AVEDESIAN**
**VACHIK STEPANIAN**
**TOMIK ALEXANIAN**
**GAGIK TAMRAZYAN**
**HOVIK GABIGIAN**
**MEGHEDI ABOULIAN**
**STEPAN HOVAKIMIAN**
**ALFRED NAZARYAN**
**SARKIS MAJARIAN**
**SARKIS TOPALIAN**
**MIKE AGOPIAN**
**ARMEN NAZARIAN**
**RAZMIK ARUTUNYAN**
**MESROP TOPALIAN**

Wednesday, March 30, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse

Re: United States v. Lee Baca

Dear Judge Anderson:

It gives me a great pleasure of distinct privilege sharing my heartfelt thoughts about former sheriff of Los Angeles, Mr. Leroy D. Baca. I have had the honor of knowing Mr. Baca in person for several decades as I have always been impressed with his exemplary professionalism and service to our larger community. His leadership skills have always been superb and inspirational as he has kept our communities safe and protected with outmost sense of dedication and responsibility.

May I introduce myself before I continue my remarks? My name is Ovanes Balayan and I have been a community activist and organizer for the past several decades serving in various capacities to materialize numerous outreach and charitable activities in different communities of southern California. As the founder and the president of *Armenian American Orphans' Christmas Fund Inc*. I have witnessed how our dearest friend and long term supporter, Mr. Baca, has shown no hesitation to extend a helping hand and help disabled, orphaned, and needy children in far reaching corners of Armenia. A true example of his extreme commitment, I recall how he made it to our live televised telethon last year ten minutes before midnight and right before the fundraising event's closure. He was out of town and had just returned from an out of state trip and had made the effort to be a part of our telethon in such extraordinary manner. He had to keep his promise like every year and I wish I could explain how he energized our viewers and created such enthusiasm by showing up and making his humble contribution at the last minute. That was such a unique and unforgettable gesture by one of our community's most recognized and powerful public servants demonstrating his sense of humanness and kind heartedness. Furthermore, I like to add that Mr. Baca is a very humble man who without any prejudice is ready to help and assist those in need. He has personally visited our orphanages in Armenia several times in the past few years and has assisted and made generous contributions to our cause.

If I could be of any further assistance, I may be reached at 818-239-6880 or be emailed at kachnazar1970@gmail.com.

Sincerely,

Ovanes Balayan
CEO and Founder, *Armenian American Orphan's Christmas Fund, Inc.*
Editor-in-Chief of KACH NAZAR Monthly Magazine for 42 years.
Host and journalist of KACH NAZAR T.V. Show on every Sunday night for 26 years.

P.O. BOX 250038 • GLENDALE, CA 91225 • Tel: (818) 246-0125 • Tel: (818) 239-6880
Fax: (818) 246-7167 • e-mail. forourkids99@gmail.com

April 13, 2016

**RE: LETTER OF SUPPORT FOR HON. LEE BACA, FORMER LOS ANGELES COUNTY SHERIFF**

Your Honor,

This is a letter of support for my friend, the Hon. Lee Baca, who served the residents of Los Angeles County for over four decades and 16 years as Sheriff.

I have known Sheriff Baca for over thirty-six years and he is man of the utmost integrity, honor and character. As the County's Chief Law Enforcement Officer, he dramatically helped reduce crime while advocating for mental health services for inmates. While this approach may not raise eyebrows now, it was revolutionary at the time and Sheriff Baca took a lot of flak but stood up for what was right.

Additionally, Sheriff Baca did something many elected officials refuse to do, he worked closely with our ethic communities many of which are overlooked. He created advisory councils for the Latino, Asian, Muslim, and LGBTQ communities at time which it considered political suicide. Again he stood up for what was right.

When I served as the Mayor of Monterey Park, I worked closely with Sheriff Baca and his staff. They were very community orientated and even changed the flight plans of their helicopters to reduce noise to our residents.

Sheriff Baca and his wife Carol have been " pillars of the community" and have never said "no" to the events and charities of Monterey Park or any city in Los Angeles County.

I hope that Sheriff Baca receives a fair hearing that takes into consideration his decades of accomplishments, and hard work on behalf our taxpayers, residents and families in Los Angeles County.

If you have any additional questions you may contact me at 626-862-2882 or via email at goodmanfred@hotmail.com.

Sincerely,

FRED BALDERRAMA

87



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom No. 15
Los Angeles, California 90012

RE: United States v. Lee D. Baca

Dear Judge Anderson:

The following letter is a description of former Sheriff Lee D. Baca and what he has done for the Los Angeles County Sheriff's Department and certainly citizens of Los Angeles County.

I must first give you my back ground. I am a retired Deputy Sheriff of 26 years. In 2015 I retired from the Sheriff's department, looking to further my work in the jails, not only in Los Angeles County but other states who are open to Education Based Incarceration (EBI). In 2006, Sheriff Baca was concerned about the recidivism rate in Los Angeles County as well as the condition of the County jail. In 2006, I was tasked to develop a jail program that would educate inmates, giving them the opportunity to change their way of thinking that would transform their actions in the jail and actions during re-entry. At this time, the M.E.R.I.T Program was created. MERIT is a rehabilitation program( still in action today) that is comprised of Parenting, Anger Management, Relationships, Drug Education and Spiritual Growth.

