Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PLAINTIFF(S) | CASE NUMBER: |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☐ Lodged:  (**List Documents**)

**Reason:**

☐    Under Seal

☐    In Camera

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Per Court order dated: _____

☐    Other:

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING