Michael Zweiback (State Bar No.143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Defendant
**LEROY BACA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEROY BACA,<br><br>    Defendant. | Case No.:  2:16-cr-00066-PA<br><br>***CORRECTED* EXHIBIT D, PAGES 115-117  TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION [PART 1 OF 6]**<br><br>Date:      July 11, 2016<br>Time:      8:30 AM<br>Ctrm: No. 15<br><br>[Exhibit D, Pages 48-114 previously submitted under Notice of Errata filed on 6/21/16] |

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I caused a copy of ***CORRECTED EXHIBIT D, PAGES 115-117 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION [PART 1 OF 6]*** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
michael.zweiback@alston.com


_/s/    Michael Zweiback_____
Attorney for LEROY BACA

KAREN CAMERON
ALASKA MANAGEMENT CONSULTANTS
8871 CENTENNIAL CIRCLE # E 206
ANCHORAGE, ALASKA 99504
907-248-8421
karenc@alaska.net

April 12, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom 15
Los Angeles, California 90012

RE: United States v Lee Baca

Dear Judge Anderson,

This letter is regarding **Sheriff Leroy D. Baca** who I have known for 30 years. I am a Management Consultant to corporations and Federal/State governments in Alaska, specializing in long term strategic planning.

Sheriff Baca and I were in the same Doctoral Program, "Public Administration/Public Policy", at the University of Southern California. Sheriff Baca, even then, was distinctly unique and bright. Scholarly above tenured Professors, a voracious reader, disciplined, he brought a depth of substantive thought and dignity to the participants in the U.S.C. Doctoral Program. He demonstrated ethics and integrity in all he did. Although self-effacing at times, Sheriff Baca's leadership was a catalyst in our understanding the complex, interdependent, unprecedented challenges to our planet. He had a personal moral imperative to serve, which reached beyond the University environment. Faculty and Administration identified him as someone who could both conduct critical, cutting edge research and also had the caliber of a future University President.

I remember an incident with the Los Angeles County Sheriff's Department. Business and Community members had been invited by the Sheriff's Department to tour the Peter Pitchess Honor Rancho. A shuttle bus had been engaged for us, but the air conditioning failed soon after we started. By accident, my husband and I were sitting directly behind Sheriff Sherman Block and Sheriff Lee Baca. The acoustics were such that we could hear parts of their conversations. Sherman Block was discussing immediate challenges to his department. For an hour, he solicited points of view on very sensitive matters from Lee Baca. His deference to Mr. Baca was of note. Mr. Baca consistently proffered recommendations that clearly showed his insistence on conducting criminal justice matters with the highest degree of integrity, openness and fairness. Lee Baca was the moral compass on confidential matters that required integrity of the highest order to manage the morale and reputation of the Sheriff's Department.

In 1986 I was coordinating a small group of residents who were considering forming our own city within Los Angeles County. We were successful in an election of both Los Angeles County residents and the

115

residents of Santa Clarita Valley. It was an exciting championing of allowing local control over development issues. We won the election, but none of us knew how to govern! Sheriff Baca and his deputies were unstinting in their assistance during the first few months. We did not know how to evaluate whether to hire our own police department to save money, or whether we should contract with Los Angeles County for public safety. The number of hours that went into selecting criteria, conducting research on criminal justice statistics, and the interminable hours spent in community meetings were lengthy and arduous. Sheriff Baca displayed immaculate honesty in presentation of data, and a passion for active listening to assess the actual needs of residents, the business community, ethnic groups, affluent land owners and developers, and concerned individuals.

We voted to contract with the Sheriff's Department, primarily because of Sheriff Baca and his deputies. They truly seemed to care about our geographical area, and were able to forge a consensus on disparate polarizing issues, such that all were satisfied with the outcome. We continue to contract with the Sheriff's Department to this day.

I have seen through the years a man of true character, who brings that to every matter, every person, and every group with which he engages. Truth, honesty, authenticity, open transparent government is his contribution and legacy to a massive county bureaucracy that has become almost impervious to change.

It is tragically ironic that of all the employees of Los Angeles County, the one individual who never bent the rules, and always had strong moral character at the forefront of all he did, would have become embroiled in an issue that was not of his doing. Sheriff Baca kept an extraordinarily challenging, complex, political environment going in the right direction for over 16 years. He has engendered tremendous loyalty in various business, ethnic and community organizations because he actually listens and cares about the residents of Los Angeles County. He is an anomaly in government and politics today. Sheriff Baca is known to be a fair disciplinarian in internal affairs, but he is also intensely loyal to his staff, would always put their wellbeing prior to his own, and would try to protect those who have given 110 % to keep Los Angeles County safe.

I ask you, in the name of justice, common sense, and fairness, to allow this gentleman to go free. His kindness, expertise, vision, and compassion do not warrant an ending like this. That someone of his honor would even be charged is beyond comprehension.

Thank you for erring on the side of a universal justice to which you are sworn, and give Sheriff Lee Baca back to the community that has so greatly benefited from his almost 20 years of contributions to strengthen the best parts of our democracy.

Instead of a penalty, I recommend that you rightly honor the man who actually stood for principles, and declare a day in his honor so that generations to come can appreciate, and be reminded of, the rare honesty and authenticity Sheriff Lee Baca brought to all of us.

Best regards,

Karen Cameron

Karen Cameron

116

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Vicky Chang and I am a real estate developer based in Arcadia California. I am a single mom with two lovely kids, Josh and Roy. I met Lee through Carol Baca four years ago when I was in the middle of stressful divorce and so down in life. As my friendship with Carol grew, I began to see Lee more often and really get to know him better. Lee was a friendly, light-hearted person.

I remember one time I decided to confide with Lee about my struggles with my divorce and how it was impacting my life. I was depressed as the divorce procedure was draining my soul and took the joy out of my life. There are many times. I even contemplated leaving the U.S. and returning to my native Taiwan, leaving my friends, my career, and even my children here just to escape from the stress and aching anxiety.

I asked Lee to which he replied, "Life is full of challenge. Throughout my career and my marriage, there have been many tribulations and tests of patience, but one thing I've learned is that you need to persevere. Stay strong and you will succeed." He told me that I owe it to myself, if not to my children. Lee encouraged me to look at life from a positive outlook and just appreciate the simplicity of life, enjoying the small moments.

Lee's advice has helped me overcome a painful anxiety that was eating away at my heart, and allow me to become a happier person. Accepting that there will always be challenges and acknowledging that this is just the course of life and does not define me was a key concept that Lee shared with me and helped me a lot. I understand Lee is a busy man with a lot on his plate but he still sacrificed his time to help me through my problems, and made sure I was doing okay.

Every now and then, he will still have Carol call me to see if I am doing Okay.
Lee is a generous, caring man that has guided me a lot and never asked anything in return. And for that I am forever grateful.

On Apr 2, 2016, I invited Lee and Carol for LACCD event. I want to express the thanks and proof the encouragement Lee has given me in the past, me as a single mom, is able to support the full nursing program scholarship for those students.
"Stay strong, give back to the community, and support others when you can. That's the value of life."


Warmest regards,

Vicky Chang

117



**TRADE UNION INTERNATIONAL INC.**

NO. 1 TOPLINE PLAZA, 4651 STATE STREET, MONTCLAIR, CA 91763

TEL: (909) 628-7500 · FAX: (909) 628-7580

Internet: http://tradeunion.com · E-mail: info@tradeunion.com

March 1, 2016

This is Wen Chang, serving the beautiful City of Diamond Bar as Mayor (1998, 1999, 2001) and Council Member for twelve years from 1997 – 2009.   During my tenure as Mayor and City Council of Diamond Bar, I had the privilege to work with then Los Angeles Sheriff Lee Baca on many public businesses and community projects.   This letter is to state the dedications that former Sheriff Lee Baca has done for the community of Diamond Bar during his service at office.

Diamond Bar has contracted its sheriff work with Los Country Sheriff Department to keep the safety of our community.  Sheriff Baca and his team have set up an office in the area with well-trained, well equipped, and cooperative police team to bring the safety to our City.

Sheriff Baca was the pioneer leader to promote "Campus Safety" to students, teachers, administrators and parents.   Way back in 1999, before none of the violent campus shootings took place, Sheriff Baca hosted many seminars in High Schools, Junior High schools and elementary schools to share important knowledge for campus safety education; prevention of student conflicts; multicultural understanding and healthy student activities for students in all levels. Prevention is extremely important than probation.   Parents and students benefited so much from Sheriff Baca's attention on Campus Safety and better education.

118

In November 2008, over 1200 houses in southern area of Diamond Bar was under severe impact of wild fire coming up from Orange County area, Sheriff Baca and his team were there, along with American Red Cross, Fire Department, and many volunteers to offer best services and assistance to work with City officials to evacuate residents from impacted houses, put them into shelters, provide them meals and needed cares to alleviate the fear and burden from residents and the City.  Without much damage to the properties or casualty to lives, Diamond Bar was greatly appreciative to the help from all different organizations, and government officials, including Sheriff Baca, during that unforgettable wild fire instance.

Sheriff Baca is a good leader and caring government official.  We miss his leadership and wish him a good retired life.

Sincerely yours,

Wen Chang

Chairman and CEO

Trade Union International, Inc.

119



**Lancaster Baptist Church**

*growing together in Christ*

February 13, 2016

Honorable Percy Anderson
Fifteenth Floor – Spring Street
Los Angeles, CA

The Honorable Percy Anderson,

I am writing on behalf of my friend Lee Baca.

As a pastor for 30 years in the Los Angeles County I have worked with thousands of people for the improvement of our community. No public leader has shown the personal interest, love and dedication for our community like Lee Baca. His heart to serve and protect our citizens has been amazing. I have been with him at all hours of the day and night as he has met with citizens, comforted grieving widows and challenged young people to get their education.

Our congregation loves and appreciates Lee, and I request your consideration of his lifetime of service to the LA County as you consider the matters presently at hand.

Thank you for your consideration in this matter.

Sincerely,

Dr. Paul Chappell
Pastor

PC:ak

661.946.4663
661.946.2620 fax

lancasterbaptist.org
4020 E. Lancaster Blvd
Lancaster, CA 93535
Paul Chappell, Pastor

120

CAROL K. CHEN
COUNCILMEMBER
P.O. Box 4206, Cerritos, CA 90703

March 28, 2016

Dear Judge,

I am pleased to submit a letter of support for leniency on behalf of Lee Baca as you consider the sentencing of his case.

As an elected official and a friend for over 20 years, I can personally attest to his integrity, kindness and the strong commitment Lee demonstrated to all people and the community he served both in his public and private life. He is genuine in his belief, an honorable and caring man, who saw the goodness in all human beings.

I often remembered Lee saying that it is his mission in life is to serve and help the people. Indeed he did!

I would urge the Court to please take into the consideration of the long and exemplary service that Lee has dedicated himself to the community for over the last 49 years.

I ask for leniency.

Respectfully yours,

Carol Chen, Councilmember
City of Cerritos

121

**Lily Lee Chen**
**179 Barranca Drive**
**Monterey Park, California   91754**

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I strongly support Lee Baca, former Sheriff of LA County, and I have known Lee and Carol for almost 20 years.

In his 15 years of dedicated service, he actively improved community safety, cared about the harmony among ethnic groups, and promoted better communications among ethnic groups and the police department. As a retired human services administrator with LA County responsible for delinquency and crime prevention, the Asian Task Force he established prove to be extremely effective in addressing the problems of gang violence. We, the Chinese-American community, greatly appreciates his services and contributions over the years. We wholeheartedly support Lee Baca with our words and actions.

Lee is a very compassionate and caring person. In spite of his busy schedule, he always take time to support the different projects and programs to benefit our community.

I am willing and ready to answer any questions you may have regarding Lee as a wonderful human being.

Sincerely,

Lily Lee Chen 陳李琬若
Home: (626) 400-5055
Home: (626) 548-2032

122

Connie Cheng, DO
1755 Sharon Pl.
San Marino, CA 91108

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

March 22, 2016

Dear Judge, Anderson,

My name is Connie Cheng, DO. I am a physician at Kaiser Permanente, a graduate of Western University in 2001. I am writing this letter to provide my reflections about Sheriff Lee Baca and his character, to share with you how he helped mold me to be the compassionate doctor I am today.

