Michael Zweiback (State Bar No.143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Defendant
**LEROY BACA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>LEROY BACA,<br><br>             Defendant. | Case No.:  2:16-cr-00066-PA<br><br>***CORRECTED* EXHIBIT D, PAGES 178-192  TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION**<br><br>**[PART 2 OF 6]**<br><br>Date:        July 11, 2016<br>Time:       8:30 AM<br>Ctrm: No. 15<br><br>[Exhibit D, Pages 48-114 previously submitted under Notice of Errata filed on 6/21/16] |

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I caused a copy of ***CORRECTED EXHIBIT D, PAGES 178-192 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION [PART 2 OF 6]*** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
michael.zweiback@alston.com


 /s/   *Michael Zweiback*
Attorney for LEROY BACA

March 28,2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson,

   My name is Julie Farb and I am writing in support of Leroy D. Baca, whom I've had the honor of knowing for almost a quarter century. I would like to tell you of the undeniable positive impact that Leroy D. Baca has made on our community in addition to my family's life.

   Leroy Baca is a man of unparalleled integrity, kindness and empathy, always incorporating other people's point of view and concerns in his work and daily life. I, among others, am truly grateful to him for his outstanding leadership in Los Angeles county law enforcement and even more so for being a beacon of hope for our youth. He has gone above and beyond to establish enriching  programs for LA county youth in order to help them attain success in the face of some of their great adversities. Furthermore, he initiated learning programs in correctional facilities which instilled hope for the future in every life he touched. The actions he took to help and keep our community safe during his career as a leader in law enforcement shows he truly cares about the well-being of others and especially the development of our county's young adults.

   Leroy D. Baca is respected and revered as a much-needed role model who inspires people around him and takes extra steps to be an effective and positive mentor for those who need him. On a more personal level, he has been a mentor to my own son, Robert, allowing him to work as a summer intern in the Los Angeles County Sheriff's department. It was an experience that my son cherishes, knowing he was given the opportunity to learn from a mentor like Leroy Baca who set a sound example of responsibility, diligence and hard work that my son will carry with him for the rest of his life.

   Furthermore, both my children (twins at the University of Michigan) attribute their added inspirations and motivation in college and their extra-curricular activities to advice Leroy Baca has given them and the credible example he has set. As a single mother, to watch my children confidently reach for the stars due to their role model Leroy Baca and witness by his example how to effectively lead by caring has been my most fervent hope for both of them. I can confidently say the extraordinary example Leroy Baca sets

178

reaches beyond my children and he has instilled these same values in countless communities, which is why he is so widely admired and respected.

Leroy Baca is a true gentleman and humanitarian. He is someone for whom I have the utmost respect and gratitude. He has undoubtedly made a remarkable difference in our community and is the most worthwhile and fair-minded man our community could ever hope for. I am honored to call Lee and his exceptional wife, Carol, devoted friends. Thank you for the opportunity to say a few words about this incredible person. Please do not hesitate to contact me at either my home, (310) 474-6644 or e-mail: juliefarb@yahoo.com.

Sincerely,

Julie Farb

Julie Farb

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Robert Farb, I'm 21 and am currently a junior enrolled at the University of Michigan. I'm writing to you in order to share the positive influence that Mr. Baca has had on my life and should you need to reach me in the future you can do so by email at farb.robert@gmail.com or by cellphone: (310) 903-2359.

I have known Sheriff Lee Baca since I was born and can honestly say he has had an immense impact on my life. He has been my largest role model for as long as I can remember and has always encouraged me to make a positive difference in every community that I join. In high school, I went to Mr. Baca for advice regarding my community service project and he inspired me to join a volunteer program at St. John's hospital to help patients in the ICU. I can wholeheartedly say his advice pushed me to dedicate as much time as possible to my community service project, which ended up helping me receive the Presidential Community Service Award.

