Michael Zweiback (State Bar No.143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Defendant
**LEROY BACA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEROY BACA,<br><br>        Defendant. | Case No.:  2:16-cr-00066-PA<br><br>***CORRECTED* EXHIBIT D, PAGES 273-332 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION**<br><br>**[PART 4 OF 6]**<br><br>Date:        July 11, 2016<br>Time:        8:30 AM<br>Ctrm: No. 15<br><br>[Exhibit D, Pages 48-114 previously submitted under Notice of Errata filed on 6/21/16] |

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I caused a copy of ***CORRECTED EXHIBIT D, PAGES 273-332 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION [PART 4 OF 6]*** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
michael.zweiback@alston.com

/s/    *Michael Zweiback*
Attorney for LEROY BACA

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Dear Honorable judge,

I take this opportunity with pride to write a letter in support of Sheriff Lee Baca who I have known for almost a decade.
I have known Mr. Baca in personal and community capacity. I was the president of Pakistani American sheriff advisory committee for several years while he was sheriff of LA County.

I worked with him very closely about the Pakistani community, South Asian community and Muslim community issues and well being.
I always found him very compassionate, dedicated, helpful and willing to listen and solve the issues of all these minority problems.

In my opinion he played a great role as all inclusive Sheriff and tried his best to protect all in the times which have evolved quite a bit in last 15 years.
It's my humble request and appeal that you look in to his case with total compassion and sympathetic direction and try to spare him or minimize any repercussions.

Yours Truly,

Asif Mahmood, M.D.
medspaforeveryoung@gmail.com

273

*Frank G. Mancuso*

March 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

RE:  United States vs. Baca

Dear Judge Anderson:

My name is Frank Mancuso and I have been married to my wife, Fay, for 59 years.  We have two children and six grandchildren. I spent my entire 50 year career in the entertainment and communications industry starting as an usher in a motion picture theater in my native Buffalo, New York and culminating with being Chairman and CEO of two studios, Paramount Pictures and later Metro-Goldwyn-Mayer Studio.  I am now retired.  I have been fortunate to have lived the American Dream and have tried to give back to an industry and a community that has been so good to me and my family.  I have been Chairman of the Board of the Motion Picture and Television Fund, the entertainment industry charity, Chairman of the Board of The Geffen Playhouse and a member of the Chairman's Executive Advisory Group of Cedars Medical Center.

I am writing you in regards to my friend Lee Baca.  I first was introduced to Sheriff Baca by a mutual friend, Rocco Diina, the former Commissioner of Police in Buffalo, New York.  That first dinner that we shared made me want to continue my relationship with Sheriff Baca as I found something special about him as a man and a caring human being.  That was about ten years ago and we have developed a close and personal friendship since then.  We have shared many dinners, birthdays, holiday parties and even a not so great golf game.

I have spent a career dealing with all kinds of personalities from the many executives and employees that worked for me at Paramount and MGM worldwide to the multitude of creative talent that worked on the films and TV shows produced by my studios while I was CEO. Through this experience I believe that I have developed a keen sense and awareness of individual personalities and character.  I have found Lee Baca to be a trusted friend who has been loyal, caring, thoughtful, compassionate and always considerate, a gentleman of exceptional quality.

About three years ago, I started what I have called "The Boys' Lunch," it is seven friends getting together once a month to share an afternoon with lunch, a few laughs and a lot of great stories. The "Boys," the seven members, consist of myself, Lee Iacocca, former Chairman of Chrysler, Bert Boeckmann, Chairman of Galpin Motors, Tony Zehenni, a Southern California developer, Frank Visco, an insurance executive and former Chairman of the Republican Party of California, Ray Anthony, a former band leader and Lee Baca. It is a group of individuals who share a comradery, a mutual respect, achievement in their chosen field of work and a gratitude to this great country that has afforded them the opportunity to do live the life they do.

*377 South Mapleton Drive · Holmby Hills, California 90024*

274

Page Two
March 1, 2016
Honorable Percy Anderson

What they also share in common is a sense of responsibility to their community through their charitable endeavors. Lee Baca and his life's achievements in all phases, his career, community activism, charitable endeavors and loyalty to his friends and family is at the heart of what this group represents.

I have an assistant that has worked with me for 23 years. She has a grandson that joined the LA County Sheriff's Explorer Program in 2005 and graduated in 2007. At the graduation then Sheriff Baca mingled with the cadets, congratulating them and offering words of advice and encouragement. This young man remembers Sheriff Baca as being approachable, sincere and genuine. He made such a lasting impression on this young man, and I'm sure many others, and gave him the desire to pursue the path to become a Sheriff. In 2014 he became a LA County Sheriff Deputy.

I am hopeful that all of the many exceptional accomplishments for our community that Lee Baca achieved while at the helm of the LA County Sheriff Department will be fully and thoroughly brought to light during the sentencing process.

My respect and admiration for Lee Baca has not changed. I know what it means to be responsible for a company or organization with a large number of employees when you can almost guarantee that something can go wrong on a daily basis, it's your responsibility, it comes with the job, but it is never easy to oversee it all.

I am available if you have any questions or if I can be helpful to my friend Lee Baca in any way. My office telephone number is 310-385-9349.

Sincerely,

Frank G. Mancuso

275



**Council on American-Islamic Relations**
2180 W. Crescent Ave, Suite F.   Anaheim, California 92801
Tel 714.776.1847   Fax 714.776.8340   socal@cair.com

June 16, 2016

To The Sentencing Judge, and Whom It May Concern:

I write this letter in support of Mr. Leroy Baca, with hopes that it will be considered by the bench in sentencing him.

Mr. Leroy Baca's tenure as the Los Angeles County Sheriff had a positive impact beyond the county, and in some cases, beyond the state of California.

I recall I was a young law student in Toledo, Ohio when I first learned of former Sheriff Baca. During a congressional hearing on radicalization in the Muslim community, one of the most reprehensible hearings ever held which only served to heighten unfounded suspicion on millions of patriotic and productive Muslim Americans, Mr. Baca was invited to testify. When his close relationships with the Muslim community were cited in an effort to discredit him, Mr. Baca reaffirmed his commitment to inclusivity, and shunned divisive rhetoric. When it would have been politically expedient to give in the false narrative, Mr. Baca abided by his principles with no hesitation, and articulated his plan to continue building relationships with all communities of the diverse county he served.

This act of his made him a hero to all minority groups, not only in Los Angeles County, but rather across the nation. This act of his influence me in part to make Los Angeles my home.

In addition to defending the Muslim community from Islamophobia, in his capacity as Sheriff, Mr. Baca acted proactively when he convened Muslim leaders immediately after the tragedy and carnage of September 11th attack. He shared his fear of misplaced anger and backlash attacks against Mosques and Muslims. Such was his commitment to public safety and community.

It is my sincerest hope that the court will consider Sheriff Baca's stellar record as a public servant, and also his work to improve the culture and human relations within the county.

Sincerely,



**Haroon Manjlai, J.D.**
*Public Affairs Manager*
**Council on American-Islamic Relations**
*Greater-Los Angeles Area Chapter*



March 25, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

You are about to make a determination that will have a significant impact on an individual who has loyally and faithfully served this country, the people of Los Angeles County and defended the Constitution of this great nation for over 50 years.

I first met Lee Baca in 1978 when he was a Lieutenant in charge of the Marina Del Rey Sub-Station for the Los Angeles County Sheriff's Department (LASD). I was handling the revamping of the security program at the Marina City Club. The Marina City Club complex and its adjoining Yacht Club had a number of celebrities, high wealth individuals and a Saudi Arabian Sheik residing in its condominium complex and utilizing its marina. The high profile of the Club and its residents attracted a broad range of diverse interests, all the way from former Presidents to hardened criminals. Lee Baca was always available to provide advice and assistance as necessary to deal with the always present threats. We knew we could count on Lee and the deputies assigned to his Sub-Station to be there when we needed them and to approach things in a balanced and thoughtful manner.

Both Sheriff Peter Pitchess and his successor Sheriff Sherman Block were friends of mine and we occasionally spoke of Lee Baca and his rising career in the Los Angeles County Sheriff's Department. Lee was highly respected by both Sheriffs' Pitchess and Block for his intellect, leadership, insights and his ability to bring diverse groups together. I shared their views, but also know him as a warm, caring and spiritual person who was committed to serving and protecting the people of Los Angeles County for nearly 50 years. But, Lee is also one who is a very compassionate person that has the innate ability to show people how they could improve their lot in life and the communities in which they live. Lee served on many boards and supported many outreach programs such as Homeboy Industries, which shows at risk Latino youths and former gang members an alternative to a life of crime and street violence. Lee also was the first leader of a major law enforcement agency that reached out to the local Muslim community in the aftermath of 9/11 and built a trusting relationship which lead to a mutual respect and cooperation that has been heralded across the country.

Lee Baca is also one of the most visionary law enforcement executives in the world. He not only made LASD one of the best and most highly regarded law enforcement agencies in the country, but he also invested in his people to make them the best that they could be. Lee further transformed LASD into one of the most technologically advanced law enforcement agencies in the world.

Lee also made sure that his department was engaged with and participated in a broad range of federal task forces and other cooperative ventures with Local, State, Federal and International Law Enforcement Agencies. He knew that cooperation between law enforcement agencies at the federal,

344 Maple Avenue West, Suite #233,
Vienna, VA 22180

277



state, tribal, territorial and local levels was a key element to safeguarding not only the citizens of Los Angeles County, but also the rest of America. Lee studied terrorism, transnational organized crime, nation-state sponsored economic espionage and rouge individuals with nefarious agendas, as he knew that they created risks that no single law enforcement agency could surmount on their own.

Lee didn't stop with simply transforming LASD and its relationships with America's Federal Agencies. He saw that diplomacy created a unique opportunity for an organization like LASD to do its part to protect the very unique industries that fueled the economy of Los Angeles County and provide solutions to issues affecting its citizenry.  Lee launched an initiative to build relationships with major law enforcement agencies around the world. Lee's efforts brought together law enforcement leaders from across the country and around the world. He hosted law enforcement summits in this country and helped to arrange summits with hosts in other countries around the globe. If an issue arose involving a citizen or business residing in Los Angeles County that was either initiated from overseas or was tied to a citizen of another country, Lee utilized his relationships around the globe with foreign law enforcement agencies to gain their assistance in resolving the issue at hand.

Your Honor, you and you alone have the ability to take into account all of the truly good, honorable and noble accomplishments of Lee Baca. I did a Google search of Lee Baca before writing this letter and his on-line profile now begins out with the words Convicted Felon before it starts to list his nearly 50 years of contributions as a public servant and his role as a visionary law enforcement leader.  Please have mercy on a God fearing sole who during his lifetime of public service has done so much for the people of Los Angeles County, (especially the down trodden and minority communities with whom he built an incredible bond of trust), as well as his tireless efforts to enhance the quality of law enforcement professionalism and cooperation around the world.

Sincerely,

Lynn Mattice
President & Founder

344 Maple Avenue West, Suite #233,
Vienna, VA 22180

278

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson

My name is John March I am a consultant in the Theme Park industry, and was formerly an engineer for NASA working at the Jet Propulsion Laboratories. I also helped Lee as Director of Operations for the Sheriffs Youth Foundation for just under 2 years. I lived in Los Angeles County from 1945 till 2015. My son was a Deputy for Los Angeles County and was killed in the line of duty in 2002.

I got to know Lee Baca the day my son was killed on the streets of Irwindale. Lee was at the hospital and spent hours talking with us and some times just sitting and being with us. Lee showed his caring nature when he gave us his Cell number, office number, and home number so that we could get in touch with him any time we needed him. At some of my wife's lowest moments it seemed Lee would sense it and give us a call, some times those calls would last an hour in the busiest time of his day. I can say without a doubt, if not for God's help manifested through Lee's personal touch I don't know if we would have survived Dave's Death. Dave's death had been proceeded by the death of another son Eric, Barbara's mother a sudden heart attack, her father's death by suicide, then her brother's death by suicide, and finally the death of my mother all in the course of 9 years. I thank God for Lee every day and how he showed such caring for us while somehow managing 18,000 employees of the LA County Sheriff's Department is astounding to me.

