Michael Zweiback (State Bar No.143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Defendant
**LEROY BACA**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LEROY BACA,<br><br>             Defendant. | Case No.:  2:16-cr-00066-PA<br><br>***CORRECTED* EXHIBIT D, PAGES 333-401 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION**<br><br>**[PART 5 OF 6]**<br><br>Date:      July 11, 2016<br>Time:      8:30 AM<br>Ctrm: No. 15<br><br>[Exhibit D, Pages 48-114 previously submitted under Notice of Errata filed on 6/21/16] |

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I caused a copy of ***CORRECTED EXHIBIT D, PAGES 333-401 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION [PART 5 OF 6]*** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
michael.zweiback@alston.com


/s/    *Michael Zweiback*
Attorney for LEROY BACA

BURLINGTON SCHOOL, INC.
242 N. Burlington Avenue, Los Angeles, 90026
Los Angeles, California 90026
213-483-0928  Fax 213 483-090

February 29, 2016

Honorable Perry Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re:  United States v. Lee Baca

Dear Honorable Perry Anderson:

   I am Cecilia Ramos, a Filipino American residing at 828 Bunker Hill Avenue, Montebello,
California 90640 since 1977.  I am  also, founder of Burlington School since 1974
And have been providing quality education to preschoolers and kindergarteners, for over 40 years
So parents can go to work with peace of mind knowing that their children are safe
in a learning environment.

   My husband and I developed low income housing at Historic Filipinotown located at 419 N.
Mountain View , LA 90026   (21) units and  417 & 439 N. Bonnie Brae LA 90026 (44)
For 30 years whereby families who are low income are provided subsidized housing in a clean,
Safe and friendly environment.  We are the quiet builders of community.

   My husband, Valente G. Ramos  (passed away (2004) was the past president of Mapua Alumni
Association , past board Member of SIPA (Search to Involve Pilipino Americans, while working full time
as an Associate Civil Engineer with the City of Pico Rivera and City of Inglewood. We love  America,
we worked hard and achieved the American dream, with 3 children, who are successful as a doctor,
engineer and a consultant. Busy running a school, raising 3 children and assisting husband with
development, we also are active in our Catholic Church at Montebello, St. Benedict, where I am
a Eucharistic Minister.  At present, I am the President of Historic Filipinotown Rotary Club and
Historic Filipinotown Neighborhood Council, 501 © corporation.

   Sheriff Lee Baca was faithful to his duty to make LA County safe for Filipino Americans like us.
He cares about us, Filipino Americans in our endeavor to achieve the American dream by
Inspiring us with his friendship and continuous presence in our events/affairs . He showed respect and
love for our community for over 20 years.  We fully support Lee Baca's endeavor and request leniency in
your judgment.  He is an asset to all communities that he was in charged of.  Again, we request your
leniency with Lee Baca.

Sincerely yours,

CECILIA C. RAMOS

333

# C. A. RASMUSSEN COMPANY, LLC

2320 Shasta Way, Suite F, Simi Valley, CA 93065 ● T (805) 581-2275 ● F (805) 581-2265

March 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Dean Rasmussen. I am 72 years old. I was born and raised and reside in California. I earned the Eagle Scout award when I was 13 years old, was a three time AAU All American in Track & Field, I hold a Lieutenants Commission in the US Naval Reserve. I earned two Bachelor of Science degrees, one from the United States Merchant Marine Academy in Kings Point, NY and a second one from Arizona State University in Construction Engineering.

With my father and my brothers, we built our firm C. A. Rasmussen, Inc. into fourteen offices in California and over 1,000 employees. I am retired from that business but continue to work developing property. I consider myself an excellent judge of character and I have strived to only associate with people who are honest, giving and forthright.

I was diagnosed with Parkinson's disease eight years ago and have firsthand experience dealing with a debilitating disease. My heart goes out to Lee Baca who was recently diagnosed with Alzheimer's disease. I am writing to you to request leniency when you consider the appropriate sentence for Mr. Lee Baca.

I have known Mr. Baca for over 15 years and I know that he is a person who tries to always do the right thing and to give the best of himself to serve others in every way every day.

I know that because of the position Lee held, he is expected to maintain the highest level of conduct at all times. I also know that humans such as me or Lee often make mistakes, but I also know when you weigh all of the good that Lee has accomplished in his life, it will vastly overshadow his mistakes.

Just a thought of maybe being incarcerated is devastating to Lee. Please search your heart and see what a good person Lee truly is and give him the least sentence possible.

Very truly yours,

Dean Rasmussen

Dean Rasmussen

334

Ira K. Reiner, Esq.
1290 Sunset Plaza Drive
Los Angeles, CA 90069


Honorable Percy Anderson
United States District Court Judge
United State Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012


RE: UNITED STATES v. LEE BACA


Dear Judge Anderson,

I first met Captain Lee Baca in December 1984 on my first day as District Attorney during my rounds of the Sheriff sub-stations to introduce myself. The meeting lasted considerably longer than any of the meetings that I had with other Captains. My time with Mr. Baca was not just longer, it was qualitatively different in both tone and scope.

I asked each of the Captains for advice and guidance. Somewhat predictably, their focus was on the practical aspects of Law Enforcement—resources, logistics, etc., except for Captain Baca. He seemed to be anxious to seize the opportunity to emphasize to a new D.A. the importance of developing a relationship of mutual trust with the community, with emphasis on "mutual," but not a word on "crime suppression." It was all about the moral responsibility of everyone in the Criminal Justice System (yes, you Mr. New DA!) to change the self-perpetuating and self-defeating adversarial culture that was developed between "us and them."

During my time as D.A., I only occasionally interacted with Captain Baca. However, when I did, it was often the same imperative that he sought to impress upon me: "Show respect to the communities that you serve to gain their respect."

1

335

**Ira K. Reiner, Esq.**
**1290 Sunset Plaza Drive**
**Los Angeles, CA 90069**

In 2010 I took a position as President/CEO of the Homeland Security Advisory Commission, a public/private partnership to coordinate the private sector's disaster response with first responders. Sheriff Baca and Mayor Villaraigosa were Co-Chairs. One of my responsibilities involved community outreach. Although I had long considered Sheriff Baca to be the most enlightened community oriented law enforcement executive that I had worked with. I was nonetheless somewhat unprepared to see first-hand just how extensive-- and deep-- was his personal connection with so many different communities. These were relationships that clearly took years to develop, nurture and maintain.

I hope that I have helped to contribute to Your Honor's understanding of the fullness of Mr. Baca's career in law enforcement.

Thank you for your consideration.

Ira Reiner
Irakreiner@yahoo.com
310.659.8960 home
310.406.4450 cell

2

336

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I felt really honored when I was given the opportunity to write a letter supporting Lee Baca. The two years I spent in the Los Angeles County Jail under the care of Sheriff Baca not only saved my life, but gave me the confidence and direction I needed to become the leader in my own community that I am today.

My name is Steve Rogers, and I currently live in Pasadena, California, and it's important to me to tell you how much Lee Baca and his tranformative justice programs have done for me and countless others. When I first came to L.A. county jail, I was a career criminal who had never heard the name Leroy Baca. By the time I was released I was a student teacher, with compassion, and I met and shook hands with Sheriff Baca several times.

337

I began my sentence in the psychological medication unit due to the narcotics in my possession at my arrest. Once cleared, I was moved to general population where I eventually got an opportunity to join Sheriff Baca's Education Based Incarceration program. I put in a request, not having any idea how much time and energy they were about to invest in me.

Over the remainder of my term I learned the kind of self esteem I never found on the streets. I learned to set goals, and live for a purpose, and more the anything I learned that helping people is the right thing to do even if other people can't see you. Lee Baca didn't just teach us that, he modeled it for us.

He quietly opened doors to our future the world would never hear about. We all saw the news reports, we read the articles. We heard words like abuse, neglect, brutality, but those words don't make a whole lot of sense when dozens of guys are painting cell windows for the Christmas decorating competition. You see we knew the truth.

So the papers sold their stories, while inside the Twin Towers Correctional Facility, over 60 men graduated a program that would make us whole again. Sheriff Baca shook every one of our hands and gave each of us the first diploma most of us had ever earned. Do you have any idea what that does to people like us? The average education level before we started was 4th grade. Doesn't everyone deserve a chance to be looked at as a success, even if it's only for a moment.

This August I will have 4 years clean and sober, and tomorrow, I will be returning to Sacramento to lobby for

SB1286 before the California state senate to increase transparency. On Sundays I lead a Bible study called Crossroads at Lake Avenue Church in Pasadena, you're welcome to come anytime if you want to hear more of my story. I spend most of my off time connecting recently released and formerly incarcerated folks with support and resources.

I don't keep in contact with all the guys I graduated with, but I do talk to a few dozen of them. I love to hear about their jobs, and see pictures of their children, or hear about the people they're helping, and how they've rebuilt their families. I've even gotten to see a few get baptized.

What I've learned from Lee Baca has changed my heart, and today, I get my excitement reaching out to others, and I wouldn't trade one moment of the time I spent in custody. Thanks for listening.

Steve Rogers

(626)316-8802

Steverogersnow@gmail.com

Sent from my MetroPCS 4G LTE Android device



Mike Roos & Company

March 22, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom 15
Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson:

My name is Mike Roos. I have lived in the City and County of Los Angeles since 1967.

My past working experience has included the Executive Director position of the Coro Foundation, Chief Deputy to Los Angeles City Councilman Marvin Braude, Member of the California State Assembly from 1977-1991, where I served as Majority Floor Leader and Speaker Pro Tempore, and President and Chief Executive Officer of LEARN, a public school reform initiative.

I can be contacted by telephone at (213) 438-1790.

I wanted to convey a few sentiments about Lee Baca that, I would hope, might bear favorably on your judgment regarding his sentencing.

I have gotten to know Lee over a period spanning 25 years. In that time of numerous political and social interactions, I devised a nickname for him, "A social worker with a badge". I had never met a law enforcement official with the empathy for those on and beyond the margin. Lee was constantly trying to create positive avenues for self-improvement and mainstream society.

Lee has a unique empathy for individuals which led to observable distinction for the profession he chose and executed. He would be the first to propose educational and rehabilitative methodologies over those that perpetuate a life of social dysfunction.

515 S. Figueroa St. • Suite 1800 • Los Angeles, CA 90071 • Tel: 213.438.1790 • Fax: 213.239.9443

340

I carried the first successful assault weapon ban in the country, and Lee was an outspoken supporter. You will find that he carried forth support for the subsequent legislation that positions California as the leading State in reducing firepower in the wrong hands.

Beyond this specific example is a collage of actions I applauded over the years. He was notable as peace keeper and continues to live a life as a peace lover.

If anyone deserves the benefit of the doubt for all the contributions he has made to our community, it would be Lee.

Sincerely,

Mike Roos

341

EDWARD P. ROSKI, JR.

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

My name is Edward P. Roski, Jr.  I am the president and chairman of the board of
Majestic Realty Co., the largest, privately-held developer and owner of master-planned
business parks in the United States.   My father, Edward P. Roski started Majestic
Realty Co. in 1948. Today, Majestic has 76.5-million square feet of industrial, office and
retail space, as well as sports, entertainment and hospitality project.  Headquartered in
the City of Industry, Majestic has regional offices in Atlanta, Dallas, Denver, Las
Vegas, and Bethlehem.

I have known Lee Baca for over 20 years.  He served in the Marine Corps the same time
I served.  In the times we spoke, it was apparent that he cared for the citizens he served
in Los Angeles and that he was concerned for the well-being of the men and women
who worked for him.  I can tell you that he is a man of outstanding character.

Should you wish to speak with me, I can be reached at (562) 948-4301.  Thank you for
your time.

Sincerely,

Edward P. Roski, Jr.

EPR:dh

13191 CROSSROADS PARKWAY NORTH
SIXTH FLOOR
CITY OF INDUSTRY, CA 91746-3497
562/948-4301
FAX 562/692-1553

342

WESLEY HSU-AN RU

March 19, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom 15
Los Angeles, California, 90012

Re: United States vs Lee Baca

Dear Judge Anderson

My name is Wesley Ru, I have lived in California since 1966. I have owned and operated over 9 companies in the Los Angeles area, including Western Badge and Trophy Company. Established since 1912 . I currently reside at 2065 South Oak Knoll Avenue, San Marino, California 91108. My cell is 323 687 8299 and my email is wesru888@gmail.com. I have lived in and around the San Marino, Pasadena area for over 30 years.  I have known Mr. Baca for over 20 years.

