Michael Zweiback (State Bar No.143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Defendant
**LEROY BACA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>LEROY BACA,<br><br>                  Defendant. | Case No.:  2:16-cr-00066-PA<br><br>***CORRECTED* EXHIBIT D, PAGES 402-436 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION**<br><br>**[PART 6 OF 6]**<br><br>Date:        July 11, 2016<br>Time:        8:30 AM<br>Ctrm: No. 15<br><br>[Exhibit D, Pages 48-114 previously submitted under Notice of Errata filed on 6/21/16] |

/ / /

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I caused a copy of ***CORRECTED EXHIBIT D, PAGES 402-436 TO DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION [PART 6 OF 6]*** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:
Michael Zweiback
michael.zweiback@alston.com

*/s/    Michael Zweiback*
Attorney for LEROY BACA

Joseph Tseng, CPA
150 N. Santa Anita Avenue, Suite 490
Arcadia, CA 91006

April 2, 1016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a certified public accountant since 1983 and have known Lee Baca for approximately 18 years (since 1998). My office is in Arcadia (see address above) and I can be reached at (626) 986-0123.

In addition to practicing as a CPA, I currently serve on the board of CTBC Bank (USA) (formerly Chinatrust Bank USA) as a board director and chairman of the audit committee. I am also a former board member of the California Board of Accountancy appointed by the former governor of California.

Around 1999, I founded LACASA (Los Angeles Chinese-American Sheriff's Advisory)- a nonprofit organization dedicated to educating the local community on public safety issues and building better understanding with law enforcement agencies. With the great support from then Sheriff Lee Baca, LACASA has grown to become a premier nonprofit organization benefitting our community. For example, we have organized numerous public safety seminars, as well as donating scholarship funds to needy students. Each year, our dinner event was attended by 400 to 500 people, including local business owners, judges and former Los Angeles County district attorneys. All this would not have been possible without Lee Baca's unselfish and absolute commitment to the betterment of our community.

I can recall numerous instances where Lee Baca has helped the underserved and our community without reservation despite how busy his workload is. Obviously, I can't list all of them here. However, if called upon, I will speak without hesitation for Lee Baca's great character, kindness, generosity, dedication and willingness to help those who are in need.

Sincerely,

Joseph Tseng

402



## FAITHFUL CENTRAL
### BIBLE CHURCH

March 23, 2016

Honorable Judge Percy Anderson
United States District Judge
United Court House
312 North Spring Street, Court Room 15
Los Angeles, CA  90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I am Bishop Kenneth C. Ulmer, Senior Pastor of Faithful Central Bible Church, 333 W. Florence Avenue in Inglewood and a citizen of Los Angeles for over 40 years.

It is with great pleasure that write this missive in support of my friend, Sheriff Lee Baca. I have known Lee for over 15 years. Our church purchased the Great Western Forum in 2000 and due to several mutual friends Lee and I began to cross paths on many civic occasions. After learning we both were former Marines we developed a bond of mutual affection and respect for one another and a friendship that would not be measured by the frequency of our communication but by the depth of our respect and appreciation for one another throughout the years.

Lee impressed me most in his "unofficial" capacity as a man who loves his community and who has a passion to see Los Angeles continue to become the great city that it is. Beyond his post as county official, beyond his activities during political seasons, beyond his role a public figure, I know this man as a compassionate, sensitive personality whose love, respect and interest in the welfare of others was not tied to the belt he wore, the ribbons on his chest or the bars on his collar but, that grew out of a genuine interest in the welfare and productivity of others.

Lee has become a regular worshiper at our church. As pastor of a growing prominent congregation in Southern California, I place the emphasis on "regular" and on "worshiper". Unlike so very many of his political colleagues, we see Lee "in between" election seasons! Most politicians make the rounds visiting urban churches when they are seeking votes and community support, but Lee comes not only to our major events such as Easter, New Years Eve and other holidays, but we call him and his wife an "auxiliary members" because of the frequency with which they attend our services. More important, however, is that he does not come to spectate, campaign or court political support – he comes to worship. I am often surprised when we meet after service in my office and he is able to quote back to me so many of the items I spoke of in my messages, indicating how relevant and applicable they were to his life! I often smile, because when you do three services on Sunday at my age (68) — sometimes I don't remember what I have said myself. He is not only an attender, he is a worshiper, often swaying to the rhythms of the music, or meditating during prayer times, or meeting and greeting others during our times of fellowship.

### Building Champions For Divine Deployment

333 West Florence Avenue  •  Inglewood, California 90301  •  P: 310-330-8000  •  F: 310-330-8035
info@faithfulcentral.com  •  www.faithfulcentral.com

403

Page 2 of 2

Most of all I know Lee as a man of integrity. He is an example of the truth that integrity is not a demonstration of perfection rather it is consistent striving for wholeness and right-ness in spite of imperfections. I know Lee Baca as a good man; a man worthy of commendation; a man worthy of reconciliation; a man worthy of grace and mercy.

It is with great honor and sincere humility that I commend to you my friend, Sheriff Lee Baca.

Sincerely,

Kenneth C. Ulmer, D.Min., Ph.D.
Senior Pastor
Faithful Central Bible Church



404



April 12, 2016


The Honorable Percy Anderson
**UNITED STATES DISTRICT COURT JUDGE**
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

When I first met Lee Baca over twenty-five years ago he was the highest-ranking Latino in the Los Angeles Sheriff Department. I was introduced to him and I thought I was meeting a college professor. He was thoughtful and expressive with his ideas. It didn't appear to me that he was in law enforcement, let alone a high ranking officer in the department. He spoke about better training for his deputies and it wasn't about making laws tougher, it was about treating inmates better. He often stated that inmates would benefit more if they were educated and given reading and writing skills and even computer classes. He felt that this would help to make them contributing members of society when they eventually left the system, rather than have them get recycled again into a dead end future.

I have always had respect for him as a public servant and gratitude for a warm friendship extended. I worked closely with him during his first campaign for sheriff, serving as his treasurer. During those months I was able to experience his defined sense of ethics and respect for propriety in all forms. He always demonstrated the highest respect for Sheriff Sherman Block. He never bad-mouthed him and always spoke highly of him. Lee never compromised his values and ethics. When dealing with people, he always made them feel special and welcomed.

Someone at a banquet in honor of Lee's successful outcome as sheriff shouted out if it was possible for Lee to fix his ticket, and Lee responded," No, but I'll pay for it." I've been a supporter of numerous elected officials for over thirty years and Lee Baca was the only one who <u>never</u> let me pay for his breakfast, lunch or dinner; it was always dutch treat or he would pay; there are only two others who have actually bought me a meal. This speaks to his sense of keeping things above board. I always saw Lee as a man of integrity, honesty, and someone who always wanted to do the right thing all the time. I am proud to call him my friend and I'm very proud for him for all he has accomplished. He has been one of the pillars of his community.

