Michael Zweiback (State Bar No. 143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000

Attorneys for Defendant Leroy Baca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR16-0066-PA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | Current Sentencing Date: July 11, 2016 at 8:30 a.m. |
| LEROY BACA, | |
| Defendant. | Proposed Sentencing Date: July 22, 2016 at 8:30 a.m. |

Defendant Leroy Baca, by and through his counsel of record, Michael Zweiback of Alston & Bird LLP, and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, hereby stipulate and request as follows:

1.	Defendant Baca made his initial appearance on the information in this case and pled guilty pursuant to a Fed. R. Crim. P. 11(c)(1)(C) agreement on February 10, 2016.  The Pre-Sentence Investigation Report was filed on April 8, 2016.  The sentencing hearing was scheduled for May 16, 2016 at 8:30 a.m.

2.	On or about April 14, 2016, at the government's request, Defendant Baca provided the government with documents relating to his diagnosis of Alzheimer's disease as referenced in paragraph 65 of the Pre-Sentence Investigation Report.

3.	The Court continued the sentencing hearing from May 16, 2016 at 8:30 a.m. to June 27, 2016 at 8:30 a.m., in part, to allow the government to retain and consult with an expert on these documents

4.	The government identified, retained, and consulted with an expert witness regarding Defendant Baca's diagnosis of Alzheimer's disease.  The government then requested additional material from Defendant Baca to provide to its expert.

5.	The government requested a second continuance to review the material provided and consult with its expert.  Defendant Baca stipulated to this continuance and the Court continued the sentencing hearing from June 27, 2016 at 8:30 a.m. to July 11, 2016 at 8:30 a.m., which is the currently scheduled time for sentencing.

6.	The deadline for parties to file their sentencing position papers was June 20, 2016.  Both parties timely filed their position papers.

7.	The Probation Officer filed an "Addendum to the Presentence Report" on July 5, 2016, six days prior to the scheduled sentencing hearing.

8.	On July 7, 2016 at 6:50 PM, the government filed a response to Defendant Baca's Sentencing Position.  The government's response includes the Declaration of James Pelton, M.D., in which he opines on the health care and treatment available through the Federal Bureau of Prisons ("BOP") for inmates suffering from Alzheimer's disease.  Specifically, his opinion relates to the medical care and treatment the BOP can provide for Defendant Baca if he is sentenced to a

period of imprisonment.  Dr. Pelton also opines on whether Defendant Baca is at a higher risk of assault based on his medical condition and status as former Sheriff of Los Angeles County.

9.     The government's response was filed too close to the current sentencing hearing, which foreclosed any opportunity for Defendant Baca to respond to its papers and the opinions contained therein.

10.     The parties propose that the sentencing hearing be reset to July 22, 2016 , at 8:30 a.m.  The parties are available any day the week of July 18, 2016, however, if the Court wishes to set the hearing for an earlier date.

11.     Defense counsel is unavailable between July 24, 2016 and August 1, 2016.

12.     Thus, the parties stipulate to a continuation of the sentencing hearing to provide Defendant Baca sufficient time to consider its response and the opinions stated in Dr. Pelton's declaration, which may require Defendant Baca to consult with an expert witness, prepare a cross-examination of Dr. Pelton, and/or file a response for the Court's consideration prior to the sentencing hearing.

13.     The parties request that the sentencing of Defendant Baca be continued to July 22, 2016 at 8:30 a.m.

14.     Defendant Baca is on bond and will not be prejudiced by a continuance.

IT IS SO STIPULATED.

DATED:  July 8, 2016                          ALSTON & BIRD LLP

By:   */s/ Michael Zweiback*
Michael Zweiback
Rachel L. Fiset
Erin Coleman

Attorneys for Defendant,
LEROY BACA

DATED:  July 8, 2016                          Eileen M. Decker
United States Attorney

Lawrence S. Middleton
Assistant United States Attorney
Chief, Criminal Division

By:  */s/ Brandon Fox*
Brandon D. Fox
Assistant United States Attorney

Attorneys for Plaintiff,
UNITED STATES OF AMERICA