# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR16-0066-PA |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER CONTINUING SENTENCING** |
| LEROY BACA, | |
| Defendant. | |

The parties, having established good cause for continuing Defendant Leroy Baca's sentencing, IT IS HEREBY ORDERED:

The sentencing of Defendant Leroy Baca is continued from July 11, 2016 at 8:30 a.m. to July 22, 2016, at 8:30 a.m.

IT IS SO ORDERED.


_____                    _____
Date                                       Honorable Percy Anderson
                                           United States District Judge


Presented by:

 /s/ Brandon Fox
BRANDON D. FOX
Assistant United States Attorney