# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 16-66 PA | | Date | July 8, 2016 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Stephen Montes Kerr | Not Reported | Brandon Fox, Not Present<br>Lizabeth Rhodes, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Michael Zweiback<br>Erin C. Coleman | Not | | X |

**Proceedings:**   IN CHAMBERS ORDER

   The Court has received the parties' Stipulation to Continue Sentencing Hearing.  The Sentencing Hearing is continued to July 18, 2016, at 8:30 a.m.  Any additional response from defendant to the Government's Supplemental Information filed on July 7, 2016, shall be filed by no later than July 12, 2016, at 5:00 p.m.  Any further response from the Government shall be filed by no later than July 14, 2016, at 5:00 p.m.

   IT IS SO ORDERED.

cc:  **USPO, PSA**