# EXHIBIT A

6

Phillip S. Wise

Assistant Director (Retired), Federal Bureau of Prisons

111 Sheep Creek Road, Sparta, Georgia 31087

cellphone:  478.456.4904   email:  pswise@msn.com

Reference:    Mr. Leroy Baca

Docket Number:  CR16 0066

Prepared for:  Mr. Michael Zweiback, Esq.

SUPPLEMENTAL DECLARATION OF PHILLIP S. WISE

I, PHILLIP S. WISE, declare:

1.  I previously prepared a declaration in this matter signed on June 1, 2016. Subsequently, I was provided with a copy of a declaration by James Pelton, M.D. dated July 7, 2016, and was asked to comment on its contents.

2.  Dr. Pelton indicates that it is likely Mr. Baca would receive his current medication for Alzheimer's, if incarcerated, and that he, Dr. Pelton, would be the deciding official.   If a facility in the Western Region of the Bureau of Prisons is designated for service of any custodial sentence Mr. Baca might receive, Dr. Pelton would be the approving official for a non-formulary medication.  However, based on Mr. Baca's very public role in law enforcement in Los Angeles County, it is very likely that a facility outside that region will be designated in an effort to reduce his vulnerability in an inmate population.  In that instance, another regional physician would be the approving official, unless a medical facility is designated, in which case a central office physician would make that decision.  As Dr. Pelton indicates, until the designations officials in the BOP Office of Designations in

Page 1 of 3

Grand Prairie review his case materials it is uncertain which facility or which level of care will be designated. Dr. Pelton indicates that approximately 300 inmates suffer from cognitive impairment, most more severe than Mr. Baca, but only 25 currently receive the medication that Mr. Baca is taking. No information is provided regarding how long those 25 inmates waited for that medication or the level of impairment when the medication was begun, or any other salient information regarding prescribing practices related to non-formulary medications approved by FDA for the management of Alzheimer's.

3. Dr. Pelton indicates that the Bureau of Prisons has increased monitoring of chronic care clinics since the publication of an audit in 2008 by the Inspector General of the U.S. Department of Justice found that a significant number of inmates (18% of the time) did not receive proper monitoring and care through chronic care clinics. While that increased oversight is commendable, no data have been published to demonstrate that those efforts have actually improved the level of care inmates receive through those appointments.

4. Dr. Pelton indicates that Mr. Baca is unlikely to be assaulted in a minimum or low security level facility. Although relatively low, both serious (1-2 per year) and less serious (6-10 per month) assaults do occur in minimum security level facilities according to data available on the Bureau of Prisons website. Across low security level facilities, about 3 serious assaults per month and 35-40 less serious assaults per month are reported. While rate of both serious and less serious assaults decreases with decreased security levels, the risk does not approach zero, particularly for inmates with increased vulnerability like Mr. Baca.

Page 2 of 3

It is unclear whether the current antagonism toward law enforcement officers expressed in some communities and widely reported through the media, will translate to even greater risk for those officers who are ultimately incarcerated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Milledgeville, Georgia, on July 12, 2016.

_____

PHILLIP S. WISE