# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 16-66 PA | Date | July 18, 2016 |
|---|---|---|---|

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Charles A. Rojas | Anne Kielwasser | Brandon D. Fox<br>Lizabeth Rhodes<br>Eddie A. Jauregua |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | X | | X | Michael Zweiback | X | | X |
| | | | | Rachel L. Fiset | X | | X |
| | | | | Erin C. Coleman | X | | X |

Proceedings:   **SENTENCING**

A sentencing hearing is held.  For the reasons stated on the record the Court declines to accept the parties' Rule 11(c)(1)(C) binding plea agreement.  At defendant's request, the Court continues defendant's sentencing hearing to August 1, 2016 at 8:30 a.m.

IT IS SO ORDERED.

|  | 1 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | CR | | |

cc:  USPO