# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

CLERK, U.S. DISTRICT COURT

JUL 1 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Anderson

From: Syble Smith _____, Deputy Clerk    Date Received: 07/15/2016

Case No.: 2:16cr-00066-PA _____    Case Title: United States of America v. Leroy Baca

Document Entitled: Declaration of Interested party Jason Kirby

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1    Documents must be filed electronically
☐ Local Rule 6-1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
☐ Local Rule 19-1    Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5    No letters to the judge
☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
☑ Other:    Person is not a party to the case

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____7/19/16_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

PHILIP E. KOEBEL, Esq.  [Cal. SBN 249899]
Koebel Law Offices
Post Office Box 94799
Pasadena, CA  91109-4799
Ofc:   1015 N. Lake Ave., Ste. 210
        Pasadena, CA  91104
Tel:    (626) 629-8199
Fax:    (626) 410-1149
Eml:   LawOfPEK@gmail.com

Attorney for Interested Party
JASON KIRBY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>LEROY BACA,<br><br>　　　Defendant. | USDC Case No.:  2:16-cr-00066-PA<br><br>DECLARATION OF INTERESTED PARTY JASON KIRBY<br><br><u>Sentencing Hearing:</u><br><br>Date:  Monday, July 18, 2016<br>Time:  9:00 a.m.<br>Place: Crtrm. 15 |

RECEIVED
BUT NOT FILED

JUL 15 2016

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DECLARATION OF INTERESTED PARTY JASON KIRBY
Page 1 of 6

## DECLARATION OF JASON KIRBY

I, JASON KIRBY, do hereby declare that if called upon to do so I could and I would testify truthfully as follows:

1. I am not a party in the criminal action 2:16-cr-00066-PA.

2. I am a victim of the jail abuse at the Los Angeles County Sheriff's Department Twin Towers Correctional Facility and Men's Central Jail, located in Los Angeles California. I consider myself to be a victim of former Sheriff Leroy Baca, the defendant in this criminal proceeding.

3. In November 2010, I was arrested and charged for allegedly stealing a refrigerator when I had helped a friend move out of their apartment. My friend had told me that the refrigerator was hers and that I could take it if I wanted it. I was homeless at the time, but my grandfather needed a refrigerator so I gave it to him. About six weeks after the move, I was arrested because the landlord reported to the police that the refrigerator belonged to him and the landlord wanted it back. I would have returned it if I had known it was his, but I was arrested before I could return it.

4. I was incarcerated from November 2010 to May 2011, while awaiting trial. Although my bail was minimal, I was unable to pay it.

5. From January 2011 to May 2011, I was housed in C-POD 152 in the Twin Towers Correctional Facility. This is the unit where prisoners, such as myself, with mental health diagnoses are assigned so that we can receive mental health treatment and relative safety from the general population of jail inmates.

6. My stay in C-POD 152 was a constant nightmare due to the abuse I suffered at the hands of Deputy Juan Navarro and other deputies. I was physically assaulted and injured, threatened with more physical retaliation, and forced to commit an act of violence on another inmate under imminent threat of physical violence by Deputy Navarro. I suffered other physical abuses from other deputies.

7.     I am not sure if he was in charge of C-POD 152, but from my perspective Deputy Navarro ruled the mental health unit with an iron fist and I was very afraid of him and I believe the inmates around me were all very afraid of him too.

8.     At the time that Deputy Navarro beat me severely and caused my neck and torso injuries, I wrote out a written complaint. I placed the written complaint in the metal complaint box on the unit. I observed a female Sergeant and two other deputies open the complaint box and remove my complaint and others and carry them away. Later on, when I followed up about my written complaint, I was told that no incident number had ever been assigned to it and that there was no record of my written complaint.

9.     I begged my criminal defense attorney to do something to protect me, to at least tell the judge that I had been beaten, and I was afraid of being assaulted and battered by Deputy Navarro and other deputies, and that I feared for my life. But my attorney did nothing to my knowledge.

