## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Anderson

From: Marilyn Davis _____, Deputy Clerk     Date Received: July 7, 2016

Case No.: 2:16-CR-00066-PA _____     Case Title: U.S.A. v. Leroy Baca

Document Entitled: (1)Ex Parte Application to Intervene Rule 24 (2) Order (3) Proof Of Service

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ Other: | Person is not a party to the case. *and there is no right to intervene in a criminal proceeding.* |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                                            U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____7/26/16_____     _____
Date                                            U.S. District Judge / ~~U.S. Magistrate Judge~~

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE          COPY 2 -JUDGE          COPY 3 -SIGNED & RETURNED TO FILER          COPY 4 -FILER RECEIPT

CV-104A (06/13)                          NOTICE OF DOCUMENT DISCREPANCIES

Carlo A. Carrion
11959 Nebraska Av. #107
Los Angeles, CA 90025
310 ~~207 9698~~

5933241



RECEIVED
BUT NOT FILED

JUL -7 2016

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ M AP _____ DEPUTY

FEDERAL COURT OF CALIFORNIA

CENTRAL DISTRICT LOS ANGELES



| | |
|---|---|
| ~~Carlo A. Carrion~~ )<br>USA )<br>PLAINTIFF )<br> )<br>Vs. )<br> )<br>Lenoy Baca )<br>DEFENDANT )<br> )<br> ) | U.S. District Judge Percy Anderson<br><br>Case:    2:16-cr-00066-PA−1<br><br>Court    15<br>       Date    7-7-16<br>Ex Parte MOTION TO INTERVENE RULE 24<br>       APPLICATION |

Honorable Percy Anderson

Please take notice under Juditial notice rules of the following true and accurate statements

of fact under perjury.

Under

Federal Rules of Civil Procedure › TITLE IV. PARTIES
Rule 24. Intervention
(a) Intervention of Right. On timely motion, **the court must permit anyone** to intervene who:

(1) is <u>given an **unconditional right** to intervene by a federal statute</u>; or

(2) <u>claims **an interest relating to the property or transaction that is the subject of the action, and is so situated**</u>
<u>**that disposing of the action may as a practical matter impair or impede the movant's ability to protect its**</u>
<u>**interest, unless existing parties adequately represent that interest.**</u>


Carlo Carrion is citizen who informed since 2004 the **FBI, Department of Justice, Attorney**

**General of California, Attorney Geneal of the USA**, Barack Obama,  congresman, senators,  Govarnor.

**Sheriff Baca, City Attorney Delgadillo, and public defendants including** top peeRSON Michael P.

**Judge**, judges of the Superior court, **judges of the Federal court Central District when he filed**

**3 cases in years: 2009 09 CV - 5781 Judge Carla Woehrle, 2010 10 CV - 5197 Judge Roselyn**

**Chapman 2013 13 CV - 507, Judge Carla Woehrly, (with similar causes of auction:**

**"Obstruction of Justice, Conspiracy, Tampering with evidence, Corruption, etc**, that

"brutality" of deputies (Mendoza and Reyes) of the sheriff Baca department, assaulted him in

the Mosk Courthouse inside room 111- "Appeal Department "in August 2004 without any

reason whatsoever, when he was peacefully writing an appael document versus UBS, (being

the stock broker who also raised the flags with all the country of the corruption of UBS that

helped the US government to collect almost $ 1 Billion from UBS as well as some of the 54000

clinets avoiding taxes by having offshore accounts directed by UBS people).

Leutendant Mendoza assaulted Carrion without violating any laws whatsoever and following

to the point their directions, while Reyes was peacefully speaking over his cell since Carrion

was not showing any sings of violence or resistance as his partner was conducting thr brutal

attack on Carion.

The only clerk assisting Carrion was peacefully taken care of Carrion so much so that on a tape

Carrion obtained from him, he clearly states that Carrion "was not upset, mean or distrb

whatsoever.  **See EXhibit   CD of Erol Thompson the only witness of all working inside of room 111.**

(a) Intervention of Right. On timely motion, **the court must permit anyone** to intervene who:

(1) is <u>given an unconditional right to intervene by a federal statute</u>; or

(2) <u>claims an interest relating to the property or transaction that is the subject of the action, and is so situated</u> <u>that disposing of the action may as a practical matter impair or impede the movant's ability to protect its</u> <u>interest, unless existing parties adequately represent that interest.</u>

**Carrion Constitutional rights to live in peace and conserve his freedom  were violated** by

members of Sheriff Baca Department on August 2004 and 2005. <u>Since then Carrion lost his</u>

<u>freedom to leave in peace for which he is praying for juditial justice affecting his way of living</u>

<u>since with criminal records his reputation was destroyed.</u>  Carrion Has a Deep Interest on This 2 Case

Carrion was arrested in August 2004.

