## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-66 PA | | Date | August 1, 2016 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Anne Kielwasser | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | √ | | √ | Michael Zweiback<br>Nathan J. Hochman | √<br>√ | | √<br>√ |

**Proceedings:**    Sentencing

Cause called; appearances made.   Sentencing hearing is not held.

Defendants withdraws his previously entered guilty plea.  The Court orders a trial date, final status conference date, and briefing schedule.  See Criminal Trial Order.  The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order.  The Final Status Conference is scheduled for September 12, 2016, at 3:00 p.m.  Jury trial is set for Tuesday, September 20, 2016, at 8:30 a.m.

Parties are ordered to meet and confer and then submit a stipulation and proposed order regarding excludable time.

IT IS SO ORDERED.

|  | : | 23 |
|---|---|---|
| Initials of Deputy Clerk | SMO | |

cc:  **USPO, PSA**