Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

ORIGINAL

Case Number   16-66(A)-PA

U.S.A. v.   LEROY BACA

[✓] Indictment          [ ] Information

Defendant Number _____

Year of Birth   1942

Investigative agency (FBI, DEA, etc.)   FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

2016 AUG -5  PM 2:57   FILED

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor      [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor      [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense    Multiple in 2011 and 2013

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense _____

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    [ ] No        [ ] Yes

IF YES      Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____

Case Number _____

Charging _____

The complaint:      [ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    [ ] No    [✓] Yes

IF YES, provide Name:   Michael Zweiback

Phone Number:   213-576-1100

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*        [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*        [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**        [ ] Yes            [✓] No

This is the  1st        superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
February 10, 2016

Case Number    16-66-PA

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

District Judge Percy Anderson

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*        [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*        [ ] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes     ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?     ☐ YES     ☐ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen     ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:     ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?     ☐ Yes     ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☑ public corruption

☐ government fraud                ☐ tax offenses

☐ environmental issues            ☐ mail/wire fraud

☐ narcotics offenses              ☐ immigration offenses

☐ violent crimes/firearms         ☐ corporate fraud

☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  SUMMONS 2-10-2016

b. Posted bond at complaint level on:  2-10-2016

   in the amount of $ 10,000 UNSECURED

c. PSA supervision?     ☐ Yes     ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:   ☐ Yes     ☐ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Time period from 2-2-2016 to 8-1-2016 pursuant to 18 USC 3161(h)(1)(G)

Date      08/05/2016

Signature of Assistant U.S. Attorney

Eddie A. Jauregui

Print Name