Name & Address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br><br>v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**Reason:**

☐ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

_____   _____
Date                                                            Attorney Name

                                                                _____
                                                                Party Represented

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)                              **NOTICE OF MANUAL FILING**