AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central   **District of**   California

| | |
|---|---|
| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| LEROY BACA | **CASE NUMBER:** CR16-0066 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, _____ Leroy Baca _____ substitutes
                                                                    (Party (s) Name)

_____ Nathan J. Hochman _____, State Bar No. _____ 139137 _____ as counsel of record in place
        (Name of New Attorney)

place of _____ Michael Zweiback _____.
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:         Morgan, Lewis & Bockius LLP

Address:           1601 Cloverfield Blvd., Suite 2050 North

Telephone:         310.255.9025                    Facsimile 310.907.1001

E-Mail (Optional): nathan.hochman@morganlewis.com

I consent to the above substitution.

Date: August 11, 2016

I consent to being substituted.

Date: August 11, 2016

I consent to the above substitution.

Date: August 11, 2016

Leroy Baca

_____
(Signature of Party (s))

Michael Zweiback

_____
(Signature of Former Attorney (s))

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]