AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central    **District of**    California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |
| V. | |
| LEROY BACA | CASE NUMBER:  CR16-0066 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, _____Leroy Baca_____ substitutes
(Party (s) Name)

_____Nathan J. Hochman_____ , State Bar No. _____139137_____ as counsel of record in place
(Name of New Attorney)

place of    Michael Zweiback _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1601 Cloverfield Blvd., Suite 2050 North |
| Telephone: | 310.255.9025                Facsimile 310.907.1001 |
| E-Mail (Optional): | nathan.hochman@morganlewis.com |

I consent to the above substitution.                                        Leroy Baca

Date:    August 11, 2016                              _____
                                                                    (Signature of Party (s))

I consent to being substituted.                              Michael Zweiback

Date:    August 11, 2016                              _____
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    August 11, 2016                              _____
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    August 12, 2016                              _____
                                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**