## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR16-66(A)  PA | Date | August 12, 2016 |
|---|---|---|---|

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Stephen Montes Kerr | Sheri Kleeger | Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | X | | X | Nathan J. Hochman | X | | X |

**Proceedings:**   Arraignment on First Superseding Indictment

Defendant is named in a Three-Count First Superseding Indictment.  The defendant is arraigned and pleads not guilty to the First Superseding Indictment.  The Court orders a trial date, final status conference date, and briefing schedule.  See Amended Criminal Trial Order. The deputy clerk is ordered to serve on counsel a copy of the Court's Amended Criminal Trial Order.  The Final Status Conference is scheduled for **September 26, 2016, at 3:00 p.m.**  Jury trial is set for Tuesday, **October 4, 2016, at 8:30 a.m.**

Court orders counsel to meet and confer by no later than August 19, 2016 regarding a trial date.

IT IS SO ORDERED.

| | : | 23 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

**cc: PSA**