EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
     1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| LEROY BACA, | **CURRENT TRIAL DATE:**   10-04-2016 |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Brandon D. Fox,

Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant LEROY BACA

("defendant"), individually and by and through his counsel of record,

Nathan Hochman, hereby stipulate as follows:

1. The Information in this case was filed on February 10, 2016. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on February 10, 2016. On the same date, the parties filed a plea agreement, wherein defendant agreed to plead guilty to making false statements in violation of 18 U.S.C. § 1001(a)(2).

2. On February 10, 2016, defendant appeared before this Court for an arraignment and plea. Defendant pleaded guilty to the single-count Information. The Court set a sentencing date of May 16, 2016. Sentencing was later continued to July 18, 2016. (See Dkt. Nos. 28, 31, 60.)

3. On July 18, 2016, the Court declined to accept the parties' Rule 11(c)(1)(C) binding plea agreement. Upon defendant's request, sentencing was continued to August 1, 2016.

4. On August 1, 2016, defendant withdrew his guilty plea and the Court set a trial date of September 20, 2016. On August 12, 2016, the Court continued the trial date to October 4, 2016.

5. Defendant is released on bond pending trial.

6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of February 10, 2016 to August 1, 2016, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(G) (delay resulting from consideration by the court of a proposed plea agreement).

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy

Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: August 17, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_____
BRANDON D. FOX
LIZABETH A. RHODES
EDDIE A. JAUREGUI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am LEROY BACA's attorney. I have carefully discussed every part of this stipulation with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees that the time period from February 10, 2016 to August 1, 2016 should be excluded in computing the time within which the trial must commence under the Speedy Trial Act because a plea agreement was pending before the Court.

_____
NATHAN HOCHMAN
Attorney for Defendant
LEROY BACA

8/24/16
_____
Date

3

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I agree that the time period from February 10, 2016 to August 1, 2016 should be excluded in computing the time within which the trial must commence under the Speedy Trial Act because a plea agreement was pending before the Court.  I understand that I will be ordered to appear in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on October 4, 2016 at 8:30.

LEROY BACA
Defendant

8-24-16
Date

4