EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
General Crimes Section
Assistant United States Attorneys
    1500/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
            Lizabeth.Rhodes@usdoj.gov
            Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>LEROY BACA,<br><br>       Defendant. | No. CR 16-66(A)-PA<br><br>[PROPOSED] ORDER FOR MENTAL<br>COMPETENCY EVALUATION<br><br>**[PROPOSED] STATUS CONFERENCE<br>DATE: 11/21/16, 3:00 p.m.** |

    The Court has read and considered the Government's Motion For Determination of Defendant Leroy Baca's Mental Competency and attached memoranda and exhibits, which this Court incorporates by reference into this Order.  For the reasons set forth therein, which constitute reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature

and consequences of the proceedings against him or to assist properly in his defense, the Court hereby ORDERS as follows:

1) The government shall submit to the Court the name and credentials of the licensed psychologist it has engaged in this matter.

2) Should the Court approve of this licensed psychologist, the defendant shall agree to be examined by this licensed psychologist by no later than September 30, 2016, pursuant to 18 U.S.C. § 4247(b).

3) Should the Court decide not to approve of this licensed psychologist, the Court will order defendant to be examined by a licensed psychologist or psychologist that the Court selects by no later than September 30, 2016, pursuant to 18 U.S.C. § 4247(b).

4) The examiner who conducts the examination shall prepare a psychiatric or psychological report pursuant to 18 U.S.C. § 4247(c) by no later than October 31, 2016.  The report shall include (1) defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  A copy of this report shall be

filed with the Court, with copies provided to counsel for defendant and for the government.

5) The parties are ordered to appear at a mental competency hearing on November 21, 2016 at 3:00 p.m., which will be held pursuant to 18 U.S.C. § 4247(d).


IT IS SO ORDERED.


August 24, 2016                          HONORABLE PERCY ANDERSON
                                         UNITED STATES DISTRICT JUDGE


Presented by:

    /s/
BRANDON D. FOX
Assistant United States Attorney

3