EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
General Crimes Section
Assistant United States Attorneys
      1500/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-7631
      E-mail:    Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING DOCUMENTS |
| LEROY BACA, | [UNDER SEAL] |
| Defendant. | |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's ex parte application for sealed filing is

GRANTED.  The documents sought to be filed under seal and the

government's ex parte application for sealed filing shall be filed

//

//

1

under seal.  The government may produce the underlying document as permitted or required by applicable law.

Dated:  August 25, 2016                _____
                                       HONORABLE PERCY ANDERSON
                                       UNITED STATES DISTRICT JUDGE

Presented by:


/s/_____
EDDIE A. JAUREGUI
Assistant United States Attorney

2