UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR16-66(A) PA | | | Date | August 24, 2016 |
|---|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Deborah Gackle | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | X | | X | Nathan J. Hochman | X | | X |

**Proceedings:**   Status Conference

For reasons stated on the record, the Court orders a new trial date, final status conference date, and briefing schedule as follows:

> Final Status Conference is scheduled for November 21, 2016, at 3:00 p.m.
> Jury trial is scheduled for December 6, 2016, at 8:30 a.m.
>
> Last day to file any motion, including motions in limine, is September 26, 2016
> Last day to file an opposition is October 10, 2016
>
> Last day to file an optional reply is October 17, 2016
> Hearing on motions is October 31, 2016 at 3:00 p.m.
>
> Last day for defendant to file his Rule 12.2 notice is September 12, 2016
> Last day to disclose Rule 12.2 expert discovery is September 23, 2016

Court orders counsel to meet and confer no later than August 31, 2016 regarding a briefing schedule for any expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.  The parties are to submit a joint report of the results of the meet and confer no later than September 1.  If the parties are unable to agree on a briefing schedule, the Court will set a briefing schedule.

The parties are to submit a stipulation and proposed order for excludable time.

|  | : | 46 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |