EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
     1500/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:     Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | ORDER REGARDING FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| LEROY BACA, | **CURRENT TRIAL DATE:**   12-06-2016 |
| Defendant. | |

     The Court has read and considered the Stipulation Regarding Request for Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 24, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

//

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The time period of February 10, 2016 to August 1, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(G) due to delay resulting from consideration by the Court of a proposed plea agreement entered into by the defendant and an attorney for the Government.

2. Defendant shall appear in Courtroom 15 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on October 31, 2016, at 3:00 p.m., November 21, 2016, at 3:00 p.m. and December 6, 2016 at 8:30 a.m.

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

August 25, 2016
DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Brandon D. Fox
BRANDON D. FOX
Assistant United States Attorney

cc: **PSA**

2