EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
General Crimes Section
Assistant United States Attorneys
      1500/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-7631
      E-mail:    Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                  v.<br><br>LEROY BACA,<br><br>            Defendant. | No. CR 16-66(A)-PA<br><br>GOVERNMENT'S SUBMISSION OF QUALIFICATIONS OF PROPOSED LICENSED PSYCHOLOGIST TO CONDUCT COMPETENCY EXAMINATION OF DEFENDANT LEROY BACA; PROPOSED ORDER<br><br>Competency Hearing Date: November 21, 2016 at 3:00 p.m. |

On August 26, 2016, the Court ordered defendant Leroy Baca to submit to a competency examination by a licensed psychologist by no later than September 30, 2016, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b).  The Court directed the government to submit the name and credentials of the licensed psychologist the government has engaged

in this matter so that the Court may determine whether to approve of this licensed psychologist to conduct the Court-ordered competency examination.  Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, hereby provides the Court with the following information:

1.    The government has retained Diana Goldstein, Ph.D., of the Isaac Ray Forensic Group.  Dr. Goldstein's Curriculum Vitae is attached as Exhibit A.  A list of the criminal cases in which she has been appointed or retained as an expert witness is attached as Exhibit B.

2.    Dr. Goldstein is a licensed neuropsychologist.  (Ex. A.) She is board certified in clinical neuropsychology.  (Id.)  Along with her own extensive educational experience, she has taught at several medical schools.  (Id.)  Dr. Goldstein began conducting forensic neuropsychological evaluations of criminal defendants in 1998.  (Id.)

3.    The fourth column of Exhibit B reflects whether Dr. Goldstein has been appointed by courts to conduct examinations of defendants, retained by the prosecution, or retained by the defense. The chart shows that Dr. Goldstein has been appointed by courts to conduct competency examinations of defendants approximately 50 times.  (Ex. B.)  More than twenty federal district judges have appointed Dr. Goldstein to conduct these examinations.  (Id.)  She has been appointed or retained in approximately seven different federal jurisdictions.  (Id.)  In total, Dr. Goldstein has been

selected as an expert in neuropsychology in more than 150 criminal cases.

4.    The government believes these credentials show that Dr. Goldstein is extremely qualified to provide a competency examination of defendant.  Further, on September 6, 2016, defense counsel informed the government that it intends on raising a mental disease or defect defense on the issue of guilt, pursuant to Rule 12.2(b), for all three counts in the Superseding Indictment.  Defendant has previously agreed to allow a government expert to examine defendant for purposes of rebutting this defense.  Accordingly, approving of Dr. Goldstein to also conduct the competency examination will save resources, as defendant will only need to be evaluated by one licensed psychologist.

DATED: September 7, 2016          Respectfully Submitted,

                                  EILEEN M. DECKER
                                  United States Attorney

                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                    /s/ *Brandon D. Fox*_____
                                  BRANDON D. FOX
                                  LIZABETH A. RHODES
                                  EDDIE A. JAUREGUI
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

3