EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
General Crimes Section
Assistant United States Attorneys
     1500/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-7631
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
| Plaintiff, | [PROPOSED] ORDER |
| v. | **COMPETENCY HEARING DATE: November 21, 2016 at 3:00 p.m.** |
| LEROY BACA, | |
| Defendant. | |

     The Court has read and considered the Government's Submission of Qualifications of Proposed License Psychologist to Conduct Competency Examination of Defendant Leroy Baca.  The Court hereby ORDERS:

     Defendant shall submit to an evaluation by Dr. Diana Goldstein, who is a licensed neuropsychologist with extensive experience conducting competency evaluations, by no later than September 30,

2016.  The examination should be conducted pursuant to Federal Rule of Criminal Procedure Rule 12.2 and 18 U.S.C. § 4241 *et seq*.

Dr. Goldstein shall prepare a psychiatric or psychological report pursuant to 18 U.S.C. § 4247(c) by no later than October 31, 2016.  The report shall include (1) defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) Dr. Goldstein's findings; and (4) Dr. Goldstein's opinions as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. A copy of this report shall be filed with the Court, with copies provided to counsel for defendant and for the government.

The parties are ordered to appear at a mental competency hearing on November 21, 2016 at 3:00 p.m., which will be held pursuant to 18 U.S.C. § 4247(d).

IT IS SO ORDERED.

September 7, 2016

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

BRANDON D. FOX
Assistant United States Attorney

2