# Criminal Casework
## Diana S. Goldstein, Ph.D., ABPP/CN

| | Case Name | Case No. | District | Def/Pros/App | Judge | Attorney(s) |
|---|---|---|---|---|---|---|
| 1. | United States of America v. Francis Alessi | 99 CR 23279 | US District Court, Northern District of IL, E Division | D | Himmel | Pasulka |
| 2. | United States of America v. Linda Cala | 00 CR 435 | US District Court, Northern District of IL, E Division | D | Gotschall | Gutierrez |
| 3. | United States of America v. Louise Jimo | 00 CR 0668 | US District Court, Northern District of IL, E Division | A | Brown | Spielfogel |
| 4. | United States of America v. Thomas McGeehee | 00CR 947 | US District Court, Northern District of IL, E Division | D | Anderson | Spielfogel |
| 5. | United States of America v. Michael Reilly | 00 CR 953 | US District Court, Northern District of IL, E Division | D | Gottschall | Goodman |
| 6. | United States of America v. Justin Robbins | | US District Court, Northern District of IL, E Division | A | | Frankel |
| 7. | a) United States of America v. James Smith | 00 CR 71 | US District Court, Northern District of IL, E Division | A | Kennelly | Steingold |
| | b) United States of America v. James Smith | 00 CR 71 | US District Court, Northern District of IL, E Division | D | Kennelly | Steingold |
| 8. | People of the State of Illinois v. Tina Moseley | 99 D 079037 | Circuit Court of Cook County, IL. | D | Jordan | Royce |
| 9. | United States of America v. Mary Betancourt | 01 CR 343 1 | US District Court, Northern District of IL, E Division | D | Guzman | Shanin |
| 10. | People of the State of Illinois v. Roshann Harris | | Circuit Court of Cook Co, IL. | A | | Coleriz |
| 11. | People of the State of Illinois v. Kaundra Buckner | 00 CR 11846 | Circuit Court of Cook Co, IL. | D | Kipperman | Miglore |
| 12. | United States of America v. Ali Akram | 00 CR 968 | US District Court, Northern District of IL, E Division | A | Denlow | Hunter |
| 13. | United States of America v. Marque Love | 00 CR 954-1 | US District Court, Northern District of IL, E Division | A | Denlow | Pretrial Services |
| 14. | United States of America v. Bryan Barnett | 00 CR 63 | US District Court, Northern District of IL, E Division | A | Nolan | |
| 15. | United States of America v. Amber Brubaker | 01 CR 303 | US District Court, Northern District of IL, E Division | D * | Gottschall | Collins/MacArthur |
| 16. | People of the State of Illinois v.  José Vidaurri | 00 CR 8905-03 | Circuit Court of Cook County, IL. | D | Kazmierski | Fitzsimmons |
| 17. | People of the State of Illinois v. Nicholas Gironda | 00 CR 27878 | Circuit Court of Cook County, IL. | D | Suvia | Miglore |
| 18. | People of the State of Illinois v. Sherman Taylor | | Circuit Court of Cook County, IL. | | | Smith |
| 19. | People of the State of Illinois v. Thomas O'Donnell | 98 JD 12967 | Juvenile Circuit Court of Cook County, IL | D | Walsh | Baum |
| 20. | United States of America v. Javier Otero | 99 CR 397 | US District Court, Northern District of IL, E Division | D | Andersen | Roller |
| 21. | United States of America v. Maj Andrzej | 01 CR 0900 | US District Court, Northern District of IL, E Division | D | Kocoras | Harnett |
| 22. | People of the State of Illinois v. Jonah Lissner | 00 CR 19755 | Circuit Court of Cook County, IL. | A | Orr | Aimen |
| 23. | a) United States of America v. Derrick Jones | 01 CR 266 | US District Court, Northern District of IL, E Division | A | Kocoras | Saltzman |
| | b) United States of America v. Derrick Jones | 02 CR 266 | US District Court, Northern District of IL, E Division | D | Kocoras | Saltzman |
| 24. | United States of America v. Michael Disch | 00 CR 988 | US District Court, Northern District of IL, E Division | P | Dohnal | Fischer |
| 25. | United States of America v. Daniel Woodruff | NA | Declined for prosecution by U.S. Attorney's Office | P | NA | Cramer |
| 26. | United States of America v. Martha Dervisevic | 01 CR 400 | US District Court, Northern District of IL, E Division | A | Lefkow | Banks/Foley |
| 27. | People of the State of Illinois v. Alan Scholz | 00 CF 344 | | D | | |
| 28. | People of the State of Illinois v. Houston Malden | 02 CF 1541 | Circuit Court of Lake County, IL | D | Philips | Addis/Greenberg |
| 29. | a) United States of America v. Marvin Dean | 02 CR 636-1 | US District Court, Northern District of IL, E Division | A | Grady | Meyer |
| | b) United States of America v. Marvin Dean | 03 CR 636-1 | US District Court, Northern District of IL, E Division | D | Grady | Meyer |
| 30. | a) United States of America v. Richard Ganeff | 01 CR 0713 | US District Court, Northern District of IL, E Division | A | Bucklo | Foley |
| | b)  People of the State of Illinois v. Richard Ganeff | 01 CF 2105 | Circuit Court of Cook County, IL. | A | Rosemond | Brodsky |
| 31. | People of the State of Illinois v. Jeffrey Ruth | 03 CR 2741 | Circuit Court of Cook County, IL. | D | Morse | Brzeczek |
| 32. | People of the State of Illinois v. Ernesto Ojeda | 00 CR 28242 | Circuit Court of Cook County, IL. | D * | Porter | Frankel |

* Testimony
□ Capital Case

**EX. B**

| | Case | Case No. | Court | | Judge | Attorney |
|---|---|---|---|---|---|---|
| 33. | United States of America v. Dedrick Miller | 99 CR 976 | US District Court, Northern District of IL, E Division | A | Shadur | Rodriguez |
| 34. | People of the State of Illinois v. Shane Holmes | 00 CR 14549 | Circuit Court of Cook County, IL. | D* | Morse | Cohen |
| 35. | United States of America v. Marcos Zacarias | 99 CR 469 8 | US District Court, Northern District of IL, E Division | D* | Gettleman | Loeb/Spielfogel |
| 36. | United States of America v. Johnny Robinson | 00 CR 786 | US District Court, Northern District of IL, E Division | A | Rosemond | Meyer |
| 37. | United States of America v. Raul Rodriguez | 01 CR 1069 | US District Court, Northern District of IL, E Division | D¤ | Gottschal | Rimland |
| 38. | United States of America v. Brian Johnson | 03 CR 037 | US District Court, Northern District of IL, E Division | A | Darrah | Foley |
| 39. | People of the State of Illinois v. Felipe Hall | 94 CF 1703 | Circuit Court of the Third Judicial Circuit, Madison County, IL, Capital Litigation Division of the State Appellate Defender | D¤ | | Rafert/Saltmarsh |
| 40. | United States of America v. Pedro Landa-Ramirez | 03 CR 0424 | US District Court, Northern District of IL, E Division | A | Darrah | Foley/Collins |
| 41. | People of the State of Illinois v. Christina Johnson-Duffy | 02 JD 6109 | Cook County Department of Juvenile Justice & Child Protection, Juvenile Justice Division | P | Wolfson | Hayden |
| 42. | United States of America v. José Reyes-Hurtado | CR 274 | US District Court, Northern District of IL, E Division | A | Bobrick | Salzman |
| 43. | United States of America v. Jessie Martinez | 02 CR 80 | US District Court, Northern District of IL, E Division | D | Leinenweber | Steingold |
| 44. | People of the State of Illinois v. Isaac Sutton | 02 CR 4066 | Circuit Court of Cook County, IL. | D* | Porter | Woelkers |
| 45. | United States of America v. Angel Murillo-Lopez | 03 CR 1131 | US District Court, Northern District of IL, E Division | A | Conlon | Rodriguez |
| 46. | People of the State of Illinois v. Willie Buckhana | 99 CR 2069 | Circuit Court of Kane County, IL. | D¤ | Hudson | Greenberg |
| 47. | People of the State of Illinois v. Dennis Scott | 01 CR 14980 | Circuit Court of Cook County, IL. | D*¤ | Sterba | Foley |
| 48. | United States of America v. Adriese Thomas | 03 CR 831 | US District Court, Northern District of IL, E Division | A | Zagel | Hesler |
| 49. | People of the State of Illinois v. Daniel Abramy | 03 CF 1551 | Circuit Court of DuPage County, IL. | D | Anderson | Wilensky |
| 50. | People of the State of Illinois v Ricky Parnell | 00 CR 15476 | Circuit Court of Cook County, IL. | D | Porter | Scharrer |
| 51. | United States of America v. Glenn Dunkel | 03 CR 512 | US District Court, Northern District of IL, E Division | A | Pallmeyer | Hesler/Newman |
| 52. | United States of America v. André Jones | 01 CR 967 1 | US District Court, Northern District of IL, E Division | D | Leinenweber | Shanin |
| 53. | United States of America v. Perry Moseley | 03 CR 212 | US District Court, Northern District of IL, E Division | A* | Kennelly | Chandra |
| 54. | United States of America v. Carey Portman | 04 CR 64 | US District Court, Northern District of IL, E Division | D | Ashman | Plotkin |
| 54. | People of the State of Illinois v Sharron Lamoreaux | 04 CR 4173 | Circuit Court of Cook County, IL. | D | Epstein | Greenberg |
| 55. | United States of America v. Ronald Mikos | 97 C 2494 | US District Court, Northern District of IL, E Division | D¤ | Guzman | Giacchetti/Beal |
| 56. | United States of America v. Lawrence Skiba | 01 219 | US District Court, Western District of PA | D¤ | Diamond | McCamick/Finkelstein |
| 57. a) | United States of America v. William Anderson | 03 CR 1077 | US District Court, Northern District of IL, E Division | A | Manning | Rodriguez |
| b) | United States of America v. William Anderson | 03 CR 1077 | US District Court, Northern District of IL, E Division | D | Manning | Rodriguez |
| c) | United States of America v. William Anderson | 03 CR 1077 | US District Court, Northern District of IL, E Division | P* | Manning | Fox |
| 58. | People of the State of Illinois v. Glen Jones | 02 CR 27812 | Circuit Court of Cook County, IL. | D¤ | Crane | Lyon |
| 59. | United States of America v. Michelle Thomas | 04 CR 480 | US District Court, Northern District of IL, E Division | D | Bobrick | Siegler |
| 60. | People of the State of Illinois v. Felix Figueroa | 03 JD 00780 | Cook County Department of Juvenile Justice & Child Protection, Juvenile Justice Division | P | Wolfson | Hayden |
| 61. | United States of America v. Odell Corley | 3: 02 CR 116 | US District Court, Northern District of IN, Hammond Division | P¤ | Lozano | Collins/Stewart |
| 62. a) | United States of America v. Stephen Kemp | 04 CR 116 | US District Court, Middle District of PA | A | Kane | Greenberg/Teitelbaum |
| b) | United States of America v. Stephen Kemp | 04 CR 116 | US District Court, Middle District of PA | D | Kane | Greenberg |
| 63. | United States of America v. Joanne Rendon | 04 CR 651 | US District Court, Northern District of IL, E Division | D | Conlon | Murphy |
| 64. | United States of America v. Abdul Rauf Noormohamed | 04 CR 29 | US District Court, Northern District of IL, E Division | P | Holderman | Littleton |
| 65. | United States of America v. Wafa Mustafa | 04 CR 191-1 | US District Court, Northern District of IL, E Division | D | Coar | Chandra |

\* Testimony

¤ Capital Case

γ Peer reviewer for The Forensic Panel, New York, NY

| # | Case | Case Number | Court | Type | Judge | Attorney |
|---|---|---|---|---|---|---|
| 66. | United States of America v. Glenn Lange | 03 CR 764-1 | US District Court, Northern District of IL, E Division | P * | Coar | Littleton |
| 67. | United States of America v. Patricia Duff | 03 CR 922 | US District Court, Northern District of IL, E Division | P | Bucklo | Ex/Buvinger/Andersson |
| 68. | People of the State of Illinois v. Paul Runge | 01 CR 17928 01 CR 17929 01 CR 17930 01 CR 17931 | Circuit Court of Cook County, IL | D | Kazmiersky | Jordan |
| 69. | United States of America v. Mark Vertal | 02 CR 406 | US District Court, Northern District of IL, E Division | D | Manning | Loeb |
| 70. | United States of America v. Thomas J Malone et al. | 04 CR 0068 | US District Court, Northern District of IL, E Division | D | Grady | Burton |
| 71. | United States of America v. Michael Segal | 02 CR 112-3 | US District Court, Northern District of IL, E Division | P | Castillo | Kendall |
| 72. | People of the State of Illinois v. Richard Lyons | 05 CF 1401-06 | Circuit Court of DuPage County, IL | D | Jorgenson | Krejci |
| 73. | People of the State of Illinois v. Michael Szafraniec | 03 CR 21543 03 CR 21544 | Circuit Court of Cook County, IL | D |  | Brzeczek |
| 74. | United States of America v. Aaron D'Souza | 05 CR 624 | US District Court, Northern District of IL, E Division | D | St. Eve | Hesler |
| 75. | United States of America v. Martha Blanton | 05 CR 214-1 | US District Court, Northern District of IL, E Division | A | Coar | Hesler |
| 76. | United States of America v. Edward Schumann | 04 CR 660 | US District Court, Northern District of IL, E Division | P | Shadur | Ryan |
| 77. | John Stadnyk (pre-indictment) | NA | US Dept of Justice, Office of Special Investigations, Wash D.C. | P | NA | Fels |
| 78. | United States of America v. Charles Coleman | 04 CR 1116 | US District Court, Northern District of IL, E Division | D | Gottschall | Tunick |
| 79. | United States of America v. Manuel Galvan-Ramirez | 06 CR 55 | US District Court, Northern District of IL, E Division | D | Gottschall | Collins |
| 80. | United States of America v. Steven Susinka | 03 CR 90-16 | US District Court, Northern District of IL, E Division | D ¤ | Castillo | Rimland |
| 81. | United States of America v. Anthony Phillips | 05 CR 1004 | US District Court, Northern District of IL, E Division | A | Zagel | Kim |
| 82. | United States of America v. Byron Dubois Collins | 05 CR 0508 | US District Court, Northern District of IL, E Division | D | St. Eve | Hunter |
| 83. | People of the State of Indiana v. William Larnelle Dixon | 45G02 0503 MR 00002 | Superior Court of Lake County, IN | D |  | Ormes |
| 84. | People of the State of Illinois v. Derrick Batson | 05 CR 26850 | Circuit Court of Cook County, IL | D | Linn | Paull |
| 85. | United States of America v. Randy Rencher | 05 CR 604 | US District Court, Northern District of IL, E Division | A * | Lefkow | Clark, Siskel |
| 86. | People of the State of Indiana v. George Box | 45G02 0408 MR 00007 | Superior Court of Lake County, IN | D | Murray | Hollandsworth |
| 87. | People of the State of Illinois v. Paul Grygo | 04CF 2453 | Circuit Court of DuPage County, IL | P * | Creswell | Brennan |
| 88. | United States of America v. Alan Jungles | 06 CR 33-4 | US District Court, Northern District of IL, E Division | D | Filip | O'Malley |
| 89. | United States of America v. Christina Johnson | 06 CR 768 | US District Court, Northern District of IL, E Division | A | Guzman | O'Malley |
| 90. | United States of America v. Melvena Cooke | 06 CR 648 | US District Court, Northern District of IL, E Division | A | Schenkier | Lindsay |
| 91. | United States of America v. Amin Jumah | 04 CR 237-1 | US District Court, Northern District of IL, E Division | A | Darrah | Shatz |
| 92. | United States of America v. John B. Ransum, Jr | CR06-00072-001-PHX-SRB | U.S. District Court for the District of Arizona | A | Bolton | Hall |
| 93. | United States of America v. Wilbur Sabota, Jr. | 05 CR 1014 | US District Court, Northern District of IL, E Division | D | Zagel | Chandra |
| 94. | United States of America v. David Holmes | 06 CR 0700 | US District Court, Northern District of IL, E Division | D | Pallmeyer | Chandra |
| 95. | United States of America v. Larry Farlow | 05 CR 1026 | US District Court, Northern District of IL, E Division | A | Grady | Fine |
| 96. | People of the State of Illinois v. Jonathan Rainbolt | 06 CF 1130 | Circuit Court of McHenry County, IL | D | Prather | Owens |
| 97. | United States of America v. Genaro Ortiz-Ramirez | 07 CR 391 | US District Court, Northern District of IL, E Division | A | Kennelly | Beal |
| 98. | United States of America v. John Gilbert | 07 CR 433 | US District Court, Northern District of IL, E Division | D | Bucklo | Ambrosio |
| 99. | United States of America v. Jihad Kasim | 2:07 CR 56 | US District Court, Northern District of IN, Hammond Division | P * | Simon | Berkowitz |
| 100. | United States of America v. Edward Bartoli | 04 CR 372 | US District Court, Northern District of IL, E Division | P | Norgle | Elden |

\* Testimony

¤ Capital Case

γ Peer reviewer for The Forensic Panel, New York, NY

| 101. | United States of America v. John Hucko | 07 CR 690 | US District Court, Northern District of IL, E Division | D | Keys | Siegler |
|---|---|---|---|---|---|---|
| 102. | United States of America v. Derrick Shareef | 06 CR 919 | US District Court, Northern District of IL, E Division | D | Coar | Young |
| 103. | United States of America v. Laura Barkalow | 07 CR 857-2 | US District Court, Northern District of IL, E Division | D | Grady | Brook |
| 104. | United States of America v. Maurice Holmes | 07 CR 437 | US District Court, Northern District of IL, E Division | A | Darrah | Scherer |
| 105. | People of the State of Indiana v. Ronnie Rice | 45G03-0712-MR-00011 | Superior Court of Lake County, IN | D | Boswell | King |
| 106. | United States of America v. Darryl Smith | 07 CR 586 | US District Court, Northern District of IL, E Division | A | Lefkow | Foley |
| 107. | People of the State of Illinois v. David Goodman | 07 CF 4882 | Circuit Court of Lake County, IL | D | Foreman | Miller |
| 108. | People of the State of Indiana v. Engelica Castillo | | Superior Court of Lake County, IN | D | | Stigler |
| 109. | United States of America v. Katherine McCann | 08 CR 373 | US District Court, Northern District of IL, E Division | D | Shadur | McLaughlin |
| 110. | United States of America v. Maria Figueroa | 08 CR 547 | US District Court, Northern District of IL, E Division | A | Der-Yeghiayan | Flynn/Dale |
| 111. | United States of America v. Melissa Carraway | 08 CR 808 | US District Court, Northern District of IL, E Division | A | St. Eve | Rimland |
| 112. | United States of America v. Liliana Arrambide | 06 CR 138 13 | US District Court, Northern District of IL, E Division | A | Zagel | O'Malley/Brown |
| 113. | United States of America v. Naeem J. Williams | 06 CR 00079 DAE-KSC | US District Court, District of Hawaii | P [¤] | Ezra | Silverberg, Mellin, Ching |
| 114. | United States of America v. Robert Sacks | 08-629 | US District Court, District of New Jersey | P | Brown | Hoffman |
| 115. | United States of America v. Darwin Minnis, et al | 10 CR 0193 | US District Court, Northern District of IL, E Division | A | Grady | Brandstrader/Stern |
| 116. | United States of America v. Uzair Ali Hashmi | 09 CR 694 | US District Court, Northern District of IL, E Division | P * (TPO Testimony) | Shadur | Krickbaum |
| 117. | United States of America v Heidi Friedberg | 09 CR 595 | US District Court, Northern District of IL, E Division | D | Kennelly | Giaccetti |
| 118. | United States of America v. Johnnie Hughes | 07 CR 410-8 | US District Court, Northern District of IL, E Division | P | Leinenweber | Brown |
| 119. | People of the State of Illinois v. Arthur DeLeon | 09 CR 6546 | Circuit Court of Lake County, IL | D | Burns | Jha |
| 120. | United States of America v. Corey Stinefast | 09 CR 768 | US District Court, Northern District of IL, E Division | P | St. Eve | Tracy |
| 121. | United States of America v. Andrew Modjewski | 10 CR 564 | | D | | Levine |
| 122. | United States of America v. Chantel Hannah | 10 CR 458 | US District Court, Northern District of IL, E Division | A | Keys | Collins/Rotter |
| 123. | Ex Parte Brittany Marlowe Holberg, Applicant | W-11, 492-C-1 | 251st District Court in and for Randall County, Texas | P [¤] | Estevez | Kuykendall |
| 124. | United States of America v. Florencio Olvera | 08 CR 942 | US District Court, Northern District of IL, E Division | A | Leinenweber | Cotto |
| 125. | United States of America v. Kim Ramirez | 10 CR 685 | US District Court, Northern District of IL, E Division | D | | Gaus |
| 126. | State of Ohio v. Anthony Sowell | CR 530885 | Cuyahoga County Court of Common Pleas | P * [¤] | Ambrose | Bombik, Carr |
| 127. | United States of America v. Shawnese Showers | 08 CR 748 | US District Court, Northern District of IL, E Division | A | Valdez | Cody |
| 128. | United States of America v. William Block | 08 CR 900 | US District Court, Northern District of IL, E Division | A | Leinenweber | Brindly |
| 129. | United States of America v. Willa Joy Smith | 10 CR 0081 | US District Court, Northern District of IL, E Division | A | Castillo | Tracy |
| 130. | United States of America v. Curt Taylor | 09 CR 224-4 | US District Court, Northern District of IL, E Division | A | | Brunell |
| 131. | United States of America v. Ronald Townsend | 11 CR 488 | U.S. District Court, Northern District of Illinois, E Division | D | Grady | Kennedy |
| 133. | United States of America v. Stevie Edwards | 10 CR 170 | U.S. District Court, Northern District of Illinois, E Division | A | St. Eve | Lopez |
| 134. | United States of America v. Helga Weis | 10 CR 805 | US District Court, Northern District of IL, E Division | P | Bucklo | Lee/Krull |
| 135. | United States of America v. Norvell Moore | 10 CR 896 | US District Court, Northern District of IL, E Division | A | Grady | Mitchell |
| 136. | People of the State of Illinois v Earl David Bertsche | 11 CF 156 | Circuit Court of Livingston County, IL | D | Hartmann-Bauknecht | Menaker |
| 137. | United States of America v. Armando Fernandez | 11 CR 642 | US District Court, Northern District of IL, E Division | A | Kennelly | Young/Zimdahl |

\* Testimony

[¤] Capital Case

[γ] Peer reviewer for The Forensic Panel, New York, NY

| | | | | | |
|---|---|---|---|---|---|
| 138. United States of America v. Chastain Montgomery | 2:11 CR 20044 | US District Court, Western District of TN, W Division | P $^{¤\,γ}$ | | |
| 139. United States of America v. James D. Erwin | 11 CR 5586 | US District Court, Northern District of IL, E Division | A | Guzman | Zell/Tunick |
| 140. United States v. Rosaire Michael Dubrule | 07 20246 STA | US District Court, Western District of TN, W Division | P $^{γ}$ | Anderson | |
| 141. United States of America v. Willie Negron | 12 CR 210 | US District Court, Northern District of IL, E Division | P | Kennelly | Johnson |
| 142. People of the State of Illinois v. Michael Corbett | | Circuit Court of Cook County, IL<br>Circuit Court of DuPage County | D | Markay/Clayman | Blomquist/Anderson |
| 143. United States of America v. Sharon Mae Young | 13 CR 346 | US District Court, Northern District of IL, E Division | A | Kennelly | Michaelis |
| 144. People of the State of Illinois v Miroslaw Zawirucha | 12 CR 13461 | Circuit Court of Cook County, IL | D | | Ashley |
| 144. United States of America v. David Mobley | 12 CR 161 | US District Court, Northern District of IL, E Division | A | Bucklo | Leinenweber |
| 145. United States of America v. Cherron Marie Phillips | 12 CR 872 | US District Court, Northern District of IL, E Division | A | Shadur | Stump |
| 146. United States of America v. Russell Gordon | 13 CR 425 | US District Court, Northern District of IL, E Division | A | | Sawyer |
| 147. United States of America v. David Kotlichy | 12 CR 904 | US District Court, Northern District of IL, E Division | A | Kendall | Rimland/Porter |
| 148. United States of America v. Octave Gibson | 13 CR 0469 | US District Court, Northern District of IL, E Division | A | Grady | Perconte/Flessner |
| 149. United States of America v. William Corrigan | 13 CR 915 | US District Court, Northern District of IL, E Division | D | Dow | Howard |
| 150. United States of America v. Corey Norwood | 13 CR 267 | US District Court, Northern District of IL, E Division | A | Guzman | Heinze |
| 151. United States of America v. William Rozelle | 14 CR 297 | US District Court, Northern District of IL, E Division | D | Zagel | Frankel |
| 152. United States of America v. Jose Jiminez-Infante | 13 CR 945 | US District Court, Northern District of IL, E Division | P | Darrah | Palmore |
| 153. United States of America v. Palo Brown | | US District Court, Northern District of IL, E Division | D | | Legutki |
| 154. United States of America v. James Sessom | 13 CR 406-1 | US District Court, Northern District of IL, E Division | D | Castillo | Tunick |
| 155. United States of America v. Angel Ramos | 14 CR 312 | US District Court, Northern District of IL, E Division | D | Lee | Gutierrez |
| 156. United States of America v. Adel Daoud | 12 CR 723 | US District Court, Northern District of IL, E Division | A | Coleman | Durkin/Jonas |
| 157. United States of America v. Alex Gilbert | 13 CR 803 | US District Court, Northern District of IL, E Division | A | Coleman | Sawyer/Rimland |
| 158. United States of America v. Paris Starwalt | 13 CR 650 | US District Court, Northern District of IL, E Division | D | Kendall | Bolan |
| 159. United States of America v. Alice Mitic | 14 CR 187 | US District Court, Northern District of IL, E Division | A | Norgle | Stec |
| 160. United States of America v. Meir Hillel | 2:15-mj-709 | US District Court, Southern District of Ohio | D | | Birkett |

---

$^{*}$  Testimony

$^{¤}$  Capital Case

$^{γ}$  Peer reviewer for The Forensic Panel, New York, NY

---

* Testimony

¤ Capital Case

γ Peer reviewer for The Forensic Panel, New York, NY