EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
     1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| LEROY BACA, | [PROPOSED] TRIAL DATE: 12-6-2016 |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 9, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from October 4, 2016 at 8:30 a.m. to December 6, 2016. The motions and hearing deadlines are set forth in the Court's order at Docket No. 91.

2.    In addition, should defendant provide notice of expert evidence of a mental condition pursuant to Federal Rule of Criminal Procedure 12.2(b), the Court orders the following schedule:

      a.    By September 23, 2016: defense disclosure of expert discovery to the government.

      b.    By September 30, 2016: defendant to be examined by government's expert.

      c.    By October 31, 2016: government disclosure of expert report to defense.

      d.    By November 7, 2016: motions pertaining to expert evidence.

      e.    By November 14, 2016: responses to motions pertaining to expert evidence.

f.   By November 18, 2016: optional replies to responses to motions pertaining to expert evidence.

3.   The time period of August 1, 2016 to December 6, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4.   Defendant shall appear for hearing on motions on October 31, 2016, at 3:00 p.m., final pretrial conference on November 21, 2016, at 3:00 p.m., and trial in the courtroom of the Honorable Percy Anderson on December 6, 2016, at 8:30 a.m.

5.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATE: September 9, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Brandon D. Fox
BRANDON D. FOX
Assistant United States Attorney

cc: **PSA**

3