EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
    1500/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-6436
    E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF [PROPOSED] ORDER MODIFYING SCHEDULE FOR MENTAL EXAMINATION OF DEFENDANT LEROY BACA |
| v. | |
| LEROY BACA, | |
| Defendant. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant Leroy Baca ("defendant"), by and through his counsel of record, Nathan Hochman, hereby lodge a Proposed Order Modifying Schedule for Mental Examination of Defendant Leroy Baca.  This Court previously ordered

that the government's expert examine defendant by September 30, 2016. Dkt. 98.  The parties agree and request that the Court's order be modified to provide that the government's expert examination be conducted by October 3, 2016.  The parties agree that all other deadlines should remain unchanged.

Dated: September 15, 2016          Respectfully submitted,

                                   EILEEN M. DECKER
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                     /s/ Brandon D. Fox
                                   BRANDON D. FOX
                                   LIZABETH A. RHODES
                                   EDDIE A. JAUREGUI
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: September 15, 2016            /s/ Nathan Hochman (with e-mail authorization)
                                   NATHAN HOCHMAN
                                   Attorney for Defendant
                                   LEROY BACA

2