EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
      1500/1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-6436
      E-mail:    Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
| Plaintiff, | [PROPOSED] ORDER MODIFYING SCHEDULE FOR MENTAL EXAMINATION OF DEFENDANT LEROY BACA |
| v. | |
| LEROY BACA, | |
| Defendant. | |

In its Order of September 9, 2016, the Court set forth deadlines that would apply should defendant Leroy Baca ("defendant") provide the government with notice of expert evidence of a mental condition under Federal Rule of Criminal Procedure 12.2(b).  See Dkt. No. 98. On September 12, 2016, defendant provided the government with such notice.  Dkt. No. 99.

The Court's deadlines provided that defendant be examined by the government's expert by no later than September 30, 2016.  At the

request of the parties, the Court modifies its order of September 9, 2016, as follows:  Defendant is to be examined by the government's expert by October 3, 2016.

All other deadlines in the Court's September 9, 2016 order remain unchanged.

IT IS SO ORDERED.


_____          _____
 DATE                                HONORABLE PERCY ANDERSON
                                     UNITED STATES DISTRICT JUDGE


Presented by:

        /s/ Brandon D. Fox
_____
 BRANDON D. FOX
 Assistant United States Attorney

2