UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-66(A) - PA |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT LEROY BACA TO STRIKE SURPLUSAGE FROM FIRST SUPERSEDING INDICTMENT |
| v. | |
| LEROY BACA, | |
| Defendant. | Hearing Date:  October 31, 2016<br>Time:  3:00 p.m.<br>Courtroom:  15 |

The Court, having considered all the pleadings regarding Defendant Leroy Baca's Motion to Strike Surplusage from First Superseding Indictment, and after hearing argument, hereby finds and rules that paragraph 7(b) of the Introductory Allegations is surplusage, that it is irrelevant to the charges brought against Mr. Baca and would be prejudicial if given to the jury as part of the Frist Superseding Indictment. Accordingly, the Court hereby ORDERS that the paragraph 7(b) containing the following language be stricken:

> From no later than December 2010 and continuing to at least July 2011, allegations surfaced that LASD deputies working on the 3000 floor of MCJ, who called

1

themselves the "3000 Boys," exhibited gang-like and violent behavior, used excessive force against inmates, and falsified reports to cover up wrongdoing.

First Superseding Indictment, Docket No. 70 at 3.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Percy Anderson,
United States District Judge