# EXHIBIT 1

# EXHIBIT 1

## Los Angeles County Sheriff Election Results
Since 1998

**November 2014 General Election (Run-Off)**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Jim McDonnell | 743,406 | 75.0 |
| Paul Tanaka | 247,043 | 25.0 |

**June 2014 Primary Election (Results in Run-Off. See Above)**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Jim McDonnell | 340,682 | 49.4 |
| Paul Tanaka | 104,192 | 15.1 |
| Bob Olmsted | 67,855 | 9.8 |
| James Hellmold | 52,953 | 7.7 |
| Patrick L Gomez | 45,276 | 6.6 |
| Todd S Rogers | 41,855 | 6.1 |
| Lou Vince | 37,458 | 5.4 |

**June 2010 Primary Election**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Lee Baca | 640,606 | 100.0 |

**June 2006 Primary Election**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Lee Baca | 547,302 | 66.8 |
| Don Meredith | 83,006 | 10.1 |
| Ken Masse | 82,305 | 10.0 |
| Ray Leyva | 70,583 | 8.6 |
| Paul L. Jernigan Jr | 36,466 | 4.5 |

**March 2002 Primary Election**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Lee Baca | 646,556 | 72.3 |
| John Stites | 136,555 | 15.3 |
| Patrick L. Gomez | 110,834 | 12.4 |

**November 1998 Election (Run-off)**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Lee Baca | 1,112,166 | 61.3 |
| Sherman Block (Incumbent) | 703,178 | 38.7 |

**June 1998 Election (No majority - Run-off Required)**

| Candidate | Votes | Percent of Vote |
|---|---|---|
| Sherman Block (Incumbent) | 431,591 | 36.1 |
| Lee Baca | 387,361 | 32.4 |
| W A "Bill" Baker | 237,090 | 19.8 |
| Patrick L. Gomez | 138,730 | 11.6 |

Source: Los Angeles County Registrar-Recorder/County Clerk

In 1998, Sheriff **Sherman Block** died just days before voters were to decide upon his bid to be re-elected to a fourth term as Sheriff of Los Angeles County. Block's supporters were not dismayed and continued to campaign for the late Sheriff's re-election. They hoped to deny a victory to Block's opponent, **Lee Baca**. An election victory for a deceased candidate would place the appointment of a new Sheriff in the hands of the County Board of Supervisors. County Supervisors were not supportive of Baca's candidacy. Baca was considered an outsider to the county political establishment. Baca won the election, however, with more than 60 percent of the vote.

Exh.1, Pg. 000022