# EXHIBIT 2

# EXHIBIT 2

## Report of Registration as of July 7, 2016
## Registration by County

| | Eligible | Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Alameda | 1,066,553 | 846,737 | 492,182 | 107,090 | 15,651 | 6,443 |
| **Percent** | | **79.39%** | **58.13%** | **12.65%** | **1.85%** | **0.76%** |
| Alpine | 950 | 724 | 278 | 221 | 28 | 8 |
| **Percent** | | **76.21%** | **38.40%** | **30.52%** | **3.87%** | **1.10%** |
| Amador | 27,682 | 21,054 | 6,532 | 9,696 | 842 | 110 |
| **Percent** | | **76.06%** | **31.02%** | **46.05%** | **4.00%** | **0.52%** |
| Butte | 168,900 | 123,593 | 43,503 | 44,460 | 4,126 | 927 |
| **Percent** | | **73.18%** | **35.20%** | **35.97%** | **3.34%** | **0.75%** |
| Calaveras | 36,113 | 27,807 | 8,377 | 12,039 | 1,223 | 166 |
| **Percent** | | **77.00%** | **30.13%** | **43.29%** | **4.40%** | **0.60%** |
| Colusa | 12,482 | 8,112 | 2,714 | 3,492 | 194 | 19 |
| **Percent** | | **64.99%** | **33.46%** | **43.05%** | **2.39%** | **0.23%** |
| Contra Costa | 741,366 | 557,873 | 282,084 | 128,127 | 13,927 | 2,399 |
| **Percent** | | **75.25%** | **50.56%** | **22.97%** | **2.50%** | **0.43%** |
| Del Norte | 17,965 | 13,723 | 4,491 | 4,990 | 621 | 87 |
| **Percent** | | **76.39%** | **32.73%** | **36.36%** | **4.53%** | **0.63%** |
| El Dorado | 136,873 | 110,304 | 32,983 | 47,582 | 4,123 | 596 |
| **Percent** | | **80.59%** | **29.90%** | **43.14%** | **3.74%** | **0.54%** |
| Fresno | 581,403 | 415,395 | 163,169 | 153,710 | 10,873 | 1,195 |
| **Percent** | | **71.45%** | **39.28%** | **37.00%** | **2.62%** | **0.29%** |
| Glenn | 18,442 | 12,137 | 3,556 | 5,371 | 462 | 33 |
| **Percent** | | **65.81%** | **29.30%** | **44.25%** | **3.81%** | **0.27%** |
| Humboldt | 105,130 | 79,037 | 35,938 | 19,064 | 2,496 | 1,858 |
| **Percent** | | **75.18%** | **45.47%** | **24.12%** | **3.16%** | **2.35%** |
| Imperial | 97,187 | 63,250 | 31,351 | 13,018 | 1,480 | 128 |
| **Percent** | | **65.08%** | **49.57%** | **20.58%** | **2.34%** | **0.20%** |
| Inyo | 13,763 | 9,723 | 3,066 | 4,088 | 405 | 49 |
| **Percent** | | **70.65%** | **31.53%** | **42.04%** | **4.17%** | **0.50%** |
| Kern | 506,024 | 341,831 | 122,797 | 133,041 | 11,148 | 673 |
| **Percent** | | **67.55%** | **35.92%** | **38.92%** | **3.26%** | **0.20%** |
| Kings | 79,951 | 48,183 | 16,815 | 21,516 | 1,171 | 79 |
| **Percent** | | **60.27%** | **34.90%** | **44.65%** | **2.43%** | **0.16%** |

Exh. 2, Pg. 000023

**Report of Registration as of July 7, 2016**
**Registration by County**

| | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Alameda | 4,018 | 2,385 | 6,219 | 212,749 |
| **Percent** | **0.47%** | **0.28%** | **0.73%** | **25.13%** |
| Alpine | 5 | 1 | 3 | 180 |
| **Percent** | **0.69%** | **0.14%** | **0.41%** | **24.86%** |
| Amador | 227 | 54 | 40 | 3,553 |
| **Percent** | **1.08%** | **0.26%** | **0.19%** | **16.88%** |
| Butte | 1,189 | 474 | 1,420 | 27,494 |
| **Percent** | **0.96%** | **0.38%** | **1.15%** | **22.25%** |
| Calaveras | 377 | 91 | 224 | 5,310 |
| **Percent** | **1.36%** | **0.33%** | **0.81%** | **19.10%** |
| Colusa | 45 | 15 | 5 | 1,628 |
| **Percent** | **0.55%** | **0.18%** | **0.06%** | **20.07%** |
| Contra Costa | 3,160 | 1,165 | 1,088 | 125,923 |
| **Percent** | **0.57%** | **0.21%** | **0.20%** | **22.57%** |
| Del Norte | 128 | 71 | 153 | 3,182 |
| **Percent** | **0.93%** | **0.52%** | **1.11%** | **23.19%** |
| El Dorado | 1,240 | 278 | 929 | 22,573 |
| **Percent** | **1.12%** | **0.25%** | **0.84%** | **20.46%** |
| Fresno | 2,275 | 1,171 | 4,369 | 78,633 |
| **Percent** | **0.55%** | **0.28%** | **1.05%** | **18.93%** |
| Glenn | 92 | 41 | 20 | 2,562 |
| **Percent** | **0.76%** | **0.34%** | **0.16%** | **21.11%** |
| Humboldt | 736 | 328 | 182 | 18,435 |
| **Percent** | **0.93%** | **0.41%** | **0.23%** | **23.32%** |
| Imperial | 286 | 311 | 364 | 16,312 |
| **Percent** | **0.45%** | **0.49%** | **0.58%** | **25.79%** |
| Inyo | 92 | 24 | 53 | 1,946 |
| **Percent** | **0.95%** | **0.25%** | **0.55%** | **20.01%** |
| Kern | 2,285 | 1,088 | 358 | 70,441 |
| **Percent** | **0.67%** | **0.32%** | **0.10%** | **20.61%** |
| Kings | 290 | 106 | 133 | 8,073 |
| **Percent** | **0.60%** | **0.22%** | **0.28%** | **16.75%** |

Exh. 2, Pg. 000024

**Report of Registration as of July 7, 2016
Registration by County**

| | Eligible | Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Lake | 48,567 | 33,077 | 13,140 | 9,059 | 1,280 | 308 |
| **Percent** | | **68.11%** | **39.73%** | **27.39%** | **3.87%** | **0.93%** |
| Lassen | 16,762 | 13,518 | 3,013 | 6,744 | 704 | 38 |
| **Percent** | | **80.65%** | **22.29%** | **49.89%** | **5.21%** | **0.28%** |
| Los Angeles | 6,205,977 | 4,967,922 | 2,582,192 | 965,642 | 104,211 | 19,306 |
| **Percent** | | **80.05%** | **51.98%** | **19.44%** | **2.10%** | **0.39%** |
| Madera | 87,290 | 54,138 | 18,009 | 22,719 | 1,610 | 142 |
| **Percent** | | **62.02%** | **33.26%** | **41.96%** | **2.97%** | **0.26%** |
| Marin | 180,878 | 153,233 | 86,649 | 26,443 | 3,059 | 1,283 |
| **Percent** | | **84.72%** | **56.55%** | **17.26%** | **2.00%** | **0.84%** |
| Mariposa | 14,958 | 10,612 | 3,175 | 4,743 | 443 | 81 |
| **Percent** | | **70.95%** | **29.92%** | **44.69%** | **4.17%** | **0.76%** |
| Mendocino | 63,693 | 49,455 | 24,150 | 10,273 | 1,634 | 1,165 |
| **Percent** | | **77.65%** | **48.83%** | **20.77%** | **3.30%** | **2.36%** |
| Merced | 154,586 | 92,750 | 41,609 | 28,691 | 2,755 | 329 |
| **Percent** | | **60.00%** | **44.86%** | **30.93%** | **2.97%** | **0.35%** |
| Modoc | 7,383 | 4,968 | 1,181 | 2,532 | 230 | 21 |
| **Percent** | | **67.29%** | **23.77%** | **50.97%** | **4.63%** | **0.42%** |
| Mono | 9,422 | 6,052 | 2,144 | 2,017 | 242 | 37 |
| **Percent** | | **64.23%** | **35.43%** | **33.33%** | **4.00%** | **0.61%** |
| Monterey | 241,927 | 175,369 | 88,948 | 40,785 | 3,990 | 866 |
| **Percent** | | **72.49%** | **50.72%** | **23.26%** | **2.28%** | **0.49%** |
| Napa | 93,437 | 72,756 | 34,563 | 18,298 | 2,114 | 592 |
| **Percent** | | **77.87%** | **47.51%** | **25.15%** | **2.91%** | **0.81%** |
| Nevada | 77,428 | 65,320 | 24,188 | 23,052 | 2,246 | 689 |
| **Percent** | | **84.36%** | **37.03%** | **35.29%** | **3.44%** | **1.05%** |
| Orange | 2,003,184 | 1,421,481 | 481,578 | 562,016 | 34,624 | 4,237 |
| **Percent** | | **70.96%** | **33.88%** | **39.54%** | **2.44%** | **0.30%** |
| Placer | 263,318 | 211,771 | 61,186 | 96,833 | 5,127 | 761 |
| **Percent** | | **80.42%** | **28.89%** | **45.73%** | **2.42%** | **0.36%** |
| Plumas | 16,056 | 11,305 | 3,488 | 5,009 | 542 | 53 |
| **Percent** | | **70.41%** | **30.85%** | **44.31%** | **4.79%** | **0.47%** |

3

Exh. 2, Pg. 000025

**Report of Registration as of July 7, 2016**
**Registration by County**

| | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Lake | 334 | 172 | 44 | 8,740 |
| **Percent** | **1.01%** | **0.52%** | **0.13%** | **26.42%** |
| Lassen | 107 | 41 | 79 | 2,792 |
| **Percent** | **0.79%** | **0.30%** | **0.58%** | **20.65%** |
| Los Angeles | 26,959 | 31,637 | 40,853 | 1,197,122 |
| **Percent** | **0.54%** | **0.64%** | **0.82%** | **24.10%** |
| Madera | 333 | 173 | 209 | 10,943 |
| **Percent** | **0.62%** | **0.32%** | **0.39%** | **20.21%** |
| Marin | 817 | 231 | 500 | 34,251 |
| **Percent** | **0.53%** | **0.15%** | **0.33%** | **22.35%** |
| Mariposa | 105 | 27 | 166 | 1,872 |
| **Percent** | **0.99%** | **0.25%** | **1.56%** | **17.64%** |
| Mendocino | 424 | 243 | 189 | 11,377 |
| **Percent** | **0.86%** | **0.49%** | **0.38%** | **23.00%** |
| Merced | 532 | 273 | 82 | 18,479 |
| **Percent** | **0.57%** | **0.29%** | **0.09%** | **19.92%** |
| Modoc | 40 | 11 | 8 | 945 |
| **Percent** | **0.81%** | **0.22%** | **0.16%** | **19.02%** |
| Mono | 47 | 22 | 4 | 1,539 |
| **Percent** | **0.78%** | **0.36%** | **0.07%** | **25.43%** |
| Monterey | 960 | 532 | 209 | 39,079 |
| **Percent** | **0.55%** | **0.30%** | **0.12%** | **22.28%** |
| Napa | 514 | 176 | 421 | 16,078 |
| **Percent** | **0.71%** | **0.24%** | **0.58%** | **22.10%** |
| Nevada | 721 | 180 | 89 | 14,155 |
| **Percent** | **1.10%** | **0.28%** | **0.14%** | **21.67%** |
| Orange | 11,045 | 3,230 | 4,042 | 320,709 |
| **Percent** | **0.78%** | **0.23%** | **0.28%** | **22.56%** |
| Placer | 2,860 | 427 | 754 | 43,823 |
| **Percent** | **1.35%** | **0.20%** | **0.36%** | **20.69%** |
| Plumas | 116 | 32 | 1 | 2,064 |
| **Percent** | **1.03%** | **0.28%** | **0.01%** | **18.26%** |

4

Exh. 2, Pg. 000026

**Report of Registration as of July 7, 2016**
**Registration by County**

| | Eligible | Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Riverside | 1,432,387 | 919,444 | 344,643 | 345,077 | 27,385 | 2,203 |
| **Percent** | | **64.19%** | **37.48%** | **37.53%** | **2.98%** | **0.24%** |
| Sacramento | 986,064 | 707,880 | 314,362 | 206,939 | 20,412 | 2,988 |
| **Percent** | | **71.79%** | **44.41%** | **29.23%** | **2.88%** | **0.42%** |
| San Benito | 33,951 | 26,068 | 12,352 | 7,619 | 724 | 111 |
| **Percent** | | **76.78%** | **47.38%** | **29.23%** | **2.78%** | **0.43%** |
| San Bernardino | 1,305,736 | 804,491 | 319,340 | 266,662 | 27,198 | 2,216 |
| **Percent** | | **61.61%** | **39.69%** | **33.15%** | **3.38%** | **0.28%** |
| San Diego | 2,186,057 | 1,533,508 | 567,678 | 493,542 | 48,824 | 5,426 |
| **Percent** | | **70.15%** | **37.02%** | **32.18%** | **3.18%** | **0.35%** |
| San Francisco | 644,901 | 469,335 | 273,682 | 37,237 | 7,726 | 4,371 |
| **Percent** | | **72.78%** | **58.31%** | **7.93%** | **1.65%** | **0.93%** |
| San Joaquin | 440,880 | 306,793 | 133,648 | 101,734 | 7,276 | 734 |
| **Percent** | | **69.59%** | **43.56%** | **33.16%** | **2.37%** | **0.24%** |
| San Luis Obispo | 207,507 | 157,474 | 55,648 | 61,041 | 4,450 | 912 |
| **Percent** | | **75.89%** | **35.34%** | **38.76%** | **2.83%** | **0.58%** |
| San Mateo | 502,431 | 368,116 | 191,640 | 66,497 | 7,558 | 1,838 |
| **Percent** | | **73.27%** | **52.06%** | **18.06%** | **2.05%** | **0.50%** |
| Santa Barbara | 289,351 | 202,262 | 86,401 | 58,632 | 5,091 | 986 |
| **Percent** | | **69.90%** | **42.72%** | **28.99%** | **2.52%** | **0.49%** |
| Santa Clara | 1,188,753 | 799,477 | 377,579 | 167,085 | 15,719 | 2,951 |
| **Percent** | | **67.25%** | **47.23%** | **20.90%** | **1.97%** | **0.37%** |
| Santa Cruz | 189,806 | 147,302 | 84,832 | 23,329 | 2,979 | 1,556 |
| **Percent** | | **77.61%** | **57.59%** | **15.84%** | **2.02%** | **1.06%** |
| Shasta | 134,187 | 95,566 | 24,474 | 45,595 | 3,622 | 312 |
| **Percent** | | **71.22%** | **25.61%** | **47.71%** | **3.79%** | **0.33%** |
| Sierra | 2,613 | 2,208 | 652 | 921 | 122 | 18 |
| **Percent** | | **84.50%** | **29.53%** | **41.71%** | **5.53%** | **0.82%** |
| Siskiyou | 34,646 | 26,738 | 8,507 | 10,449 | 1,201 | 188 |
| **Percent** | | **77.17%** | **31.82%** | **39.08%** | **4.49%** | **0.70%** |
| Solano | 288,576 | 213,516 | 103,594 | 51,538 | 6,071 | 757 |
| **Percent** | | **73.99%** | **48.52%** | **24.14%** | **2.84%** | **0.35%** |

Exh. 2, Pg. 000027

**Report of Registration as of July 7, 2016**
**Registration by County**

| | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Riverside | 5,808 | 3,005 | 5,812 | 185,511 |
| **Percent** | **0.63%** | **0.33%** | **0.63%** | **20.18%** |
| Sacramento | 5,125 | 4,820 | 1,319 | 151,915 |
| **Percent** | **0.72%** | **0.68%** | **0.19%** | **21.46%** |
| San Benito | 152 | 68 | 33 | 5,009 |
| **Percent** | **0.58%** | **0.26%** | **0.13%** | **19.22%** |
| San Bernardino | 5,092 | 3,260 | 3,220 | 177,503 |
| **Percent** | **0.63%** | **0.41%** | **0.40%** | **22.06%** |
| San Diego | 12,120 | 3,868 | 4,252 | 397,798 |
| **Percent** | **0.79%** | **0.25%** | **0.28%** | **25.94%** |
| San Francisco | 2,613 | 1,280 | 1,080 | 141,346 |
| **Percent** | **0.56%** | **0.27%** | **0.23%** | **30.12%** |
| San Joaquin | 1,660 | 951 | 1,087 | 59,703 |
| **Percent** | **0.54%** | **0.31%** | **0.35%** | **19.46%** |
| San Luis Obispo | 1,288 | 335 | 1,717 | 32,083 |
| **Percent** | **0.82%** | **0.21%** | **1.09%** | **20.37%** |
| San Mateo | 1,865 | 788 | 823 | 97,107 |
| **Percent** | **0.51%** | **0.21%** | **0.22%** | **26.38%** |
| Santa Barbara | 1,343 | 470 | 1,465 | 47,874 |
| **Percent** | **0.66%** | **0.23%** | **0.72%** | **23.67%** |
| Santa Clara | 4,726 | 1,834 | 1,241 | 228,342 |
| **Percent** | **0.59%** | **0.23%** | **0.16%** | **28.56%** |
| Santa Cruz | 1,150 | 400 | 768 | 32,288 |
| **Percent** | **0.78%** | **0.27%** | **0.52%** | **21.92%** |
| Shasta | 882 | 297 | 290 | 20,094 |
| **Percent** | **0.92%** | **0.31%** | **0.30%** | **21.03%** |
| Sierra | 28 | 3 | 41 | 423 |
| **Percent** | **1.27%** | **0.14%** | **1.86%** | **19.16%** |
| Siskiyou | 293 | 115 | 46 | 5,939 |
| **Percent** | **1.10%** | **0.43%** | **0.17%** | **22.21%** |
| Solano | 1,352 | 584 | 989 | 48,631 |
| **Percent** | **0.63%** | **0.27%** | **0.46%** | **22.78%** |

Exh. 2, Pg. 000028

**Report of Registration as of July 7, 2016**
**Registration by County**

| | Eligible | Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Sonoma | 349,816 | 257,278 | 139,243 | 52,533 | 5,814 | 2,699 |
| **Percent** | | **73.55%** | **54.12%** | **20.42%** | **2.26%** | **1.05%** |
| Stanislaus | 335,759 | 223,782 | 87,540 | 87,075 | 6,278 | 494 |
| **Percent** | | **66.65%** | **39.12%** | **38.91%** | **2.81%** | **0.22%** |
| Sutter | 60,709 | 42,646 | 13,762 | 18,218 | 1,388 | 104 |
| **Percent** | | **70.25%** | **32.27%** | **42.72%** | **3.25%** | **0.24%** |
| Tehama | 43,691 | 30,985 | 8,652 | 13,885 | 1,485 | 98 |
| **Percent** | | **70.92%** | **27.92%** | **44.81%** | **4.79%** | **0.32%** |
| Trinity | 11,317 | 7,756 | 2,648 | 2,561 | 387 | 96 |
| **Percent** | | **68.53%** | **34.14%** | **33.02%** | **4.99%** | **1.24%** |
| Tulare | 260,172 | 141,409 | 45,754 | 62,009 | 4,450 | 357 |
| **Percent** | | **54.35%** | **32.36%** | **43.85%** | **3.15%** | **0.25%** |
| Tuolumne | 41,094 | 29,835 | 9,562 | 12,947 | 1,179 | 151 |
| **Percent** | | **72.60%** | **32.05%** | **43.40%** | **3.95%** | **0.51%** |
| Ventura | 549,423 | 414,578 | 170,830 | 138,798 | 9,835 | 1,562 |
| **Percent** | | **75.46%** | **41.21%** | **33.48%** | **2.37%** | **0.38%** |
| Yolo | 146,537 | 102,016 | 50,599 | 22,562 | 2,647 | 686 |
| **Percent** | | **69.62%** | **49.60%** | **22.12%** | **2.59%** | **0.67%** |
| Yuba | 48,208 | 31,326 | 9,160 | 11,543 | 1,544 | 112 |
| **Percent** | | **64.98%** | **29.24%** | **36.85%** | **4.93%** | **0.36%** |
| **State Total** | **24,810,222** | **18,084,999** | **8,155,831** | **4,898,389** | **454,946** | **78,604** |
| **Percent** | | **72.89%** | **45.10%** | **27.09%** | **2.52%** | **0.43%** |

7

Exh. 2, Pg. 000029

**Report of Registration as of July 7, 2016**
**Registration by County**

| | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Sonoma | 1,813 | 620 | 961 | 53,595 |
| **Percent** | **0.70%** | **0.24%** | **0.37%** | **20.83%** |
| Stanislaus | 1,368 | 654 | 2,364 | 38,009 |
| **Percent** | **0.61%** | **0.29%** | **1.06%** | **16.98%** |
| Sutter | 301 | 149 | 777 | 7,947 |
| **Percent** | **0.71%** | **0.35%** | **1.82%** | **18.63%** |
| Tehama | 282 | 96 | 89 | 6,398 |
| **Percent** | **0.91%** | **0.31%** | **0.29%** | **20.65%** |
| Trinity | 84 | 33 | 102 | 1,845 |
| **Percent** | **1.08%** | **0.43%** | **1.32%** | **23.79%** |
| Tulare | 897 | 383 | 175 | 27,384 |
| **Percent** | **0.63%** | **0.27%** | **0.12%** | **19.37%** |
| Tuolumne | 262 | 85 | 51 | 5,598 |
| **Percent** | **0.88%** | **0.28%** | **0.17%** | **18.76%** |
| Ventura | 2,775 | 950 | 5,054 | 84,774 |
| **Percent** | **0.67%** | **0.23%** | **1.22%** | **20.45%** |
| Yolo | 702 | 379 | 467 | 23,974 |
| **Percent** | **0.69%** | **0.37%** | **0.46%** | **23.50%** |
| Yuba | 288 | 168 | 79 | 8,432 |
| **Percent** | **0.92%** | **0.54%** | **0.25%** | **26.92%** |
| **State Total** | **116,628** | **70,605** | **97,512** | **4,212,484** |
| **Percent** | **0.64%** | **0.39%** | **0.54%** | **23.29%** |

Exh. 2, Pg. 000030