# EXHIBIT 3

# EXHIBIT 3



# Media Coverage Report

**1.** 📺 **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 4:30 AM       Aug 31 2016 04:30AM PT

[4:36:14 AM] [0:12] Former la county **SHERIFF LEE BACA** has been ordered to undergo a psychological exam. Baca is at the center of a corruption and **JAIL** brutality scandal. The 74-year-old has Alzheimer's and his attorney says he may use the medical condition as a defense. A federal judge now wants to make sure Baca is competent to take the stand.

Nielsen Audience: 36,839

**2.** 🖱 **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B** Radio   Market: Los Angeles, CA

Former Sheriff To Undergo Psychological Exam       Aug 30 2016 09:29PM PT

Home Articles 24/7 Los Angeles News Posted August 30th, 2016 @ 1:26pm (Los Angeles, CA) Former L.A. County **SHERIFF LEE BACA** will soon undergo a psychological examination. A federal judge has ordered the exam for Baca to see if he suffers from any mental impairment. Baca is facing corruption-related charges for allegedly obstructing justice and lying to the FBI regarding their investigation into wrongdoings at county jails.

**View▶**

Unique Visitors: 744

**3.** 📺 **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 PM       Aug 30 2016 06:00PM PT

[6:08:25 PM] [0:08] A Hollywood executive versus the LAPD. And **LEE BACA'S** mental fitness takes center stage.

[6:11:17 PM] [0:31] He's in custody and will be booked for that charge. We'll keep you posted on the latest. **LEE BACA** will undergo a court-ordered mental competency etch exam to see if he's fit to stand trial. Baca has early stage Alzheimer's and has "cloudiness in his brain. And that may figure into baca's defense at trial.

Nielsen Audience: 209,065

**4.** 🖱 **Wave Newspapers** Online Only   Market: Los Angeles, CA

Baca ordered to undergo mental competency exam       Aug 30 2016 05:28PM PT

LOS ANGELES A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Aug. 29. In his order for a Nov. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca

is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in-command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  5,760

5.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 11:00 AM

Aug 30 2016 11:00AM PT

[11:02:38 AM] [0:23]  Brandi: brown is no stranger to police. In 2009, he brutally attacked his girlfriend, Rihanna, and pled **GUILTY** to that crime. And he has been in and out of rehab. It was not until last year that his probation officially ended, and now, here we are again with another police investigation.

[11:04:43 AM] [0:46]  His name is being withheld, pending family notification. So far there's no description of the shooter. Phillip: a judge has ordered a psychological exam for former la county **SHERIFF LEE BACA.** The judge wants to know if Baca suffers from any mental condition that would keep him from understanding the charges against him. Attorneys for Baca who has been diagnosed with alzheimers disease believe he was already affected by the illness when he was charged five years ago. Baca is charged with obstruction of justice and lying to the FBI over a brutality investigation at men's central **JAIL.** Leslie: there has been a data breach at county

USC medical center. The hospital says somebody stole several things from an employees's car, including lists with the personal information of hundreds of patients.

Nielsen Audience: 116,084

6. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 9:00 AM

Aug 30 2016 09:00AM PT

[9:12:16 AM] [0:24]  A federal judge has ordered former la county **SHERIFF LEE BACA** to undergo a mental competency exam to determine if he can understand the corruption charges against him. The judge's ruling follows a ruling asking the judge to determine if Baca is fit to stand trial. His attorneys have indicated that he will use his mental state as a defense.

Nielsen Audience: 45,248

7. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 30 2016 08:30AM PT

[8:40:37 AM] [0:22]  **LEE BACA,** what's going to happen here? A federal judge has actually ordered former la county sheriff Baca to undergo a mental competency exam to determine if he can understand the corruption charges against him and aid in his defense. So a federal judge has ordered him to undergo this mental exam, and we're talking about the corruption charges against him of course.

Nielsen Audience: 45,707

8. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 30 2016 07:30AM PT

[7:30:32 AM] [0:33]  The first to make landfall since 1951. **LEE BACA** undergoing a mental competency evaluation. The judges ruling follows the emotion by prosecutors asking the judge to determine if **LEE BACA** is fit to stand trial. They will use his mental state as a defense. Based on the 74-year-old recent diagnosis with Alzheimer's disease.

Nielsen Audience: 58,303

9. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 30 2016 07:00AM PT

[7:30:32 AM] [0:26]  The first to make landfall since 1951. **LEE BACA** undergoing a mental competency evaluation. The judges ruling follows the emotion by prosecutors asking the judge to determine if **LEE BACA** is fit to stand trial. They will use his mental state as a defense. Based on the 74-year-old

Nielsen Audience: 57,008

10. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Aug 30 2016 06:30AM PT

[6:34:25 AM] [0:22]  They contend he acted out of rage against Americans after his mother was

ordered to be extradited to Germany. He has pleaded not **GUILTY** by reason of insanity. Kamala harris will be sitting down with south la residents this afternoon for a roundtable discussion on police brutality. They will discuss how to resolve police and community tensions and how to decrease violence in their own all community.

[6:37:37 AM] [0:24]  Trump also said huma abedin is making a wise decision and will be far bet off without him. Leslie: a judge has ordered a psychological kpwapl for former la county **SHERIFF LEE BACA.** The judge wants to know if Baca suffers from any mental condition that would keep him from understanding the charges against him. Attorneys for Baca who has been diagnosed with Alzheimer's disease believe he was already affected by the illness when he was charged five years ago.

Nielsen Audience:  111,248

11. **KCBS-CBS** Television    Market: Los Angeles, CA

CBS2 News at 6:00 AM

Aug 30 2016 06:00AM PT

[6:07:19 AM] [0:39]  The little boy's mother is charged with murder and child abuse. A judge has ordered **LEE BACA** to undergo a psychological exam. They pleaded not **GUILTY** to charges connected to the investigation of abuse inside the central **JAIL.** They had claimed that they have Alzheimer's which might complicate the trial. It has resurfaced in Orange County after 30 years researchers found the St. Louis virus St. Louis encephalitis virus in the same family as the west nile virus.

Nielsen Audience:  26,082

12. **KTTV-FOX** Television    Market: Los Angeles, CA

FOX 11 Morning News at 6:00 AM

Aug 30 2016 06:00AM PT

[6:04:42 AM] [0:41]  The boy's mother has two other children. They have since been placed in protective care. A federal judge has ordered **LEE BACA** to undergo a mental competency exam to determine if he can understand the corruption charges against him. A motion by prosecutors asking the judge to determine if **LEE BACA** is fit to stand trial. The attorneys have already indicated they will use a medical defense based on the 74-year-old recent diagnosis of Alzheimer's disease. Wanting to lay that to rest before the trial starts.

Nielsen Audience:  25,159

13. **KNBC-NBC** Television    Market: Los Angeles, CA

Today in LA at 5:00 AM

Aug 30 2016 05:30AM PT

[5:55:28 AM] [0:23]  A federal judge ordered a psychological exam for **LEE BACA.** He's facing corruption charges at the la county **JAIL.** A judge ruled a **SENTENCING** agreement was too lenient. Baca is suffering from alzheimers disease and due back in court in November. The judge wants him to undergo a mental exam.

Nielsen Audience:  31,495

14. **KABC-ABC** Television    Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Aug 30 2016 05:00AM PT

[5:05:34 AM] [0:36]  He caused millions of dollars in damages. Authorities contend burkhart acted out of his rage against Americans after his mother was ordered to be extradited to Germany. Burkhart has pleaded not **GUILTY** by reason of insanity. Leslie: a judge has ordered a psychological exam for former la county **SHERIFF LEE BACA.** The judge wants to know if he suffers from my mental condition that could keep him from understanding the charges against him. Attorneys for Baca who has been diagnosed with Alzheimer's disease, believe he was already affected by the illness when he was charged five years ago.

   Nielsen Audience:  51,413

15.   **KNBC-NBC** Television   Market: Los Angeles, CA

   Today in LA at 4:30 AM                                              Aug 30 2016 04:30AM PT

[4:33:36 AM] [0:17]  A June ordered a psychological exam for **LEE BACA.** He faces corruption charges. A former sheriff says he suffers from alzheimers disease.

   Nielsen Audience:  15,972

16.   **KTTV-FOX** Television   Market: Los Angeles, CA

   FOX 11 Ten O'clock News (Rebroadcast)                              Aug 30 2016 01:00AM PT

[1:21:04 AM] [0:33]  Reporting from lax Victoria spilabotte "fox 11 news. Federal judge has ordered **LEE BACA** to go and mental competency exam to determine if he can understand the charges against him. A judge's ruling follows a motion by prosecutors asking the judge to determine if Baca is fit to stand prop 8 baca's attorneys have indicated they will use a mental defect defense based on the 74 goats recent diagnosis of Alzheimer's to these. The us attorney's office wants to lay that to rest before the trial starts.

   Nielsen Audience:  26,913

17.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

   Judge wants to know if mental defect could affect Lee Bacas trial             Aug 30 2016 12:31AM PT

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and

brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in-command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

**View▶**

  Unique Visitors:  81,621

18.   **The Daily Breeze** Newspaper   Market: Los Angeles, CA

     Judge wants to know if mental defect could affect Lee Bacas trial

     Aug 30 2016 12:26AM PT

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers

disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in- command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  169,223

19.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

**Judge wants to know if 'mental defect' could affect Lee Baca's trial**

Aug 30 2016 12:09AM PT

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and

consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in- command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  121,410

20.   **Whittier Daily News**  Newspaper   Market: Los Angeles, CA

Judge wants to know if 'mental defect' could affect Lee Baca's trial                     Aug 30 2016 12:09AM
                                                                                                      PT

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a

licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in- command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

**View▶**

Unique Visitors:  50,332

21.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

       Judge wants to know if 'mental defect' could affect Lee Baca's trial

       Aug 30 2016 12:09AM PT

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los

Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in- command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  96,338

22. 🔶 **San Gabriel Valley Tribune**   Newspaper · Market: Los Angeles, CA

Aug 30 2016 12:09AM PT

**Judge wants to know if 'mental defect' could affect Lee Baca's trial**

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in- command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

Media Coverage Report

View▶

Unique Visitors:  105,100

23.    **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

**Judge wants to know if 'mental defect' could affect Lee Baca's trial**

Aug 30 2016 12:06AM PT

LOS ANGELES >> A federal judge has ordered a psychological examination of former Los Angeles County **SHERIFF LEE BACA** to determine if he suffers from any mental impairment that would prevent him from understanding the corruption charges against him or assisting in his own defense, according to court papers obtained Monday. In his order for a Nov. 21 hearing, U.S. District Judge Percy Anderson ruled that a mental competency exam conducted by a licensed, court-approved doctor must take place no later than Sept. 30, followed by the preparation of a report describing whether Baca is suffering from a mental issue and, if so, its history, current symptoms and diagnosis or prognosis. The tests should signal whether Baca is mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Anderson wrote in the Friday order. In a separate court filing last week, government prosecutors asked Anderson to determine whether Baca is fit to stand trial. The motion came after Bacas attorney indicated he would employ a mental defect defense based on a diagnosis of Alzheimers disease. Assistant U.S. Attorney Brandon Fox wrote that while he believes Baca is competent, he wants a definitive ruling to alleviate any doubt prior to the December trial. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Defense attorney Nathan Hochman says the 74-year-old ex-lawman is suffering from Alzheimers disease and was impaired by the illness at the time of the charged offenses five years ago. Hochman told the judge last week he planned to introduce evidence of a mental defect long plaguing his client. Anderson responded: You mean to say people who suffer from Alzheimers dont know right from wrong? Hochman also said he may make an attempt to have the trial moved out of Los Angeles County, asserting that widespread publicity tainted the jury pool. In addition, the attorney said Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. At his Aug. 12 arraignment, Baca told Anderson he suffered from periods of cloudiness in my brain due to Alzheimers disease, but the judge found him capable of entering a **PLEA.** The ex-sheriff backed out of the earlier **PLEA** deal on the lying count, which called for Baca to serve no more than six months in prison, after Anderson rejected the agreement as too lenient. If Baca had not withdrawn from the **PLEA,** he could have been sentenced to up to five years behind bars. He was subsequently indicted on the new charges, and he could face up to 20 years in federal prison if convicted of all counts, according to the U.S. Attorneys Office. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality in county jails. After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Baca claims he knew nothing of the plan and that his former second-in- command, **PAUL TANAKA,** was in charge of the sheriff departments response. Ten ex-sheriffs officials including Tanaka have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who alleges his former boss ordered the response to the discovery of the jails probe, was sentenced

by Anderson to five years in prison, but is free until Oct. 3 pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  648,730

24.  🖵 **KCAL-IND** Television  Market: Los Angeles, CA

KCAL 9 News at 10:00 PM

Aug 29 2016 10:00PM PT

[10:11:14 PM] [0:25]  Jeff: former la **SHERIFF LEE BACA** will undergo an exam to tuned out if he's capable of understanding the case against him. He's expected to take a **PLEA** deal about abuse in the men's central **JAIL** but pleaded not **GUILTY.** His attorneys have repeatedly claimed he has Alzheimer's, which might complicate the trial. The judge wants the exam done by September.

Nielsen Audience:  161,564

25.  🖵 **KTTV-FOX** Television  Market: Los Angeles, CA

FOX 11 Ten O'clock News

Aug 29 2016 10:00PM PT

[10:21:26 PM] [0:33]  Reporting from lax Victoria spilabotte "fox 11 news. Federal judge has ordered **LEE BACA** to go and mental competency exam to determine if he can understand the charges against him. A judge's ruling follows a motion by prosecutors asking the judge to determine if Baca is fit to stand prop 8 baca's attorneys have indicated they will use a mental defect defense based on the 74 goats recent diagnosis of Alzheimer's to these. The us attorney's office wants to lay that to rest before the trial starts.

Nielsen Audience:  64,415

26.  🖱 **Wave Newspapers** Online Only  Market: Los Angeles, CA

Judge sets Dec. 6 trial date for former sheriff Baca

Aug 27 2016 08:54PM PT

LOS ANGELES A Dec. 6 trial date has been set for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** Over objections from Bacas attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer isnt in anybodys interest the defendants or the publics. Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Bacas earlier **GUILTY PLEA** which was withdrawn to a false statements charge was a unique fact that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorneys worries. Something that doesnt help

is holding press conferences on the courthouse steps, the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at the hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. I dont know why I should hold any sidebars in this case, the judge said, referring to press leaks of previous sidebars. I guarantee this will be the last one if I read about it somewhere. At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of cloudiness in my brain due to Alzheimers disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorneys Office.

View ▶

Unique Visitors: 5,760

---

27. **Our Weekly** *Online Only*  Market: Los Angeles, CA

Baca goes on trial Dec. 6                                       Aug 26 2016 08:03AM PT

A Dec. 6 trial date has been scheduled for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe of deputies. Baca pleaded not **GUILTY** to federal counts of conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Mens Central **JAIL.** At his Aug. 12 arraignment, the 74-year-old ex-lawman told U.S. District Judge Percy Anderson that he had cloudiness in his brain due to Alzheimers disease, but was mentally capable of entering a **PLEA.** City News Service reported this week that an attorney for Baca may use a medical impairment defense. The trial is expected to take about two weeks in the new Downtown Los Angeles federal courthouse. The judge told both sides to meet and hammer out an acceptable trial date among themselves. Defense attorney Nathan Hochman said that a key issue will be whether Baca was suffering any cognitive impairment as a result of Alzheimers at the time of the charged offenses. He also said that if the court finds Bacas condition is worsening, a mental competency hearing could be set to determine if the retired sheriff is able to assist in his own defense. Baca previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Judge Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorneys Office.

View ▶

Unique Visitors: 6,733

---

28. **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B** *Radio*  Market: Los Angeles, CA

Competency Hearing Ordered For Baca                            Aug 25 2016 10:20PM PT

Media Coverage Report

Home Articles 24/7 Los Angeles News Posted August 25th, 2016 @ 2:32pm (Los Angeles, CA) Prosecutors want to know if former Los Angeles **SHERIFF LEE BACA** is fit to stand trial. The decision came after Baca's attorney made the latest in a series of comments meant to cast doubt on the mental sharpness of the former law man. He's been diagnosed with Alzheimer's disease.

View▶

Unique Visitors:  744

29.   **Agoura Hills Patch**  Online Only  Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation          Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

30.   **Altadena Patch**  Online Only  Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation          Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