Unique Visitors:  6,083,832

31.  **Arcadia Patch**  Online Only  Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

32.  **Beverly Hills Patch**  Online Only  Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

33.  **Calabasas Patch**  Online Only  Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of

Media Coverage Report

allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

---

34.  **Cerritos-Artesia Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

---

35.  **Culver City Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was

done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

36.  **Eagle Rock Patch** Online Only  Market: Los Angeles, CA

Aug 25 2016 08:18PM PT

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

37.  **Echo Park Patch** Online Only  Market: Los Angeles, CA

Aug 25 2016 08:18PM PT

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as

Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

38.   **Encino Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

39.   **Glendora Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

40.       **Hermosa Beach Patch** Online Only   Market: Los Angeles, CA

Aug 25 2016 08:18PM PT

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

41. **Highland Park-Mount Washington Patch** Online Only   Market: Los Angeles, CA

Aug 25 2016 08:18PM PT

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

42. **Hollywood Patch** Online Only   Market: Los Angeles, CA

Aug 25 2016 08:18PM PT

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-

Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

43.  **La Canada Flintridge Patch**  Online Only  Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

44.  **Malibu Patch**  Online Only  Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively

large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

45.  **Manhattan Beach Patch**   Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

46.  **Marina del Rey Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

47. **Monrovia Patch** Online Only   Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

Aug 25 2016 08:18PM
PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

48. **Montrose Patch** Online Only   Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

Aug 25 2016 08:18PM
PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

49. **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

Aug 25 2016 08:18PM
PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of

allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

50.  **Northridge Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

51.  **Pacific Palisades Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was

done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

52.     **Redondo Beach Patch**   Online Only    Market: Los Angeles, CA

    Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation      Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

53.    **San Marino Patch**   Online Only    Market: Los Angeles, CA

    Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation      Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as

Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

54.  **Santa Monica Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

55.  **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

56.    **Sierra Madre Patch** Online Only   Market: Los Angeles, CA

**Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation**

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

57. **South Pasadena Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 6,083,832

58. **Studio City Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-

Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

---

59.   **Venice Patch** Online Only  Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

---

60.   **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively

large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

61.  **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Deputy Sues Ex-Undersheriff Paul Tanaka for Retaliation

Aug 25 2016 08:18PM PT

LOS ANGELES, CA Former Undersheriff **PAUL TANAKA** can be asked to admit or deny a series of allegations posed to him during his upcoming deposition in a lawsuit accusing him of retaliating against a deputy for refusing to falsify documents and to campaign for Tanaka in his failed bid to become sheriff. a judge ruled Thursday. Los Angeles Superior Court Judge Susan Bryant-Deason also ordered Tanaka and his lawyers to pay $8,000 in financial sanctions to plaintiff Ban Nguyen's lawyer, Richard Love, for his work in bringing the motion on his client's behalf. He claims he refused and complained to a lieutenant about the sergeant's order, but nothing was done. A captain asked Nguyen to campaign on behalf of Tanaka, but Nguyen declined and was subsequently demoted to a position doing background checks for prospective civilian members of the department, according to his lawsuit. Two sergeants also gave Nguyen an excessively large caseload and subjected him to unwarranted criticism of his work, according to his lawsuit, which alleges a captain increased the retaliation after Nguyen complained to then- **SHERIFF LEE BACA.** Then-Long Beach police Chief Jim McDonnell defeated Tanaka, who also has served as Gardena's mayor, in November 2014 in a runoff election for sheriff. City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  6,083,832

62.  **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA

Does former sheriff Baca's Alzheimer's make him incompetent for trial?

Aug 25 2016 07:52PM PT

Prosecutors have asked a federal judge to determine whether former LosAngelesCounty **SHERIFF LEE BACA'S** Alzheimer's disease would make him incompetent to stand trial in his **JAIL** abuse case. In a motion filed Wednesday in federal district court, prosecutors in the U.S. Attorney's Office asked for a judge to order a mental competency hearing and psychiatric or psychological examinations of Baca before he goes on trial. "Although the government believes defendant [Baca] is competent to stand trial, certain statements by defendant, his attorneys, and his experts, if taken at face value, provide 'reasonable cause to believe that defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable. to understand the nature and consequences of the proceedings against him or to assist properly in his defense,' " the motion states. "If the Court grants this motion, it will help ensure that defendant's trial proceeds in a timely fashion if he is competent and will save resources if he is not competent." The trial for Baca, 74, is scheduled for Dec. 6. Baca has pleaded not **GUILTY** to charges of obstructing justice, conspiracy and lying to FBI agents who were investigating allegations of **INMATE ABUSE** in the Los Angeles County jails. If convicted on all the charges, he could face up to 20 years in prison. In July, Baca initially attempted to plead **GUILTY** to one count of lying to a federal agent as part of a **PLEA** deal that would have limited

his sentence to no more than six months in prison. However, U.S. District Court Judge Percy Anderson rejected the **PLEA,** saying the penalty would have been lenient. During that proceeding, Baca told the judge that he, at times, had "cloudiness in my brain" due to Alzheimer's disease. In Wednesday's court filing, Assistant U.S. Attorney Brandon Fox cited news reports that quoted a Baca attorney as saying "medical records would show Baca's mental deterioration had already begun in April 2013, when he made the allegedly false statements to federal prosecutors.

View▶

  Unique Visitors:  506,157

63.   **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Feds Ask For Competency Hearing For Former LA County Sheriff

Aug 25 2016 01:02PM PT

LOS ANGELES (AP) Prosecutors have asked a federal judge to determine whether former LosAngeles County **SHERIFF LEE BACA** is competent to stand trial in his **JAIL** abuse case. The LosAngeles Times reports that the request came late Wednesday after a hearing in which Baca's attorneys cast doubt on the mental fitness of Baca, who has Alzheimer's disease. U.S. Attorney Brandon Fox says in a court filing that prosecutors do not believe Baca is incompetent, but want the judge to rule on the issue rather have it looming over the case as it heads toward a Dec. 6 trial date. The 74-year-old Baca has pleaded not **GUILTY** to obstructing justice, conspiracy and lying to the federal government. He could face up to 20 years in federal prison if convicted. Copyright 2016 The Associated Press.

View▶

  Unique Visitors:  1,743,155

64.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Aug 25 2016 05:00AM PT

[5:04:20 AM] [0:38]  Phillip: madisyn's aunt says she's cared for the madisyn for most of her life. She's pleading with Robertson to bring her home. Leslie: prosecutors in the **LEE BACA** case won a federal judge to decide if he is fit to stand trial in December, a judge said the former and Lake County Sheriff trial for December 6 but attorneys for him, who was diagnosed with Alzheimer's disease, cast doubt about his mental state, he. Is facing felony charges of conspiracy and obstruction of justice. Prosecutors's filed a motion saying they wanted independent investigator to conduct an examination.

  Nielsen Audience:  51,413

65.   **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 AM

Aug 25 2016 05:00AM PT

[5:08:51 AM] [0:15]  A new move ahead of the trial for former la county **SHERIFF LEE BACA.** Prosecutors asked a judge to decide whether he is mentally fit to stand trial. **LEE BACA'S** attorney says he has also worst disease. **LEE BACA** is accused of undermining the Fed's investigation of deputy misconduct at county jails.

  Nielsen Audience:  16,048

66.   **KTTV-FOX** Television   Market: Los Angeles, CA