**FOX 11 Morning News at 5:00 AM**      Aug 25 2016 05:00AM PT

[5:05:25 AM] [0:50]  A date has been set for former **SHERIFF LEE BACA'S** trial a December 6th trial date set for a federal probe by **JAIL** deputies. Judge ignored Baca attorney **PLEA** to present a medical defense case based on Baca diagnosis of early onset Alzheimer's but prosecutors asked a federal judge to determine whether Baca is fit to stand trial. Judge rejebtsed earlier **PLEA** deal in which would have served only six months us now he's actually facing 20 years if convicted. Let's go to campaign trail a talk of October surprise for Hillary Clinton that involves group wikileaks. Donald Trump meantime continues his attempt to make amends with minority voters a strike that is ji which could backfire here.

Nielsen Audience:  13,887

67. **KCBS-CBS** Television   Market: Los Angeles, CA

**CBS2 News at 4:30 AM**      Aug 25 2016 04:30AM PT

[4:35:02 AM] [0:40]  Students barricaded themselves inside classrooms. At no group has claimed response ability, but experts say it was likely carried out by the Taliban. Rick: a new move ahead of the trial performer li county **SHERIFF LEE BACA** prosecutors asked the judge to decide whether he is mentally stand trial. **LEE BACA'S** attorney says he has Alzheimer's disease. **LEE BACA** is accused of undermining the Fed's investigation of deputy misconduct at the county **JAIL.** Sharon: a shocking string of destruction was caught on camera in san gabriel when a truck slammed in several cars along valley boulevard yesterday. He just took out the car.

Nielsen Audience:  15,270

68. **The Daily Breeze** Newspaper   Market: Los Angeles, CA

**Former LA Sheriff Lee Baca set to stand trial in December**      Aug 25 2016 03:02AM PT

Former Los Angeles County **SHERIFF LEE BACA** and his wife Carol Chiang leave court after his arraignment on Friday, August 12, 2016. (Photo by Dean Musgrove/Los Angeles Daily News) Posted: 08/24/16, 7:53 PM PDT | Updated: 27 secs ago Former LosAngeles County **SHERIFF LEE BACA,** who has been charged with a trio of allegations in connection with inmate civil rights abuses and corruption inside county jails, is expected to stand trial beginning. on Dec.6. The date was set Wednesday at federal court in downtown LosAngeles, where just a few weeks ago Baca pleaded not **GUILTY** to obstructing justice and lying. The former sheriff was indicted earlier this month on allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation into abuses occurring within the Mens Central **JAIL** and the TwinTowers Correctional Facility that began in 2009. RELATED STORY: Ex-LA **SHERIFF LEE BACA** pleads not **GUILTY,** addresses Alzheimers symptoms During a court appearance on Aug.12, Baca told the judge he understood the charges against him, but he acknowledged that they came as signs of his Alzheimers disease emerged. He said he was less certain about the details of the charges outlined in the indictment. I do have circumstances when I have cloudiness in my brain, Baca told U.S. District Judge Percy Anderson. And Ive had that every now and then for a while. Despite his illness, Baca has said he would like to go to trial to clear his name. Nathan Hochman, Bacas attorney, said there were discussions in court Wednesday about introducing people who could speak about Bacas medical condition. Hochman said Bacas legal team will likely introduce his medical condition during the trial, hoping to show through medical evidence that decisions the former sheriff made during his last years leading the department may have been influenced by Alzheimers. Baca pleaded



**GUILTY** in February to one count of lying to federal investigators. He admitted he lied in an April2013 interview while he was sheriff when he said he did not know that officials in his department planned to approach an FBI special agent who was investigating abuses in county jails. But he withdrew that **PLEA** in July after Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying the six-month sentence trivialized Bacas role in the abuse of inmates. Anderson gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. ALSO READ: LA County deputies to limit use of restraints on inmates after Twin Towers death Prosecutors said Baca ordered an inmate, once it was discovered that he was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to. the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of the matter, prosecutors said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced in June to fiveyears in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41months. Baca was elected LosAngeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors: 169,223

69.  **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca set to stand trial in December

Aug 25 2016 02:53AM PT

Former LosAngeles County **SHERIFF LEE BACA,** who has been charged with a trio of allegations in connection with inmate civil rights abuses and corruption inside county jails, is expected to stand trial beginning on Dec.

View▶

Unique Visitors: 105,100

70.  **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca set to stand trial in December

Aug 25 2016 02:53AM PT

Former LosAngeles County **SHERIFF LEE BACA,** who has been charged with a trio of allegations in connection with inmate civil rights abuses and corruption inside county jails, is expected to stand trial beginning on Dec.

View▶

Unique Visitors: 121,410

71.  **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca set to stand trial in December

Aug 25 2016 02:53AM PT

Former LosAngeles County **SHERIFF LEE BACA,** who has been charged with a trio of allegations in connection with inmate civil rights abuses and corruption inside county jails, is expected to stand trial beginning on Dec.

View▶

Unique Visitors: 96,338

72.  **Burbank Leader**  Online Only   Market: Los Angeles, CA

Competency hearing is sought for former L. A. Sheriff Lee Baca

Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, after a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of Baca, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View►

Unique Visitors:  1,693

73.  **Burbank Leader**  Online Only   Market: Los Angeles, CA

Prosecutors seek a competency hearing for former L.A. Sheriff Lee Baca

Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, following a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of the former sheriff, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View►

Unique Visitors:  1,693

74.  **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Media Coverage Report

**Competency hearing is sought for former L.A. Sheriff Lee Baca**

Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, after a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of Baca, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View▶

Unique Visitors: 7,207

75.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

**Prosecutors seek a competency hearing for former L.A. Sheriff Lee Baca**

Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, following a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of the former sheriff, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View▶

Unique Visitors: 7,207

76.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA



Prosecutors seek competency hearing for former L.A. Sheriff Lee Baca

Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, following a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of the former sheriff, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View▶

Unique Visitors:  1,830

77.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

**Competency hearing is sought for former L.A. Sheriff Lee Baca**

Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, after a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of Baca, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View▶

Unique Visitors:  1,830

78.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Aug 25 2016 02:45AM

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, following a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of the former sheriff, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View▶

Unique Visitors: **313**

79.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Competency hearing is sought for former L.A. Sheriff Lee Baca     Aug 25 2016 02:45AM PT

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, after a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of Baca, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, after a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of Baca, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts

evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, after a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of Baca, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter MORE LOCAL NEWS Painter gets life in prison for shooting San Diego TV anchor in money dispute 3 kidnapped children of slain woman found safe in New Mexico Lawsuit alleging excessive force by LAPD at black USC student party settled for $450,000

**View▶**

Unique Visitors: 19,365,041

---

80.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Aug 25 2016 02:45AM PT

Prosecutors seek a competency hearing for former L.A. Sheriff Lee Baca

Prosecutors in the case against former Los Angeles **SHERIFF LEE BACA** have asked a federal judge to determine whether Baca is fit to stand trial. The request for a findingon Bacas competency came late Wednesday, following a morning court hearing during which Bacas attorney made the latest in a series of comments meant to cast doubt on the mental acuity of the former sheriff, who has Alzheimers disease. In a court filing, Assistant U.S. Atty. Discussion of Bacas mental abilities dominated the hearing Wednesday. In an effort to win more time to prepare for the trial, Hochman told Anderson he needed to have medical experts evaluate Baca in order to determine whether he would raise Bacas mental condition as a defense at trial. Anderson rejected the **PLEA,** setting the trial to start Dec. 6. Fox proposed that if the judge agreed with the need for a competency hearing that he order the medical evaluation and then hold the hearing at the end of November. Baca is accused of having a handin an organized effort to interfere with the FBIjail probe and later lying to federal investigators about his awareness of the plan and his role in it. His second in command, **PAUL TANAKA,** and several

lower-ranking members of the department have already been convicted of participating in the obstruction ploy. The former sheriff struck a deal with prosecutors to plead **GUILTY** to a single charge of lying to investigators, but that agreement fell apart when Anderson concluded it would not send Baca to prison for a sufficient amount of time. joel.rubin@latimes.com Follow @joelrubin on Twitter

View▶

Unique Visitors: 19,365,041

81. **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca set to stand trial in December

Aug 25 2016 01:47AM PT

Former LosAngeles County **SHERIFF LEE BACA,** who has been charged with a trio of allegations in connection with inmate civil rights abuses and corruption inside county jails, is expected to stand trial beginning on Dec.

View▶

Unique Visitors: 648,730

82. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)

Aug 25 2016 01:30AM PT

[1:30:33 AM] [0:40] This us district judge says that reasonable people would not be deceived and said they can increase the amount of drink if they order nowise. By the way the judge who dismissed the lawsuit is the same district judge hearing the corruption case of **LEE BACA.** It was only a training exercise but it will realistic. We found some very suspicious looking chemicals and therefore are hazardous response team was called in.

Nielsen Audience: 21,613

83. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)

Aug 25 2016 01:00AM PT

[1:01:18 AM] [0:00] **  <em></em>  **

[1:05:47 AM] [1:09] They hope to transition that property into an area for parks and recreation, education and cultural usage. A December 6 trial date has been set for **LEE BACA** who is facing charges of misconduct. Earlier today they delayed the trial so they could present a medical defense case based on his diagnosis of early onset Alzheimer's but this evening prosecutors asked a federal judge to determine whether or not he is fit to stand trial. A judge rejected an earlier **PLEA** deal in which he would serve six months and now he faces a 20 year sentence if convicted. Thousands have been forced from their homes, traffic cameras captured the moment that the earthquake hit. Cars sped by even as the Earth shook.

Nielsen Audience: 26,913

84. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)

Aug 25 2016 01:00AM PT

[1:30:33 AM] [0:33] This us district judge says that reasonable people would not be deceived and said they can increase the amount of drink if they order nowise. By the way the judge who

dismissed the lawsuit is the same district judge hearing the corruption case of **LEE BACA.** It was only a training exercise but it will realistic. We found some very suspicious

Nielsen Audience:  26,913

---

85.  **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 12:00 AM

Aug 25 2016 12:00AM PT

[12:08:19 AM] [0:45]  As a result, stanford student Brock turner was convicted of sexual assault, not rape. The new law defines rape as nonconsensual penetration of any kind. A December 6 trial date has been set for former Los Angeles county **SHERIFF LEE BACA.** He's accused of obstruction of justice for an FBI investigation 4 into corruption and brutality by **JAIL** deputies. Prosecutors also filed a motion stating they believe Baca is competent to stand trial, but. Quake ravaged Italy.

Nielsen Audience:  28,113

---

86.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 11:00 PM

Aug 24 2016 11:00PM PT

[11:09:22 PM] [0:41]  The new law defines rape as nonconsensual penetration of any kind. A December 6 trial date has been set for former Los Angeles county **SHERIFF LEE BACA.** He's accused of obstruction of justice for an FBI investigation into corruption and brutality by **JAIL** deputies. Prosecutors also filed a motion stating they believe Baca is competent to stand trial, but. Marc: it is Thursday morning in quake ravaged Italy.

Nielsen Audience:  179,575

---

87.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 PM

Aug 24 2016 11:00PM PT

[11:09:56 PM] [0:14]  The dog was helping deputies with a search at the time. Pat: in a move ahead of a trial for la county **SHERIFF LEE BACA.** Prosecutors asked a judge to decide whether he is mentally fit to stand trial. His attorneys say he has Alzheimer's disease.

Nielsen Audience:  116,169

---

88.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News

Aug 24 2016 10:30PM PT

[10:32:01 PM] [0:39]  This us district judge says that reasonable people would not be deceived and said they can increase the amount of drink if they order nowise. By the way the judge who dismissed the lawsuit is the same district judge hearing the corruption case of **LEE BACA.** It was only a training exercise but it will realistic. We found some very suspicious looking chemicals and therefore are hazardous response team was called in.

Nielsen Audience:  51,425

---

89.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 10:00 PM

Aug 24 2016 10:00PM

[10:07:54 PM] [0:50]  Expect big announcements an fights over the specifics in the months to come. Suzie: more drama in the case against former lacounty **SHERIFF LEE BACA,** prosecutor asking a judge if he's fit to stand trial. Baca is facing obstruction of justice charges. Jeff: students claimed officers used excessive force when they made arrests and racial bias.

Nielsen Audience:  161,564

90.    **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News                                              Aug 24 2016 10:00PM
                                                                        PT

[10:02:05 PM] [0:00]  **  <em></em>  **  

[10:06:33 PM] [1:09]  They hope to transition that property into an area for parks and recreation, education and cultural usage. A December 6 trial date has been set for **LEE BACA** who is facing charges of misconduct. Earlier today they delayed the trial so they could present a medical defense case based on his diagnosis of early onset Alzheimer's but this evening prosecutors asked a federal judge to determine whether or not he is fit to stand trial. A judge rejected an earlier **PLEA** deal in which he would serve six months and now he faces a 20 year sentence if convicted. Thousands have been forced from their homes, traffic cameras captured the moment that the earthquake hit. Cars sped by even as the Earth shook.

Nielsen Audience:  64,415

91.    **KFI-AM [640 AM] KFI More Stimulating Talk Radio** Radio   Market: Los Angeles, CA

December Trial Date Set in Corruption Case...                        Aug 24 2016 09:34PM
                                                                        PT

LOS ANGELES (CNS) - A Dec. 6 trial date was set today for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. "position1" : { "type" : "live", "id" : 177, "name" : "KFI", "description" : "Stay Connected - Los Angeles" } } Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer isn't in anybody's interest- the defendant's or the public's.'' Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant,'' the prosecutor told the court, adding that such an argument should be excluded.'' Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a unique fact'' that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. Something that doesn't help is holding press conferences on the courthouse steps,'' the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. I don't know why I should hold any sidebars in this case,'' the judge said, referring to press leaks of previous

sidebars. I guarantee this will be the last one I'll read about it somewhere.'' At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of cloudiness in my brain'' due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  2,213

---

92.    **KCAL-IND** Television    Market: Los Angeles, CA

KCAL 9 News at 9:00 PM

Aug 24 2016 09:00PM PT

[9:07:30 PM] [0:23]  He said he believes the f. I saved his life and he believes he would be dead by now if he were in Syria. His friends and family were thankful for the **SENTENCING** they say. He is a fine young man who did something incredibly and that was the sentence. He did something they can't be forgiven easily but he is a good young man.

[9:09:05 PM] [0:34]  Leyna: a trial date was set for a late county **SHERIFF LEE BACA** who faces obstruction of justice charges. Prosecutors said ahca conspired obstruct a special probe by deputies. Baca decided to go to trial after a judge rejected his **PLEA** deal through to his recently diagnosed with Alzheimer's disease and may use it as a bit dense at trial. Jeff: one day after and earthquake hit Italy rescuers continued to search for people underneath the rubble. Turkeys complicating its relationship with the United States.

Nielsen Audience:  155,233

---

93.    **Agoura Hills Patch** Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff

Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's

worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

94.  **Altadena Patch**  Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being

sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

95.   **Arcadia Patch**  Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff          Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

96.   **Beverly Hills Patch**  Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff          Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

97.  **Calabasas Patch**  Online Only  Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff        Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded."

Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA**- which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

98.  **Cerritos-Artesia Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA**- which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous