sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

99.  **Culver City Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

## 100. Eagle Rock Patch  *Online Only*  Market: Los Angeles, CA

### December Trial Set in Corruption Case Against Former L.A. County Sheriff

*Aug 24 2016 08:35PM PT*

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

## 101. Echo Park Patch  *Online Only*  Market: Los Angeles, CA

### December Trial Set in Corruption Case Against Former L.A. County Sheriff

*Aug 24 2016 08:35PM PT*

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over

objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

102.    **Encino Patch**  Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely

publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

103. **Glendora Patch** Online Only Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff

Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors

earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

---

104. **Hermosa Beach Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. LATEST Meet the Sisters Who Are Completely Upending the World of Interior Design Shared from the Venice-Mar Vista, CA Patch | Police & Fire December Trial Set in Corruption Case Against Former L.A. County Sheriff A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA.** By SoCal Patch (Patch Staff) - August 24, 2016 4:36 pm ET

View▶

Unique Visitors:  6,083,832

105. **Highland Park-Mount Washington Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

106. **Hollywood Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over

objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. LATEST Meet the Sisters Who Are Completely Upending the World of Interior Design Shared from the Venice-Mar Vista, CA Patch | Police & Fire December Trial Set in Corruption Case Against Former L.A. County Sheriff A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA.** By SoCal Patch (Patch Staff) - August 24, 2016 4:36 pm ET

View▶

Unique Visitors: 6,083,832

107.  **La Canada Flintridge Patch**   Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also

indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View ▶

Unique Visitors: 6,083,832

108.    **Malibu Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff      Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12

arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. LATEST Meet the Sisters Who Are Completely Upending the World of Interior Design Shared from the Venice-Mar Vista, CA Patch | Police & Fire December Trial Set in Corruption Case Against Former L.A. County Sheriff A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA.** By SoCal Patch (Patch Staff) - August 24, 2016 4:36 pm ET

View▶

Unique Visitors:  6,083,832

109.   **Manhattan Beach Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current

Media Coverage Report

case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. LATEST Meet the Sisters Who Are Completely Upending the World of Interior Design Shared from the Venice-Mar Vista, CA Patch | Police & Fire December Trial Set in Corruption Case Against Former L.A. County Sheriff A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA.** By SoCal Patch (Patch Staff) - August 24, 2016 4:36 pm ET

View▶

Unique Visitors: 6,083,832

110.  **Marina del Rey Patch** Online Only   Market: Los Angeles, CA

**December Trial Set in Corruption Case Against Former L.A. County Sheriff**    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

111.     **Monrovia Patch** Online Only   Market: Los Angeles, CA

Media Coverage Report

Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

112. **Montrose Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff

Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental

defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

113. **North Hollywood-Toluca Lake Patch** Online Only Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson

continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors: 6,083,832

114. **Northridge Patch** *Online Only* Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current

case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

115.      **Pacific Palisades Patch**  Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff

Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

116.    **Redondo Beach Patch**  Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff

Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into

misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

**View▶**

Unique Visitors: 6,083,832

---

117. **San Marino Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff       Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on