the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

118.    **Santa Monica Patch**  *Online Only*   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff     Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due

to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

119.     **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff     Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

**120.**  **Sierra Madre Patch**  Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

**121.**  **South Pasadena Patch**  Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or

the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA**- which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

122.  **Studio City Patch** _Online Only_   Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA**- which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps,"

the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:　6,083,832

123.　**Venice Patch** *Online Only*　Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff　Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to

investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

124.    **West Hollywood Patch**    Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County **SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

125.    **Westwood-Century City Patch**    Online Only    Market: Los Angeles, CA

December Trial Set in Corruption Case Against Former L.A. County Sheriff    Aug 24 2016 08:35PM PT

LOS ANGELES COUNTY - A Dec. 6 trial date was set Wednesday for former Los Angeles County

**SHERIFF LEE BACA,** who faces charges of conspiring to obstruct a federal probe into misconduct by **JAIL** deputies. Baca is charged with conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response in 2011 to a covert FBI investigation into corruption and brutality by guards at Men's Central **JAIL.** Over objections from Baca's attorney, U.S. District Judge Percy Anderson scheduled the trial date, ruling that delaying the proceedings any longer "isn't in anybody's interest- the defendant's or the public's." Defense attorney Nathan Hochman said he would probably file a motion in September signifying his intent to introduce expert evidence relating to an alleged mental defect his client was suffering in the summer of 2011, at the time of the charged offenses. is relevant," the prosecutor told the court, adding that such an argument "should be excluded." Baca sat silently beside his attorney during the nearly hour-long hearing. Hochman also indicated he may lodge a motion to have the trial moved out of Los Angeles County based on the suggestion that widespread publicity surrounding the case and related trials could have tainted the jury pool. In addition, Hochman told the judge that Baca's earlier **GUILTY PLEA-** which was withdrawn- to a false statements charge was a "unique fact" that was also widely publicized to the detriment of his client. Anderson had a partial answer to the attorney's worries. "Something that doesn't help is holding press conferences on the courthouse steps," the judge said, admonishing the defense attorney for speaking to a media throng after earlier hearings. Asked by Hochman for a sidebar meeting with attorneys at today's hearing, Anderson continued to telegraph his displeasure at events outside the courtroom. "I don't know why I should hold any sidebars in this case," the judge said, referring to press leaks of previous sidebars. "I guarantee this will be the last one if I read about it somewhere." At his Aug. 12 arraignment, Baca told Anderson that he suffered from periods of "cloudiness in my brain" due to Alzheimer's disease, but was mentally capable of entering a **PLEA.** The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office.

View▶

Unique Visitors:  6,083,832

126.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 8:00 PM

Aug 24 2016 08:00PM PT

[8:07:48 PM] [0:43]  The law includes a tax on pollution and a mandate on zero emissions cars. **LEE BACA** is set to go on trial in December. Prosecutors say he conspired to obstruct a federal probe. He decided to go to trial after a judge rejected his **PLEA** deal, he was recently diagnosed with Alzheimer's disease and he may use that as a defense at trial. After disappointing test scores for state standardized testing raster, we have a look at what the tests are revealing. The new school year has begun at eagle rock and the year is off to a positive start.

Nielsen Audience:  89,889

127.  **KNX-AM** Radio   Market: Los Angeles, CA

KNX Evening News with Brian Ping

Aug 24 2016 07:07PM CT

[7:31:10 PM] [1:01]  Earlier today that but he said the couple should be considered armed and dangerous on three is a half sister of the children's. And mother Kimberly harville a federal judge has denied a request to delay the corruption trial of former la county **SHERIFF LEE BACA.** Barker's attorney wanted more time to go over the mounds of evidence in the case and the judge said pushing the trial also is in nobody's best interest setting the date for December six block is facing felony charges in connection with efforts to derail a twenty eleven FBI investigation into **JAIL.** Has not used that could send him to prison for twenty years but they sat silently during the proceedings his lawyer may still use his Alzheimer's diagnosis as part of this. I still have to prove the former sheriff's mind was already deteriorating during that FBI probe in downtown la Margaret carrero can accent seventy news radio.

  Nielsen Radio Audience:  25,100

128.  **KNX-AM**  Radio   Market: Los Angeles, CA

  KNX Evening News with Brian Ping                                    Aug 24 2016 07:07PM CT

[7:23:57 PM] [0:17]  The four former la county Sheriff **Lee Baca*em* PLEA */em*** by this speaking exclusively to came next and subtly. But they could face a good twenty years in federal prison if convicted on all charges. Too much ice in your Starbucks drank too bad says a federal judge to toss out a class action lawsuit by Starbucks customers.

  Nielsen Radio Audience:  25,100

129.  **KABC-AM**  Radio   Market: Los Angeles, CA

  TalkRadio 790am - NBC 4 News                                    Aug 24 2016 07:00PM CT

[7:32:00 PM] [0:59]  Tried to reach out to be the ronnie and battled and tried to reach out to be ronnie vessels is held. The stop and remember those are friends. A trial date was set for December six day four x la county **SHERIFF LEE BACA** who is accused of trying to derail a federal probe of misconduct by **JAIL** deputies and jeffries and royal to examine only. ABC legal battle for all access the judge will probably turn down any requests by block as lawyers to postpone the trial in order to conduct medical sense in the wake of the art law amends also on the diagnosis. It's not likely to judges to be rejected the medical evidence about a block or conditions of four hundred or simply was not impressed with that and has. The prosecution of course they want to go full stream has. Back out a **PLEA** deal when told to go to prison for five years now he faces twenty years behind bars if he's convicted at trial and jeffrey. And be seen. Los Angeles county supervisor Michael and of a show of a Mobile spay and neuter clinic for dogs and cats today as a result.

  Nielsen Radio Audience:  3,100

130.  **KABC-ABC**  Television   Market: Los Angeles, CA

  Eyewitness News at 6:00 PM                                    Aug 24 2016 06:00PM PT

[6:01:43 PM] [0:00]    *em*JAI */em* .

[6:05:21 PM] [0:28]  . A new trail did was set for **LEE BACA** and prosecutors are asking the court to hold a hearing on whether Baca is mentally competent to stand trial. He faces conspiracy and obstruction of justice. The trial was set for September 6.

  Nielsen Audience:  209,065

131.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 PM

Aug 24 2016 06:00PM PT

[6:03:15 PM] [0:48]  She agreed and detectives say he assaulted her there. He was arrested yesterday. Pat: a child it was set for former la county **SHERIFF LEE BACA** who faces obstruction of justice charges. Prosecutors said raqqa by deputies in county jails. He decided to go to trial after a judge rejected his truth **PLEA** deal. Was recently diagnosed with alzheimers disease and may use that as a defense at trial. Jeff: it appears doctors may have missed a chance to stop the government in a deadly Dallas police ambush to documents from the veterans health Joe army reservist Micah Johnson showed symptoms of post-traumatic stress disorder when he got home from Afghanistan two years ago.

 Nielsen Audience:  93,360

132.  **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 5:00 PM

Aug 24 2016 05:30PM PT

[5:32:39 PM] [0:14]  The trial for a former Los Angeles county **SHERIFF LEE BACA** is now set to begin in December. NBC 4 was there today as **LEE BACA** and his wife left the courtroom. Just another day in court. The trial date is December.

 Nielsen Audience:  108,240

133.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 4:00 PM

Aug 24 2016 04:00PM PT

[4:10:10 PM] [0:19]  Juan: new developments involving **LEE BACA.**

[4:14:19 PM] [0:33]    **LEE BACA** is set to go on trial in December. He can conspired to conduct a federal probe. He decided to go to trial after a judge rejected his **PLEA** deal. He was recently diagnosed with Alzheimer's disease and may use that as a defense. Leyna: music to the ears of prince fans.

 Nielsen Audience:  48,072

134.  **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 4:00 PM

Aug 24 2016 04:00PM PT

[4:07:49 PM] [0:25]  A trial for **LEE BACA** will begin in December and NBC 4 was there as Baca and his wife left court today. This trial comes aft **PLEA** deal fell apart. It's scheduled to start December 6th and expected to last about two weeks. Baca is facing charges of conspiring to obstruct a federal probe into misconduct at county jails.

 Nielsen Audience:  64,239

135.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 3:00 PM

Aug 24 2016 03:30PM PT

[3:29:50 PM] [0:20]  Ellen: a December 6 trial date has been set for former Los Angeles county

**SHERIFF LEE BACA.** He's accused of obstruction of justice for an FBI investigation into corruption and brutality by **JAIL** deputies. He originally accepted a **PLEA** deal which called for just six months in prison, but a judge rejected that. Earlier this month, Baca changed his **PLEA** to not **GUILTY.** He could face up to 20 years in prison. Jovana: a major FBI operation in Orange County today.

[3:32:08 PM] [0:19]  ABC's maggie rulli is in Washington with a closer look. Maggie: Donald Trump repeats his passionate **PLEA** to minority voters. Mr. Trump: to the Hispanic voter, I say what do you have to lose?

 Nielsen Audience:  73,641

136.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 3:00 PM

Aug 24 2016 03:00PM PT

[3:29:50 PM] [0:20]  Ellen: a December 6 trial date has been set for former Los Angeles county **SHERIFF LEE BACA.** He's accused of obstruction of justice for an FBI investigation into corruption and brutality by **JAIL** deputies. He originally accepted a **PLEA** deal which called for just six months in prison, but a judge rejected that. Earlier this month, Baca changed his **PLEA** to not **GUILTY.** He could face up to 20 years in prison. Jovana: a major FBI operation in Orange County today.

 Nielsen Audience:  63,915

137.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 News at Noon

Aug 24 2016 12:00PM PT

[12:19:21 PM] [0:19]  In other words, chill out. Now fun fact, judge Anderson, might ring a bell because he's also the judge in the upcoming corruption trial of former LA sheriff **LEE BACA.** We are going to be hearing about him a lot moving forward. Let's actually eat something.

 Nielsen Audience:  41,965

138.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Aug 24 2016 06:30AM PT

[6:37:17 AM] [0:50]  Second suspect was also taken into custody when the initial pursuit ended. A trial date could be set for former Los Angeles county **SHERIFF LEE BACA.** Baca is accused of obstruction of justice involving an fbiinvestigation into corruption and brutality by **JAIL** deputies. Baca originally entered a **GUILTY PLEA** but changed it to not **GUILTY** and now he could face up to 20 years in prison if convicted. Phillip: the turkish military and us backed coalition forces have launched an operation to clear a Syrian border town from Islamic state militants. After a predawn barrage of heavy artillery and air strikes, turkey sent tanks and special forces into Syria.

 Nielsen Audience:  111,248

139.  **KTTV-FOX** Television   Market: Los Angeles, CA

Midday Sunday

Aug 21 2016 09:00AM PT

[9:00:13 AM] [0:59]  When Jim mcdonnell speaks people listen. It's a privilege that comes from

being the sheriff of Los Angeles county the largest sheriff's department in the United States. His predecessor **LEE BACA** enjoyed the same degree reef specht until he was indicted along with the former undersheriff **PAUL TANAKA** with obstructing justice. This Sunday we look beyond the office of sheriff to the 9100 men and women who are the deputy sheriffs in Los Angeles county. When they speak it's through the association for Los Angeles deputy sheriffs better known as alads. Good Sunday morning, everybody we are delighted to have with us George hofstetter who is the president of alads and Sean van leeuwn who is the vice president and you're the union that represents the deputies. Yes, correct. How about if we begin with **LEE BACA.** Served for sheriff for a longtime I covered him for a longtime and now he's sitting there facing an indictment for obstruction of justice. How does that affect the deputies who are out there?

Nielsen Audience:  17,377

140.  **Metropolitan News-Enterprise**  Online Only   Market: Los Angeles, CA

Judge Percy Mad Dog Anderson Clings to Baca Case

Aug 16 2016 05:34PM PT

Actual bias unquestionably exists on the part of Anderson, of the Central District of Californiawhose fitness as a judge, as discussed here previously, is widely questioned. Should a trial of Lee Baca take place, there would be no semblance of fairness in the proceeding if the judge presiding were someone who had assumed the role of the defendants antagonist. Anderson revealed his hostility to Baca at a hearing on July 18, at which the jurist was expected to mete out a sentence which, under a **PLEA** bargain, was to be anywhere from zero days of confinement to six months (in conformity with federal **SENTENCING** guidelines)Anderson scotched the deal, proclaiming that six months in prison was inadequate punishment, given that the ex-sheriff had participated in a broad ranging conspiracy to obstruct justice that included hiding an inmate from the grand jury, altering records, witness tampering and threatening an FBI agent. What Baca had pled **GUILTY** to on Feb. 10 was making false statements to federal investigators, in violation of 18 U.S.C. 1001(a)(2)He had not been charged with obstruction of justice or conspiracy. Yet, Anderson adjudged him **GUILTY** of conduct that had not been alleged, let alone proven. While Anderson might think he is in possession of knowledge as to what Baca did and didnt do, based on presiding over an earlier trial of seven former deputies and that of the erstwhile undersheriff, Lee Baca did not testify in those proceedings and was not represented by counsel in them. Its an adage that a little knowledge is a dangerous thing, and when a judge with a little mind converts his or her little knowledge, gleaned from evidence in past cases into a presumption of guilt as to the defendant in a present case, there is not only a blatant breach of. due process, but a despicable display of hubris. Baca on Aug. 1 withdrew his **GUILTY PLEA,** and on Aug. 5 was socked with a superseding indictment, now alleging obstruction of justice and conspiracy. The Office of U.S. Attorney Eileen M. Decker apparently saw nothing to be lost by charging crimes of which the judge had already proclaimed the defendant to be **GUILTY.** What this overlooked was that the office was now seeking a prison term of more than six months, while it had cogently stated reasons in a **SENTENCING** position paper why a sentence should not exceed that perioda paper that minimized Baca's involvement in frustrating a federal probe of the county jails. Its prior statements reveal the superseding indictment to be a sham pleading. So, a vulturous U.S. attorney, taking a cue from an irrational judge, is seeking a multiple-year sentence for a 74-year-old man who is in the early stages of Alzheimers Disease, a man whose dangerousness is nil and whose public service over a period of decades has been extraordinary. Putting aside that there should not have been an indictment in the first place, any sentence of this first offender whose misconduct was so minimalmaking misstatements, not under oath, to federal

investigators, which caused no prejudice to their efforts that no prison term should ever have been contemplated. Bacas conduct, the judge asserted at the July 18 **SENTENCING** hearing, included witness tampering. Not only did the indictment not allege that, but the Office of U.S. Attorney has virtually exonerated Baca of any involvement in it. One witness who was the object of tampering was then-Sheriffs Deputy Gilbert Michel who had accepted a bribe to smuggle a cellphone to an inmate of the Mens Central **JAIL,** who had become an FBI informant. On Aug. 30, 2011, then-Lieutenant Steve Leavins and then-Sergeants Scott Craig and Maricela Long conversed with Michel at the **JAIL.** Heres what the Office of U.S. Attorneys position paper says: Leavins, Craig, and Long told Michel he had been manipulated by the FBI. After Michel told Leavins, Craig, and Long that the FBI was trying to get information from him about brutality inside the jails, the Sheriffs Department ordered Michel not to talk to the FBI. That same day, Leavins, Craig and Long interviewed Deputy William David Courson, who had unknowingly provided the FBI with information on abuse at Mens Central **JAIL.** The Sheriffs Department once again ordered Courson not to talk to the FBI. The extensive investigation and multiple trials have revealed no evidence that suggests defendant Baca was ever aware of this witness tampering. Baca was incensed that the FBI was intruding on his terrain and was, without his knowledge, using an inmate as a spy. He gave the green light to his staff to keep Brown outside the reach of the FBI. Then-Undersheriff **PAUL TANAKA** (sentenced by Anderson on June 27 to five years in prison) was put in charge of the effort. Computer records were altered to reflect that Brown had been released. In actuality, he had been transferred to a different **JAIL,** under a false name, and he was subsequently moved under other pseudonyms. Whether this was, as later alleged, to protect Brown, who had been revealed as an FBI snitch, from both inmates and guards, or not, what is relevant here is that there is no evidence that Baca was involved in the alteration of records. Nonetheless, Anderson on July 18 proclaimed Baca to be of that. Then theres the pronouncement by Anderson that Baca was part of a conspiracy that included threatening an FBI agent. Baca made no secret of the fact that he viewed the smuggling of a cellphone into the **JAIL** as a criminal offense. As alleged in the superseding indictment: On or about September 26, 2011, defendant BACA appeared on television and stated that he believed the FBI had committed a crime. It was on that very date that two sheriffs deputies threatened FBI special agent Leah Marx with arrest based on the perceived offense. As it happened, Marx was not arrested. As the Office of U.S. Attorney recites in its position paper, Andr Birotte Jr., then U.S. attorney for the Central District of California (now a District Court judge) and Steve Martinez, then the assistant director in charge of the FBIs Los Angeles office, telephoned Baca, who provided his personal assurance. that Special Agent Marx would not be arrested. Looking at it from Bacas standpoint, a deputy sheriff would have the authority, under proper circumstances, to arrest an FBI agent. Federal officers and employees are not, merely because they are such, granted immunity from prosecution in state courts for crimes against state law, the United States Supreme Courts 1932 opinion in Colorado v. Symes declares. California Penal Code 4575(a) renders it a misdemeanor for [a]ny person in a local correctional facility to possesses a wireless communication device, and a person supplying such a device could be convicted under 182(a)(1), conspiring with another to commit any crime. Alternatively, someone supplying a cellphone to an inmate of a prison or **JAIL** might be subject to a conviction of conspiracy to violate Penal Code 4570 which renders it a misdemeanor to communicate with an inmate without permission, or to bring in or take out any writing or reading matter. In People v. Redd , decided by the Fifth District Court of Appeal in 2014, a man who smuggled cellphones into a prison and the inmate who received them were charged with conspiracy to violate 4570. The appeals courts opinion upheld the conviction of the inmate, but its reasoning would equally apply to the prison cook who supplied the contraband (and pled **GUILTY** to conspiracy, as well as bribery) The court said that the jury

could reasonably infer that at least one cellphone was intended for communicating, and another one contained movies, financial documents, and photographs which constituted writings or reading matter. It might well be that the FBIs conduct in violating state law was privileged, occurring, as it did, in the course of a lawful investigation. An Aug. 4 decision of the Ninth U.S. Circuit Court of Appeals, upholding the convictions of Leavins, Craig, Long and four other members of the Sheriffs Department, left that an open question. The court, in an opinion by Judge Ferdinand Francis Fernandez, skirted the matter of whether Anderson was correct in instructing jurors that under California law, introduction of contraband into a JAIL must be unauthorized in order for crimes to occur, adding: If Anthony Brown possessed any contraband including a cellular phone at. the direction of the FBI, such possession or introduction of contraband would be authorized and no violation of these California Penal codes would have occurred. Fernandez said that even if the instruction was infirm, other instructions rendered it harmless error. Assuming that the FBI did have sufficient leeway in carrying out its investigation that it breached California law with impunity, that does not mean that the Sheriffs Department, proceeding under a contrary assumption, acted for the purpose of obstructing justice. Indeed, even if Baca and his deputies knew that Marx had committed no offensewhich does not appear to be the casethe Sheriffs Department surely had leeway in conducting its own investigation as to how contraband was smuggled into the JAIL. Marx was confronted in front of her home. The deputies wanted information. Intimidation (short of using a rubber hose, of course) is a common, and accepted, investigative technique. One criminal law expert advises that LEE BACA was a constitutional officer of a sovereign state obligated by law, in particular, the Government Code, to maintain the integrity and security of the JAIL system. (While the legitimacy of such an investigation seems obvious, the undertaking of it is cited in the new indictment as one of the overt acts in furtherance of a criminal conspiracy. Other privileged conductsuch as Baca meeting with members of the U.S. Attorneys Office to complain of the FBI probe, and Leavins telling deputies to look for listening devices in the offices and conference rooms of Baca and Tanakaare also denominated overt acts. What if a bug had been encountered? Would it have been obstruction of justice to remove it? Under the totality of circumstances, for Anderson to declare Baca to be a culprit in a conspiracy that included threatening an FBI agent was utterly irresponsible. Under Canon 3(c)(1) of the Code of Conduct for United States Judges, Anderson is obliged to disqualify himself in a proceeding in which the judges impartiality might reasonably be questioned. In U.S.A. v. Baca , his lack of impartiality cannot reasonably be doubted. On July 18, he declared, in the course of an harangue, that the [former] chief law enforcement officer of the County of Los Angeles [was] involved in a wide-ranging conspiracy to cover up abuse and corruption occurring in the Mens Central JAIL, and pronounced Baca GUILTY of crimes that were then. not charged, but now are. He accused him of acts that were either unsubstantiated or plainly noncriminal. He is Bacas adversary and, in light of his SENTENCING powers, would-be tormentor. Andersons failure to recuse himself is judicial misconduct. It is seemingly too late to file a disqualification motion under 28 U.S. Code 144 although, if such a motion had been timely filed following the July 18 hearing, it might well have been recognized by the Ninth Circuit as founded on one of the rare circumstances which, under the 1994.

View►

Unique Visitors:  14,697

141.  Wave Newspapers  Online Only  Market: Los Angeles, CA

Baca pleads not guilty to three federal charges

Aug 14 2016 05:59PM PT

LOS ANGELES Former Los Angeles County SHERIFF LEE BACA pleaded not GUILTY Aug. 12 to

federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. At his arraignment in a downtown Los Angeles courtroom, the 74-year-old ex-lawman told U.S. District Judge Percy Anderson that he had cloudiness on the brain due to Alzheimers disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government, stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. Defense attorney Nathan Hochman said outside court that a key issue for the defense will be whether the retired lawman was suffering any cognitive impairment as a result of Alzheimers at the time of the charged offenses. He also said that if the court finds Bacas condition is worsening, a mental competency hearing could be set to determine if he is able to assist in his own defense. The U.S. Attorneys Office declined comment on the days events. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year and called for Baca to serve no more than six months in prison. Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. Although Baca admitted in court to lying to investigators, that and other previous admissions cannot be used against him in the current case. If convicted of all charges in the updated indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorneys Office. In court this, Baca wearing a small Sheriffs Department star on his lapel was asked by the judge whether he had any mental issues that would preclude the entry of a **PLEA.** I have Alzheimers. Not sure if that constitutes a mental problem, Baca responded. 4, with pretrial hearings on Sept. 19 and 26. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality within the walls of Mens Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriffs officials including Bacas ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the departments response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statement count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  5,760

---

142.  **Burbank Leader** Online Only   Market: Los Angeles, CA

**Essential California: Former sheriff pleads not guilty**

Aug 13 2016 12:00PM PT

It is Saturday, Aug. 13. Heres what you dont want to miss this weekend: TOP STORIES Not **GUILTY PLEA:** Former L.A. County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to allegations of obstruction of justice, conspiracy and lying. The charges came after a judge rejected a **PLEA** deal that Baca had reached with prosecutors. The case stems from an FBI probe into the county jails. Los Angeles Times Wine crime: Prosecutors are calling it a wine Ponzi scheme.

View▶

Unique Visitors:  1,693

143. **Glendale News Press** Newspaper   Market: Los Angeles, CA

Essential California: Former sheriff pleads not guilty

Aug 13 2016 12:00PM PT

It is Saturday, Aug. 13. Heres what you dont want to miss this weekend: TOP STORIES Not **GUILTY PLEA:** Former L.A. County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to allegations of obstruction of justice, conspiracy and lying. The charges came after a judge rejected a **PLEA** deal that Baca had reached with prosecutors. The case stems from an FBI probe into the county jails. Los Angeles Times Wine crime: Prosecutors are calling it a wine Ponzi scheme.

View▶

Unique Visitors:  7,207

144. **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Essential California: Former sheriff pleads not guilty

Aug 13 2016 12:00PM PT

It is Saturday, Aug. 13. Heres what you dont want to miss this weekend: TOP STORIES Not **GUILTY PLEA:** Former L.A. County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to allegations of obstruction of justice, conspiracy and lying. The charges came after a judge rejected a **PLEA** deal that Baca had reached with prosecutors. The case stems from an FBI probe into the county jails. Los Angeles Times Wine crime: Prosecutors are calling it a wine Ponzi scheme.

View▶

Unique Visitors:  1,830

145. **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Essential California: Former sheriff pleads not guilty

Aug 13 2016 12:00PM PT

It is Saturday, Aug. 13. Heres what you dont want to miss this weekend: TOP STORIES Not **GUILTY PLEA:** Former L.A. County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to allegations of obstruction of justice, conspiracy and lying. The charges came after a judge rejected a **PLEA** deal that Baca had reached with prosecutors. The case stems from an FBI probe into the county jails. Los Angeles Times Wine crime: Prosecutors are calling it a wine Ponzi scheme.

View▶

Unique Visitors:  313

146. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Essential California: Former sheriff pleads not guilty

Aug 13 2016 12:00PM PT

It is Saturday, Aug. 13. Heres what you dont want to miss this weekend: TOP STORIES Not **GUILTY PLEA:** Former L.A. County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to allegations of obstruction of justice, conspiracy and lying. The charges came after a judge rejected a **PLEA** deal that Baca had reached with prosecutors. The case stems from an FBI probe into the county jails. Los Angeles Times Wine crime: Prosecutors are calling it a wine Ponzi scheme. It is Saturday, Aug. 13. Heres what you dont want to miss this weekend: TOP STORIES Not The heat wave could increase the chances of wildfires. Fire danger is going to be up because of how dry the fuels are, and then its also going to be very hot and very dry, said National Weather Service meteorologist Scott Sukup. Los Angeles Times Caption 90 seconds: 4 stories you can't miss Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over