California's water supply. Former L.A. County is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Caption Weekend Roundup: 7 stories you can't miss Read more about theGrim Sleeper, Trump, Clinton, Boyle Heights shooting, Rio designs, pollution, and theLiquid Shard. Read more about theGrim Sleeper, Trump, Clinton, Boyle Heights shooting, Rio designs, pollution, and theLiquid Shard.

View▶

Unique Visitors:  19,365,041

147.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 8:00 AM

Aug 13 2016 08:30AM PT

[8:34:09 AM] [0:38]  He used the interview against sandusky in the 2012 child where he was found **GUILTY** of sexually abusing at least ten boys. He was sentenced to prison. The hearing will continue on August 22nd. Brandi: former county **SHERIFF LEE BACA** pleading not **GUILTY** on Friday. This sets the stage for a big trial on obstruction much justice charges. He withdraw his previously entered **GUILTY PLEA** which k5u8d called for a sentence of six months in **JAIL.** He could face 20 years if convicted. He says he has Alzheimer's and that is expected to play a role in his defense coming up.

Nielsen Audience:  139,722

148.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM

Aug 13 2016 07:30AM PT

[7:33:10 AM] [0:46]  And now they are offering a $1,000 reward to identify the suspects. The former **SHERIFF, LEE BACA,** who was indicted last week appeared before a judge again. He pled not **GUILTY** to obstruction of justice and lying to federal agents within the beaches of inmates in the **JAIL.** He said that he understands the charges that comes as he is battling the early signs of Alzheimer's. City leaders and workers are in the process of tearing down one of the most dangerous housing projects in hopes of revitalizing the neighborhood this is one of four public housing developments there and soon this 49 a.

Nielsen Audience:  149,482

149.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Aug 13 2016 05:30AM PT

[6:03:14 AM] [0:23]  John: the 118 freeway through granada hills open after it was cut down for most of the night. Brandi: former la county **SHERIFF LEE BACA** enters a formal **PLEA** of not **GUILTY** setting the stage for his trial on federal obstruction charges. Jonathan: a mild start at the coast. Lax and clear skies to start.

[6:08:12 AM] [0:26]  In that incident she tried to grab a 2-year-old boy. Police are working to determine a possible mow till. Brandi: former Los Angeles county Cher **LEE BACA** pled not **GUILTY** in federal court Friday. The move sets the stage for a billing trial on charges of obstruction of justice. He withdrew his **GUILTY PLEA** after the judge rejected the **PLEA** deal. It called for six months in prison. Now he could face up to 20 years if convict.

Nielsen Audience:  71,542

**150.** 📺 **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Aug 13 2016 05:00AM PT

[5:02:32 AM] [2:19]  She tried to grab a 2-year-old boy. Investigators are working to determine a motive here. John: former Los Angeles county **SHERIFF LEE BACA** pleaded not **GUILTY** in federal court Friday. The move setting a stage for a trial on charges of obstructing justice. His mental condition will play a role in his defense. Reporter: one step closer to a criminal trial. **LEROY BACA'S** mental fitness was raised by the judge asks him if he understand are understood the charges and he knew what was going on. He says I have alzheimer'ss alzheimer'ss, I do under what is going on but I have cloudiness in my mind. The question is did Baca obstruct a federal investigation. What we'll be pursuing is the medical condition of the sheriff at the time. Reporter: this is the second round for prosecutors after they crafted a **PLEA** deal on a single count of lying which the judge said was too lenient on Baca. They blamed tanaka for the conspiracy. They said he was not a irwhat of the acts of obstruction of justice that he did not participate in many of those acts and in some acts he was out of the country. Reporter: the prosecutors must prove that Baca was more than a bystander. They say there must be evidence Baca was an instigator. That **LEE BACA** while he wasn't at the center the criminal conspiracy, still launches the ship. Reporter: she says baca's condition could evoke sympathy from jurors. Expect prosecutors to respond with testify about why the FBI was probing the **JAIL** in the first place. To really hit hard on the long history of civil rights a abuses in the **JAIL** that **LEE BACA** was warned of and did nothing about. Brandi: still to come the warning for drivers using the 10 freeway through Baldwin park. John: details of a deadly crash in sunland that might have been avoided if law enforcement had the proper tools.

 Nielsen Audience:  54,284

**151.** 🖱️ **KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television  Market: Los Angeles, CA

Lee Baca pleads not guilty during arraignment

Aug 13 2016 04:59AM PT

File photo of **LEE BACA** Updated:Aug 12 2016 02:44PM PDT Related Stories (FOX 11/ CNS) - Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca- who ran the nation's largest sheriff's department for 16 years- is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI

informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials- including Baca's ex-top deputy, **PAUL TANAKA-** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  5,412

---

152.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)                    Aug 13 2016 01:00AM PT

[1:11:00 AM] [0:41]  **LEE BACA** told a judge today that he suffers from cloudiness in his brain. Brought on by Alzheimer's disease. That the FBI says that it was five years ago that he tried to derail the investigation into corruption and brutality of at the county **JAIL.** He was indicted last week after a judge rejected a **PLEA** deal that called for a lenient six-month sentence. His lawyer talked about what is next. We will be pursuing testimony to see what the medical condition was.

Nielsen Audience:  26,913

---

153.  **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 12:00 AM                    Aug 13 2016 12:00AM PT

[12:09:37 AM] [0:22]  Elex michaelson, ABC 7 eyewitness news. Marc: thank you. Former la county **SHERIFF LEE BACA** arrives at the federal courthouse to plead not **GUILTY** to obstruction of justice in the government's investigation of **JAIL** abuse. The 74-year-old Baca withdrew his earlier **GUILTY PLEA** after the judge rejected a **PLEA** deal. It called for a maximum sentence of six months in prison. He could now face up to 20 years if he's convicted.

Nielsen Audience:  28,113

---

154.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimers symptoms      Aug 12 2016 11:24PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. Inside the courtroom, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. He He said he was less certain about the details of the charges outlined in the indictment. I do have circumstances

when I have cloudiness in my brain, he said to Anderson. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. But his attorneys will likely introduce his medical condition during the trial, hoping to show through medical evidence that decisions Baca made during his last years as sheriff may have been influenced by Alzheimers disease. Were going to pursue medical testimony to see what the medical condition of the Sheriff was at the time these incidents occurred, said Bacas attorney Nathan Hochman outside the federal courthouse. An investigation has not been completed, in part, because we need to review the data the government has given us in order to determine where that defense will go. Baca pleaded **GUILTY** in February to one count of lying to federal investigators. He admitted he lied to them in an April 2013 interview while he was sheriff when he said he did not know that officials in his department planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of the matter, prosecutors said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced in June to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  169,223

155.  **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca Pleads Not Guilty to Obstruction Charges

Aug 12 2016 11:15PM PT

[ooyala code="s1eWthNTE6iHKXDkEEwlEf7AQ2j8hIhq" player_id="f987944e2b8d47c5ad7da7977780b8bd" width="640" height="360" auto="true"] Former Los Angeles County **SHERIFF LEE BACA** pleaded not guiltyFriday afternoon to felony charges arising from an FBI probe into county jails. At an arraignment ina downtown federal courtroom,Baca entered his pleabeforeU.S. District Judge Percy Anderson andtold the judge he suffers from periods of cloudiness in my brain brought on by Alzheimers disease. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers, to spend no more than six months in prison. But Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates

were commonplace and readily covered up. Click here to read the full story on LATimes.com Please enable Javascript to watch this video Former Los Angeles County the agreement called for Baca, who is in the early stages of Alzheimers, to spend no more than six months in prison. But Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. Click here to read the full story on LATimes.com 34.052234 -118.243685

View▶

Unique Visitors: 2,526,816

156.　**KABC-ABC** Television　Market: Los Angeles, CA
Eyewitness News at 11:00 PM　　　　　　　　　　　　　　Aug 12 2016 11:00PM PT

[11:10:40 PM] [0:23]　Elex michaelson, ABC 7 eyewitness news. Marc: thank you. Former la county **SHERIFF LEE BACA** arrives at the federal courthouse to plead not **GUILTY** to obstruction of justice in the government's investigation of **JAIL** abuse. The 74-year-old Baca withdrew his earlier **GUILTY PLEA** after the judge rejected a **PLEA** deal. It called for a maximum sentence of six months in prison. He could now face up to 20 years if he's convicted.

Nielsen Audience: 179,575

157.　**KCBS-CBS** Television　Market: Los Angeles, CA

CBS2 News at 11:00 PM　　　　　　　　　　　　　　　　Aug 12 2016 11:00PM PT

[11:08:03 PM] [0:33]　Sarah and for your old jenna bell were shot to death. Detectives believe there were people in the area who saw what happened and want them to come forward. Jeff: former la county **SHERIFF LEE BACA** has a judge decided today his trial will start in October. It could land him behind bars for 20 years. Baca is suffering from early stages of Alzheimer's police arrest a woman they say tried to snatch a toddler from a stroller in glendale and grabbed another toddler 20 minutes later.

Nielsen Audience: 116,169

158.　**Burbank Leader** Online Only　Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca pleads not guilty to new obstruction charges　　　　　　　　　　　　　　　　　　　Aug 12 2016 10:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to

hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors: 1,693

---

159.    **Glendale News Press**   Newspaper   Market: Los Angeles, CA
     Ex-L.A. County Sheriff Lee Baca pleads not guilty to new obstruction charges     Aug 12 2016 10:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly,

announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors:  7,207

160. **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca pleads not guilty to new obstruction charges    Aug 12 2016 10:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the

departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and letters in which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors: **1,830**

161.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
       Ex-L.A. County Sheriff Lee Baca pleads not guilty to new obstruction          Aug 12 2016 10:30PM
       charges                                                                                      PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraigned in a downtown courtroom, where he will tell U.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is

appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors:  313

162.  **Los Angeles Times** Newspaper  Market: Los Angeles, CA
      Ex-L.A. County Sheriff Lee Baca pleads not guilty to new obstruction charges                                                Aug 12 2016 10:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded not guiltyFriday afternoon to felony charges arising from an FBI probe into county jails. At an arraignment ina downtown federal courtroom,Baca entered his pleabeforeU.S. District Judge Percy Anderson andtold the judge he suffers from periods of cloudiness in my brain brought on by Alzheimers disease. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers, to spend no more than six months in prison. But Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. Thehearing Friday was notable for Bacas comments about his variablemental acuity, which underscored how his recentAlzheimers diagnosis willcomplicate the case. Questions a judge must ask a defendant about his ability to understand the charges against him took on heightened importance as Anderson pressed Baca on his ability to comprehend the allegations. My mind is clear enough, your honor, Baca said, but I do have circumstances of cloudiness in my brain. Ive

had that for quite a while. Baca and his attorney, Nathan Hochman, ultimately told Anderson that Baca was able to understand the charges and entered the not- **GUILTY PLEA.** Afterward, Hochman said that if Bacas condition deteriorates rapidly over the coming months leading uptotrial, Anderson might need to decide if the former sheriff is competent to stand trial. Hochman also made clear that he plans to investigate the possibility of usingBacas mental condition as part ofhis defense at trial. To do so, Hochman would need to be able to show through doctors testimony and other medical evidence that Bacas mind was already deteriorating during the FBI **JAIL** probe in 2011. The charges against Baca mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges that he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show. pleaded not guiltyFriday afternoon to felony charges arising from an FBI probe into county jails. At an arraignment ina downtown federal courtroom,Baca entered his pleabeforeU.S. District Judge Percy Anderson andtold the judge he suffers from periods of cloudiness in my brain brought on by Alzheimers disease. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a the agreement called for Baca, who is in the early stages of Alzheimers, to spend no more than six months in prison. But Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. Caption 90 seconds: 4 stories you can't miss Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Caption Weekend Roundup: 7 stories you can't miss Read more about theGrim Sleeper, Trump, Clinton, Boyle Heights shooting, Rio designs, pollution, and theLiquid Shard. Read more about theGrim Sleeper, Trump, Clinton, Boyle Heights shooting, Rio designs, pollution, and theLiquid Shard. With Anderson signaling

clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. Thehearing Friday was notable for Bacas comments about his variablemental acuity, which underscored how his recentAlzheimers diagnosis willcomplicate the case. Questions a judge must ask a defendant about his ability to understand the charges against him took on heightened importance as Anderson pressed Baca on his ability to comprehend the allegations. My mind is clear enough, your honor, Baca said, but I do have circumstances of cloudiness in my brain. Ive had that for quite a while. Baca and his attorney, Nathan Hochman, ultimately told Anderson that Baca was able to understand the charges and entered the not- **GUILTY PLEA.** Afterward, Hochman said that if Bacas condition deteriorates rapidly over the coming months leading uptotrial, Anderson might need to decide if the former sheriff is competent to stand trial. Hochman also made clear that he plans to investigate the possibility of usingBacas mental condition as part ofhis defense at trial. To do so, Hochman would need to be able to show through doctors testimony and other medical evidence that Bacas mind was already deteriorating during the FBI probe in 2011. The charges against Baca mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges that he conspired with Tanaka and the others to keep federal investigators away from a inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

**View▶**

   Unique Visitors: 19,365,041

163.  **KFI-AM [640 AM] KFI More Stimulating Talk Radio**   Radio   Market: Los Angeles, CA

       Ex-Sheriff Pleads Not Guilty      Aug 12 2016 10:27PM PT

Ex Sheriff Baca leaves federal court without comment. @KFIAM640 pic.twitter.com/PibQnsmRV1 Eric Leonard (@LeonardFiles) August 12, 2016 VideoCredit: Eric Leonard (@LeonardFiles) Former L.A. County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to

a new indictment that charges he took part in - and lied about - a scheme to interfere with a federal civil rights investigation. "position1" : { "type" : "live", "id" : 177, "name" : "KFI", "description" : "Stay Connected - Los Angeles" } } Baca, 74, greeted reporters and photographers gathered outside the federal courthouse in Downtown. His defense attorney told U.S. District Court Judge Percy Anderson he would need six months or more to prepare for a trial, in part because of the need to explore Baca's diagnosis of Alzheimer's disease as a possible defense. Prosecutors unsealed the three count indictment last week, days after Baca withdrew a **GUILTY PLEA** to a single count of lying to federal authorities. The indictment charges Baca with the lying charge as well as conspiracy to obstruct justice and obstruction of justice. When asked by the judge if he understood the charges, Baca replied, "my mind is clear enough but I do have circumstances when I have cloudiness in my brain." Baca could now face a maximum sentence of 20 years in prison if he's convicted.

View▶

Unique Visitors: 2,213

---

164. **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca pleads not guilty to federal conspiracy charge    Aug 12 2016 10:22PM PT

Leroy **"LEE" BACA,** the once-powerful sheriff of Los Angeles County and one of the most recognizable political figures in the region, pleaded not **GUILTY** Friday to charges he tried to thwart a federal investigation into brutality inside county jails. Baca, 74, was arraigned in front of U.S. District Judge Percy Anderson the same judge that rejected a **PLEA** deal last month. Baca told the judge that he had "cloudiness in my brain" at times due to his early onset Alzheimer's disease. Baca's attorney said they may use a medical defense based on his Alzheimer's in the case. Under the **PLEA** deal, Baca would have pled **GUILTY** to one count of lying to a federal agent during the investigation, in exchange for no more than six months in prison. Anderson said the penalty was lenient. Baca could have still pled **GUILTY** to the one count and faced whatever prison sentence Anderson thought appropriate, up to the five-year maximum prison time. Instead, he withdrew from the **PLEA** deal. That prompted the U.S. Attorneys Office to add two additional charges: conspiracy to obstruct justice and obstructing justice. He now faces a maximum 20 years in prison if convicted on all charges. The case stems from Bacas alleged efforts to hide an inmate who was acting as an informant to the FBI so that federal investigators could not talk to him. He allegedly also ordered deputies to try to intimidate one of the FBI agents. In his previous **PLEA** deal, Baca admitted he lied when he said he did not know deputies would try to intimidate the agent. In fact, he admitted he directed the deputies to "do everything but put handcuffs" on her. The new charges mean federal prosecutors believe they have enough evidence to prove Baca not only lied about the scheme to block the FBI investigation, but actually participated in it.

View▶

Unique Visitors: 506,157

---

165. **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimers symptoms    Aug 12 2016 10:19PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his

**PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors:  81,621

166.   **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 10:00 PM

Aug 12 2016 10:00PM PT

[10:09:28 PM] [0:49]  Peter: former la county **SHERIFF LEE BACA** pleaded not **GUILTY** to charges he tried to it fear with an FBI investigation. He walked out of a down town courthouse after a jump said his trial would start in October. The charges could land him behind bars for 20 years. Baca backed out of a previous **PLEA** deal and was told he could go to recipient for five years. Suzie: Hillary Clinton is upping the ante on tax returns. Dave Bryan joins us with more on the increasing strain on the trump campaign.

Nielsen Audience:  161,564

167.   **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News

Aug 12 2016 10:00PM PT

[10:10:55 PM] [0:41]  **LEE BACA** told a judge today that he suffers from cloudiness in his brain. Brought on by Alzheimer's disease. That the FBI says that it was five years ago that he tried to derail the investigation into corruption and brutality of at the county **JAIL.** He was indicted last week after a judge rejected a **PLEA** deal that called for a lenient six-month sentence. His lawyer talked about what is next. We will be pursuing testimony to see what the medical condition was.

Nielsen Audience:  64,415

168.   **Agoura Hills Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca

told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

169.      **Altadena Patch**   Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors     Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of

participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

170.  **Arcadia Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors　　Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832