171. **Beverly Hills Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

172. **Calabasas Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for

Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

173.  **Cerritos-Artesia Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors     Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in

connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

**View▶**

Unique Visitors:  6,083,832

174. **Culver City Patch** Online Only  Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

**View▶**

Unique Visitors:  6,083,832

175. **Eagle Rock Patch** Online Only  Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to

federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

**View▶**

Unique Visitors: 6,083,832

176.  **Echo Park Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to

this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

177.  **Encino Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors           Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.



View ▶

Unique Visitors:  6,083,832

178.  **Glendora Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View ▶

Unique Visitors:  6,083,832

179.  **Hermosa Beach Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption

and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

180. **Highland Park-Mount Washington Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors     Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home

of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe. Shared from the Redondo Beach, CA Patch | Police & Fire Ex County Top Cop **LEE BACA** Denies Obstructing Federal Prosecutors The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. By PATCH SOCAL (Patch Staff) - August 12, 2016 5:56 pm ET

**View▶**

Unique Visitors: 6,083,832

181.    **Hollywood Patch** Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors    Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe. Shared from the Redondo Beach, CA Patch | Police & Fire Ex County Top Cop **LEE BACA** Denies Obstructing Federal Prosecutors The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. By PATCH SOCAL (Patch Staff) - August 12, 2016 5:56 pm ET



Media Coverage Report

View▶

Unique Visitors: 6,083,832

182.  **La Canada Flintridge Patch**   Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

183. **Malibu Patch**   Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption

and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

184.    **Manhattan Beach Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors          Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home

of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

185.  **Marina del Rey Patch**  Online Only   Market: Los Angeles, CA

Aug 12 2016 09:56PM PT

**Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors**

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe. Shared from the Redondo Beach, CA Patch | Police & Fire Ex County Top Cop **LEE BACA** Denies Obstructing Federal Prosecutors The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. By PATCH SOCAL (Patch Staff) - August 12, 2016 5:56 pm ET

View▶

Unique Visitors:  6,083,832

186.  **Monrovia Patch**  Online Only  Market: Los Angeles, CA

**Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors**

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

187.  **Montrose Patch**  Online Only  Market: Los Angeles, CA

**Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors**

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson

rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

188.  **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors                Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the

department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

189.  **Northridge Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors                Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

190.  **Pacific Palisades Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors                Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the

jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

191.  **Redondo Beach Patch** Online Only   Market: Los Angeles, CA

**Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors**     Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally