Media Coverage Report

presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

192.    **San Marino Patch**  Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors                    Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

193. **Santa Monica Patch** Online Only   Market: Los Angeles, CA

Aug 12 2016 09:56PM PT

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

194. **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA

Aug 12 2016 09:56PM PT

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying

count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

195.  **Sierra Madre Patch** Online Only   Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials

including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

196. 🖱 **South Pasadena Patch** Online Only Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

197. 🖱 **Studio City Patch** Online Only Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors:  6,083,832

198.  **Venice Patch**  Online Only  Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors          Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction

case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▶

Unique Visitors: 6,083,832

199. **West Hollywood Patch** Online Only  Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements

count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▸

Unique Visitors:  6,083,832

200.  **Westwood-Century City Patch**  Online Only  Market: Los Angeles, CA

Ex County Top Cop Lee Baca Denies Obstructing Federal Prosecutors

Aug 12 2016 09:56PM PT

LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday to federal charges of conspiring to obstruct a federal probe into misconduct by deputies in the jails. Appearing in court for his arraignment in downtown Los Angeles, the 74- year-old Baca told a judge he had "cloudiness" on the brain due to his Alzheimer's disease, but was mentally capable of entering his not- **GUILTY PLEA.** A tentative trial date of Oct. 4 was set. Baca is facing federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government stemming from his alleged response to a covert FBI investigation into corruption and brutality by **JAIL** deputies. The ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. That deal called for Baca to serve no more than six months in prison, but U.S. District Judge Percy Anderson rejected the agreement as too lenient, prompting Baca to withdraw his **PLEA** instead of being sentenced to as much as five years behind bars. If convicted of all charges in the new indictment, Baca could face up to 20 years in federal prison, according to the U.S. Attorney's Office. "The U.S. Attorney's Office has already admitted in court the weakness of its obstruction case against **LEE BACA,** defense attorney Michael Zweiback said earlier. "We look forward to this process and believe that Mr. Baca will be vindicated after all of the evidence is finally presented." Baca who ran the nation's largest sheriff's department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within. the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials including Baca's ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced by Anderson to five years in prison, but is free pending appeal. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three counts Baca is now facing. Baca retired in 2014 at the height of the federal probe.

View▸

Unique Visitors:  6,083,832

201.  **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty during arraignment

Aug 12 2016 09:38PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct

justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca, 74, reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** The former sheriff is in the early stages of Alzheimers disease, but he said he would like to go to trial to clear his name.

View▶

Unique Visitors:  169,223

202.   **Pasadena Star-News**  Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimer's symptoms       Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors:  121,410

203.   **Pasadena Star-News**  Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty during arraignment       Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside

federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca, 74, reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** The former sheriff is in the early stages of Alzheimers disease, but he said he would like to go to trial to clear his name.

View▶

Unique Visitors:  121,410

---

204.  **Whittier Daily News**  Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimer's symptoms

Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors:  50,332

---

205.  **Inland Valley Daily Bulletin**  Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty during arraignment

Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles

County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca, 74, reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** The former sheriff is in the early stages of Alzheimers disease, but he said he would like to go to trial to clear his name.

View▶

Unique Visitors:  81,621

206.  **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty during arraignment

Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca, 74, reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** The former sheriff is in the early stages of Alzheimers disease, but he said he would like to go to trial to clear his name.

View▶

Unique Visitors:  648,730

207.  **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimer's symptoms

Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles

County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors:  648,730

208.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA
Aug 12 2016 09:25PM PT

**Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimer's symptoms**

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors:  96,338

209. 🖱 **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty during arraignment

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca, 74, reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** The former sheriff is in the early stages of Alzheimers disease, but he said he would like to go to trial to clear his name.

View▶

Unique Visitors:  96,338

210. 🖱 **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimer's symptoms

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors:  105,100

211.    **San Gabriel Valley Tribune**   Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty during arraignment                    Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** Friday in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca, 74, reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a dozen of his former deputies and his second in command, **PAUL TANAKA.** The former sheriff is in the early stages of Alzheimers disease, but he said he would like to go to trial to clear his name.

View▶

Unique Visitors:  105,100

212.    **The Daily Breeze**   Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads not guilty, addresses Alzheimer's symptoms        Aug 12 2016 09:25PM PT

A week after a grand jury indicted him for obstructing justice and lying, former Los Angeles County **SHERIFF LEE BACA** pleaded not **GUILTY** today in connection with inmate civil rights abuses and corruption inside county jails. Baca appeared at the afternoon arraignment inside federal court in downtown Los Angeles, where U.S. District Judge Percy Anderson accepted his **PLEA.** The former sheriff was indicted on a trio of allegations that he conspired to obstruct justice, obstructed justice and lied to federal agents during their investigation of abuses occurring within the Mens Central **JAIL** and TwinTowers Correctional Facility that began in 2009. If convicted on all charges, he faces a maximum of 20 years in federal prison. In court, Baca, 74, told the judge he understood the charges against him, but he acknowledged that they come as signs of his Alzheimers disease appear. I do have circumstances when I have cloudiness in my brain, he said. And Ive had that every now and then for a while. RELATED VIDEO: Ex- **SHERIFF LEE BACA** arrives at federal court for arraignment Baca reversed an earlier **PLEA** on one count of lying to federal investigators in connection with the same investigation. The former sheriff made that decision after Anderson last month rejected his **PLEA** agreement with prosecutors that would have carried a six-month sentence. Anderson said the sentence would have trivialized Bacas role , so he gave the former sheriff a choice: plead not **GUILTY** and stand trial or accept a harsher sentence. On Aug. 1, Baca told Anderson he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down about a

dozen of his former deputies and his second in command, **PAUL TANAKA.** Despite early signs of Alzheimers disease, Baca has said he would like to go to trial to clear his name. Advertisement

View▶

Unique Visitors: 169,223

213.    **KCAL-TV [IND 9]**   Television   Market: Los Angeles, CA

Ex-Sheriff Lee Baca Pleads Not Guilty To Conspiracy Charges; Trial Set For Octob     Aug 12 2016 09:20PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** plead not **GUILTY** Friday to federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government. Bacas arraignment in Los Angeles federal court comes a week after being indicted for allegedly trying to undermine a covert FBI investigation into corruption and brutality by **JAIL** deputies. The 74-year-old ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. A federal judge had balked at the **PLEA** agreement, which called for Baca to serve no more than six months behind bars and said it was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Rather than face a penalty of up to five years in prison, Baca withdrew his **GUILTY PLEA** opening him up to the more wide-ranging indictment. If convicted of all charges, Baca, who is suffering from the early stages of Alzheimers disease, could face up to 20 years in federal prison, according to the U.S. Attorneys Office. A judge has set a tentative trial date of Oct. 4. Baca,who ran the nations largest sheriffs department for 16 years, is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality within the walls of Mens Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriffs department officials, including Bacasformer top deputy, **PAUL TANAKA,** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the departments response to the federal jails probe, was sentenced to five years in prison but is free pending appeal. Baca had served as sheriff since December 1998, before retiring in 2014, at the height of the federal probe.

View▶

Unique Visitors: 1,743,155

214.    **KCAL-TV [IND 9]**   Television   Market: Los Angeles, CA

Ex-Sheriff Lee Baca Pleads Not Guilty To Conspiracy Charges, Trial Set For Octob     Aug 12 2016 09:20PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** plead not **GUILTY** Friday to federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government. Bacas arraignment in Los Angeles federal court comes a week after being indicted for allegedly trying to undermine a covert FBI investigation into corruption and brutality by **JAIL** deputies. The 74-year-old ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. A federal judge had balked at the **PLEA** agreement, which called for Baca to serve no more than six months behind bars and said it was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Rather than face a penalty of up to five years in prison, Baca withdrew his **GUILTY PLEA** opening him up to the more wide-ranging indictment. If convicted of all charges, Baca, who is suffering from the early stages of

Alzheimers disease, could face up to 20 years in federal prison, according to the U.S. Attorneys Office. A judge has set a tentative trial date of Oct. 4. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality within the walls of Mens Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriffs department officials including Bacas ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the departments response to the federal jails probe, was sentenced to five years in prison, but is free pending appeal. Baca had served as sheriff since December 1998, before retiring in 2014, at the height of the federal probe.

View ▶

Unique Visitors: 1,743,155

---

215. **Burbank Leader**   Online Only   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to appear in court to answer new obstruction cha      Aug 12 2016 09:00PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for