violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors:  1,693

216.        **Glendale News Press**  Newspaper  Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to appear in court to answer new obstruction cha                                           Aug 12 2016 09:00PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in

September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors:  7,207

217.  **KCAL-IND**  Television   Market: Los Angeles, CA

KCAL 9 News at 9:00 PM

Aug 12 2016 09:00PM PT

[9:05:50 PM] [0:25]     **  <em></em>** . **LEE BACA** pleaded not **GUILTY.** He walked out of a downtown courthouse after a judge said that his trial would start in October. It could land him behind bars for 20 years.

Nielsen Audience:  155,233

218.  **KNX-AM**  Radio   Market: Los Angeles, CA

KNX Evening News with Brian Ping

Aug 12 2016 09:00PM CT

[9:10:06 PM] [2:04]  I guess a little while dancing bacon on top of your feet up the difference or is it would stay. That video we all our social media are taking a stand that embarrassment all go viral. You will be escorted out of the park and miss it now is rams game or like a **SHERIFF LEE BACA** pleaded not **GUILTY** today to federal charges of conspiring to obstruct a federal probe into his conduct by japanese in the jails. But who has Alzheimer's disease all the judges as Claudia has on his brain. Defense attorney at the line and says his client is capable of making decisions is a lot done. Dance was going on Mr. vital support Tuesday though. I almost did not you see is a fair trial. Like to have a fair judge who wants to have a fair prosecutor when he wants to have a fair jury. Ok that previously backed out a **PLEA** deal which would have limited his time in prison no more than six months. A judge rejected that agreement the action are now faces up to twenty years. If convicted and was a fire season really just beginning la county officials were certainly a lot this season special planes arrive from quarterback. Nearly a month early. Claiming super troopers or show off the media and I share or these bright yellow and red plates and scoop up the sixty eight hundred dollars a water these from the Pacific Ocean. Lied over and drop the water the fire that's a big help especially if the wind kicks up. Long overdue process and when it is. Lake County fire you do all these has ever had won eight or nine years officials warned residents who evacuated they are asked to go back to wait and supervisor Mike antonovich says do not even think about flying and grow over a final four. This aircraft from flying and saving the life and property. That's all it will require us to put in people who do should go to **JAIL** John there are gay and acts and seventy news radio. He's got a really checking on that it's nine cents. With you on a day.

Nielsen Radio Audience:  11,500

219.  **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to appear in court to answer new

Aug 12 2016 09:00PM

obstruction cha                                                                                    PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

**View▶**

Unique Visitors: 1,830

220.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca to appear in court to answer new                Aug 12 2016 09:00PM
obstruction cha                                                                              PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to

answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraigned in a downtown courtroom, where he will tell U.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and letters in which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors: 313

221. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to appear in court to answer new obstruction cha     Aug 12 2016 09:00PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraigned in a downtown courtroom, where he will tell U.S. District Judge Percy Anderson how he

pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a **GUILTY PLEA** that was part of an agreement that he had struck with the government. Under the terms of the deal, Baca was to admit that he lied to federal officials about his involvement in a 2011 scheme to interfere with an FBI investigation into widespread abuses at the county jails. In exchange for his **GUILTY PLEA,** the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show. is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. Caption 90 seconds: 4 stories you can't miss Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian

architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Caption Trump: Obama 'founded ISIS' Republican presidential nominee Donald Trump accuses U.S. President Barack Obama of being the "founder" of the Islamic State militant group and Hillary Clinton as being its "co-founder." (Reuters) Republican presidential nominee Donald Trump accuses U.S. President Barack Obama of being the "founder" of the. Islamic State militant group and Hillary Clinton as being its "co-founder." (Reuters) With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show. is expected Friday afternoon in federal court to answer to felony charges arising from an FBI probe into county jails. Baca is scheduled to be arraignedin adowntown courtroom, where he willtellU.S. District Judge Percy Anderson how he pleads to the new charges. Prosecutors last week leveled the allegations of obstruction of justice, conspiracy and lying, days after Baca withdrew a the agreement called for Baca, who is in the early stages of Alzheimers disease, to spend no more than six months in prison. But U.S. District Judge Percy Anderson derailed the deal, concluding the six-month sentence was too lenient for the 74-year-old man who led the Sheriff's Department during a period when violent attacks by deputies on inmates were commonplace and readily covered up. Caption 90 seconds: 4 stories you can't miss Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Former L.A. County **SHERIFF LEE BACA** is back in court, the Brazilian architectOlympic viewers need to know, Zenyatta has a Hall-of-Fame dayand a rare point of agreement in the battle over California's water supply. Caption Weekend Roundup: 7 stories you can't miss Read more about theGrim Sleeper, Trump, Clinton, Boyle Heights shooting, Rio designs, pollution, and theLiquid Shard. Read more about theGrim

Sleeper, Trump, Clinton, Boyle Heights shooting, Rio designs, pollution, and theLiquid Shard. With Anderson signaling clearly that he intended to hand down a stiff punishment, Baca opted to back out of the deal and take his chances instead at a high-stakes trial. Prosecutors from the U.S. Attorneys Office followed up quickly, announcing a grand jury had indicted the former sheriff on the serious charges. The charges mirror those brought against **PAUL TANAKA,** Bacas former undersheriff who ran much of the departments day to day operations. Tanaka was convicted earlier this year after jurors found he had been at the center of the plan to obstruct the FBI. Anderson sentenced Tanaka, who is appealing his conviction, to five years behind bars. Seven lower-ranking sheriff's officials have also been convicted and sentenced by Anderson to terms ranging from a year and a half to more than three years for their roles in the case. The indictment against Baca alleges he conspired with Tanaka and the others to keep federal investigators away from a inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriff's officials caught Brown with a cellphone the FBI smuggled to him through a bribed deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. Baca is accused as well of approving overtime payments to the deputies who kept Brown hidden. The indictment also highlights meetings and lettersin which Baca made clear to federal officials he was unhappy with the **JAIL** probe. Baca is said to have pressed prosecutors to withdraw the grand jury subpoenas they had served on the Sheriff's Department, warned that sheriff's officials would investigate the FBI for violations of state law, and threatened to pull deputies off of joint task forces with the FBI. The allegations against Baca include a meeting he attended with Tanaka and other subordinates in September 2011. The group allegedly discussed a plan to send deputies to confront an FBI agent at her home. Days later, they did just that, threatening her with arrest for her part in smuggling the cellphone into the **JAIL** informant. In his **PLEA** deal with prosecutors, Baca was prepared to admit he lied during a 2013 interview when he told investigators he did not know about the plan to go to the FBI agent's house. Prosecutors used that statement, along with four other alleged lies, to bring the indictments charge of lying. Faced with the likelihood of a bruising criminal trial, Baca on Friday made a move to formally change attorneys, court records show.

View▶

Unique Visitors:  19,365,041

222.  **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B**  Radio   Market: Los Angeles, CA

Lee Baca Back In Court Today                                          Aug 12 2016 08:25PM PT

Home Articles 24/7 Los Angeles News Posted August 12th, 2016 @ 12:37pm (Los Angeles, CA) Former Los Angeles County **SHERIFF LEE BACA** is due back in court today. Baca is expected to plead not **GUILTY** during his arraignment in Los Angeles federal court. The arraignment comes a week after being indicted for allegedly lying to the feds. If convicted of all charges, Baca, who is suffering from the early stages of Alzheimer's disease, could face up to 20 years in federal prison.

View▶

Unique Visitors:  744

223.  **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca to be arraigned on federal conspiracy   Aug 12 2016 08:04PM PT
charges

Leroy **"LEE" BACA,** the once-powerful sheriff of Los Angeles County and one of the most

recognizable political figures in the region, is expected to be arraigned Friday on charges he tried to thwart a federal investigation into brutality inside county jails. Baca, 74, will be arraigned in front of U.S. District Judge Percy Anderson the same judge that rejected a **PLEA** deal last month. Under the deal, Baca would have pled **GUILTY** to one count of lying to a federal agent during the investigation, in exchange for no more than six months in prison. Anderson said the penalty was lenient. Baca could have still pled **GUILTY** to the one count and faced whatever prison sentence Anderson thought appropriate, up to the five-year maximum prison time. Instead, he withdrew from the **PLEA** deal. That prompted the U.S. Attorneys Office to add two additional charges: conspiracy to obstruct justice and obstructing justice. He now faces a maximum 20 years in prison if convicted on all charges. The case stems from Bacas alleged efforts to hide an inmate who was acting as an informant to the FBI so that federal investigators could not talk to him. He allegedly also ordered deputies to try to intimidate one of the FBI agents. In his previous **PLEA** deal, Baca admitted he lied when he said he did not know deputies would try to intimidate the agent. In fact, he admitted he directed the deputies to "do everything but put handcuffs" on her. The new charges mean federal prosecutors believe they have enough evidence to prove Baca not only lied about the scheme to block the FBI investigation, but actually participated in it. the once-powerful sheriff of Los Angeles County and one of the most recognizable political figures in the region, pleaded not **GUILTY** Friday to charges he tried to thwart a federal investigation into brutality inside county jails. Baca, 74, will be arraigned in front of U.S. District Judge Percy Anderson the same judge that rejected a **PLEA** deal last month. Under the deal, Baca would have pled to one count of lying to a federal agent during the investigation, in exchange for no more than six months in prison. Anderson said the penalty was lenient. Baca could have still pled **GUILTY** to the one count and faced whatever prison sentence Anderson thought appropriate, up to the five-year maximum prison time. Instead, he withdrew from the deal. That prompted the U.S. Attorneys Office to add two additional charges: conspiracy to obstruct justice and obstructing justice. He now faces a maximum 20 years in prison if convicted on all charges. The case stems from Bacas alleged efforts to hide an inmate who was acting as an informant to the FBI so that federal investigators could not talk to him. He allegedly also ordered deputies to try to intimidate one of the FBI agents. In his previous **PLEA** deal, Baca admitted he lied when he said he did not know deputies would try to intimidate the agent. In fact, he admitted he directed the deputies to "do everything but put handcuffs" on her. The new charges mean federal prosecutors believe they have enough evidence to prove Baca not only lied about the scheme to block the FBI investigation, but actually participated in it.

View▶

Unique Visitors:  506,157

224.     **KCAL-IND**  Television   Market: Los Angeles, CA

KCAL 9 News at 8:00 PM                                    Aug 12 2016 08:00PM
                                                                              PT

[8:05:04 PM] [0:20]  Suzie: a **PLEA** by a Moreno valley bicyclist, dwayne darling was hit from behind. Police are looking for the driver of a Ford pickup that has front-end damage on the passenger side and maybe a broken headlight. His children would like to get answers.

[8:07:21 PM] [1:28]  Reporter: deputies believe they have located the child's parents in southern California. Officials would not go into details, only that the parents know the suspects. The suspects were each being held on $2 million bail, have entered pleas of not **GUILTY.** The da is not willing to discuss a motive. A grandfather in Buena park says it's possible that the little girl is his missing granddaughter. In San Diego, Michele gile, "kcal 9 news. Suzie: a long beach man will spend life in prison without the possibility of parole for killing a student he

met on craigslist. Agustin resendo fernandez was convicted of murdering abdullah alkadi engineering student at cal state northridge selling his car on craigslist. Alkadi's body was found in palm desert. Fernandez confessed to killing him to keep the car and the cash. Peter: former la county **SHERIFF LEE BACA** pleaded not **GUILTY** to federal charges he tried to interfere with FBI investigation into abuse at county jails. Walked out of the courthouse after the judge said trial would start in October. The charges could land him behind bars for 20 years. Baca backed out of previous **PLEA** deal when it was told he could go to prison for five years. He is suffering from the early stages of Alzheimer's. Suzie: Marina del Rey man pleading to the thief who stole his pair rot for the return of his beloved pet.

  Nielsen Audience:  89,889

225.  **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM

Aug 12 2016 07:00PM PT

[7:00:29 PM] [1:34]  Coleen: a 16-year-old stabbed to death in her own home. Why police are searching for her ex-boyfriend. Marc: former **SHERIFF LEE BACA** back in court today. Why the man who once ran the la county sheriff's department could spend two decades behind bars. I am marc brown. Coleen: I am coleen Sullivan. This is eyewitness news on kdocrni]tz: 4 TV. We begin with the tragedy in long beach. Police are hoping a big reward can help them catch the killer who gunned down a mother and her four-yeajur-old daughter. Marc: the victims were coming home from grocery shopping, when 5nartead shooting. Leanne suter is live in long beach with the **PLEA** from police. Leanne: mark and colleen, that is very simple we need your help. They hope a $40,000 reward will help in the effort. You can see, we are live from the memorial for the mother and daughter that continues to grow, with mourners continuing to add flowers and candles as the search for their killer continues as well. We need your help. We really need your help to solve the case. Leanne: a **PLEA** from police as they struggle to solve the murder of an innocent mother and daughter. 26-year-old carina mancera and six-year-old jennabel anaya7w we gunned down when they were returning from a grocery store. The coward or cowards who did this will be brought to justice.

  Nielsen Audience:  22,781

226.  **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM

Aug 12 2016 07:00PM PT

[7:06:42 PM] [1:00]  Ewmarc: a whittier couple arresd for allegedly trying to carry a body of a 2-year-old girl across the Mexican border are due in court today. Johnny hartley and mercy becerra pleaded not **GUILTY** to murder in San Diego. They were arrested on Tuesday, when Mexican customs agents ordered back to be searched and the Sarah tried becerra tried to run away. Prosecutors said the girl was drowned in whittier. Coleen: **LEE BACA** today pleaded not **GUILTY** to obstructing justice in a federal **JAIL** investigation. The judge rejected the **PLEA** deal and he could now face up to 20 years in federal prison if convicted. Baca says he has Alzheimer's disease and that is expected to be part of his defense. Coleen: marc: firefighters today marc: firefighters today in the pilot fire lifted all evacuation orders.

  Nielsen Audience:  22,781

227.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 PM

Aug 12 2016 06:00PM

[6:00:22 PM] [0:33] We need her help. We really need her help to solve this case. A **PLEA** from police as they struggle to solve the murder of an innocent mother and daughter. 26-year-old carina mancera and 4 four year old jennabel anaya were gunned down Saturday night as they and jennabel's father were returning home from a long beach grocery store. The city of long beach along with county supervisors now offering a $40,000 reward in the case, as investigators work on tracking down a motive.

[6:04:53 PM] [0:26] In that incident, she tried to grab a 2-year-old boy. Police are now working to determine a motive. Former la county sheriff Lee former la county sheriff Lee former la county **SHERIFF LEE BACA** has pleaded not **GUILTY** to obstructing justice, in the federal investigation of **JAIL** abuse. The 74-year-old Baca withdrew his earlier **GUILTY PLEA** after the judge rejected a **PLEA** deal. He could now face up to 20 years in federal prison if he's convicted. Baca says he has Alzheimer's disease, and that's expected to be part of his defense.

Nielsen Audience: 209,065

228. **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 5:00 PM

Aug 12 2016 05:30PM PT

[5:32:06 PM] [0:35] He was once la county's top law enforcement officer. But today former **SHERIFF LEE BACA** entered not **GUILTY** pleas to three federal charges that could send him to prison. His **PLEA** agreement on corruption charges fell through last month. So now he's facing charges that include obstructing justice and lying to the FBI. His attorney says Baca suffers from the ear stages of Alzheimer's but was able to understand the proceedings today. This all stems from a federal investigation into widespread abuses at the county **JAIL** that Baca and his top assistants allegedly covered up.

Nielsen Audience: 108,240

229. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 PM

Aug 12 2016 05:00PM PT

[5:01:09 PM] [2:30] A kitchen knife was recovered inside the home. The two teens dated and ended the relationship two months ago. Baca pleads not **GUILTY** and said his brain is sometimes cloudy. His mental condition will play a key role in his defense. Reporter: **LEE BACA** at this day had hoped he would be at home on probation or serving a six-month prison term but he faces 20 years. One step closer to a criminal trial. His mental fitness was one of the first issues asking the former sheriff if he understood the charges. You know I have aleds i'mer's but my mind is clear now and I have had it for quite a while. Raising the question was back ave impaired in 2011 when he authorized to investigate a informant. And see what he was like at the time. Reporter: this is the second round after they crafted a **PLEA** deal which the judge rejected too lenient. The sheriff wasn't aware of the many of the obstruction of justice and somehow he was actually out of the country. Reporter: the prosecutors must prove that he was more than a bystander. **JAIL** reform advocate says there must be evidence Baca was an in instigator. He still launched the ship. Reporter: he could invoke sympathy and why the FBI was probing the **JAIL** in the first place. On the long history of civil rights abuses that Baca was warned and did nothing about it. Reporter: the judge set October 4.

Nielsen Audience: 165,398

230. **KABC-AM** Radio  Market: Los Angeles, CA

Aug 12 2016 05:00PM CT

TalkRadio 790am - The Drive Home with Jillian Barb

[5:01:08 PM] [0:37]  ABC News live locally by a lie. On John will this report what was by Lee and transmission. In **LEE BACA** la county's former sheriff is due back in court October. For at least tentatively after pleading not **GUILTY** to obstruction related charges that could land him in prison for up to twenty years. Ok is accused of trying to impeach a federal probe of deputy brutality in county jails. The fact that earlier **PLEA** deal told it could go five years for on that one but now four times that. Of forty thousand dollar reward announced today for until they helped police track down the gunman. Who killed twenty six year old woman and her four year old daughter in long beach last weekend to jeffries.

[5:02:40 PM] [0:28]  They made their first court appearance today authorities say the little girl was drowned. But that relationship that couples budget cleared the hearings at the August eighteen are on general give us some clues. That's a not **GUILTY** pleas were entered for Johnny hartley and mercy of us are on murder and child cruelty charges stemming from Tuesday's election center. The two or crossing the team won at san ysidro pedestrian border crossing. When agents approached him to Sarah and hard we tried he would have immediately she was called by Mexican authorities handed over San Diego police.

Nielsen Radio Audience:  8,600

231. **KCBS-CBS** Television  Market: Los Angeles, CA

Aug 12 2016 05:00PM PT

CBS2 News at 5:00 PM

[5:02:26 PM] [0:20]  Officials would not go into detail. Only suspects. The suspects who are being held on $2 million bail each have pleaded not **GUILTY.** The district attorney is not willing to discuss a money. A grandfather in Buena park tells us it's possible that this little girl is his missing granddaughter.

[5:04:53 PM] [0:42]  Alkadi's body was found in palm desert. Fernandez confessed to killing him to keep the car and the cash. Jeff: today former la county **SHERIFF LEE BACA** plead not **GUILTY** to federal charges he tried to interfere with FBI investigation into abuse of county jails. A judge said his trial would start in October. Charges could land him behind bars for 20 years. Baca backed out of a previous **PLEA** deal when he was told he could go to prison for five years. Suffering from early stages of Alzheimer's. Pat: in campaign 2016, new polls show Hillary Clinton with a big lead in several key battleground states.

Nielsen Audience:  107,989

232. **KABC-ABC** Television  Market: Los Angeles, CA

Aug 12 2016 04:30PM PT

Eyewitness News at 4:00 PM

[4:50:29 PM] [0:12]  **LEE BACA** back in court. He is fighting federal charges and tomorrow at this time, this place will be rocking. 

[4:55:22 PM] [0:14]  Anchor:  **LEE BACA** faces a judge. Marc: Baca's ability to understand the charges against California's clean air laws are working. We've cut toxic pollution.

[4:58:02 PM] [0:29]  Anchor: Anne: arrest has been made in two attempted kidnappings. Marc: **LEE BACA** pleads not **GUILTY** in federal court and is now set for a federal trial. Anchor: the rams' first game since their return to lawe are live. Marc: two kidnappings have parents on edge.

Nielsen Audience: 149,190

---

233.  **KCAL-IND** Television    Market: Los Angeles, CA

KCAL 9 News at 4:00 PM

Aug 12 2016 04:00PM PT

[4:02:03 PM] [0:00]   **  <em></em>**  

[4:06:06 PM] [0:48] But, um, it happens quite, quite frequently. In pico Rivera, kristine lazar, "kcal 9 news. **LEE BACA** was back in court today and pleaded not **GUILTY** to federal charges he tried to interfere with the fbiinvestigation of abuse at the county **JAIL.** Baca doesn't Say anything as he walked out of the downtown la courthouse. The trial now set to start in OC and if he is found **GUILTY** he could be sentenced up to 20 years in prison. He backed out of the previous **PLEA** deal after he was told he could go to prison for more than five years, was more than he had negotiated. To campaign 2016 and your head with swivelling. Donald Trump said he repeated and said that President Obama and Hillary Clinton found isis.

Nielsen Audience: 48,072

---

234.  **KCAL-TV [IND 9]** Television    Market: Los Angeles, CA

Indicted Ex-Sheriff Lee Baca To Be Arraigned

Aug 12 2016 03:40PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** is expected to plead not **GUILTY** Friday to federal charges of conspiring to obstruct justice, obstructing justice and lying to the federal government. Bacas arraignment in Los Angeles federal court comes a week after being indicted for allegedly trying to undermine a covert FBI investigation into corruption and brutality by **JAIL** deputies. The 74-year-old ex-sheriff previously backed out of a **PLEA** deal on the lying count, which had been reached with federal prosecutors earlier this year. A federal judge had balked at the **PLEA** agreement, which called for Baca to serve no more than six months behind bars and said it was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Rather than face a penalty of up to five years in prison, Baca withdrew his **GUILTY PLEA** opening him up to the more wide-ranging indictment. If convicted of all charges, Baca, who is suffering from the early stages of Alzheimer's disease, could face up to 20 years in federal prison, according to the U.S. Attorney's Office. After Baca enters his **PLEA** Friday, a trial date is expected to be set. Baca- who ran the nation's largest sheriff's department for 16 years- is accused of participating in a wide-ranging conspiracy to derail the FBI's probe of corruption and brutality within the walls of Men's Central **JAIL.** After **JAIL** guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriff's department officials- including Baca's ex-top deputy, **PAUL TANAKA-** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the department's response to the federal jails probe, was sentenced to five years in prison, but is free pending appeal. Baca had served as sheriff since December 1998, before retiring in 2014, at the height of the federal probe. LOS ANGELES (CBSLA.com) Former Los Angeles County opening him up to the more wide-ranging indictment. If convicted of all charges, Baca, who is suffering from the early stages of Alzheimers disease, could face up to 20 years in federal prison, according to the U.S. Attorneys Office. After Baca enters his Friday, a trial date is expected to be set. Baca who ran the nations largest sheriffs department for 16 years is accused of participating in a wide-ranging conspiracy to derail the FBIs probe of corruption and brutality within the walls of Mens

Central guards discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former sheriffs department officials including Bacas ex-top deputy, **PAUL TANAKA** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the departments response to the federal jails probe, was sentenced to five years in prison, but is free pending appeal. Baca had served as sheriff since December 1998, before retiring in 2014, at the height of the federal probe.

View▶

Unique Visitors: 1,743,155

235.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 3:00 PM

Aug 12 2016 03:00PM PT

[3:00:21 PM] [0:00]       **GUILTY** of helping his uncle kill Teresa halbach. Halbach had gone to the family's auto salvage yard to take pictures of some cars. Dassey had confessed to helping his uncle Steven Avery carry out the rape and murder back in 2005.

[3:01:58 PM] [0:34] . Former la county sheriff  **LEE BACA** is back in court this afternoon. Just moments ago he pleaded not **GUILTY** to federal corruption charges. Baca is accused of obstruction of justice, conspiracy and lying to investigators. He was indicted by a grand jury after he withdrew his **GUILTY PLEA** when a judge rejected the **PLEA** deal he reached with prosecutors as too lenient. That deal called for a maximum of six-months behind bars. If convicted on all charges, he faces up to 20-years in federal prison.

Nielsen Audience: 63,915

236.   **KNX-AM** Radio   Market: Los Angeles, CA

KNX Afternoon News with Mike Simpson and Diane Tho

Aug 12 2016 03:00PM CT

[3:09:59 PM] [1:11] For la county **SHERIFF LEE BACA** was back in federal court today to an extent that any cloning is giving joins us live with the latest from downtown la despite what it is. That does some mental clarity has often been diagnosed with Alzheimer's said he was able to understand the charges against him and pleaded not **GUILTY** to conspiracy obstruction of justice and lying to affect us for what role at the conn. It is not in my plan the case barker's attorney nathan cochran said. What we will be pursuing his medical testimony to see what the medical condition and the state to share. Wise at the time since the investigation has not been completed in part. We need to review all these are invited CNN government is given to order in order to determine. When and where that eye. Defense will go. But that's not been offered a deal that would put in prison for no more than six months but fell apart because the judge found at least two convenience. Now he is facing charges that could land him in prison for up to twenty years for his alleged role in the scheme at war an FBI probe into abuse and corruption in county **JAIL** attorneys other hot and he will be vindicated. But get this it's like an axe to seventeen as india turner. Representing the family of a fourteen year old boy shot and killed by early TV this week are calling for the department to immediately release officers on the camera footage.

Nielsen Radio Audience: 53,300

237.   **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 3:00 PM

Aug 12 2016 03:00PM PT

[3:00:29 PM] [2:17] I'm lu Parker. You're watching the ktla 5 news at 3. Former la county **SHERIFF LEE BACA** is back in court facing new felony charges. The new charges stem from an FBI probe into county jails. Ktla 5's Sara welch is live in downtown la where the arraignment is taking place. Sara? That Iran that lasted about 30 minutes and the former la county sheriff pleading not **GUILTY** to the three felony accounts launched against him. Coming out of court he said this. It went great. Here I m the 74 year-old facing one count of conspiracy to obstruct a grand jury investigation and obstructing justice and and he faces prison time on the charges and it comes after the former la top law-enforcement official withdrew his **GUILTY PLEA** earlier this month when federal prosecutors offered. Him a **PLEA** deal of six months in **JAIL** but the judge presiding rejected the deal as insufficient punishment. The corruption and in May abuse investigation going back to 2010. The former sheriff has been diagnosed with early stage Alzheimer's and **LEE BACA** was asked a series of questions regarding his competency. He said in court that his mind is clear but he has had moments of cloudiness. Outside court this afternoon his lawyer responded with this. The sheriff today was able to answer a not **GUILTY PLEA** but we will be pursuing his medical testimony to see what his medical condition of the sheriff was at the time the incidents occurred and that investigation has not been completed. In part we have to review the data given to and determine where that actual defense will go. The lawyer for **LEE BACA** at a medical the fans could be used it necessary and his job is to insure a fair trial. The tentative trial date is October 4th but that could change if both sides agree. The lawyer representing **LEE BACA** wants to push the trial out too early next year. Thank you for that. Police in glendale have made an arrest in connection with two attempted kidnappings.

Nielsen Audience:  52,768

238.    **KFI-AM** Radio    Market: Los Angeles, CA

KFI 640am - John and Ken

Aug 12 2016 02:00PM CT

[2:58:17 PM] [1:17]  And when I see the. I went and Eric lighter on next because there was a court appearance. For peace or la county **SHERIFF LEE BACA** who did plead not **GUILTY.** Not only is John mentioned in the previous charges. That he pled **GUILTY** to in the **PLEA** deal and so are also said the new charges are a breeze up-to-date shots and show. At short as it is capped by a six forty. Welcome to the field by it's. The day's events makes and then some more on the air. Next up kerri Hoffman so yesterday and bring some more and and and and. And and at all. And she will see eight to two thousand and. It ended the answer I know that George is a rally many here believe god has pleaded not **GUILTY** to federal corruption charges inside air later reports like a federal court got it all here said that Steve delay the trial for months I think is still the judge. Well his mind was clear for two days hearing he does experience plotting its defense attorney may not exist. That's resolved by his diagnosis of ALS ivers and it's one of the reasons. [3:00:13 PM] [0:11]  In each case c popped out of the car of the mothers they had two babies. And then tried to grab that child from the stroller. All on its water off the old was arrested early this morning **LEE.**

Nielsen Radio Audience:  84,600

239.    **KTLA-CW** Television    Market: Los Angeles, CA

KTLA 5 News at 1:00 PM

Aug 12 2016 01:00PM PT

[1:02:44 PM] [0:59]  Police have not revealed the girl's cause of death. Hartley and ber-cerra are being held on suspicion of murder and child cruelty. Former la county **SHERIFF LEE BACA** is due back in court this afternoon scheduled to be arraigned on charges he lied to the federal government during an FBI investigation. Baca also faces charges of obstructing and conspiring to obstruct the investigation. The former sheriff had reached a **PLEA** agreement with prosecutors on a single count. That deal called for no more than six months behind bars. But a federal judge threw it out, calling it too lenient. If convicted of the new charges Baca could face up to 20 years in **JAIL.** He is expected to plead not **GUILTY** during the hearing this afternoon. Breaking news now from Louisiana where floodwaters have turned deadly. A 68-year old man from Los Angeles reportedly drowned while trying to escape from his flooded trailer.

Nielsen Audience:  78,838

240.  **KCAL-IND** Television   Market: Los Angeles, CA
KCAL 9 News at Noon

Aug 12 2016 12:30PM PT

[12:34:22 PM] [0:39]  . Sandra: **LEE BACA** will be back in court today, planning to enter a not **GUILTY PLEA** to federal charges. The feds are accusing the 74-year-old of conspiring to obstruct justice, obstructing justice and lying to the federal government. Earlier Baca reached a **PLEA** deal on the lying charge and backed out of that deal. Juan: police are trying to gain trust in southland neighborhoods. The LAPD invited us to see what patrol officers face on the streets.

Nielsen Audience:  54,643

241.  **KTTV-FOX** Television   Market: Los Angeles, CA
FOX 11 News at Noon

Aug 12 2016 12:00PM PT

[12:04:15 PM] [1:26]  Gina. Exl. County **SHERIFF LEE BACA** is expected to be arraigned in connection with with the fbi's investigation into the central **JAIL.** Rick is live with all those details for us. Rick. Yes, a very busy afternoon here at the federal courthouse, Lisa, Maria, good afternoon, everybody. The former sheriff back in court today just one week after he was indicted on felony corruption charges. Now, among those charges are conspiracy to obstruct justice, obstructing justice, and lying to a federal investigator. This stemming from a covert FBI probe into corruption and before youtality by jailed deputies. Now, you might remember Baca, who is 74 years old and in the early stages of Alzheimer's disease had initially pleaded **GUILTY** to lying to give the about what he knew of a plan to threaten threaten an FBI agent. Baca had entered a **PLEA** teal for him to serve no more than six months in **JAIL.** But a judge ruled that punishment was too lenient. Baca chose to withdrawal his **GUILTY PLEA** rather than face five years in prison. That decision now has him facing a wider range of charges, to which he is expected to plead not **GUILTY** here today. The arraignment set to take place at 2:00 p. And we're also expecting for the judge in this case, judge Anderson to set a trial date.

Nielsen Audience:  41,965

242.  **KABC-ABC** Television   Market: Los Angeles, CA
Eyewitness News at 11:00 AM

Aug 12 2016 11:30AM PT

[11:31:52 AM] [0:40]  Karen Travers, ABC News, Washington. Brandi: he led the Los Angeles county sheriff's department for years. This morning, former **SHERIFF LEE BACA** will be back in court. He's expected to plead not **GUILTY** to federal charges of obstruction of justice,