conspiracy, and lying to investigators in connection with the federal corruption case against him. A federal judge rejected his **PLEA** deal as "too lenient" because it only called for up to six months behind bars. Last week a grand jury indicted Baca after he withdrew his **GUILTY PLEA.** Phillip: roadside rage caught on camera in corona del mar. A bicyclist records a driver upset that he was taking up too much of the road.

   Nielsen Audience:  121,084

243.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 AM                                      Aug 12 2016 11:00AM PT

[11:04:23 AM] [0:43]  The family of the young woman believe the toddler could be her missing child. Mother and child were reported missing a year ago, the young woman has returned and is safe. Rick: former la county **SHERIFF LEE BACA** planning to enter not **GUILTY PLEA** to federal charges this afternoon. Accusing Baca of conspiring to obstruct justice and lying to the government. The 74-year-old backed out of a **PLEA** deal earlier in year. Sharon: Marina del Rey man is pleading to the thief who stole his parrot for the return of his beloved pet. The pet's name is Johnny.

   Nielsen Audience:  110,783

244.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 10:00 AM                            Aug 12 2016 10:00AM PT

[10:27:33 AM] [0:29]  Always bottled at the mountain source. Coming up at noon, **LEE BACA** back in court today. This time he will enter a not **GUILTY PLEA** to corruption charges. We'll tell you how his health could be a deciding factor in his fate. Great video of Michael phelps before he was an Olympic superstar.

   Nielsen Audience:  40,755

245.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 9:00 AM                            Aug 12 2016 09:30AM PT

[9:30:53 AM] [0:45]  Neighbors say the couple had as many as nine children and their one-bedroom apartment. Not reveal the girls cause of death. They're being held on suspicion of murder and child cruelty **LEE BACA** expected to appear in court today for his arraignment. He faces federal obstruction of justice charges appeared he was indicted last week on felony charges stemming from an FBI investigation into corruption at lacounty **JAIL.** If convicted on all counts he could face up to 20 years in prison LAPD fanning out this morning to pay particular attention to traffic violators as part of an effort to make certain intersections safer. Elizabeth espinosa has more I'm sorry.

   Nielsen Audience:  113,181

246.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM                            Aug 12 2016 08:00AM PT

[8:05:37 AM] [0:14]  There were not hurt but they did feel shaking as things fell off the walls and other parts of the house. Building and safety was called out and they said the house can

be lived in in certain parts but other parts as you can see toward the back are not habitable at this time due to the damage and the power of the crash the house shook violently and items fell off. The shelves and that sort of thing but the driver of the Winnebago lost his life at the scene because it was a very violent collision and impact the dog in the rv is now with family and is said to most likely be ok former la county **SHERIFF LEE BACA** expected. To appear in court today. He faces federal obstruction of justice charges.

Nielsen Audience:  162,847

247.   **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 12 2016 07:00AM PT

[7:00:39 AM] [0:34]  Police of the color of their high skiing for help trying to figure out what happened. Is back to court for former sheriff Lee docket. Listen to weeks after withdrawing his **GUILTY PLEA** he has to officially answer to new charges this morning. Speaking of surprises come a rare moment on the campaign trail for Donald Trump are acquitted he he say yesterday that was so different. Coming up this morning just back from that Olympic some I think he got back last night.

[7:05:23 AM] [0:42]  I'm Gigi graciette, back to you. Thank you. X la county **SHERIFF LEE BACA** is scheduled to be in court today, expected to be arraigned on federal charges of obstructing justice and line to the feds pick the FBI says he tried to derail the investigation into corruption and brutality at the county **JAIL. LEE BACA** was indicted last week after a judge rejected a **PLEA** deal that called for a mere six months in **JAIL** sentence. Now it is convicted of all charges he faces up to 20 years in prison. Donald Trump talked about what could happen if he loses in November while some say the Clinton campaign needs to be worried about yet another e-mail don.

Nielsen Audience:  57,008

248.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Aug 12 2016 06:30AM PT

[6:33:26 AM] [0:38]  Use waze for side streets. Phillip: he led the Los Angeles county sheriff's department for years. This morning, **LEE BACA** will be back in court. He's expected to please not **GUILTY.** Last week a grand jury indicted Baca after he withdrew his **GUILTY PLEA.** A federal judge reskwlekted his **PLEA** deal as too lenient. It only called for six months in **JAIL.** If convicted on all charges, he could face 20 years in federal prison. Depositions are expected to start today in the divorce of Johnny depp and amber heard.

Nielsen Audience:  111,248

249.   **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 6:00 AM

Aug 12 2016 06:30AM PT

[6:33:25 AM] [0:23]  **LEE BACA** is expected in court to face federal charges. The new charges could sent Baca to prison for 20 years. A federal judge rejected a **PLEA** deal for Baca because it called for himo serve only 6 months in prison. He's accused of lying to federal investigators. Back to the Olympic coverage live from rio.

Nielsen Audience:  69,695

**250.**  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 6:00 AM

Aug 12 2016 06:30AM PT

[6:34:55 AM] [0:41]  No word now on the condition of the victim as for his attacker, police are still looking for him. Former Louisiana lap county **SHERIFF LEE BACA** scheduled to be arraigned on federal charges of obstructing justice and lying to feds. FBI says he tried to derail its investigation into corruption and brutality at the county **JAIL.** Baca indicted last week easer a judge rejected a **PLEA** deal that called for a mere six month **JAIL** sentence. Now if convicted of all charges Baca facings up to 20 years in federal prison. This morning Santa Ana police are looking for a man who robbed a if 73-year-old woman in a parking lot.

 Nielsen Audience:  44,810

**251.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Aug 12 2016 06:00AM PT

[6:21:21 AM] [0:32]  Reporter: this video shows that deep and dark cavern. Rumor is that no one is found in the end. Reporter: we'll have more at 7:00 amphillip: coming up, it's back to court for **LEE BACA.** Brandi: he's facing charges of obstruction of justice and lying to the federal government and we're expecting two major developments today. Phillip: new video of the spectacular perseid meteor shower over night.

 Nielsen Audience:  93,057

**252.** **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 6:00 AM

Aug 12 2016 06:00AM PT

[6:05:04 AM] [0:23]  We are told the man has family in this area. **LEE BACA** expected to appear in court today. He's facing federal obstruction of justice charges. The flight was about halfway through its journey when it ran into bad weather.

 Nielsen Audience:  116,464

**253.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Aug 12 2016 05:30AM PT

[5:34:00 AM] [0:40]  Rob: the brandi: the search for the driver involved continued. Phillip: **LEE BACA** will be back in court. He's expected to plead to not **GUILTY** to federal charges of obstruction of justice, conspiracy and lying to investigators. Last week, a grand jury indicted Baca after he withdrew his **GUILTY PLEA.** A federal judge rejected a **PLEA** deal as too lenient because it only called for six months in **JAIL.** If convicted on all charges, Baca could face up to 20 years in federal prison. A long beach man will find out today how long he'll serve in prison for killing a cal state north ridge student.

 Nielsen Audience:  71,746

**254.** **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 5:00 AM

Aug 12 2016 05:30AM PT

[5:34:54 AM] [0:24]  It was found in the parking lot of an la fittens in Monterey pork. **LEE BACA** is back in court to face charges. It could send him to prison for 20 years. A **PLEA** deal was rejected because it called for only six months in prison. He's accused of lying about corruption and brutality at the county **JAIL.**

Nielsen Audience:  31,495

255.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 5:00 AM

Aug 12 2016 05:30AM PT

[5:36:16 AM] [0:34]  He's back in court. Exl. County **SHERIFF LEE BACA** is expected to be in court today. The FBI says Baca tried to directly its investigation into corruption and brutality at the county **JAIL.** Beckya was indicted last week after a judge rejected a **PLEA** deal that called for a six-month **JAIL** sentence. Now, if convicted on all charges, Baca faces up to 20 years in prison. A major set back for advocates of marijuana.

Nielsen Audience:  19,981

256.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 5:00 AM

Aug 12 2016 05:00AM PT

[5:02:56 AM] [0:21]  It is ok. Back to you. Former la county **SHERIFF LEE BACA** is expected to appear in court today. The 74 year-old is facing federal obstruction of justice charges. The arraignment comes one week after his indictment on felony charges stemming from an FBI investigation into corruption at the la county jails.

Nielsen Audience:  46,120

257.  **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 4:30 AM

Aug 12 2016 04:30AM PT

[4:33:56 AM] [0:25]  **LEE BACA** is back in court to face new federal charges. It could send him to prison for 20 years. A federal judge rejected a **PLEA** deal because it called for him to serve only six months in prison. He lied about corruption brutality in the **JAIL.** He's in the early stages of alzheimers disease.

Nielsen Audience:  15,972

258.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 4:00 AM

Aug 12 2016 04:00AM PT

[4:05:25 AM] [0:10]  Former la county **SHERIFF LEE BACA** is expected to appear in court today. The 74 year-old is facing federal obstruction of justice charges. The arraignment comes one week after his indictment on felony charges stemming from an FBI investigation into corruption at the la county jails.

Nielsen Audience:  30,367

259.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)

Aug 12 2016 01:00AM

[1:20:03 AM] [0:31]  The FBI says that **LEE BACA** tried to derail the investigation at the county **JAIL.** He was indicted last week after a judge rejected a **PLEA** deal that called for six month **JAIL** term. Now he faces up to 20 years in federal prison. Today this department store said that they will close 100 brick-and-mortar stores across the country.

  Nielsen Audience:  26,913

260.    **KTTV-FOX** Television   Market: Los Angeles, CA

     FOX 11 Ten O'clock News

Aug 11 2016 10:00PM PT

[10:20:49 PM] [0:31]  The FBI says that **LEE BACA** tried to derail the investigation at the county **JAIL.** He was indicted last week after a judge rejected a **PLEA** deal that called for six month **JAIL** term. Now he faces up to 20 years in federal prison. Today this department store said that they will close 100 brick-and-mortar stores across the country.

  Nielsen Audience:  64,415

261.    **KNBC-NBC** Television   Market: Los Angeles, CA

     NBC4 News at 6:00 PM

Aug 11 2016 06:00PM PT

[6:05:21 PM] [0:23]  Former la county **SHERIFF LEE BACA** is due in federal court tomorrow to face another round of corruption charges. Baca is charged with obstructing justice and lying to federal authorities. This case grew out of an FBI investigation into corruption and brutality at the county **JAIL.** Baca backed out of a **PLEA** agreement last month when the judge said six months in prison was too lenient.

  Nielsen Audience:  121,079

262.    **KTTV-FOX** Television   Market: Los Angeles, CA

     FOX 11 News at 5:00 PM

Aug 11 2016 05:00PM PT

[5:07:48 PM] [0:27]  Ex-l. County **SHERIFF LEE BACA** is scheduled to return to court tomorrow expected to be arraigned on federal charges of obstructing justice and lying to the is with the at the I said paco was trying to derail its investigation into corruption. He was indicted last week after a judge rejected a **PLEA** deal that called for a six-month **JAIL** sentence. If convicted of all the charges Baca faces up to 20 years in federal prison. A nice day today.

  Nielsen Audience:  49,488

263.    **Pasadena Weekly** Newspaper   Market: Los Angeles, CA

     Trust Buster

Aug 11 2016 03:26AM PT

Days after withdrawing his **GUILTY PLEA** on one count of lying to the FBI, former Los Angeles County **SHERIFF LEE BACA** found out on Friday that he faces a slew of new charges that could send him to **JAIL** for 20 years. On Friday, Baca, who is in the early stages of Alzheimers disease, was charged with obstruction of justice, conspiracy and lying for his part in his efforts to thwart a federal investigation into **INMATE ABUSE** in the countys **JAIL** system. According to a prepared statement by the US Attorneys office, The conspiracy charge carries a maximum term of five years in prison, the obstruction of justice carries a maximum term of 10 years in prison and the

charge of making a false statement carries a maximum term of five years in prison. If convicted on all counts, the total maximum Baca faces is 20 years in federal prison, according to the statement. Baca is expected to be arraigned on the indictment at an undetermined date in US District Court in Los Angeles. Baca originally reached a **PLEA** deal with prosecutors that would have allowed him to do no more than six months behind bars in exchange for a **GUILTY PLEA** on one count of lying to the FBI. But US District Court Judge Percy Anderson refused to accept the **PLEA** after deciding the sentence would not repair the public trust that Baca had violated. According to prosecutors, deputies, acting on Bacas orders, visited an FBI agent investigating abuse claims in 2010 and threatened to arrest her at her home in an effort to intimidate her during a federal investigation into abuse by deputies working in the countys jails. Baca later told the FBI that he was unaware of the incident, but it was later revealed the deputies were acting on Bacas orders. So far, 20 former sheriffs officials have been convicted, including former Undersheriff **PAUL TANAKA,** who received a five-year sentence for his role in efforts to impede the investigation. In addition to lying, Baca also admitted that he ordered Tanaka to carry out a plan to hide an inmate that the FBI was using as an informant. Anthony Brown was allegedly rebooked under a number of different names and transferred to several locations in order to keep him from testifying before a federal grand jury.

**View▶**

Unique Visitors: 5,554

264. **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Comment on Former LA County Undersheriff Sentenced To 5 Years For Corruption by      Aug 9 2016 05:25AM PT

following orders from his then boss, former **SHERIFF LEE BACA,** also his one-time good friend, CBSLA reported at the time of the former undersheriffs

**View▶**

Unique Visitors: 1,743,155

265. **Burbank Leader** Online Only   Market: Los Angeles, CA

Don't let the Baca saga obscure the need for ongoing reform at the Sheriff's Dep      Aug 7 2016 12:00PM PT

The **PLEA** deal under which former **SHERIFF LEE BACA** was to serve six months in federal prison looked like it might be the final act in the long-running drama of abuse and corruption in the Los Angeles County Sheriffs Department. But when Judge Percy Anderson rejected the deal as too light, the disgraced formersheriff insisted that he would go to trial instead, adding that the proceedings would set the record straight. Federal prosecutors are now seeking more charges against Baca beyond simply lying to investigators about his role in a scheme to thwart an FBI investigationinto theabuse of **JAIL** inmates. To the ex-sheriffs critics inside and outside the department, a trial leaves open the prospect that Baca could escape justice by depicting himself to a jury as a hapless man whose only offenses were vesting too much trust and authority in others such as former Undersheriff **PAUL TANAKA,** who was recently. sentenced to five years in prison for his role in the abuse and coverups and losing control of a department that may be too large and too complex for any one person to manage. It is certainly Bacas right to present his case to a jury and toseek acquittal, the same as any other criminal defendant.But the possibility that the elected official in charge of the jails could be acquitted and escape any accountability for knowingly or ignorantly overseeing the brutalization of inmates by his deputies. The countyBoard of Supervisors voted this year to establish an oversight commission to keep tabs on sheriff reforms, but the panel has yet to be appointed or to convene.The board

Media Coverage Report

agreed to consider asking voters to grant that commission subpoena power, but with deadlines approaching to put measures on the Nov. 8 ballot, there has been no move forward on that issue. A Los Angeles County Commission on **JAIL** Violence recommended a number of steps in 2012 to improve oversight of the department,such as creating an inspector general and eliminating oversight bodies that it deemed ineffective or insufficient. Many of those recommendations have been implemented. But basic structural problems remain, including the role of civil service and county lawyers (and sometimes county supervisors) who are oriented more toward limiting the countysliability for misdeeds than improving the quality of policing. The sheriffs status as an independently elected official may serve to shield him from accountability rather than subject him to it; yet the thought of him being appointed by and reporting to the Board of Supervisors offers little comfort. Switching out the man at the top was a solid step but it will not be enough to correct the Sheriffs Department,and Los Angeles cannot rely on criminal prosecution of sheriffs, command staff and deputies as a substitute for oversight. Bacas failed **PLEA** deal and his looming trial may be among the more compelling chapters in the story of the Sheriffs Department, but the most important pages are those that lay out how we make sure that a similar meltdown does not occur again and those pages havent yet been written. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  1,693

266.  **Glendale News Press** Newspaper   Market: Los Angeles, CA
Don't let the Baca saga obscure the need for ongoing reform at the Sheriff's Dep

Aug 7 2016 12:00PM PT

The **PLEA** deal under which former **SHERIFF LEE BACA** was to serve six months in federal prison looked like it might be the final act in the long-running drama of abuse and corruption in the Los Angeles County Sheriffs Department. But when Judge Percy Anderson rejected the deal as too light, the disgraced.

View▶

Unique Visitors:  7,207

267.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
Don't let the Baca saga obscure the need for ongoing reform at the Sheriff's Dep

Aug 7 2016 12:00PM PT

The **PLEA** deal under which former **SHERIFF LEE BACA** was to serve six months in federal prison looked like it might be the final act in the long-running drama of abuse and corruption in the Los Angeles County Sheriffs Department. But when Judge Percy Anderson rejected the deal as too light, the disgraced formersheriff insisted that he would go to trial instead, adding that the proceedings would set the record straight. Federal prosecutors are now seeking more charges against Baca beyond simply lying to investigators about his role in a scheme to thwart an FBI investigationinto theabuse of **JAIL** inmates. To the ex-sheriffs critics inside and outside the department, a trial leaves open the prospect that Baca could escape justice by depicting himself to a jury as a hapless man whose only offenses were vesting too much trust and authority in others such as former Undersheriff **PAUL TANAKA,** who was recently. sentenced to five years in prison for his role in the abuse and coverups and losing control of a department that may be too large and too complex for any one person to manage. It is certainly Bacas right to present his case to a jury and toseek acquittal, the same as any other criminal defendant.But the possibility that the elected official in charge of the jails could be acquitted and escape any

accountability for knowingly or ignorantly overseeing the brutalization of inmates by his deputies. The countyBoard of Supervisors voted this year to establish an oversight commission to keep tabs on sheriff reforms, but the panel has yet to be appointed or to convene.The board agreed to consider asking voters to grant that commission subpoena power, but with deadlines approaching to put measures on the Nov. 8 ballot, there has been no move forward on that issue. A Los Angeles County Commission on **JAIL** Violence recommended a number of steps in 2012 to improve oversight of the department,such as creating an inspector general and eliminating oversight bodies that it deemed ineffective or insufficient. Many of those recommendations have been implemented. But basic structural problems remain, including the role of civil service and county lawyers (and sometimes county supervisors) who are oriented more toward limiting the countysliability for misdeeds than improving the quality of policing. The sheriffs status as an independently elected official may serve to shield him from accountability rather than subject him to it; yet the thought of him being appointed by and reporting to the Board of Supervisors offers little comfort. Switching out the man at the top was a solid step but it will not be enough to correct the Sheriffs Department,and Los Angeles cannot rely on criminal prosecution of sheriffs, command staff and deputies as a substitute for oversight. Bacas failed **PLEA** deal and his looming trial may be among the more compelling chapters in the story of the Sheriffs Department, but the most important pages are those that lay out how we make sure that a similar meltdown does not occur again and those pages havent yet been written. Follow the Opinion section on Twitter @latimesopinion and

View►

Unique Visitors:  1,830

268.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
        Don't let the Baca saga obscure the need for ongoing reform at the          Aug 7 2016 12:00PM
        Sheriff's Dep                                                                              PT

The **PLEA** deal under which former **SHERIFF LEE BACA** was to serve six months in federal prison looked like it might be the final act in the long-running drama of abuse and corruption in the Los Angeles County Sheriffs Department. But when Judge Percy Anderson rejected the deal as too light, the disgraced formersheriff insisted that he would go to trial instead, adding that the proceedings would set the record straight. Federal prosecutors are now seeking more charges against Baca beyond simply lying to investigators about his role in a scheme to thwart an FBI investigationinto theabuse of **JAIL** inmates. To the ex-sheriffs critics inside and outside the department, a trial leaves open the prospect that Baca could escape justice by depicting himself to a jury as a hapless man whose only offenses were vesting too much trust and authority in others such as former Undersheriff **PAUL TANAKA,** who was recently. sentenced to five years in prison for his role in the abuse and coverups and losing control of a department that may be too large and too complex for any one person to manage. It is certainly Bacas right to present his case to a jury and toseek acquittal, the same as any other criminal defendant.But the possibility that the elected official in charge of the jails could be acquitted and escape any accountability for knowingly or ignorantly overseeing the brutalization of inmates by his deputies. The countyBoard of Supervisors voted this year to establish an oversight commission to keep tabs on sheriff reforms, but the panel has yet to be appointed or to convene.The board agreed to consider asking voters to grant that commission subpoena power, but with deadlines approaching to put measures on the Nov. 8 ballot, there has been no move forward on that issue. A Los Angeles County Commission on **JAIL** Violence recommended a number of steps in 2012 to improve oversight of the department,such as creating an inspector general and eliminating oversight bodies that it deemed ineffective or insufficient. Many of those recommendations have been implemented. But basic structural problems remain, including

the role of civil service and county lawyers (and sometimes county supervisors) who are oriented more toward limiting the countysliability for misdeeds than improving the quality of policing. The sheriffs status as an independently elected official may serve to shield him from accountability rather than subject him to it; yet the thought of him being appointed by and reporting to the Board of Supervisors offers little comfort. Switching out the man at the top was a solid step but it will not be enough to correct the Sheriffs Department,and Los Angeles cannot rely on criminal prosecution of sheriffs, command staff and deputies as a substitute for oversight. Bacas failed **PLEA** deal and his looming trial may be among the more compelling chapters in the story of the Sheriffs Department, but the most important pages are those that lay out how we make sure that a similar meltdown does not occur again and those pages havent yet been written. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  313

269.    **Los Angeles Times**  Newspaper   Market: Los Angeles, CA
Don't let the Baca saga obscure the need for ongoing reform at the Sheriff's Dep                                          Aug 7 2016 12:00PM PT

The **PLEA** deal under which former **SHERIFF LEE BACA** was to serve six months in federal prison looked like it might be the final act in the long-running drama of abuse and corruption in the Los Angeles County Sheriffs Department. But when Judge Percy Anderson rejected the deal as too light, the disgraced formersheriff insisted that he would go to trial instead, adding that the proceedings would set the record straight. Federal prosecutors are now seeking more charges against Baca beyond simply lying to investigators about his role in a scheme to thwart an FBI investigationinto theabuse of **JAIL** inmates. To the ex-sheriffs critics inside and outside the department, a trial leaves open the prospect that Baca could escape justice by depicting himself to a jury as a hapless man whose only offenses were vesting too much trust and authority in others such as former Undersheriff **PAUL TANAKA,** who was recently. sentenced to five years in prison for his role in the abuse and coverups and losing control of a department that may be too large and too complex for any one person to manage. It is certainly Bacas right to present his case to a jury and toseek acquittal, the same as any other criminal defendant.But the possibility that the elected official in charge of the jails could be acquitted and escape any accountability for knowingly or ignorantly overseeing the brutalization of inmates by his deputies. The countyBoard of Supervisors voted this year to establish an oversight commission to keep tabs on sheriff reforms, but the panel has yet to be appointed or to convene.The board agreed to consider asking voters to grant that commission subpoena power, but with deadlines approaching to put measures on the Nov. 8 ballot, there has been no move forward on that issue. A Los Angeles County Commission on **JAIL** Violence recommended a number of steps in 2012 to improve oversight of the department,such as creating an inspector general and eliminating oversight bodies that it deemed ineffective or insufficient. Many of those recommendations have been implemented. But basic structural problems remain, including the role of civil service and county lawyers (and sometimes county supervisors) who are oriented more toward limiting the countysliability for misdeeds than improving the quality of policing. The sheriffs status as an independently elected official may serve to shield him from accountability rather than subject him to it; yet the thought of him being appointed by and reporting to the Board of Supervisors offers little comfort. Switching out the man at the top was a solid step but it will not be enough to correct the Sheriffs Department,and Los Angeles cannot rely on criminal prosecution of sheriffs, command staff and deputies as a substitute for oversight. Bacas failed **PLEA** deal and his looming trial may be among the more compelling chapters in the story of the Sheriffs Department, but the most important pages are those that

lay out how we make sure that a similar meltdown does not occur again and those pages havent yet been written. Follow the Opinion section on Twitter @latimesopinion and was to serve six months in federal prison looked like it might be the final act in the long-running drama of abuse and corruption in the Los Angeles County Sheriffs Department. But when Judge Percy Anderson rejected the deal as too light, the disgraced formersheriff insisted that he would go to trial instead, adding that the proceedings would set the record straight. Federal prosecutors are now seeking more charges against Baca beyond simply lying to investigators about his role in a scheme to thwart an FBI investigationinto theabuse of who was recently. sentenced to five years in prison for his role in the abuse and coverups and losing control of a department that may be too large and too complex for any one person to manage. Six months in prison is better than nothing for former L.A. **SHERIFF LEE BACA** The Times Editorial Board Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a. way to avoid spending any time at all behind bars. Baca had agreed to plead **GUILTY** to lying to federal. Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a way to avoid spending any time at all behind bars. Baca had agreed to plead **GUILTY** to lying to federal.(The Times Editorial Board) It is certainly Bacas right to present his case to a jury and toseek acquittal, the same as any other criminal defendant.But the possibility that the elected official in charge of the jails could be acquitted and escape any accountability for knowingly or ignorantly overseeing the brutalization of. inmates by his deputies is a reminder of the barriers structural, political, legal that inhibit rational and effective oversight of the sheriffs department,a law enforcement agency that has a profound impact on millions of people. The countyBoard of Supervisors voted this year to establish an oversight commission to keep tabs on sheriff reforms, but the panel has yet to be appointed or to convene.The board agreed to consider asking voters to grant that commission subpoena power, but with deadlines approaching to put measures on the Nov. 8 ballot, there has been no move forward on that issue. A Los Angeles County Commission on **JAIL** Violence recommended a number of steps in 2012 to improve oversight of the department,such as creating an inspector general and eliminating oversight bodies that it deemed ineffective or insufficient. Many of those recommendations have been implemented. But basic structural problems remain, including the role of civil service and county lawyers (and sometimes county supervisors) who are oriented more toward limiting the countysliability for misdeeds than improving the quality of policing. The sheriffs status as an independently elected official may serve to shield him from accountability rather than subject him to it; yet the thought of him being appointed by and reporting to the Board of Supervisors offers little comfort. Switching out the man at the top was a solid step but it will not be enough to correct the Sheriffs Department,and Los Angeles cannot rely on criminal prosecution of sheriffs, command staff and deputies as a substitute for oversight. Bacas failed **PLEA** deal and his looming trial may be among the more compelling chapters in the story of the Sheriffs Department, but the most important pages are those that lay out how we make sure that a similar meltdown does not occur again and those pages havent yet been written. Follow the Opinion section on Twitter@latimesopinionandFacebook

View▶

Unique Visitors:  19,365,041

270.  **Wave Newspapers** Online Only   Market: Los Angeles, CA

Former sheriff Baca indicted on three felony charges

Aug 6 2016 05:00PM PT

LOS ANGELES Four days after withdrawing from a **PLEA** agreement with federal prosecutors, former Los Angeles County **SHERIFF LEE BACA** was indicted Aug. 5 on charges of conspiring to obstruct justice, obstructing justice and lying to the federal government. If convicted of all charges, Baca who is suffering from the early stages of Alzheimers disease could face up to 20 years in federal prison, according to the U.S. Attorneys Office. On Aug. 1, Baca backed out of a **PLEA** deal he reached with prosecutors earlier this year. The deal had called for Baca, 74, to serve no more than six months behind bars on a single count of lying to the FBI. But U.S. District Judge Percy Anderson balked at the agreement, saying the sentence was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Rather than face a penalty of up to five years in prison, Baca opted to withdraw his **GUILTY PLEA** opening him up to a more wide-ranging indictment. I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorneys Office that are contradicted by evidence in this case, Baca said outside court Aug. 1. 20 trial date, but that is expected to be postponed. Bacas attorney, Michael Zweiback, did not immediately respond to a request for comment. The case against Baca grew out of a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations in order to keep him hidden from federal investigators. They also went to the home of an FBI agent and threatened her with arrest. Ten former Sheriffs Department officials including Bacas ex-top deputy, **PAUL TANAKA** have been convicted or pleaded **GUILTY** in connection with the obstruction case. Tanaka, who claimed his former boss ordered the departments response to the federal jails probe, was sentenced to five years in prison. Baca had initially pleaded **GUILTY** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. That false statements count is one of the three felonies Baca is now facing. Baca entered his **PLEA** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. According to the now-defunct agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should do everything but put handcuffs on her. On Aug. 4, a federal judicial panel upheld the convictions of seven former Sheriffs Department officials convicted of attempting to block the FBI probe into civil rights abuses at county jails. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by Sheriffs Department employees. Leavins was a lieutenant, while Craig and Long were sergeants.

View▶

Unique Visitors:  5,760

271. 📺 **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 8:00 AM

Aug 6 2016 08:30AM PT

[8:35:30 AM] [0:52]  Hinckley shot president reagan and three others outside of a Washington, DC hotel in 1981. He was found not **GUILTY** by reason of insanity. The now 61-year-old will live with his mother in Virginia. John: an indictment for former la county **SHERIFF LEE BACA,** yesterday a grand jury indicted him on charges of conspiracy, obstruction of justice and lying to federal investigators. If convicted on all of the charges Baca could be facing up to 20 years in a federal prison. The indictment days after he withdrew his **GUILTY PLEA** of lying to federal authorities. A federal judge rejected his **PLEA** deal as too lenient because it only called for up to

six months behind bars. Christina: to an "eyewitness news" exclusive a wild scene on the 210 freeway after a shirtless man handcuffs himself to a car carrier. Chp officers then move in and tase him.

Nielsen Audience: 139,722

272.  **KCAL-IND** Television  Market: Los Angeles, CA

KCAL 9 News Saturday

Aug 6 2016 08:00AM PT

[8:21:42 AM] [0:54]  Louisa, thank you. Dennis rodman could face charges for a hit-and-run find out what the chp is saying about the incident. Amy: former la county **SHERIFF LEE BACA** indicted by grnl days after he backing out of a **PLEA** deal more on the new even tougher charges. I've been a customer for a year, and it seems my bill has doubled. Yeah, you signed a two-year contract.

[8:26:12 AM] [0:45]  Usually keeps a little bit lower profile here enjoying the night and the crowd. Rodman says not **GUILTY** happened that night and there was no wreck prosecutors are taking a look at the case and will decide whether he will be charged. People hurt a railing especially collapses at a concert hear from one who fell coming up. Rebecca: find out who caitlin jenner is suing in connection with a deadly crash involved in pch last year. We tell you about the new charges former la county **SHERIFF LEE BACA** faces this morning. There once were two sisters who were alike in almost every way. They each had a nice family, lived in a nice house and had internet service which they used to download music, shop and stream videos.

Nielsen Audience: 20,887

273.  **KCAL-IND** Television  Market: Los Angeles, CA

KCAL 9 News Saturday

Aug 6 2016 07:30AM PT

[7:29:25 AM] [2:00]  We'll have a look at your good looking forecast straight ahead. Rebecca: former la county **SHERIFF LEE BACA** could face up to 20 years in prison. Amy: yeah. Baca backed out of a **PLEA** deal he made with prosecutors, and we have what's in the new indictment handed down yesterday. Reporter: under a new indictment, a federal grand jury charged former la county **SHERIFF LEE BACA** with three counts that include obstruction of justice and conspiring with his underlings to get around a federal investigation into corruption and beatings at the nation's largest **JAIL** system. Jodi armor teaches criminal law at USC law school. This was a jaw-dropping case of an attempt to escape accountability and responsibility by the highest levels of the la sheriff's department. Reporter: it comes just days after Baca withdrew an earlier **GUILTY PLEA** when a judge rejected a maximum six-month sentence. The 74-year-old read a statement to reporters then. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office. Reporter: prosecutors now have the option to file even more charges against him. As it stands, Baca could face up to 20 years in prison if convicted. Baca said he would go to trial before he was incapacitated by Alzheimer's disease. I need to set the record straight. About me. Reporter: the investigation into the **JAIL** scandal led to the conviction of 20 people tied to the sheriff's department including the number two in command at the department. He was convicted and sentenced this year to five years in prison. The judge in tanaka's case is also on the bench for Baca.

Nielsen Audience: 19,103

**274.** 📺 **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM

Aug 6 2016 07:30AM
PT

[7:36:19 AM] [0:38]  That driver has not had any previous complaints but he has been suspended while they investigate. **LEE BACA,** the former la county sheriff has been indicted on three new counts. He conspired to obstruct justice, obstructed justice and lied to the federal government. He withdrew his earlier **GUILTY PLEA** when a judge rejected the agreement. And now he says he's ready to go to trial. The FDA gave final approval for a field test releasing genetically modified mosquitos into Florida.

Nielsen Audience:  149,482

**275.** 🖱 **Los Angeles Times** Newspaper   Market: Los Angeles, CA

New federal indictment accuses ex-Sheriff Lee Baca of obstructing justice, lying

Aug 6 2016 01:10AM
PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system, accusations that could bring a 20-year prison term if hesconvicted on all counts. The charges come days after Baca, 74, withdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he wouldrejectthe pleadeal, which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. Interested in the stories shaping California? Sign up for the free Essential California newsletter >> He did not specify what was untruthful.

View▶

Unique Visitors:  19,365,041

**276.** 🖱 **Los Angeles Times** Newspaper   Market: Los Angeles, CA

New federal charges accuse ex-Sheriff Lee Baca of obstructing justice, lying to

Aug 6 2016 01:10AM
PT

Days after withdrawing a **GUILTY PLEA** for lying during an FBI investigation into widespread abuses at the county jails, former Los Angeles County **SHERIFF LEE BACA** was indicted Friday on more serious charges that could bring up to 20 years in prison. The former sheriff, who is in the early stages of Alzheimers disease, faces new charges of conspiracy, obstruction of justice and making false statements. Fridays indictment was the latest in an extraordinary series of events that began last month when a federal judge rejected a **PLEA** agreement limiting Bacas prison time to six months on the single false statement charge. U.S. District Judge Percy Anderson said that was too lenient for the man who led the Sheriffs Department during a period when deputies covered up for one another and violently attacked inmates. On Monday, Baca failed to reach a new settlement with prosecutors and withdrew his **GUILTY PLEA** rather thanletAnderson sentence him to up to five years, setting the stage for the new charges and a high-stakes trial. In Fridaysindictment, prosecutors accuseBaca of creating an environment in which his subordinates viewed the FBI as an adversary and oftasking his second-in-command, **PAUL TANAKA,** with carrying out the scheme to obstruct the federal investigation into brutality and corruption by **JAIL** deputies. Michael Zweiback, one of Bacas attorneys, called the indictment weak and said prosecutors were punishing his client for going to trial. The fact that he was present and the head of the organization is really what the main focus is on, Zweiback said of the indictment. Its clear that other people executed the plan. Anderson had previously sentenced Tanaka, the former undersheriff,to five years behind bars and seven other lower-ranking sheriff's officials to terms ranging from a year and a half to more than three years for their roles in obstructing the federal investigation. The indictment alleges that Baca, 74, conspired with Tanaka and others to keep federal investigators away from a **JAIL** inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriffs officials caught Brown with a cellphone smuggled to him by the FBI and a jaildeputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. By Aug. 26, 2011, prosecutors allege, Baca had approved overtime for deputies to guard Brown and prevent federal investigators from talking to him. In a meeting and a subsequent letter, Baca told officials from the U.S. attorneys office that he was displeased about the federal investigation, the indictment alleges. He asked them to withdraw the grand jury subpoenas they had served on the Sheriffs Department, said that sheriffs officials would investigate the FBI for violations of state law, and threatened to pull out of joint task forces. Baca also met with Tanaka and other subordinates on Sept. 22, 2011, about approaching an FBI agent at her home, the indictment alleges. Four days later, two sheriffs officials confronted the agent outside her home and threatened her with arrest. The false statement from Bacas **PLEA** agreement, which involved his assertion in an April 2013 interview with federal prosecutors that he did not know about the plan to go to the FBI agents house, is included in Fridays indictment, along with four other alleged false statements. On Thursday, a federal appeals court upheld the convictions of the seven lower-ranking deputies in the obstruction case, clearing the way for them to begin serving their prison sentences and dealing a significant blow to Tanaka, who has vowed to appeal his conviction on grounds similar to those raised by the. deputies. Laurie Levenson, a Loyola Law School professor and former federal prosecutor, said the case against Baca could settle before trial, noting that the progression of Bacas illness is a wild card that could affect his ability to understand the proceedings. She predicted that Baca would end up with five years or less in prison, since the indictment does not allege he was the main driver of the conspiracy. Looking at the overall conspiracy as alleged by the prosecution, even though Baca is involved, he still doesnt seem to have the most nefarious role, she said. Miriam Krinsky, another former federal prosecutor who led a blue-ribbon commission on **JAIL** violence, said it is often harder for the government to prove its case against higher-ranking officials than the lower-ranking ones who carried out their

orders. But, she said, its important for the government in a case such as this to not end its investigation and pursue justice at the lower levels of authority but to go to the highest rung of the ladder. George Hofstetter, president of the union that represents sheriffs deputies, released a statement saying that Baca deserves no less than the five-year sentence Tanaka received. Baca knew what was going on, and he perpetuated and encouraged the culture, Hofstetter said. When confronted with the mess he had created, Baca blamed his subordinates instead of taking responsibility as a leader should. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos cindy.chang@latimes.com ALSO Woman found dead in car outside a La Habra movie theater Lunada Bay Boys surfer gang hit with another class action lawsuit City to pay $50,000 to ex-LAPD detective who sued after being fired for racially charged remarks UPDATES: UPDATE: 8:30p.m. was indicted Friday on more serious charges that could bring up to 20 years in prison. The former sheriff, who is in the early stages of Alzheimers disease, faces new charges of conspiracy, obstruction of justice and making false statements. Fridays indictment was the latest in an extraordinary series of events that began last month when a federal judge rejected a agreement limiting Bacas prison time to six months on the single false statement charge. U.S. District Judge Percy Anderson said that was too lenient for the man who led the Sheriffs Department during a period when deputies covered up for one another and violently attacked inmates. On Monday, Baca failed to reach a new settlement with prosecutors and withdrew his **PAUL TANAKA** deputies. Michael Zweiback, one of Bacas attorneys, called the indictment weak and said prosecutors were punishing his client for going to trial. The fact that he was present and the head of the organization is really what the main focus is on, Zweiback said of the indictment. Its clear that other people executed the plan. Anderson had previously sentenced Tanaka, the former undersheriff,to five years behind bars and seven other lower-ranking sheriff's officials to terms ranging from a year and a half to more than three years for their roles in obstructing the federal investigation. The indictment alleges that Baca, 74, conspired with Tanaka and others to keep federal investigators away from a inmate, Anthony Brown, who was providing information about deputies who were allegedly abusing inmates. After sheriffs officials caught Brown with a cellphone smuggled to him by the FBI and a **JAIL** deputy, Baca ordered his subordinates to keep Brown isolated and to interview him, according to the indictment. By Aug. 26, 2011, prosecutors allege, Baca had approved overtime for deputies to guard Brown and prevent federal investigators from talking to him. In a meeting and a subsequent letter, Baca told officials from the U.S. attorneys office that he was displeased about the federal investigation, the indictment alleges. He asked them to withdraw the grand jury subpoenas they had served on the Sheriffs Department, said that sheriffs officials would investigate the FBI for violations of state law, and threatened to pull out of joint task forces. Baca also met with Tanaka and other subordinates on Sept. 22, 2011, about approaching an FBI agent at her home, the indictment alleges. Four days later, two sheriffs officials confronted the agent outside her home and threatened her with arrest. The false statement from Bacas **PLEA** agreement, which involved his assertion in an April 2013 interview with federal prosecutors that he did not know about the plan to go to the FBI agents house, is included in Fridays indictment, along with four other alleged false statements. On Thursday, a federal appeals court upheld the convictions of the seven lower-ranking deputies in the obstruction case, clearing the way for them to begin