serving their prison sentences and dealing a significant blow to Tanaka, who has vowed to appeal his conviction on grounds similar to those raised by the. deputies. Laurie Levenson, a Loyola Law School professor and former federal prosecutor, said the case against Baca could settle before trial, noting that the progression of Bacas illness is a wild card that could affect his ability to understand the proceedings. She predicted that Baca would end up with five years or less in prison, since the indictment does not allege he was the main driver of the conspiracy. Looking at the overall conspiracy as alleged by the prosecution, even though Baca is involved, he still doesnt seem to have the most nefarious role, she said. Miriam Krinsky, another former federal prosecutor who led a blue-ribbon commission on **JAIL** violence, said it is often harder for the government to prove its case against higher-ranking officials than the lower-ranking ones who carried out their orders. But, she said, its important for the government in a case such as this to not end its investigation and pursue justice at the lower levels of authority but to go to the highest rung of the ladder. George Hofstetter, president of the union that represents sheriffs deputies, released a statement saying that Baca deserves no less than the five-year sentence Tanaka received.

View▶

Unique Visitors:  19,365,041

277.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)

Aug 6 2016 01:00AM PT

[1:05:18 AM] [1:15]  For now this is come to an end. A federal grand jury indicted a Lake County **SHERIFF LEE BACA** on charges of the struct in justice and lying to federal investigators. The indictment comes four days after Baca withdrew an earlier **GUILTY PLEA** to a single charge of lying during an FBI investigation into the abuse of the county **JAIL.** He opted to take his chances at a high-stakes trial by walking away from an agreement he struck with prosecutors for the former sheriff open the door to the government bringing a broader and more serious case against him and that's exactly what happened. This federal indictment is much more serious than lying to the FBI. It's conspiracy to obstruct justice. This is a guy who was trying to avoid justice. He was participating in corruption and that's why these charges are serious against him. The judge said he would reject the **PLEA** deal because the six month sentence was too lenient. Baca faces up to 20 years in prison if convicted on all counts. Baca's attorney has released a statement that says these new charges represent punishment by the us attorney's office for our clients decision to seek a trial.

Nielsen Audience:  26,913

278.  **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Comment on Former LA County Sheriff Lee Baca Indicted After Withdrawing From Ple

Aug 6 2016 12:18AM PT

See original here: Former LA County **SHERIFF LEE BACA** Indicted After Withdrawing From **PLEA** Deal

View▶

Unique Visitors:  1,743,155

279.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Former Los Angeles sheriff indicted for obstructing justice, lying to authoritie

Aug 5 2016 10:26PM PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal , which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. Interested in the stories shaping California? Sign up for the free Essential California newsletter >> He did not specify what was untruthful.

View▶

Unique Visitors:  19,365,041

280.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio  Market: Los Angeles, CA

Former LA Sheriff Lee Baca faces new conspiracy charges

Aug 5 2016 10:23PM
PT

A federal grand jury Friday handed down two new charges against former Los Angeles County **SHERIFF LEE BACA,** including charges he conspired to obstruct justice and obstructed justice in connection with his departments efforts to block a federal investigation into the jails. A charge of lying to federal agents in a previous indictment is also included in this one. Baca had cut a deal with prosecutors in the first indictment, agreeing to plead **GUILTY** to lying to federal agents in exchange for a prison sentence of no more than six months. But Judge Percy Anderson rejected the deal, calling it too lenient on the once-powerful sheriff. Baca could have still pled **GUILTY** and faced a maximum of five years in prison for the lying charge but he elected to face a jury trial rather than Anderson's sentence. Now, with the new charges, Baca faces up to 20 years in prison if convicted. Baca, 74, is suffering from the early stages of Alzheimer's. His attorney has said Baca will likely decline rapidly in the next couple of years, and that the sheriff is trying to avoid spending his last good years behind bars. The gamble is that the soft-spoken, cerebral Baca will be a sympathetic character to a jury. The case arises out of a federal investigation into brutality inside L.A. Countys jails and efforts by the department to block it. At one point, deputies hid the FBIs **JAIL** informant so he could not feed information to the agency. At another point, deputies threatened a female FBI agent with arrest in an attempt to get her to back off the investigation. In his previous **PLEA** deal, Baca admitted he lied when he said he did not know deputies would try to intimidate the agent. In fact, he admitted he directed the deputies to "do everything but put handcuffs" on her. The new charges mean federal prosecutors believe they have enough evidence to prove Baca not only lied about the scheme to block the FBI investigation, but actually participated in it.

View▶

Unique Visitors:  506,157

281.  **L.A. Weekly** Newspaper   Market: Los Angeles, CA        Aug 5 2016 10:15PM PT
**Ex-L.A. Sheriff Lee Baca Hit With Scathing Federal Charges**

at 3:15 p.m. **LEE BACA** did not want to go the way of **PAUL TANAKA.** Ted Soqui/L.A. Weekly The man who once led the nation's largest sheriff's department, often defiantly as critics decried deputies' abuse of inmates in his jails, is now facing a federal case that could put him behind bars for two decades he's successfully prosecuted.

View▶

Unique Visitors: 1,448,918

282. **Agoura Hills Patch** Online Only   Market: Los Angeles, CA
**Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She**       Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and

routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

**View▶**

Unique Visitors:  6,083,832

283. **Agoura Hills Patch** Online Only　Market: Los Angeles, CA
**Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment**　　　　Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after

diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

284.  **Altadena Patch**  Online Only   Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy          Aug 5 2016 10:14PM
Indictment                                                                   PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

285.  **Altadena Patch**  Online Only   Market: Los Angeles, CA
Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's         Aug 5 2016 10:14PM
Largest She                                                                  PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a

mobile phone inside one of the JAIL'S cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a PLEA bargain. Under the agreement, Baca pleaded GUILTY to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified JAIL records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's PLEA bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the PLEA bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February PLEA was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a JAIL culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in SENTENCING, too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any JAIL time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the PLEA bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his GUILTY PLEA and face Anderson for SENTENCING, he could try to negotiate another PLEA bargain that included a sentence limit more acceptable to the judge, or he could withdraw his GUILTY PLEA and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the GUILTY PLEA he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central JAIL and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers

disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

286.    **Beverly Hills Patch**  Online Only   Market: Los Angeles, CA

Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                    Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

287.    **Beverly Hills Patch**  Online Only   Market: Los Angeles, CA

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She                                    Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department

he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the JAIL'S cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a PLEA bargain. Under the agreement, Baca pleaded GUILTY to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified JAIL records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's PLEA bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the PLEA bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February PLEA was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a JAIL culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in SENTENCING, too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any JAIL time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the PLEA bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his GUILTY PLEA and face Anderson for SENTENCING, he could try to negotiate another PLEA bargain that included a sentence limit more acceptable to the judge, or he could withdraw his GUILTY PLEA and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the GUILTY PLEA he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central JAIL and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles

Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors: 6,083,832

288.  **Calabasas Patch** Online Only  Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                      Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors: 6,083,832

289.  **Calabasas Patch** Online Only  Market: Los Angeles, CA
Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She                                      Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards

routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the JAIL'S cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a PLEA bargain. Under the agreement, Baca pleaded GUILTY to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified JAIL records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's PLEA bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the PLEA bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February PLEA was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a JAIL culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in SENTENCING, too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any JAIL time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the PLEA bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his GUILTY PLEA and face Anderson for SENTENCING, he could try to negotiate another PLEA bargain that included a sentence limit more acceptable to the judge, or he could withdraw his GUILTY PLEA and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the GUILTY PLEA he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central JAIL and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the

U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors: 6,083,832

290.    **Cerritos-Artesia Patch** Online Only   Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                                                    Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors: 6,083,832

291.    **Cerritos-Artesia Patch** Online Only   Market: Los Angeles, CA
Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She                                                                    Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used

Media Coverage Report

remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment.

Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

292.  **Culver City Patch** *Online Only*   Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment

Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

293.  **Culver City Patch** *Online Only*   Market: Los Angeles, CA
Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She

Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on

federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his JAIL guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the JAIL'S cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a PLEA bargain. Under the agreement, Baca pleaded GUILTY to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified JAIL records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's PLEA bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the PLEA bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February PLEA was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a JAIL culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in SENTENCING, too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any JAIL time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the PLEA bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his GUILTY PLEA and face Anderson for SENTENCING, he could try to negotiate another PLEA bargain that included a sentence limit more acceptable to the judge, or he could withdraw his GUILTY PLEA and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the GUILTY PLEA he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates

at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

294.   **Eagle Rock Patch**  Online Only   Market: Los Angeles, CA

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She

Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum