Media Coverage Report

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She                    Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

325.  **Santa Monica Patch**  Online Only   Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                         Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

326.      **Santa Monica Patch**  Online Only   Market: Los Angeles, CA

Media Coverage Report

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's          Aug 5 2016 10:14PM
Largest She                                                                          PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors: 6,083,832

327.    **Sherman Oaks Patch**   Online Only   Market: Los Angeles, CA

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She     Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement,

required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

328. **Sherman Oaks Patch** Online Only  Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy      Aug 5 2016 10:14PM
Indictment                                                               PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a

cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

329.   **South Pasadena Patch** Online Only   Market: Los Angeles, CA

Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                                                    Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

330.        **South Pasadena Patch** Online Only   Market: Los Angeles, CA

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She    Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County SHERIFF LEE BACA on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his JAIL guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the JAIL'S cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a PLEA bargain. Under the agreement, Baca pleaded GUILTY to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified JAIL records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's PLEA bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the PLEA bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February PLEA was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a JAIL culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in SENTENCING, too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any JAIL time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the PLEA bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his GUILTY PLEA and face Anderson for SENTENCING, he could try to negotiate another PLEA bargain that included a sentence limit more acceptable to the judge, or he could withdraw his GUILTY PLEA and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the GUILTY PLEA he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors: 6,083,832

331.    **Studio City Patch** Online Only   Market: Los Angeles, CA

Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                                          Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors: 6,083,832

332.       **Studio City Patch** Online Only   Market: Los Angeles, CA

Media Coverage Report

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She          Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central JAIL and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a GUILTY PLEA He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. PAUL TANAKA, who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in JAIL. City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

333.    **Venice Patch** Online Only   Market: Los Angeles, CA
Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment                                                                    Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County SHERIFF LEE BACA on charges of conspiring to obstruct justice in the cover-up of INMATE ABUSE at the Los Angeles County JAIL. The indictment comes just days after Baca withdrew his GUILTY PLEA to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his PLEA deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in JAIL given his medical condition and law enforcement career. PAUL TANAKA, who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in JAIL. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

334.        **Venice Patch** Online Only   Market: Los Angeles, CA

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's     Aug 5 2016 10:14PM
Largest She                                                             PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

335.    **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment
Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors:  6,083,832

336.    **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She    Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors: 6,083,832

337.    🖱   **Westwood-Century City Patch**   Online Only   Market: Los Angeles, CA

Justice Department Slams Former LA Sheriff Lee Baca with Conspiracy Indictment     Aug 5 2016 10:14PM PT

A federal grand jury today indicted former Los Angeles County **SHERIFF LEE BACA** on charges of conspiring to obstruct justice in the cover-up of **INMATE ABUSE** at the Los Angeles County **JAIL.** The indictment comes just days after Baca withdrew his **GUILTY PLEA** to instead test his fate with a jury trial in hopes of avoiding prison time. Last month, a judge threw out his **PLEA** deal, which called for Baca to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said the deal trivializes the consequences of a cover-up that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." A six-month sentence "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." If convicted, Baca, a 74-year-old San Ramon resident, faces up to 20 years in prison. The nation's one-time Sheriff of the Year and LA County's former top cop, resigned when the scandal, and he was soon after diagnosed with Alzheimers disease. He had argued for a probation, claiming he would be a target for abuse in **JAIL** given his medical condition and law enforcement career. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, A federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal probe into civil rights abuses at county jails. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES.

View▶

Unique Visitors: 6,083,832

338.     **Westwood-Century City Patch**   Online Only   Market: Los Angeles, CA