Judge Rejects Prosecutor's Plea Deal With Former Top Cop of Nation's Largest She   Aug 5 2016 10:14PM PT

A federal grand jury on Friday again indicted former Los Angeles County **SHERIFF LEE BACA** on federal charges related to his involvement with deputies and ranking officers who used remarkably brazen tactics to kill a federal investigation into reports that his **JAIL** guards routinely beat inmates and that official corruption was pervasive. throughout the department he led for 15 years. The investigation was supposed to be kept secret. When deputies found a mobile phone inside one of the **JAIL'S** cells, though, sheriff's officials traced it to the FBI and discovered the agency had smuggled it to a prisoner who was serving as a secret informant. The investigation became very public. It also became the target of a a core group of sheriff's officers who, with the encouragement of Baca, used genuinely breathtaking tactics to sabotage federal investigators. A dozen sheriff's officers who joined that effort have been convicted of obstruction-related charges and sentenced to prison. In February, more than five years after the initial federal investigation into violence and corruption was launched, Baca had seemingly managed to escape serious punishment for his obstruction efforts. He avoided trial and a potential five-year prison sentence by persuading prosecutors to agree to a **PLEA** bargain. Under the agreement, Baca pleaded **GUILTY** to lying to investigators when he told them he had no contact with the rogue underlings and had no knowledge of their tactics. Baca acknowledged that, in fact, he had approved of the sabotage tactics while sheriff. The admitted that he had encouraged the officers, whose tactics were genuinely breathtaking for their gall and scope. Potential turncoat guards were identified designated to be intimidated into silence. An FBI investigator on the case was confronted at her home by several aggressive sheriff's officers who threatened to lock her up. Guards falsified **JAIL** records to hide an inmate from federal investigators, constantly moving him and assigning deputies to guard him 24 hours a day. Those tactics, though, were doomed by a common flaw: They were so risky that only an officer of uncommon arrogance or tremendous stupidity traits common to criminals who get caught would agree to carry them out. Baca's **PLEA** bargain admitting to his part in the sabotage would also prove to be flawed, fatally so as far as U.S. District Judge Percy Anderson was concerned. Asked by Baca and prosecutors in February to approve the agreement, required to make its terms legally binding, Judge Anderson would have none of it. He rejected the **PLEA** bargain during a court session Monday, ruling that its inclusion limiting a maximum sentence to six months in prison which had been agreed to by prosecutors in exchange for Baca's February **PLEA** was too lenient for the crime. Six months, the judge said, would not "address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The sheriff had not just lied but had jeopardized the exposure of a **JAIL** culture in which deputies covered up for one another and routinely beat inmates severely enough to send them to hospitals, Anderson said. That needed to be considered in **SENTENCING,** too, he added. The judge rejected arguments from the defense attorney that Baca should be spared any **JAIL** time because he has been diagnosed with the early stages of Alzheimer's disease. The judge wasn't persuaded. Anderson stuck to his decision to kill the **PLEA** bargain, stripping Baca of any guarantee that he would be sentenced to any less time than the five-year maximum. That left the former sheriff, retired now for two years, with three lousy choices: he could stick with his **GUILTY PLEA** and face Anderson for **SENTENCING,** he could try to negotiate another **PLEA** bargain that included a sentence limit more acceptable to the judge, or he could withdraw his **GUILTY PLEA** and. risk his freedom with a trial. Baca decided his chances were better with a jury than with the judge, and on Monday he withdrew the **GUILTY PLEA** he had entered under the suddenly worthless February agreement. Prosecutors responded to Baca's decision by filing Friday's indictment, which replaces the original and includes two additional charges. With Baca's decision, his maximum prison sentence if convicted of all charges would increase from five to 20 years. The

Media Coverage Report

nation's one-time Sheriff of the Year, serving from 1998 until 2014 as top cop of the largest Sheriff's Department in the country, was well aware of allegations of rampant abuse of inmates at Mens Central **JAIL** and Twin Towers Correction Facility, according to Friday's indictment. Bacas attorney, Michael Zweiback, said Friday he expected the new charges. We expected the U.S. Attorneys Office would punish us for wanting to seek a trial, Zweiback told the Los Angeles Daily News.The attorney told reporters earlier in the week that although Baca's Alzheimers disease is in its early stages, his illness could progress quickly. He also suggested his client's condition may have influenced past decisions, including his February agreement to a **GUILTY PLEA** He is suffering from a very progressive neurological disease, Zweiback said. We dont know what timeline thats going to take. Hes really in a fight for his life at this point. **PAUL TANAKA,** who was the second in command of the Los Angeles Sheriffs Department, was sentenced last month to 60 months in federal prison for his conviction on obstruction of justice charges. On Thursday, a federal judicial panel rejected the appeals of seven former Los Angeles County Sheriff's Department officials convicted of attempting to block the federal investigation. The former lieutenants, sergeants and deputies received sentences ranging from 18 to 41 months in **JAIL.** City News Service contributed to this report.

View▶

Unique Visitors:  6,083,832

339.  **Eastern Group Publications** Online Only   Market: Los Angeles, CA

Former Sheriff Lee Baca Indicted, Facing 20 Years in Federal Prison

Aug 5 2016 10:07PM PT

Former **SHERIFF LEE BACA** Indicted, Facing 20 Years in Federal Prison By City News Service Four days after he withdrew from a **PLEA** agreement with federal prosecutors, former Los Angeles County **SHERIFF LEE BACA** was indicted Friday on charges of conspiring to obstruct justice, obstructing justiceand lying to the federal government. If convicted of all charges, Baca who is suffering from Alzheimers disease could face up to 20 years in federal prison, according to the U.S. Attorneys Office. On Monday, Baca backed out of a **PLEA** deal he reached with prosecutors earlier this year. The deal had called for Baca, 74, to serve no more than six months behind bars on a single count of lying to the FBI, but U.S. District Judge Percy Anderson balked at the **PLEA** agreement, saying the sentence was too lenient considering the retired lawmans role in obstructing an FBI. investigation into Los Angeles County jails. Rather than face a sentence of up to five years in prison, Baca opted to withdraw his **GUILTY PLEA** opening him up to a more wide-ranging indictment. I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorneys Office that are contradicted by evidence in this case, Baca said. While my future and my ability to defend myself depends on my Alzheimers disease, I need to set the record straight about me and the Los Angeles County Sheriffs Department on misleading aspects of the federal investigation while Im capable of doing this.

View▶

Unique Visitors:  2,387

340.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca indicted in jail corruption scandal

Aug 5 2016 10:05PM PT

Former Los Angeles County **SHERIFF LEE BACA** was indicted Friday on federal charges alleging that he conspired to obstruct justice and lied to the federal government in connection with inmate civil rights abuses and corruption inside the countys jails. Baca, 74, was indicted by a grand jury on three charges just days after he told a federal judge Monday he would plead not

**GUILTY** and stand trial in connection with the scandal that has already taken down almost a dozen of his former deputies and his second in command. If convicted on all counts, the total maximum time Baca faces is 20 years in federal prison, according to prosecutors.

Advertisement

View►

Unique Visitors:  81,621

341.     **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca indicted in jail corruption scandal          Aug 5 2016 10:02PM PT

Los Angeles County **SHERIFF LEE BACA** was indicted Friday on federal charges alleging that he conspired to obstruct justice and lied to the federal government in connection with inmate civil rights abuses and corruption inside the countys jails. Baca, 74, was indicted by a grand jury on those three charges just days after he told a federal judge Monday he wants to withdraw his former **GUILTY PLEA** and stand trial in connection with the scandal that has already taken down almost a dozen of his former deputies and his second. in command. If convicted on all counts, the total maximum time Baca faces is 20 years in federal prison, according to prosecutors.

View►

Unique Visitors:  169,223

342.     **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA

Indicted on New Charges, Ex-Sheriff Lee Baca Now Faces up to 20 Years in Prison          Aug 5 2016 10:01PM PT

Ending a week that began with former Los Angeles County **SHERIFF LEE BACA** withdrawing his **GUILTY PLEA** in a federal corruption case, he was indicted Friday on allegations he obstructed justice and lied to federal investigators. Former Los Angeles County **SHERIFF LEE BACA** arrives at the downtown federal court for a **SENTENCING** hearing Aug. 1, 2016. (Credit: Gary Coronado / Los Angeles Times) The U.S. Department of Justice announced the new charges in a news release after a federal grand jury decision. Baca, 74, of San Marino is charged with one count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justice, and one count of making false statements. Baca faces up to 20 years in federal prison if convicted on the new charges. The indictment comes after Baca appeared in court on Monday to withdraw his **GUILTY PLEA** in a case in which federal prosecutors had offered him a **PLEA** deal with a sentence of six months in **JAIL.** A federal judge had rejected the deal as insufficient punishment, giving Baca the option to withdraw his earlier **GUILTY PLEA** and take a chance that harsher charges and penalties would come. Los Angeles County **SHERIFF LEE BACA** says goodbye to members of the press after he announced his unexpected retirement on Jan. 7, 2014. (Credit: David McNew/) Baca, who is in the early stages of Alzheimers disease, on Monday alleged the judge and prosecutors made untruthful statements about his actions that he said contradicted the evidence. The case results from the way the Sheriffs Department handled an FBI investigation into allegations of **INMATE ABUSE** at county jails. Undersheriff **PAUL TANAKA** was sentenced in June to five years in prison for his role in the scheme. Hewas convicted ofconspiring to obstruct justice and obstructing justice. Baca in February admitted that he lied to FBI agents and federal prosecutors in April 2013 about a plot in which sheriffs deputies two years earlier hadthreatened to arrest an FBI agent working on the **JAIL** probe. Bacaentered a **GUILTY PLEA** at that time. A conviction on the new conspiracy and false statement charges could bring a sentence of up to five years in prison each, while the

obstruction of justice carries a maximum term of 10 years. Baca will be arraigned at a later date.

View►

Unique Visitors: 2,526,816

343. **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA

**Indicted on New Charges, Ex-Sheriff Lee Baca Now Faces up to 20 Years in Prison**      Aug 5 2016 10:01PM PT

Ending a week that began with former Los Angeles County **SHERIFF LEE BACA** withdrawing his **GUILTY PLEA** in a federal corruption case, he was indicted Friday on allegations he obstructed justice and lied to federal investigators. The U.S. Department of Justice announced the charges in a news release after a federal grand jury decision. Baca, 74, of San Marino is charged with one count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justice, and one count of making false statements. Baca faces up to 20 years in federal prison if convicted on the new charges. The indictment comes after Baca appeared in court on Monday to withdraw his **GUILTY PLEA** in a case in which federal prosecutors had offered him a **PLEA** deal with a sentence of six months in **JAIL.** A federal judge rejected the deal as insufficient punishment. Baca, who is in the early stages of Alzheimers disease, on Monday alleged the judge and prosecutors made untruthful statements about his actions. The case results from the way the Sheriffs Department handled an FBI investigation into allegations of **INMATE ABUSE** at county jails. Undersheriff **PAUL TANAKA** was sentenced for five years in prison for his role in the scheme. Baca in February admitted that he lied to FBI agents and federal prosecutors in April 2013 about a plot in which sheriffs deputies two years earlier hadthreatened to arrest an FBI agent working on the **JAIL** brobe. Bacaentered a **GUILTY PLEA** at that time. A conviction on the new conspiracy and false statement charges could bring a sentence of up to five years in prison each, while the obstruction of justice carries a maximum term of 10 years. Baca will be arraigned at a later date. Former Los Angeles County **SHERIFF LEE BACA,** center, waits on the loading dock of the L.A. Federal Courthouse after a July 18 hearing. (Credit: Al Seib/Los Angeles Times) Former Los Angeles County **SHERIFF LEE BACA,** center, waits on the loading dock of the L.A. Federal Courthouse after a July 18 hearing. (Credit: Al Seib/Los Angeles Times) Ending a week that began with former Los Angeles County **SHERIFF LEE BACA** withdrawing his **GUILTY PLEA** in a federal corruption case, he was indicted Friday on allegations he obstructed justice and lied to federal investigators. The U.S. Department of Justice announced the charges in a news release after a federal grand jury decision. Baca, 74, of San Marino is charged with one count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justice, and one count of making false statements. Baca faces up to 20 years in federal prison if convicted on the new charges. The indictment comes after Baca appeared in court on Monday to withdraw his **GUILTY PLEA** in a case in which federal prosecutors had offered him a **PLEA** deal with a sentence of six months in **JAIL.** A federal judge rejected the deal as insufficient punishment. Baca, who is in the early stages of Alzheimers disease, on Monday alleged the judge and prosecutors made untruthful statements about his actions. The case results from the way the Sheriffs Department handled an FBI investigation into allegations of **INMATE ABUSE** at county jails. Undersheriff **PAUL TANAKA** was sentenced for five years in prison for his role in the scheme. Baca in February admitted that he lied to FBI agents and federal prosecutors in April 2013 about a plot in which sheriffs deputies two years earlier hadthreatened to arrest an FBI agent working on the **JAIL** brobe. Bacaentered a **GUILTY PLEA** at that time. A conviction on the new conspiracy and false statement charges could bring a sentence of up to five years in prison each, while the obstruction of justice carries a maximum term of 10 years. Baca will be arraigned at a later date.

View▶

Unique Visitors: 2,526,816

344.   **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 10:00 PM

Aug 5 2016 10:00PM PT

[10:08:17 PM] [2:26]  Peter: novak is a former LAPD civilian volunteer. Suzie: facing up to 20 years in prison if convicted of the latest charges, **LEE BACA** backed out of a prosecutor deal. Jeff nguyen shows us what is in the new indictment that was handed down today. Reporter: under a new indictment a federal grand jury charged **LEE BACA** with three counts that include obstruction of justice and conspiring with an underling to get around federal investigation into corruption and beatings at the nation's largest **JAIL** system. This was a jaw-dropping case of an attempt to escape accountability and responsibility by the highest levels of the la sheriff's department. Reporter: it comes days after he withdrew an earlier **PLEA** deal with a maximum six-month sentence. The judge called it too lenient. The 74-year-old read a statement to the reporters. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office. The prosecutors now have the option to file even more charges against him. As it stands he could face up to 20 years in prison if convicted. He said he would go to trial before he was incapacitated by Alzheimer's. I want to set the record straight that is about main. Reporter: the investigation led to the conviction of 20 people tied to the sheriff's department including **PAUL TANAKA** who was once the number two in command of the department. He was convicted and sentenced this year to five years in prison. The judge in that case is also on the bench for **LEE BACA.** It's hard for him to distance himself. Reporter: his attorney says the statement shows of this trial is vastly different than others and they believe that he will be vindicated after all the evidence is finally presented.

 Nielsen Audience: 161,564

345.   **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News

Aug 5 2016 10:00PM PT

[10:06:04 PM] [1:14]  For now this is come to an end. A federal grand jury indicted a Lake County **SHERIFF LEE BACA** on charges of the struct in justice and lying to federal investigators. The indictment comes four days after Baca withdrew an earlier **GUILTY PLEA** to a single charge of lying during an FBI investigation into the abuse of the county **JAIL.** He opted to take his chances at a high-stakes trial by walking away from an agreement he struck with prosecutors for the former sheriff open the door to the government bringing a broader and more serious case against him and that's exactly what happened. This federal indictment is much more serious than lying to the FBI. It's conspiracy to obstruct justice. This is a guy who was trying to avoid justice. He was participating in corruption and that's why these charges are serious against him. The judge said he would reject the **PLEA** deal because the six month sentence was too lenient. Baca faces up to 20 years in prison if convicted on all counts. Baca's attorney has released a statement that says these new charges represent punishment by the us attorney's office for our clients decision to seek a trial.

 Nielsen Audience: 64,415

346.   **Burbank Leader** Online Only   Market: Los Angeles, CA

New indictment accuses ex-Sheriff Lee Baca of obstructing justice, lying

Aug 5 2016 09:55PM

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal , which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. He did not specify what was untruthful. Instead, reading from a prepared statement, Baca referenced his recent diagnosis with Alzheimers disease and said the inevitable progression of the illness had injected an element of urgency into the case.

View▶

Unique Visitors:  1,693

347.  **Glendale News Press**  Newspaper   Market: Los Angeles, CA
New federal indictment accuses ex-Sheriff Lee Baca of obstructing          Aug 5 2016 09:55PM
justice, lying                                                             PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal , which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. He did not specify what was untruthful. Instead, reading from a prepared statement, Baca referenced his recent diagnosis with Alzheimers disease and said the inevitable progression of the illness had injected an element of urgency into the case.

View▶

Unique Visitors:  7,207

348.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

New indictment accuses ex-Sheriff Lee Baca of obstructing justice, lying to fede         Aug 5 2016 09:55PM PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal , which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. He did not specify what was untruthful. Instead, reading from a prepared statement, Baca referenced his recent diagnosis with Alzheimers disease and said the inevitable progression of the illness had injected an element of urgency into the case.

View▶

Unique Visitors:  1,830

349.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

New federal indictment accuses ex-Sheriff Lee Baca of obstructing justice, lying         Aug 5 2016 09:55PM PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal , which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his

**PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. He did not specify what was untruthful. Instead, reading from a prepared statement, Baca referenced his recent diagnosis with Alzheimers disease and said the inevitable progression of the illness had injected an element of urgency into the case.

View▶

Unique Visitors:  313

350.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA
New federal indictment accuses ex-Sheriff Lee Baca of obstructing justice, lying                                                    Aug 5 2016 09:55PM PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he wouldrejectthe pleadeal, which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. Interested in the stories shaping California? Sign up for the free Essential California newsletter >> He did not specify what was untruthful.

View▶

Unique Visitors:  19,365,041

351.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA
New indictment accuses ex-Sheriff Lee Baca of obstructing justice, lying to fede                                                    Aug 5 2016 09:55PM PT

A federal grand jury on Friday indicted former Los Angeles County **SHERIFF LEE BACA** on charges of obstructing justice and lying to federal investigators concerning operations at the troubled county **JAIL** system. The charges come days after Bacawithdrew an earlier **GUILTY**

**PLEA** to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. Under the new indictment, Baca facesone count of conspiracy to obstruct a federal grand jury investigation, one count of obstruction of justiceand one count of making false statements. If convicted on all counts, he could face 20 years in prison. In deciding to walk away from the agreement he struck with federal prosecutors on Monday, Baca opened the door to the governmentbringing a broader and more serious case against him. Michael Zweiback, one of Bacas attorneys, said Monday he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year of obstructionofjustice in the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal , which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. He did not specify what was untruthful. Instead, reading from a prepared statement, Baca referenced his recent diagnosis with Alzheimers disease and said the inevitable progression of the illness had injected an element of urgency into the case.

**View▶**

Unique Visitors:  19,365,041

352.   **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca indicted in jail corruption scandal

Aug 5 2016 09:49PM PT

Los Angeles County **SHERIFF LEE BACA** was indicted Friday on federal charges alleging that he conspired to obstruct justice and lied to the federal government in connection with inmate civil rights abuses and corruption inside the countys jails. Baca, 74, was indicted by a grand jury on those three charges just days after he told a federal judge Monday he wants to withdraw his former **GUILTY PLEA** and stand trial in connection with the scandal that has already taken down almost a dozen of his former deputies and his second. in command. If convicted on all counts, the total maximum time Baca faces is 20 years in federal prison, according to prosecutors.

**View▶**

Unique Visitors:  648,730

353.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca indicted in jail corruption scandal

Aug 5 2016 09:49PM PT

Los Angeles County **SHERIFF LEE BACA** was indicted Friday on federal charges alleging that he conspired to obstruct justice and lied to the federal government in connection with inmate civil rights abuses and corruption inside the countys jails. Baca, 74, was indicted by a grand jury on those three charges just days after he told a federal judge Monday he wants to withdraw his former **GUILTY PLEA** and stand trial in connection with the scandal that has already taken down almost a dozen of his former deputies and his second. in command. If convicted on all counts, the total maximum time Baca faces is 20 years in federal prison, according to prosecutors.

**View▶**

Unique Visitors:  121,410

354.  **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca indicted in jail corruption scandal

Aug 5 2016 09:48PM PT

Los Angeles County **SHERIFF LEE BACA** was indicted Friday on federal charges alleging that he conspired to obstruct justice and lied to the federal government in connection with inmate civil rights abuses and corruption inside the countys jails. Baca, 74, was indicted by a grand jury on those three charges just days after he told a federal judge Monday he wants to withdraw his former **GUILTY PLEA** and stand trial in connection with the scandal that has already taken down almost a dozen of his former deputies and his second. in command. If convicted on all counts, the total maximum time Baca faces is 20 years in federal prison, according to prosecutors.

View▶

Unique Visitors:  105,100

355.  **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca indicted in jail corruption scandal

Aug 5 2016 09:48PM PT

Former Los Angeles County **SHERIFF LEE BACA** was indicted Friday on federal charges alleging that he conspired to obstruct justice and lied to the federal government in connection with inmate civil rights abuses and corruption inside the countys jails. Baca, 74, was indicted by a grand jury on three charges just days after he told a federal judge Monday he would plead not **GUILTY** and stand trial in connection with the scandal that has already taken down almost a dozen of his former deputies and his second in command. If convicted on all counts, the total maximum time Baca faces is 20 years in federal prison, according to prosecutors. Advertisement

View▶

Unique Visitors:  96,338

356. **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca Indicted After Withdrawing From Plea Deal

Aug 5 2016 09:46PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** was indicted Friday on charges of conspiring to obstruct justice, obstructing justice and lying to the federal government less than a week after he withdrew from a **PLEA** agreement with federal prosecutors. This is a breaking news report. More information will be provided as it becomes available.

View▶

Unique Visitors:  1,743,155

357. **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 9:00 PM

Aug 5 2016 09:30PM PT

[9:31:22 PM] [0:39]  Let's start with your goals. Let's not have images that do the opposite. Reporter: just days after **LEE BACA** backed out of a **PLEA** deal, the charges include conspiring to obstruct justice, obstructing justice and lying to the federal government. **LEE BACA** has to cut a

deal with prosecutors to serve no more than six months. But a judge refused to accept the deal saying there was too little time behind bars. The family of a Chicago teenager is calling it murder.

Nielsen Audience:  155,820

358.  **KCAL-IND** Television  Market: Los Angeles, CA

KCAL 9 News at 9:00 PM

Aug 5 2016 09:00PM PT

[9:28:05 PM] [0:17]  Andrea: a firestorm of criticism. Supporters of the black lives matter movement speak out. And **LEE BACA** is indicted on new charges. What is next? We have that coming up announcer: this is "kcal 9 news" at 9:00 o'clock.

Nielsen Audience:  155,233

359.  **KCAL-IND** Television  Market: Los Angeles, CA

KCAL 9 News at 8:00 PM

Aug 5 2016 08:00PM PT

[8:11:31 PM] [0:29]  The police chief said he set an example for other officers to follow. Former **SHERIFF LEE BACA** was indicted today on charges he obstructed justice and lied to federal investigators. This comes days after he withdrew his **GUILTY PLEA** because the judge said his **PLEA** bargain was too lenient. He suffers from Alzheimer's disease and faces up to 20 years behind bars. A former LAPD detective will get $50,000 from the city to settle a civil rights claim.

Nielsen Audience:  89,889

360.  **KDOC-IND** Television  Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM

Aug 5 2016 07:00PM PT

[7:00:24 PM] [0:23]  Roadway rampage leads to officers firing a Taser on the 21 f0reeway. Exclusive video. **LEE BACA** indicted. Why the man who once ran the la county sheriff's department could spend 20 years behind bars. Mr. trump: I support and endorse our speaker of the house, Paul Ryan.

[7:02:56 PM] [0:45]  Many werem" thankfully no one was hurt. Miriam Hernandez, ABC 7 eyewitness news. David: a federal grand jury indicted former la county **SHERIFF LEE BACA** f, or charges clobudstinrug ctcos+ionsn piofrd lying to investigators. This comes after he withdrew his **GUILTY PLEA** to lying to federal authorities during a corruption probe at the county jails, seeking to go to trial instead. A judge rejected a **PLEA** deal, because it only called for up to six months behind bars. Basa's attorney says that baca's attorney says that he believes he will be indicated. A shocking discovery in a movie theater parking lot in le havre.

Nielsen Audience:  22,781

361.  **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 6:00 PM

Aug 5 2016 06:00PM PT

[5:59:55 PM] [0:00]    **  <em></em>**   **  <em>. </em>** La city attorney and LAPD are not commenting on the case. Amy Powell, ABC7, "eyewitness news.

[6:02:15 PM] [0:38]  He was transported for mental evaluation. The freeway was shut down but reopened now. A federal grand jury has indicted **LEE BACA** on charges of conspiracy,

obstruction of justice and lying to federal investigators, this after Baca withdrew his **GUILTY PLEA,** seeking to good to trial instead. A federal judge rejected a **PLEA** deal because it called for only six months behind bars. Baca's attorney said that the new charges are punishment for his client's decision and he believes that Baca will be vindicated after all the evidence is presented. We know this well.

 Nielsen Audience:  209,065

362.    **KCBS-CBS** Television    Market: Los Angeles, CA

CBS2 News at 6:00 PM                                         Aug 5 2016 06:00PM
                                                                         PT

[6:02:28 PM] [0:28]  Paul: more news from the campaign trail at 6:30 on the CBS Evening News. Former la county **SHERIFF LEE BACA** was indicted for obstructing justice and lying to investigators. He withdrew a **GUILTY PLEA** because he said the judge said it was too lenient. Baca faces up to 20 years behind bars. Paul: the chp is recommending hit-and-run charges against Dennis rodman.

 Nielsen Audience:  93,360

363.    **KABC-ABC** Television    Market: Los Angeles, CA

Eyewitness News at 5:00 PM                                   Aug 5 2016 05:00PM
                                                                         PT

[5:01:12 PM] [3:02]  Miriam Hernandez, ABC7, "eyewitness news. Thank you. Days after withdrawing a **GUILTY PLEA,** former la county **SHERIFF LEE BACA** face as potentially longer sentence after an indictment was handed down today. Jory rand joins us with more on the charges and what's next for the former sheriff, who is now battling Alzheimer's. That Alzheimer's diagnosis is part of the reason why Baca said he wants this to go to trial. He wants to be able to explain himself while he still can. The indictment handed down three counts, a move that baca's attorney is calling punishment. **LEE BACA** facing up to 20 years in prison after he was indicted today. The charges include conspiracy, obstruction of justice and lying to federal investigators. It stems from 2011. An inmate in the county **JAIL** was acting as an informant. When Baca found out, he was not happy. You are an FBI agent. You know that when you get to the edge, that the heat will come down hard, whether it was legal or illegal. The inmate was hidden in the system, records falsified. An FBI agent was threatened with arrest. Baca had come to a **PLEA** deal in this case that would have given him anywhere between probation and six months in prison. The judge rejected that deal, saying it was too lenient. Today I will withdraw my **GUILTY PLEA** and seek a trial. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office. Complicating efforts is that Baca is suffering Alzheimer's. Saying he would not receive adequate care in prison and wants to set the record straight. We received this statement in the last hour. It reads these new charges represent punishment for the client's decision to seek a trial. It was written in all caps, "the United States attorney's office has admitted in court the weakness of its case. That's referring to the statement that it was **PAUL TANAKA** that was the ringleader and not Baca himself. Now to Riverside county. Leticia Juarez is live in meade valley and spoke with a family member of one of the victims found.

 Nielsen Audience:  165,398

364.    **KNBC-NBC** Television    Market: Los Angeles, CA

NBC4 News at 5:00 PM                                         Aug 5 2016 05:00PM

PT

[5:06:42 PM] [0:30]  Former Los Angeles county **SHERIFF LEE BACA** is now facing federal charges includi conspiracy, obstruction of justice and lying to federal agents. The charges are all connected to the investigation into corruption and civil rights abuses at the Los Angeles cou **JAIL.** Today's indictment comes now just four days after **LEE BACA** pulled out of a **PLEA** federal prosecutors. The issue there, the jud says it did not punish him enough. Now, if convicted on all the charges before him, the former chief could spend up to 20 years in federal prison.

   Nielsen Audience:  106,592

365.    **KABC-ABC** Television   Market: Los Angeles, CA

        Eyewitness News at 4:00 PM                                    Aug 5 2016 04:30PM
                                                                                  PT

[4:51:22 PM] [0:18]  What one groom did that left him with a truly blushing bride. And the crash caught on camera that will leave you gasping. An indictment for former la county **SHERIFF LEE BACA.** More on the new charges he will face. And it's video you will only see here on "eyewitness news.

   Nielsen Audience:  149,190

366.    **KABC-ABC** Television   Market: Los Angeles, CA

        Eyewitness News at 4:00 PM                                    Aug 5 2016 04:30PM
                                                                                  PT

[4:58:35 PM] [0:09]  **LEE BACA** indicted by a federal grand jury. And gunfire at a Riverside county home. Two people are killed.

   Nielsen Audience:  149,190

367.    **KCAL-IND** Television   Market: Los Angeles, CA

        KCAL 9 News at 4:00 PM                                        Aug 5 2016 04:00PM
                                                                                  PT

[4:03:28 PM] [0:50]  Sandra: firefighters think that the machine that coordinates the water broke and that is what caused the problem. Days after **LEE BACA** act out of a **PLEA** deal, he has been indicted on charges that could carry a 20 year prison sentence. Those charges include conspiring to obstruct justice, and lying to the federal government. The charges stem from an FBI investigation. **LEE BACA** had cut a deal with prosecutors that serve no more than six months but a judge refused to accept the deal, saying it was too little time behind bars. Sandra: Dennis rodman could face charges in a hit-and-run crash. He reportedly drove the wrong way on the five freeway causing another driver to crash.

   Nielsen Audience:  48,072

368.    **KNBC-NBC** Television   Market: Los Angeles, CA

        NBC4 News at 4:00 PM                                          Aug 5 2016 04:00PM
                                                                                  PT

[4:02:04 PM] [0:29]  Former la county **SHERIFF LEE BACA** is facing charges including obstruction of justice and lying to the federal government. It's all about the investigation into corruption and civil rights abuses at the county **JAIL** in today's indictment comes just four days after Baca withdrew a **PLEA** with the federecutor. So far, the arraignment for this indict has not been set but if convicted of all charges, Baca could spend up to 20 years in federal prison.

Nielsen Audience:  64,239

369.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 3:00 PM

Aug 5 2016 03:30PM PT

[3:58:45 PM] [0:46]  "Eyewitness news" at 4:00 starts right now. Breaking news. A federal grand jury has guided former **SHERIFF LEE BACA.** Charges include conspiracy, obstruction of justice and lying to federal investigators, this after Baca withdrew his **GUILTY PLEA** during a corruption probe. A federal judge rejected a **PLEA** deal calling it too lenient because it called for up to six months behind bars. Baca said that he wanted to go to trial before his Alzheimer's disease woersened. Now to an "eyewitness news" exclusive, a wild scene on the 210.

Nielsen Audience:  73,641

370.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 3:00 PM

Aug 5 2016 03:00PM PT

[3:02:10 PM] [0:45]  They're asking anyone with relevant information to contact them with tips. Breaking news, former la county **SHERIFF LEE BACA** has been indicted by a federal grand jury for allegedly obstructing justice and lying to the federal government. The case is the result of an investigation by the FBI into corruption and civil rights abuses at la county jails. If convicted on all counts, Baca faces 20 years in federal prison. Baca withdrew his **GUILTY PLEA** after a judge rejected his **PLEA** deal with prosecutors, saying it was too lenient. New video was just released of a deadly police shooting in Chicago just a little over a week after it happened. Chicago Police are now on high alert in case of possible retaliation.

Nielsen Audience:  52,768

371.  **Our Weekly** Online Only   Market: Los Angeles, CA

Baca withdraws plea deal; new court date ...

Aug 5 2016 01:13PM PT

Former Los Angeles County **SHERIFF LEE BACA** this week withdrew his **GUILTY PLEA** to a federal corruption charge and will go to trial, with a court date tentatively set for September. On Monday, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. Baca retired in 2014 after 16 years as sheriff. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings for Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. Going into the hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal would trivialize the seriousness of the offenses. Bacas attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment in the not too distant future. Zweiback said he expected that indictment to include a range of charges similar to those that were filed

against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a significant illness issue which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimers disease. Anderson said at the July hearing that he would not accept a six-month prison sentence for a defendant who had played a key role in a wide-ranging obstruction attempt that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said. Its another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Mens Central **JAIL.** To impose the penalty would not address the gross abuse of the publics trust, the judge said, adding that such a punishment understates the seriousness of the offense. Baca argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody.

View▶

Unique Visitors:  6,733

372.  **City Watch** Online Only   Market: Los Angeles, CA

New Chief for LAX PD: Out with the Old, in with the New

Aug 5 2016 07:02AM PT

GUEST COMMENTARY-While the news is all a buzz with the upcoming corruption trial for former Los Angeles County **SHERIFF LEE BACA,** the retiring of former Los Angeles Police Chief NYPD Commissioner William Bratton and the continued calls from community activists for the firing of current LAPD Chief Charlie Beck, the Los. Angeles Airport Peace Officers' Association remains hopeful for real leadership for our department in the search for a new police chief. Let's be clear, Chief Patrick Gannon was a consistent disappointment to the rank-and-file police officers of the LAXPD.

View▶

Unique Visitors:  17,458

373.  **KFI-AM** Radio   Market: Los Angeles, CA

KFI 640am - Bill Handel

Aug 5 2016 07:00AM CT

[7:08:10 AM] [0:15]  Of from stopping our. In the way of an FBI investigation and abuse in nine at the **JAIL.** And they'd appeal well the appellate courts and. No thank you know what he or not for you.

[7:09:31 AM] [0:46]  Investigating allegations of civil rights abuses in the jails and. You'll remember one of the ways at the FBI had pursue that case. Was to recruit informants inside the **JAIL** an inmate named Anthony brown. Who was acting as the eyes and ears of some of the. FBI agents and feeding information about what was going on in the jails back to the FBI. That he was doing that using a cell phone. That the FBI had the ride. A crooked sheriff's deputy to smuggle into the **JAIL** four days in May and what the sheriff's department discovered. That the FBI was traveling around and these in May was a cooperating witness with the FBI. Rather than call the FBI and that the share saying my gosh were so horrified that there's something criminal going on our jails look we can to help.

[7:10:53 AM] [0:55]  That lawyers for these seven argued. That the jurors reached the wrong conclusion in the **GUILTY** verdicts. Because the lawyers for that deputies argued. That the violation was interfering with the grand jury investigation. And the jurors they say that believed mistakenly. That these seven were **GUILTY** of interfering with FBI agents work and they said because the distinction was drawn clearly enough. Jurors convicted deputies for doing something that they were technically accused of doing in other words. They said that they are

**GUILTY** because they threaten the FBI agent they messed with the FBI. But in reality the violation was the result of that. Which was interference with the grand jury which is taking testimony and evidence and so on and the judge that that three judges that looked at this the ninth circuit court of appeals.

[7:12:51 AM] [0:19]  And this is said this is our favorite nazi Germany defense I was just following orders. And be as they also tried to argue before the appeals court. That because they were following orders from Paul Tanaka out and allegedly **LEE BACA** on and they had no. Reason to believe. That there orders were unlawful.

 Nielsen Radio Audience:  95,600

374.  **KFI-AM** Radio   Market: Los Angeles, CA

KFI 640am - Bill Handel

Aug 5 2016 07:00AM CT

[7:00:58 AM] [0:32]  But now the jurors who voted **GUILTY** of twenty fourteen had to consider the correct evidence and have been given the correct instructions. Federal prosecutors say the seven scheme with former under sheriff Paul Tanaka. And action are we not get to interfere with the FBI as its agents investigating claims of **INMATE ABUSE** in county jails. Are under cain and find it was. Babies have been born in California would seek related birth defects including microsoft foley no information has been released about the mothers or the baby's the feds are giving California about three and a half million dollars to track is the decade.

 Nielsen Radio Audience:  95,600

375.  **The Signal** Newspaper   Market: Los Angeles, CA

Former sheriffs officials lose appeal in corruption case

Aug 5 2016 01:33AM PT

A A A A federal appeals court on Thursday rejected appeals from seven former Los Angeles County Sheriffs Department officials convicted on corruption charges in 2014. Stephen Leavins, 54, a former lieutenant and Valencia resident, was one of seven officials convicted two years ago of obstruction of justice for interfering with an FBI civil rights investigation at Mens Central **JAIL** in Los Angeles. The Ninth Circuit Court of Appeals categorical rejection of the arguments raised by the seven former members of the Los Angeles County Sheriff's Department speaks volumes, U.S. Attorney for the Central District of California Eileen M. Decker said in a prepared statement Thursday. Although the actions of these seven defendants tarnished the department they claimed to serve, we recognize that their criminal actions are not reflective of the conduct of the entire Los Angeles Sheriffs Department, the vast majority of whom serve our community with integrity and honor every day. Leavins, who was head of the Sheriffs Department Internal Affairs section, was a central figure during a federal trial in downtown Los Angeles. The court determined the defendants threatened to arrest an FBI agent, attempted to influence witnesses and concealed an FBI informant who should have been given to federal authorities. Leavins said during trial that he was not trying to obstruct the FBIs probe and was doing his job to protect the informant and deputies. The other defendants are **JAMES SEXTON,** Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and Greg Thompson. Sentences for the defendants ranged from 18 to 41 months. Leavins received the maximum. All seven were permitted to remain free on bail pending the appeal. In a separate case related to the corruption investigation, former Undersheriff **PAUL TANAKA** was sentenced to five years in federal prison. This week former **SHERIFF LEE BACA** withdrew a **GUILTY PLEA** after a judge ruled that a proposed six-month **JAIL** sentence was not sufficient.