View▶

Unique Visitors: 1,432

**376.** 🖱 **Agoura Hills Patch**   Online Only   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule     Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors: 6,083,832

**377.** 🖱 **Altadena Patch**   Online Only   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule     Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse

the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge-which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

378.  **Beverly Hills Patch**  Online Only   Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals     Aug 4 2016 11:19PM
Court Rule                                                                              PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge-which carries a five-year maximum sentence- the retired lawman's punishment would be far

more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

379.    **Calabasas Patch**  Online Only   Market: Los Angeles, CA
        7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals          Aug 4 2016 11:19PM
        Court Rule                                                                                  PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

380.    **Cerritos-Artesia Patch**  Online Only   Market: Los Angeles, CA
        7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals          Aug 4 2016 11:19PM
        Court Rule                                                                                  PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed,

and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel.
Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and
**JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were
allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and
deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse
the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal
Investigations Bureau, a unit that investigates criminal activity by sheriff's department
employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their
motives, their purposes," Fernandez concluded. "They say that all was done for benign
purposes, but the government says that what they did was for criminal purposes. Ultimately, a
properly instructed jury had to decide whose narrative it believed." The case stemmed from a
covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials
discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false
names and moved him to different locations. They also went to the home of an FBI agent and
threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the
nation's largest sheriff's department for 16 years, is expected to be indicted in the coming
weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a
charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The
judge indicated that if Baca went forward with **SENTENCING** on the false statements charge-
which carries a five-year maximum sentence- the retired lawman's punishment would be far
more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the
early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and
conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL
TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka
is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

381.    **Culver City Patch** *Online Only*   Market: Los Angeles, CA
        7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals        Aug 4 2016 11:19PM
        Court Rule                                                                   PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions
delivered by a lower court judge were correct and did not misstate essential elements of the
charges against the defendants at trials two years ago. "These juries were properly instructed,
and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel.
Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and
**JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were
allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and
deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse
the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal
Investigations Bureau, a unit that investigates criminal activity by sheriff's department
employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their
motives, their purposes," Fernandez concluded. "They say that all was done for benign
purposes, but the government says that what they did was for criminal purposes. Ultimately, a
properly instructed jury had to decide whose narrative it believed." The case stemmed from a
covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials
discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false
names and moved him to different locations. They also went to the home of an FBI agent and
threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the

nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

382.     **Eagle Rock Patch** Online Only   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

383.     **Echo Park Patch** Online Only   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors: 6,083,832

384. **Encino Patch** Online Only  Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a

properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

385.    **Hermosa Beach Patch** Online Only   Market: Los Angeles, CA
          7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals              Aug 4 2016 11:19PM
          Court Rule                                                                                                          PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

386.    **Highland Park-Mount Washington Patch**  Online Only    Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals     Aug 4 2016 11:19PM
Court Rule                                                                                  PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

387.    **Hollywood Patch**  Online Only    Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals     Aug 4 2016 11:19PM
Court Rule                                                                                  PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse

the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

388.    **La Canada Flintridge Patch** Online Only   Market: Los Angeles, CA
         7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals          Aug 4 2016 11:19PM
         Court Rule                                                                                      PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far

more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

389.     **Malibu Patch**  Online Only   Market: Los Angeles, CA
         7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals        Aug 4 2016 11:19PM
         Court Rule                                                                                  PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

390.     **Manhattan Beach Patch**  Online Only   Market: Los Angeles, CA
         7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals        Aug 4 2016 11:19PM
         Court Rule                                                                                  PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed,

Media Coverage Report

and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

**View▶**

Unique Visitors:  6,083,832

391. **Marina del Rey Patch** *Online Only*  Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the

Media Coverage Report

nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

392.  **Montrose Patch** Online Only   Market: Los Angeles, CA

**7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule**                                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

393.       **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals        Aug 4 2016 11:19PM
Court Rule                                                                        PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

394. **Northridge Patch** Online Only  Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals        Aug 4 2016 11:19PM
Court Rule                                                                        PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a

properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

395.    **Pacific Palisades Patch**  Online Only   Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals          Aug 4 2016 11:19PM
Court Rule                                                                     PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

Media Coverage Report

Unique Visitors:  6,083,832

396.   **Redondo Beach Patch**  Online Only  Market: Los Angeles, CA

View▶

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                  Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

397.   **San Marino Patch**  Online Only  Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                  Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse