the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

398.    **Santa Monica Patch**  Online Only   Market: Los Angeles, CA
        7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals         Aug 4 2016 11:19PM
        Court Rule                                                                     PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far

Media Coverage Report

more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

399.  **Sherman Oaks Patch**  Online Only   Market: Los Angeles, CA
**7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule**                                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

400.  **South Pasadena Patch**  Online Only   Market: Los Angeles, CA
**7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule**                                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed,

and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

**View▶**

Unique Visitors:  6,083,832

401.  **Studio City Patch** *Online Only*  Market: Los Angeles, CA
7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule          Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the

nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

402.    **Venice Patch** *Online Only*   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals Court Rule                                                                    Aug 4 2016 11:19PM PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

403.        **Westwood-Century City Patch** *Online Only*   Market: Los Angeles, CA

7 Officers Convicted in Jail Abuse Coverup Will Go to Prison, Appeals          Aug 4 2016 11:19PM
Court Rule                                                                        PT

In its opinion, a panel of the U.S. 9th Circuit Court of Appeals found that jury instructions delivered by a lower court judge were correct and did not misstate essential elements of the charges against the defendants at trials two years ago. "These juries were properly instructed, and accepted the government's position," Judge Ferdinand F. Fernandez wrote for the panel. Greg Thompson, Steve Leavins, Gerard Smith, Mickey Manzo, Scott Craig, Maricela Long and **JAMES SEXTON** were sentenced to terms ranging from 18 to 41 months in prison, but were allowed to remain free pending appeal. Attorneys for the former lieutenants, sergeants and deputies argued their appeals last month in Pasadena, asking the three-judge panel to reverse the jury's **GUILTY** verdicts. Leavins, Craig and Long were members of the Internal Criminal Investigations Bureau, a unit that investigates criminal activity by sheriff's department employees. Leavins was a lieutenant, while Craig and Long were sergeants. their intent, their motives, their purposes," Fernandez concluded. "They say that all was done for benign purposes, but the government says that what they did was for criminal purposes. Ultimately, a properly instructed jury had to decide whose narrative it believed." The case stemmed from a covert FBI investigation into corruption and brutality by **JAIL** deputies. After sheriff's officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and moved him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Former Los Angeles County **SHERIFF LEE BACA,** who ran the nation's largest sheriff's department for 16 years, is expected to be indicted in the coming weeks on charges growing out of the case. On Monday, Baca withdrew a **GUILTY PLEA** to a charge of lying to investigators about his knowledge of the plan to threaten the FBI agent. The judge indicated that if Baca went forward with **SENTENCING** on the false statements charge- which carries a five-year maximum sentence- the retired lawman's punishment would be far more severe than the six months imprisonment called for in the **PLEA** deal. Baca, who is in the early stages of Alzheimer's disease, is expected to be charged with obstruction of justice and conspiracy in addition to the prior false statements charge. His former top deputy, **PAUL TANAKA,** was convicted on similar charges and sentenced to five years earlier this year. Tanaka is free pending appeal before the 9th Circuit. He is due to report to prison Oct.

View▶

Unique Visitors:  6,083,832

404.   **KABC-ABC** Television   Market: Los Angeles, CA
                                                    Aug 4 2016 05:00PM
       Eyewitness News at 5:00 PM                                    PT

[5:03:09 PM] [1:55]  Leo stallworth, ABC7, "eyewitness news. Today the ninth circuit court of appeals upheld the seven convicted of conspiracy and obstruction of justice under **LEE BACA.** It was allegedly a scheme to hide an informant. We learned long ago that following orders is not a defense and that's the situation in this cases well. Each of the officers had an individual responsibility to follow the law. Federal law enforcement is investigating the matter, you cannot obstruct that investigation. Today's decision by the appeals court is bad news for **LEROY BACA,** who will likely face charges on the same charges as is George tanaka. A former inmate is glad to be freed from **JAIL,** but unset how his case was handled. I was awarded $10.1 million. Blaming the wrongful incarceration on then-detective craig ditch and members of an sheriff department gang known as the Lynwood Vikings, including **PAUL TANAKA.** They hunted me like an animal. Joseph corrao was released, after it was found that he was framed during coerced testimony.

Nielsen Audience:  165,398

**405.**  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 11:00 AM

Aug 4 2016 11:00AM
PT

[11:07:16 AM] [0:58]  The 9th circuit court of appeals has upheld the convictions of seven former deputies, sergeants and lieutenants. The seven were convicted in July of of conspiracy and obstruction 2014 of justice for blocking an FBI investigation into **INMATE ABUSE** and corruption inside lacounty jails. They were sentenced to prison terms ranging from 18 to 41 months but have remained free on bail pending appeal. Former undersheriff **PAUL TANAKA** was sentenced to five years in prison for his role in the same scheme. He also remains free on bail pending appeal. Former **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** earlier this week, and he is expected to stand trial. Phillip: today, the first of two memorial services will be held for a San Diego police officer fatally shot during a traffic stop. On July 28th, Jonathan de Guzman, a 16-year San Diego veteran of the police department was shot five times at close range in the driver's seat of his patrol car.

Nielsen Audience:  116,084

**406.** **Our Weekly** Online Only   Market: Los Angeles, CA

Baca withdraws plea deal; new court date set in September

Aug 4 2016 09:54AM
PT

Former Los Angeles County **SHERIFF LEE BACA** this week withdrew his **GUILTY PLEA** to a federal corruption charge and will go to trial, with a court date tentatively set for September.

View▶

Unique Visitors:  6,733

**407.** **Pasadena Weekly** Newspaper   Market: Los Angeles, CA

Deal Breaker

Aug 4 2016 03:26AM
PT

Disgraced former Los Angeles County **SHERIFF LEE BACA** will be heading to trial in September. After initially striking a deal in which he would serve six months in prison by pleading **GUILTY** to one count of lying to federal officials investigating conditions in Los Angeles County jails, Baca withdrew his **PLEA** Monday after US District Judge Percy Anderson rejected the deal. Bacas attorney scrambled to set up a new deal, but ultimately could not come to an agreement with prosecutors. Bacas trial for allegedly lying as well as the additional charges of obstruction, conspiracy, public corruption and civil rights abuses is set to begin on Sept. 20. I made this decision due to untruthful comments about my actions made by the court and the U.S. attorneys office that are contradicted by evidence in this case, the retired sheriff read from a prepared statement outside the courtroom on Monday. Baca says he is in the early stages of Alzheimers disease. While my future and my ability to defend myself depends on my Alzheimers disease, I need to set the record straight about me and the Los Angeles Sheriffs Department while Im capable of doing this, Baca said. According to prosecutors, deputies, acting on Bacas orders, visited an FBI agent investigating abuse claims in 2010 and threatened to arrest her at her home in an effort to intimidate her during a federal investigation into abuse by deputies working in the countys jails. Baca later told the FBI that he was unaware of the incident, but it was later revealed the deputies were acting on Bacas orders. So far, 20 former sheriffs officials have been convicted, including former Undersheriff **PAUL TANAKA,** who received a five-year sentence for his role in efforts to impede the investigation.



View▶

Unique Visitors: 5,554

**408.** **KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television   Market: Los Angeles, CA

Attorney Bobby Samini on ex-LA County Sheriff Lee Baca's corruption case

Aug 2 2016 09:33PM PT

LOS ANGELES (FOX 11) - Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge in a federal corruption case. He opted to go to trial instead, which is set for late September. "If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial," said Michael Zweiback, one of Bacas attorneys. Baca admitted to lying to federal agents in early 2013 and later made a **PLEA** deal, which was both rejected by Judge Percy Anderson and then withdrawn by Baca himself. Under the terms of the **PLEA** deal, 74-year-old Baca would have received a sentence of no more than six months in federal prison. Judge Anderson said that deal "would not address the gross abuse of the publics trust." Other sentences in the same case have ranged from one year up to five years, with **PAUL TANAKA,** the former undersheriff, receiving the most time. Bobby Samini, a local trial lawyer, said all those previous defendants of the same case can come back and serve as witnesses. "The message from the judge is this is not enough, you cant give the guy at the top of the food chain six months," he said. According to Samini, Baca and his team revealed that the former sheriff had early onset Alzheimers disease about a month before the hearing. "Is this going to affect the trial in the future? I dont think so," he said. "Because the reports Im reading is that this is really early onset, that he just started to consult a physician about it." The judges rejection was unusual, as most **PLEA** deals are accepted by judges, Samini said. "Baca served for a long time, I think he did a lot of good," he said. "But the fact of the matter is you cant go intimidating FBI agents and then lying to the FBI and trying to cover this up.

View▶

Unique Visitors: 5,412

**409.** **Wave Newspapers** Online Only   Market: Los Angeles, CA

Baca withdraws guilty plea; will stand trial

Aug 2 2016 04:44PM PT

LOS ANGELES Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge Aug. 1 and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me be very clear, one charge, Baca said outside the courthouse. Today Im withdrawing my **GUILTY PLEA** and will seek a trial. Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorneys Office that are contradicted by evidence in this case, Baca said. While my future and my ability to defend myself depends on my Alzheimers disease, I need to set the record straight about me and the Los Angeles County

Sheriffs Department on misleading aspects of the federal investigation while Im capable of doing this. I want to thank my friends and family for encouraging me to stand up for what is right. My spirits are high and my love for all people is Gods gift to me. Going into the hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal would trivialize the seriousness of the offenses. Bacas attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment in the not too distant future. Zweiback said he expected that indictment to include a range of charges similar to those that were filed against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a significant illness issue which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimers disease. Anderson said at the July hearing that he would not accept a six-month prison sentence for a defendant who had played a key role in a wide-ranging obstruction attempt that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said. Its another for the chief law enforcement officer of Los Angeles County to cover up abuse in Mens Central **JAIL.** To impose the penalty would not address the gross abuse of the publics trust, the judge said, adding that such a punishment understates the seriousness of the offense. Baca argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. He is suffering from Alzheimers, which has become advanced and its a very significant and concerning time for him about what he should do next, Zweiback said outside court. Federal prosecutors countered that the countys former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs Association. The rejected **PLEA** agreement which one of Andersons colleagues on the federal bench recently called troubling was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. I made a mistake and accept being held accountable, Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should do everything but put handcuffs on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  5,760

410.    **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA

Aug 2 2016 04:17PM

What will happen when Lee Baca goes on trial?

PT

It's official: former L.A. County **SHERIFF LEE BACA** will be going on trial. It's the latest turn of events that all started with federal investigators looking into allegations of abuse within the L.A. County **JAIL** system.Baca is accused of lying to federal officials in the middle of that investigation. A high-profile trial is ahead, and for analysis Loyola Law School professor Stanley Goldman joins Take Two. The best SoCal news in your inbox, daily.

View►

Unique Visitors:  506,157

411.       **Canyon News**   Newspaper   Market: Los Angeles, CA

Former Sheriff Lee Baca Withdraws Guilty Plea

Aug 2 2016 01:30PM PT

LOS ANGELESFormerLos Angeles County **SHERIFF LEE BACA** decidedto withdraw his **GUILTY PLEA** in court on Monday, August 1and take the chance of facing a jury ina trial instead of **JAIL** time forthe charge of lying to federal authorities during an FBI investigationof the countys jails. The trial is set to begin in September. Baca and his attorney have been unable to come to an agreement with the courts for **SENTENCING** for his involvement to lieto federal authorities. The negotiations came after U.S. District Judge Percy Anderson last monthrejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. In his rejection of the **PLEA** deal, Anderson said a six month sentence will not address the abuse of the publics trust. Bacas attorney, Michael Zweiback said attempts to agree to a **PLEA** deal with prosecutors had not been successful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, said Zweiback. Baca informed the public that he was diagnosed with Alzheimers disease last year. His attorney is hoping that when a jury sees his client is unable to comprehend the proceedings that they can rule him mentally incompetent. Anderson set the pre-trial hearing for September 6 and September 12, while a trial date has been set for September 20. The trial date can be postponed, because of Bacas mental state. He announced in 2015 that he was diagnosed with Alzheimers disease. Nine other former officials have either been convicted or pleaded **GUILTY** intheir roles of trying to corrupt theFBIs investigationincluding Bacas former second-in-command **PAUL TANAKA.** The post appeared first on Canyon News.

View►

Unique Visitors:  18,567

412.       **KTTV-FOX**   Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 2 2016 08:30AM PT

[8:29:43 AM] [0:21]  A high-profile trial you are definitely the guy to talk to. Would you, if he is your guy, would you have had him accept whatever the judge would give him? Probably not, Steve, because this same judge gave **PAUL TANAKA** five years just a few months ago. So I'm pretty sure baca's team was pretty worried. They didn't want to put him in front of this judge.

[8:30:32 AM] [0:14]  There's some real risk here. It's not an open-and-shut case for the prosecution, although they have tried other defendants already. You mentioned **PAUL TANAKA.** He's been sentenced. Does that mean he could actually come back into the courtroom and serve as a witness?

[8:31:00 AM] [0:12]  You tell me where I'm wrong. Sure. I'm going to say here's **LEE BACA,** a very well-liked guy, the public has liked him. Powerful guy. Powerful guy, but not a hands-on

sheriff.

[8:32:48 AM] [0:55]  I think it was pretty clear he didn't know the actual particulars of what was happening. So therefore six months is enough. Well, I think the message from the judge was that six months is too light, and I think what I think is happening now is probably baca's team and the federal prosecutors are talking daily to see if they can come up with another **PLEA** that's more than six months and less. Than five years. The other problem with this **PLEA,** Steve, was that they put it in front of the judge and kind of in a unique way tried to tie his hands and say here's the **PLEA** take it or leave it. It is a maximum of six months and judges usually will go for a **PLEA** deal so this was a little unusual in that sense. It was a little unusual. Most **PLEA** deals are accepted by judges. This one it was so unreasonable that he couldn't accept it. According to the judge.

[8:34:31 AM] [0:43]  Right. They have been pushing this story for about a month and a half now that this is the case. I don't think it is going to impact **SENTENCING.** I think it might have some impact in how the trial plays ow, whether they make an argument how the trial plays out, whether they make an argument whether he's fit to stand trial. But I don't think anybody is saying it is that advanced at this point right, but I think the point they are making you could send somebody to prison that will need medical help.

Nielsen Audience:  45,707

413.  **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 2 2016 08:00AM PT

[8:23:56 AM] [0:20]  She's a trooper. I wonder if she went to bed last night. We are gearing up for another high-profile trial, **LEE BACA** withdrawing the **GUILTY PLEA.** What is going to happen? Is he making a mistake by doing this?

[8:28:37 AM] [0:41]  Welcome back now, it is 8:28. Former la **SHERIFF LEE BACA** has withdrawn his **GUILTY PLEA** on the charge he lied to federal investigators during an investigation at the la county **JAIL.** A judge in the case turned around and rejected the original **PLEA** deal for 6 months in **JAIL** saying it wasn't severe enough punishment. It is likely now that Baca has walked away from an agreement that he will face more serious charges when he comes back to trial in September. Complicating all of this is the fact that Baca has been diagnosed with early on set Alzheimer's.

[8:29:42 AM] [0:21]  A high-profile trial you are definitely the guy to talk to. Would you, if he is your guy, would you have had him accept whatever the judge would give him? Probably not, Steve, because this same judge gave **PAUL TANAKA** five years just a few months ago. So I'm pretty sure baca's team was pretty worried. They didn't want to put him in front of this judge.

[8:30:32 AM] [0:15]  There's some real risk here. It's not an open-and-shut case for the prosecution, although they have tried other defendants already. You mentioned **PAUL TANAKA.** He's been sentenced. Does that mean he could actually come back into the courtroom and serve as a witness?

Nielsen Audience:  51,189

414.  **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 2 2016 07:30AM PT

[7:52:39 AM] [0:11]  You are former **SHERIFF LEE BACA** and made decision not to accept the six-month **JAIL** term. He he is going to go before a trial and the jury and perhaps he could get

years and years. Etation aghdam bell here.

   Nielsen Audience:  58,303

---

415.    **KTLA-CW** Television   Market: Los Angeles, CA

   KTLA 5 Morning News at 7:00 AM        Aug 2 2016 07:00AM PT

[7:13:50 AM] [0:30]  Former la county **SHERIFF LEE BACA** will go to trial on federal corruption charges. The decision comes after a last-minute attempt to reach a new **PLEA** bargain. **LEE BACA** is suffering from the way stages of Alzheimer's disease if he would have not done anything, just go home and go to sleep he would have been a hero. The candidate engaged in a war of words with the father of a muscle American soldier killed in Iraq. It's over a speech to khizr khan gave at the DNC.

   Nielsen Audience:  165,809

---

416.    **KTTV-FOX** Television   Market: Los Angeles, CA

   Good Day L.A. at 7:00 AM        Aug 2 2016 07:00AM PT

[7:01:17 AM] [0:16]  We have got the latest. All right. Former **SHERIFF, LEE BACA,** he withdrew the **GUILTY PLEA.** He is head for a high-profile trial. We'll look into why did he this and what could possibly happen.

[7:05:56 AM] [0:57]  Reporting live in Hollywood this morning, Gigi graciette, back to you. Gigi, thank you very much. Former la county **SHERIFF, LEE BACA,** withdraws the **GUILTY PLEA** to federal corruption charges. He is going to take the chance of trying to go to trial. The outcomb, though, we have to see what happens with this decision comes the risk of being convicted on more serious charges. Baca's attorneys unsuccessfully spent most of yesterday trying to reach a new agreement with federal prosecutors and the judge. The former sheriff had plead **GUILTY** to lying to FBI agents during the investigation into am **INMATE ABUSE** trial in the county's rail, while in exchange for a six-month in- **JAIL** sentence. That is what he wanted. The judge decided that deal would be too lenient and, therefore, **LEE BACA,** decided to withdraw the **PLEA.** He took the chances with the jury. They suspect that the progressing Alzheimer's disease will play a big role then outcome.

   Nielsen Audience:  57,008

---

417.    **KABC-ABC** Television   Market: Los Angeles, CA

   Eyewitness News at 6:00 AM        Aug 2 2016 06:30AM PT

[6:38:38 AM] [0:57]  Pence said trump supports our soldiers and veterans like no other leader in his lifetime. Phillip: former la county **SHERIFF LEE BACA** will be back in court next month for the federal corruption case against him. Yesterday Baca withdrew his **GUILTY PLEA** and instead close to go to trial. This stems from the fbiinvestigation into abuse at county jails. Baca is 74 years old and has Alzheimer's and had agreed to plead **GUILTY** as part of a deal that would have sent him to prison for no more than six months. Last month a federal judge ruled that sentence was too lenient. Yesterday's decision followed a collapse in negotiations to reach a new **SENTENCING** deal. Leslie: the time is 6:39.coming up family members of the late actor anton yelchin set to file a lawsuit today. Phillip: responding to the backlash miss teen usa talking about controversial tweets in a new ABC News exclusive interview this morning.

Media Coverage Report

Nielsen Audience:  111,248

**418.** **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 AM

Aug 2 2016 06:30AM PT

[6:35:04 AM] [0:26]  We have a new turn in the corruption case against former la county **SHERIFF LEE BACA.** He will now go to trial. Prosecutors say Baca lied to federal agents about his role in the beatings of inmates at the la county men's **JAIL.** They cut a deal with him, a **GUILTY PLEA** and six months in prison. But the judge rejected the deal as too lenient. Baca explained why he now wants a trial.

Nielsen Audience:  32,315

**419.** **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 6:00 AM

Aug 2 2016 06:00AM PT

[6:04:49 AM] [1:26]  Most of them on drug charges. Former la county **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge. Taking his chances of being convicted did successfully spending most of yesterday reaching a new agreement with federal prosecutors and a judge. In exchange for a six month in **JAIL** sentence. The judge thought the deal was way too lenient. They will take their chances with a jury. They suspect his progressing Alzheimer's disease will play a big role in the outcome. My future my ability to defend myself depends on my Alzheimer's disease. I need to set the record straight. About me. And the Los Angeles county sheriffs department on misleading aspects of the federal investigation did. Accusing the 74-year-old **LEE BACA** of of suction of justice. Let's check in with Maria. The sun is officially pricing now as we speak.

Nielsen Audience:  25,159

**420.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Aug 2 2016 05:30AM PT

[5:33:12 AM] [0:54]  Leslie: the case against former la county **LEE BACA** going to trial. He withdrew his **GUILTY PLEA** yesterday and chose to go to thrill on the charge of lying to federal authorities during an FBI investigation into abuse at county jails. Baca, who is 74 years old, and suffering from Alzheimer's had agreed to plead **GUILTY** as part of a deal that would have sent him to prison for no more than 6 months. Last month a federal judge ruled that sentence was too lenient. Yesterday's decision followed a collapse in the negotiations to reach a new **SENTENCING** deal. A fresh round of harsh words from the republican nominee for president and they are directed at his opponent. Phillip: Bryan di hitt is here with more on the campaign trail.

Nielsen Audience:  71,746

**421.** **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 AM

Aug 2 2016 05:30AM PT

[5:37:25 AM] [0:42]  Good news there. Sharon: that's really good news, especially the dog watering bowls. A new turn in the corruption case against former la county **SHERIFF LEE BACA.**

Baca withdrew his **GUILTY PLEA** yesterday and will go on trial. Prosecutors say Baca like to federal agents about his roles in the beating of inmates. They cut a deal with him a **GUILTY PLEA** in six months in prison, but the judge rejected the deal as too lenient. Baca explained why he now wants a trial. I made this decision due to untruthful comments about my actions made by the courts and the us attorney's office.

Nielsen Audience:  21,650

---

**422.**  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 5:00 AM

Aug 2 2016 05:30AM PT

[5:35:39 AM] [0:59]  Other two were a man from San Francisco and woman from San Diego and police arrested 325 people most of them on drug charmings. Former la county **SHERIFF LEE BACA** withdraws **GUILTY PLEA** to federal corruption charge and ons to take convicted of more serious charges in a trial and fun successfully spent most of yesterday trying to reach a new agreement with federal prosecutors and the judge. The former sheriff had pled **GUILTY** to lying to the FBI during an investigation into **INMATE ABUSE** in the counties jails. In exchange for a six month in **JAIL** sentence. But judge thought that deal was too lenient now Baca and his torns will take their chances with a jury and they suspect his progressing Alzheimer's disease will play a big role in the outcome. Fng my future and my ability to defend myself depends on my Alzheimer's disease.

Nielsen Audience:  19,981

---

**423.**  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 4:30 AM

Aug 2 2016 04:30AM PT

[4:38:23 AM] [0:44]  Dave Brian, CBS 2 news. Juan: a new turn in the corruption case against a former la county **SHERIFF LEE BACA.** He withdrew a **GUILTY PLEA** yesterday will go to trial. Prosecutor say Baca lied to federal agents about his role in the beatings of inmates at the la county **JAIL.** They cut a deal with him a **GUILTY PLEA** in six months in prison, but a judge elect, rejected the deal is too lenient and transports my liking it once a trial. I made this decision due to untruthful comments about my action made by the courts in the us attorney's office. Juan: doctors have diagnosed at Baca with Alzheimer's disease and that might be used as a defense during the trial.

Nielsen Audience:  15,270

---

**424.**  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 4:30 AM

Aug 2 2016 04:30AM PT

[4:35:30 AM] [0:22]  Former lacounty **SHERIFF LEE BACA** has opted to go to trial on federal corruption charges after withdrawing his **GUILTY PLEA** today. The decision came after last-minute attempts to reach a new **PLEA** bargain. Back in February, Baca pleaded **GUILTY** to one felony count of lying to the FBI about civil rights abuses of inmates in the county **JAIL** system. But the judge rejected the deal with a maximum six-month sentence, saying it was too lenient. Baca is suffering from the early stages of Alzheimer's disease.

Nielsen Audience:  36,839

Media Coverage Report

425.  **KTLA-CW** Television  Market: Los Angeles, CA

KTLA 5 Morning News at 4:00 AM

Aug 2 2016 04:00AM PT

[4:05:31 AM] [0:36]  Ecstasy, methamphetamines and marijuana. 147-thousand people attended the rave, and at least nine people had to be taken to the hospital for medical emergencies. Officials say *two*people died of ecstacy overdoses at the "hard summer" rave last year former lacounty **SHERIFF LEE BACA** has opted to go to trial on federal corruption charges after withdrawing his **GUILTY PLEA.** The decision came after last-minute attempts to reach a new **PLEA** bargain. Back in February, Baca pleaded **GUILTY** to one felony count of lying to the FBI about civil rights abuses of inmates in the county **JAIL** system. But the judge rejected the deal with a maximum six-month sentence, saying it was too lenient. Baca is suffering from the early stages of Alzheimer's disease.

Nielsen Audience:  30,367

426.  **Los Angeles Times** Newspaper  Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the way for

Aug 2 2016 02:05AM PT

Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge oflying during an FBI investigation into the countys jails, opting instead to take his chances at a high-stakes trial. In deciding to walk away from the agreement he struck with federal prosecutors, Baca opened the door to the governmentbringing a broader and more serious case against him that could include charges of obstruction of justice and conspiracy in addition to the lying allegation. Michael Zweiback, one of Bacas attorneys, said he expected prosecutorsto level the more serious charges, which mirror those brought against Bacas former second-in-command, **PAUL TANAKA,** who was convicted earlier this year in an obstruction-of-justice case stemming from the same FBI investigation. Bacas decision came afterU.S. District Judge Percy Anderson said last month that he would rejectthe pleadeal, which had limitedthe former sheriffsprison time to a maximum ofsix months. Anderson had sentenced Tanaka to five years in prison. After withdrawing his **PLEA,** Baca told a horde of reporters on the steps of the downtown courthouse that he had done so because of untruthful statementsmade by the judge and prosecutors about his involvement in a scheme by sheriffs officials to thwart the FBIs **JAIL** probe. He did not specify what was untruthful. Instead, reading from a prepared statement, Baca referenced his recent diagnosis with Alzheimers disease and said the inevitable progression of the illness had injected an element of urgency into the case. I need to set the record straight about me and the Los Angeles County Sheriffs Department on the misleading aspects of the federal investigation while I am capable of doing so, said Baca, who retired in 2014. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos Bacas Alzheimers diagnosis may play a central role at trial. Zweiback said medical records would show Bacasmental deterioration had already begun in April 2013,when he made theallegedly false statements to federal prosecutors about his knowledge of sheriffs officials efforts to obstruct the FBI.Zweiback said he planned to argue to jurors that Bacas growing awareness of his illness led him increasingly todelegate. more

authority to Tanaka and others. The U.S. attorneys officehad argued in a **SENTENCING** memo that Bacas tone and demeanor during the 2013 interview provided no indication that he was suffering from any cognitive defects at that time. Bacasdementia has progressed since the initial diagnosis, and he suffers from, among other things, short-term memory loss, Zweiback said Monday. ThoughBaca is lucid now, if his condition deteriorates rapidly and he becomes unable to understand the legal proceedings, he could be declared mentally incompetent to stand trial. The former sheriffs gambit on Monday was the culmination of an extraordinary turn of events. Zweiback had argued last month that Baca should serve no time in prison. ButAnderson delivered a scathing rebuke at a July 18 hearing, saying even a prison term as short as six months would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. The judges hard-line approach left Baca and his attorneys with a tricky choice: Withdraw his **GUILTY PLEA** and go to trial, or allow Anderson to sentence him as he saw fit for a crime that carries a maximum sentence of five years.Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs. officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. In recent weeks, Zweiback and prosecutors tried unsuccessfully to hammer out a new **PLEA** deal that might have been acceptable to Anderson. Those efforts continued into the 11th hour as Mondays hearing was sidetracked by a series of private sidebar discussions between Anderson and the attorneys. Zweiback said later that he and Nathan Hochman, another Baca attorney, tried to extract some indication from the judge as to what sentence he planned to hand down. Anderson demurred, only reiterating that he believed the sentence should be increased from six months based on Bacas role in the larger obstruction-of-justice case, using factors such as whether the former sheriff abused a position of trust, Hochman said. Anderson gave the two sides a few extra hours to negotiate, but with Bacas team left in the dark by the judge, the former sheriffsdecision was all but made. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Zweiback and Hochman vowed to mount an aggressive defense at trial, saying they planned to fight to exclude pieces of evidence the government used in its cases against Tanaka and other sheriffs officials who have been convicted for having a role in the obstruction scheme. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. (Joel Rubin) They also made clear that they would try to use the prosecutors own words against them. Throughout Tanakas trial and again in court filings in Bacas case, prosecutors argued that Tanaka, not Baca, was the ringleader of the group that tried to derail the FBI. For example, in their **SENTENCING** memo, prosecutors downplayed Bacas role, writing, He issued orders that, taken literally, may not have been corrupt, but were carried out in an obstructive manner by his subordinates and without his objection. Hochman pounced on such statements, saying, Itll be very interesting now, if they decide to add obstruction of justice charges, how theyre going to get around their own concessions. Tracy Webb, a spokeswoman for the U.S. attorneys office, declined to comment. It should not be a surprise what the evidence against Mr. Baca is at this point. It has all been out in the public light, he said. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and

brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Judge throws out ex-L.A. County **SHERIFF LEE BACA'S PLEA** deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) In his **PLEA** agreement, Baca admitted to lying in theApril 2013interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home UPDATES: 6:35 p.m.: This article was updated with some minor rewriting. 4:02p.m.: This article was updated with more details from Mondays hearing and comments from Bacas attorneys afterward. 1:45 p.m.: This article was updated to add that Baca withdrew his **PLEA.** 11:50 a.m.: This postwas updated to add more details from Mondays hearing and comments from Bacas attorney. 10:15a.m.: This article was updated to add details from Mondays hearing.

View▶

Unique Visitors:  19,365,041

427.  **KTTV-FOX** Television  Market: Los Angeles, CA

FOX 11 Ten O'clock News (Rebroadcast)

Aug 2 2016 01:00AM PT

[1:11:44 AM] [0:45]  Numbers coming down a little bit, 81 for the high, extent forecast up in a few. Thank you. Former la county **SHERIFF LEE BACA** withdraws his **GUILTY PLEA** issue he now heads to trial. The fire is raging burned over 40,000 acres. A historic travel warning issued, pre hehey, y, w whahat t arare e yoy?

[1:16:02 AM] [1:10]  He once headed largest sheriff department it in country, now **LEE BACA** will stand trial to corruption charges, today he withdrew his **GUILTY PLEA** after his legal team failed to strike a new deal with the judge. Hal eisner of outside of the courthouse. Months ago I entered a **GUILTY PLEA** to one charge filed against me, one charge. One charge was lying to FBI during an investigation, and operation of la county **JAIL.** Baca took a 6 month and **JAIL PLEA** deal but the judge in the case thought it was not enough, since baca's number two tanaka had 6 years in the case, he wanted to know what Baca might face in **JAIL** time. We asked for an