indication from court, the court was not willing to give us one. That caused Baca and his are lawyers to seek a trial.

Nielsen Audience: 26,913

428.   **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 12:00 AM

Aug 2 2016 12:00AM PT

[12:10:20 AM] [0:41]  David: thank you. Former la county **SHERIFF LEE BACA** withdrew his **GUILTY** the today and chose to go to trial on a charge of lying to federal authorities. The case against him stems from an FBI investigation of abuse at county jails. Bawsca suffers from outsiders and agreed to the **GUILTY** as part of a deal that would have sent in fish sent him to prison for no more than six months. A criminal judge ruled that sentence was too lenient. Ellen: en the cdc is telling pregnant woman to avoid a one-mile radius in Florida.

Nielsen Audience: 28,113

429.   **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B** Radio   Market: Los Angeles, CA

Last Minute Discussions For Former Sheriff...

Aug 1 2016 11:26PM PT

Home Articles 24/7 Los Angeles News Last Minute Discussions For Former Sheriff Regarding **PLEA** Deal Posted August 1st, 2016 @ 3:17pm (Los Angeles, CA) There are last minute negotiations going on right now regarding a new **PLEA** deal for former L.A. County **SHERIFF LEE BACA.** A **PLEA** hearing scheduled for this morning has been delayed until 1:30 p.m. local time so that Baca and his attorneys might negotiate a new **PLEA** deal with federal prosecutors. Last month, the judge rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison, saying it was too lenient. The 74-year-old former sheriff was set to plead **GUILTY** to a false statements charge with prosecutors saying he obstructed a federal investigation into potential corruption within the L.A. County **JAIL** system. Recommended Stories advertisement | your ad here #TrendingTracks Week of August 1st Recent Articles

View▶

Unique Visitors: 744

430.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 11:00 PM

Aug 1 2016 11:00PM PT

[11:08:48 PM] [1:25]  It is not a good description of the suspect. Just that he is a man with black slip on shoes using a samsung or microsoft cell phone. David: outrage, confusion, and profound sadness tonight for the myth the family of a Pasadena man who was found dead after being released from **JAIL.** Ellen: loved ones say the man suffered from mental illness, something they believe authorities ignored. Anabel Munoz is live in downtown Los Angeles. Anabel: 71-year-old gerald sakamoto's family says he was found about 10 minutes walking distance from here, dead. Mindy wants to know how her 71-year-old father died after being detained at the **JAIL** in downtown Los Angeles and released over the weekend. We just want answers, how and why my daddy is not going to come home. Anabel: she said her father suffered from that point disorder. She said her mother called the **JAIL** and told someone that he had a number of medical conditions and needed medication. The family said they were expecting a call back. My brother was already ready to go pick him up.

[11:11:17 PM] [0:41]  David: thank you. Former la county **SHERIFF LEE BACA** withdrew his

**GUILTY** the today and chose to go to trial on a charge of lying to federal authorities. The case against him stems from an FBI investigation of abuse at county jails. Bawsca suffers from outsiders and agreed to the **GUILTY** as part of a deal that would have sent in fish sent him to prison for no more than six months. A criminal judge ruled that sentence was too lenient. Ellen: the cdc is telling pregnant woman to avoid a one-mile radius in Florida.

 Nielsen Audience:  179,575

431.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 PM                                                     Aug 1 2016 11:00PM
                                                                                      PT

[11:10:39 PM] [1:07]  The tories have no pride after his jeep rolled down the driveway petting him. Parents are suing Chrysler claiming problems with the shifter led to his death. Pat: a Pasadena family is angry their father was found dead hours after he was arrested and released from **JAIL.** He suffered from bipolar disorder. Paul: chp officers arrested him after he drove away on the 134 freeway. They are now reviewing security. Pat: a new term and corruption case against **SHERIFF LEE BACA.** Baca withdrew his **GUILTY PLEA** and will go to trial. Prosecutors say bocco by two agents about the needs of inmates at the men's **JAIL.** A **GUILTY PLEA** in six months in prison but the judge rejected the deal is too lenient. Baca explained why he wants a trial. I made this decision due to a truthful comment about my actions made by the court and the us attorney's office.

 Nielsen Audience:  116,169

432.    **KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television   Market: Los Angeles, CA

Ex-Sheriff Lee Baca withdraws guilty plea, heads to trial                Aug 1 2016 10:53PM
                                                                                      PT

Federal court hearing for ex- **SHERIFF LEE BACA** continues Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge Monday and will go to trial, with a court date tentatively set for September. LOS ANGELES, Calif. (FOX 11 / CNS) - Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge Monday and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. "For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me- be very clear, one charge,'' Baca said outside the courthouse. "Today I'm withdrawing my **GUILTY PLEA** and will seek a trial. "Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorney's Office that are contradicted by evidence in this case,'' Baca said. "While my future and my ability to defend myself depends on my Alzheimer's disease, I need to set the record straight about me and the Los Angeles County Sheriff's Department on misleading aspects of the federal investigation while I'm capable of doing this.'' "I want to thank my friends and family for. encouraging me to stand up for what is right. My spirits are high and my love for all people is God's gift to me.'' Going into today's hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on

the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca's attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, "Yes, your honor." Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment "in the not too distant future." Zweiback said he expected that indictment to include a range of charges similar. to those that were filed against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a "significant illness issue" which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer's disease. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

**View▶**

Unique Visitors:  5,412

433.   **KCAL-IND** *Television*  Market: Los Angeles, CA

KCAL 9 News at 10:00 PM                                              Aug 1 2016 10:00PM PT

[10:04:00 PM] [2:11]  Festival was moved to the auto club speedway in fontana. Leyna: from deal to no deal, former la county **SHERIFF LEE BACA** and will go to trial on corruption charges. Dave Lopez explains. Reporter: moments after one time la county **LEE BACA** withdrew his **GUILTY PLEA** about lying to federal agents about his role in the beating of inmates at the la county **JAIL** he explained why. I made this decision due to untruthful comments about my actions made by the court an the us attorneys office. He refused to answer questions but did mention the Alzheimer's disease he faces. My future and my ability to defend myself depends on my Alzheimer's disease I need to set the record straight. About me. Baca thought he had a deal, no more than six months in federal prison for his **GUILTY PLEA** but two weeks ago federal court judge Anderson said it's not enough prison time. Throughout the **PLEA** bargain made it clear to Baca if he still pled **GUILTY** he would spend much more than six months in federal prison and Baca said he couldn't do that the to the he withdrew his **PLEA.** We are an advertise paying they will file charges similar to the tanaka case. Referring to **PAUL TANAKA,** baca's one

time autopsies tenant convicted of obstruction of justice sentenced to five years in federal prison by judge Anderson. There has always been a defense in this case which is substantially different from what the other trials were about. Can Baca use the Alzheimer's diagnosis as defense at trial? Here's the timetable. The FBI started investigating the **JAIL** corruption case in 2011. Baca admitted he lied to federal agents in March of 2013. His attorney says he went to a doctor and diagnosed with Alzheimer's ten months later February 2014.

[10:08:01 PM] [0:39]  Randy paige spoke with his family. He would still be alive if they would have taken it seriously. Reporter: fighting back tears Jason spoke to us moments after his family learned his father was found dead in a maintenance yard close to where he was released from la county **JAIL.** 71-year-old gerald was arrested by the California highway patrol early Friday morning. His wife Jane says she got a call about 2:00 am and the highway patrol said he was driving the wrong way on highway 134.

Nielsen Audience:  161,564

434.   **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News

Aug 1 2016 10:00PM PT

[10:12:31 PM] [0:38]  Numbers coming down a little bit, 81 for the high, extent forecast up in a few. Thank you. Former la county **SHERIFF LEE BACA** withdraws his **GUILTY PLEA** issue he now heads to trial. The fire is raging burned over 40,000 acres. A historic travel warning issued, p pregnant women are now told do not travel to Florida.

[10:16:23 PM] [1:10]  He once headed largest sheriff department it in country, now **LEE BACA** will stand trial to corruption charges, today he withdrew his **GUILTY PLEA** after his legal team failed to strike a new deal with the judge. Hal eisner of outside of the courthouse. Months ago I entered a **GUILTY PLEA** to one charge filed against me, one charge. One charge was lying to FBI during an investigation, and operation of la county **JAIL.** Baca took a 6 month and **JAIL PLEA** deal but the judge in the case thought it was not enough, since baca's number two tanaka had 6 years in the case, he wanted to know what Baca might face in **JAIL** time. We asked for an indication from court, the court was not willing to give us one. That caused Baca and his are lawyers to seek a trial.

Nielsen Audience:  64,415

435.   **KFI-AM [640 AM] KFI More Stimulating Talk Radio** Radio   Market: Los Angeles, CA

No Deal With Ex-Sheriff

Aug 1 2016 09:52PM PT

Photo Credit: Eric Leonard (@LeonardFiles) Former Los Angeles County **SHERIFF LEE BACA** withdrew a **GUILTY PLEA** in federal court Monday after his attorneys and prosecutors failed to reach a **SENTENCING** agreement that satisfied a judge. "position1" : { "type" : "live", "id" : 177, "name" : "KFI", "description" : "Stay Connected - Los Angeles" } } Baca, 74, could now face an even longer prison term than the maximum of five years he had faced under the **PLEA,** in which he admitted lying to the FBI about his role in a scheme to interfere with a. civil rights investigation into **INMATE ABUSE.** "I am withdrawing my **GUILTY PLEA** today and will seek a trial," Baca told reporters outside court. "I have made this decision due to the untruthful comments about my actions made by the Court and the U.S. Attorney's Office, that are contradicted by the evidence in this case," Baca said in the prepared remarks. U.S. District Court Judge Percy Anderson rejected last month a sentence of six months or less that had been promised in that **PLEA,** saying the term failed to reflect the seriousness of Baca's conduct.

Anderson gave Baca two weeks to decide whether to accept the court's sentence - whatever it would be, attempt to negotiate a new **PLEA,** or withdraw the **PLEA** and face a trial. At a hearing early Monday Baca's lawyers asked the judge for another short delay so they could continue **PLEA** discussions with prosecutors. After an hour without resolution Anderson ordered Baca and the lawyers back at 1:30 p.m. to give them more time to try to resolve the case. Defense attorney Michael Zweiback said outside court federal prosecutors had indicated if a trial was held Baca would face an expanded range of charges, including obstruction of justice. A conviction could lead to a prison term much longer than the five year maximum Baca had faced under the previous **PLEA.** Anderson set Baca's trial for September 20th. Eric Leonard (@LeonardFiles)

View▶

Unique Visitors:  2,213

436.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
        Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the         Aug 1 2016 09:43PM
        way for                                                                                      PT

Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way fora high-profile trial. Bacas attorney, MichaelZweiback, said in court that attempts during the morningto hammer out a last-minute **PLEA** deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last monthrejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prisonthis year after Tanaka was convicted in a related obstruction-of-justice case. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Zweiback had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. During private sidebar discussions between the judge and the attorneys on Monday morning, Anderson would not tell the attorneys what sentence he would hand down if Baca withdrew his **PLEA,** Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction-of-justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false-statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his

life and go to trial, Zweiback had said. Baca's Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wrangling. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. Judge throws out ex-L.A. County **SHERIFF LEE BACA'S PLEA** deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more

than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home UPDATES: 1:45 p.m.: This article was updated to add that Baca withdrew his **PLEA.** 11:50 a.m.: This postwas updated to add more details from Mondays hearing and comments from Bacas attorney. 10:15a.m.: This article was updated to add details from Mondays hearing.

View►

Unique Visitors:  19,365,041

437.  **Eastern Group Publications** Online Only   Market: Los Angeles, CA

Lee Baca Withdraws Guilty Plea, Heads to Trial

Aug 1 2016 09:42PM PT

**LEE BACA** Withdraws **GUILTY PLEA,** Heads to Trial Por Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge Monday and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me be very clear, one charge, Baca said outside the courthouse Monday. Today Im withdrawing my **GUILTY PLEA** and will seek a trial. (LASD) Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorneys Office that are contradicted by evidence in this case, Baca said. While my future and my ability to defend myself depends on my Alzheimers disease, I need to set the record straight about me and the Los Angeles County Sheriffs Department on misleading aspects of the federal investigation while Im capable of doing this. I want to thank my friends and family for encouraging me to stand up for what is right. My spirits are high and my love for all people is Gods gift to me. Going into Mondays hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawmans role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal would trivialize the seriousness of the offenses. Bacas attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment in the not too distant future. Zweiback said he expected that indictment to include a range of charges similar to those that were filed against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a significant illness issue which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer;s disease. Anderson said at the July hearing that he would not accept a six-month prison sentence for a defendant who had played a key role in a wide-ranging obstruction attempt that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said. Its another for the chief law enforcement officer of Los Angeles County to cover up abuse in Mens Central **JAIL.** To impose the penalty would not address the

gross abuse of the publics trust, the judge said, adding that such a punishment understates the seriousness of the offense. Baca argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. He is suffering from Alzheimers, which has become advanced and its a very significant and concerning time for him about what he should do next, Zweiback said Monday outside court. Federal prosecutors countered that the countys former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs Association. The rejected **PLEA** agreement which one of Andersons colleagues on the federal bench recently called troubling was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. I made a mistake and accept being held accountable, Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should do everything but put handcuffs on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 2,387

438.    **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA
     Former LA Sheriff Lee Baca will go on trial in federal court after plea deal den     Aug 1 2016 09:15PM PT

Former L.A. County **SHERIFF LEE BACA,** once one of the most powerful law enforcement officials in the nation, will go on trial for lying to federal agents about his efforts to block a federal investigation into L.A. County jails. The investigation centered on the beating of **JAIL** inmates by sheriffs deputies. In February, Baca pleaded **GUILTY** to one count of making a false statement to investigators about his role in a sophisticated scheme that included hiding a **JAIL** informant from the FBI and threatening a federal agent with arrest. He made a deal with prosecutors that he would serve no more than six months in prison. But Federal District Judge Percy Anderson rejected that agreement last month, saying it was too lenient. Baca could have chosen to go through with his **GUILTY PLEA,** and be subject to whatever sentence Anderson chose. The maximum sentence is five years in federal prison. Instead, he withdrew his **PLEA** and opted for a jury trial, tentatively scheduled for September. Monday morning, Baca's attorneys huddled with federal prosecutors in an apparent attempt to reach a new agreement. But as court reconvened in the afternoon, it became clear no deal had been reached. Baca doesnt want that to happen while he is in prison. The U.S. Attorney's Office has already sent 21 former sheriff's employees to prison in related prosecutions, many of which went to trial. **JAIL** activists who showed up outside the courthouse accused the sheriff of trying to avoid accountability by prolonging the process. They also said whatever happens to Baca, the fight to reform the Sheriffs Department continues. For us, real accountability is making sure we have

independent civilian oversight that has power, said Mark-Anthony Johnson of Dignity with the Coalition to End Sheriff Violence.

View▶

Unique Visitors:  506,157

439.  **KCAL-IND** Television  Market: Los Angeles, CA

**KCAL 9 News at 9:00 PM**

Aug 1 2016 09:00PM PT

[9:11:46 PM] [0:44]  Reporting from Miami. Leyna: coming up we'll look at how California is in preparation for the preliminary arrival of zika virus. Leyna: about-face in kru corrupt case of fo former cl la county **SHERIFF LEE BACA.** Bacbaca explained why he now was a trial. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office.

Nielsen Audience:  155,233

440.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio  Market: Los Angeles, CA

**Former LA Sheriff Lee Baca will go on trial in federal court**

Aug 1 2016 08:58PM PT

Former L.A. County **SHERIFF LEE BACA,** once one of the most powerful law enforcement officials in the nation, will go on trial for lying to federal agents about his efforts to block a federal investigation into L.A. County jails. The investigation centered on the beating of **JAIL** inmates by sheriffs deputies. In February, Baca pleaded **GUILTY** to one count of making a false statement to investigators about his role in a sophisticated scheme that included hiding a **JAIL** informant from the FBI and threatening a federal agent with arrest. He made a deal with prosecutors that he would serve no more than six months in prison. But Federal District Judge Percy Anderson rejected that agreement last month, saying it was too lenient. Baca, who is in the early stages of Alzheimer's Disease could have chosen to go through with his **GUILTY PLEA,** and be subject to whatever sentence Anderson chose. The maximum sentence is five years in federal prison. Instead, he withdrew his **PLEA** and opted for a jury trial, tentatively scheduled for September. Monday morning, Baca's attorneys huddled with federal prosecutors in an apparent attempt to reach a new agreement. But as court reconvened in the afternoon, it became clear no deal had been reached. Michael Zwieback, Baca's attorney, said Baca was willing to take a sentence of a year in prison, but prosecutors declined the offer. Zwieback said Baca was not willing to take a higher sentence because of his declining health. The uncertainty of not knowing what sentence Anderson would choose swayed Baca towards opting for trial, Zwieback said. The U.S. Attorney's Office has already sent 21 former sheriff's employees to prison in related prosecutions, many of which went to trial. Among them, former Undersheriff **PAUL TANAKA,** Baca's second in command, was sentenced to five years in prison for conspiracy and obstruction of justice for his role in the informant-hiding plot. This story has been updated. The best SoCal news in your inbox, daily.

View▶

Unique Visitors:  506,157

441.  **Inland Valley Daily Bulletin** Newspaper  Market: Los Angeles, CA

**Ex-LA Sheriff Lee Baca to face trial after withdrawing guilty plea**

Aug 1 2016 08:51PM PT

Former **SHERIFF LEE BACA** told a federal judge Monday he wants to plead not **GUILTY** and

Media Coverage Report

stand trial. Baca made that choice during an afternoon federal court hearing. The decision came two weeks after U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough after Baca admitted to lying to federal investigators. Bacas trial is slated to begin on Sept. 20. VIDEO: Lee Bacas attorney is still trying to make a deal Baca entered the federal courthouse in downtown Los Angeles about 7 a.m. today. Following three sidebar conferences and a 30-minute recess, the hearing was put on hold until 1:30 p.m. The hearing was delayed so that Bacas legal team could negotiate with prosecutors on a possible new **PLEA** agreement. No agreement was reached, and the former sheriff will now go to trial. PHOTOS: Ex- **SHERIFF LEE BACA** arrives at federal court Monday, Aug. 1, 2016, to accept judges sentence or proceed to trial During a previous court appearance on July 18, the judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which. led to fostering an us-versus-them mentality inside Los Angeles County jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week that he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be reached. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

**View▶**

Unique Visitors:  81,621

442.    **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca to face trial after withdrawing guilty plea

Aug 1 2016 08:50PM PT

Former **SHERIFF LEE BACA** told a federal judge Monday he wants to plead not **GUILTY** and stand trial. Baca made that choice during an afternoon federal court hearing. The decision comes two weeks after U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough after Baca admitted to lying to federal investigators. Bacas trial is slated to begin on Sept. 20, 2016. VIDEO: Lee Bacas attorney is still trying to make a deal Baca entered the federal courthouse in downtown Los Angeles about 7 a.m. today. Following three sidebar conferences and a 30-minute recess, the hearing was put on hold until 1:30 p.m. The hearing was delayed so that Bacas legal team could negotiate with prosecutors on a possible new **PLEA** agreement. No agreement was reached, and the former sheriff will now go to trial. PHOTOS: Ex- **SHERIFF LEE BACA** arrives at federal court Monday, Aug. 1, 2016, to accept judges sentence or proceed to trial During a previous court appearance on July 18, the judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and

altering records, all of which. led to fostering an us-versus-them mentality inside Los Angeles County jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week that he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be reached. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

**View▶**

Unique Visitors:  169,223

443.    **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

Ex-Sheriff Baca Will Go to Trial in Corruption Case

Aug 1 2016 08:49PM PT

Baca to Appear in Court, Faces Difficult Choice in Case Link Embed Email Copy Close Link to this video http://www.nbclosangeles.com/on-air/as-seen-on/Baca-to-Appear-in-Court-Faces-Difficult-Choice-in-Case_Los-Angeles-388858691.html Copy Close Embed this video Former LA County **SHERIFF LEE BACA** is appearing before. a federal judge in downtown LA this morning to either withdraw his **GUILTY PLEA** or be sentenced for lying to federal investigators. Toni Guinyard reports for the NBC4 News at 11 a.m. on Monday, August 1, 2016. (Published 2 hours ago) Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** on Monday, paving the way for a trial. Baca returned to federal court Monday with uncertainty hanging over his future and grimmer prospects than he faced two weeks ago when a judge rejected an agreement with prosecutors, saying a six-month sentence wasn't tough enough even though Baca, 74, is in the early stages of Alzheimer's. After talks broke down with federal prosecutors to reach a new deal, his choices were down to letting the judge impose a term of up to five years in federal prison or withdrawing his **GUILTY PLEA** and taking his chances at trial. "There are no great options here," said Laurie Levenson, a professor at Loyola Law School and a former federal prosecutor. The prospect that Baca will serve a longer sentence or go through a public trial was another dramatic twist in a corruption scandal that blossomed after his deputies learned an inmate was an FBI informant. Baca, who cut the figure of a fit, trim military officer in his crisp khaki uniform, was known for his unconventional approach to running the nation's largest sheriff's department. He jetted around the world to promote a softer style of law enforcement, advocating for jailhouse education and a better understanding of different cultures. But in his jails, a band of rogue deputies was beating inmates, and supervisors were helping cover up the violence. After discovery of the FBI mole who was trying to gather evidence of civil rights abuses, Baca and other higher-ups tried to derail the investigation, having underlings shuffle the inmate to different jails under different names and trying to intimidate an FBI agent. Baca long denied any role in the scandal and claimed he was out of

touch with the goings-on in the jails. He pleaded **GUILTY** in February to lying to federal authorities about efforts to stifle the investigation. In the **PLEA,** he acknowledged ordering deputies to "do everything but put handcuffs on" a female agent. More than 20 members of the department have been convicted on charges ranging from assault to obstruction of justice, including his former second-in-command, who was sentenced to five years in federal prison. Judge Percy Anderson rejected the six-month term prosecutors sought for Baca, saying it failed to address Baca's "gross abuse of the public's trust." "It's one thing to lie," Anderson said. "It's another thing entirely. when the chief law enforcement officer of the county of Los Angeles is involved in a wide-ranging conspiracy to cover up abuse and corruption." Rejection of the **PLEA** deal created an awkward situation because federal court rules bar the judge from participating in **PLEA** discussions, Levenson said. That left the defense and prosecution in an "unusual posture" to blindly renegotiate a deal the judge might again reject. Talks collapsed Friday and no new agreement was reached, defense attorney Michael Zweiback told reporters. He wouldn't say what Baca would do Monday and prosecutors refused to comment. One factor that might come into play in the decision making is the state of Baca's mind. Doctors have said he's in the early stages of Alzheimer's and able to function, but will probably experience severe cognitive impairment in five to 10 years. "He's going to be locked up during the healthiest period of his life. and certainly the most aware period that he's got left," said attorney J. Vincent Aprile II, who has written about defending elderly clients. Withdrawing the **PLEA** and forcing prosecutors to get a grand jury indictment and go to trial would buy Baca more time as lawyers prepare for trial. If his condition declined during that delay, he could be deemed incompetent to stand trial or appear as a sympathetic figure to a jury and be acquitted. Discussing the prospect with Baca that any delay would allow him to remain free before his mind diminishes, however, would be a tough task, said defense lawyer Steve Cron, who is not involved in the case.

View▶

Unique Visitors:  1,272,703

444.    **Burbank Leader**  Online Only   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the way for                                              Aug 1 2016 08:45PM PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacastime in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected Monday morning either to withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors

said Department of Justice rules do not allow them to negotiate **PLEA** deals with a judges involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, there is a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors:  1,693



445.  **Glendale News Press**  Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the          Aug 1 2016 08:45PM

Media Coverage Report

way for                                                                                                                PT

Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way fora high-profile trial if prosecutors choose to move forward with the case. Bacas attorney, MichaelZweiback, said in court that attempts during the morningto hammer out a last-minute **PLEA** deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last monthrejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Zweiback had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. During private sidebar discussions between the judge and the attorneys on Monday morning, Anderson would not tell the attorneys what sentence he would hand down if Baca withdrew his **PLEA,** Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback had said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to

confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors: 7,207

446. **La Canada Valley Sun** Newspaper Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the way for        Aug 1 2016 08:45PM PT

Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way fora high-profile trial if prosecutors choose to move forward with the case. Bacas attorney, MichaelZweiback, said in court that attempts during the morningto hammer out a last-minute **PLEA** deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last monthrejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Zweiback had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. During private sidebar discussions between the judge and the attorneys on Monday morning, Anderson would not tell the attorneys what sentence he would hand down if Baca withdrew his **PLEA,** Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback had said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings