going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors: 1,830

447.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the way for      Aug 1 2016 08:45PM PT

Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way fora high-profile trial if prosecutors choose to move forward with the case. Bacas attorney, MichaelZweiback, said in court that attempts during the morningto hammer out a last-minute **PLEA** deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last monthrejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after

Tanaka was convicted in a related obstruction-of-justice case. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Zweiback had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. During private sidebar discussions between the judge and the attorneys on Monday morning, Anderson would not tell the attorneys what sentence he would hand down if Baca withdrew his **PLEA,** Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback had said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors: 313

**448.** 🖱 **Los Angeles Times**   Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca withdraws his guilty plea, clearing the way for     Aug 1 2016 08:45PM PT

Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way fora high-profile trial if prosecutors choose to move forward with the case. Bacas attorney, MichaelZweiback, said in court that attempts during the morningto hammer out a last-minute **PLEA** deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last monthrejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Zweiback had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. During private sidebar discussions between the judge and the attorneys on Monday morning, Anderson would not tell the attorneys what sentence he would hand down if Baca withdrew his **PLEA,** Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback had said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They

also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last monthrejected an earlier deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his to five years in prisonthis year after Tanaka was convicted in a related obstruction-of-justice case. In rejecting the earlier Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction-of-justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false-statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback had said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wrangling. Judge throws out ex-L.A. County **SHERIFF LEE BACA'S PLEA** deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in

prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home UPDATES: 1:45 p.m.: This article was updated to add that Baca withdrew his **PLEA.** 11:50 a.m.: This postwas updated to add more details from Mondays hearing and comments from Bacas attorney. 10:15a.m.: This article was updated to add details from Mondays hearing. Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way fora high-profile trial. Bacas attorney, MichaelZweiback, said in court that attempts during the morningto hammer out a last-minute deal with federal prosecutorshad been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson

last monthrejected an earlier deal in which Bacas punishment would have been limited to a maximum of six months in prison. That move meant thatBaca either had to withdraw his to five years in prisonthis year after Tanaka was convicted in a related obstruction-of-justice case. In rejecting the earlier Zweiback told reporters. The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction-of-justice case, using factors such as whether the former sheriff abused a position of trust, said Nathan Hochman, another Baca attorney. Is ex-L.A. County SHERIFF LEE BACA, once one of the nation's most powerful cops, headed to prison? Joel Rubin LEE BACA was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. LEE BACA was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. (Joel Rubin) Without a firmer indication of Andersons intentions, Zweiback had indicated thatthere is a good likelihood that Baca, 74, would choose to go to trial, knowing that prosecutors may bring additional charges besides the single false-statement charge. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback had said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wrangling. Judge throws out ex-L.A. County SHERIFF LEE BACA'S PLEA deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County SHERIFF LEE BACA a maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County SHERIFF LEE BACA a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) Legal experts said Anderson's decision on July 18 to reject the PLEA agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during SENTENCING hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by JAIL deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. Baca interviewed by feds Former L.A. County SHERIFF LEE BACA admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to

obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home UPDATES: 1:45 p.m.: This article was updated to add that Baca withdrew his **PLEA.** 11:50 a.m.: This postwas updated to add more details from Mondays hearing and comments from Bacas attorney. 10:15a.m.: This article was updated to add details from Mondays hearing.

View▶

Unique Visitors:  19,365,041

449.    **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Ex-Sheriff Lee Baca Withdraws Guilty Plea, Trial Set For September        Aug 1 2016 08:20PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** faces a federal judge Monday on a charge of lying to investigators in downtown Los Angeles. During the **SENTENCING** hearing, which was scheduled to begin at 8:30 a.m., Baca was expected to either withdraw his **GUILTY PLEA** or go forward and face trial on whatever charges prosecutors eventually file against him. The hearing the continuation of a July 18 proceeding was put on hold until 1:30 p.m. this afternoon following three sidebar conferences this morning and a 30-minute recess. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement, citing the sentence was too lenient, that would have given the 74-year-0ld a maximum sentence of six months in prison for the false statements charge. Anderson also indicated that Baca played a key role in a wide-ranging obstruction attempt that did substantial harm to the community. Baca, who has been diagnosed with the early stages of Alzheimers disease, argued in court papers for a probationary sentence claiming his medical condition and law enforcement career makes him susceptible to abuse while in custody. Federal prosecutors, however, argue the countys former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the scandal that stained the department and led to his retirement in 2014 at the height of the federal probe. He had been a sheriff since December 1998.

Unique Visitors:  1,743,155

450.  **KCAL-IND** Television    Market: Los Angeles, CA

KCAL 9 News at 8:00 PM

Aug 1 2016 08:00PM
PT

[8:00:26 PM] [0:14]  And **LEE BACA** faces a federal trial for his role in the scandal. And more fallout from Donald Trump as he takes on the appearance of a fallen soldier. Hear what the local parents are saying.

[8:02:36 PM] [1:49]  Let's go back to you now in the studio. Thank you for that. Former la county **SHERIFF LEE BACA** today with to his **GUILTY PLEA** and is going to go to trial. Dave Lopez explains the change of heart. Reporter: moments after **LEE BACA** withdrew his **GUILTY PLEA** about lying to federal agents about his role in the beatings of inmates at the la county men's **JAIL,** he explained why. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office. Reporter: you refuse to answer questions but he mentioned the Alzheimer's disease that he faces. My future and my ability to defend myself depends on my Alzheimer's disease and I need to set the record straight. Reporter: he thought that he had a deal. No more than six months in federal prison, two weeks ago the federal court judge percy Anderson said that that's not enough present time. Throughout the **PLEA** bargain he made it clear that he would spend much more than six months in federal prison and **LEE BACA** said that he couldn't do that. Today he withdrew his **PLEA.** We are anticipating that they are going to file charges similar to this case. As attorney was referring to his top assistant, **PAUL TANAKA** that was convicted and sentenced to five years in federal prison by judge percy Anderson. Let me be clear that there's been a defense in this case which is substantially different from what the other trials were about. Can he use the Alzheimer's diagnosis at trial?

Nielsen Audience:  89,889

451.  **KDOC-IND** Television    Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM

Aug 1 2016 07:00PM
PT

[7:00:33 PM] [0:26]  Breaking news, bodies found in a pickup truck at the bottom of a ravine. And **SHERIFF LEE BACA** has decided to stand trial. V we have breaking8s news. The search for three missing teenagers from fontana has cended.

[7:01:50 PM] [0:49]  Former la county sheriff Lee bock is go winghdrew his t eo a helee Baca is going to trial. He withdrew his earlier **GUILTY PLEA.** Surrounded by supporters and critics, former **SHERIFF LEE BACA** says he is ready for battle, uncertain how much his deteriorating conditkiion will worsen during the trial. My ability to defend myself depends on my Alzheimer's disease. I need to set the record straight. Inside the court, secrecy inside bar after sidebar and pressure building. Prosecutors made an 11th hour bid to hammer out a new **PLEA** agreement. In the end, no deal. The prosecutor tells the judge they will indict him in the near future.

[7:03:03 PM] [0:48]  My spirits are high and my love for all people is god's gift to me. The trial is set forie$cm] dr 20, alad. Date th at sure to be de the truth will lead to a nt **GUILTY** verdict. **LEE BACA** was willing to spend one year in prison, but no more, given the progression of his disease. You may wonder what happens now to his **PLEA** to one count of lying. Can that be used against him in trial? If the a4unswer is no. The **PLEA** is erased. The jury will never hear about it=u in testimony. Miriam Hernandez, ABC 7 .x eyewitness news.

[7:04:29 PM] [0:23]  He is in critical condition. A tragic end to the story 1 f a missing Pasadena

man with health problems. He vanished Friday after being released from **JAIL** without his family's knowledge. As our eyewitness news reporter family is now demanding answers. They did not show any concern whatsoever.

Nielsen Audience: 22,781

452.   **Burbank Leader** Online Only   Market: Los Angeles, CA
   Ex-L.A. County Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face pris                                                                                Aug 1 2016 06:50PM PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacastime in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected this morning to either withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors said Department of Justice rules do not allow them to negotiate **PLEA** deals with a judges involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, there is a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by

**JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors:  1,693

453.  **Glendale News Press** Newspaper  Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face pris          Aug 1 2016 06:50PM PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacastime in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected this morning to either withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors said Department of Justice rules do not allow them to negotiate **PLEA** deals with a judges involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, there is

a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors:  7,207

454.  **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
      Ex-L.A. County Sheriff Lee Baca's dilemma: Withdraw his guilty plea or    Aug 1 2016 06:50PM
      face pris                                                                  PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacastime in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected this morning to either withdraw his **GUILTY PLEA** and go to trial, or to allow

Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors said Department of Justice rules do not allow them to negotiate **PLEA** deals with a judges involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, there is a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the

agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors: 1,830

455.  **Laguna Beach Coastline Pilot** Newspaper Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face pris

Aug 1 2016 06:50PM PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacastime in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected this morning to either withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors said Department of Justice rules do not allow them to negotiate **PLEA** deals with a judges involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, there is a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for

former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light

View▶

Unique Visitors:  313

456.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face pris                    Aug 1 2016 06:50PM PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacastime in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected this morning to either withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors said Department of Justice rules do not allow them to negotiate **PLEA** deals with a judges