involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Without a firmer indication of Andersons intentions, there is a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light deal, Baca had been expected Monday morning either to withdraw his to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the

criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease. After Mondaymornings hearing, Bacas attorneys briefed reporters on the sidebar discussions. Anderson had suggested that the parties try to reach a settlement with the helpof a different judge, but prosecutors said Department of Justice rules do not allow them to negotiate deals with a judges involvement, according to Zweiback. Anderson would not tell the attorneys what sentence he would hand down if Baca withdraws his plea.The judge did indicate that he believed the sentence should be increased based on Bacas role in the larger obstruction of justice case, using factors such as whether the former sheriff abused a position of trust. said Nathan Hochman, another Baca attorney. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. (Joel Rubin) Without a firmer indication of Andersons intentions, there is a good likelihood that Baca, 74, will choose to go to trial, knowing that prosecutors may bring additional charges besides the single false statement charge, Zweiback said. If hes not going to be in a situation where he has some understanding of what hes walking into, he may feel he has no alternative but to fight for his life and go to trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Zweiback on Monday said his clients dementia had progressed, but that Baca remained aware of the legal wranglings going on. Judge throws out ex-L.A. County **SHERIFF LEE BACA'S PLEA** deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014

before completing his fourth term as the head of the nations largest Sheriffs Department. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home UPDATES: 11:50 a.m.: This article was updated to add more details from Mondays hearing and comments from Bacas attorney. 10:15a.m.: This article was updated to add details from Mondays hearing.

View▶

Unique Visitors:  19,365,041

---

457.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 6:00 PM

Aug 1 2016 06:30PM
PT

[6:30:34 PM] [0:50]  A leak by cott corp. Room bombshell the former la county sheriff withdraws **GUILTY PLEA** clearing the way for a corruption trial. Donald Trump under fire off members of the presidential nominee's own party publicly shame him to the outcry over his comments about a Muslim goldstar family back to our breaking news in the angeles National forest the lasheriff's department confirms to the chp that the license plates do match of the three. Missing paeans from fontana.

Nielsen Audience:  62,165

---

458.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 6:00 PM

Aug 1 2016 06:30PM
PT

[6:36:23 PM] [3:19]  Former Los Angeles county sheriff Lee bought that will stand trial on federal corruption charges after withdrawing his **GUILTY PLEA** kareem winter reports from downtown l. A, I need to set the record straight about me. Defiant words from disgraced county **SHERIFF'S LEE BACA** the 74 year-old initially pleaded **GUILTY** in a massive show corruption scandal where he admitted to lying to authorities. Now he is withdrawing the **PLEA.**

I made this decision due to untruthful comments about my action made by the court and the us attorney's office. Instead of gambling with the law presentence but the judge would have handed down his legal team chose to take this case to trial. Due to his Alzheimer's disease that he is in the early stages that he should not have to spend time in prison. It's a progressive neurological disease that he will have accelerated periods where his physical and mental capabilities are going to diminish. His former undersheriff has been sentenced to five years in prison nine other defendants have also received various sentences. If convicted he faces 15 to 20 years in prison. Some new allegations surrounding this rough are rest of a car theft suspect in San Francisco attorney accuses to Alameda county deputies of beating a man with batons and then stealing his gold chain and posing for a trophy picture. The attorney says the deputies broke both the men's hands he spent two weeks of a hospital the two deputies are already facing assault and other charges they of pleaded not **GUILTY.** In northern California police say they thought the woman's kidnapping more than a year ago was a hoax because " she did not act like a kidnapping victim. In recently filed court documents detectives say denise hoskins reemerged days after her disappearance wearing sunglasses and caring and overnight back officers are asking the judge to dismiss a federal lawsuit filed against them oscans boyfriend told police a man bound and dropped him and tried hoskins from their home to get.

Nielsen Audience:  62,165

459.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 PM

Aug 1 2016 06:00PM PT

[6:01:10 PM] [1:07]  If we get more information, we'll get it to you. Scott reiff, ABC7, "eyewitness news. More on the case of **LEE BACA.** It is going to trial. He withdrew his earlier **GUILTY PLEA.** Miriam Hernandez with more. Baca needed a clearance about how much prison time he would have to serve if he stuck to his **PLEA.** He could not get that answer. Now he's taking his chances before a jury, believing there is not enough information to convict him. Surrounded by supporters and critics, former **SHERIFF LEE BACA** said that he is ready for legal battle, but uncertain as to how much his health will decline. I need to set the record straight. Secrecy in side-bar after side-bar.

[6:02:52 PM] [0:36]  Judge percy Anderson said trial for September 20, a date sure to be delayed. We're convinced that when the truth comes out at the end of the day, the truth will lead to a not **GUILTY** verdict. Baca was willing to spend one year in prison, but no more, due to the progression of the disease. He's in a fight for his life at this point. Now you may wonder what happens now to baca's **PLEA** to one count of lying? Could it be used against him in trial? No.

[6:05:09 PM] [0:35]  Sakamoto suffered from buy bipolar. When they found out he was in **JAIL,** they informed the operator about his health conditions and need for medication, but were ignored and asked to call back. If they're told there is a problem, it needs to be taken more seriously. He was released and his body was found in downtown lajim mcdonald said an investigation is being done but so far no indication of wrongdoing.

Nielsen Audience:  209,065

460.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 PM

Aug 1 2016 06:00PM PT

[6:07:53 PM] [3:28]  Would you take a vacation at the playboy mansion? The plans for the

building after tonight's "scorpion. Pat: abbott face in the case of **LEE BACA.** Baca withdrew his **GUILTY PLEA** today and will go to trial. Prosecutors say Baca lied to fer agents about his role in the beatings of ifn mates at the la county **JAIL.** They cut a deal, a **GUILTY PLEA** and six months in prison but the judge rejected the deal. I made this decision due to untruthful comments about my actions, made by the court, and the us attorney's office. Pat: doctors have diagnosed Baca with Alzheimer's disease and that might be used as a defense during the trial.

Nielsen Audience: 93,360

461. **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 6:00 PM

Aug 1 2016 06:00PM PT

[5:59:57 PM] [1:00]  Aederal judge has now accepted the county **SHERIFF LEE BACA'S** decision on withdraw his **GUILTY PLEA.** Baca will now leave his fate in the hands of a trial jury. He is charged with lying under oath during a corruption probe at the Los Angeles county **JAIL.** Gordon is live down with more. Reporter: well, chuck, **LEE BACA** had hoped all of this would have been settled by now. A few months in prison, some probation and then back to retirement. This morning, his **PLEA** deal officially fell apart. And now he is back to square one. The former **SHERIFF LEE BACA** walked away this afternoon, his life had just taken yet another turn. He had withdrawn his **GUILTY PLEA.** He is now facing a lengthy trial at age 74 and perhaps more charges. They certainly laid out a very clear theory as to their thoughts about the obstruction case.

[6:01:25 PM] [0:26]  He was already seeing doctor, discussing the issues of cognitive impairment. He pleaded **GUILTY** to lying and a couple weeks ago, his team had negotiated a **PLEA** deal. Six months in prison, probation was not enough and indicated he would give Baca the maximum, five years if he had been sentenced today. The former sheriff decided to take his chances with a jury.

Nielsen Audience: 121,079

462. **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 6:00 PM

Aug 1 2016 06:00PM PT

[6:26:52 PM] [0:31]  Former lacounty **SHERIFF LEE BACA** addressed reporters of the trial he is now facing regarding the corruption scandal. The latest from lax and their construction. Stay with us.

[6:30:34 PM] [0:23]  A leak by cott corp. Room bombshell the former la county sheriff withdraws **GUILTY PLEA** clearing the way for a corruption trial. Donald Trump under fire off members of the presidential nominee's own party publicly shame him to the outcry over his comments about a Muslim goldstar family back to our breaking news in the angeles National

Nielsen Audience: 53,320

463. **KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television   Market: Los Angeles, CA

Federal court hearing for ex-Sheriff Lee Baca continues

Aug 1 2016 05:47PM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** Monday or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles. LOS ANGELES, Calif. (FOX 11 / CNS) - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** Monday or

go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of-justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74-year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 5,412

464.  **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 5:00 PM

Aug 1 2016 05:30PM PT

[5:59:58 PM] [0:59] Aederal judge has now accepted the county **SHERIFF LEE BACA'S** decision on withdraw his **GUILTY PLEA.** Baca will now leave his fate in the hands of a trial jury. He is charged with lying under oath during a corruption probe at the Los Angeles county **JAIL.** Gordon is live down with more. Reporter: well, chuck, **LEE BACA** had hoped all of this would have been settled by now. A few months in prison, some probation and then back to retirement. This morning, his **PLEA** deal officially fell apart. And now he is back to square one. The former **SHERIFF LEE BACA** walked away this afternoon, his life had just taken yet another turn. He had withdrawn his **GUILTY PLEA.** He is now facing a lengthy trial at age 74 and perhaps more charges. They certainly laid out a very clear theory as to their thoughts about the obstruction but the

Nielsen Audience: **108,240**

465.   **Los Angeles Times**  Newspaper  Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face prison?                                                                                          Aug 1 2016 05:15PM PT

Former Los Angeles County **SHERIFF LEE BACA** returned to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. After a morning of private discussions between lawyersand the judge,Bacas attorney, Michael Zweiback, said his client and federal prosecutors were still trying reach a deal that the judge would accept and planned to return to court early Monday afternoon. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. (Joel Rubin) Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said over the weekend, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Judge throws out ex-L.A. County **SHERIFF LEE BACA'S PLEA** deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many

sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home UPDATES: 10:15a.m.: This article was updated to add details from Mondays hearing. This article was originally published at 3 a.m.

**View▶**

Unique Visitors:  19,365,041

466. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 PM

Aug 1 2016 05:00PM PT

[5:01:29 PM] [3:04]  Gerald sakamoto was found dead, last seen alive after he was released from **JAIL.** He was bipolar and in need of medication. The sheriff's department said that sakamoto was offered the chance to stay at the **JAIL** and showed no signs of needing special assistance. A reckless driving suspect in an SUV led police on a chase. It started in calabasas. He took off on the 101, 405,210, and back on the 405 and came it an end on the 5 in San Diego county. The suspect driving slowly at times and other times going 90 miles an hour. A pursuit earlier this morning, started in the san fernando valley. It started just after 4:00 amthe driver drove 100 miles an hour, bypassing cars during a busy commute. Chp cornered her before

pulling her out of the car and taking her into custody. A surprise turn in the case of **LEE BACA.** He withdrew his **GUILTY PLEA** on a charge of lying to federal authorities. Instead, he will stand trial. Miriam Hernandez is live to tell us why. **LEE BACA** needed to know from the judge how much prison time the judge may impose. Baca said he needed to know because of concern of howed about his Alzheimer's may be by the time he got out of lockup. The judge could not give Baca an answer. Here now is baca's response. You ready? Yes. The former sheriff takes charge, acknowledging his Alzheimer's, reads from a statement. A trial will set the record straight. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office. This follows the judge's rejection of the **PLEA,** saying that Baca is alleged to have hidden inmates, witness tampering and threatening an FBI agent. Baca's attorney said that the evidence to support that is thin. Highlighted at the end of the paragraph, they will say, Baca was not involved, Baca did not participate, Baca was out of the country. He did plead **GUILTY** about the lie about what he knew. It strikes me as extreme. His lawyer suggested that Alzheimer's may have shaped that lie.

[5:05:42 PM] [0:25]  Reporting live in downtown Los Angeles, miriam Hernandez, ABC7, "eyewitness news. Stay with us for the latest developments in the **LEE BACA** case. We'll keep you up to date on our website, abc7.com and free ABC7 app. A man is in critical condition after being shot by Santa Ana police after being shot.

 Nielsen Audience:  165,398

467. 📺 **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 PM

Aug 1 2016 05:00PM PT

[5:07:41 PM] [2:03]  Pat: deal? No deal. Former la county **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** and will go to trial on corruption charges. Dave Lopez explains the change of heart. Reporter: moments after one-time la county **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** about lying to federal agents about his role in the beatings of inmates at the la county men's **JAIL,** he explained why. I made this decision due town truthful comments about my actions made by the court and the us attorney's office. Reporter: he refused to answer questions but mentioned the Alzheimer's disease he now faces. My future and my ability to defend myself depends on my Alzheimer's disease. I need to set the record straight. About me. Report Baca thought he had a deal. No more than six months in federal prison for his **GUILTY PLEA,** but two weeks ago the federal court judge percy Anderson said it's not enough prison time. Throughout the **PLEA** bargain, made it clear to Baca if he still pleaded **GUILTY** he would spent more time in federal prison, and Baca said he couldn't do that. Today he withdrew his **PLEA.** We're anticipating they'll file the charges similar to the tanaka case. Baca's attorney was referring to **PAUL TANAKA,** a top assistant convicted of obstruction of justice and was sentenced to five years in federal prison by judge percy Anderson. There has always been a defense in this case which is substantially different from what the other trials were about. Can Baca use the Alzheimer's diagnosis as a defense at trial? Here's the timetable. The FBI started investigating the **JAIL** corruption case the 2011. Baca admitted he lied to federal agents in March of 2013. His attorney said he went to a doctor and was diagnosis etched with early statements of Alzheimer's ten months later, February, 2014.

 Nielsen Audience:  107,989

468. 📺 **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 News at 5:00 PM

Aug 1 2016 05:00PM PT

[4:59:00 PM] [1:41]  Welcome to the fox standing trial on corruption charges, **LEE BACA** withdrew his **GUILTY PLEA.** He made that decision after last-minute negotiations failed. Hal eisner is outside the courthouse with the latest. That's right, he and his deputies for a lot of people in **JAIL,** since a lot of people the courtrooms, and today it was his turn. Several months ago I entered a **GUILTY PLEA** to one charge filed against me. One charge, outsiders in connection with the same obstruction of justice case. All day the ex-sheriff and his legal team to work on a new deal in order to get a new **JAIL** term for that what with the judge, they wanted to know what **LEE BACA** my facing **JAIL** time especially if more charges are added. We asked for an indication from the court and the court was not willing to give us one. I made this decision due to untruthful comments about my actions made by the court and the us attorney's office.

Nielsen Audience:  49,488

469.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 4:00 PM

Aug 1 2016 04:30PM PT

[4:51:56 PM] [0:23]  Three teens are missing under mysterious circumstances. Former la county **SHERIFF LEE BACA** takes back his **GUILTY PLEA.** And a mother mourns the murder of her son found hush my darling, don't fear my darling, the lion sleeps tonight. [Snoring.

[4:55:51 PM] [0:35]  The relief on their faces. They were so worried, what will I do? **LEE BACA** is going to trial. The court drama that keep on the sunny side? Always on the sunny side?

[4:58:28 PM] [0:19]  Three teenagers vanish after going for a drive in the angeles National forest and a desperate search is under way to find them. No **PLEA** deal for **SHERIFF LEE BACA.** A police shooting near the courthouse in Santa Ana. A homeless man is in extremely critical condition.

Nielsen Audience:  149,190

470.   **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 4:00 PM

Aug 1 2016 04:30PM PT

[5:03:55 PM] [0:39]  Police are not saying where his body was found. Police do not suspect foul play. And the former county **SHERIFF LEE BACA** is headed to trial for his corruption case. The former sheriff's hearing just wrapped up not too long ago. A judge has second his decision to withdraw his **GUILTY PLEA** to charges that he lied under oath during a corruption probe at the county **JAIL.** I need to set the record straight. I mad this decision based on untruthful comments made by my actions by the court and Tuesday attorney's office.

Nielsen Audience:  75,969

471.   **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Former LA sheriff Lee Baca faces a choice: take prison time or go to trial

Aug 1 2016 04:07PM PT

Former Los Angeles County **SHERIFF LEE BACA,** once one of the most powerful law enforcement officials in the nation, is scheduled to appear in court Monday morning to face a tough choice: plead **GUILTY** and face up to five years in prison or go to trial. Baca originally agreed to **PLEA GUILTY** to charges he lied to federal investigators in exchange for no more than six months in federal prison. Last month, Federal District Judge Percy Anderson rejected that agreement, saying the sentence didn't go far enough in addressing the harm Baca's actions did

to the public and to law enforcement. Now he faces the choice of withdrawing his **GUILTY PLEA** and going to trialor accepting whatever sentence Anderson imposes. The maximum penalty in his case is five years in prison. The charges against Baca arose from his statement to investigators that he "was not aware" deputies planned on approaching a female FBI agent who was investigating allegations of misconduct by his deputies. Baca admitted he not only knew it was going to happen, he directed the deputies to "do everything but put handcuffs" on the agent, according to his original **PLEA** deal with federal prosecutors. Baca also lied when he said he did not know his deputies stopped a meeting between FBI agents and their informant at the **JAIL** to prevent the informant from talking about inmate beatings. In fact, Baca was told of the incident by a lieutenant, who apologized and assured Baca that FBI agents would not be allowed to speak to their informant again. Bacas attorneys recently revealed the former sheriff has been diagnosed with the early stages of Alzheimers disease, and argued he should not be sent to prison.

**View▶**

Unique Visitors:  506,157

472.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 4:00 PM

Aug 1 2016 04:00PM PT

[3:59:12 PM] [0:29]  It ended two hours later in san onofre. The driver gave himself up and was arrested. A man who went missing when released from men's central **JAIL** is found dead. His family members are demanding answers. Mayde Gomez is live with what they're saying.

[4:00:40 PM] [0:49]  He suffered from bipolar and was being evaluated for dementia. They had been searching for him when they got the call from **JAIL.** I talked to the woman that answered the phone and I told her specifically I needed to get my husband a lot of medications. When she called the county **JAIL,** she was ignored by the operator that told her to call back in 6 to 8 hours. If they're told there's a problem, it needs to be taken more seriously. Then he was releaseed with no money, no cell phone, and they were not notified.

[4:04:16 PM] [0:40]  Reporting live, eileen frere, ABC7, "eyewitness news" Thank you. Former la county **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** and will go to trial on charges of flying to authorities. It's tied to an investigation on abuse at the county **JAIL.** He had pled **GUILTY** as part of a **PLEA** that would send him to prison for no more than 6 months. More at 5:00. The parents of a teenager that was hit by a police car are suing.

Nielsen Audience:  138,482

473.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 4:00 PM

Aug 1 2016 04:00PM PT

[3:59:09 PM] [1:26]  Sandra: I am Sandra Mitchell. Leyna: and I am leyna nguyen. In a corruption case against **LEE BACA,** he was grilled and will go to trial. Dave Lopez shows us why he backed out of the deal. Reporter: moments after **LEE BACA** withdrew his **GUILTY PLEA** about lying to federal agents about his role in the beatings of inmates of the la county man's **JAIL,** he would explain why. I made the decision about my actions made by the court and the us attorney's office tour he refused to answer any questions but he did mention the alzheimer disease that he now faces. My future and my ability to defend myself depends upon my Alzheimer's disease and I need to set the record straight. About me. Reporter: he thought he had a deal. No more than six months in prison for a **GUILTY PLEA.** But then the federal court judge said that it's not enough present time. Throughout the **PLEA** bargain they made it clear

that if he still pleaded **GUILTY** he would spend much more than six months in federal prison and **LEE BACA** said that he couldn't do that. Today he withdrew his **PLEA.** Can he use the Alzheimer's diagnosis? Can use it at trial?

[4:00:59 PM] [0:00]   <em></em>     .

Nielsen Audience: 48,072

474. **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 4:00 PM

Aug 1 2016 04:00PM PT

[4:01:07 PM] [1:45] A big development in the case against form he the **SHERIFF, LEE BACA** is taking a gamble and wants a trial in his corruption case. There is a l at stake. Gordon tokumatsu is live in town Los Angeles. The form he sheriff spoke briefly but did not answer any questions. He did tell reporters, my love of all people is god's gift to me, endquote. He then got into an SUV and left. **LEE BACA** had just appeared in federal court before judge percy Anderson. The judge had second baca's decision to withdraw his **PLEA** to charges that he lied under oath during a corruption probe at the county **JAIL** he now faces a lengthy and complicated trial as well as further including could not spear and I obstruction of justice. His expense to amount to much more five years in prison prison. But Baca reporters, his **PLEA** was only about the lies he admitted to telling and nothing more. I need to set the record straight. I made this decision due to untruthfuls about my actions made by the court and the us attorney's office. The evidence is very, very thin. And I don't believe they have sufficient evidence. **LEE BACA** and his attorney said untruthful comments referred to the **PLEA** agreement they hashed out with prosecutors in a stunning and unusual decision a couple weeks ago. The judge rejected the deal, giving back there the option the take a sentence or face trial which he will do when his case begins in late September. The us attorney's office told us, it is not commenting on this trial or this case at this time.

Nielsen Audience: 64,239

475. **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B** Radio   Market: Los Angeles, CA

Ex-L.A. Sheriff Could Be Sentenced Today

Aug 1 2016 03:52PM PT

Home Articles 24/7 Los Angeles News Posted August 1st, 2016 @ 8:00am (Los Angeles, CA) A former Los Angeles County Sheriff could be sentenced today, or he could tell the judge he wants to go on trial. **LEE BACA** agreed earlier this year to plead **GUILTY** to a federal charge of lying to the FBI about a conspiracy to hide an inmate turned FBI informant and to threaten an FBI agent. In exchange, prosecutors agreed to recommend the 74 year old former lawman be sentenced to no more than six months in prison. Last month, a federal judge called the deal "too lenient" and said it did not reflect Baca's role in the 2011 conspiracy. If Baca pleads **GUILTY** today, the judge could sentence him to the maximum of five years in federal prison. Recommended Stories advertisement | your ad here #TrendingTracks Week of July 25th Recent Articles

View▶

Unique Visitors: 744

476. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 3:00 PM

Aug 1 2016 03:00PM PT

[3:00:39 PM] [0:28]  It started from a failure to yield. Live in the newsroom, ABC 7 eyewitness news. More breaking news, former Los Angeles county **SHERIFF LEE BACA** withdraws his **GUILTY PLEA** and decides to head to trial. The decision comes after a judge rejected the deal worked out by the defense and prosecutors, last month. Baca, who has Alzheimer's disease, had agreed to spend between zero-and-six months in **JAIL** for lying to federal investigators. But the judge believed that deal was too lenient. A trial date has been tentatively set for September.

[3:02:59 PM] [0:46]  Reporting live from Santa Ana, eileen frere, ABC 7 eyewitness news. Thank you. A local man who went missing after he was released from **JAIL** has been found dead. The family of 71-year-old gerry sakamoto tells us his body was found in a maintenance yard in downtown Los Angeles. Sakamoto was arrested Friday morning on suspicion of DUI after he got into a car accident. But his family says he wasn't under the influence. Instead, they say he snuck out of their Pasadena home, and was in need of medication. He was released from **JAIL** Friday night in downtown Los Angeles on his own. Sheriff's officials say they were not aware of sakamoto's medical condition. Replublican presidential nominee Donald Trump continues to take hits after he criticized the family of an army captain killed in Iraq.

 Nielsen Audience:  63,915

477.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 3:00 PM

Aug 1 2016 03:00PM PT

[3:00:19 PM] [3:13]  More backlash against Donald Trump amid his feud with the father of a fallen Muslim soldier. Now Senator John McCain is weighing in. Plus, former **SHERIFF LEE BACA** makes a decision between trial or prison time. And a driver leads police on a chase across multiple counties before surrendering in san onofre. Good afternoon, I'm lu Parker. I'm Kirk Hawkins in for glen walker. You're watching the ktla 5 news at 3. That pursuit took chp officers on an erratic two-hour chase starting in the san fernando valley around 12:30pm. From there he got on the 405 south and took it sometimes at very high speeds all the way into south Orange County. The pursuit came to a rolling end in san onofre on the 5 freeway near the san onofre power plant around 2:30 PM the chp says the driver was initially sought for driving under the influence. More breaking news from downtown, a stunning reversal for former **SHERIFF LEE BACA** who has withdrawn his **GUILTY PLEA** in a federal obstruction case. We are downtown pro with the very latest. This is something that the legal team of **LEE BACA** all looted tube that this could go to trial after the judge rejected their **PLEA** deal. And that is what played out. The attorneys for **LEE BACA** said they couldn't gamble with the potential sentence the judge could have handed down. Attorneys worked out a deal for a six month sentence. Prosecutors weren't pushing to have that time served in prison after a **GUILTY PLEA** in a **JAIL** corruption scandal. The judge felt that was not severe enough. **LEE BACA** face a minimum of five years in prison. His attorneys preparing for the trial ahead. In September. An official address reporters vowing to fight this and clear his name saying he only had a **GUILTY PLEA** to avoid a lengthy trial and spare his family to grieve but that has all changed. Today I am withdrawing my **GUILTY PLEA** and will seek a trial. I made this decision due to the contras will comments about what action made by the court and the us attorney's office. They are contradicted by evidence in this case. While my future and my ability to defend myself depends on my Alzheimer's disease, I need to set the record straight. Her attorneys for **LEE BACA** say that will play a role in the trial in September, their client's mental state not just because of this early stage Alzheimer's but because of the potentially impaired judgment being made at that time. That will play out in court. Another aspect of this is who will be testifying.

Nielsen Audience:  52,768

---

478.   **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca faces decision: longer sentence or criminal trial

Aug 1 2016 02:26PM
PT

Former **SHERIFF LEE BACA** must tell a federal judge today whether he wants to plead not **GUILTY** and stand trial, or accept a longer sentence in connection with a **JAIL** corruption scandal. Baca was forced to make that choice two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-vs.-them mentality inside Los Angeles jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be made. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors:  169,223

---

479.   **Altadena Patch** Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury

Aug 1 2016 02:06PM
PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a

related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

**View**▶

Unique Visitors:  6,083,832

480.  **Altadena Patch** Online Only  Market: Los Angeles, CA

**Former LA Sheriff Baca to Choose Prison or Trial Today**

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs'