Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

481.  **Eagle Rock Patch** Online Only  Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury

Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the

**PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

482.   **Eagle Rock Patch**  Online Only   Market: Los Angeles, CA      Aug 1 2016 02:06PM PT
       Former LA Sheriff Baca to Choose Prison or Trial Today

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Media Coverage Report

Unique Visitors:  6,083,832

483.   **Echo Park Patch**  Online Only   Market: Los Angeles, CA

**Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury**

Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

484.   **Echo Park Patch**  Online Only   Market: Los Angeles, CA

**Former LA Sheriff Baca to Choose Prison or Trial Today**

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

485.    **Encino Patch** Online Only  Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury

Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los

Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

486.  **Encino Patch** Online Only   Market: Los Angeles, CA

**Former LA Sheriff Baca to Choose Prison or Trial Today**   Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today

at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

---

487.    **Highland Park-Mount Washington Patch**  Online Only    Market: Los Angeles, CA

**Former LA Sheriff Baca to Choose Prison or Trial Today**

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and

led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. Shared from the Hollywood, CA Patch | Police & Fire Former LA Sheriff Baca to Choose Prison or Trial Today After a judge rejected his lenient **PLEA** deal in the **INMATE ABUSE** cover-up, former **SHERIFF LEE BACA** faces prison or the mercy of a jury. By SoCal Patch (Patch Staff) - August 1, 2016 11:28 am ET

View▶

Unique Visitors:  6,083,832

488.  **Highland Park-Mount Washington Patch** *Online Only*   Market: Los Angeles, CA

**Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury**

Aug 1 2016 02:06PM PT

LOS ANGELES, CA- Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. "For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me- be very clear, one charge," Baca said outside the courthouse. "Today I'm withdrawing my **GUILTY PLEA** and will seek a trial. "Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorney's Office that are contradicted by evidence in this case," Baca said. "While my future and my ability to defend myself depends on my Alzheimer's disease, I need to set the record straight about me and the Los Angeles County Sheriff's Department on misleading aspects of the federal investigation while I'm capable of doing this." "I want to thank my friends and family for. encouraging me to stand up for what is right. My spirits are high and my love for all people is God's gift to me." Going into today's hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca's attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, "Yes, your honor." Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment "in the not too distant future." Zweiback said he expected that indictment to include a range of charges similar. to those that were filed against former Undersheriff **PAUL**

**TANAKA.** Zweiback also indicated that his 74-year-old client faced a "significant illness issue" which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer's disease. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. Shared from the Hollywood, CA Patch | Police & Fire Former LA Sheriff Baca Withdraws **GUILTY PLEA** to Test Fate with Jury After a judge rejected his lenient **PLEA** deal in the **INMATE ABUSE** cover-up, former **SHERIFF LEE BACA** chose the mercy of a jury over prison. By SoCal Patch (Patch Staff) - August 1, 2016 6:00 pm ET

**View▶**

Unique Visitors: 6,083,832

489.  **Hollywood Patch** *Online Only*   Market: Los Angeles, CA

Former LA Sheriff Baca to Choose Prison or Trial Today

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and

threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. Police & Fire Former LA Sheriff Baca to Choose Prison or Trial Today After a judge rejected his lenient **PLEA** deal in the **INMATE ABUSE** cover-up, former **SHERIFF LEE BACA** faces prison or the mercy of a jury. By SoCal Patch (Patch Staff) - August 1, 2016 11:28 am ET

View▶

Unique Visitors: 6,083,832

490.  **Hollywood Patch**  Online Only  Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury

Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal

bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded GUILTY Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his PLEA hearing. According to the PLEA agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a JAIL inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. Police & Fire Former LA Sheriff Baca Withdraws GUILTY PLEA to Test Fate with Jury After a judge rejected his lenient PLEA deal in the INMATE ABUSE cover-up, former SHERIFF LEE BACA chose the mercy of a jury over prison. By SoCal Patch (Patch Staff) - August 1, 2016 6:00 pm ET

View▶

Unique Visitors:  6,083,832

491.     **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury      Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County SHERIFF LEE BACA withdrew his GUILTY PLEA to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County SHERIFF LEE BACA is expected to either withdraw his GUILTY PLEA or go forward with SENTENCING on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a PLEA agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with SENTENCING on the GUILTY PLEA. The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, PAUL TANAKA, received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his PLEA and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected PLEA agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded GUILTY Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and

led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶ |

Unique Visitors: 6,083,832

492.  **North Hollywood-Toluca Lake Patch** *Online Only* Market: Los Angeles, CA

Former LA Sheriff Baca to Choose Prison or Trial Today

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an

interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

Unique Visitors: 6,083,832

View▶

493.    **Northridge Patch** Baca Withdraws Guilty Plea to Fate with Jury     Aug 1 2016 02:06PM PT

LOS ANGELES, CA- Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. "For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me- be very clear, one charge," Baca said outside the courthouse. "Today I'm withdrawing my **GUILTY PLEA** and will seek a trial. "Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorney's Office that are contradicted by evidence in this case," Baca said. "While my future and my ability to defend myself depends on my Alzheimer's disease, I need to set the record straight about me and the Los Angeles County Sheriff's Department on misleading aspects of the federal investigation while I'm capable of doing this." "I want to thank my friends and family for. encouraging me to stand up for what is right. My spirits are high and my love for all people is God's gift to me." Going into today's hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca's attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, "Yes, your honor." Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment "in the not too distant future." Zweiback said he expected that indictment to include a range of charges similar. to those that were filed against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a "significant illness issue" which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer's disease. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his

retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 6,083,832

494.  **Northridge Patch**   Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca to Choose Prison or Trial Today     Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an

interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

Unique Visitors: 6,083,832

View▶

495.  **Pacific Palisades Patch** Online Only  Market: Los Angeles, CA

**Former LA Sheriff Baca to Choose Prison or Trial Today**

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 6,083,832

496.  **Pacific Palisades Patch** Online Only  Market: Los Angeles, CA

**Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury**

Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 6,083,832

497.    **Sherman Oaks Patch**   Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca to Choose Prison or Trial Today      Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los