Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

498.    **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA

Aug 1 2016 02:06PM PT

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury

LOS ANGELES, CA- Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. "For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me- be very clear, one charge," Baca said outside the courthouse. "Today I'm withdrawing my **GUILTY PLEA** and will seek a trial. "Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorney's Office that are contradicted by evidence in this case," Baca said. "While my future and my ability to defend

myself depends on my Alzheimer's disease, I need to set the record straight about me and the Los Angeles County Sheriff's Department on misleading aspects of the federal investigation while I'm capable of doing this." "I want to thank my friends and family for. encouraging me to stand up for what is right. My spirits are high and my love for all people is God's gift to me." Going into today's hearing, Baca faced a choice of either withdrawing his GUILTY PLEA and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the PLEA deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca's attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the PLEA. Asked by Anderson if he wanted to take back his PLEA, Baca responded, "Yes, your honor." Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment "in the not too distant future." Zweiback said he expected that indictment to include a range of charges similar. to those that were filed against former Undersheriff PAUL TANAKA. Zweiback also indicated that his 74-year-old client faced a "significant illness issue" which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer's disease. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected PLEA agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded GUILTY Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his PLEA hearing. In the now-rejected agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a JAIL inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

499.    **South Pasadena Patch**  Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury

Aug 1 2016 02:06PM PT

LOS ANGELES, CA- Former Los Angeles County SHERIFF LEE BACA withdrew his GUILTY PLEA to a federal corruption charge today and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded GUILTY to a false statements charge, which ordinarily carries a possible five-year prison sentence. The PLEA deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated

indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. "For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me- be very clear, one charge," Baca said outside the courthouse. "Today I'm withdrawing my **GUILTY PLEA** and will seek a trial. "Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorney's Office that are contradicted by evidence in this case," Baca said. "While my future and my ability to defend myself depends on my Alzheimer's disease, I need to set the record straight about me and the Los Angeles County Sheriff's Department on misleading aspects of the federal investigation while I'm capable of doing this." "I want to thank my friends and family for. encouraging me to stand up for what is right. My spirits are high and my love for all people is God's gift to me." Going into today's hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca's attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, "Yes, your honor." Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment "in the not too distant future." Zweiback said he expected that indictment to include a range of charges similar. to those that were filed against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a "significant illness issue" which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer's disease. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 6,083,832

500.  **South Pasadena Patch** Online Only   Market: Los Angeles, CA

Aug 1 2016 02:06PM

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

---

501.   **Studio City Patch**  Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury                    Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a

maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

**View**▶

Unique Visitors:  6,083,832

502.  **Studio City Patch** _Online Only_   Market: Los Angeles, CA

Aug 1 2016 02:06PM PT

**Former LA Sheriff Baca to Choose Prison or Trial Today**

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback,

told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View ▶

Unique Visitors:  6,083,832

503.    **Venice Patch** Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury    Aug 1 2016 02:06PM PT

UPDATED AT 2 P.M.: Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. THIS IS A DEVELOPING STORY. PLEASE REFRESH THE SCREEN FOR UPDATES. ORIGINAL POST: LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in-command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same

year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 6,083,832

504.    **Venice Patch**  Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca to Choose Prison or Trial Today

Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do

everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

**View**▶

Unique Visitors: 6,083,832

505.  **Westwood-Century City Patch** Online Only   Market: Los Angeles, CA

**Former LA Sheriff Baca Withdraws Guilty Plea to Test Fate with Jury**

Aug 1 2016 02:06PM PT

LOS ANGELES, CA- Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** to a federal corruption charge today and will go to trial, with a court date tentatively set for September. After a morning of delays and last-minute negotiations, Baca told U.S. District Judge Percy Anderson he wished to withdraw from an agreement in which the retired lawman had pleaded **GUILTY** to a false statements charge, which ordinarily carries a possible five-year prison sentence. The **PLEA** deal called for Baca to serve no more than six months behind bars. With the ex-sheriff backing out of the deal, prosecutors said they would file an updated indictment against Baca and call him back into court for arraignment. Anderson set pretrial hearings on Sept. 6 and 12, and a Sept. 20 trial date, but that is expected to be postponed. "For the peace of my family, to avoid a lengthy and expensive trial and to minimize the court drama associated with this case, several months ago I entered a **GUILTY PLEA** to one charge filed against me- be very clear, one charge," Baca said outside the courthouse. "Today I'm withdrawing my **GUILTY PLEA** and will seek a trial. "Why? I made this decision due to untruthful comments about my actions made by the court and the U.S. Attorney's Office that are contradicted by evidence in this case," Baca said. "While my future and my ability to defend myself depends on my Alzheimer's disease, I need to set the record straight about me and the Los Angeles County Sheriff's Department on misleading aspects of the federal investigation while I'm capable of doing this." "I want to thank my friends and family for. encouraging me to stand up for what is right. My spirits are high and my love for all people is God's gift to me." Going into today's hearing, Baca faced a choice of either withdrawing his **GUILTY PLEA** and proceeding to trial or being sentenced on the false statements charge. Two weeks ago, Anderson rejected the **PLEA** deal that would have given Baca a maximum of six months in prison, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca's attorney, Michael Zweiback, told the judge that both sides had failed to find a resolution that would not involve withdrawing the **PLEA.** Asked by Anderson if he wanted to take back his **PLEA,** Baca responded, "Yes, your honor." Assistant U.S. Attorney Brandon Fox told the court that the government would file a new indictment "in the not too distant future." Zweiback said he expected that indictment to include a range of charges similar. to those that were filed against former Undersheriff **PAUL TANAKA.** Zweiback also indicated that his 74-year-old client faced a "significant illness issue" which could affect future proceedings. Baca has been diagnosed with the early stages of Alzheimer's disease. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The

rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. In the now-rejected agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting his second-in-command, Tanaka, in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors: 6,083,832

506.  **Westwood-Century City Patch**   Online Only   Market: Los Angeles, CA

Former LA Sheriff Baca to Choose Prison or Trial Today     Aug 1 2016 02:06PM PT

By FRED SHUSTER LOS ANGELES, CA - Former Los Angeles County **SHERIFF LEE BACA** is expected to either withdraw his **GUILTY PLEA** or go forward with **SENTENCING** on a charge of lying to investigators when he faces a federal judge in downtown Los Angeles today. On July 18, 1, U.S. District Judge Percy Anderson rejected a **PLEA** agreement that would have given Baca a maximum of six months in prison on the false statements charge, saying the sentence was too lenient considering the retired lawman's role in obstructing an FBI investigation into Los Angeles County jails. Anderson said the deal "would trivialize the seriousness of the offenses." Baca was left with the option of attempting to negotiate a new deal for a sentence that Anderson might accept or going forward with **SENTENCING** on the **GUILTY PLEA.** The false statements charge carries a maximum penalty of five years behind bars, the same amount of time that Baca's former second-in- command, **PAUL TANAKA,** received after going to trial in a related obstruction-of- justice case. Baca could also decide to withdraw his **PLEA** and face trial on whatever charges prosecutors eventually bring against him. His attorney, Michael Zweiback, told City News Service on Friday that the first option was off the table since no new deal with federal prosecutors was reached. He said his 74- year-old client would make his decision today at the scheduled hearing before Anderson. Federal prosecutors countered that the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench called "troubling" was widely seen as too lenient. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his

involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents.

View▶

Unique Visitors:  6,083,832

507.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca faces decision: longer sentence or criminal trial

Aug 1 2016 02:00PM PT

Former **SHERIFF LEE BACA** must tell a federal judge today whether he wants to plead not **GUILTY** and stand trial, or accept a longer sentence in connection with a **JAIL** corruption scandal. Baca was forced to make that choice two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-vs.-them mentality inside Los Angeles jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be made. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors:  81,621

508.   **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca faces decision: longer sentence or criminal trial

Aug 1 2016 02:00PM PT

Former **SHERIFF LEE BACA** must tell a federal judge today whether he wants to plead not **GUILTY** and stand trial, or accept a longer sentence in connection with a **JAIL** corruption scandal. Baca was forced to make that choice two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-vs.-them mentality inside Los Angeles jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to

consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be made. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors:  121,410

509.   **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Aug 1 2016 02:00PM PT

Ex-LA Sheriff Lee Baca to face trial after withdrawing guilty plea

Former **SHERIFF LEE BACA** told a federal judge Monday he wants to plead not **GUILTY** and stand trial. Baca made that choice during an afternoon federal court hearing. The decision came two weeks after U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough after Baca admitted to lying to federal investigators. Bacas trial is slated to begin on Sept. 20. VIDEO: Lee Bacas attorney is still trying to make a deal Baca entered the federal courthouse in downtown Los Angeles about 7 a.m. today. Following three sidebar conferences and a 30-minute recess, the hearing was put on hold until 1:30 p.m. The hearing was delayed so that Bacas legal team could negotiate with prosecutors on a possible new **PLEA** agreement. No agreement was reached, and the former sheriff will now go to trial. PHOTOS: Ex- **SHERIFF LEE BACA** arrives at federal court Monday, Aug. 1, 2016, to accept judges sentence or proceed to trial During a previous court appearance on July 18, the judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which. led to fostering an us-versus-them mentality inside Los Angeles County jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week that he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be reached. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who

Media Coverage Report

have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  121,410

510.  **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca faces decision: longer sentence or criminal trial

Aug 1 2016 01:59PM PT

Former **SHERIFF LEE BACA** must tell a federal judge today whether he wants to plead not **GUILTY** and stand trial, or accept a longer sentence in connection with a **JAIL** corruption scandal. Baca was forced to make that choice two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-vs.-them mentality inside Los Angeles jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be made. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors:  96,338

511.  **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca to face trial after withdrawing guilty plea

Aug 1 2016 01:59PM PT

Former Los Angeles County **SHERIFF LEE BACA** told a federal judge Monday he wants to plead not **GUILTY** and stand trial. Baca made that choice during an afternoon federal court hearing. The decision came two weeks after U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough after Baca admitted to lying to federal investigators. VIDEO: Lee Bacas attorney is still trying to make a deal Baca entered the federal courthouse in downtown Los Angeles around 7 a.m. today. Following three sidebar conferences and a 30-minute recess, the hearing was put on hold until 1:30 p.m. The hearing was delayed so that Bacas legal team could negotiate with prosecutors on a possible new **PLEA** agreement. However, no agreement was reached, and the former sheriff will now go to trial on Sept. 20, 2016. PHOTOS: Ex- **SHERIFF LEE BACA** arrives at federal

court Monday, Aug. 1, 2016, to accept judges sentence or proceed to trial During a previous court appearance on July 18, the judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which. led to fostering an us-versus-them mentality inside Los Angeles County jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week that he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be reached. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

**View▶**

Unique Visitors: 96,338

512.   **Los Angeles Daily News**   Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca faces decision: longer sentence or criminal trial    Aug 1 2016 01:59PM PT

Former **SHERIFF LEE BACA** must tell a federal judge today whether he wants to plead not **GUILTY** and stand trial, or accept a longer sentence in connection with a **JAIL** corruption scandal. Baca was forced to make that choice two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-vs.-them mentality inside Los Angeles jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be made. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have

been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors:  648,730

513.  **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca to face trial after withdrawing guilty plea

Aug 1 2016 01:59PM PT

Former **SHERIFF LEE BACA** told a federal judge Monday he wants to plead not **GUILTY** and stand trial. Baca made that choice during an afternoon federal court hearing. The decision comes two weeks after U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough after Baca admitted to lying to federal investigators. Bacas trial is slated to begin on September 20, 2016. VIDEO: Lee Bacas attorney is still trying to make a deal Baca entered the federal courthouse in downtown Los Angeles about 7 a.m. today. Following three sidebar conferences and a 30-minute recess, the hearing was put on hold until 1:30 p.m. The hearing was delayed so that Bacas legal team could negotiate with prosecutors on a possible new **PLEA** agreement. No agreement was reached, and the former sheriff will now go to trial. PHOTOS: Ex- **SHERIFF LEE BACA** arrives at federal court Monday, Aug. 1, 2016, to accept judges sentence or proceed to trial During a previous court appearance on July 18, the judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which. led to fostering an us-versus-them mentality inside Los Angeles County jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week that he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be reached. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  648,730

514.  **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca faces decision: longer sentence or criminal trial

Aug 1 2016 01:59PM PT

Former **SHERIFF LEE BACA** must tell a federal judge today whether he wants to plead not **GUILTY** and stand trial, or accept a longer sentence in connection with a **JAIL** corruption scandal. Baca was forced to make that choice two weeks ago, when U.S. District Court Judge

Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-vs.-them mentality inside Los Angeles jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be made. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2014.

View▶

Unique Visitors:  105,100

515.      **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca to face trial after withdrawing guilty plea

Aug 1 2016 01:59PM PT

Former Los Angeles County **SHERIFF LEE BACA** told a federal judge Monday he wants to plead not **GUILTY** and stand trial. Baca made that choice during an afternoon federal court hearing. The decision came two weeks after U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough after Baca admitted to lying to federal investigators. VIDEO: Lee Bacas attorney is still trying to make a deal Baca entered the federal courthouse in downtown Los Angeles around 7 a.m. today. Following three sidebar conferences and a 30-minute recess, the hearing was put on hold until 1:30 p.m. The hearing was delayed so that Bacas legal team could negotiate with prosecutors on a possible new **PLEA** agreement. However, no agreement was reached, and the former sheriff will now go to trial on Sept. 20, 2016. PHOTOS: Ex- **SHERIFF LEE BACA** arrives at federal court Monday, Aug. 1, 2016, to accept judges sentence or proceed to trial During a previous court appearance on July 18, the judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which. led to fostering an us-versus-them mentality inside Los Angeles County jails. Andersons decision was a blow to Baca and his attorney Michael Zweiback, who had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease , court documents have shown. But federal prosecutors with the U.S. Attorneys Office said they still recommended the six-month sentence to be served in federal prison. Zweiback said last week that he and federal prosecutors had tried to make a deal to present to the judge, but no deal could be reached. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered that