the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA,** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison. Nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  105,100

516.    **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA

Ex-Sheriff Baca Withdraws Guilty Plea, May Go to Trial in Corruption Case      Aug 1 2016 12:07PM PT

Please enable Javascript to watch this video Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way for a high-profile trial if prosecutors choose to move forward with the case. Bacas attorney, Michael Zweiback, said in court that attempts during the morning to hammer out a last-minute **PLEA** deal with federal prosecutors had been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last month rejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. Click here to read the full story on LATimes.com.

View▶

Unique Visitors:  2,526,816

517.    **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA

Ex-Sheriff Bacas Attorney Seek Last-Minute Plea Deal Before Hearing      Aug 1 2016 12:07PM PT

Attorneys for former Los Angeles County **SHERIFF LEE BACA** were scrambling Monday to reach a last-minute deal with federal prosecutors that they hoped would satisfy a hard-line judge who threw out an earlier **PLEA** agreement limiting Bacas time in prison to six months. Following the decision last month by U.S. District Judge Percy Anderson to reject the **PLEA** deal, Baca had been expected this morning to either withdraw his **GUILTY PLEA** and go to trial, or to allow Anderson to sentence him for making a false statement to federal investigators, a charge that carries. a maximum sentence of five years. Anderson sentenced Bacas former No. 2, **PAUL TANAKA,** to five years in prison earlier this year after Tanaka was convicted in a related obstruction-of-justice case. Instead, the morning hearing became a series of private sidebar conferences between the judge and attorneys from both sides, ending in an instruction from Anderson to return at 1:30 p.m. In rejecting the earlier **PLEA** agreement two weeks ago, Anderson said that a six-month sentence for Baca would not address. the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Michael Zweiback, one of Bacas attorneys, had argued that Baca should serve no time because he is in the early stages of Alzheimer's disease.

View▶

Unique Visitors:  2,526,816

**518.** 🖱 **KTLA-TV [CW 5]**  Television   Market: Los Angeles, CA

Facing Prison Sentence, Ex-LA Sheriff Lee Baca to Make Tough Decision

Aug 1 2016 12:07PM
PT

Former Los Angeles County **SHERIFF LEE BACA** returns to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. [caption id="attachment_402328" align="alignright" width="300"] Former Los Angeles County **SHERIFF LEE BACA,** center, waits on the loading dock of the L.A. Federal Courthouse after a July 18 hearing. (Credit: Al Seib/Los Angeles Times)[/caption] Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Click here to read the full story on LATimes.com. for lying to federal investigators or accept the likelihood of a significant stint behind bars. Former Los Angeles County center, waits on the loading dock of the L.A. Federal Courthouse after a July 18 hearing. (Credit: Al Seib/Los Angeles Times) Two weeks ago, U.S. District Court Judge Percy Anderson rejected a agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the earlier this year after a trial in a related obstruction-of-justice case. Click here to read the full story on LATimes.com.

View▶

Unique Visitors: 2,526,816

**519.** 🖱 **KTLA-TV [CW 5]**  Television   Market: Los Angeles, CA

Ex-Sheriff Baca Withdraws Guilty Plea, Seeks Trial in Corruption Case

Aug 1 2016 12:07PM
PT

Please enable Javascript to watch this video Former Los Angeles County **SHERIFF LEE BACA** withdrew his **GUILTY PLEA** Monday to a charge of lying to federal authorities during an FBI investigation into the countys jails, clearing the way for a high-profile trial. Bacas attorney, Michael Zweiback, said in court that attempts during the morning to hammer out a last-minute **PLEA** deal with federal prosecutors had been unsuccessful. Unfortunately, we have failed at reaching any kind of resolution we believe would be acceptable in some way to the court, Zweiback said. The negotiations had come after U.S. District Judge Percy Anderson last month rejected an earlier **PLEA** deal in which Bacas punishment would have been limited to a maximum of six months in prison. Click here to read the full story on LATimes.com. Please enable Javascript to watch this video

View▶

Unique Visitors:  2,526,816

520.    **KTTV-FOX**  Television   Market: Los Angeles, CA

FOX 11 News at Noon

Aug 1 2016 12:00PM PT

[12:03:30 PM] [1:47]  Ok, thanks for that. We have this now. Text la county sheriff went back to court today where he faces dilemma with a **GUILTY PLEA** to lying to the feds or accept whatever punishment the judge will han down thand could mean long stretch in the big house. Victoria spilabotte is next. Victoria? Well, rating were you now, court is in session until 1:30 as both sides try come up with a new deal for Baca to avoid trial and right now, his attorneys say, that all options are on the table. Former **SHERIFF LEE BACA** had few words this morning. But behind the scenes, his attorneys and prosecutors are talking a lot. They are trueing to come up with a new **PLEA** deal this would satisfy both sides. There is still a great deal of discussions going on about trying to save the original deal or some other deal in order to proceed with the approximately ty **PLEA** in the case we're shall last month. Judge percy Anderson rejected the **GUILTY PLEA** in exchange for six months in federal prison and Anderson said it was too lenient for charges of lying to investigators during the FBI probe. As it stands, Baca now has two options, accept the judge's new sentence which could carry up to five years in prison or go to trial. It is still very open ended and uncertain and under these circumstances, the biggest problem for both sides, really, in trying to reach a deal, I the uncertainty. In court, baca's lawyers had several private conversations with Anderson trying to gauge the thoughts before making a decision on **SENTENCING** or trial. They are hoping the judge will consider 74-year-old back's health condition. As everyone knows.

Nielsen Audience:  41,965

521.    **KCAL-TV [IND 9]**  Television   Market: Los Angeles, CA

Federal Court Hearing Continues For Ex-Sheriff Lee Baca

Aug 1 2016 11:58AM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** will face a federal judge Monday on a charge of lying to investigators in downtown Los Angeles. During the **SENTENCING** hearing, which is scheduled to begin at 8:30 a.m., Baca will either withdraw his **GUILTY PLEA** or go forward and face trial on whatever charges prosecutors eventually file against him. On July 18, U.S. District Judge Percy Anderson rejected a **PLEA** agreement, citing the sentence was too lenient, that would have given the 74-year-0ld a maximum sentence of six months in prison for the false statements charge. Anderson also indicated that Baca played a key role in a wide-ranging obstruction attempt that did "substantial harm" to the community. Baca, who has been diagnosed with the early stages of Alzheimer's disease, argued in court papers for a probationary sentence claiming his medical condition and law enforcement career makes him susceptible to abuse while in custody. Federal prosecutors, however, argue the county's former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the scandal that stained the department and led to his retirement in 2014 at the height of the federal probe. He had been a sheriff since December 1998. agreement, citing the sentence was too lenient, that would have given the 74-year-0ld a maximum sentence of six months in prison for the false statements charge. Anderson also indicated that Baca played a key role in a wide-ranging

Media Coverage Report

obstruction attempt that did substantial harm to the community. Baca, who has been diagnosed with the early stages of Alzheimers disease, argued in court papers for a probationary sentence claiming his medical condition and law enforcement career makes him susceptible to abuse while in custody. Federal prosecutors, however, argue the countys former top lawman deserves prison time for falsely telling investigators in 2013 that he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within the department. Baca pleaded

View▶

Unique Visitors: 1,743,155

522. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 11:00 AM

Aug 1 2016 11:00AM PT

[11:00:54 AM] [0:31]  Leslie: breaking news in Santa an where there has been an officer-involved shooting near the civic center. We're live with the story. And former la county **SHERIFF LEE BACA** back in court and facing a big decision over a **PLEA** deal in his corruption case. A live report coming up. Leslie: and this driver did not want to stop.

[11:02:46 AM] [2:01]  Leslie: thank you for that live update. Former la county **SHERIFF LEE BACA** is backed in court is back in court this morning. His lawyers are trying to negotiate a deal. Christina salvo is live at the courthouse with details. Christina: lawyers are still trying to reach a deal and make a decision. They have until 1:30 PM to do so. The defense tells us they have been actively involved in the discussions on both sides, trying to get a deal cut out with the **GUILTY PLEA** still on the table. Most of what happened in the courtroom today happened inside bar meetings between the judge and the jury. They said they want certainty in terms of how many years he would be sentenced to prison in return for a **GUILTY PLEA.** The judge would not give a number, saying that would be going too deep into negotiations, which they are not supposed to do. Moving forward, we are looking at the uncertainty of the courts comments. We are considering the mental health situation. As everyone knows, he is suffering advanced Alzheimer's. It is a significant and concerning time for him about what he should do next. Christina: remember, the **PLEA** deal initially included a maximum of six months prison time. The judge initially rejected that as too lenient and now could sentence pocket to five years in Baca to five years in prison. The judge says he has been intimately involved in all of this.

Nielsen Audience: 116,084

523. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 AM

Aug 1 2016 11:00AM PT

[11:01:44 AM] [2:13]  We do know that he is alive. That is all in Santa Anna. A big decision for **LEE BACA.** Juan: a judge tossed out his lien deal. Sharon: kara finnstrom is live in downtown la where they are in recess. No decision yet. A short while ago, the attorney did come out. A great deal of discussion underway to try to reach some type of agreement inside he had a possibility that we will see a trial. Right now, there is a good likelihood that we will have to proceed to trial. Given the circumstances. Reporter: former la county **SHERIFF LEE BACA** was silent when he headed in this morning. Just stopped inside to shake supporters hands. Two weeks ago, the judge threw out a **PLEA** deal. Lying to investigators and facing a maximum of six months in prison. The judge says he was not tough enough. What he made what he is looking for a little clearer. The **JAIL** abuse and conspiracy scandal, topher enhancements. Overall obstruction of conspiracy that other people have been convicted of. **LEE BACA** has not been charged.

Nevertheless, those additional advancement should apply. If **LEE BACA** would have taken his chances with a trial, he could face obstruction of justice charges. The attorneys would not comment. He is suffering from Alzheimer's. It has become advanced. It is a very significant and concerning time for him about what he should do next. **LEE BACA** is very aware of what is going on right now. Aware of the significance of this trial. Expected to resume inside at 1:30 PM this afternoon.

Nielsen Audience:  110,783

524.    **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 11:00 AM

Aug 1 2016 11:00AM PT

[11:02:10 AM] [2:29]  We're hoping to get more information for you when we do, we will bring it toyou. For now vicky Vargas live in santana, back to you. Also this morning, it's a **SENTENCING** day for a former lacounty **SHERIFF, LEE BACA** pled **GUILTY.** He's now back in court this morning. Over a new **PLEA** deal. Now a **SENTENCING** hearing is under way. Tony guinyard has been outside the courtroom in downtown l. Reporter: Michael, this has been a complicated one. This is clearly a tough decision for **LEE BACA** to make. We have gotten confirmation that his Alzheimer's has progressed, and now he continues weighing all of his options. This is where they stand right now. We'll have to go to trial. Reporter: the 74-year-old former sheriff can put his fate in of a federal judge. The uncertainty of how long a prison prison sentence is at su. This video from just two weeks ago whtd judge rejected a **PLEA** deal that called for a maximum sixprison sentence, the judge saying that's too lenient a punishment for lying to federal investigators who were looking into claims of abuse and conspiracy inside county jails. Earlier this year, Baca pleaded **GUILTY** to one charge of lying, but his attorneys say they must anticipate Mr. Baca will be indicted for obstruction. That and what the judges thoughts may be as we weighs his options must be considered. We'll ask that those additional enhancements should apply at some level. What that level is, the judge hasn't told pus. If he's not going to be in a situation where he has some understanding of what he's walking into, then he may feel that he has no Al tternative bu to fight for his life and go to trial. Mr. baca's attorneys **PLEA** agreement previously reach still stands even though it has not technically been withdrawn. Now both sides are still trying to hammer out some sort of agreement that the judge will likely agree to. But the judge isn't giving any indication of the possible range of punishment he would consider when it comes to the **SENTENCING.** Now the court is in recess until 1:30 this afternoon. My colleague will be inside the courtroom when they reconvene.

Nielsen Audience:  42,410

525.    **Burbank Leader** Online Only   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face prison?

Aug 1 2016 10:00AM PT

Former Los Angeles County **SHERIFF LEE BACA** returns to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that

Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home

View▶

Unique Visitors:  1,693

**526.** Glendale News Press    Newspaper    Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face prison?    Aug 1 2016 10:00AM PT

Former Los Angeles County **SHERIFF LEE BACA** returns to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was

also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home

View▶

Unique Visitors:  7,207

527.   **KTTV-FOX** Television   Market: Los Angeles, CA
FOX 11 Morning News at 10:00 AM

Aug 1 2016 10:00AM PT

[10:00:25 AM] [1:41]  Right now, we go to Tony. Good morning. Former la county **SHERIFF LEE BACA,** he had a choice to make. He could leave his fate in the hands of a judge who throughout his original **PLEA** agreement calling it too lenient. Or he could take his chances by going to tria. Victoria is live at the federal courthouse downtown. Good morning, Victoria. Good morning. There is a lot happening here at the courthouse. Court is actually in recess again for a second time this morning. And they are going to reconvene at 1:30 p. But there is a lot happening behind the scene between prosecutors and **SHERIFF LEE BACA'S** lawyers. I just spoke with **SHERIFF LEE BACA'S** lawyer and he said they are still in talks with prosecutors for a new **PLEA** deal. However, the judge is taking issue with the being part of these negotiations since there is a federal law that bars him from doing so. We asked the attorney if he were to guess, what does he think the judges sentence would be and he said, just a guess, two to three years. Remember, the judge rejected baca's **PLEA** deal of **GUILTY,** which would have given him only six months behind bars for lying to investigators during an FBI probe. Today Baca could either withdraw the **GUILTY PLEA** and accept the judge's new sentence he could opt to go to trial and see what the outcome is there, but again it looks like both parties are trying to renegotiate some sort of deal that would be acceptable to everyone involved. Baca's attorney just had a quick press conference a few moments ago. Let's listen to what he said.

Nielsen Audience:  40,755

528.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
Ex-L.A. Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face prison?

Aug 1 2016 10:00AM PT

Former Los Angeles County **SHERIFF LEE BACA** returns to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in

February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home

View▶

Unique Visitors:  1,830

529.    **Laguna Beach Coastline Pilot** Newspaper  Market: Los Angeles, CA
Ex-L.A. Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face          Aug 1 2016 10:00AM

Media Coverage Report

prison?                          PT

Former Los Angeles County **SHERIFF LEE BACA** returns to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,**

Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home

View▶

Unique Visitors:  313

530. 🖱 **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Ex-L.A. Sheriff Lee Baca's dilemma: Withdraw his guilty plea or face        Aug 1 2016 10:00AM
prison?                                                                             PT

Former Los Angeles County **SHERIFF LEE BACA** returns to federal court on Monday facing a difficult decision: Withdraw his **GUILTY PLEA** for lying to federal investigators or accept the likelihood of a significant stint behind bars. Two weeks ago, U.S. District Court Judge Percy Anderson rejected a **PLEA** agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to

different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home agreement Baca struck with federal prosecutors that would have limited his prison time to a maximum of six months. The judge said the punishment would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. Bacas attorney, Michael Zweiback, had tried to negotiate with prosecutors and present Anderson with a new deal presumably for more than six months. Zweiback told The Times on Saturday that the negotiations had failed and that Baca had not yet made up his mind about what to do. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Baca, 74, could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He pleaded **GUILTY** in February to making a false statement, a charge that carries a maximum sentence of five years the same amount of time that Anderson gave Bacas former No. 2, **PAUL TANAKA,** earlier this year after a trial in a related obstruction-of-justice case. Based on the statements Anderson made in rejecting the six-month deal, he is not likely to go easy on Baca. Alternatively, Baca could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He wanted it to be over. He thought it was over, Zweiback said, adding that Baca has health issues to consider, since he is in the early stages of Alzheimers disease. Prosecutors previously said they agreed to the original deal in part because of Bacas willingness to plead **GUILTY.** Zweiback unsuccessfully argued that the former sheriff should not serve any prison time because of his medical needs and fading short-term memory. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. Judge throws out ex-L.A. County **SHERIFF LEE BACA'S PLEA** deal, saying six months in prison not enough Cindy Chang, Marisa Gerber A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a

maximum of six months in prison, saying the sentence was. too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom. A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom.(Cindy Chang, Marisa Gerber) Legal experts said Anderson's decision on July 18 to reject the **PLEA** agreement was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** hearings in related cases. Besides Tanaka, Anderson has sentenced seven other lower-ranking sheriffs officials to terms ranging from a year and a half to more than three years in prison for their roles in obstructing the federal investigation. Many sheriff's deputies have been closely watching the criminal prosecutions to see if the punishments for former bosses would approach those of lower-ranking employees following their orders. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. The obstruction-of-justice case grew out of a secret FBI investigation launched in 2010 into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. Baca retired in 2014 before completing his fourth term as the head of the nations largest Sheriffs Department. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, when he statedthat he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. Times staff writer Jack Leonard contributed to this report. joel.rubin@latimes.com cindy.chang@latimes.com For more news on the Los Angeles County Sheriffs **JAIL** scandal, follow us on Twitter: @joelrubin and @cindychangLA ALSO After more than 80 years, the former Lincoln Heights **JAIL** faces a makeover My doppelganger did it: Actor says it was a man who could be his double who. blew red light Married for more than six decades, couple dies after fire engulfs Sun Valley home

View▶

Unique Visitors:  19,365,041

531.        **KTTV-FOX** Television  Market: Los Angeles, CA

Good Day L.A. at 9:00 AM

Aug 1 2016 09:30AM

[10:00:25 AM] [0:20] Right now, we go to Tony. Good morning. Former la county **SHERIFF LEE BACA,** he had a choice to make. He could leave his fate in the hands of a judge who throughout his original **PLEA** agreement calling it too lenient. Or he could take his chances by going to tria. Victoria is live at the federal courthouse downtown.

Nielsen Audience: 45,464

532. **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 9:00 AM

Aug 1 2016 09:00AM
PT

[9:01:09 AM] [2:09] Those are the choices **LEE BACA** is facing in federal court today. Elizabeth espinosa downtown with the details everybody is watching this closely today. The sheriff is inside the courthouse here and the plot thickens. He was the highest ranking law-enforcement official in the land and now he's facing a federal judge who could send him a present. Video to show you of the sheriff entering the courthouse this morning. He didn't speak to anyone but they were here two weeks ago and they went before federal judge percy Anderson who said he didn't think the **PLEA** deal was a good idea appeared he thought the six months in **JAIL** would not address the gross abuse of the public trust. The 74 year old former sheriff admitted he lied to federal investigators and that is when they cut the **PLEA** deal that would cap the present time at six months but the judge refused that. He's argued that would trivialize the seriousness of the offenses and the need for a just punishment and to deter others saw the sheriff has three options: accept a harsher sentence or go to trial. They say he is sick, suffering from the early stages of Alzheimer's and cannot receive adequate medical treatment in prison but prosecutors are not convinced saying he can, he should stand either way the judge will have the final say it may very well be given the court's comment that nothing is. Going to satisfy the court short of a trial we've seen a judge who values greatly the civil-rights of those in our jails, who feels great responsibility for their dubious sentence that adequately reflects the nature of these offenses and numerical undersheriff **PAUL TANAKA** referred to as a ringleader into that. Any mistreatment and corruption investigation appeared he was sentenced to five years by judge percy Anderson but legal experts say this federal judge it is a law-and-order types federal prosecutor so all eyes are on what's going happen today. That's the latest they're going to put a stop to this right now the only description of the suspect is that his hands were large and light skinned.

Nielsen Audience: 137,560

533. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 9:00 AM

Aug 1 2016 09:00AM
PT

[9:00:36 AM] [0:28] 9:00 hour of "good day l. Starting off a really good week for everybody we hope. What will be it for this money, former la **SHERIFF LEE BACA** has a tough choice to make. He's going to be making it we think today. He will face a stiff sentence, or go to trial that will will land him in prison much longer.

[9:03:39 AM] [2:54] The: 03 right now. You are sheriff Lee back a the former sheriff. You had a **PLEA** deal that was six months in **JAIL.** But a judge rejected the **PLEA** saying six months in **JAIL** is too lenient. Now you have two choices, foe forward with the **SENTENCING** which will put you in **JAIL** for five years or withdraw his **PLEA** and go to trial. Skwrvictoria at the courthouse. Will we know his doe situation decision this morning? This trial is off to a very interesting start. The