court is in recess. It convened at about 8:30 this morning, at which point baca's attorney says that he had no decision on how he wanted to proceed this morning. His lawyers then had a private conversation with the judge, and then the judge called a recess until about 9:15. Today is a big day for Baca. He and his lawyers and judge percy Anderson are supposed to decide and how to proceed with his **SENTENCING** and a few things could happen here as you said. He could withdraw his **PLEA** deal and take the sentence that the judge thinks is appropriate or he could opt to go to trial and see what the outcome is there. Last month a judge rejected baca's **GUILTY PLEA** in a deal that would have pweufpb given him six months in prison on charges of lying to investigators. He admitted to interfering into an FBI probe hat county jails while he was sheriff. The judge says for those offenses six months in **JAIL** is too l lenient. He should get five years behind bars just like his counterpart **PAUL TANAKA** got from this same judge. He has been diagnosed with early Alzheimer's disease, he is they are hoping the judge would be more lenient considering his health condition. They could go with whatever the judge feels is appropriate or opt to go to trial. Right now they are in recess. It's possible that baca's lawyers are trying to feel out the judge this morning before they make a decision on what he wants to do. Baca also has a lot of supporters in court this morning. I watched him entering the courtroom stopping to speak with them this morning, shake their hand, give hugs, and again this hearing is going to reconvene at 9:15, and then we'll see what happens after that. Steve. I think it's very sad. Most people who have been around for **SHERIFF LEE BACA** for many years find him a friendly guy. People like him personally but it has nothing to do with what the **SENTENCING** will be. More on that coming up we'll find out. You know what you may have seen this this morning, a driver is under arrest following a nearly three-hour pursuit that stretched from the san fernando valley to northern San Diego county.

Nielsen Audience:  45,248

534.  **KTTV-FOX** Television  Market: Los Angeles, CA

Good Day L.A. at 7:00 AM                                        Aug 1 2016 08:30AM PT

[9:00:36 AM] [0:27]  9:00 hour of "good day l. Starting off a really good week for everybody we hope. What will be it for this money, former la **SHERIFF LEE BACA** has a tough choice to make. He's going to be making it we think today. He will face a stiff sentence, or go to trial that will will land him in prison much we'll be all over that.

Nielsen Audience:  45,707

535.  **KTLA-CW** Television  Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM                                  Aug 1 2016 08:00AM PT

[7:59:02 AM] [0:25]  Here in downtown l. Will the former lacounty **SHERIFF LEE BACA** who was in there right now go to prison for several years for his involvement in a prison abuse scandal? We have the details coming up next. And in today for Frank buckley, new details about the events leading up to the hot air balloon crash and new questions about the loan operators checkered past.

[8:00:48 AM] [4:23]  We have a three car accident on the 60 westbound. Again, a three car accident there blocking a few lanes. The 91 westbound at Clark, a motorcycle and a car crashed an accident is blocking the left lanes former la county **SHERIFF LEE BACA** in federal court today. He will either be sentenced or what take his chances at a better outcome and go to trial. It's a real gamble for him. This judge rejected and threw it out two weeks ago. He's inside the federal courthouse in downtown la gear video we just shot he was showing up here at about 7:00 a.

M, this federal judge is serious and he wants to send a message to deter others. He will either withdraw his **PLEA** deal and go to trial taking his chances or negotiate a new deal which they've been trying for the last two weeks but nothing so far. The original deal was thrown out. The judge rejected that saying they didn't do more than six months behind bars for lying to investigators about the in house corruption and abuse of power which was not enough. Both sides have been trying to work out a deal. Prosecutors insist he deserves a harsher punishment for what he did and allowed to happen at the sheriff's department it may very well be given the comment that nothing is going to satisfy the court short of a trial we've seen a judge who values greatly the civil-rights of those in. Our jails who feels a great responsibility for there to be a sentence that adequately reflects the nature of these offenses as you heard from the prosecution, this clearly is a judge who has the reputation of being a law-and-order so it makes it come down pretty tough. That's the latest from downtown them murder trial for show and I expected to start today appear the rap Mobile accused of taking part in an incident. He pleaded not **GUILTY** to attempted murder charges. He could face life in prison if convicted onto the lawn back on the street he collided with a secondary call our am a high-speed pursuit that started in long beach stretched all the way to northern San Diego county. The driver struggle to get out of the community of fallbrook where there are many dead-end streets appeared at one point she drove right between three chp cruisers as she doubled back here a short time later she was box than it all started as a failure to yield pure the. Investigation continues into the deadly hot air balloon crash that killed 16 people in Texas. Members of the National transportation safety board now confirm the balloon struck high tension power lines before crashing into a passenger. They've already identified the pilot was arrested and pleaded **GUILTY** to driving while under the influence in Missouri in 2000. Now we're hearing from the family of one of the victims even down to the last minutes there were still pictures of them smiling, laughing nichols was also placed on probation by the better business bureau back in 2008 after failing to respond to several complaints and also for suspicions of distributing. Or manufacturing a controlled substance incredible video several goods Americans forming human chains to help a woman get out of her car as floodwater wages down a street in Maryland appeared reluctant woman eventually coaxed out of her car and brought to save the pair won rest were swept away for a.

Nielsen Audience:  162,847

536.    **KTTV-FOX** Television  Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 1 2016 08:00AM PT

[8:03:56 AM] [0:22]  I say inland. It's okay. In the news we find out this morning a former Los Angeles county **SHERIFF LEE BACA** will withdraw his **GUILTY PLEA** and opt to go to trial for lying in a federal investigation. Victoria is downtown right now. This is a decision because it really is kind of a legal for the sheriff.

[8:04:45 AM] [1:08]  He just got out of his truck and walked right in from help from his attorneys. He's 74 years old, and he's been diagnosed with early Alzheimer's disease. So his lawyers are hoping that the judge will be more lenient with his **SENTENCING** when considering his health condition. Today Baca, his lawyers, and judge percy Anderson will decide how to proceed with punishment for the former sheriff. Last month a judge rejected baca's **GUILTY PLEA** in a deal that would have only given him six months in prison on charges of lying to investigators. Baca admitted to interfering with an FBI probe into abuses at county jails while he was sheriff. And the judge said for those offenses, six months in **JAIL** was just simply too lenient. He should get a maximum of five years behind bars, just like his counterparts, under

sheriff **PAUL TANAKA** got under the same judge. Today Baca is going to either decide go forward with whatever sentence the judge thinks appropriate or like you said, Steve, e h could opt to go to trial and see what the outcome is there. Baca is expected to make a decision on what he would like to do this morning.

Nielsen Audience:  51,189

537. **KTLA-CW** Television  Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM

Aug 1 2016 07:30AM PT

[7:59:02 AM] [0:24]  Will the former lacounty **SHERIFF LEE BACA** who was in there right now go to prison for several years for his involvement in a prison abuse scandal? We have the details coming up next. And in today for Frank buckley, new details about the events leading up to the hot air balloon crash and new questions about the loan operators checkered past.

Nielsen Audience:  171,306

538. **KCBS-CBS** Television  Market: Los Angeles, CA

CBS2 News Cut-in at 07:25 AM

Aug 1 2016 07:25AM PT

[7:26:31 AM] [0:44]  Could learn fate of former lao county **SHERIFF LEE BACA** today the federal courthouse a hearing is set to take place two weeks ago judge threw out **PLEA** deals struck by attorney generals up to six months prison time he said it wasn't tough enough, he would be sentenced to five years. Or take chance at trial last fec pled **GUILTY** to one count of lying to investigators. Let's go to a check of your forecast. Garth: good morning, everyone coming up on 7:27, 70 right now nice start to the day really great stretch of weather juan make our way to the first we can of what could be a in August normally at normal today below normal the rest of the week even valleys come down.

Nielsen Audience:  40,029

539. **KTLA-CW** Television  Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM

Aug 1 2016 07:00AM PT

[6:59:01 AM] [0:17]  Developing news now former lacounty **SHERIFF LEE BACA** heads back to court. And new details in the deadliest hot air balloon crash in American history. More on the victims and was likely caused the crash.

[7:02:32 AM] [0:55]  **LEE BACA** facing those options in court today. He told the team that six months in **JAIL** and punishment would not address the gross abuse of the public's trust. So it's going to be a long day and definitely will be a decision day for him today appeared to have to remember the former la county sheriff admitted he lied to federal investigators so he cut a **PLEA** deal with them that would cap any prison time to six months but. Judge Anderson would not have it and he says the deal would trivialize the seriousness of the offenses, the need for a just punishment and the need to deter others so **LEE BACA** has three options: to withdraw the **PLEA** deal and go to trial taking his chances, attempt to renegotiate another. Deal or accept a harsher sentence on the original **GUILTY PLEA.** Remember also his attorneys say at issue here is the former sheriff's health care they say he is suffering from the early stages of Alzheimer's sand could not receive adequate medical treatment in prison but prosecutors are not convinced and they say judge Anderson is who will have the final say.

9/23/2016

Media Coverage Report

Nielsen Audience:  165,809

540. 📺 **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Aug 1 2016 07:00AM PT

[7:00:11 AM] [0:20]  It is Monday, August 1st. Welcome to good day l. This is decision day for former **SHERIFF LEE BACA.** Roll the dyes and head for trial? And historic downtown area wiped out.

[7:01:58 AM] [1:25]  There is a look at the weather, Steve, araksya. Thank you very, very am. In the tu news, **LEE BACA** expected to either withdraw the **GUILTY PLEA** today or go forward with **SENTENCING** for lying to federal investigation. Quite frankly, vehicler to ya spilabotte. It is a gamble for **LEE BACA.** Good morning. Good morning, Steve. We just got word that the former sheriff just walked into the federal courthouse, so he is now in the building. Today, lawyers for Lee back can and the judge are basically going to decide what to do about his **SENTENCING.** A few things could happen here today. Baca could either withdraw the **GUILTY PLEA** or go forward with **SENTENCING** on charges of lying to investigators. Last month, the judge rejected back's **GUILTY PLEA** in a deal this would have only given six months in prison for his role in derailing an FBI investigation into abuses at county **JAIL** while he was sheriff. His offenses should kara maximum of five years behind bars just look the counterpart undersher vif **PAUL TANAKA** got up the same judge. The judge said six months in prison is too late. So today, Baca could decide to go forward with whatever sentence the judge thinks is appropriate, or Baca could go to trial to see what the outcome is there.

Nielsen Audience:  57,008

541. 📺 **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 6:00 AM

Aug 1 2016 06:30AM PT

[6:58:43 AM] [0:55]  Now another check of our other stop stories this morning we could find out if sheriff Lee Baca luck locked up in prison. He'll be in court this morning for a **SENTENCING** toni guinyard is live with a look at the different choices that Baca faces. Toni? Reporter: good morning. Exactly two weeks ago, a federal judge rejected a **PLEA** deal that called for **LEE BACA** to spend a max mum of six months in **JAIL.** He will return to court this morning. He has options withdrawal the **GUILTY PLEA,** accept what will likely be a marsher sentence orb negotiate another deal. The "Los Angeles Times" failed over the weekend. The retired sheriff pleaded **GUILTY** to one county of lying to federal investigators looking into alleged corruption and eye abu. I'm toni guinyard reporting live. Thanks, toni.

Nielsen Audience:  69,695

542. 📺 **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 6:00 AM

Aug 1 2016 06:30AM PT

[6:59:00 AM] [0:23]  Welcome to the ktla morning news at 7:00 a. M, developing news now former lacounty **SHERIFF LEE BACA** heads back to court. And new details in the deadliest hot air balloon crash in American history. More on the victims and was likely caused the crash.

Nielsen Audience:  147,668

543.    **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 6:00 AM

Aug 1 2016 06:30AM PT

[7:00:11 AM] [0:20]  It is Monday, August 1st. Welcome to good day l. This is decision day for former **SHERIFF LEE BACA.** Roll the dyes and head for trial? And historic downtown area wiped out.

 Nielsen Audience:  44,810

544.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 AM

Aug 1 2016 06:00AM PT

[6:15:45 AM] [1:09]  The dwp said the work was finished early and more than a million dollars under budget. Sharon: **LEE BACA** heads back to court today. Juan: he has a difficult decision to make today now that a judge tossed out his case. Reporter: some very difficult choices the **PLEA** deal would've meant a maximum sentence of six months but the judge threw it out saying it was simply not tough enough. Two weeks ago **LEE BACA** and his attorney left his courthouse. Hoping to strike a new deal with prosecutors about on Friday those talks broke down and now today **LEE BACA** must decided to let the judge sentenced him to up to five years or withdraw his **GUILTY PLEA** and take his chances with the trial. He pleaded **GUILTY** to a single count of lying too federal investigators. He tried to stop an investigation with allegations of jailhouse abuse. And the judge called that a gross abuse of the public's trust.

 Nielsen Audience:  26,082

545.    **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 6:00 AM

Aug 1 2016 06:00AM PT

[6:00:45 AM] [0:26]  Former **SHERIFF LEE BACA** is set to be in court for a new **SENTENCING** schedule. A judge threw out the **PLEA** deal with prosecutors because he didn't think it was severe enough. He now has the option to at the harsher sentence or withdraw his previous **PLEA** and possibly face a trial.

 Nielsen Audience:  39,681

546.    **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 6:00 AM

Aug 1 2016 06:00AM PT

[6:25:31 AM] [0:14]  Good morning, I'm toni guinyard live in. It's decision day for former la county **SHERIFF LEE BACA.** He pleaded **GUILTY** to lying to the feds, but that **PLEA** may be withdrawn. I'll explain why, up next.

 Nielsen Audience:  39,681

547.    **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 5:00 AM

Aug 1 2016 05:30AM PT

[5:29:46 AM] [2:02]  Back to you at the desk. Thanks, holly. Former **SHERIFF LEE BACA** is due in court today. Two weeks ago, a judge rejected a proposed **PLEA** deal that would have sent Baca to prison for six months. Toni guinyard is live at the courthouse with what the former sheriff

faces now. A big decision to be made. Late last week the attorney representing sheriff Baca confirmed to NBC 4 news that a decision had not been made on how they would be movable forward, about he set the **SENTENCING** hear set for today will half as saided Baca, now70 years old, pled **GUILTY** to a single count of lying. To federal investigators during an interview three years ago. They were looking into alleged simple rights allegation lower ranked officials were accused of corruption and brutality. Seven have already been convicted and sentenced. In June undersheriff **PAUL TANAKA,** baca's second in command was sentenced to five years in connection with the obstruction of justice case, on when Baca agreed to aa deal of a six-month sentence, the judge rejected it two weeks ago. Baca's options now, withdraw the **GUILTY PLEA,** go to trial, accepe or negotiate a new **PLEA** deal and hope the judge accepts it. As you mentioned, Mr. baca's attorney told NBC 4 on Friday that a decision had not yet been made. One thing that will undoubtedly be taking into considering is the former sheriff's help. His health has been decreasesed as become in the early stages of Alzheimer's. That **SENTENCING** hearing is scheduled to take place later on this morning. Reporting live fromdowntown la for "today in l.

 Nielsen Audience:  31,495

548. **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 5:00 AM

Aug 1 2016 05:30AM PT

[6:00:45 AM] [0:11]  Former **SHERIFF LEE BACA** is set to be in court for a new **SENTENCING** schedule. A judge threw out the **PLEA** d

 Nielsen Audience:  31,495

549. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 AM

Aug 1 2016 05:00AM PT

[5:09:04 AM] [0:26]  Former la county **SHERIFF LEE BACA** faces a test decision in federal court today. He can let a judge sentenced him to up to five years in prison or he can go to trial. Baca pleaded **GUILTY** to lying to prosecutors during their county **JAIL** corruption investigation. Prosecutors previously recommended a six-month sentence, but a judge rejected it. Baca is 74 years old and in the early stages of Alzheimer's.

 Nielsen Audience:  16,048

550. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 AM

Aug 1 2016 05:00AM PT

[4:59:01 AM] [0:11]  Hills. Sharon: eight with a **PLEA** rejected, former la county **SHERIFF LEE BACA** exec to court. Juan: and caught on camera, a card most are parking lot. Who raced in to help?

 Nielsen Audience:  16,048

551. **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 5:00 AM

Aug 1 2016 05:00AM PT

[5:01:07 AM] [0:18]  Former la county **SHERIFF LEE BACA** heads back to court. **SENTENCING** is

set after a new **PLEA** deal could not be reached. The judge threw out the deal, because he didn't think the pun shipment was enough. He faced six months.

Nielsen Audience: 17,714

552. **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 5:00 AM       Aug 1 2016 05:00AM PT

[5:25:06 AM] [0:22] Someone here in our area is about $800,000 rr this morning. Where that winning powerball ticket was sold. Reporter: good money, I'm toni guinyard live in downtown last, where former la county **SHERIFF LEE BACA** is scheduled to be sentenced for lying for federal investigators, but it could also be put on hold. I'll explain, up next.

[5:28:35 AM] [0:05] **SHERIFF LEE BACA.** That's ahead. N his corruption

[5:29:45 AM] [1:26] Back to you at the desk. Thanks, holly. Former **SHERIFF LEE BACA** is due in court today. Two weeks ago, a judge rejected a proposed **PLEA** deal that would have sent Baca to prison for six months. Toni guinyard is live at the courthouse with what the former sheriff faces now. A big decision to be made. Late last week the attorney representing sheriff Baca confirmed to NBC 4 news that a decision had not been made on how they would be movable forward, about he set the **SENTENCING** hear set for today will half as saided Baca, now70 years old, pled **GUILTY** to a single count of lying. To federal investigators during an interview three years ago. They were looking into alleged simple rights allegation lower ranked officials were accused of corruption and brutality. Seven have already been convicted and sentenced. In June undersheriff **PAUL TANAKA,** baca's second in command was sentenced to five years in connection with the obstruction of justice case, on when Baca agreed to aa deal of a six-month sentence, the judge rejected it two weeks ago. Baca's options now,

Nielsen Audience: 17,714

553. **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 5:00 AM       Aug 1 2016 05:00AM PT

[5:00:44 AM] [0:41] Prison or trial, those are the choices former la county **SHERIFF LEE BACA** is facing in federal court today. Ktla 5's Elizabeth espinosa is live in downtown la with the details. It is judgment day those on the other side of the law the federal judge has a law and order reputation. Six months in **JAIL** as punishment they admitted that he lied to investigators about the **PLEA** deal that would cap there this was true realize the seriousness the need to deter others so they have a chance of so far nothing has come of it or to exit a harsher sentence they. Say he's suffering from early stages of Alzheimer's

Nielsen Audience: 46,120

554. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 5:00 AM       Aug 1 2016 05:00AM PT

[5:06:34 AM] [0:52] So we'll get to back as soon as we possibly can and other news to report 6 minutes after five. Former la county **SHERIFF LEE BACA** back in downtown Los Angeles courtroom this morning. A new **PLEA** deal could not be reached in his case that leaves Baca with option of either accepting what's expected to be a or have harsh sentence or withdrawing previous **GUILTY PLEA** and facing a new trial. Two weeks ago a judge reject aside **PLEA** agreement that would have given 74-year-old Baca a maximum of six months in prison for lying

to federal investigation the judge said that sentence was simply too leent. All right it's 5:07 and we say good morning to Maria quiban it's nice to say good morning to you since it's been a while for me. We'll get back to in just a second good morning to you.

Nielsen Audience: 13,887

---

555.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 4:30 AM

Aug 1 2016 04:30AM PT

[4:32:14 AM] [1:20]  Phillip? Phillip: thank you. **LEE BACA** faces a difficult choice in court. Leslie: it comes after attorneys failed to agree on a new **PLEA** deal last Friday. Christina salvo is live in downtown la with a preview of what could happen in court today. Good morning, Christina. Reporter: good morning, lez Lee and Phillip. Yeah. After talks broke down with federal prosecutors last week, Baca faces two choices today. He can either let the judge impose a sentence up to five years in federal prison or we can withdraw his **GUILTY PLEA** and take his chances at trial. Now Baca did plead **GUILTY** to trying to thwart an fbiinvestigation into abuses at the **JAIL** that he ran. So far, more than 20 members of his department have been convicted on charges ranging from assault to obstruction of justice, including his former second in command, Paul tenaka, who was sentenced to five-years in federal prison. Initially baca's **PLEA** deal with prosecutors in that he negotiated a six-month sentence. But the judge rejected that, saying it wasn't tough enough and failed to address baca's distrust of the public. The big decision comes down to this morning.

Nielsen Audience: 14,814

---

556.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 4:30 AM

Aug 1 2016 04:30AM PT

[4:58:52 AM] [0:11]  Sharon: eight with a **PLEA** rejected, former la county **SHERIFF LEE BACA** exec to court. Juan: and caught on camera, a card most are parking lot. Who raced in to help?

Nielsen Audience: 15,354

---

557.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 4:30 AM

Aug 1 2016 04:30AM PT

[4:38:03 AM] [0:25]  Hena Daniels, CBS 2 news. Sharon: for more **SHERIFF LEE BACA** faces a decision in federal court today. He can let a judge sentenced him to five years in prison or he can go to trial. Baca pleaded **GUILTY** to lying to prosecutors during their county **JAIL** corruption investigation. Prosecutors previously recommended a six-month sentence, but the judge rejected it. Baca is a 74 years old and in the early stages of Alzheimer's disease.

Nielsen Audience: 15,354

---

558.    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 4:30 AM

Aug 1 2016 04:30AM PT

[5:00:43 AM] [0:11]  Prison or trial, those are the choices former la county **SHERIFF LEE BACA** is facing in federal court today. Ktla 5's Elizabeth espinosa is live in downtown it is judgment day

Nielsen Audience: 4,347

**559.**  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 4:30 AM

Aug 1 2016 04:30AM PT

[4:30:02 AM] [0:30]  Visit ncicap. Org] a money mess in Hollywood hills after a massive water main break. The stability of the entire former la county **SHERIFF LEE BACA** back in court today and **PLEA** deal reject. Will there be another trial? Family extreme sacrifice launch war of words with Donald Trump.

[4:34:34 AM] [0:37]  Now, again that geologist has to come out here to check Hillside reporting live this morning I'm Gigi graciette "fox 11 news. All right thank you. Former la county **SHERIFF LEE BACA** back in a downtown Los Angeles courtroom and **PLEA** deal left Baca with accepting what is expected to be a what are about sentence or withdrawing his preeftion **GUILTY PLEA** and facing a new trial. Twoak two weeks ago qowf given 74-year-old a maximum of six months in prison for lying to federal investigators. The judge said that sentences was too lenient.

[4:38:12 AM] [0:41]  They affirm 52-year-old Jesse Gomez shot in police in upper body and remains in the hospital guarded by security. Authorities not release if Gomez was in a car or walking when the cops approached a second potential suspect Michael wases released from **JAIL** this weekend after only being booked on an oustanding drug warrant. A funeral mass for officer will be held Thursday morning at 11:00 this is at Corpus Christi church members of the public are welcome to attend. 4:38 right now and check in with Lauren simonetti at the fox business network in Wall Street.

 Nielsen Audience:  2,867

**560.** KABC-ABC Television   Market: Los Angeles, CA

Eyewitness News at 11:00 PM

Jul 31 2016 11:00PM PT

[11:01:14 PM] [0:00]    **  <em></em>**   **  <em></em>**   ** **   **  <em></em>**  

[11:03:07 PM] [0:00]    **  <em></em>** .

[11:06:07 PM] [0:43]  He says he's thankful nobody was hurt. Jory: it's decision time for former l. La county sheriff Lee banca **LEE BACA.** Tomorrow Baca is expected to decide whether to withdraw his **GUILTY PLEA** and face a new trial. Or accept **SENTENCING** on a charge that carries a possible 5-year sentence. On Friday, Baca failed to reach a new **PLEA** deal. Earlier this month, a judge rejected the zero-to-six months deal worked out by the defense and prosecutors, calling it too lenient. All this after Baca pleaded **GUILTY** to lying to federal investigators about the conspiracy to hide an inmate-turned-FBI informant. Jovana: a big cleanup tonight in the Hollywood hills, after a water main breaks, sending water and mud rushing toward homes and businesses. It happened this afternoon on the 3300 block of oak glen.

 Nielsen Audience:  209,493

**561.** KCBS-CBS Television   Market: Los Angeles, CA

CBS2 News at 11:00 PM

Jul 31 2016 11:00PM PT

[11:09:36 PM] [0:50]  A few more hours left of 210 freeway closure in Pasadena, they are to reopen at 5 amcrews have been fixing the pavement. Peter: tomorrow former lacounty **SHERIFF LEE BACA** faces a tough decision in federal court, he is let a judge sentence him up to

5 years in prison or go too trial, he pleaded **GUILTY** to lying to prosecutors and FBI during a corruption investigation, they have recommended 6 month sentence but the. Judge rejected it at too lenient. Baca is 74 years old, and in early stages of Al Alzheimer's disease.

Nielsen Audience: 96,217

562.    **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News

Jul 31 2016 10:00PM PT

[10:07:32 PM] [0:19]  **SHERIFF LEE BACA** will be back in the courtroom tomorrow morning, he has an option to accept a sentence or withdraw his previous **GUILTY PLEA** and face a trial, two week ago a judge reject a three agreement that would have given Baca 6 months in prison for lying to federal investigators. The judge said that was too lenient.

Nielsen Audience: 71,056

563.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 9:00 PM

Jul 31 2016 09:00PM PT

[9:20:33 PM] [0:41]  Elsa: former la county **SHERIFF LEE BACA** facing testify decisions tough decision in federal court tomorrow, he could lead a judge sentence him to 5 years in prison or he could go to trial, prosecutors rec menned recommended a 6 month sentence but a judge denied it as too lenient. A controversy over a black lives matter banner has heated up over the week because it still displayed on wall of city hall. Correspondent Michelle Miller with background on the story.

Nielsen Audience: 128,311

564.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 8:00 PM

Jul 31 2016 08:30PM PT

[8:30:02 PM] [0:32]  Two victims in the second car survived the head-on crash. Their injuries are considered non-life-threatening. Elsa: former la county **SHERIFF LEE BACA** faces grim options in federal court tomorrow. Baca pleaded **GUILTY** to lying to prosecutors and the FBI during their county **JAIL** corruption investigation. Prosecutors recommended a six-month sentence but the judge rejected it as too lenient. Talk broke down work out a new agreement.

Nielsen Audience: 129,350

565.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 8:00 PM

Jul 31 2016 08:00PM PT

[8:30:03 PM] [0:32]  Two victims in the second car survived the head-on crash. Their injuries are considered non-life-threatening. Elsa: former la county **SHERIFF LEE BACA** faces grim options in federal court tomorrow. Baca pleaded **GUILTY** to lying to prosecutors and the FBI during their county **JAIL** corruption investigation. Prosecutors recommended a six-month sentence but the judge rejected it as too lenient. Talk broke down work out a new agreement.

Nielsen Audience: 104,059

Media Coverage Report

**566.** 📺 **KDOC-IND** Television  Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM

Jul 31 2016 07:30PM PT

[7:33:45 PM] [0:47]  The suspect was shot by the officers and remains 7svvu7hospitalized1+ in critical condition. He is expected to face murder and attempted murder charges. E it is decision time for former la county **SHERIFF LEE BACA.** Tomorrow, he is expected to decide whether to nwithdraw his **GUILTY PLEA** and face a new trial or accept **SENTENCING** on a charge that carries a possible five-year sentence. He failed to reach a nuclear deal a few days ago. Earlier this month, a judge rejected the deal worked out by the prosecutors, calling it too lenient. All this after bawsca pleade[od **GUILTY** Baca pleaded **GUILTY** about the conspiracy to hide an FBI inmate. Jory: xand going concern about za in Florida. Anxiety running high after four confirmed cases.

 Nielsen Audience:  39,627

**567.** 🖱 **KCAL-TV [IND 9]** Television  Market: Los Angeles, CA

Former LA Sheriff Could Face Stiff Sentence Monday

Jul 31 2016 06:50PM PT

LOS ANGELES (AP) Former Los Angeles **SHERIFF LEE BACA** faces grim options in federal court after a judge rejected a six-month sentence as too lenient for lying to authorities. Baca can let the judge sentence him Monday to up to five years in prison, or go to trial after talks broke down to work out a new agreement with prosecutors. Loyola Law School professor Laurie Levenson says there are no great options for the longtime lawman. The fact that the 74-year-old is in the early stages of Alzheimer's creates a further layer of difficulty. Baca pleaded **GUILTY** to lying to prosecutors and the FBI during their corruption investigation in the nation's largest **JAIL** system. Prosecutors say Baca and others tried to derail that investigation when they discovered an inmate was an FBI informant. (Copyright 2016 The Associated Press.

View▶

 Unique Visitors:  1,743,155

**568.** 📺 **KCBS-CBS** Television  Market: Los Angeles, CA
CBS2 News at 6:00 PM

Jul 31 2016 06:00PM PT

[6:05:54 PM] [0:22]  Former la county **SHERIFF LEE BACA** faces grim options in federal court tomorrow. He can let a judge sentence him up to five years in prison or go trial. A judge rejected the six month **PLEA** bargain Baca was offered for lying to authorities. Judge said that was too lenient. Talks broke down to work out a new agreement with prosecutors.

 Nielsen Audience:  86,721

**569.** 📺 **KCBS-CBS** Television  Market: Los Angeles, CA

CBS2 News at 5:00 PM

Jul 31 2016 05:00PM PT

[5:04:58 PM] [0:34]  The wrong-way driver was pronounced dead at the scene two, victims survived this head-on crash. Their injuries are considered non-life-threatening. Peter: former la county **SHERIFF LEE BACA** faces tough questioning in court tomorrow. He can go five years in prison or go trial. He pleaded **GUILTY** to lying to prosecutors and the FBI during county **JAIL** corruption investigation. Prosecutors recommended a six-month sentence but the judge rejected it as too lenient. Talks broke down to work down a new agreement.

Nielsen Audience:  57,864

**570.** **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 10:00 AM

Jul 31 2016 10:00AM
PT

[10:10:24 AM] [0:10]  John: yeah, it's a popular place. Christina: John: we have much more new straight ahead. Tomorrow is decision day for former la county **SHERIFF LEE BACA.** He must make a choice that could cost him his freedom.

[10:13:35 AM] [0:46]  Christina: it is decision time for former la county **SHERIFF LEE BACA.** Tomorrow Baca is expected to decide whether to withdraw his **GUILTY PLEA** and face a new trial, or accept **SENTENCING** on a charge that carries a possible 5-year sentence. On Friday, Baca failed to reach a new **PLEA** deal. Earlier this month, a judge rejected the zero-to-six months deal worked out by the defense and prosecutors, calling it too lenient. All this after Baca pleaded **GUILTY** to lying to federal investigators about the conspiracy to hide an inmate-turned-FBI informant. John: a special ceremony at camp pendleton in honor of a terminally ill 8-year-old boy. Dressed in a military uniform, wyatt gillette was named an honorary marine yesterday.

Nielsen Audience:  161,047

**571.** **KNBC-NBC** Television  Market: Los Angeles, CA

Today in L.A. Weekend

Jul 31 2016 07:30AM
PT

[7:33:22 AM] [0:32]  Former la county **SHERIFF LEE BACA** heads back to court tomorrow. A **SENTENCING** hearing is set resume after a new **PLEA** deal could not be reached on Friday. Earlier this month as Baca was about to learn his sentence, a judge threw out his **PLEA** deal. He now has the option to accept a harsh sentence or withdraw his previous **GUILTY PLEA** and wait. Baca pleaded **GUILTY** to lying to federal investigators.

Nielsen Audience:  60,986

**572.** **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Jul 31 2016 05:00AM
PT

[5:03:32 AM] [1:04]  It destroyed 18 homes and forced thousands to evacuate. One man who disobeyed orders to leave died in the fire. John: former **SHERIFF LEE BACA** is expected to decide whether to withdraw his **GUILTY PLEA** or accept **SENTENCING** on a charge that requires a five year sentence. Earlier in month the judge rejected the zero to six month deal worked out by the defense and prosecutors calling it too lenient. He pleaded **GUILTY** to lying to investigators about a conspiracy who to hide an inch fat who was an FBI informant. Christina: san diego's police chief has yet to determine if it was similar to premeditated attacks on police in other parts of the country. The officer who survived the shooting is awake but investigators haven't been able to interview him just yet.

Nielsen Audience:  33,160

**573.** **KPCC-FM [89.3 FM] Southern California Public Radio** Radio  Market: Los Angeles, CA

Lee Baca, prosecutors fail to reach new plea deal

Jul 30 2016 04:23PM
PT

Media Coverage Report

FormerLosAngelesCounty **SHERIFF LEE BACA** has failed to reach a new **PLEA** deal over his sentence for lying to federal investigators about a **JAIL** probe. Baca pleaded **GUILTY** this year to making false statements when he denied knowing that sheriff's officials intended to block the FBI probe into county **JAIL** abuses. The 74-year-old Baca would have faced no more than six months in prison under the deal. But a judge rejected it two weeks ago, calling the sentence too lenient. On Friday, Baca's lawyer and federal prosecutors were unable to hammer out a new deal. Attorney Michael Zweiback says Baca will decide Monday whether to withdraw his **GUILTY PLEA** and face a new trial or accept **SENTENCING** on a charge that carries a potential five-year sentence. The best SoCal news in your inbox, daily. Catch up each morning with KPCC's Short List newsletter.

View▶

Unique Visitors:  506,157

574.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 8:00 AM

Jul 30 2016 08:30AM PT

[8:35:13 AM] [0:54]  The mayor has released a statement saying I feel terrible ancic to my stomach, obviously this was my worst possible fear. Christina: former la county **SHERIFF LEE BACA** has failed to reach a new **PLEA** deal over his sentence. Earlier this month a judge rejected the zero to six month deal worked out by the defense and prosecutors calling it too lenient. Baca pleaded **GUILTY** this year to lying to federal investigators about the conspiracy to hide an inmate turned FBI informant. On Monday Baca is expected to decide whether to withdraw his **GUILTY PLEA** and face a new trial or accept a **SENTENCING** that carries a potential five-year sentence. John: a unique ceremony will take place at camp pendleton. Loved one and strangers signed a strange.

Nielsen Audience:  139,722

575.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Jul 30 2016 06:30AM PT

[6:32:51 AM] [0:42]  Back to you. Christina: hopefully everything says safe and everybody can enjoy. Former la county **SHERIFF LEE BACA** has failed to reach a new **PLEA** deal over his sentence. Earlier this month the judge rejected a 0-6 month deal worked out by the prosecutors calling it too lenient. He pled **GUILTY** to lying to investigators about the conspiracy to hide an inmate turned FBI informant. On Monday Baca is expected to decide whether to withdraw ace hilt gee **PLEA** and fist a new trial or accept **SENTENCING** on a charge that carries a Poe ten Al five-year sentence. Sentence. John: the conventions are over but nominees are not slowing down any time soon.

Nielsen Audience:  104,359

576.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Jul 30 2016 06:00AM PT

[6:25:23 AM] [0:19]  John: surf is up and so is security judge ahead at 6:30 we are live in Huntington beach for the us open surfing championships. Along with the waves there is massive security. John: waiting for a decision from **LEE BACA** the former head of the sheriff's

Media Coverage Report

department has until Monday to decide on a **PLEA** deal that could result in a lot of time in **JAIL** or go to a jury trial. Leslie l: looking at a very warm day.

 Nielsen Audience:  73,744

577. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Jul 30 2016 06:00AM PT

[6:08:34 AM] [0:19]  The results of ha sur rey coming up. Christina: traffic problems around southern California again because of road repairs, those details also ahead. John: later the dilemma for **LEE BACA,** accept the judge's sentence or go to a jury trial. He need to make up his mind by Monday. Christina: and taking a live look into laguna, some cloud hanging out there, a gray start along the coast.

 Nielsen Audience:  73,744

578. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Jul 30 2016 05:30AM PT

[5:34:11 AM] [0:55]  Cyber security experts have blamed Russia for that attack. No word yet from the Clinton campaign. John: former la county **SHERIFF LEE BACA** has failed to reach a new **PLEA** deal over his sentence. Earlier this month the judge rejected a zero to 6 month deal worked out by the prosecutors calling it too lenient. He on money back a is expecting to decide whether to withdraw list **GUILTY PLEA** or face a new trial or accept **SENTENCING** on a charge that car rees a potential five year sense. Christina: california's growing marijuana is facing growing pains following a new law that took effect in January and a prop session coming up on this november's ballot. More than one hundred business owners met at the state capitol Friday to discuss concerns about laws impacting the medical marijuana industry.

 Nielsen Audience:  71,542

579. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM

Jul 30 2016 05:00AM PT

[5:26:49 AM] [0:34]  Political conventions in the history books, Hillary Clinton and Donald Trump than at campaign trial trying to convince undecided voters who are more credible. That story ahead the 5:30. John: a long weekend ahead for former **SHERIFF LEE BACA.** He has until Sunday to enter a **PLEA** or go to trial on perjury charges. Leo: is sun is coming out. We'll let you know what we the family favorite.

 Nielsen Audience:  54,284

580. **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 11:00 PM

Jul 29 2016 11:00PM PT

[11:08:37 PM] [0:27]  A new top law enforcement officer in Los Angeles county. A judge threw out his **PLEA** deal. He's waiting for new charges. Baca pleaded **GUILTY** in February. **LEE BACA** will be back in court on Monday.

 Nielsen Audience:  181,974

**581.**    **Inland Valley Daily Bulletin** Newspaper  Market: Los Angeles, CA

Former LA County Sheriff Lee Baca could withdraw guilty plea as deal                    Jul 29 2016 10:51PM
stalls                                                                                              PT

Former Los Angeles County **SHERIFF LEE BACA** and federal prosecutors could not agree on a
new **PLEA** deal in connection with a **JAIL** corruption scandal, lawyers said Friday. Bacas
attorney, Michael Zweiback, said he and federal prosecutors had tried to reach a new deal to
present to a judge in federal court before Monday, but couldnt. We were hopeful an
agreement would be reached but none was made, Zweiback said Friday. There is no **PLEA** deal.
Mr. Baca will decide on Monday if he plans to withdraw his **GUILTY PLEA.** Baca was expected to
appear in court Monday to tell a federal judge if he wants to plead not **GUILTY** and stand trial
in connection with the scandal, or take a chance and accept a longer sentence than a six-
month **PLEA** deal. If the former sheriff decides not to withdraw his **PLEA,** Anderson said he
would hand down a sentence he felt fit Bacas actions. The choice was handed down to Baca
two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs
**PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a
six-month sentence trivialized his role in a series of events that led to deputies covering up
abuses, looking the other way and altering records, all of which led to fostering an us-versus-
them mentality, inside Los Angeles jails. Baca could face a maximum sentence of up to five
years imprisonment. Andersons decision was a blow for Baca and his defense team. Zweiback
had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the
early stages of Alzheimers disease, court documents have shown. But federal prosecutors with
the U.S. attorneys office said they still recommended the six-month sentence to be served in
federal prison. Baca admitted he lied to investigators in an April 2013 interview while he was
sheriff when he said he did not know that Sheriffs Department officials planned to approach an
FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered
an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called
for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to
the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this, they said.
Prosecutors also said that Baca further stated that the LASD should do everything but put
handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison
while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been
convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was
elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

 Unique Visitors:  81,621

**582.**    **The Daily Breeze** Newspaper  Market: Los Angeles, CA

Former LA County Sheriff Lee Baca could withdraw guilty plea as deal                    Jul 29 2016 10:50PM
stalls                                                                                              PT

Former Los Angeles County **SHERIFF LEE BACA** and federal prosecutors could not agree on a
new **PLEA** deal in connection with a **JAIL** corruption scandal, lawyers said Friday. Bacas
attorney, Michael Zweiback, said he and federal prosecutors had tried to reach a new deal to
present to a judge in federal court before Monday, but couldnt. We were hopeful an
agreement would be reached but none was made, Zweiback said Friday. There is no **PLEA** deal.
Mr. Baca will decide on Monday if he plans to withdraw his **GUILTY PLEA.** Baca was expected to
appear in court Monday to tell a federal judge if he wants to plead not **GUILTY** and stand trial
in connection with the scandal, or take a chance and accept a longer sentence than a six-
month **PLEA** deal. If the former sheriff decides not to withdraw his **PLEA,** Anderson said he

would hand down a sentence he felt fit Bacas actions. The choice was handed down to Baca two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-versus-them mentality, inside Los Angeles jails. Baca could face a maximum sentence of up to five years imprisonment. Andersons decision was a blow for Baca and his defense team. Zweiback had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease, court documents have shown. But federal prosecutors with the U.S. attorneys office said they still recommended the six-month sentence to be served in federal prison. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

**View▶**

Unique Visitors: 169,223

583. **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

Former LA County Sheriff Lee Baca could withdraw guilty plea as deal stalls                                                    Jul 29 2016 10:27PM PT

Former Los Angeles County **SHERIFF LEE BACA** and federal prosecutors could not agree on a new **PLEA** deal in connection with a **JAIL** corruption scandal, lawyers said Friday. Bacas attorney, Michael Zweiback, said he and federal prosecutors had tried to reach a new deal to present to a judge in federal court before Monday, but couldnt. We were hopeful an agreement would be reached but none was made, Zweiback said Friday. There is no **PLEA** deal. Mr. Baca will decide on Monday if he plans to withdraw his **GUILTY PLEA.** Baca was expected to appear in court Monday to tell a federal judge if he wants to plead not **GUILTY** and stand trial in connection with the scandal, or take a chance and accept a longer sentence than a six-month **PLEA** deal. If the former sheriff decides not to withdraw his **PLEA,** Anderson said he would hand down a sentence he felt fit Bacas actions. The choice was handed down to Baca two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-versus-them mentality, inside Los Angeles jails. Baca could face a maximum sentence of up to five years imprisonment. Andersons decision was a blow for Baca and his defense team. Zweiback had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease, court documents have shown. But federal prosecutors with the U.S. attorneys office said they still recommended the six-month sentence to be served in federal prison. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered

an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors: 648,730

584. **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

    Former LA County Sheriff Lee Baca could withdraw guilty plea as deal stalls     Jul 29 2016 10:27PM PT

Former Los Angeles County **SHERIFF LEE BACA** and federal prosecutors could not agree on a new **PLEA** deal in connection with a **JAIL** corruption scandal, lawyers said Friday. Bacas attorney, Michael Zweiback, said he and federal prosecutors had tried to reach a new deal to present to a judge in federal court before Monday, but couldnt. We were hopeful an agreement would be reached but none was made, Zweiback said Friday. There is no **PLEA** deal. Mr. Baca will decide on Monday if he plans to withdraw his **GUILTY PLEA.** Baca was expected to appear in court Monday to tell a federal judge if he wants to plead not **GUILTY** and stand trial in connection with the scandal, or take a chance and accept a longer sentence than a six-month **PLEA** deal. If the former sheriff decides not to withdraw his **PLEA,** Anderson said he would hand down a sentence he felt fit Bacas actions. The choice was handed down to Baca two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-versus-them mentality, inside Los Angeles jails. Baca could face a maximum sentence of up to five years imprisonment. Andersons decision was a blow for Baca and his defense team. Zweiback had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease, court documents have shown. But federal prosecutors with the U.S. attorneys office said they still recommended the six-month sentence to be served in federal prison. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors: 121,410

585.     **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

**Former LA County Sheriff Lee Baca could withdraw guilty plea as deal stalls**    Jul 29 2016 10:27PM PT

Former Los Angeles County **SHERIFF LEE BACA** and federal prosecutors could not agree on a new **PLEA** deal in connection with a **JAIL** corruption scandal, lawyers said Friday. Bacas attorney, Michael Zweiback, said he and federal prosecutors had tried to reach a new deal to present to a judge in federal court before Monday, but couldnt. We were hopeful an agreement would be reached but none was made, Zweiback said Friday. There is no **PLEA** deal. Mr. Baca will decide on Monday if he plans to withdraw his **GUILTY PLEA.** Baca was expected to appear in court Monday to tell a federal judge if he wants to plead not **GUILTY** and stand trial in connection with the scandal, or take a chance and accept a longer sentence than a six-month **PLEA** deal. If the former sheriff decides not to withdraw his **PLEA,** Anderson said he would hand down a sentence he felt fit Bacas actions. The choice was handed down to Baca two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs **PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-versus-them mentality, inside Los Angeles jails. Baca could face a maximum sentence of up to five years imprisonment. Andersons decision was a blow for Baca and his defense team. Zweiback had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease, court documents have shown. But federal prosecutors with the U.S. attorneys office said they still recommended the six-month sentence to be served in federal prison. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  96,338

586.  **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca could withdraw guilty plea as deal stalls    Jul 29 2016 10:27PM PT

Former Los Angeles County **SHERIFF LEE BACA** and federal prosecutors could not agree on a new **PLEA** deal in connection with a **JAIL** corruption scandal, lawyers said Friday. Bacas attorney, Michael Zweiback, said he and federal prosecutors had tried to reach a new deal to present to a judge in federal court before Monday, but couldnt. We were hopeful an agreement would be reached but none was made, Zweiback said Friday. There is no **PLEA** deal. Mr. Baca will decide on Monday if he plans to withdraw his **GUILTY PLEA.** Baca was expected to appear in court Monday to tell a federal judge if he wants to plead not **GUILTY** and stand trial in connection with the scandal, or take a chance and accept a longer sentence than a six-month **PLEA** deal. If the former sheriff decides not to withdraw his **PLEA,** Anderson said he would hand down a sentence he felt fit Bacas actions. The choice was handed down to Baca two weeks ago, when U.S. District Court Judge Percy Anderson rejected the former sheriffs