**PLEA** agreement with prosecutors, saying it was not tough enough. The judge told Baca that a six-month sentence trivialized his role in a series of events that led to deputies covering up abuses, looking the other way and altering records, all of which led to fostering an us-versus-them mentality, inside Los Angeles jails. Baca could face a maximum sentence of up to five years imprisonment. Andersons decision was a blow for Baca and his defense team. Zweiback had asked the judge to consider **SENTENCING** Baca to six months at home. Baca, 74, is in the early stages of Alzheimers disease, court documents have shown. But federal prosecutors with the U.S. attorneys office said they still recommended the six-month sentence to be served in federal prison. Baca admitted he lied to investigators in an April 2013 interview while he was sheriff when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for sheriffs officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this, they said. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

**View▶**

   Unique Visitors:  105,100

---

587.   **KNX-AM** Radio   Market: Los Angeles, CA

   KNX Evening News with Brian Ping

Jul 29 2016 09:00PM CT

[9:10:55 PM] [0:37]  A former la county **SHERIFF LEE BACA** has failed to reach a **PLEA** deal with federal prosecutors are. This means he accepts the possible harsh sentence. Or withdraws his previous **GUILTY PLEA** in weights no charges. Ok his attorney says two weeks of bargaining with federal prosecutors stall with out an agreement. And that bock will announce his intention when he appears in court that's going to be on Monday he goes before the same judge that tossed out the former sheriff's previous **PLEA** deal that would've given in six months in prison the judge said. At that was too lenient its nineteen and are looking to free race coming. In just less than five minutes.

   Nielsen Radio Audience:  11,500

---

588.   **KNBC-NBC** Television   Market: Los Angeles, CA

   NBC4 News at 6:00 PM

Jul 29 2016 06:00PM PT

[6:02:46 PM] [0:22]  New at 6, a new **PLEA** deal for former Los Angeles county **SHERIFF LEE BACA** couldn't be reached today. Last week Baca was about to learn his sentence after a judge threw out his **PLEA** deal. Now he'll have the option of accepting a harsh sentence or withdrawing his previous **GUILTY PLEA** and waiting for new charges. Baca pleaded **GUILTY** in February to lying to federal investigators. He'll be back in court on Monday.

   Nielsen Audience:  121,079

---

589.   **KABC-ABC** Television   Market: Los Angeles, CA

   Eyewitness News at 6:00 PM

Jul 28 2016 06:00PM

[6:04:31 PM] [0:50]  Some of the victims were trapped beneath the vehicle. David: it is down to the wire for the former sheriff **LEROY BACA** as he and his attorney try to negotiate a new **PLEA** deal. Judge Anderson called the deal too lenient and gave both sides until today to let him know if he would stand on his **PLEA** and possibly face a prison sentence of up to five years. If a new deal is not worked out, he could face trial on more serious charges. The former second-in-command was supposed to surrender to federal prison on Monday.

Nielsen Audience:  209,065

590. **Metropolitan News-Enterprise** Online Only   Market: Los Angeles, CA

Percy Anderson: Is He Fit to Be a Judge?

Jul 25 2016 05:34PM PT

Metropolitan News-Enterprise Monday, July 25, 2016 Page 8 PERSPECTIVES (Column) By ROGER M. GRACE A factor in the case of United States of America v. **LEROY BACA** is mental instability. No, Im not referring to the former Los Angeles County sheriff, who is charged with lying to federal investigators, and is in the early stages of Alzheimers disease. Im talking about the judge in the case, Percy Anderson. Anderson is the judge who last Monday rejected the **PLEA** bargain under which Baca could have been incarcerated for anywhere between zero days to six months. That, Anderson snorted, was not enough punishment. His remarks indicated that he wanted to hold Baca accountable for crimes with which he was not charged and, in fact, of which investigators had exonerated him. Baca will return to court a week from today and will have the opportunity to withdraw his **GUILTY PLEA,** entered in February, pursuant to the **PLEA** bargain. Its fairly predictable hell do that, rather than submit to Andersons anticipated imposition of a sentence of five years in prison, which he meted out to former Undersheriff **PAUL TANAKA.** The difference between Baca and Tanaka is that the former merely disclaimed knowledge in an interview with investigators of two matters, his false statements in no way prejudicing the federal governments probe of Los Angeles County **JAIL** conditions, while Tanaka, who controlled day-to-day operations of the department, willfully and materially. obstructed justice. It is doubtful that many judges in the Central District other than Anderson, if any of them, would have scotched the **PLEA** arrangement denounced by Anderson. Anderson is obviously a man with acute psychological problems. This can be gleaned from comments posted by those who identify themselves as attorneys on The Robing Room websitewhich ranks Anderson as the fifth worst U.S. District Court judge in the nation (behind Hon. It finds that Judge [John F.] Walter abused his discretion by denying Wolffs motion to disqualify Judge Anderson. Anderson had sentenced Wolff to 15 years in prison. On remand, then-Judge Gary Feess (now retired), found reasonable a **PLEA** bargain calling for a sentence of three to five years, and ordered a commitment for 4.5 years. Perhaps Bacas lawyer will be able to gain a disqualification of Anderson based on his quest to sentence Baca based on attributing to him all criminal misdeeds committed by those under him, notwithstanding Bacas lack of complicity in, or even knowledge of, the activity. President Harry Trumans motto that The buck stops here was a statement as to accountability in a political context, not a legal pronouncement as to vicarious criminal liability.

View▶

Unique Visitors:  14,697

591. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 PM

Jul 23 2016 11:00PM PT

[11:37:35 PM] [1:04]  Report to the committee hopes to make these meetings more frequent. Pat: the former sheriff of lacounty manned up spending a lot hard time as an inmate in the **JAIL** he once supervised. **LEE BACA** had a **PLEA** deal set up in his corruption case but that changed this week. The judge took it off the table. Dave Lopez shows us why. He was stunned. Everyone expected him to walk in and resolve the matter. The court judge percy Anderson didn't see it that way, not at all. Clearly this judge wants to hold them accountable for everything. The buck of the la county sheriff for 16 plus years elected for different times made a **PLEA** deal, **GUILTY** of lying to federal prosecutors about his role in the investigation conserving **JAIL** beatings of inmates at they're like county **JAIL.** In exchange he would get either pro-patient or no more than six months in federal prison by judge Anderson said that's not the deal I'm accepting. We were blindsided.

[11:39:05 PM] [1:07]  Judge Adams has soft-spoken voice but his words rang loudly throughout the courtroom as he blasted the proposed **PLEA** deal and sheriff ahca. He said the judge this **PLEA** agreement is not reasonable is not very good agreement fails to measure the defendant's conduct adding to accept this **PLEA** deal would be to trivialize the seriousness of these crimes and to the north the defendants lack of respect for the law. This is the same judge who gave **PAUL TANAKA** baca's one-time onetime assistant and the sheriff department five years and are present. Baca who said nothing we left the courthouse must decide in two weeks as he take another **PLEA** deal with much more prison time so the judge will accept it or go to trial knowing according to doctors his Alzheimer's is progressing each day. Paul: they know who in chino hills one to 1.50 in dollar powerball letter he lottery. Pat: Michelle gile reports they were getting ready for the perfect getaway.

 Nielsen Audience:  104,567

592.   **Los Angeles Sentinel** *Online Only*   Market: Los Angeles, CA

Judge Rejects Baca Plea Deal                                    Jul 22 2016 12:00AM
                                                                         PT

A federal judge rejected a proposed **PLEA** dealthis week,between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would trivialize Bacas role in setting in motion a wide-ranging conspiracy to obstruct justice in the **JAIL** system that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said at the conclusion of the 90-minute hearing. Its another for the chief law enforcement officer of Los Angeles County to cover up abuse in Mens Central **JAIL.** To impose a sentence of six months would not address the gross abuse of the publics trust and would be unreasonable and unfair, the judge said. Such a penalty, Anderson said, understates the seriousness of the offense and the harm he caused by participating in a broad scheme to obstruct justice. Given a choice to withdraw his **GUILTY PLEA** to making false statements to federal investigators, keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. Baca, 74, who has been diagnosed with Alzheimers disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the countys former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs Association. The rejected **PLEA** agreement which one of Andersons colleagues on the

federal bench recently called troublesome was widely seen as too lenient in a case where the sheriffs departments former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. I made a mistake and accept being held accountable, Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should do everything but put handcuffs on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid OConnell whose courtroom is opposite Andersons the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. OConnell described the agreement with Baca as troubling. When questioned by OConnell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were apples and oranges, and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. He accepted responsibility, Williams said, adding that Bacas agreement was very favorable.

View▶

Unique Visitors:  39,192

---

593.    **Burbank Leader**  Online Only   Market: Los Angeles, CA

Jul 21 2016 01:25PM PT

Lee Baca's elite running days shed light on the former sheriff's conduct

To the editor: I interviewed then-L.A. County **SHERIFF LEE BACA** in 2007 for an article published in a national running magazine. We had met a few weeks earlier at a 5-kilometer run in Playa del Rey, where he won the race in his age category. Six months in prison is better than nothing for former L.A. **SHERIFF LEE BACA** editorial, July 18) Baca, an elite runner going back to his high school days in East Los Angeles, trained intensively and daily, rain or shine. His drive to improve his racing times was a personal obsession he viewed as relevant to his success as sheriff. Running is a method of keeping your body in a state of preparedness, he said.

View▶

Unique Visitors:  1,693

---

594.    **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Jul 21 2016 01:25PM PT

Lee Baca's elite running days shed light on the former sheriff's conduct

To the editor: I interviewed then-L.A. County **SHERIFF LEE BACA** in 2007 for an article published in a national running magazine. We had met a few weeks earlier at a 5-kilometer run in Playa del Rey, where he won the race in his age category. Six months in prison is better than nothing for former L.A. **SHERIFF LEE BACA** editorial, July 18) Baca, an elite runner going back to his high

school days in East Los Angeles, trained intensively and daily, rain or shine. His drive to improve his racing times was a personal obsession he viewed as relevant to his success as sheriff. Running is a method of keeping your body in a state of preparedness, he said.

View▶

Unique Visitors:  7,207

595.    **La Canada Valley Sun**  Newspaper    Market: Los Angeles, CA

Jul 21 2016 01:25PM PT

Lee Baca's elite running days shed light on the former sheriff's conduct

To the editor: I interviewed then-L.A. County **SHERIFF LEE BACA** in 2007 for an article published in a national running magazine. We had met a few weeks earlier at a 5-kilometer run in Playa del Rey, where he won the race in his age category. Six months in prison is better than nothing for former L.A. **SHERIFF LEE BACA** editorial, July 18) Baca, an elite runner going back to his high school days in East Los Angeles, trained intensively and daily, rain or shine. His drive to improve his racing times was a personal obsession he viewed as relevant to his success as sheriff. Running is a method of keeping your body in a state of preparedness, he said.

View▶

Unique Visitors:  1,830

596.    **Laguna Beach Coastline Pilot**  Newspaper    Market: Los Angeles, CA

Jul 21 2016 01:25PM PT

Lee Baca's elite running days shed light on the former sheriff's conduct

To the editor: I interviewed then-L.A. County **SHERIFF LEE BACA** in 2007 for an article published in a national running magazine. We had met a few weeks earlier at a 5-kilometer run in Playa del Rey, where he won the race in his age category. Six months in prison is better than nothing for former L.A. **SHERIFF LEE BACA** editorial, July 18) Baca, an elite runner going back to his high school days in East Los Angeles, trained intensively and daily, rain or shine. His drive to improve his racing times was a personal obsession he viewed as relevant to his success as sheriff. Running is a method of keeping your body in a state of preparedness, he said.

View▶

Unique Visitors:  313

597.    **Los Angeles Times**  Newspaper    Market: Los Angeles, CA

Jul 21 2016 01:25PM PT

Lee Baca's elite running days shed light on the former sheriff's conduct

To the editor: I interviewed then-L.A. County **SHERIFF LEE BACA** in 2007 for an article published in a national running magazine. We had met a few weeks earlier at a 5-kilometer run in Playa del Rey, where he won the race in his age category. Six months in prison is better than nothing for former L.A. **SHERIFF LEE BACA** editorial, July 18) Baca, an elite runner going back to his high school days in East Los Angeles, trained intensively and daily, rain or shine. His drive to improve his racing times was a personal obsession he viewed as relevant to his success as sheriff. Running is a method of keeping your body in a state of preparedness, he said.

View▶

Unique Visitors:  19,365,041

598.    **Los Angeles Times**  Newspaper    Market: Los Angeles, CA

Jul 21 2016 05:50AM

For the record

Baca **SENTENCING:** In the July 18 Section A, an article about the upcoming **SENTENCING** of retired **SHERIFF LEE BACA** said in one instance that Baca had ceded day-to-day operations of the Sheriffs Department to Merrick Bobb as well as to Undersheriff **PAUL TANAKA.** As the article indicated elsewhere, Bobb was a monitor of the department for more than two decades and so was not ceded control of the agency.

View▶

   Unique Visitors:  19,365,041

599.   **Pasadena Weekly**  Newspaper   Market: Los Angeles, CA

       A Matter of Trust                                    Jul 21 2016 03:26AM
                                                                          PT

It appears that disgraced former **SHERIFF LEE BACA** will be heading back to court now that a federal judge has rejected a **PLEA** deal that would have allowed Baca to spend a maximum of six months in **JAIL** for lying to the FBI during an investigation of abuse in the countys **JAIL.** system. Former Undersheriff **PAUL TANAKA,** Bacas underling, was recently sentenced to five years in federal prison for his role in the **JAIL** scandal. In their pleas for leniency, Bacas attorneys said the former sheriff was suffering from the early stages of Alzheimers disease and that he should be allowed to serve his six-month sentence at home. US District Court Judge Percy Anderson, however, said a six-month sentence would not address the gross abuse of the publics trust, including the need to restore the publics trust in law enforcement and the criminal justice system.

View▶

   Unique Visitors:  5,554

600.   **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA

       The fate of former Los Angeles County Sheriff Lee Baca        Jul 19 2016 05:10PM
                                                                                    PT

On Monday a federal judge has rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA.** The deal would have called for the retired sheriff to serve anywhere from zero to six months in prison for lying to investigators in connection with an FBI probe into the county **JAIL** system. So what is Baca's next step? What are his legal options?

View▶

   Unique Visitors:  506,157

601.   **City Watch**  Online Only   Market: Los Angeles, CA

       Bacas Punishment ShouldMatch the Level of Responsibility       Jul 19 2016 07:02AM
                                                                                    PT

GUEST COMMENTARY (George Hofstetters column was written prior to former Sheriff Bacas Monday appearance before Judge Percy Anderson and proved to be prophetic. Judge Anderson threw out Bacas **PLEA** deal saying that six months in **JAIL** was not enough.) The medical diagnosis that former **SHERIFF LEE BACA** is in the early stages of Alzheimer's disease is unfortunate, and we sympathize with him and his family. Some may claim justice was achieved when Mr. Baca pleaded **GUILTY** in February to lying to FBI agents and federal prosecutors investigating **INMATE ABUSE** at the Men's Central **JAIL.** However, the reality is that his maximum sentence under the **PLEA** is a slap on the wrist and he may serve no time at all when he is formally sentenced by U.S. District Judge Percy Anderson on July 18. What should not be

forgotten is that while Mr. Baca admitted his guilt, he also worked out a **PLEA** deal to avoid testifying under oath in any proceeding regarding his actions. As I have said before, ALADS does not celebrate the fact that the person the voters of Los Angeles County elected to lead our department has now been convicted of a federal crime.This conviction is a bitter lesson the current department leadership must absorb and overcome. While Mr. Baca's sentence will be the topic of the day, our focus and concern are for the deputy sheriffs who became mired in Baca's scandals. We remain disappointed by the sentences that were handed down to deputies in the past year for crimes relating to the Mr. Baca's **JAIL** scandal. These deputies and their families have already been punished, far more harshly than Mr. Baca. We believe the sentences handed down in those cases should have at least been proportional to the sentence Mr. Baca is facing. Justice requires that those who directed criminal conduct should not be the least punished. Mr. Baca's **PLEA** deal calls for a maximum of six months, which pales in comparison to the 18 to 41-month prison terms lower level personal are facing. Judge Anderson still must approve Mr. Baca's **PLEA** agreement and ALADS hopes federal prosecutors will revisitall of the **SENTENCING** that was handed out to the deputies who were following the directions given to them by Mr. Baca's leadership. Rank-and-file deputies are determined by our daily actions on the job, to show the public that the crimes committedby former department executivesreflect only upon those executives and their leadership failures.We are not going to let the sins of former managers define our deputies, as that would not be an accurate. representation of the honesty, hard work and integrity ALADS members and their co-workers exemplify every day. As we wait to hear Judge Anderson's decision in Mr. Baca's **SENTENCING,** we are confident the department's current leadership will ensure the failures of their predecessors will not define how we go forward from here. (George Hofstetter is President of the Association for Los Angeles Deputy Sheriffs. ALADS is the collective bargaining agent and represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County.

View▶

Unique Visitors:　17,458

602.　**KTTV-FOX** Television　Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Jul 19 2016 07:00AM PT

[7:14:34 AM] [0:19]　One of them critically. He used axe, he used a knife. Was show to death by police as he tried to **PLEA** the scene. Authorities say isis flag was actually found among the pee belongings the Foster home he was living in at the teem. The teenp claimed asylum after going to Germany a year ago as unaccompanied minor.

[7:17:43 AM] [0:42]　They rushed to judgment. I have been saying that for quite some time now. Earlier this year shall officers ceasar booedson and officer Edward nero were also found not **GUILTY.** The last two officers have trials coming up this pal. This situation price to many people in federal court yesterday. Downtown Los Angeles, the **PLEA** deal, that former la county **SHERIFF, LEE BACA,** government prosecutors worked out. It was rejected by judge Anderson. A lot of surprise here. Baca avoided I. Indictment by pleading **GUILTY** of one count of lying to the FBI as it investigated Jill abuse. The judge said even six months of prison would not address the gross abuse of the public's rust. Ways stunned.

Nielsen Audience:　57,008

603.　**KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television　Market: Los Angeles, CA

Judge rejects ex-L.A. County Sheriff Lee Baca's plea deal

Jul 19 2016 06:47AM PT

Former **SHERIFF LEE BACA** to be sentenced for lying during FBI corruption probe From Phil Shuman: LOS ANGELES, Calif. (FOX 11 / CNS) - From Phil Shuman: Different pictures of former L.A. County **SHERIFF LEE BACA** were vividly painted in Federal Court in downtown Los Angeles this morning. Is he a ''coward'' as the Assistant U.S. Attorney called him, or is he the public servant ''who worked to make the community a much better place'' as **LEE BACA'S** defense said. We don't know, and can't know because Baca himself is largely a stone in public. We do know that in a most unusual move, U.S. Judge Percy Anderson tossed out the carefully crafted **PLEA** deal that would've given Baca either probation or up to six months in a federal prison for pleading **GUILTY** to one count of lying to the FBI looking into years of abuse. of inmates in LA County jails. Anderson said even six months would ''trivialize'' the offenses. They'll probably renegotiate a new **PLEA,** or Baca could risk indictment and trial. Baca, sneaking out the back door via special treatment not given to others in the Federal courthouse, through his attorney , said he was ''stunned.'' The Government, as is their habit when things don't go their way, hid in their offices and said nothing on camera. Baca's attorney, who had argued for probation citing a new diagnosis of early Alzheimer's for Baca, said in his years of working Federal courts this has never happened. The ACLU, whose lawsuits brought much of the abuse and cover-up into the open, welcomed the seriousness with which the Judge is dealing with this issue, that "it does deserve more than a slap on the wrist." Earlier: A federal judge Monday rejected a proposed **PLEA** deal between former Los Angeles. County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging conspiracy to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust" and would be unreasonable and unfair, the judge said. Such a penalty, Anderson said, "understates the seriousness of the offense" and "the harm he caused by participating in a broad scheme to obstruct justice." Given a choice to withdraw his **GUILTY PLEA** to making false statements to federal investigators, keep his **PLEA** and face a more severe punishment or postpone the. decision to a later date, Baca chose to have the hearing resume on Aug. 1. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troublesome" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators.

Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Copyright 2016 FOX 11 Los Angeles : Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter, Instagram, and YouTube. Be a citizen journalist for FOX 11 and get paid download the Fresco News App today.

View▶

Unique Visitors: 5,412

604. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 AM

Jul 19 2016 06:30AM PT

[6:47:27 AM] [0:30]  Police were chasing a driver suspected to be under the influence. That driver slammed into two cars at the intersection. Rick: a judge has rejected a **PLEA** deal for former **SHERIFF LEE BACA.** The judge says six months in prison in the obstruction case was too light of a sentence. Baca can take up another **PLEA** deal with more prison time or go to trial. Sharon: and airbnb starting in August they will have to pay taxes on the money they make. They're already supposed to do so but apparently most of them are not.

Nielsen Audience: 32,315

605. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 6:00 AM

Jul 19 2016 06:30AM PT

[6:39:02 AM] [0:40]  Thank you. A surprise in federal court. The **PLEA** deal that former lacounty **SHERIFF LEE BACA** has worked out was rejected by judge percy Anderson. **LEE BACA** had avoided trial in the first place. One count of lying to the FBI. The judge said even six months of prison was simply not addressing the gross abuse of the public's trust.

Nielsen Audience: 44,810

606. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 AM

Jul 19 2016 05:30AM PT

[5:39:19 AM] [0:13]  A judge has rejected a **PLEA** deal for former la **SHERIFF LEE BACA** picked the judge said six months in prison in the obstruction case was too light of a sentence and Baca can now take another **PLEA** deal with more prison time or go to trial.

Nielsen Audience:  21,650

607.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 4:30 AM

Jul 19 2016 04:30AM PT

[4:35:26 AM] [1:05]  Our Dave Bryan will bring in the latest from the republican convention drought the week and from the democratic convention next week right here and CBS 2. Sharon: a shocking turn of events in the federal case against former la sheriff **SHERIFF LEE BACA.** A judge rejected Baca **PLEA** deal because he said that agreement let the sheriff off to lightly. Earlier this year Baca agreed to plead **GUILTY** for trying to block a federal investigation into abuse inside them and stale. You that he would get no more than six months in prison, but baca's attorney said his client did not see this coming. He was stunned everyone expected, including the government prosecutors to walk in here and resolve this matter. Sharon: it is in that, he is in the early stages of Alzheimer's and he could take another **PLEA** deal with more prison time or go to trial. Rick: developing news, beaches and us out there closed morning because of a message sewage spill. The mess started in downtown Monday afternoon in the department's annotations as a ruptured pipe said over a hundred thousand gallons of sewage into the alley river prickle on the sewage was carried into the ocean in long beach.

Nielsen Audience:  15,270

608.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 4:30 AM

Jul 19 2016 04:30AM PT

[4:43:33 AM] [0:36]  Be safe on roadways. More traffic and weather coming up. A surprise in federal courted yesterday in downtown Los Angeles, the **PLEA** deal that former la county **SHERIFF LEE BACA** and government prosecutors that worked out was rejected by judge percy Anderson. Baca voided indictment by pleading **GUILTY** of lying to the FBI as investigated **JAIL** abuse. Judge said even six months of prison would not address gross abuse of the public's trust. Baca's attorney said he was stunned by the judge's decision.

[4:47:37 AM] [0:21]  Rush to judgment saying that for quite some time now. Officer caesar and Edward niro found not **GUILTY.** Last two officers have their trials this fall. 4:47 coming up let that warmup begin temps get hotter today bit end of the week and down right sizzling.

Nielsen Audience:  7,210

609.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six months

Jul 19 2016 03:10AM PT

A federal judge on Mondaythrew outaplea agreement that would have given former Los Angeles County **SHERIFF LEE BACA** a maximum of six months in prison, saying the sentence was too lenient considering Bacas role in obstructing an FBI investigation into the county jails. Addressing a downtown courtroom packed with Bacas supporters,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment[and] the need to deter others. Baca, 74, had pleaded **GUILTY** in February to a single charge of lying to federal investigators. But the former sheriffs involvement in trying to derail the investigation reached further than that, Anderson said. At stake was what the investigators were trying to expose, Anderson said: an us-versus-them culture in which deputies covered up for one another andresponded to inmates with enough violence to send

them to the hospital. Six months in prison for the man who ran the Sheriffs Department would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system, Anderson said. The judge said he would allow Baca to withdraw his **GUILTY PLEA,** setting a new hearing date for Aug. 1. The maximum sentence for the false statement charge is five years- the same amount of time that Bacas former No. 2, **PAUL TANAKA,** received last month after going to trial in a related obstruction-of-justice case. Seven lower-ranking sheriffs officials who have been convicted and sentenced in the obstruction casereceived a year and a half to more than three years in prison. Bacasplea agreement had called for a sentence ranging from probation to six months in prison. Prosecutors have said they agreed to the deal in part because of Bacas willingness to plead **GUILTY.** Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. See more videos Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and go to trial, taking his chances with whatever charges the government might decide to bring. He could negotiate a new deal with federal prosecutors for a longer sentence that the judge would find more acceptable. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said that if he cannot reach an agreement that includes a specific sentence, rather than an open-ended **GUILTY PLEA,** he will not leave his clients fate in Anderson's hands. At that point, we might as well take our chances at trial, Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. The trial could be put on hold if he is declared mentally incompetent. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape,Zweiback said. Thom Mrozek, a spokesman for the U.S. attorneys office, said prosecutors would not comment because the case is ongoing. Is ex-L.A. County **SHERIFF LEE BACA,** once one of the nation's most powerful cops, headed to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Legal experts said Anderson's move was unusual but not unexpected, considering his law-and-order reputation and comments he has made during **SENTENCING** in the related cases. We already knew the defendant was facing a federal judge who believed these kinds of acts were as serious as they come, said Miriam Krinsky, a former federal prosecutor who was the executive director of acounty commission that investigated brutality by **JAIL** deputiesand whoserved asa top aide to Bacas successor, Jim McDonnell. during his first year in office. Anderson, who was appointed to the federal bench by President George W. Bush in 2002, is a former federal prosecutor who served on the Christopher Commission, which investigated excessive force by LAPD officers after the 1991 Rodney King beating. She said he was likely to

be especially unforgiving of law enforcement officials who did not fulfill their duties. He views this type of abuse of trust more seriously, notwithstanding Bacas health concerns, Levenson said. Federal **SENTENCING** law provides that people who are higherup in an organization- mob bosses, for example are more culpable than lower-level members, said Joseph Akrotirianakis, another former federal prosecutor now in private practice. Todaysevents are not entirely surprising in light of the sentence that Mr. Tanaka received, Akrotirianakis said. That was not a fact known to the government at the time that Baca entered into his **PLEA.** I did not lead, instead I delegated the responsibility for this important duty and I should not have. Former L.A. County **SHERIFF LEE BACA** Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. Meanwhile, some of his deputies were brutally beating inmates as well as a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also went to the home of an FBI agent and threatened her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he denied knowledge in hisinterview with federal investigators, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories In the courtroom Monday, many of Bacassupporterssworeyellow pins to express solidarity with the former sheriff. Zweiback quoted from some of the more than 200 letters filed with the court in support of Baca. Former Gov.Arnold Schwarzenegger, former Mexican President Vicente Fox, local elected officials, religious leaders and former **JAIL** inmates were among those who wrote to the judge describing Bacas good deeds and empathetic nature. A letter from Bacas wife, Carol, included a passage about her husbands deteriorating mental abilities. The former sheriff loses his keys and forgets appointments, Zweiback said in court on Monday, referring to the letter.

View▶

Unique Visitors:  19,365,041

610.    **KTTV-FOX**  Television   Market: Los Angeles, CA

Jul 19 2016 01:00AM PT

FOX 11 Ten O'clock News (Rebroadcast)

[1:08:06 AM] [0:13]  Surprise for former **LEE BACA** was supposed to enter a **GUILTY PLEA** for lying to the FBI during an investigation into abuse at the county **JAIL.** But the judge in the case wouldn't go for it. Phil shuman has more in what's next.

[1:08:20 AM] [0:24]  Inside federal court in unexpected and unusual development, a **PLEA** deal by former **SHERIFF LEE BACA** and government prosecutors had worked out was rejected by judge percy Anderson even six months in prison he said would not address the gross abuse of the public's trust. He was stunned. Anyone expected including the prosecutors to walk in there and resolve this matter.

Nielsen Audience:  26,913

611.   **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 12:00 AM                           Jul 19 2016 12:00AM
                                                                          PT

[12:11:26 AM] [0:41]  Long beach officials will be testing the ocean tomorrow morning to make sure it is safe before they reopen the beaches. Anchor: the judge says no, to a **PLEA** bargain for former lacounty **SHERIFF LEE BACA.** The 74 year old Baca admitted lying to federal investigators0u who were looking into **JAIL** beatings. He would have faced a maximum of six months in prison. The judge today said that was too lenient, because of baca's involvement in a widespread conspiracy to cover up abuse and corruption. S torney must now Dee baca''whether to seek another **PLEA** deal, or go to trial. A new homeowner visits their property, only to find the previous owner dead inside. Now that victim's elderly girlfriend is accused of murder.

Nielsen Audience:  28,113

612.   **KCRW-FM [89,9 FM] Independent Music & NPR News** Radio   Market: Los Angeles, CA

A Blow for Former LA County Sheriff Lee Baca                      Jul 18 2016 11:44PM
                                                                          PT

**LEE BACA'S PLEA** deal has been rejected by a federal judge. The former LA County Sheriff was convicted of lying to the FBI during its investigation into reports of **INMATE ABUSE** inside LA County jails. Under the **PLEA** deal Baca would've served a maximum of six months in prison, but the presiding judge, Percy Anderson, argued that would "trivialize the seriousness of the offenses." Producers: Benjamin Gottlieb

View▶

Unique Visitors:  237,476

613.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA     Jul 18 2016 11:30PM
Sheriffs Department must move on, but only after Baca pays the price:                PT
Opinion

It will take longer than six months for **LEE BACA** to pay back Los Angeles County for his failings as sheriff. We said that in February after Baca pleaded **GUILTY** to lying to federal authorities and agreed to serve no more than six months in prison, and the point only became stronger last month when second-in-command **PAUL TANAKA** received a five-year sentence in the same scandal. Monday, U.S. District Judge Percy Anderson agreed, rejecting Bacas **PLEA** deal with prosecutors as too soft. Anderson ordered Baca and his attorneys back to court in two weeks, at which time the judge can either hand down his own sentence or allow Baca to withdraw his **GUILTY PLEA.** Good for the judge. Baca, 74, is in the early stages of Alzheimers disease but deserves no mercy after presiding over a culture of corruption and violence in the last few of his 15 years as sheriff. A county eager to turn the page and move on under the steady leadership of Sheriff Jim McDonnell should be willing to wait until the justice system does its job and the **GUILTY** parties pay the price. Advertisement

View▶

Unique Visitors: 81,621

614. 🖱 **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Sheriffs Department must move on, but only after Baca pays the price: Opinion      Jul 18 2016 11:13PM PT

It will take longer than six months for **LEE BACA** to pay back Los Angeles County for his failings as sheriff. We said that in February after Baca pleaded **GUILTY** to lying to federal authorities and agreed to serve no more than six months in prison, and the point only became stronger last month when second-in-command **PAUL TANAKA** received a five-year sentence in the same scandal. Monday, U.S. District Judge Percy Anderson agreed, rejecting Bacas **PLEA** deal with prosecutors as too soft. Anderson ordered Baca and his attorneys back to court in two weeks, at which time the judge can either hand down his own sentence or allow Baca to withdraw his **GUILTY PLEA.** Good for the judge. Baca, 74, is in the early stages of Alzheimers disease but deserves no mercy after presiding over a culture of corruption and violence in the last few of his 15 years as sheriff. A county eager to turn the page and move on under the steady leadership of Sheriff Jim McDonnell should be willing to wait until the justice system does its job and the **GUILTY** parties pay the price. Advertisement

View▶

Unique Visitors: 169,223

615. 🖱 **Burbank Leader** Online Only   Market: Los Angeles, CA

Six months in prison is better than nothing for former L.A. Sheriff Lee Baca      Jul 18 2016 11:05PM PT

Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a way to avoid spending any time at all behind bars. Baca had agreed to plead **GUILTY** to lying to federal investigators in exchange for a sentence of no more than six months in prison. But on Monday, Anderson said the deal was too lenient for such a serious offense , leaving Baca to decide whether to withdraw his **GUILTY PLEA** or accept the punishment that Anderson believes more appropriate, up to a maximum of five years. Six months does seem a little light for trying to thwart a federal investigation. It also seems like a slap on the wrist compared withthe punishment that Bacas No. 2 former Undersheriff **PAUL TANAKA** received last month when he was sentenced to five years in prison for conspiracy and obstruction of justice. Tanaka encouraged the culture of violence rife in the department and even participated in what some describe as a deputy gang that abused and mistreated the communities they patrolled and the people they jailed. True, Tanaka directed the scheme to hide an informant from FBI agents who were investigating allegations of brutality and misconduct in the county jails.

View▶

Unique Visitors: 1,693

616. 🖱 **Glendale News Press** Newspaper   Market: Los Angeles, CA

Six months in prison is better than nothing for former L.A. Sheriff Lee Baca      Jul 18 2016 11:05PM PT

Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a way to avoid spending any time at all behind bars. Baca had agreed to

plead **GUILTY** to lying to federal investigators in exchange for a sentence of no more than six months in prison. But on Monday, Anderson said the deal was too lenient for such a serious offense , leaving Baca to decide whether to withdraw his **GUILTY PLEA** or accept the punishment that Anderson believes more appropriate, up to a maximum of five years. Six months does seem a little light for trying to thwart a federal investigation. It also seems like a slap on the wrist compared withthe punishment that Bacas No. 2 former Undersheriff **PAUL TANAKA** received last month when he was sentenced to five years in prison for conspiracy and obstruction of justice. Tanaka encouraged the culture of violence rife in the department and even participated in what some describe as a deputy gang that abused and mistreated the communities they patrolled and the people they jailed. True, Tanaka directed the scheme to hide an informant from FBI agents who were investigating allegations of brutality and misconduct in the county jails.

View▶

Unique Visitors:  7,207

617.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
        Six months in prison is better than nothing for former L.A. Sheriff Lee          Jul 18 2016 11:05PM
        Baca                                                                                          PT

Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a way to avoid spending any time at all behind bars. Baca had agreed to plead **GUILTY** to lying to federal investigators in exchange for a sentence of no more than six months in prison. But on Monday, Anderson said the deal was too lenient for such a serious offense , leaving Baca to decide whether to withdraw his **GUILTY PLEA** or accept the punishment that Anderson believes more appropriate, up to a maximum of five years. Six months does seem a little light for trying to thwart a federal investigation. It also seems like a slap on the wrist compared withthe punishment that Bacas No. 2 former Undersheriff **PAUL TANAKA** received last month when he was sentenced to five years in prison for conspiracy and obstruction of justice. Tanaka encouraged the culture of violence rife in the department and even participated in what some describe as a deputy gang that abused and mistreated the communities they patrolled and the people they jailed. True, Tanaka directed the scheme to hide an informant from FBI agents who were investigating allegations of brutality and misconduct in the county jails.

View▶

Unique Visitors:  1,830

618.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
        Six months in prison is better than nothing for former L.A. Sheriff Lee          Jul 18 2016 11:05PM
        Baca                                                                                          PT

Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a way to avoid spending any time at all behind bars. Baca had agreed to plead **GUILTY** to lying to federal investigators in exchange for a sentence of no more than six months in prison. But on Monday, Anderson said the deal was too lenient for such a serious offense , leaving Baca to decide whether to withdraw his **GUILTY PLEA** or accept the punishment that Anderson believes more appropriate, up to a maximum of five years. Six months does seem a little light for trying to thwart a federal investigation. It also seems like a slap on the wrist compared withthe punishment that Bacas No. 2 former Undersheriff **PAUL**

**TANAKA** received last month when he was sentenced to five years in prison for conspiracy and obstruction of justice. Tanaka encouraged the culture of violence rife in the department and even participated in what some describe as a deputy gang that abused and mistreated the communities they patrolled and the people they jailed. True, Tanaka directed the scheme to hide an informant from FBI agents who were investigating allegations of brutality and misconduct in the county jails.

View▶

Unique Visitors:  313

619.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA
       Six months in prison is better than nothing for former L.A. Sheriff Lee          Jul 18 2016 11:05PM
       Baca                                                                                            PT

Having rejected the **PLEA** deal proposed for former Los Angeles County **SHERIFF LEE BACA** because it would not impose enough prison time, U.S. District Judge Percy Anderson may paradoxically give Baca a way to avoid spending any time at all behind bars. Baca had agreed to plead **GUILTY** to lying to federal investigators in exchange for a sentence of no more than six months in prison. But on Monday, Anderson said the deal was too lenient for such a serious offense , leaving Baca to decide whether to withdraw his **GUILTY PLEA** or accept the punishment that Anderson believes more appropriate, up to a maximum of five years. Six months does seem a little light for trying to thwart a federal investigation. It also seems like a slap on the wrist compared withthe punishment that Bacas No. 2 former Undersheriff **PAUL TANAKA** received last month when he was sentenced to five years in prison for conspiracy and obstruction of justice. Tanaka encouraged the culture of violence rife in the department and even participated in what some describe as a deputy gang that abused and mistreated the communities they patrolled and the people they jailed. True, Tanaka directed the scheme to hide an informant from FBI agents who were investigating allegations of brutality and misconduct in the county jails.

View▶

Unique Visitors:  19,365,041

620.   **Whittier Daily News** Newspaper   Market: Los Angeles, CA
       Sheriffs Department must move on, but only after Baca pays the price:          Jul 18 2016 11:00PM
       Opinion                                                                                            PT

It will take longer than six months for **LEE BACA** to pay back Los Angeles County for his failings as sheriff. We said that in February after Baca pleaded **GUILTY** to lying to federal authorities and agreed to serve no more than six months in prison, and the point only became stronger last month when second-in-command **PAUL TANAKA** received a five-year sentence in the same scandal. Monday, U.S. District Judge Percy Anderson agreed, rejecting Bacas **PLEA** deal with prosecutors as too soft. Anderson ordered Baca and his attorneys back to court in two weeks, at which time the judge can either hand down his own sentence or allow Baca to withdraw his **GUILTY PLEA.** Good for the judge. Baca, 74, is in the early stages of Alzheimers disease but deserves no mercy after presiding over a culture of corruption and violence in the last few of his 15 years as sheriff. A county eager to turn the page and move on under the steady leadership of Sheriff Jim McDonnell should be willing to wait until the justice system does its job and the **GUILTY** parties pay the price. Advertisement

View▶

Unique Visitors:  50,332

621. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 11:00 PM

Jul 18 2016 11:00PM PT

[11:11:06 PM] [0:59]  Anchor: the judge says no, to a **PLEA** bargain for former lacounty **SHERIFF LEE BACA.** The 74 year old Baca admitted lying to federal investigators who were looking into **JAIL** beatings. He would have faced a maximum of six months in prison. The judge today said that was too lenient, because of baca's involvement in a widespread conspiracy to cover up abuse and corruption. Baca's attorney must now decide whether to seek another **PLEA** deal, or go to trial. A new homeowner visits their property, only to find the previous owner dead inside. Now that victim's elderly girlfriend is accused of murder. Police say 75-year-old Mary karacas and 84-year-old salavatore orefice had financial problems, lost their simi valley house and were moving out. When the new homeowner went to check on their progress, orefice was discovered dead inside. Investigators say karacas confessed to shooting him. She's now being held in **JAIL.** Anchor: shotgun shocker. How a 7-eleven man disarm to Robert what does their hands.

 Nielsen Audience:  179,575

622. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 PM

Jul 18 2016 11:00PM PT

[11:11:23 PM] [0:37]  Paul: Nick Leslie of del mar died, inness, France after a man drove a truck into a crowd. A judge rejects a **PLEA** deal for **LEE BACA** saying that only 6 months of prison in obstruction case would let Baca off too lightly, he is in early 17s of Alzheimer's decide, he be take another **PLEA** deal with more prison time or to trial. Paul: some young musicians took a musical tribute straight to John Williams own house. Pat: that story coming up could plus this.

 Nielsen Audience:  116,169

623. **Burbank Leader** Online Only   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six months

Jul 18 2016 10:30PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA,** and he set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars than any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said he wouldnot accept an