agreement that includes a **GUILTY PLEA** without a specified sentence. At that point, we might as well take our chances at trial, Zweiback said. Zweiback said he would rather go to trial than leave the sentence in Andersons hands. Weve seen how that works out, he said. Zweiback said it is rare for a judge to override a **PLEA** agreement in favor of more prison time for a defendant. Even though the attorneys knew it could happen, there is now a lot of confusion on both sides in terms of where does this leave us, what does it truly mean in terms of reaching something that is in some way acceptable? Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. He has a window of time, and that window of time is closing, Zweiback. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape. Thom Mrozek, a spokesman for the U.S. attorneys office, said prosecutors could not comment because the case is still ongoing. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. One legal expert said the judges actions suggest he questions whether a **PLEA** deal is in the best interests of the public. How does **PAUL TANAKA** gets five years and he is under Baca? said veteran defense attorney LouShapiro. Why are foot soldiers getting more than the guy in charge is what judge [might be] wondering.

View▶

Unique Visitors:  1,693

624.    **Glendale News Press** Newspaper   Market: Los Angeles, CA

Media Coverage Report

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six months    Jul 18 2016 10:30PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA,** and he set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars than any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said he wouldnot accept an agreement that includes a **GUILTY PLEA** without a specified sentence. At that point, we might as well take our chances at trial, Zweiback said. Zweiback said he would rather go to trial than leave the sentence in Andersons hands. Weve seen how that works out, he said. Zweiback said it is rare for a judge to override a **PLEA** agreement in favor of more prison time for a defendant. Even though the attorneys knew it could happen, there is now a lot of confusion on both sides in terms of where does this leave us, what does it truly mean in terms of reaching something that is in some way acceptable? Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. He has a window of time, and that window of time is closing, Zweiback. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape. Thom Mrozek, a spokesman for the U.S. attorneys office, said prosecutors could not comment because the case is still ongoing. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they

agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. One legal expert said the judges actions suggest he questions whether a **PLEA** deal is in the best interests of the public. How does **PAUL TANAKA** gets five years and he is under Baca? said veteran defense attorney LouShapiro. Why are foot soldiers getting more than the guy in charge is what judge [might be] wondering.

View▶

Unique Visitors:  7,207

625.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
        Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six      Jul 18 2016 10:30PM
        months                                                                                      PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA,** and he set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars than any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said he wouldnot accept an agreement that includes a **GUILTY PLEA** without a specified sentence. At that point, we might as well take our chances at trial, Zweiback said. Zweiback said he would rather go to trial than leave the sentence in Andersons hands. Weve seen how that works out, he said. Zweiback said it is rare for a judge to override a **PLEA** agreement in favor of more prison time for a defendant. Even though the attorneys knew it could happen, there is now a lot of confusion on both sides in terms of where does this leave us, what does it truly mean in terms of reaching something that is in some way acceptable? Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. He has a window of time, and that window of time is closing, Zweiback. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape. Thom

Mrozek, a spokesman for the U.S. attorneys office, said prosecutors could not comment because the case is still ongoing. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. One legal expert said the judges actions suggest he questions whether a **PLEA** deal is in the best interests of the public. How does **PAUL TANAKA** gets five years and he is under Baca? said veteran defense attorney LouShapiro. Why are foot soldiers getting more than the guy in charge is what judge [might be] wondering.

**View**▶

Unique Visitors:  1,830

626.  **Laguna Beach Coastline Pilot**  Newspaper   Market: Los Angeles, CA
      Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six     Jul 18 2016 10:30PM
      months                                                                        PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA,** and he set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could

withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars than any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said he wouldnot accept an agreement that includes a **GUILTY PLEA** without a specified sentence. At that point, we might as well take our chances at trial, Zweiback said. Zweiback said he would rather go to trial than leave the sentence in Andersons hands. Weve seen how that works out, he said. Zweiback said it is rare for a judge to override a **PLEA** agreement in favor of more prison time for a defendant. Even though the attorneys knew it could happen, there is now a lot of confusion on both sides in terms of where does this leave us, what does it truly mean in terms of reaching something that is in some way acceptable? Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. He has a window of time, and that window of time is closing, Zweiback. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape. Thom Mrozek, a spokesman for the U.S. attorneys office, said prosecutors could not comment because the case is still ongoing. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in

the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. One legal expert said the judges actions suggest he questions whether a **PLEA** deal is in the best interests of the public. How does **PAUL TANAKA** gets five years and he is under Baca? said veteran defense attorney LouShapiro. Why are foot soldiers getting more than the guy in charge is what judge [might be] wondering.

View▶

Unique Visitors: 313

627. **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six months                                              Jul 18 2016 10:30PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA,** and he set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of a deal that would have seen him serve less time behind bars than any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said he wouldnot accept an agreement that includes a **GUILTY PLEA** without a specified sentence. At that point, we might as well take our chances at trial, Zweiback said. Zweiback said he would rather go to trial than leave the sentence in Andersons hands. Weve seen how that works out, he said. Zweiback said it is rare for a judge to override a **PLEA** agreement in favor of more prison time for a defendant. Even though the attorneys knew it could happen, there is now a lot of confusion on both sides in terms of where does this leave us, what does it truly mean in terms of reaching something that is in some way acceptable? Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. He has a window of time, and that window of time is closing, Zweiback. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape. Thom Mrozek, a spokesman for the U.S. attorneys office, said prosecutors could not comment because the case is still ongoing. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful

underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. One legal expert said the judges actions suggest he questions whether a **PLEA** deal is in the best interests of the public. How does **PAUL TANAKA** gets five years and he is under Baca? said veteran defense attorney LouShapiro. Why are foot soldiers getting more than the guy in charge is what judge [might be] wondering.

**View▶**

Unique Visitors: 19,365,041

628. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying six months     Jul 18 2016 10:20PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA,** and he set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Baca interviewed by feds Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is questioned by Assistant U.S. Atty. Brandon Fox. Former L.A. County **SHERIFF LEE BACA** admitted lying to federal prosecutors whoquestioned him about whether he was involved in attempts to obstruct an FBIinvestigation into the county jails.In this audio, assembled from a nearly four-hour recording, Baca is

questioned by Assistant U.S. Atty. Brandon Fox. See more videos Baca, 74, had pleaded guiltythis yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of a deal that would have seen him serve less time behind bars than any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney, Michael Zweiback, argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. After Mondays hearing,Zweibacksaid he was disappointed with the judges decision but hoped to resume talks with prosecutors.He said he wouldnot accept an agreement that includes a **GUILTY PLEA** without a specified sentence. At that point, we might as well take our chances at trial, Zweiback said. Zweiback said he would rather go to trial than leave the sentence in Andersons hands. Weve seen how that works out, he said. Zweiback said it is rare for a judge to override a **PLEA** agreement in favor of more prison time for a defendant. Even though the attorneys knew it could happen, there is now a lot of confusion on both sides in terms of where does this leave us, what does it truly mean in terms of reaching something that is in some way acceptable? Zweiback said. Bacas Alzheimers could be a factor if the case heads to trial and his ability to understand the proceedings deteriorates. He has a window of time, and that window of time is closing, Zweiback. If the government believes its two years in. getting to trial and **SENTENCING** him, that could leave Mr. Baca in very bad shape. Thom Mrozek, a spokesman for the U.S. attorneys office, said prosecutors could not comment because the case is still ongoing. Once one of the nation's most powerful cops, is ex-L.A. County **SHERIFF LEE BACA** heading to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. I did not lead, instead I delegated the responsibility for this important duty and I should not have. I did not lead, instead I delegated the responsibility for this important duty and I should not have. Former L.A. County **SHERIFF LEE BACA** Anderson said that federal prosecutors had applied a law in deciding Bacas punishment that underappreciatesthis defendants culpability.Under Bacas leadership, the judge said, sheriffs officials derailed a federal investigation that sought to expose an us-versus-them culture in which deputies were taught to cover up. for one another andresponded to inmates with enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. L.A. County **JAIL** system under scrutiny A series of

Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. One legal expert said the judges actions suggest he questions whether a **PLEA** deal is in the best interests of the public. How does **PAUL TANAKA** gets five years and he is under Baca? said veteran defense attorney LouShapiro. Why are foot soldiers getting more than the guy in charge is what judge [might be] wondering.

**View▶**

Unique Visitors:  19,365,041

629. **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 10:00 PM

Jul 18 2016 10:00PM PT

[10:15:42 PM] [0:00]    **  <em></em>** .

[10:17:55 PM] [0:36]  Jeff: a shocking turn of events against **LEE BACA** a judge rejecting hisbly deal, he said that agreement lets him off too lightly, back Baca thought he wd get no more than 6 months behind bars. He was stunned. Everyone expected, to walk in here and resolve the matter.

Nielsen Audience:  161,564

630. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Ten O'clock News

Jul 18 2016 10:00PM PT

[10:08:51 PM] [0:13]  Surprise for former **LEE BACA** was supposed to enter a **GUILTY PLEA** for lying to the FBI during an investigation into abuse at the county **JAIL.** But the judge in the case wouldn't go for it. Phil shuman has more in what's next.

[10:09:04 PM] [0:25]  Inside federal court in unexpected and unusual development, a **PLEA** deal by former **SHERIFF LEE BACA** and government prosecutors had worked out was rejected by judge percy Anderson even six months in prison he said would not address the gross abuse of the public's trust. He was stunned. Anyone expected including the prosecutors to walk in there and resolve this matter.

Nielsen Audience: 64,415

631. 🖱 **KNBC-TV [NBC 4]** Television Market: Los Angeles, CA

Judge Rejects Plea Deal for Ex-LA Sheriff, Says it Isn't Enough

Jul 18 2016 09:52PM PT

A federal judge rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** which asked for a probationary sentence for lying to investigators during an FBI probe of civil rights violations in the **JAIL** system. Gordon Tokumatsu reports for the NBC4 News at 11 a.m. on Monday, July 18, 2016. (Published 3 hours ago) A federal judge Monday rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** which would have seen the former top cop serve zero to six months in prison for lying to investigators during an FBI probe of civil rights violations in the **JAIL** system. The arrangement has been criticized as lenient, and the judge asked Baca if he wanted to reconsider his **GUILTY PLEA.** Baca's attorney, Michael Zweiback, said the judge was not considering his client's real crime, which he said was three lies he told, under oath, almost three years after the **JAIL** scandal. "That's the conduct that's at issue," Zweiback said. "But clearly, the judge wants to hold him accountable for everything that occurred." Baca, who has been diagnosed with Alzheimer's disease and is showing signs of dementia, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca was sentenced, U.S. District Judge Percy Anderson was needed to first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, was allowed to nix the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life," and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his proposed **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently

houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Published 3 hours ago Copyright City News Service

View▶

Unique Visitors: 1,272,703

---

632. **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Sheriff's Department must move on, but only after Baca pays the price:    Jul 18 2016 09:46PM
Opinion    PT

It will take longer than six months for **LEE BACA** to pay back Los Angeles County for his failings as sheriff. We said that in February after Baca pleaded **GUILTY** to lying to federal authorities and agreed to serve no more than six months in prison, and the point only became stronger last month when second-in-command **PAUL TANAKA** received a five-year sentence in the same scandal. Monday, U.S. District Judge Percy Anderson agreed, rejecting Bacas **PLEA** deal with prosecutors as too soft. Anderson ordered Baca and his attorneys back to court in two weeks, at which time the judge can either hand down his own sentence or allow Baca to withdraw his **GUILTY PLEA.** Good for the judge. Baca, 74, is in the early stages of Alzheimers disease but deserves no mercy after presiding over a culture of corruption and violence in the last few of his 15 years as sheriff. A county eager to turn the page and move on under the steady leadership of Sheriff Jim McDonnell should be willing to wait until the justice system does its job and the **GUILTY** parties pay the price. Advertisement

View▶

Unique Visitors: 96,338

---

633. **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B** Radio   Market: Los Angeles, CA

   Jul 18 2016 09:08PM
Judge Rejects Former L.A. County Sheriff's...    PT

Home Articles 24/7 Los Angeles News Judge Rejects Former L.A. County Sheriff's **PLEA** Deal Posted July 18th, 2016 @ 12:45pm (Los Angeles, CA) A judge is throwing out a **PLEA** deal for former L.A. County **SHERIFF LEE BACA.** He was to be sentenced today in Los Angeles to up to six months in prison for allegedly lying to investigators. The judge said such a sentence would "trivialize" Baca's role in a conspiracy to obstruct justice in the L.A. **JAIL** system. Another hearing has been set for August 1st, and at that time Baca could withdraw his **GUILTY PLEA** and go to trial. He also has the options of trying to work out another **PLEA** agreement or accepting a harsher sentence on the charge, to which he pleaded **GUILTY.** Baca has been diagnosed with Alzheimer's disease and cut a deal for a probationary sentence due to his medical condition. Recommended Stories advertisement | your ad here #TrendingTracks Week of July 18th Recent Articles

View▶

Unique Visitors: 744

634.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio　Market: Los Angeles, CA

Plea deal for Sheriff Lee Baca rejected by judge

Jul 18 2016 08:34PM PT

A federal judge has rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA** and prosecutors. The **PLEA** would have called for the retired sheriff to serve anywhere from zero tosix months in prison for lying to investigators in connection with an FBI probe into the countyjail system. We talked about the case and the late breaking news with Southern California Public Radio'sRina Palta andFrank Stoltze, who filed a separate report. The best SoCal news in your inbox, daily.

View▶

Unique Visitors: 506,157

635. **KNBC-TV [NBC 4]** Television　Market: Los Angeles, CA

VideoJudge Rejects Baca Plea Deal

Jul 18 2016 08:17PM PT

A federal judge rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** which asked for a probationary sentence for lying to investigators during an FBI probe of civil rights violations in the **JAIL** system. Gordon Tokumatsu reports for the NBC4 News at 11 a.m. on Monday, July 18, 2016. (Published 47 minutes ago) A federal judge Monday rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** which would have seen the former top cop serve zero to six months in prison for lying to investigators during an FBI probe of civil rights violations in the **JAIL** system. The arrangement has been criticized as lenient, and the judge asked Baca if he wanted to reconsider his **GUILTY PLEA.** Baca's attorney, Michael Zweiback, said the judge was not considering his client's real crime, which he said was three lies he told, under oath, almost three years after the **JAIL** scandal. "That's the conduct that's at issue," Zweiback said. "But clearly, the judge wants to hold him accountable for everything that occurred." Baca, who has been diagnosed with Alzheimer's disease and is showing signs of dementia, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca was sentenced, U.S. District Judge Percy Anderson was needed to first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, was allowed to nix the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life," and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being

held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his proposed **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Published 30 minutes ago Copyright City News Service

**View▶**

Unique Visitors:  1,272,703

636.   **KCAL-IND** Television   Market: Los Angeles, CA

Jul 18 2016 08:00PM PT

**KCAL 9 News at 8:00 PM**

[8:26:17 PM] [0:29]  He will speak on Thursday night. A federal judge threw out a **PLEA** deal for **LEE BACA** today. That deal has him no more than six months behind bars for his part in a conspiracy to cover of **INMATE ABUSE.** He will have to accept more prison time or go to trial. A teenager from compton just became the youngest left pilot to fly around the country.

Nielsen Audience:  89,889

637.   **KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television   Market: Los Angeles, CA

**Former Sheriff Lee Baca to be sentenced for lying during FBI corruption probe**

Jul 18 2016 07:13PM PT

Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced Monday for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. LOS ANGELES, Calif. (FOX 11 / CNS) - Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced Monday for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The

same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life," and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Copyright 2016 FOX 11 Los Angeles : Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter, Instagram, and YouTube. Be a citizen journalist for FOX 11 and get paid download the Fresco News App today.

View▶

Unique Visitors:  5,412

638.   **Wave Newspapers** Online Only   Market: Los Angeles, CA

Jul 18 2016 07:02PM PT

Judge rejects former sheriffs plea agreement

LOS ANGELES A federal judge has rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy

Anderson said a six-month sentence would trivialize Bacas role in setting in motion a wide-ranging conspiracy to obstruct justice in the **JAIL** system that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said at the conclusion of the 90-minute hearing. Its another for the chief law enforcement officer of Los Angeles County to cover up abuse in Mens Central **JAIL.** To impose a sentence of six months would not address the gross abuse of the publics trust and would be unreasonable and unfair, the judge said. Such a penalty, Anderson said, understates the seriousness of the offense and the harm he caused by participating in a broad scheme to obstruct justice. Given a choice to withdraw his **GUILTY PLEA** to making false statements to federal investigators, keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. Baca, 74, who has been diagnosed with Alzheimers disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the countys former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs Association. The rejected **PLEA** agreement which one of Andersons colleagues on the federal bench recently called troublesome was widely seen as too lenient in a case where the Sheriffs Departments former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. I made a mistake and accept being held accountable, Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should do everything but put handcuffs on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The Bureau of Prisons currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid OConnell whose courtroom is opposite Andersons the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. OConnell described the agreement with Baca as troubling. When questioned by OConnell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were apples and oranges, and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. He accepted responsibility, Williams said, adding that Bacas agreement was very favorable. The post appeared first on Wave Newspapers.

View►

Unique Visitors: 5,760

639.  **KDOC-IND** Television   Market: Los Angeles, CA

Jul 18 2016 07:00PM