Eyewitness News on KDOC-TV at 7:00 PM    PT

[7:07:38 PM] [0:32]  Coleen: **LEE BACA'S** future remains in limbo. The federal judge wasn't too happy with the deal. Reporter: former **SHERIFF LEE BACA** expected to leave and facing up to six months in prison. The judge rejected the dealei: saying it was too lean yept and failed to consider the harm caused- By his conduct.

 Nielsen Audience:  22,781

640.    **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM    Jul 18 2016 07:00PM
PT

[7:00:20 PM] [0:49]  M, anchor: powerful words from the police chief. Abeain a federal judge sends a powerfulful message to **LEE BACA.** Anchor: and looking live at the republican National convention. There is tension over efforts bu some to stop a trumpu)ej[e convn mounmoun and we begin with this, breaking news in downtown language a assuming leak has dumped raw siege into the lariver and making its way to the sea.

 Nielsen Audience:  22,781

641.    **Our Weekly** Online Only   Market: Los Angeles, CA

Judge rejects Baca plea deal    Jul 18 2016 06:30PM
PT

A federal judge this week rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would trivialize Bacas role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said at the conclusion of the 90-minute hearing. Its another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Mens Central **JAIL.** To impose a sentence of six months would not address the gross abuse of the publics trust, the judge said, adding that such a penalty understates the seriousness of the offense. Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators, keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Bacas attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. It may very well be, given the courts comments today, that nothing is going to satisfy the court short of a trial, and while thats something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined, he said. But obviously, the court sees it a different way and perhaps (the judge) wants a trial and thats a real possibility. The U.S. Attorneys Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimers disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the countys former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs Association. The rejected **PLEA** agreement- which

one of Andersons colleagues on the federal bench recently called troubling- was widely seen as too lenient in a case where the sheriffs departments former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement.

View▶

 Unique Visitors:  6,733

642.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 6:00 PM

Jul 18 2016 06:30PM PT

[6:37:48 PM] [2:47]  Back in southern California a federal judge rejected a **PLEA** deal for former la county **SHERIFF LEE BACA** he said the deal requiring Baca to spend six months behind bars for lying to investigators in 2013 was too lenient. The 74 year-old accused of lying to investigators. Baca's suffers from Alzheimer's disease and his attorneys argue for a probationary sentence citing medical condition and passed to greer as a law-enforcement officer. The former commander at and central **JAIL** is speaking out about civil rights abuses and the violet silk culture that led to Baca is **GUILTY PLEA.** Kareem winter has an exclusive interview. He did not have his hands on the steering wheel to control. Tough words from the top commander in charge of la county's men's central **JAIL.** He recently retired from the la county sheriff's department testified against him Baca cannot cut received a five-year prison sentence. Baca hope that the judge would but judge rejected the offer. He didn't to the one thing that was paramount to manage the people below him. He addressed a culture of corruption that was fostered and said the largest **JAIL.** The deputies believed all tanaka was going to look after them. This is bigger than Baca.

Nielsen Audience:  62,165

643.  **KFI-AM [640 AM] KFI More Stimulating Talk Radio** Radio   Market: Los Angeles, CA

Jul 18 2016 06:18PM PT

Judge Rejects Bacas Sweet Deal

Defense attorney Michael Zweiback, who represents former L.A. County **SHERIFF LEE BACA,** talks with reporters outside Federal Court in Downtown L.A. Monday after a judge rejected Baca's **GUILTY PLEA** in a corruption case. A federal judge in Downtown L.A. has tossed-out a **PLEA** agreement between prosecutors and Ex- **SHERIFF LEE BACA,** saying a promise of 6-months or less in prison fails to serve the public interest. To accept the **PLEA,** would trivialize the defendants lack of respect, for the law, said U.S. District Court Judge Percy Anderson at a packed hearing Monday morning. The parties agreed sentence he says, does not serve the publics interest, or serve the need, to establish trust in law enforcement. Judge Anderson told the lawyers to return to court August 1st to announce whether a new **PLEA** agreement had been reached or if Baca had chosen to take the case to trial. Bacas defense attorney Michael Zweiback said Baca was stunned. It may very well be, given the courts comments, that nothing is going to satisfy the court short of a trial, Zweiback told reporters outside. Judge Anderson previously sentenced a number of former deputies and ex-under sheriff **PAUL TANAKA** for carrying out a wide conspiracy to interfere with the FBIs 2011 investigation of **INMATE ABUSE** and corruption. Even though Baca wasnt charged in those obstruction of justice cases, Judge Anderson said Monday it was clear that evidence combined with Bacas admission and **GUILTY PLEA** meant Baca was linked to the conspiracy. The nature and circumstances of the criminal

conduct, Anderson said, referring to that conspiracy, caused significant non monetary harm. Baca, whos now 74 years old and in the early stages of Alzheimers disease, pleaded **GUILTY** earlier this year to a single felony charge of making a false statement to federal officials. Defense attorneys argued for no **JAIL** time, citing Bacas health and (eventual) cooperation with the FBI and prosecutors. Bacas lawyers submitted more than 230 letters to the court in an effort to beg for leniency, including character references from current and former elected officials, a newspaper publisher, relatives, friends, and a state prison official. The **PLEA** deal stemmed from an April, 2013 meeting during which Baca denied he knew deputies had been sent to the home of an FBI agent to falsely threaten her with arrest. In court documents Baca finally admitted to what many had suspected - that he knew that statement was untrue and he knew that it was illegal to lie to FBI agents and federal prosecutors. Baca had in fact personally directed the deputies in 2011 that they should, do everything but put handcuffs, on her, according to the court file. The U.S. Attorneys Office agreed to ask the judge for a prison term of no more than 180 days, and said that was because that was all that was called for under federal **SENTENCING** guidelines. Judge Anderson discussed that sentence calculation at length during the hearing Monday, and said that was because prosecutors and defense attorneys had failed to put value in certain factors that increase the severity of the underlying offense. While the guidelines chosen by the parties place no value on this type of harm, I do, Judge Anderson said.

View▶

 Unique Visitors:  **2,213**

644.    **KABC-ABC**  Television   Market: Los Angeles, CA

Eyewitness News at 6:00 PM                                      Jul 18 2016 06:00PM
                                                                              PT

[6:12:02 PM] [0:34]  Leslie, who is from San Diego, had been missing since the terror attack. Marc: blindsided. That's the word used today by former la county **SHERIFF LEE BACA** and his attorney after a judge rejected their **PLEA** deal in baca's corruption case. The judge said the negotiated **PLEA** of a maximum of six months behind bars wasn't harsh enough for pleading **GUILTY** to lying during a federal investigation into corruption at la county jails. Baca has been diagnosed with early-stage Alzheimer's and his attorney says a prison sentence beyond six months would be cruel. Baca will have to return to court August 1.

 Nielsen Audience:  **209,065**

645.    **KCBS-CBS**  Television   Market: Los Angeles, CA

CBS2 News at 6:00 PM                                            Jul 18 2016 06:00PM
                                                                              PT

[6:19:59 PM] [0:48]  Just look at these inland and valley temperatures, Wednesday, Thursday, Friday, triple digits back to you. Pat: shocking turn of events in beobstruct case of former should **LEE BACA.** Paul: a judge rejected the deal. He was stunned. Everyone expected including government prosecutor to walk in here, and resolve this matter. Baca has early stains of Alzheimer's, he now can take a **PLEA** deal with more prison time, or go to trial. Paul: police are working a deadly discovery in Carson.  **  <em></em>**

 Nielsen Audience:  **93,360**

646.    **KTLA-CW**  Television   Market: Los Angeles, CA

KTLA 5 News at 6:00 PM                                          Jul 18 2016 06:00PM

PT

[6:10:02 PM] [2:26]  Back in southern California a federal judge rejected a **PLEA** deal for former la county **SHERIFF LEE BACA.** It required Baca to spend six months behind bars for lying to investigators in 2013 was too lenient the 74 year-old is accused of lying to investigators during an FBI probe of civil-rights violations in the **JAIL** system. Baca's suffers from Alzheimer's disease and this than attorneys argued for a probationary sentence. We're live on the convention floor let's listen in. I saw the hole in his head and blood everywhere he was still holding his phone at the same moment his mother was serving in our military overseas the date we buried him LAPD came to my home to tell us they found the killer for two weeks local politicians supported us. And every black politician did too. They even put up a permanent memorial to weeks after that everything changed. We learned the killer was an illegal alien gangbanger for Mexico. Released from **JAIL** with a deportation three gun charges and assault and battery on a police officer. The politicians and disappeared. In 2012 we finally had our day in court the D. A. approved jazz was murdered because he was black.

 Nielsen Audience:  53,320

647.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 6:00 PM

Jul 18 2016 06:00PM
PT

[6:00:08 PM] [0:20]  Development and the case against former la county sheriff Lee Baca bought out why a judge struck out a **PLEA.** Plus new details about the Baton Rouge, and a former marine who ambushed and killed three police officers. Drum on the first day of the republican National convention as anchor and this court breaks down.

[6:02:21 PM] [0:00]    **  <em></em>** he was released on late Saturday night. He's been fighting for the immigration reform says the murder of his son. He didn't care he was leaving the crime scene someone saw him throwing degang sign outside of the car.

 Nielsen Audience:  53,320

648.  **Burbank Leader** Online Only   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in

Jul 18 2016 05:45PM
PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA** and set a new hearing date for Aug. 1. Baca must now choose between several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his

subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said.

View▶

Unique Visitors: 1,693

649. **Glendale News Press** Newspaper  Market: Los Angeles, CA
Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in                                    Jul 18 2016 05:45PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA** and set a new hearing date for Aug. 1. Baca must now choose between several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his

department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said.

View▶

Unique Visitors:  7,207

650.   **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
       Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6    Jul 18 2016 05:45PM
       months in                                                                 PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA** and set a new hearing date for Aug. 1. Baca must now choose between several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an

opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said.

View▶

Unique Visitors:  1,830

651. **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in

Jul 18 2016 05:45PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA** and set a new hearing date for Aug. 1. Baca must now choose between several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the

judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said.

View▶

Unique Visitors:  313

652.  **Los Angeles Times** Newspaper  Market: Los Angeles, CA
Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in     Jul 18 2016 05:45PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA** and set a new hearing date for Aug. 1. Baca must now choose between several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could

withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his and set a new hearing date for Aug. 1. Baca must now choose among several unappealing options. He could go ahead with the and take his chances with charges the government might decide to bring. Or he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded guiltythis yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His

**PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Once one of the nation's most powerful cops, is ex-L.A. County **SHERIFF LEE BACA** heading to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. I did not lead, instead I delegated the responsibility for this important duty and I should not have. I did not lead, instead I delegated the responsibility for this important duty and I should not have. Ex-L.A. County **SHERIFF LEE BACA** Anderson said that federal prosecutors had applied a law in deciding Bacas punishment that underappreciatesthis defendants culpability.Under Bacas leadership, the judge said, sheriffs officials derailed a federal investigation that sought to expose an us-versus-them culture in which deputies were taught to cover up. for one another andresponded to inmates with enough violence to send them to the hospital. A six-monthsentence, he said,would not address the gross abuse of the publics trust including the need to restore the publics trust in law enforcement and the criminal justice system. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from

questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber ALSO Police look for victim in body-shaming photo taken by Playboy model at L.A. gym Intoxicated woman with four children in car crashes into South L.A. home, killing 1, police say Preventing terrorism. by-truck in America would be 'extremely difficult,' officials say UPDATES: 10:45 a.m.: This story was updated with more details from the court hearing.

View▶

Unique Visitors: 19,365,041

653.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Judge rejects ex-LA County Sheriff Lee Bacas plea deal

Jul 18 2016 05:38PM PT

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors: 169,223

654.  **Eastern Group Publications** Online Only   Market: Los Angeles, CA

Judge Rejects Plea for Ex-Sheriff Lee Baca

Jul 18 2016 05:36PM PT

Judge Rejects **PLEA** for Ex- **SHERIFF LEE BACA** By City News Service A federal judge Monday rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would trivialize Bacas role in setting in motion a wide-ranging conspiracy to obstruct justice in the **JAIL** system that did substantial harm to the community. Its one thing to lie to an assistant U.S. attorney, Anderson said at the conclusion of the 90-minute hearing. Its another for the chief law enforcement officer of Los Angeles County tocover up abuse in Mens Central **JAIL.** To impose a sentence of six months would not address the gross abuse of the publics trust and would be unreasonable and unfair, the judge said. Such a penalty, Anderson said, understates

Media Coverage Report

the seriousness of the offense and the harm he caused by participating in a broad scheme to obstruct justice. Given a choice to withdraw his **GUILTY PLEA** to making false statements to federal investigators, keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. Baca, 74, who has been diagnosed with Alzheimers disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the countys former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs Association. The rejected **PLEA** agreement which one of Andersons colleagues on the federal bench recently called troublesome was widely seen as too lenient in a case where the sheriffs departments former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. I made a mistake and accept being held accountable, Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should do everything but put handcuffs on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid OConnell whose courtroom is opposite Andersons the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. OConnell described the agreement with Baca as troubling. When questioned by OConnell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were apples and oranges, and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. He accepted responsibility, Williams said, adding that Bacas agreement was very favorable. Print This Post Comments Comments are intended to further discussion on the article topic.

View▶

Unique Visitors:  2,387

655.  **Arcadia Patch**  Online Only   Market: Los Angeles, CA
"One Thing to Lie... Another to Cover Up Abuse" Judge Says in Baca Plea Rejectio      Jul 18 2016 05:32PM PT

UPDATE: Los Angeles, CA- A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging conspiracy to obstruct justice in the **JAIL** system that did "substantial

harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust" and would be unreasonable and unfair, the judge said. Such a penalty, Anderson said, "understates the seriousness of the offense" and "the harm he caused by participating in a broad scheme to obstruct justice." Given a choice to withdraw his **GUILTY PLEA** to making false statements to federal investigators, keep his **PLEA** and face a more severe punishment or postpone the. decision to a later date, Baca chose to have the hearing resume on Aug. 1. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troublesome" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

656.    **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 5:00 PM                                Jul 18 2016 05:30PM PT

Media Coverage Report

[5:32:30 PM] [2:20]  A major decision. People left the courtroom stunned today. The judge rejected a deal from **LEE BACA'S** attorneys. Gordon tokumatsu is hive in down la to tell us what happens next. Reporter: la county's former sheriff may have been expecting a fairly easy day at the courthouse this morning but that's something he didn't get. Stunned is an understatement. It is highly unusual for a federal judge to step in and essentially blow up the **PLEA** agreement. Reporter: yet, that's exactly what judge percy Anderson did. Seen here just moments after the decision came down, had reportedly hoped for a simple explanation. His team had negotiated a **PLEA** deal. In part to accommodate his Alzheimer's-related dementia. Plead **GUILTY,** get a maximum of six months in prison and probation. Then he was thrown a curveball. It was not fair or reasonable. It is another thing to evengagen a cover-up. His blame worthiness went all the way to the top. Blame for an obstruction of justice xas has sent eight deputies onluding **PAUL TANAKA.** But he baca's misconduct only involves false statements he gave in one interview. That'. Cheerily the judge wants to hold him accountable for everything. The judge gave him a small number of options. Continue with the extensioning. Spend five years in prison or drop the **PLEA** or negotiate a new deal. And backa o, it will be mor than six months, possibly much more

 Nielsen Audience:  108,240

657.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal      Jul 18 2016 05:28PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA** and set a new hearing date for Aug. 1. Baca must now choose between several unappealing options. He could go ahead with the **SENTENCING** and accept whatever punishment Anderson has in mind. He could withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. Or, he could negotiate a new deal with federal prosecutors for a longer sentence the judge would find more acceptable. Bacas attorney,Michael Zweiback, said he was disappointed with the judges decision buthoped to resume talks with prosecutors. Im hopeful theres still an opportunity to work something out, he said. That would be in my clients best interest. Baca, 74, had pleaded **GUILTY** this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered

that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber ALSO Police look for victim in body-shaming photo taken by Playboy model at L.A. gym Intoxicated woman with four children in car crashes into South L.A. home, killing 1, police say Preventing terrorism. by-truck in America would be 'extremely difficult,' officials say UPDATES: 10:20 a.m.: This story was updated with a comment from Bacas attorney and an explanation of the decision Baca must now make.

View▶

Unique Visitors:  19,365,041

658.    **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Judge wants harsher sentence for ex-LA Sheriff Lee Baca

Jul 18 2016 05:26PM PT

Former Los Angeles County **SHERIFF LEE BACA** arrives at court on Monday, July 18, 2016, for his **SENTENCING** on federal corruption charges. (Photo courtesy KABC7) Posted: 07/18/16, 10:11 AM PDT | Updated: 31 secs ago LOS ANGELES (CNS) A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months. in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimers disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody.

View▶

Unique Visitors:  169,223

659.    **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Jul 18 2016 05:15PM

Judge rejects plea deal for former LA Sheriff Lee Baca as too lenient