PT

A federal judge has rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** saying the deal would have trivialized the seriousness of his offenses. Under the deal, Baca would have faced a maximum of six months in prison. In February,Baca, once one of the most powerful local law enforcement officials in the nation, had agreed to plead guiltyto one count of making a false statement to investigators about his role in a scheme to thwart the FBIs investigation into inmate beatings in county jails. Federal District Judge Percy Anderson said Baca is now free to withdraw his **GUILTY PLEA.** Andersonhad previously ruled Baca eligible to serve time in prison over the objections of Baca's attorneys, who said the former sheriff, in the early stages of Alzheimer's, presents no threat to public safety. Baca's hearing is part of one of the most extensive criminal probes into a local law enforcement agency the federal government has pursued in recent years. Twenty-one former sheriff's employees received federal prison sentences on charges ranging from violating the civil rights of **JAIL** visitors and inmates to obstruction of justice and conspiracy. The federal charges against Baca arose in part from his statement to investigators in 2013 that he "was not aware" deputies planned to try to intimidate an FBI agent investigating **JAIL** violence by showing up outside her apartment and threatening to arrest her. The **PLEA** deal between Baca and federal prosecutors stated he directed the deputies to "do everything but put handcuffs" on her. That Baca would order deputies to threaten the arrest of an FBI agent investigating his jails was an example of the former sheriff'shubris. The investigation was no small matter. For years, civil rights groups had complained inmates were being abused. Baca had always downplayed those allegations. In the end, a 2012 independent blue ribbon panel issued a scathing report on the jails, saying there had been a persistent pattern of unreasonable force by sheriffs deputies against inmates. The report said the problem dates back many years and blamed Baca and his then-undersheriff **PAUL TANAKA.** Both Sheriff Baca and Undersheriff **[PAUL] TANAKA** have, in different ways, enabled or failed to remediate overly aggressive deputy behavior as well as lax and untimely discipline of deputy misconduct," the report stated. Tanaka was sentenced to five years in federal prison for obstruction of justice last month. Baca joined the Sheriffs Department in 1965, the year of the Watts Riots.

View▶

Unique Visitors:  506,157

660.    **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Jul 18 2016 05:11PM PT

Judge rejects ex-LA County Sheriff Lee Baca's plea deal

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department

officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  50,332

661.   **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Jul 18 2016 05:11PM PT

Judge wants harsher sentence for ex-LA Sheriff Lee Baca

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  121,410

662.   **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Jul 18 2016 05:11PM PT

Judge wants harsher sentence for ex-LA Sheriff Lee Baca

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption

scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  648,730

663.    **Inland Valley Daily Bulletin**  Newspaper  Market: Los Angeles, CA

Judge wants harsher sentence for ex-LA Sheriff Lee Baca

Jul 18 2016 05:10PM PT

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors:  81,621

664.    **San Gabriel Valley Tribune**  Newspaper  Market: Los Angeles, CA

Judge rejects ex-LA County Sheriff Lee Baca's plea deal

Jul 18 2016 05:10PM PT

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

Media Coverage Report

View▶

Unique Visitors: 105,100

665. **Long Beach Press-Telegram** Newspaper  Market: Los Angeles, CA

Judge wants harsher sentence for ex-LA Sheriff Lee Baca

Jul 18 2016 05:10PM PT

Former Los Angeles County **SHERIFF LEE BACA** arrives at court on Monday, July 18, 2016, for his **SENTENCING** on federal corruption charges. (Photo courtesy KABC7) Posted: 07/18/16, 10:10 AM PDT | Updated: 1 min ago LOS ANGELES (CNS) A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months. in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimers disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody.

View▶

Unique Visitors: 96,338

666. **Long Beach Press-Telegram** Newspaper  Market: Los Angeles, CA

Judge rejects ex-LA County Sheriff Lee Baca's plea deal

Jul 18 2016 05:10PM PT

A federal judge rejected former Los Angeles County **SHERIFF LEE BACA** s **PLEA** agreement with prosecutors on Monday, saying it was not tough enough. U.S. District Judge Percy Anderson ordered Baca and his attorneys to return to court on Aug. 1, where the judge will either hand down his own sentence or let the former sheriff plead **GUILTY,** which could lead to a new trial. The rejected **PLEA** agreement had called for up to six months in prison, although Baca could have faced a maximum sentence of up to five years imprisonment. Baca admitted he lied to investigators in an April 2013 interview, while he was sheriff, when he said he did not know that Sheriffs Department officials planned to approach an FBI special agent, who was investigating abuses in county jails. Prosecutors said Baca ordered an inmate, once it was discovered the inmate was an FBI informant, to be isolated and called for LASD officials to investigate how that inmate received a cellphone in **JAIL,** according to the **PLEA** agreement. Baca put his undersheriff, **PAUL TANAKA** in charge of this. Prosecutors also said that Baca further stated that the LASD should do everything but put handcuffs on the FBI special agent. Tanaka was sentenced last month to five years in prison while nine other Sheriffs Department officials who have pleaded **GUILTY** or have been convicted in the same corruption scandal,received sentences of 18 to 41 months. Baca was elected Los Angeles Countys 30th sheriff in 1998. He retired in 2

View▶

Unique Visitors: 96,338

667. **KNBC-TV [NBC 4]** Television  Market: Los Angeles, CA

Judge Rejects Baca Plea Deal

Jul 18 2016 05:09PM PT

A federal judge Monday rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** which would have seen the former top cop serve zero to six months in prison for lying to

investigators during an FBI probe of civil rights violations in the **JAIL** system. The arrangement has been criticized as lenient, and the judge asked Baca if he wasnted to reconsider his **GUILTY PLEA.** Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca was sentenced, U.S. District Judge Percy Anderson was needed to first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, was allowed to nix the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life," and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his proposed **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Published 2 minutes ago Copyright City News Service

View▶

Unique Visitors: 1,272,703

668.  **KCAL-TV [IND 9]** Television  Market: Los Angeles, CA

Judge Rejects Plea Deal For Former Sheriff Lee Baca In Jail Corruption Probe

Jul 18 2016 05:00PM PT

LOS ANGELES (CBSLA.com) A federal judge rejected a **PLEA** deal Monday for former Los Angeles County **SHERIFF LEE BACA,** who is accused of lying to investigators during an FBI probe of civil rights violations in the **JAIL** system. During the **SENTENCING** hearing, the judge announced the deal was too lenient. CBS2s Kara Finnstrom reported the trial will resume in two weeks. Baca, who suffers from Alheimers disease, argued for a probationary sentence in fear that his medical condition and past career would make him susceptible to abuse while in custody. Federal prosecutors, however, said the 74-year-old deserves six months behind bars for lying to investigators in 2013. Baca plead **GUILTY** Feb. 10 after denying for years that he had played a part in the scandal involving sheriffs deputies threatening an FBI agent over her involvement in the probe of corruption within the department that stained the department and led to his retirement in 2014 after serving as a sheriff for 16 years. Ironically, he was named Sheriff of the Year by the National Sheriffs Association the same year he committed the offense. In June, Bacas former partner, **PAUL TANAKA,** was sentenced to five years behind bars for his role as ringleader of the conspiracy. The hearing was held at 8:30 a.m. in the U.S. District Court in downtown Los Angeles. (2016 CBS Local Media, a division of CBS Radio Inc.

View▶

Unique Visitors:  1,743,155

669.  **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 5:00 PM

Jul 18 2016 05:00PM PT

[5:07:19 PM] [1:08]  We will talk live with the Pasadena police chief about that just ahead at 5:30. Marc: the fate of former lacounty **SHERIFF LEE BACA** remains in limbo after a judge rejects a **PLEA** deal between Baca and prosecutors. Michelle: eyewitness news reporter miriam Hernandez says the federal judge was not too happy with a deal that could have landed Baca up to six months in **JAIL.** Miriam: former **SHERIFF LEE BACA** expected to leave court with a sentence in hand, probation or as many as six months in prison. Instead, judge percy Anderson gutted the deal negotiated by the us prosecutors saying it was too lenient, failed to consider the harm caused by his conduct. What conduct is the question now. The prosecutors in five years of investigation never presented evidence in the **JAIL** probe that Baca was involved in criminal activity. His **PLEA** was to a single count of lying about when he learned what deputies were doing. Juries found that it was deputies lead by former undersheriff **PAUL TANAKA** who hid an inmate, intimidated witnesses and obstructed justice. Baca's lawyer, Michael zwieback believes prosecutors are equally stunned by the judge's rebuke. They made clear that was Mr. tanaka that was organizing, directing all aspects of that particular operation.

[5:09:11 PM] [0:36]  Risky says says former prosecutor miriam krinsky. There is no guarantee that there won't be more serious charges brought by the government. There is no guarantee that evidence, if it goes to trial, casts **LEE BACA** in a different life. Michelle: we are following a terrifying story in Germany where a man with an accident on a rampage, attacking train passengers. Marc: people in France morning the victims in nice as we are learning new information about the investigation into the deadly attack.

Nielsen Audience:  165,398

670.  **KCBS-CBS** Television  Market: Los Angeles, CA

Jul 18 2016 05:00PM

**CBS2 News at 5:00 PM**                                                                    PT

[5:14:33 PM] [0:57]  A surprising turn of events in the former sheriff. Pat: the law man's **PLEA** deal because the punishment was not harsh enough. He was stunned. Everyone expects including the government prosecutors to walk in here and resolve this matter. But prall court judge percy Anderson didn't see it that way. Not at all. Clearly, this judge wants to hold them accountable for everything. **LEE BACA,** the la county sheriff for 16-plus years, elected four different times, made a **PLEA** deal. Physical ty of lying to federal prosecutors about his role in the investigation concern canning unmates at the lacounty **JAIL.** In exchange he would get probation or no more than six months in federal prison, but judge Anderson said, that is not the deal I am accepting. We felt blindsided to this.

[5:16:02 PM] [0:53]  A packed courtroom. Judge Anderson has a very soft-spoken voice but his words rang loudly throughout the courtroom. ''s blasted the proposed **PLEA** deal and sheriff Baca. This **PLEA** agreement is not reasonable and it is not fair. The agreement fails to fairly measure the defendant's conduct and the harm he caused adding to accept this **PLEA** deal would be to vif aislize the seriousness of the crimes and ignore the defendant's lack of respect for the law. Thats the same judge that gave the one-time top assist and in the sheriff's department. Five yearsp federal prison. Baca, who said nothing as he left today, now must DEA side in two weeks. Does he take another **PLEA** deal with much more prison time so the judge will accept it, but as you go to trial. Knowing that according to doctors, his Alzheimer's is progressing each day. From downtown Los Angeles, Dave Lopez, "CBS 2 news.

 Nielsen Audience:  107,989

671.  **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 News at 5:00 PM                                                 Jul 18 2016 05:00PM
                                                                                          PT

[5:00:11 PM] [2:46]  We are live at #foxla. Today was the day that former la county sheriffs was supposed to be sentenced. A **LEE BACA'S** attorneys had worked out a **PLEA** deal. But the judge in this ca blew it up. Phil shuman has more to explain what happened. Reporter: the federal judges are appointed for life. Today percy Anderson said the six-month prison sentence for the prosecution asked for would trivialize former la county **SHERIFF'S LEE BACA** creating a culture of us versus them in condoning and covering up the **INMATE ABUSE** in the county **JAIL.** Inside federal court and unexpected and unusual development. A **PLEA** deal that **LEE BACA** and government prosecutors had worked out was rejected by judge percy Anderson. It would not address the gross abuse of the public's trust. He was stunned. Everyone expected including the prosecutors to walk in here and resolve this matter. His attorney spoke for him as the former sheriff was allowed to avoid reporters by exiting via the loading dock and then was driven away in a van with tinted windows. What now? First we must talk with usattorney's office and determine what their thinking and whether there is a possibility of some middle ground. I am not sure what position they will end up taking on that. If they are not open to that I think you will see a trial in this case. He is seen in February avoiding indictment and trial by pleading **GUILTY** to one count of lying to the FBI as they investigated some **JAIL** abuse. He was prepared to accept the sentence of probation to six months. It is somewhat of an option. He says that your corners and figure out where you're going from here. It's a welcome development for the ACLU. It exposed the coverups in the jails and he wants to see **LEE BACA** behind bars. Not only the beatings themselves with the efforts to corrupt those beatings and to provide an investigation is a serious issue and is not one that deserves a slap on the wrist. What happens now when they are back in court? Well, he can withdraw his **PLEA.** He can leave a **GUILTY PLEA**

in place and let the judge decide the sentence which is unlikely. More likely will they negotiate again and come up with a prison term but the judge makes that. What that is?

Nielsen Audience: 49,488

672. **Burbank Leader** Online Only  Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in                    Jul 18 2016 04:50PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA.** Baca, 74, had pleaded **GUILTY** earlier this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates-including his former number two, **PAUL TANAKA-** received in related obstruction of justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences of a year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY,** while Tanakas attorney characterized the deal as a sweet-heart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber

View ▶

Unique Visitors: 1,693

673.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in     Jul 18 2016 04:50PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA.** Baca, 74, had pleaded **GUILTY** earlier this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates- including his former number two, **PAUL TANAKA-** received in related obstruction of justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences of a year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY,** while Tanakas attorney characterized the deal as a sweet-heart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber

View ▶

Unique Visitors:  7,207

674.     **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in                                                                    Jul 18 2016 04:50PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA.** Baca, 74, had pleaded **GUILTY** earlier this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates-including his former number two, **PAUL TANAKA-** received in related obstruction of justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences of a year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY,** while Tanakas attorney characterized the deal as a sweet-heart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber

View▶

Unique Visitors:  1,830

Media Coverage Report

675.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6       Jul 18 2016 04:50PM
months in                                                                    PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA.** Baca, 74, had pleaded **GUILTY** earlier this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates-including his former number two, **PAUL TANAKA-** received in related obstruction of justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences of a year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY,** while Tanakas attorney characterized the deal as a sweet-heart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber

View▶

Unique Visitors:  313

676.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Judge throws out ex-L.A. County Sheriff Lee Baca's plea deal, saying 6 months in                    Jul 18 2016 04:50PM PT

A federal judge rejected a **PLEA** agreement Monday under which formerLos Angeles County **SHERIFF LEE BACA** would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his **GUILTY PLEA.** Baca, 74, had pleaded **GUILTY** earlier this yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates-including his former number two, **PAUL TANAKA-** received in related obstruction of justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for **JAIL** inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences of a year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY,** while Tanakas attorney characterized the deal as a sweet-heart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators , stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter: @cindychangLA and @marisagerber would have served up to six months in prison for lying to federal authorities, saying the punishment was not severe enough. Addressing prosecutors and Baca in a downtown courtroom,U.S. District Court Judge Percy Anderson said the dealwould trivialize the seriousness of the offenses the need for

Media Coverage Report

a just punishment, the need to deter others. Anderson said he would allow Baca to withdraw his Baca, 74, had pleaded guiltythis yearto lying during an FBI investigation into allegations that his department had tried to block a federal inquiry into abusive deputies in the county jails. His **PLEA** was part of deal that would have seen him serve less time behind bars thatthan any of his subordinates including his former No. 2, **PAUL TANAKA** received in related obstruction-of-justice cases. Bacas attorney argued that the former sheriff should not serve any prison time because he is in the early stages of Alzheimers disease. Once one of the nation's most powerful cops, is ex-L.A. County **SHERIFF LEE BACA** heading to prison? Joel Rubin **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his. **LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his.(Joel Rubin) Prosecutors countered that Bacas cognitive impairment is slight and that he would receive adequate medical care in prison. A prison sentence for Baca would be a deterrent for other law enforcement officials, they wrote. Baca, who retired in 2014 before completing his fourth term as the head of the nations largest sheriffs department, won praise in office forestablishingclose relationships with local Muslim leaders and championingeducation for inmates. But even as he introduced teachers and classrooms into the county jails, some of his deputies were brutally beating inmates and even a **JAIL** visitor. He adopted a hands-off management style, delegating many day-to-day decisions to powerful underlings, such asTanaka. In 2010, federal officials secretly launched an investigation into corruption and brutality by **JAIL** deputies. After sheriffs officials discovered that an inmate, Anthony Brown, was an FBI informant, they booked him under false names and shuttled him to different locations. They also tangled with the FBI, going to the home of one agent and threatening her with arrest. Prosecutors alleged that Tanaka directed the efforts to hide Brown from the FBI and intimidate the FBI agent, with Baca playing a lesser role. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories By the time Baca pleaded **GUILTY** in February to a single count of lying to federal authorities, sevensheriffs officials had already been convicted after going to trial in related cases, receiving sentences ofa year and a half to more than three years in prison. Tanaka was convicted by a jury in April and received a five-year sentence from Anderson. Prosecutors have said they agreed to six months for Baca in part because of his willingness to plead **GUILTY;** Tanakas attorney characterized the deal as a sweetheart kiss. In his **PLEA** agreement, Baca admitted to lying in an April 12, 2013, interview with investigators, stating that he was not aware of the plan to confront the FBI agent at her home. In fact, according to the agreement, Baca was at a meeting where officials came up with the plan, telling his subordinates that they "should do everything but put handcuffs" on her. Baca was also involved in a conversation with subordinates about keeping Brown away from the FBI, though he saidin the interview with federal investigators that he was not, the agreement said. He was also aware that his subordinates had stopped FBI agents from questioning Brown, contrary to what he had said in the interview, according to the agreement. In entering his **GUILTY PLEA,** Baca admitted only to lying about the visit to the FBI agents home while agreeing not to contest the prosecutors' other allegations. cindy.chang@latimes.com marisa.gerber@latimes.com For more Southern California news, follow us on Twitter:

@cindychangLA and @marisagerber ALSO Police look for victim in body-shaming photo taken by Playboy model at L.A. gym Intoxicated woman with four children in car crashes into South L.A. home, killing 1, police say Preventing terrorism. by-truck in America would be 'extremely difficult,' officials say

View▶

Unique Visitors: 19,365,041

677. **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News at 4:00 PM

Jul 18 2016 04:00PM PT

[3:59:16 PM] [2:33]  Three are in serious condition. A **PLEA** deal denied. A judge has rejected the proposal for former la county sheriff Lee bok a. Bait exercise they exercise the nuclear option. Now it is back to square one. We were blindsided. Blind-sided and dumbfounded as sheriff Lee bacca leaves court. There is no information that he was so dissatisfied. Baca had pleaded **GUILTY** to one count of lying to investigators. Anything from probation to six months in prison. Too low, said the judge. It was not enough from the culpability. Witness tampering, obstructing justice. All of which were found **GUILTY.** The surprise? The us attorney shows nothing of a Baca connection. The government was so strong in their statements to the court that they did not have the evidence to put him in the obstruction category. Jovana: prosecutors may need to look harder now. We don't know that the deck of cards, the full hand that the government has. What we do know is that the prosecutors said the nature and quality of their evidence against the block of **LEE BACA** is not as abundant. Jovana: Baca apologized to the court and said he failed to lead and should have investigated that inmate and his connection to the FBI. Options now include another **PLEA** for going to trial. A trial would be very difficult given baca's deteriorating health, but he will strongly urge Baca to proceed even though he may face more serious charges. Marc: distraction on day one of the disruption on day one of the republican National convention.

Nielsen Audience: 138,482

678. **KCAL-IND** Television  Market: Los Angeles, CA

KCAL 9 News at 4:00 PM

Jul 18 2016 04:00PM PT

[4:08:25 PM] [0:21]  I will have your seven-day forecast coming up. Leyna: for la county social workers pleaded not **GUILTY** to child abuse. It revolves around the death of 8-year-old gabriel fernandez in palmdale. Prosecutors say that the social workers are partly responsible for the death because they ignored warning signs.

[4:10:27 PM] [0:29]  They have raised more than $14 million to support the proposed attacks. Sandra: coming up next why the court throughout the deal made with warmer **SHERIFF LEE BACA** in his corruption case. And a sweet surprise. The oldest park ranger just got a rare gift.

[4:13:44 PM] [1:54]  Sandra: a shocking turn of events in the case of **LEE BACA.** His **PLEA** deal was rejected as too lenient by the judge. Dave Lopez has won what happened. He was stunned. Everyone expected to walk in here and resolve this matter. Reporter: but percy Anderson didn't see it that way. Not at all. Clearly this judge wants to hold him accountable for everything. Reporter: **LEE BACA** was 16 plus years elected for different times and made a **PLEA** deal. **GUILTY** for lying about his role in the investigation concerning **JAIL** beatings of inmates at the la county **JAIL.** In exchange he would get probation or no more than six months in federal prison. But judge Anderson said that's not the deal he is accepting. He has been diagnosed with early stages of Alzheimer's. He stood in front of the court and said I stand here today

humbled and field with remorse for what I did and I know that I failed. I delegated authority to those I should not have. I should have taken control of the investigation and I did not. Cameras are not allowed in federal court to impossible to capture the tension and drama that was there in the courtroom today. He has a very soft spoken voice but his words rang loudly throughout the courtroom as he blasted the proposed **PLEA** deal and **SHERIFF LEE BACA.** The judge said in order to expect this **PLEA** deal would ignore the defendants lack of respect for the law. **LEE BACA** has two weeks to decide. Except a **PLEA** bargain with more **JAIL** time or go to trial. Dave Lopez for "kcal 9 news. Leyna: a teenage pilot returned home from his light around the nation.

Nielsen Audience: 48,072

679. **KNBC-NBC** Television   Market: Los Angeles, CA

**NBC4 News at 4:00 PM**

Jul 18 2016 04:00PM PT

[4:07:59 PM] [0:14] **  <em></em>**   **  <em></em> <span data-role="editor" style="display:inline; border:none; line-height:18px; padding:0px" data-itemid="95c9bd33-fcea-49be-99b1-2101fea008e7" data-storysequence="1" data-textsequence="7" class="EditableStoryText k-widget k-editor k-editor-inline k-state-active" contenteditable="true"></span> **  A federal judge throws book back at **LEE BACA.** His stunning decision about the form he sheriff's **PLEA** deal. Coming up.

[4:12:56 PM] [1:33] A surprising twist in the case of **LEE BACA.** As he was about to learn his sentence, the judge threw out the **PLEA** deal saying six months in prison is not enough. Now more on what happened in court. Reporter: it is xeetingly rare for a federal judge to reject a **PLEA** deal that has been agreed to by bothsides. But it happened here this ing. And in a very, very big case. **LEE BACA,** the former sheriff of Los Angeles county who pled **GUILTY** to charges of lying to federal prosecutors, did so during an obstruction of justice investigation involng officials under his command. His lawyer had already reached an agreement with theattorney's. A maximum of six months in prison and probation in part because he is suffering from the early stages of Alzheimer's-related dementia. But this morning j percy Anderson said that deal was neither reasonable nor fair. That his misconduct extended yomd his lies and included culpability in the obstruction case. Baca's attorney said Anderson misunderstood evidence the. This case is about false statements. Not about obstruction. The judge seemed to ignore that and simply feel that he was responsible for all ofit. Judge Anderson told Baca he could drop his **GUILTY PLEA** and then take a much higher punishment, as much as five years in prison or he could epare for a trial. Baca's lawyer said he will try on negotiate a new deal before everyone comes back to court August 1st. Live in down l.

Nielsen Audience: 64,239

680. **Agoura Hills Patch** Online Only   Market: Los Angeles, CA

**Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal**

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However,