sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

718.  **Hollywood Patch** Online Only   Market: Los Angeles, CA
      From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse        Jul 18 2016 03:46PM
      Scandal                                                                                      PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20o...     466/1506

led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons By FRED SHUSTERLos Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to.Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career. make him susceptible to abuse while in custody.However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over. her involvement in the probe of corruption within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association.The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson, has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function.""The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox.Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda.Baca pleaded. **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement."I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his hearing.His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars

for his role as ringleader of the conspiracy to thwart the federal jails probe.According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the. FBI agent, stating that they should "do everything but put handcuffs" on her. More from Across Patch Phone Charging Case, Desk Lamp, Music Equipment, 'Insanity' DVDs, and More: Today's Best DealsLt. Brian Rice Acquitted in Freddie Gray TrialNo Water Guns Near GOP Convention But Real Guns Are OK Cops Are WorriedUC Berkeley Student Nick Leslie Confirmed Dead in Nice, France Terror Attack Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan.In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in. the court documents.Baca retired in 2014 at the height of the federal probe. He had been sheriff since December 1998.According to the court filing, the U.S. Attorney's Office "does not view defendant's current condition as having any effect on his decision to lie to the federal government during his interview."Prosecutors consulted with a medical expert who reviewed Baca's test results and clinical reports. confirming that the former sheriff is in the early stages of Alzheimer's, but his cognitive impairment so far is mild. The expert concluded that Baca's cognitive impairment will be "severe" in five to 10 years.Prosecutors note in the document that Baca lied to investigators to either avoid "political fallout" or to avoid criminal charges."Defendant's lies showed that corruption went all the way to the top of the Sheriff's Department," prosecutors wrote. in the document. "But his crime is not as serious as the crimes by the members of the Sheriff's Department who were convicted of beating inmates and filing false reports in order to have people charged with offenses they did not commit."As for Baca's claims that he could be in danger of abuse if. sent to a federal facility, prosecutors wrote that the Bureau of Prisons houses many "well-known inmates" who are well protected. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said.The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors.At a May **SENTENCING** hearing in a related case before U.S. District. Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge.O'Connell described the agreement with Baca as "troubling."When questioned by O'Connell about the difference in **SENTENCING** recommendations. Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself."He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable."City News Service; Photo: Wikimedia Commons ShareTweetGoogle PlusRedditEmailComments0

View▶

Unique Visitors:  6,083,832

719.  **La Canada Flintridge Patch**  Online Only   Market: Los Angeles, CA
       Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in    Jul 18 2016 03:46PM
       A                                                                                 PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did

"substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an

accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View ▶

Unique Visitors: 6,083,832

720.  **La Canada Flintridge Patch** Online Only   Market: Los Angeles, CA

**Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal**

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When

questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

721. **La Canada Flintridge Patch** Online Only　Market: Los Angeles, CA
From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned

the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

722.    **Malibu Patch**  Online Only   Market: Los Angeles, CA
        Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in          Jul 18 2016 03:46PM
        A                                                                                                 PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he

directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service; Next on Patch Military Attempt Coup in Turkey Prison Likely for Sheriff Baca After Judge Rejects 'Trivializin' Deal in Abuse Scandal Los Angeles County's former top cop **LEE BACA** had negotiated a **PLEA** deal that trivialized his abuse of public trust, a judge ruled. Shared from the Studio City, CA Patch By SoCal Patch (Patch Staff) - July 18, 2016 3:48 pm ET

View▶

Unique Visitors:  6,083,832

723.    **Malibu Patch** Online Only   Market: Los Angeles, CA
From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal          Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a

note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

724.    **Malibu Patch**   Online Only   Market: Los Angeles, CA

Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal     Jul 18 2016 03:46PM PT

Next on Patch Southland Gas Prices Continues to Drop; Where to Get the Cheapest Gas in Malibu Judge Throws Out Former **SHERIFF LEE BACA'S** "Troublin' **PLEA** Deal Los Angeles County's former top cop **LEE BACA** had negotiated a **PLEA** deal that could have meant no **JAIL** time for his role in an abuse scandal. Shared from the Studio City, CA Patch By SoCal Patch (Patch Staff) - July 18, 2016 1:50 pm ET By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from

zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

725. **Manhattan Beach Patch** Online Only  Market: Los Angeles, CA
Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a

more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service; Next on Patch Olympians Win Manhattan Beach Open Men's Title Prison Likely for Sheriff Baca After Judge Rejects 'Trivializin' Deal in Abuse Scandal Los Angeles County's former top cop **LEE BACA** had negotiated a **PLEA** deal that trivialized his abuse of public trust, a judge ruled. Shared from the Studio City, CA Patch By SoCal Patch (Patch Staff) - July 18, 2016 3:48 pm ET

View▶

Unique Visitors:  6,083,832

726.    **Manhattan Beach Patch**  Online Only   Market: Los Angeles, CA
From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal                                                        Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused

of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

727.  **Manhattan Beach Patch** Online Only   Market: Los Angeles, CA

**Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal**

Jul 18 2016 03:46PM PT

Next on Patch LAX Installing Car Barriers Throughout Airport to Prevent Nice-Like Attacks Judge Throws Out Former SHERIFF LEE BACA'S "Troublin' PLEA Deal Los Angeles County's former top cop LEE BACA had negotiated a PLEA deal that could have meant no JAIL time for his role in an abuse scandal. Shared from the Studio City, CA Patch By SoCal Patch (Patch Staff) - July 18, 2016 1:50 pm ET By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed PLEA agreement between former Los Angeles County SHERIFF LEE BACA and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his GUILTY PLEA and go to trial or attempt to negotiate another agreement or accept a harsher sentence on the charge he pleaded GUILTY to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The PLEA agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre-SENTENCING papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded GUILTY Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his PLEA hearing. His former No. 2, PAUL TANAKA, was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a JAIL inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they

Media Coverage Report

are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

728. **Marina del Rey Patch**  Online Only   Market: Los Angeles, CA
Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A      Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on