JAIL inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May SENTENCING hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca PLEA deal in the context of the tough sentence prosecutors were seeking for two deputies found GUILTY of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in SENTENCING recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

754. Santa Monica Patch  Online Only   Market: Los Angeles, CA

Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed PLEA agreement between former Los Angeles County SHERIFF LEE BACA and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his GUILTY PLEA and go to trial or attempt to negotiate another PLEA agreement or accept a harsher sentence on the charge he pleaded GUILTY to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The PLEA agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- SENTENCING papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded GUILTY Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his PLEA hearing. His former No. 2, PAUL TANAKA, was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected PLEA deal, Baca agreed not

to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

755.  **Sherman Oaks Patch** Online Only  Market: Los Angeles, CA

**Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal**

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on

the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

756.    **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA
        From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse        Jul 18 2016 03:46PM
        Scandal                                                                                        PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for

years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his PLEA hearing. His former No. 2, PAUL TANAKA, was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his PLEA deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a JAIL inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May SENTENCING hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca PLEA deal in the context of the tough sentence prosecutors were seeking for two deputies found GUILTY of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in SENTENCING recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View►

Unique Visitors: 6,083,832

757. **Sherman Oaks Patch** Online Only  Market: Los Angeles, CA
    Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A          Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed PLEA deal between former Los Angeles County SHERIFF LEE BACA and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the JAIL system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his GUILTY PLEA to making false statements to investigators. keep his PLEA and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his PLEA, he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a PLEA deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real

possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View▶

Unique Visitors: 6,083,832

758. Sierra Madre Patch  Online Only  Market: Los Angeles, CA

Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal                    Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his

medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

759. **Sierra Madre Patch** Online Only   Market: Los Angeles, CA
From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal          Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to

abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

760.   **Sierra Madre Patch**  Online Only   Market: Los Angeles, CA
       Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in       Jul 18 2016 03:46PM
       A                                                                                              PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the

retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap

on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View▶

Unique Visitors: 6,083,832

761.  **South Pasadena Patch** Online Only   Market: Los Angeles, CA

**Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal**

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA**

deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

762.    **South Pasadena Patch**   *Online Only*   Market: Los Angeles, CA

     From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal      Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe,

according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

763.    **South Pasadena Patch** Online Only   Market: Los Angeles, CA
Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A      Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on

the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View▶

Unique Visitors:  6,083,832

764.  **Studio City Patch** Online Only   Market: Los Angeles, CA

Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal                    Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any

role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

765.   **Studio City Patch**   Online Only   Market: Los Angeles, CA
From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal     Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox.

Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

766.    **Studio City Patch** Online Only   Market: Los Angeles, CA
Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A    Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this