agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View▶

Unique Visitors:  6,083,832

767.    **Venice Patch** Online Only   Market: Los Angeles, CA        Jul 18 2016 03:46PM PT

From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top

lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

768.　　**Venice Patch** Online Only　Market: Los Angeles, CA

　　　**Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal**　Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to

investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

769.    **Venice Patch** Online Only   Market: Los Angeles, CA

Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A    Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed PLEA deal between former Los Angeles County SHERIFF LEE BACA and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the JAIL system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his GUILTY PLEA to making false statements to investigators. keep his PLEA and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his PLEA, he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a PLEA deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected PLEA agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, PAUL TANAKA, was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded GUILTY Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his PLEA hearing. According to the PLEA agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a JAIL inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May SENTENCING hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca PLEA deal in the context of the tough sentence prosecutors were seeking for two deputies found GUILTY of a similar charge. O'Connell described the agreement with Baca as

"troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

**View**▶

Unique Visitors: 6,083,832

770.  **West Hollywood Patch**  Online Only   Market: Los Angeles, CA

From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District

Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

771. **West Hollywood Patch** Online Only  Market: Los Angeles, CA
Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in A     Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca

agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View▶

Unique Visitors: 6,083,832

772.  **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal

Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I

made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

773.    **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA
Prison Likely for Sheriff Baca After Judge Rejects 'Trivializing' Plea Deal in    Jul 18 2016 03:46PM
A                                                                                    PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** deal between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson said a six-month sentence would "trivialize" Baca's role in setting in motion a wide-ranging scheme to obstruct justice in the **JAIL** system that did "substantial harm" to the community. "It's one thing to lie to an assistant U.S. attorney," Anderson said at the conclusion of the 90-minute hearing. "It's another for the chief law enforcement officer of Los Angeles County to. cover up abuse in Men's Central Jail." To impose a sentence of six months "would not address the gross abuse of the public's trust," the judge said, adding that such a penalty "understates the seriousness of the offense." Given a choice to withdraw his **GUILTY PLEA** to making false statements to investigators. keep his **PLEA** and face a more severe punishment or postpone the decision to a later date, Baca chose to have the hearing resume on Aug. 1. If Baca withdraws his **PLEA,** he could proceed to trial or attempt to negotiate a second agreement with the government. Baca's attorney, Michael Zweiback, said outside court that this was the first time in 25 years that he has had a **PLEA** deal rejected. "It may very well be, given the court's comments today, that nothing is going to satisfy the court short of a trial, and while that's something that we considered, we were hopeful that this agreement would be accepted based on all the factors we outlined," he said. "But obviously, the court sees it a different way and perhaps (the judge) wants a trial and that's a real

possibility." The U.S. Attorney's Office declined comment since the matter is still pending before the court. Baca, 74, who has been diagnosed with Alzheimer's disease, argued in court papers for a probationary sentence, claiming his medical condition and law enforcement career make him susceptible to abuse while in custody. Federal prosecutors countered that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption within. the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The rejected **PLEA** agreement- which one of Anderson's colleagues on the federal bench recently called "troubling" was widely seen as too lenient in a case where the sheriff's department's former second-in-command, **PAUL TANAKA,** was sentenced to five years in prison. Hundreds of letters in support of probation for Baca were filed with the court. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. According to the **PLEA** agreement, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs' on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." The president of a law enforcement union in Los Angeles County applauded Anderson's decision to throw out the **PLEA** deal, calling the rejected proposal merely a "a slap on the wrist." George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, said deputies. were determined to show the public that the corruption scandal is "not be an accurate representation of the honesty, hard work and integrity" of the department's workers, "who honorably serve the residents" of the county. City News Service;

View▶

Unique Visitors:  6,083,832

774.  **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA

Judge Throws Out Former Sheriff Lee Baca's 'Troubling' Plea Deal                Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA A federal judge today rejected a proposed **PLEA** agreement between former Los Angeles County **SHERIFF LEE BACA** and prosecutors that would have called for the retired lawman to serve anywhere from zero to six months in prison for lying to investigators. U.S. District Judge Percy Anderson set a further hearing on Aug. 1, at which time Baca could withdraw his **GUILTY PLEA** and go to trial or attempt to negotiate another **PLEA** agreement or accept a harsher sentence on the charge he pleaded **GUILTY** to. Baca, who has been diagnosed with Alzheimer's disease, argued for a probationary sentence, claiming his

medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. The **PLEA** agreement would have allowed Baca to serve anywhere from zero to six months in prison. Anderson has rejected leniency in related cases. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to rejected **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors: 6,083,832

775. **Westwood-Century City Patch**  Online Only  Market: Los Angeles, CA
From Sheriff of the Year to Inmate? Baca to Be Sentenced in Jail Abuse Scandal    Jul 18 2016 03:46PM PT

By FRED SHUSTER Los Angeles, CA Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced today for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to

abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life" and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell whose courtroom is opposite Anderson's the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges" and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." City News Service; Photo: Wikimedia Commons

View▶

Unique Visitors:  6,083,832

776.   **KTLA-TV [CW 5]**  Television   Market: Los Angeles, CA

Ex-Sheriff Lee Baca to Be Sentenced for Lying to FBI in Jail Probe                Jul 18 2016 03:30PM PT

**LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate,

oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action.

View▶

Unique Visitors: 2,526,816

777. **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA
Judge to Weigh Plea Deal, Sentence for Ex-Sheriff Lee Baca in Jail Abuse Scandal

Jul 18 2016 03:30PM PT

A federal judge may decide Monday what kind of sentence former Los Angeles County **SHERIFF LEE BACA** will face for lying to FBI agents who were investigating **INMATE ABUSE** at jails. First, U.S. District Judge Percy Anderson must choosewhether to accept a surprise **PLEA** agreement between Baca and federal prosecutors that was announced in February, the Los Angeles Times reported. Under the terms of that deal, Baca, 74, would receive a sentence of no more than six months in federal prison. If Anderson accepts the **PLEA** deal, he will determine the sentence. Baca is in the early stages of Alzheimers disease, court filings revealed last month, complicating questions about his possible sentence, according to the Times. If Anderson chooses to sentence Baca to more than six months, the longtime former sheriff may withdraw from his **PLEA** deal and then face a possible grand jury indictment, according to the Department of Justice. Baca in February admitted that he lied to FBI agents and federal prosecutors in April 2013 about a plot in which sheriffs deputies in 2011 threatened to arrest an FBI agent who was investigating abuse in county jails. In a trial presided over by Anderson, former Undersheriff **PAUL TANAKA** was sentenced to five years in prison in the case in June. Baca would be the 18th Sheriffs Department official convicted in connection with the federal probe into corruption and civil rights abuses at the jails. Baca denied knowing about the plot to approach the FBI agent, and about a related scheme to hide a **JAIL** informant from federal investigators. One of the measures of an organizational culture is how it handles its allegations of misconduct, said David Bowdich, then-assistant director in charge of the FBIs Los Angeles Field Office, in a February news release announcing the **PLEA** deal. Mr. Baca set the wrong command climate and allowed that culture to fester, instead of fostering an environment of accountability. In short, he did not lead when he had the opportunity to do so, Bowdich said.

View▶

Unique Visitors: 2,526,816

778. **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA
Judge Rejects Plea Deal for Ex-Sheriff Lee Baca in Jail Abuse Scandal

Jul 18 2016 03:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** leaves a downtown courthouse in February 2016 after pleading **GUILTY** to lying to federal investigators. (Credit: Mark Boster/Los Angeles Times) Judge to Weigh **PLEA** Deal, Sentence for Ex- **SHERIFF LEE BACA** in **JAIL** Abuse Scandal Former Los Angeles County **SHERIFF LEE BACA** leaves a downtown courthouse in February 2016 after pleading **GUILTY** to lying to federal investigators. (Credit: Mark Boster/Los Angeles Times) A federal judge may decide Monday what kind of sentence former Los Angeles County **SHERIFF LEE BACA** will face for lying to FBI agents who were investigating **INMATE ABUSE** at jails. First, U.S. District Judge Percy Anderson must choosewhether to accept a surprise **PLEA**

agreement between Baca and federal prosecutors that was announced in February, the Los Angeles Times reported. Under the terms of that deal, Baca, 74, would receive a sentence of no more than six months in federal prison. If Anderson accepts the **PLEA** deal, he will determine the sentence. Baca is in the early stages of Alzheimers disease, court filings revealed last month, complicating questions about his possible sentence, according to the Times. The federal prosecutor,Assistant U.S. Atty. Brandon Fox, is seeking six months in prison for Baca despite the defendants health, the Time reported. Bacas attorney,Michael Zweiback, is seeking probation for his client. If Anderson chooses to sentence Baca to more than six months, the longtime former sheriff may withdraw from his **PLEA** deal and then face a possible grand jury indictment, according to the Department of Justice. Baca in February admitted that he lied to FBI agents and federal prosecutors in April 2013 about a plot in which sheriffs deputies in 2011 threatened to arrest an FBI agent who was investigating abuse in county jails. In a trial presided over by Anderson, former Undersheriff **PAUL TANAKA** was sentenced to five years in prison in the case in June. Baca would be the 18th Sheriffs Department official convicted in connection with the federal probe into corruption and civil rights abuses at the jails. Baca denied knowing about the plot to approach the FBI agent, and about a related scheme to hide a **JAIL** informant from federal investigators. One of the measures of an organizational culture is how it handles its allegations of misconduct, said David Bowdich, then-assistant director in charge of the FBIs Los Angeles Field Office, in a February news release announcing the **PLEA** deal. Mr. Baca set the wrong command climate and allowed that culture to fester, instead of fostering an environment of accountability. In short, he did not lead when he had the opportunity to do so, Bowdich said.

View▶

Unique Visitors:  2,526,816

779.    **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA
Judge Rejects as Too Lenient Plea Deal for Ex-Sheriff Lee Baca in Jail Abuse Sca                         Jul 18 2016 03:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** leaves a downtown courthouse in February 2016 after pleading **GUILTY** to lying to federal investigators. (Credit: Mark Boster/Los Angeles Times) Former Los Angeles County **SHERIFF LEE BACA** leaves a downtown courthouse in February 2016 after pleading **GUILTY** to lying to federal investigators. (Credit: Mark Boster/Los Angeles Times) A federal judge onMonday rejected a **PLEA** deal for former Los Angeles County **SHERIFF LEE BACA,** who had admitted he lied to FBI agents investigating **INMATE ABUSE** at jails. In a downtown Los Angeles courtroom, U.S. District Judge Percy Anderson said the Februaryplea agreement between Baca and federal prosecutors would have allowed the longtime head of the Sheriffs Department to get off too easy. Under the terms of that deal, Baca, 74, would have received a sentence of no more than six months in federal prison. If Anderson had accepted the **PLEA** deal at Mondays hearing, he would have determined the sentence. Anderson said the deal would trivialize the seriousness of the offenses the need for a just punishment, the need to deter others, the Los Angeles Times reported. Baca is in the early stages of Alzheimers disease, court filings revealed last month, complicating questions about his possible sentence, according to the Times. The federal prosecutor,Assistant U.S. Atty. Brandon Fox, was seeking six months in prison for Baca despite the defendants health, the Time reported. Bacas attorney,Michael Zweiback, was seeking probation for his client. Anderson gave Baca two weeks to determine whether to withdraw his February **GUILTY PLEA** and face conviction at the hands of a jury, ortake whatever sentence the judge may hand down. The parties were ordered to return to court Aug. 1. Baca in February admitted that he lied to FBI agents and federal prosecutors in April 2013 about a plot in which sheriffs deputies

in 2011 threatened to arrest an FBI agent who was investigating abuse in county jails. In a trial presided over by Anderson, former Undersheriff **PAUL TANAKA** was sentenced to five years in prison in the case in June. Baca would be the 18th Sheriffs Department official convicted in connection with the federal probe into corruption and civil rights abuses at the jails. Baca denied knowing about the plot to approach the FBI agent, and about a related scheme to hide a **JAIL** informant from federal investigators. One of the measures of an organizational culture is how it handles its allegations of misconduct, said David Bowdich, then-assistant director in charge of the FBIs Los Angeles Field Office, in a February news release announcing the **PLEA** deal. Mr. Baca set the wrong command climate and allowed that culture to fester, instead of fostering an environment of accountability. In short, he did not lead when he had the opportunity to do so, Bowdich said.

View▶

Unique Visitors:  2,526,816

780.     **KTLA-CW**  Television   Market: Los Angeles, CA

KTLA 5 News at 3:00 PM

Jul 18 2016 03:30PM PT

[3:31:09 PM] [2:07]  Anchor: happening now at 3:30, a shock in the courtroom as a federal judge says no to the **PLEA** deal. Former **LEE BACA** reached. The judge says six months isn't long enough for the once powerful law enforcement sfirble did, lying to FBI officials. Anchor: we have live team coverage and we are talking to a former **JAIL** insider and start with Chris and the details of what happened in court today. Chris. Reporter: high drama in the courtroom today, you guys. I don't think anybody saw this coming, prosecutors, defense attorneys or **LEE BACA.** His defense attorney pleaded with the judge to keep Baca out of prison saying the former sheriff is now suffering from Alzheimer's disease and would have a difficult time following rules and would frustrate the guards and the correction officers and the other inmates. But the judge was not swayed. It is shocking turn of events a federal judge tossed out a **PLEA** agreement that could have put **LEE BACA** behind bars for six months. The courtroom in downtown Los Angeles was packed. Baca, dressed in a dark blue suit and red and white striped tie, looked down much of the time. Then it was time for him to stand before the judge. The proceeding comes six months after he pleaded **GUILTY** to lying to investigators during an FBI probe during wrongdoing in the **JAIL** system. The judge blasted the former head of one of the largest law enforcement agencies in the United States. He lied to investigators and threatening an fbiagent and falsifying records in which inmates were abused.

[3:34:28 PM] [3:25]  The judge would like to see more prison time, so that leaves the former sheriff with three options, he can keep his **GUILTY PLEA** or withdraw that and risk a jury trial or finally he and his attorneys can try to hammer out another **PLEA** agreement with more prison time that the. Judge will accept. We will find out in two weeks. The next court date is August 1. We'll be there. Anchor: Chris, thank you. And the former commander is speaking out about civil rights abuses and the violent **JAIL** culture. Anchor: we are live in Huntington beach with the exclusive interview. Reporter: he inherited a broken **JAIL** system. He described the troubling culture that existed under his watch. He didn't have his hands on the steering wheel to control Paul. Reporter: tough words from the former top commander of la county's men central **JAIL.** A recently retiree testified this year against former undersheriff and the federal trial in corruption and brutality. He received a five-year federal sentence after being found **GUILTY.** But Baca hoped the judge would accept his **PLEA** deal for lying to authorities but the judge rejected this offer. Didn't do the one thing that was extremely paramount was to manage the people below him. Reporter: he inherited the **JAIL** in 2011 in the midst of the scandal and was tasked to investigate abuse. He said there was a Foster. He set an ugly tone within the jails