that the deputies felt it was ok to do instances of force. He created that culture. He created that culture because he wanted deputies to respect him. Reporter: Baca, they say, played a lesser role. Sad part, the deputies believed that Paul was going to look after him. Careers were short changed because of once again failure of leadership. It's bigger than Baca and a message saying reporter: that means perhaps a one-year sentence. But also expressed optimism about some of the changes that have been going on inside the **JAIL.** There have been reforms, training for deputies and said it is moving in the right direction against that once tainted environment. Anchor: back to the gopdirection where the no-trump delegates have been voted down.

Nielsen Audience:  53,502

---

781.  **KHHT-FM [92.3 FM] Hot 92.3 Old School and R&B**  Radio   Market: Los Angeles, CA
Baca To Be Sentenced Today                                              Jul 18 2016 03:15PM
                                                                       PT

Home Articles 24/7 Los Angeles News Posted July 18th, 2016 @ 8:00am (Los Angeles, CA) Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced today. He faces up to six-months in prison for lying to federal investigators in 2013 during a probe of civil rights violations in jails. Baca was recently diagnosed with Alzheimer's disease and he is requesting a probationary sentence for his medical condition. He retired in 2014 following these allegations, and pleaded **GUILTY** earlier this year for covering up for his subordinates. Recommended Stories advertisement | your ad here #TrendingTracks Week of July 11th Recent Articles

View▶

Unique Visitors:  744

---

782.  **KABC-ABC**  Television   Market: Los Angeles, CA
Eyewitness News at 3:00 PM                                              Jul 18 2016 03:00PM
                                                                       PT

[3:05:33 PM] [1:34]  Coleen: a judge rejected a **PLEA** deal saying the six-month sentence wasn't harsh enough for lying during a federal investigation. He will have to return to Kurt court August 1. The former la county **SHERIFF LEE BACA'S** attorney says this is the first time in 20 plus years he has ever had a **PLEA** agreement rejected. He was facing anywhere from ovation to six months in federal prison but the judge said, a six-month sentence behind bars would not be reasonable. This video was taken just as Baca left the courtroom. Baca said that he was filled with remorse. He had pleaded **GUILTY** earlier this year to a single count of making a false statement in connection with civil rights abuses and corruption inside the county jails. An investigation launched by the FBI in 2010. Baca's attorney made a hard push. He said that behind bars, his client would be vulnerable and may the argument that he will not get the proper medical attention, even indicated cruel this to demand **JAIL** time. Baca described his diagnosis as a challenge moving forward. Coleen: in the meantime, the highest-ranking officer in the Freddie gray case has been acquitted.

Nielsen Audience:  63,915

---

783.  **KTLA-CW**  Television   Market: Los Angeles, CA
KTLA 5 News at 3:00 PM                                                  Jul 18 2016 03:00PM
                                                                       PT

[3:00:27 PM] [0:24]  Anchor: it was a skillful, well-planned attack. We are learning about the shooter as three officers lost their lives. Anchor: **LEE BACA** back in court the judge rejecting his

**PLEA** deal. Anchor: first fighting on the convention floor. There was a protest at the republican National walker.

[3:04:43 PM] [0:44]  Reporting live here in Cleveland. Anchor: thank you so much. A stunning blow in court today for former lacounty **SHERIFF LEE BACA.** Federal judge told him that six months behind bars is not a severe enough punishment for lying to FBI investigators. The judge rejected his **PLEA,** sending the ex top cop to either negotiate a new deal or take his chances with the judge. Chris will have a live report a little later in the hour. Anchor: developing news in Baton Rouge, where city and state officials released new details on yesterday's deadly ambush attack on police officers.

 Nielsen Audience:  52,768

---

**784.**    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 3:00 PM

<span style="color:blue">Jul 18 2016 03:00PM PT</span>

[3:27:13 PM] [0:46]  But we'll see soon enough. Anchor: thanks. Anchor: a rough day in court for former **SHERIFF LEE BACA.** Reporter: the disgraced former la county sheriff avoids prison time for now. We'll bring you the latest on his criminal case coming right up. Anchor: to former lacounty insider is speaking out on today's ruling by that federal judge. He's shedding light on the culture of corruption that existed inside his **JAIL** system. I'm live in Huntington beach. Anchor: republican National convention kicking off with some drama.

 Nielsen Audience:  52,768

---

**785.**    **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

Former LA Sheriff Slated to Be Sentenced

<span style="color:blue">Jul 18 2016 02:27PM PT</span>

Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced Monday for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life," and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on

the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Published 2 minutes ago Copyright City News Service

View▶

Unique Visitors: 1,272,703

786.  **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

Former LA Sheriff Slated to Be Sentenced for Lying to Feds                    Jul 18 2016 02:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** is set to be sentenced Monday for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who has been diagnosed with Alzheimer's disease, is arguing for a probationary sentence, claiming his medical condition and past career make him susceptible to abuse while in custody. However, federal prosecutors contend that the county's former top lawman deserves six months behind bars for lying to investigators in 2013 when he said he was unaware that sheriff's deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the probe of corruption. within the department. The same year Baca committed the offense, he was named Sheriff of the Year by the National Sheriffs' Association. Before Baca is sentenced, U.S. District Judge Percy Anderson must first sign off on a **PLEA** deal that a fellow federal judge recently called "troublesome." The **PLEA** agreement allows Baca to serve anywhere from zero to six months in prison. Anderson, who has rejected leniency in related cases, could dismiss the deal, forcing Baca to attempt to negotiate a new agreement or go to trial. Federal prosecutors wrote in pre- **SENTENCING** papers that the 74-year-old Baca is physically fit and "able to function in his daily life," and his Alzheimer's diagnosis has "an uncertain prognosis for how quickly it will deteriorate his cognitive function." "The agreement and the six-month sentence are appropriate after taking. into account all sides of defendant Baca, including his crime, his current health and his likely prognosis," according to the document signed by Assistant U.S. Attorney Brandon Fox. Hundreds of letters in support of

Media Coverage Report

probation for Baca have been filed with the court, including a note from Dodgers legend Tommy Lasorda. Baca pleaded **GUILTY** Feb. 10 after denying for years that he had played any role in the wide-ranging scandal that stained the department and led to his retirement. "I made a mistake and accept being held accountable," Baca said in a written statement issued on the courthouse steps following his **PLEA** hearing. His former No. 2, **PAUL TANAKA,** was sentenced last month by Anderson to five years behind bars for his role as ringleader of the conspiracy to thwart the federal jails probe. According to his **PLEA** deal, Baca agreed not to contest other allegations leveled by prosecutors, including that in 2011 he directed subordinates to approach the FBI agent, stating that they should "do everything but put handcuffs" on her. Prosecutors also accused Baca of lying about his involvement in hiding a **JAIL** inmate from FBI investigators. Baca, they alleged, ordered the inmate to be isolated, putting Tanaka in charge of executing the plan. In addition, Baca falsely claimed he was unaware that some of his subordinates had interrupted and ended an interview FBI agents were conducting with the inmate, who was working as a federal informant, prosecutors alleged in the court documents. In any case, the ex-lawman would not be jailed with violent criminals, prosecutors said. The BOP currently houses some 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimer's, and they are treated and kept safe, according to prosecutors. At a May **SENTENCING** hearing in a related case before U.S. District Judge Beverly Reid O'Connell- whose courtroom is opposite Anderson's- the judge mentioned the Baca **PLEA** deal in the context of the tough sentence prosecutors were seeking for two deputies found **GUILTY** of a similar charge. O'Connell described the agreement with Baca as "troubling." When questioned by O'Connell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were "apples and oranges," and noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. "He accepted responsibility," Williams said, adding that Baca's agreement was "very favorable." Published 7 minutes ago

View▶

Unique Visitors:  1,272,703

787.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 1:00 PM

Jul 18 2016 01:00PM PT

[1:00:10 PM] [0:29]  We start with breaking news out of downtown Los Angeles where just a short time ago. A federal judge said no to former la county **SHERIFF LEE BACA'S PLEA** deal saying it was not severe enough. No **JAIL** time, good afternoon, this is the ktla news at one. I'm glen walker and I'm lu Parker. Us district court judge percy Anderson said the sentence trivialized what Baca had done and that the once-powerful law enforcement officer should face a stiffer penalty.

Nielsen Audience:  78,838

788.  **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Comment on Former Sheriff Lee Baca To Be Sentenced In Jail Corruption Probe by F

Jul 18 2016 12:32PM PT

via Former **SHERIFF LEE BACA** To Be Sentenced In **JAIL** Corruption Probe CBS Los Angeles

View▶

Unique Visitors:  1,743,155

789. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 News at Noon

Jul 18 2016 12:30PM PT

[12:31:25 PM] [0:41] Time for segment two, earlier today la county sheriff Jim mcdonnell joined us on "good day I. Talking about a lot of things obviously about his predecessor **LEE BACA** but also the recent rash of violence against police, law enforcement across the country. You know what, the justice system, you know, worked its course on this case and an arrangement was made with regard to what his sentence would be, or alternate least could be, and or at least could be and that will happen. Some have any real reflection on that you look at what we've been through as an organization in the past, a lot of lessons learned, we are moving forward, we are really focused on the future.

Nielsen Audience: 35,586

790. **Burbank Leader** Online Only   Market: Los Angeles, CA

Essential California: Will LAPD release cops' body camera footage?

Jul 18 2016 12:00PM PT

But the U.S. Senate candidates are far from the 1%Our scrub of their wealth. Los Angeles Times A mans legacy Over the years **LEE BACA** earned a reputation as a different kind of sheriff- one who believed in rehabilitation, second chances and buildingbridges with groups that others stigmatized. But his legacy is shaping up to be much darker, as he is expected to be sentenced Monday for his role in a sweeping corruption scandal that roiled the L.A. Sheriffs Department.

View▶

Unique Visitors: 1,693

791. **Glendale News Press** Newspaper   Market: Los Angeles, CA

Essential California: Will LAPD release cops' body camera footage?

Jul 18 2016 12:00PM PT

But the U.S. Senate candidates are far from the 1%Our scrub of their wealth. Los Angeles Times A mans legacy Over the years **LEE BACA** earned a reputation as a different kind of sheriff- one who believed in rehabilitation, second chances and buildingbridges with groups that others stigmatized. But his legacy is shaping up to be much darker, as he is expected to be sentenced Monday for his role in a sweeping corruption scandal that roiled the L.A. Sheriffs Department.

View▶

Unique Visitors: 7,207

792. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 News at Noon

Jul 18 2016 12:00PM PT

[12:01:03 PM] [2:56] It's not what I thought that the flap was for. We'll show you the logo and you decide, 2016. First we begin with this, it was supposed to be judgment day for former la county she **SHERIFF LEE BACA** and the big question going in would his diagsis of early Alzheimer's decembdisease lead to alerts sentence or probation? Neither. How it played out, It was a remarkable and y unusual turn of events. The **PLEA** deal that had been carefully negotiated over a matter of years between the federal government and former **SHERIFF LEE BACA** was rejected by the judge saying it was too lenient. **SHERIFF LEE BACA** after all this happened left the courthouse via the loading dock to avoid cameras and reporters and answering any questions outside. He was put into a van with black out windows and left

without talking, but he had been prepared to accept anything in the sentence from probation to up to six months in federal prison under what are called federal **SENTENCING** guidelines, but the judge rejected the **PLEA** deal. This was baca's attorney after court. He was stunned. Everyone expected, including the government prosecutors to walk in here and resolve this matter, given the fact that the government was so strong in their statements to the court about the fact that they did not have the evidence to put him in the obstruction type of case, the judge seemed to. Ignore that and simply feel that he was responsible for all of it. That was baca's attorney after court. You remember he pled **GUILTY** to one count of lying to federal investigators who had spent years investigating corruption, abuse of inmates in the lacounty **JAIL** system. His number two, **PAUL TANAKA** went to trial, was convicted and received five years in prison. What happens now? Well, this case is continued until next month. Baca could come back to court, still plead **GUILTY** and it will be up to the judge to impose a sentence, he could withdraw his **GUILTY PLEA** and they could go to trial, or what is more likely is that the prosecution and the defense will renegotiate a **PLEA** deal that is. More harsh and is more in line with what the judge considers fair. Reporting live downtown, I'm Phil shuman, fox 11 news.

Nielsen Audience: 41,965

---

793.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Essential California: Will LAPD release cops' body camera footage?                    Jul 18 2016 12:00PM PT

But the U.S. Senate candidates are far from the 1%Our scrub of their wealth. Los Angeles Times A mans legacy Over the years **LEE BACA** earned a reputation as a different kind of sheriff- one who believed in rehabilitation, second chances and buildingbridges with groups that others stigmatized. But his legacy is shaping up to be much darker, as he is expected to be sentenced Monday for his role in a sweeping corruption scandal that roiled the L.A. Sheriffs Department.

View▶

Unique Visitors: 1,830

---

794.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Essential California: Will LAPD release cops' body camera footage?                    Jul 18 2016 12:00PM PT

But the U.S. Senate candidates are far from the 1%Our scrub of their wealth. Los Angeles Times A mans legacy Over the years **LEE BACA** earned a reputation as a different kind of sheriff- one who believed in rehabilitation, second chances and buildingbridges with groups that others stigmatized. But his legacy is shaping up to be much darker, as he is expected to be sentenced Monday for his role in a sweeping corruption scandal that roiled the L.A. Sheriffs Department.

View▶

Unique Visitors: 313

---

795.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Essential California: Will LAPD release cops' body camera footage?                    Jul 18 2016 12:00PM PT

But the U.S. Senate candidates are far from the 1%Our scrub of their wealth. Los Angeles Times A mans legacy Over the years **LEE BACA** earned a reputation as a different kind of sheriff- one who believed in rehabilitation, second chances and buildingbridges with groups that others stigmatized. But his legacy is shaping up to be much darker, as he is expected to be sentenced Monday for his role in a sweeping corruption scandal that roiled the L.A. Sheriffs Department.

But the U.S. Senate candidates are far from the 1%Our scrub of their wealth. Los Angeles Times A mans legacy Over the years,

View▶

Unique Visitors:  19,365,041

---

796.  **KCAL-TV [IND 9]**  Television   Market: Los Angeles, CA

Former Sheriff Lee Baca To Be Sentenced In Jail Corruption Probe                              Jul 18 2016 11:55AM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** will be sentenced Monday for lying to federal investigators during an FBI probe of civil rights violations in the **JAIL** system. Baca, who suffers from Alheimer's disease, has argued for a probationary sentence in fear that his medical condition and past career would make him susceptible to abuse while in custody. Federal prosecutors, however, say the 74-year-old deserves six months behind bars for lying to investigators in 2013. Baca plead **GUILTY** Feb. 10 after denying for years that he had played a part in the scandal- involving sheriff's deputies threatening an FBI agent over her involvement in the probe of corruption within the department- that stained the department and led to his retirement in 2014 after serving as a sheriff for 16 years. Ironically, he was named Sheriff of the Year by the National Sheriff's Association the same year he committed the offense. In June, Baca's former partner, **PAUL TANAKA,** was sentenced to five years behind bars for his role as ringleader of the conspiracy. The hearing will be held at 8:30 a.m. in the U.S. District Court in downtown Los Angeles. (2016 CBS Local Media, a division of CBS Radio Inc. system. Baca, who suffers from Alheimers disease, has argued for a probationary sentence in fear that his medical condition and past career would make him susceptible to abuse while in custody. Federal prosecutors, however, say the 74-year-old deserves six months behind bars for lying to investigators in 2013. Baca plead Feb. 10 after denying for years that he had played a part in the scandal involving sheriffs deputies threatening an FBI agent over her involvement in the probe of corruption within the department that stained the department and led to his retirement in 2014 after serving as a sheriff for 16 years. Ironically, he was named Sheriff of the Year by the National Sheriffs Association the same year he committed the offense. In June, Bacas former partner,

View▶

 Unique Visitors:  1,743,155

---

797.  **KABC-ABC**  Television   Market: Los Angeles, CA

Eyewitness News at 11:00 AM                              Jul 18 2016 11:30AM PT

[11:53:16 AM] [0:39]  Leslie: here are top stories. Marc: a **PLEA** agreement is rejected by the court. **LEE BACA** was facing anywhere from probation to six months in federal prison. The judge said this might the sentence would not be reasonable. Baca had pleaded **GUILTY** earlier this year to a single count of making a false statement in connection with a federal investigation into civil rights abuses and corruption inside the county **JAIL.** His attorneys fought for the probation-only sentence given his recent Alzheimer's diagnosis. Baca is due back in court on August 1 and could likely face trial.

 Nielsen Audience:  121,084

---

798.    **Burbank Leader**  Online Only   Market: Los Angeles, CA

Once one of the nation's most powerful cops, is ex-L.A. County Sheriff               Jul 18 2016 11:00AM

Lee Baca                            PT

**LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. He succeeded in building ties with minority communities,promotedprograms to rehabilitateinmates and pushed for more services to helphomeless and mentally illpeople. But at the same time,many of the departments deep-seated problems persisted or worsened under him. The elusiveness that marked Bacas time in office will meet hard reality Monday morning when he is sentenced in federal court for lying to federal authorities who were investigating attempts by sheriffs officialsto obstruct an FBI inquiryinto abusive deputies working in county jails an undeniable reckoning that will color his extensive career. with disgrace. Here you had somebody who had good ideals and who, on several important issues, like homelessness and the mentally ill, seemed capable of sounding different and being more understanding, said Merrick Bobb, who monitored the Sheriffs Department for the county for more than two decades. But after a while, all people will remember is that the sheriff resigned and pleaded **GUILTY** to a federal crime. Whatever else he did that was good will be lost. Bobb and others who worked closely with the sheriff criticized Baca for taking a detachedapproach to running the department and ceding control to **PAUL TANAKA,** his undersheriff. Tanaka, who was sentenced last month to five years in prison,is one of several sheriffs officials and deputies who have been convicted of playing roles in the scheme to obstruct the FBI. Baca, 74, admitted in February that he lied during a 2013 interview with investigatorsin which he maintained he knew little of the efforts by subordinatesto thwart the FBIs probe into the county jails. In fact, Baca conceded , he had known in advance of a plan to have deputies confront an FBI agent and threaten her with arrest. And he did not contest other allegations, including that he was aware an inmate working as an FBI informant had been hidden from agents.Baca retired months after the interview. The admission came as part of a surprise **PLEA** deal with the U.S. attorneys officethat Baca struck after prosecutors made it clear to him that they were prepared to ask a grand jury to indict himon criminal charges. Mondays **SENTENCING** hearing in U.S. District Judge Percy Andersons downtown courtroom is expected to be more tense and dramatic than most as it remains an open question how much prison time, if any, Baca will serve. Before **SENTENCING** Baca, Anderson must decide whether the terms of the **PLEA** deal Baca and prosecutors reached are acceptable. The agreement calls for Baca to receive no more than six months behind bars. Anderson, who has dealt harsh punishments to Tanaka and the others caught up in the obstruction case, could decide six months in prison is too lenient. If he does, Baca would then have to choose between two unappealing options: Go ahead with the **SENTENCING** and accept whatever sentence Anderson has in mind, or withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. The question of how Baca should be punished has grown more complicated in recent weeks after Assistant U.S. Atty. Brandon Fox and Bacas attorney, Michael Zweiback, revealed in court filings that the former sheriff was in the early stages of Alzheimers disease. Among dozens of letters filed in support of Baca-including ones from former California governorsGray Davis and Arnold Schwarzenegger,as well as former Mexican President Vicente Fox-was one from an ex-inmate who took education and rehab classes in county **JAIL** and saidhis life was forever changed by the forward thinking and vision of one man **SHERIFF LEE BACA.** Zweiback also raised concerns about whether Baca could receive appropriate medical care in a prison setting, saying his diagnosis of Alzheimer's has left him in need of "consistent monitoring" and treatments that hope to slow the progress of the disease. Prosecutors rebuffed the questions about Bacas care with a declaration from a Bureau of Prisons medical director, who assured Anderson thatBaca

would be cared for adequately. He was initially defiant in the face of allegations that inmates were being beaten, even though internal department memos had raised concerns about deputies meting out jailhouse justice. He came under fire for releasing thousands of inmates early, some of whom went on to commit violent crimes. Baca blamed budget cuts that he said gave him little choice but to close portions of his jails and freeze deputy hiring.Still, he drew worldwide notoriety in 2007 when he released hotel heiressParis Hilton early from **JAIL.** In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, includingsomewho had accidentally fired their weapons, had sex at work and solicited prostitutes. Nearly 100 had issues with dishonesty, including lying or falsifying police records, according to documents review by The Times. It was a flaw that ultimately led to Bacas downfall as the distracted sheriff increasingly ceded control of the day-to-day operations to Tanaka andBobb, said Guerra and others. There was always the worry that when you have a philosopher king in charge that the people below him will run roughshod, Guerra said. Now, whenever I give a lecture to students about **LEE BACA,** the first thing Ill have to say is, This is how it ended. joel.rubin@latimes.com For more news from the federal courts in Southern California, follow me on Twitter: @joelrubin

View▶

Unique Visitors:  1,693

799.    **Glendale News Press** Newspaper   Market: Los Angeles, CA
        Once one of the nation's most powerful cops, is ex-L.A. County Sheriff       Jul 18 2016 11:00AM
        Lee Baca                                                                              PT

**LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. He succeeded in building ties with minority communities,promotedprograms to rehabilitateinmates and pushed for more services to helphomeless and mentally illpeople. But at the same time,many of the departments deep-seated problems persisted or worsened under him. The elusiveness that marked Bacas time in office will meet hard reality Monday morning when he is sentenced in federal court for lying to federal authorities who were investigating attempts by sheriffs officialsto obstruct an FBI inquiryinto abusive deputies working in county jails an undeniable reckoning that will color his extensive career. with disgrace. Here you had somebody who had good ideals and who, on several important issues, like homelessness and the mentally ill, seemed capable of sounding different and being more understanding, said Merrick Bobb, who monitored the Sheriffs Department for the county for more than two decades. But after a while, all people will remember is that the sheriff resigned and pleaded **GUILTY** to a federal crime. Whatever else he did that was good will be lost. Bobb and others who worked closely with the sheriff criticized Baca for taking a detachedapproach to running the department and ceding control to **PAUL TANAKA,** his undersheriff. Tanaka, who was sentenced last month to five years in prison,is one of several sheriffs officials and deputies who have been convicted of playing roles in the scheme to obstruct the FBI. Baca, 74, admitted in February that he lied during a 2013 interview with investigatorsin which he maintained he knew little of the efforts by subordinatesto thwart the FBIs probe into the county jails. In fact, Baca conceded , he had known in advance of a plan to have deputies confront an FBI agent and threaten her with arrest. And he did not contest other allegations, including that he was aware an inmate working as an FBI informant had been hidden from agents.Baca retired months after the interview. The admission came as part of a surprise **PLEA** deal with the U.S. attorneys officethat Baca struck after prosecutors made it clear to him that they were prepared to ask a

grand jury to indict himon criminal charges. Mondays **SENTENCING** hearing in U.S. District Judge Percy Andersons downtown courtroom is expected to be more tense and dramatic than most as it remains an open question how much prison time, if any, Baca will serve. Before **SENTENCING** Baca, Anderson must decide whether the terms of the **PLEA** deal Baca and prosecutors reached are acceptable. The agreement calls for Baca to receive no more than six months behind bars. Anderson, who has dealt harsh punishments to Tanaka and the others caught up in the obstruction case, could decide six months in prison is too lenient. If he does, Baca would then have to choose between two unappealing options: Go ahead with the **SENTENCING** and accept whatever sentence Anderson has in mind, or withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. The question of how Baca should be punished has grown more complicated in recent weeks after Assistant U.S. Atty. Brandon Fox and Bacas attorney, Michael Zweiback, revealed in court filings that the former sheriff was in the early stages of Alzheimers disease. Among dozens of letters filed in support of Baca-including ones from former California governorsGray Davis and Arnold Schwarzenegger,as well as former Mexican President Vicente Fox-was one from an ex-inmate who took education and rehab classes in county **JAIL** and saidhis life was forever changed by the forward thinking and vision of one man **SHERIFF LEE BACA.** Zweiback also raised concerns about whether Baca could receive appropriate medical care in a prison setting, saying his diagnosis of Alzheimer's has left him in need of "consistent monitoring" and treatments that hope to slow the progress of the disease. Prosecutors rebuffed the questions about Bacas care with a declaration from a Bureau of Prisons medical director, who assured Anderson thatBaca would be cared for adequately. He was initially defiant in the face of allegations that inmates were being beaten, even though internal department memos had raised concerns about deputies meting out jailhouse justice. He came under fire for releasing thousands of inmates early, some of whom went on to commit violent crimes. Baca blamed budget cuts that he said gave him little choice but to close portions of his jails and freeze deputy hiring.Still, he drew worldwide notoriety in 2007 when he released hotel heiressParis Hilton early from **JAIL.** In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, includingsomewho had accidentally fired their weapons, had sex at work and solicited prostitutes. Nearly 100 had issues with dishonesty, including lying or falsifying police records, according to documents review by The Times. It was a flaw that ultimately led to Bacas downfall as the distracted sheriff increasingly ceded control of the day-to-day operations to Tanaka andBobb, said Guerra and others. There was always the worry that when you have a philosopher king in charge that the people below him will run roughshod, Guerra said. Now, whenever I give a lecture to students about **LEE BACA,** the first thing Ill have to say is, This is how it ended. joel.rubin@latimes.com For more news from the federal courts in Southern California, follow me on Twitter: @joelrubin

View▶

Unique Visitors:  7,207

800.  **KABC-ABC** Television   Market: Los Angeles, CA

Jul 18 2016 11:00AM PT

Eyewitness News at 11:00 AM

[11:00:47 AM] [2:53]  Captioning performed by the National captioning institute, which is responsible for its caption content and accuracy. Visit ncicap. Org] Leslie: a judge rejects former judge **LEE BACA'S PLEA** agreement. Welcome to eyewitness news at 11:00 ami am Leslie sykes. Phillip Palmer is off. Marc cota-robles is live outside the courthouse with the very latest. Marc: former la county **SHERIFF LEE BACA'S** attorney says it is the percent in some 25 years that he has had pre-agreement rejected. In the deal, former la county **SHERIFF LEE BACA** was facing

anywhere from probation to six months in federal prison and the judge made it very clear he thought the six-month sentence behind bars was just not enough. We have new video taken within the last hour. You can see Baca making his exit from the courthouse. Baca, who led the room for years, said he was filled with remorse. He pleaded **GUILTY** to a count of making a false image in connection with an investigation into civil rights abuses and corruption inside the county **JAIL.** An investigation launched by the FBI in 2010. A conspiracy the prosecutors say was led by the undersheriff at the time. But the judge, not taking it lightly, **LEE BACA'S** role in the conspiracy. In an interview he said he was not aware that the sheriff's officials threatened to arrest an FBI agent at her home. Baca's attorney says today's outcome was something they were not anticipating. May very well be given the court's comments today that nothing is going to satisfy the court short of a trial. While that is something we have concluded we were hopeful that this agreement would be accepted, it is on all the factors that we outlined, but obviously, the court sees it a different way and perhaps he wants the trial and that is a possibility. Marc: baca's attorney made a hard push for the provision-only sentence probation-only sentence. He says his client would be vulnerable and made the argument he would not get the proper medical attention. He said there was a sense of cruelness to demand **JAIL** time for his client. He described diagnosis is a challenge moving forward. **LEE BACA** will be back in court on August 1. Not only our attorneys looking at the possibility of a trial, but possibly more charges. For now, live in downtown Los Angeles.

Nielsen Audience:  116,084

801.   **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 AM

Jul 18 2016 11:00AM PT

[11:00:25 AM] [1:50]  Sharon: good morning. Rick: we begin with breaking news in the corruption case against former **SHERIFF LEE BACA.** Sharon: he was supposed to be sentenced today, but the judge just threw out his **PLEA** deal. Rick: kara finnstrom has the latest. Reporter: the judge was very stern when he threw out that **PLEA** deal. Here is what the judge told the court. To accept the **PLEA** deal would be to trivialize the seriousness of this crime and to ignore the respect for the law. The retired sheriff denied any role in the corruption scandal. In February, **LEE BACA** signed a **PLEA** deal with prosecutors saying he would no longer contest, but ordered deputies to intimidate and FBI agent. Alternately, 21 members of the department work that did. Today, the judge went online. Creating a culture where deputies were taught to look the other way. Here is what **LEE BACA** told the judge. I stand here today humbled and filled with remorse for what I did get I know that I failed. I did not lead. I should have taken control of the investigation and I did not get a short time ago, his attorney talked about what is next. The next step is to get with the United States attorneys office. There is still a chance of reaching another type of **PLEA** agreement. Nothing is going to satisfy the court. Short of a trial.

Nielsen Audience:  110,783

802.   **KNBC-NBC** Television   Market: Los Angeles, CA

NBC4 News at 11:00 AM

Jul 18 2016 11:00AM PT

[11:00:46 AM] [1:46]  Right now that breaking news **SENTENCING** day. Postponed for for Louisiana county **SHERIFF LEE BACA** after the judge rejects a deal from the attorneys. Good morning, I'm wit Johnson. And I'm Michael brownly on a day when Lee was supposed to learn his fate. Courtroom negotiations over a **PLEA** deal suddenly fall through. NBC 4's reporter is live in downtown Los Angeles with more on what happened here. Reporter: well Michael, it's safe

to say that this morning's decision here at federal court left just about everybody stunned, including the former sheriff, Lee vaka himself. Judge percy Anderson completely rejecting a **PLEA** deal that was negotiated. It would have given him probation and no more than six in part on his claim that he suffers from Alzheimer's disease and is now showing signs ofment. But in a long and detailed recitation of the law and personal assessment in the case, Anderson say the **PLEA** day was neither reasonable nor at one point he said it's one thing to lie to an assistant us attorney, but it's another thing to be the top law enforcement official at. Lacounty and engage in a cover-up at the men's central **JAIL.** The attorney said the judge was not considering his real crime, which was three lies he under oath almost three years after the **JAIL** scandal broke. That's the conduct that's an issue, but clearly this judge wants to hold him accountable for everything that to he is live in hough torn with the latest, Rick. Police are still talking with people who work nearby.

Nielsen Audience:  42,410

803.  **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
Once one of the nation's most powerful cops, is ex-L.A. County Sheriff    Jul 18 2016 11:00AM
Lee Baca    PT

**LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. He succeeded in building ties with minority communities,promotedprograms to rehabilitateinmates and pushed for more services to helphomeless and mentally illpeople. But at the same time,many of the departments deep-seated problems persisted or worsened under him. The elusiveness that marked Bacas time in office will meet hard reality Monday morning when he is sentenced in federal court for lying to federal authorities who were investigating attempts by sheriffs officialsto obstruct an FBI inquiryinto abusive deputies working in county jails an undeniable reckoning that will color his extensive career. with disgrace. Here you had somebody who had good ideals and who, on several important issues, like homelessness and the mentally ill, seemed capable of sounding different and being more understanding, said Merrick Bobb, who monitored the Sheriffs Department for the county for more than two decades. But after a while, all people will remember is that the sheriff resigned and pleaded **GUILTY** to a federal crime. Whatever else he did that was good will be lost. Bobb and others who worked closely with the sheriff criticized Baca for taking a detachedapproach to running the department and ceding control to **PAUL TANAKA,** his undersheriff. Tanaka, who was sentenced last month to five years in prison,is one of several sheriffs officials and deputies who have been convicted of playing roles in the scheme to obstruct the FBI. Baca, 74, admitted in February that he lied during a 2013 interview with investigatorsin which he maintained he knew little of the efforts by subordinatesto thwart the FBIs probe into the county jails. In fact, Baca conceded , he had known in advance of a plan to have deputies confront an FBI agent and threaten her with arrest. And he did not contest other allegations, including that he was aware an inmate working as an FBI informant had been hidden from agents.Baca retired months after the interview. The admission came as part of a surprise **PLEA** deal with the U.S. attorneys officethat Baca struck after prosecutors made it clear to him that they were prepared to ask a grand jury to indict himon criminal charges. Mondays **SENTENCING** hearing in U.S. District Judge Percy Andersons downtown courtroom is expected to be more tense and dramatic than most as it remains an open question how much prison time, if any, Baca will serve. Before **SENTENCING** Baca, Anderson must decide whether the terms of the **PLEA** deal Baca and prosecutors reached are acceptable. The agreement calls for Baca to receive no more than six

Media Coverage Report

months behind bars. Anderson, who has dealt harsh punishments to Tanaka and the others caught up in the obstruction case, could decide six months in prison is too lenient. If he does, Baca would then have to choose between two unappealing options: Go ahead with the **SENTENCING** and accept whatever sentence Anderson has in mind, or withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. The question of how Baca should be punished has grown more complicated in recent weeks after Assistant U.S. Atty. Brandon Fox and Bacas attorney, Michael Zweiback, revealed in court filings that the former sheriff was in the early stages of Alzheimers disease. Among dozens of letters filed in support of Baca-including ones from former California governorsGray Davis and Arnold Schwarzenegger,as well as former Mexican President Vicente Fox-was one from an ex-inmate who took education and rehab classes in county **JAIL** and saidhis life was forever changed by the forward thinking and vision of one man **SHERIFF LEE BACA.** Zweiback also raised concerns about whether Baca could receive appropriate medical care in a prison setting, saying his diagnosis of Alzheimer's has left him in need of "consistent monitoring" and treatments that hope to slow the progress of the disease. Prosecutors rebuffed the questions about Bacas care with a declaration from a Bureau of Prisons medical director, who assured Anderson thatBaca would be cared for adequately. He was initially defiant in the face of allegations that inmates were being beaten, even though internal department memos had raised concerns about deputies meting out jailhouse justice. He came under fire for releasing thousands of inmates early, some of whom went on to commit violent crimes. Baca blamed budget cuts that he said gave him little choice but to close portions of his jails and freeze deputy hiring.Still, he drew worldwide notoriety in 2007 when he released hotel heiressParis Hilton early from **JAIL.** In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, includingsomewho had accidentally fired their weapons, had sex at work and solicited prostitutes. Nearly 100 had issues with dishonesty, including lying or falsifying police records, according to documents review by The Times. It was a flaw that ultimately led to Bacas downfall as the distracted sheriff increasingly ceded control of the day-to-day operations to Tanaka andBobb, said Guerra and others. There was always the worry that when you have a philosopher king in charge that the people below him will run roughshod, Guerra said. Now, whenever I give a lecture to students about **LEE BACA,** the first thing Ill have to say is, This is how it ended. joel.rubin@latimes.com For more news from the federal courts in Southern California, follow me on Twitter: @joelrubin

View▶

Unique Visitors:  1,830

804.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
        Once one of the nation's most powerful cops, is ex-L.A. County Sheriff           Jul 18 2016 11:00AM
        Lee Baca                                                                                        PT

**LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. He succeeded in building ties with minority communities,promotedprograms to rehabilitateinmates and pushed for more services to helphomeless and mentally illpeople. But at the same time,many of the departments deep-seated problems persisted or worsened under him. The elusiveness that marked Bacas time in office will meet hard reality Monday morning when he is sentenced in federal court for lying to federal authorities who were investigating attempts by sheriffs officialsto obstruct an FBI inquiryinto abusive deputies

working in county jails an undeniable reckoning that will color his extensive career. with disgrace. Here you had somebody who had good ideals and who, on several important issues, like homelessness and the mentally ill, seemed capable of sounding different and being more understanding, said Merrick Bobb, who monitored the Sheriffs Department for the county for more than two decades. But after a while, all people will remember is that the sheriff resigned and pleaded **GUILTY** to a federal crime. Whatever else he did that was good will be lost. Bobb and others who worked closely with the sheriff criticized Baca for taking a detachedapproach to running the department and ceding control to **PAUL TANAKA,** his undersheriff. Tanaka, who was sentenced last month to five years in prison,is one of several sheriffs officials and deputies who have been convicted of playing roles in the scheme to obstruct the FBI. Baca, 74, admitted in February that he lied during a 2013 interview with investigatorsin which he maintained he knew little of the efforts by subordinatesto thwart the FBIs probe into the county jails. In fact, Baca conceded , he had known in advance of a plan to have deputies confront an FBI agent and threaten her with arrest. And he did not contest other allegations, including that he was aware an inmate working as an FBI informant had been hidden from agents.Baca retired months after the interview. The admission came as part of a surprise **PLEA** deal with the U.S. attorneys officethat Baca struck after prosecutors made it clear to him that they were prepared to ask a grand jury to indict himon criminal charges. Mondays **SENTENCING** hearing in U.S. District Judge Percy Andersons downtown courtroom is expected to be more tense and dramatic than most as it remains an open question how much prison time, if any, Baca will serve. Before **SENTENCING** Baca, Anderson must decide whether the terms of the **PLEA** deal Baca and prosecutors reached are acceptable. The agreement calls for Baca to receive no more than six months behind bars. Anderson, who has dealt harsh punishments to Tanaka and the others caught up in the obstruction case, could decide six months in prison is too lenient. If he does, Baca would then have to choose between two unappealing options: Go ahead with the **SENTENCING** and accept whatever sentence Anderson has in mind, or withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. The question of how Baca should be punished has grown more complicated in recent weeks after Assistant U.S. Atty. Brandon Fox and Bacas attorney, Michael Zweiback, revealed in court filings that the former sheriff was in the early stages of Alzheimers disease. Among dozens of letters filed in support of Baca-including ones from former California governorsGray Davis and Arnold Schwarzenegger,as well as former Mexican President Vicente Fox-was one from an ex-inmate who took education and rehab classes in county **JAIL** and saidhis life was forever changed by the forward thinking and vision of one man **SHERIFF LEE BACA.** Zweiback also raised concerns about whether Baca could receive appropriate medical care in a prison setting, saying his diagnosis of Alzheimer's has left him in need of "consistent monitoring" and treatments that hope to slow the progress of the disease. Prosecutors rebuffed the questions about Bacas care with a declaration from a Bureau of Prisons medical director, who assured Anderson thatBaca would be cared for adequately. He was initially defiant in the face of allegations that inmates were being beaten, even though internal department memos had raised concerns about deputies meting out jailhouse justice. He came under fire for releasing thousands of inmates early, some of whom went on to commit violent crimes. Baca blamed budget cuts that he said gave him little choice but to close portions of his jails and freeze deputy hiring.Still, he drew worldwide notoriety in 2007 when he released hotel heiressParis Hilton early from **JAIL.** In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, includingsomewho had accidentally fired their weapons, had sex at work and solicited prostitutes. Nearly 100 had issues with dishonesty, including lying or falsifying police records, according to documents review by The Times. It was a flaw that ultimately led to Bacas downfall as the distracted sheriff increasingly ceded control of the day-to-day operations to

Media Coverage Report

Tanaka andBobb, said Guerra and others. There was always the worry that when you have a philosopher king in charge that the people below him will run roughshod, Guerra said. Now, whenever I give a lecture to students about **LEE BACA,** the first thing Ill have to say is, This is how it ended. joel.rubin@latimes.com For more news from the federal courts in Southern California, follow me on Twitter: @joelrubin

View▶

Unique Visitors:  313

805.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Once one of the nation's most powerful cops, is ex-L.A. County Sheriff       Jul 18 2016 11:00AM
Lee Baca                                                                                                 PT

**LEE BACA** was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. He succeeded in building ties with minority communities,promotedprograms to rehabilitateinmates and pushed for more services to helphomeless and mentally illpeople. But at the same time,many of the departments deep-seated problems persisted or worsened under him. The elusiveness that marked Bacas time in office will meet hard reality Monday morning when he is sentenced in federal court for lying to federal authorities who were investigating attempts by sheriffs officialsto obstruct an FBI inquiryinto abusive deputies working in county jails an undeniable reckoning that will color his extensive career. with disgrace. Here you had somebody who had good ideals and who, on several important issues, like homelessness and the mentally ill, seemed capable of sounding different and being more understanding, said Merrick Bobb, who monitored the Sheriffs Department for the county for more than two decades. But after a while, all people will remember is that the sheriff resigned and pleaded **GUILTY** to a federal crime. Whatever else he did that was good will be lost. Bobb and others who worked closely with the sheriff criticized Baca for taking a detachedapproach to running the department and ceding control to **PAUL TANAKA,** his undersheriff. Tanaka, who was sentenced last month to five years in prison,is one of several sheriffs officials and deputies who have been convicted of playing roles in the scheme to obstruct the FBI. Baca, 74, admitted in February that he lied during a 2013 interview with investigatorsin which he maintained he knew little of the efforts by subordinatesto thwart the FBIs probe into the county jails. In fact, Baca conceded , he had known in advance of a plan to have deputies confront an FBI agent and threaten her with arrest. And he did not contest other allegations, including that he was aware an inmate working as an FBI informant had been hidden from agents.Baca retired months after the interview. The admission came as part of a surprise **PLEA** deal with the U.S. attorneys officethat Baca struck after prosecutors made it clear to him that they were prepared to ask a grand jury to indict himon criminal charges. Mondays **SENTENCING** hearing in U.S. District Judge Percy Andersons downtown courtroom is expected to be more tense and dramatic than most as it remains an open question how much prison time, if any, Baca will serve. Before **SENTENCING** Baca, Anderson must decide whether the terms of the **PLEA** deal Baca and prosecutors reached are acceptable. The agreement calls for Baca to receive no more than six months behind bars. Anderson, who has dealt harsh punishments to Tanaka and the others caught up in the obstruction case, could decide six months in prison is too lenient. If he does, Baca would then have to choose between two unappealing options: Go ahead with the **SENTENCING** and accept whatever sentence Anderson has in mind, or withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. The question of how Baca should be punished has grown more complicated in recent weeks after Assistant U.S.