Atty. Brandon Fox and Bacas attorney, Michael Zweiback, revealed in court filings that the former sheriff was in the early stages of Alzheimers disease. Among dozens of letters filed in support of Baca-including ones from former California governorsGray Davis and Arnold Schwarzenegger,as well as former Mexican President Vicente Fox-was one from an ex-inmate who took education and rehab classes in county **JAIL** and saidhis life was forever changed by the forward thinking and vision of one man **SHERIFF LEE BACA.** Zweiback also raised concerns about whether Baca could receive appropriate medical care in a prison setting, saying his diagnosis of Alzheimer's has left him in need of "consistent monitoring" and treatments that hope to slow the progress of the disease. Prosecutors rebuffed the questions about Bacas care with a declaration from a Bureau of Prisons medical director, who assured Anderson thatBaca would be cared for adequately. He was initially defiant in the face of allegations that inmates were being beaten, even though internal department memos had raised concerns about deputies meting out jailhouse justice. He came under fire for releasing thousands of inmates early, some of whom went on to commit violent crimes. Baca blamed budget cuts that he said gave him little choice but to close portions of his jails and freeze deputy hiring.Still, he drew worldwide notoriety in 2007 when he released hotel heiressParis Hilton early from **JAIL.** In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, includingsomewho had accidentally fired their weapons, had sex at work and solicited prostitutes. Nearly 100 had issues with dishonesty, including lying or falsifying police records, according to documents review by The Times. It was a flaw that ultimately led to Bacas downfall as the distracted sheriff increasingly ceded control of the day-to-day operations to Tanaka andBobb, said Guerra and others. There was always the worry that when you have a philosopher king in charge that the people below him will run roughshod, Guerra said. Now, whenever I give a lecture to students about **LEE BACA,** the first thing Ill have to say is, This is how it ended. joel.rubin@latimes.com For more news from the federal courts in Southern California, follow me on Twitter: @joelrubin was never an easy man to define. Throughout a remarkable, albeit flawed, career as sheriff of Los Angeles County, Baca defied tough-guy police stereotypes with an affectionate, oddball style of leadership that earned him the nickname "Sheriff Moonbeam. He was at once admired for his progressive ideals and criticized for failing to put his thoughts into action. He succeeded in building ties with minority communities,promotedprograms to rehabilitateinmates and pushed for more services to helphomeless and mentally illpeople. But at the same time,many of the departments deep-seated problemspersisted or worsened under him. The elusiveness that marked Bacas time in office will meet hard reality Monday morning when he is sentenced in federal court for lying to federal authorities who were investigating attempts by sheriffs officialsto obstruct an FBI inquiryinto abusive deputies working in county jails an undeniable reckoning that will color his extensive career. with disgrace. Here you had somebody who had good ideals and who, on several important issues, like homelessness and the mentally ill, seemed capable of sounding different and being more understanding, said Merrick Bobb, who monitored the Sheriffs Department for the county for more than two decades. But after a while, all people will remember is that the sheriff resigned and pleaded his undersheriff. Tanaka, who was sentenced last month to five years in prison,is one of several sheriffs officials and deputies who have been convicted of playing roles in the scheme to obstruct the FBI. Baca, 74, admitted in February that he lied during a 2013 interview with investigatorsin which he maintained he knew little of the efforts by subordinatesto thwart the FBIs probe into the county jails. In fact, Baca conceded, he had known in advance of a plan to have deputies confront an FBI agent and threaten her with arrest. And he did not contest other allegations, including that he was aware an inmate working as an FBI informant had been hidden from agents.Baca retired months after the interview. Recorded interview reveals former **SHERIFF LEE BACA** lying to a federal

prosecutor Joel Rubin and Cindy Chang The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA,** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his. The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA,** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his.(Joel Rubin and Cindy Chang) The admission came as part of a surprise deal with the U.S. attorneys officethat Baca struck after prosecutors made it clear to him that they were prepared to ask a grand jury to indict himon criminal charges. Mondays hearing in U.S. District Judge Percy Andersons downtown courtroom is expected to be more tense and dramatic than most as it remains an open question how much prison time, if any, Baca will serve. Before **SENTENCING** Baca, Anderson must decide whether the terms of the **PLEA** deal Baca and prosecutors reached are acceptable. The agreement calls for Baca to receive no more than six months behind bars. Anderson, who has dealt harsh punishments to Tanaka and the others caught up in the obstruction case, could decide six months in prison is too lenient. If he does, Baca would then have to choose between two unappealing options: Go ahead with the **SENTENCING** and accept whatever sentence Anderson has in mind, or withdraw his **GUILTY PLEA** and take his chances with charges the government might decide to bring. The question of how Baca should be punished has grown more complicated in recent weeks after Assistant U.S. Atty. Brandon Fox and Bacas attorney, Michael Zweiback, revealed in court filings that the former sheriff was in the early stages of Alzheimers disease. Among dozens of letters filed in support of Baca- including ones from former California governorsGray Davis and Arnold Schwarzenegger,as well as former Mexican President Vicente Fox-was one from an ex-inmate who took education and rehab classes in county **JAIL** and saidhis life was forever changed by the forward thinking and vision of one man **SHERIFF LEE BACA.** Zweiback also raised concerns about whether Baca could receive appropriate medical care in a prison setting, saying his diagnosis of Alzheimer's has left him in need of "consistent monitoring" and treatments that hope to slow the progress of the disease. Prosecutors rebuffed the questions about Bacas care with a declaration from a Bureau of Prisons medical director, who assured Anderson thatBaca would be cared for adequately. The hard work Baca put in to make the department more inclusive andbuild ties with minority communities has become standard for police chiefs and sheriffs. But there was no shortage of outright failures and missteps. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories He was initially defiant in the face of allegations that inmates were being beaten, even though internal department memos had raised concerns about deputies meting out jailhouse justice. He came under fire for releasing thousands of inmates early, some of whomwent on to commit violent crimes. Baca blamed budget cuts that he said gave him little choice but to close portions of his jails and freeze deputy hiring.Still, he drew worldwide notorietyin 2007 when he released hotel heiressParis Hilton early from **JAIL.** In 2010, the Sheriffs Department hired nearly 300 officers from a little- known county police force, includingsomewho had accidentally fired their weapons, had sex at work and solicited prostitutes. Nearly 100 had issues with dishonesty, including lying or falsifying police records, according to documents review by The Times. It was a flaw that ultimately led to Bacas downfall as the distracted sheriff increasingly ceded control of the day- to-day operations to Tanaka andBobb, said Guerra and others. There was always the worry that when you have a philosopher king in charge that the people below him will run roughshod,

won't know until it is over and we will certainly bring that to you here. Excitement building for the start of the RNC convention.

Nielsen Audience:  137,560

---

808.    **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 9:00 AM

Jul 18 2016 09:00AM PT

[9:19:10 AM] [1:48]  9:18 right now. On to this story. Former la county **SHERIFF LEE BACA** may be sentenced today and it looks like he will get 6 months or making an argument that his Alzheimer's that he will get probation. Let's go to Sandra endo with more on this story. Where are we today? Anything happening yet? The proceedings are under way at this hour, Steve, and I can tell you, some of **LEE BACA'S** supporters have filed into the courtroom as well. We also did see the former lacounty sheriff appear in court or arrive here this morning much earlier than this started. Clearly we'll hear from both sides regarding **LEE BACA'S** health. Both sides will argue different things. Federal prosecutors want to put him behind bars for six months for fly lyeing to investigators curing an FBI probe into the department. Baca is arguing for a probationary sentence after being diagnosed with Alzheimer's. He said that his medical condition and past career makes him a target for abuse. Federal prosecutors reject leniency saying that the 74-year-old is ysically fit and able to function with his daily routine. Baca fled **GUILTY** back in February and agreed not to contest other allegations made by prosecutors. He retired in 2014 at the height of the probe. Prosecutors say they've checked with federal medical experts and his cognitive impairment is mild and that the bureau has 300 inmates with severe impairments and they're all kept safe.

Nielsen Audience:  45,248

---

809.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News Cut-in at 08:55 AM

Jul 18 2016 08:55AM PT

[8:56:59 AM] [0:41]  Leslie: good morning. Here's the latest from eyewitness news. Former la county **SHERIFF LEE BACA** arrived at the federal courthouse, where we were the only station. Earlier this year he pleaded **GUILTY** to lying to federal authorities. He was recently diagnosed with Alzheimer's, and is asking for probation only sentence, arguing he will not receive proper medical care behind bars. Stay with us for updates on the **SENTENCING.** Right now, let's check the weather. Bri: a bit of haze right now in the inland areas.

Nielsen Audience:  118,037

---

810.    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 7:00 AM

Jul 18 2016 08:30AM PT

[8:32:15 AM] [0:22]  They hope this will help narrow down what caused this. No one in the house that was hit was hurt. **LEE BACA** in court this morning for his **SENTENCING.** He faces six months in federal prison. His attorneys are asking you serve his sentence at home because of his health.

[8:33:12 AM] [1:10]  He's in the early stages of Alzheimer's disease so the prosecution says they don't care, they still want him to do time. Six months in prison but it is all up to the judge now. It will likely be a dramatic **SENTENCING.** He succeeded in building ties with minority communities over the years and he was one of the most powerful cops in the nation. He

admitted back in February that he lied during a 2013 interview with investigators in which he maintained he didn't know anything. He was criticized toward the end of his career for detaching from the department and feeding too much control to **PAUL TANAKA,** the undersheriff here we were here for that **SENTENCING** appeared he was sentenced to five years in prison last month on corruption charges. Now before **SENTENCING** the judge must decide whether the terms of this **PLEA** deal they reached are acceptable and the agreement here calls for no more than six months behind bars but of course they are asking for that to be done at home but of course the prosecution is saying wait. We can definitely treat him for his Alzheimer's behind bars. Officials believe the dead whale that washed ashore and encinitas maybe wally, the whale found beached in laover the fourth of July weekend.

   Nielsen Audience:  148,848

811.   **KABC-ABC** Television   Market: Los Angeles, CA

   Eyewitness News Cut-in at 08:25 AM

Jul 18 2016 08:25AM PT

[8:27:48 AM] [0:29]  Morning. Here's the latest news. Former **SHERIFF LEE BACA** has arrived at the federal courthouse where he will be sentenced. Were the only station therefore his arrival. The **SENTENCING** and scheduled to start in just a few minutes. Earlier this year, **LEE BACA** pled **GUILTY** to lying for corruption in his department. We will be following the latest developments all morning. Stay with eyewitness news for the very latest.

   Nielsen Audience:  138,593

812.   **KCBS-CBS** Television   Market: Los Angeles, CA

   CBS2 News Cut-in at 08:25 AM

Jul 18 2016 08:25AM PT

[8:25:31 AM] [0:34]  We could learn whether o former sheriff of la county will face **JAIL** time **LEE BACA** is expected to be sentenced for his role in the **JAIL** abuse and corruption scandal, struck a **PLEA** detail could lead up to six months in prison, he will no longer contest that he ordered deputies. To intimidate an FBI agent. Garth: a check of your weather eye guys I going rice pudding?

   Nielsen Audience:  50,799

813.   **KTLA-CW** Television   Market: Los Angeles, CA

   KTLA 5 Morning News at 7:00 AM

Jul 18 2016 08:00AM PT

[8:25:00 AM] [0:19]  Details after a seven year-old girl was killed and several other children critically injured when a car careened into a home. In minutes away from **LEE BACA** being sentenced on corruption charges. We will have the latest. And much more as the republican National convention gets underway today.

   Nielsen Audience:  162,847

814.   **KTTV-FOX** Television   Market: Los Angeles, CA

   Good Day L.A. at 7:00 AM

Jul 18 2016 08:00AM PT

[8:10:18 AM] [1:32]  Back to you all in the studio. 8:10 right now. Former la county **SHERIFF LEE BACA** is going to be sentenced this morning. He could get 6 months in **JAIL,** maybe not or

maybe even more. Sandra is downtown at the courthouse to he will to us what is going on. Sandra good morning. Good morning, Steve. I could tell you right now **LEE BACA** is inside the courthouse at this hour. We're expecting to hear a lot about his health inside the courtroom today as both sides make their argument. Now several prosecutors hope to put him behind bars for six months for lying to investigators during an fbiprobe into the department. Well, the former la county sheriff says he has health issues and he's asking for probationary sentence, a much more lenient term e was diagnosed reisn't Lee with early Alzheimer's and he says his medical condition and past career makes him a target for abuse while in custody. Federal prosecutors, though, are rejecting any leniency saying the 74-year-old back case physically fit and can continue with his daily life routine. Now back ka pleaded **GUILTY** back in February and in exchange he agreed not to contest other allegations by prosecutors. He retired in 2014 at the height of the federal probe. Now prosecutors say they have checked with medical experts who say b bacc's cognitive impairment is mild and the bureau of prisons houses 300 inmates with severe forms of impairment and they say the prisoners are all kept safe.

Nielsen Audience: 51,189

815.  **KTLA-CW** Television  Market: Los Angeles, CA
KTLA 5 Morning News at 7:00 AM

Jul 18 2016 07:30AM PT

[7:57:43 AM] [0:30]  Authorities looking into that question after six officers are shot, three of them fatally. The latest coming up. Former la county **SHERIFF LEE BACA** about to learn his fate this morning. We will be live with details as he's expected to be sentenced on corruption charges. And from the floor of the republican National convention in Cleveland it all starts here in just a few hours.

Nielsen Audience: 171,306

816.  **KTLA-CW** Television  Market: Los Angeles, CA
KTLA 5 Morning News at 7:00 AM

Jul 18 2016 07:30AM PT

[7:40:01 AM] [0:26]  Meanwhile, winning the British open with a final round of 63. That will do it for sports. Still ahead, former la county **SHERIFF LEE BACA** will learn his case. Where he is expected to be sentenced on corruption charges. And academy award winning actress mira sorvino joins us in studio.

Nielsen Audience: 171,306

817.  **KCBS-CBS** Television  Market: Los Angeles, CA
CBS2 News Cut-in at 07:25 AM

Jul 18 2016 07:25AM PT

[7:26:29 AM] [1:02]  Thank you we could learn whether former sheriff of lacounty will face **JAIL** time I am kara finnstrom in downtown l. Former he **SHERIFF LEE BACA** is expected to be sentenced for his role in the **JAIL** abuse and corruption scandal he struck a **PLEA** deal could lead up to 6 months in prison said he will no longer contest he ordered deputies to intimidate FBI. Good morning, beautiful day almost like yesterday, day before 80 downtown beaches 74 valleys 90, tomorrow jump up really get high prern building in latter part of the week definitely above normal I. 90 high deserts 98, winds you can see as we get to Wednesday, then particularly Thursday, Friday, Saturday we get back touch 104, 1 5 range chance of a thunderstorm.

Nielsen Audience: 40,029

818. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Jul 18 2016 07:00AM PT

[7:19:59 AM] [0:35]  Federal prosecutors are jeking any leniency saying the 74-year-old Baca kiss physically fit and able to go about his dally life. Baca pleaded **GUILTY** back in February in exchange he agreed not to contest other allegation made by prosecutors and retored in 2014 at the height of the federal probe now prosecutors say, they checked with medical experts who say back's cognitive impairment is mild due to early Alzheimer's and currently houses some. 300 inmates were severe storms of in pairment. They are all kept safe.

 Nielsen Audience:  57,008

819. **KTTV-FOX** Television   Market: Los Angeles, CA

Good Day L.A. at 7:00 AM

Jul 18 2016 07:00AM PT

[7:01:39 AM] [0:21]  We'll update everything. The latest on the investigation, more to come. Plus, former la county **SHERIFF LEE BACA** will be sentenced for the role in a corruption probe that nearly two dozen members of the staff were caught in. How much time will this 74-year-old get behind bars? And, the current sheriff, the man who replaced him.

 Nielsen Audience:  57,008

820. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Jul 18 2016 06:30AM PT

[6:56:02 AM] [0:21]  Phillip: **LEE BACA** will be sentenced this morning for his role in a case tied to abuse of county jails. Earlier this year he pleaded **GUILTY** to lying to federal authorities. He was recently diagnosed with Alzheimer's and asking for a probation only sentence. Leslie: and coming up on gma, complete and continuing coverage of the republican National convention.

 Nielsen Audience:  111,248

821. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 AM

Jul 18 2016 06:30AM PT

[6:36:37 AM] [0:17]  Was participating in a summer school program. It is 6:36. Former la county **SHERIFF LEE BACA** is expected to be sentenced today for lying to a federal probe in a county **JAIL** misconduct. Rick: following a deadly autopilot crash. [Jess]quality top tier gas helps protect engines they from harmful deposits.

 Nielsen Audience:  32,315

822. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 AM

Jul 18 2016 06:30AM PT

[6:42:47 AM] [0:23]  The launch gets us one step closer to Americans visiting the international space station. Former la county **LEE BACA** face **JAIL** time? I'm kara finnstrom in downtown la

and we'll tell you about the **SENTENCING** expected here today. Garth: yeah, I remember doing that. Pulling over and going, hey, can you tell me where Sharon: I could never see it.

[6:45:51 AM] [1:29]  It's what makes a subaru, a subaru. Rick: former la county **SHERIFF LEE BACA** could find out this morning how much time he'll spend behind bars for lying to FBI investigators. Sharon: CBS 2 kara finnstrom is live at the courthouse in downtown la to tell us more. Kara. Sharon, we could find out this morning Baca, who was once the county's top lawman will face prison time. Now, the judge here has been considering a **PLEA** deal that could put him behind bars for up to six months. For years, the former sheriff denied any role in the **JAIL** abuse corruption scandal but in February with he signed a **PLEA** deal, essentially saying he lied. Under it Baca said he would not contest that he ordered deputies to intimidate an FBI agent. She was looking into reports of beatings and other crimes inside the downtown men's central **JAIL.** And ultimately 21 members of baca's department were convicted because of that investigation. Now, as you mentioned, earlier this morning Baca has now been diagnosed with early stage Alzheimer's. Prosecutors stress that Alzheimer's did not cause him to lie but his attorneys argue that the 74-year-old needs medical treatment and should not do any **JAIL** time. And also say he would be likely for abuse because he was a sheriff. Now, today Rick and Sharon, the judge could decide to completely throw out this **PLEA** deal. If he does that, then baca's team would have to renegotiate or he would have to face a trial. And all of this is expected to get underway very shortly here at about 8:30 this morning.

Nielsen Audience:  32,315

823.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM                                    Jul 18 2016 06:00AM
                                                              PT

[6:08:52 AM] [1:58]  Close to 9,000 people have been fired by the interior ministry. Leslie: coming up, he used to be the top law man in la county. Phillip: **LEE BACA** is expected to be sentenced today for his role in a corruption probe. His attorney says their client shouldn't serve any time behind bars. Leslie: and here we go again. Taylor swift and Kim kardashian and Kanye West in a feud this morning. Bri: the marine layer pushing into the marine areas. We do have a big warmup headed Leslie: **LEE BACA** is setsentenced in federal court this morning for his role in the corruption probe. Darsha philips joins us live from outside the federal courthouse with details on today's **SENTENCING.** Reporter: six months behind bars. That is what former **SHERIFF LEE BACA** could face but his attorneys are asking for no **JAIL** time on account of his recent Alzheimer's diagnosis. He pleaded **GUILTY** in February for lying to government investigators about his knowledge of plans to derail a federal investigation into beatings and other abuses by guards at the **JAIL.** Last month he was given five years in prison for another involvement in the scandal. 21 members of the sheriff's department have been convicted of federal crimes stemming from a grand jury investigation that began in 2010. Baca's attorneys are asking the 74-year-old serve a probationary sentence in his home so he can continue his medical routine. He was diagnosed with early stages of Alzheimer's. We will find out if the judge will allow this probationary sentence or sentence Baca to six months behind bars. That **SENTENCING** is expected to take place sometime this morning.

Nielsen Audience:  93,057

824.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 6:00 AM                                          Jul 18 2016 06:00AM
                                                              PT

[6:07:23 AM] [1:29]  Participating in a school program. Rick: **LEE BACA** who admitted to lying.

Sharon: pushing for probation. Kara finnstrom is live outside the courthouse in downtown lakara. Sharon, the former sheriff could face up to six months in **JAIL.** That is if the judge here signs off on the **PLEA** deal that's been president you in front of him. For a long time Baca denied playing any part in the **JAIL** abuse corruption scandal but five months ago he signed a **PLEA** deal saying essentially he lied. That he would order deputies to intimidate an FBI agent. For beatings and other crimes inside the downtown **JAIL** and ultimately 21 members of baca's department were convicted as part of that investigation. Now, in the wild card of the **SENTENCING** is the fact that Baca has been diagnosed with Alzheimer's. Prosecutors stress it's in the early stages and did not cause him to lie. The 74-year-old needs medical treatment and should not do any **JAIL** time. They also say he should be targeted for abuse behind bars because of his past job. Now, Rick and Sharon, the judge also has the option of completely throwing out this **PLEA** deal. If he does that, baca's team would either have to renegotiate or he could face trial. It would be interesting to see what happens here.

[6:10:47 AM] [0:31]  We planned for anything and everything that could happen. 500 of the city's officers are assigned to the convention and thousands more from across the country traveled here to help, and cleveland's municipal court is actually expending its hours and clearing out more **JAIL** space to accommodate up to 1,000 people who might be arrested every day. Not necessarily because that's what they're anticipating but city officials want to be prepared for the worst. Rick and Sharon.

 Nielsen Audience:  26,082

825.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 5:00 AM                                       Jul 18 2016 05:30AM PT

[5:57:54 AM] [0:42]  We'll see what happens as thousands of new pokemon go addicts join the game. Phillip: we're going to have another live report from Cleveland as the republican National convention kicks off this morning. Leslie: former la county **SHERIFF LEE BACA** set to learn his future today. Phillip: and three police officers ambushed in Baton Rouge. This is Roscoe, and we are so glad that we switched to beneful.

 Nielsen Audience:  71,746

826.   **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 5:00 AM                                             Jul 18 2016 05:30AM PT

[5:37:14 AM] [1:53]  The boosters help carry a spacecraft was international space station. Rick: former la county sheriff **SHERIFF LEE BACA** is expected in court today for **SENTENCING** with his involvement in the corrections gamble, scandal. Sharon: after being diagnosed with Alzheimer's he is asking for probation. CBS 2 is that the courthouse in downtown la with more. Reporter: good morning. The question is whether Baca, who was once the county's top lawman could end up behind bars pick the judge has been considering a **PLEA** deal that could send him to prison for up to six monster for years the former sheriff denied any role in the prison abuse and corruption scandal. But in February he signed a **PLEA** deal saying he lied. Under it, Baca said he would not contest that he ordered deputies to intimidate FBI agents. She was looking into reports of beatings and other crimes inside the downtown men's **JAIL.** Ultimately, 21 members of Baca department were convicted because of the investigation as you mentioned, Baca has been diagnosed with Alzheimer's and prosecutor stress that did not cause him to lie, that his attorneys argue the 74-year old needs medical treatment and should not do any **JAIL** time. They also say he would likely be a target for abuse because of his pastor

job. Today, the judge could throw out the **PLEA** deal. If he does that, Baca would either have to negotiate a new one or he would have to go to trial. Everything is expected to get underway about 8:30 amsharon: thank you.

Nielsen Audience:  21,650

827.    **KNBC-NBC** Television    Market: Los Angeles, CA

Today in LA at 5:00 AM                                        Jul 18 2016 05:30AM PT

[5:35:43 AM] [0:39]  **SHERIFF LEE BACA** will hear his sentence this morning mo a corruption scandal that rocked the department. Pleaded **GUILTY** federal authorities when they investigated corruption. Prosecutors want Baca to serve six months behind bars, but his attorney is arguing for probation, in part because he's been diagnosed with alzheimer'n news, a section of 2910 freeway in Pasadena is reobserved. Between lake avenue and mountain street, the westbound section reopened just after 4:30 northern.

Nielsen Audience:  31,495

828.    **Inland Valley Daily Bulletin** Newspaper    Market: Los Angeles, CA

Former LA County Sheriff Lee Baca headed to court for sentencing            Jul 18 2016 05:28AM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  81,621

829.    **The Daily Breeze** Newspaper    Market: Los Angeles, CA

Former LA County Sheriff Lee Baca headed to court for sentencing            Jul 18 2016 05:26AM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his

attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors: 169,223

830.  **Redlands Daily Facts** Newspaper   Market: Los Angeles, CA

Jul 18 2016 05:23AM PT

Former LA County Sheriff Lee Baca headed to court for sentencing

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors: 25,469

831. **KCBS-CBS** Television   Market: Los Angeles, CA

Jul 18 2016 05:00AM PT

CBS2 News at 5:00 AM

[5:07:40 AM] [1:50]  Leslie was participating in a summer school program in nice. Rick: former

la county sheriff **SHERIFF LEE BACA** is expected to be sentenced today for lying during it but will probe. Sharon: he has been diagnosed with Alzheimer's and is arguing for probation. CBS 2 kara finnstrom is live at the courthouse in downtown la to tell us more about this. Good morning. Reporter: good morning. He could face up to six months in **JAIL,** that's if the judge here today signs off on the **PLEA** deal that is on the table. Four years he denied playing any role in the prison abuse and corruption scandal. That led to his retirement. In February he signed a **PLEA** deal essentially saying he lied. As part of that he agreed not to contest that he ordered deputies to an intimidate an FBI agent by doing anything but putting handcuffs on her. She was looking into reports of beatings in the men's central **JAIL** and ultimately 21 members of **SHERIFF LEE BACA'S** department were convicted during that investigation. He has also been diagnosed with Alzheimer's disease and prosecutor stress that did not cause him to lie took his defense team argues any **JAIL** time would be too much or the 74-year old that needs treatment and they also say he would be a target for abuse behind bars because. Of his past job. Back out here live, the judge here today could decide not to accept his **PLEA** deal in which case he would have to either negotiate a new deal or all of this would go to trial. Sharon: thank you. Rick: new findings about how violence on TV shows or in games is affecting our kids.

  Nielsen Audience:  16,048

832. **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 5:00 AM

Jul 18 2016 05:00AM PT

[5:07:15 AM] [0:36]  Police say that 18 month old boy was in serious condition and the other two children and the mother are in critical condition no names have yet been released. Former Louisiana county **SHERIFF LEE BACA** will be sentenced today. Baca pleaded **GUILTY** it a federal charge had of lying to investigators during an FBI probe of corruption in the **JAIL** system. A proposed **PLEA** deal calls for a mental ranging anywhere from probation to six months bppedz bars. Court documents state that Baca is suffering from early stages of Alzheimer's disease. Seven minutes after five we want to tell you about a agreement moment going to occur today a 16-year-old corp.

  Nielsen Audience:  13,887

833. **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA at 4:30 AM

Jul 18 2016 04:30AM PT

[4:34:12 AM] [0:32]  4:34 this morning. Former la county **SHERIFF LEE BACA** will find out if he's going to prison. He pleaded **GUILTY** to lying to federal authorities when they investigated corruption in county jails. Prosecutors want him to serve six months in prison, but baca's attorney is arguing any time behind bars is too much for the 74-year-old who has been diagnosed with Alzheimer's disease. We'll be at the **SENTENCING** this morning and we'll let he know what happened.

  Nielsen Audience:  18,085

834. **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 4:30 AM

Jul 18 2016 04:30AM PT

[4:35:41 AM] [0:45]  And no word on what caused the crash, but police say speed was likely a factor. This morning former la county **SHERIFF LEE BACA** is expected to be sentenced. Baca

pleaded **GUILTY** in February of lying to government investigators who were looking into corruption and civil rights abuses at county jails. Court documents say Baca is in the early stages of Alzheimer's, he faces six months in federal prison, but his attorneys are asking that he serve his sentence at home because of his health. The former number two man at the sheriff's department, **PAUL TANAKA,** was given a five year sentence. His attorneys are appealing. Also in court today four social workers accused of criminal negligence in the death of an eight-year-old boy.

Nielsen Audience: 4,347

---

835.    **KTTV-FOX** Television   Market: Los Angeles, CA

FOX 11 Morning News at 4:30 AM       Jul 18 2016 04:30AM PT

[4:37:01 AM] [0:37] The two other children and the mother are all in critical condition. No names have yet been released. Former la county **SHERIFF LEE BACA** sentenced today and pleaded **GUILTY** to federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. A proposed **PLEA** deal calls if a mental ranging from probation to six months behind bars. Court documents state that Baca is suffering from the early stages of Alzheimer's disease. It is 4:37 a 15-year-old from compton whereas a record setting journey today.

Nielsen Audience: 2,867

---

836.    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morning News at 4:00 AM       Jul 18 2016 04:00AM PT

[4:06:23 AM] [0:42] No one inside the home was hurt. And no word on what caused the crash, but police say speed was likely a factor. This morning former la county **SHERIFF LEE BACA** is expected to be sentenced. Baca pleaded **GUILTY** in February of lying to government investigators who were looking into corruption and civil rights abuses at county jails. Court documents say Baca is in the early stages of Alzheimer's, he faces six months in federal prison, but his attorneys are asking that he serve his sentence at home because of his health. The former number two man at the sheriff's department, **PAUL TANAKA,** was given a five year sentence. His attorneys are appealing. The republican National convention starts today in Cleveland.

Nielsen Audience: 4,347

---

837.    **KFI-AM [640 AM] KFI More Stimulating Talk Radio** Radio   Market: Los Angeles, CA

Ex-Sheriff to be Sentenced       Jul 18 2016 03:03AM PT

Former Los Angeles County **SHERIFF LEE BACA** was expected to be sentenced Monday to no more than six months in prison - following his admission he lied to FBI agents investigating allegations of **INMATE ABUSE** and corruption. Baca, whos now 74 years old and in the early stages of Alzheimers disease, pleaded **GUILTY** earlier this year to a single felony charge of making a false statement to federal officials. Defense attorneys have argued for no **JAIL** time, citing Bacas health and (eventual) cooperation with the FBI and prosecutors. U.S. District Court Judge Percy Anderson is scheduled to sentence Baca Monday morning. Bacas lawyers submitted more than 230 letters to the court begging for leniency, including character references from current and former elected officials, a newspaper publisher, relatives, friends, and a state prison official. The **PLEA** deal stemmed from an April, 2013 meeting during which

Baca denied he knew deputies had been sent to the home of an FBI agent to falsely threaten her with arrest. In court documents Baca finally admitted to what many had suspected - that he knew that statement was untrue and he knew that it was illegal to lie to FBI agents and federal prosecutors. Baca had in fact personally directed the deputies in 2011 that they should, do everything but put handcuffs, on her, according to the court file. The U.S. Attorneys Office agreed to ask the judge for a prison term of no more than 180 days, and said that was because that was all that was called for under federal **SENTENCING** guidelines. Eric Leonard (@LeonardFiles) **LEE**

View▶

Unique Visitors:  2,213

---

838.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS2 News at 11:00 PM                              Jul 17 2016 11:00PM PT

[11:18:33 PM] [0:43]  So far no arrests. Elsa: **LEE BACA** will find out tomorrow how much time he will spend behind bars for lying to FBI investigators, he is to ask the judge for probation because he as Alzheimer's disease, but prosecutors want him to get 6 months in **JAIL,** he pleaded **GUILTY** to lying to FBI agents who. Was investigating civil right violation in county **JAIL?** Closure of 210 freeway in Pasadena between lake and mountain is to en by 5:00 tomorrow morning. 55 hour repaving project as been underway since Friday.

 Nielsen Audience:  96,217

---

839.    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Sunday Edition                             Jul 17 2016 09:30PM PT

[9:30:43 PM] [0:33]  Her mother and three other children, all under the age of six, were rushed to the hospital in critical condition. Former la county **SHERIFF LEE BACA** is set to be sentenced tomorrow. He pled **GUILTY** in February of lying to investigators probing into corruption and civil rights abuses at county jails. Court documents say Baca is in the early stages of Alzheimer's. He faces six months in federal prison.

 Nielsen Audience:  57,642

---

840.    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Sunday Edition                             Jul 17 2016 09:00PM PT

[9:30:43 PM] [0:22]  Her mother and three other children, all under the age of six, were rushed to the hospital in critical condition. Former la county **SHERIFF LEE BACA** is set to be sentenced tomorrow. He pled **GUILTY** in February of lying to investigators probing into corruption and civil rights abuses at county jails. Court documents say Baca is in the early fa

 Nielsen Audience:  53,556

---

841.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News at 8:00 PM                             Jul 17 2016 08:30PM PT

[8:36:21 PM] [0:40]  **LEE BACA** will find out how much time he could spend behind bars for lying to investigators. He'll be sentenced tomorrow. He's expected to ask the judge for

probation because he has Alzheimer's disease. He also says he could become a victim behind bars because of his former job. Prosecutors want him to get six months behind bars. Baca pleaded **GUILTY** to lying to FBI agents investigating civil rights investigations in county jails. Elsa: Phil mickelson and henrik stenson went head-to-head at the British open and only one man comes out on top. Peter: first a test in the best of times and the worst of times.

  Nielsen Audience:  129,350

842.  📺  **KDOC-IND**  Television   Market: Los Angeles, CA

     Eyewitness News on KDOC-TV at 7:00 PM                    Jul 17 2016 07:30PM PT

[7:34:13 PM] [0:35]  They say officers tried to tase jaret then opened fire after realizingp he was armed with that shotgun. He died after being taken to the hospital. **PLEA** say the car was ro police say the car was reported stolen earlier in the day. **LEE BACA** will be sentenced in federal court tomorrow. This is Baca from an appearance just yesterday. Earlier this year Baca pled **GUILTY** to lying to federal authorities, investigating corruption in his department. A former sheriff has been diagnosed recently with alzheimers disease. He's asking for probation, l'saying he won't be able to receive proper medical care behind bars.

  Nielsen Audience:  39,627

843.  📺  **KTLA-CW**  Television   Market: Los Angeles, CA

     KTLA 5 News at 6:00 PM                            Jul 17 2016 06:00PM PT

[6:17:44 PM] [0:46]  They were released from a hospital after medical treatment, and have since returned to their summer dormitories in nice. Former la county **SHERIFF LEE BACA** is expected to be sentenced tomorrow. Baca pleaded **GUILTY** in February of lying to government investigators who were looking into corruption and civil rights abuses at county jails. Court documents say Baca is in the early stages of Alzheimer's. He faces six months in federal prison but his attorneys are asking that he serve his sentence at home because of his health. The former number two man at the sheriff's department, **PAUL TANAKA,** was given a five year sentence. His attorneys are appealing. Four social workers accused of criminal negligence in the death of an eight-year-old boy are also due in court tomorrow.

  Nielsen Audience:  34,332

844.  📺  **KNBC-NBC**  Television   Market: Los Angeles, CA

     NBC4 News at 5:00 PM                             Jul 17 2016 05:00PM PT

[5:25:55 PM] [0:16]  **LEE BACA** pleaded guilt in the la county jails system. Prosecutors asking for a six month sentence. His attorneys asked for probation because Baca has been diagnosed with Alzheimer's disease.

  Nielsen Audience:  30,624

845.  📙  **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

     Former LA County Sheriff Lee Baca headed to court for sentencing         Jul 17 2016 07:01AM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county

jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  96,338

846.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca headed to court for sentencing

Jul 17 2016 07:01AM
PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  648,730

847.    **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca headed to court for sentencing

Jul 17 2016 07:01AM
PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  121,410

848.    **San Bernardino Sun** Newspaper   Market: Los Angeles, CA
Former LA County Sheriff Lee Baca headed to court for sentencing

Jul 17 2016 07:01AM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  124,813

849.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA