Media Coverage Report



Jul 17 2016 07:01AM PT

Former Los Angeles County **SHERIFF LEE BACA** is expected to be sentenced Monday after pleading **GUILTY** for lying to federal authorities who were investigating corruption in county jails under his command. Bacas **SENTENCING** has already been postponed once after his attorney last week asked for more time to respond to court documents filed by prosecutors with the U.S. Attorneys Office regarding his health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are recommending a six-month sentence in federal prison, even though court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about how he would serve his time. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed last week, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors: 105,100

850.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News at 6:00 AM

Jul 15 2016 06:00AM PT

[6:05:12 AM] [0:36]  Stay with eyewitness news throughout the day for continuing coverage of the attack in France. We'll have another report coming up at 6:30. Leslie: today former la county **SHERIFF LEE BACA** will join city leaders and panel of psychologists to discuss race relations and police brutality. He's expected to be sentenced on Monday. Earlier this year, Baca pleaded **GUILTY** to lying to federal authorities investigating corruption in his department. The former sheriff has been diagnosed with Alzheimer's. He's asking for a probation only sentence saying he won't receive proper medical care behind bars.

Nielsen Audience: 93,057

851.  **KUAM News - Guam** Television   Market: Global

Every Life Matters Solving the Imbalance of Race Relations From Both Sides.

Jul 15 2016 02:18AM UTC

WHAT: Press Conference Solving the Imbalance of Race Relations From Both Sides. Ret. **SHERIFF LEE BACA,** Rev James Hart Stern, Dr. Amanda Walker along with a Panel of Distinguished Psychologists, Doctors & MFTG Discuss Racial Issues & Police BrutalityWHEN: Friday, July 15, 2016 from 6:00 PM to 8:00 PM (PDT)WHERE: WESTIN LAX 5400 W Century Blvd, Los Angeles, CA 90045 (Grand Ballroom D)WHO. Ret. **SHERIFF LEE BACA,** Rev James Hart Stern, Dr. Amanda Walker & 5 other panelist.WHY: Panel to discuss Racial Issues & Police Brutality facing the African Americans. Examine the Psychology test that Police officers and update to current time and issues. Stronger Awareness & Education for the African American Males. Emotional education in Impact both sides Human Serenity and PeaceAttending Ret. **SHERIFF**

**LEE BACA** (Former Los Angeles Sheriff) Rev James Hart Stern and his mission is: Only One Race, The Human RaceDr. Amanda Walker President Elect Southern California Association of Black PsychologistFull News Story: http://pressreleasejet.com/news/every-life-matters-solving-the-imbalance-of-race-relations-from-both-sides.htmlDistributed by Press Release Jet Media Contact

View▶

Unique Visitors:  7,986

---

852.    **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Jul 14 2016 11:57PM PT

The problem with training new LA County sheriffs deputies

By The Editorial Board Although it is now in the good hands of Sheriff Jim McDonnell, the Los Angeles County Sheriffs Department is still a troubled law-enforcement agency dealing with the legacy of the recent convictions of former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** after prosecutors proved the two directed. a rogue operation aimed at undermining an FBI investigation of the terrible conditions in the sheriffs county jails. The latest proof of trouble comes in a report from the office of Max Huntsman, the Los Angeles County inspector general, thats highly critical of hiring practices in the department.

View▶

Unique Visitors:  169,223

---

853.    **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Jul 14 2016 10:06PM PT

The problem with training new LA County sheriffs deputies

By The Editorial Board Although it is now in the good hands of Sheriff Jim McDonnell, the Los Angeles County Sheriffs Department is still a troubled law-enforcement agency dealing with the legacy of the recent convictions of former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** after prosecutors proved the two directed. a rogue operation aimed at undermining an FBI investigation of the terrible conditions in the sheriffs county jails. The latest proof of trouble comes in a report from the office of Max Huntsman, the Los Angeles County inspector general, thats highly critical of hiring practices in the department.

View▶

Unique Visitors:  50,332

---

854.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Jul 14 2016 09:45PM PT

The problem with training new LA County sheriff's deputies

By The Editorial Board Although it is now in the good hands of Sheriff Jim McDonnell, the Los Angeles County Sheriffs Department is still a troubled law-enforcement agency dealing with the legacy of the recent convictions of former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** after prosecutors proved the two directed. a rogue operation aimed at undermining an FBI investigation of the terrible conditions in the sheriffs county jails. The latest proof of trouble comes in a report from the office of Max Huntsman, the Los Angeles County inspector general, thats highly critical of hiring practices in the department.

View▶

Unique Visitors:  105,100

855.  **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

Jul 14 2016 09:45PM PT

The problem with training new LA County sheriff's deputies

By The Editorial Board Although it is now in the good hands of Sheriff Jim McDonnell, the Los Angeles County Sheriffs Department is still a troubled law-enforcement agency dealing with the legacy of the recent convictions of former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** after prosecutors proved the two directed. a rogue operation aimed at undermining an FBI investigation of the terrible conditions in the sheriffs county jails. The latest proof of trouble comes in a report from the office of Max Huntsman, the Los Angeles County inspector general, thats highly critical of hiring practices in the department.

View▶

Unique Visitors: 648,730

856.  **Pasadena Star-News** Newspaper  Market: Los Angeles, CA

Jul 14 2016 09:45PM PT

The problem with training new LA County sheriff's deputies

By The Editorial Board Although it is now in the good hands of Sheriff Jim McDonnell, the Los Angeles County Sheriffs Department is still a troubled law-enforcement agency dealing with the legacy of the recent convictions of former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** after prosecutors proved the two directed. a rogue operation aimed at undermining an FBI investigation of the terrible conditions in the sheriffs county jails. The latest proof of trouble comes in a report from the office of Max Huntsman, the Los Angeles County inspector general, thats highly critical of hiring practices in the department.

View▶

Unique Visitors: 121,410

857.  **Long Beach Press-Telegram** Newspaper  Market: Los Angeles, CA

Jul 14 2016 09:45PM PT

The problem with training new LA County sheriff's deputies

By The Editorial Board Although it is now in the good hands of Sheriff Jim McDonnell, the Los Angeles County Sheriffs Department is still a troubled law-enforcement agency dealing with the legacy of the recent convictions of former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** after prosecutors proved the two directed. a rogue operation aimed at undermining an FBI investigation of the terrible conditions in the sheriffs county jails. The latest proof of trouble comes in a report from the office of Max Huntsman, the Los Angeles County inspector general, thats highly critical of hiring practices in the department.

View▶

Unique Visitors: 96,338

858. **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA

Jul 9 2016 05:01AM PT

Sentencing for former LA County Sheriff Lee Baca postponed

**SENTENCING** for former Los Angeles County **SHERIFF LEE BACA** was set for Monday, but has been postponed until July 18. The change was made in response to a late court document filing by prosecutors with the U.S. Attorneys Office regarding Bacas health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys

downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Last month, court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about his sentence. Baca faces six months in federal prison. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed Thursday, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  105,100

859.    **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Sentencing for former LA County Sheriff Lee Baca postponed

Jul 9 2016 04:13AM PT

**SENTENCING** for former Los Angeles County **SHERIFF LEE BACA** was set for Monday, but has been postponed until July 18. The change was made in response to a late court document filing by prosecutors with the U.S. Attorneys Office regarding Bacas health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Last month, court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about his sentence. Baca faces six months in federal prison. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed Thursday, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  169,223

860.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Sentencing for former LA County Sheriff Lee Baca postponed

Jul 9 2016 03:52AM PT

**SENTENCING** for former Los Angeles County **SHERIFF LEE BACA** was set for Monday, but has been postponed until July 18. The change was made in response to a late court document filing by prosecutors with the U.S. Attorneys Office regarding Bacas health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Last month, court documents confirmed

that the former sheriff is in the early stages of Alzheimers disease, which raised questions about his sentence. Baca faces six months in federal prison. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed Thursday, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors: 96,338

861.    **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

Sentencing for former LA County Sheriff Lee Baca postponed

Jul 9 2016 03:52AM PT

**SENTENCING** for former Los Angeles County **SHERIFF LEE BACA** was set for Monday, but has been postponed until July 18. The change was made in response to a late court document filing by prosecutors with the U.S. Attorneys Office regarding Bacas health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Last month, court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about his sentence. Baca faces six months in federal prison. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed Thursday, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors: 81,621

862.    **Pasadena Star-News**   Newspaper   Market: Los Angeles, CA

Sentencing for former LA County Sheriff Lee Baca postponed

Jul 9 2016 03:52AM PT

**SENTENCING** for former Los Angeles County **SHERIFF LEE BACA** was set for Monday, but has been postponed until July 18. The change was made in response to a late court document filing by prosecutors with the U.S. Attorneys Office regarding Bacas health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Last month, court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about his sentence. Baca faces six months in federal prison. His attorney, Michael Zweiback,

said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed Thursday, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  121,410

863.  **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Sentencing for former LA County Sheriff Lee Baca postponed

Jul 9 2016 03:51AM PT

**SENTENCING** for former Los Angeles County **SHERIFF LEE BACA** was set for Monday, but has been postponed until July 18. The change was made in response to a late court document filing by prosecutors with the U.S. Attorneys Office regarding Bacas health and where he should serve his time. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Last month, court documents confirmed that the former sheriff is in the early stages of Alzheimers disease, which raised questions about his sentence. Baca faces six months in federal prison. His attorney, Michael Zweiback, said because of his diagnosis, Baca should serve a probationary sentence in his home so he can continue his medical routine. In documents filed Thursday, federal prosecutors noted that the Bureau of Prisons houses about 300 inmates with severe forms of cognitive impairment resulting from dementia or Alzheimers disease. They said Baca would have appropriate access to doctors and specialists. Last month, **PAUL TANAKA,** the former second-in-command in the Sheriffs Department, was sentenced to five years in prison for conspiracy and obstruction of justice in the same **JAIL** abuse and corruption scandal. His attorneys are appealing the sentence.

View▶

Unique Visitors:  648,730

864.  **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

LA County sheriff admits flaws in deputy evaluations need to be rectified

Jul 7 2016 03:58AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile **JAIL** abuse and corruption scandal, including a five-year prison sentence for former Undersheriff **PAUL TANAKA** for conspiracy and obstructing an FBI investigation. Meanwhile, former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and

staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, **JAIL** administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View▶

Unique Visitors:  169,223

865.    **Inland Valley Daily Bulletin** Newspaper    Market: Los Angeles, CA
        LA County sheriff admits flaws in deputy evaluations 'need to be rectified'                                                          Jul 7 2016 03:43AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile **JAIL** abuse and corruption scandal, including a five-year prison sentence for former Undersheriff **PAUL TANAKA** for conspiracy and obstructing an FBI investigation. Meanwhile, former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, **JAIL** administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View▶

Unique Visitors:  81,621

866.    **Whittier Daily News** Newspaper    Market: Los Angeles, CA
        LA County sheriff admits flaws in deputy evaluations 'need to be rectified'                                                          Jul 7 2016 03:43AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile **JAIL** abuse and corruption scandal, including a five-year prison sentence for former Undersheriff **PAUL TANAKA** for conspiracy and obstructing an FBI investigation. Meanwhile, former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and

staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, JAIL administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View▶

Unique Visitors: 50,332

867. **Pasadena Star-News** Newspaper  Market: Los Angeles, CA
LA County sheriff admits flaws in deputy evaluations 'need to be rectified'

Jul 7 2016 03:43AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile JAIL abuse and corruption scandal, including a five-year prison sentence for former Undersheriff PAUL TANAKA for conspiracy and obstructing an FBI investigation. Meanwhile, former SHERIFF LEE BACA pleaded GUILTY earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, JAIL administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View▶

Unique Visitors: 121,410

868. **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA
LA County sheriff admits flaws in deputy evaluations 'need to be rectified'

Jul 7 2016 03:42AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile JAIL abuse and corruption scandal, including a five-year prison sentence for former Undersheriff PAUL TANAKA for conspiracy and obstructing an FBI investigation. Meanwhile, former SHERIFF LEE BACA pleaded GUILTY earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and

staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, **JAIL** administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View▶

Unique Visitors: 105,100

869. **Long Beach Press-Telegram** Newspaper  Market: Los Angeles, CA
LA County sheriff admits flaws in deputy evaluations 'need to be rectified'

Jul 7 2016 03:42AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile **JAIL** abuse and corruption scandal, including a five-year prison sentence for former Undersheriff **PAUL TANAKA** for conspiracy and obstructing an FBI investigation. Meanwhile, former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, **JAIL** administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View▶

Unique Visitors: 96,338

870. **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA
LA County sheriff admits flaws in deputy evaluations 'need to be rectified'

Jul 7 2016 03:41AM PT

These were paperwork issues that were deficient that definitely need to be rectified and will be. The inspector generals report also revealed significant deficiencies in the probationary evaluation process ranging from incomplete personnel files to late and superficial assessments, including many in which the wording had been clearly cut and pasted. The report was released last month at a time the county is grappling with recent convictions of top department officials in a high-profile **JAIL** abuse and corruption scandal, including a five-year prison sentence for former Undersheriff **PAUL TANAKA** for conspiracy and obstructing an FBI investigation. Meanwhile, former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators and is expected to be sentenced Monday. The convictions stem from cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. Despite budgetary and

staffing constraints, McDonnell said several changes are underway or have already been implemented that relate to the watchdogs concerns. For example, **JAIL** administrators are developing a division-wide training course on how to construct detailed evaluations and teach new deputies effectively, he said. The training, which could last eight hours, would include specific examples of how evaluation narratives should be written, officials said. In contrast to field training officers, there is currently no formal training or extra compensation for training officers in the jails, said Cmdr.

View►

Unique Visitors:  648,730

871.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At 8PM

Jul 5 2016 08:00PM PT

[8:05:57 PM] [0:47]  Leyna: seven former lasheriffs deputies want appeals court to throw out convictions connected to federal probe. Deputies were sentenced in 2014 for roles in trying to prevent investigators from finding out what was happening inside the men's central **JAIL.** A lawyer for the deputies argued in a Pasadena court that the sentences should be tossed out. The corruption probe went as high as ex- **SHERIFF LEE BACA.** He faces up to six months in federal prison. Baca's former number two **PAUL TANAKA** was sentenced last week to five years in prison for conspiracy and obstruction of justice. Suzie: Riverside county reporting first case of zika virus. A 50-year-old man likely was infected during a recent trip to the Dominican Republic.

Nielsen Audience:  89,889

872.  **KDOC-IND** Television   Market: Los Angeles, CA

Eyewitness News on KDOC-TV at 7:00 PM

Jul 5 2016 07:30PM PT

[7:32:43 PM] [0:55]  They were convicted of conspiracy. As eyewitness news reporter miriam Hernandez reports, they are now asking for the$w conviction to be overturned. Miriam: in the fbi's corruption probe at men's central **JAIL,** a rare look into a legal battlefield. We have one case on the calendar but it is not an ordinary case. 4 miriam: not an ordinary case, says this judge to the 9th circuit court which streams out its hearings for all to see. Seven deputies convicted for obstruction of an FBI investigation argue that their convictions were wrong. A key issue, how the deputies who were tasked to investigate crimes in the **JAIL** became entangled in the first place. Top brass, then **SHERIFF LEE BACA** and undersheriff **PAUL TANAKA** told them to investigate an illegal cell phone smuggled in by the FBI. In the process, the deputiescc violated a statute. It just requires that the defendants intended to obstruct justice.

[7:34:04 PM] [0:21]  Y; I(wou simply can't let a jr go if this juror is disagreeing with other jurors in a heated discussion with other jurors and might have been a hold out juror. Miriam: former deputy **JAMES SEXTON** was tried twice. The jury deadlocked the first time. His lawyer says in the second round prosecutors took out key parts of what sexton told a grand jury.

Nielsen Audience:  27,172

873.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 PM

Jul 5 2016 05:00PM PT

[5:02:39 PM] [0:49]  They were convicted of conspiracy. As eyewitness news reporter miriam

Hernandez reports, they are now asking for the conviction to be overturned. Miriam: in the fbi's corruption probe at men's central **JAIL,** a rare look into a legal battlefield. We have one case on the calendar, but it is not an ordinary case. Miriam: not an ordinary case, says this judge to the ninth circuit court which streams out its hearings for all to see. Seven deputies convicted for obstruction of an FBI investigation argue that their convictions were wrong. A key issue, how the deputies who were tasked to investigate crimes in the **JAIL** became entangled in the first place. Top brass, then **SHERIFF LEE BACA** and undersheriff **PAUL TANAKA** told them to investigate an illegal cell phone smuggled in by the FBI. In the process, the deputies violated a statute. It just requires that the defendants intended to obstruct justice and they did.

[5:04:14 PM] [0:13]  Miriam: former deputy **JAMES SEXTON** was tried twice. The jury deadlocked the first time. His lawyer says in the second round prosecutors took out key parts of what sexton told a grand jury.

 Nielsen Audience:  165,398

874. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 PM

Jul 5 2016 05:00PM PT

[5:08:38 PM] [0:44]  Paul: seven former la county sheriffs deputies won an appeals court to throw out their convictions in connection with a federal probe to abuse. The deputies were sentenced in 2014 for their roles in trying to prevent investigators for finding on you the what was happening inside the men's central **JAIL.** The lawyer for the lawyers argued that the sentences should be tossed out. The corruption went as far as **SHERIFF LEE BACA,** he faces up to six months when he sentenced number two, **PAUL TANAKA** was sentenced last week for five years in prison for conspiracy and obstruction of justice. Pat: Riverside county is reporting its first case of the zika virus, health officials say a 50-year-old man was likely infected during a recent trip to the Dominican Republic.

 Nielsen Audience:  107,989

875. **KCAL-IND** Television   Market: Los Angeles, CA

KCAL News At 4PM

Jul 5 2016 04:00PM PT

[4:04:38 PM] [0:36]  Reporter: dead tech detectives whose there were so many bullets ably there to shooters. Seven former la county sheriff deputies wanted an appeal to throw the conviction and **INMATE ABUSE.** The deputies were sentenced for trying to prevent the FBI from finding out always happening inside the men's central **JAIL.** The lawyer for the deputies argued in a Pasadena court that the sentences should be tossed out to the corruption probe in and as high as former **SHERIFF LEE BACA.** Baca faces up to six month in federal prison when he sentences here. As former number two **PAUL TANAKA** was sentenced last week to five years in prison.

 Nielsen Audience:  48,072

876. **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At Noon

Jul 5 2016 12:00PM PT

[12:06:16 PM] [0:53]  That number is 180-0222 tips. Juan: seven former la county sheriffs deputies are trying to get convictions in connection with a federal probe of **INMATE ABUSE** thrown out today. They were sentenced in a 2014 for their roles in trying to prevent

investigators finding out what was happening inside the men's central **JAIL.** Their lawyer is in a Pasadena courtroom right now trying to get those sentences dismissed. The corruption probe reached all the way to the exsheriff **LEE BACA.** Bucka's former number two, **PAUL TANAKA** was sentenced last week to five years in prison for conspiracy and obstruction of justice. A retired police dog had to be put down after attacking a man in eastvale. This is thor, animal control says a man tried to give the former la county sheriff canine officer some water.

 Nielsen Audience:  47,076

877.    **KCBS-CBS** Television   Market: Los Angeles, CA

SoCal Week in Review

Jul 2 2016 11:30PM PT

[11:30:24 PM] [2:03]  Paul: thanks for joining us I'm Paul Magers. Pat has the night off. **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for trying to derail a federal investigation of misconduct at the men's central **JAIL.** Dave Lopez has reaction from outside. Reporter: **PAUL TANAKA** didn't say anything is into the federal courthouse and he stood there in silence as federal court judge percy Anderson gave him a tongue lashing and sentence sentenced him to five years in federal prison. The sentence today demonstrated indeed no one is above the law. Report to the judge told tanaka he did everything he could to derail a grand jury investigation into the **JAIL** beatings and he told tanaka your quote ambition and arrogance was more important and following the law. That's what he said we agreed disagree with the. He reacted when the judge told tanaka quote you value loyalty above honor. It's most unfortunate and that's where they give his court of appeals. For Parker tanaka testified in his own defense for the josetta comment about that as well calling it debases combative and not credible at all. After month-long trial it took the jury less than an hour to convict tanaka of obstruction of justice and conspiracy to obstruct justice. All of that surrounding in at your investigation into alleged **JAIL** abuse at the la men's **JAIL.** Mates being beaten and had to do with an inmate acting as an f. The informant with a smuggled cell phone smuggled cell phone pritzer. According to the evidence spearheaded the effort to keep all the information from the f. The eye. Tanaka said he was simply following orders from his then boss **SHERIFF LEE BACA** his one-time good friend but the jury didn't buy it and neither did the judge. Bocco will be sentenced in two weeks for lying to the FBI about the investigation. It is sweet that Mr. tanaka's being brought to justice but it said it took this long.

 Nielsen Audience:  51,944

878.    **Pasadena Weekly** Newspaper   Market: Los Angeles, CA

Part of the Problem

Jun 30 2016 07:26PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** was sentenced Monday to five years in federal prison for interfering with an FBI investigation. Tanaka, 57, was accused of orchestrating efforts to hide an FBI informant who was placed in LA Countys **JAIL** system. After he was indicted, he claimed he was just following orders from then- **SHERIFF LEE BACA,** who Tanaka claimed was the real shot caller in efforts to block the FBIs operation. Tanaka is due to surrender on Aug. 1, but according to the Los Angeles Times , his lawyer, Dean Stewart, said he will file a motion to keep Tanaka out of prison while he appeals the conviction. At the **SENTENCING,** US District Judge Percy Anderson chastised Tanaka for being what the judge called part of the problem in the county **JAIL** system, according to the Times. Not only did he fail to identify and address problems in the jails, he exacerbated them, Anderson said. Tanaka has been on the Gardena City Council since 1999.

View▶

Unique Visitors:  8,253

879.   **Eastern Group Publications** Online Only   Market: Los Angeles, CA

Ex Subjefe del Alguacil de Los ngeles Condenado a Cinco Aos en Prisin

Jun 30 2016 07:15PM
PT

Ex Subjefe del Alguacil de Los ngeles Condenado a Cinco Aos en Prisin Por Servicios CNS El ex subjefe del departamento del alguacil del condado de Los ngeles fue condenado el lunes a cinco aos en prisin por liderar una conspiracin de mltiples facetas para obstruir una investigacin federal de mala conducta. en las crceles. **PAUL TANAKA,** 57, quien fuera el segundo al mando despus del alguacil **LEE BACA,** tambin fue ordenado por el juez del distrito de EE.UU. Percy Anderson a servir dos aos de libertad bajo supervisin despus de prisin y pagar una multa de $7,500. El juez fij el primero de agosto para que Tanaka se entregue y comience a cumplir su condena. Durante toda la audiencia de una hora Tanaka estuvo sin moverse y sin reaccin alguna en una sala de audiencias repleta, negndosele una oportunidad para hablar con el juez. En la sentencia de Tanaka, Anderson cont de nuevo su carrera en el departamento del alguacil, su papel en el esquema de obstruir la justicia, y el dao incalculable que ha causado a esta comunidad. Mientras que l era el subjefe a cargo de las crceles, Tanaka perpetr un entorno de conducta excesiva de oficiales, segn Anderson, quien dijo que las acciones de Tanaka condujeron directamente a un mayor nmero de incidentes de uso de fuerza contra los reclusos en las crceles. La obstruccin del sistema de justicia fue diseada para descarrilar la investigacin del gran jurado federal y constituy a un grave abuso de la confianza del pblico, dijo el juez. Tanaka fue encontrado culpable en abril de cargos por delitos de conspiracin para obstruir a la justicia y por obstruccin de la justicia. Un sindicato de autoridades de la ley dijo en respuesta a la sentencia de Tanaka que la era de corrupcin dentro de la oficina del alguacil de 18.000 personasla mayor de la nacinhaba llegado a su fin. La era de corrupcin que caracteriz a la alta direccin en el departamento del alguacil del condado de Los ngeles termin con la condena del ex subjefe **PAUL TANAKA,** dijo George Hofstetter, presidente de la Asociacin de Alguaciles de Los ngeles (ALADS)El departamento puede avanzar ahora que la verdad sobre el fracasado liderazgo del deshonrado ex alguacil **LEE BACA** y el subjefe **PAUL TANAKA** se ha revelado a travs del proceso de justicia. La era Baca-Tanaka cre fallos de liderazgo que dejaron al departamento del alguacil y a miembros de ALADS con cicatrices reales derivadas del aumento de agresiones a oficiales y cicatrices emocionales de la disminucin de la moral mientras oficiales se esforzaban por realizar un trabajo peligroso bajo una nube que no. haban crearon, dijo Hofstetter.

View▶

Unique Visitors:  3,039

880.   **The Malibu Times** Newspaper   Market: Los Angeles, CA

From the Publisher: The Fourth of July Weekend

Jun 29 2016 11:00PM
PT

For the holiday, we recommend the Point Dume Fourth of July parade, which is always fun and safe. We have some old pictures from earlier parades on our history page this week. Former Undersheriff **PAUL TANAKA** was just sentenced to five years in federal prison for his part, I suspect, in ring leading the cover-up of the violence in the county jails. Tanaka, who always blamed **SHERIFF LEE BACA,** and never seemed to accept any responsibility for his part in the cover-ups, obviously had a very agitated judge because his sentence for this kind of thing is rather stiff. I watched the presentation of the Benghazi report while on the treadmill at the

gym. My own feeling is that it was not only colossal waste of time and money, but Hillary Clintons multi-hour appearance before the committee tended to boost many peoples view of her including myself.

View ▶

Unique Visitors: 15,109

881. **Burbank Leader** Online Only  Market: Los Angeles, CA
Poorly performing L.A. sheriff's deputies are not weeded out in their first   Jun 29 2016 12:00PM
year                                                                           PT

Letting go of problem recruits is important because deputies are protected by civil service rules once their one-year probationary term ends, and it is significantly harder to fire them. The Sheriffs Department has a history of hiring some deputies with checkered pasts , and misconduct has been a recurring issue, especially in the jails, where deputies begin their careers before moving on to street patrol assignments. In recent years, criminal prosecutions have extended to the departments highest echelons, with former Undersheriff **PAUL TANAKA** sentenced Monday to five years in federal prison and former **SHERIFF LEE BACA** soon to be sentenced in a federal obstruction-of-justice case. In order to have a fully effective hiring process, the department must conduct meaningful evaluations of its probationary employees or run the risk of repeating the mistakes of previous large-scale recruiting drives, the report said. In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, including somewho had accidentally fired their weapons , had sex at work and solicited prostitutes. The Sheriffs Department had previously been warned about problems with probationary evaluations, the inspector generals report noted. In 2009, the Office of Independent Review told the department to get rid of rookies who exhibited troublesome behavior or risk further incidents in the future. In its landmark 2012 report , the Citizens Commission on **JAIL** Violence stated that new deputies needed to be rigorously assessed. In a written response to the inspector generals report, Sheriff Jim McDonnell acknowledged that the performance evaluations were not detailed enough and promised to tighten standards. But he said that staffing constraints will prevent him from implementing some of the reports recommendations, such as keeping the same training officer with the same deputy for anentire year.

View ▶

Unique Visitors: 1,224

882. **Glendale News Press** Newspaper  Market: Los Angeles, CA
Poorly performing L.A. sheriff's deputies are not weeded out in their first   Jun 29 2016 12:00PM
year                                                                           PT

Letting go of problem recruits is important because deputies are protected by civil service rules once their one-year probationary term ends, and it is significantly harder to fire them. The Sheriffs Department has a history of hiring some deputies with checkered pasts , and misconduct has been a recurring issue, especially in the jails, where deputies begin their careers before moving on to street patrol assignments. In recent years, criminal prosecutions have extended to the departments highest echelons, with former Undersheriff **PAUL TANAKA** sentenced Monday to five years in federal prison and former **SHERIFF LEE BACA** soon to be sentenced in a federal obstruction-of-justice case. In order to have a fully effective hiring process, the department must conduct meaningful evaluations of its probationary employees or run the risk of repeating the mistakes of previous large-scale recruiting drives, the report said. In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county

police force, including somewho had accidentally fired their weapons , had sex at work and solicited prostitutes. The Sheriffs Department had previously been warned about problems with probationary evaluations, the inspector generals report noted. In 2009, the Office of Independent Review told the department to get rid of rookies who exhibited troublesome behavior or risk further incidents in the future. In its landmark 2012 report , the Citizens Commission on JAIL Violence stated that new deputies needed to be rigorously assessed. In a written response to the inspector generals report, Sheriff Jim McDonnell acknowledged that the performance evaluations were not detailed enough and promised to tighten standards. But he said that staffing constraints will prevent him from implementing some of the reports recommendations, such as keeping the same training officer with the same deputy for anentire year.

View▶

Unique Visitors: 8,996

883. **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
Poorly performing L.A. sheriff's deputies are not weeded out in their first year                Jun 29 2016 12:00PM PT

Letting go of problem recruits is important because deputies are protected by civil service rules once their one-year probationary term ends, and it is significantly harder to fire them. The Sheriffs Department has a history of hiring some deputies with checkered pasts , and misconduct has been a recurring issue, especially in the jails, where deputies begin their careers before moving on to street patrol assignments. In recent years, criminal prosecutions have extended to the departments highest echelons, with former Undersheriff **PAUL TANAKA** sentenced Monday to five years in federal prison and former **SHERIFF LEE BACA** soon to be sentenced in a federal obstruction-of-justice case. In order to have a fully effective hiring process, the department must conduct meaningful evaluations of its probationary employees or run the risk of repeating the mistakes of previous large-scale recruiting drives, the report said. In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, including somewho had accidentally fired their weapons , had sex at work and solicited prostitutes. The Sheriffs Department had previously been warned about problems with probationary evaluations, the inspector generals report noted. In 2009, the Office of Independent Review told the department to get rid of rookies who exhibited troublesome behavior or risk further incidents in the future. In its landmark 2012 report , the Citizens Commission on JAIL Violence stated that new deputies needed to be rigorously assessed. In a written response to the inspector generals report, Sheriff Jim McDonnell acknowledged that the performance evaluations were not detailed enough and promised to tighten standards. But he said that staffing constraints will prevent him from implementing some of the reports recommendations, such as keeping the same training officer with the same deputy for anentire year.

View▶

Unique Visitors: 3,781

884. **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
Poorly performing L.A. sheriff's deputies are not weeded out in their first year                Jun 29 2016 12:00PM PT

Letting go of problem recruits is important because deputies are protected by civil service rules once their one-year probationary term ends, and it is significantly harder to fire them. The Sheriffs Department has a history of hiring some deputies with checkered pasts , and

misconduct has been a recurring issue, especially in the jails, where deputies begin their careers before moving on to street patrol assignments. In recent years, criminal prosecutions have extended to the departments highest echelons, with former Undersheriff **PAUL TANAKA** sentenced Monday to five years in federal prison and former **SHERIFF LEE BACA** soon to be sentenced in a federal obstruction-of-justice case. In order to have a fully effective hiring process, the department must conduct meaningful evaluations of its probationary employees or run the risk of repeating the mistakes of previous large-scale recruiting drives, the report said. In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, including somewho had accidentally fired their weapons , had sex at work and solicited prostitutes. The Sheriffs Department had previously been warned about problems with probationary evaluations, the inspector generals report noted. In 2009, the Office of Independent Review told the department to get rid of rookies who exhibited troublesome behavior or risk further incidents in the future. In its landmark 2012 report , the Citizens Commission on **JAIL** Violence stated that new deputies needed to be rigorously assessed. In a written response to the inspector generals report, Sheriff Jim McDonnell acknowledged that the performance evaluations were not detailed enough and promised to tighten standards. But he said that staffing constraints will prevent him from implementing some of the reports recommendations, such as keeping the same training officer with the same deputy for anentire year.

View▶

Unique Visitors: 350

885.   **Los Angeles Times**   Newspaper   Market: Los Angeles, CA

Poorly performing L.A. sheriff's deputies are not weeded out in their first year     Jun 29 2016 12:00PM PT

Letting go of problem recruits is important because deputies are protected by civil service rules once their one-year probationary term ends, and it is significantly harder to fire them. The Sheriffs Department has a history of hiring some deputies with checkered pasts , and misconduct has been a recurring issue, especially in the jails, where deputies begin their careers before moving on to street patrol assignments. In recent years, criminal prosecutions have extended to the departments highest echelons, with former Undersheriff **PAUL TANAKA** sentenced Monday to five years in federal prison and former **SHERIFF LEE BACA** soon to be sentenced in a federal obstruction-of-justice case. In order to have a fully effective hiring process, the department must conduct meaningful evaluations of its probationary employees or run the risk of repeating the mistakes of previous large-scale recruiting drives, the report said. In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, including somewho had accidentally fired their weapons , had sex at work and solicited prostitutes. The Sheriffs Department had previously been warned about problems with probationary evaluations, the inspector generals report noted. In 2009, the Office of Independent Review told the department to get rid of rookies who exhibited troublesome behavior or risk further incidents in the future. In its landmark 2012 report , the Citizens Commission on **JAIL** Violence stated that new deputies needed to be rigorously assessed. In a written response to the inspector generals report, Sheriff Jim McDonnell acknowledged that the performance evaluations were not detailed enough and promised to tighten standards. But he said that staffing constraints will prevent him from implementing some of the reports recommendations, such as keeping the same training officer with the same deputy for anentire year. Letting go of problem recruits is important because deputies are protected by civil service rules once their one-year probationary term ends, and it is significantly harder to fire them. The Sheriffs Department has a history of hiring some deputies with checkered pasts, and

misconduct has been a recurring issue, especially in the jails, where deputies begin their careers before moving on to street patrol assignments. In recent years, criminal prosecutions have extended to the departments highest echelons, with former Undersheriff soon to be sentenced in a federal obstruction-of-justice case. In order to have a fully effective hiring process, the department must conduct meaningful evaluations of its probationary employees or run the risk of repeating the mistakes of previous large-scale recruiting drives, the report said. In 2010, the Sheriffs Department hired nearly 300 officers from a little-known county police force, including somewho had accidentally fired their weapons, had sex at work and solicited prostitutes. The Sheriffs Department had previously been warned about problems with probationary evaluations, the inspector generals report noted. In 2009, the Office of Independent Review told the department to get rid of rookies who exhibited troublesome behavior or risk further incidents in the future. In its landmark 2012 report, the Citizens Commission on **JAIL** Violence stated that new deputies needed to be rigorously assessed. In a written response to the inspector generals report, Sheriff Jim McDonnell acknowledged that the performance evaluations were not detailed enough and promised to tighten standards. But he said that staffing constraints will prevent him from implementing some of the reports recommendations, such as keeping the same training officer with the same deputy for anentire year.

**View▶**

Unique Visitors:  20,499,018

---

886.  **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Jun 28 2016 11:54PM PT

Undersheriff Tanakas sentence serves justice

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

**View▶**

Unique Visitors:  160,928

---

887.  **Whittier Daily News**  Newspaper   Market: Los Angeles, CA

Jun 28 2016 10:18PM

Undersheriff Tanakas sentence serves justice