By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

**View▶**

Unique Visitors:  45,113

---

888. **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Jun 28 2016 10:17PM
PT

Undersheriff Tanakas sentence serves justice

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

**View▶**

Unique Visitors:  92,722

Media Coverage Report

**889.**    🖱 **San Gabriel Valley Tribune**  Newspaper · Market: Los Angeles, CA

Undersheriff Tanaka's sentence serves justice

Jun 28 2016 09:37PM PT

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

View▶

Unique Visitors:  173,540

**890.**    🖱 **Redlands Daily Facts**  Newspaper   Market: Los Angeles, CA

Undersheriff Tanaka's sentence serves justice

Jun 28 2016 09:37PM PT

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

View▶

Unique Visitors:  17,584

891. **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Undersheriff Tanaka's sentence serves justice

Jun 28 2016 09:37PM PT

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

View▶

Unique Visitors:  103,274

892. **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Undersheriff Tanaka's sentence serves justice

Jun 28 2016 09:36PM PT

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of

law enforcement activities and created an environment that discouraged accountability for misconduct.

View ▶

Unique Visitors: 653,736

---

893. **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Undersheriff Tanaka's sentence serves justice

Jun 28 2016 09:36PM PT

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

View ▶

Unique Visitors: 142,395

---

894. **San Bernardino Sun** Newspaper   Market: Los Angeles, CA

Undersheriff Tanaka's sentence serves justice

Jun 28 2016 09:36PM PT

By The Editorial Board On Monday, U.S. District Judge Percy Anderson sentenced former Los Angeles County Undersheriff **PAUL TANAKA** to five years in prison for his role in a 2011 attempt by the Sheriffs Department to stifle a federal investigation into misconduct in county jails. In April, Tanaka was convicted on felony charges of obstruction of justice and conspiracy to obstruct justice. More than 20 former sheriffs employees have been charged in relation to the federal probe, which began in 2011, and many have been convicted or have pleaded **GUILTY.** In February, former **SHERIFF LEE BACA,** who resigned from office in 2014, pleaded **GUILTY** to lying to federal investigators. But Tanaka, who had the audacity to run for sheriff in 2014, has been a recurring figure in past investigations of misconduct, which include unprovoked beatings of inmates and excessive use of force against mentally ill inmates. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said in **SENTENCING** Tanaka. The judges statement reflects the findings of the Citizens Commission on **JAIL** Violence, a blue ribbon commission tasked by the Board of Supervisors with allegations of misconduct in county jails. In 2012, the commission concluded that both Sheriff Baca and Undersheriff Tanaka have, in different ways, enabled or failed to remediate overly aggressive deputy behavior. The

commission noted the proactive role Tanaka played in facilitating abuses, saying, Over the course of several years, the Undersheriff encouraged deputies to push the legal boundaries of law enforcement activities and created an environment that discouraged accountability for misconduct.

View▶

Unique Visitors: 116,737

895. **KPCC-FM [89.3 FM] Southern California Public Radio** Radio Market: Los Angeles, CA
How former L.A. Sheriff Lee Bacas Alzheimers diagnosis could affect his sentence    Jun 28 2016 04:51PM PT

After word came down yesterday that former Los Angeles County Undersheriff **PAUL TANAKA** would get five years in prison for obstruction of justice, focus shifted to his ex-boss, former L.A. County **SHERIFF LEE BACA.** Baca was convicted on charges of lying to federal investigators after cutting a **PLEA** deal with prosecutors, part of which stipulated that Baca would serve no more than six months prison in exchange for a **GUILTY PLEA** and a promise not to fight other allegations from the feds. However, a court filing from released on Monday shows that a government expert who evaluated Baca concluded that he was in the early stages of Alzheimers Disease. Prosecutors are still calling for Baca to serve the six months, but others say that sentence is too harsh given Bacas diagnosis.

View▶

Unique Visitors: 657,452

896. **Burbank Leader** Online Only Market: Los Angeles, CA
Essential California: Prison time for former undersheriff    Jun 28 2016 11:00AM PT

The longtime voice of USC sports has died. Tom Kelly was 88. Here's what else is happening in the Golden State: TOP STORIES Fall from power He was once one of the most powerful men in the Los Angeles County Sheriffs Department, but on Monday former Undersheriff **PAUL TANAKA** was sentenced to five years in prison for interfering with an FBI investigation into jailhouse. abuses. Attorneys for the 57-year-old had asked the judge to reject a prison sentence, arguing Tanaka was unfairly scapegoated for the wrongs committed by others, including then- **SHERIFF LEE BACA.** In all, 10 people have been convicted or pleaded **GUILTY** for their roles in the scandal. Los Angeles Times Mayoral run Charter-school founder Steve Barr believes L.A. Mayor Eric Garcetti hasnt done enough for public education, so hes running for mayor. LAUSD will likely be at the center of Barrs campaign, though he says hell also touch on the citys rising crime rate and growing homeless population.

View▶

Unique Visitors: 1,224

897. **La Canada Valley Sun** Newspaper Market: Los Angeles, CA
Essential California: Prison time for former undersheriff    Jun 28 2016 11:00AM PT

The longtime voice of USC sports has died. Tom Kelly was 88. Here's what else is happening in the Golden State: TOP STORIES Fall from power He was once one of the most powerful men in the Los Angeles County Sheriffs Department, but on Monday former Undersheriff **PAUL TANAKA** was sentenced to five years in prison for interfering with an FBI investigation into jailhouse. abuses. Attorneys for the 57-year-old had asked the judge to reject a prison

sentence, arguing Tanaka was unfairly scapegoated for the wrongs committed by others, including then- **SHERIFF LEE BACA.** In all, 10 people have been convicted or pleaded **GUILTY** for their roles in the scandal. Los Angeles Times Mayoral run Charter-school founder Steve Barr believes L.A. Mayor Eric Garcetti hasnt done enough for public education, so hes running for mayor. LAUSD will likely be at the center of Barrs campaign, though he says hell also touch on the citys rising crime rate and growing homeless population.

View▶

Unique Visitors:  3,781

898.    **Laguna Beach Coastline Pilot**  Newspaper    Market: Los Angeles, CA

Essential California: Prison time for former undersheriff

Jun 28 2016 11:00AM PT

The longtime voice of USC sports has died. Tom Kelly was 88. Here's what else is happening in the Golden State: TOP STORIES Fall from power He was once one of the most powerful men in the Los Angeles County Sheriffs Department, but on Monday former Undersheriff **PAUL TANAKA** was sentenced to five years in prison for interfering with an FBI investigation into jailhouse. abuses. Attorneys for the 57-year-old had asked the judge to reject a prison sentence, arguing Tanaka was unfairly scapegoated for the wrongs committed by others, including then- **SHERIFF LEE BACA.** In all, 10 people have been convicted or pleaded **GUILTY** for their roles in the scandal. Los Angeles Times Mayoral run Charter-school founder Steve Barr believes L.A. Mayor Eric Garcetti hasnt done enough for public education, so hes running for mayor. LAUSD will likely be at the center of Barrs campaign, though he says hell also touch on the citys rising crime rate and growing homeless population.

View▶

Unique Visitors:  350

899.    **Los Angeles Times**  Newspaper    Market: Los Angeles, CA

Essential California: Prison time for former undersheriff

Jun 28 2016 11:00AM PT

The longtime voice of USC sports has died. Tom Kelly was 88. Here's what else is happening in the Golden State: TOP STORIES Fall from power He was once one of the most powerful men in the Los Angeles County Sheriffs Department, but on Monday former Undersheriff **PAUL TANAKA** was sentenced to five years in prison for interfering with an FBI investigation into jailhouse. abuses. Attorneys for the 57-year-old had asked the judge to reject a prison sentence, arguing Tanaka was unfairly scapegoated for the wrongs committed by others, including then- **SHERIFF LEE BACA.** In all, 10 people have been convicted or pleaded **GUILTY** for their roles in the scandal. Los Angeles Times Mayoral run Charter-school founder Steve Barr believes L.A. Mayor Eric Garcetti hasnt done enough for public education, so hes running for mayor. LAUSD will likely be at the center of Barrs campaign, though he says hell also touch on the citys rising crime rate and growing homeless population. The longtime voice of USC sports has died. Tom Kelly was 88. Here's what else is happening in the Golden State: TOP STORIES Fall from power He was once one of the most powerful men in the Los Angeles County Sheriffs Department, but on Monday former Undersheriff for their roles in the scandal. Los Angeles Times Mayoral run Charter-school founder Steve Barr believes L.A. Mayor Eric Garcetti hasnt done enough for public education, so hes running for mayor. LAUSD will likely be at the center of Barrs campaign, though he says hell also touch on the citys rising crime rate and growing homeless population.

View▶

Unique Visitors:  20,499,018

---

900.    **KTTV-FOX**   Television   Market: Los Angeles, CA

Fox 11 Morning News at 4:30am          Jun 28 2016 04:30AM PT

[4:47:34 AM] [0:54]  Detectives say when arresd he admitted to molesting the child and several others. Police are asking anyone to come forward it they have any information about possible victims. 47 right now efforts by federal authorities uproot corruption in la county sheriff's department are moving forward now as former undersheriff **PAUL TANAKA** sentenced to a five-year federal prison sentence. Calling tanaka ringleader of a complex conspiracy. The goal was to derail an FBI investigationinto **JAIL** misconduct. Tanaka defense, however, described him as a fall guy for former **SHERIFF LEE BACA** who pleaded **GUILTY** in February to lying to federal agents. Before senses yesterday criticized for displaying on witness stand and lacking remorse. Kan tay forced to before start his prison sentence in August.

Nielsen Audience:  9,056

---

901.    **KTLA-CW**   Television   Market: Los Angeles, CA

KTLA 5 Morning News 4AM          Jun 28 2016 04:00AM PT

[4:06:13 AM] [0:44]  They'll try to fiid the whale again this morning. They're afraid if they don't free the whale, it could die. Former la county undersheriff **PAUL TANAKA** is headed to federal prison. The 57-year old tanaka was sentenced to five years after a massive federal investtgation into the mistreatment of prisoners by one of the nation's larggst police agencies. Tanaka was convicted of conspiracy and obstruction of justice. He now must resign hiss3rd term as mayor of gardena. Tanaka was second in command to former sheeiff **LEE BACA,** who accepted a **PLEA** deal after the investtgation and now faces up to 6 months in prison. British Prime Minister David cameron will face European union leaders today in Brussels to discuss leaving the euthe meeting is part of the fiist, official steps to help the uk move away from its 42-yyar association with theebloc. The historic vote last week has sent the pound spiraling and caused foreign markets to decline.

Nielsen Audience:  33,549

---

902.    **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

Conviction pushes Paul Tanaka from office as Gardena mayor after 11 years          Jun 28 2016 03:31AM PT

**PAUL TANAKA,** who as the beloved mayor of Gardena helped lead the city through tumultuous financial waters more than a decade ago, was cast out of office Monday when he was sentenced to prison on federal corruption convictions So, for the first time in 11 years, Tanaka wont be wielding the gavel. Tuesday night when the Gardena City Council meets to adopt its $54.6 million operating budget for the 2016-17 fiscal year that starts Friday. Nine months remain on Tanakas third four-year term as mayor. His convictions for conspiring to obstruct justice and blocking a federal investigation into the Los Angeles County jails he oversaw as undersheriff stand in stark contrast to his upstanding persona in the city where he grew up and went on to lead. He is a certified public accountant who joined the Los Angeles County Sheriffs Department two years after getting a degree from Loyola Marymount University. He became a rising star in the agency and, in 2011, former **SHERIFF LEE BACA** made him second-in-command. The undersheriff has an extensive amount of financial management experience,

being a certified public accountant, and the county is fortunate to have someone who can do more as opposed to less, Baca said in 2011. Ive always put a lot of responsibility on Mr. Tanaka. Paul is a person who can be trusted to do the right thing when no one is looking, as well as when someone is looking. In the end, Baca and Tanaka each blamed the other for the county JAIL scandal hiding an FBI informant that led to the undersheriffs downfall.

View▶

Unique Visitors:  92,722

903.    **The Daily Breeze** Newspaper   Market: Los Angeles, CA
Conviction pushes Paul Tanaka from office as Gardena mayor after 11 years                                                    Jun 28 2016 03:26AM PT

PAUL TANAKA, who as the beloved mayor of Gardena helped lead the city through tumultuous financial waters more than a decade ago, was cast out of office Monday when he was sentenced to prison on federal corruption convictions So, for the first time in 11 years, Tanaka wont be wielding the gavel. Tuesday night when the Gardena City Council meets to adopt its $54.6 million operating budget for the 2016-17 fiscal year that starts Friday. Nine months remain on Tanakas third four-year term as mayor. His convictions for conspiring to obstruct justice and blocking a federal investigation into the Los Angeles County jails he oversaw as undersheriff stand in stark contrast to his upstanding persona in the city where he grew up and went on to lead. He is a certified public accountant who joined the Los Angeles County Sheriffs Department two years after getting a degree from Loyola Marymount University. He became a rising star in the agency and, in 2011, former SHERIFF LEE BACA made him second-in-command. The undersheriff has an extensive amount of financial management experience, being a certified public accountant, and the county is fortunate to have someone who can do more as opposed to less, Baca said in 2011. Ive always put a lot of responsibility on Mr. Tanaka. Paul is a person who can be trusted to do the right thing when no one is looking, as well as when someone is looking. In the end, Baca and Tanaka each blamed the other for the county JAIL scandal hiding an FBI informant that led to the undersheriffs downfall.

View▶

Unique Visitors:  160,928

904.    **Pasadena Star-News** Newspaper   Market: Los Angeles, CA
Conviction pushes Paul Tanaka from office as Gardena mayor after 11 years                                                    Jun 28 2016 03:12AM PT

PAUL TANAKA, who as the beloved mayor of Gardena helped lead the city through tumultuous financial waters more than a decade ago, was cast out of office Monday when he was sentenced to prison on federal corruption convictions So, for the first time in 11 years, Tanaka wont be wielding the gavel. Tuesday night when the Gardena City Council meets to adopt its $54.6 million operating budget for the 2016-17 fiscal year that starts Friday. Nine months remain on Tanakas third four-year term as mayor. His convictions for conspiring to obstruct justice and blocking a federal investigation into the Los Angeles County jails he oversaw as undersheriff stand in stark contrast to his upstanding persona in the city where he grew up and went on to lead. He is a certified public accountant who joined the Los Angeles County Sheriffs Department two years after getting a degree from Loyola Marymount University. He became a rising star in the agency and, in 2011, former SHERIFF LEE BACA made him second-in-command. The undersheriff has an extensive amount of financial management experience, being a certified public accountant, and the county is fortunate to have someone who can do more as opposed to less, Baca said in 2011. Ive always put a lot of responsibility on Mr. Tanaka.

Paul is a person who can be trusted to do the right thing when no one is looking, as well as when someone is looking. In the end, Baca and Tanaka each blamed the other for the county **JAIL** scandal hiding an FBI informant that led to the undersheriffs downfall.

View▶

Unique Visitors: 103,274

905. **Long Beach Press-Telegram** Newspaper Market: Los Angeles, CA

Conviction pushes Paul Tanaka from office as Gardena mayor after 11 years

Jun 28 2016 03:12AM PT

**PAUL TANAKA,** who as the beloved mayor of Gardena helped lead the city through tumultuous financial waters more than a decade ago, was cast out of office Monday when he was sentenced to prison on federal corruption convictions So, for the first time in 11 years, Tanaka wont be wielding the gavel. Tuesday night when the Gardena City Council meets to adopt its $54.6 million operating budget for the 2016-17 fiscal year that starts Friday. Nine months remain on Tanakas third four-year term as mayor. His convictions for conspiring to obstruct justice and blocking a federal investigation into the Los Angeles County jails he oversaw as undersheriff stand in stark contrast to his upstanding persona in the city where he grew up and went on to lead. He is a certified public accountant who joined the Los Angeles County Sheriffs Department two years after getting a degree from Loyola Marymount University. He became a rising star in the agency and, in 2011, former **SHERIFF LEE BACA** made him second-in-command. The undersheriff has an extensive amount of financial management experience, being a certified public accountant, and the county is fortunate to have someone who can do more as opposed to less, Baca said in 2011. Ive always put a lot of responsibility on Mr. Tanaka. Paul is a person who can be trusted to do the right thing when no one is looking, as well as when someone is looking. In the end, Baca and Tanaka each blamed the other for the county **JAIL** scandal hiding an FBI informant that led to the undersheriffs downfall.

View▶

Unique Visitors: 142,395

906. **Los Angeles Daily News** Newspaper Market: Los Angeles, CA

Conviction pushes Paul Tanaka from office as Gardena mayor after 11 years

Jun 28 2016 03:12AM PT

**PAUL TANAKA,** who as the beloved mayor of Gardena helped lead the city through tumultuous financial waters more than a decade ago, was cast out of office Monday when he was sentenced to prison on federal corruption convictions So, for the first time in 11 years, Tanaka wont be wielding the gavel. Tuesday night when the Gardena City Council meets to adopt its $54.6 million operating budget for the 2016-17 fiscal year that starts Friday. Nine months remain on Tanakas third four-year term as mayor. His convictions for conspiring to obstruct justice and blocking a federal investigation into the Los Angeles County jails he oversaw as undersheriff stand in stark contrast to his upstanding persona in the city where he grew up and went on to lead. He is a certified public accountant who joined the Los Angeles County Sheriffs Department two years after getting a degree from Loyola Marymount University. He became a rising star in the agency and, in 2011, former **SHERIFF LEE BACA** made him second-in-command. The undersheriff has an extensive amount of financial management experience, being a certified public accountant, and the county is fortunate to have someone who can do more as opposed to less, Baca said in 2011. Ive always put a lot of responsibility on Mr. Tanaka. Paul is a person who can be trusted to do the right thing when no one is looking, as well as

when someone is looking. In the end, Baca and Tanaka each blamed the other for the county **JAIL** scandal hiding an FBI informant that led to the undersheriffs downfall.

View▶

Unique Visitors:　653,736

907.　**San Gabriel Valley Tribune**　Newspaper　Market: Los Angeles, CA

Conviction pushes Paul Tanaka from office as Gardena mayor after 11 years　　　　　　　　　　　　　　Jun 28 2016 03:12AM PT

**PAUL TANAKA,** who as the beloved mayor of Gardena helped lead the city through tumultuous financial waters more than a decade ago, was cast out of office Monday when he was sentenced to prison on federal corruption convictions So, for the first time in 11 years, Tanaka wont be wielding the gavel. Tuesday night when the Gardena City Council meets to adopt its $54.6 million operating budget for the 2016-17 fiscal year that starts Friday. Nine months remain on Tanakas third four-year term as mayor. His convictions for conspiring to obstruct justice and blocking a federal investigation into the Los Angeles County jails he oversaw as undersheriff stand in stark contrast to his upstanding persona in the city where he grew up and went on to lead. He is a certified public accountant who joined the Los Angeles County Sheriffs Department two years after getting a degree from Loyola Marymount University. He became a rising star in the agency and, in 2011, former **SHERIFF LEE BACA** made him second-in-command. The undersheriff has an extensive amount of financial management experience, being a certified public accountant, and the county is fortunate to have someone who can do more as opposed to less, Baca said in 2011. Ive always put a lot of responsibility on Mr. Tanaka. Paul is a person who can be trusted to do the right thing when no one is looking, as well as when someone is looking. In the end, Baca and Tanaka each blamed the other for the county **JAIL** scandal hiding an FBI informant that led to the undersheriffs downfall.

View▶

Unique Visitors:　173,540

908.　**Los Angeles Times**　Newspaper　Market: Los Angeles, CA

Former top L.A. County sheriff's official given 5-year sentence for obstructing　　　　　　　　　　　　　　Jun 28 2016 02:54AM PT

For years, allegations of inmate beatings by sheriffs deputies in Los Angeles County jails swirled. When they did, one name surfaced over and over: **PAUL TANAKA.** Tanaka, a Sheriffs Department veteran who rose to become second in command of one of the countys largest police agencies, was dogged by accusations that he gave deputies free reign to use violence as they saw fit and protected them from repercussions. The diminutivebut nonetheless imposing leader dismissed the claims as baseless grumblings from underlings who were unwilling to live up to his exacting standards or harbored jealousies about his success. But on Monday, that self-portrait cracked and crumbled for good as a stone-faced Tanaka stood before a federal judge who excoriated the former undersheriff for his ethical failures before **SENTENCING** him to five years in prison. Tanaka, 57, was convicted in April of conspiracy and obstructing an FBI investigation into deputy **JAIL** abuses. Prosecutors accused him of overseeing a scheme in which underlings tried to intimidate the lead FBI agent on the inquiry, concealed the whereabouts of an inmate who was working as a federal informant and pressured deputies not to cooperate with the investigation. Former Los Angeles county undersheriff, **PAUL TANAKA,** sentenced to five years in prison Tanaka was convicted of obstructing a corruption investigation. Tanaka was convicted of obstructing a corruption investigation. See more videos Speaking in a downtown courtroom packed with friends and foes of Tanaka, U.S. District Judge

Percy Anderson sharply rejected the defiant stance Tanaka has maintained throughout the case that he was unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. The former undersheriff, who had continued to serve as mayor of Gardena, is one of 10 people who have been convicted or pleaded GUILTY in connection with the obstruction case. The group includes former SHERIFF LEE BACA, who stepped down two years ago amid the growing scandal and earlier this year admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Tanakas lawyer seized on the agreement prosecutors made with the former sheriff, calling it in a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The defense attorney returned to the idea on Monday, arguing to the judge that it would be simply unfair to send Tanaka to prison for five years, while allowing Baca off with a light sentence. The stiff punishment, which was several months over what was called for under federal SENTENCING guidelines, completed a remarkable fall for Tanaka a tough, overbearing leader who ran the department's day-to-day operations. A deeply polarizing figure in local law enforcement circles, Tanaka earned fierce loyalty from some followers but to many others became the unsettling face of a police agency run amok. Tanaka elevated quickly through the upper ranks of the department under the supportive hand of Baca. Tanaka, it found, engaged in conduct that undermined supervision of aggressive deputies and promoted an environment of lax and untimely discipline of deputy misconduct. The undersheriff ultimately resigned in 2013 and then mounted an unsuccessful campaign to replace Baca as sheriff. Tanakas downfall began when deputies in the countys main JAIL facility discovered an inmate working as an FBI informant. L.A. County JAIL system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang. Read more stories Federal prosecutors said that behind the scenes, Tanaka directed sheriff's officials to shuttle the inmate informant to another JAIL facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged, Tanaka was part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which a cellphone was smuggled to the informant in JAIL. Several jurors told The Times that they found Tanakas testimony at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls between Tanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka, not the subordinates, as Tanaka claimed. Calling Tanaka the ringleader from the beginning of the ploy to thwart the FBI investigation, Assistant U.S. Atty. Brandon Fox had urged Anderson to come down harshly. Tanakas attorneys pushed back on the idea, suggesting he should get no prison time. In a memo to Anderson, and again in court Monday, they kept to the defiant stance they struck during the trial, claiming the true culprit was Baca, not Tanaka. The truth is that the crimes charged in this case were planned, directed and carried out by LEROY BACA, the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors at trial and got no traction Monday with Anderson. In giving Tanaka five years, the judge granted the request of prosecutors. Tracing Tanakas ascent into the upper ranks of the Sheriffs Department, Anderson sketched a portrait of a man with no moral compass and consumed by his own ambition. Even before the

FBI had launched its investigation, the judge said Tanaka had derailed efforts by sheriffs officials and outsiders to address the abuses in the jails and perpetuated an environment of aggressive deputy conduct. With Tanaka standing before Anderson, his hands clasped in front of him, the judge addressed him directly. Your ambition and arrogance have been on display, he said, adding that Tanakas testimony at his own trial and earlier ones was evasive, combative and not credible. Anderson ended his comments on an unsettling note, saying Tanakas efforts to conceal the **JAIL** abuses from federal investigators had been largely successful. It was clear, Anderson said, that only a small fraction of deputies who mistreated inmates were identified and that many remain in the department. The lower-ranking sheriff's officials found **GUILTY** in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody after Mondays hearing and was ordered to surrender Aug. 1 to begin serving his sentence.His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. After the proceedings, Tanaka left through a loading dock exit and avoided a throng of reporters and television news cameras by ducking into a waiting Mercedes-Benz sedan with tinted windows. ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison term UPDATES: 7:32 p.m.: This story was updated with some. minor rewriting. 6:32 p.m.: This story was rewritten. 2:53 p.m.: This story was updated with more details from the **SENTENCING** hearing. 9:55 a.m.: This story was updated with details about the sentence. This story was first published at 6 a.m.

View▶

Unique Visitors:  20,499,018

909.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
     Former top L.A. County sheriff's official given 5-year sentence for obstructing      Jun 28 2016 01:32AM PT

For years, allegations of inmate beatings by sheriffs deputies in Los Angeles County jails swirled. When they did, one name surfaced over and over: **PAUL TANAKA.** Tanaka, a Sheriffs Department veteran who rose to become second in command of one of the countys largest police agencies, was dogged by accusations that he gave deputies free reign to use violence as they saw fit and protected them from repercussions. The diminutivebut nonetheless imposing leader dismissed the claims as baseless grumblings from underlings who were unwilling to live up to his exacting standards or harbored jealousies about his success. But on Monday, that self-portrait cracked and crumbled for good as a stone-faced Tanaka stood before a federal judge who excoriated the former undersheriff for his ethical failures before **SENTENCING** him to five years in prison. Tanaka, 57, was convicted in April of conspiracy and obstructing an FBI investigation into deputy **JAIL** abuses. Prosecutors accused him of overseeing a scheme in which underlings tried to intimidate the lead FBI agent on the inquiry, concealed the whereabouts of an inmate who was working as a federal informant and pressured deputies not to cooperate with the investigation. Former Los Angeles county undersheriff, **PAUL TANAKA,** sentenced to five years in prison Tanaka was convicted of obstructing a corruption investigation. Tanaka was convicted of obstructing a corruption investigation. See more videos Speaking in a downtown courtroom packed with friends and foes of Tanaka, U.S. District Judge Percy Anderson sharply rejected the defiant stance Tanaka has maintained throughout the case that he was unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. The stiff punishment, which was several months over what was called for under federal **SENTENCING** guidelines,completed a remarkable fall for Tanaka a tough, overbearing leader

Main Coverage Report

who ran the department's day-to-day operations. A deeply polarizing figure in local law enforcement circles, Tanaka earned fierce loyalty from some followers but to many others became the unsettling face of a police agency run amok. Tanaka elevated quickly through the upper ranks of the department under the supportive hand of former **SHERIFF LEE BACA.** His rise came despite the reputation he earned for an iron-fisted, insular leadership style and the controversies that stemmed from it. On several occasions, he infamously encouraged rank-and-file deputies to work "right on the edge of the line" and in the gray area of policing admonitions that were interpreted by some to be green lights for misconduct. Tanaka, it found, engaged in conduct that undermined supervision of aggressive deputies and promoted an environment of lax and untimely discipline of deputy misconduct. The undersheriff ultimately resigned in 2013 and then mounted an unsuccessful campaign to replace Baca as sheriff. Tanakas downfall began when deputies in the countys main **JAIL** facility discovered an inmate working as an FBI informant. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories Federal prosecutors said that behind the scenes, Tanaka directed sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged, Tanaka was part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which a cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they found Tanakas testimony at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls between Tanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka, not the subordinates, as Tanaka claimed. Calling Tanaka the ringleader from the beginning of the ploy to thwart the FBI investigation, Assistant U.S. Atty. Brandon Fox had urged Anderson to come down harshly. Tanakas attorneys pushed back on the idea, suggesting he should get no prison time. In a memo to Anderson, and again in court Monday, they kept to the defiant stance they struck during the trial, claiming the true culprit was Baca, not Tanaka. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors at trial and got no traction Monday with Anderson.In giving Tanaka five years, the judge granted the request of prosecutors. Tracing Tanakas ascent into the upper ranks of the Sheriffs Department, Anderson sketched a portrait of a man with no moral compass and consumed by his own ambition. Even before the FBI had launched its investigation, the judge said Tanaka had derailed efforts by sheriffs officials and outsiders to address the abuses in the jails and perpetuated an environment of aggressive deputy conduct. With Tanaka standing before Anderson, his hands clasped in front of him, the judge addressed him directly. Your ambition and arrogance have been on display, he said, adding that Tanakas testimony at his own trial and earlier ones was evasive, combative and not credible. Anderson ended his comments on an unsettling note, saying Tanakas efforts to conceal the **JAIL** abuses from federal investigators had been largely successful. It was clear, Anderson said, that only a small fraction of deputies who mistreated inmates were identified and that many remain in the department. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in connection with the obstruction case. The group includes Baca, who stepped down two years ago amid the growing scandal and earlier this year admitted to a charge that he lied to federal investigators. In a deal he made with

prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Tanakas attorney seized on the agreement prosecutors made with the former sheriff, calling it in a court filing a sweetheart kiss of a deal that underscored the disparity in how the two men were being treated. Steward returned to the idea Monday, arguing to the judge that it would be simply unfair to send Tanaka to prison for five yearswhile allowing Baca off with a light sentence. The lower-ranking sheriff's officials found **GUILTY** in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody after Mondays hearing and was ordered to surrender Aug. 1 to begin serving his sentence.His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. After the proceedings, Tanaka left through a loading dock exit and avoided a throng of reporters and television news cameras by ducking into a waiting Mercedes-Benz sedan with tinted windows. ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison term UPDATES: 2:53 p.m.: This story was updated with more. details from the **SENTENCING** hearing. 9:55 a.m.: This story was updated with details about the sentence. This story was first published at 6 a.m.

View▶

Unique Visitors:  20,499,018

910.    **Wave Newspapers** Online Only   Market: Los Angeles, CA

Former undersheriff receives five-year prison sentence

Jun 28 2016 12:08AM PT

LOS ANGELES The former second-in-command of the Los Angeles County Sheriffs Department was sentenced June 27 to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying arrogance during previous court appearances and refusing to show remorse for what the judge termed a gross abuse of public trust. One of the most troubling things is your efforts to shield dirty deputies have been largely successful, Anderson told the defendant, noting that despite more than a dozen convictions in related cases, some among your clique remain in the department in positions of authority. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While [the] defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. If there was a

ringleader, it was **LEE BACA** and nobody else, the defense lawyer told the court, adding that the disparity between Bacas proposed six-month sentence and Tanakas five-year term can only be described as stunning and wholly unfair. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had total control of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, nothing happened in the case. Tanakas 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks at the direction of Tanaka, prosecutors said and began an attempt to halt the formerly covert investigation by concealing inmate-informant Brown from federal prosecutors, who had issued a writ for his grand jury appearance. The only culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. A law enforcement union responding to Tanakas **SENTENCING** said that an era of corruption within the Sheriffs Department had come to an end. The era of corruption which characterized the upper management in the L.A. County Sheriffs Department ended with the conviction of former Undersheriff **PAUL TANAKA,** said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process. The Baca-Tanaka era created leadership failures that left the Sheriffs Department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous job under a cloud they didnt create, he said. With todays sentence, the department is rid of the culture that created the corruption.

View▶

Unique Visitors:  7,936

911.    **KPCC-FM [89.3 FM] Southern California Public Radio**   Radio   Market: Los Angeles, CA
        Paul Tanaka, former No. 2 official at LA County Sheriff's Department, gets   Jun 28 2016 12:04AM
        5 yea                                                                                      PT

Former Los Angeles County Undersheriff **PAUL TANAKA** was sentenced to five years in federal prison for obstruction of justice and conspiracy. Stuart Palley/ KPCC Former L.A. County Undersheriff **PAUL TANAKA** called the "ringleader" of a plot to thwart a federal investigation into inmate mistreatment in county jails was sentenced to five years in prison Monday, as well as losing his position as mayor of Gardena. A jury found Tanaka, 57, **GUILTY** of obstruction of