justice and conspiracy in April. He fostered a culture in the Sheriffs Department that led to the abuse of untold numbers of prisoners, said U.S. Attorney Eileen Decker, who oversaw Tanakas prosecution. She said her office has closed its investigation into the L.A. County Sheriffs Department after winning 21 convictions of current or former members of the agency on charges ranging from corruption to **INMATE ABUSE.** We hope this presents a new chapter in the sheriffs department, Decker said. Reporters, civil rights activists, lawmen and women packed Downtown L.A. federal courtroom of District Judge Percy Anderson Monday, interested in seeing would happen to the once powerful Tanaka. Anderson began his speechgently, recountinghow Tanaka grew up in "working class" Gardena, graduated from college with a degree in accounting, anddevotedmore than three decades to the sheriff'sdepartment. But that career turned dark, said Anderson. As he reachedthe highest levels of leadership, Tanaka not onlyfailed to reign in bad deputies but "encouraged them to push the legal boundaries" when enforcing the law, the judge said. That mentality ultimately led to his crimes, Anderson said. Anderson called the episode, in which Tanaka instructed a group of deputies to hide an inmate working as an FBI informant,a"sorry chapter in the sheriff's department's history." In **SENTENCING** Tanaka, Anderson went above federal guidelines, which call for 41-51 months in prison. Those guidelines failed to account for the public harm Tanaka did, Anderson said. Tanaka, who stood rigid, next to his attorneys during Andersons statements, did not speak in court nor to reporters clustered outside. Hes consistently pegged former **SHERIFF LEE BACA,** his former boss, as the true source of any ills in the department. Baca, who pled **GUILTY** to lying to federal investigators, is due for **SENTENCING** July 11. Prosecutors have asked for six months in prison. Tanakas attorneys have been livid about Baca potentially receiving such a relatively light sentence. Dean Steward, Tanakas attorney, said the judge went overboard in his remarks about the defendant. Others have tried to demonize our client and the judge rolled with that, he said. Tanaka plans to appeal his conviction and sentence. Steward said the appeal will focus on the fact that Anderson would not grant Baca immunity in order to testify during Tanakas trial. Tanaka is also now out as mayor of Gardena, following his **SENTENCING.** As of today, he is no longer mayor, said Gardena City Attorney Peter Wallin. While Tanaka was previously convicted, under state law, its his **SENTENCING** that triggers a requirement that he give up any elected office he might hold. Tanaka was mayor of Gardena for 12 years.The Gardena City Council must appoint a new mayor or call a special election within 60 days. Many in the audience at the court called Tanaka's sentence just. Former Sheriff's Commander Ralph Orneles, who retired in January, said Tanaka "poisoned" the organization and "ostracized" good cops. There are a good number of former sheriff's employees who continue to support Tanaka, but Orneles is not among them. I think there is some justice served here today," he said. I pray and hope that the department moves in the right direction and learns from this." Peter Eliasberg, legal director of the ACLU of Southern California, said the department has improved. "Ido think there's been a tremendous amount of progress, but I still worry that progress is fragile," he said. Miriam Krinsky, a former federal prosecutor who directed the Citizens Commission on **JAIL** Violence, which issued a scathing report on L.A.s jails, said a big change has been in personnel. Nearly every single individual who was at a high level of management during those years has retired or moved on, she said. Loyola Law Professor Laurie Levenson, who brought her class to watch the spectacle said the judges tough penalty and words against Tanaka was an effort to set a precedent. He needed to send a message to other people in office dont abuse your authority, Levenson said. **SENTENCING** this defendant does not cure the problem. This story has been updated. The best SoCal news in your inbox, daily.

View▶

Unique Visitors: 657,452

912.    **KCRW-FM [89,9 FM] Independent Music & NPR News**  Radio   Market: Los Angeles, CA

Paul Tanaka Sentenced to 5 Years in Prison

Jun 27 2016 11:44PM PT

A one-time, powerful second-in-command at the L-A County Sheriff's Department is going to federal prison. A federal judge sentenced former Undersheriff **PAUL TANAKA** to 5 years for obstructing a probe of misconduct at county jails. Tanaka's lawyers claimed his boss, former **SHERIFF LEE BACA,** was the real ring-leader. Baca pleaded **GUILTY** earlier this year to lying to federal investigators and is hoping to avoid prison time as part of his **PLEA.** Producers: Benjamin Gottlieb

View▶

Unique Visitors:  257,905

913.    **L.A. Weekly**  Newspaper   Market: Los Angeles, CA

Judge Suggests There Are Still Bad Cops in the L.A. Sheriff's Department

Jun 27 2016 10:45PM PT

at 3:43 p.m. EXPAND Former L.A. undersheriff (and current mayor of Gardena) **PAUL TANAKA** had largely been successful at shielding deputies from scrutiny, according to a federal judge. Ted Soqui Federal authorities continued their winning streak in uprooting corruption in the Los Angeles Sheriff's Department when a federal judge today sentenced former second-in-command **PAUL TANAKA** to five years in prison serious time. The question now, however, is whether Tanaka's influence at the department has created a cancer of bad cops who remain on the job. U.S. District Judge Percy Anderson today said the former undersheriff "perpetrated an environment of excessive deputy conduct" and recruited members into his "clique" who remain in "positions of authority" at the department. He said Tanaka had largely been successful at shielding deputies from scrutiny. Anderson castigated him for "the incalculable harm you have caused this community." A sheriff's spokeswoman had no comment. Tanaka, strangely, is still the elected mayor of Gardena.Gardena's city attorney previously told L.A. Weekly that Tanaka would be forced to resign post- **SENTENCING** under city rules, with the town'sfour other council members getting 60 days to appoint a replacement or call a special election. The ACLU of Southern California, which had been a thorn in the side of the department via a civil rights lawsuit and damning reports about **JAIL** abuses, hailed the **SENTENCING** but cautioned that this might not be over. "There are likely people in place in the department, because of the way Tanaka behaved, who don't have the values and integrity they should have," says ACLU legal director Peter Eliasberg. Sheriff Jim McDonnell, the former Long Beach chief and ex-brass at the Los Angeles Police Department, beat Tanaka for the top job in a 2014 election. The former number two was brazen enough to run for the job while under federal investigation. McDonnell ran on a reform platform, and he has indeed shaken things up. In April, Tanaka was found **GUILTY** of conspiring to obstruct justice and of obstructing justice. Prosecutors said he helped to orchestrate a scheme to hide a jailhouse informant, who was working with the FBI, from his federal handlers. The inmate was moved to a sheriff's patrol station **JAIL** under a false name, they said, after deputies found a smuggled phone he was using had been linked to the FBI. Upcoming Events The feds were looking into allegations that inmates were being abused and beaten. "During his time as an executive, defendant [Tanaka] threatened to discipline supervisors who frequently referred deputies to Internal Affairs, transferred captains who tried to reduce deputy abuse and break up cliques, instructed deputies to work in the gray area of law enforcement, and expressed his desire to gut Internal Affairs," prosecutors wrote. in a **SENTENCING** memorandum. His "actions caused deputies to believe that they could act with impunity, which, unfortunately, they did much too frequently," the memo stated. The 2011 investigation ended up leading to the top of the department.

Tanaka was described in a federal statement today as "the head of a broad conspiracy to obstruct the federal investigation." During the FBI's **JAIL** probe, two sheriff's sergeants went to the home of the investigating agent and threatened her with arrest, prosecutors said. Sheriff's officials also tried unsuccessfully to get an L.A. Superior Court judge to make the feds turn over investigative information in the **JAIL** probe. An FBI supervisor was even told his agent's arrest was imminent. Turns out the feds didn't take too kindly to this. Tanaka's defense team has described him as a fall guy. He was number two in the department until 2013, when he was forced out by former **SHERIFF LEE BACA,** who later resigned under the same cloud of suspicion. Baca pleaded **GUILTY** in February to lying to federal agents about what he knew. Namely, he claimed that he wasn't aware his underlings were going to approach the FBI agent. As part of a **PLEA** agreement, Baca faces a maximum of six months behind bars. So far, however, Anderson has been tough on the lawmen involved in this scandal. Baca's **SENTENCING** is scheduled for July 11. "Based on what he's [Anderson] done so far I don't think he sees himself bound by that deal," Eliasberg says.

View▶

Unique Visitors:  1,064,559

914.   **Altadena Patch**  Online Only   Market: Los Angeles, CA

UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T          Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for the "ambition and arrogance" he displayed during four appearances on the witness stand and for refusing to show remorse. "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite about a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." In **SENTENCING** Tanaka, Anderson recounted his career at the sheriff's department, his role in the scheme. to obstruct justice, and "the incalculable harm you have caused this community." While he was the assistant sheriff in charge of the jails, Tanaka "perpetrated an environment of excessive deputy conduct," according to Anderson, who said Tanaka's actions led directly to an increased number of use-of-force incidents against inmates at. the jails. The obstruction of justice scheme was designed "to derail the federal grand jury investigation" and constituted "a gross abuse of the public trust," the judge said. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: Defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's lawyer H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the

conspiracy. "The government seems to have discounted the community service Mr. Tanaka has performed over the years" as mayor of Gardena, Steward told the court. "It's community service of the highest order," he said. Tanaka, Steward wrote, was "unjustly taking the fall" for former SHERIFF LEE BACA, who pleaded GUILTY to a federal charge of lying to investigators. In his proposed PLEA deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was LEE BACA and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term can only be described as "stunning" and "wholly unfair." Steward told the judge that he would be filing. an appeal with the U.S. 9th Circuit Court of Appeals within two weeks. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the circuit court in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the JAIL system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded GUILTY to lying on the witness stand during the 2014 trial of former Deputy JAMES SEXTON, who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his PLEA and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his PLEA deal. A law enforcement union responding to Tanaka's SENTENCING said that an "era of corruption" within the 18,000-person sheriff's department- the nation's largest- had come to an end. "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department ended with the conviction of former Undersheriff PAUL TANAKA, said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. "The department can move forward now that the truth about the failed leadership of disgraced former SHERIFF LEE BACA and Undersheriff PAUL TANAKA has been revealed through the judicial process." "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on. deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous job under a cloud they didn't create," he said. "With today's sentence, the department is rid of the culture that created the corruption.

View▶

Unique Visitors:  5,951,615

915. **Eagle Rock Patch** Online Only   Market: Los Angeles, CA

UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T       Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which

had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors:  5,951,615

916.    **Echo Park Patch** Online Only   Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T          Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct

based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors: 5,951,615

917. **Encino Patch** Online Only　Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T　　Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but

also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors: 5,951,615

918. **Highland Park-Mount Washington Patch** Online Only  Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse     Jun 27 2016 10:32PM
Of Public T                                                                                        PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-

faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on

Media Coverage Report

the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors:  5,951,615

919. **Hollywood Patch** Online Only   Market: Los Angeles, CA

UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T          Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for the "ambition and arrogance" he displayed during four appearances on the witness stand and for refusing to show remorse. "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite about a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." In **SENTENCING** Tanaka, Anderson recounted his career at the sheriff's department, his role in the scheme. to obstruct justice, and "the incalculable harm you have caused this community." While he was the assistant sheriff in charge of the jails, Tanaka "perpetrated an environment of excessive deputy conduct," according to Anderson, who said Tanaka's actions led directly to an increased number of use-of-force incidents against inmates at. the jails. The obstruction of justice scheme was designed "to derail the federal grand jury investigation" and constituted "a gross abuse of the public trust," the judge said. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: Defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's lawyer H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy. "The government seems to have discounted the community service Mr. Tanaka has performed over the years" as mayor of Gardena, Steward told the court. "It's community service of the highest order," he said. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term can only

Media Coverage Report

be described as "stunning" and "wholly unfair." Steward told the judge that he would be filing. an appeal with the U.S. 9th Circuit Court of Appeals within two weeks. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the circuit court in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. A law enforcement union responding to Tanaka's **SENTENCING** said that an "era of corruption" within the 18,000-person sheriff's department- the nation's largest- had come to an end. "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department ended with the conviction of former Undersheriff **PAUL TANAKA,** said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process." "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on. deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous job under a cloud they didn't create," he said. "With today's sentence, the department is rid of the culture that created the corruption. BREAKING Supreme Court Gives Pro-Choice Movement Victory In Texas Abortion Case UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public Trust,' Judge Says Defense lawyer slams **JAIL** term as unfair, adding Tanaka was "unjustly taking the fall" for former **SHERIFF LEE BACA.** Hollywood, CA By SoCal Patch (Patch Staff) - June 27, 2016 9:22 pm ET

View▶

Unique Visitors:  5,951,615

920.    **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA
        UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse        Jun 27 2016 10:32PM
        Of Public T                                                                                    PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them.

The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors:  5,951,615

---

921. **Northridge Patch** Online Only   Market: Los Angeles, CA

UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T     Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case."

Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors: 5,951,615

922. **Pacific Palisades Patch** Online Only   Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T      Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for the "ambition and arrogance" he displayed during four appearances on the witness stand and for refusing to show remorse. "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite about a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." In **SENTENCING** Tanaka, Anderson recounted his career at the sheriff's department, his role in the scheme. to obstruct justice, and "the incalculable harm you have caused this community." While he was the assistant sheriff in charge of the jails, Tanaka "perpetrated an environment of excessive deputy conduct," according to Anderson, who said Tanaka's actions led directly to an increased number of use-of-force incidents against inmates at. the jails. The obstruction of justice scheme was designed "to derail the federal grand jury investigation" and constituted "a gross abuse of the public trust," the judge said. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los