Angeles County sheriff's officials, one thing is abundantly clear: Defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's lawyer H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy. "The government seems to have discounted the community service Mr. Tanaka has performed over the years" as mayor of Gardena, Steward told the court. "It's community service of the highest order," he said. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term can only be described as "stunning" and "wholly unfair." Steward told the judge that he would be filing. an appeal with the U.S. 9th Circuit Court of Appeals within two weeks. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the circuit court in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. A law enforcement union responding to Tanaka's **SENTENCING** said that an "era of corruption" within the 18,000-person sheriff's department- the nation's largest- had come to an end. "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department ended with the conviction of former Undersheriff **PAUL TANAKA,** said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. "The department can move forward now that

the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process." "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on. deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous job under a cloud they didn't create," he said. "With today's sentence, the department is rid of the culture that created the corruption.

View▶

Unique Visitors:  5,951,615

923.    **San Marino Patch** Online Only   Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse    Jun 27 2016 10:32PM
Of Public T                                                              PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for the "ambition and arrogance" he displayed during four appearances on the witness stand and for refusing to show remorse. "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite about a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." In **SENTENCING** Tanaka, Anderson recounted his career at the sheriff's department, his role in the scheme. to obstruct justice, and "the incalculable harm you have caused this community." While he was the assistant sheriff in charge of the jails, Tanaka "perpetrated an environment of excessive deputy conduct," according to Anderson, who said Tanaka's actions led directly to an increased number of use-of-force incidents against inmates at. the jails. The obstruction of justice scheme was designed "to derail the federal grand jury investigation" and constituted "a gross abuse of the public trust," the judge said. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: Defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's lawyer H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy. "The government seems to have discounted the community service Mr. Tanaka has performed over the years" as mayor of Gardena, Steward told the court. "It's community service of the highest order," he said. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term can only

be described as "stunning" and "wholly unfair." Steward told the judge that he would be filing. an appeal with the U.S. 9th Circuit Court of Appeals within two weeks. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the circuit court in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. A law enforcement union responding to Tanaka's **SENTENCING** said that an "era of corruption" within the 18,000-person sheriff's department- the nation's largest- had come to an end. "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department ended with the conviction of former Undersheriff **PAUL TANAKA,** said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process." "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on. deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous job under a cloud they didn't create," he said. "With today's sentence, the department is rid of the culture that created the corruption.

View▶

Unique Visitors: 5,951,615

924.  **Sherman Oaks Patch**  Online Only  Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse     Jun 27 2016 10:32PM
Of Public T                                                                   PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years

of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his

**PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

View▶

Unique Visitors:  5,951,615

925. 🖱 **South Pasadena Patch** Online Only   Market: Los Angeles, CA   UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse Of Public T   Jun 27 2016 10:32PM PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury

in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

**View▶**

Unique Visitors: 5,951,615

926. **Studio City Patch** *Online Only*   Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse     Jun 27 2016 10:32PM
Of Public T       PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for the "ambition and arrogance" he displayed during four appearances on the witness stand and for refusing to show remorse. "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite about a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." In **SENTENCING** Tanaka, Anderson recounted his career at the sheriff's department, his role in the scheme. to obstruct justice, and "the incalculable harm you have caused this community." While he was the assistant sheriff in charge of the jails, Tanaka "perpetrated an environment of excessive deputy conduct," according to Anderson, who said Tanaka's actions led directly to an increased number of use-of-force incidents against inmates at. the jails. The obstruction of justice scheme was designed "to derail the federal grand jury investigation" and constituted "a gross abuse of the public trust," the judge said. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: Defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous

trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's lawyer H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy. "The government seems to have discounted the community service Mr. Tanaka has performed over the years" as mayor of Gardena, Steward told the court. "It's community service of the highest order," he said. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term can only be described as "stunning" and "wholly unfair." Steward told the judge that he would be filing. an appeal with the U.S. 9th Circuit Court of Appeals within two weeks. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the circuit court in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. A law enforcement union responding to Tanaka's **SENTENCING** said that an "era of corruption" within the 18,000-person sheriff's department- the nation's largest- had come to an end. "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department ended with the conviction of former Undersheriff **PAUL TANAKA,** said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process." "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on. deputies, and emotional scars from diminished morale as deputies struggled

to perform a dangerous job under a cloud they didn't create," he said. "With today's sentence, the department is rid of the culture that created the corruption.

View▶

Unique Visitors:  5,951,615

927.    **Venice Patch** Online Only   Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse       Jun 27 2016 10:32PM
Of Public T                                                                   PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for the "ambition and arrogance" he displayed during four appearances on the witness stand and for refusing to show remorse. "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite about a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." In **SENTENCING** Tanaka, Anderson recounted his career at the sheriff's department, his role in the scheme. to obstruct justice, and "the incalculable harm you have caused this community." While he was the assistant sheriff in charge of the jails, Tanaka "perpetrated an environment of excessive deputy conduct," according to Anderson, who said Tanaka's actions led directly to an increased number of use-of-force incidents against inmates at. the jails. The obstruction of justice scheme was designed "to derail the federal grand jury investigation" and constituted "a gross abuse of the public trust," the judge said. Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: Defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's lawyer H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy. "The government seems to have discounted the community service Mr. Tanaka has performed over the years" as mayor of Gardena, Steward told the court. "It's community service of the highest order," he said. Tanaka, Steward wrote, was "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was **LEE BACA** and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term can only be described as "stunning" and "wholly unfair." Steward told the judge that he would be filing. an appeal with the U.S. 9th Circuit Court of Appeals within two weeks. Tanaka, who remains the mayor of Gardena despite his conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer

Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the circuit court in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. A law enforcement union responding to Tanaka's **SENTENCING** said that an "era of corruption" within the 18,000- person sheriff's department- the nation's largest- had come to an end. "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department ended with the conviction of former Undersheriff **PAUL TANAKA,** said George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process." "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on. deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous job under a cloud they didn't create," he said. "With today's sentence, the department is rid of the culture that created the corruption.

View▶

Unique Visitors:  5,951,615

928.   **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA
UPDATE On L.A. Co. Ex-Undersheriff: 5-Year Sentence For 'Gross Abuse        Jun 27 2016 10:32PM
Of Public T                                                                                                       PT

LOS ANGELES COUNTY, CA- The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the

defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found GUILTY in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant PAUL TANAKA is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- SENTENCING. papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former SHERIFF LEE BACA, who pleaded GUILTY to a federal charge of lying to investigators. In his proposed PLEA deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was LEE BACA and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the JAIL system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded GUILTY to lying on the witness stand during the 2014 trial of former Deputy JAMES SEXTON, who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his PLEA and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his PLEA deal. Previous coverage: Also see: L.A. County Supervisors OK 2016-17 Budget Of $28.7 Billion-City News Service/File photo

Unique Visitors: 5,951,615

View▶

**929.**    **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Former LA County Undersheriff Sentenced To 5 Years For Corruption

Jun 27 2016 10:03PM PT

LOS ANGELES (CBSLA.com) **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department, was sentenced Monday for corruption. The former undersheriffremained stone-faced and stood in silenceasU.S. District Judge Percy Anderson gave him a tongue-lashing and sentenced himto five years in federal prison. He was also ordered to serve two years of supervised release after he gets out of prison and pay a $7,500 fine. The sentence today demonstrated that indeed no one is above the law, U.S. Attorney Eileen Decker said. The judge told Tanaka he did everything he could to interfere with a grand jury investigation into allged **JAIL** beatings. Anderson also said the57-year-olds ambition and arrogance was more important than following the law. You value loyalty above honor. Thats what he said. And we, of course, disagree with that, Tanakas attorney, Dean Steward, argued. I think all of that blended into the judges demeanor today at **SENTENCING.** Its most unfortunate. And thats why they gave us a court of appeals. After a month long trial, it took jurors less than an hour in April to convict Tanaka of obstruction of justice andconspiracy to obstruct justice. Prosecutors claimed Tanaka derailed an 2011 FBI probe intoalleged **JAIL** abuse of inmates being beaten at the L.A. County Mens **JAIL.** It involved an inmate acting as an informant with asmuggled mobile phone. Evidence showed Tanaka spearheaded efforts to keep information from federal investigators. Tanaka claimed he simply was following orders from his then boss, former **SHERIFF LEE BACA,** also his one-time good friend. But the jury did not buy that argument, and neither did the judge. Baca will be sentenced in two weeks for lying to the FBI. It is sweet that Mr. Baca is being brought to justice. But its sad that it took this long, said Peter Eliasberg of the ACLU. COMPLETE COVERAGE: **PAUL TANAKA** Trial Tanaka was the ninth sheriffs official to be convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. The case stemmed from events that took place five years ago when a mobile phone was found in the possession of an inmate at the Mens Central **JAIL.** Sheriffs deputies connected the phone to the FBI, which had been conducting a secret probe of brutality against inmates. Seven former sheriffs lieutenants, sergeants and deputies who were convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View▶

Unique Visitors: 1,743,155

**930.**    **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Ten O'Clock News

Jun 27 2016 10:00PM PT

[10:08:37 PM] [0:22] Tanaka through his attorney has maintained all along that he was a scapegoat. The true culprit was former **SHERIFF LEE BACA.** Baca has pleaded **GUILTY** to lying to federal investigators to innate abuse that the jury didn't buy tanaka's claim earlier to see when they convicted him and neither did the judge.

Nielsen Audience: 72,996

**931.**    **Canyon News** Newspaper   Market: Los Angeles, CA

Former LA County Undersheriff Sentenced To 5 Years                              Jun 27 2016 09:26PM
PT

LOS ANGELESFormer Los Angeles County Undersheriff, **PAUL TANAKA,** was sentenced by U.S. District Judge Percy Anderson on Monday, June 27 to 5 years in federal prison for interfering with a FBI investigation, according to the Los AngelesTimes. Tanaka, also mayor of Gardena, was convicted in April for one count each of conspiracy to obstruct justice and obstruction of justice. The allegations come from an FBI investigation in 2011 into the prison where Tanaka worked as second-in-command to **SHERIFF LEE BACA.** Baca has since stepped down from his position as sheriff. Jurors were able to come to the **GUILTY** verdict after under two hours of deliberations. During the trial the prosecutors went over the case of Tanaka interfering with the FBI investigation involving brutality and misconduct allegations of the **JAIL.** The prosecution claimed that Tanaka headed a cover-up plan in 2011 after sheriffs deputies discovered an inmate with a cell phone that was traced back to the FBI. The phone alerted sheriffs officials that the FBI was looking into brutality and misconduct allegations against sheriffs deputies. According to the prosecution, Tanaka directed sheriffs officials to relocate the inmate using fake names to prevent the FBI from locating their informant. Tanaka also sent sheriffs sergeants to the home of the lead FBI agent of the investigation and threatened to arrest her for a sting operation that led to a cell phone being smuggled to an informant inside the **JAIL.** Not only did he fail to identify and address problems in the jails, he exacerbated them, said Judge Anderson. At the trial Tanaka presented himself as a fair but tough leader who was being used a scapegoat and had little knowledge about what had been happening around him. Tanaka said it was Sheriff Baca who had created the response to the FBI informant and who worked directly with lower-ranking sheriffs officials. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, Attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The jurors told the LA Times that Tanakas claims were unconvincing and that he was being evasive. Evidence that was used in the case included records of phone calls from Tanaka to lower ranking sheriffs officials and phone calls from Baca to Tanaka, instead of lower-ranking sheriffs officials. Since the **JAIL** scandal Baca has resigned from his position as sheriff and struck a deal with prosecutors so he would get no more than six months in prison. Judge Anderson could opt for more prison time for Baca when he is sentenced next month. Ten people total have been convicted or plead **GUILTY** for their roles in the scandal. The post appeared first on Canyon News.

View ▶

Unique Visitors: 14,393

932.    **KTTV-TV [FOX 11] / KCOP-TV [MY 13]**  Television   Market: Los Angeles, CA
        **Former undersheriff Paul Tanaka sentenced to 5 years in jail misconduct**      Jun 27 2016 09:18PM
        **probe**                                                                         PT

LOS ANGELES, Calif. (FOX 11 / CNS) - The former second-in-command of the Los Angeles County Sheriff's Department was sentenced today to five years behind bars for his role as ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, was also ordered by U.S. District Judge Percy Anderson to serve two years of supervised release following prison and pay a $7,500 fine. The judge set Aug. 1 for Tanaka to surrender to begin serving his time. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One

of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found GUILTY in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant PAUL TANAKA is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- SENTENCING. papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. H. Dean Steward asked Anderson to impose a probationary sentence, claiming that his client had spent his career serving the community and had little to do with the conspiracy of which he was convicted. Tanaka, Steward wrote, was "unjustly taking the fall" for former SHERIFF LEE BACA, who pleaded GUILTY to a federal charge of lying to investigators. In his proposed PLEA deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. "If there was a ringleader, it was LEE BACA and nobody else," the defense lawyer told the court today, adding that the "disparity" between Baca's proposed six-month sentence and Tanaka's five-year term "can only be described as stunning" and "wholly unfair." Tanaka, who remains the mayor of Gardena despite his. conviction, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argued that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Tanaka's 60-month prison sentence is the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury in Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the JAIL system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded GUILTY to lying on the witness stand during the 2014 trial of former Deputy JAMES SEXTON, who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his PLEA and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his PLEA deal. Copyright 2016 FOX 11 Los Angeles : Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter, Instagram, and YouTube. Be a citizen journalist for FOX 11 and get paid download the Fresco News App today.

View▶

Unique Visitors:  6,014

933.   **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA       Jun 27 2016 08:07PM
VideoFormer Undersheriff Sentenced to 5 Years in Prison                                        PT

to five years in federal prison for his role in a corruption case. He was charged with conspiracy and obstruction of justice. (Published 36 minutes ago) Former Los Angeles County Undersheriff **PAUL TANAKA** was sentenced Monday to five years in federal prison Monday for his role in a wide-ranging 2011 conspiracy to derail a federal investigation of misconduct in jails. The former second-in-command of the Sheriff's Department was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. He was also ordered to serve two years of supervised release after he gets out of prison and pay a $7,500 fine. He must surrender to begin serving his sentence on Aug. 1. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Southern California Images in the News Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. Tanaka, who remains the mayor of Gardena despite the conviction, faced a maximum of 15 years in federal prison. Tanaka, 57, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails,'' federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning,'' Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward asked Anderson to impose a probationary sentence. Tanaka, Steward writes, is "unjustly taking the fall'' for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Steward argues that Baca had "total control'' of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case.'' Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury that decided Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of