brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka and began an attempt to halt the formerly covert investigation by concealing inmate-informant Brown from federal prosecutors, who had issued a writ for his grand jury appearance. The charges included a host of "overt acts" including witness tampering and threatening an FBI agent with arrest. Defense attorneys, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Published 35 minutes ago Copyright City News Service

View▶

Unique Visitors:  1,425,817

934.  **KNBC-TV [NBC 4]**  Television   Market: Los Angeles, CA

Jun 27 2016 06:15PM PT

Former Undersheriff Sentenced to 5 Years in Prison

The former second-in-command at the Los Angeles County Sheriff's Department, **PAUL TANAKA,** was convicted Wednesday April 6, 2016 of obstruction of justice in his federal corruption trial. Former Los Angeles County Undersheriff **PAUL TANAKA** was sentenced Monday to five years in federal prison Monday for his role in a wide-ranging 2011 conspiracy to derail a federal investigation of misconduct in jails. The former second-in-command of the Sheriff's Department was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. He was also ordered to serve two years of supervised release after he gets out of prison and pay a $7,500 fine. He must surrender to begin serving his sentence on Aug. 1. The diminutive Tanaka remained stone-faced and stood ramrod straight throughout the hour-long hearing before a tightly packed courtroom, declining an opportunity to speak to the judge. Southern California Images in the News Before imposing sentence, Anderson blasted the defendant for displaying "arrogance" during previous court appearances and refusing to show remorse for what the judge termed "a gross abuse of public trust." "One of the most troubling things is. your efforts to shield dirty deputies have been largely successful," Anderson told the defendant, noting that despite more than a dozen convictions in related cases, "some among your clique" remain in the department in "positions of authority." Tanaka was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and. obstruction of justice. Tanaka, who remains the mayor of Gardena despite the conviction, faced a maximum of 15 years in federal prison. Tanaka, 57, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture

Media Coverage Report

that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward asked Anderson to impose a probationary sentence. Tanaka, Steward writes, is "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Steward argues that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury that decided Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka and began an attempt to halt the formerly covert investigation by concealing inmate-informant Brown from federal prosecutors, who had issued a writ for his grand jury appearance. The charges included a host of "overt acts" including witness tampering and threatening an FBI agent with arrest. Defense attorneys, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Published 2 minutes ago Copyright City News Service

View▶

Unique Visitors: 1,425,817

935.    **KNBC-TV [NBC 4]**  Television   Market: Los Angeles, CA

   Ex-Undersheriff Sentenced to 5 Years in Prison                    Jun 27 2016 05:57PM
                                                                              PT

The former second-in-command at the Los Angeles County Sheriff's Department, **PAUL TANAKA,** was convicted Wednesday April 6, 2016 of obstruction of justice in his federal corruption trial. Former Los Angeles County Undersheriff **PAUL TANAKA** was sentenced to five years in federal prison Monday for his role in a wide-ranging 2011 conspiracy to derail a federal investigation of misconduct in jails. The former second-in-command of the Sheriff's

Department was found **GUILTY** in April of felony charges of conspiracy to obstruct justice and obstruction of justice. He was also ordered to serve two years of supervised release after he gets out of prison and pay a $7,500 fine. He must surrender to begin serving his sentence on Aug. 1. Tanaka, 57, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Southern California Images in the News Tanaka, who remains the mayor of Gardena despite the conviction, faced a maximum of 15 years in federal prison. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails,'' federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning,'' Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward asked Anderson to impose a probationary sentence. Tanaka, Steward writes, is "unjustly taking the fall'' for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Steward argues that Baca had "total control'' of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case.'' If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks'' In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails,'' a statement Steward calls "patently ridiculous.'' Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it.'' Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Published 48 minutes ago Copyright City News Service

View▶

Unique Visitors:  1,425,817

936.    **The Daily Breeze**  Newspaper   Market: Los Angeles, CA
Former LA County Undersheriff Paul Tanaka sentenced to 5 years in prison                        Jun 27 2016 05:14PM PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office had recommended that a federal court judge sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jails.

View▶

Unique Visitors:  160,928

937.      **Redlands Daily Facts**  Newspaper   Market: Los Angeles, CA
          Former LA County Undersheriff Paul Tanaka sentenced to 5 years in          Jun 27 2016 05:07PM
          prison                                                                      PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office had recommended that a federal court judge sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county **JAIL.**

View▶

Unique Visitors:  17,584

Media Coverage Report

938. The Daily Breeze Newspaper   Market: Los Angeles, CA

Former LA County undersheriff Paul Tanaka sentenced to 5 years in state prison

Jun 27 2016 05:02PM PT

PAUL TANAKA, the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in state prison after he was found GUILTY of conspiracy and obstruction of justice in a JAIL abuse and corruption scandal. Federal court judge Percy Anderson handed the sentence down in a packed downtown Los Angeles courtroom, where Tanaka. Prosecutors with the U.S. attorneys office had recommended that a federal court judge entence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former SHERIFF LEE BACA who they said was calling the shots during an FBI investigation into county JAIL abuse. Baca pleaded GUILTY in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded GUILTY or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county JAIL. Advertisement

View▶

Unique Visitors:  160,928

939. KNBC-TV [NBC 4] Television   Market: Los Angeles, CA

Ex-LASD Undersheriff Sentenced

Jun 27 2016 05:01PM PT

The former second-in-command at the Los Angeles County Sheriff's Department, PAUL TANAKA, was convicted Wednesday April 6, 2016 of obstruction of justice in his federal corruption trial. Former Undersheriff PAUL TANAKA on Monday received a five-year sentence for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. The former second-in-command of the Los Angeles County Sheriff's Department was dubbed the "ringleader'' of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant PAUL TANAKA is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails,'' federal prosecutors wrote in pre- SENTENCING. papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning,'' Assistant U.S. Attorney Brandon Fox wrote. Southern California Images in the News In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is "unjustly taking the fall'' for former SHERIFF LEE BACA, who pleaded GUILTY to a federal charge of lying to investigators. In his proposed PLEA deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging

from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faced a maximum of 15 years in federal prison. Tanaka, 57, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argues that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Copyright City News Service Published 1 minute ago

View▶

Unique Visitors:  1,425,817

940.   **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 PM                                                      Jun 27 2016 05:00PM PT

[5:28:53 PM] [1:55]  Welcome back. Pat: he was sentenced today to five years in prison. He was convicted of conspiracy and obstruction of justice for trying to derail a federal investigation of misconduct at the men's central **JAIL.** Dave Lopez has reaction from outside court. Paul Magers tanaka did not say anything when he sperdz the federal courthouse and stood there in silence as the judge gave him a tongue-lashing and then sentenced him to five years in federal prison. The sentence today demonstrated that indeed no one is above the law. Reporter: the jung told tanaka he did everything we could to derail an FBI investigation into **JAIL** beat examination told tanaka, quote, your ambition and arrogance was more important than following the law. We disagree. Dean Stewart, attorney for Paul to knack ca. Reacted to when the judge toll tan knack cashing quote, you valuedded loyalty above honor. Ail of that blended into the judge's determine todayed demeanor today as **SENTENCING.** Tanaka testified in his own defense. The judge had a comment about that as well, calling it evasive, combative and not credible. Of a month-long trial it took a jury less than an hour to convict him of obstruction of justice and conspiracy to obstruct justice, all of it surrounding an FBI investigation into

alleged **JAIL** abuse at the la county men's **JAIL.** Inmates being beaten, and it had to do with an inmate acting as an FBI informant with a smuggle cell phone. Tanaka spearheaded the evident to keep all the information from the FBI. Tanaka says he was following orders from his then boss, **SHERIFF LEE BACA,** his good friend. The jury didn't buy and it neither did the judge. Baca will be sentenced?

[5:31:35 PM] [0:22]  Knight drove over two men killing one. He now faces a lawsuit. Paul: abby Miller pleaded **GUILTY** to bankruptcy charges. She was accused of trying to hide $775,000 worth of income during her chapter 11 bankruptcy. She will be sentenced October 11th and could get 30 minutes in bring.

  Nielsen Audience:  116,967

941.　**KNBC-NBC** Television　Market: Los Angeles, CA

Channel 4 News 5 PM

Jun 27 2016 05:00PM PT

[5:32:15 PM] [2:01]  He was once one of the most powerful men in law enforcement. Today **PAUL TANAKA** was sentenced to five years in **JAIL** for arrest case regarding corruption and abuse. Reporter: handing gown sentence, the judge said the efforts to block the FBI investigation was a gross abuse of the public trust. Tanaka's attorney continues to blame the former sheriff Lee backa. **PAUL TANAKA** used to be in charge of the one of the largest county **JAIL** systems. Today he was sent to prison for object strucking justice. It showed that indeed no one is above the law. Reporter: it caps a massive fall from power. Once the second in command of the la sheriff's department, he now faces the longest prison term of all who are convicted as a result of the investigation into corruption and **INMATE ABUSE** at the county jails. We're deeply, deeply disappointed in the sentence. The he put the blame on former **SHERIFF LEE BACA** but they said tanaka was the ring leader. He was the driving force behind this conspiracy that aimed to conceal witnesses, tamper with witnesses, and most amazingly of all, threaten the arrests of an FBI agent. Reporter: Baca pled **GUILTY** to like the investigators and struck a **PLEA** teal of no more than six months. A stark contrast to the tan actiona's five years. The Baca has tried right his wrong. **PAUL TANAKA** in contrast was defiant until the end. Has yet to admit that he did anything wrong. While the investigation was ongoing, tanaka campaigned to become new sheriff.

  Nielsen Audience:  113,944

942.　**KTTV-FOX** Television　Market: Los Angeles, CA

Fox 11 Five O-Clock News

Jun 27 2016 05:00PM PT

[5:00:34 PM] [2:44]  Phil shuman has those stories. Reporter: it was back in April when **PAUL TANAKA** was convicted. The jurors took only two hours, they said he tried to hide an inmate was working inside of the county jails. This undersheriff stood quietly. He betrayed no emotion as the judge chastised him, saying that not only did he fail to identify and address problems in the jails but he exacerbated them. That is what he said. Of course we disagree with that. Reporter: he has maintained through his attorney that he was the scapegoat. The true culprit was former **SHERIFF LEE BACA,** who has art he pleaded **GUILTY** to lying to federal investigators, looking into the county **JAIL INMATE ABUSE.** But the jury did not buy that when they convicted him and neither did the judge. He is a brave and still a guy and he took the sentence in that manner. His actions harm the sheriff's department. It harmed law enforcement everywhere in the good men and women that strive every day to uphold their own oath and serve justice. It is less about good and evil and is than it is about public servants who have a responsibility to

protect rights of inmates when they are in charge of the county **JAIL** system. Inside the gardena city hall where **PAUL TANAKA** is in his third term as the mayor, his picture hangs on the wall, he must now resign. And at one of the local favorite spots, the owner said that he was a regular customer and that this was a sad day. That's not the guiding you know? No, it's not. I knew him as a customer and as the mayor. Reporter: that this man headed for lunch at the city senior%center had a much less sympathetic response. What you think about him going to **JAIL?** He did what he did. I think he deserves to go to **JAIL.** Reporter: what happens now? He is still free until August when he is scheduled to surrender. He could stay in free pending the appeal if the attorney succeeds in persuading the federal courts. Coming up later we will talk to the man that reported t **JAIL** abuses to the FBI. There was a whistleblower that really got this thing going.

Nielsen Audience: 40,052

943. **KPCC-FM [89.3 FM] Southern California Public Radio**   Radio   Market: Los Angeles, CA
Paul Tanaka, former No. 2 official at LA County Sheriff's Department, gets 5 yea     Jun 27 2016 04:58PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** was sentenced to five years in federal prison for obstruction of justice and conspiracy. Stuart Palley/ KPCC Former L.A. County Undersheriff Paul Tanakacalled the "ringleader" of a plot to thwart a federal investigation into inmate mistreatment in county jailswas sentenced to five years in prison Monday. A federal jury convicted Tanaka of conspiracy and obstruction of justice in April. The charges stem back to 2011, when the FBI was investigating allegations of deputy misconduct and inmate beatings in L.A.' **JAIL** system. Tanaka, accused of fostering an atmosphere of violence in the jails, was also convicted of masterminding a plot to hide an inmate who was working as an FBI informant, so agents couldn't find or communicate with the inmate. Federal District Judge Percy Anderson, upon **SENTENCING** Tanaka to five years in federal prison for his actions, called the episode a "sorry chapter in the sheriff's department's history." He called the former sheriff official's testimony in his own defense "evasive, combative, and not credible." Tanaka is the highest ranked sheriff's official to. be sentenced to prison time in the plot. Seven lower-ranked deputies, lieutenants, and sergeants have already been sentenced to prison. Anderson said that group "represents a small fraction of the deputies who abused inmates" in the jails, adding "some remain in positions of authority today." Tanaka's efforts to shield bad deputies from repercussions were "largely successful," Anderson said. Peter Eliasberg, legal director of the ACLU of Southern California, called the day "bittersweet." "It took a very long time for accountability and justice to come," he said. "Usually people at these higher levels of law enforcement, when there are major scandals like this, don't end up paying the price." Eliasberg agreed with the judge that the sheriff's department is not fully healed from the scandal, nor jails fully fixed. "Ido think there's been a tremendous amount of progress, but i still worry that progress is fragile," he said. Former **SHERIFF LEE BACA,** who pled **GUILTY** to lying to federal officials when he told them he didn't know about the plot to hide the inmate, also faces possible prison time when he's sentenced July 11. Baca's attorneys have asked for probation, citing his recent Alzheimer's diagnosis and his lack of threat to public safety. Prosecutors have asked for six months in prison for the former sheriff.

View▶

Unique Visitors: 657,452

944. **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA
Ex-LA County Undersheriff Sentenced to 5 Years in Corruption Trial     Jun 27 2016 04:55PM

The former second-in-command at the Los Angeles County Sheriff's Department, **PAUL TANAKA,** was convicted Wednesday April 6, 2016 of obstruction of justice in his federal corruption trial. Former Undersheriff **PAUL TANAKA** on Monday received a five-year sentence for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. The former second-in-command of the Los Angeles County Sheriff's Department was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Southern California Images in the News In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faced a maximum of 15 years in federal prison. Tanaka, 57, was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argues that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Copyright City News Service Published 3 minutes ago

View▶

Unique Visitors:  1,425,817

945.   **Burbank Leader**  Online Only   Market: Los Angeles, CA

Former top Sheriff's official given 5 year prison sentence for obstructing     Jun 27 2016 04:55PM
FBI p                                                                            PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the

Media Coverage Report

lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they found Tanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls between Tanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka, not the subordinates as Tanaka claimed. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse, faulted Baca for allowing his undersheriff to operate without effective oversight. Tanaka, it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors: 1,224

946.    **Burbank Leader** Online Only   Market: Los Angeles, CA
Former top L.A. County sheriff's official given 5-year sentence for obstructing                          Jun 27 2016 04:55PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officials in Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence, U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriff was unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidate the lead agent in the case, pressure deputies not to cooperate and conceal the whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should get no prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer

Media Coverage Report

prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling it in a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors: 1,224

947. 🖱 **Glendale News Press** Newspaper Market: Los Angeles, CA
Former top L.A. County sheriff's official given 5-year sentence for obstructing

Jun 27 2016 04:55PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the

department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors:  8,996

**948.** 🖱️ **Glendale News Press**   Newspaper   Market: Los Angeles, CA
Former top Sheriff's official given 5 year prison sentence for obstructing FBI p     Jun 27 2016 04:55PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting