operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors:  8,996

949.   **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
        Former top L.A. County sheriff's official given 5-year sentence for          Jun 27 2016 04:55PM
        obstructing                                                                    PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement

Media Coverage Report

prosecutors made with the former sheriff, calling it in a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

**View▶**

Unique Visitors:  3,781

950.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
Former top Sheriff's official given 5 year prison sentence for obstructing    Jun 27 2016 04:55PM
FBI p                                                                          PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from

the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors:  3,781

951. 🖱 **Laguna Beach Coastline Pilot**    Newspaper    Market: Los Angeles, CA
Former top L.A. County sheriff's official given 5-year sentence for obstructing                    Jun 27 2016 04:55PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told

The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

**View▶**

Unique Visitors: 350

952.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
      Former top Sheriff's official given 5 year prison sentence for obstructing    Jun 27 2016 04:55PM
      FBI p                                                                          PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal

that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors:  350

953.   **Los Angeles Times**   Newspaper   Market: Los Angeles, CA
       Former top Sheriff's official given 5 year prison sentence for obstructing        Jun 27 2016 04:55PM
       FBI p                                                                                            PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to

send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors:  20,499,018

954.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Media Coverage Report

Former top L.A. County sheriff's official given 5-year sentence for obstructing                    Jun 27 2016 04:55PM

**PAUL TANAKA,** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking

sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the JAIL scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County SHERIFF LEE BACA has Alzheimers disease, but he still faces a 6-month prison. term PAUL TANAKA, once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former SHERIFF LEE BACA'S second-in-command, running the department's day-to-day operations with seeming impunity. L.A. County JAIL system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang.Read more stories In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by LEROY BACA, the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a GUILTY verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded GUILTY for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays SENTENCING hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow

Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term **PAUL TANAKA,** once one of the most powerful law enforcement officialsin Los Angeles County, was sentenced Monday to five years in federal prison for interfering with an FBI investigation into abuses by sheriffs deputies. In announcing the sentence,U.S. District Judge Percy Anderson rejected Tanakas defense arguments that the former L.A. County undersheriffwas unfairly scapegoated and knew little of what was unfolding around him. Not only did he fail to identify and address problems in the jails, he exacerbated them, the judge said of Tanaka. A jury in April convicted Tanaka of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. The sentence for Tanaka, who also serves as mayor of the city of Gardena, completes a dramatic fall for a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA'S** second-in-command, running the department's day-to-day operations with seeming impunity. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during the trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles,

attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling it in a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. Tanaka was not taken into custody following Mondays **SENTENCING** hearing but is expected to surrender to begin serving his sentence at a later date. His attorney said he would file a motion seeking to allow Tanaka to remain free pending an appeal of his conviction. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a inmate with a cellphone that was traced back to the FBI. The discovery of the phone led sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates, asTanaka claimed. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." ALSO Charter school founder Steve Barr to challenge Garcetti in 2017 Deadly fire in Kern County burns 70 square miles, is 40% contained Ex-L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but he still faces a 6-month prison. term

View▶

Unique Visitors: 20,499,018

955. Inland Valley Daily Bulletin **Newspaper** Market: Los Angeles, CA
Former LA County Undersheriff Paul Tanaka sentenced to 5 years in prison
Jun 27 2016 04:50PM PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Federal court judge Percy Anderson handed the sentence down in a packed downtown Los Angeles courtroom, where Tanaka. Prosecutors with the U.S. attorneys office had recommended that a federal court judge

entence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county **JAIL.** Advertisement

View▶

Unique Visitors:  92,722

956. **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

**Former LA County Undersheriff Paul Tanaka sentenced to 5 years in prison**                                                                                    Jun 27 2016 04:50PM PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Federal court judge Percy Anderson handed the sentence down in a packed downtown Los Angeles courtroom, where Tanaka. Prosecutors with the U.S. attorneys office had recommended that a federal court judge entence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county **JAIL.** Advertisement

View▶

Unique Visitors:  142,395

957.    **San Bernardino Sun** Newspaper   Market: Los Angeles, CA

Former LA County Undersheriff Paul Tanaka sentenced to 5 years in prison    Jun 27 2016 04:49PM PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office had recommended that a federal court judge sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jails.

View▶

Unique Visitors:  116,737

958.    **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Former LA County Undersheriff Paul Tanaka sentenced to 5 years in prison    Jun 27 2016 04:49PM PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office had recommended that a federal court judge sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county **JAIL.**

View▶

Unique Visitors:  653,736

959.    **Pasadena Star-News** Newspaper   Market: Los Angeles, CA
        Former LA County Undersheriff Paul Tanaka sentenced to 5 years in         Jun 27 2016 04:49PM
        prison                                                                    PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office had recommended that a federal court judge sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jails.

View▶

Unique Visitors:  103,274

960.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
        Former LA County Undersheriff Paul Tanaka sentenced to 5 years in         Jun 27 2016 04:49PM
        prison                                                                    PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office had recommended that a federal court judge sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement.