Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jails.

View▶

Unique Visitors:  173,540

961. **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA
**Former LA County undersheriff Paul Tanaka sentenced to 5 years in state prison**      Jun 27 2016 04:49PM PT

**PAUL TANAKA,** the former second-in-command in the Los Angeles County Sheriffs Department, was sentenced Monday to five years in state prison after he was found **GUILTY** of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Federal court judge Percy Anderson handed the sentence down in a packed downtown Los Angeles courtroom, where Tanaka. Prosecutors with the U.S. attorneys office had recommended that a federal court judge entence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But in court documents filed earlier, Tanakas defense attorneys called the charges patently ridiculous and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early stage of Alzheimers disease. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county **JAIL.** Advertisement

View▶

Unique Visitors:  173,540

962. **KFI-AM [640 AM] KFI More Stimulating Talk Radio** Radio  Market: Los Angeles, CA
**Prosecutors to Seek Five Years...**      Jun 27 2016 04:37PM PT

Photo Credit: Eric Leonard (@LeonardFiles) LOS ANGELES (CNS) - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the ringleader'' of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails,'' federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three

previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argues that Baca had total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, nothing happened in the case." If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials closed ranks" In their trial brief, government prosecutors maintained that Tanaka fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls patently ridiculous." Tanaka, the attorney countered, was actually a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

View▶

Unique Visitors: 1,715

963. **KNBC-NBC** Television   Market: Los Angeles, CA

NBC 4 News at 4PM

Jun 27 2016 04:00PM PT

[4:06:50 PM] [1:18]  This afternoon he faces the longest sentence of all those convicted in that massive federal corruption case. **PAUL TANAKA** did not show any emotion as the judge sentenced him in five years to federal prison for obstructing the fbi's investigation for abuse in county jails. The former undersheriff created a cult chur allowed abuse to occur in the jails and then was the ring lead near scheme to block the investigation. Tanaka was the driving force behind this conspiracy that aimed to conceal witnesses, tamper with witnesses, and most amazingly of all, threaten the arrests of an FBI agent. We don't believe the jury heard all of the important information. They did not hear from former sheriff **LEROY BACA.** We asked three

different ways for that testimony to be admitted and it wasn't. Tanaka and his attorney continue on blame the form he **SHERIFF LEE BACA** claiming that tan actiona had no knowledge of the corruption. With you today judge said he put arrogance and ambition above following the law. He was not taken into custody.

 Nielsen Audience:  92,996

964.     **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

Ex-LASD Undersheriff to Be Sentenced in Corruption Trial

<span style="float:right">Jun 27 2016 03:17PM PT</span>

The former second-in-command at the Los Angeles County Sheriff's Department, **PAUL TANAKA,** was convicted Wednesday April 6, 2016 of obstruction of justice in his federal corruption trial. Prosecutors on Monday are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Southern California Images in the News In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is "unjustly taking the fall" for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Steward argues that Baca had "total control" of the Brown operation, leaving Tanaka to participate for two weeks while the sheriff was on vacation in September 2011. During that period, the defense contends, "nothing happened in the case." If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any defendant in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" In their trial brief, government prosecutors maintained that Tanaka "fostered a culture that led to the significant problems in the Los Angeles County jails," a statement Steward calls "patently ridiculous." Tanaka, the attorney

countered, was actually "a fearless executive in the department who fought to weed out problem deputies, not encourage them. The only culture he fostered was excellence and he made daily efforts to accomplish it." Last August, Tanaka's co-defendant, retired sheriff's Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal. Copyright City News Service Published 6 minutes ago

**View▶**

Unique Visitors:  1,425,817

965.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 3PM                                          Jun 27 2016 03:00PM PT

[3:06:11 PM] [0:32]  On July 11, the former **SHERIFF LEE BACA** will appear before that same judge. Because of a **PLEA** deal, he could get only six months behind bars. It is the biggest the Supreme Court justices voting 5-3 today in favor of Texas clinics. Lawyers argued a series of regulations made it harder for women to get abortions.

Nielsen Audience:  74,834

966.    **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA

Paul Tanaka, Former L.A. County Undersheriff, to Be Sentenced for Role in Obstru                          Jun 27 2016 02:41PM PT

**PAUL TANAKA,** once one of the most powerful law enforcement officials in Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidate the lead agent in the case, pressure deputies not to cooperate and conceal the whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected to be sentenced to time behind bars, as U.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly on several lower level sheriffs officials who were convicted in earlier trials of having roles. in the obstruction scheme, **SENTENCING** each to prison. Andersons decision will complete a dramatic fall for Tanaka, a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA'S** second-in-command, running the department's day-to-day operations with seeming impunity. Click here to read the full story on LATimes.com.

**View▶**

Unique Visitors:  2,934,819

967.    **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Former Undersheriff Paul Tanaka to be sentenced Monday for obstruction of justic                          Jun 27 2016 01:14PM PT

LOS ANGELES - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy

Media Coverage Report

Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks- The only culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

**View▶**

Unique Visitors: 160,928

968. **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA
Former Undersheriff Paul Tanaka to be sentenced Monday for obstruction of justic    Jun 27 2016 01:11PM PT

LOS ANGELES - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be

approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks- The only culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

View▶

Unique Visitors:  92,722

969.  **Pasadena Star-News** Newspaper  Market: Los Angeles, CA
Former Undersheriff Paul Tanaka to be sentenced Monday for obstruction of justic                                                    Jun 27 2016 01:04PM PT

LOS ANGELES - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks- The only

culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

**View**▶

Unique Visitors:  103,274

970.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA
       Former Undersheriff Paul Tanaka to be sentenced Monday for       Jun 27 2016 01:03PM
       obstruction of justic                                                          PT

LOS ANGELES - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks- The only culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

**View**▶

Unique Visitors:  142,395

971.        **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Media Coverage Report

Former Undersheriff Paul Tanaka to be sentenced Monday for obstruction of justic

Jun 27 2016 01:03PM PT

LOS ANGELES - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks- The only culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

**View▶**

Unique Visitors:  653,736

972.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
Former Undersheriff Paul Tanaka to be sentenced Monday for obstruction of justic

Jun 27 2016 01:03PM PT

LOS ANGELES - Prosecutors today are expected to seek a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. Former Undersheriff **PAUL TANAKA,** 57, faces **SENTENCING** by U.S. District Judge Percy Anderson for his conviction in April of felony charges of conspiracy to obstruct justice and obstruction of justice. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the

court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. In his own papers, co-defense counsel H. Dean Steward is asking Anderson to impose a probationary sentence. Tanaka, Steward writes, is unjustly taking the fall for former **SHERIFF LEE BACA,** who pleaded **GUILTY** to a federal charge of lying to investigators. In his proposed **PLEA** deal, which has yet to be approved by the judge, Baca is calling for a sentence ranging from probation to six months behind bars. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks- The only culture he fostered was excellence and he made daily efforts to accomplish it. Last August, Tanakas co-defendant, retired sheriffs Capt. Tom Carey, pleaded **GUILTY** to lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to impede the jails investigation. In exchange for his **PLEA** and cooperation, Carey, 58, can expect to receive a reduced prison sentence of not more than 16 months when he is sentenced Aug. 1, according to his **PLEA** deal.

View▶

Unique Visitors: 173,540

973. 🖱 **Burbank Leader** Online Only   Market: Los Angeles, CA
     Former high-ranking Sheriff's official to be sentenced for role in obstructing F                                                    Jun 27 2016 01:00PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected tobe sentenced to time behind bars, asU.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly on several lower level sheriffs officials who were convicted in earlier trials of having roles in the obstruction scheme, **SENTENCING** each to prison. Andersons decision will complete a dramatic fall for Tanaka, a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys have pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried

out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling it in a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakas attorneys have said they plan to appeal the conviction. In his filing, Steward asked Anderson to allow Tanaka to remain free while his appeal proceeds. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values."

**View▶**

Unique Visitors: 1,224

974.  **Glendale News Press** Newspaper  Market: Los Angeles, CA

Former high-ranking Sheriff's official to be sentenced for role in obstructing F

Jun 27 2016 01:00PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected tobe sentenced to time behind bars, asU.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly

on several lower level sheriffs officials who were convicted in earlier trials of having roles in the obstruction scheme, SENTENCING each to prison. Andersons decision will complete a dramatic fall for Tanaka, a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former SHERIFF LEE BACA ''s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys have pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by LEROY BACA, the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a GUILTY verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded GUILTY for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a JAIL inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another JAIL facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in JAIL. Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakas attorneys have said they plan to appeal the conviction. In his filing, Steward asked Anderson to allow Tanaka to remain free while his appeal proceeds. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the JAIL scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values."

View▶

Unique Visitors:  8,996

975.   **La Canada Valley Sun**   Newspaper   Market: Los Angeles, CA
       Former high-ranking Sheriff's official to be sentenced for role in        Jun 27 2016 01:00PM
       obstructing F                                                             PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected tobe sentenced to time behind bars, asU.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly on several lower level sheriffs officials who were convicted in earlier trials of having roles in the obstruction scheme, **SENTENCING** each to prison. Andersons decision will complete a dramatic fall for Tanaka, a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys have pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key

lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakas attorneys have said they plan to appeal the conviction. In his filing, Steward asked Anderson to allow Tanaka to remain free while his appeal proceeds. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values."

View▶

Unique Visitors:  3,781

976.   **Laguna Beach Coastline Pilot**   Newspaper   Market: Los Angeles, CA

Former high-ranking Sheriff's official to be sentenced for role in obstructing F     Jun 27 2016 01:00PM PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected tobe sentenced to time behind bars, asU.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly on several lower level sheriffs officials who were convicted in earlier trials of having roles in the obstruction scheme, **SENTENCING** each to prison. Andersons decision will complete a dramatic fall for Tanaka, a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys have pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling itin a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. In making their recommendation to Anderson, prosecutors recapped the case

Media Coverage Report

against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakas attorneys have said they plan to appeal the conviction. In his filing, Steward asked Anderson to allow Tanaka to remain free while his appeal proceeds. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values."

View▶

Unique Visitors:  350

977.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA
      Former high-ranking Sheriff's official to be sentenced for role in        Jun 27 2016 01:00PM
      obstructing F                                                                              PT

**PAUL TANAKA** once one of the most powerful law enforcement officialsin Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into **JAIL** abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected tobe sentenced to time behind bars, asU.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly on several lower level sheriffs officials who were convicted in earlier trials of having roles in the obstruction scheme, **SENTENCING** each to prison. Andersons decision will complete a dramatic fall for Tanaka, a man who climbed rapidly through the Sheriffs Department's upper ranks. A tough, overbearing leader, Tanaka rose to become former **SHERIFF LEE BACA** "s second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys have pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by **LEROY BACA,** the former Sheriff for the County of Los Angeles, attorney H. Dean