Steward wrote in the memo. None of this would have happened if Baca had simply cooperated with the FBI at the beginning. The attempt to blame Baca did not sway jurors, who returned a **GUILTY** verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. In a deal he made with prosecutors, Baca would be sentenced to no more than six months in prison. Anderson must still approve the agreement and could opt for a longer prison term when he sentences Baca next month. Steward seized on the agreement prosecutors made with the former sheriff, calling it in a court filing a sweet-heart kiss of a deal that underscored the disparity in how the two men were being treated. The lower-ranking sheriff's officials convicted in the obstruction case remain free while appealing their convictions. In making their recommendation to Anderson, prosecutors recapped the case against Tanaka:He headed a group that hatched a cover-up plan in 2011, aftersheriffs deputies discovered a **JAIL** inmate with a cellphone that was traced back to the FBI. The discovery of the phone led Sheriffs officials to realize the federal government was secretly looking into allegations of brutality and other misconduct by deputies in the department's jails. WhileTanaka portrayed himself at trial as a toughbut fair leader with a strong moral compass, prosecutors said that behind the scenes, he was directing sheriff's officials to shuttle the inmate informant to another **JAIL** facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged,Tanakawas part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which the cellphone was smuggled to the informant in **JAIL.** Several jurors told The Times that they foundTanakas claims at trial unconvincing and thought he was evasive. Particularly damning were records of phone calls betweenTanaka and key lower-ranking sheriff's officials also implicated in the obstruction case. The records showed Baca frequently communicating with Tanaka,not the subordinates asTanaka claimed. Tanakas attorneys have said they plan to appeal the conviction. In his filing, Steward asked Anderson to allow Tanaka to remain free while his appeal proceeds. Tanakawas a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca. A blue-ribbon panel that investigated the jails and found widespread abuse,faulted Baca for allowing his undersheriff to operatewithout effective oversight. Tanaka,it found, "failed to uphold the department's goals and values." **PAUL TANAKA,** once one of the most powerful law enforcement officialsin Los Angeles, is scheduled to be sentenced in federal court Monday morning for interfering with an FBI investigation into abuses by sheriffs deputies. A jury in April convicted the former L.A. County undersheriff of obstructing the federal probe and conspiring with others to intimidatethe lead agent in the case, pressuredeputies not to cooperate and concealthe whereabouts of an inmate who was working as a federal informant. Tanaka, who also serves as mayor of the city of Gardena, is expected tobe sentenced to time behind bars, asU.S. District Judge Percy Anderson, who will decide Tanakas punishment, has already come down harshly on several lower level sheriffs officials who were convicted in earlier trials of having roles in the obstruction scheme, **SHERIFF LEE BACA'S** second-in-command, running the department's day-to-day operations with seeming impunity. In court filings, prosecutors from the public corruption and civil rights divisions of the U.S. attorneys office asked Anderson to send Tanaka to prison for five years, calling him the ringleader from the beginning of the ploy to thwart the FBI investigation. Tanakas attorneys have pushed back on the recommendation, suggesting the 57-year-old should getno prison time. In a memo to Anderson, they kept to the defiant stance they struck

during trial, claiming Tanaka was unfairly scapegoated and knew little of what was unfolding around him. The true culprit, they argued, was Baca. The truth is that the crimes charged in this case were planned, directed and carried out by verdict after less than two hours of deliberations. In all, 10 people have now been convicted or pleaded

View▶

Unique Visitors:  20,499,018

978.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At Noon

Jun 27 2016 12:00PM PT

[12:02:39 PM] [0:21]  His attorneys will do everything they can to keep him free, but more than likely he will report to federal prison on August the 1st. His boss, the one-time **SHERIFF LEE BACA,** will be sentenced in two weeks. Now that tanaka is sentenced, he has to resign his post immediately. I'm Dave Lopez, elsa, back to you.

Nielsen Audience:  52,386

979.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 11:00 AM

Jun 27 2016 11:00AM PT

[10:59:57 AM] [1:39]  Sharon: good morning. Rick: five years behind bars. **PAUL TANAKA** for his role. Sharon: Dave Lopez is live with more. Hi, Dave. Reporter: good morning. Every time **PAUL TANAKA** walked up those steps, he always said I did not do it veered it was all the **SHERIFF, LEE BACA.** Today a judge lowered the boom. Saying that he was in fact culpable. The one time the number two man who ran for sheriff is now going to federal prison for five years. The judge who sentenced him, percy gave him a tongue lashing. Ambition and arrogance was more important than following the law. That is what he said did we, of course disagree with that. React being valued loyalty above honor. I think all of that was to the judges demeanor today at **SENTENCING.** It is most unfortunate. It took a jury less than an hour to convict of obstruction of justice. All of it surrounding an FBI investigation into alleged **JAIL** abuse. Inmates being beaten. It had to do with an inmate acting as an FBI informant of a smuggled cell phone.

[11:02:03 AM] [0:33]  Your conduct was a gross abuse of the public trust. **PAUL TANAKA** remains free on his bond. The prosecution will fight out veered right now, must report to federal prison on August 1. As for the man that he blamed all this one, he made a **PLEA** bargain. He will be in court two weeks from today to find out what he will get. That is probably what he will get.

[11:03:56 AM] [0:21]  It really does affect the lone star state. Other states have the same lot. A driver is in **JAIL** after crashing her car. Kara finnstrom is live in boyle heights with the latest on this investigation. Kara.

Nielsen Audience:  101,444

980.  **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 Morn News 9AM

Jun 27 2016 09:00AM PT

[9:07:16 AM] [0:36]  He faces a maximum of 15 years in federal prison and we should also mention **LEE BACA** pled **GUILTY** to a charge of lying to investigatorr and his **SENTENCING** rrnges from 3 in prison but we will be waiting to see if anyone from either side of the legal team will come. Up to speak to us. That is3 abortion-rights supporters celebrate outside the Supreme

Court this morning, the requiiement was to cost prohibitive and would have closed all but a handful of clinics bill also require doctors performing abortion have affiliations with a hospital within 33 mi.

Nielsen Audience:  154,141

981.   **KTTV-FOX**  Television   Market: Los Angeles, CA

Good Day LA at 9am

Jun 27 2016 09:00AM PT

[9:45:32 AM] [0:52]  We're getting word right now the question of **PAUL TANAKA** would receive on federal he charges and this is what it is. He's going to get the full five years that the prosecutors asked for, 60 months, $7,500 fine and two years supervised. His people said that **LEE BACA** gave the orders and tanaka was following orders. So there's the sentence. Five years. His attorney had been asking for probation, so no break there for **PAUL TANAKA.** Not at all. Got the full request from prosecutors.

Nielsen Audience:  47,504

982.   **KTTV-FOX**  Television   Market: Los Angeles, CA

Good Day LA at 9am

Jun 27 2016 09:00AM PT

[9:02:41 AM] [0:49]  It's 9:02. In the news, the former undersheriff of la county is about to be sentenced. Talking about **PAUL TANAKA.** He's in federal court right now, out to hear his fate. Prosecutors are urging the judge to sentence tanaka to 60 months in prison, saying that he played a major role that led to significant problems in the la county jails. They said he was the ringleader in shuffling prisoners around. **GUILTY** of conspiracy and obstruction of justice. Tanaka's attorney has maintained that their client was taking the fall for former **SHERIFF LEE BACA,** and that he was calling the shots in the FBI investigation. Baca has been sentenced to six months. His people are saying that he has early Alzheimer's.

Nielsen Audience:  47,504

983.   **KTTV-FOX**  Television   Market: Los Angeles, CA

Good Day LA at 8am

Jun 27 2016 08:00AM PT

[8:13:21 AM] [2:19]  The former second in command be sent on federal obstruction of justice charges this morning. This is the **PAUL TANAKA** case and we understand he is still the mayor of gardena. Is that correct? That is correct, Steve. He is still the mayor of the city, despite being convicted back in April of these charges and today **PAUL TANAKA** will face a federal judge this morning for his **SENTENCING** in the cover-up of misconduct in the la county **JAIL** system. Prosecutors today are expected to seek a five-year prison sentence for him, again the former second-in-command of the la county sheriff's department. He faces 17 for his conviction in April of felony obstruction of justice charges stemming from the 2011 investigation. The 57-year old was known as the ringleader in a conspiracy to block an FBI probe into a excessive fourth within the county **JAIL** system. **PAUL TANAKA** claims at the time he had little knowledge of the cover-up and instead pointed to former **SHERIFF LEE BACA,** but the us attorney's office says **PAUL TANAKA'S** trial proves he had a greater the operation and **PAUL TANAKA** faces a maximum of 15 years in federal prison. Although, prosecutors are only seeking five years in prison, but today that decision will be up to the judge. **PAUL TANAKA** is the ninth sheriff's official convicted of criminal conduct is on the circumstances surrounding this case and back

out here live, we are told **PAUL TANAKA** is already in the courtroom **SENTENCING** expected to get underway shortly and we will bring you the latest once the judge makes his final. Decision on any prison time that **PAUL TANAKA** might end up serving. Thank you. A judge will hold a hearing today about the procedure for determining who stands to inherit part of princes fortune.

Nielsen Audience:  55,314

984.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 6 AM

Jun 27 2016 06:00AM PT

[6:04:03 AM] [0:35]  Here is the latest at 6:05 amfinding out how long he will have to spend behind bars. **PAUL TANAKA** was convicted of abstract doing a federal investigation. Facing 15 years in prison. He is saying it was **LEE BACA** responsible for the obstruction. The map police say he was hit near anaheim's street. A white or beige expedition.

Nielsen Audience:  24,538

985.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 11PM

Jun 26 2016 11:00PM PT

[11:16:31 PM] [0:36]  Elsa: former number two guy in la county sheriff department finds out tomorrow how long he will be behind bars, **PAUL TANAKA** was convicted of constructing a federal investigation of county **JAIL,** and faces up on 15 years in prison. Tanaka insisted it was former **SHERIFF LEE BACA** who was responsible for the corruption. Peter: rapper 50 cent was arrested in jamaica because of his lyrics. He was arrested for using profanity onstage during a music festival.

Nielsen Audience:  180,559

986.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At 8PM

Jun 26 2016 08:00PM PT

[8:34:51 PM] [0:23]  **PAUL TANAKA** was convicted of obstructing federal investigation of the county **JAIL,** he faces 15 years in prison. Prosecutors said he orchestrated a scheme that intimidated the lead agent in the investigation, pressured deputies not to cooperate and hit an immate work as an informant. Tanaka insisted it was former **SHERIFF LEE BACA** behind the corruption.

Nielsen Audience:  96,430

987.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News 6PM Sun

Jun 26 2016 06:00PM PT

[6:33:17 PM] [0:47]  Elsa: the former number two guy in the la county sheriff's department will find out tomorrow how long he'll be behind bars. **PAUL TANAKA** was convicted of obstructing federal investigation at the county **JAIL.** He faces up to 15 years in prison. Prosecutors say he orchestrated a scheme that intimidated the lead agent in the investigation. Pressured deputies not to cooperate and hid an inmate working as an informant. Tanaka insisted it was former

SHERIFF LEE BACA for that corruption. Elsa outside the town of trinidad north of the border of New Mexico. All of those killed were inside the minivan.

Nielsen Audience: 103,962

---

988.    **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

5-year sentence sought for Tanaka in LA County jails scandal      Jun 26 2016 12:51AM PT

PAUL TANAKA, the former second-in-command of the Los Angeles County Sheriffs Department, is expected to be sentenced Mondayafter being found GUILTY in April of conspiracy and obstruction of justice in a JAIL abuse and corruption scandal. Prosecutors with the U.S. attorneys office urged a federal court judge to sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But Tanakas defense attorneys called that patently ridiculous in court documents filed this month, and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former SHERIFF LEE BACA who they said was calling the shots during an FBI investigation into county JAIL abuse. Baca pleaded GUILTY in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early onset of Alzheimers disease. On the grounds of SENTENCING disparity alone, viewing the LEROY BACA PLEA bargain, probation for PAUL TANAKA is appropriate, reasonable and fair, Tanakas attorneys concluded. Tanaka joins nine other Sheriffs Department officials who have pleaded GUILTY or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jailc In reply to defense attorneys, prosecutors said in court documents filed Wednesday that Tanakas request for probation doesnt meet the goals behind. SENTENCING him. It ignores the seriousness of the offense and undermines the message that no one is above the law, prosecutors wrote. The court should sentence defendant to 60 months imprisonment.

View▶

Unique Visitors: 92,722

989.    **The Daily Breeze**   Newspaper   Market: Los Angeles, CA     Jun 26 2016 12:38AM PT

5-year sentence sought for Tanaka in LA County jails scandal

PAUL TANAKA, the former second-in-command of the Los Angeles County Sheriffs Department, is expected to be sentenced Mondayafter being found GUILTY in April of conspiracy and obstruction of justice in a JAIL abuse and corruption scandal. Prosecutors with the U.S. attorneys office urged a federal court judge to sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But Tanakas defense attorneys called that patently ridiculous in court documents filed this month, and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on

June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early onset of Alzheimers disease. On the grounds of **SENTENCING** disparity alone, viewing the **LEROY BACA PLEA** bargain, probation for **PAUL TANAKA** is appropriate, reasonable and fair, Tanakas attorneys concluded. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jailc In reply to defense attorneys, prosecutors said in court documents filed Wednesday that Tanakas request for probation doesnt meet the goals behind. **SENTENCING** him. It ignores the seriousness of the offense and undermines the message that no one is above the law, prosecutors wrote. The court should sentence defendant to 60 months imprisonment.

View▶

Unique Visitors:  160,928

990.     **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

5-year sentence sought for Tanaka in LA County jails scandal

Jun 25 2016 11:01PM PT

**PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department, is expected to be sentenced Mondayafter being found **GUILTY** in April of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office urged a federal court judge to sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But Tanakas defense attorneys called that patently ridiculous in court documents filed this month, and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early onset of Alzheimers disease. On the grounds of **SENTENCING** disparity alone, viewing the **LEROY BACA PLEA** bargain, probation for **PAUL TANAKA** is appropriate, reasonable and fair, Tanakas attorneys concluded. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jailc In reply to defense attorneys, prosecutors said in court documents filed Wednesday that Tanakas request for probation doesnt meet the goals behind. **SENTENCING** him. It ignores the seriousness of the offense and undermines the message that no one is above the law, prosecutors wrote. The court should sentence defendant to 60 months imprisonment.

View▶

Unique Visitors:  103,274

991.  **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Jun 25 2016 10:59PM PT

**5-year sentence sought for Tanaka in LA County jails scandal**

**PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department, is expected to be sentenced Mondayafter being found **GUILTY** in April of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office urged a federal court judge to sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But Tanakas defense attorneys called that patently ridiculous in court documents filed this month, and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early onset of Alzheimers disease. On the grounds of **SENTENCING** disparity alone, viewing the **LEROY BACA PLEA** bargain, probation for **PAUL TANAKA** is appropriate, reasonable and fair, Tanakas attorneys concluded. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jailc In reply to defense attorneys, prosecutors said in court documents filed Wednesday that Tanakas request for probation doesnt meet the goals behind. **SENTENCING** him. It ignores the seriousness of the offense and undermines the message that no one is above the law, prosecutors wrote. The court should sentence defendant to 60 months imprisonment.

View▶

Unique Visitors:  142,395

992.  **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

Jun 25 2016 10:58PM PT

**5-year sentence sought for Tanaka in LA County jails scandal**

**PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department, is expected to be sentenced Mondayafter being found **GUILTY** in April of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office urged a federal court judge to sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But Tanakas defense attorneys called that patently ridiculous in court documents filed this month, and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish

it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early onset of Alzheimers disease. On the grounds of **SENTENCING** disparity alone, viewing the **LEROY BACA PLEA** bargain, probation for **PAUL TANAKA** is appropriate, reasonable and fair, Tanakas attorneys concluded. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jailc In reply to defense attorneys, prosecutors said in court documents filed Wednesday that Tanakas request for probation doesnt meet the goals behind. **SENTENCING** him. It ignores the seriousness of the offense and undermines the message that no one is above the law, prosecutors wrote. The court should sentence defendant to 60 months imprisonment.

View▶

Unique Visitors:  173,540

993.  **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

5-year sentence sought for Tanaka in LA County jails scandal

Jun 25 2016 07:01AM PT

**PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department, is expected to be sentenced Mondayafter being found **GUILTY** in April of conspiracy and obstruction of justice in a **JAIL** abuse and corruption scandal. Prosecutors with the U.S. attorneys office urged a federal court judge to sentence Tanaka to 60 months in prison, saying he fostered a culture that led to significant problems in the Los Angeles County jails. But Tanakas defense attorneys called that patently ridiculous in court documents filed this month, and asked the judge to consider giving Tanaka probation time instead. Mr. Tanaka was a fearless executive in the department who fought to weed out problem deputies, not encourage them, attorneys H. Dean Steward and Jerome Haig wrote in their memo to the court, filed on June 16. The only culture he fostered was excellence, and he made daily efforts to accomplish it. Mr. Tanaka coddled no one in the Department. Tanakas attorneys added that their client was taking the fall for former **SHERIFF LEE BACA** who they said was calling the shots during an FBI investigation into county **JAIL** abuse. Baca pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and an attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. Prosecutors are seeking a six-month sentence for Baca. Court documents confirmed last week that Baca is suffering from the early onset of Alzheimers disease. On the grounds of **SENTENCING** disparity alone, viewing the **LEROY BACA PLEA** bargain, probation for **PAUL TANAKA** is appropriate, reasonable and fair, Tanakas attorneys concluded. Tanaka joins nine other Sheriffs Department officials who have pleaded **GUILTY** or been convicted in the corruption scheme to thwart a federal investigation into civil rights violations in county jailc In reply to defense attorneys, prosecutors said in court documents filed Wednesday that Tanakas request for probation doesnt meet the goals behind. **SENTENCING** him. It ignores the seriousness of the offense and undermines the message that no one is above the law, prosecutors wrote. The court should sentence defendant to 60 months imprisonment.

View▶

Unique Visitors: 653,736

**994.**  **Wave Newspapers** Online Only   Market: Los Angeles, CA

Former Sheriff Baca diagnosed with Alzheimers

Jun 25 2016 01:09AM PT

LOS ANGELES Former County **SHERIFF LEE BACA,** who admitted lying to federal investigators during an FBI probe of corruption in the **JAIL** system, has been diagnosed with Alzheimers disease, according to court documents filed by the U.S. Attorneys Office. Despite the diagnosis, however, prosecutors ask in the document that Baca still be sentenced to six months in prison, the maximum term available under his **PLEA** agreement. According to the 20-page court filing, the 74-year-old Baca is physically fit and able to function in his daily life, and his Alzheimers diagnosis has an uncertain prognosis for how quickly it will deteriorate his cognitive function. The agreement and the six-month sentence are appropriate after taking into account all sides of defendant Baca, including his crime, his current health and his likely prognosis, according to the document signed by Assistant U.S. Attorney Brandon Fox. Baca pleaded **GUILTY** Feb. 10, admitting that he lied to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. Baca was not only aware of the 2011 plan to frighten agent Leah Marx, but specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. Defendants lies showed that corruption went all the way to the top of the Sheriffs Department, prosecutors wrote in the document. But his crime is not as serious as the crimes by the members of the Sheriffs Department who were convicted of beating inmates and filing false reports in order to have people charged with offenses they did not commit. Prosecutors also noted there is no evidence that Baca was directly involved in efforts by his subordinates, including former Undersheriff **PAUL TANAKA,** to tamper with witnesses and hide a inmate-turned-FBI-informant from his federal handlers. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI.

View▶

Unique Visitors: 7,936

**995.**  **Our Weekly** Online Only   Market: Los Angeles, CA

Baca diagnosed with Alzheimers

Jun 24 2016 10:50AM PT

Former Los Angeles County **SHERIFF LEE BACA** has been diagnosed with Alzheimers disease. Baca, who admitted lying to federal investigators during an FBI probe of corruption in the **JAIL** system, is facing a six-month **JAIL** term when he will be sentenced next month. In a court filing released this week, assistant U.S. Atty. Brandon Fox confirmed rumors about Bacas health, writing that an expert on Alzheimers had evaluated the 74-year-old former lawman for the government and verified the diagnosis. In calling Baca a study in contrasts for his high professional achievements and ethical failures that led to his downfall, Fox stated that Baca is a physically fit man who is able to function in his daily life and urged U.S. District Judge Percy Anderson to sentence him to six months. in prison. The punishment is appropriate after taking into account all sides of defendant Baca, including his crime, his current health and his likely prognosis, Fox wrote. Baca agreed to a deal with prosecutors in February in which he would agree to plead **GUILTY** to lying to Fox and other officials after a voluntary interview he gave in

2013 about his knowledge of a scheme his subordinates carried out to obstruct an FBI investigation into corruption in the County. **JAIL** system. Baca told investigators that he was unaware that members of his staff and deputies were planning to approach the FBI agent leading the **JAIL** investigation at her home and threaten her with arrest. Undersheriff **PAUL TANAKA** was implicated in the obstruction scheme and was convicted in April. Prosecutors are expected to recommend a five-year prison term for Tanaka at his **SENTENCING** on June 27.

View▶

Unique Visitors:  2,836

---

996.    **Wave Newspapers**   Online Only   Market: Los Angeles, CA

THE HUTCHINSON REPORT: The two sides of former Sheriff Lee Baca

Jun 23 2016 10:09PM PT

The news that former Los Angeles County **SHERIFF LEE BACA** suffers the early stages of Alzheimers Disease stirred a mix of personal bittersweet memories of the sometimes productive, other times, challenging confrontations, I had with him through the years. Those confrontations told much about the good and the bad times for Baca and the Sheriffs Department that he ran with a tight fist for nearly two decades. Baca is scheduled to be sentenced in federal court on July 11 for making false statements in a federal probe into the department.

View▶

Unique Visitors:  7,936

---

997.    **Eastern Group Publications**   Online Only   Market: Los Angeles, CA

Ex-LA County Sherriff Lee Baca Diagnosed with Alzheimers

Jun 23 2016 07:09PM PT

Ex-LA County Sherriff **LEE BACA** Diagnosed with Alzheimers By EGP Staff Report Less than one month before he is scheduled to be sentenced, former Los Angeles County **SHERIFF LEE BACA** has revealed in documents filed with the court that he has been diagnosed with Alzheimers disease. The 74-year-old Baca, who admitted lying to federal investigators during an FBI probe of corruption and civil rights violations by deputies in the county **JAIL** system, is said to be in the early stages of the disease. Bacas attorneys, citing his need for medication and medical treatment, are asking the court to sentence the former sheriff to probation rather **JAIL** time; he faces up to six-months in prison. No one contends hes a threat to the community, his attorneys told the court, adding, He will not offend again.

View▶

Unique Visitors:  3,039

---

998.    **The Daily Breeze**   Newspaper   Market: Los Angeles, CA

Prison time for former LA Sheriff Lee Baca draws mixed reaction after Alzheimers

Jun 22 2016 04:02AM PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators

probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

**View▶**

Unique Visitors:  160,928

999.    **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Prison time for former LA Sheriff Lee Baca draws mixed reaction after Alzheimers                                        Jun 22 2016 03:51AM PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil

rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

View▶

Unique Visitors: 92,722

1000.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
         Prison time for former LA Sheriff Lee Baca draws mixed reaction after          Jun 22 2016 03:42AM
         Alzheimer'                                                                                PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

View▶

Unique Visitors: 173,540

1001.     **Whittier Daily News** Newspaper    Market: Los Angeles, CA

Prison time for former LA Sheriff Lee Baca draws mixed reaction after    Jun 22 2016 03:42AM
Alzheimer'    PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

View▶

Unique Visitors:  45,113

1002.     **Pasadena Star-News** Newspaper    Market: Los Angeles, CA

Prison time for former LA Sheriff Lee Baca draws mixed reaction after    Jun 22 2016 03:42AM
Alzheimer'    PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had

repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

**View▶**

Unique Visitors: 103,274

---

1003. **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA
Prison time for former LA Sheriff Lee Baca draws mixed reaction after Alzheimer'    Jun 22 2016 03:42AM PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas

name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

View▶

Unique Visitors:  142,395

1004.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA
Prison time for former LA Sheriff Lee Baca draws mixed reaction after         Jun 22 2016 03:42AM
Alzheimer'                                                                                            PT

A day after court documents confirmed that former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, community leaders and law enforcement groups gave opposing views Tuesday about how much time he should serve in prison for his part in a corruption scandal. Bacas diagnosis was revealed one month before he is scheduled to appear for **SENTENCING** in federal court for lying to federal authorities who were investigating corruption in county jails under his command. Baca faces six months in federal prison. He pleaded **GUILTY** in federal court in February to one count of lying to government investigators probing corruption and civil rights abuses by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. The former sheriff had repeatedly denied his involvement. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs , said he doesnt believe the diagnosis should change Bacas sentence. The association represents more than 8,200 deputy sheriffs and district attorney investigators working in Los Angeles County. Although his diagnosis is tragic, the simple matter of fact is he committed a crime, Hofstetter said. He finally admitted to that. We have several of our members potentially looking at some lengthy prison sentences, compared to the slap on the wrist he got. Nine other members of the sheriffs department have been convicted, receiving sentences that range from 18 to 41 months. But Los Angeles author and community activist Earl Ofari Hutchinson issued a statement early Tuesday, calling on the court to show tempered justice when it comes to Bacas sentence. Hutchinson, who is president of the Los Angeles Urban Policy Roundtable , said Baca maintained an open door policy with him and other civil rights leaders on issues related to **JAIL** abuses and the use of deadly force. Hutchinson said the court should take Bacas positive efforts in these areas into account in his **SENTENCING.** Bacas name is deeply tainted by public disgrace and rancor over the hideous legacy of abuse, brutality and neglect in the L.A. County jails, Hutchinson said. He will pay a price for that when sentenced. Court documents acknowledge that Baca, 74, could face difficulty with the disease in 5 years. He oversaw the largest sheriffs department in the nation for 16 years before he retired in 2014. But his diagnosis should not impact his **SENTENCING,** prosecutors noted. A sentence of six months imprisonment will inform others, no matter who they are, that they must obey the law and that they risk going to prison if they decide to lie to the federal government, prosecutors wrote.

View▶

Unique Visitors:  653,736

1005.    **KTTV-TV [FOX 11] / KCOP-TV [MY 13]**  Television   Market: Los Angeles, CA

Former LA County Sheriff Leroy Baca has early stages of Alzheimer's disease

07:00PM PDT Related Stories (FOX 11) - Former Los Angeles County Sheriff **LEROY BACA** has been diagnosed with Alzheimer's disease. Baca's diagnosis was confirmed in court filings submitted Monday by the U.S. Department of Justice. Prosecutors said Baca is in the early stages of Alzheimer's disease, and while he's able to function in his everyday life, his long-term prognosis is bleak. Baca served as sheriff from 1998 to 2014. He pleaded **GUILTY** earlier this year to federal charges of lying during an investigation into civil rights violations at the county **JAIL-** and is still facing a six-month prison sentence. Copyright 2016 FOX 11 Los Angeles: Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter, Instagram, and YouTube.

Jun 21 2016 04:09PM PT

View►

Unique Visitors: 6,014

1006. **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 3PM

Jun 21 2016 03:00PM PT

[3:39:01 PM] [0:22] His brother Tom a former asseebly member recently leaded %-guiltyyto money laundering stemming from hiding aymeets through his company. Newly released court documents show **LEE BACA** has earry stage alzhhimmrrs disease. Prooecutors are still pressing Baca to serve a IX monthh prissn sentence. -Early this year, bacc pleaded e plant's safety.

Nielsen Audience: 53,856

1007. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11AM

Jun 21 2016 11:00AM PT

[11:34:55 AM] [0:46] Remember, you can get the latest on our webs night and by following us on social media. Phillip: former state Senator Ron calderon is expected to plead **GUILTY** this afternoon to a federal mail fraud charge. Prosecutors say calderon accepted tens of thousands of dollars in bribes in exchange for performing official acts as a legislator. His brother Tom, a former assemblyman who became a political consultant recently pleaded **GUILTY** to a federal money laundering charge, admitting he allowed the bribe money for his brother to be funneled through his firm. Federal prosecutors have promised not to seek a sentence of more than six years in federal prison. Leslie in an eyewitness news : exclusive, former la county **SHERIFF LEE BACA** talks about his Alzheimer's disease diagnosis. The new revelation, made in court documents following his recent federal conviction.

[11:35:40 AM] [1:20] Who knows? I cannot comment on that either. Leslie Baca pleaded **GUILTY** earlier this year to lying to federal authorities investigating corruption in the county **JAIL** system. The court filing says the former sheriff's cognitive impairment is mild for now. So prosecutors are asking that the 74-year-old Baca be sentenced to six months in prison, the maximum sentence for his crime. You've gotten a lot of really nice letters of support, how does that make you feel? Oh you feel? Did you get to see them? Yes. Yeah, well, i've always appreciated what the community feels in their hearts about me so that's nice. This really is a tragic end to a long and distinguished career, it was a tragedy for **LEE BACA** as an individual, it was a tragedy for our community, and it was a tragedy for the sheriff's department itself. Baca's attorneys say the former sheriff would not receive the most beneficial medical care behind bars and are asking for a probation-only sentence. The judge is expected to announce a decision during a **SENTENCING** hearing on July 11th. Phillip: the legal battle over iconic rock