song "stairway to heaven" continues in an lacourtroom this morning. The judge is hearing arguments on a motion to dismiss the case.

Nielsen Audience: 127,219

**1008.** **KTTV-FOX** Television   Market: Los Angeles, CA

Good day LA at 7am

Jun 21 2016 07:00AM PT

[7:17:41 AM] [0:36]  7:17 now. Ton other stories including this one. Former county **SHERIFF LEE BACA** has been diagnosed with Alzheimer's disease. The revelation came yesterday in court documents filed by the us attorney's office. Baca awaiting **SENTENCING** for lying to federal investigators during an FBI probe of corruption in county jails. The diagnosis, prosecutors say it doesn't mattterment they want Baca sentenced to the full six months term in prison and the term he agreed to with a **PLEA** bargain. Prosecutors claim the 74-year-old former sheriff is still in good health. Whale it is uncertain.

Nielsen Audience: 61,815

**1009.** **KTTV-FOX** Television   Market: Los Angeles, CA

Good day LA at 7am

Jun 21 2016 07:00AM PT

[7:01:55 AM] [0:18]  Secret Service say the man wanted to assassinate trump and he had been planning it for nearly a year. And this news, former lacounty **SHERIFF, LEE BACA,** suffering from Alzheimer's? Is he still going to have to go to **JAIL.** I guess you can call it cool. I guess you could.

Nielsen Audience: 61,815

**1010.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 6 AM

Jun 21 2016 06:00AM PT

[6:44:58 AM] [1:21]  Back to you. Phillip: hate to see the numbers going up but thank you, marc. A change of **PLEA** hearing is scheduled for the former state Senator Ron calderon's corruption place. Calderon expected to plead **GUILTY** to a federal mail fraud charge admitting he accepted tens of thousands of dollars in bribes in exchange for performing official acts as a legislator. His brother Tom a former assemblyman who became a political consultant recently pleaded to a federal money laundering charge in the same case. Convicted felon and former lacounty **SHERIFF LEE BACA** is speaking exclusively to "eyewitness news" after court documents reveal he's been diagnosed with Alzheimer's. Can I ask you how you're feeling in. I'm feeling great. Do you think it would be fair if you didn't go to prison? Who knows what I can't comment on that either. Phillip: the court filing says baca's cognitive impairment is mild for now but that ace long-term prognosis is bleak. Baca pleaded **GUILTY** earlier this year to lying to federal authorities investigating corruption in his department. Leslie: la la mayor Eric garcetti is in Beijing, China, he is there for a series of talks between Chinese and usofficials from both the public and private sectors. Their meetings focus on climb hat change, energy policies and improving relations between the us and China.

Nielsen Audience: 107,234

**1011.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 6 AM

Jun 21 2016 06:00AM

PT

[6:38:35 AM] [0:22]  We'll check in with marc cota-robles after the break. Another look at the fish fire burning in duarte? An interview only on ABC7, former la county **SHERIFF LEE BACA** talking about his Alzheimer's diagnosis. Leslie: what a sight in the sky so many people talking about the strawberry moon overnight. We have some of the best images from around the country.

Nielsen Audience:  107,234

1012.   **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA           Jun 21 2016 06:00AM PT

[6:35:49 AM] [0:27]  A former la county **SHERIFF LEE BACA** is in the early stages of Alzheimer's disease. His medical information was released in court papers filed by the us attorney's office. Prosecutors are still asking that Baca be sentenced to six months in prison for lying to federal investigators. That is the maximum time available under baca's **PLEA** agreement. He retired back in 2014 at the height of a federal probe into corruption in the **JAIL** system. Baca is set to be sentenced July 11th.

Nielsen Audience:  51,935

1013.   **Redlands Daily Facts** Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca diagnosed with early-stage Alzheimers       Jun 21 2016 05:29AM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** has been diagnosed with early-stage Alzheimers disease, according to court documents filed Monday. The diagnosis was revealed less than a month before Bacas **SENTENCING** in federal court for lying to federal authorities investigating corruption in the sheriffs department. The 74-year-old Baca, who commanded the largest sheriffs department in the nation for 16 years before his abrupt retirement in 2014, also was known as a fitness buff who loved running. The court filing that revealed Bacas diagnosis, written by prosecutors, says the former sheriffs cognitive impairment is mild for now but that his long-term prognosis is bleak. Theyre asking that Baca be sentenced to six months in prison, the maximum allowed under his **PLEA** agreement. The government does not view defendants current condition as having any effect on his decision to lie to the federal government, according to their filing, which urged the judge in the case to consider the seriousness of Bacas crime. Baca signed a **PLEA** agreement in February that said he ordered deputies to intimidate an FBI agent investigating his department and do everything but put handcuffs on her. Baca later lied to federal prosecutors and the FBI that he wasnt privy to discussions about trying to derail the investigation into beatings by guards at the **JAIL.** Bacas lies show that corruption went all the way to the top of the sheriffs department, prosecutors wrote in Mondays filing, saying Baca lied either to avoid political fallout or to attempt to escape criminal liability. Instead of acting as a leader, Baca distanced himself from the actions of his subordinates, they wrote. Bacas attorney, Mike Zweiback, is arguing for a sentence of probation, saying prison would deteriorate his clients condition faster. Its wrong to incarcerate someone in this condition at any stage, Zweiback said Monday. What he does now in terms of taking care of his health is extremely critical in terms of the future progression of this disease. Though Baca began consulting a doctor about memory issues in May 2014, his diagnosis wasnt confirmed until earlier this year, Zweiback said. Twenty-one members of the sheriffs department have been convicted of federal crimes that include beating inmates, obstructing justice, bribery and conspiracy. The convictions stem from a grand jury investigation that began in 2010 into

allegations of abuse and corruption at the downtown Mens Central **JAIL.** Baca had said he was out of touch with what was going on and denied knowing about efforts to stifle the probe by hiding an inmate who was an FBI informant.

View▶

Unique Visitors: 17,584

---

1014. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 AM

Jun 21 2016 05:00AM PT

[5:26:27 AM] [3:19]  Why does he think Britain should stay with the European union? Leslie: also ahead at 5:30, an eyewitness news exclusive. **LEE BACA** is speaking to eyewitness news after being diagnosed with Alzheimer's. Leslie: we continue to follow breaking news at 5:30. Crews working through the night to keep a pair of wildfires from destroying homes in duarte and azua.

Nielsen Audience: 50,827

---

1015. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 AM

Jun 21 2016 05:00AM PT

[5:37:18 AM] [0:50]  Looking forward a small group of senators is working on a by partisan compromise bill. Phillip: convicted felon and former lacounty **SHERIFF LEE BACA** is speaking out after court documents reveal he's been diagnosed with Alzheimer's disease. He spoke with elex michaelson in an exclusive interview. Do you think it would be fair if you didn't go to prison? Who knows, I can't comment on that either. Phillip: Baca pleaded **GUILTY** earlier this year to lying to federal authorities investigating corruption in his department. They say his cognitive impairment is mild for now. The government is arguing that while in the long term ace prognosis is bleak that currently his condition is mild.

Nielsen Audience: 50,827

---

1016. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 AM

Jun 21 2016 05:00AM PT

[5:05:31 AM] [0:23]  Guys, back to you. Sharon: thank you. Former la county's **SHERIFF LEE BACA** has Alzheimer's. The dice, diagnosis was revealed in a court filing. He has pleaded **GUILTY** for his role in the cover-up that that that **JAIL** abuse scandal and prosecutors say despite his condition they want him to get the full six-month sentence.

Nielsen Audience: 17,735

---

1017. **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA

Jun 21 2016 05:00AM PT

[5:05:35 AM] [0:30]  Former la county **SHERIFF LEE BACA** is in the early stages of Alzheimer's disease. Prosecutors are still asking that Baca be sentenced to six months in prison for lying to federal investigators. That's the maximum time available under baca's **PLEA** agreement. He retired in 2014 at the height of a federal probe into corruption in the **JAIL** system. He had been sheriff since December 1998. A shocking new study out of cal state university systems.

Nielsen Audience:  22,084

1018.     **KTLA-CW**  Television   Market: Los Angeles, CA

KTLA 5 Morning News 5AM

Jun 21 2016 05:00AM PT

[5:33:49 AM] [0:36]  Court documents reveal former Los Angeles county **SHERIFF LEE BACA** has peen diagnosed with Alzheimer's disease and is in the early stages of the condition. Still pressing for bacc to serve a six-month prison sentence. Earlier this year, Baca whoois 74 pleaded **GUILTY** to lying to federal investigators during a probe into corruption at the la county **JAIL.** Is scheduled to be sentenced on July 11th. Four Los Angeles area landlordd are facing serious charges this morning, accused of evicting tenants, then illegally renting the apartments on air bnb.

Nielsen Audience:  50,575

1019.     **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca diagnosed with early-stage Alzheimers

Jun 21 2016 04:38AM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** has been diagnosed with early-stage Alzheimers disease, according to court documents filed Monday. The diagnosis was revealed less than a month before Bacas **SENTENCING** in federal court for lying to federal authorities investigating corruption in the sheriffs department. The 74-year-old Baca, who commanded the largest sheriffs department in the nation for 16 years before his abrupt retirement in 2014, also was known as a fitness buff who loved running. The court filing that revealed Bacas diagnosis, written by prosecutors, says the former sheriffs cognitive impairment is mild for now but that his long-term prognosis is bleak. Theyre asking that Baca be sentenced to six months in prison, the maximum allowed under his **PLEA** agreement. The government does not view defendants current condition as having any effect on his decision to lie to the federal government, according to their filing, which urged the judge in the case to consider the seriousness of Bacas crime. Baca signed a **PLEA** agreement in February that said he ordered deputies to intimidate an FBI agent investigating his department and do everything but put handcuffs on her. Baca later lied to federal prosecutors and the FBI that he wasnt privy to discussions about trying to derail the investigation into beatings by guards at the **JAIL.** Bacas lies show that corruption went all the way to the top of the sheriffs department, prosecutors wrote in Mondays filing, saying Baca lied either to avoid political fallout or to attempt to escape criminal liability. Instead of acting as a leader, Baca distanced himself from the actions of his subordinates, they wrote. Bacas attorney, Mike Zweiback, is arguing for a sentence of probation, saying prison would deteriorate his clients condition faster. Its wrong to incarcerate someone in this condition at any stage, Zweiback said Monday. What he does now in terms of taking care of his health is extremely critical in terms of the future progression of this disease. Though Baca began consulting a doctor about memory issues in May 2014, his diagnosis wasnt confirmed until earlier this year, Zweiback said. Twenty-one members of the sheriffs department have been convicted of federal crimes that include beating inmates, obstructing justice, bribery and conspiracy. The convictions stem from a grand jury investigation that began in 2010 into allegations of abuse and corruption at the downtown Mens Central **JAIL.** Baca had said he was out of touch with what was going on and denied knowing about efforts to stifle the probe by hiding an inmate who was an FBI informant.

View▶

Unique Visitors:  160,928

1020.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Former LA Sheriff Lee Baca diagnosed with early-stage Alzheimers

Jun 21 2016 04:31AM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** has been diagnosed with early-stage Alzheimers disease, according to court documents filed Monday. The diagnosis was revealed less than a month before Bacas **SENTENCING** in federal court for lying to federal authorities investigating corruption in the sheriffs department. The 74-year-old Baca, who commanded the largest sheriffs department in the nation for 16 years before his abrupt retirement in 2014, also was known as a fitness buff who loved running. The court filing that revealed Bacas diagnosis, written by prosecutors, says the former sheriffs cognitive impairment is mild for now but that his long-term prognosis is bleak. Theyre asking that Baca be sentenced to six months in prison, the maximum allowed under his **PLEA** agreement. The government does not view defendants current condition as having any effect on his decision to lie to the federal government, according to their filing, which urged the judge in the case to consider the seriousness of Bacas crime. Baca signed a **PLEA** agreement in February that said he ordered deputies to intimidate an FBI agent investigating his department and do everything but put handcuffs on her. Baca later lied to federal prosecutors and the FBI that he wasnt privy to discussions about trying to derail the investigation into beatings by guards at the **JAIL.** Bacas lies show that corruption went all the way to the top of the sheriffs department, prosecutors wrote in Mondays filing, saying Baca lied either to avoid political fallout or to attempt to escape criminal liability. Instead of acting as a leader, Baca distanced himself from the actions of his subordinates, they wrote. Bacas attorney, Mike Zweiback, is arguing for a sentence of probation, saying prison would deteriorate his clients condition faster. Its wrong to incarcerate someone in this condition at any stage, Zweiback said Monday. What he does now in terms of taking care of his health is extremely critical in terms of the future progression of this disease. Though Baca began consulting a doctor about memory issues in May 2014, his diagnosis wasnt confirmed until earlier this year, Zweiback said. Twenty-one members of the sheriffs department have been convicted of federal crimes that include beating inmates, obstructing justice, bribery and conspiracy. The convictions stem from a grand jury investigation that began in 2010 into allegations of abuse and corruption at the downtown Mens Central **JAIL.** Baca had said he was out of touch with what was going on and denied knowing about efforts to stifle the probe by hiding an inmate who was an FBI informant.

View▶

Unique Visitors:  92,722

1021. **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 4:30 AM

Jun 21 2016 04:30AM PT

[4:35:59 AM] [1:33]  We'll have the latest on what kind of progress firefighters are making to get both of those fires contained. Phillip: convicted felon and former la county **SHERIFF LEE BACA** is speaking out after documents reveal he has been diagnosed with Alzheimer's disease. Baca pleaded **GUILTY** earlier this year to lying to federal authorities investigating cuntion in his department. The court filing says the former sheriff's cognitive impairment is mild for now, but his long-term prognosis is bleak. He spoke with elex michaels. Do you think it would be fair if you didn't go to prison? Who knows, but I can't comment on that either. Phil in the documents, he says he accepts he failed this community. But they also argue because of baca's Alzheimer's he would not receive the most benefit initial medical care behind bars. They are asking for a

probation-only sentence. Leslie: a change of **PLEA** hearing is set for today in former state Senator Ron calderon's case. He is expected to plead **GUILTY** for-to-a federal mail fraud charged a mitting he accepted tens of thousands in bribes in exchange for performing official acts as a legislator. His brother Tom, a former assembly man who became a political consultant, recently pleaded got a federal money laundering charge in the same case. The hearing is set for 1:30 this afternoon at the civic centre.

Nielsen Audience:  38,642

1022.    **KNBC-NBC** Television    Market: Los Angeles, CA

Today in LA 430 AM

Jun 21 2016 04:30AM PT

[4:53:40 AM] [0:10]  New revelations about lacounty **SHERIFF LEE BACA.** You're watching "today in l. We'll be right back.

Nielsen Audience:  17,550

1023.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 4:30am

Jun 21 2016 04:30AM PT

[4:48:14 AM] [0:27]  Two weeks ago a monk at a Riverside monastery was taken into custody. We've learned former lacounty **SHERIFF LEE BACA** diagnosed with Alzheimer's disease. Revelation came yesterday in court documents filed by usattorney's office Baca is awaiting **SENTENCING** for lying to federal investigation during an FBI probe of corruption are in the county jails. Despite the diagnosis, prosecutors still want Baca sentenced to the full six months in prison.

Nielsen Audience:  9,056

1024.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 4:30am

Jun 21 2016 04:30AM PT

[4:40:34 AM] [0:25]  Belgium has been on high alert since presidents march attackses that killed 32 people. Time now is 4:40, yes are. We're talking about former lacounty **SHERIFF LEE BACA** diagnosed with Alzheimer's disease what you does that mean for a corruption scandal? Child pornography that nets more than 200 suspected child predators.

Nielsen Audience:  9,056

1025.    **KPCC-FM [89.3 FM] Southern California Public Radio** Radio    Market: Los Angeles, CA

Facing prison time, former sheriff Baca discloses he has Alzheimer's in court do

Jun 21 2016 04:13AM PT

In a federal court filing, federal prosecutors confirmed Monday former L.A. County **SHERIFF LEE BACA** has Alzheimers disease, but asked for a six-month prison sentence nonetheless. Baca pleaded **GUILTY** to lying to investigators earlier this year as part of a federal investigation into **INMATE ABUSE,** corruption and obstruction of justice in L.A.'s county jails. In his own filing, Baca's attorneys asked for a probation-only sentence, noting Baca needs medicines and treatment for his disease. "No one contends he is a threat to the community," Baca's lawyers said in court papers. Other letter-writers included Robert Hertzberg, Lee Iaccoca (who said Baca and he are in the same "'boy's lunch club'"), and a smattering of current and former

sheriff's colleagues and public officials. Schwarzenegger praised Baca's work with at-risk children. "Sheriff Baca knew, as I do, that an investment in our kids now would keep them out of JAIL later," Schwarzenegger wrote. Knabe wrote Baca was dedicated to reducing recidivism and treating addiction. Former L.A. City Attorney Carmen Trutanich wrote to the court that Baca "has served all Angelenos with distinction, reliability, and honesty," and called the charges against him "an anomaly" that "probably occurred as a result of misguided loyalty." Federal District Judge Percy is scheduled to sentence Baca on July 11.

View▶

Unique Visitors: 657,452

1026.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA
        Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces    Jun 21 2016 03:39AM
        a 6-                                                                              PT

Former Los Angeles County **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, but he nonetheless should serve time in prison for lying to federal investigators during a probe into **JAIL** abuses by sheriffs deputies, the U.S. attorneys office has concluded. In a court filing released late Monday, Assistant U.S. Atty. Brandon Fox confirmed rumors about Bacas health, writing that an expert on Alzheimers had evaluated the former sheriff for the government and verified the diagnosis. Calling Baca a study in contrasts for his high achievements in office and the ethical failures that were his downfall, as well as a a physically fit 74-year-old who is able to function in his daily life, Fox urged U.S. District Judge Percy Anderson to sentence Baca to six. months in prison. Baca is scheduled to be sentenced next month. The punishment, Fox wrote, is appropriate after taking into account all sides of defendant Baca, including his crime, his current health and his likely prognosis. The suggested prison term stems from a deal Baca struck with prosecutors in February. Under the terms of the agreement, Baca pleaded **GUILTY** to lying to Fox and other officials during a long, voluntary interview he gave in 2013 about his knowledge of a scheme underlings carried out to obstruct an FBI investigation into corruption in the L.A. County **JAIL** system. In pleading **GUILTY,** Bacaadmitted that he lied when he told federal authoritiesthat he was unaware his subordinates were planning to approach the FBI agent leading the **JAIL** investigation at her home to threaten her with arrest. And Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, telling themthat they should "do everything but put handcuffs" on her, the agreement said. In exchange, prosecutors agreed not to pursue more serious charges against Baca and that he should spend no more than sixmonths in prison. Anderson, the judge, must still approve the deal. If he decides a six-month sentence is too lenient, Anderson would tell Baca before **SENTENCING** him. If that happens, Baca would have to choose whether to accept Andersons punishment or withdraw his **GUILTY PLEA** and take his chanceswith whatever charges the government might decide to bring. In the new court papers, Fox said six months in prison was still appropriate despite the Alzheimers diagnosis, which came to light after the **PLEA** agreement was made. Baca's cognitive impairmentis "slight," Fox wrote, adding that there wasnoevidence his condition played a role in his lying to the FBI and that the interview took place a year before Baca first consulted a doctor about memory issues. The physician who advised the U.S. attorneys office predicted his condition wouldnot deteriorate significantly in coming months, Fox wrote. Forcing Baca to serve a prison term while his conditioned worsened badly would not serve justice, but sixmonths in prison in the near future would do so, Fox told Anderson. The physician advised that the prognosis for Baca five or 10 years from now was bleak. In justifying the call for Baca to spend time behind bars, Fox said stripping the former sheriff of his freedom would have a powerful deterrent effect on the law enforcement community. Instead of upholding the law, defendant Baca committed a

crime by lying to the federal government. Bacas actions showed that he believed he was above the law. Fox cited a defiant acceptance speech Baca made recently at a reception where he was given an award, where it was reported that he said, Ill stand on my record proudly, anywhere, whether its in the free world or in **JAIL.** Such comments, Fox found, can be interpreted to mean that he still believes he is above the law and refuses to acknowledge the problems within the Los Angeles County jails. In a brief interview with The Times a few weeks ago, Baca said he could not comment about whether he had Alzheimersbecause of the ongoing court proceedings. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Prosecutors sought, and received, lengthier prison terms from Anderson for lower-level officers convicted in the obstruction case. And at his **SENTENCING** next week they are seeking five years behind bars for Bacas former second in command, **PAUL TANAKA,** who was convicted in April. In his filing, Fox went out of his way to explain why Baca did not deserve such a harsh punishment, saying he had far less culpability than the others and that he should be credited for admitting his crime. Reports that Baca might be sufferingfrom Alzheimers werefirst reported bythe blog Witness L.A. last month. abuses by sheriffs deputies, the U.S. attorneys office has concluded. In a court filing released late Monday, Assistant U.S. Atty. Brandon Fox confirmed rumors about Bacas health, writing that an expert on Alzheimers had evaluated the former sheriff for the government and verified the diagnosis. Calling Baca a study in contrasts for his high achievements in office and the ethical failures that were his downfall, as well as a physically fit 74-year-old who is able to function in his daily life, Fox urged U.S. District Judge Percy Anderson to sentence Baca to six months. in prison. Baca is scheduled to be sentenced next month. The punishment, Fox wrote, is appropriate after taking into account all sides of defendant Baca, including his crime, his current health and his likely prognosis. The suggested prison term stems from a deal Baca struck with prosecutors in February. Under the terms of the agreement, Baca pleaded So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Prosecutors sought, and received, lengthier prison terms from Anderson for lower-level officers convicted in the obstruction case. And at his **SENTENCING** next week they are seeking five years behind bars for Bacas former second in command, **PAUL TANAKA,** who was convicted in April. In his filing, Fox went out of his way to explain why Baca did not deserve such a harsh punishment, saying he had far less culpability than the others and that he should be credited for admitting his crime. Reports that Baca might be sufferingfrom Alzheimers werefirst reported bythe blog Witness L.A. last month.

View▶

Unique Visitors:  20,499,018

1027.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces    Jun 21 2016 03:06AM PT
a 6-

Former Los Angeles **SHERIFF LEE BACA** is in the early stages of Alzheimers disease, but nonetheless should serve time in prison for lying to federal investigators during a probe into **JAIL** abuses by sheriffs deputies, the U.S. Attorneys Office has concluded. In a court filing released late Monday, Assistant U.S. Atty. Brandon Fox confirmed long swirling rumors about Bacas health, writing that an expert on Alzheimers had evaluated the former sheriff for the government and verified the diagnosis. Calling Baca a study in contrasts for his high achievments in office and the ethical failures that were his donwfall, as well as a a physically fit 74-year-old who is able to function in his daily life, Fox urged U.S. District Judge Percy Anderson to sentence Baca to six. months in prison. Baca is scheduled to be sentenced next month. The

punishment, Fox wrote, is appropriate after taking into account all sides of defendant Baca, including his crime, his current health, and his likely prognosis. The suggested prison term stems from a deal Baca struck with prosecutors in February. Under the terms of the agreement, Baca pleaded **GUILTY** to lying to Fox and other officials during a long, voluntary interview he gave in 2013 about his knowledge of a scheme underlings carried out to obstruct an FBI investigation into corruption in the L.A. County **JAIL** system. In pleading **GUILTY,** Bacaadmitted that he lied when he told federal authoritiesthat he was unaware his subordinates were planning to approach the FBI agent leading the **JAIL** investigation at her home threaten her with arrest. And Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. In exchange, prosecutors agreed not to pursue more serious charges against Baca and that he should spend no more than 6 months in prison. Anderson, the judge, must still approve the deal. If he decides a 6-month sentence is too lenient, Anderson tell Baca before **SENTENCING** him. If that happens, Baca would have to choose whether to accept Andersons punishment or withdraw his **GUILTY PLEA** and take his chance with whatever charges the government might decide to bring. In the new court papers, Fox said six months in prison is still appropriate despite the Alzheimers diagnosis, which came to light after the **PLEA** agreement was made. Currently, Baca's cognitive impairmentis "slight," Fox wrote, adding that there isnoevidence his condition played a role in his lying to the FBI and that the interview took place a year before Baca first consulted a doctor about memory issues. While over the next decade Bacas prognosis is bleak, the specialist who the U.S. Attorneys Office consulted predicted his condition will not deteriorate significantly in coming months, Fox wrote. So, while forcing Baca to serve a prison term while his conditioned worsened badly would not serve justice, sixmonths in prison in the near future would do so, Fox told Anderson. In justifying the call for Baca to spend time behind bars, Fox said stripping the former sheriff of his freedom would have a powerful deterrant effect on the law enforcement community. Instead of upholding the law, defendant Baca committed a crime by lying to the federal government. Bacas actions showed that he believed he was above the law. Fox cited a defiant acceptance speech Baca made recently at a reception where he was given an award, in which he was reported to say, Ill stand on my record proudly, anywhere, whether its in the free world or in **JAIL.** Such comments, Fox found, can be interpreted to mean that he still believes he is above the law and refuses to acknowledge the problems within the Los Angeles County jails. In a brief interview with The Times a few weeks ago, Baca said he could not comment about whether he had Alzheimersbecause of the ongoing court proceedings. He added that he was willing to take responsibility for his actions. Baca, who ran the department for more than 15 years, retired in 2014 amid the FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Prosecutors sought, and received, lengthier prison terms from Anderson for lower-level officers others convicted in the obstruction case. And at his **SENTENCING** next week they are seeking five years behind bars for Bacas former second in command, **PAUL TANAKA,** who was convicted in April. In his filing Fox went out of his way to explain why Baca did not deserve such a harsh punishment, saying he had far less culpability than the others and that he should be credited for admitting his crime. Reports that Baca might be sufferingfrom Alzheimers werefirst reported bythe blog Witness L.A. last month.

View▶

Unique Visitors:  20,499,018

1028.    **Burbank Leader**  Online Only   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces   Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on Februaryto lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home.Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should. do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors:  1,224

1029.    **Glendale News Press**  Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces a 6-   Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on Februaryto lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home.Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should. do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors:  8,996

1030.    **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces a 6-   Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on Februaryto lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home.Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should. do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek

Media Coverage Report

the six month sentence. Baca's cognitive impairment is "slight," prosecutors said, and there is no evidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors: 3,781

1031. **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces a 6-    Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papers that former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on February to lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Baca admitted that he lied when he told federal authorities that he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home. Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should. do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they would continue to seek the six month sentence. Baca's cognitive impairment is "slight," prosecutors said, and there is no evidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors: 350

1032. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces a 6-    Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papers that former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on February to lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Baca admitted that he lied when he told federal authorities that he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home. Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should. do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they would continue to seek the six month sentence. Baca's cognitive impairment is "slight," prosecutors said, and there is no evidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors: 20,499,018

1033. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces a 6    Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papers that former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on February to lying to federal investigators as part of a

Media Coverage Report

sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach anFBI agent leading the **JAIL** investigation at her home.Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should "do everything. but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors:  20,499,018

1034.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca has Alzheimers disease, but he still faces a 6-m          Jun 21 2016 01:46AM PT

Federal prosecutors said in new court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease but said they will still ask that he serve a prison sentence. Baca pleaded **GUILTY** on Februaryto lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home.Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should. do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors:  20,499,018

1035.  **Burbank Leader** Online Only   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces a 6          Jun 21 2016 01:38AM PT

Federal prosecutors said in court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease. In February,Baca pleaded **GUILTY** to lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home. Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors have agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors:  1,224

**1036.** **Glendale News Press** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces   Jun 21 2016 01:38AM
a 6   PT

Federal prosecutors said in court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease. In February,Baca pleaded **GUILTY** to lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home. Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors have agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors: 8,996

**1037.** **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca has Alzheimer's disease, but he still faces   Jun 21 2016 01:38AM
a 6   PT

Federal prosecutors said in court papersthat former Los Angeles County **SHERIFF LEE BACA** was in the early stages Alzheimer's disease. In February,Baca pleaded **GUILTY** to lying to federal investigators as part of a sweeping probe of corruption in the L.A. County **JAIL** system. Bacaadmitted that he lied when he told federal authoritiesthat he was unaware that his subordinates planned to approach an FBI agent leading the **JAIL** investigation at her home. Baca agreed not to contest other allegations leveled by federal prosecutors, including that he directed subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with Baca, prosecutors have agreed not to seek a prison sentence of more than six months. In the new court papers, prosecutors said they wouldcontinue to seek the six month sentence. Baca's cognitive impairmentis "slight," prosecutors said, and there isnoevidence his condition played a role in his lying to the FBI.

View▶

Unique Visitors: 3,781

**1038.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11 PM   Jun 20 2016 11:00PM
PT

[11:00:46 PM] [0:14]  Michelle: two big stories at 11:00. Just diagnosed with Alzheimer's disease former sheriff and convicted felon **LEE BACA** talks exclusively to eyewitness news about why he should not serve time in prison. Marc: but we begin with breaking news. And new evacuations ordered as a pair of wildfires burn out of control in the angeles National forest.

Nielsen Audience: 181,798

**1039.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11 PM   Jun 20 2016 11:00PM

PT

[11:06:42 PM] [0:53]  Michelle: it's brutal. Now to an eyewitness news exclusive. Convicted felon and former lacounty **SHERIFF LEE BACA** is speaking out after court documents reveal he's been diagnosed with Alzheimer's disease. Should the diagnosis keep him out of prison? Eyewitness news reporter elex michelson is here now with his exclusive interview. Elex. Elex: former **SHERIFF LEE BACA** said made a **PLEA** deal that said he would be sentenced to between zero months and six months in prison. He says there is a new reason he should only get he should get zero months. Hi, sheriff, how are you? Former la county **SHERIFF LEE BACA** opens his door on the night his attorneys file a **SENTENCING** petition saying he suffers from Alzheimer's disease. How are you feeling? Lee: I'm feeling great, thanks.

[11:09:24 PM] [0:41]  I am really appreciative of what the community feels in their hearts about me, so that's nice. This really is a tragic end to a long and distinguished career. It was a tragedy for **LEE BACA** as an individual, it was a tragedy for our community, and it was a tragedy for the sheriff's department itself. Elex: a judge is scheduled to decide baca's fate at a hearing on July 7. Michelle: the FBI has now released the complete transcript of the f of the 911 calls made by the shooter.

Nielsen Audience:  181,798

---

1040.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 11 PM                          Jun 20 2016 11:00PM
                                                           PT

[11:07:50 PM] [0:44]  Pat: the reality bites again for the son of a real housewives star. Come on in. Reporter: known as troubled son of laurie Peterson, Josh has struggled with drugs, 10 year ago Peterson left the show, to help her son as he battled addicts, he has been in and out of rehab and **JAIL** for drugs, forgery, battery charges and grand theft auto, tonight, 27-year-old faces. More serious charges. Attempted murder for allegedly trying to kill a man during a fight this morning in this sober living home in costa mesa.

[11:09:24 PM] [1:11]  They go agro, they fight all of the time every day, yelling, fighting. I think the city needs to shut it down. Reporter: wearing is held here at costa mesa police deputy **JAIL,** Stacey butler CBS2 News. Pat: a surprising announcement about former la county **SHERIFF LEE BACA.** Paul: the latest Baca has early stage Alzheimer's according to a court filing released today. That calls his long-term prognosis bleak. Pat: a us navy seal pleaded not **GUILTY** today to killing a Santa Monica man, police broke up a man, between the two on the pier after craw aaccused Anderson of taking pictures of young girls. An outburst on a flight from Cancun to l. People report she may have been taking prescription medication with alcohol and taken identify the plane on a stretcher.

Nielsen Audience:  137,968

---

1041.  **KCAL-IND** Television   Market: Los Angeles, CA

KCAL News At 10PM                          Jun 20 2016 10:00PM
                                                         PT

[10:10:13 PM] [0:27]  We'll update you throughout the newscast, you can go to kcal9.com. Jeff: former la county **SHERIFF LEE BACA** has Alzheimer's, diagnosis of revealed in a court filing released by us attorney offers, early stage revealed that Baca can function in his every day life but his long-term prognosis is bleak, he pleaded **GUILTY** last be in February for his cover-up of. Widespread abuse in la county **JAIL.**

Nielsen Audience:  171,410

**1042.**   **KTTV-FOX**   Television   Market: Los Angeles, CA

Fox 11 Ten O'Clock News      Jun 20 2016 10:00PM PT

[10:13:25 PM] [1:05]   When I spoke with emergency services director he said it didn't look like very many people availed themselves of the center. Susan hirasuna "fox 11 news. We will have more on the fire coming up in a bit the lacounty **SHERIFF LEE BACA** has been diagnosed with Alzheimer's disease. The revelation came today or documents filed with the usattorney's office. Talk is awaiting **SENTENCING** for lying to federal investigators during an FBI probe of crush in the county jails. Despite the diagnosis prosecutor still want ahca sentence to the full six months in prison. That's a term he agreed to in a **PLEA.** Prosecutors claim the 74-year-old orme or sheriff is still in good health and while his prognosis is uncertain the diagnosis had nothing to do with the lies he told federal agents. **LEE BACA** scheduled to be sentenced July 11. More than 200 suspected child predators arrested in a massive operation. The dramatic shakeup in the trump campaign.

Nielsen Audience:   72,996

**1043.**   **KCAL-IND**   Television   Market: Los Angeles, CA

KCAL News At 9PM      Jun 20 2016 09:00PM PT

[9:06:33 PM] [0:37]   Socal edison had outages from Santa Barbara to palm kantian dwp was seeing problems in the san fernando valley from coronado hills to south l. A, Jeff: prosecutors revealed tonight former **SHERIFF LEE BACA** has Alzheimer's. Its in its early stages and Baca can quote function that his long-term prognosis is bleak. Ahca played a **GUILTY** for his role in the cover-up of widespread abuses of la county **JAIL.** He faces up to six months in prison when he is sentenced. Prosecutors said despite his condition they want Baca to give a full six months turn.

Nielsen Audience:   168,083

**1044.**   **KCBS-CBS**   Television   Market: Los Angeles, CA

CBS 2 News at 6 PM      Jun 20 2016 06:00PM PT

[6:17:27 PM] [0:22]   Back to you. Paul: breaking news from federal court in Los Angeles. Properties just revealed that former **SHERIFF LEE BACA** has Alzheimer's. It's early stage and he can, quote, function in his everyday life but his long term prognosis is bleak. He pleaded **GUILTY** in February for his role in the coverup of abuse inside the la county **JAIL** and faces up to six months in prison when sentenced.

Nielsen Audience:   99,548

**1045.**   **KNBC-NBC**   Television   Market: Los Angeles, CA

Channel 4 News 6 PM      Jun 20 2016 06:00PM PT

[6:11:15 PM] [0:23]   We have just learned former la county **SHERIFF LEE BACA** has Alzheimer's disease. The department of justice confirmed the diagnosis in court documents filed today. Baca served as sheriff from 19 the 1998 until 2014. He agreed to a **PLEA** deal in a **JAIL** abuse scandal and cover-up. He's facing a six month prison sentence.

Nielsen Audience: **136,193**

1046.    **KNBC-TV [NBC 4]** Television  Market: Los Angeles, CA

**Ex-Jail Guard Sentenced to Prison**

Jun 13 2016 06:27PM PT

A federal judge Monday rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Southern California Images in the News Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. Anderson said Monday that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex- **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated Monday that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant.

As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  1,425,817

1047.  **Burbank Leader** Online Only   Market: Los Angeles, CA
Ex-L.A. County sheriff's deputy at center of jail scandal is given six months in                                                                                 Jun 13 2016 05:34PM PT

A formerLos Angeles County sheriffs deputy at the center of the **JAIL** scandal that rocked the department and led to the conviction of21agency officials, including the former sheriff, was sentenced Monday to six months in federal prison. Gilbert Michel was the first to be charged in the wide-ranging FBI investigation into misconduct and corruption in the jails after he was caught in a sting operationsmugglinga cellphone to aninmate in return for a$1,500 bribe. In sending Michel to prison, U.S. District Judge Percy Anderson rejected a request from prosecutors that he spare Michel time behind bars. Therequest for leniency stemmed from a **PLEA** agreement prosecutors struck with Michel, in which he pleaded **GUILTY** to the bribery charge and agreed to testify against other sheriffs officials in subsequent trials. Anderson did go more lightly than he could have, setting aside **SENTENCING** guidelines that called for Michel to be sent away for 24 to 30 months. But governments recommendation that Michel be givenjust four months ofhome detention was not amenable to the judge, who has handled many ofof the cases stemming from the FBI investigation and come down harshly on other sheriffs officials who were convicted. After Michel offered a tearful apology for taking the bribe a crime that he said he will forever regret Anderson said the misconduct had been a gross abuse of the publics trust. The defendants actions were symptomatic of a department where abuses of inmates was rampant, unchecked and corruption went all the way to the top, Anderson added. The August 2011 discovery of the cellphone by sheriffs officialsexposed the FBIs secret investigation and disrupted the bureaus plans to carry outa more ambitious plan Operation Blue Line targeting corruption inside the Sheriffs Department. The discovery, prosecutors later alleged,also set into motion a conspiracy to frustrate the FBI probe. As a result, several sheriffs officials were convicted of obstruction of justice or other charges, including then- **SHERIFF LEE BACA,** who recently pleaded **GUILTY** to lying to federal authorities and awaits **SENTENCING.** In January 2012, Michelpleaded **GUILTY** to bribery as part of thedeal with prosecutors, in which he was required to cooperate with federal investigators. In a series of interviews with the FBI from late 2011 to early 2013, he described incidents of unprovoked