assaults by deputies against inmates, including some that he was personally involved in, according to FBI internal documents reviewed by The Times. Some of the assaults punished inmates accused of rape or other violent crimes against women, Michel said. Other times, deputies would squeeze an inmate's fingers until he flinched, then claim the inmate had started the altercation. Often, the incidents would not be reported or deputies would falsify reports, Michel told investigators. Michel said he was among the deputies who felt he had to be "one notch" more aggressive than the inmates. If a deputy treated inmates well, other deputies called him or her "Deputy Love," Michel told agents. Federal prosecutors used Michel as a witness in some of the criminal cases that arose from the jails investigation. In 2014, testifying in one of the obstruction of justice trials , the disgraced former deputydescribed a culture among jailers guarding the high-security floors of the countys detention facilitiesthat led to excessive force and frequent coverups. He matter-of-factly recounted incidents in which he said he and at least five other sheriff's employees brutalized inmates on the third, or "3,000," floor of Men's Central **JAIL,** then falsified reports to legitimize their actions. Michel described beating inmates unprovoked, slapping them, shooting them with a Taser gun and aggressively searching them to pick a fight something he learned "on the job." He said he would huddle with other **JAIL** guards to get their stories straight and write up reports with bogus scenarios justifying the brutality. If the inmate had no visible injuries, he wouldn't report the use of force, he said. He did all this with impunity, knowing that even if inmates reported the abuse it "wouldn't go anywhere," he testified.If they were to put it in writing and drop it in a complaint box, it was his fellow deputies who opened that box too, he said.

View▶

Unique Visitors:  1,224

1048.    **Glendale News Press** Newspaper   Market: Los Angeles, CA
Ex-L.A. County sheriff's deputy at center of jail scandal is given six months in
                                                                      Jun 13 2016 05:34PM PT

A formerLos Angeles County sheriffs deputy at the center of the **JAIL** scandal that rocked the department and led to the conviction of21agency officials, including the former sheriff, was sentenced Monday to six months in federal prison. Gilbert Michel was the first to be charged in the wide-ranging FBI investigation into misconduct and corruption in the jails after he was caught in a sting operationsmugglinga cellphone to aninmate in return for a$1,500 bribe. In sending Michel to prison, U.S. District Judge Percy Anderson rejected a request from prosecutors that he spare Michel time behind bars. Therequest for leniency stemmed from a **PLEA** agreement prosecutors struck with Michel, in which he pleaded **GUILTY** to the bribery charge and agreed to testify against other sheriffs officials in subsequent trials. Anderson did go more lightly than he could have, setting aside **SENTENCING** guidelines that called for Michel to be sent away for 24 to 30 months. But governments recommendation that Michel be givenjust four months ofhome detention was not amenable to the judge, who has handled many ofof the cases stemming from the FBI investigation and come down harshly on other sheriffs officials who were convicted. After Michel offered a tearful apology for taking the bribe a crime that he said he will forever regret Anderson said the misconduct had been a gross abuse of the publics trust. The defendants actions were symptomatic of a department where abuses of inmates was rampant, unchecked and corruption went all the way to the top, Anderson added. The August 2011 discovery of the cellphone by sheriffs officialsexposed the FBIs secret investigation and disrupted the bureaus plans to carry outa more ambitious plan Operation Blue Line targeting corruption inside the Sheriffs Department. The discovery, prosecutors later alleged,also set into motion a conspiracy to frustrate the FBI probe. As a result, several sheriffs officials were convicted of obstruction of justice or other charges,

including then- **SHERIFF LEE BACA,** who recently pleaded **GUILTY** to lying to federal authorities and awaits **SENTENCING.** In January 2012, Michelpleaded **GUILTY** to bribery as part of thedeal with prosecutors, in which he was required to cooperate with federal investigators. In a series of interviews with the FBI from late 2011 to early 2013, he described incidents of unprovoked assaults by deputies against inmates, including some that he was personally involved in, according to FBI internal documents reviewed by The Times. Some of the assaults punished inmates accused of rape or other violent crimes against women, Michel said. Other times, deputies would squeeze an inmate's fingers until he flinched, then claim the inmate had started the altercation. Often, the incidents would not be reported or deputies would falsify reports, Michel told investigators. Michel said he was among the deputies who felt he had to be "one notch" more aggressive than the inmates. If a deputy treated inmates well, other deputies called him or her "Deputy Love," Michel told agents. Federal prosecutors used Michel as a witness in some of the criminal cases that arose from the jails investigation. In 2014, testifying in one of the obstruction of justice trials , the disgraced former deputydescribed a culture among jailers guarding the high-security floors of the countys detention facilitiesthat led to excessive force and frequent coverups. He matter-of-factly recounted incidents in which he said he and at least five other sheriff's employees brutalized inmates on the third, or "3,000," floor of Men's Central **JAIL,** then falsified reports to legitimize their actions. Michel described beating inmates unprovoked, slapping them, shooting them with a Taser gun and aggressively searching them to pick a fight something he learned "on the job." He said he would huddle with other **JAIL** guards to get their stories straight and write up reports with bogus scenarios justifying the brutality. If the inmate had no visible injuries, he wouldn't report the use of force, he said. He did all this with impunity, knowing that even if inmates reported the abuse it "wouldn't go anywhere," he testified.If they were to put it in writing and drop it in a complaint box, it was his fellow deputies who opened that box too, he said.

**View▶**

Unique Visitors:  8,996

1049.   **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
Ex-L.A. County sheriff's deputy at center of jail scandal is given six months in                                                                         Jun 13 2016 05:34PM PT

A formerLos Angeles County sheriffs deputy at the center of the **JAIL** scandal that rocked the department and led to the conviction of21agency officials, including the former sheriff, was sentenced Monday to six months in federal prison. Gilbert Michel was the first to be charged in the wide-ranging FBI investigation into misconduct and corruption in the jails after he was caught in a sting operationsmugglinga cellphone to aninmate in return for a$1,500 bribe. In sending Michel to prison, U.S. District Judge Percy Anderson rejected a request from prosecutors that he spare Michel time behind bars. Therequest for leniency stemmed from a **PLEA** agreement prosecutors struck with Michel, in which he pleaded **GUILTY** to the bribery charge and agreed to testify against other sheriffs officials in subsequent trials. Anderson did go more lightly than he could have, setting aside **SENTENCING** guidelines that called for Michel to be sent away for 24 to 30 months. But governments recommendation that Michel be givenjust four months ofhome detention was not amenable to the judge, who has handled many ofof the cases stemming from the FBI investigation and come down harshly on other sheriffs officials who were convicted. After Michel offered a tearful apology for taking the bribe a crime that he said he will forever regret Anderson said the misconduct had been a gross abuse of the publics trust. The defendants actions were symptomatic of a department where abuses of inmates was rampant, unchecked and corruption went all the way to the top, Anderson added. The August 2011 discovery of the cellphone by sheriffs officialsexposed the

FBIs secret investigation and disrupted the bureaus plans to carry outa more ambitious plan Operation Blue Line targeting corruption inside the Sheriffs Department. The discovery, prosecutors later alleged,also set into motion a conspiracy to frustrate the FBI probe. As a result, several sheriffs officials were convicted of obstruction of justice or other charges, including then- **SHERIFF LEE BACA,** who recently pleaded **GUILTY** to lying to federal authorities and awaits **SENTENCING.** In January 2012, Michelpleaded **GUILTY** to bribery as part of thedeal with prosecutors, in which he was required to cooperate with federal investigators. In a series of interviews with the FBI from late 2011 to early 2013, he described incidents of unprovoked assaults by deputies against inmates, including some that he was personally involved in, according to FBI internal documents reviewed by The Times. Some of the assaults punished inmates accused of rape or other violent crimes against women, Michel said. Other times, deputies would squeeze an inmate's fingers until he flinched, then claim the inmate had started the altercation. Often, the incidents would not be reported or deputies would falsify reports, Michel told investigators. Michel said he was among the deputies who felt he had to be "one notch" more aggressive than the inmates. If a deputy treated inmates well, other deputies called him or her "Deputy Love," Michel told agents. Federal prosecutors used Michel as a witness in some of the criminal cases that arose from the jails investigation. In 2014, testifying in one of the obstruction of justice trials , the disgraced former deputydescribed a culture among jailers guarding the high-security floors of the countys detention facilitiesthat led to excessive force and frequent coverups. He matter-of-factly recounted incidents in which he said he and at least five other sheriff's employees brutalized inmates on the third, or "3,000," floor of Men's Central **JAIL,** then falsified reports to legitimize their actions. Michel described beating inmates unprovoked, slapping them, shooting them with a Taser gun and aggressively searching them to pick a fight something he learned "on the job." He said he would huddle with other **JAIL** guards to get their stories straight and write up reports with bogus scenarios justifying the brutality. If the inmate had no visible injuries, he wouldn't report the use of force, he said. He did all this with impunity, knowing that even if inmates reported the abuse it "wouldn't go anywhere," he testified.If they were to put it in writing and drop it in a complaint box, it was his fellow deputies who opened that box too, he said.

View▶

Unique Visitors:  3,781

---

1050.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Ex-L.A. County sheriff's deputy at center of jail scandal is given six months in     Jun 13 2016 05:34PM PT

A formerLos Angeles County sheriffs deputy at the center of the **JAIL** scandal that rocked the department and led to the conviction of21agency officials, including the former sheriff, was sentenced Monday to six months in federal prison. Gilbert Michel was the first to be charged in the wide-ranging FBI investigation into misconduct and corruption in the jails after he was caught in a sting operationsmugglinga cellphone to aninmate in return for a$1,500 bribe. In sending Michel to prison, U.S. District Judge Percy Anderson rejected a request from prosecutors that he spare Michel time behind bars. Therequest for leniency stemmed from a **PLEA** agreement prosecutors struck with Michel, in which he pleaded **GUILTY** to the bribery charge and agreed to testify against other sheriffs officials in subsequent trials. Anderson did go more lightly than he could have, setting aside **SENTENCING** guidelines that called for Michel to be sent away for 24 to 30 months. But governments recommendation that Michel be givenjust four months ofhome detention was not amenable to the judge, who has handled many ofof the cases stemming from the FBI investigation and come down harshly on other sheriffs officials who were convicted. After Michel offered a tearful apology for taking the bribe

Media Coverage Report

a crime that he said he will forever regret Anderson said the misconduct had been a gross abuse of the publics trust. The defendants actions were symptomatic of a department where abuses of inmates was rampant, unchecked and corruption went all the way to the top, Anderson added. The August 2011 discovery of the cellphone by sheriffs officialsexposed the FBIs secret investigation and disrupted the bureaus plans to carry outa more ambitious plan Operation Blue Line targeting corruption inside the Sheriffs Department. The discovery, prosecutors later alleged,also set into motion a conspiracy to frustrate the FBI probe. As a result, several sheriffs officials were convicted of obstruction of justice or other charges, including then- **SHERIFF LEE BACA,** who recently pleaded **GUILTY** to lying to federal authorities and awaits **SENTENCING.** In January 2012, Michelpleaded **GUILTY** to bribery as part of thedeal with prosecutors, in which he was required to cooperate with federal investigators. In a series of interviews with the FBI from late 2011 to early 2013, he described incidents of unprovoked assaults by deputies against inmates, including some that he was personally involved in, according to FBI internal documents reviewed by The Times. Some of the assaults punished inmates accused of rape or other violent crimes against women, Michel said. Other times, deputies would squeeze an inmate's fingers until he flinched, then claim the inmate had started the altercation. Often, the incidents would not be reported or deputies would falsify reports, Michel told investigators. Michel said he was among the deputies who felt he had to be "one notch" more aggressive than the inmates. If a deputy treated inmates well, other deputies called him or her "Deputy Love," Michel told agents. Federal prosecutors used Michel as a witness in some of the criminal cases that arose from the jails investigation. In 2014, testifying in one of the obstruction of justice trials , the disgraced former deputydescribed a culture among jailers guarding the high-security floors of the countys detention facilitiesthat led to excessive force and frequent coverups. He matter-of-factly recounted incidents in which he said he and at least five other sheriff's employees brutalized inmates on the third, or "3,000," floor of Men's Central **JAIL,** then falsified reports to legitimize their actions. Michel described beating inmates unprovoked, slapping them, shooting them with a Taser gun and aggressively searching them to pick a fight something he learned "on the job." He said he would huddle with other **JAIL** guards to get their stories straight and write up reports with bogus scenarios justifying the brutality. If the inmate had no visible injuries, he wouldn't report the use of force, he said. He did all this with impunity, knowing that even if inmates reported the abuse it "wouldn't go anywhere," he testified.If they were to put it in writing and drop it in a complaint box, it was his fellow deputies who opened that box too, he said.

View▶

Unique Visitors: 350

1051.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Ex-L.A. County sheriff's deputy at center of jail scandal is given six months in
Jun 13 2016 05:34PM PT

A formerLos Angeles County sheriffs deputy at the center of the **JAIL** scandal that rocked the department and led to the conviction of21agency officials, including the former sheriff, was sentenced Monday to six months in federal prison. Gilbert Michel was the first to be charged in the wide-ranging FBI investigation into misconduct and corruption in the jails after he was caught in a sting operationsmugglinga cellphone to aninmate in return for a$1,500 bribe. In sending Michel to prison, U.S. District Judge Percy Anderson rejected a request from prosecutors that he spare Michel time behind bars. Therequest for leniency stemmed from a **PLEA** agreement prosecutors struck with Michel, in which he pleaded **GUILTY** to the bribery charge and agreed to testify against other sheriffs officials in subsequent trials. Anderson did go more lightly than he could have, setting aside **SENTENCING** guidelines that called for Michel

to be sent away for 24 to 30 months. But governments recommendation that Michel be givenjust four months ofhome detention was not amenable to the judge, who has handled many ofof the cases stemming from the FBI investigation and come down harshly on other sheriffs officials who were convicted. After Michel offered a tearful apology for taking the bribe a crime that he said he will forever regret Anderson said the misconduct had been a gross abuse of the publics trust. The defendants actions were symptomatic of a department where abuses of inmates was rampant, unchecked and corruption went all the way to the top, Anderson added. The August 2011 discovery of the cellphone by sheriffs officialsexposed the FBIs secret investigation and disrupted the bureaus plans to carry outa more ambitious plan Operation Blue Line targeting corruption inside the Sheriffs Department. The discovery, prosecutors later alleged,also set into motion a conspiracy to frustrate the FBI probe. As a result, several sheriffs officials were convicted of obstruction of justice or other charges, including then- **SHERIFF LEE BACA,** who recently pleaded **GUILTY** to lying to federal authorities and awaits **SENTENCING.** In January 2012, Michelpleaded **GUILTY** to bribery as part of thedeal with prosecutors, in which he was required to cooperate with federal investigators. In a series of interviews with the FBI from late 2011 to early 2013, he described incidents of unprovoked assaults by deputies against inmates, including some that he was personally involved in, according to FBI internal documents reviewed by The Times. Some of the assaults punished inmates accused of rape or other violent crimes against women, Michel said. Other times, deputies would squeeze an inmate's fingers until he flinched, then claim the inmate had started the altercation. Often, the incidents would not be reported or deputies would falsify reports, Michel told investigators. Michel said he was among the deputies who felt he had to be "one notch" more aggressive than the inmates. If a deputy treated inmates well, other deputies called him or her "Deputy Love," Michel told agents. Federal prosecutors used Michel as a witness in some of the criminal cases that arose from the jails investigation. In 2014, testifying in one of the obstruction of justice trials , the disgraced former deputydescribed a culture among jailers guarding the high-security floors of the countys detention facilitiesthat led to excessive force and frequent coverups. He matter-of-factly recounted incidents in which he said he and at least five other sheriff's employees brutalized inmates on the third, or "3,000," floor of Men's Central **JAIL,** then falsified reports to legitimize their actions. Michel described beating inmates unprovoked, slapping them, shooting them with a Taser gun and aggressively searching them to pick a fight something he learned "on the job." He said he would huddle with other **JAIL** guards to get their stories straight and write up reports with bogus scenarios justifying the brutality. If the inmate had no visible injuries, he wouldn't report the use of force, he said. He did all this with impunity, knowing that even if inmates reported the abuse it "wouldn't go anywhere," he testified.If they were to put it in writing and drop it in a complaint box, it was his fellow deputies who opened that box too, he said. scandal that rocked the department and led to the conviction of21agency officials, including the former sheriff, was sentenced Monday to six months in federal prison. Gilbert Michel was the first to be charged in the wide-ranging FBI investigation into misconduct and corruption in the jails after he was caught in a sting operationsmugglinga cellphone to aninmate in return for a$1,500 bribe. In sending Michel to prison, U.S. District Judge Percy Anderson rejected a request from prosecutors that he spare Michel time behind bars. Therequest for leniency stemmed from a to the bribery charge and agreed to testify against other sheriffs officials in subsequent trials. See more of our top stories on Facebook Anderson did go more lightly than he could have, setting aside guidelines that called for Michel to be sent away for 24 to 30 months. But governments recommendation that Michel be givenjust four months ofhome detention was not amenable to the judge, who has handled many ofof the cases stemming from the FBI investigation and come down harshly on other sheriffs officials who were convicted. After Michel offered a

tearful apology for taking the bribe a crime that he said he will forever regret Anderson said the misconduct had been a gross abuse of the publics trust. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories The defendants actions were symptomatic of a department where abuses of inmates was rampant, unchecked and corruption went all the way to the top, Anderson added. The August 2011 discovery of the cellphone by sheriffs officialsexposed the FBIs secret investigation and disrupted the bureaus plans to carry outa more ambitious planOperation Blue Line targeting corruption inside the Sheriffs Department. The discovery, prosecutors later alleged,also set into motion a conspiracy to frustrate the FBI probe. As a result, several sheriffs officials were convicted of obstruction of justice or other charges, including then- **SHERIFF LEE BACA,** who recently pleaded **GUILTY** to lying to federal authorities and awaits **SENTENCING.** In January 2012, Michelpleaded **GUILTY** to bribery as part of thedeal with prosecutors, in which he was required to cooperate with federal investigators. In a series of interviews with the FBI from late 2011 to early 2013, he described incidents of unprovoked assaults by deputies against inmates, including some that he was personally involved in, according to FBI internal documents reviewed by The Times. Interested in the stories shaping California? Sign up for the free Essential California newsletter Some of the assaults punished inmates accused of rape or other violent crimes against women, Michel said. Other times, deputies would squeeze an inmate's fingers until he flinched, then claim the inmate had started the altercation. Often, the incidents would not be reported or deputies would falsify reports, Michel told investigators. Michel said he was among the deputies who felt he had to be "one notch" more aggressive than the inmates. If a deputy treated inmates well, other deputies called him or her "Deputy Love," Michel told agents. A top L.A. sheriff's recruit was just days on the job when he says deputies beat an unresisting inmate Joel Rubin Less than a week into his career as a Los Angeles County sheriffs deputy, Josh Sather was summoned by his training officer to the sixth floor of the Twin Towers. **JAIL.** Sather, a promising rookie who had graduated at the top of his class of recruits, was told an inmate had left his cell without. Less than a week into his career as a Los Angeles County sheriffs deputy, Josh Sather was summoned by his training officer to the sixth floor of the Twin Towers **JAIL.** Sather, a promising rookie who had graduated at the top of his class of recruits, was told an inmate had left his cell without.(Joel Rubin) Federal prosecutors used Michel as a witness in some of the criminal cases that arose from the jails investigation. In 2014, testifying in one of the obstruction of justice trials, the disgraced former deputydescribed a culture among jailers guarding the high-security floors of the countys detention facilitiesthat led to excessive force and frequent coverups. He matter-of-factly recounted incidents in which he said he and at least five other sheriff's employees brutalized inmates on the third, or "3,000," floor of Men's Central **JAIL,** then falsified reports to legitimize their actions. Michel described beating inmates unprovoked, slapping them, shooting them with a Taser gun and aggressively searching them to pick a fight something he learned "on the job." He said he would huddle with other **JAIL** guards to get their stories straight and write up reports with bogus scenarios justifying the brutality. If the inmate had no visible injuries, he wouldn't report the use of force, he said. He did all this with impunity, knowing that even if inmates reported the abuse it "wouldn't go anywhere," he testified.If they were to put it in writing and drop it in a complaint box, it was his fellow deputies who opened that box too, he said.

View▶

Unique Visitors: 20,499,018

1052. **Eagle Rock Patch**  Online Only   Market: Los Angeles, CA
Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case          Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had

access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1053.    **Echo Park Patch**  Online Only   Market: Los Angeles, CA
         Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery      Jun 13 2016 04:55PM
         Case                                                                              PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging

federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1054.   **Encino Patch**  Online Only   Market: Los Angeles, CA
Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case                    Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to.

the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

Unique Visitors: 5,951,615

1055. **Highland Park-Mount Washington Patch** Online Only  Market: Los Angeles, CA
Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case      Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown.

He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside JAIL who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the JAIL. Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted JAIL guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1056.    **Hollywood Patch** Online Only   Market: Los Angeles, CA
Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case    Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's JAIL guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In SENTENCING the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, "INMATE ABUSE was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded GUILTY in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central JAIL for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early GUILTY PLEA and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his PLEA agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff PAUL TANAKA'S. Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie JAIL deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of

the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1057.    **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case       Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the

public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who