Media Coverage Report

refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors: 5,951,615

1058. **Northridge Patch** Online Only   Market: Los Angeles, CA
**Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case**       Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest

would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1059.  **Pacific Palisades Patch**  Online Only  Market: Los Angeles, CA

Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case                                                                                      Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving

his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1060.  **Sherman Oaks Patch** Online Only  Market: Los Angeles, CA
   Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case                                            Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from

federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the

inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1061.   **Studio City Patch** Online Only    Market: Los Angeles, CA
        Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery        Jun 13 2016 04:55PM
        Case                                                                        PT

LOS ANGELES- A former L.A. County deputy sheriff whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including for former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA,** was sentenced today to six months in federal prison. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. As a result of his cooperation, prosecutors recommended a sharply reduced sentence of four months of house arrest. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of

the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the JAIL system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted JAIL guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a PLEA agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1062.  **Venice Patch** Online Only   Market: Los Angeles, CA
Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery Case   Jun 13 2016 04:55PM PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's JAIL guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In SENTENCING the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, "INMATE ABUSE was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded GUILTY in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into the downtown Men's Central JAIL for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early GUILTY PLEA and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his PLEA agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff PAUL TANAKA'S. Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie JAIL deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within JAIL walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-

**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

**View**▶

Unique Visitors:  5,951,615

1063.    **Westwood-Century City Patch** Online Only   Market: Los Angeles, CA
              Former L.A. Co. Deputy Sentenced To 6 Months Behind Bars In Bribery      Jun 13 2016 04:55PM
              Case                                                                                                                                        PT

LOS ANGELES- A federal judge today rejected a house arrest recommendation and handed down a six-month prison sentence for an ex-Los Angeles County sheriff's **JAIL** guard, whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments. Gilbert Michel, 43, abused the public's trust and "brought shame on the sheriff's department and law enforcement in general," U.S. District Judge Percy Anderson said. The judge said Michel "broke the very laws that he was sworn to uphold and victimized those he was sworn to protect." In **SENTENCING** the ex-deputy to prison, Anderson rejected a recommendation from federal prosecutors for a four-month term of house arrest. In papers filed with the court, Assistant U.S. Attorney Lizabeth Rhodes argued that Michel had been "brave enough to tell the public what was happening inside the jails." During the three years Michel worked as a guard, **"INMATE ABUSE** was seemingly rampant and unchecked and corruption went all the way to. the top," the prosecutor wrote. Michel pleaded **GUILTY** in January 2012 to the felony bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone,

cigarettes and a note into the downtown Men's Central **JAIL** for an inmate. The charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors urged Anderson to show leniency and sentence the ex-lawman to home detention. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including former undersheriff **PAUL TANAKA'S.** Rhodes wrote that since coming forward, Michel, who resigned from the department in September 2011, has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." But in refusing to grant the prosecution request, Anderson said a period of incarceration was warranted because Michel. s conduct was "reprehensible and a gross abuse of public trust." Ultimately, Michel was "no better than the inmates" he was sworn to protect, the judge said. Michel, who was ordered to self-surrender July 26 to begin serving his sentence, tearfully apologized to his family and "the citizens of Los Angeles County." He said that five years ago, "I made a decision that was very wrong- I took a bribe." The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. Anderson said today that the corruption "went right to the top" of the sheriff's department. As part of the wide-ranging case, ex-**SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. On July 11, Anderson will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars for the county's former top law enforcement official. Tanaka, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel's attorney, Robert Brode, had essentially agreed with the prosecution's request for home detention and asked that his client be allowed to leave home for work. In defense documents, Brode described Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." However, Anderson. indicated today that a sentence of house arrest would not adequately address repeated abuse of inmates. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterward, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe.

View▶

Unique Visitors:  5,951,615

1064.    **KABC-ABC** Television    Market: Los Angeles, CA

Eyewitness News 3PM

Jun 13 2016 03:00PM PT

[3:11:14 PM] [1:14]  Miriam Hernandez has that story. Miriam: gilbert Mitchell heading to prison, he beat inupdates, took a $1,500 bribe and smuggle add I phone to a **JAIL** inmate. Today, a tearful statement of remorse, his sentence six months in prison because he cooperated with federal investigators. His insider information provided the legal ammunition for the prosecution of eight deputies, the former undersheriff and the former **SHERIFF LEE BACA.** There is arrogance about the department that I worked in and it was everywhere. Miriam: just percy Anderson called the conduct reprehensible, a gross abuse of the public trustment for the first time, the judge also signaled punishment for his soupiors who await **SENTENCING.** Conspiracy and obstruction of justice and lying to investigators, the judge saying that rampant unchecked construction went to the top. The prosecutor. Not going light on **LEE BACA.** A term of imprisonment, time in custody is the just result. Miriam: the surrender date is set for July 26.

Nielsen Audience:  74,834

1065.    **Eagle Rock Patch** Online Only    Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe

Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to

make extra money illegally by taking bribes. In his **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

---

1066.  **Echo Park Patch**  Online Only  Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe

Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation,

prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1067.    **Encino Patch**  Online Only   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe     Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA**

agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1068.　**Highland Park-Mount Washington Patch** Online Only　Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe　　　Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to

investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1069.    **Hollywood Patch**  *Online Only*   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe

Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped