conceal the inmate-informant within the JAIL system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted JAIL guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a PLEA agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors: 5,951,615

1070.  **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe     Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former SHERIFF LEE BACA and ex-undersheriff PAUL TANAKA. Gilbert Michel, 43, pleaded GUILTY in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central JAIL for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federal investigation of corruption within JAIL walls. As part of his PLEA agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found GUILTY of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-SENTENCING papers. During the three years Michel worked as a JAIL guard, "INMATE ABUSE was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early GUILTY PLEA and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie JAIL deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's JAIL in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his PLEA, Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to

large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors: 5,951,615

1071. **Northridge Patch** Online Only  Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe

Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was

assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

**View▶**

 Unique Visitors:  5,951,615

1072.   **Pacific Palisades Patch** Online Only   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe          Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public

what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1073.    **Sherman Oaks Patch**  Online Only  Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe                Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded

Media Coverage Report

**GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors: 5,951,615

1074.    **Studio City Patch**  Online Only   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe

Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by

deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1075.   **Venice Patch**  Online Only   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe    Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the

number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

View▶

Unique Visitors:  5,951,615

1076.  **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA

Sentencing Today for Ex-Deputy At Center of L.A. County Jails Probe

Jun 13 2016 02:15PM PT

LOS ANGELES- Federal prosecutors are recommending four months of house arrest when a federal judge today sentences a former L.A. County sheriff's deputy whose bribery case was central to a corruption probe that resulted in nearly a dozen indictments, including those of former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA.** Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted $1,500 in exchange for smuggling a cell phone, cigarettes and a note into Men's Central **JAIL** for an inmate. The discovery of the phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriff's personnel who attempted to thwart a wide-ranging federalinvestigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriff's officials, including Tanaka's. The former undersheriff, who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is scheduled to be sentenced June 27, with prosecutors recommending a five-year term of imprisonment. Michel was "brave enough to tell the public what was happening inside the jails," Assistant U.S. Attorney Lizabeth Rhodes wrote in pre-**SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **"INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top," the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michel's early **GUILTY PLEA** and years of "significant" cooperation, prosecutors are recommending that U.S. District Judge Percy Anderson today show unusual leniency and sentence the ex-lawman to home detention. Rhodes wrote that since coming forward, Michel has realized that "life the way he lived it" as a rookie **JAIL** deputy was "brutish, illegal and wrong." Michel, who resigned from the department in September 2011, was assigned to the men's **JAIL** in downtown Los Angeles. The defendant's attorney, Robert Brode, essentially agrees with the prosecution's request for home detention but asks that his client be allowed to leave home for work. In defense documents, Brode describes Michel's on-the-job training as a guard as consisting of a variety of "illegal and immoral activities, including how to

take the law into his own hands, how to abuse inmates without getting caught and how to make extra money illegally by taking bribes." In his. **PLEA,** Michel acknowledged agreeing to accept cash in exchange for smuggling the contraband to inmate Anthony Brown. He did not know that Brown was working as a secret FBI informant. As part of an operation to discover which deputies were susceptible to corruption, Brown let it be known that he had access to large sums of criminally obtained cash and that he had a friend outside **JAIL** who would pay a deputy to bring him a cell phone, according to a statement. of facts filed in federal court in Los Angeles. Brown gave a number of deputies the phone number to an undercover FBI agent who was acting as the informant's associate outside, the document shows. Michel called the number and eventually met with the undercover FBI agent, who gave the deputy a cell phone and a $700 bribe for taking the phone into the **JAIL.** Shortly afterwards, the inmate called the undercover agent on the cell phone, showing that the deal went through. Brown only used the phone when Michel was on duty, returning it to him prior to the end of the deputy's shifts so he could recharge the battery. At that point, a cabal of deputies- at Tanaka's direction- helped conceal the inmate-informant within the **JAIL** system to keep Brown from testifying before a 2011 grand jury. To keep Brown hidden, a now-convicted **JAIL** guard used a computer to falsify the inmate's name and characteristics, never entering fingerprints for the new identities. Brown was also taken to a cell within a special medical ward, where he was guarded by deputies who refused the informant outside contact, and was moved to a remote sheriff's substation in San Dimas. The scheme also included an attempt to intimidate an FBI agent assigned to the probe. In the Brown case, a half-dozen former members of the sheriff's department were sentenced to prison terms ranging from nearly two years to almost 3 1/2 years for conspiracy to obstruct justice. Baca pleaded to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. City News Service

**View**▶

Unique Visitors:  5,951,615

1077. 🖱 **Our Weekly** Online Only   Market: Los Angeles, CA

Feds seek 5 years for Tanaka                                    Jun 10 2016 02:26AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained this week. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and numerous convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING** papers. filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge.

Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict only another step in the process. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.

View▶

Unique Visitors:  2,836

1078.  **Eastern Group Publications** *Online Only*   Market: Los Angeles, CA

Tanaka Faces Five Year Prison Sentence

Jun 9 2016 06:33PM PT

Tanaka Faces Five Year Prison Sentence By City News Service Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according. to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel,

pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict only another step in the process. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks at the direction of Tanaka and began an attempt to halt the formerly covert investigation by concealing inmate-informant Brown from federal prosecutors, who had issued a writ for his grand jury appearance. The charges included a host of overt acts including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. Defense attorneys, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriffs officials with grudges against Tanaka. During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanakas conviction the end of the era of corruption in the departments upper management. The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process, Hofstetter said. The Baca-Tanaka era created leadership failures that left the sheriffs department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didnt create. Print This Post Comments Comments are intended to further discussion on the article topic.

**View▶**

Unique Visitors:  3,039

---

1079.  **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Morning News at 5am

Jun 8 2016 05:00AM PT

[5:18:39 AM] [1:08]  But last week, the judge sentenced him to just six months. Banks toldz CBS News you know a man **GUILTY** so why aren't we enleashing half was punishment on Brian banks when he was innocent and no evidence they gave me six years, they give him six months. Backs say he's disturbed by letter turner father wrote to the judge who referred to assault as, quote, 20 minutes of action. A five year prison term for former second? Command to **PAUL TANAKA** former undersheriff faces a maximum of 15 years in federal prison. But even it tanaka does get the five years, prosecutorring seek, it would be the longest sentence of any of the eight coconspirators in this case this coulding former **SHERIFF LEE BACA.** Tanaka now mayor leading an effort into a widespread misconduct in the jails. There's no comment from tanaka's attorney and sentence is scheduled for September 7th.

Nielsen Audience:  21,666

1080.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Prosecutors seek 5 years imprisonment for former Undersheriff Paul Tanaka          Jun 8 2016 04:11AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View►

Unique Visitors:  92,722

1081.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Prosecutors seek 5 years imprisonment for former Undersheriff Paul Tanaka          Jun 8 2016 04:02AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas

attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

**View▶**

Unique Visitors:  160,928

1082.    **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Prosecutors seek 5 years imprisonment for former Undersheriff Paul Tanaka    Jun 8 2016 03:46AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs

Media Coverage Report

lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View▶

Unique Visitors:  103,274

1083.    **Whittier Daily News**  Newspaper  Market: Los Angeles, CA
Prosecutors seek 5 years imprisonment for former Undersheriff Paul Tanaka                                                    Jun 8 2016 03:46AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View▶

Unique Visitors:  45,113

1084.    **Long Beach Press-Telegram**  Newspaper  Market: Los Angeles, CA
Prosecutors seek 5 years imprisonment for former Undersheriff Paul Tanaka                                                    Jun 8 2016 03:45AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los

Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View▶

Unique Visitors:  142,395

1085.  **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
       Prosecutors seek 5 years imprisonment for former Undersheriff Paul Tanaka                                                              Jun 8 2016 03:45AM PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either