accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View▶

Unique Visitors:  173,540

---

1086.    **Los Angeles Daily News**    Newspaper    Market: Los Angeles, CA
         Prosecutors seek 5 years imprisonment for former Undersheriff Paul          Jun 8 2016 03:45AM
         Tanaka                                                                                       PT

Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriffs Department, who was dubbed the ringleader of a multifaceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre-**SENTENCING.** papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months.

View▶

Unique Visitors:  653,736

---

1087.    **KCAL-TV [IND 9]**    Television    Market: Los Angeles, CA
         Prosecutors Seeking 5-Year Term For Former L.A. County Undersheriff In      Jun 8 2016 12:51AM
         Corruptio                                                                                    PT

LOS ANGELES (CBSLA.com) Prosecutors sought a five-year prison term for the former second-

in-command in the Los Angeles County Sheriff's Department, according to court papers obtained Tuesday. SENTENCING is scheduled on June 27 for former Undersheriff PAUL TANAKA, who was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. A federal prosecutor called the 57-year-oldthe "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant PAUL TANAKA is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- SENTENCING. papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense SENTENCING position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former SHERIFF LEE BACA pleaded GUILTY to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a PLEA agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded GUILTY to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central JAIL. His SENTENCING hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the JAIL system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former SHERIFF LEE BACA and Undersheriff PAUL TANAKA has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." LOS ANGELES (CBSLA.com) Prosecutors sought a five-year prison term for the former second-in-command in the Los Angeles County Sheriffs Department, according to court papers obtained Tuesday. who was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. A federal prosecutor called the 57-year-oldthe ringleader of a multi-faceted conspiracy to thwart a federal probe of

misconduct in the jails. After several trials and tens of convictions of Los Angeles County sheriffs officials, one thing is abundantly clear: defendant is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails, federal prosecutors wrote in pre- papers filed with the court. While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning, Assistant U.S. Attorney Brandon Fox wrote. Tanakas attorney, Jerome Haig, did not immediately reply to a request for comment. The defense position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriffs official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former to accepting bribes and has admitted that he abused inmates while working as a guard at the Mens Central hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriffs lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanakas case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict only another step in the process. During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks at the direction of Tanaka and began an attempt to halt the formerly covert investigation by concealing inmate-informant Brown from federal prosecutors, who had issued a writ for his grand jury appearance. The charges included a host of overt acts including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. Defense attorneys, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriffs officials with grudges against Tanaka. During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanakas conviction the end of the era of corruption in the departments upper management. The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process, Hofstetter said. The Baca-Tanaka era created leadership failures that left the sheriffs department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didnt create.

View▶

Unique Visitors:  1,743,155

1088.  **Agoura Hills Patch**  Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka                    Jun 7 2016 10:32PM
                                                                                              PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader"

of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View►

Unique Visitors:  5,951,615

1089.   **Altadena Patch**  Online Only  Market: Los Angeles, CA

Jun 7 2016 10:32PM

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1090.  **Arcadia Patch**  Online Only  Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from

diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View ▶

Unique Visitors:  5,951,615

1091.   **Beverly Hills Patch** Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA**

and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 5,951,615

1092. **Calabasas Patch** Online Only   Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles

Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 5,951,615

1093.  **Cerritos-Artesia Patch** Online Only  Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a

secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

**View**▶

Unique Visitors: 5,951,615

1094.  **Culver City Patch** Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011

investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 5,951,615

1095.  **Eagle Rock Patch** Online Only  Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case

deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 5,951,615

1096.  **Echo Park Patch** Online Only   Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's

lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1097.  **Encino Patch** *Online Only*  Market: Los Angeles, CA

Jun 7 2016 10:32PM PT

**Prosecutors Seek Five Years Imprisonment for Tanaka**

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and

has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

**View▶**

Unique Visitors:  5,951,615

1098.   **Glendora Patch** Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka                    Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the