deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1112.　 **Redondo Beach Patch** Online Only   Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's

Media Coverage Report

lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 5,951,615

1113.  **Santa Monica Patch** Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and

has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1114.   **Sherman Oaks Patch**  Online Only   Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**                      Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the

jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1115.  **Sierra Madre Patch** *Online Only*  Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the

judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co-conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

**View▶**

Unique Visitors:  5,951,615

---



1116.    **South Pasadena Patch** *Online Only*   Market: Los Angeles, CA

**Prosecutors Seek Five Years Imprisonment for Tanaka**

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment.

The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

**View▶**

Unique Visitors:  5,951,615

1117.   **Studio City Patch**  Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three

previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1118.   **Venice Patch**  Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff **PAUL TANAKA,** 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant

Less Coverage Report

PAUL TANAKA is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- SENTENCING. papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense SENTENCING position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former SHERIFF LEE BACA pleaded GUILTY to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a PLEA agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded GUILTY to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central JAIL. His SENTENCING hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the JAIL system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former SHERIFF LEE BACA and Undersheriff PAUL TANAKA has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors: 5,951,615

1119.    **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Jun 7 2016 10:32PM PT

Prosecutors Seek Five Years Imprisonment for Tanaka

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff PAUL TANAKA, 57, was convicted in April

of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant **PAUL TANAKA** is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- **SENTENCING.** papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense **SENTENCING** position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former **SHERIFF LEE BACA** pleaded **GUILTY** to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a **PLEA** agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded **GUILTY** to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central **JAIL.** His **SENTENCING** hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the **JAIL** system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1120.  **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA

Prosecutors Seek Five Years Imprisonment for Tanaka

Jun 7 2016 10:32PM PT

LOS ANGELES, CA - Prosecutors are seeking a five-year prison term for the former second-in-

command of the Los Angeles County Sheriff's Department, who was dubbed the "ringleader" of a multi-faceted conspiracy to thwart a federal probe of misconduct in the jails, according to court papers obtained Tuesday. Former Undersheriff PAUL TANAKA, 57, was convicted in April of felony charges of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled SENTENCING for June 27. "After several trials and tens of convictions of Los Angeles County sheriff's officials, one thing is abundantly clear: defendant PAUL TANAKA is responsible not only for obstructing justice, but also for fostering the culture that led to the significant problems in the Los Angeles County jails," federal prosecutors wrote in pre- SENTENCING. papers filed with the court. "While defendant claimed at his and three previous trials that he had only limited involvement in the conspiracy, the evidence showed instead that he was the ringleader from the beginning," Assistant U.S. Attorney Brandon Fox wrote. Tanaka's attorney, Jerome Haig, did not immediately reply to a request for comment. The defense SENTENCING position has not yet been made public. Tanaka, who remains the mayor of Gardena despite the conviction, faces a maximum of 15 years in federal prison. Although prosecutors are seeking five years' imprisonment, the ultimate decision is up to the judge. Tanaka was the ninth sheriff's official convicted of criminal conduct based on the circumstances surrounding the hiding of inmate-informer Anthony Brown, a scheme that also involved witness tampering and the threatened arrest of an FBI special agent assigned to the jails investigation. Former SHERIFF LEE BACA pleaded GUILTY to a federal charge of lying to investigators during the probe. Anderson has set a July 11 hearing, at which time he will either accept or reject a PLEA agreement that calls for a sentence ranging from probation to six months behind bars. Another deputy, Gilbert Michel, pleaded GUILTY to accepting bribes and has admitted that he abused inmates while working as a guard at the Men's Central JAIL. His SENTENCING hearing is set for Monday. If Tanaka is sentenced to 60 months in federal prison, it would be the longest stretch of any co-conspirator in the Brown case. Seven former sheriff's lieutenants, sergeants and deputies convicted of conspiracy and obstruction of justice received prison sentences ranging from 18 to 41 months. Their appeal is scheduled to be heard by the U.S. 9th Circuit Court of Appeals in Pasadena on July 5. The jury deciding Tanaka's case deliberated for less than three hours over two days before reaching a decision. Haig previously said he will appeal, calling the verdict "only another step in the process." During the trial, prosecutors argued that Tanaka directed co- conspirators in a scheme to derail the 2011 investigation into allegations of excessive force within the JAIL system. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" During two days of testimony, Tanaka denied remembering details of his communications with his now-convicted colleagues. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of "the era of corruption" in the department's upper management. "The department can move forward now that the truth about the failed leadership of disgraced former SHERIFF LEE BACA and Undersheriff PAUL TANAKA has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create." City News Service, photo courtesy of the LASD

View▶

Unique Visitors:  5,951,615

1121.    City Watch  Online Only   Market: Los Angeles, CA

Jun 7 2016 08:10AM

**Why Do Cops Lie? Because They Can**

A poll last year found that one in three Americans believe police routinely lie. Residents of Los Angeles dont have to look too far for evidence of police dishonesty. Disgraced former LA County **SHERIFF LEE BACA** (photo above) pled **GUILTY** to lying to federal agents investigating civil rights abuses in the jails, and a federal jury convicted Bacas second-in-command former Undersheriff **PAUL TANAKA** of obstruction of justice for interfering with that investigation. In **JAIL** settings we should be particularly wary about the potential for police dishonesty. The ACLU of Southern California (ACLU SoCal) published reports over several years compiling inmate complaints of brutal violence at the hands of LA County sheriffs deputies. Baca reflexively responded to these complaints with the refrain that inmates lie and exaggerate and it unsurprisingly worked. We as society are told, over and over, that those imprisoned are the worst of the worst and cannot be trusted. As a result, many in the public dont care what happens to inmates or feel they deserve whatever they get. And for others the jails are simply an instance of out of sight, out of mind. Despite our long-term societal addiction to incarceration, relatively few of us will ever see the inside of a **JAIL,** and fewer still will think very long about what happens there. For these reasons we should be on the lookout for police officials and agencies that whitewash inmate allegations of abuse. A key tell-tale sign is the investigation that relies exclusively on statements made by the officers involved and fails to include available civilian witnesses. In many instances documented by ACLU SoCal, chaplains and volunteers who witnessed **INMATE ABUSE** made themselves available to investigators, but were never questioned. The deputies who beat inmates and lied about it acted with impunity because they knew just how cursory the investigation into the beating would be and that no one in the department would ever believe the victim. Its why officers lie because they know they can get away with it.

View▶

Unique Visitors: 21,508

1122.   **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

Sentencing delayed for ex-LA deputy in jail cell-phone-smuggling bribery case

Jun 6 2016 04:31PM PT

LOS ANGELES A **SENTENCING** hearing today was delayed for a week for a former L.A. County sheriffs deputy whose bribery case was central to a corruption probe that resulted in almost 20 indictments of law enforcement officials. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted money in exchange for smuggling a cell phone, cigarettes and a note into Mens Central **JAIL** for an inmate. U.S. District Judge Percy Anderson postponed **SENTENCING** until June 13 so attorneys could file additional briefs. The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriffs personnel- including former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA-** who were found to have attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriffs officials, including Tanakas. The former undersheriff , who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is expected to be sentenced June 27. Michel was brave enough to tell the public what was happening inside the jails, Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top, the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michels early **PLEA** and significant cooperation, prosecutors are

Media Coverage Report

recommending that Anderson impose a four-month term in home detention. Baca pleaded **GUILTY** to a federal charge of lying to investigators during the probe of corruption in the **JAIL** system. His **SENTENCING** hearing is set for July 11. Advertisement

View▶

Unique Visitors:  92,722

1123.   **The Daily Breeze**  Newspaper   Market: Los Angeles, CA
Sentencing delayed for ex-LA deputy in jail cell-phone-smuggling bribery case      Jun 6 2016 04:26PM PT

LOS ANGELES A **SENTENCING** hearing today was delayed for a week for a former L.A. County sheriffs deputy whose bribery case was central to a corruption probe that resulted in almost 20 indictments of law enforcement officials. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted money in exchange for smuggling a cell phone, cigarettes and a note into Mens Central **JAIL** for an inmate. U.S. District Judge Percy Anderson postponed **SENTENCING** until June 13 so attorneys could file additional briefs. The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriffs personnel- including former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA-** who were found to have attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriffs officials, including Tanakas. The former undersheriff , who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is expected to be sentenced June 27. Michel was brave enough to tell the public what was happening inside the jails, Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top, the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michels early **PLEA** and significant cooperation, prosecutors are recommending that Anderson impose a four-month term in home detention. Baca pleaded **GUILTY** to a federal charge of lying to investigators during the probe of corruption in the **JAIL** system. His **SENTENCING** hearing is set for July 11. Advertisement

View▶

Unique Visitors:  160,928

1124.   **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA
Sentencing delayed for ex-LA deputy in jail cell-phone-smuggling bribery case      Jun 6 2016 04:15PM PT

LOS ANGELES A **SENTENCING** hearing today was delayed for a week for a former L.A. County sheriffs deputy whose bribery case was central to a corruption probe that resulted in almost 20 indictments of law enforcement officials. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted money in exchange for smuggling a cell phone, cigarettes and a note into Mens Central **JAIL** for an inmate. U.S. District Judge Percy Anderson postponed **SENTENCING** until June 13 so attorneys could file additional briefs. The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriffs personnel- including former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA-** who were found to have attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriffs officials, including Tanakas. The former undersheriff , who was found **GUILTY** of conspiracy to obstruct justice and

obstruction of justice, is expected to be sentenced June 27. Michel was brave enough to tell the public what was happening inside the jails, Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top, the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michels early **PLEA** and significant cooperation, prosecutors are recommending that Anderson impose a four-month term in home detention. Baca pleaded **GUILTY** to a federal charge of lying to investigators during the probe of corruption in the **JAIL** system. His **SENTENCING** hearing is set for July 11. Advertisement

View▶

Unique Visitors:  653,736

1125.    **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA
Sentencing delayed for ex-LA deputy in jail cell-phone-smuggling bribery case          Jun 6 2016 04:15PM PT

LOS ANGELES A **SENTENCING** hearing today was delayed for a week for a former L.A. County sheriffs deputy whose bribery case was central to a corruption probe that resulted in almost 20 indictments of law enforcement officials. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted money in exchange for smuggling a cell phone, cigarettes and a note into Mens Central **JAIL** for an inmate. U.S. District Judge Percy Anderson postponed **SENTENCING** until June 13 so attorneys could file additional briefs. The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriffs personnel- including former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA-** who were found to have attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriffs officials, including Tanakas. The former undersheriff , who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is expected to be sentenced June 27. Michel was brave enough to tell the public what was happening inside the jails, Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top, the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michels early **PLEA** and significant cooperation, prosecutors are recommending that Anderson impose a four-month term in home detention. Baca pleaded **GUILTY** to a federal charge of lying to investigators during the probe of corruption in the **JAIL** system. His **SENTENCING** hearing is set for July 11. Advertisement

View▶

Unique Visitors:  142,395

1126.    **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA
Sentencing delayed for ex-LA deputy in jail cell-phone-smuggling bribery case          Jun 6 2016 04:15PM PT

LOS ANGELES A **SENTENCING** hearing today was delayed for a week for a former L.A. County sheriffs deputy whose bribery case was central to a corruption probe that resulted in almost 20 indictments of law enforcement officials. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted money in exchange for smuggling a cell phone, cigarettes and a note into Mens Central **JAIL** for an inmate. U.S. District Judge Percy Anderson postponed **SENTENCING** until June 13 so attorneys could file additional briefs. The

discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriffs personnel- including former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA-** who were found to have attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriffs officials, including Tanakas. The former undersheriff , who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is expected to be sentenced June 27. Michel was brave enough to tell the public what was happening inside the jails, Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top, the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michels early **PLEA** and significant cooperation, prosecutors are recommending that Anderson impose a four-month term in home detention. Baca pleaded **GUILTY** to a federal charge of lying to investigators during the probe of corruption in the **JAIL** system. His **SENTENCING** hearing is set for July 11. Advertisement

View▶

Unique Visitors:  103,274

1127.　**San Gabriel Valley Tribune** Newspaper　Market: Los Angeles, CA

Sentencing delayed for ex-LA deputy in jail cell-phone-smuggling bribery case　Jun 6 2016 04:15PM PT

LOS ANGELES A **SENTENCING** hearing today was delayed for a week for a former L.A. County sheriffs deputy whose bribery case was central to a corruption probe that resulted in almost 20 indictments of law enforcement officials. Gilbert Michel, 43, pleaded **GUILTY** in January 2012 to a federal bribery charge and admitted that he accepted money in exchange for smuggling a cell phone, cigarettes and a note into Mens Central **JAIL** for an inmate. U.S. District Judge Percy Anderson postponed **SENTENCING** until June 13 so attorneys could file additional briefs. The discovery of the smuggled phone in the hands of the inmate, who was also an FBI informant, subsequently led to multiple convictions of sheriffs personnel- including former **SHERIFF LEE BACA** and ex-undersheriff **PAUL TANAKA-** who were found to have attempted to thwart a wide-ranging federal investigation of corruption within **JAIL** walls. As part of his **PLEA** agreement, Michel agreed to cooperate, then testified at two trials of sheriffs officials, including Tanakas. The former undersheriff , who was found **GUILTY** of conspiracy to obstruct justice and obstruction of justice, is expected to be sentenced June 27. Michel was brave enough to tell the public what was happening inside the jails, Assistant U.S. Attorney Lizabeth Rhodes wrote in pre- **SENTENCING** papers. During the three years Michel worked as a **JAIL** guard, **INMATE ABUSE** was seemingly rampant and un-checked and corruption went all the way to the top, the federal prosecutor wrote. The felony bribery charge carries a potential 10-year prison sentence, but because of Michels early **PLEA** and significant cooperation, prosecutors are recommending that Anderson impose a four-month term in home detention. Baca pleaded **GUILTY** to a federal charge of lying to investigators during the probe of corruption in the **JAIL** system. His **SENTENCING** hearing is set for July 11. Advertisement

View▶

Unique Visitors:  173,540

1128.　**KABC-ABC** Television　Market: Los Angeles, CA

Eyewitness News 5 PM　May 31 2016 05:00PM PT