Between 2006 and 2014, Thousands of men and women had the opportunity to change their way of thinking, which translates to their way of feeling. In 2008 Sheriff Baca was given the reports of force incidents in the MERIT program in comparison to general population. The reports showed that the use of force in the MERIT dorms were almost 0 percent. Sheriff Baca ordered to have the MERIT Program in all of the seven Los Angeles County jails. I personally was responsible for making this directive happen. During the growth of the MERIT Program, the Sheriff's Department was continually receiving reports of men and women who were reentering back into their community as Husbands, Fathers, Wives and Mothers. This was the return on investment (ROI) that we were looking for. With this transformation taking place in the jail, there was less violence. Inmates vs Inmates, inmates on staff, basically creating a jail motivated by education and a chance to start over, allowing Hope !

Not only did this transformation affect the County jail, it grew into the community. Today, there are three different locations that offer continuity of E.B.I. South Los Angeles, San Fernando Valley and Santa Clarita Valley. Every week these meetings are open to men and women who

are challenged with reentry.  The internet is filled with reports, testimonies and facts of the MERIT Program, giving the many transformations that did take place and are taking place today.

There isn't a place called "jail town" for these former offenders to return to.  They return to OUR community, OUR malls, beaches, parks, movie theaters etc.   Sheriff Baca created a new way to incarcerate, creating a safer jail and providing hope to many who have traditionally been institutionalized.  I trust that you have been given information from many different sources.  I was under the leadership of Sheriff Baca and I am proud to say that I witnessed the transformation of not only inmates>Students but Deputies as well.

If you have any questions, I would be available at anytime.  I hope and pray that your recommendation is for Probation, allowing Sheriff Baca to continue his service to the community and jails throughout the country.

Respectfully,

Dave Bates
President, blesedx2@aol.com
805-404-3477

# TRIAL LAWYERS FOR JUSTICE

## LAW OFFICES OF EBER N. BAYONA

April 11, 2016

Hon. Percy Anderson
United States District Court Judge
United States Courthouse
312 N. Spring Street
Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

Dear Judge Anderson,

It is with great pleasure and honor that I write this character reference for a great man, Sheriff Lee Baca. I have known Mr. Baca for the past fifteen years. I have also known of at least three people whom he has personally helped, and whom have turned their life around in a positive way, thanks to him. Today, they are great people, in part, because they met Mr. Baca.

A few years ago, I introduced a young man by the name of Luis Aguilera to Mr. Baca at a Mexican American Bar Association event. I explained to him how Luis had been in and out of the system. Mr. Baca took the time to speak with him and offer him hope and encouragement. Luis decided to enroll at California State University, Los Angeles and this June will graduate with a degree in English. Luis always reminds me that Mr. Baca treated him with respect and did not look down on him, despite his checkered background. Mr. Baca is probably unaware of the profound effect he had on this young man. This is a testament to the great character and person who is Mr. Lee Baca.

About fifteen years ago, I met a man who people called, "Grandpa," or Paul Gudin. He was a retired criminal defense attorney who met Mr. Baca when he was a custody officer in the county jails. Grandpa knew Mr. Baca well; they both shared a love for running. Grandpa said that Mr. Baca was a trailblazer and a man who earned people's respect. Grandpa also believed that Mr. Baca was a man of honor because he had worked hard and moved up the ranks to achieve the highest office in his profession. Grandpa respected and admired Mr. Baca.

1 | Page

Finally, I have been a member of the First AME church for the past fifteen years of my life in Los Angles. Mr. Baca has always given of himself as well as his time to help the community and members of First AME church. He is a person whom many love and respect. I often see that people wait to speak with him after church. He always has words of encouragement for everyone who asks him for help or advice. He is loved and respected.

Your honor, I truly pray from the bottom of my heart that you see what a great and giving human being Mr. Baca is and has always been. He continues to be a great asset to the community as he is involved with educational ventures to help the youth of Los Angeles County. I hope you find it in your heart to allow Mr. Baca to continue to do the great work that he is doing for all of us.

Respectfully.

Eber N. Bayona, Esq.

May 10, 2016

Bruce Bennett
10061 Riverside Dr., #225
Toluca Lake, CA 91602


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Your honor, before I begin this letter, please let me say that I am not a politician nor have been in Law enforcement. I am just a hard working businessman that has lived in Los Angeles County for most of my life (about 46 years).

I met Lee Baca at a car event in late 1998. I introduced myself to him and soon after talking to Lee I quickly learned that we shared the same passion that I have for Italian cars. I told him that I collect Ferrari's and currently have three. He asked about my business and I told him about my car care business which I started in 1979. His was more interested in learning about me and my lower middle class background than the car event itself. He was genuinely interested to learn that I grew up in Los Angeles in a family of modest means. My father, a butcher and my homemaker mother along with my younger brother and I lived in apartments in Hollywood. I desired a better lifestyle for myself and set my goals to hustle and sell automotive products and eventually ended up with my own company. My success led me to not only owning my own business and my home but collecting Ferraris, my dream car as a child growing up in Hollywood.

I was impressed and flattered that the Sheriff of Los Angeles County was interested in my life. Lee and I became friends and socialized many times together whether it be on various car events or out to dinner with our wives, etc. Our friendship is a true friendship. Although we never shared the same career or political aspirations, our initial love of cars grew into a special friendship. We are just Lee and Bruce and I am truly honored to be Lee's friend. On my 50th birthday, Sheriff Baca had 4 events to attend that evening which was not uncommon for him. At the end of the night, he made it to my 50th birthday and made a special speech. Lee joked initially & made everyone laugh, the kind of jabbing an older brother would do! But in the end, gave the most heart-warming tribute. A tribute from a very kind, loving and genuine friend… My friend, Lee.

Judge Anderson, Lee Baca is a sincere, intelligent person who desires the best in life for everyone; is inspired by success stories but also encourages personal growth & inspires all he comes in contact with whether it be in the public or private arena. He has compassion for people

92

and is there to listen, help, counsel and offer advise if a problem arises. He has extended his life to others his entire life. His approach to life comes from a positive place.

Your honor, I ask for your leniency and consider waiving any time for the sentencing of Lee Baca. Thank you for your time and consideration.

Sincerely,

Bruce Bennett
818-640-7622

93

## Richard Benveniste, D.D.S., M.S.D.

### A Professional Corporation

### Periodontics - TMJ

19231 Victory Blvd.
Reseda, California 91335

Victory-Tampa Medical Square
Suite 256, (818) 881-7337

March 24, 2016

RE: Leroy Baca

Dear Judge,

My name is Richard Benveniste, DDS, MSD, having been born and raised in Los Angeles and have lived here all these 77 years.

Over these many years, starting as a kid, I had always been fascinated, and developed close association with many of the leading law and judicial enforcement heads.

In the last 30 years I have been closely associated, with the last two sheriffs, three LA County District Attorneys and have even watched Mayor Garcetti develop from a teenager to his present position, also along with previous members of the Los Angeles Police Commission.

Personally, I had been appointed by Governors Brown, Wilson and Davis to various State Commissions, as well. Two of my very close friends and associates had become California State Supreme Court Justices, along with other Superior Court Justices.

With all those benevolent years of experiences and with all the relationships I have had with law enforcement leaders, truly I felt privileged to get to know Sheriff Leroy Baca as a very special person, whose honor and integrity was always second to none, and after hearing his views and listening to his many benevolent speeches, including those for helping our youth, I, along with many others, on a non-political basis, felt his honorable position could even be used in a wider range of influence for California and beyond, if possible.

I am hoping you will give these heartfelt thoughts strong consideration, because very few of all those previous experiences could not have produced a more gracious individual.

If you should have any further questions, please do not hesitate to contact me at your earliest convenience.

Sincerely,

Richard Benveniste, DDS, MSD

1

94

**CAROL OUGHTON BIONDI**

110 NORTH ROCKINGHAM AVENUE

LOS ANGELES, CALIFORNIA 90049

_____

PHONE: 310.476.4201        FAX: 310.476.2591

carol@thebiondis.net

April 20, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Thank you for considering my letter on behalf of Sheriff Lee Baca.

In 1999, I was appointed to the L.A. County Commission for Children and Families where I soon focused my efforts on the youth who crossed over from Foster Care to Delinquency and all too often went into one of the county juvenile probation camps. This ultimately led me on a course to juvenile justice reform and it is in this capacity I met Sheriff Lee Baca.

The Governor appointed me to the California Advisory Committee on Juvenile Justice and Delinquency Prevention in 2006. Later that year, Sheriff Baca recommended me for the State Corrections Standards Authority - now called the BSCC, Board of State and Community Corrections - where we served together for several years. My service over the years also includes membership on several Boards, including Homeboy Industries, the Anti-Recidivism Coalition (ARC), The Children's Defense Fund, United Friends of the Children and many others. Today I continue my advocacy for system involved youth and for criminal justice reform.

Sheriff Baca has done so much over so many years to help foster positive change in the criminal justice system, that it's impossible to list all of his contributions in this letter. In 2003, Sheriff Baca supported the development of materials for system involved parenting teens produced by the nationally recognized research organization, Zero to Three. I was able to use those materials with, and for, the boys at Camp Gonzales who were 18 or younger and were parents or about to be parents.

95

In 2009, Lee was Chair of the national organization, Fight Crime: Invest in Kids. This organization of Police Chiefs and Sheriffs from all over the country serves to educate policy makers to be smart on crime by supporting, among other things, a variety of researched based programs in the community. These programs work to get troubled kids back on track so they wouldn't end up incarcerated. Lee and I worked together to raise awareness which included an event at my home -- which Lee co-hosted - to support their work.

Sheriff Baca's Incarceration Based Education model at the Men's Central Jail in Los Angeles is yet another of the many things he has shepherded to foster the idea that education leads to better outcomes in the community than punishment does.

Sheriff Baca's advice has been invaluable to me over the years. We both deeply believe - and talk about - young people's ability to change. At the same time, he would be quick to provide me with the education I needed to look at each situation with a hopeful, but also realistic point of view. He never hesitates to remind me, as I work in locked facilities, to be smart about it.

Today, I can say that I view my advocacy in a more balanced way, in large part because Lee Baca has been there for me, in so many ways through the years. He is a mentor and an inspiration to not only me, but to others I know who have had similar experiences with him.

I hope you take into consideration how much his help has meant to me over many years' time on behalf of juvenile justice reform in Los Angeles and in California.

Thank you.

Sincerely,

Carol Biondi

Carol Biondi

96



March 21, 2016

**Black Equities**
OWNERS OF INCOME PROPERTIES

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

RE:  UNITED STATES V. LEE BACA

Dear Judge Anderson:

I would like to begin by introducing myself to you.  I have been an investor in commercial real estate since the mid 1950's and own properties throughout the U.S.   I was born and raised and continue to live in Los Angeles and my office is in Beverly Hills.  I am very civic minded and I am also extremely active in supporting many charities that do good, important work.   Among the charities that I support with both my time and my money are Children's Hospital Los Angeles, Union Rescue Mission, Vista Del Mar Child & Family Services, Beit T-Shuvah and many many more.

I'm writing this letter to provide you with personal information about Lee Baca, former Los Angeles County Sheriff and an individual that I consider to be a  good friend.  I have known Lee for at least fifteen years.  He and his lovely wife, Carol, were frequent visitors at my home when my wife, Joyce, was still living.  They were included in family events and charity events held at my home or at hotels or other venues.  Speaking of my deceased wife, Joyce, she was always very particular in choosing her friends, but she and Lee had a very special bond.  She was very fond of him.  Lee has always been a kind man, dedicated to his friends, family and his constituents.  I enjoy our time together as he is an interesting, intelligent and caring individual.

Approximately ten years ago, I was part a team of individuals planning a charity event's Hanukah Brunch.  The charity was ORT America West Coast Chapter.  They provide training for students to gain skills that will enable them to be self-sufficient.  Some of the courses offered are computer programming and graphics, electronics, plumbing, etc., etc.  When I asked Lee to be the Honoree for this event and I explained that the Hanukah Brunch raises money for scholarships for underprivileged students, he jumped at the opportunity.  He told me that he was happy to be of help because education and training were areas of extreme importance to him.  This Hanukah Brunch was extremely successful as Lee provided names and addresses for many individuals who had never attended the event before; he also made an excellent plea to the attendees and they responded with generous donations that day.  Lee also gave a donation to the organization, which was such a nice thing to do.

Please don't hesitate to contact me if you wish to discuss this further.  My office number is (310) 278-5333 and my home number is (310) 271-7767.  I thank you so much for taking time from your busy schedule to read this letter.

Most sincerely,

Stanley Black

SB:nv

Douglas Overton Blue, writing in a private capacity, is a minister in Southern California.

He earned a degree in philosophy from Yale University. And attended the University of Chicago Divinity School.

&ast;&ast;&ast;  AN APPEAL ON BEHALF  *  *  *

OF PEOPLE  IN  LOS ANGELES

Sheriff Baca is a stellar human being.

I have met him in interfaith community. Sincere, is the only word to describe him. He has, all of us feel, a deep understanding of the sovereignty of the spirit in each person's heart. This -- not as a hidden agenda to bring peace and harmony to an intercultural situation in Los Angeles, but as a profound, philosophical grounding -- means everything to those of us working for the same values and goals in the society.

Secondly, when he first came into our view, I was so impressed that a person in law enforcement, finally was saying, what we all wanted to hear. There is a relation between certain kinds of crime and poverty.

This is a great man. A different man. A human being, caught up as perhaps Lyndon Johnson was caught up, in the writhing coils of a system, not of his doing or willing. A man who has given the citizens of Los Angeles hope.

A breath of fresh air, a relief. That our constabulary can be on our side. And that with community policing, as under the rare examples of Tom Reddin, and Charlie Beck and Bill Bratton and Willie Williams, we can and are moving to a new day of positive enthusiasm on the part of the people of LA for our police, our staff, the men and women who support us and to whom we give our heartfelt support.

With hope comes patience. A man who obviously has been trying and succeeding to bring the system, not of his own making, into the modern day --should not be brought down for not being able to succeed perfectly. In a day, or a year or a lifetime We, the people of Los Angeles are behind him. And believe that if anyone could make progress in this field, this is the man.

98

Rather, we should be glad that under this man's watch, should come to light, what Lawrence O'Donnell says is an ingrained system and endemic problem in prisons across America. The hushed secret. The problem is what goes on inside the jails, both the inmates and the staff, not just outside.

Surely we can do better in subduing dangerous men, even psychiatrically so, than beating them into submission. In videoed documentation all over this nation. It is a contagion. Surely we can do better than to put a reformer, a leader, the best man we have ever had behind bars. This is not the way to signal progress.

Like Lyndon Johnson, this best of men has had to deal with an uncontrollable cyclone of custom and habit. In the one case war, in the other violence.

May we hope in retirement, he may be rewarded by a grateful people, for what he did to advance the cause of a peaceful and civilized United States of America.

"In order to form a more perfect union."

Respectfully,

Douglas Overton Blue

May 12, 2016

1946 Vedanta Place
Los Angeles, California 90068

99

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a retired Assistant Chief, Los Angeles Police Department, and a lifetime friend of Sheriff Lee Baca. I consider Lee to be one of the most honorable leaders I have ever met and would trust him with my life.

During my 34-year career, I handled many key internal investigations of police officer misconduct: the Rodney King case; the Rampart Corruption case; and the development of a risk management system to identify problem officers. I mention this because Lee was a key confidant outside the LAPD when I needed an unbiased, leadership opinion on direction in the course of the cases. I chose Lee because of his integrity and commitment to honorable leadership in the entire Law Enforcement community. As I am sure you can imagine, I could not always trust internal leaders in such high visibility cases. Lee always identified the right and honorable path forward, when others wanted to try and polish mud. I will never forget his honor; integrity; and willingness to stand next to me as hard

100

choices were made.  As you might imagine, some in my own organization were not so noble.

I also found Lee to be a devoted humanitarian, working relentlessly to help the homeless and less fortunate.  This is a unique quality that few possess and ever fewer ever dare to display in law enforcement.   Lee was and always will be one of the kindest, caring and honorable leaders I have met in my career.  He continues to be a life long friend and confidant in my current career in the public safety communications industry.

Please feel free to contact me at 562.252.2244 or email at michaeljbostic@gmail.com.  I will also appear in person at a date and time of your choosing.  Thank you for your consideration.

Michael J. Bostic

4201 Fleethaven Road

Lakewood, Ca. 90712

101

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012


RE:  United States vs. Lee Baca

Dear Judge Anderson:

My name is Jane Bouffard; I have been active in victim rights for the last 20 years since my parents were murdered in their South Gate home in 1996.  Along the line I met Sheriff Baca who attended many victim functions and was always available to chat with victims about specific problems or issues in general.

During 2008 many of us worked tirelessly on the passage of the California Victims' Bill of Rights Act, also known as Marsy's Law. California voters approved Marsy's Law in November 2008 giving victims' constitutional rights.  Shortly after the passage we started hearing from victim families that the law was not being implemented.  In April 2009 during a National Crime Victims' Rights Week dinner, I approached Sheriff Baca and chatted about some of the things we were hearing about the implementation of Marsy's Law. I told him we were thinking about having a meeting to bring law enforcement, District Attorney staff, judges, victim advocates, etc. together along with victim families to talk about what Marsy's Law represented to the community and how we could ensure victim rights were granted.  We needed a meeting place.  The Sheriff told me that he had a media room at Sheriff Headquarters that belonged to the public.  I was welcome to use it anytime it was available.  He then wrote a number on a business card, gave it to me and said call this number Monday morning.  Let's get these meetings started.

In the last seven years we have held 10 meetings, now known as Crime Victim Clinics, throughout Los Angeles County.  Some have been hosted by the Sheriff Dept., some by the LAPD and others by municipals such as the Pasadena Police.   Every meeting starts with a power point presentation by the District Attorney's Bureau of Victim Services explaining victim rights under Marsy's Law.  We've included panel discussions of various topics such as planning your parole hearing; information on rewards and unsolved cases; the Bailiffs role in the courtroom particularly when families are being bothered by the gang members; forensic evidence breakthroughs and the list goes on.

We in the victims' movement greatly appreciate the many efforts put forth by Sheriff Baca and the support he has shown us.

Sincerely,

Jane Bouffard

102

B"H

**THE ALEPH INSTITUTE**
WEST COAST BRANCH
4221 Wilshire Blvd #240 • Los Angeles, CA 90010
Phone: 310-598-2142 • Fax: 212.918.3468 • www.alephinstitute.org

**Rabbi Zvi Boyarsky**
*zvi@aleph-institute.org*

**Chairman / Founder**
Rabbi Sholom D. Lipskar

**President**
Lloyd S. Rubin

**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
David Schottenstein
Ryan Shapiro
Eric Stein
Sylvia Urlich

**Executive Director**
Rabbi Aaron Lipskar

**Director of Operations**
Moshe N. Barouk

**Director of Outreach Programs**
Rabbi Menachem M. Katz

**Director of Military Programs**
Rabbi Sanford L. Dresin

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Outreach Programs**
Rabbi Shua Brook

**Chief Financial Officer**
Yosie Lipskar

❧    ❧    ❧

**Programs Coordinator**
Moshe Blizinsky

**Prisoner Services Coordinators**
Jose Crespin

**Family Services Coordinators**
Pamela Elfenbein
Valerie Mafdali

❧    ❧    ❧

**Spark of Light Prison Program**

**Operation: Enduring Traditions**

**Alex F.E.E.L.S Family Program**

**Golden Age Seniors Program**

**Lawyer's Network for Alternative
    Sentencing & Transitions**

**Center for Religious Freedom
    & Family Advocacy**

**Center for Halacha
    & American Law**

February, 29 2016

Honorable Percy Anderson
United States District Court
United States Courthouse
312 N. Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    <u>United States v. Lee Baca</u>

Dear Your Honor:

By way of introduction, the Aleph Institute is a not-for-profit, national educational, humanitarian and advocacy organization founded in 1981. Aleph's primary goal is to serve a pressing need of our society by addressing significant issues relating to our criminal justice system.[1]

The Aleph Institute is hoping the Court to show leniency regarding the sentence of former Sheriff Lee Baca following his pleading guilty to one count of making a false statement to investigators. We ask that he not be sentenced to incarceration. Despite the incident for which Lee Baca will now be sentenced, Sheriff Baca served the Sheriff's Department for decades towards its betterment.

---

[1] In the words of the Honorable Jack Weinstein (former Chief Judge of the Eastern District of New York):

> *Rabbi Sholom Lipskar, the guiding force of the Aleph Institute, and his associates understand and force us to face the fact that each person deserves to be treated with respect as an individual personality and not as... a faceless number.... The Aleph Institute is doing extraordinary fine work. Its assistance to defendants and their families provide standards of compassion and aid worthy of emulation....*

103

B"H



THE ALEPH INSTITUTE

**Rabbi Zvi Boyarsky**
_zvi@aleph-institute.org_

On occasions too numerous to mention, Sheriff Baca not only instituted programs that would benefit inmates upon their release, but he also consistently was sensitive to the religious, medical, and civil rights of inmates when we reached out to him. He made sure that religious rights of Jewish inmates were respected, as were the civil rights of this population when brought to his attention.

We agree that Lee Baca deserves a punishment for making a false statement. But the fact that he resigned after serving the last decade of his term without salary is punishment enough. To incarcerate him would be unfair to his tenure of exemplary service, from which inmates we have represented have benefited.

Not incidentally, as a community leader Lee Baca not only contributed in action to the interfaith community – Christians, Jews and Muslims. But he has also spoken out publicly and forcefully against anti-Semitism wherever he found it.

Aleph respectfully requests that you consider its request and grant Lee Baca leniency – an alternative to incarceration -- during sentencing.

Sincerely,

Rabbi Zvi Boyarsky

104

# Patricia Bradford

March 25, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

      Re:  United States vs. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for over 20 years.

At first I knew him socially.  I have been a professional political fundraiser for that period of time.  I would see Lee at various gatherings around town and we would exchange cordial greetings.  During this time, I was representing a number of elected officials in the city and county of Los Angeles. My clients have included Mayors Richard Riordan and Antonio Villaraigosa, Supervisor Don Knabe, Assessors Kenneth Hahn and Rick Auerbach, Controller Laura Chick and City Councilmembers Tom LaBonge, Wendy Greuel, Bill Rosendahl and former Sheriff Sherman Block.

When Lee decided to run for Sheriff, he engaged me to do his fundraising.  I am proud to say I represented him in his first, and all subsequent election campaigns.  In the years I have spent with Lee, he has always been one of the most honest and caring people I have ever known.  Even as he raised millions of dollars for his election campaigns, his main motivation was always the well-being of the people of Los Angeles County and the members of the Los Angeles County Sheriff's Department.

I am privileged to be a friend of Lee Baca.

Sincerely,

Pat Bradford

18319 Collins St., No. 18
Tarzana, CA 91356

818/343-6106
pat@patbadford.com

105



Central
Neighborhood
Health
Foundation

*Dedicated to caring for our community since 1967.*

April 15, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear Judge Anderson:

My name is Bassett Brown and I have been a practicing physician in South Los Angeles for 52 years. My non-profit organization currently provides comprehensive healthcare services for 35,000 visits of indigent and uninsured patients annually.

Almost thirty years ago I first met Lee Baca at the Athletics facility at Cal Tech in Pasadena. which was in the neighborhood where we both lived. We were both avid joggers and I was immediately struck by his exemplary discipline and his even-tempered nature.

Over the years after he became Sheriff of Los Angeles I was a first hand witness to his personal engagement with various religious and ethnic communities. His direct outreach to inner-city churches was with an eloquent and persuasive message of collaboration between the local community leaders and law enforcement with the aim of reducing tension and building bridges to safer, better neighborhoods.

More recently Mr. Baca volunteered as an active Director of the Federally Qualified Health Center where I serve as CEO. The entire Board of Directors greatly valued his contribution particularly as we developed a program to manage the Behavioral and Primary Healthcare of young men reentering society from jail.

As someone who has known him on a personal and professional level for a long time, I do testify that Leroy D. "Lee" Baca has been a true role model for young people in our community.

If I may be of any further assistance. I may be reached via the above letterhead contact information or via cellular phone at (626) 252-5646.

Sincerely,

Bassett H. Brown, M.D.
President & CEO

2707 S. Central Avenue, Los Angeles CA 90011 | Tel: 323.234.5000 | cnhfclinics.org



[the way]out

M I N I S T R I E S

March 31, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring St. Courtroom 15
Los Angeles, CA 90012

RE: UNITED STATES vs. LEE BACA

Dear Judge Anderson,

In 2008, the City of Hawaiian Gardens was going through much turmoil in
relation to the community and the Lakewood Sheriff department that contracts
with the City. The community had many complaints against the officers of that
station that were neither heard by city officials nor the captain of that station.
In an organized protest, over one hundred community members marched on
City Hall and demanded to speak to the Los Angeles county Sheriff.

As pastors in the city for over twenty-five years, my wife and I became the
spokes people for that group. Sheriff Leroy Baca met that protest group at City
Hall with great respect and concern. At the time the community had filed
twenty-five complaints at the Lakewood Station that had not been
acknowledged. Sheriff Baca made a public agreement to hear each of those
complaints personally at a location chosen by the community. The community
chose to meet the Sheriff at my ministry center on a succession of Saturdays.

The Sheriff was good for his word. He met with the community for four hours
each Saturday in personal meeting after meeting. The Sheriff was always
gracious and respectful to each person. He was always respectful to my wife
and me as the organizers as well. The Sheriff defused an explosive situation,
and he made many positive changes in Hawaiian Gardens.

The Sheriff brought in other officers and introduced my wife and me to each
one of them from that time until his retirement; Sheriff Baca always had time in
his schedule for my wife and me and the community of people we represented.

22427 Norwalk Boulevard
Hawaiian Gardens,
California 90716

Phone: 562.429.2397
Fax: 562.497.0348
www.thewayout.org

107

I write this letter to express my genuine appreciation and respect for Leroy Baca and to make known the excellent character that my wife and I came to know through numerous meetings with him. I speak not only on our behalf but on behalf of the numerous community members who met with him as well.

As both a pastor in the City of Hawaiian Gardens and a two-term councilmember and mayor, I want to offer my support for Leroy Baca.

Sincerely,

Barry and Terryl Bruce
The Way Out Ministries/City of Hawaiian Gardens

108

March 25, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States vs. Lee Baca

Dear Judge Anderson:

All three of us are life-long residents of the San Gabriel Valley.  We are all involved in real estate.   Matthew owns the Berkshire Hathaway/Bryant Companies business in South Pasadena.  Dan Jr. works with Matthew.   Dan Sr. was the former owner of Prudential California Realty with offices in Pasadena, Sierra Madre, and Monrovia.

We have all known Lee Baca since he moved into our neighborhood in the early 1970's.   We wanted to write this letter in support of a man we have known for almost 50 years.  We hope the court will look on Lee's life-long record of service to our community and the many reforms he instituted as the leader of the Sheriff's Department and Prisons and judge him by the totality of his life and record.

From the beginning, we have known Lee to be kind and generous to people.  For example, he allowed Dan Jr., Matthew and other neighborhood children the use of his backyard to play football and other games when they were children.   He never told us to leave no matter how much we tore up his lawn in the process.   He took the time out of his busy schedule to speak at career day at our local high school and motivated a lot of young kids to pursue their dreams in life.  When our mother/grandmother died, Lee came to the graveside service and also spoke a few kind words of comfort at a family gathering during that difficult time – he took the time to do that at the height of his career as Sheriff despite having an extremely busy schedule.  He was a man who touched a lot of people by small personal gestures like that which we all never forgot.   Matthew remembers going to a benefit for Veterans, Police and Firemen held at the Pasadena Convention Center and hearing Lee speak eloquently about the special men and women who put their lives on the line every day to keep us safe.  Please do not forget that in his long career in law enforcement, Lee Baca put his life on the line as he carried out his duty to protect and to serve.

 As he moved up in the Sheriff's department, we all followed his career closely because he came from the old neighborhood and we were always proud to hear of his many accomplishments. It seemed like every time we read the newspaper, he was mentioned as someone who was making a difference in the community – not just in catching criminals but also in many other ways as well.  One example would be his efforts to help prisoners not just serve their time but actively improve their lives so that when they left the jail, they had a chance at becoming

109

productive citizens.  That undoubtedly reduced the recidivism rate and reduced crime.   We know that he set up programs that reached into the inner city to help kids avoid drugs and gangs.  In short, Lee Baca made a difference in his many years as head of the Sheriff's Department.

We also know firsthand from other community members that Lee was a very popular Sheriff, especially in the ethnic communities of Los Angeles.  Lee enjoyed visiting those communities, attending church services and other events.  For example, Dan Sr. attended an African American Church with Lee and saw firsthand the reception he received from that community. The respect and admiration they showed was not just because of the position he held, but the kind of person he was.  He was not afraid to engage the community which resulted in the true community policing which we hear so much about today.  We have also heard from other deputies throughout the department that they appreciated Lee and felt he always had the best interests of the Sheriff's Department and the community at heart.

We join together to respectfully ask you to take all this into consideration as you decide the fate of this kind and decent man who gave his entire life to law enforcement and serving the people of Los Angeles County.

Respectfully,


Daniel W. Bryant Sr.
3209 La Encina Way
Pasadena, CA 91107
626-688-2476
Danbryant@danbryant.org

Daniel N. Bryant Jr.
516 Girona Avenue
San Gabriel, CA 91775
626-833-8351
danielnbryant@yahoo.com

Matthew N. Bryant
635 Edgeview Drive
Sierra Madre, CA 91024
626-695-7807
mvnbryant@aol.com

110

# YVONNE B. BURKE

## Attorney at Law

1970 Mandeville Cyn Road
Los Angeles CA 90049
Supyburke@aol.com

213 626 8097
Fax  888 4760584

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: Unites States v Lee Baca

Dear Judge Anderson:

I have known former Sheriff Lee Baca a number of years and he was the Chief for the 2nd District when I served as Supervisor of the 2nd District of Los Angeles, County. That district included Compton, Willowbrook, and Lennox. These were areas that experienced high crime rates and a lack of facilities for young men and women. As Chief, Lee Baca organized and supported the Lennox Youth Center. The Sheriff Department helped through their Foundation to provide funding and the Sheriff Deputies were willing to provide support and assistance because of his leadership. This support continued after he was elected Sheriff of Los Angeles County.

The Youth Center provided Boxing and coordinated Little League activities as well as facilities for Computer learning. He was able to obtain support and financial assistance from the Community and people from other more affluent areas.

Sheriff Baca was always active in the Community and was greatly admired for his dedication and concern for young people and making every effort to reduce crime in the South Central Area.

I hope the positive contributions he has made will be considered in this unfortunate case.

Yours truly,

YVONNE B. BURKE (Retired Supervisor LACounty)

111

April 12, 2016

**Honorable Percy Anderson**
**United States District Court Judge**
**United States Courthouse**
**312 North Spring Street, Courtroom 15**
**Los Angeles, CA 90012**

Dear Judge Anderson,

I am writing in regards to Sheriff Lee Baca. While I was working for Aramark Corporation, a food service company, I knew the Sheriff professionally from 1992 to approximately 2006. Although the Sheriff's Department did not do any business with Aramark, Sheriff Baca was always professional, courteous and personable when we would meet.

Sheriff Baca trusted his staff and was confident in his leadership team. Several times I would meet with key members on his team, instead of the Sheriff, as the Sheriff was always extremely busy with community events, meetings, dedications and being called away for community needs. Sheriff Baca was driven to do his best for the citizens of Los Angeles County.

I always found Sheriff Baca to be a man of integrity and sincerity. His ability to engage with his customers and to understand their specific needs was one of his key strengths. As well, Sheriff Baca was a visionary, always trying to improve the Department in order to deliver the very best service and safety available while being cost effective. The Sheriff was always interested in benchmarking information, to provide a point of comparison as to the performance of the Department and how it could improve.

Second to his love of the Department, was his love of running. He was happiest if he could find the time to get in his daily run, regardless if it was before dawn or in the middle of the night. I am sure people saw a thin man running at any hour of the day, wondering who is that person who always is running?

The Sheriff significantly grew the department and expanded the Department's services to the community and to the Los Angeles Police Department. Sheriff Baca received many awards but always remained soft spoken and humble. A well respected leader. I enjoyed my time getting to know Sheriff Lee Baca. He held himself to a high standard and nothing was more important to him, then having a professional department that understood the importance of service.

Sincerely,

Richard Burns

r.d.burns36@gmail.com

112

# John Burton Foundation
## for Children Without Homes

235 Montgomery Street, Suite 1142 · San Francisco, CA 94104 · Ph (415) 348-0011 · Fx (415) 348-0099



info@johnburtonfoundation.org
www.johnburtonfoundation.org

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE:     United States v. Lee Baca

Dear Judge Anderson:

I am writing on behalf of Sheriff Lee Baca who is up before your honor's court for sentencing.

I have known Sheriff Baca for several years when I served as a member of the California State Assembly and as Senate Pro Tempore of the State Senate.

We worked on several law enforcement issues as well as gun safety measures. But more importantly, I had the occasion to visit Sheriff Baca at the Los Angeles County Jail when he was serving as Sheriff.

One day during very warm weather I was meeting with him in his office when he was wearing his civilian clothes. He went into his closet and came out dressed in his uniform and said "follow me." I asked where were we going? And he responded "just follow me."

We drove to Skid Row where there was a program for homeless persons to take showers and have their clothes washed and then unfortunately many of them had to go back on the streets.

As we walked, I asked why are you wearing your uniform here and he replied " it gives these citizens an opportunity to see that elected officials care about them as human beings and have enough respect for them to show up in their official uniform."

As we walked around the camp he stopped to talk to each and everyone asking how they were and how things were going. Talking to them like he would any other citizen of Los Angeles and that totally impressed me as to Lee's humanity and commitment to not only law enforcement but to social justice.

113

Later he took me into the Los Angeles County Jail to a program for recovering addicts and alcoholics. Knowing I had been clean and sober for almost 30 years he asked me if I would speak to the residents of the facility, which I did.

I told them my story and how it was nothing to be ashamed of. If they were stricken by the disease of addiction or alcoholism that the most important thing was to cure themselves and get into recovery taking one day at a time and if they happen to slip to get right back up on the horse and start one day at a time all over. Because once an addict or alcoholic that illness stays with you all your life.

Goodbye working 12 Step Programs by taking care of yourself, you will never rid yourself of the disease but you can rid yourself of the symptoms and the damage it places upon you and your loved ones.

I write this letter not asking so much to influence whatever sentencing but to let your honor know that there are many sides to Lee Baca, there's law enforcement, semi social worker but more important a man who cares deeply about other human beings.

Thank you very much for your consideration

Peace and friendship,

John L. Burton
California Senate Pro Tempore – Retired

114