I have known Sheriff Baca for twenty years. I was a college student at Pomona College in the late 1990s, and I was very fortunate to have met Sheriff Baca through community work in the Chinese-American community in Los Angeles County. With his guidance and direction, I had the opportunity to volunteer my time at Carolyn Rosas Park. I worked with children in an after-school program along with Sheriff's Department staff, helping to keep them off the streets. Sheriff Baca knew where the children in his County would benefit from my help most. My heart and call to service was always with the children, and now I'm a pediatrician at Kaiser Fontana. I have gravitated toward serving the same community to the east of Los Angeles, near where I volunteered at Carolyn Rosas Park. I credit Sheriff Baca with demonstrating the qualities I want to emulate and that are integral to my profession: compassion, a heart to serve the community, and the ethical and moral fortitude to do right by those we serve.

Over the years that I've known him, maturing from a college student to an upstanding Los Angeles County resident serving the community as a doctor, I have nothing but the highest respect for Sheriff Baca. I am grateful for his service as Sheriff and am confident that my children live in a safer place because Lee was at the helm.

123

Your consideration of my testimony is greatly appreciated.  Please do not hesitate to contact me should you request any further information.  My contact information is below.

Sincerely,

Connie Cheng, DO

ConnieCPham@gmail.com
(626) 319-6489
1755 Sharon Pl
San Marino, CA  91108

124



**LAW OFFICES OF
PAUL P. CHENG, APC**

Built on Integrity
& Dignity

www.paulchenglaw.com

301 N. Lake Ave.
8th Floor, Suite 810
Pasadena, CA 91101

P: (626) 356-8880
F: (888) 213-8196

AFFILIATES

♦ PASADENA
♦ CENTURY CITY
♦ SHANGHAI
♦ TAIPEI

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

"Go back to Vietnam, you Gook!"

When I first came to the United States, I was 20 months old. The America that I grew up in was harsh. The Vietnam War had just ended. I distinctly remember not being allowed to walk on the street with White people.

When I heard the word "Gook" I was four years old. I had no idea what that meant. All I know is that I was taught by my family and friends to keep my head down and just ignore it.

When I got older, it got worse. In elementary school, children would laugh at me – at times with the help of teachers.

I remember one specific instance when the student pulled the chair out from under me. I crumbled to the floor. When I looked up to the teacher for help, she howled in laughter and pointed at me.

I was called a "Nip" so much in school I came to accept it as my name. I would even respond to people that called me a "Nip" just to alleviate the tension and sadness I felt in my heart.

I was consistently threatened (and beat up) to the point where I had to leave and come to Los Angeles, an area more integrated than South Orange County.

Obviously, I was stigmatized and traumatized. It took me years to shake off the negativity within me.

1/3



**LAW OFFICES OF
PAUL P. CHENG, APC**

Built on Integrity
& Dignity

www.paulchenglaw.com

301 N. Lake Ave.
8th Floor, Suite 810
Pasadena, CA 91101

P: (626) 356-8880
F: (888) 213-8196

AFFILIATES

◆ PASADENA
◆ CENTURY CITY
◆ SHANGHAI
◆ TAIPEI

Only when I became an attorney and took on immigrant abuse cases affecting the Chinese community did I realize that this sadness and darkness was not an isolated event. Instead, it was a reflection of many immigrants that come to the United States.

Like the 4th grade teacher that laughed at me, many immigrants are looking for any sign of support from a representative of government. They feel like the government is pointing at them and laughing; pulling the chair out from under them.

One of the first times I heard Sheriff Baca speak was at an event for the Armenian community. He encouraged all of them to look to their past with pride. He spoke to them in a calming but stern voice: "Los Angeles is worse without you."

People were in tears when he spoke because he let them know that despite what the world has said to them – immigrants are Americans too. Immigrants have worth. He moved the 1000-man room to tears because for the first time, many immigrants were being told that their contributions as immigrants mattered to the United States!

Sheriff Baca is a man that has touched millions of people, like me, throughout Los Angeles. He has given many immigrants a voice.

As a Judge you shoulder so much. And I know that you must have received numerous correspondence about Sheriff Baca.

I pray that the decision you make is tempered with the understanding that one admitted indiscretion should not destroy this man's life. Especially because he has given nearly his entire life to public service – from his time in the military, teacher, Deputy Sheriff, and eventual Sheriff of Los Angeles.

He has given back to America in one lifetime more than ten people could have done in theirs.

I am not religious but wonder whether Hosea 6:6 is applicable. It says that God desires mercy, not sacrifice. Showing mercy, while at times

2/3

126



**LAW OFFICES OF
PAUL P. CHENG, APC**

Built on Integrity
& Dignity

www.paulchenglaw.com

301 N. Lake Ave.
8th Floor, Suite 810
Pasadena, CA 91101

P: (626) 356-8880
F: (888) 213-8196

difficult, is the right thing to do. Sacrificing a good man is not always the will of God.

Your honor, you are the extension of God. I pray that God provides you the wisdom to see that mercy, in light of such a good man, is needed.

Thank you for giving me an opportunity to share my thoughts about Sheriff Baca

Very Truly and Respectfully Yours,

Paul P. Cheng

AFFILIATES

♦ PASADENA

♦ CENTURY CITY

♦ SHANGHAI

♦ TAIPEI

3/3

127

Raymond Cheng, A.I.A., NCARB
2245 Montecito Drive,
San Marino, CA 91108

April 4, 2016

Honorable Percy Anderson
United State District Court Judge
United State Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

Re: United State V. Lee Baca

Dear Judge Anderson:

My name is Raymond Cheng.   I am an Architect working at Cedars-Sinai Medical Center for the past 16 years, overseeing their $1.7 billion Master Development Plan as an Associate Director.  I graduated from East Los Angeles City College and Cal Poly Pomona, where I obtained my Bachelors degree in Architecture.  I've had the honor of serving on the California Architects Board for nine years, and later, the California Board of Podiatric Medicine for eight years, as an appointee under three Governors: Governor Pete Wilson, Governor Gray Davis and Governor Arnold Schwarzenegger.  Later this month, I will be receiving the Distinguished Alumni Award from Cal Poly Pomona, an honor similar to a lifetime achievement award that celebrates alumni who have achieved professional success through their personal involvement with the community.  Having known Sheriff Baca both personally and professionally for about 20 years, I am writing to provide my reflections on what I believe to be an impeccable and morally grounded character.

I've served on the Los Angeles County Sheriff Department's Inmate Welfare Commission for 17 years.  The mission of the Inmate Welfare Commission is to provide meaningful assistance to the inmate population of the Los Angeles County jail system by making recommendations for funding related to education, recreation, vocational training, counseling and societal re-entry.  I've had many discussions with Sherriff Baca, and on numerous occasions, he shared his vision for the inmates and reminded me of my responsibility to serve them well.   It was always his sincere desire to provide resources to help inmates become productive members of society.  I have personally seen inmates come to our Board meetings to express how much they appreciate the programs we've provided and how they were able to complete their High School Education and even continue to higher education.  As a commissioner, I was just an instrument to bring Sheriff Baca's vision to life.  But ultimately, it was him; his desire and his demand that we serve with integrity so that the inmates could live a life with dignity, both inside and outside of incarceration.

My personal interactions with Lee Baca are no different.  With 20 years of history, I can say on good authority that he is a man of integrity and kindness, regardless of whether he's engaging with friends, family or constituents of his community.  As a father of three and a grandfather of five, I can only hope that my children and grandchildren exhibit the same level of character that I know Lee Baca to have.

128

Should you require additional testimony related to Lee Baca, please do not hesitate to contact me at raymondkcheng@gmail.com or by phone at 626-381-8492.  Thank you for your time and consideration.

Sincerely,

Raymond Cheng

129

The Honorable Judge Percy Anderson
Re:  Lee Baca

His introduction of law enforcement to the overall community and especially the Asian community has impacted so many lives.  Not only was I proud of Sheriff Baca for his programs to teach inmates how to read, I also appreciated his numerous outreach efforts.  Going beyond the traditional realm of law enforcement, Sheriff Baca has involved law enforcement presence on a positive level.  Throughout the years, I have cheered each time Sheriff Baca received recognition or an award and I have heard over 100 of his speeches.  I have shaken his hand countless times and he has always encouraged and listened to me like a friend.

Over the years, I am proud to have been influenced, motivated and mentored by Sheriff Baca.  He has always reminded me to push myself and work harder.  Like Sheriff Baca, I have devoted my life to my work and community service.  Sheriff Baca beat the odds in many ways and because of him, I became involved in the Los Angeles Chinese American Sheriff's Advisory ("LACASA").

Hence, even after successfully running the attorney service, in 2005, I launched A-United Financial.  Beginning from simply purchasing large scale bad debts and court judgments, A-United Financial has grown over the years into a significant litigation financing/funding entity. It now holds title to millions of dollars in judgments throughout California and establishes partnerships to fund complex, expensive and unusual litigation for cases ranging from major fraud to serious injuries.

My entrepreneurial spirit does not stop just at A-United.  I have had the privilege of consulting for award winning and popular legal dramas such as Boston Legal, The Good Wife and Suits.  I am currently developing a small claims portal making it more efficient for consumers to process their claims in hopes of streamlining the courts' handling of them as well.  Yet, as busy as I have been, I have managed to stay in touch with Sheriff Baca and his wife.  Needless to say, it was shocking to learn of Sheriff Baca's plea.

Please allow me to stress that the community would be better served if Sheriff Baca was not sent to prison.  As an employer and a father, I understand that everyone makes mistakes.  The crime he committed was the mistake of entrusting his employees.  We can all appreciate his candor in accepting responsibility for the actions by resignation after 48 years of dedicated service.  Imprisonment at this time would unnecessarily destroy what is left of his future, and deprive society of a valuable citizen.  In each and very photo and video clip I have viewed of Sheriff Baca since his resignation, I can see the great remorse in his eyes.  Placing him amongst convicted criminals is not just punishing Sheriff Baca, it's punishing a community whose lives he has touched in one way or another.

I thank you very much for taking the time to read my letter and humbly request you to consider not altering the direction of Sheriff Baca's based on his bad decision.  Please call me if you have any questions.  My direct number is (626) 625-3887.

Sincerely,

Takashi S. Cheng

2

130

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Brian Chiang and I can be reached at 310-951-0379. I am Lee Baca's stepson, and I have known him for over 15 years. I am writing you this letter because I believe that Lee's character second to none.

Lee has always had a strong belief in ethics and would never intentionally do anything against the law; he spent his entire life ensuring that it was enforced. One anecdote that I recall from before he became the Sheriff of LA was that he got pulled over by a cop for speeding. Instead of telling the cop that he was also a cop, he attempted to take the ticket because he doesn't believe that he should get any preferential treatment just because he's part of the law. The cop, however, recognized Lee and said that he'll just let him go. Lee was unsatisfied with this result and insisted that the cop give him the ticket. I don't know anyone who believes so strongly in the law that they would take a ticket when they don't have to.

131

In addition to Lee's ethics, he has always been very generous and kind to not only me, but everyone I've seen him interact with. My friend in Palos Verdes had his brother swept out to sea and informed me that all the sheriffs there were very cold to his family and didn't provide much information regarding the search status. In that difficult time, that crushed them. I asked Lee if he could talk to the PV sheriff department and ask them to show some more empathy to a family that just lost their youngest son out to sea. The very next day, my friend called me and told me that all the sheriffs were much friendlier and provided much more insight into the search status. Unfortunately, my friend's brother was never found. However, that one kind gesture meant the world to him and his family.

When my mother first started dating Lee, it was after my parents had divorced. Obviously, I was very skeptical of him at first because he was a new person coming into my family. The more I got to know him, the more I realized that Lee is exactly the type of person that I would want my mother to be with because of his character and the things that he stood for. I have nothing but the highest respect for Lee Baca.

Sincerely,

Brian Chiang

132

March 6th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

I am writing to tell you of the many virtuous qualities of Lee Baca, whom I have known as my stepfather for nearly 20 years.

As a stepfather to me and my brother, Lee Baca has always been kind and reliable. He has constantly shown genuine interest in our lives by attending anything from modest family events to milestones in our lives; whether it was a simple dinner or a graduation ceremony, he was there to offer guidance and to show his support.

Lee Baca has been a great mentor and role model by example, emphasizing the importance of a respectable education and having a good work ethic. He encouraged me and my cousins to attend many self-improvement programs such as: police academy tours and speech classes like Toast Masters, among many other youth programs. Lee has also shared with us inspiring stories of his childhood where he chose to travel far distances by bus for 45 minutes daily just to attend a good school to advance his knowledge; he knew the value of a proper education and passed it along to us – even generously offering to pay for my college tuition.

Lee Baca has shown morality and commitment to making a difference in the community. Among the many charitable acts he's contributed to, not only has he made donations, but he has also invested his time and effort. I remember a particular trip to the homeless shelter, in which Lee Baca, my mom, and I, spent the day traversing the streets of Downtown Los Angeles, personally handing out care packages and when the rest of us were tired and resting in the car, Lee Baca continued distributing packages because he knew one person could make a difference in helping society.

I've always admired Lee Baca's remarkable dedication to his job and his passion to make the world a better place. In my eyes, Lee Baca has shown integrity as a husband to my mother, as a stepfather to me and my brother, as a mentor to today's youth, and as a Los Angeles County Sheriff.

Sincerely,

Evette Chiang
C (310) 951-0383
evette.chiang@gmail.com

133

· L.A. Web Offset Printing Inc.
偉博印刷公司
· Chinese L.A. Daily News.
台灣時報
· Zhong Guo Daily News.
中國日報
· Chinese e-Search Yellow Pages
華僑大眾電話簿
· Web Publishing Co.
偉博出版公司

Honorable Judge Anderson:

Re: United States v. Lee Baca

My name is Steve Chiang, the publisher of Chinese LA Daily News. I write this character witness letter for former Los Angeles County Sheriff Lee Baca. I understand that Baca had pleaded guilty to his charges, many friends and I still wish to share our feelings about Baca with you. We hope that this will provide a fair impression of Baca and that you can take our opinion as a consideration.

I immigrated to United State in 1983. I have known Baca a year before he was first elected to the Los Angeles County Sheriff in 1998. As a senior journalist of 32 years in LA County, I find Baca a decent person with nice and gentle personality. Most supporters hailed him as a Zen mastermind. He was overflowing with ideas about how to make policing more humane and wish to build a harmonious and diverse community. Indeed, I thought he had accomplished his goal and delivered his promise in the San Gabriel Valley where most Asian Americans settled and resided during his term.

Many people called Baca a social worker with a badge. I also believed in him. I remembered that a skinny Asian inmate was mistreated by his stronger Latino cellmate at the county jail in June 2007. The victim inmate's family tried to get the help from me (I was president of the Los Angeles Chinese-American Sheriff Advisory Committee (LACASA) 2007 & 2008. Sheriff Baca make a quick decision to have the county jail arrange inmates room by the physical condition and sentence time to reduce jail barring situation when I passed the complaint to him.

In May 2008, Sichuen Province in China had an 8 degree earthquake. Baca was the only elected official to organize a fundraising event to raise $125,000 to help victims with public safety and injured people there to get medical treatments. His humanitarian assistance inspired many communities to join efforts. Baca showed great leadership and compassion.

For sure the scandal would have scarred his reputation in his many accomplishments and achievements. but this can never erase anything he had done for our community, especially for the minority community in Los Angeles.

Now Baca is waiting for his sentence but this make it heart breaking for us to see a nice retired Sheriff in jail. I believe your judgement will reflect the appropriate sentencing for our much appreciated Sheriff Baca's contributions.

Steve Chiang 626-272-6131

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

This letter is to provide my experience with Lee Baca beginning with my employment at the Los Angeles County Sheriff's Department in August, 2012. During a three year timeframe, I had the opportunity to meet with Mr. Baca as well as witness his presence and speeches at numerous inmate graduations. Mr. Baca attended most of the graduations and spoke on the importance of education and its link to lowering recidivism and improving public safety. His messages always cut to the issue of the importance of changing the heart and mind.

During my employment, Mr. Baca created an entire Bureau solely dedicated to rehabilitative programs, otherwise known as the Education Based Incarceration Bureau (EBI). As an educator and researcher, I found his dedication to the rehabilitation of inmates refreshing and highly innovative. I will admit that his method of turning jails into schools was not always well received by his custody staff. I did see significant change within the LA county jails as Mr. Baca built a team of executive leaders who believed in rehabilitation—post 2012.

If fact, Mr. Baca's resignation was one of the reasons I decided to leave the LA County Sheriff's Department and work for the state prison system. I knew that without a leader who firmly believed in rehabilitation, it would be an uphill battle under a different leader. I have traveled the halls of many jails with Mr. Baca, heard him speak, read his writings, and even cited him in my own research. Since my time with LA County, I have visited every prison in the state of California, met with every warden and other county jail administrators. I have yet to find any correctional leader with as much passion regarding the rehabilitation of inmates as Mr. Lee Baca.

Sincerely,

Brant Choate, Ed.D.
Director
Division of Rehabilitative Programs
Department of Corrections and Rehabilitation
State of California
Brantley.choate@cdcr.ca.gov

135

**SIMMONS COLEMAN MANOR(SCM)**
A HOME FOR PEOPLE IN TRANSITION

Dear Judge Anderson 4-8-16

My name is Ms. Barbara Simmons Coleman (Known as Mother) Coleman. I am 87 years old. I have great deal of experience in judging people. I was born on Nov. 15, 1928 in Kansas City Mo. I moved with my parents to Kansas City Kansas. I attend Elementry school, from there I attend high school. I attend Jr. College. After College I applied at General Hospital No 2 in Kansas City Mo. school of X Ray. I have a Homeless Shelter for women and children. Rev. Smith a former employee at my center introduced Sheriff Lee Baca to me. I was invited to attend Century Sheriff Station Cleigy Counil gradution for Children. When Sheriff Baca spoke and gave the Children a diploma I became aware of his honesty and Kindness, I had never seen such love and concern illuminating from a person as Sheriff Baca displayed and this is when I Knew I wanted to Know Sheriff Baca and become a part of his team. I became a member of the Cleigy Counil in my eighties and graduated from the Class receiving my Deploma. I invited Sheriff Baca to the Shelter and he honor my request.

Mrs Barbara Coleman

3757 HALLDALE AVE
LOS ANGELES CA 90018
www.simmonscolemanmanor.org

PHONE: 323 737 4315
FAX: 323 732 6631 OR 737 5329
.com



136

Simmons Coleman Manor, Barbara Coleman Founder

Dear Sheriff Baca,

We were so sorry to hear the news of your retirement from the Sheriff's Department. We know that this was a difficult decision and you took some very important time with reflection, contemplation and consultation with your family. We wanted to reach out to you especially in light of the meeting we had here at Simmons Coleman Manor and let you know that we love you and support you in your decision. You are a special man, Sheriff Baca, and just sitting with you the other day around the table, we found you to be a man of integrity, leadership and someone with a genuine love for people on both sides of the jail cell doors.

We wanted to send you a picture to capture the special moment that we had together at Simmons Coleman Manor. (Please see attachment) You and your family will continue to be in our prayers; always remember Psalm 139 (Please see attachment) especially verse 14 ''...that you are "fearfully and wonderfully made!" Also always remember that you know "who you are and whose you are!"

Blessings to you Sheriff Baca
Mother Barbara Coleman Founder Simmons Coleman Manor
Michael S. Jones, C.E.O. Success Management, LLC
P.S. Sheriff Baca, in your retirement there will always be a seat at our table for you as we solve problems around our community!



**From Right to Left**
- Rev. Stanley Prince, National Association for Equal Justice in America  310-721-7144
- Michael S. Jones, Success Management, LLC  323-896-2469
- Dolly Allison, Ph.D., Director, HUD Homeless Programs, 323-751-2677
  South Central Health & Rehabilitation Programs
- Mother Barbara Coleman, Founder of Simmons Coleman Manor 323-737-4315
- Kenneth Alexander-C.E.O., Alexander's Investigation Service, 323-778-5283
- Royce Esters, National Association for Equal Justice in America, 310-608-5878
- Leroy D. Baca, Sheriff 323-526-5000
- Rev. Dr. Cecil "Chip" Murray,  213-743-4105, John R. Tansey Chair of Christian Ethics in the School of Religion at the University of Southern California.

Case 2:16-cr-00066-PA   Document 50   Filed 06/23/16   Page 26 of 65   Page ID #:709



### BARBARA SIMMONS COLEMAN
Executive Director

The first African American woman to head up Kaiser Permanante Regional Radiation Department (Coordinator). After retirement, some 43 years later, because she continued to feel an affinity towards helping people, one woman with a will to heal, today, with the assistance of The Board of Directors, SCM Housing Manager Reverend Brady Smith, Jr., and SCM Commissioner Carrie Perry and dedicated individuals, WE are moving forward.

### ABOUT SIMMONS COLEMAN MANOR
**Emergency Housing Shelter**
Founded in 1996

SCM is a home for people in transition, a emergency housing shelter, a place of warmth and comfort to the homeless, located in Los Angeles at 3757 South Halldale Avenue. If you would like to contact SCM for more information, support or to make a tax deductible donation, please visit our web site www.simmonscolemanmanor.org or telephone (323) 737-4315.



SIMMONS COLEMAN MANOR

138

Case 2:16-cr-00066-PA   Document 50   Filed 06/23/16   Page 27 of 65   Page ID #:710



### XAVIER L. THOMPSON

**President of the BAPTIST MINISTERS CONFERENCE OF LOS ANGELES & SOUTHERN CALIFORNIA**

Reverend Xavier L. Thompson, born in Los Angeles, committed his life to Jesus Christ at an early age, answered the call to preach His Gospel in 1982, ordained as a minister of the Baptist faith at the age of 16. He is the third Pastor of the Southern Missionary Baptist Church of Los Angeles, California, elected in May 2007, former Pastor of Saint Paul Baptist Church in Pacoima, California. An anointed man with a servants heart.

Xavier is recognized as a visionary, innovator and organizer with uncommon leadership qualities. Pastor Thompson has gained the love and admiration of his members, the local community and religious communities across the country due to his dedication and commitment to preaching the whole word of God without compromise.

Recognizing the importance of continuing his education, currently, Pastor Thompson is pursuing his Master of Divinity degree. His focus is on three areas of special emphasis: biblical understanding, personal growth and professional preparation.

Reverend Thompson is the newly elected President of the BAPTIST MINISTERS CONFERENCE OF LOS ANGELES & SOUTHERN CALIFORNIA.

Married to the former Rinnita Martin, they are the proud parents of two daughters Jor'Dynn Simone and Emani Noel.



### DONALD E. KARPEL

**Attorney at Law**

Donald E. Karpel is an AV Rated accomplished lawyer specializing in trial practice, litigation and business counseling. He focuses on personal injury, medical malpractice, real estate, professional liability, product liability, catastrophic injuries, class actions/mass torts, intellectual property, breach of contract, business, and employment, including wrongful termination.

Having served the greater Los Angeles area as a litigator for almost 40 years, Mr. Karpel's experience and track record illustrates the firm's commitment to providing exceptional legal services to each of his clients. Mr. Karpel practices law and represents each of his clients with heart, mind and spirit.

Donald also is a proud father of three daughters and three son-in-laws. To his great joy, he recently became a new grandfather and will be celebrating his 40th wedding anniversary to his wonderful wife, Madeline.

Donald maintains strong ethics that he incorporates into his practice as well as his personal life. He has been a vegan for the last 7 years and is a champion for animal rights. Donald is an avid golfer, having just hit his second 'hole in one.' His most treasured time is that which is spent with his family.



### LEROY D. BACA

**Sheriff, Los Angeles County Sheriff's Department**

Sheriff Baca commands the largest Sheriff's Department in the United States with a budget of 2.4 billion dollars. He leads nearly 18,000 budgeted sworn and professional staff.

Sheriff Baca is the Director of Homeland Security-Mutual Aid for California Region I, which includes the County of Orange. Region I serves 13 million people.

His development of leadership qualities in all levels of the Sheriff's Department have resulted in strong solutions to problems such as drug addiction, domestic violence, homelessness, gangs, illiteracy, at-risk youth, parenting, and the quality of life in neighborhoods. He also manages eighteen non-profit Youth Athletic League Centers serving at-risk youth in after-school programs involving academics, sports, and cultural arts.



Bishop Edwart Turner, *President of Clergy Council*,
Assistant Sheriff Cecil Rambo Jr.,
Ms. Barbara Coleman,
Captain Joseph Goodman, *Century 21 Station*
*(from left to right).*



139

**Steve Cooley & Associates**

**Steve Cooley & Associates, Inc.**

46-E Peninsula Center, Suite 419
Rolling Hills Estates, CA 90274

424-248-7125
www.stevecooley.com

March 31, 2016

The Honorable Percy Anderson
United States District Court Judge
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re:    **United States v. Leroy D. Baca**

Dear Judge Anderson:

I have known Lee Baca since the late 1990s and got to know him very well after I was
elected District Attorney of Los Angeles County in 2000.  I served as District Attorney until
2012.  During that timeframe, I had a tremendous opportunity to not only work with and
observe Sheriff Lee Baca in his capacity as Sheriff but also him as a human being.  This
letter is not the place or time to address the unfortunate circumstances and events that led
to Lee Baca's current situation and that of others involved.  It is, however, an opportunity to
present to you information that might bear upon your sentencing of Lee Baca.

In that regard, let me share with you some things that I think may be factors for you to
consider in rendering your sentence.  First and foremost, Lee Baca has served our country
with honor and distinction in the military and, for the most part, he honorably and
effectively discharged his sworn duties during his longtime career with the L.A. County
Sheriff's Department.  He achieved much that has greatly aided public safety in Los Angeles
County and, in a sense, elsewhere.

I have worked with him closely on many projects to enhance public safety in Los Angeles
County.  For example, he was the driving force behind the establishment and construction
of the current LASD/LAPD Regional Crime Lab at Cal State L.A.  But for his efforts, this
would have never been accomplished.

Lee also was unique and unprecedented in the way he reached out to various ethnic
groups, nationalities, and races throughout Los Angeles County in an inclusive and
welcoming way.  Lee has a truly good heart.  He has manifested this in many, many ways.

The Honorable Percy Anderson
March 31, 2016
Page Two

One anecdote related to me by Cardinal Mahony sort of sums it up. Cardinal Mahony was on a tour of Men's Central Jail with Sheriff Baca and an inmate's belongings were knocked to the floor. According to Cardinal Mahony, Lee immediately went over, got on the floor, and picked up the inmate's belongings. The Cardinal related that story to me as an example of the goodness of the heart of Lee Baca.

I stand ready to offer further testament to all the good things Lee Baca has been and is.

Very truly yours,

HON. STEVE COOLEY
Former Los Angeles County District Attorney
2000-2012

cmh

141

**Coastal States Management Corporation**
1524 Cloverfield Boulevard   Suite B
Santa Monica, CA 90404
CoastalStatesManagement.com
(310) 828-8881

Brian Corbell
Chairman
Mobile: (310) 387-2331


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

     Re: United States v. Lee Baca

Dear Judge Anderson:

I have been on the executive committee of the Sheriff's Youth Foundation since Sheriff Sherman Block started it in 1986. Immediately after Lee Baca became Sheriff he committed to continue Sherman Block's programs and I continue my involvement now under Sheriff Jim McDonnell.

Lee Baca focused the Department's efforts on supporting the Foundation's after-school programs that help disadvantaged youth; but equally important he spent personal time to help us gain support from the foundations, companies and individuals in the community who could provide us with funding so we could do our work to help the children. As a result, the funding allowed more and more children to join a safe environment where they first do homework and are tutored and can use computers and after that can participate in sports and dance and even learn to tutor others.

In working directly with Lee Baca I could see this was truly a labor of love for him. When he met with prospects I saw how real is his care for these young people. His way of expressing the plight of these children and his heart felt pleading for their cause was very motivating to me but more importantly was recognized by our prospects as being substantive and sincere and resulted in their direct funding.

I pray you can consider the wonderful things I have seen Lee Baca do personally for so many young people for so many years and allow this good man to remain free in our community to continue to inspire and help the children who need it most.

Respectfully,

Brian Corbell

142



**Founder/Executive Director**

Kay W. Coulson

**Board of Directors**

*President*
Shugella Thomas

*1st President*
Beverly Sapp

*2nd Vice-President*
Sheretha Thomas

*Secretary*
Stephanie Moses

*Treasurer*
Vickie Vaughn

*Chaplain*
Wintress Barnes

**Advisory Board Members**

Thomas Mesereau Jr., Esq.

Imam Abu Abdul Hafiz

Mollie Bell

Rosa Barragan

Esther Rivera

Peter Byun

Dr. Bernyse Hunter

Camille Harris

Francine Williams

**Incorporated:
February 23, 2004**

March 16, 2016

Dear Honorable Judge:

On behalf of n-ACTION Family Network, I am proud to support and stand up for the character of Retired Sheriff Leroy Baca. As a visionary, I personally commend and thank him for all the positive things he accomplished for nearly 50 years in the Los Angeles County Sheriff's Department and serving as Sheriff for Los Angeles County for nearly 16 years. His vision, work, service and dedication specifically at the Century Regional Detention Facility (CRDF) and the Education Based Incarceration (EBI) he implemented in the Los Angeles County Sheriff's Department are noteworthy.

Our Bible tells us in John 8:7, He that is without sin among you; let him cast the first stone. As I strive to be the best person I can, I know none of us are perfect and have not made a mistake.

My comments come from a personal experience I shared with Sheriff Baca in my association with the National Association of Blacks In Criminal Justice (NABCJ) and n-ACTION Family Network. With both organizations, he was very supportive of the vision and mission we represented. Between 2006 and the present, these are just a few things I remember that he was instrumental in helping us accomplish.

- Joined and shared in our 1st Justice Sunday program to honor the work and accomplishments of Dr. Martin Luther King Jr., at Immanuel Community Church in Long Beach, under the leadership of Pastor Jane Stormont Galloway in 2006.
- Under NABCJ and National Alliance of Faith & Justice (NAFJ), he ably introduced the idea of "faith & justice" to clergy and community leaders working together with law enforcement. As a result, a well-organized group of over 300 faith leaders joined the Los Angeles County Sheriff Multi-faith Clergy Council.
- In 2005, during n-ACTION Family Network's 1st Annual Community Awards Banquet, Sheriff Baca publicly inquired if I would work with "your" inmates at Twin Towers. From that day, a relationship of professionalism and mutual respect began. Today, nearly ten years later our Re-entry/Life Skills at the Century Regional Detention Facility (CRDF), Women In Transition Support (WITS) is still being requested and "well attended."

In closing, we wish Sheriff Baca and his wife Carol the best and pray that God will lead him to a "fair and just" outcome to the legal situation he finds himself in. It is our hope, prayer, desire and appeal that he will be granted the opportunity to return to the work of community public servant that He's called him to do.

God bless.

Respectfully,

*Kay W. Coulson*

Kay W. Coulson
MPA, Executive Director
n-ACTION Family Network

n-ACTION Family Network .  P.O. Box 1715 .  La Mirada, CA  90637-1715
Voice Mail:  1(866) 299-8817
E-mail:  bod@n-actionfamilynetwork.org

143



**LANDMARK CAPITAL inc.**

Carl D. Covitz
President

Honorable Percy Anderson                          March 14, 2016
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:              Re: United States v. Lee Baca

I've known Lee Baca for over ten years, both as a good friend and law enforcement professional.

As has he, I've also had the experience of being responsible for large bureaucracies, both as the Acting Secretary of the U.S. Department of Housing and Urban Development (HUD), and the Secretary of the State of California Business, Transportation and Housing Agency. Also, I have been Chairman of the Los Angeles County Crime Commission, and the City of Los Angeles Housing Authority.

As the past Chairman of the Homeland Security Advisory Council for Southern California, where Sheriff Baca was a very active Board participant, he persuaded me to become a Sheriff's Dept. Reserve Deputy in order to "give back to the community", which I was happy to do. I currently serve as an LASD Reserve Detective where I've been able to observe Sheriff Baca 'up close and personal'.

I had the opportunity to travel to the Middle East on a number of occasions with him. Of particular interest were his efforts at both counter-terrorism to keep Los Angeles safe, and how to reach out to the moderate Muslim Los Angeles community to assist in this effort. The latter being one of his more important and significant accomplishments.

Also, at my request, he made himself available to speak to the USC Masters Executive Program imploring the young professionals on the importance of continuing education.

Last, but certain not least, in spite of this current unfortunate situation before you, he has been an innovative, leading national figure in improving the opportunities of inmates in the L.A. county jails.  I'm sure you will hear from others more knowledgeable than I, regarding the success of his Incarcerated Based Education, Job Training and Addiction Assistance Programs.

In my opinion, Lee Baca has been one of the most dedicated and effective leaders Los Angeles County has been fortunate to have.

Thank you for the opportunity to share my thoughts.

Respectfully,

9595 Wilshire Boulevard, Suite 606 • Beverly Hills, California 90212
Tel. 310/273-7320 • Fax 310/273-7441 • e-mail: cdcovitz@aol.com

144



**National Association of Blacks in Criminal Justice**
Southwest Region: Arizona ~ California ~ Hawaii
**California & High Desert Victorville-Compton Chapters**
Post Office Box 569 ▪ Victorville, CA 92393
highdesertvictorvillecanabcj@yahoo.com
californianabcj@yahoo.com
www.nabcj.org



**March 15, 2016**

Dear Honorable Judge:

The National Association of Blacks in Criminal Justice (NABCJ) and its Southwest Regional Representative Dr. Alpha Omega Curry and constituents in the states of Arizona, California and Hawaii do hereby support the character, service and legacy that Leroy D. Baca, retired sheriff of Los Angeles County has demonstrated in support of the mission, goals and objectives of NABCJ and Greater Los Angeles MLK Day to Season of Service Coalition, Teen Intervention Program and the National Alliance of Faith and Justice (NAFJ) Pen or Pencil Program, developed by Ms. Addie Richburg.

Each year the Awards Committee of the National Association of Blacks in Criminal Justice (NABCJ) accepts nominations for seven (7) national awards to be presented at the Annual Bennett Cooper NABCJ Awards Banquet. NABCJ takes this opportunity to recognize NABCJ members for their contributions to the organization and the community in the area of Criminal Justice. Non-members are not excluded from this nomination process but must promote the goals and objectives of NABCJ.

In 2009 Sheriff Baca was nominated for two (2) national awards from NABCJ. The first was for the Jonathan Jasper Wright Award and the second one was for the William L. Hastie Award.

> JONATHAN JASPER WRIGHT AWARD - This award is for leadership at the regional and state level in the area of criminal justice. The award is presented to an individual who has affected change in policy or is serving as a conduit of change. The award is named after the first African American elected to the bench of the Supreme Court of South Carolina.

> WILLIAM L. HASTIE AWARD - This award is for national leadership in the field of criminal justice and presented to the individual who has affected change in policy, or has excelled in a leadership role nationally in the criminal justice area. The award is named after the first African American appointed to the bench in 1937 by President Franklin Roosevelt.

We are very proud that Los Angeles County Sheriff Leroy D. Baca was the recipient of the 2009 William L. Hastie Award at the 36th Annual Conference and Training Institute on July 22, 2009 in Little Rock, Arkansas. **His nomination application is attached** in support of our recommendation that serious consideration be given to allowing Dr. Leroy D. Baca the opportunity to function in the capacity of a productive citizen in our society where his knowledge, skills, ability, expertise and commitment to recognizing and acknowledging the humanity in every human being regardless of their circumstance or plight in life, would be of maximum benefit in creating a safer, healthy, beloved community in Los Angeles County and beyond.

After working for the U.S. Department of Justice Federal Bureau of Prisons for over 31-years as a clinical psychologist, with well over 40-years of experience in corrections, I can attest to the fact that we are all fallible human beings. We are also all lovable human beings and worthy. In my interactions with Sheriff Baca he values human life, promotes Education Based Incarceration programs and services, community engagement and truly lives by the mantra "it takes a village to raise a child (community)." Having received feedback from citizens in our community and both "returning citizens" and currently incarcerated offenders, over 99% of them have shared with me, "he (Baca) is a good man. He doesn't belong in jail. He gave me a chance." How much is he really worth? He is worth a life devoted to community service and servant leadership.

I am therefore we are and because we are therefore I am,
Yours in His service,

*Alpha Omega Curry*
Alpha Omega Curry, Ph.D.
Southwest Regional Representative, National Association of Blacks in Criminal Justice (NABCJ)
Regional Coordinator, Greater Los Angeles MLK Day to Season of Service Coalition (serving 5-counties)
Advisor-Trainer, Alliance of Prison Ministry Organizations and Affiliates (APMOA)
Clinical Psychologist/Drug Abuse Program Coordinator, U.S. Department of Justice Federal Bureau of Prisons (Retired)

145

**National Association of Blacks in Criminal Justice**



### THE CRIMINAL JUSTICE SOLUTIONS ORGANIZATION
### "COMMITTED TO JUSTICE FOR ALL"

### NABCJ Awards Nomination Form

**RECOMMENDED AWARD:** William L. Hastie Award

**NAME:** Leroy D. Baca

**ADDRESS:** 4700 Ramona Boulevard

**CITY:** Monterey Park    **STATE:** CA    **ZIP:** 91754

**PRESENT POSITION:**
Sheriff, County of Los Angeles, California

**PAST POSITIONS:**
Custody, Recruitment, Patrol, Academy Trainer, Captain, Commander
Los Angeles County Sheriff's Department
**EMPLOYER/ORGANIZATION:**
Los Angeles County Sheriff's Department, State of California

**CRIMINAL JUSTICE BACKGROUND OR EXPERIENCE:**
Doctorate in Public Administration, 43+years in LASD, 3-term Sheriff
                Board of Directors for the Optimist Youth Homes & Ranch,
**COMMUNITY** Puente Learning Center, EMEK Hebrew Academy, Buena Nueva
**ACTIVITIES** Foundation, Community Day and Multi-Faith Annual Prayer
                Breakfast
**NABCJ**                Greater Los Angeles MLK Day To Season of Service
**AFFILIATION/SERVICE** & High Desert-Victorville CA NABCJ

**REASON FOR NOMINATION: (Discuss the relevance of the nominee's accomplishments to this specific award)** Dr. Leroy D. Baca, Sheriff of Los Angeles County, is currently serving his third term in office. He is well respected by the the local community, state and national politicians and both community and world leaders. Within his department, he has required all his employees to recite from memory, the Sheriff's Department's Code of Ethics (attached below). He is nationally known for his demonstrated leadership style and his commitment to ensuring equality and equitable treatment to all citizens. He is a humanitarian and visionary. He is a problem solver who has proven results showing he is proactive in dealing with race relations, gang violence, domestic and elderly abuse, and other community conflicts. He is a believer and supporter of mentoring, education and community service. He serves as a mentor to a diverse population of at-risk youth and is the co-founder of Comunity Day and the Sheriff's Department Multi-Faith Clergy Council Prayer Breakfast held annually during the MLK holiday . serving 25000-35000 people each year. Continued below.....

**SUBMITTED BY:**

**NAME:** Alpha Omega Curry, Ph.D.

**CHAPTER:** High Desert-Victorville California

**ADDRESS:** Post Office Box 874, Adelanto, CA  92301

**PHONE** 800.791.6817 or 760.530.5898

**DATE:** 05-01-2009

**REGIONAL REPRESENTATIVE APPROVAL** Yes

**SIGNATURE:** *Alpha Omega Curry*

**CHAPTER PRESIDENT APPROVAL:** Yes

**SIGNATURE** *Alpha Omega Curry*

**DATE:** 05-01-2009

**SUPPLEMENTAL INFORMATION MAY BE SUBMITTED ON SEPARATE PAGES BUT MUST BE LIMITED TO NO MORE THAN SIX (6) PAGES!**

Please submit form to:
NABCJ
N.C. Central University
P.O. Box 19788 Durham, NC 27707 919.683.1801/telephone 919.683.1903/fax E-mail: office@nabcj.org

147

**Nomination for the 2009 William L. Hastie Award**
National Association of Blacks in Criminal Justice (NABCJ)

**Leroy D. Baca,** Sheriff, Los Angeles County Sheriff's Department, commands the largest Sheriff's Department in the world..  He supervises over 15,000 sworn and professional staff.  The Sheriff's Department is the law enforcement provider to 41 incorporated cities, 90 unincorporated communities, nine (9) community colleges, 47 Superior Courts, and hundreds of thousands of daily commuters of the Metropolitan Transit Authority and the Rapid Rail Transit District.  The Department is also responsible for housing, feeding, medically treating and securing nearly 20,000 inmates in seven (7) correctional facilities.

The Sheriff's Department also protects 58 Superior Courts and 600 bench officers.  Moreover, the Department manages the Nation's largest local jail system housing over 20,000 prisoners.

Sheriff Baca is the Director of Homeland Security-Mutual Aid for California Region I, which includes the County of Orange.  Region I serves 13 million people.

Sheriff Baca incorporates innovative best practices into his leadership style based on pro-active, progressive problem solving.  He recommended a female transitional program be established at the Century Regional Detention Facility (CRDF) in Lynwood, CA, which came into fruition under the leadership of NABCJ Life member Kay Coulson, Executive Director of nAction Family Network and its Women in Transition Program.  Sheriff Baca supports a number of non-profit organizations and is a member of the Board of Directors of n-Action Family Network.  He is supportive of the Greater Los Angeles MLK Day to Season of Service Series of volunteerism in the community to person of all ethnic backgrounds and nationalities, socio-economic status, religion and sexual preference.

His development of leadership qualities in all levels of the Sheriff's Department have resulted in strong solutions to problems such as drug addiction, domestic violence, homelessness, gangs, illiteracy, at-risk youth, parenting, and the quality of life in neighborhoods.  He also manages four non-profit Youth Athletic League Centers serving at-risk youth in after-school programs involving academics, sports, and cultural arts.

Sheriff Baca also developed the Office of Independent Review, comprised of six (6) civil rights attorneys who manage all internal affairs and internal criminal investigations concerning alleged misconduct by Department personnel.  This unique model of civilian oversight is a natural model of police accountability.

Sheriff Baca earned his Doctorate of Public Administration Degree from the University of Southern California (USC).  He is a life member of the Honor Society of Phi Kappa Phi, USC Chapter.  A strong advocate of education, he developed the Los Angeles Sheriff's Department (LASD) University in conjunction with five (5) universities where over 900 members of the Sheriff's Department are enrolled in Bachelor's and Master's Degree programs.

Sheriff Baca was re-elected in June 2006 for his third term in office.  He entered the Sheriff's Department on August 23, 1965.  He served in the United States Marine Corps Reserves.  Throughout the year, Sheriff Baca and the Los Angeles County Sheriff's Department teams with the Governor of the State of California and joins forces in the "Gifts for Guns" Program.  This program provides a unique opportunity for residents to safely and anonymously surrender any firearm to the Sheriff's Department in exchange for a $100 gift card, $200 gift card for assault weapons, to a local retail store.  Each year has brought much success.

Sheriff Baca is a leader in the fight to prevent crime and injustice.  He enforces the law fairly and defends the rights of all.  He has a compassion for partnering with the people he serves to secure and promote safety in the communities he oversees.  He is "painfully honest," a hard worker, an eager learner and is dedicated and committed to make a difference in people's lives.  More importantly, he makes a difference in people's lives and communities. He has excelled in a leadership role that has significantly impacted cultural diversity and multi-ethnic communications and dialogue in the criminal justice system nationally and internationally.

Sheriff Baca advocates a philosophy of Public Trust Policing. Public trust policing is the use of police resources in a manner that includes the public's participation in the mission of public safety. The purpose of public trust policing is to provide a higher level of public safety. It is incumbent upon law enforcement o recognize that without the full faith and cooperation of the public, the mission of public safety is severely impaired.

The process of public trust policing involves moving from what was generally known as a closed system to an inclusive and open system of public participation in the public safety mission. Three (3) principles govern the operations of the Los Angeles Sheriff's Department under Dr. Leroy D. Baca.

**Principle 1:**     **Develop Methods of Public Participation**

This creative planning of public participation programs that build public trust is the responsibility of the pubic safety service. The following are examples of helping hands, eyes and ears used in the Los Angeles County Sheriff's Department:

* CLEPP (Community Law Enforcement Partnership Program): This office organizes community groups and programs to fight gangs, drugs and violence, in addition to providing support to stations through the Volunteers on Patrol program. It also assists in planning and executing special events, such as sheriff's station grand openings, town hall meetings and Neighborhood Watch meetings.

* Community Academies: These programs are specifically designed to educate community members on law enforcement's role. For 13 weeks, they attend classes that focus on topics such as criminal law, firearms, internal investigations, patrol procedures and gang enforcement. They observe deputies on patrol and tour the Weapons Training Center, Emergency Operations Bureau and a custody facility.

* Community Advisory Committees: These councils act as liaisons between sheriff's stations and the communities they serve, consisting of members selected to best represent the diversity of the area. They provide direct input from the public regarding local issues and assist in the development of programs suited to their communities.

* Community Tailored Programs: The commanders of patrol stations and community sheriff's stations have full discretion to implement participation programs of all types, depending on the needs of the communities they serve.

* COPS Bureau (Community Oriented Policing Services): Deputies are assigned to each station to attend Neighborhood Watch meetings and conduct door-to-door surveys to determine the community's needs in terms of quality-of-life issues and crime prevention. The COPS Bureau also runs an outreach program that offers social services to the homeless in an effort to improve their lives.

* Ethnic Advisory Councils (Hearing from the community): There are a dozen councils dedicated to bridging cultural gaps and connecting with groups that historically might have felt disenfranchised. Sheriff Lee Baca meets with the councils every year to hear their concerns, facilitate dialogue and discuss the implementation of programs.

* General Department Information and Current Events: The Department's Web site consists of Department information, court information, news and press releases, current events organized by area, upcoming community events and a public blog. www.lasd.org

* Interfaith Advisory Council: Comprised of clergy and religious leaders, to include several members of the NABCJ, this group aims to raise the level of communicating between the Department and citizens and improve communities'' quality of life by addressing important issues and concerns. It also assists and intervenes wit spiritual guidance during crisis situations.

* International Liaison Unit: As the Department representative to the Los Angeles international community, this unit works wit h foreign consulates regarding law enforcement issues. It also provides translation services for investigations.

149

* RCPI (Regional Community Policing Institute): This institute provides high-quality training and technical assistance to about 440 law enforcement agencies, local governments and communities throughout California. Seminars focus on a wide variety of training related to community policing and specialty areas such as school violence and disaster preparedness, counter terrorism prevention and leadership development.

* STAR (Success Through Awareness & Resistance): Since 1985, deputies in the STAR Unit have helped teach drug, gang and violence prevention in Los Angeles County schools. The program is geared toward grades four (4) through seven (7), when drugs and gangs are more prevalent. The STAR program reaches more than 100,000 youths in 370 schools each year.

* 24 Hour Media Unit: This unit is available around the clock to provide up-to-date information to the public and media about crimes or other incidents of interest.

* Uniformed Reserves: Reserve deputy sheriffs work part time to supplement the Department's manpower. They are professionally trained and sworn law enforcement personnel. They have the same powers of arrest and perform general law enforcement duties, including responding to calls, investigating crimes and controlling traffic. Number of current reserves: 819 and includes NABCJ members.

* Uniformed Volunteers: These citizens are the eyes and ears of the Department in the community. They volunteer to perform nonhazardous patrol duties, including traffic control, searching for missing children and conducting residential vacation checks. Number of volunteers: 3,596

* VIDA (Vital Intervention and Directional Alternatives): The 16-week program aims to help teenagers get along with parents and look toward the future. It includes physical fitness, family counseling and other intervention measures. Since its inception, more than 3,000 youths, ages 10-18, have enrolled.

* YAL (Youth Activities Leagues): Youth Activities Leagues provide a safe, supportive haven for counseling, educational tutoring and after-school recreational activities for youth. The program includes academic classes, computer labs, tae kwon do, dance classes, fishing, overnight camping, cultural trips, basketball and soap-box derbies. These programs provide an alternative to gangs and drugs. Fourteen stations organize youth activities leagues. Participants: 20,000 yearly.

**Principle 2:**      **Model the Department's Core Values to the Public and the Police**

"As a **leader** in the Los Angeles County Sheriff's Department,
I, (Sheriff Leroy D. Baca), commit myself to *honorably* perform my duties with *respect* for the dignity of all people, *integrity* to do right and fight wrongs, *wisdom* to apply *common sense* and *fairness* in all *I* do and *courage* to stand against racism, sexism, anti-Semitism, homophobia and bigotry in all its forms."

**Principle 3:**      **Train and Support All Department Employees to be Leaders**

A major goal of public trust policing is to reduce or eliminate police misconduct. Inappropriate behavior by police will reduce pubic trust, particularly in high-crime areas. Encouraging all levels of police to incorporate leadership skills into their lives will lead to stronger, more defined ethics. A leadership academy with a comprehensive curriculum for all employees is one of the best methods with which to solidify individual integrity.

**Principle 4:**      **Support College or University Achievement for All Lw Enforcement Employees**

Policing in the 21st Century requires today's law enforcement official to be a versatile thinker, performer and citizen. This primary reality is driven by the complexity of modern society and the complicated issues crime creates. There is no single solution to solving today's crime problems. The only factor that is constant is that human beings will always be involved, either as a victim or perpetrator. Education is the cornerstone in successfully responding to the ;multi-faceted, intricate demands of modern public safety.

Los Angeles Sheriff's Department University (LASDU) is a consortium of colleges and universities whose mission is to provide Department employees with accessible, multi-varied learning programs that will enhance personal and professional growth, promote a lifelong commitment to learning, and enable all employees to better serve their community. Since 2002 there have been 1,098 LASDU graduates: 384 Master's Degrees, 364 Bachelor's Degrees, and 350 Associate's Degrees.

**Principle 5:**        Transparency

Public trust policing is the key engine for engaging the public to believe in their police of sheriff's department. Beyond the need for good, respectful communication between the public and the police is the need for transparency when things go wrong. Historically, when misconduct occurs, the law enforcement agency investigates itself without any outside assistance.

An internal investigation can be done with great accuracy , but in this age of media analysis and influence, public opinion may still be led in the direction of greater mistrust of the police service.

This is why the Los Angeles County Sheriff's Department created the Office of Independent Review (OIR). The OIR monitors all criminal and internal affairs investigations from start to finish. Its goal is to ensure accuracy, objectivity, fairness and compliance with the disciplinary standards of the Department.

The OIR is staffed by six (6) civil rights attorneys. For the past six (6) years, this office has ensured that all incidents, big or small, are investigated properly, reported accurately, and that policy and management were improved when necessary.

The Sheriff's Department also works with an independent ombudsman who responds to the public's complaints regarding the quality or status of any complaint inquiry. This backup process ensures that all public-initiated grievances are heard and explained to the fullest extent possible.

151



John C. Cushman, III
Chairman, Global Transactions

CA Lic #00367890
Cushman & Wakefield, Inc.
Lic #00616335
601 S. Figueroa Street, 47th Floor
Los Angeles, CA 90017-5752
Direct +1 213 629 6575
Fax    +1 213 629 6501
Cell    +1 917 912 0427
john.cushman@cushwake.com
cushmanwakefield.com

April 4, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE:    United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for 18 years and have seen the quiet giving person that has done so much for at-risk people, particularly those from the inner city.

I have had dozens of meetings with Lee Baca relative to the Boy Scouts of America as the Chairman of the Los Angeles Area Council, the President of the Western Region and the National President of the Boy Scouts of America (BSA).

We had a thriving program between the BSA and the Sheriff's Department providing thousands of young men and women from the Los Angeles area the opportunity to participate in the Explorer programs with the department.  This was a great feeder system for the Sheriff's Department to work with these young people, many of whom were so excited to be a part of the program that they decided following high school to join the Los Angeles County Sheriff's Department.  This was a favorite program of Lee Baca who worked closely with me to make the program so successful.

I also had the privilege of working very closely with Lee Baca who asked me to serve as the Vice Chairman of Region One, Homeland Security Board.  Homeland Security, Region One is the largest Homeland Security region in the country.  We had a very hard working and committed Board under the direction of the Sheriffs of Orange County and Los Angeles County. This was a very major commitment of mine and as well Lee Baca.

I ask you for your favorable consideration given all the very good programs and things that Lee Baca has done to make Los Angeles County a better place to live and work.

Sincerely,

John C. Cushman, III

JCC:dm

152



## LEA PURWIN D'AGOSTINO
## 2084 RIDGE DRIVE
## BRENTWOOD, CA 90049

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE:  UNITED STATES V. LEE BACA

Dear Judge Anderson:

I am taking the liberty of writing this letter in order to give you some additional perspective regarding former Sheriff Lee Baca, who will appear before you in May.

By way of background, I spent over thirty years as a Deputy District Attorney with the Los Angeles County District Attorney's office.  Many of those years were spent as the prosecutor for the Career Criminal Unit for the entire San Fernando Valley.  In that time, I tried and convicted literally hundreds of murderers, rapists, child molesters and career criminals.  In short, I hold strong views on criminal justice and fair sentencing.

I have known Lee Baca both personally and professionally for twenty-five years.  In that time, I have always found him to be an honorable man with integrity.  Learning of the events that led to his present circumstances was surprising, to say the least.

In my experience, it is rare to see a defendant take responsibility for his actions as Lee Baca has done – particularly when doing so carries such an incredibly heavy price.  By entering his plea, Lee has destroyed a lifetime of hard work serving our community, ruined his reputation (which may never be resurrected), and may have permanently shattered his family.  In light of all this, I don't see how either the defendant or our community would be served by incarcerating him.  Therefore, I would ask you to consider the most lenient sentence possible.

Should you require any further information, I can be reached at (310) 476-2706.

Thank you for taking the time to read my letter and consider my opinion.

Sincerely,

153

# OCCIDENTAL
## ENTERTAINMENT GROUP HOLDINGS

CRAIG C. DARIAN
Co-Chairman
Chief Executive Officer

March 08, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I note with sadness the guilty plea of former L.A. County Sheriff, Lee Baca; and at the same time, I am proud to write the following letter on his behalf.

Without unnecessary elaboration, my wife & I have been longtime residents in San Marino, and we have been neighbors of the Baca's for many years. Suffice it to say that Sheriff Baca was demonstrably active in numerous aspects of the community, frequently attending school and other social events, and always presented an extremely professional and friendly demeanor that reflected excellent upon the office that he held.

As a member of the Board of Directors and Leadership Committee for St. Anne's, I can say that Sheriff Baca has frequently lent his support for the young women and babies that have been residents of St. Anne's, and he was visible in his participation at the annual Evening of Angels Gala.. His credibility has served us well.

I am also President of the Board of Directors for Shakespeare Center LA, and along with actor Tom Hanks, I Co-Chair our Veteran's Affairs Committee. Here, again, we serve under-privileged kids and chronically unemployed veterans, and Sheriff Baca has been a solid supporter. Literacy programs have been a priority for the Sheriff keeping kids out of gangs and on a trajectory toward higher education.

ALBERT SWEET DEVELOPMENT ✦ OCCIDENTAL STUDIOS
OCCIDENTAL TECHNOLOGIES ✦ OCCIDENTAL LIGHTING & GRIP ✦ PROP SERVICES WEST

CORPORATE OFFICE: 1149 NORTH McCADDEN PLACE ✦ HOLLYWOOD, CALIFORNIA 90038
TEL (323) 464-0055 ✦ FAX (323) 464-0054 WWW.OCCIDENTALENTERTAINMENT.COM

Honorable Percy Anderson
March 8, 2016
Page two

I am very close friends with attorney, David Hochman, who has traveled around the world with Sheriff Baca meeting with law enforcement officials. This was reportedly for the purpose of enhancing public safety, and learning about emerging techniques that best address public interests and the legitimate enforcement of the rule of law.

Lastly, I was honored by Women Against Gun Violence with their Courageous Leadership Award during their 20th Anniversary Gala. Their founder, Ann Reiss Lane, has frequently advised me that Sheriff Baca has been a great supporter, especially in issues relating to children and gun safety.

As a longtime executive, I have run publicly-traded and privately-held companies, alike. And as a businessman, I own a diverse group of eight companies doing business in the Entertainment Industry, and a portfolio of real estate assets including a dozen sound stages and four dozen office buildings. In the world of commerce, Sheriff Baca has been sensitive to those issues affecting business and the best interests of Los Angeles.

Through the many years that I have known and supported Sheriff Baca, I have never observed him to ever demonstrate character unbecoming of his position. I regard him as a good lawman, and an excellent family man.

My humble request of the court is that you exert discretion that is mindful of Sheriff Baca's long legacy of superb public service on multiple fronts. His place is not in prison. The debt he has already paid has been great, and it does not merit compounding.

I thank you for your consideration and respectfully request utmost leniency.

Very truly yours,

OCCIDENTAL ENTERTAINMENT
GROUP HOLDINGS, INC.

CRAIG C. DARIAN
Co-Chairman & CEO

CCD:as

155



## Governor Gray Davis (Ret.)

April 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

    Re: United States v. Lee Baca

Dear Judge Anderson:

Your Honor – I'd like to share one story which illustrates Lee Baca's humanity and compassion. It was September 11th, 2001 – two hours after America had been attacked by Al Qaeda. I shut down the State Government, went to the Headquarters of the California Highway Patrol where we organized a conference call with all 58 sheriffs. The first sheriff to speak was understandably concerned that his county might be attacked next, and he wanted assurances from me as to how the State could be of assistance. The second speaker, Lee Baca, made one seminal point, "We are all Americans. We all live in the same country. And we cannot have Americans taking up arms against other Americans."

Lee indicated that he was going to organize several inter-faith services in LA County attended by Christians, Muslims, and Jews to signal that we are all in this together. Lee asked me to attend these services with him and I was happy to do so. In the subsequent months, together we attended more than 30 such services in LA County alone, making the point that we are all God's children, that we are all in this together, and that we had to stand united.

Those services and the attendant publicity that came therefrom sent a strong message of tolerance throughout LA County, which I believe served all of its residents well during one of the most trying times in America's history.

Thank you for taking the time to read this personal letter.

Respectfully,

Governor Gray Davis (Ret.)

10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California  90067  www.loeb.com
(310) 282-2223  ggd@loeb.com

**Jacqueline Dear**
P.O. Box 6290
Beverly Hills, CA 90212
(424) 249-0473
d3arjacqu3@gmail.com

4th April 2016

**Honorable Percy Anderson**
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

    Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing to urge leniency in the sentencing of my friend Lee Baca.

I have known Lee Baca for 6 years. As a Community Leader and Humanitarian, he and I both shared a desire to relieve suffering and change lives while maintaining human dignity. Our goal of humanitarian education is that communities increase their resilience and that individuals both children and adults are more confident, able and willing to help themselves and others.

Lee has always been there for me and my family, willing to lend a hand with everything from fixing a car to studying for a test.

Lee was greeted with respect, handshakes, hugs and lots of love as we walked through the streets of Los Angeles in numerous parades together. I can honestly say he made a strong impact on the people in the communities he served.

Lee and I are both aware of the gravity of the crime but he is more than the sum of his actions.

Sincerely,

Jacqueline Dear

157

# HENRY THOMAS DeNero

March 1, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Honorable Judge Anderson:

This letter is in support of Lee Baca.

First, let me say a few words about my background.  Then I will summarize how I came to know Lee well; and why I consider him to be one of my two or three closest friends; and why I am one of his strongest admirers.

I was born in 1946 in New York State to an Italian immigrant father and a first-generation Italian mother, and grew up in a middle class neighborhood in Pleasantville, New York. I am a graduate of Amherst College (BA) and the Stanford School of Business Administration (MBA), and served as a US Naval Officer with high distinction and holding the highest US security clearance. I have had the good fortune of a successful business career which included working for almost 20 years with a major management consulting firm, serving as the chief financial officer of a large company, and serving on several corporate boards of directors. I have also served as a director on several non-profit boards, including The Los Angeles Philharmonic Association, Family Services of Los Angeles, Los Angeles Public Television (ex officio), and The Minnesota Orchestra Association. I have been married 47 years (to the same person), and have two adult children and two grandchildren.

I met Lee in the early 1980s, at 5:30 in the morning, in the dark, running around the Caltech track. He was then a commander in the LA County Sheriff's Department. We ran together almost every morning for nearly 10 years before I

158

moved to Minnesota in 1992. During those years, we came to know each other extremely well, and shared many views and experiences about our respective careers, personal lives, beliefs and philosophies. It was during this period that I developed a great friendship and a strong admiration for Lee.

Lee and I picked up running together again for a second 10-year period after I returned to the Los Angeles area in 2000. We would also have frequent breakfasts or lunches, and dinners with our wives. On occasion, my wife, who is an ordained minister, and I would also attend church with Lee and his wife Carol. Lee and Carol would attend a different church somewhere in the Los Angeles area almost every weekend. Our friendship (and my admiration) deepened during this period; and we have been close friends ever since (although I can no longer run with him). In fact, because he is a private man and has been a public figure, I may know him better than anyone with the exception of his wife Carol. I hope that you will take this into account when considering my comments.

From my long and deep friendship with him, I can say that Lee Baca is one of the most ethical and highly honorable persons I have ever known. He has dedicated his life to the service of others; and has done it with distinction. His ethical values were manifested in his leadership. An example follows. When he was first elected LA County Sheriff, he developed a code of conduct for the Department. It included several points, such as treating people with dignity and respect, and serving the community. He printed the Code on cards the size of a business card and distributed them to all 7,000 sworn officers in the Department. He then held an all-hands meeting and basically told the entire force that, if they could not buy into these values, they should find employment elsewhere. Several hundred did. This is just one example of the kind of leadership Lee exhibited, and the kind of person he is.

I will also recount another example of his compassion and respect for the dignity of others. Sometime in the 2000 to 2003 period, I was having breakfast with Sheriff Baca at one of his favorite restaurants, The Colonial Kitchen on Huntington Drive in San Marino. This is a modest, family owned restaurant- just Lee's type. Sheriff Baca was dressed in his police uniform, probably because he was attending some function that day which required it. Toward the end of the breakfast, we heard a commotion at the reception area (inside the restaurant). A homeless man had entered the restaurant and was asking for something. The hostess was alarmed, and the manager immediately called the San Marino Police. This was,

2

after all, one of the highest income residential areas in the nation. Lee rose from our table and calmly approached. He was, of course, unarmed, being the highest-ranking police official in Los Angeles County. He asked the homeless man what he needed. After a brief conversation, he told the man that he was not wanted by the restaurant owner and could not stay. He then reached into his pocket, pulled out a money clip and gave the homeless man a $20 bill. I remember him saying something like: "Here; take this. And God bless you". Then, two San Marino police officers burst into the restaurant, aggressively approaching the situation. Stunned by the sight of Sheriff Baca in full uniform standing with a shabby homeless man, they immediately stopped their charge. Lee explained to the two police officers that nothing had happened, and that the man was about to voluntarily leave the restaurant. Lee then put his arm around the man and walked him past the San Marino police officers and out to the sidewalk. The homeless man went on his way. Lee and I followed, got in our cars and drove off; as did the two San Marino police cars (they dispatched two units). His instinct is to treat a homeless man with compassion and dignity; and to diffuse a situation with the local police. Lee used to describe the Los Angeles jail system to me as "the largest homeless shelter in the County". He instructed the management to take in the homeless when warranted, feed them, clean them up, give them a place to sleep, and "release" them the next morning. Actions are stronger than words. I witnessed Lee Baca in action that day in San Marino. I will testify to this event under oath if necessary. It happened exactly as I recall it. How could I ever forget it?

Finally, I considered applying for the position of Assistant Sheriff in the early-2000s, a "non-sworn" position to serve as the Chief Financial and Administrative Officer of the Department. I was prepared to do this, despite a significant reduction in income, because I believed so strongly in what Sheriff Baca was trying to do in his leadership of the organization. As it turned out, I did not apply for the position because of Los Angeles County budget cuts. I do not believe the position was ever filled. I recount the story to you only to emphasize how deeply I feel about Lee's leadership, values and ethics.

I do not believe that Lee Baca knowingly or consciously committed a crime. But that is not for me to determine; nor is it the issue now. He has accepted a plea agreement. As Judge, I believe that you have the power and discretion to consider the character of the man; and to take into account the entire "body of work" of his professional and personal life. My hope is that you will take into account that this is a man who has led a most honorable and ethical life. If I may be so bold, I

3

would ask that you consider a reduced sentence combined with community service. Community service is something that he is exceptionally good at. It is something that he has been doing all of his life.

Thank you for your consideration.

Respectfully,

Henry DeNero

1255 Hillcrest Avenue

Pasadena, CA 91106

(626) 253-2773 Mobile

htdenero@gmail.com

4

161



**MASHDOTS COLLEGE**

APRIL 13, 2016

### THE HONORABLE LEE BACA

### LETTER OF REFERENCE

It gives me great pleasure to write this letter of recommendation for Sheriff Lee Baca. I have known have known him for more than 30 years and am distinctly honored and uniquely privileged to attest to his superb character and exemplary virtues as a visionary leader. As a Commissioner of the Los Angeles County Inmate Welfare Services, I have worked closely with Sheriff Baca, and my respect and admiration for him recognize no boundaries.

One person, one leader can make a difference. Whenever I doubt that, I remember these words: "I am only one, but I am one, I cannot do everything but I can do something, what I ought to do I will do because I can make a difference." Sheriff Baca has made a tremendous positive difference in my life, and in the lives of many.

As a highly educated, uniquely competent, thoroughly responsible and trustworthy leader of the highest integrity, Sheriff Baca has instituted a first-class vocational education programs in the Los Angeles County jails. Thousands of inmates are grateful to him for establishing such a program that has been most beneficial to all the participants. Sheriff Baca is a very warm and caring person who constantly has demonstrated love, compassion, understanding and poise in professional circles and social situations that have confronted him. He has met all challenges with initiative, confidence and a high standard of effectiveness.

Friends and colleagues who have been associated with Sheriff Baca, proudly describe him as a unique individual - - honest, humble, friendly, hardworking, service-oriented, conscientious, reliable and intelligent with innate spirituality, a generous heart and strong adherence to family values.

In my professional and academic career, I have met many individuals who are competent, but few qualify as remarkable. Sheriff Baca belongs to the ranks of the best of the best and embodies all the following qualities all the time:

Mailing Address: P.O.Box 250063 • Glendale, CA 91225
Telephone: 818.548.9345 • E-mail: Mashdots@aol.com• MashdotsCollege.org

162

2. FOCUS – As an extraordinary leader, he plans ahead and thinks through multiple scenarios and the possible impacts of his decisions, while considering viable alternatives and making plans and strategies – all targeted towards success.
3. CONFIDENCE – Not only Sheriff Baca is confident, but his confidence is contagious. Colleagues who have had the privilege of working with Sheriff Baca are naturally drawn to him, constantly seeking his advice, and feel more confident as a result.
4. OPTIMISM – Sheriff Baca is a vital source of positive energy. He communicates easily. He is intrinsically helpful and genuinely concerned in other people's welfare. He always seems to have a solution and always knows what to say to inspire and reassure. He avoids personal criticism and pessimistic thinking, and looks for ways to gain consensus and gets people to work together efficiently and effectively as a team.
5. ACCOUNTABILITY – Sheriff Baca has always taken responsibility for his performance and has followed up on all outstanding issues. When problems have arisen, he has identified them quickly, seeking solutions, and getting things back on track.
6. DECISIVENESS – Sheriff Baca understands that in certain situations, difficult and timely decisions must be made in the best interests of the entire organization, decisions that require firmness and fairness that will not please everyone. He also knows not to act unilaterally but instead foster collaborative decision-making.
7. INSPIRATION – Put it all together and what emerges is a picture of a truly inspiring person– THE HONORABLE LEE BACA – a peacemaker, a consensus-builder, a man of integrity. His exemplary life is our lesson.

As chair of the Peace Conferences of Rotary International and Past District Governor, I was distinctly honored several years ago to present the "PEACEMAKER OF THE YEAR" prestigious award to Sheriff Baca. His outstanding contributions for world peace deserve our utmost respect and admiration. His inspiring speeches at Rotary International Peace Conferences have touched many lives.

Sheriff Baca is highly respected and greatly admired by his family, relatives, friends and colleagues. He is an extraordinary leader for all seasons. His unique qualities are reflected not only in his many acts of service, but also in the testimony of his countless friends and admirers. He is an outstanding example of the finest in the American character and attributes.

Sincerely,

Garbis Der Yeghiayan, Ph.D.
President

163



**Policing You Can Trust**

rondowell@compton4cops.org

May 10, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Sheriff Lee Baca believes in education. I write this letter in support of former sheriff Baca who created an environment within the sheriff's department that departed significantly from what had occurred before his tenure.

I worked 38 years for Los Angeles County; the first half was in healthcare and starting in June 1990 as a professional manager in the Sheriff's Department where I earned two Master's degrees from California State University Long Beach in Emergency Services Administration (2005) and in Criminal Justice (2009). Sheriff Baca developed the relationship with CSULB and encouraged his personnel to take advantage of it and I did.

I'm a lifelong resident of South Los Angeles, have witnessed from ground zero the devastation from two major riots sparked by police actions. I used the opportunity provided by Mr. Baca to turn my 2009 thesis project into a book, COMPTON 4 COPS: Community-Based Crime Fighting in Disadvantaged Racially and Ethnically Diverse Urban Communities. The book was published in 2010 by Outskirts Press. My goal was to help communities improve public safety service delivery and look at the most effective and ineffective methods of policing and controlling crime in disadvantaged, diverse urban communities.

I believe the acknowledgment in my book should help explain why I support Mr. Baca:

"Last and certainly not least, I thank the Los Angeles County Sheriff's Department, where I spent the last 18 years of my 38 year public service work career until retirement. I was not only able to earn two Master's degrees through programs offered by the Sheriff, but more importantly, as a civilian, I learned something about policing from the inside out while leading people as a contracts and budget staff analyst; hospital administrator; criminal records manager; and,

POB 3129
Compton 90223

164



**Policing You Can Trust**                                          rondowell@compton4cops.org

property and evidence manager. Sheriff Lee Baca is a staunch supporter of higher learning." (pg. 210)

Unlike LASD today, as sheriff, Mr. Baca was always willing to visit Compton when requested by its residents. His communication was always open and honest. For example, and I cite this incident in my book, Mr. Baca visited the city several times following the deputies shooting incident involving Winston Hayes. In my opinion he worked proactively to change an *us versus them* mindset that was historically rooted within the sheriff's department, no easy task.

During my time in the sheriff's department I witnessed progressive movement toward drug habilitation and education for inmates along with improved health care overall under the leadership of Mr. Baca. He formed the Clergy Council of which I was a member. I was taken aback by the diversity of that group and their willingness to work together to improve our community. Unlike many in law enforcement, Mr. Baca proved approachable and accessible which helps inform why he was popular in Compton and surrounding areas. He worked to eliminate barriers between his department and the community they are charged with serving.

Yes, there were many in the sheriff's department that opposed Mr. Baca's policies and felt more comfortable arresting residents, an approach that is simply unworkable and undesirable. I often heard deputies say, *I didn't hire on to be a social worker*, yet policing in the 21st century requires that they become more humane to be effective at reducing crime and increasing community trust.

Like Mr. Baca the sheriff's department isn't perfect. It has a long way to go to truly effect community-oriented policing in places like Compton and South Los Angeles. But, thanks to Sheriff Leroy Baca, LASD is a great deal further along than it would have been if not for his leadership. I hope the trajectory he set continues.

Please feel free to contact me at (310) 632-3092 and visit my website, http://compton4cops.org

Sincerely,

Ron L. Dowell, CEO

POB 3129
Compton 90223

165



**Doo & Chong**
2596 Mission Street, Suite 302
San Marino CA 91108

April 6, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

      Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Wendy Doo, I am a partner at Doo & Chong, Attorneys at Law and have known Lee Baca on a personal and professional basis for many years. My contact information is at the bottom of this letter.

Lee has been a friend of the community since before he was Sheriff. I recall very often when he would schedule multiple events in a single night, just so he could attend as many constituent events as possible. His ability to connect with so many communities directly is even more commendable given the broad geographic territory that Lee was in charge of. Lee is a compassionate person who truly cared for the broad community that he represented. In my conversations with Lee, he demonstrated that service to the community was always his first priority. Throughout the years, I have known Lee as a very ethical and honorable leader.

I hope that you will fully take into account Lee's stellar lifetime career of public service and community outreach in his pending case. I am proud of his connection to the community and thank him for being a true friend to the community for so many years.

Very Truly Yours,

Wendy Doo
Attorney at Law

WD:zs

Wendy Doo        Attorney at Law        telephone (626) 403.3322        facsimile (626) 403.7733

**Teresa Dreyfuss**
**Superintendent/President**
**Rio Hondo Community College**
**3600 Workman Mill Road**
**Whittier, CA 90601**
**Email: TDreyfuss@RioHondo.edu**
**Phone:  562-908-3403**

March 29, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Teresa Dreyfuss, Superintendent/President of Rio Hondo Community College located at Whittier, Ca. I have known Sheriff Lee Baca since 2008 while Rio Hondo College when planning began to have an educational center in Santa Fe Springs, within the same location as the LA County Sheriff Training Center.   During the planning, design, and construction phases, I had numerous meetings and engagements with Sheriff Baca personally and his staff to make the Rio Hondo Santa Fe Springs Educational Center be successful. Sheriff Baca was very enthusiastic about providing a convenient and cost effective way for his staff to continue their education as well as other Rio Hondo Community College students.  He assisted Rio Hondo College to work out the land lease with LA County.  We are very proud to have this center that makes it convenient to educate the local community members. Rio Hondo College also publically acknowledged and awarded Sheriff Baca for his service toward this center which has meant so much to the community.  We are very grateful for his assistance and support to Rio Hondo College and the local communities. Sherriff Baca's passion for education has had a major impact on many lives. I am asking for your kind consideration of leniency when determining his sentence. Sherriff Baca has done much to improve our local community and the citizens that live in it. Thank you in advance for your consideration.

Respectfully,

Teresa Dreyfuss

167



# FIRST AME CHURCH OF LOS ANGELES

Pastor J. Edgar Boyd
Senior Minister

April 11, 2016

Honorable Percy Anderson
United State District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Leroy D. Baca

Your Honor:

My name is, Michael Ellison-Lewis. I am the Senior Advisor to the Pastor, CEO of First AME Church of Los Angeles, Pastor J. Edgar Boyd. First AME Church of Los Angeles (FAME) is a 144 year old congregation and the oldest church founded by African American's in the City of Los Angeles. The 18,000 –member congregation serves the greater Los Angeles Community with an array of outreach ministries.

I met with Mr. Baca over 20 years ago as a young man following the 1992 civil unrest. He became a mentor to me as well as 3 of my childhood friends. He continues to be a mentor to all three of us. Of this trio of friends, one is now a Pastor of a large church in Los Angeles, another is an aide to an elected official, and the remaining member is working in homeland and personal security. Lee continues to counsel all three of us in success and crisis.

Within the last year I have lost my 104 year-old great-grandmother as well as the unexpected death of my stepfather. Lee was a comfort not only to me but to my entire family. Having been raised by his grandmother he understand the close relationship I had with my great grandmother.

Lee and his wife have taken a special interest in the Biddy Mason Charitable Foundation. The foundation provides support and services to foster youth. He has counseled foster youth and volunteered at the annual Thanksgiving

www.FAMEChurch.org    2270 South Harvard Boulevard
"First to Serve" since 1872    Los Angeles, California 90018
Tel: 323.735.1251  Fax: 323.735.3533

168

Day Dinner for Foster Youth.    He serves as an advisor to the Executive Director of the foundation.

Additionally Lee has met with and helped to organize a Saturday School academic tutoring program for elementary school children.    On numerous occasions Lee has shared with me the importance of literacy and the correlation between an inability to read and recitivision.    He was and remains deeply committed to education within the jail system.

In his retirement I have personally witnessed on numerous occasions his willingness to providing financial resources to the less fortunate along with compassionate counseling. It is my hope and prayer that Leroy D. Baca will be allowed to serve his commitment to the court through the community.

Sincerely,

MICHAEL ELLISON-LEWIS
Senior Advisor to the Chief Executive Officer
First AME Church of Los Angeles

**Harvey A. Englander**
1130 Tower Road
Beverly Hills, California 90210

March 27, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have been a public affairs professional in Los Angeles for the past 48 years and I am the Founding Partner at Englander Knabe & Allen which has been consistently ranked by the Los Angeles Business Journal as the largest Los Angeles headquartered public relations agency. I can be reached at Harveyenglanderpr@gmail.com or at 213.220.5058.

I met Lee Baca in 1997 when I was retained by Sheriff Sherman Block to be the political consultant for his re-election campaign where he was being challenged by Lee who had retired from the LASD. I recall our being introduced at a charity dinner and I will always remember him telling me that he was "running _for_ Sheriff and not _against_ Sherman Block." It was important for him that I knew that he loved Sherman Block but he felt that Sheriff Block's health had diminished his capacity to run the department and that he had significant policy differences with him. That this campaign was not personal and that he would never allow it to be.

Lee Baca kept his word in the conduct of his campaign and of course, he was right about Sheriff Block's health. You may recall that Sheriff Block died about 3 weeks prior to the November 1998 election.

It would have easy for Lee to ignore me after he was elected but he didn't. He sought my counsel and my friendship and he encouraged me to support the Sheriff's Youth Foundation, which I did. He was committed to changing the cycle of crime that infects young people in too many communities. It was his passion and he recruited everyone to join with him.

It is my sincere hope that when you consider sentencing for Lee, you will take into consideration his entire career helping the people of Los Angeles County.

Sincerely,

Harvey A. Englander

170

## JERRY B. EPSTEIN

March 18, 2016

The Honorable Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I have known Lee Baca since he was a Lieutenant working out of the Marina del Rey Sheriff's Station in the early 1970s.  We have had a very close professional and personal relationship for more than 40 years, and I believe he is a man of integrity with a deep and abiding commitment to the welfare of the diverse people of the County of Los Angeles.

By way of introduction, in addition to my business interests as a lessee of the County in Marina del Rey since the Marina's initial development, I have served on numerous local and state entities, including as President of the Los Angeles Airport Commission, President of the Los Angeles State Building Authority, and Chairman of the California Transportation Commission.  I have gotten to know and work with many elected officials, and I know Lee is one of the most dedicated and public-spirited elected officials in our area.

Like many others, at Lee's request, I have contributed to the Sheriff's Youth Foundation and to other charities with which Lee has been involved over the years.  But I believe Lee's most valuable and unique contribution to the community has been his highly-visible substantive efforts to participate in multiple interfaith and interracial dialogues during the past several decades.  Lee has been an important "bridge"

171

between both law enforcement and the Hispanic community, and numerous civil rights and social service organizations, including many Jewish organizations with which I have been involved. He has been an enthusiastic participant in countless meetings and panels, and has broadened the social perspective of all those to whom he has spoken and touched. I believe his compassion and vision has had a most positive impact on the Sheriff's Department itself, as well as on the public's perception of the challenges faced by law enforcement in a rapidly changing, diverse, and dynamic urban environment.

Thank you for your thoughtful consideration.

Sincerely,

Jerry B. Epstein

Patrick Erlandson                                      May 10, 2016
Socalhumantraffickingevents.info
Long Beach Human Trafficking Task Force
  Prevention subcommittee

Dear Judge,

    I am writing on behalf of former Sheriff Lee Baca whom I first got to know after 9-11 through his interfaith advisory council which was mobilized to bring the religious community to the table in preventing violence and misunderstanding between the faith communities of our county.  I was deeply impressed by Sheriff Baca's commitment to healing and preventing divisions to bring greater suffering to the people entrusted to his protection and service.  I found him to always be engaging and aware of intricate problems as they existed.

    I work in the field of human trafficking prevention and on several occasions when I marched with the Sheriff in Compton or met at conferences where I was able to speak, we always had deep conversations about the subject and I always felt his heart for this ugly issue that so many would like to sweep out of eyesight and public attention. Leroy Baca was willing to take on this and many other issues with sincerity and determination.

    I have always seen Leroy Baca as a tremendous asset and partner in the fight against human trafficking and hope that all of his past valiant efforts and contributions to LA County will not be overlooked as he faces responsibility for what he is now being sentenced for.

    Thank you for your kind regard for this statement of support for Sheriff Leroy Baca and all the good he has done in our county.

Sincerely,

Patrick Erlandson

(patrick.unhcr@gmail.com) 310-994-1141

173

# Heather J. Erwin, Esq.

504 Upland Ave • Iowa City, IA • 52245 • Phone: 319.621.5738
E-Mail: heather.claussen@hotmail.com Twitter: @heatherjerwin

Date: April 1, 2016

Re: United States v. Lee Baca

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I have been an observer of the Education Based Incarceration program, conceptualized under Mr. Baca's supervision, for several years. As a consultant and subject matter expert in correctional education and criminal justice advocacy I consider the EBI program a model of how rehabilitation through incarceration should work. The EBI program recognizes that rehabilitation occurs through multiple levels of acknowledgement, enlightenment, and empowerment. EBI's extensive, customizable, programmatic content, coupled with the promotion of respectful, humane interactions between staff and incarcerated participants makes it a ground-breakingly innovative model.

In my observations of the EBI program I appreciated not only the comprehensive nature of the program's beneficial effects on the students enrolled as participants, but also on the overall morale and performance of the staff and instructors tasked with facilitating EBI. This project promotes incarcerated student rehabilitative gains and prepares participants for continuing success upon reentry. I would be happy to speak further about the comments contained herein. Please do not hesitate to contact me if I can be of additional assistance.

Sincerely,

Heather J. Erwin, Esq.
Correctional Education Consultant

174

# NATIONAL ASSOCIATION FOR EQUAL JUSTICE IN AMERICA (NAEJA)



March 30, 2016

**OFFICERS**

Royce Esters
President (CEO)

Sylvia Penman
Secretary

Frank Millholland
Chief Financial Officer

United States Courthouse
**Honorable Percy Anderson**
**United States District Court Judge**
312 N. Spring Street, Courtroom 15
Los Angeles, California 90012

*Re:  United States v. Lee Baca*

Dear Judge Anderson:

The National Association For Equal Justice In America/NAEJA clearly understands Lee Baca as High Sheriff must bear responsibility for unsavory behaviors of department subordinates.  His recognition of responsibility for those behaviors does not in anyway however, dim the light on quality of life improvement within the City of Compton, which can be attributed directly to Mr. Lee Baca.

Immediately upon becoming a contract city, then High Sheriff Baca ordered Command Staff at the City of Compton Sheriff Sub-Station to participate in the monthly anti-crime community meeting facilitated by this civil rights association.

Totally due to open lines of communication fostered through this monthly meeting between city officials, members of the community and Compton Sheriff personnel, a sustained 80% reduction in City of Compton's annual homicide rate was realized.  Highly notable, because of Sheriff Baca's insistence that his Compton deputies participate in these meetings, a national model of responsive community policing was developed and still exist in the City of Compton today.

NAEJA is a prominent member of this community.  We thank and are forever grateful to Retired Sheriff Lee Baca for his efforts, which have preserved and improved the quality of life in the City of Compton and its surrounding communities.

Sincerely,

*Royce W. Esters*

Royce W. Esters
President/CEO
National Association For Equal Justice In America

RWE:sp

**P.O. Box 663  Compton, CA 90223**
**Website: NAEJA.BizLand.com**
175

# Ted R. Estrada

8613 Roger Ct.
Pico Rivera, CA  90660

April 20, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 N. Spring  St.
Courtroom 15
Los Angeles, CA 90012

Re:        Mr. Leroy Baca
Subject:    Character Reference Letter

Dear Judge Anderson:

I met and have continued to be friends with Mr. Leroy Baca for thirty years. I am retired and was administrator of East Los Angeles Doctors Hospital, Norwalk Community Hospital and Community Hospital of Los Angeles from 1972-1997. Because of community unrest and gang activities in the areas where these hospitals were located, I formed a committee  comprised of local citizens and law enforcement to advice me on dealing with situations where criminal elements  posed repeated threats to our hospitals and personnel for whose safety I feared.

I met Leroy Baca at a social function, sought him out, told him about the constant threats our hospital faced, and asked if he would participate in our committee, which we called "Hospital Community Safety." Leroy happily acquiesced to my request, and despite his important, demanding duties with the Sheriff's Department, came to the regularly-held committee meetings and was generous with his advice and time. Sometime during the late 1970s there was  rioting on Whittier Blvd., where our hospital was situated, and Leroy came and helped calm our staff, and to the extent that he was able to do so, stayed on the premises until the crises passed. And, for weeks following the maelstrom, Leroy would call me or came to the hospital to see if we required any help.

176

Judge Percy Anderson
Federal District Court
Los Angeles, CA
Page 2

There were other incidents involving bomb threats against the hospital, or threats from dissatisfied patients or their relatives, and I would call Leroy and he would advise me on the telephone what action to take, or come to the hospital to impart tranquility with his advice. There were incidents involving gang member shootings with victims coming to our Emergency Department. Leroy had given his telephone number for our night nursing supervisor, and if she called him, even if it was at night, I learned the next day he had come to the hospital to help in whatever way he could.

Judge Percy, except for Leroy, I have known very few people in law enforcement, but I am proud to have him as a friend, who, by his sensitivity and true concern for helping those unable to help themselves, has proven to be a pillar and an icon of the communities he served for almost half a century. I can state without equivocation that without Leroy's help in many instances, our hospital was in danger from the threats and lawlessness that abounded in our community. Our hospitals, our personnel, and I felt comforted and secure by knowing that Leroy would come to our aid whenever we called him.

I willingly and happily provide this letter of character reference for my friend Leroy Baca. Any additional information required of me, I can be reached at 520 665-1015 or tedestrada@hotmail.com.

Most sincerely yours,

Ted R. Estrada
Retired Hospital Administrator

177