Mr. Baca became more than a positive example in my life when he agreed to become my mentor during the summer before my freshman year of college. I joined Sheriff Baca in a "side-by-side" style work program where he exposed me to some of the responsibilities of being a Sheriff for the County of Los Angeles. Not only did he teach me about the responsibilities that go along with working in the real world, he also set an example of diligence, dedication and passion for his work. He dedicated so much of his time to foster positive interactions and an open dialogue with everyone he worked with, which is a quality I can only hope to develop one day. Sheriff Baca displayed his true empathy for everyone around him during his work everyday and more specifically when he took me with him to address a group of inmates who were soon to be released back into society. I walked into the situation expecting the group to disregard his presence because of the obvious dichotomy, but I was inspired and in awe at the respect the prisoners had for him. The ability to receive respect from different communities like he did is an extremely rare quality to have and shows what a truly good man Mr. Baca is. Working with Sheriff Baca allowed me to observe the qualities of a responsible, ethical and empathetic leader and I hope one day I can incorporate these qualities into my future career.

In addition to his passion to give back to the community and the excellent example he set in his work life Mr. Baca is an amazing friend of my family's and is truthfully one of the most self-less, honest and moral people I know. On countless occasions he has set aside time to talk me through several important life decisions. For example, when my twin sister

180

and I were deciding on where to go to college and thought Michigan might be out of our reach academically he encouraged us to reach for the stars and push ourselves to become better. His advice to aim high rather than fear rejection led me to make the best decision of my life in applying to Michigan.

I can go on and on about Mr. Lee Baca's positive qualities because they are genuinely endless, but I will leave you with my honest sentiment that he is one of the greatest men I have ever known and I have always wanted to grow up and be exactly like him. He pushes himself to a standard of excellence in everything that he does ranging from work, to friendship and even marathon running. If there is one person in my life that has had the most positive impact on the decisions I have made it is Sheriff Lee.

Sincerely,

Robert Farb

181

*Marie Fellhauer*
*639 W. Oak Avenue*
*El Segundo, CA 90245*

March 21, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Marie Fellhauer and the purpose of this letter is to express my sincerest plea that the Los Angeles County Sheriff's Department's (LASD) former Sheriff, Leroy D. Baca (Lee), be given the benefit of the doubt in the determination of his sentencing. While I continue to work for the organization referenced below and I am an elected official in the City of El Segundo, I am not representing my employers or any agency with this letter. This letter represents my personal opinion and feelings about Lee.

I have personally known Lee for more than 12 years. The agency I work for has collaborated with LASD on many projects. I worked very closely with Lee on a county-wide gang violence reduction project and a regional training project where I learned a great deal about the man behind the title, Los Angeles County Sheriff. He is a man of great passion for the communities he served. I've witnessed him speak at many events and he always spoke about his love for people and the importance of respect for everyone. In every meeting I attended with him, his number one concern was always about the safety of our communities and the rehabilitation of those who were incarcerated. He believes strongly in education based incarceration and that those who have made mistakes can learn from them and re-enter society to contribute in a positive way. Until I knew Lee, I didn't fully understand this.

In working with Lee, we developed a personal relationship in which I look to him as a mentor and family friend. Lee and his wife, Carol, have been to our home on numerous occasions and I've shared many profound conversations with him over lunches and dinners. Once, when I asked Lee what the most important thing in life is, he simply responded, "Friendship." We went on to discuss how friendship plays a significant role in every aspect of our journey through this life. His thoughtfulness is intense, his heart is immense, and his mind is superb. Lee is a man of fervent moral convictions.

He is not an ordinary man. Lee is a visionary leader with a keen ability to see beyond what others see, to feel deeper than others feel, and to inspire nobility and decency in those who meet him. He has given me life lessons in more ways than this letter can express, but the among the most valuable lessons I've learned is the principal of understanding others and that friendship is central to our existence. For that, I will always be grateful.

I humbly ask that Lee's positive contributions to the people of Los Angeles County and beyond along with his virtuous and compassionate heart be weighed in any decision affecting him. Should you have questions for me, I can be reached on my cellular telephone at (310) 529-5919.

Warmest regards,

Marie Fellhauer

182

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Thank you for taking the time to read my letter. It is my honor to write to you in support of Lee Baca, and perhaps provide a perspective from someone that has known him since I was 14 years old (almost 20 years to date) and the impression and guidance his example has set for me and how that has shaped my life.

There are certainly few individuals like Lee, and if I were to pick some ways to describe him, they would include humble, generous, compassionate, loving, serving of others and a leader that truly has brought out the best in many individuals, leaving a legacy that has given hope and motivation to people in all walks of life.

In 2005, as a student at Pepperdine University, I had an assignment to pick a leader that I admired, write a report and provide an oral presentation. Lee was the first person that I thought of and I proceeded to reach out to his office to see if I could shadow him for a few hours on a typical day. Speaking with a member of his staff, I could tell the office culture saw my request as an opportunity to educate others of the Sheriff's mission instead of my presence being an inconvenience. A few days later I drove to LASD Headquarters in Monterey Park, checked into the office and patiently waited as Lee handled other obligations before getting on the road. We were on our way to a community center in a troubled and violent area of East LA, where Lee was scheduled to speak to families, students and small business owners about their community and listen to their concerns. The turn out was a packed room and the pride of the folks that attended was swelling. I don't think they ever felt as if someone in Lee's position cared enough to take the time to see them, listen to their concerns and provide the positive feedback, encouragement and mentorship that they needed to push forward and improve their lives for a better future. As I write this and reflect on that day, there weren't any other deputies at the event except the one that typically accompanies the Sheriff and there wasn't any one from the news reporting, this was a typical day. Lee is a man of the people, he came from similar circumstances, educated himself, was diligent in life and now made it his life's mission to teach others how they can do the same while also serving to protect them. Everyone could feel it that day and I believe it is a day that they will share with others for a long time to come. I certainly have.

How has he shaped my life? He's personally set an example for me to mentor and help others in my community by relating to them. And not just in communities but in everyday circumstances. He demonstrated that someone in his position can be humble and treat others

183

as equals while still maintaining respect. His mantra of always serving others without any expectations in return is an ideal that I remind myself of almost everyday in my life because I feel it's the only right path to success. He is one of my greatest mentors and I have passed down the teachings myself.

Nevertheless, no matter how much an individual strives in life, these ideals are certainly not shared by everyone. The other month when I saw Lee plead guilty to the charges he was facing, I wasn't disappointed, I was extremely proud. In the past, he has reminded me that a leader takes responsibility for his actions and for the actions of anyone under his command. It's the first thing you learn in leadership school, he echoed many times.

Judge Anderson, I simply wanted to share a small story reflecting a great admiration that I have for Lee Baca. I very respectfully request that his life's work and accomplishments for society be considered and that any sentence be minimal or considered served.

I sincerely appreciate your time and consideration. I would also make myself available at any time to be reached or be present at your discretion in support of Lee.

Sincerely yours,

Dave Fernandez
(805) 300-3283 Cell
1457 Dara St.
Camarillo, CA 93010

184

April 17, 2016

Judge Anderson
312 North Spring Street, Court Room 15
Los Angeles, CA 90012

Dear Honorable Judge Anderson,

I met Leroy Baca over 40 years ago. His title at that time was Sargent Baca, and he was my teacher in Junior High School. He was an educator on behalf of the Los Angeles County Sheriff Department, and he was a role model for my two sisters and myself.

In 1997, I was elected to the Artesia City Council and within one year, Lee was elected to the Sheriff position for Los Angeles County. It was a privilege working - county to city - with Sheriff Baca over the last decades.

I was blessed to be in attendance at a 2014 Independent Cities Association Law Enforcement seminar, where recently-retired Sheriff Baca outlined the programs and changes he spear-headed during his tenure as Sheriff. He received a standing ovation, and a show of respect from the many elected attendees, city managers and law enforcement officials in attendance.

Please feel free to contact me if you need additional information. My cell phone number is 562-416-2751, and my email address is sflowers@cityof artesia.us

Sincerely,

Sally Flowers
Councilmember, City of Artesia

185

VICENTE FOX QUESADA

San Francisco del Rincon, Gto., México. February 24th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am the Former President of Mexico Vicente Fox (Term 2000-2006). Prior to my Presidency I served as Governor of the State of Guanajuato from 1995-1999. Prior to my political career I was the CEO of Coca Cola of Mexico, Central and South America.

In 2007, I opened my Presidential Library, Centro Fox to the public. As a library, Centro Fox has a stated mission of training and developing Latin American Leaders based on Social Value. The Center provides a variety of programming and resources that supports this mission through policy, social, cultural and academic initiatives.

In 2010, I invited Sheriff Lee Baca (we met at a Better LA Event in Los Angeles) to Centro Fox in conjunction with the City of Leon, Guanajuato Mexico Police Department. At the time Leon was witnessing an increase in crime while our Police officers were facing various challenges with our Citizens. With a full days discussion at Centro Fox between our Leon Police Force and Sheriff Baca the Sheriff determined a vigorous program was needed to be implemented by the Leon Police Force if the police men and women were going to be respected as police officers to our Citizens. This program developed and shared by Sheriff Baca included mental

VICENTE FOX QUESADA

testing, physical training followed by police procedures and protocol. After 6 months of intense training our Leon Policemen measured up to the standards of Los Angeles County Sheriff's Deputies.

Without the Sheriff's input and expertise I can assure you our City and its Citizens would have been at greater risk with many lives lost.

I can assure you no other law enforcement agency from the United States lent a hand in a time of need for your Southern Neighbor.

I have great respect for Former Sheriff Lee Baca.

Regards,

Vicente Fox
President of Mexico
(2000-2006)

187

March 21, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Stan Friar and I've known Lee Baca for 60 years. We first met in the 8th grade at Nightingale Jr. High School in Lincoln Heights, not far from your courtroom. Later we were classmates at Franklin High School in Highland Park. In those formative years, it was clear that Lee possessed a natural leadership quality and an unselfish desire to help everyone, particularly the less fortunate. When he became an LA Sheriff's deputy and eventually head of the largest Sheriff's Department in the world, he followed a philosophy of progressive law enforcement.

As Lee rose steadily through the ranks of the Department, I believe he always remembered his humble beginnings, and because of that perspective, he treated everyone with dignity and respect. I recall an event early in his career, which demonstrates the integrity of his character. One day after we met for lunch, he invited me to tour the local Sheriff's facility and while there took time to introduce me to one of the inmates. Lee treated this inmate with courtesy and kindness one wouldn't normally expect of an officer of the law interacting with an inmate. Later, he explained that law enforcement wasn't just locking people up but helping them to lead a better life. It is apparent to me that Lee Baca was guided by these principles throughout his career.

Many years later upon his retirement, Lee stated that he believed his greatest achievement is bringing the crime rate down to 40-year lows, and creating the Education-Based Incarceration Program. "This is the only county in the nation that has shifted from punitive incarceration to education-based incarceration", he said. "With my power as Sheriff, I must care for these inmates. They're the discarded, and what I want is for them to come out better than when they came in."

For almost 50 years, Lee Baca was not only a dedicated servant of the County of Los Angeles, but is one America's finest citizens. He is certainly deserving of leniency.

Stanley A. Friar
1432 Wayne Avenue
South Pasadena, CA 91030
626/799-4610

188



ב״ה

# קהלת בית נפתלי
# CONGREGATION BAIS NAFTOLI
221 S. La Brea Ave. Los Angeles, CA 90036 • www.BaisNaftoli.com

Yoel Gold, Rabbi (213 509-2521
Andrew Friedman, President (323) 931-2476

**Magidei Shiur**
Rabbi Zvi B. Hollander

**Lecturers**
Rabbi Aaron Banayan
Rabbi Shmuel Chmelnicki
Rabbi Gavriel Cohen
Rabbi Pinchos Gruman
Rabbi Shaul Spira
Rabbi Mel Teitelbaum
Rabbi David Thumim
Rabbi Shalom Weil

**Gobboim**
Amram Deutsch
Shmuel Klein

February 19, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:     *United States vs. Lee Baca*

Your Honor:

I understand that Lee Baca has pled guilty to one count of making a false statement to investigators. I am writing this letter to you on behalf of Mr. Baca in hopes that you will take its contents into consideration in sentencing Mr. Baca.

As you know, Lee Baca has served the Sheriff's Department for almost half century. During the last ten years or so, he has actually worked for the Department without compensation, since if he had retired ten years ago, his salary (pension benefits) would have been more or less the same as he was earning while working. Mr. Baca has devoted his life to the betterment and improvement of the Sheriff's Department. With the exception of this incident, he has demonstrated his complete devotion to the Department. Moreover, he has actually inaugurated numerous programs for the benefit of the inmates so that they should be productive members of society upon release.

As President of Congregation Bais Naftoli, I am a Biblical scholar. The Bible teaches us "an eye for an eye and a tooth for a tooth." The Rabbinic sages teach us that the Bible did not mean that we actually have to blind the culprit or knock out his teeth. On the contrary, the culprit must be made to pay the value of an eye or a tooth as his punishment. Basically, the punishment must be commensurate to the crime.

Your Honor, I respectfully submit to you that for the crime of making a false statement, Mr. Baca has been punished more than any human should be punished. He resigned as Sheriff, a position he held for many years. He loved being the Los Angeles County Sheriff. He was at the top of the world, respected by all, with an enviable legacy. All this is now gone as his punishment. No human being should ever have to suffer as Mr. Baca has. Clearly the punishment has exceeded the crime. No additional punishment is warranted to a good man who has made a mistake.

In addition, Mr. Baca has demonstrated throughout his career his sincerity and belief that only through cooperation and belief in God can we succeed. As a Christian, he has worked

189

Page: 2

tirelessly throughout the years in inter-faith programs, bringing Christian, Jews and Muslims together. Not long ago, he invited me to join him at a Muslim mosque where he lectured against discrimination against Muslim-Americans. Likewise, while lecturing in Hungary as a Goodwill Ambassador for Los Angeles County, he emphasized that European anti-Semitism is like a cancer and must be eradicated by people of all faiths. As a man who believes in God, he has punished himself for his recent "sin" and no additional punishment should be rendered.

I hope that you will take into consideration my request not to include incarceration in sentencing Lee Baca.

Very truly yours,

Andrew Friedman
President, Congregation Bais Naftoli

AF/jl

190

William T Fujioka
1403 Royal Oaks Drive
Bradbury, CA 91008
(562) 858-9967

April 5, 2016

Honorable Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

It is my pleasure to submit this letter on behalf of Retired Sheriff, Leroy Baca.

My name is Bill Fujioka and I recently retired after 40 years in public service.  My most recent position was Chief Executive Officer for the County of Los Angeles.  Prior to that position, I was the City Administrative Officer for the City of Los Angeles.  I met Sheriff Baca in 1982 when he was a lieutenant in the Sheriff's Department and I was an examination analyst for the County's Personnel Department.  Our friendship started when we both found out that we came from Boyle Heights, a poor multi-ethnic community in East Los Angeles and that we shared similar experiences and values.  As our respective careers progressed, we developed and maintained a strong friendship that was grounded in mutual respect and admiration.

As Sheriff Baca's career progressed, the one trait that remained constant was his sincere concern for people, regardless of their race, religion, gender, sexual orientation and economic status.  Lee treated everyone the same and demanded that those who worked for or with him do the same.  Both Lee and I shared stories regarding facing racial discrimination early in our careers and stated that if ever we had the ability to do so, we would improve opportunities for others.

The programs that he put in place, starting with the oath that all deputies must take that addresses the respect they must give to all members of the community, are reflective of Lee as a person.  The educational programs he initiated in the County jails had a huge impact on those who used the opportunity provided in the program to turn their lives around.

The Sheriff Department's legal issues rightfully put a spotlight on serious issues that had to be addressed and corrected.  However, when Lee's career is assessed, I only hope that totality of his actions and contributions are carefully considered.   His personal beliefs and compassion has

191

truly touched the lives of many in a very positive way. I have personally witnessed many people, especially young adults, approach Lee at community events and thank him for changing their lives through his educational programs. Lee Baca is an exceptional man with a heart of gold. I've also seen the many times Lee has taken the time to talk to a young person and provide him/her with a word of support and guidance to help steer them in the right direction. His career, as a whole, demonstrates a man committed to serving the public and improving the lives of others.

As Lee's life continues, I feel strongly that his contribution to society hasn't ended. Lee is a natural teacher and it's my hope that when his current challenge is behind him, he'll enter a classroom and share his knowledge with others who are seeking careers in professions that improve the lives of others.

Thank you for the opportunity to share my feelings on this matter. Please free feel to contact me at 562 858-9967, if you have any questions or need additional information.

Sincerely,

William T Fujioka

192