I can't imagine a world where a man like that would serve even a minute of time incarcerated. I ask you to take an all inclusive look at the man, including over 45 years of service to Los Angeles County and thousands of young lives touched, for the good, through his youth foundation.

I beg you to show leniency on my wonderful friend Lee Baca.

John March
PO Box 671, Twin Peaks, California, 92391
Cell 805 3414144
email jwmandco@aol.com

279

**Stephanie Mardesich
201 ½ S. Bandini Street
San Pedro, California 90731
Telephone: (310) 519-0756**

June 10, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Our family has been in San Pedro for 100 years, and in all modesty has high repute in the community. We have owned property in the La Rambla unincorporated area of San Pedro (aka "county island") since c. 1923. Consequently we have been under the jurisdiction and protection of the Los Angeles County Sheriff Department for our property and tenants.

We have had a friendly and observant relationship with the deputies of the nearby Lomita Station and appreciate the service of these fine and courageous men and women who risk their lives to protect constituents.

The leadership of the department under (former) Sheriff Lee Baca was always praised by local deputies and we admired his courage and conviction with regard to policy and implementation during his years in office. His educational background and being a man of strong family values are highly commendable.

We would ask that the court look at the lifetime accomplishments of Lee Baca, his dedication and service to community and the people of the County of Los Angeles, and offer leniency; and that any judgment be in his favor.

Sincerely yours,

Stephanie Mardesich

280

# Angelo M. Mazzone III

**(310) 451-8004**

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter in support of Lee Baca.

My background is as follows:

I came to Los Angeles from Chicago, Illinois in 1968 to go to college at UCLA. Upon my graduation in 1972 I became an Assistant Director of Athletics. I also continued my education as a fellow classmate at the UCLA School of Law, receiving my Doctor of Juris Prudence in 1975. I remained in the UCLA Athletics Department as Associate Director of Athletics until 1982. Since that time I have ventured into several different businesses: Oil and Gas drilling, Childcare Center Development, Self-Storage facility developments, Multi-family Residential acquisitions, created a Property Management Company, and Co-founded Primesport Inc, a ticket and hospitality Company.

I was happy when I learned that a fellow classmate was nominated to the United States District Court by President George W. Bush. I have been a friend of the Bush family for many years and actually was quite involved with Jeb's run for the Presidency.

I have been active in many community and Church organizations and several philanthropic endeavors. I have served on the Parker Foundation Board of Directors for 20 years.

**101 South Cliffwood Avenue**
**Los Angeles, California 90049-3821**

281

# Angelo M. Mazzone III
### (310) 451-8004

I have known Lee Baca for at least 20 years. I have known him to be of the highest integrity, honesty and absolute dedication to his work with the community and his office.

He has – throughout his entire life – sought and worked extremely hard and diligently to acquire the level of knowledge and academic achievement in order to carry out his responsibilities and improve the areas in which he pursued and served. He ultimately received his Doctorate of Public Administration in 1993 from one of our great universities right here in Los Angeles: USC.

I know personally his dedication to the Los Angeles Sheriff's Department, its employees and prison population. I believe he treated all these individuals equally with the same care, concern, and human dignity. I had numerous discussions with him regarding the department and its prison population and always left with a great admiration for his genuine concern and empathy for those he served. Mr. Baca has been an innovator in education, vocation and rehabilitation programs in the penal system which have been replicated in many other correctional facilities. He had a true and sincere desire to raise the level of care and safety for not only the citizens of the community he served, but also for all of the people of our nation as witnessed by his dedication and work involved with homeland security.

In this day and age all seems to be upside down where our guardians are the villains and the villains viewed as society's victims, where society's protectors must be proven innocent and criminals proven guilty. It is a wonder why anyone would want to serve our community in law enforcement yet Mr. Baca continued to serve and protect. I state these things not to condone but to help and understand while evaluating and passing judgement on those who serve us.

Based on Mr. Baca's almost 50 years of serving our community at the highest level of honor and commitment, I would hope that your Honor would take all of his service, commitment, recognition of honors deserved and awarded, and the safety he brought to all of us Angelenos into consideration when imposing sentencing. I would argue that his impressive career, concern for his department and community, does in fact deserve and should be considered and count for time to be served.

I can be reached at (310) 451-8004 should you wish to contact me.

Submitted with humility and gratitude,

*Angelo M Mazzone*

Angelo M. Mazzone III, J.D.
Board Member Parker Foundation

### 101 South Cliffwood Avenue
### Los Angeles, California 90049-3821

282

Honorable Percy Anderson

United States Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012


RE: United States v. Lee Baca

Dear Judge Anderson,

It is my honor to write a letter in support of Sheriff Baca. I was very sorry to hear about this case.

After hearing about his admittance to having lied to federal prosecutors, I was very sorry about his mistake in this important matter and moved by his willingness to be honest about it.

Sheriff Baca is the WRONG PERSON to implicate in condoning the wrongful treatment of inmates. When I heard of this case immediately came to my mind his passion and efforts to bring education and life skills to inmates so they enter society as better people instead of becoming a greater burden and threat to society and themselves.

I have heard Sheriff Baca as a speaker at public events over the last 7 or 8 years. Over the last 4 years I have met him and his wife Carol personally at interfaith gatherings and dinners at a friend's house. He and Carol spend a great deal of their personal time for events and causes benefitting other people.

NEVER have I heard him speak with spite or disrespect of anyone no matter who they are or whatever their opinion. He is a gracious human being.

I heard Sheriff Baca share his life story several times with young people to encourage their success despite hardships and abuse as he experienced himself growing up.

When our family was living in the City of Downey my son was participating in Service for Youth. The Sheriff took the time to say hello and take a picture with them and encourage their efforts. One of their projects was weeding the garden at Markham Middle School in South Central.

Sheriff Baca is an honorable person that has lived his life with integrity and great effort. Very few people, public officials or anyone else for that matter are without fault and make bad judgement calls at one time or another, especially people that deal with a lot of pressure in their public office like the Sheriff.

We live in a world with so much discord. A harsh sentence will create much damage to the efforts of Sheriff Baca to encourage good will between different religions and cultures. His many years of service do don't merit a harsh sentence and jail but rather mercy, which will allow him to continue his efforts for the public good.

Thank you for your consideration in this important matter,

Katrin McCarthy    *Katrin McCarthy*    *March 25 2016*

Facilites Co-Ordinator

anitakatrin@amail.com Family Federation FFWP, 950 Holly Vista Drive, Pasadena, Ca 91105


283

**Keith & Katrin McCarthy & Family**

March 25, 2016

Honorable Judge Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I first became aware of Lee Baca in 1998 when he ran for Los Angeles County Sheriff, following Sheriff Sherman Block. I hadn't met or known Lee at the time, but I remember that he brought a new level of energy, enthusiasm and technology to law enforcement in Los Angeles County.

In 1996, I was elected to the City Council in Downey, California; where I served for eight years, and was very active in regional affairs (Southern California Association of Governments, Gateway Cities, and so on). Eighteen months of that I served as Mayor. Although the City of Downey has its own police force, I was well aware of the support and interaction of the Downey Police Department with Los Angeles County Sheriff's Department.

During the course of time, I became acquainted with Sheriff Baca's efforts in community service. In Downey, Bob Feliciano organized the "Amazing Day Foundation's Walk/Run For Life", following the suicide of his son, Sean. Lee was among the first there to support the event. I know that Lee is avid runner (although I am not); and continues to participate in various non-profit running events.

At the same time, I participated in the Annual Interfaith Prayer Breakfast that was organized by Sheriff Baca, usually held at Los Angeles Community College; over several years. Those were memorable because they brought together people from all different walks of life to share food and fellowship together. To this day I interact with some of the people I'd met at those events.

Sheriff Baca's commitment to community service, as well as his role in law enforcement, have always impressed me. In the past several years, our paths crossed at an annual National Parents' Day event held at Pasadena City Hall in July of 2014.

Recently, I met former Sheriff Baca at several interfaith/intercultural events conducted by the Universal Peace Federation. My observation is that he treats every person, no matter what their stature may be, with kindness and respect.

I have great respect for Lee Baca's principles and goals. I admire his public service. I respectfully ask that you consider being lenient in any sentencing related to his recent "guilty" plea. Thank you so much for your public service and your consideration.

Respectfully,

Keith McCarthy
Past Mayor and Councilmember, City of Downey



An Affiliate of The Pacific Institute, Inc.

February 23, 2016

Your Honor,

I have known Leroy Baca, the former Sheriff of Los Angeles County since 2003. It was during that year that then-University of Southern California football coach, Pete Carroll, asked my Godfather and the Founder of The Pacific Institute, Lou Tice, to help him (Pete) stop kids from killing kids within the gangs of Los Angeles. This was a huge undertaking that would need assistance and commitment from a wide variety of constituencies, who truly believed that change was possible in what some saw as an impossible situation with no solutions.

The education of The Pacific Institute is designed to help people change the way they think and act in order to achieve goals and improve their lives. As Vice President of Design and Implementation at the time for The Pacific Institute, I was asked to choreograph our donation of time, education and money to the people of Los Angeles through an initiative we entitled "A Better LA." One of the first people and most enduring to join the initiative was Sheriff Leroy Baca. Lee's involvement produced a ripple effect of Deputies and Officers from Los Angeles and other municipalities to join the cause, as well. By 2007, the education of The Pacific Institute was being used by Mayor Antonio Villaraigosa's "Summer Night Lights" project to bring peace to Los Angeles City Parks during the summer months. Lee's steadfast commitment to A Better LA, directly and indirectly, has been responsible for the improvement of lives, reduction in homicides and a decline in criminal activities amongst LA County's youth.

I do not profess to understand the circumstances surrounding Lee's appearance in your courtroom, but I have had the opportunity to break bread with and witness Lee's behavior both publicly and privately. In my experience, he has always been a kind man, one of discipline and integrity. Even while the media was incessantly covering negative happenings in the jails, the Sheriff's Educational Based Incarceration (EBI) program was absolutely helping inmates put their lives on constructive paths. Former inmate Cameron Saul, now a successful Drug and Rehabilitation Counselor and a testimony to the good going on in the jails, was trained as an inmate to facilitate The Pacific Institute's curriculum. He personally delivered our education to over 4000 inmates through EBI.

In my experience working with Lee Baca, his care and regard extended way beyond his deputies, to the people in his custody and to the community he swore to serve. I thank you, your Honor, for adding my experience with Lee into your considerations.

Sincerely,

John McNeil, Founder & CEO
The Pacific Institute Community

P.O. Box 46329 • Seattle, Washington 98146 • Cell: 206-291-7973

285

  

## ST. PETER ARMENIAN APOSTOLIC CHURCH & YOUTH CENTRE & TALINE PRESCHOOL
### AFFILIATED OF THE WESTERN DIOCESE OF THE ARMENIAN CHURCH OF NORTH AMERICA & HOMELAND

To Whom It May Concern:

Hello, I am Onnik Mehrabian former owner of Glendale Kia, Glendale Hyundai and currently President and CEO of CA Auto Mart Group, Inc. which is my holding company for my various investments. I have been very fortunate and with my blessings in life, I have strived to give back to the community by building and donating a community Church and various cultural centers. I was seeking assistance from local public safety and policing agencies when Sheriff Lee Baca stepped in to be the first to offer support.

Throughout my philanthropic endeavors, I had the pleasure of befriending Sheriff Lee Baca and during the many years of our relationship, Sheriff Baca influenced me into opening a preschool and cultural center. By working hand and hand with the Sheriff's Dept. we were able to open The Taline Mehrabian Preschool and Youth Ministries located on 632 West Stocker Street in Glendale, California. The center provides an atmosphere where children from underprivileged families of all races in our community could come together in a safe and secured location. He shaped the opening of St. Peter Armenian Apostolic Church, which was a donation from its inception to the Armenian Western Diocese Church. Along with that, I decided to give back to my community by founding the Armenian American Congregation Center; which holds daily gatherings and events for children in the community and helps promote the civic values and morals that all American citizens must have.

When we needed words of encouragement for those who we're having family problems or may have been heading the wrong direction in life, Sheriff Baca always made himself personally available for the youth in the City of Glendale and was a great supporter of our youth and cultural centers.

Sheriff Baca applauded the hard work of the Armenian-American community suggesting they are the strongest, most vocal and most organized advocates of the Armenian Cause. He dedicated his time and position as Sheriff unselfishly towards the development of all communities and was a great and honorable public servant for all the people in the County of Los Angeles.

As a representative of the entire Armenian community, I would like to send my greatest recommendations and gratitude for this man name Lee Baca who was the Sheriff of Los Angeles County. Lee Baca is very important to our community and now it is time for our community to stand up for him as he has been a great positive and hands on influence for many.

Our community forgives any transgressions by this humble civil servant for the past 51 years without prejudice and is asking for your consideration of leniency as we look forward to welcoming Lee Baca back to our community with open arms.

Thank you,                                                        4/13/16

**Onnik Mehrabian**
2244 N San Fernando Road
Los Angeles, CA 90065
1-323-997-1111
onnikm@cars911.com

286

## *The Paratus Group*

*Bernard K. Melekian, DPPD*
*60 La Vista Grande*
*Santa Barbara, CA 93103*

Dear Judge,

As a way of introduction, I have served in law enforcement for over 43 years. I was with the Santa Monica Police Department for 23 years, served as the police chief for the city of Pasadena for 13 years and was the Director of the Office of Community Oriented Policing Services, US Department of Justice for four years. Since leaving DOJ, I served as a law enforcement consultant for various cities throughout the United States. Additionally, I retired from the US Coast Guard Reserve after 25 years, including two tours of active duty.

I write all this to convey my commitment to the honor of service and the rule of law. Therefore, it is not my pleasure, if that is the appropriate word, to write asking for leniency in the sentencing pf former LA County Sheriff Lee Baca. Rather I view it as a moral obligation in support of someone who has been an advisor, a colleague and a friend for nearly 40 years.

You undoubtedly have read Sheriff Baca's professional resume' so I will not attempt to recite it to you. Rather I would like to convey what may not be present in that document, namely the essence of a man committed to public service and one who recognized that within each law enforcement officer lay an opportunity to make a difference in the lives of everyone they came into contact with. Lee Baca taught several generations of officers this lesson.

Lee Baca was absolutely committed to making a difference in the lives of young people everywhere, including young law enforcement officers. I watched him attend the graduation of a small neighborhood non-profit in Altadena/Pasadena on a Sunday afternoon where only a handful of graduates were on hand. There was no media coverage, no advance publicity and no effort on the part of the highly efficient Sheriff's media to get out this message. Rather there was the Sheriff of Los Angeles County shaking hands with some kids from rough backgrounds and telling them that he was proud of them.

I have watched this scenario play out in venues big and small over the years. I have been with the Sheriff at International Conferences and in small church auditoriums all over Los Angeles. There are diverse opinions about Lee Baca, but there is unanimity in the recognition that the Sheriff genuinely cared about everyone with whom he came into contact.

The Sheriff's incredible career has come to an inglorious end. I have no knowledge of the facts of this case, beyond what I have seen in the media. What I do know is that to send this man to jail would serve no purpose whatsoever. He has been put on public display on an almost non-stop basis since his resignation. Surely, that should be enough.

287

I respectfully ask that he be granted probation and serve no jail time. Please feel free to contact me directly if I might be able to provide you with further information on this matter.

Sincerely,

*Bernard Melekian*

Bernard Melekian

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012                                          April 7. 2016

    Re: United States v. Lee Baca

Dear Judge Anderson:

It is with great difficulty that I am writing this letter, because I never imagined that a situation will arise in which I will have to write a letter for Mr. Leroy Baca- a man with impeccable character, love for all, passionate about his duties and responsibilities, compassionate, caring, fair and one who has a deep love for the country. This was evident in every meeting I had with him.

Mr. Baca was concerned about an attack in US similar to the one in England in mid 2005. He called the Council of Pakistan American Affairs and other Muslim Organizations to discuss the formation of Muslim Homeland Security Congress with a goal to keep America safe. As a director of COPPA, I was selected to represent the organization. I have known Mr. Baca since mid 2005.

Mr. Baca believed that the missing link in our Homeland Security was the active involvement of the leaders of the Muslim Community. I interfaced with Mr. Baca in the development of the Muslim Homeland Security Congress. The organization was successfully created and Mr. Baca took the blue print of the organization to the United States Congress, World Leaders and several other States to help others in creating a similar organization. In my travel to Michigan with him, he told me that we have created an organization that would help keep our country safe in Los Angeles and now we must share this knowledge with other states so that the entire country is safe.

To establish the organization's mission, goals, strategies and its structure it took over six months of weekly meetings with Mr. Baca. During these meetings and my travel with him, I found a deep sense of respect and love for Mr. Baca from everyone we met. Mr. Baca was always fair and heard everyone before he made his decision. He respected everyone and everyone respected him.

To this day, I continue to have tremendous respect for Mr. Baca and I end this note with prayers and hope that compassion will now flow in Mr. Baca's direction.

Thank you.

Arif Merchant

901 S. Amherst Circle,
Anaheim, CA 92807

289



DLA Piper LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, California 90071-2678
www.dlapiper.com

Michael E. Meyer
michael.meyer@dlapiper.com
T    213.330.7777
F    213.330.7577

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for over a decade. I am proud to call him a friend. He is one of the kindest and most thoughtful persons that I have ever met.

I heard him speak over ten (10) years ago at an event at the Biltmore Hotel and I was surprised because he did not seem to fit the stereotype of the law enforcement people that were then being written about. He spoke of his Core Values with passion and conviction and said that the way to reduce crime is through education. He spoke about how people that were not given meaningful educational opportunities were more likely to commit crimes, and how important it is to try and rehabilitate those who are incarcerated with educational courses and additional job training.

I also heard him speak on tolerance and why sexual preferences should not be a factor in people having a right to marry, get a job, etc. He kept on emphasizing that we are "all God's children".

What impressed me the most about Lee Baca is that he always preaches (he would have been a great preacher if he did not go into law enforcement) that it is very important to treat everyone fairly, with courtesy and respect. He stressed the importance of treating the delivery person, messenger, janitor and secretary with the same degree of respect given to the President of the company, Chairman of the Board, or the senior partner of the law firm.

When determining his sentence, please consider his body of work and not just one or two isolated incidents. He is a kind and gentle person.

Respectfully yours,

Michael Meyer
Chairman – Los Angeles Offices of
DLA Piper US LLP
WEST\268897603.1 4/3/16 02:51 PM
000010-012696

290

# Dr. Louis F. Moret
# 5439 Dahlia Drive
# Los Angeles, CA 90041
# 213-500-2666

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known and respected Lee Baca since the mid 1970's when I served as Assemblyman Richard Alatorre's chief of staff. He was then and continues to be an outstanding public servant who cares deeply about people. I would call upon him when our office received complaints about the Sheriff department and he always talked and met with our constituents and tried to resolve their issues.

Lee has always been a hands on person, one who enjoys engaging in public discourse and is willing to listen to both sides of an issue. He is thoughtful and energetic and has a very fertile mind and imagination. He is unafraid to tackle problems and make tough decisions.

Years later when I was pursuing my Doctorate in Public Administration, he was one of my professors and was a member of my dissertation committee. He was always available to meet with me and helped me immensely to focus on my data collection.

He is a unique individual who has done the public's good and done it well. I hope that you can look at his life's body of work when you make your decision. Should you need further information, please do not hesitate to contact me.

Sincerely,

Louis F Moret

291

LAW OFFICES

**MORIARITY & ANAGNOS**

JOHN L. MORIARITY
MEMBER CALIFORNIA &
WASHINGTON, D.C. BARS

DEMOS P. ANAGNOS

NATALIE B. WHITE

GAYLE L. STARK
PARALEGAL

GABRIELLA S. ALUOTTO
EXECUTIVE SECRETARY

5850 CANOGA AVENUE, 4TH FLOOR
WOODLAND HILLS, CALIFORNIA 91367-6505
(818) 988-8222
FAX (818) 988-6334
EMAIL: MNALAW1@GMAIL.COM

CHARLES E. COOK, JR.
(1905-1971)

ROGER ARNEBERGH
(1909-2004)

March 24, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom No. 15
Los Angeles, California 90012

RE: United States v. Lee Baca

Dear Judge Anderson:

This is being written on behalf of Leroy Baca, who I regard as a very good friend of my family. I sincerely represent to you that Lee Baca is a very honest and trustworthy person. I will try to keep this short as I am sure that you have a busy schedule. Attached is a copy of my CV.

All my life I have been familiar with police officers. My mother was in the same academy class as Chief Ed Davis. Assistant Chief Jess Brewer was my Chief of Staff when I was in the Army Reserve. Daryl Gates was a friend, although I never forgave him for not attending Chief Brewer's retirement. LAPD Lieutenant Tom Bradley was a hero of mine–his rise through the LAPD ranks was unparalleled. When he thought about running for Mayor, our committee divided LA into six sectors with me covering the San Fernando Valley Sector for him. He is buried near my grandfather's grave.

Currently I am the Vice President for the LAPD Reserve Foundation and have been a member of the Sheriff's Youth Foundation Board since 1990. Also, I am past President of the San Fernando Valley Chapter of Footprinters.

It is from this perspective that I believe I can tell a good cop when I see him or her–Sheriff Leroy Baca is a good cop.

I was appointed to the Sheriff's SANE board in 1990 by then Sheriff Sherman Block. Thereafter, before the Twin Towers came into being, Sheriff Block asked the then Chief Baca (at the time the Sheriff's Department had 9 chiefs) to do what was necessary to have me visit various jails in the world with my recommendations regarding the Twin Towers. Chief Baca's work was outstanding; my wife and I arrived in Singapore at midnight, where we were met by the Chief of Police with two detectives and whisked through immigration into a unmarked car with a chase car; thereafter followed a two-day briefing and a visit to their jails. The treatment in Madrid, Spain, Puerto Rico, and Hawaii could not have been better—Chief Baca really did his assignment well!

292

MORIARITY & ANAGNOS

I ran for election to the Superior Court bench in 1994 (partial list of bench supporters etc. attached), and as a result ran into Lee at various events and learned more and more about him as Lee often spoke. One evening we both received impressive plaques for past work after speaking to a minority group.

Chief Baca and I remained in contact leading up to the time when he became Sheriff many years later. I met Lee's wonderful wife, Carol, during his long campaign for Sheriff i.e. his "campaign" started many years before his formal bid, as he met with various groups for years. Since Lee became Sheriff, I have had a continuous interaction with him. We have met many times either one-on-one or at law enforcement gatherings or his board meetings.

At my suggestion, Sheriff Baca was selected as Person of the Year by the Metropolitan News-Enterprise. Also, as Western Commander of the Military and Hospitaller Order of St. Lazarus of Jerusalem, I presented Lee with the Order's plaque for outstanding service.

Any evaluation of Lee Baca the person certainly involves his adult lifetime work with the Sheriff's Department. The enormity of the Sheriff's job can only be appreciated if we look at what his job entailed. He was not the old school type of Sheriff that believed in jailing a criminal and then throwing away the keys. His humane treatment of criminals was not always met with support from the old school type of Deputy; thus he had his detractors who believed him to be too soft on criminals.

Sheriff Baca was the Leader of the largest Sheriff's Department in the United States, with a budget of 2.4 billion dollars. He led over 18,000 sworn and professional staff. The Sheriff's Department is the law enforcement provider to 40 incorporated cities, 90 unincorporated communities, 9 community colleges, and hundreds of thousands of daily commuters of the Metropolitan Transit Authority and the Rapid Rail Transit District. There are over 10 million people in the County of LA. Sheriff Baca created what we know today as education based incarceration {EBI} curriculum to make the most of a short stay, which currently averages 54 days. Prisons, by contrast, can plan their resources for students who will remain incarcerated anywhere from 2 years to life. Sheriff

Baca changed the way we incarcerate. Through EBI, hearts and minds were changed, creating a safer jail for inmates and the deputies. We must keep in mind that the LA Sheriff's Department has all four levels of criminals in its jails.

Sheriff Baca made the Sheriff's Department stronger than ever by expanding additional contract cities, absorbing the MTA Transportation Bureau, four new sheriff stations, a state of the art crime lab at Cal State Los Angeles, and providing security for the Los Angeles Community College district.

Sheriff Baca was the Director of Homeland Security-Mutual Aid for California Regions I, which includes the County of Orange; Region I serves 13 million people. The Sheriff's passion for education within his own department led to the setup of the Los Angeles County Sheriff's

293

**MORIARITY & ANAGNOS**

Department University {LASDU} to help employees earn their Associate's, Bachelor's, Master's or Doctoral Degrees in an extensive range of fields. Teamed with an impressive consortium of colleges or universities, LASDU encourages all department personnel to start or return to college for their personal and professional growth. LASDU is designed to give working adults the highest quality and most convenient, educational experiences. Equally important, LASDU negotiates with the consortium for affordable tuition rates.

Sheriff Baca saw the importance of the relationship between law enforcement and the faith-based communities in Los Angeles County. Interaction between these partners built public trust which reinforced core values in the department. I have attended several graduations of inmates at Wayside and heard the praise from members of the department that believe in the results Lee has obtained from "in house" schooling.

I am relatively sure that you by now realize that Lee Baca has given his life as a workaholic on behalf of the 10 million people in the County of L.A. If Lee is to be critiqued for anything, it would be that as part Sheriff, part Minister, and part Priest, he tried to go and go overtime 7 days a week to help and protect the people of our county.

Obviously, if you have any questions, I am at your beck and call. I sincerely hope that you order only probation, and as a part thereof, that Lee continue with his work in jails in the USA that he has done since his resignation from office i.e. the educational projects he started in our county jails he has also taken to jails in other states.

Very truly yours,

John L. Moriarity

Enclosures

294

DEAR HONORABLE JUDGE ANDERSON,

MY NAME IS EUGENE F. MOSES. I AM A FORMER ELECTED MAYOR OF THE CITY OF AZUSA. I WAS ELECTED SIX TIMES AND RETIRED AFTER TWELVE YEARS OF SERVICE. CURRENTLY I OWN AND PUBLISH THE SAN GABRIEL VALLEY EXAMINER. IT IS AN ADJUDICATED NEWSPAPER IN LOS ANGELES COUNTY AND HAS BEEN IN EXISTENCE FOR 20 YEARS.

I HAVE KNOWN LEE BACA FOR 20 YEARS OR MORE-FORMER SHERIFF BACA HAS BEEN A GREAT SHERIFF, ONE THAT WENT BEYOND HIS DUTY TO UPHOLD LAW ENFORCEMENT. HE HAS CREATED MANY PROGRAMS THAT PREVENTS CRIME BEFORE IT HAPPENS. HE HAS BEEN AN ASSET TO ALL THAT LIVE IN L.A. COUNTY. BECAUSE OF HIM, L.A. COUNTY IS A BETTER PLACE TO LIVE IN.

MY HEART IS SAD AND FULL OF GRIEF BECAUSE I KNOW HE WAS A GREAT CRIME FIGHTER THAT PROTECTED OUR MOTHERS, FATHERS, OUR CHILDREN AND ESPECIALLY OUR SENIORS. ANY CONSIDERATION YOU CAN GIVE HIM WOULD BE GOD SENT AND GREATLY APPRECIATED.

*Eugene F. Moses*

EUGENE F. MOSES

PUBLISHER OF THE SAN GABRIEL VALLEY EXAMINER

(626) 260-5564 (CELL)



**San Gabriel Valley**
# Examiner
AN ADJUDICATED PUBLICATION

**EUGENE F. MOSES** / **INDAY MOSES**
Publisher/Editor / Associate Editor

OFFICE
**623 W. Foothill Blvd. Glendora CA 91741**
Phone: 626-852-3374        Fax: 626-852-1904
E-mail: sgexaminer@aol.com

295



# MOSS GROUP

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:  United States v. Lee Baca

Dear Judge Anderson:

I have been a friend of Lee Baca ever since I was introduced to him during the term of our former Sheriff Sherman Block.  This letter is being submitted to you to describe some important contributions Lee has made during his career as Sheriff to instill within our community principles of fair treatment, respect, and tolerance for our fellow citizens.

As far as my background is concerned, I have formerly served as a: Founding President, City of Los Angeles Board of Environmental Quality Commission; Chairman, Mayor's Community Advisory Committee; Chairman, City of Los Angeles Crime Prevention Committee; Member, State of California Insurance Commission; Member, Board of Trustees, Los Angeles Museum of Contemporary Art; National Vice President, Anti-Defamation League and immediate past President, City of Los Angeles Department of Transportation Commissioners.

I am currently serving as a: Member, Advisory Board of Directors, Los Angeles Press Club; Member, UCLA Chancellors Associates; Founding Member, Board of Directors, San Fernando Valley Boys and Girls Club; and National Treasurer, Anti-Defamation League Foundation.

The Anti Defamation League is a National Civil Rights Organization with offices in twenty six of our cities. It is over 100 years old and is dedicated to combating prejudice, anti semitism, gender hatred, bullying, and securing fair treatment for all. Lee has been involved in our Los Angeles activities and has played an important role in two of our programs fighting discrimination. He has served as a Member of our Latino Jewish Roundtable. This group meets regularly and it consists of prominent members of the Latino and Jewish communities. Its goal is to build bridges between our neighbors and to promote tolerance and eliminate prejudice.

Lee has also been involved in our Law Enforcement Advisory Committee and is one of its Founders. This group consists of Sheriffs and Chiefs of Police in many of the municipalities in Southern California. It also includes members of the FBI, ATF, and District Attorneys. One of its

Loni.Gem Lttr.Lee Baca.3.23.16

6345 Balboa Boulevard, Suite # 310    Encino, California 91316    (818) 996-2000    Fax  (818) 996-4008

goals is to promote a better sense of respect and tolerance for fellow officers regardless of faith, color, ethnicity or gender.

Another purpose of this group is to identify hate groups and its members in our area. Law Enforcement is motivated to combat and aggressively investigate and seek punishment for those committing hate crimes. In this regard, an annual meeting and luncheon is held at which awards and recognition is given to those units who have been successful in accomplishing these goals.

Lee has been a prime and important participant in both of these programs because he believes in fair treatment for all. He has made some mistakes but the many good contributions he has made to the community, in addition to what I have stated herein, exemplify his real character.

Therefore, I respectfully request that you show mercy and leniency to Lee when you render your final judgment.

Sincerely,

George E. Moss
6345 Balboa Blvd., Suite 310, Encino, CA 91316
(818)996-2000 x103

Loni.Gem Lttr.Lee Baca.3.23.16

# LAW OFFICES OF RICHARD F. MOSS
## 6345 BALBOA BOULEVARD, SUITE 310
## ENCINO, CALIFORNIA 91316
## TELEPHONE: 818-996-2000
## FACSIMILE:  818-996-4008

March 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter in support of Lee Baca to provide you with a testament to his good and honorable character.

I have known Lee for over 20 years having first met him through his support for and participation in the Pacific Southwest Region of the Anti-Defamation League, the Los Angeles office of the national human rights agency.  Well before he became Sheriff and while he served as Sheriff, Lee attended public ADL events and worked closely with ADL's professional staff in private.  He has been instrumental in assisting ADL's mission to combat hate, bigotry and Anti-Semitism and to promote tolerance and respect for diversity.  As a member of ADL's local board and its National Executive Commission, I am privy to Lee's ADL-related activities:  facilitating the dissemination of ADL's diversity training programs for the law enforcement community, founding the ADL's Latino-Jewish Roundtable to promote better relations and understanding between LA's Jewish and Hispanic communities and working as a close partner with the ADL in fulfilling his duties to prevent, investigate and legislate against hate crimes.

I have also worked closely with Lee in my role as Chair of the San Fernando Valley Business Political Action Committee (Val*Pac).  A bi-partisan group of prominent and politically active business people and residents of the San Fernando Valley, Val*Pac is committed to fostering and preserving good government and a positive business climate in the Valley and surrounding region.

Lee has been very supportive of Val*Pac's activities.  At our meetings, Lee has provided many private briefings about public safety concerns in LA County.  In these briefings, I was constantly been struck by Lee's focus on education, social welfare, juvenile justice and economic opportunity and how important these issues are to understanding why

298

Honorable Percy Anderson
United States District Court Judge
March 13, 2016
Page 2 of 2

crime occurs and to promoting public safety.  Lee consistently presented a thoughtful, nuanced and humane approach to his law enforcement activities that emphasized compassion and his desire to involve the community at large in his efforts to reduce crime and better the community.  This was demonstrated by his constant solicitation of advice from Val*Pac about the specific challenges that Lee faced through the years.  Throughout his tenure as Sheriff and before, I always regarded Lee as a partner with the business community, not simply as a law enforcement officer.

It has been difficult for me to reconcile the Lee Baca, who is before you, with the Lee Baca that I have known for two decades.   I can only conclude that Lee's transgression was an aberration.  It is my hope that you will see the Lee Baca of integrity and compassion that I know, weigh his errors against his overwhelming goodness and public service, and find leniency in your sentencing.

Very truly yours,

Richard F. Moss

299

Case 2:16-cr-00066-PA    Document 53    Filed 06/23/16    Page 30 of 62    Page ID #:877


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I became acquainted with Lee Baca in the fall of 1956, while we were students at Nightingale Jr. High School, Los Angeles. Lee was a semester ahead of me and we participated as Knights, a school service organization. Lee was friendly and outgoing and attracted many friends including me. We had occasion to engage in athletic competition and played flag football where our classes were pitted against one another. Lee was larger in size, but he practiced good sportsmanship. I respected him then for his friendliness and interest in others and willingness to offer help to others. I was rather small in size and Lee still showed an interest in how I was doing and regularly would greet me with a "Hi, how are you doing."

Later, we both attended and graduated from Benjamin Franklin High School, Los Angeles. Lee was very popular based on his engaging personality. He also was service oriented and held

300

leadership positions.  He continued to greet me regularly, though we never were together in any classes.  I remember Lee advised me when I started attending Franklin, to go out for sports.  I wish I had done so, but my father had me take ROTC instead until I was half way thru high school.

For at least ten years after high school I had little or no contact with Lee.  I went off to UCLA where I graduated with a B.S. Degree in Finance in winter 1966.  Two months thereafter, I worked for the L A County Probation Dept. at an entry level position.  Within three months I was recruited to take a Senior Research Assistant position with the USC Youth Studies Center, in field sociological research under Malcomb W. Klein, Ph.D., testing the correlation of the cohesiveness and delinquency rate of a barrio gang.  This job lasted two years during which time I took some undergrad courses in sociology at USC and then embarked in the master's program in sociology.

I left the sociology master's program at USC in the spring of 1968, when I decided to switch over to UCLA's Law School which I commenced in the fall of 1968.  I graduated from law school in June 1971, and after passing the Bar Exam taken that summer I immediately began my career as a legal aid attorney. My career in legal services lasted until August of 1979, when I began a second career as an Administrative Law Judge with the California Unemployment Insurance Appeal.  I promoted to a

301

Presiding Administrative Law Judge position in January 1992, and held that position until my retirement in December 2004.

There were several occasions when I had by chance encounters with Lee between 1960 and 1985.  He related to me that he was enjoying his job as a deputy county sheriff and that he was seeking and gaining advancement within the department.  He complimented me on my educational and career achievements.  He also exchanged information with me about mutual friends with who were in contact with.

In 1985 we both participated on high school reunion committee along with other former classmates from Franklin High.  Lee did an effective job as a leader on this committee and his input was much appreciated.  Thereafter, I had infrequent contacts with Lee until 2006.  These contacts took place at high school reunion events and other civic events.

In 2006 and 2007, I organized the career day program for the students of Nightingale Middle School, in conjunction with the Principal and Counselors of the school.  I recruited several former students who had experienced interesting and successful careers, including Sheriff Lee Baca.  Lee and the other presenters gave terrific accounts of their experience as students at Nightingale and things they learned while at Nightingale that were useful to them later on in life and in their

302

career development.  Lee did emphasize to the students to take seriously the opportunity to learn as much as they could and to be wary of trouble and pitfalls that could be harmful to them.

Since 2007, again my contacts with Lee have been at civic events and Franklin High reunion events and committee participation.

In the dealings I have had with Lee he has been a positive force seeking to contribute well to the endeavors in play.

Respectfully,

Ricardo F. Munoz

284 Saint Albans Avenue

South Pasadena, CA 91030

(323) 255-8336

303

**Subject: Support and Affirmation of Former Sheriff, Lee Baca**

**From: Reverend/Professor Cecil L. "Chip" Murray**
  **Pastor Retired at First African Methodist Episcopal Church, L A**
  **Tansey Chair in Christian Ethics, Center for Religion, USC**

**To: The Court**

**Dear Judge:**

Thank you for receiving this brief note in praise of the community service of former sheriff, Lee Baca. As pastor of our city's oldest black church, First A.M.E. church, for 27 years, the 18,000 members of that assembly will witness to the integrity, professionalism, and steadfastness of Lee Baca, one who modernized and equalized liberty and justice for all.

I was one of the seven on the special committee appointed by the County Board of Supervisors to review the penal system when it was under attack several years ago, a distinguished panel that included the present sheriff, Jim McDonnel. Yes, we heard witnesses and reports of poor treatment of inmates by security guards, of coalitions of officers that were similar in actions to street gangs that they were supposed to offset.

We made strong recommendations to the board following months of inquiry, hearing testimonials, and reviewing practices of other prison systems in the nation. These recommendations were taken seriously and not merely shelved by the Board of Supervisors.

I cannot assume to speak for the personal feelings of the board members, but I do recall that a major concern was regarding the hands on supervision of the deputy appointed by the sheriff to regulate the system. He was opposite in character and leadership than the one to whom he was accountable. The sheriff himself was not the villain, nor was he defensive when he appeared before our committee, responding

*Reverend Cecil L. "Chip" Murray*
4821 Parkglen Avenue ♦ Los Angeles, California 90043

to questions and giving the valid impression that we all shared the same values when it came to respect for individual and communal rights of those confined.

During the quarter of a century that I have known then Sheriff Lee Baca, I know him to be a person who understands Lord Acton's decree that "power corrupts, and absolute power corrupts absolutely." It would never be his intention that underserved communities particularly would have to ask: "Who *will defend us from our defenders,; who will protect us from our protectors?*"

Police shooting of our unarmed men of color has aroused our nation in Sanford, Baltimore, Charleston, New York, Los Angeles, Missouri. Lee Baca would have to be listed among those in authority who worked to bring about the changes that have elevated justice in such as our city, Los Angeles—a police commission, an inspector general, a civilian commission, etc. This applies to both the city and county levels of police work and prison monitoring.

We think accountability is tightened and that Lee Baca is more aligned with that than its opposite.

Thank you for the prayerful hope that truth and substance are herein contained, and will process in liberation of Lee Baca.

Rev. Cecil L. Murray
  4821 Parkglen Avenue    Los Angeles, CA  90043
    USC ph:  213-743-4105          Home ph:  323-204-44-7

*Reverend Cecil L. "Chip" Murray*
4821 Parkglen Avenue ♦ Los Angeles, California  90043

# Gary A. Nalbandian

April 2, 2016

The Honorable Judge Percy Anderson
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Dear Judge Anderson:

I am writing this letter in steadfast support of my close friend Leroy D. Baca.  My Name is
Gary Nalbandian a father to two sons and one daughter Anthony, Brandon and Tia. I am the
owner of America's Route 66 Tires and Auto repair located in the city of Glendora
California.

I have personally known Lee as a good friend, mentor and a humble leader.  I have met Lee
two decades ago when he was a chief planning to run for the position of Sheriff. Lee has been
nothing but an inspirational, hardworking, thoughtful, man of character for his community. I
joined the Sheriff's Department Reserve to be able to assist him in serving the underserved
communities. His message of community policing attracted hundreds of LA residents to
interact and be a part of the Sheriff's vision and Department. He encouraged his 18,000 plus
employees to research and understand the diverse cultures and serve their needs accordingly.
He preached transparency and open door policy.  Lee championed second chance
opportunities and helped many families get on their feet. Lee is a loving father, wonderful
husband and a loyal friend.

I herby plead and beg the court to consider his spotless past. It would be a true shame to the
citizens of Los Angeles County that Lee served for forty eight years to strip him from his
loving family.

I ask you to read my letter with an open heart and mind.  You are welcome to contact me at
626 695-0666 or at garyn@hssu.org should you have any further questions.

With deepest regards,

Gary A. Nalbandian

306

March 17, 2016


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson.:

I am Head of the Youth Division at Media Artists Group for the last 5 years, and before
that I was Head of Comedy Casting at ABC network supervising the casting of over 250
television pilots such as Home Improvement, Roseanne, Full House, Growing Pains and
Drew Carey.  Our family has known Lee Baca since the year 2005.
In 2010, Lee wrote a compelling and heartfelt letter to Pepperdine University on behalf of
my son Christopher, and it was definitely key in my son's admission to the university.
He also counseled my boys from time to time throughout the years instilling in them the
importance of education and moral responsibility.  He wrote a similar letter for my son
Ryan three years later which most certainly helped him gain admission to USC.  He took
time out of his busy schedule to attend both boys' high school graduations as well.
Lee Baca has always been an exemplary role model for both my boys.  He has always
been there for my family when we were going through challenging times, and found time
in his day on many occasions to provide advice and support.

Thank you for your reading this, and I hope it helps our good and loyal friend!

Sincerely,

Robin Nassif
19016 Devonport Lane
Tarzana, CA 91356
310-420-4797

Date of Letter: March 17, 2016

**INVESTMENTS**

Marc B. Nathanson
*Chairman*

April 7, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re:  United States v. Lee Baca

Dear Judge Anderson:

    My name is Marc B. Nathanson. I am chairman of Mapleton Investments and Falcon Waterfree Technologies and was founder and CEO of Falcon Cable TV until I sold my company in 1999 to Paul Allen's Charter Communications, and then became Vice Chairman of Charter.

    I went into government when President Clinton appointed me as Chairman of the newly formed US Broadcasting Board of Governors in 1999, the successor federal agency to the United States Information Agency. President George W. Bush asked me to stay on as head of the agency when he was elected and I served under President Bush and Secretary Condoleezza Rice until 2002. I was confirmed by the United States Senate three times.

    I am currently co-chair of the Pacific Council on International Policy, vice chair of the National Democratic Institute and on the board of the Aspen Institute. I also taught Communications Law with Monroe Price at UCLA Law School in 1972-73. For nine years, I was on the Board of the UCLA Anderson School of Management. My wife and I founded the Nathanson Family Resilience Center at UCLA Medical Center, which offers free psychological counseling services for US military veterans and their families and foster care families throughout Southern California.

9952 Santa Monica Blvd. • Beverly Hills, California 90212 • Tel: 310-474-6512 • Fax: 310-470-2091

Page 2 of 2
Honorable Percy Anderson
4.7.16 Letter from Marc Nathanson
Re:  Lee Baca

I first met Lee Baca in 2001, when Governor Gray Davis appointed us to the Executive Board of the State of California Governor's Anti-Terrorism Information Center and Task Force.  At these meetings, Lee and I came up with the concept for the private sector to support law enforcement in times of crisis.

I founded the Homeland Security Advisory Board (HSAC) after 9/11 with Lee Baca.  The purpose was to have the private sector support emergency responders in times of crisis such as a terrorist attack or an earthquake.

Thanks to the tireless efforts of Lee Baca, HSAC has become a role model for the nation on how business can work with law enforcement in times of crisis.  Lee's leadership and dedication was remarkable.  He single-handedly bridged the wide gap between the LAPD and the Sheriff's department in order for the different agencies to come together.  Soon after, Mayor Antonio Villaraigosa joined us as a co-chair.

Today, HSAC is thriving under the leadership of Jim Featherstone and its current chair, Peter Lowy.

HSAC would not have happened without Lee Baca's leadership and guidance. Lee never sought the limelight and always worked behind the scenes to get our mission accomplished.

I found him bright and cooperative.  He was a big picture leader and let others work out the details.

In my 50 years as a business and civic leader, I have never written such a letter to a judge.  But I can honestly say that Lee Baca is a decent and honorable human being who has reached out to all segments of our society in a kind, compassionate way for the betterment of Los Angeles.

I would be happy to vouch for him.  I am available to speak more about my relationship with Lee at any time (310) 893-4555 cell - or - (310) 474-6512 office.

Cordially,

Marc Nathanson

Nat Nehdar

Pasadena Human Relations Commissioner

3848 Skycrest

Pasadena, CA 91107

626-437-1354

March 1, 2016

Dear Honorable Judge:

I am pleased to inform you that I have had the pleasure of knowing former Los Angeles County Sheriff Chief Lee Baca for over 5 years and during that time I have come to know and respect him as dear friend. He possess the following characteristics: leadership, family oriented, religious, attending church, humanitarian, community activist, respectful, supportive, kind hearted and loving -caring toward fellow human begins.

I have also collaborated with Lee Baca on several community forums such as: drugs prevention, human rights, racisms-human trafficking, United Nations Holocaust Remembrance Day, homeless and more. He was always well received by the audiences for his broad knowledge on subject matters and input.

Furthermore Lee Baca appeared as my guest speaker on several occasions addressing students is Pasadena Unified Schools regarding the importance of education and other topics.

He truly inspired and uplifted the students with his talks and passion as how to: achieve their goals, objectives, serving the community effectively and becoming future leaders.

Honorable Judge thank you for allowing me with your kindness to address you via this letter.

Respectfully,



Nat nehdar

310

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this to attest to the generosity, humility and kindness of Mr. Lee Baca.  My husband, Dr. Joe Noriega, who was the former president of the World Wide Boxing Hall of Fame as well as The World Boxing Council, has been Mr. Baca's friend for over 20 years.  He has known Mr. Baca to generously give up his time and money to help the youth of Los Angeles by offering a place for them to get off the street and learn the art and sport of boxing.  He has attended neighborhood gatherings at Dr. Noriega's house where he joyfully gathered up all the children, handed out pins to hem, and posed for pictures with them. We have also witnessed firsthand the compassion Mr. Baca has shown for people in our community, going out of his way to comfort the innocent victims of gang violence. These are only a few of the many ways Mr. Lee Baca has given generously to our community.

Sincerely,

Mrs. Nelly Noriega

560 Golden Spur Cir
Walnut, CA 91789
nelly91789@gmail.com
(626) 912-0800

311

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Date: March 12, 2016

Dear Judge Anderson,

I am pleased to offer a letter of support for Leroy "Lee" Baca, Sheriff *(Ret.)* of Los Angeles County Sheriff's Department. The substance of this letter is two-fold. First, I will share my experiences as a volunteer instructor who facilitated the leadership and learning processes of inmates who participated in the Education-Based Incarceration (EBI) program. This program was first introduced by Lee Baca. Secondly, I will share some thoughts about Lee Baca as a leader, innovator, thinker, and some personal thoughts about his character, and as a key contributor to our communities, our nation, and our word. I have known Lee for approximately five years. This perspective is based on my experiences during this timeframe. Allow me to preface this letter by first introducing myself to provide some context.

**A Glimpse of my Context**
I am Anthony "Tony" H. Normore. I hold a Ph. D in Educational Leadership and Policy Studies from the University of Toronto and currently work as a professor of Educational Leadership, and Department Chair of Graduate Education at California State University Dominguez Hills (CSUDH). I have worked nationally, and internationally in various teaching, administration, and leadership roles for more than 35 years. Although I currently oversee the Graduate Education Department I also teach graduate level courses in leadership, school law, and ethics. My other leadership experiences include Educational Administration Program Co-Coordinator at Florida International University in Miami; Chair of Special Education, and Co-Chair of Teacher Education at CSUDH; a visiting professorship at Seoul National University (Seoul, Korea); Chair of Educational Leadership Department and Director of Doctoral Programs at California Lutheran University (Ventura County); visiting professor in the Department of Justice Studies at University of Guelph/Humber (Toronto); and a regular lead graduate professor/facilitator of school law and ethics for the Summer Leadership Academy at Columbia University (New York).

My professional research agenda focusses on urban school leadership development in the multi-pronged context of ethics and social justice. Within this context I have authored and edited more than 500 pieces of scholarship including 22 books, and hundreds of articles, book chapters, monographs, book reviews, keynote addresses and conference presentations. My most recent books are titled *Handbook of research on communication, leadership, and conflict resolution* (2016, IGI Global, 2016), *Inclusive practices and social justice leadership for special populations*

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

*in urban settings* (2015, Information Age Publishing); *Cross-cultural collaboration and leadership in modern organizations* (2015, IGI Global), and *Moral compass for law enforcement professionals* (2014, IAPS). My articles about law enforcement can be found in *Policing: An International Journal of Policy and Practice, Police Chief Magazine, FBI Law Enforcement Journal, Law Enforcement Today, Peace Officer Research Association of California,* and *Journal of California Law Enforcement.*

I was named the 2013 recipient of the *Bridge People Award* with the American Educational Research Association (AERA) for my work as a professor who led the partnership of education, law enforcement, and corrections with the Los Angeles County Sheriff's Department as part of my volunteer work for EBI programs. I volunteered my services to teach inmates at the county jails and spearheaded two co-edited textbooks as a result of my involvement. The titles are *Education-based incarceration and recidivism: The ultimate social justice crime fighting tool* (2011, Information Age Publishers), and; *Leadership in education, corrections, and law enforcement: A commitment to ethics, equity, and excellence* (2012, Emerald Group Publishing Limited). Lee Baca wrote a powerful Foreword for the first book. It was especially poignant to me because of his leadership legacy as Sheriff of the largest policing agency in United States, and because of his international reputation as a tireless and innovative leader. Further, the book encompassed several folks from LASD who wrote chapters. Who better to write a Foreword than the leader of this agency? My two most recent keynotes include an invitation to the *Alternative to Violence Project (AVP)* at University of Puget Sound (Tacoma, Washington, May, 2015), and an invitation to deliver the keynote on leadership at the upcoming May, 2016 Commencement Ceremony for our local Reserves Officers' Training Corps (ROTC) at California State University Dominguez Hills.

**Lee Baca – The Proverbial Visionary Leader**
One of the hallmarks of a stellar organization is the perception of those who have been part of the organization's community that it contributes to the health and livelihood of its members into the future. It accomplishes this mission by integrating its activities into a set of values that act as bell weathers across communities and generations. I believe that Lee Baca has become a major contributor in the field of law enforcement and public safety in general - a field which at present is in need of new insights and perspectives. Through his nearly 50 years of productivity, dedication to quality work, and the energy that he committed to Los Angeles County as former sheriff, he has played a major role in revitalizing the field. He has been an invaluable mentor, leader, manager, educator and teacher to many in the profession. In turn, he is highly respected and carries a reputation of high integrity. Because of his prolific contribution to the county and to the country Lee was selected as the 2013 Sheriff of the Year by the National Sheriff's Association. As Sheriff, he created the LASD University, a consortium of twenty universities which enabled thousands of public safety employees to graduate with Bachelors, Masters, and Doctoral Degrees. This is certainly an undertaking that is rarely heard of – if ever - in a law enforcement agency or any other organization.

Los Angeles County Sheriff's Department is world-renown as the nation's largest sheriff's department, second largest policing agency, and in addition to dozens of patrol stations and the

313

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

country's largest court security responsibilities, operates the nation's largest jail system. I was first introduced to EBI in 2010 when I received an invitation from LASD personnel to join the EBI steering committee to help develop a program that would reduce the high rate of recidivism in L.A. County, with potential impact on the rate of recidivism in the United States. In my opinion, indicators of Lee Baca's merit as a teacher, leader and sheriff were apparent at the instant I received the invitation. What struck me as remarkable was that the LA County Sheriff requested for educators and law enforcement to meet and decide on the best course of action to design appropriate curriculum for incarcerated men and women in the largest jail system in the nation. From that point on, I decided that the sheriff had an inquisitive, visionary, and insightful mind, a keen knowledge of leadership, teaching, learning and education; a knowledge of research methodology and its appropriate application; a desire and willingness to seek out new knowledge, meaning and opportunity; and an obvious dedication to improving the lives of those who live on society's margins education by the manner in which he solicited numerous universities from the community to meet with the Sheriff's department.  All of his work that I have observed have been insightful, methodologically knowledgeable and carefully constructed.

My interest in EBI programs was largely based on the progressive thinking of Lee Baca, which was subsequently confirmed in the research – that *the goal of education-based incarceration and/or correctional education programs is to reduce recidivism rates and aid offenders in adapting to society and becoming productive citizens* (Hendricks, Hendricks, & Kauffman, 2001); *the nationwide recidivism rate of nearly 70 percent provides strong evidence that the contemporary approaches being used by most correctional agencies throughout the nation are woefully ineffective* (Mentor & Williams, 2006), *and; leadership development is a key component for the holistic approach to preparing inmates for their re-entry back into communities and into the larger society* (Hendricks et al., 2001). As a veteran educator of leadership, ethics, and social justice, and police leadership, I recognized that the role of leaders in any organization is at least, in part, to advocate on behalf of traditionally marginalized and poorly-served citizens. I found this advocacy in the behavior and innovative ideas of Lee. His actions demonstrated a corollary contention that leaders must increase their awareness of various explicit and implicit forms of oppression, intentionally subvert the dominant paradigm, and act as a committed advocate for circumstances that make a meaningful and positive change in the education and lives of traditionally marginalized populations. EBI and correctional education at LASD take a penetrating look at the needs and challenges of society's disenfranchised - the denizens of our streets, the emotionally and physically incarcerated, and directly connects to our children in juvenile hall and in unsettled homes. Further, from Lee Baca's actions I believe he knew  (and knows) that it is incumbent to encourage public awareness of the causes that underlie the destructive cycles plaguing these populations, including the abuse and neglect that cycle through generations.

For years, inmates have served their sentences in county jails and prisons throughout the nation with little educational or vocational training to prepare them for a successful transition back into our communities. The results of this strategy have been a staggering nationwide recidivism rate of nearly 70 percent. Yet, law enforcement agencies throughout the nation

314

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

continue to repeat the same thing and expect a different result. Fortunately, Lee Baca found a better way. EBI, as practiced by LASD, is a systematic effort to provide educational, vocational, and life-skills training to all inmates who qualify. It is a component of the criminal justice system that is focused on deterring and mitigating crime by investing in its offenders through education and rehabilitation. Lee's felt that, "The uneducated mind will predictably live in a threatened and limited way".

One of the premier education programs found within the 7 LASD's jail facilities under EBI is M.E.R.I.T. program (Maximizing Education Reaching Individual Transformation). Over 10,000 men and women have graduated from this 12-week extensive life skills training program that teaches students to make good decisions while obtaining life and work skills. The strength of the MERIT program lies in its ability to bring all participants to the point where they recognize the importance of a personal commitment to reaching their goals, accepting responsibility for their actions, and being accountable for their life choices. As a volunteer instructor at the Peter Pitchess Detention Center and the Twin Towers facilities I regularly observed the excitement of the student inmates and a culture of "yearning to learn". This was without a doubt an influence from the top leader, Lee Baca. His energy reflected his vision that providing substantive and intellectual education in jails, and being supportive rather than punitive in efforts to reduce crime related behavior, the likelihood to recidivate will be lowered while success and stability in the community occurs. We have seen reduced rates of recidivism, increased employability, and family reunification, which, in totality, are reinvestments in the communities within Los Angeles County. Thanks to Lee EBI has created a safe and empowering environment, conducive to learning and self-retrospection; it allows the offenders to reprioritize their lives and opt for success. Lee's caring leadership approach to community improvements are also seen in two documents which I often reference in my own scholarship and teachings that were published by the LA Sheriff's department: *A Decade of Leadership: 1998-2009*, and *Education Based Incarceration: 2010*.

**Leadership**
Lee Baca advocates a foundations approach to leadership development and organizational health, which involves critical assessment and placement of issues in cultural, philosophical, sociological, legal, and political contexts. This is compounded by his sheer passion for seeking justice for the educationally disenfranchised and marginalized, and the need to channel his passion towards a useful end in education for the incarcerated. His work has an influence on my own research agenda and the content of my own teaching and learning. In addition to possessing a keen intellect and excellent interpersonal skills, Lee Baca consistently demonstrates a full dedication to his role as a leader of service and protection. In addition to attending to being a public intellectual (he holds a Ph.D in Public Administration) and modelling exemplary performance for his law enforcement subordinates and superordinates, he builds personal and professional relationships with his constituents. His ability to get others to think and act "outside-the-box" while maintaining high standards of law enforcement is relevant for two reasons. First, it warrants that this person is experienced in connecting theory and practice and how this plays a role in change leadership, change management and change capacity.

315

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

Secondly, his demonstrated service–orientation is precisely what most organizational leadership roles require as primary criteria for success.

Lee and I recently collaborated on an article for *Police Chief Magazine* (International Association of Chiefs of Police). We met on numerous occasions to discuss the plan of action for the article. Not only is he a deep thinker and a model for conceptual ideas; he is also a very caring and supportive human being. True to his nature, he does not allow anybody to poison his "joie de vivre". He is kind, trustworthy, generous, socially aware, emotionally intelligent, nurturing, community and service-oriented, respectful of people and processes, a compassionate teacher, mentor, and leader who always finds time to help others no matter what deadlines confront him. I have felt, and continue to feel, that he is constantly a positive moral force in any setting - a remarkable quality in organizations that demand so much from their constituents.

I have no doubt that though retired Lee Baca will continue in his meteoric contribution to the law enforcement profession and particularly in leadership to keep our local communities, our nation, and our world safe.  He has been an invaluable educator, public servant, teacher and mentor, to many.  When Los Angeles County invested in him the county's investment surely paid dividends. It is my considered judgment that Lee Baca is among the most solid human beings I have had the pleasure to know, and to work with. Given his integrity, authenticity, and highly-respected track record as the leader of a very large and diversely complex law enforcement agency I personally believe he was not consciously aware of, or involved with, any preplanned or deliberate wrongdoing internal to the organization.

I trust that that my limited perspective might be of value to you as you carry out due process and formalize final sentencing. Furthermore, I hope this letter gives you some sense of the high regard in which I hold former Sheriff of Los Angeles County, Dr. Lee Baca. He is an invaluable asset to our community, our country, and our world. Should you require further information in support of this endorsement, I would be pleased to accommodate you. I can be reached by cell phone at 310-803-0150, or by e-mail: anormore@verizon.net . Thank you.

Sincerely,

Anthony H. Normore, Ph. D
Professor of Educational Leadership & Department Chair, Graduate Education Division
College of Education, California State University Dominguez Hills
1000 E. Victoria Street, Carson-Los Angeles CA 90747

Book Series Editor, *Advances in Educational Administration (UK)*
Editorial Boards, *Journal of Authentic Leadership in Education (Canada)*
Editorial Board, *Values and Ethics in Educational Administration (New Zealand)*
California Chapter, *Alternative to Violence Project (USA)*
Advisory Board, *Asian-Pacific Review  (South Korea)*

316



April 14, 2016

Judge Anderson:

Mr. Lee Baca and I met when he was the Sheriff of Los Angeles County, and I have known him for over fifteen years. In his capacity as Sheriff, he was very helpful when we approached him to assist people with disabilities. For example, he provided name badges for over 300 individuals to carry with them when they were in the community. Since many people with disabilities aren't able to drive, they don't have the usual driver's license to use for personal identification. Many use public transportation, so their ID badges provided additional identification and a measure of safety while riding buses to work.

Mr. Baca also generously took time out of his busy schedule to be a speaker at events that raised funds for the services we provide for people with disabilities. I believe Mr. Lee Baca's personal actions demonstrated his support to all citizens in the community, including people with disabilities.

Sincerely,

Caron Nunez
President

2643 Loma Avenue • South El Monte, CA 91733 | 8331 Sierra College Boulevard #220 • Roseville, CA 95661
2350 West Shaw Avenue #135 • Fresno, CA 93711 | 640 East Vista Way, Suite B • Vista, CA 92084
904 E. Main Street • Barstow, CA 92311 | (800) 949-4582 • www.lincolntc.org
Accredited by the Commission on Accreditation of Rehabilitation Facilities • LTC is a 501(c)(3) not-for-profit organization



317

*ROSE MATSUI OCHI*

Honorable Percy Anderson
U.S. District Court Judge
US Courthouse
312 M. Spring Street Ste. 15
Los Angeles, California 90012

Dear Judge Anderson,

I am writing to ask your consideration of my letter of support for former Sheriff Lee P. Baca. I have known and worked with Lee Baca for many years. I first met him when I worked under the Mayor's Executive Director of the City of Los Angeles, Terry J. Hatter. We stayed in touch when I was the Associate Director of the White House Office of Drug Control Policy, and later, as Director of the US DOJ Race Relations arm. When I returned to Los Angeles, we reconnected when I became a LAPD Police Commissioner. Then, I was hired by President James M. Rosser of CSULA to establish a Forensic Science Institute working with the Los Angeles Police and LA County Sheriff's Departments. Lee was instrumental in securing state funding for the Crime Lab construction, becoming the Hertzberg-Davis Forensic Science Center on the CSULA campus. The Sheriff devoted his time and leadership to make this unique partnership work and thrive.

As Sheriff, he devoted his professional and personal time in outreaching to all sectors of the County. For the first time for the Department, Lee personally connected to all sectors of the County, including heretofore neglected constituencies: such as in newer immigrant areas: Glendale by Armenians and San Gabriel by Asians. When Muslim immigrants became targets of hate mongers, Sheriff Baca stepped in to the fray to urge tolerance.

Late in his tenure, he was a coveted law enforcement expert, in charge of the largest jail in the US. Lee was invited to other domestic and foreign jurisdictions to share his knowledge. At this point, he delegated the day to day management of the Department to several subordinates. Now, unfortunately, he had entrusted the wrong people. As for the FBI agent giving a cell phone to an inmate without notice nor apparent approval by higher ups, it is my opinion, that no law enforcement head who would not be displeased, and accordingly they would attempt to hide the identity of the inmate necessary to protect him from any possible harm.

In closing, Sheriff Lee Baca has had a remarkable career rising from a poor family in the Eastside of LA to become the first Sheriff of Latino heritage. He made his mistakes and he has owned up to them. I respectfully ask you to be lenient in determining his final sentence.

Respectfully Yours,

Rose Matsui Ochi. J. D.

318

**John OConnell**

March 20, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this in support of Retired Sheriff Leroy D. Baca who I have had the pleasure of knowing and calling "friend" for over 50 years.

Leroy and I first met at Franklin High School in Highland Park, California where we served the Franklin student body as officers and then Leroy became our Senior Class President.  Throughout those early years he was the consummate leader, always concerned about the educational opportunities and betterment of his fellow classmates.

I watched his growth the many years he spent with the Los Angeles County Sheriff's Department and never ceased to be amazed at his professionalism and dedication, not only to his fellow officers but the citizens of Los Angeles County; his community outreach and programmatic achievements were second to none, in my opinion.

For years Leroy served the youth and in-need families of the greater Los Angeles Area through his Metropolitan YMCA Board of Directors volunteer membership.  We often shared this passion "for the kids" when he would reach out to help local YMCA Branches like in Santa Clarita where I had the pleasure of serving as Board of Mangers Chairman.

1

The bottom line Your Honor is that Leroy D. Baca is a very fine person and an outstanding citizen of the USA who deserves to be shown leniency.

John J. O'Connell
Senior Vice President
Corporate Benefit Marketing, Inc.
27441 Tourney Rd., Suite 200
Valencia, CA  91355
Tel: 661 964 - 1451 Direct

2

320



|  |  |
|---|---|
| R. Rex Parris | Mayor |
| Marvin E. Crist | Vice Mayor |
| Ken Mann | Council Member |
| Angela E. Underwood-Jacobs | Council Member |
| Raj Malhi | Council Member |
| Mark V. Bozigian | City Manager |

March 21, 2016

The Honorable Percy Anderson
United States District Court, Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

I am writing on behalf of former Los Angeles County Sheriff Lee Baca. It is my hope that you will exercise leniency in Mr. Baca's upcoming sentencing.

As an attorney, I am very familiar with how difficult the job of a judge is. It is your duty to uphold the law, ensure accountability, and exercise measured justice. In Mr. Baca's case, I fully comprehend that he made a serious mistake and must be held accountable for his actions. However, in order to exercise true justice, this mistake must be tempered with the profoundly positive impact Mr. Baca has had on the public throughout his career.

Mr. Baca brought a level of attention to public safety in the Antelope Valley that no previous Los Angeles County Sheriff ever had before. He recognized the challenges our region was facing and allocated the resources we needed to keep our community and our citizens safe. The results speak for themselves: Lancaster has experienced a 36% reduction in crime since 2007, a trend that is reflected in other areas throughout the Antelope Valley.

Mr. Baca has been a true friend to the Antelope Valley and its many residents, working for years to keep us safe. I am certain that his commitment as Sheriff led to similar benefits for other communities throughout Los Angeles County. Thus, I ask you to keep in mind the incredible good he has done as you weigh his sentence for his mistakes.

Best regards,

R. Rex Parris
Mayor

RRP:aw

*Caralyn Bell Percy*
*570 N. Rossmore Avenue, 105*
*Los Angeles, California 90004*
*songbd@hotmail.com*

16 May 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California  90012

Re:  United States v. Lee Baca

Dear Judge Anderson:

I was privileged to work with Lee Baca when he was Sheriff and as part of the Sheriff's Clergy Council.  This council, as you may know was set up to include the different religious groups in the community and make them part of the solution to the crime and any other situation in the community that we, as citizens, felt needed to be addressed and changed.

It was a relief to come together and not point fingers at who should be doing this and that and instead taking it upon ourselves to solve **our own problems with the help and encouragement of Lee Baca.**

I observed him close up and in different situations interacting with different groups and he was always willing to let us step up and solve our own problems in partnership with the sheriff's office.

He is ahead of his time in this regard.  If all of the different positive changes that Lee Baca either encouraged or approved were spread to all police departments, the image of the police would be what it should be – partnerships with the groups in the community who see their role as 'solvers of problems' with actual demonstrated results.

I hope you take a good look at all of the good this man has done.  And I will leave you with this quote.  **"There is so much bad in the best of us and so much good in the worst of us that it ill behooves any of us to talk about the rest of us."** [Anonymous].

Sincerely,

Caralyn Percy
Scientology Volunteer Minister

322



**SECURITY DESIGN SYSTEMS**

RESIDENTIAL • COMMERCIAL • INDUSTRIAL

1119 East Las Tunas Drive • San Gabriel, CA 91776

(626) 285-7268 • (323) 227-6262 • (949) 759-1770

Consumer Affairs Lic. LA#001387 • State Contractors Lic. #670318

www.sdsalarms.com

April 18, 2016

Honorable Percy Anderson
**United States District Court**
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

**Subject:  United States v. Lee Baca**

Dear Judge Anderson:

Your Honor, this correspondence is in reference to the case concerning the sentencing of Lee Baca, previous Sheriff of Los Angeles County.  I would like to express some thoughts for your consideration prior to imposing his sentence.  I have great respect for you and the sentencing task before you.

As a Deputy Sheriff (Retired) I worked for Lee Baca at Norwalk Station in approximately 1983.   In my private career as a Security Expert, I have addressed homeland security issues with him since 2001 up to current time.  I have heard Lee Baca speak on terrorism to large groups and acknowledge that he developed a great sense of what is facing us in the future.

To qualify myself, my law enforcement career started as a teenager working for the LAPD as a student worker.  I later went on to a career with the Los Angeles County Sheriff's Department as a Deputy Sheriff, as well as having a parallel entrepreneurial career when I founded a security systems company in 1979.  That thirty-six year old company offers security, fire, surveillance camera, access control system installations and monitoring, as well as security consulting.  I have developed a professional reputation as a security expert and behavioral analysis threat assessment professional.  I have been featured on the news for many years on issues including terrorism.

Lee Baca has changed the Sheriff's Department by not only increasing the law enforcement services and budget, but has overseen the building of new stations, and a world famous crime lab.  His major accomplishments have taken him around the world to learn about the different terrorists groups and to visit law enforcement agencies learning their techniques to protect their populations.  He has brought recognition of the Los Angeles Sheriff's Department worldwide regarding these homeland security issues that now face the world.  Lee Baca speaks to terrorism with the expertise that religious leaders speak on religion.  He has learned so much about terrorism and how to protect Los Angeles County as few law enforcement leaders in the country have done.

*"Protecting and Serving since 1979"*

In the residential and business communities that I travel, the people have a great respect for Lee Baca and actually feel sorry for the position that brings him to your court. Since the trial and guilty verdicts of Paul Tanaka, many now understand how he, Paul Tanaka, was running the department, while Lee Baca was expanding the expertise of the department, including homeland security issues. Once the negative information about Paul Tanaka came out in the trial from the law enforcement personnel that testified against him, the public now understands how he manipulated and ordered the personnel below him to do as he wanted. The power that Paul Tanaka owned unfortunately prohibited the personnel from informing Lee Baca about Tanaka's decisions, procedures and maipulations.

Your Honor, I want to thank you for any considerations that you can provide Lee Baca and hope that you can side on the spirit of the law rather than on the letter of the law, when sentence is imposed. This is a professional law enforcement leader that comes before you that has been tarnished by an unfortunate incident.

Respectfully,

Joe Petrillo
President
**Security Design Systems**
(888) SDS-4001
www.sdsalarms.com

324

Honorable Percy Anderson                                    April 2, 2016
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter on behalf of Mr. Lee Baca who I served during his tenure as Sheriff of Los Angeles County. During my career as a Deputy Sheriff, I worked Patrol assignments throughout South Central Los Angeles, as well as over 20 years on the Department's Special Weapons Team. I worked for Mr. Baca for over 10 years prior to his becoming the Sheriff of Los Angeles County, and could not have dealt with a more compassionate, caring individual. At the direction of Mr. Baca, I was chosen to head up teams which specifically dealt with some of the more egregious problems facing the citizens of Los Angeles County. In 2007 when Compton California became the most dangerous City in the nation, with a staggering homicide rate of 78, Mr. Baca personally directed me to compile a team of deputies to combat this issue. There were many detractors who were worried more about balancing a budget and only giving Compton (a contract city) what they were budgeted for. To his credit, Mr. Baca gave me carte blanche authority to immediately address the issues at hand. As a result of his leadership, the homicide rate decreased more than 50% to an all time low of 32.

In addition to his impact on the overall crime rate, Mr. Baca aligned himself with many organized citizen groups in Compton, such as the Compton CAB, and several church groups and directed me to continually meet with these groups, in an attempt to generate citizen involvement in the problem solving process. Mr. Baca was responsible for setting up pre-academy classes, to encourage young men and women in Compton to become Deputy Sheriff's. These classes resulted in the recruitment of dozens of young men and women from the Compton neighborhood, some of whom subsequently became Deputy Sheriffs'. To my knowledge, this program was a first of its kind and had never been done before.

As a direct result of his insight and direction the homicide rate in Compton never exceeded 32 and went down each of the next 3 years. The success in Compton was subsequently spread throughout the county, through the Operation Safe Streets program. By monitoring academic performance, this program targeted school aged children who were in danger of becoming gang affiliates. In this capacity, Mr. Baca directed me to meet with every principal in the City Terrace Area of East Los Angeles and get a constant count of student attendance. When a child was truant, we sent a Deputy Sheriff to the home to make a determination as to why that student was not in school. It became very clear to me that Mr. Baca was more interested in the education of young men and women than he was to incarcerate them when they went afoul of the law.

Immediately prior to my scheduled retirement, I received a call from Mr. Baca. He was concerned with the accounts of jail violence and wanted me to be inside Men's Central Jail to assist in his plans of Education Based Incarceration, and the reduction of Deputy involved uses of force. I knew that inmates in the California state prison were afforded the opportunity to further their education, but never imagined that such opportunities could be afforded to county jail inmates, due to their transient nature and the relatively short duration of their incarceration at county facilities. As of result of Mr. Baca's leadership and understanding, many county jail inmates were involved in various educational programs, with some receiving their high school equivalency diplomas. It was clear to me that Mr. Baca was very well liked by the inmates, and his Education Based Incarceration Education was a huge success. As to the force issues regarding Men's Central Jail, he directed me to develop a two-week training class to address the use of force and develop other options. The force decreased drastically and the class was attended by Esther Lim and Peter Eliasberg of the ACLU who were very pleased with the class and the results.

Another of Mr. Baca's programs allowed for visits to area dog pounds, where numerous dogs, some that were old, badly injured, and extremely mistreated, were adopted and assigned to an inmate who under the tutelage of a dog trainer would learn how to train and care for an animal, possibly preparing them for a job working with animals upon their release. The presence or the dogs in the custody setting had a relaxing effect on the inmates, leading to less stress and less conflict with deputies. The beautiful thing about the program was that everyone benefited. After the dogs were trained by the inmates, they would be adopted by Deputies and taken to a loving home. Once the dogs were adopted the cycle was repeated.

I could go on for pages with praise for this man, however, I hope I have made my point. Mr. Baca was an extraordinary public servant and will always be an extraordinary human being. No supervisor I had ever worked for cared about people as Mr. Baca did. His attitude was always positive and he was loved by the community, especially in the poorer areas of Los Angeles County. It was my pleasure to serve him and I will continue to think outside the box to go the extra step to really make a difference in all people's lives just as he taught me.
Your Honor, thank you for your time.

Sincerely,
Paul Pietrantoni

Retired Commander, Los Angeles County Sheriff's Department

326



le parc

May 12, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I'm writing to you as both a 20 year resident of Los Angeles and also in my capacity as Director of Sales and Marketing for Le Parc Suite Hotel, a 154-room boutique hotel located in West Hollywood.

I've met Lee Baca a number of times, mostly in professional settings here at West Hollywood Sheriff's Department Functions and Chamber of Commerce Events. On some occasions, he was an attendee; but on others, a guest speaker.

Each time we met, he struck me as an extremely bright, articulate, caring individual whose only interest was that of "protecting and serving" the people of this city and living up to all that goes along with motto of the department.

On several occasions I recall Mr. Baca speaking about his commitment to the youth of the city, the necessity for providing assistance to battered women, and the importance of education, something he himself chose to pursue after entering the force, earning his bachelor's degree, master's and a Ph.D. from USC.

No doubt you will hear from others who will speak to his other positive traits and successful accomplishments. I just wanted to show my support for this individual by taking a moment and briefly provide my recollection of our encounters.

Sincerely,

Barry D. Podob
Director of Sales and Marketing

733 N. West Knoll Drive
West Hollywood, CA 90069
310-855-8888
www.leparcsuites.com

327

June 1, 2016

Dear Judge Anderson,

I write this letter in my personal capacity as a native Angeleno and as a private citizen who has come to know Sheriff Baca over the last fifteen years. In my professional life I am a civilian prosecutor on terrorism cases for the federal government in Washington, D.C. and I am a reserve officer in the United States Army Judge Advocate General's Corps. I disclose my full identity up front, but my views here are written in my personal capacity only.

Over the last fifteen years I have come to know Sheriff Baca's character well. You will undoubtedly have received numerous letters attesting to his character with specific stories and anecdotes. Knowing such stories have reached you in bounty, I prefer to respectfully direct your attention to the inherent fairness that Sheriff Baca deserves in this judicial process, and which I fear he may not be accorded as a citizen entitled to such fairness. The confluence of <u>Sheriff Baca the public figure</u> with massive media coverage and public interest and <u>Leroy Baca the American citizen</u> produces troublesome conditions when combined with this fragile time in our national discourse regarding police conduct.

Leroy Baca is an American citizen. For this reason alone he deserves a fair process and fair outcome. It is my hope that, for sentencing, he will be treated as Leroy Baca the American citizen. I do not and will not argue in this letter that he should be given special treatment because he gave his life to the people; and that he did. I argue that he be given the rights and fair outcome of an ordinary citizen.

I fear this may not happen and that the process has already been infected with influences that are the mortal enemy of justice. I fear that such influences might have befallen Leroy Baca as he decided whether to waive rights, influences that an ordinary citizen would not have to shoulder. If I were Sheriff Baca's attorney I might advise him that in this current political climate and fervor among residents in major cities—some of which is certainly justified—against the abuse of authority and misconduct by police, there may be a risk that a fair jury trial would be not be possible, and that <u>Sheriff Baca</u> should waive rights and seek a plea. If I were the attorney for Deputy <u>Leroy Baca</u> who no one had heard of and whose story attracted no media attention, I might advise Leroy to take the case to trial. I leave it to you dear Judge to draw your conclusions on what fair outcome would be possible in such a situation for such a citizen. What choices did a citizen within your jurisdiction *actually* have before him when considering waiving rights such as a jury trial?

Furthermore, I submit that perhaps one of your citizens under your jurisdiction, Leroy Baca, an American citizen with the same rights as a non-public official, faced an uncommon set of factors in deciding to waive rights. In addition to tremendous monetary expense, a jury trial would bring immeasurable unquantifiable cost to him and the city, to the perception of the public regarding the rule of law, to the trust between citizens and those sworn to uphold their rights, and yield a potentially unavoidably emotional jury that might deliberate with a collective psyche filled with pervasive contemporary news narratives that suffuse mass media regarding scandalous police. Such costs to the people and to the city I believe would weigh heavily on the decision-making of a man who has given his life to the people and to his city. His choice. Indeed, these costs are irrelevant to any judicial proceeding, including sentencing. Only the law and the interests of justice should be considered as we so well know and dearly hope for in each proceeding. But Sheriff Baca did not face factors in his decision-making to waive rights that the ordinary American citizen would. This is the flat truth. And this must be considered in the interests of justice and in examining the true availability of rights to a citizen, perceived and actual. Here is why: if we can be even somewhat uncertain that any degree of *voir dire* would provide a fair jury that would only apply the law to the facts, we must ask what the right to jury trial qualitatively means, and if it means the same thing under different circumstances for an ordinary citizen. In other words, did Sheriff Baca truly have a right to a fair jury trial? Could he reasonably believed that this right in its true sense was available to him? While the system we believe in implements safeguards, we nonetheless must ask if the intent of that right was truly available to Sheriff Baca, and whether he reasonably believed this

to be so.  I fear much in this current political and social climate for public officials who have no less rights than the common citizen.

Now, to sentencing: Undeniably, the negative sentiment toward police based on recent massive national news coverage of recent known cases of misconduct is seemingly growing, and at times the sentiment in our common citizen can be imprecise, provoked, and incongruent in relation to narrow circumstances.  I fear that part of the public that is struck with the fervor against police at this fragile time—for reasons they are in certain circumstances certainly justified to feel—would perceive Sheriff Baca not receiving a sentence that includes prison time as evidence of a broken justice system and another bad cop getting off the hook.  Perhaps this would undermine the perceived legitimacy of the court and justice itself.  I also fear that some leaders in our justice system and perhaps some political figures would perceive the same.  I fear these conditions because they can have consequences that can transcend the purposes of law.  As the law is to be applied justly and dispassionately in the interests of justice in such a manner that results in prison time for a citizen, so to is the same to apply to a decision that results in no prison time.  I find it deeply troublesome as a private citizen that I should find myself writing such fundamental principles that must read like basic canons to someone of your stature.  But this is the time we live in and my words reflect current conditions.  I assure you I would seek none of your time or attention for such simplicity and have spent a great deal of time selecting these words that facially appear basic.  It is my greatest hope that you will examine beyond my words instead the anxieties underpinning this citizen's fear for justice in the context of our most unique contemporary state of affairs related to justice and police conduct.  In sum, fairness demands punishment for those public officials and ordinary citizens who deserve it and not those who do not.

I believe it would be against the interests of justice for Sheriff Baca to receive any time in confinement.  I believe this based on my close and thorough examination of this case.  I will make no legal arguments, as I believe that would be inappropriate.  I only remark as to the principle of fairness.  What would be the result from start to finish, including the choice to waive rights, for Leroy Baca?  What about for Sheriff Baca?  If there can be any difference, the court should appropriately and necessarily ponder this in the interests of justice for sentencing.

Perhaps it would be perceived by some in the population, the common and the powerful, that jail time for Sheriff Baca was handed down because of political pressures.  Perhaps it would be perceived by some in the population, the common and powerful, that Sheriff Baca received no jail time because of political pressures.  Any such factoring in either direction would be equally offensive to justice and repugnant to public policy.  Leroy Baca deserves fairness.

Dispassionately, it would be an egregious miscarriage of justice for Leroy Baca to be given any time in confinement.  I thank you for considering the views of a common citizen who has come to know Leroy Baca and Sheriff Baca for fifteen years.

Very Respectfully,

Omar K. Qudrat
4833 Reservoir Rd. NW
Washington, D.C. 20007

329

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

In 2011 I became one of the first AB109 women sentenced under the realignment, to serve my 6 year sentence in the Los Angeles County Jail.

A society's civilization can be appraised on the way their jails and prisons are. Education is the one public service that is connected with almost every economic, social, public health and civic strength - and its absence or failure is associated with nearly every economic, social, health and civil program. There is a direct correlation between education and the majority of needs in our society.

If it were not for Sheriff Lee Baca's insight and vision in creating the EBI and Merit program, which focused on values, attitudes and positive thinking I would not be the person I am today. Sheriff Lee Baca realized our future depended on undoing our past.

Sheriff Lee baca realized that good people are sometimes capable of doing bad things and allow stupidity to

330

overcome rational thought.   For believing that we are all much more than the worst thing we have ever done.

Fast forward to 2016, it has been 4 years since I graduated from the Merit Program and because of Sheriff Lee Baca and his vision I am no longer scared of what I will find when I look inside myself.  He helped me turn chaos to order, confusion to clarity.  He helped me realize it's not what we do occasionally that makes us who we are: it's what we do consistently.  What's inside us has the power to radically and positively alter our lives.  Those of us who are realistic know that a single persons will, strengthened by integrity and purpose, can be more powerful than anything.

I consider Sheriff Lee baca a friend and mentor.  I reached out to Sheriff Lee Baca when it came time for me to secure a job knowing that I would have to undergo a background check.  He graciously contacted my present employer to let her know that I was now a person with integrity.  Because of his commitment to helping those willing to change I was able to secure the position I currently have today.

Sheriff Lee Baca's vision, compassion, and friendship allowed me to prepare for my my future, academically, vocationally, and spiritually.  Sheriff Lee Baca still today offers hope and words of advice to promote programs that transform and establish opportunities for the formally incarcerated.

331

The key to success is to have a vision and for reinforcing the idea that no part is more important than the whole. Sheriff Lee Baca, my mentor and friend was always telling me that it doesn't matter where we start in life; it matters where we finish. He continues to encourages not only me but many to make decisions based on principles.

With Sincere Respect and Gratitude,

Caryn Quincey

332