In one's journey through life, few are blessed with a travel mate such as Leroy Baca. Although I am 12 years his junior, he has always treated me as his equal. He would spend hours upon hours encouraging and mentoring me to help me achieve my goals and dreams. Your Honor, for example, I suck at golf, but Lee would take it upon himself to spend days patiently teaching me the concept of the swing and the finer techniques of this impossible game. Even after he became Sheriff much later on, Lee took the time to listen and council me on matters both personal and professionally.

I was not a big donor to Lee's campaigns, nor did I participate in his law enforcement circle. But we remained good friends and I was very proud of Lee as I watched him thrive from the sidelines.

343

Lee's personality is not what you would expect from the stereotypical head of one of the largest police organizations in the world. He is loyal to a fault, compassionate and open minded to all walks of life. I have never met such an open-minded person in my life. Because of his loyalty to his friends and staff, he trusted their judgment and defended their actions. 99% of the time, he made the right decisions, but no man can be expected to achieve perfection. We can only look to a man for his attributes and contribution to the society as a whole. Yes? God created us not to be perfect but to be awesome. Leroy Baca is an awesome human being. He was able to bring together people of different faiths, cultures and political affiliations to better understand our need as a society to coexist and for tolerance. Lee loves the Sheriff Department and loved being a Sheriff. His passion for police work and community has made a huge difference in the lives of countless people around the world. Lee is a good man, devoted husband and a loving father. He is a great inspiration to so many of us.

Your honor, thank you taking the time to read my letter and your willingness to truly understand the person behind the job description. Lee Baca can benefit so many more people with his wisdom and his time if he is allowed to be amongst his greatest love. People.

Sincerely

Wesley Ru

344





626-300-9000    simon@usnci.com

Dear Judge Anderson:

I am Simon Saeheng, President of New Century Insurance Services, Inc. for 27 years.

I have known Mr. Lee Baca for over 10 years.   Lee is faithful to and loves the community he serves since 1965.  Lee is a courageous and compassionate leader by taking on full responsibility on all charges, to help the LASD to move on under the new leadership of Jim McDonnell.

Lee has been a friend to the community for the last 49 years and the community continue to support him now.  I wish you could take into consideration of what Lee had built – the bridge and trust for the community and law enforcement.

Sincerely,

Lee Baca serving LASD 1965-2014

345

June A. Salin
5204 Seabreeze Way
Oxnard, CA  93035

Janis B. Salin
258 E. Alegria Ave.
Sierra Madre, CA  91024

March 21, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:  United States v. Lee Baca

Dear Judge Anderson:

For over 20 years, Lee Baca has been a part of our family's life.  We met Lee through our mother, Lillian Salin, when he had just become the Chief Deputy of the Los Angeles Sheriff's Department.  As a holocaust survivor, our mother always had the unique ability to see through the layers of a person to find their inner soul and goodness.  Mom felt that Lee embodied the attributes of personal integrity and leadership.  They became trusted friends and our families became close. The Salin family benefited from knowing an outstanding man who lived for public service and the betterment of others.  We knew through our interactions with Lee that his first priority was his duty to the public.

We also learned that Lee came from humble beginnings, and worked extremely hard to earn advanced degrees and achieve increasing responsibility within the Sheriff's Department.  As Lee's prominence and responsibility grew, he never lost sight of his commitment to public service. Lee always served his constituency with hard work and honor.  We wish that more public officials could uphold this philosophy and perspective.

Time and again during the holiday dinners that Lee spent with our family, we experienced a man who cared deeply for the communities and people he served.  Above all, we learned to share ideas and understand the importance of family.  We learned from one another to embrace responsible jobs that stress the importance of helping others.  Lee was a role model in his devotion to the people with whom he worked, and he went to great lengths to cultivate their abilities and help them through personal and professional problems.

We cannot begin to understand the extraordinary effort and commitment it takes to run the country's largest Sheriff's Department for more than 15 years—a Department that oversees thousands of employees and serves over three million residents.  We do know that Lee was committed to doing everything in his power to protect his people and serve honorably.

346

When our mother passed away suddenly in 1999, Lee provided emotional support to our family and made sure we understood he would always be available for us. Lee gave a moving tribute to our mom during her memorial service, along with then Mayor Riordan. By writing this letter, we want to let Lee know that we honor him and his service and that we will always stand beside him.

Your Honor, if Lee is guilty of an error in judgment that now brings him before your Court, we feel he has already paid a steep price in terms of loss of honor and reputation. Our objective is to emphasize that, based on our long-term experience, Lee Baca embodies moral character, has devoted his life to the spirit of the law, and embraces compassion for his fellow citizens.

With respect,

June A. Salin
Managing Member
Sadiki LLC/Manadoob

Janis B. Salin
Senior Vice President and General Counsel
Tetra Tech, Inc.

347

Joseph A. Santoro
City of Monrovia
Chief of Police (Retired)
2549 Country Club Drive
Glendora, CA 91741
Telephone: (626) 852-9459
Email: jsantoro11@verizon.net

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a retired police chief who served 36 years in law enforcement for the Monterey Park and Monrovia Police Department's. I have known Lee Baca for over 30 years and will not try to justify his conduct leading to his conviction for misleading the FBI in their investigation of the sheriffs department.

This letter is simply to ask the court to consider Lee Baca's many accomplishments during his 45 years in law enforcement and on a daily basis the many people he helped as a Deputy and Sheriff of Los Angeles County. Simply put, I don't believe you will hear any newspaper give him credit for his lifetime of dedicated service to the many diverse people of the County.

During my years as a police chief I have always found Lee Baca to fully assist and cooperate with municipal police chiefs' who frequently requested assistance from the Sheriff's Department. I cannot think of a single time when he refused to assist any municipal police chiefs' request for help.

1

348

I believe his outreach to communities he served and independent cities was one of the reasons the county's crime rate was among the lowest in major metropolitan areas.

I never worked for the Sheriffs Department but over the years I did work with Lee Baca on many law enforcement and social problems impacting the public and law enforcement. Here are two example: We worked together in developing training programs to improve how law enforcement could do a better job addressing the homeless and the mentally ill populations of the county. During these projects and other projects I personally observed his true commitment and dedication to his job and how to give a voice to those who, at that time, did not have a voice in the county.

I believe we are all in agreement that Lee Baca had a very large and demanding job as Sheriff of Los Angeles County.  However, I will always remember his true concern for the homeless person suffering on the street, mentally ill and poorly educated inmates, or troubled communities being victimized by gang members, crime and poverty.

It was obvious to me why the people of the communities he served appreciated Lee Baca. I feel it was because he always gave the job 100% and the extra effort that demonstrated he truly cared deeply about them and their safety.

Sincerely,

Joseph A. Santoro



March 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom15
Los Angeles, CA 90012

RE: United States vs Lee Baca

Dear Judge Anderson,

My name is Cameron Saul, and I was an inmate who was incarcerated numerous times in the Los Angeles County Jail system. I was a repeat offender who spent over 7 ½ years in the jail and prison system. I was someone who never thought I could change, and had succumbed to the idea that a life of incarceration would be my end result. I wanted to take the time to write you this letter, to give you my first-hand experience of the man that Lee Baca actually is.

During my last incarceration in 2007, I was approached by 2 deputies who had seen me come in and out of The Los Angeles county jail over and over again. These two deputies were in charge of the Social Mentoring and Academic Rehabilitation Program (SMART). This was a program that was envisioned by these two deputies, but had the full backing and support of then Sheriff Baca. After going through this program, I began to change my ways even while incarcerated. I went from being an angry, hostile inmate, to one who was calm and respectful. I went from being someone who had no dreams or goals, into someone who spent his days talking about my dreams and goals with deputies. Eventually I was asked by the 2 deputies who oversaw the SMART Program, to become an inmate trustee. An inmate trustee is an inmate who works while incarcerated, rather than just "doing time". I began working in the SMART Program, and challenged other inmates to become involved. Soon the program was full of inmates excited about the possibilities for the future. Throughout my 3 year stay in Men's Central Jail, I witnessed numerous graduations, for inmates how had received High School Diplomas, GEDs, and certification in numerous programs. Sheriff Baca attended every single inmate graduation, and always spent time talking to the inmates. On one occasion I had the pleasure of meeting him. Sheriff Baca challenged me to continue on my journey to change. He congratulated me for the work that I had done, and he told me that



he believed in the man that I wanted to become. This event might sound trivial and unimportant to you, but to me, it was life changing. You see, I was an inmate. I was taught to hate this man. I was trained to believe that he did not care about my future, and could care less if I returned or not. But that day, Sheriff Baca proved everyone wrong.

Eventually, it was time for the SMART Program to grow. It was only serving a very small population of inmates. Sheriff Baca decided to take this program jail-wide, and call it The Education Based Incarceration Program (EBI). As I continued to grow and change within the jail system, I was introduced to some curriculum through The Pacific Institute. It was a curriculum that challenged me to think about my beliefs and taught me how to turn goals into reality. Upon completion of this curriculum, I found myself a completely new man. The 2 deputies that I worked for asked if I would put together a class, teaching other inmates to change the same way that I had. A meeting was set for Sheriff Baca and I to discuss the possibility of having an inmate teach a class. After our meeting, Sheriff Baca gave his blessing and thought that inmates would hear the message better from one of their own rather than just some outside teacher. His decision was not popular with some deputies, as they did not believe in inmates changing their ways. This was never Sheriff's Baca's belief. Sheriff Baca introduced me to the facility Captain at the time, and told me that I would always have an open door to this man. He said that he believed in the program I was going to teach, and that he wanted to make sure that no one stood in the way. He said that I had the full support of him and his department, and that he wanted me to start teaching these classes right away. I was blown away by the gestures of this man. Why did this man, who was in charge of so much, who was being accused of all of these things, taking the time to talk and encourage me? Once again, he proved everyone wrong.

I began teaching my New Directions Program all over Men's Central jail. I became the first "Inmate Facilitator", and the program received amazing reviews from other inmates. Once again, Sheriff Baca attended every graduation ceremony that I held for the inmates who had completed my program. He gave speeches each time, letting inmates know that he believed in them. Telling them that their lives mattered. Praising them for turning to education rather than jail violence. Many inmate's views of the Los Angeles County Sheriff's Department changed because of the actions of Mr. Lee Baca. They saw a man who supported us, and believed in us. They saw a man who was willing to go against popular beliefs and put in place programming regardless of what others



thought. When other people in the jail program wanted to shut down programs and give inmates less education, Sheriff Baca stood up for the inmates and overruled the nay-sayers. Sheriff Baca was a Sheriff who believed in the inmates' potential to dream, achieve, and live full lives outside of the jail walls.

I was released from the jail and prison system in 2010. In 2012, I was contacted by a deputy who was involved in the EBI program. He asked if I was willing to come back the jail as a civilian and continue teaching my class. I was surprised, because generally inmates cannot return to the jail as a civilian unless they have been out of jail for a long length of time. I told the deputy that I would love to come back and continue teaching my program to the inmates. I asked him how I would be granted clearance to enter the jail, since I had only been out for 2 years. He told me that I needed to fill out the application, and that it would be rejected by the powers the be, but that Sheriff Baca said that he would sign the clearance after the initial denial. Sure enough, I was called a month later, and Sheriff Baca had overruled the decision and granted me access to teach in the EBI Program. Today, I still teach my New Directions Program in the jail, and inmate response is great. The inmates feel that they have learned more from being involved in the EBI Program that anything else in their lives. Time and time again, I have been amazed at this man's vision and dedication to provide education and rehabilitation to inmates even against the protest of deputies and senior staff.

Today, I live a beautiful life. I have been out of jail since 2010, I have a great job that allows me to help others. Today I am an honest, law abiding, tax paying citizen. I am a man who has accomplished all of the goals that I set for myself in the Los Angeles County Jail. I am a man, whose life was forever changed by the forward thinking and vision of one man... Sheriff Lee Baca. I am a product of the Los Angeles County Jail system, under the leadership of Sheriff Baca. Without his support, his willingness to push for change, and his passion for watching people grow, I do not think I would have become the man that I am today.

It is my hope in writing this letter, than you would please take into consideration the real Lee Baca, and not the man that the media has painted him to be. I have reached out to several media outlets telling them my story of the great man that I today call my friend. Unfortunately, no one wants to hear the real story; the good story. Everyone only wants to hear the lies and focus on the few mistakes that he made. If it were not for the love and support of Sheriff Lee Baca, I would still be a man judged by my mistakes. People would only know what they read about me in the

5941 Trancas Canyon Road | Malibu CA 90265 | 800-832-3280 | www.creativecareinc.com



newspapers, or judged me based on what is in my file and on my record. Lee Baca, helped me to overcome that. He gave me a platform to show people the real Cameron Saul. I am honored to be able to write this letter on his behalf, in hopes that I can repay my debt to the man that helped to save my life. Please feel free to contact me at any time if you have any questions regarding to my relationship with Lee Baca, or any of the information listed in this letter.

Sincerely,

Sincerely,

Cameron James Saul
Director of Admissions
P: (818)961-6293
F: (800)832-3280
E: csaul@creativecareinc.com

5941 Trancas Canyon Road | Malibu CA 90265 | 800-832-3280 | www.creativecareinc.com

353

May 7, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Regarding:   **United States v. Lee Baca**

Dear Judge Anderson:

My name is John Schaefer and I am currently the City Manager in San Marino.  Prior to being City Manager I served as Chief of Police here in San Marino, where Mr. Baca resides.  I have come to know Mr. Baca through the time we worked together in law enforcement and because he has been a rather high profile resident here in this small city where I serve.

I want to start by saying I do not know all the details of what Mr. Baca has done, and I have been around long enough to know that the truth and what we read in the paper and see on television are often very different.  That being said, I think the facts that Mr. Baca resigned his position and is pleading guilty are an acknowledgement that he has in fact broken the law.

That being said, it now falls to you to determine what the most appropriate course of action would be.   I am writing to ask you to consider two factors when making your decision.  First, in all the time I have known Lee Baca and dealt with him personally and professionally, I have never known him to be dishonest or unethical.  In fact, it has been my perception that he really does care about people, including criminals in jail.  So, while he may have made some poor decisions in the case at hand, this has not been his standard method of operation.

Secondly, and I do not know how you weigh this, but it doesn't seem just to me that a long and effective career in law enforcement should be totally overshadowed by one or two bad decisions.  Having been a Chief of Police, I have often thought about how a bad decision could so easily become the hallmark of my entire career.  Having gone from the heights of respect, to being a convicted felon, I know that Lee has already paid a price greater than anyone can imagine.  I don't want to say his life is ruined, because I believe restoration is one of the greatest triumphs of the human experience, but I will tell you that his life will never be the same.

Thank you for your consideration.

John T. Schaefer

Voice:  626-300-0723
JSchaefer@cityofsanmarino.org

354

April 2, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:
My name is Joan Schmidt and I am a retired elementary school teacher.
(Annunciation Catholic School, Arcadia, CA, 25 years) I also helped form the
Monrovia-Arcadia-Duarte Town Council, which serves the unincorporated area
and served on it for ten years.  Because the Town Council is entirely volunteer and
has no funding, I wrote for several weekly papers during my tenure to acquaint
residents with the Town Council, what specific county agencies serve them in
various capacities, (LASD, crime; CHP, traffic) and keep them abreast of what was
happening in our area.

When the Town Council began, I became very involved with the Sheriff's
Department. I began by reporting to residents on programs being implemented to
improve our areas.

Shortly after the Council formed, in 1995, I attended a Community Advisory
Committee workshop. It was there that I met then-Chief Lee Baca and was very
impressed with his knowledge and vision for LA County.

After Sheriff Baca was elected, he set the VIDA Program into motion. (This 16
week proactive program helps At-Risk youths. I attended two Asian Gang
Conferences and the Anti-Hate Crime Conferences, saw the establishment of a
Clergy Council and Gang Advisory Groups at various stations. There was an Asian
Task Force and deputies were assigned for their translation capacity. (Temple
Station had 12 languages covered.)

As a human being, Lee Baca is one of the most caring people I know. He hosted
the first Justice for Homicide Victims Conference. When I called their President

355

Jane Bufford to find out where to send my article, she could NOT say enough about the Sheriff's compassion. (This is reiterated by the family of slain Deputy Dave March.)

A few years ago, I met Venture County Sgt. Garo Kuredjian whose brother Jake was a slain LASD Deputy. Because there are two nieces and a nephew who never met their Uncle Jake, I asked Sheriff Baca for key chains for them from LASD as a remembrance of their Uncle Jake. Then-Sheriff Baca HIMSELF wrapped the key chains and not only mailed them to me, but included something for Annie, Jake's mom with a nice handwritten note. I cannot tell you how many times I have received handwritten Thank-you notes after sending an article. He was always so appreciative.

When I had a "Thank you" dinner for our COPS Team, Sheriff Baca had another commitment, but stopped at my home first and personally thanked every member of the team before heading to his other commitment.

During his tenure as Sheriff, Baca was honored as Sheriff for all his accomplishments. While Chief of Court Services, the Sheriff's Department merged with the Marshall's Department saving LA County $14 million a year!

Thank you for allowing me to share some memories and experiences of Sheriff Baca over a period of more than twenty years.

Please feel free to contact me at 626-358-8444 if I can be of further assistance.

Sincerely,

Joan Schmidt,
Retired Council Member
Monrovia-Arcadia-Duarte Town Council

356

" The Mountain Views News " Jan, 2014

# The End of an Era: Sheriff Baca to Retire
## By Joan Schmidt

This article will have information you won't find anywhere else about Sheriff Baca.

Earlier this week, my friend of over fifteen years, Lee Baca, made the most difficult decision of his life-stepping down as Sheriff of Los Angeles County as he announced his retirement at the end of January. He could have finished out his term, but all the negative publicity about the Department had to stop.

I went on Facebook and I was shocked about a certain retired LASD Sergeant's REALLY ROTTEN comments about the Sheriff. I wondered where this sergeant has been the last fifteen years! (Needless to say, I unfriended him!)

I met both Chief Lee Baca and Community Policing Director Natalie Salazar after I joined the Community Advisory Committee at Temple Station. They both blew me away with their knowledge and visions. During his election, I became better acquainted with Lee and Carol, (his fiancée, now wife) because of my journalism. I saw firsthand many positive programs such as VIDA, attended two Asian Gang Conferences and the Anti-Hate Crime Conference, saw the establishment of a Clergy Council and Gang Advisory Groups at various stations-the list goes on and on. It seemed to me, from day one, that the Sheriff and his Department set up programs to reach out to the community anytime problems arose. I met current Assistant Sheriff Cecil Rhambo when he was a Lieutenant on the newly established Asian Task Force. I have a picture of Chief Roberta Abner, when she was the Commander/Captain at Temple Station. She introduced ten or twelve deputies who spoke various Asian languages. The Sheriff and his Department wanted to make sure there would be translators available for ALL RESIDENTS! (This was occurring at ALL the patrol stations!) And the Clergy Council was established to reach all to residents in need and help establish a rapport and trust between the community and LASD.

The brutality at Central Jail has been abominable. The Sheriff acknowledged that and said he should have been aware of it. He took responsibility and there IS

357

NOW an Education Based Curriculum to help inmates! Yet a *LA Times* article yesterday said changes have to be made in the inmate programs!

I am NOT saying there were not wrongs during his terms. But I have a real problem with the sergeant who painted the picture ALL BLACK! This past year I attended the first Homicide Victims Conference at Sheriff's Headquarters. I wrote about it and made a few calls to find out where to send the article. Jane Bufford could NOT say enough about the Sheriff's compassion. This is what I find so upsetting. No one realizes what a caring compassionate man he is. Ask the late Deputy Dave March's parents or sister what they think of Sheriff Baca. They speak of him with love and admiration.

A couple years ago, I met Sgt. Garo Kuredjian, brother of the late Deputy Jake Kuredjian who was killed over twelve years ago at Stevenson Ranch. Garo has a daughter, and another brother Raffi has a son and daughter who never met their Uncle Jake. I mentioned this to Sheriff Baca and asked for key chains for them to have as a remembrance. The Sheriff HIMSELF wrapped them up and mailed not only them to me, but something for Annie, Jake's mom with a nice HANDWRITTEN note. Many times Sheriff Baca and Supervisor Antonovich blew me away with their handwritten "thank you" notes. Yet this Sergeant on Facebook would have us believe Sheriff Baca is the worst unfeeling person on the face of Earth.

I have concentrated too much on Lee Baca as a human being. As a member of LASD, while he was Chief of Court Services Division, Baca led to the merger of the Sheriff's Department with the Marshall's Department. The merger saved taxpayers of Los Angeles County 14 million a year! For his efforts he received the Department's Distinguished Service Award. During his tenure, he provided leadership, management and direction to thousands of deputy sheriffs and police officers throughout his career.

All I hope and pray is that Lee Baca will be remembered not only for jail violence but for all of the positive programs he brought about and his compassion and kindness.

358

 # ZURICH INVESTMENT COMPANY

9595 WILSHIRE BLVD., SUITE 401  •  BEVERLY HILLS, CA 90212  •  (310) 273-7355  •  FAX (310) 273-5983

MICHAEL L. SCHWAB
PRESIDENT

March 31, 2016

Honorable Percy Anderson
UNITED STATES DISTRICT COURT JUDGE
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

Firstly, I am writing this letter on my own free will and accord without mental reservation whatsoever for the sole purpose of setting forth my support and relationship with Lee Baca.

I am a native of Los Angeles and have lived here my entire life.  My father was one of the founders, along with his three brothers, of Schwab's Pharmacy.  He came from a very poor background and learned the lessons of being humble, honest, ethical and the simple art of helping fellow mankind.  I am proud to say that I have inherited those qualities and have always lived by them.  Further, and following in his foot steps, I have been a Reserve Police Officer since 1981.  First with the San Fernando Police Department and currently with the Beverly Hills Police Department.

I have known Lee Baca for more than fifteen years and have always found him to be a person who cares about everyone.  If he has a downside, it is because he believes that all people are good, even the ones in my opinion, that are not so good.  Our relationship has primarily been on a social level - dinner, golf and giving each other advice as friends do.  As a friend, he has always been there for me - the major quality in a friendship.

359

ZURICH INVESTMENT COMPANY

Over the years, I have been involved with numerous civic and charitable organizations and have solicited the help of Lee to insure their success.  Always, without question, Lee has been there for me and the organizations.

I cherish our friendship and honestly believe that I have become a much better person as a result of the relationship.

Very truly yours,

Michael L. Schwab

MLS:bbt

360



# GOVERNOR ARNOLD SCHWARZENEGGER

April 7, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known former Sheriff Lee Baca for more than 20 years. We met at my youth sports program in East Los Angeles because we shared the same passion for after-school programs. He was a tremendous ally for my programs - first, Inner City Games, and then After-School All-Stars. I saw Sheriff Baca's passion for nurturing and protecting our kids. He knew, as I do, that it's important to give kids a safe place between 3 and 6pm, especially when statistics show that 70% of the students come from homes where both parents work. He knew, as I do, that we must protect our kids during the three hour window that experts call "the danger zone" because juvenile crime, drug use and teen pregnancy spike. Sheriff Baca knew, as I do, that the investment in our kids now would keep them out of jail later. He was a tremendous advocate and constantly gave back to his community.

In fact, in 2002 when I realized that we needed more funding to cover the students of California and organized Proposition 49, the After-School Education and Safety Program Act of 2002, it was Sheriff Baca who arranged a meeting for me with the law enforcement community. After I gave my presentation, he immediately turned to his fellow Sheriffs and said "let's do this. It's too important for us not to lend our voice and support." His support, along with his fellow law enforcement leaders, was invaluable in passing Proposition 49 with 56% of the vote. It wasn't just a political issue to Sheriff Baca - it was a passion - and I was so impressed with his drive to improve lives for future generations.

When I was elected Governor of the State of California, I appointed Sheriff Baca to the California State Board of Corrections. He served on the Board which oversaw the State prison systems and brought many innovative solutions to the overcrowded population, as well as programs for inmate rehabilitation.

Sheriff Baca continues to serve adults who are released from prisons and jails so they can have a crime-free future. His Education-Based Incarceration Program has graduated thousands of inmates from the LA County Jails with high school diplomas and certificates that helped future

The Honorable Percy Anderson
April 7, 2016
Page 2


employers hire ex-offenders.  Sheriff Baca's approach to rehabilitating offenders resulted in a record reduction of crime in Los Angeles County compared to the rate 40 years ago.

In the 20 years I have known Sheriff Baca, he has shown himself to be a man passionate about protecting our youth and helping them grow. Every time I have told him the kids need us, he has been there.

Sincerely,

Arnold Schwarzenegger

362

Dan Scott
25731 Palermo Court
Murrieta, CA 92563
(818) 558-1791

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Dan Scott, I'm a retired veteran of the Los Angeles County Sheriff's Department with over 32 years of experience. I retired at the rank of detective sergeant while assigned to the Special Victims Bureau (Detective Division). I spent 26 of those years investigating or supervising child abuse and sexual assault cases. I'm telling you that so you know that I've never been appointed to anything by Mr. Baca and I never worked an administrative position. I worked my entire career on the front lines of fighting crime while trying to make a difference.

I'm writing to give you my thoughts about Lee Baca from a perspective that you may not often hear. As a detective/sergeant I took my cases very seriously and did everything in my power to push the Special Victims Bureau (SVB) to be the best they could possibly be. I may have only been a sergeant but that didn't stop me from fighting for the bureau to get the respect and personnel needed to do the job properly. We (SVB) competed with Homicide, Narcotics and others for personnel and our share of the budget. I was not afraid to step on toes. I also wasn't always politically correct. These battles and high profile cases like the Catholic Priest scandal and the Miramonte School molestations often brought me to the Office of the Sheriff, face to face with Lee Baca.

In all of those meetings I always found the Sheriff to be engaged and eager to learn the facts, regardless of who was speaking. He always gave me as much time as any of the Captains, Commanders or Chiefs in the room. I felt that he wanted what was best for the department and more importantly what was the best way to serve the people of Los Angeles County. Whether we met in his office or at a public meeting such as ICAN (Inter-Agency Counsel on Abuse and Neglect), Mr. Baca always took the time to get my take on the subject.

Prior to my retirement I made a push to have all rape cases assigned to the Special Victims Bureau because I felt they would be handled better than they were by station detectives. Station detectives did a fine job, but I felt SVB detectives would do even better. The change might sound simple but the department is a large bureaucracy with many moving pieces which would include a realignment of personnel. Executives from the patrol regions were not in favor of losing detectives so they put up resistance for years. Again, I found myself in Mr. Baca's office at odds with many in the room. Mr. Baca listened to all sides of the debate and questioned me in depth about my findings and the complexities of these cases. In the end all rape cases are now handled by detectives from SVB.

363

As a detective sergeant working cases, I saw Lee Baca as a Sheriff who put the people of LA County first. He could have easily sided with his executive staff, but that wasn't the Lee Baca I know. He cared about what was the right thing to do. I could go on and on with examples of leadership and compassion but I think you understand what I'm getting at.

In 2008 I experienced an event in my life that would forever alter my world. My beloved son Daniel Jr. was killed in a traffic accident at the age of 21. I was devastated and missed many weeks of work. The department did everything possible to help me as I navigated through the darkness. I got a form letter from the Sheriff's Office expressing their condolences. A couple of days later I received a hand written letter from Sheriff Baca. His words really touched me. Eventually I returned to work full time and got involved in high profile cases and new projects even though my mind wasn't completely in it. One day my Captain advised me that we had a meeting with the Sheriff schedule and I needed to be there. I was trying to just make it through each day without drama, but I reluctantly went. As we stood in the lobby of Sheriff Baca's office waiting, I saw Mr. Baca walking towards me. The Captain, Commander and Chief who accompanied me all moved towards Mr. Baca to greet him. To my amazement he walked right past them and embraced me with a bear hug, whispering his concern for me and telling me that he can't look at his son without thinking of me and what I must be going through.

That's the Lee Baca I know and respect. He truly cared about the men and women of the department. When he said we were a family, he truly meant it.

After my retirement in 2013, I was appointed by Los Angeles County Supervisor Michael Antonovich to serve on the newly formed Blue Ribbon Commission on Child Abuse. In my capacity as a Commissioner, my job was to find ways to get law enforcement more involved and accountable in the investigations that all too often ended in tragedy. I made several visits to the Sheriff's Office and asked Mr. Baca to address the Commission. Mr. Baca was more than willing to help and went so far as to admit in a public hearing that his deputies could do better and pledged his full support with the Commissions efforts. With his help and guidance we were able to make several changes to LASD policy that I believe will save the lives of abused children for years to come.

I know that mistakes were made and Mr. Baca has taken responsibility for those mistakes. Now you have to decide his punishment for those mistakes. I hope you take into consideration all of the good that Mr. Baca has done in his career in law enforcement and how he had such a positive impact on those who worked for him. He had the confidence to listen to the voices of the deputies in the field who saw firsthand how policies affected their jobs because he cared.

Lee Baca made a difference in my career and more importantly in the lives of those we serve. Could he have done better, sure, we all could, but his contributions far outweigh his mistakes.

Thank you for taking the time to allow me to shed some light on how Lee Baca touched my life.

Sincerely,

Dan Scott



**LGRS, INC.**
dba
**The Link Group**

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States v Lee Baca

February 24, 2016

Dear Judge Anderson

Over the last 10 years I have had a working relationship with Sheriff Lee Baca of Los Angeles County Sheriff's department. Starting in 2004 where I was in the middle of developing a mixed use project in the Arts District, an area plagued with crime and homeless, I hosted a neighborhood watch program attend by both neighbors and Sheriff Lee Baca. (My first introduction and interaction with the Sheriff).

Lee's insight of handling and addressing the issues at hand during these early days of development gave us the impetus that continue to this day which generated both life and value into the Arts District. Today the area is vibrant filled with apartments, Condo's, restaurants and retail. I can assure you the programs and ideas Sheriff Lee Baca gave to us on this first and subsequent meetings instilled viability and stability into this neighborhood.

From the years 2009-2014 I saw Lee at various public speaking events- St. Sophia Church, Breakfast Club meetings at Canter's Deli, Marina Del Rey neighborhood meetings- always addressing the current issues of the County of Los Angeles and his Sheriff's Department.

I am proud to say in my opinion Lee Baca did an outstanding job of enforcing security, protecting its citizens' rights and of most important the ever present positive outlook the Sheriff held for Los Angeles County.

Sincerely

Rodney K. Scully, CEO

4555 Comber Ave Encino California 91316
Ph. 818.990.6502 Fax 818.990.2112 Cell 818.486.3733
e-mail rodney@thelinkgroup.net

365

21 March 2016

Honorable Percy Anderson:

I am an elementary school teacher, and I started working in the field of education over 30 years ago.

I have had the opportunity to see the fruits of Sheriff Baca's work in my county for several years.   I have been impressed with his effective efforts to foster collaboration/cooperation between diverse groups, and his efforts to support and expand effective community programs.  It is no surprise to me that he was honored as National Sheriff of the Year, nor is it a surprise to me that he achieved a stellar record of crime reduction.

Over the last 4-5 months, I have had the opportunity to have many personal meetings/conversations with Mr. Baca.  He has been a driving inspiration and support in helping to forge a new charitable program (that I will be involved in) with the purpose of providing tutoring and other educational opportunities for underserved children in the South Los Angeles area.   Mr. Baca's commitment has been unwavering.  His sincerity and dedication to humanity are unequivocal.  I have experienced Mr. Baca as an accessible, caring man of integrity.  He is down to earth—ready to personally roll up his sleeves to help get the job done.

My dream to provide more educational opportunity to underserved children is coming to life in no small measure due to Mr. Baca's initiative and support.  He has inspired me to think and do bigger.

Sincerely,

Ron Seagal
Email: rseagal@gmail.com
Phone: 310-998-7529

366

Honorable Percy Anderson                                    March 26, 2016
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter to express my support for Lee Baca. I am a retired member of the Los Angeles County Sheriff Department. I have known Lee Baca for over three decades. I have watched him rise through the ranks to become the Sheriff of Los Angeles County.

I had the distinct privilege to be a member of his executive staff shortly after he was elected Sheriff in 1998. I traveled with Sheriff Baca throughout the Department as he visited each command and unit as the new Sheriff. He spoke often of the Core Values he believed in for the Department. He encouraged all deputies to be a leader in the communities they served. He spoke often of his credo of high standards, best efforts and noble thoughts as he said to "keep you in check".

When Sheriff Baca was first elected he spoke to his staff about his vision for the Department he would lead for the next, nearly, 16 years. He had progressive ideas about the future of law enforcement. He felt law enforcement could reduce recidivism and improve the lives of battered women and encourage gang members to change their lives. This was not always accepted by main stream law enforcement officers, but Baca was not deterred. He spoke about his difficult childhood and how his young mother found it difficult to cope with three children with no father present in the home. He told his staff how she decided to give him up to the county foster care system. Fortunately, his grandparents stepped in to rescue him. He said he shared these family secrets with us so we could understand why he felt so strongly about his mission to improve the lives of the disadvantaged. I believe these childhood experiences had a distinct impression on Lee and made him the empathic and compassionate man that I have become to know and respect.

I believe Baca felt betrayed by the executives he entrusted to manage his department. There is no question that he took his "eye off the ball" and is ultimately responsible for the issues that arose during his watch. It is also true that under pressure he failed to observe the department's core values that he felt so strongly about. He has admitted to making a false statement to federal agents investigating a jail abuse scandal and has resigned his position as the Sheriff of Los Angeles County. He has paid a heavy price for his actions and has accepted responsibility which is exactly what I would expect Lee to do.

I hope you will take into consideration Lee Baca's good works during his 48 years of service to the citizens of Los Angeles County. He is a good man who on this occasion admittedly did not live up to the high standards that he expected from his deputies.

Respectfully Submitted,

Jay Sewards, Commander Retired
Los Angeles County Sheriff's Department.

367

April 19, 2016

Hon. Percy Anderson, Judge
United States District Court
United States Courthouse
312 N. Spring St., Ct. Rm. 15
Los Angeles, CA. 90012

Re: Lee Baca

Dear Judge Anderson,

I have known Mr. Baca for 31 years. I was initially introduced to him by the late Sherman Block, who was at the time the Sheriff of the Los Angeles County Sheriff's Dept. I have been a licensed realtor, contractor and developer since 1951. I was the consul general for the Dominican Republic in Los Angeles for 17 years. As an immigrant to this country, I am particularly grateful to the community that I call home, Southern California. In an effort to return some of the largesse that I have blessed with, I have been involved with a number of programs that are designed to benefit the underprivileged and the at-risk members of our community.

In 1985 Sheriff, Sherman Block asked for my help in forming and fundraising for the Los Angeles Sheriff's Youth Foundation for which I have served as a board member ever since. The Youth Foundation has been instrumental in keeping primarily low income and at-risk youth focused on self advancement. It provides them with the tools and resources necessary to rebuff the pressures that redirect youth to gang life and criminality.

Ever since I was initially introduced to Mr. Baca, I found him to be a selfless and dedicated advocate of law enforcement and the Youth Foundation in particular. He was a great believer of "interventional law enforcement". If we invest in the future of the youth now, our community may not have to deal with their criminality in the future. Mr. Baca's dedication to the Youth Foundation and the concept of it in particular, only grew after he became the Sheriff. He spearheaded far too many Youth Foundation campaigns to enumerate here. Suffice it to say that under his leadership, thousands of youth who would have otherwise gone astray were instead directed to living productive and meaningful lives. In fact, many of those youth have since gone into law enforcement themselves.

368

Since having met him, I have had the privilege of spending countless hours with him, both on and off the job. He was very good friends with my god son, Matt Fong, the late Treasurer for the State of California. That permitted me to become acquainted with Mr. Baca on a more personal level. Regardless of the setting his entire being was focused on providing our community with the safety and security that it deserves. I recall an instance where we witnessed an older gentleman fall when crossing a street. Lee stopped his car, got out helped the man to the sidewalk and called for an ambulance. Lee would not leave his side until the man was being cared for by the emergency personnel. Later that day Lee tracked down the hospital when the man had been taken, and went to visit him and wish him well. This sort of selflessness was not uncharacteristic of him. I can enumerate far too many such instances that can be recounted here.

I recall another instance a number of years ago where I had lunch with him a couple of days before he was to represent the LASD as a participant in the Baker to Vegas law enforcement running event. I advised Mr. Baca to not do it. I reminded him of the dangers of participating and reminded him that he was no longer 21 years of age. He responded to me that he had an obligation to his men and his department and that he had to set an example for them. He said that he loved every one of his deputies and would not ask them to participate in an arduous event, unless he was willing to do it himself. Unfortunately, during the run Mr. Baca became ill and nearly fainted. Despite being advised to the contrary, he insisted on finishing the race and staggered across the finish line. This is but one small example of the dedication that he had for the Sheriff's Dept.

Suffice it to say that at the age of 94 I have run across a few charlatans in my day. I learned long ago how to detect people of lower integrity. From the very core of my being I am firm of the belief that Mr. Baca is a genuine man of integrity. He has always impressed me with his very real love for his department and our community as a whole. His primary focus in his private and professional lives has been to do his part to create betterment for all members of our community. I must iterate here that we are all capable of making mistakes. No one is immune from them. A mistake or an unfortunate decision on his part should not negate an entire lifetime of selfless dedication to the safety, betterment and improvement of our community. Please keep the foregoing in mind when considering the fate of this genuinely good man.

Yours sincerely,

David Shaby

369

LAW OFFICE OF

## ROBERT L. SHAPIRO

## A Professional Law Corporation

10250 Constellation Boulevard

Nineteenth Floor

Los Angeles, California 90067

direct dial Number: 310.556.7886
Direct Fax Number: 310.282.0888

Email: rs@glaserweil.com

April 21, 2016

The Honorable Percy Anderson
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

**Re: United States v. Lee Baca**

Dear Judge Anderson,

I have had the pleasure and privilege of knowing Lee Baca since the day he was inaugurated as sheriff of LA County. As a lawyer whose practice is in the area of criminal defense I've had numerous opportunities to meet and interact with Mr. Baca as well as high-ranking members of the staff. He has always impressed me with his work ethic, intelligence, and desire to do the right thing. I have found him to be a good listener and someone who is open to suggestions.

I am also the chairman of the BRENT SHAPIRO FOUNDATION for alcohol and drug awareness. After losing our son to this this epidemic disease in 2005 Mr. Baca became very interested in our program and was highly supportive.

He was instrumental in starting an innovative program within the LA County jail system for rehabilitation of inmates who suffered from alcohol and drug disease. This was a bold unprecedented step that was highly successful. One of my clients was in that program for 90 days and there is no question that this in-jail program led to his longtime sobriety today.

I am well aware that Mr. Baca has admitted his guilt and will face Your Honor for sentencing.

In balancing the tremendous work and accomplishments by Mr. Baca during his tenure against an isolated incident that resulted in a criminal conviction, it is my view that this is a proper case for leniency.

Clearly Mr. Baca has suffered extreme humiliation, resigned from his position, and will continue to be branded as a person convicted of a federal crime.

370

The Honorable Percy Anderson
April 21, 2016
Page 2


I am hopeful that the sentence you impose will temper justice with mercy and not further punish Mr. Baca with incarceration.

Sincerely,

Robert L. Shapiro

4219 Vinton Avenue
Culver City, CA 90232
May 10, 2016

To Whom It May Concern:

I have known Lee Baca for many years and borne witness to his finer characteristics and I am writing on his behalf today in my private capacity.

He was a keynote speaker at the premiere of my film GOD AND ALLAH NEED TO TALK at the Laemmle Fairfax Theater on September 13, 2003. I didn't know him personally at the time, but I'll never forget his appearance or his message. The country and our city were still in shock after 9/11 and, as a result, many people were clearly fearful and suspicious. When he finished addressing us at the premiere, the audience went totally silent. We had never before heard a Sheriff (or any government official, for that matter) express such eloquence and high-minded understanding about the unity of humankind. I still have the footage that was filmed that auspicious day and have referred to it on many occasions because I am still in awe at what he shared with us. He described in poetic terms how ALL the individual paths to God meet at the top. He stressed the importance of our interfaith enterprise, and he lauded all of the activists who were engaged in that enterprise and encouraged everyone to get involved.

I was deeply moved by his emotional and spiritual outpouring at the film premiere, and I called his office a few weeks later and asked for an appointment to meet with him. He immediately accepted my request. A few days later I found myself in his office for one hour, listening to him speak in earnest about how he saw his job as a unifier of Los Angeles, the most diverse city in the world.

He invited me back to his office several months later and I was privileged to sit with the unique Ethnic Council of LA that he had created to be able to keep his finger on the pulse of our diverse populations. There were engineers, lawyers, doctors, teachers, and businessmen present at that meeting from all of the various ethnic communities in the city. He called them his Ambassadors-- "his eyes and ears to Los Angeles"--and he urged them to let him know if any of their individual ethnic communities were experiencing difficulty, whether it be connected to keeping the peace in the neighborhood or even within families. He said he was always available to be of service . . if it meant helping to raise money for scholarships for needy kids, or sending in extra officers or social workers to troubled areas, or speaking at their community functions, etc. I observed and marveled at his style of leadership . . low key, inclusive and respectful. He was mostly intent on listening to what they had to say.

Over the next few years I faithfully attended the Sheriff's Interfaith breakfasts and I also called upon him to come and speak at many of our interfaith activities. He also appeared frequently at events organized by Muslims. That was very meaningful to the Muslim Community because they valued his presence as a way of being validated themselves as full citizens. To my knowledge, he never failed to accept an invitation to speak.

In 2005 I was asked to speak at a Muslim peace rally held in downtown LA, with the participation of some 1500 Muslims who were also simultaneously mourning during their holiday of Ashura comemorating the historic massacre that occurred in 60 AD at Karbala (present-day Iraq). The organizers requested that I organize the interfaith speakers program. Not only did Sheriff Baca

372

agree to keynote, at my request, but he also agreed to secure certificates of recognition from the Mayor's Office acknowledging the Muslims' efforts to promote peace in the city.

Sheriff Baca was extremely accommodating in 2005 when I asked permission to bring eight interfaith activists to meet with him at his headquarters when we were in the process of forming an organization called Open Doors LA. He spent quality time with us and advised us on the best way to go about our work. I still remember what he told us: "Make sure that your work is a celebration of humanity, that in spite of the challenges, of the awkwardness you may feel at being a border-crosser, that you are always putting yourself in a situation where you can view people at their best and witness what is important to them. Make yourself available for as many of their holidays as possible. Always express genuine interest and participate in their rituals and their celebrations."

In 2007 a group of us decided to form the Southern California Parliament of the World's Religions (SCCPWR). modeled after the work of the global Parliament of the World's Religions. We launched our first event at the mosque on the USC campus, called "The Challenge of Respect." Sheriff Baca agreed to be one of our seminar leaders on the subject of civic leadership and community building and I remember how meaningful it was to all of the participants to have our Sheriff on hand, not at the lectern, but in a small circle with everyday citizens, discussing civic responsibility and the challenges of the police force in sustaining an environment of respect for people of all cultural and religious backgrounds.

Sheriff Baca became the first member of SCCPWR's Advisory Board and even showed up at a weekend retreat we had many years ago, on a Sunday--his day off--to show his support for our cause. He arrived in plain clothes with his driver and stayed several hours to converse with us. We were all impressed by his sincerity. That was in 2008. That sincerity never vanished. A few months ago, before the latest developments were revealed and before Sheriff Baca was arraigned, I sat at the dinner table with him, his wife, and Dr. Sadegh Namazikhah, director of the Iranian Islamic Cultural Center (IMAN) for an interfaith event. Even though he was no longer our Sheriff, he still showed up and supported interfaith engagement. He didn't need to do that. He wanted to do that.

Regardless of what the Sheriff has been accused of while serving in office, I cannot bring myself to negate the good that Sheriff Baca has done for our interfaith community and for the city as a whole. I am not able to see him as a one-dimensional character and I cannot in good faith join the crowd of those who have launched a total character assassination of him, ignoring the good he has done for our city. I see him as a flawed human being, as are we all. He may have made serious mistakes while in office which caused harm to innocent people. But even if he has been accused of perjury, I cannot erase my image of him as an inspirational leader for our diverse communities and a constant and devoted supporter of interfaith engagement. I sincerely hope the presiding judge will take into consideration the good Lee Baca has done and the positive effect he has had on so many individuals during his decades of service.

Sincerely,

Ruth Broyde Sharone
Filmmaker, journalist, and interfaith activist

21 Royal Saint George
Newport Beach, CA 92660
949.720.0700

March 24, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

*"DUCIT AMOR PATRIAE"*

With sincerity and humility I write this unsolicited letter on behalf of Lee Baca. I have known Sheriff Baca since 1998. I was co-chair of the California Region One, Homeland Security Advisory Council (2001-2011) and served as a member of the California Board of Corrections (2002-2007).

Years ago, my knowledge of business aviation enabled me to answer the Sheriff's request for guidance regarding his flight department. Through a creative use of available resources, Sheriff Baca designed a method to channel limited assets for the betterment of the county without use of taxpayer's dollars. A derelict aircraft was sold and captured drug monies and insurance proceeds from the loss of a department helicopter were combined for the acquisition of a more versatile and safer aircraft for the county and its major police force. This exercise illustrated an example of the concern the Sheriff displayed for the county with a common sense approach.

Following 9/11, I was asked by Sheriff Baca to assist with the formation of the Homeland Security Advisory Council (HSAC). He knew the need to involve the public. Its purpose was to augment safety; defined as law enforcement, fire and EMS. This board of 60+ industry leaders represented the many echelons of strategic business, education, and the moral and security fabric of Southern California. HSAC helped to promulgate and remedy safety issues by providing a forum to discuss and answer the concerns of the community.

On these and many other issues, I have had up close and personal opportunity to observe Sheriff Baca's diligence for the public in his capacity as a civic leader. One occasion was when, as a board member of The Children's Dental Center in Inglewood, (a non-profit prototype dental center) providing multidisciplinary care to children of the working poor, I invited Sheriff Baca to a ribbon cutting of our new facility. He asked to address the gathering, where upon he offered a most poignant, heart-rending talk on the importance of good parenting regarding relevant health care matters. He sited his personal and dynamic childhood life experience of being raised by his grandparents and indelibly emphasized the aspects of caring for the underprivileged youth.

I worked closely with Mr. Baca and was privy to witness his resourcefulness. Throughout my association with him, he showed an honest and truthful persona in all aspects of his duties. Sheriff Baca always displayed care, working long hours to put the interests of others above his own. He is a dedicated and highly respected member of society. His reputation has been compromised, but his half-century tenure with and commitment to the Sheriff's Department and the County of Los Angeles appears to outweigh his admittance to indiscretion that may have resulted in the disposition of his authority. While there are no excuses, there is leniency and compassion for the total person.

I am privileged to have been associated with Sheriff Baca and consider him a good and decent man. I trust my words speak well to the issue of his forthcoming penalty.

Sincerely,

Donald Sheetz

374

Honorable Percy Anderson
United States District Court Judge
United States Court House
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My Name is Gus F. Shouse, I now live in Newport Beach. My address is 3316 Via Lido, Newport Beach, CA 92663. I can be reached at 949-228-2135.

I had the pleasure of meeting my friend Lee Baca in the early 1970's, when he was a Lieutenant at the East Los Angeles Sheriff's Station and I was a business man in East Los Angeles. I was introduced by another dear friend, Assemblyman Jack Fenton. Lee was a help in the East Los Angeles Boys Club and Assemblyman Fenton was a leading supporter of this organization. During the introduction, I was informed of the help the Sheriff's station was providing the youth in the area and especially Lt. Lee Baca. The young boys were kept out the gangs by association with individuals like Lee Baca and other prominent individuals in the community who openly voiced their concern for these young men. They were shown ways to utilize their time to better themselves, both in school and in the community, with the help of volunteers such as Sherriff Lee Baca. Sherriff Baca provided this personal interaction in all the communities under his watch. Assemblyman Fenton wanted me to meet this individual and offer my assistance if ever needed. Lee was of great assistance to the community of Los Angeles County as a whole, and a role model for all who grew up in Los Angeles County and City, as he did.

From that meeting and through his educated and determined rise through the ranks of the Sheriff's Department, we have remained friends through the 40 plus years. I have seen the dedication, long hours, and hard work of a truly remarkable, respectful and courageous defender of the law in Los Angeles County. Not only here in Los Angeles, but throughout these United States and other countries and organizations worldwide. During the crisis of 9/11, many organizations and communities contacted him for assistance and direction in their states and cities. We have all witnessed Sherriff Lee Baca at many televised events throughout the World. Sherriff Baca has traveled around America at the request of other cities to help them understand their communities better. He has been invited to offer his assessment of communities worldwide, offering his personal help, along with his expertise in these skills. In my lifetime and through my eyes, I have found him to be a leader, who embodies that which a leader needs and brings to a large group of likeminded individuals, and police organizations, to follow in the dangerous occupation of law enforcement and be led by exceptional individuals. This country needs more Lee Baca's, in these dangerous and tumultuous times of uncertainty.

375

This man is God Fearing and understanding of needs and education of those who have or are still incarcerated and started these High School continued education programs under his watch as Los Angeles County Sherriff. He also engaged more than 500 local clergy members, of all denominations, to meet with him every 2-3 months, to share their needs and findings within the Sheriff's Jurisdiction of their individual communities. This interaction within the community was unheard of in prior administrations and this outreach made these community leaders more vocal for and about law enforcement within their communities. These findings, of ways for the department to integrate within the community, helped him instruct the department on how to deal with the sensitivities of the different locales and be better Sheriff's in response to the communities in which they served. This interaction is needed even more now; however it is not being as closely encouraged now.

I am proud to be a friend.

Kind Regards,
Gus F. Shouse

376

G. Steve Simonian
1320 Fallenleaf Street
La Habra, CA  90631
gstcvcs1@outlook.com  cell: (213) 709-8087

March 30, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing on behalf of Mr. Leroy Baca as referenced above.  My service in law enforcement spans 38 years--first in the Montebello, California Police Department, eventually serving as their Chief of Police for ten years. I later worked under District Attorney Stephen L. Cooley as the Chief of the Bureau of Investigations for five and one-half years.  I was also a councilmember of the City of La Habra for thirteen years, four years as mayor.  I retired after my position as the City Manager of the City of Bell Gardens for over three years.

I have known Leroy Baca for over thirty years.  I knew him as a hard working Deputy Sheriff who truly cared about his agency and the people he served.  I watched as Mr. Baca promoted through the ranks, rising to Chief.  Mr. Baca was urged to run for Sheriff by many within the communities that are serviced by the Los Angeles County Sheriff's Department.

As the elected Sheriff of Los Angeles County, I saw Sheriff Baca immediately start making revolutionary changes, such as educating and providing practical training to inmates of the jail in an attempt to stem the rising recidivism rate.  He also believed that there was a direct correlation between a propensity to engage in violence and one's level of education.  He began an in-house college program for his deputies and then extended this great program to other outside police agencies.  Leroy also personally sought out and secured grant funding for the much needed crime lab and the new Los Angeles County Justice Center that houses the Sheriff's Administration and the District Attorney's Office.

Mr. Baca has made a mistake for which he has taken full responsibility and he will pay the price for his actions.  I know he is very sorry and knows it will affect his legacy.

Mr. Baca's innovations and programs will benefit the community he served for years to come.

I am asking that as you contemplate his sentencing, you also take into consideration the overwhelmingly positive contributions that Mr. Baca made during his long tenure in law enforcement.

Sincerely,

G. Steve Simonian

377

**ANDRE G. SKAF**

18752 EDLEEN DRIVE . TARZANA, CA 91356
TEL (818) 345-1166    .    FAX (818) 345-6622

March 20, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Andre Skaf. I am an Attorney-At-Law by training and profession and for the past twenty years a land developer. I can be reached at the numbers listed above, or at my mobile number: (818) 585-8844. My e-mail is andre@agsavocat.com

I have met Sheriff Lee Baca "Lee" for the first time during his election campaign in 2004 and was quite impressed with his message and goals. After his victory we got to know each other more, became friends and spent extensive time together.

We often used to engage in discussions covering social, political and administrative issues and Lee was quite well versed on international realities of world politics, on the state of affairs in our country and was consistently driven by high values and a clear vision of what he intended to achieve in the Los Angeles County to make it a better place for its residents. His primary goal was to **integrate** and **unify** the many ethnic and religious factions living in the county to assimilate them in a society where racism and intolerance have no place.  His philosophy behind that approach was to decrease the number of related felonies and criminal activities resulting in safer policing.
On the other hand, he was taking the necessary steps to instill in the department a new approach to policing, based on the respect of any and all residents of the county and their treatment with utmost fairness and equality.

Soon after his election, he started forming in the different communities councils consisting of men and women of each community who were keen on the welfare of the community, and who would meet regularly to discuss specific issues or problems facing the community and finding proper means to address these problems. Lee would attend himself some of these meetings or send one or more of his deputies to help the councils better understand how a partnership between the Sheriff Department and the communities can help solve, or at least decrease the occurrence of some problems, such as juvenile violence, drug abuse, burglaries and similar crimes.  When a community takes responsible actions, under the guidance of its police, positive results start to surface.

Page 1 of 2

378

Besides that, Lee met personally and regularly with the leaders of religious and ethnic groups of the county to promote better cohesion, respect, acceptance and tolerance of the other. He arranged, at many instance, mutual meetings between representatives from these different ethnic and religious factions establishing continuous dialogue among them so each could clearly voice their concerns or perceived fears facilitating thus a better understanding of one another and eliminating in that factual and direct manner much of the animosity that would develop untamed and non-articulated publicly.

Lee attended personally many community parties and big gatherings he got invited to. In each of these parties he addressed the audience with the same civic message of integration and participation in the American Dream by respecting the laws and working hard to attain our set goals and self-improvement. Lee was always a unifier and a motivator to excellence.

Lee took interest in the lives of the people he met. When my eldest daughter was pursuing her studies of Diplomacy and World Affairs in Occidental College, he spent time with her to understand her plans and guide her in the best ways to achieve her goals. He introduced her to specialists in that field and arranged for her to attend a conference that happened to be held at the time that helped her get more focused on the direction she would take after her undergraduate studies. She joined Loyola Law School and will graduate at the end of this semester. During her years at Loyola, she kept in touch with Lee seeking his advice at times and he was generous enough to spend time with her each time she called on him. It is my considerate opinion that Lee has an innate good nature that takes personal pleasure in helping and extending his hand generously to people.

During our one-on-one meetings Lee's concerns were always directed to find new ways to amalgamate and integrate the residents of the communities in one cohesive society where the rights of everyone are respected and safeguarded in the best fashion. For him, every human being of the County deserves the dignified treatment afforded to the elite. What he is accused of, is everything he worked hard to eliminate and eradicate; how could he have accepted it of approved of it knowingly? It's just impossible and unconceivable. But in a eighteen thousand plus strong department, where he had certainly to delegate powers to lieutenants and deputies, it is quite possible for some unruly lieutenants to allow illegal conduct to take place without the boss knowledge.

Based on my close relationship with Lee, my understanding of his character, and my direct knowledge of the above sample actions he undertook, I can vouch for his impeccable set of values and priorities in how he intended his department to be. This man was executing his office with utmost integrity, devotion and respect to each member of the population at large.

It is sad that after forty nine years of hard work and service to the people of Los Angeles County he is faced with a lawsuit rather than with an appreciation commendation and recognition. The Courts are the only body that can administer justice and restore equity in our Country of laws.

Respectfully submitted,
Andre Skaf

Page 2 of 2

379

# STANWOOD SMITH — LAWYERS

2080 SAN PASQUAL STREET

PASADENA, CALIFORNIA 91107

(310) 927-8356, FAX (626) 792-7729

March 29, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I served as publisher of the San Marino Tribune from 1995 to 2015 and publisher of the Beverly Hills Courier newspaper from 2004 to 2014. As such, I participated in, attended and sponsored many community events in Los Angeles County. I have also been a practicing member of the California Bar since 1976. My legal career began as a law clerk for the Courts and Law Enforcement Division of the Los Angeles County Counsel. I later became a partner in Musick, Peeler & Garrett and then served a term as a managing partner of Lewis, D'Amato, Brisbois & Bisgaard (now Lewis, Brisbois, Bisgaard and Smith – no relation). I founded my own firm thereafter.

During my tenure as publisher of these two community newspapers, I personally witnessed dozens of instances of former Sheriff Lee Baca supporting civic groups, underrepresented communities and charities of virtually all kinds for all races and ethnicities. Invariably, he was kind, courteous and supportive – far beyond the "call of duty" for an elected official.

My first experience with Sheriff Baca came in 1998 before he ran for Sheriff of Los Angeles County. I was a member of the Board of Directors of the American Youth Soccer Organization, Region 214 (South Pasadena). We had organized an area-wide charity dinner to benefit AYSO's program of youth sports. The area stretched from Highland Park to Duarte and from Altadena to El Monte. Over 10,000 young people were enrolled in its program.

The dinner was the kick-off event. Our keynote speaker, a radio talk show celebrity, canceled her appearance at the last second. One of my associates knew Baca and contacted him to appear. He agreed on very short notice and gave a wonderful, inspiring speech to over 250 AYSO parents and supporters. Since then, I have had the privilege of working with him on a number of community events.

He helped organize the first San Marino 4th of July 5k Run which is now the "Blecksmith 5K" held every Independence Day under the auspices of the U.S. Marine Corps to memorialize the late 2d Lt. J.P. Blecksmith who was killed in Fallujah during the Iraq War. Baca attended

380

Honorable Percy Anderson
United States District Court Judge
March 29, 2016
Page 2

and supported multiple efforts to observe Yom Hashoah – the Holocaust. When our Beverly Hills newspaper sponsored a major event for the Beverly Hills Education Foundation, then-Sheriff Baca arranged for tickets for all members of a South Central LA youth charity to attend as guests a live performance of a major Broadway musical at the Pantages Theater.

We often watched a visibly tired Lee Baca appear at events to support everyone he could – he never wanted to disappoint or ignore anyone in any community. In many conversations with Sheriff Baca, we discussed his view of law enforcement. His priority was to do whatever he could to return prisoners to a useful life. We watched as he implemented program after program to educate and improve the lives of inmates so that they could have a real life after incarceration.

We also witnessed first-hand the effective law enforcement of his department. We reside in an area patrolled by the LA County Sheriff. Whenever we saw or dealt with the Sheriff's Department, my family and I were always impressed by the high standard of professionalism and courtesy displayed by the Sheriff's deputies. My wife, children, myself and our neighbors lived much safer because of Lee Baca.

My family, myself and in fact our entire community are deeply saddened by the turn of events that has seen Sheriff Baca plead guilty to the charges against him. The actions for which he was charged are so completely out of character for a life lived devoted to the law.

We believe no one can judge Lee Baca more harshly than he himself does every day. He cares deeply about people, government, the law and improving the lives of the less fortunate. His record of service is otherwise impeccable. That, not the acts for which he has pled guilty, characterizes his life.

If any person is ever entitled to the benefit of the doubt, or for credit for a life lived to the highest standards of public service – with this one exception – it is Lee Baca.

We all know that the scales of justice are scales. Scales are used to balance things. In this case, the "balance" must grant Lee Baca the lightest possible sentence that Your Honor can impose. He most certainly does not deserve incarceration for any period of time.

I respectfully ask the Court to sentence Lee Baca to the lightest sanction possible. To do otherwise, would itself be an injustice.

Respectfully submitted,

Clifton S. Smith, Jr.

381

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES COURTHOUSE
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I have had the honor and pleasure of meeting, knowing and working with SHERIFF LEE BACA on numerous occasions and have found him to be a "man of GREAT integrity, honesty, sincerity and honor". No matter where we meet, he always took the time to speak to and encourage me to do wonderful things for our community. His main focus was and continue to be, doing work to make sure the "underserved and under-represented" have access to opportunities to improve their lives.

Sheriff Baca, created a program within the Los Angeles County Sheriff Department called EDUCATION BASED INCARCERATION (EBI) to give the inmates access to "educational opportunities" while they are incarcerated. He often reminded us that you can "lock an individual up but you cannot lock up their mine". He contacted me to join the EBI team and share my knowledge, experience and abilities with the students. I have been teaching LIFE SKILL CLASSES (Anger Management, Domestic Violence, Substance Abuse and Parenting) for the past 2 ½ years and I have personally seen and experienced numerous inmates (students) change their lives and become "responsible citizens. I see and witness "transformation of lives DAILY. All of these positive and profound results could not and would not be possible without Sheriff Baca vision and commitment to changing lives.

Meeting Sheriff Baca has profoundly changed my life and the way I view people, especially the "correction population. A few of the decisions and accomplishments of Sheriff Baca include but NOT limited to:

1. Selected outside people (like myself) to teach in County Jails which resulted in very positive lowering of recidivism. I personally witness on a daily basis, the positive transformation of inmates (student) lives.
2. # Champion for Emerging Leaders Academy, Merit Continuum - BOTH are programs to assist student (inmates) to "successful re-entry from incarceration to productive lives in our community. And o course, our "renowned Education Based Incarceration (EBI).
3. # Advocate for presenting inmates with formal recognition of graduation with LASD Certificate of Completion.
4. # Commitment to train LASD sworn personnel to become teachers and learners instead of just correction officers,
5. # Fought to change police culture to one of guardian versus warrior mentality. Fostered notion of holistic approach to changing behavior (mind, body and spirit. Lastly Sheriff Baca is a believer in permanent transformation over temporary change of behavior.

Sincerely,

JAMES A SMITH
39th Postmaster, Los Angeles, CA. ,Retired

382

April 14, 2016


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

Re: United States v. Lee Baca


Dear Judge Anderson:

Please allow me to introduce myself. I am Curtis L. Spears, a Retired Chief in the Los Angeles Sheriff's Department; where I proudly served thirty years working with and for Lee Baca. For the last fifteen years, I have lectured thousands of police executives, managers and supervisors from all over the country on "Managing Police Discipline." Now, let me hasten to say, as an African-American; especially given my background and reputation for espousing the importance of honesty, integrity, fairness at all ranks in the police profession, I am deeply aggrieved and disappointed by Lee's moral lapse in the present situation.


Strong ethical leadership is essential in every police organization and Lee Baca knows this. These are the very tenets he has spent his entire forty-five years in law enforcement on. These are the principles he instilled in me and strove to instill in the entire department. This is what makes this case so strange, an anomaly, a moral lapse in judgement that only Lee can explain. Having said that, one misstep does not define the entire journey.


Lee Baca was a visionary. He recognized that law enforcement had to constantly evolve to meet the increasing demands of our citizenry. He understood suspects incarcerated for family violence most often return to the same situations and dedicated resources and manpower on programs to improve coping skills. He recognized that tougher enforcement would not solve our gang problems and redirected resources to prevention and intervention. He recognized mothers being released from custody often experienced difficulty reintegrating with their families and developed a reentry program to assist in the transition.


I could cite many more programs that were implemented under his leadership, but, I would like to tell you a little about Lee Baca, the man. Lee Baca attended my father's wrenching five and a half hour funeral, not because he knew my father, but to support me, his subordinate. Lee was out of town and could not attend my wife's funeral. He returned the next day, sought me out and spent the entire day with me, his subordinate who had been retired seven and a half years.

383

Lee Baca is an honorable man, who suffered an unforgivable moral lapse in judgement. However, knowing the man, I am convinced nothing this court does will punish the man more than he has already punished himself.

I sincerely pray that you consider Lee Baca's entire body of work and his contributions to the law enforcement community and to society when deciding his fate.

Respectfully Submitted,

Curtis L. Spears (Ret. Chief)
323-806-4945

384



**Shawn Steel**

National Committeeman
California Republican Party

P.O. Box 472
Surfside, CA 90743
shawnsteellaw@gmail.com

April 5, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Currently, I serve as the RNC California National Committeeman. From 2001-2003 I served as the Chairman for the California Republican Party.

Sincerely,

Shawn Steel

385



**Shawn Steel**

National Committeeman
California Republican Party

P.O. Box 472
Surfside, CA 90743
shawnsteellaw@gmail.com

April 5, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

When Lee Baca first ran for Sheriff I was impressed with his depth and sincerity. I enthusiastically supported his uphill race against a popular incumbent.

Through my observations over the years I watched Lee bring about a more humane LA Sheriff's department committed to working in high crime neighborhoods. The beat sheriff was no longer known as a stranger involved in gang ridden communities but as a protector of the vulnerable.

Lee Baca exudes the values and decency that all police officials should appreciate.

I do not know all the facts of the present situation, but I am confident that Lee's hands are clean and his motives are good. Lee Baca's contributions to Los Angeles county certainly outweigh a power struggle with federal authorities.

I trust in the quality of Lee Baca's positive contributions during his life to the community will surpass the political charges against him.

Lee Baca is one of the kindest and most decent individuals I have encountered.

Sincerely,

Shawn Steel

386



## INTER-PARLIAMENTARY COALITION FOR GLOBAL ETHICS

100 North Brand Boulevard, Suite 214 Glendale, Ca 91203

(626) 818-4372

April 15, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Eden Stein. I am the Chairman for Global Partnerships for Inter-Parliamentary Coalition for Global Ethics (IPCGE).

IPCGE - The Inter-Parliamentary Coalition for Global Ethics was established in order to achieve global peace and reconciliation in all areas of conflict, in all societies and nations, by promoting the implementation of the UN resolutions on culture and peace. Our Board Members are composed of different Members of Parliaments and other global government officials. We work with the United Nations. (www.ipcge.org)

While my community work takes me to the UN and globally, I am based in Los Angeles and Glendale/Pasadena area and work with other nonprofits locally. I am writing to let you know that I have known Former Sheriff Lee Baca for more than 10 years and have seen his community work in Los Angeles, Pasadena and San Gabriel Valley. He has spoken at many community events —- in human rights and drug education seminars. His community work has inspired many adults to help at risk-youth to change their lives and stop taking drugs.

387

At one drug awareness seminar, Lee was the keynote speaker. In the audience was a high-ranking Chinese official visiting from Beijing, China. After the event, the Chinese official was so inspired and so moved by Mr. Baca's speech that he talked about the drug problems in China. He wanted to set up a drug rehabilitation program in China in coordination with the Chinese government. While this is a long-term on-going project, it would not have happened without Lee's work and good example.

Lee is well loved and respected in the community. He helped unite thousands of religious and community leaders under his umbrella. People came from all walks of life. He put thousands of volunteer hours to inspire people to come together under the name of peace. I think he deserves a medal.

I am asking you to please take this information under consideration for his upcoming trial.

Please don't hesitate to let me know if there is anything I can do. I can be reached at (626) 818-4372. Thank you very much.

Yours sincerely,

**Eden Stein**
Chairman, Global Partnerships, ICPGE
Chair, International Council for Caring Communities (ICCC), UN
VP, We Care for Humanity
Deputy Secretary-General, Asia Pacific Exchange & Cooperation Foundation (APECF)
Board Member, Philippine Institute of Language, Arts & Culture (PILAC)
**Tel #: (626) 818-4372**
email: edenms004@gmail.com

388

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am very pleased to write a character reference for Lee Baca.

I think it's important to let you know I myself am an ex offender and had been locked up in LA County Jail many times, all of which were related to my substance abuse issues. In 2004 I was placed into the Jail Enterprise Unit, a program the then Sheriff Lee Baca had supported. It was through that experience I had found my passion for graphic design, a passion I later tapped into to find a career and a pathway to help others. When I was released to a drug and alcohol treatment program I finally got sober, went to school for graphic design and founded an advertising agency that trained and employed men and women reentering society as well as recovering from addiction.

Shortly after founding that social enterprise I was introduced to Sheriff Baca and he became somewhat of a mentor to me, supporting my own personal growth but also the growth of the program I had started. Lee and I have known each other for 5 years now and during that time I have always been amazed at his level of enthusiasm and genuine care for others. In the time I have known Lee I have personally witnessed him supporting programs in and out of the jail that have helped thousands of men and women. He has effectively parlayed his compassion for others, personal integrity and his ability to see the good in others into successful programs, such as Education Based Incarceration, that is dedicated to helping others recover their passion and discover their purpose.

With out Lee's support I would not have had a guiding light to show me what it looks like to be a good man, friend, family member and business man.

I hope you consider my words as someone who was an inmate and has changed my life and become a contributing member of society because of the wonderful support from not only the programs Lee helped implement but from the man himself in a very personal way.

Sincerely,
John Sullivan

310-794-0437

389

Honorable Percy Anderson                                  June 1, 2016
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012            Regarding:   United States v. Lee Baca

Dear Honorable Judge Anderson:

My name is Richard Sun and I am currently the Vice Mayor of City of San Marino.
Though I do not know all the details of what Baca has done, the fact that Baca
pleaded guilty is an acknowledgement that he had broken the law. Nevertheless, I
would like to ask you to consider all the contributions he has made to our
community before you make decisions as to his sentence. I have known Baca for
more than 25 years. He is trustworthy, compassionate, fair, responsible and
respectable in our community. Baca is also well respected by all Chinese
Americans since he always showed his concern and care about the safety of it. I
also know he spent a great deal of efforts educating prisoners to improve and
transform themselves from within. I understand there are no excuses for the
wrongdoing Baca did, however, no one on earth is perfect. I believe what Baca has
gone through has already taught him a big lesson and his life will never be the
same. Hope you will consider all his good deeds when you make your sentencing
decision. Thank you.

Regards

Richard Sun

Tel: 626-2883358
Richardsun88@msn.com

390

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Mark Tengan
Executive Committee Member
American Clergy Leadership Conference
5571 Huntington Dr North,  Los Angeles CA 90032

Dear Judge Anderson,                                    March 19, 2016

My name is Mark Tengan. I am an Executive committee member of the Christian minister's alliance called the American Clergy Leadership Conference.
I'm writing to respectfully request that Mr. Leroy Baca does not deserve prison time.
As far as I understand, Mr. Baca has great character and is a very dedicated person who has invested his life for the betterment of the county of Los Angeles as a law enforcement officer.
 I have heard him speak many times before. My understanding of him is that Mr. Baca has a great personality and a very dedicated life style. He has influenced many lives.
One time, he mentioned to us about "Gaman" (which means the *adjective* "patience" in Japanese) in his public speech. I really enjoyed the content of his message.  It takes leadership with character to guide and mentor his people.

Many have no idea how difficult the position of Chief Sheriff in the largest Sheriff's department in the world goes through.  Therefore I urge you to consider to give the right sentence for this case.

Thank you for taking the time to read this message.


Rev. Mark Tengan
American Clergy Leadership Conference

391

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Honorable Judge Anderson,

My name is Clyde Terry; I am a 25-year veteran of the Los Angeles County Sheriff's Department, and recently retired Sergeant.  From 1998-2014, I worked under the leadership of Retired Sheriff Lee Baca.

Under Sheriff Baca's leadership, I was witness to his desire, commitment, responsibility and compassion to not only lead, guide and direct the men and women of the Sheriff's Department, Sheriff Baca, freely and eagerly employed those same qualities to serve those individuals, we as law enforcement officers were sworn to taken into custody for their violations of the laws of the land as well as their violations to their fellow man.

Sheriff Baca's vision to create the Education Based incarceration (EBI) Bureau, which encourages successful re-entry of the formally incarcerated back into the community by teaching and rehabilitating them through education in a testament his leadership. His views and philosophies were, for far too long, correctional institutions locked up offenders without making any real effort to give them the knowledge and abilities they need to succeed. Through his vision and leadership, he felt we (as an organization and collective body of leaders) could and had a responsibility to provide academic, vocational, and life-skills training in custody, and by being supportive rather than punitive, will increase the chances they will reintegrate successfully into the community.

In following Mr. Baca's lead, to make a difference in the communities we serve, I founded a community based re-entry program called Emerging Leaders Academy (ELA) June of 2009.

ELA is in partnership with the Los Angeles County Sheriff's Department, Los Angeles Urban League, Goodwill of Southern Los Angeles County, Long Beach Police Department and the Agape International Spiritual Center. ELA is an educational program created to provide life skill components to the participant population: Gang members, "at risk" persons, new contributors (ex-offenders) and community members. ELA is a path to opportunities, providing participants with essential career developmental skills for traditional employment including opportunities behind the scenes in the Film/TV industry. ELA also provides entrepreneurship training and a therapeutic writing workshop, all being alternatives to criminal behavior and violence thereby empowering participants to take a new direction in life.

392

I created the program as the result of the murder of a 7-year old child that was shot and killed along with his father. Mr. Baca's leadership philosophy, "Was when you see something that needs to be done, step up as leaders and do it. If it's legal, moral, ethical and in the overall best interest for the people, I'll support you!"

I can say with all of my heart! If it were not for Mr. Baca, I would be still be living a productive but unfulfilled life-looking for my purpose for BEING here on the planet.

Because of his vision and willingness to color outside the lines of the traditional lock them up and throw away the key philosophy, I was able to access my God given gift to transform lives and communities and ultimately find my purpose in life.

It is my belief, that Mr. Baca, the Government and the community as a whole, would be best served by allowing Mr. Baca to remind in the community, to carry on his work and commitment to empower, uplift and guide the underserved in the Greater Los Angeles County Area.

Sincerely

Clyde L. Terry
Los Angeles County Sheriff Department
Sergeant, Retired
310-901-6576

393

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson

My name is Era Thompson, born 1946, mother to three grown up children, and currently a retired teacher from LAUSD after 12 years of teaching kids with special needs.

I have known Sheriff Lee Baca for over five years, during which I attended many functions he endorsed and was involved with.
I listened to him sharing his life testimony that moved my heart as he experienced and endured many challenges and hardships growing up, and came through it all with an understanding and compassion for people under such circumstances, especially youth at risk.

I remember, years ago, one such gathering in Los Angeles, organized by the Optimist Club, and geared towards providing young people with life resources. Sheriff Baca was the main speaker and his speech was aimed at encouraging and providing practical advice to the youth attending, on how to succeed in life, value education to achieve personal fulfilment and career goals, and contribute to society.
Indeed he was a living example to them of taking personal responsibility and being serious about acquiring education. I was moved by the sincere care and investment he demonstrated towards the young people gathering, making himself available to anyone who wanted to talk to him.

Sheriff Baca also supported interfaith dialogue and cooperation, human rights, and recognition of the importance of good parenting for establishing a healthy community.

Few years ago I participated in a National Parents Day Ceremony, at Pasadena City Hall, Organized by the National Parents Day Coalition,

394

honoring Good parents in the community. Sheriff Baca spoke to the families attending the ceremony about his own experience growing up with his family and moved the heart of the audience, revealing another aspect of the police department that cared for the well being of the community.

In many of the gatherings I attended, where Sheriff Baca spoke, he would address issues concerning inmates' well being, providing them with the education and support they needed to integrate back into society. Sheriff Baca took initiative to solicit and establish successfully a task force of volunteers from different religions and charitable organizations to work with inmates in prison, providing them with education and emotional support.

Over time I got to know Sheriff Baca more personally and felt his care and compassion on a personal level. When he found out I was diagnosed with advanced cancer he conveyed his care and concern each time we met and extended his support to my condition.

Whenever I met Sheriff Baca I felt his sincere care for the wellbeing of people.

Thank you for allowing me to express my observation of Sheriff Baca.

Sincerely

Era Thompson
260 Mockingbird Lane
South Pasadena, CA 91030
erathompson1@gmail.com
626-200-6039

395

**THOMPSON BUILDING MATERIALS**

**ORANGE**

P.O. BOX 5406 • ORANGE, CA 92863-5406 • (714) 637-7373 • Fax (714) 637-7575

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson,

My name is Kenneth R. Thompson, I have been a business owner for over fifty four years. I own eighteen building material locations, which employees over 900 employees throughout the state of California. I have a boxing promotion company, with five World Champions to my credit. I was the President of The World Boxing Hall of Fame for four years, and served as a member of the board for ten years. I am also a Veteran of the United States Army.

I have had the great honor of knowing Sheriff Lee Baca for several years. It is with great pride that I send this statement praising the fine character of the greatest man known to law enforcement. Not only did Sheriff Lee Baca dedicate his life to law enforcement, he also took the time to inspire the youth in the community, which were at the turning point in their lives. I have seen firsthand how Lee has helped to turn around the lives of many young people, and as a result of his guidance they have turned into good citizens and successful men.

I consider Lee to be one of the finest men that I have ever met, the world needs more men like Sheriff Lee Baca. I ask you to consider this great man and all of the betterment that he has provided to the community. Please take into account his great deeds of the past in judging his future. I am hoping for the very best outcome.

Regards,

Kenneth R. Thompson

| ORANGE | DESIGN CENTER | FONTANA | SAN DIEGO | LOMITA | CORONA | WILMINGTON | CAMARILLO |
|---|---|---|---|---|---|---|---|
| 141 WEST TAFT AVE. | 1716 CASE STREET | 11027 CHERRY AVENUE | (Bldg. Materials & Door Division) | 2400 PACIFIC COAST HWY. | (Door Division) | (Stone Division) | 1515 FLYNN ROAD |
| ORANGE, CA 92865 | ORANGE, CA 92865 | FONTANA, CA 92335 | 6618 FEDERAL BLVD. | LOMITA, CA 90717 | 1169 SHERBORN ST., #101 | 1350 W. PACIFIC COAST HWY | CAMARILLO, CA 93012 |
| (714) 637-7373 | (714) 998-9337 | (909) 350-3000 | LEMON GROVE, CA 91945 | (310) 326-5160 | CORONA, CA 92879 | WILMINGTON, CA 90744 | (805) 484-4391 |
| Fax (714) 637-7575 | Fax (714) 921-6601 | Fax (909) 823-8409 | (619) 287-9410 | Fax (310) 539-5860 | (951) 284-2020 | (310) 830-5584 | Fax (805) 484-8037 |
| | | | Fax (619) 287-8423 | | Fax: (951) 284-1400 | Fax (310) 830-4589 | |

396

Lomita Plaster Building Materials
P.O. Box 276
Lomita, CA 90717
310-326-5160

May 16, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I have the honor and the pleasure of writing this letter of recommendation for Mr. Lee Baca, a man whom I consider to be one of the greatest men in law enforcement.

My name is Gilbert Torres and I am the General Manager/Vice President of Lomita Building Materials, I have been with Lomita Building Materials since 1978. During that time I have found Mr. Baca to be very honest and straightforward in his work and his family.

Mr. Baca has always demonstrated a high degree of trustworthiness to the Sheriff's Department and to the obligations of the department, the community, as well as our business.

Lomita Building Materials has an ongoing relationship with the Lomita Sheriff's Department and Mr. Baca. Our company has been involved with numerous community events such as:

Lomita Sheriff's Annual Gang Drug Free Walk, Lomita Sheriff's Annual Challenge Cup Relay, Lomita Sheriff's Annual Golf Classic, and one that is very close to Mr. Baca and myself the Lomita Sheriff Brandon Hinkell Memorial at the Lomita Sheriff Substation.

In closing I am very pleased to have the opportunity of providing a reference for Mr. Lee Baca.

I will be happy to answer any questions you might have about Mr. Baca.

Best Regards,

Gilbert A. Torres

397

Gary P. Townsend
2127 Morgan Hill Dr.
Los Angeles, CA 90064

March 29, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 9012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Gary Townsend. I served in government at the federal, city and county level for over 25 years, the last 20 as Chief Deputy Assessor for L.A. County. I retired when I was 65. I can be contacted by cell phone at 213-458-5200 and my email address is GTown969@gmail.com.

I met Lee in 1993 after he was promoted to Chief Deputy by Sheriff Sherman Block. Lee was everywhere. He attended numerous community meetings and events, representing the Sheriff and the department. He was always a good listener and problem solver. He shared an evolving vision of cooperation and mutual support between law enforcement and communities. The reason I grew to be good friends with him was because he had a generous heart. He tried to assist people he met and help solve their problems, if he could. He was also fun to play golf with though he wasn't as talented a golfer as he was a runner.

We talked when he decide to run for Sheriff in 1997. It was a difficult decision to run against his friend and mentor, Sheriff Sherman Block. With the unfortunate passing of Sherriff Block, Lee ran a good clean campaign, he was elected Sheriff in 1998.

I admired his outreach to the various communities that comprise LA County. There was not a community he ignored. I assisted with the Sheriff's Youth Foundation and there was no bigger supporter than Lee. He also helped develop a Core Value and Mission Statement for officers and deputies to live by. I would like you to consider the impact if every law enforcement professional as well as most government employees at least tried to live by these core values:

398

**Core Values:**

*"As a leader in the Los Angeles County Sheriff's Department, I commit myself to honorably perform my duties with respect for the dignity of all people, integrity to do right and fight wrongs, wisdom to apply common sense and fairness in all I do and courage to stand against racism, sexism, anti-Semitism, homophobia, and bigotry in all its forms.*

**MISSION STATEMENT:**

*"Lead the fight to prevent crime and injustice. Enforce the law fairly and defend the rights of all. Partner with the people we serve to secure and promote safety in our communities.*

He is a good man and was a visionary Sheriff.

I was also President of the Alumni Association at CSULA. Lee, who graduated from there in 1971, never forgot his roots and consistently contributed and gave back to the University.

For all Lee has done as a human being to make this world and our community a better place, I appeal to you Judge Anderson, to consider these positive aspects of Lee's life in determining how you sentence him. He made a mistake, a bad one, but it will not make anyone's life better for him to be locked up in jail. The pain he has experienced from this plea and his actions is very real and it will be with him till he dies.

Please show mercy and compassion when you make your decision. I would be happy to discuss my friend Lee Baca with you.

Sincerely,

Gary Townsend

Honorable Carmen A. Trutanich
515 South Flower Street
42nd Floor
Los Angeles, CA 90071

May 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

      Re:    United States v. Lee Baca

Dear Judge Anderson,

I write this letter in support of my friend of over 35 years, the Honorable Sheriff Leroy Baca, for your consideration in making a judgment as to the sentence the United States of America will impose on Sheriff Baca.

I met Sheriff Baca during the Sheriff term of the Honorable Sherman Block. From the moment we met, I found him to be a man of strong character, integrity and compassion. Lee Baca was different than the hundreds of Deputy Sheriffs I had met during my career as a Los Angeles County Deputy District Attorney. I always believed that it was these qualities that allowed him to rise to head the Los Angeles Sheriff's Department. In the over 35 years I have known the Sheriff, I have never seen the side of his being that gave rise to these charges.

When I ran for the office of Los Angeles City Attorney in 2009, I was proud to receive the Sheriff's endorsement. Prior to giving me his endorsement, he questioned me on my character, integrity, honesty and resolve to serve the public. When I received his endorsement it meant a lot to me because, of all the endorsements I received, his was the only one that questioned the meaning of the role of a public servant. To this day, I am proud of the fact that a man of the Sheriff's character endorsed me. I attribute, in large part, my success in becoming the Los Angeles City Attorney to the public's appreciation of Sheriff Baca's years of selfless public service and popularity transference via his endorsement.

I have, over the years, called upon my friendship with the Sheriff to help others. It was Sheriff Baca, Steve Cooley and me, along with our spouses, that met with Mayor Foster to call upon him to put our current Sheriff, Jim McDonnell, in the position of Long Beach Police Chief after he was passed over for the position of the Chief of the Los Angeles Police Department. The Mayor appointed Sheriff McDonnell largely on the recommendations of Sheriff Baca and the then District Attorney.

Sheriff Baca has served all Angelenos with distinction, reliability and honesty. He has never been embroiled in public scandals or discredit, as so many others who have held public office. In the 15 years he served as Sheriff, and in all his years as a deputy before that, the events giving rise to the charges in this case are an anomaly, and truly not indicative of his service and career, and most probably occurred as a result of a misguided loyalty.

400

Honorable Percy Anderson
May 4, 2016
Page 2


In dint of the foregoing, and in this honorable Court's sense of right, compassion and justice, I ask Your Honor to exercise your wisdom, sense of justice and compassion toward a man who has honorably spent a lifetime giving of himself to others and recognize a life well spent but for this chapter and place the Sheriff on probation to this Court.


Respectfully,

Carmen A. Trutanich


CAT:cmr

401