His chief goal in running for sheriff was to serve with honor and diligence for the sake of the office, the public and his fellow law enforcement officers. As far as I have witnessed he has continued to keep that vision alive.

Very truly yours,

LUIS C. VALENZUELA
Executive Vice President


**M + D PROPERTIES**

3100 E. Imperial Highway Lynwood, CA 90262  /  Tel.310.631.6789  /  Fax.310.631.1645


405

## VALVERDE CONSTRUCTION, INC.

*General Engineering Contractors*
License No. 276469
10918 SHOEMAKER AVE.
SANTA FE SPRINGS, CA 90670
(562) 906-1826 • FAX: (562) 906-1918

April 4, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

My name is Joe A. Valverde, and I have been the President/Owner of Valverde Construction, Inc. in the state of California for 44 years.

I have known Leroy "Lee" Baca for 32 years. I have known him to be of good character and an active and positive member of the community.

He was instrumental in allowing a Youth Center to be built at the Star Center Facility, a property of the Los Angeles County Sheriff's Department. Without his tireless support and involvement, the project would have never happened. The program is designed to give young people up to 17 years of age and younger an alternative lifestyle in lieu of gangs and other criminal activities.

I had the pleasure of working beside Lee through the period of planning, fund-raising, building and grand opening of that facility which serves the youth of our community. There will never be enough thanks given Lee Baca for his dedication and enthusiasm toward this program.
He has been an outstanding supporter of youth, sports and education programs to assist the underprivileged.

I would welcome any questions or requests for information regarding Lee Baca that you may have in addition to my letter.

Best Wishes
VALVERDE CONSTRUCTION, INC.

Joe A. Valverde
President
(562) 906-1826
joev@valverdeconst.com

406



801 South Grand Ave., Suite 400
Los Angeles, CA 90017
Ph. (213) 873-1700
Fax (213) 873-1777

www.vasquezcpa.com

OFFICE LOCATIONS:
Los Angeles
Sacramento

February 22, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear Judge Anderson:

As Managing Partner of Vasquez & Company LLP, past President of the California Board of Accountancy, former Founding Director of the 1984 Olympic Organizing Committee, present Chairman of the Los Angeles Latino Chamber of Commerce and a Board Director of numerous for-profit and non-profit Boards, I write without reservation, qualification or hesitation and ask that favorable consideration be given to Mr. Lee Baca.

I have known Mr. Baca for more than 25 years. I have served with him as a Director of the YMCA of Metropolitan Los Angeles. In the time that I have been associated with him, I have known Mr. Baca to have been an honest, community-minded individual who exhibited high ideals and standards. I was particularly impressed by his activism and contribution to the underserved communities of southern California. His work and involvement in the East Los Angeles Community and as Director of the YMCA underscores this.

I believe Mr. Baca to be an outstanding citizen of our community deserving recognition and credit for his past accomplishments and contributions.

It is therefore respectfully requested that Mr. Baca be given any favorable consideration you may grant him.

Thank you for your time and consideration.

Sincerely,

Gilbert R. Vasquez, CPA



McGladrey Alliance is a premier affiliation of independent accounting and consulting firms. McGladrey Alliance member firms maintain their respective names, autonomy and independence and are responsible for their own client fee arrangements, delivery of services and maintenance of client relationships.



407



# SOUTHWESTERN ACADEMY

2800 Monterey Road,
San Marino, California 91108
626.799.5010

Beaver Creek Ranch Campus
Rimrock, Arizona 86335
928.567.4581

fax: 626.799.0407
www.southwesternacademy.edu

April 30, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Regarding:   United States v. Lee Baca

Dear Judge Anderson:

Our college prep school has been in San Marino 92 years, since this was ranch country. I have taught here all my career, serving now as the school's Headmaster. About 1970, I was invited to join San Marino's Rotary Club, though I must have been thirty years younger than other members. As a Rotarian came a duty to interview ten or twelve applicants for a Rotary "Group Study Exchange," sending 25-40 year old career workers for a month elsewhere to observe their professional field. In this exchange, the field was public safety, exchanging with police in cities north of London. Our screening spent several evenings reading applications, then interviewing men and women eager to go to England. One candidate stood high above the others, a fairly new deputy sheriff whose poise, professionalism, dedication to public service, and particularly whose sincerity in wanting to help others shone brightly. (I pulled my old file; I'm saddened to note the other Rotarian-members are long deceased.)

Lee Baca was our choice for the Exchange to England. On his return he spoke to the Rotarians and to our students about his experience and how it related to his desire to serve others. Lee had a full head of hair back then, though in most other respects he doesn't seem to have changed, maintaining a youthful body as well as young attitude. He joined San Marino Rotary months later, attending when his service with the County Sheriff's Department placed him close enough to come to meetings, taking a leave when his duties carried him elsewhere in the county. I sat with him at lunches when he came to Rotary, always impressed by his intellectual curiosity and breadth of interests, and impressed more by his philosophies of seeking peaceful communities and countries through conflict avoidance.

Several times a school year Lee Baca has spoken to - better, spoken *with*, for he listens and discusses rather than lectures – our bright group of international prep students and with gatherings of adults. Each time I've heard him, I'm impressed with him anew. He lives a mile from our campus. We've been on his morning running route, and often on his driving route to different job assignments. For these forty-plus years, he frequently stops for some water, or drives past my office, bringing a greeting, a smile, and most of all a sincere question about how I am, how is the school, how are the students.

I've supported Lee Baca with my vote at elections, but I've never socialized nor received favors from him. I know nothing other than media reports about his service as Sheriff. I do know that Lee Baca is a remarkable person with a strong intellect as well as a firm moral conviction. I am proud to be his friend.

Kenneth Veronda, Headmaster

Voice:  626-799-5010 x202
Headmaster@SouthwesternAcademy.edu

408



**FINANCIAL INSURANCE SERVICES**

◆ ◆ ◆

44824 Cedar Avenue, Lancaster, CA 93534-3213
PO Box 5570, Lancaster, CA 93539-5570
(661) 945-3494    Fax (661) 940-5404
Toll-Free: (866) 945-3494    Fax (866) 940-5404
License Number 0E28825

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter in support of former Los Angeles County Sheriff Lee Baca. I have known Lee for many years and have been good friends since we were introduced in the late 1980s by a mutual friend, Matthew Fong, who later became State Treasurer of the State of California. I myself have been very active politically in the State of California, as well as in the Antelope Valley, and through all my political activities, I came to know Lee through various activities and fundraising events, especially those that involved law enforcement. In my opinion and at all times that I have had interaction with Lee, it has always been positive in nature and his demeanor has always shown that he is concerned about the safety of the citizens that he serves.

After hearing of the problems that had occurred in Los Angeles County, I felt a sense of sadness that Lee had become embroiled in that situation. I am sure all of us have found ourselves at times in our lives where we have made bad choices, but I truly believe the underlying choice that was made was not malicious. I personally believe Lee to be a kind and compassionate man who wanted to protect the citizens of the community. It is for this reason that I am writing this letter in hopes that you may grant Mr. Baca leniency at his upcoming sentencing.

I may be reached by telephone at my office at (661) 945-3494 or my cell at (661) 433-2394. I am most appreciative of your consideration and may God bless you.

Yours truly,

Frank Visco

409

ELAINE BACA WAGNER
24742 Glenwood Drive
Lake Forest, CA  92630
(949) 584-4724

April 3, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca all his life, because I am his sister.  I was the first child born to our parents in December, 1940 and Lee was the second child born approximately 18 months later.

As far back as I can remember my bother at a very young age wanted his life to have meaning. Therefore he chose to dedicate his life to serving his country and community.  This was not an easy choice, because our family did not have the financial means to support his aspirations.  This did not deter Lee.

To serve his country he joined the Marines and served honorably.  Next, joining the Los Angeles County Sherriff Department as a lifetime career was a logical choice for Lee.  This was his chance to serve his community and well he did for approximately 49 years.

I know my brother.  I know his life, his traits and his character.  "Do the right thing" would be his mantra. I have never known him to be deceitful, dishonest or mean hearted.  Actually, for years the media and press referred to him as the "Zen Sherriff".  He is a pacifist by nature and yet he chose a career within law enforcement in order to bring dignity and humanity to those that break the law and to those that serve with him.

I am respectfully submitting this letter with the hope that you will give due consideration to the significant number of years he has served and the numerous contributions he has made to the Los Angeles County Sherriff Department as a result of his dedication and leadership .

Very truly yours,

Elaine Baca Wagner

410



**C H AUTO**
**PRO SHARP CORP.**
中 華 汽 車

March 31, 2016

Re: United States v. Lee Baca

Dear Judge Percy Anderson:

My name is James Wang, President of CH Auto in the city of Rosemead.

I have known retired Sheriff Lee Baca for 18 years. I know him to be a community-minded and heart-centered public official in his capacity as Sheriff.

When I was part of the advisory team of the Lincoln Training Center (LTC), Lee was actively supporting this humanitarian organization. The LTC provides workforce training for individuals with developmental disabilities to foster independent living. LTC also seeks employment for their trainees.

Lee is very approachable and more concerned for others than himself. Ten years ago, I was embroiled in a legal battle and every public official who I approached ignored me. It was only Lee who listened to me and referred me to the local Bar Association. He cares and he is a friend.

I believe that our community would not benefit by subjecting Lee to harsh punishment. Many community projects need his continued support. Judge Anderson, we hope you will take all that into consideration.

Sincerely,

James Wang

Jimwang8@pacbell.com

## The Honorable

## *Diane E. Watson*

### U.S. Congresswoman (ret.)

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson,

As a Retired US Ambassador, Congresswoman, Senator and former LAUSD Board official, I have represented the interest of the Los Angeles community and Americans at large for over 35 years, both locally and federally. A Los Angeles native; I graduated from Susan Miller Dorsey High School,  received an Associate of Arts degree from Los Angeles City College, a B.A. in Education from the University of California, Los Angeles. I later earned a Master's degree in School Psychology from California State University and a Ph.D. in Education Administration from Claremont College Graduate University. Throughout my years in public office; I established a reputation as a diligent and passionate legislator concerned with improving the plight of women and children—especially those living in poverty. My diverse legislative interests included Welfare Reform, Civil rights, Foreign Aid for African nations facing the HIV/AIDS crisis, and improving Health care and Education.

As a member of the L.A Board of Education from 1975 to 1978, as the first African American female to serve, I was an outspoken advocate of desegregating Los Angeles public schools and won a seat in 1978 to serve in the California Senate, as the first African–American woman. In 1998, I was nominated as U.S. Ambassador to the Federated States of Micronesia, by President William J. Clinton.

412

I was elected to Congress in 2001; I called attention to the plight of impoverished Americans and minorities. Building upon my work in the state legislature, I proposed "commonsense" welfare reform which included federal reauthorization of the Temporary Assistance for Needy Families program to provide education, childcare, job training, and employment to welfare recipients by granting states the ability to manage their own welfare programs. A consistent supporter of increased funding for Head Start, as a member of Congress I also lobbied for federal assistance to combat gang violence and to protect at-risk youths.

I strongly support Lee Baca because he became a close friend while we both were running for our respective offices. He would often say; "who would believe that a boy named Leroy, could ever become sheriff!" He knew the challenges in the community and could keenly relate to them. His experiences, in the neighborhood of his childhood, which he overcame, prepared him well to handle the duties of his office. I found him dedicated and very supportive of those who were sworn to, "Protect and Serve!"

Sincerely yours,

Sincerely,

Diane E. Watson
U.S Congresswoman (ret.)
#323-291-1250
E: Honorabledianewatson@gmail.com

413

# RICHARD WEINTRAUB

April 6, 2016

Honorable Percy Anderson
U.S. District Court
Judge U.S. Courthouse
312North Spring St.
Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

It is without reservation that I submit this letter of support for Sheriff Lee Baca. Thirty-five years ago a young deputy walked into my office at the Constitutional Rights Foundation and asked me for help in creating a Student and the Law class. In August, 2000, when I was Director of the Jewish Federation Council he asked me to join the Los Angeles County Sheriff's Department as his Director of Education and Professional Development. Working with him and at LASD was the best decision I ever made.

The Deputy Leadership Institute, LASD University, Emerging Leaders Academy, MERIT Continuum and Education Based Incarceration were his brainchild and part of his vision for a more humane law enforcement agency. These programs have been recognized

414

nationally and internationally and have resulted in a dramatic reduction in the recidivism rate. These innovative programs have stood the test of time.

Sheriff Baca has the mind of a Visionary, the body of an Athlete and the spirit of a Righteous Man. He is recognized as a world leader, spiritual teacher, a mentor to thousands and my friend.

I appeal to you to consider leniency and forgiveness for a man who has done so much for the homeless, dis-enfranchised, incarcerated and the people who wear the uniform and for the civilian staff who will always consider him a hero and a man of honor.

Thank you for your consideration. If you require additional information please call me at 562-522-6410 or email psyspiritt@aol.com

Richard Weintraub

415

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Steve Whitmore. I am a 65-year-old Caucasian with two grown sons that are the by-product of a 28-year-long marriage.

I have known, worked with, and for Sheriff Lee Baca for more than 14 years. He was my boss. And to this day, he is by far the best boss I've ever had. In my capacity as his senior most press advisor and speechwriter, I knew him well.

His accomplishments are many and will have a long-lasting, positive affect on Los Angeles County. Whether it be the Hall of Justice project - which by the way, he was ridiculed for wanting to preserve the building in the beginning of his quest to restore it to its former glory. And now that dream is a reality where the Los Angeles County District Attorney and the Sheriff's Department are housed in a fully functional, architectural marvel forever to be an example of Los Angeles' glorious past. Make no mistake about it, the Hall of Justice would not exist as it does today without the steadfast leadership of Sheriff Baca.

Furthermore, his positive and pioneering mark on law enforcement reaches far beyond our great county here in Los Angeles. He created the Office of Independent Review - consisting of independent attorneys specifically schooled in rooting out law enforcement corruption and making it right - which by the way has become a nationwide model for law enforcement oversight. He was the first in local law enforcement to develop a plan for the homeless. In fact, he created and pulled together the first homeless summit in Los Angeles back in the early 2000s which caught the eye of the Los Angeles Times editorial board that ran an editorial applauding the sheriff for his innovative and groundbreaking efforts to get the homeless into suitable housing and respectable jobs. His ideas were and are honorable. They also work.

Then there is the Los Angeles County Jail system, which is the real irony of this story. No man or woman, in law enforcement or out, has spent their life's work trying to give inmates a real chance of a life worth living.

Whether it be a specially designed jail unit for pregnant women, where mothers can bond with their infant children. Or a separate unit for jailed veterans, where military trauma becomes military strength.

Or maybe when Sheriff Baca allowed condoms to be distributed to gay inmates housed in a safe, secure environment where they would not be victimized by sexual predators; a first-such program in the nation.

416

Sheriff Baca wanted inmates to succeed in life and believed jail should be the first step, not the last. He believed jail should be a place to educate inmates; whether through domestic violence classes where violent, rival gang members sat next to each other, breaking bread, as they say, learning how to work a problem toward a peaceful resolution. And the recidivism rate for graduates of this pioneering program dropped dramatically. Again, an idea that worked.

Sheriff Baca personally handed out high school diplomas. He spoke at the graduation ceremonies. Sheriff Baca cares about those that society does not.

Sheriff Lee Baca is committed to the notion that an educated population is a safer population. This commitment resulted in a new approach to housing inmates together in a new division entitled Education-based Incarceration.

I know something about this because I too am an alumni of the Los Angeles jail system. I was an inmate in the very same county jail that the Sheriff eventually was responsible.

You see, I am a sober alcoholic. I haven't had a drink since October 16, 1977. When I was drinking I got into trouble and would end up in jail. When Sheriff Baca hired me, he was aware of my past but it did not dissuade him. The past is the past, he used to say. It's what we do today that matters.

It must be noted here that prior to Sheriff Baca hiring me, I had a successful career as a journalist in print, radio and television.

As such, I loved my career as a journalist. I hold deeply the right of the American citizenry to know what its leaders are doing and how they're doing it. In other words, the journey is as important as the destination.

Which brings me to this final thought: This letter is designed as a character reference to perhaps gain some insight into Leroy David Baca; to advance his character forward. Sheriff Baca doesn't need me to advance his character forward because his character is already advanced.

If it is decided to place Sheriff Baca behind bars, the inmates will be the better for it. But I believe the Sheriff should not receive any jail time. He's already plead guilty to a felony. He is stained for the rest of his life. Jail adds nothing but an appeasement to the special interests. The only special interest here should be judicial.

Allow the Sheriff to continue his journey doing what he does best: Serving people. All the people. All the time.

Thank you for our consideration.

Steve Whitmore
Senior Media Advisor/Speechwriter/Spokesman
Los Angeles County Sheriff's Department
2000-2015
Retired

417

# GARY WINNICK

9355 WILSHIRE BOULEVARD · 4TH FLOOR · BEVERLY HILLS · CALIFORNIA 90210

(310) 499-5400

March 7, 2016

The Honorable Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I am writing in regard to the upcoming sentencing for Leroy D. Baca, Former Sheriff of the County of Los Angeles.

I have been a businessman and philanthropist in Los Angeles for over 35 years and I am privileged to have been acquainted with Mr. Baca for 25 of those years. On numerous occasions, I have had the honor to interact with Mr. Baca at several philanthropic activities, ranging from providing gift baskets to needy families to working with at-risk youth.

While I firmly believe that no one is above the law, and that adherence to the law is required regardless of position or stature, I hope the Court, in considering a plea agreement and imposing a sentence, will take into account Mr. Baca's extraordinary contributions and his ability to contribute again at a high level to the city of Los Angeles. I support Mr. Baca and urge you to grant clemency to him.

Mr. Baca has lived his life devoted to public service, and over his long and esteemed career has demonstrated outstanding leadership and loyalty. My wife Karen and I hold nothing but the highest regard for Mr. Baca personally, as well as for his law enforcement service. It is no small task to manage the largest Sheriff's office in the United States, the largest local jail system, as well as protection for the largest court system in the country.

Despite his legal troubles, I pray that he will one day again be able to regain his place in this city's leadership. My earnest hope is that you will strongly consider the breadth and depth of Mr. Baca's work contributions, both in and out of uniform, in deciding not to incarcerate him. Should that be your decision, I am fully confident that Mr. Baca will continue, stronger than ever, to have a positive impact on our society.

He has given much to this city, and has much to give. In view of his past, current and future service, I very much hope that he is not given a sentence of imprisonment.

I thank you for considering this recommendation.

Respectfully,

418

March 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

    Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Matt Wollman and I have known retired Sheriff Leroy (Lee) Baca for the past 14 years.

Following a 25-year entrepreneurial career in the medical and consumer products arena, and after the successful sale of multiple companies that directed thousands of workers across the globe, I elected in 1999 to dedicate my 40's and 50's to public service.

In 1999, I began serving the Los Angeles Police Department as a specialist reserve working my way to the title of Counter Terrorism Community Information Specialist.  This designation followed more than two years of training by multiple law enforcement agencies at the local, state and federal level.  My primary focus was the training of police officers and infrastructure security personnel (oil companies, high-rise office complexes, critical sites) on matters concerning "pre-incident indicators."

In 2005, after completing the Los Angeles County Sheriff's Department (LASD) academy, I was sworn in as a reserve deputy sheriff after being recruited by then LASD Chief, now Orange County Sheriff, Sandra Hutchens. My duty began with assignments in the field, mostly focused on training executive staff on matters concerning terrorism. Following a short stint at the Training Bureau to "train the trainers," I was reassigned to the Emergency Operations Bureau (EOB) to develop an international outreach program which would serve as liaison to the more than 100 consulates in the Los Angeles County area. It was here at EOB that I began to work together with Sheriff Baca, first by reporting on my activities but soon thereafter taking on special assignments pertaining to Departmental activities, including information sharing, cross training with outside agencies, inter-agency cooperation, intergovernmental affairs, and the like.

My work and cooperation with Mr Baca brought me in close proximity to him over time, and I often accompanied him to official conferences, meetings on Capitol Hill, visits to Interpol, etc. The nature of our relationship was always focused on Department business.  Our frequent discussions, philosophical exchanges, agreements and disagreements always reflected the highest degree of integrity and respect. Our relationship was underpinned by a professional and

419

mutually agreed upon code of conduct. Our paths never led to a movie night, shared ball game or social meal.  Every single interaction, any there were many, focused on the Department and the Sheriff's tireless campaign to build better community policing partnerships and a better LASD.

Lee Baca made "trust" a hallmark of his term in office.  His contributions to the communities he served over the course of 49 years are substantially based upon the public trust he engendered among his constituents. He has been recognized by many for ensuring that this trust never be violated, and for always seeking to protect the community, including those who may otherwise be neglected due to extreme poverty, racial or religious bias, or other forms of bigotry. As a professional who has consulted and advised dozens of foreign governments on policing matters, and the author of my own book, *Moving Toward the Future of Policing* (RAND, 2010), I can attest that the single largest budget item within any law enforcement entity is its labor force. Managing that force and penetrating the psyche of police officers for the purpose of re-educating their mind-set is a most difficult task, and something that he focused on daily.

Lee Baca's compassion, and deep care for the community at large as evidenced by his more than 20 outreach council's (minority, religious, ethnic, etc.), combined with his tireless visits to church groups, community meetings and international day celebrations, are a testament to his authenticity. Particularly well-regarded for his approach to the Muslim population in the years following 9/11, the Sheriff was recognized by the highest echelons of the U.S. government who called upon him to roll out programs that served as examplars for countering violence and radical extremism throughout the country. Lee Baca's work in this area has also been recognized and implemented by governments throughout the European Union and the western world.

My close observations of Mr Baca during meetings of national and international importance were often accompanied by a profound consensus that he was amongst the most highly esteemed and respected, earning him the designation of "Sheriff of the Year" in 2013 from the National Sheriff's Association. The first law enforcement leader to host national police chiefs from Muslim nations along with their western counterparts, supported by members of the President Obama's administration, from the White House staff to Cabinet officials.

Not to be trite, but, recognition by his peers was the direct result of his verbal and written contributions to the law enforcement community and solid command over the values that were and I believe are, his core competency. Through his example Mr Baca taught me many lessons that I am grateful to him for.  I am proud to have been able to serve his office and humbled by the integrity with which he held it. Never indulging in personal comfort, and never putting himself above or in front of others, he is the one who will open doors for others, avoid the appearance and tradition of those creature comforts that his title afforded while demonstrating the humility few politicians have the personal discipline to maintain.

Thank you for the opportunity to provide these comments to the court. If I may be of further assistance, please do not hesitate to call upon me.

420

Sincerely yours,

Matt J. Wollman
10877 Wilshire Boulevard, Suite 101
Los Angeles, California 90024
matt@wollmans.com
(213) 327-9777 M
(310) 440-8585 D



**Rabbi**
David Wolpe

**Rabbi**
Nicole Guzik

**Rabbi**
Jason Fruithandler

**Rabbi**
Erez Sherman

**Rabbi Emeritus**
Zvi Dershowitz

**Cantor**
Marcus Feldman

**Cantor Emeritus**
Joseph D. Gole

**Ritual Director**
Ralph R. Resnick

**Executive Director**
Howard Lesner

**Sinai Akiba Academy**
**Head of School**
Dr. Sarah Shulkind

**Headmaster Emeritus**
Rabbi Laurence Scheindlin

**Religious School Director**
Danielle Kassin

**Douglas Early Childhood**
**Center Director**
Tracy Schatz

**Organist-Choir Director**
Aryell Cohen

**President**
Joseph Gabbaian

**Vice Presidents**
**Administration**
Leslie Wachtel

**Development**
Jackie Ahdout

**Education**
Angela Maddahi

**Finance**
Robert E. Strauss

**Membership**
Mehrzad R. Roshan

**Ritual**
David Matloob

**Social Action & Programming**
Jamie Berman

**General Counsel &**
**Corporate Secretary**
Michael Bordy

**Treasurer**
Nahum Lainer

**Assistant Secretaries**
Kambiz Hekmat
Cary B. Lerman

**Immediate Past President**
Joel Weinstein

April 7, 2016

Dear Judge Andersen,

I am Rabbi of Sinai Temple in Los Angeles. Over the years I have had intermittent contact with Lee Baca both in official and personal contexts. Professionally, he has been a leader in interreligious relationships, attending our services and showing great courage in his insistence on embracing all faiths. When some members of my community challenged him on the legitimacy of Islam, he spoke firmly and respectfully to them. His principled stand took on greater authority as a law enforcement official, and because they knew of his devotion to Israel and the Jewish community. As a result he is admired by our community.

Personally I have had the opportunity to share meals with Lee Baca both on public occasions and in private settings. I have turned to him for counsel on questions about my congregation and the community. Once when I had an issue with a prominent member he offered to intervene and help – an offer that was fortunately not necessary but is characteristic of his willingness to help his friends and stick his neck out.

In brief, I have come to know Sherriff Baca as a man of generosity and integrity, of communal embrace and personal goodness. I am very happy to elaborate on this or to offer any other thoughts should you wish.

Sincerely,

Rabbi David Wolpe

**SINAI TEMPLE**  10400 Wilshire Boulevard, Los Angeles, CA 90024-4602 • tel 310-474-1518 fax 310-474-6801 http://www.sinaitemple.org

422

April 8, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Dennis Wong, a resident of the Los Angeles area for over 30 years. I'm an entrepreneur and local business owner. I have had the pleasure of knowing former L.A. County Sheriff Lee Baca for the past six years. I'm writing this letter to share just a few of the many examples of Lee's upstanding character.

In 2010 I had an opportunity to meet Sheriff Baca at the grand opening of my good friend's business in downtown LA. To be honest, I didn't really care much that Sheriff Baca was attending, and I was mainly there to support my friend. Having seen Lee on television and heard his voice on the radio over the years prior, I could only imagine what someone in his role would be like: A stone-cold lawman that likely used power and ego during his relentless pursuit to the top of the LA Sheriff's Department. Something out of the movies.

When I finally had a chance to converse with Sheriff Baca, I was struck by his very humble, authentic and genuine demeanor. We bonded over our love for health and fitness. As an avid cyclist and owner of a health company, I found many similarities in our lifestyles and beliefs. His dedication to practicing and promoting a healthy lifestyle continues to inspire me to this day.

Our first interaction was brief, but it was meaningful. It shined a light on a public figure who really cared for not just me, but each individual of the community. When we spoke - and I am confident that anybody who has met Lee can attest to this - there were no barriers, no social formalities or constructs that needed to be met. His manner was warm and welcoming and he spoke to me not as a "Sheriff," but as a peer. I found words were profound and immediately I knew there was great depth to his character.

Over the next six years I became good friends with Lee and his wife and I never saw him waiver as a crusader of justice. I saw him do everything in his power to make LA a better place for all. No "win" was too small. He was proud of his team and each of their achievements. After each get together, I would always leave inspired and wanting to do *more* to make a positive impact on the lives of those around the world.

One moment that I found memorable and defined Lee's character for me was during one of our earlier get-togethers when I asked him, *"How do you handle adversity?"*

1

423

424

His answer will forever stay with me: *because of my upbringing and watching the struggles each day that my mentally disabled uncle had to deal with, I am all the more thankful for what I have.*

*There is never any benefit in expressing negative emotions. We all have the resources and ability to live a wonderful life, we just need to make the choice to.*

*There is no adversity too high."*

It is no surprise that he dedicated himself to servitude for so long. What *did* come as a surprise to me was the courage and resolve that he maintained when he spoke of his day-to-day. Here was a man who met with the grit and grime of Los Angeles on the regular, yet still maintains a hope for the city to be better. To me, he was a beacon of light.

The Lee Baca I know is a leader and a great teacher. He lights up at an opportunity to speak about his fellow man, and his top priority was to protect and preserve. Lee is a man who loved his career as a public servant, continues to take the time to engage with humble men as myself and wakes up, each day to run, rain or shine, 6 miles. These instances are indicative of his warm heart and gentle demeanor.

Please accept this letter as a testament to the character of Lee Baca.

Thank you,

Dennis Wong
dwong@mail.com
626-622-6886

2

Judge Percy Anderson March 30, 2016
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

**Re: Sheriff Lee Baca**

Dear Judge Anderson,

Please let me introduce myself.  My name is Susan Woo and I am a managing partner of the Green City Group which is a swimwear manufacturing company located in Temple City, California. Green City Group is a local employer which provides jobs to approximately 200 workers. I also serve as a board member of the Arcadia Methodist Hospital Foundation and the Dean's Advisory Board for the College of Business and Economics at California State University, Los Angeles.  I am also a close friend of former Los Angeles County Sheriff Lee Baca and his wife Carol.

I recently learned that Mr. Baca has encountered legal issues that have resulted in a plea agreement that is pending your review.  It saddened me to hear this, because the Lee Baca I have known for so many years has been a pillar of the community and a dedicated, hard-working public servant.  It is my hope that this unfortunate event will be addressed in view of the numerous accomplishments that Lee has achieved on behalf of our community over his many years of public service. I hope you will take a moment to consider my thoughts on this issue.

I first met Sheriff Baca and his wife Carol during a visit to Hong Kong in 1998. I was there on business when I was introduced to Lee and Carol by mutual friends. Carol and I grew to be close friends after our return to the United States. I was invited by Carol to attend many events with Lee and her. I also had the honor of meeting Lee's father and Lee's children. I know Lee personally and can attest to his good character.

I know Lee to be a man of honesty and integrity. Lee cares about the community he works and lives in and can always be depended on to support local charitable activities. Lee is a good listener and a patient man, especially with young people. I have often observed Lee sharing his own childhood experiences with young people while also patiently listening to their situations. He mentors young people and encourages them to set goals in their lives. Personally, I am grateful to him for the time he dedicated to mentoring my daughter Stephanie.

Stephanie, as is often typical with young people at the age, experienced a rebellious period during her teenage years.   I was a single mother, caring for my parents and also an only child. It was difficult and challenging time in my life. Lee learned about Stephanie's issues and approached me and offered to help.  Lee and his wife Carol spent time with Stephanie helping to mentor and providing role models for her.  Today Stephanie is a successful young lady who is preparing to graduate college.  Stephanie's success in maturing to a responsible young lady

425

can be partly attributed in a large part to the help Lee provided when I was struggling to manage so many responsibilities in my life.

I would respectfully ask your Honor to consider mitigating Lee's penalties in this case, considering the vast good he has accomplished during his long career and his selfless dedication to helping and mentoring those in need. Thank you for taking the time to review my thoughts on this matter.

Respectfully,

Susan Woo
9162 La Rosa Drive
Temple City, California 91780
626-827-9272

426

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Mach 28, 2016

Dear Honorable Judge Anderson :

   I am Julia L Wu, Trustee Emeritus of Los Angeles Community Colleges, former U. S. Commissioner on Libraries & Information Science, and currently Chairman of Performing Arts Foundation for Asian Americans.  It is with mixed emotion that I write this letter to you to speak for Lee Baca, my friend of long standing.   I have been quite disturbed by his recent predicament.  It is hard to believe that an ethical and honest man like Lee would have got involved in this type of accusation.

   I have known Lee and Carol for twenty some years.  To me they are a model couple full of passion and dedication.  Lee is a responsible family man who takes care of his children and even grand children with much love.  Lee is a community person who is constantly supporting community organizations and providing his voluntary service. While other politicians are busy fund raising for their own coffer, Lee and Carol are busy raising funds for charity organizations. For years Lee has served as Honorary Chair for Los Angeles Chinese Chamber of Commerce, Garfield Hospital Medical Groups Board, as well as the Honorary Chairman of Performing Arts Foundation for Asian Americans that I founded. Lee is friendly and kind to every one, particularly the needy people.  He always gives and never takes.  He is always willing to help but never expects any returns. In fact, he has helped too many individuals that he could hardly remember.  Lee is truly a public servant and community person. Affected by his kindness and sincerity, many ethnic communities voluntarily set up their own organizations serving as a channel between the Sheriff's Department and their own community.  The Chinese American community took the lead in setting up La Casa Advisory Board first. Then Korean, Indian/Pakistan, Southeast Asian, Armenian, and Jewish communities followed the suit.  By means of seminars, scholarships, and education programs, they have promoted their community awareness of public safety and laws and increased communication with the Sheriff's Department.  These could not have been accomplished without the encouragement or the support of Sheriff Lee Baca. Lee also could have retired from his position and enjoyed his 100% pension. Or even could have made additional perks by taking a second job in the private industry.  And yet he chose to continue to serve the public because he loves his constituency, and his community.

   Lee's kindness and loving care have touched so many lives and so many hearts.  Our community is in dire need of his service.  Honorable Judge, your Judgment granting Lee "Community Service" will be deeply appreciated.

   Respectfully ,

   Hon. Julia L. Wu

427

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson,

My name is Lisa Yang. I am an American Citizen and I immigrated from Taiwan (ROC) in 1969. I currently volunteer for the American Red Cross and serve as a Community Ambassador. I am also an Ambassador for the Clinton Foundation.

I have been friends with Carol Bach (lee Bach's wife) for over years. I have met Lee several times at their home. He is truly a genuine person to speak to you. Every once in a while, we have had lunch at a restaurant together, and conversation with him is very pleasant and he is really concerned what's going on people's life and always offers to help.

Unfortunate things sometimes happen to everyone. This time it unfortunately had happened to our Sheriff Lee Bach. I ask and hope that the Honorable Judge will take all aspects of Mr. Bach into consideration and have leniency,

Thank you so much from the bottom of my heart.

Sincerely,

Lisa Yang

4/1/16

Cell#: 626-786-9026

428

March 31, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 N. Spring St., Courtroom 15
Los Angeles, Ca. 90012

Dear Judge Anderson:

I am writing this letter in regard to former Los Angeles County Sheriff Lee Baca. I am a retired member of the Los Angeles County Board of Supervisors on which I served from 1994-2014. I have known Sheriff Baca for at least 25 years and worked relatively closely with him during his nearly four terms as the Sheriff which entirely overlapped my terms of office. As you know, Mr. Baca has pled guilty to one felony count related to events surrounding the Los Angeles County jail that took place over the last number of years. He transgressed and has owned up to his mistakes.

I am writing this letter in order to share the pivotal role that the former Sheriff played at a very crucial point during the jail scandal. His cooperation enabled the county to address the jail crisis which had brought public confidence in the Sheriff's Department to an all-time low.

In October, 2011, while the United States Justice Department was undertaking its criminal investigation of the jail, I felt it was important for County government to assess the structure, policies, regulations and training deficiencies which had led to the jail crisis. It was imperative that the Board of Supervisors and the general public be made aware of the department's failings. In my judgment, this was the only way in which the issues that had come to plague the county jail system in the first place could be corrected. .

The Board of Supervisors was not equipped to undertake this "deep dive," given its other varied responsibilities. Moreover, asking any arm of the Sheriff's Department to do so would have had no credibility, regardless of the outcome. For this reason, I proposed the creation of a Blue Ribbon Commission on Jail Violence to be made up of people of unimpeachable character, independence and expertise who would credibly undertake such an inquiry. The creation of this commission was approved by the Board of Supervisors in October, 2011 and commenced its deliberations in early 2012 under the leadership of my appointee, retired Federal Judge Lourdes Baird.

Prior to making this proposal, I visited with Sheriff Baca at his office and advised him of my plan and asked that he give it his unequivocal imprimatur. I felt strongly that without his support and commitment to an independent review, the results could be muddled, at best. Without hesitation, Mr. Baca endorsed the proposal and told me he would publicly and privately support it, which he did. The commission deliberated for approximately 9 months and issued a scathing report which laid the responsibility for the jail crisis at Mr. Baca's doorstep, among other places. The report also proposed several dozen recommendations to restore constitutional policing to the county jail, most of which have been implemented.

It is uncommon for law enforcement chiefs or sheriffs to allow a comprehensive independent inquiry into any part of their departments. They typically guard their turf with utmost defensiveness. This was

429

not Mr. Baca's response to the establishment of the Blue Ribbon Commission.  On the contrary:  he was anxious to get this matter aired and addressed in public so that the department could begin to rehabilitate its reputation and its efficacy.  Thank you for your attention to this letter.

Sincerely,

Zev Yaroslavsky
Former Member, Los Angeles County
Board of Supervisors
zev@yaroslavskyinstitute.org

430

*Paul Zee*

*9040 Telstar Avenue, Suite 137*
*El Monte, CA 91731, U.S.A.*
*Tel. 626-888-0188*

March 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Honorable Judge Anderson:

I am writing to you as a Retired American, a First Generation Immigrant, and a Former Elected Official. I came to this country from Hong Kong in 1977. After 15 years working as a businessman, I decided to serve my community and my country, the great United States of America. I ran for City Council of the City of South Pasadena, California in 1992 and won the election. I served on the City Council from 1992 till 2001, and two terms as Mayor.

I met Mr. Lee Baca in 1995, way before he ran for the Los Angeles County Sheriff through a common friend. I was immediately attracted to his personality. Not only he appeared to me as a nice person, he also gave me an impression as a big brother and a trusted friend. We talked about the importance of serving our community, yet the difficulties as an ethnic minority. I told him the hardship and challenge that I was experiencing. Yet warm and strong encouragements were offered by Lee. I still remember he said that he is also a minority, a Mexican, and his mother entered into this country illegally. However, determination and persistence brought him to where he was. Those encouragements had been forever on my mind and in my heart.

In years after we became friends, we served together on many different tasks, and for many good cause. I would say that Lee had been instrumental in my life as well as in many others. He was definitely a key person to help and support our diverse communities. All in all, I am proud to have a great friend, Lee Baca.

Respectfully yours,

Paul Zee

431



**Aladdin Developers, Inc.**
8730 SUNSET BOULEVARD, FOURTH FLOOR
WEST HOLLYWOOD, CALIFORNIA  90069
310.358.9085 PHONE ▪ 310.358.0178 FAX

February 17, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE United States v. Lee Baca

Dear Judge Anderson,

This letter is in regard to Sheriff Lee Baca whom I have known very closely for over twenty years.

I, and many of my constituents, are most distressed by the legal battles and very poor biased media reporting that the Sheriff had to endure. As you know, this man has been at the top of a police force capability and accomplishments for forty nine years.

Over the years we have discussed on a non-confidential basis, a few of his many efforts and accomplishments; one in particular is the hundred million dollar plus grant from Sacramento he secured for the Sheriff Department known as "The Crime Laboratory." Another accomplishment is his diligent and undying effort to help the young people and the homeless with special concentration on the under privileged.  One of these entities is known as "The Star Organization" to which I, as many, were contributors for that effective cause.

I personally know of his *many* efforts and endless attendance at special affairs, churches of all denominations, and venues to improve relations with various groups (to name a few, Inglewood, Compton, the Armenians in Glendale, the Chinese and Korean contingencies) in the Los Angeles area, many of whom I personally know and from whom I've heard much praise for his efforts. I've also seen his dedication firsthand given some of the events we were in together. There are many to share, but one that comes to mind fondly is when we were keynote speakers at the St. Maron event at the Hilton Hotel, an evening where 780 people from the Lebanese community came together to tribute our patriarch. He spoke honestly, graciously, and his speech was well received by all. Without fail, so often during his off-time, Sheriff Baca was always generous with his time and efforts. He cares deeply for the community as a whole and is a mindful leader to all involved.

I know you must follow the law, but your honor this is a decent and honest man who also is a family man and the godfather of my 12 year old twin daughters.

I hope that your judgment will be on balance to his accomplishments and integrity.  He is trustworthy beyond any measure.

I hope you read this letter is its entirety.

Respectfully yours,

Anthony V. Zehenni
Chairman & CEO

432



MAILING ADDRESS:

CITY HALL
200 N. Spring Street
Room 450
Los Angeles, CA 90012
(213) 473-7003
(213) 485-8988 Fax
TDD (213) 473-5971

DISTRICT OFFICES:

19040 Vanowen Street
Reseda, CA 91335
(818) 756-8848
(818) 756-9179 Fax
TDD (818) 345-6624

Councilman
Dennis P. Zine, *RET*
Third District

Dennis P. Zine
6611 Melba Ave
West Hills, California 91307

Honorable Judge Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States vs Lee Baca

Dear Judge Anderson,

I have been a member of Law Enforcement for the past 47 years. I joined the LAPD in 1968 and completed 33 years of active service before retiring to run for the Los Angeles City Council. I was elected and served 12 years as a member of the L.A. City Council. Term limits forced me to retire from the council over two years ago. Following my retirement from the LAPD, I joined the LAPD Reserves and remain an active LAPD reserve officer.

I have known Sheriff Lee Baca for over 30 years. I have attended numerous public and private events with him and his wife and have been to his home for events. My relationship with Lee has always been open, candid and honest. I have admired his dedication to law enforcement and know of the

433

many positive programs he implemented at the Los Angeles County Sheriff's Department and in particular the Jail System.

I know the unfortunate situation and circumstances that forced my friend Sheriff Lee Baca to retire from the Department after so many years of innovative and positive programs for the Department, and in particular those less fortunate that engage in criminal activity and end up in jail. Sheriff Lee Baca has a distinguished law enforcement career that has been severely tarnished forever.

As you decide the appropriate punishment for Sheriff Lee Baca, please consider the many years of dedicated service to the people of Los Angeles County and his age.  What purpose will it serve to impose a lengthy jail sentence on him?  He has already left the Department in disgrace and must live with that for the rest of his life.

I appreciate your consideration.

Thank you,

Dennis P. Zine

434

Nasser Zomorod

c/o Universal Peace Federation

950 Holly Vista Dr.

Pasadena, Ca. 91105

(626) 622-2584

To

Honorable Judge Percy Anderson

Re: Sheriff Lee Baca                                        February 29th, 2016

Dear Judge,

My name is Nasser Zomorod. I am Executive Director for Universal Peace Federation (UPF) in Southern California. UPF is an international, interracial and intercultural organization working to establish peace on an international, national and community level. I myself organize two major events each year 1: Honoring National Parents' Day in the City of Pasadena and 2: The American Leadership Conference. Sheriff Baca has been a crucial support to both of these events. He has helped as a supervisor and key note speaker for both of these activities and his reputation has greatly helped to invite and bring together leaders of many different organizations to encourage co-operation and networking in order to promote unity, peace and reconciliation. These activities have brought representatives of all different races, cultures and religions together to improve relations among all different citizens here in Southern California.

My organization and I (with the support of Mr. Baca) are dedicated to do these activities as volunteers. We spend a lot of time and even use our family funds for such noble aspirations. Myself, as Director of UPF am extremely excited to continue to help these organizations and families in this way mainly due to Mr. Baca's help, inspiration and encouragement. He has been my mentor and has urged me on to continue and expand what me, my team and our non-profit organization is doing.

Honorable Judge, I got to know Sheriff Baca about 2 years ago by attending one of his leadership and clergy gatherings at the Southern California Sheriff Department. He provided such a special event with about 600 leaders every once in a while and gave them very deep inspiration to co-operate with the Sheriff's Department to help and educate struggling young people in L.A. I saw all the participants were so inspired and full of hope. Truthfully I was one of them. Since then I intensified my efforts and offered more time to develop the conferences as leader of UPF in Southern California.

435

Honorable Judge,  during the last 2 years I have been getting to know Mr. Baca and I feel he is a man who is loved and respected by thousands of people in Los Angeles. He frequently gets invited to many interfaith gatherings.  I strongly feel God loves him and wants him to have a peaceful mind, so he can continue to help our society.

As I already explained me and our UPF team depend on him so much. Without Mr. Baca it will be very difficult for me to continue to organize conferences and invite leaders. He is a great force behind all of our achievements.

In brief I heard from many people that since Mr. Baca became Sheriff, the crime rates in Los Angeles have dropped dramatically.  He did his best to educate prisoners and move their conscience and gave them self-esteem by providing  classes for inmates to get their high school diplomas. I could go on and on sharing about Mr. Baca's accomplishments. His positive impact on our community has been so valuable. I believe such an honorable man deserves a better understanding and respect. If someone like him gets attacked by the media and other opponents who make him guilty for his leadership in the prison, then all those who learned good lessons from him will lose hope. I believe and feel there is room for Mr. Baca to be forgiven for the mistake that he himself humbly admitted to. No leaders in this world and during history were perfect and could do everything 100 % perfectly and no one can absolutely control the actions of thousands of subordinates, especially in such places as prisons and jails.

Honorable Judge, I am deeply sad for the situation that Mr. Baca is facing in your court and it has brought tears to my eyes many times and in conclusion, if you intend to put him in jail I am ready to take the sentence instead of him and I mean it.

So thank you for your careful consideration of his case.

Yours Sincerely,

Nasser Zomorod

Executive Director of

UPF Southern California

436