10.     I was so afraid that even though my attorney told me I had a "good case," I myself offered my own plea agreement in open court. Eventually, after I was released and completed the terms of my plea deal, my conviction was expunged.

11.     I later learned, and I allege upon information and belief, that on or around December 10th, 2010 former Deputy Juan Navarro was involved in an off-duty fight with other deputies at the Quiet Cannon Club in Montebello and was identified as a "3000 Boy" (a deputy gang from the 3000 floor of the Men's Central Jail).

12.     I also later learned, and I allege upon information and belief, that when commenting publicly about the incident at the Quiet Cannon Club involving Deputy Navarro, Sheriff Baca characterized it as the "drunkenness of a few bad apples," and he opined that cops "know how to take care of themselves," and that

they need to "man up and say, 'I'm not a wimp.'" Sheriff Baca insisted that "the core of what occurred with these 3000 boys…wasn't their tattoo. It wasn't their unit. It was their friendship and their drinking."

13.    I allege upon information and belief that the Office of Independent Review, however, disagreed with Sheriff Baca, stating: "Perhaps most concerning is the evidence that jail supervisors, apparently knew about the use of 'gang-like' signs and other troubling behavior well before the eruption of violence at the Christmas party."

14.    I allege upon information and belief that even though Navarro had been identified as a rogue deputy who belonged to a gang that commits violent acts, who was currently under investigation and a defendant in a civil case which was the result of the Christmastime brawl, Sheriff Baca and his staff assigned Deputy Navarro to work with those of us with mental health issues.

15.    I allege upon information and belief that there were many public reports documenting deputy violence against mentally ill inmates at the time that Sheriff Baca caused Deputy Navarro to oversee C-POD 152 from January to May 2011.

16.    I am a Pro Se Plaintiff in a Civil Case against Sheriff Baca and Deputy Navarro with case # 2:14-cv-09161-PSG before the Honorable Philip S. Gutierrez. I did not file this declaration sooner because I didn't know that I could and I believed that it would be bad for my own case somehow. I am not trying nor hoping to gain any advantage in my own case by filing this declaration.

17.    I am also afraid that I will be retaliated against for filing this declaration, but my need to file it and bring my concerns to the court's attention is overpowering my fear. I also believe that the progress I have made in treating my mental health issues allows me and drives me to tell the court about the abuse I suffered because of Sheriff Baca and Deputy Navarro.

I hereby declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct based on my personal knowledge except where indicated the facts are based on information and belief and I believe those facts to be true.

Executed July 15th, 2016, at Pasadena, California.

_____
JASON KIRBY

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is PO Box 94799, Pasadena, CA 91109 / 1015 N. Lake St., Ste. 210, Pasadena, CA 91104.

On **JULY 15, 2016**, I served the true copies of the following document(s):

## DECLARATION OF INTERESTED PARTY JASON KIRBY

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users or are not eligible to receive CM/ECF notification will be served by mail or by other means permitted by the court rules.

**DEFENDANT:**
**Michael Zweiback**        Michael.Zweiback@alston.com
Rachel L Fiset        Rachel.Fiset@alston.com

**Office of the United States Attorney:**
Brandon D Fox        Brandon.Fox@usdoj.gov
Lizabeth A Rhodes        Lizabeth.Rhodes@usdoj.gov
Eddie A Jauregui        Eddie.Jauregui@usdoj.gov

**BY MAIL:** I enclosed the document(s) in a sealed envelope addressed to the persons at the addresses listed in the Service List and deposited it in the ordinary course of business with the United States Postal Service with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of, or that I am myself, a member of the bar of this court at whose direction the service was made.

Executed on July 15, 2015 at Pasadena, California.

/s/ Philip Koebel

Philip Koebel

---

DECLARATION OF INTERESTED PARTY JASON KIRBY
Page 6 of 6