He was hundcuffed, his face crashed against wall of first flloor outside room 111 when Mendoza out of the blue grabed Carrion's hands on his back  and started the assaulted pushing him out of room 111 until he hit the face on the wall of the main corridor od the courthouse.

As soon as Carrion was being pushed out od room 11 he saw an oriental officer and called for help.  At that precise time Mendoza releae axed some of the force he was being used usinc since Carrion said to Asian race office:  "You are my witness that I am not doing any thing bad whatsoever".

Supervisor officer of Mendoza and Reyes came into the seen and Carrion beg him to get information from clerk of room 111 so that he could see Carrion had not done any thing incorrect to grant policy brutality assault.

Even all of these clear facts of the innocence of Carrion, these police went ahead and fabricated a **"False Police Report"**, and with that send Carrion to jail for 5 days (Friday afternoon, Saturday, Sunday, Monday and release on Tuesday morning) without seeing a judge.

Since Carrion has treaten the police that he will bring a law suit against them for violating his constitutional right,  to stp hem from bringing a law suit against them **Sheriff Department embarked in a orchestrated and elaborated scheme with he use of Conspiracy, Obstruction of Justice, Tampering of Evidence and Corruption, were they engage all departments of the county of Los Angeles in charge of defending an innocent, to harm an innocent, City Attorney Delgadillo, who filed a Fraudulent case against a clean citizen, and the public defendants office who kept changing his public defenders to make them not givve notice of court dates so that a willing judge Ryan wold send Carrion to jail once again for 3 days to make him eat "an infraction of a ticket" according to incorrect words of one of his 9 public defendants".** iN 2005 wiTH 3 more DAys oF JAiL.

3

**Why did the <u>FBI or Justice Department</u> not come in the aid of their best informant since he complaint consistently to them since 2004 and pass his Federal cases he filed?** To Them ?

U.S. Atty. Eileen Decker

"From LA Times article by Joel Rubi , Cindy Chang and Harriet Ryan February 10, 2016  5:52 pm
"Ex-L.A. County Sheriff Lee Baca pleads guilty in jail scandal"

Baca's guilty plea "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. **<u>"More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable</u>."**

"From LA Times article by Joel Rubin dated April, 6, 2016  6:15 pm"
"Tanaka convicted on conspiracy and obstruction of justice charges"

Saying the verdict "closes a chapter" for the Sheriff's Department, U.S. Atty. Eileen Decker said the jury had sent a clear message that <u>**corruption within law enforcement would not be tolerated, "particularly when it comes from the very top of those organizations**."</u>

"<u>In addition, they've sent a message that those who are being housed in our jails are entitled to civil rights and it is our job to protect that right</u>," Decker said. She also credited reformers within the Sheriff's Department, some of whom, she said, paid a price for speaking out about abuses by jail deputies.

U.S. District <u>Judge Percy Anderson, who has presided over all the **obstruction-related cases,** must still approve the agreement with Baca.</u> Lower-ranking sheriff's officials convicted in the obstruction case have been sentenced to years in prison. They remain free while appealing their convictions

**Clearly the Department of Justice nor the FBI have done nothing to defend the rights of the innocent informant Carlo Carrion**, then Judge Percy Anderson  **must not make the mistake to approve an agreement with Baca** until this violation of Carrion is takn care by the Sheriff Department and County of Los Angelse since Sheriff Baca was aware of all the details that Carrion passed to him personally when he visit him in June 2005.  **Exhibit  Sheriff Headq.**

Clearly kind judge can make certain that Carrion situation is also added to this Federal criminal case since  <u>claims **an interest relating** to the property or **transaction that is the subject of the action**</u> is taken place.

**1. Sheriff Baca** knew of this situation since the begining 2004, or at least since 2005 since Carrion himslef pass it to Sheriff Baca.

Instead of solving it it has kept it open creating harm until present.

4

2. Sheriff Baca **ordered someone or his undersheriff order someone to create a False police Report** and with that **bring it to City Attorney Delgadillo who brought a False Complaint againt an innocent.** Then the **Sheriff Department also engage the PUblic Defendant office** to change consistently his public defenders to make Carrion miss a court date so that with the use of a willing judge they will have him injail, and with the wrong explanation of the offering of the people Carrion took "an infraction of a ticket", not a misdemeanor "disturbing the peace".

3. **Tanake called Carrion after filing third Federal case and then he had Sheriff Laing called Carrion.  Sheriff Laing** words to carrion were: **"I have read your case an it is clear that all departments failed you".**   Someone had Sheriff Laing retired since Sheriff Laing liked Crrion. In fact sheriff Laing was so kind to buy Herbalife products from carrion one in a while.

4.The sheriff Department did not work on its own in the violation of Carrion constitutional rights but they also included the **City Attorney and  Public Defendant office**, which one key (Public Defendant) player of a missing court date, is working for the City Attorney now.

5. The conspiracy did not go up to the members of the Sheriff Department, the Conspiracy went also to City Attorney and public Defendant office and Sheriff Baca was informed of all. Then the cout of Honorable Percy Anderson can easily allow case of Carrion to be taken care by the sheriff Baca and the Sheriff Department of LOs Angeles, and will not delay procedures since alll the original information that the Department of JUstice and FBI was passed to them by Carrion since 2004. **Finally the Sheriff went ahead and included some judges in the conspiracy one of them judge Bryan**

Not allowing Carrion sitution to be atach to this case would be unfair and unconstitutional since the courts who have the authority to provide justice would have to close its eyes in denying this simple motion.

THIS COURT MUST ALSO KNOW THAT i AM PASSING ALL OF THIS INFORMATION TO SUPERVIDOR JUDGE VIRGINA A PHILLIPS court room 780

Carlo Carrion  July 7,2016 , 2016
310-5933241
I Also Request To Be Pursont in court on sout 11 when seruff Baca will be presont

EXHIBIT "SHERIFF HEADQUARTERS"

# SHERIFF'S HEADQUARTERS



## RESERVE PARKING PASS

DATE: 6-14-05          PASS NUMBER: 124

MOST SHERIFF BACA

# SHERIFF'S HEADQUARTERS

## RESERVE PARKING PASS

DATE: 6-17-05          PASS NUMBER: #108



**LAW OFFICES**
**LOS ANGELES COUNTY PUBLIC DEFENDER**
210 W. Temple Street, Room 19-513
Los Angeles, CA 90012
(213) 974-3591

December 30, 2005

1-213-974-3591

**MICHAEL P. JUDGE**
PUBLIC DEFENDER

Mr. Carlo A. Carrion
1432 Barry, Apt. 9
Los Angeles, CA 90025-2361

Re: Your letter of December 19, 2005

Dear Mr. Carrion:

I am writing to acknowledge receipt of your letter to Mr. Judge. You have raised a number of important issues regarding your case. Since it would be difficult to address them adequately in this letter, I invite you to call me at your convenience to discuss them in person. You may call me at the above listed telephone number, which is my direct number.

Sincerely,

RONALD A. YORIZANE
Bureau Chief
Central Court Operations

Carlo A. Carrion
11959 Nebraska Av. #107
Los Angeles, CA 90025
310 207 9698

FEDERAL COURT OF CALIFORNIA

CENTRAL DISTRICT LOS ANGELES

Carlo A. Carrion                          )
                                          )        U.S. District Judge Virginia A Phillips
                                          )

                                          )        Case:      2:16-cr-00066-PA−1

                                          )        Court      15
                                          )        Date       7-7-16
                                          )        MOTION  TO INTERVENE RULE 24
                                          )

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Dear U.S. District Judge Virginia A Phillips.

As supervisor judge of judges, please be kind to be a witness of this Ex parte  Motion filed on Case:   2:16-

cr-00066-PA−1

It is imperative that a fair person steps in and aids these judges who may miss relevant issues and act

prejudicing my interest.

Sincerely

Carlo Carrion
310 5933241

ORDER.

. THE COURT OF HONORABLE.
PERCY ANDERSON GRANTS
CARLO CARRION THE APLICATION
TO INTERVENE. UNDER RULE 24
ON CASE. 2:16 cr - 00066 - PA - 1
TITLE USA - VS - LEROY BACCA.

- - - - - - - - - -          - - - - - -

DATE                              H. PIERCE ANDERSON


RECEIVED
BUT NOT FILED

JUL - 7 2016

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____MAD____DEPUTY

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Carmo Carmion
11959 Nebraska ...tier
LA, CA 90025.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S),

v.

Lenoy Bach

DEFENDANT(S).

CASE NUMBER

2:16-cr-000066-PA-1

### PROOF OF SERVICE - ACKNOWLEDGMENT
### OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles ____, State of California, and not a party to the above-entitled cause. On 7-6- _____, 20 16 ___, I served a true copy of _____ Send Email To Parties + Spoke To Sheriff Docs Attorney. by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: ____ Los Angeles.
Executed on ____ 7-6 ____, 20 16 ___ at ____ Los Angeles ____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☑ I hereby certify under the penalty of perjury that the foregoing is true and correct.

RECEIVED
BUT NOT FILED

JUL - 7 2016

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ MAD ____ DEPUTY

_____
Signature of Person Making Service
15626 Amar Rd La Puente, Ca 91744

### ACKNOWLEDGEMENT OF SERVICE

_____, received a true copy of the within document on _____.

_____
Signature

_____
Party Served

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE