[5:40:27 PM] [0:22]  Messi is not required to attend court until Thursday, when he's expected to testify. Michelle a former beauty queen : who used to represent her country has been convicted of insulting her president on social media. The 27-year-old model was found **GUILTY** after sharing a satirical poem on her instagram account a few years ago. Prosecutors claim it was insulting to the turkish president, but the former miss turkey denied that. She received a 14-month suspended sentence, as long as she doesn't re-offend in the next five years.

[5:44:43 PM] [0:24]  Check it out, it's going to get warm. Marc: thank you. Former sheriff **LEROY BACA** will be sentenced next month for lying to the FBI about his role in the scheme to block a federal investigation into la county jails. Now, eyewitness news has learned the la county sheriff's department has also been investigating its own former **SHERIFF, LEE BACA,** for alleged conspiracy to obstruct justice.

[5:45:25 PM] [0:20]  I believe it was divine destiny that brought us together. Reporter that's bishop Edward turner with his former boss. Former sheriff **LEROY BACA** speaking out about the evils of marijuana back in 2010. I'm going to say amen to this point, and that is it kills brain cells. Reporter bishop turner was a : civilian field deputy to sheriff Baca.

[5:47:12 PM] [1:35]  Why would somebody send that money to your church? Why do people do the things they do? Reporter former undersheriff **PAUL TANAKA** who was running for sheriff at the time accused then-sheriff **LEROY BACA** of squashing the turner investigation back in 2005. Days after our story aired in 2013 the la county sheriff's department opened up a criminal investigation that ultimately looked at two key questions. Did sheriff Baca conspire to obstruct justice and squash the 2005 investigation into bishop turner? And did bishop turner commit theft or fraud related to money raised for his non-profit at a 2012 event hosted by the sheriff's department? Eyewitness news obtained the district attorney's charge evaluation worksheet that details why no charges will be filed for either. On the first question, conspiracy to obstruct justice -detectives interviewed ten current and former members of the sheriff's department including former sheriff Baca. But the district attorney's office determined there was insufficient evidence to prove that anyone conspired to terminate the 2005 investigation against bishop turner. It is reasonable to conclude that the investigation came to a conclusion in 2005 due to a lack of evidence against turner rather than by order of Baca or other senior official within the lasd. The da's memo notes that several key people declined to be interviewed including **PAUL TANAKA,** bishop turner and the former narcotics detective who - according to the memo -allegedly told colleagues he'd been pressured to back off from the investigation. Bishop turner refused to speak to us outside his home earlier this month. Turner's church in south laappears to still be open, although its signs are a little its external signs are gone.

 Nielsen Audience:  181,829

1129.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 4PM Sun                          May 29 2016 04:00PM PT

[5:08:34 PM] [0:18]  Elex: before serving as Attorney General, harris was the district attorney in San Francisco, and a prosecutor in the Alameda county das office. Jovana: still to come. Former la county **SHERIFF LEE BACA** is honored during a special breakfast. Hear why he's being celebrated today. Elex: from haircuts to care packages.

[5:12:14 PM] [1:04]  The pets are given comfort and care, including medical assistance, while they're living on the streets. Elex: now at 5:00. Retired la county **SHERIFF LEE BACA** was honored by the local Jewish community today. Baca was guest of honor at the 24th anniversary breakfast of congregation bais naf-toli. Baca was praised for his 49 years of service to the

county, and to the wider Jewish community. It was an all-star guest list with former mayor Antonio villaraigosa, councilmen mitch englander and Paul koretz, Senator bob hertzberg, county supervisor Michael antonovich, and city controller Ron galperin. I've said this many times to my own staff of 18,000 employees. Do no be in law enforcement if you cannot love people. Elex: Baca retired two years ago and pleaded **GUILTY** to lying in a federal corruption case involving abuse at the county **JAIL.** He will be sentenced in July. Jovana: it's shaping up to be a great memorial day.

Nielsen Audience:  202,587

1130.   **Eastern Group Publications** Online Only   Market: Los Angeles, CA

Sheriffs Deputies Convicted of Federal Civil Rights Charges, Falsifying          May 19 2016 07:14PM PT

Sheriffs Deputies Convicted of Federal Civil Rights Charges, Falsifying By Fred Shuster, City News Service Two Los Angeles County sheriffs deputies were convicted Monday of beating and pepper-spraying a mentally ill county **JAIL** inmate without provocation and then conspiring to lie in reports concealing the assault. Bryan Brunsting and Jason Johnson Branum were convicted of three federal counts conspiracy against rights, deprivation of rights under color of law and falsification of records in connection with the assault six years ago at the Twin Towers Correctional Facility. Jurors reached the verdict after about 90 minutes of deliberation. The defendants each face up to 40 years behind bars when they are sentenced Aug. 22. The case was the latest in a string of trials in Los Angeles federal court stemming from the FBIs multi-year investigation into brutality and other misconduct in the sheriffs department. Prosecutors said the beating of pretrial detainee Philip Jones in a surveillance-free hallway at Twin Towers on March 22, 2010, was designed to both punish the inmate for swearing at a custody assistant and to teach a rookie officer whom Brunsting was training a lesson about how the **JAIL** really worked. They kicked him, struck him, sprayed him with OC (pepper) spray, Assistant U.S. Attorney Lindsey Greer Dotson told jurors last week, adding that Jones, who suffers from schizophrenia and hears voices, wasnt kicking, punching, swinging or in any way fighting back. The deputies then concocted a phony story that Jones was combative in order to explain the assault in a report that could have been used to refer the inmate for criminal prosecution, the federal prosecutor said. Richard Hirsch, Brunstings attorney, gave jurors a different narrative. Jones, he said, was wandering around an area of the **JAIL** he was not authorized to be in and was ordered by custody assistant Porscha Singh to return to his module. It was a dangerous situation, Hirsch told the nine-woman, five-man panel. When Brunsting and other **JAIL** guards responded, Jones became assaultive and it became necessary to use force, the attorney said, telling the jury that the only injury suffered by the inmate was eye irritation from the pepper spray. Neither defendant, nor Jones, took the stand during three days of testimony last week. However, the prosecution had two key witnesses ex-deputy trainee Joshua Sather and Singh. Sather made it up. The attorney pointed to medical reports that he said suggested that the only injury suffered by Jones was eye irritation from the pepper spray, administered to try to calm the aggressive inmate down. In unsuccessfully asking that the jury find his client not **GUILTY,** Hirsch said the testimony of Sather and Singh was riddled with inconsistencies. But Assistant U.S. Attorney Brandon Fox, in his closing argument, countered that the defense had succeeded only in chipping away at minor details in the witnesses testimony. Like piranhas, the defense was biting at the fringes of the case but never getting to the heart, Fox told the jury, adding that the inconsistencies are trivial. Brunsting is charged separately in connection with a second incident in which a different Twin Towers inmate allegedly was assaulted and suffered bodily injury in August 2009. The deputy will be tried on those allegations in the next few months before U.S. District Judge George Wu. Brunsting and Branum were among 21 current

and former sheriffs officials to be tried by federal authorities in the jails investigation. The probe reached the sheriffs departments highest offices. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a **PLEA** deal that would result in a sentence ranging from probation to six months in prison. Bacas former second-in-command, **PAUL TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriffs **SENTENCING** is set for June 20. Print This Post Comments Comments are intended to further discussion on the article topic. EGPNews reserves the right to not publish, edit or remove comments that contain vulgarities, foul language, personal attacks, racists, sexist, homophobic or other offensive terminology or that contain solicitations, spam, or that threaten harm of any sort.

View▶

Unique Visitors:  6,722

1131.  **L.A. Weekly** Newspaper  Market: Los Angeles, CA

Cops Guilty in Jailhouse Beating of Mentally Ill Inmate

May 17 2016 01:02PM PT

The men who did it wore the badge of the Los Angeles Sheriff's Department. Yesterday a federal jury convicted the cops of "conspiracy to violate civil rights, deprivation of civil rights with bodily injury, and falsification of records," according to a statement from the U.S. Attorney's Office in L.A. Ex-deputies Bryan Brunsting, 31, and Jason Branum (a.k.a. Jason Johnson), 35, are. part of a group of 21 former and current sheriff's employees convicted as part of a federal investigation of corruption and civil rights violations committed during the tenures of **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA.** Upcoming Events Baca pleaded **GUILTY** earlier this year to lying to a federal agent. Tanaka was convicted last month of conspiracy and obstructing an FBI investigation into the department's **JAIL** abuse problem. Brunsting and Branum were found **GUILTY** following a one-week trial in U.S. District Court. The jury deliberated only for about an hour before deciding these were bad cops. "The assault occurred after the inmate mouthed-off to a civilian Sheriffs Department employee," the U.S. Attorney's Office stated. "Brunsting, who was a training officer assigned to a rookie deputy who had just started working at the **JAIL,** told his trainee that they were going to 'teach him a lesson'." The rookie, who was instructed to handcuff the inmate and send him to get treated after the beating, testified against the. pair. "After the beating, Brunsting, Branum and the rookie deputy met to coordinate and falsify their stories," prosecutors alleged in the U.S. Attorney's statement. 22. They each face the possibility of 40 years in a place they know well behind bars. "The civil rights in the Constitution are guaranteed to everyone in the United States, even those who are being held in **JAIL,** said the U.S. Attorney in L.A., Eileen M. Decker. "A violation of any civil right is a crime against the United States and affects the nations entire citizenry, which is why we will tirelessly work to prosecute civil rights violations, especially when they are committed by people who have sworn to uphold the Constitution."

View▶

Unique Visitors:  1,209,929

1132.  **The Daily Breeze** Newspaper  Market: Los Angeles, CA

2 LA County deputies convicted of jail beating, cover-up

May 17 2016 02:42AM PT

A federal jury in Los Angeles has found two Los Angeles County sheriffs deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest

to be convicted of the more than 20 current or former sheriffs employees charged in connection with a probe of corruption and abuse in the Sheriffs Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. Hes awaiting **SENTENCING.** Advertisement

View▶

Unique Visitors:  195,867

---

1133.  **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

2 LA County deputies convicted of jail beating, cover-up

May 17 2016 02:31AM PT

A federal jury in Los Angeles has found two Los Angeles County sheriffs deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest to be convicted of the more than 20 current or former sheriffs employees charged in connection with a probe of corruption and abuse in the Sheriffs Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. Hes awaiting **SENTENCING.** Advertisement

View▶

Unique Visitors:  102,385

---

1134.  **KCAL-TV [IND 9]**  Television   Market: Los Angeles, CA

2 LA County Deputies Convicted Of Jail Beating, Cover-Up

May 17 2016 02:29AM PT

LOS ANGELES (AP) A federal jury in Los Angeles has found two Los Angeles County sheriff's deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest to be convicted of the more than 20 current or former sheriff's employees charged in connection with a probe of corruption and abuse in the Sheriff's Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. He's awaiting **SENTENCING.** Copyright 2016 The Associated Press. All Rights Reserved.

View▶

Unique Visitors:  1,743,155

---

1135.  **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

2 LA County deputies convicted of jail beating, cover-up

May 17 2016 02:15AM PT

A federal jury in Los Angeles has found two Los Angeles County sheriffs deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest to be convicted of the more than 20 current or former sheriffs employees charged in

connection with a probe of corruption and abuse in the Sheriffs Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. Hes awaiting **SENTENCING.** Advertisement

View▶

Unique Visitors:  119,270

1136.  **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

2 LA County deputies convicted of jail beating, cover-up

May 17 2016 02:14AM PT

A federal jury in Los Angeles has found two Los Angeles County sheriffs deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest to be convicted of the more than 20 current or former sheriffs employees charged in connection with a probe of corruption and abuse in the Sheriffs Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. Hes awaiting **SENTENCING.** Advertisement

View▶

Unique Visitors:  141,428

1137.  **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

2 LA County deputies convicted of jail beating, cover-up

May 17 2016 02:14AM PT

A federal jury in Los Angeles has found two Los Angeles County sheriffs deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest to be convicted of the more than 20 current or former sheriffs employees charged in connection with a probe of corruption and abuse in the Sheriffs Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. Hes awaiting **SENTENCING.** Advertisement

View▶

Unique Visitors:  659,287

1138.  **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

2 LA County deputies convicted of jail beating, cover-up

May 17 2016 02:14AM PT

A federal jury in Los Angeles has found two Los Angeles County sheriffs deputies **GUILTY** of beating a **JAIL** inmate and falsifying records to cover it up. The deputies were among the latest to be convicted of the more than 20 current or former sheriffs employees charged in connection with a probe of corruption and abuse in the Sheriffs Department. The jury on Monday found Jason Branum and Bryan Brunsting **GUILTY** of three charges apiece including

conspiracy to violate civil rights. They could each get up to 40 years in prison. Prosecutors say the men beat the inmate because he showed disrespect to the deputies in front of a rookie trainee. Former **SHERIFF LEE BACA** pleaded **GUILTY** in February to lying to federal investigators during the broad investigation into the **JAIL** system. Hes awaiting **SENTENCING.** Advertisement

View▶

Unique Visitors:  162,557

1139. **Eagle Rock Patch** Online Only   Market: Los Angeles, CA

LA Jail Deputies Convicted of Inmate Abuse and Conspiracy

May 16 2016 11:45PM PT

By FRED SHUSTERLOS ANGELES, CA - Two Los Angeles County sheriff's deputies were convicted today of beating and pepper-spraying a mentally ill county **JAIL** inmate without provocation and then conspiring to lie in reports concealing the assault.Bryan Brunsting and Jason "Johnson" Branum were convicted of three federal counts- conspiracy against rights, deprivation of rights under color of law and falsification of records- in connection with the assault six years ago at the Twin Towers Correctional Facility. Jurors reached the verdict after about 90 minutes of deliberation.The defendants each face up to 40 years behind bars when they are sentenced Aug. 22.The case was the latest in a string of trials in Los Angeles federal court stemming from the FBI's multi-year investigation into brutality and other misconduct in the sheriff's department.Prosecutors said the beating of pretrial detainee Philip Jones in a surveillance-free hallway at Twin Towers on March 22, 2010, was. designed to both punish the inmate for swearing at a custody assistant and to teach a rookie officer- whom Brunsting was training- a lesson about how the **JAIL** really worked."They kicked him, struck him, sprayed him with OC (pepper) spray," Assistant U.S. Attorney Lindsey Greer Dotson told jurors last week, adding that Jones, who suffers from schizophrenia and hears voices, "wasn't kicking, punching, swinging" or in any way fighting back.The deputies then. concocted a phony story that Jones was combative in order to explain the assault in a report that could have been used to refer the inmate for criminal prosecution, the federal prosecutor said. Richard Hirsch, Brunsting's attorney, gave jurors a different narrative.Jones, he said, was wandering around an area of the **JAIL** he was not authorized to be in and was ordered by custody assistant Porscha Singh to return to his module."It was a dangerous situation," Hirsch told the nine-woman, five-man panel. When Brunsting and other **JAIL** guards responded, Jones became "assaultive" and it became "necessary to use force," the attorney said, telling the jury that the only injury suffered by the inmate was eye irritation from the pepper spray.Neither defendant, nor Jones, took the stand during three days of testimony last week.However, the. prosecution had two key witnesses- ex-deputy trainee Joshua Sather and Singh.Sather, who quit the department immediately following the Jones beating after a crisis of conscience, testified that Brunsting and Branum beat Jones until he was "screaming and crying," and then fabricated reports to cover up the assault.More from Across Patch Sather also told the downtown jury. that he saw Brunsting "spread (the victim's) legs and kick the inmate in his private parts."Brunsting was Sather's training officer at the county lockup on a floor housing mentally ill and suicidal inmates.At one point, Sather testified, Brunsting told him that Jones had disobeyed an order and deputies would now teach. the prisoner "a lesson."Brunsting, Branum and another lawman directed the inmate into an empty hallway that had no cameras and proceeded to attack Jones, the witness said.In closing arguments today, Donald M. Re, Branum's lawyer, said use-of- force reports penned by the defendants were entirely truthful."There was no cover. up," he said. "Why was there no cover up? Because there was no beating. Sather made it up." The attorney pointed to medical reports that he said suggested that the only injury suffered by Jones was eye irritation from the pepper spray, administered to try to calm the aggressive

inmate down. In unsuccessfully asking that the jury find his client not **GUILTY,** Hirsch said the testimony of Sather and Singh was riddled with inconsistencies.But Assistant U.S. Attorney Brandon Fox, in his closing argument, countered that the defense had succeeded only in chipping away at minor details in the witnesses' testimony."Like piranhas. the defense was "biting at the fringes of the case but never getting to the heart," Fox told the jury, adding that "the inconsistencies are trivial." Brunsting is charged separately in connection with a second incident in which a different Twin Towers inmate allegedly was assaulted and suffered bodily injury in August. 2009.The deputy will be tried on those allegations in the next few months before U.S. District Judge George Wu.Brunsting and Branum were among 21 current and former sheriff's officials to be tried by federal authorities in the jails investigation.The probe reached the sheriff's department's highest offices. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a **PLEA** deal that would result in a sentence ranging from probation to six months in prison.Baca's former second-in-command, **PAUL. TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriff's **SENTENCING** is set for June 20.City News Service; Image Wikipedia Commons

View▶

Unique Visitors:  6,464,643

1140.   **Encino Patch** *Online Only*  Market: Los Angeles, CA

**LA Jail Deputies Convicted of Inmate Abuse and Conspiracy**          May 16 2016 11:45PM PT

By FRED SHUSTERLOS ANGELES, CA - Two Los Angeles County sheriff's deputies were convicted today of beating and pepper-spraying a mentally ill county **JAIL** inmate without provocation and then conspiring to lie in reports concealing the assault.Bryan Brunsting and Jason "Johnson" Branum were convicted of three federal counts- conspiracy against rights, deprivation of rights under color of law and falsification of records- in connection with the assault six years ago at the Twin Towers Correctional Facility. Jurors reached the verdict after about 90 minutes of deliberation.The defendants each face up to 40 years behind bars when they are sentenced Aug. 22.The case was the latest in a string of trials in Los Angeles federal court stemming from the FBI's multi-year investigation into brutality and other misconduct in the sheriff's department.Prosecutors said the beating of pretrial detainee Philip Jones in a surveillance-free hallway at Twin Towers on March 22, 2010, was. designed to both punish the inmate for swearing at a custody assistant and to teach a rookie officer- whom Brunsting was training- a lesson about how the **JAIL** really worked."They kicked him, struck him, sprayed him with OC (pepper) spray," Assistant U.S. Attorney Lindsey Greer Dotson told jurors last week, adding that Jones, who suffers from schizophrenia and hears voices, "wasn't kicking, punching, swinging" or in any way fighting back.The deputies then. concocted a phony story that Jones was combative in order to explain the assault in a report that could have been used to refer the inmate for criminal prosecution, the federal prosecutor said. Richard Hirsch, Brunsting's attorney, gave jurors a different narrative.Jones, he said, was wandering around an area of the **JAIL** he was not authorized to be in and was ordered by custody assistant Porscha Singh to return to his module."It was a dangerous situation," Hirsch told the nine-woman, five-man panel. When Brunsting and other **JAIL** guards responded, Jones became "assaultive" and it became "necessary to use force," the attorney said, telling the jury that the only injury suffered by the inmate was eye irritation from the pepper spray.Neither defendant, nor Jones, took the stand during three days of testimony last week.However, the. prosecution had two key witnesses- ex-deputy trainee Joshua Sather and Singh.Sather, who quit the department immediately following the Jones beating after a crisis of conscience, testified that Brunsting

and Branum beat Jones until he was "screaming and crying," and then fabricated reports to cover up the assault.More from Across Patch Sather also told the downtown jury. that he saw Brunsting "spread (the victim's) legs and kick the inmate in his private parts."Brunsting was Sather's training officer at the county lockup on a floor housing mentally ill and suicidal inmates.At one point, Sather testified, Brunsting told him that Jones had disobeyed an order and deputies would now teach. the prisoner "a lesson."Brunsting, Branum and another lawman directed the inmate into an empty hallway that had no cameras and proceeded to attack Jones, the witness said.In closing arguments today, Donald M. Re, Branum's lawyer, said use-of- force reports penned by the defendants were entirely truthful."There was no cover. up," he said. "Why was there no cover up? Because there was no beating. Sather made it up." The attorney pointed to medical reports that he said suggested that the only injury suffered by Jones was eye irritation from the pepper spray, administered to try to calm the aggressive inmate down. In unsuccessfully asking that the jury find his client not **GUILTY,** Hirsch said the testimony of Sather and Singh was riddled with inconsistencies.But Assistant U.S. Attorney Brandon Fox, in his closing argument, countered that the defense had succeeded only in chipping away at minor details in the witnesses' testimony."Like piranhas. the defense was "biting at the fringes of the case but never getting to the heart," Fox told the jury, adding that "the inconsistencies are trivial." Brunsting is charged separately in connection with a second incident in which a different Twin Towers inmate allegedly was assaulted and suffered bodily injury in August. 2009.The deputy will be tried on those allegations in the next few months before U.S. District Judge George Wu.Brunsting and Branum were among 21 current and former sheriff's officials to be tried by federal authorities in the jails investigation.The probe reached the sheriff's department's highest offices. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a **PLEA** deal that would result in a sentence ranging from probation to six months in prison.Baca's former second-in-command, **PAUL. TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriff's **SENTENCING** is set for June 20.City News Service; Image Wikipedia Commons

View▶

Unique Visitors:  6,464,643

1141.     **North Hollywood-Toluca Lake Patch** Online Only   Market: Los Angeles, CA

LA Jail Deputies Convicted of Inmate Abuse and Conspiracy                 May 16 2016 11:45PM PT

By FRED SHUSTERLOS ANGELES, CA - Two Los Angeles County sheriff's deputies were convicted today of beating and pepper-spraying a mentally ill county **JAIL** inmate without provocation and then conspiring to lie in reports concealing the assault.Bryan Brunsting and Jason "Johnson" Branum were convicted of three federal counts- conspiracy against rights, deprivation of rights under color of law and falsification of records- in connection with the assault six years ago at the Twin Towers Correctional Facility. Jurors reached the verdict after about 90 minutes of deliberation.The defendants each face up to 40 years behind bars when they are sentenced Aug. 22.The case was the latest in a string of trials in Los Angeles federal court stemming from the FBI's multi-year investigation into brutality and other misconduct in the sheriff's department.Prosecutors said the beating of pretrial detainee Philip Jones in a surveillance-free hallway at Twin Towers on March 22, 2010, was. designed to both punish the inmate for swearing at a custody assistant and to teach a rookie officer- whom Brunsting was training- a lesson about how the **JAIL** really worked."They kicked him, struck him, sprayed him with OC (pepper) spray," Assistant U.S. Attorney Lindsey Greer Dotson told jurors last week, adding that Jones, who suffers from schizophrenia and hears voices, "wasn't kicking, punching,

swinging" or in any way fighting back.The deputies then. concocted a phony story that Jones was combative in order to explain the assault in a report that could have been used to refer the inmate for criminal prosecution, the federal prosecutor said. Richard Hirsch, Brunsting's attorney, gave jurors a different narrative.Jones, he said, was wandering around an area of the **JAIL** he was not authorized to be in and was ordered by custody assistant Porscha Singh to return to his module."It was a dangerous situation," Hirsch told the nine-woman, five-man panel. When Brunsting and other **JAIL** guards responded, Jones became "assaultive" and it became "necessary to use force," the attorney said, telling the jury that the only injury suffered by the inmate was eye irritation from the pepper spray.Neither defendant, nor Jones, took the stand during three days of testimony last week.However, the. prosecution had two key witnesses- ex-deputy trainee Joshua Sather and Singh.Sather, who quit the department immediately following the Jones beating after a crisis of conscience, testified that Brunsting and Branum beat Jones until he was "screaming and crying," and then fabricated reports to cover up the assault.More from Across Patch Sather also told the downtown jury. that he saw Brunsting "spread (the victim's) legs and kick the inmate in his private parts."Brunsting was Sather's training officer at the county lockup on a floor housing mentally ill and suicidal inmates.At one point, Sather testified, Brunsting told him that Jones had disobeyed an order and deputies would now teach. the prisoner "a lesson."Brunsting, Branum and another lawman directed the inmate into an empty hallway that had no cameras and proceeded to attack Jones, the witness said.In closing arguments today, Donald M. Re, Branum's lawyer, said use-of- force reports penned by the defendants were entirely truthful."There was no cover. up," he said. "Why was there no cover up? Because there was no beating. Sather made it up." The attorney pointed to medical reports that he said suggested that the only injury suffered by Jones was eye irritation from the pepper spray, administered to try to calm the aggressive inmate down. In unsuccessfully asking that the jury find his client not **GUILTY,** Hirsch said the testimony of Sather and Singh was riddled with inconsistencies.But Assistant U.S. Attorney Brandon Fox, in his closing argument, countered that the defense had succeeded only in chipping away at minor details in the witnesses' testimony."Like piranhas. the defense was "biting at the fringes of the case but never getting to the heart," Fox told the jury, adding that "the inconsistencies are trivial." Brunsting is charged separately in connection with a second incident in which a different Twin Towers inmate allegedly was assaulted and suffered bodily injury in August. 2009.The deputy will be tried on those allegations in the next few months before U.S. District Judge George Wu.Brunsting and Branum were among 21 current and former sheriff's officials to be tried by federal authorities in the jails investigation.The probe reached the sheriff's department's highest offices. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a **PLEA** deal that would result in a sentence ranging from probation to six months in prison.Baca's former second-in-command, **PAUL. TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriff's **SENTENCING** is set for June 20.City News Service; Image Wikipedia Commons

View▶

Unique Visitors:  6,464,643

1142.   **Northridge Patch** Online Only   Market: Los Angeles, CA

LA Jail Deputies Convicted of Inmate Abuse and Conspiracy

May 16 2016 11:45PM PT

By FRED SHUSTERLOS ANGELES, CA - Two Los Angeles County sheriff's deputies were convicted today of beating and pepper-spraying a mentally ill county **JAIL** inmate without provocation and then conspiring to lie in reports concealing the assault.Bryan Brunsting and Jason

Media Coverage Report

"Johnson" Branum were convicted of three federal counts- conspiracy against rights, deprivation of rights under color of law and falsification of records- in connection with the assault six years ago at the Twin Towers Correctional Facility. Jurors reached the verdict after about 90 minutes of deliberation.The defendants each face up to 40 years behind bars when they are sentenced Aug. 22.The case was the latest in a string of trials in Los Angeles federal court stemming from the FBI's multi-year investigation into brutality and other misconduct in the sheriff's department.Prosecutors said the beating of pretrial detainee Philip Jones in a surveillance-free hallway at Twin Towers on March 22, 2010, was. designed to both punish the inmate for swearing at a custody assistant and to teach a rookie officer- whom Brunsting was training- a lesson about how the JAIL really worked."They kicked him, struck him, sprayed him with OC (pepper) spray," Assistant U.S. Attorney Lindsey Greer Dotson told jurors last week, adding that Jones, who suffers from schizophrenia and hears voices, "wasn't kicking, punching, swinging" or in any way fighting back.The deputies then. concocted a phony story that Jones was combative in order to explain the assault in a report that could have been used to refer the inmate for criminal prosecution, the federal prosecutor said. Richard Hirsch, Brunsting's attorney, gave jurors a different narrative.Jones, he said, was wandering around an area of the JAIL he was not authorized to be in and was ordered by custody assistant Porscha Singh to return to his module."It was a dangerous situation," Hirsch told the nine-woman, five-man panel. When Brunsting and other JAIL guards responded, Jones became "assaultive" and it became "necessary to use force," the attorney said, telling the jury that the only injury suffered by the inmate was eye irritation from the pepper spray.Neither defendant, nor Jones, took the stand during three days of testimony last week.However, the. prosecution had two key witnesses- ex-deputy trainee Joshua Sather and Singh.Sather, who quit the department immediately following the Jones beating after a crisis of conscience, testified that Brunsting and Branum beat Jones until he was "screaming and crying," and then fabricated reports to cover up the assault.More from Across Patch Sather also told the downtown jury. that he saw Brunsting "spread (the victim's) legs and kick the inmate in his private parts."Brunsting was Sather's training officer at the county lockup on a floor housing mentally ill and suicidal inmates.At one point, Sather testified, Brunsting told him that Jones had disobeyed an order and deputies would now teach. the prisoner "a lesson."Brunsting, Branum and another lawman directed the inmate into an empty hallway that had no cameras and proceeded to attack Jones, the witness said.In closing arguments today, Donald M. Re, Branum's lawyer, said use-of- force reports penned by the defendants were entirely truthful."There was no cover. up," he said. "Why was there no cover up? Because there was no beating. Sather made it up." The attorney pointed to medical reports that he said suggested that the only injury suffered by Jones was eye irritation from the pepper spray, administered to try to calm the aggressive inmate down. In unsuccessfully asking that the jury find his client not GUILTY, Hirsch said the testimony of Sather and Singh was riddled with inconsistencies.But Assistant U.S. Attorney Brandon Fox, in his closing argument, countered that the defense had succeeded only in chipping away at minor details in the witnesses' testimony."Like piranhas. the defense was "biting at the fringes of the case but never getting to the heart," Fox told the jury, adding that "the inconsistencies are trivial." Brunsting is charged separately in connection with a second incident in which a different Twin Towers inmate allegedly was assaulted and suffered bodily injury in August. 2009.The deputy will be tried on those allegations in the next few months before U.S. District Judge George Wu.Brunsting and Branum were among 21 current and former sheriff's officials to be tried by federal authorities in the jails investigation.The probe reached the sheriff's department's highest offices. Ex- SHERIFF LEE BACA pleaded GUILTY in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a PLEA deal that would result in a sentence ranging from probation

to six months in prison.Baca's former second-in-command, **PAUL. TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriff's **SENTENCING** is set for June 20.City News Service; Image Wikipedia Commons

View▶

Unique Visitors:  6,464,643

1143.     **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA

**LA Jail Deputies Convicted of Inmate Abuse and Conspiracy**

May 16 2016 11:45PM PT

By FRED SHUSTERLOS ANGELES, CA - Two Los Angeles County sheriff's deputies were convicted today of beating and pepper-spraying a mentally ill county **JAIL** inmate without provocation and then conspiring to lie in reports concealing the assault.Bryan Brunsting and Jason "Johnson" Branum were convicted of three federal counts- conspiracy against rights, deprivation of rights under color of law and falsification of records- in connection with the assault six years ago at the Twin Towers Correctional Facility. Jurors reached the verdict after about 90 minutes of deliberation.The defendants each face up to 40 years behind bars when they are sentenced Aug. 22.The case was the latest in a string of trials in Los Angeles federal court stemming from the FBI's multi-year investigation into brutality and other misconduct in the sheriff's department.Prosecutors said the beating of pretrial detainee Philip Jones in a surveillance-free hallway at Twin Towers on March 22, 2010, was. designed to both punish the inmate for swearing at a custody assistant and to teach a rookie officer- whom Brunsting was training- a lesson about how the **JAIL** really worked."They kicked him, struck him, sprayed him with OC (pepper) spray," Assistant U.S. Attorney Lindsey Greer Dotson told jurors last week, adding that Jones, who suffers from schizophrenia and hears voices, "wasn't kicking, punching, swinging" or in any way fighting back.The deputies then. concocted a phony story that Jones was combative in order to explain the assault in a report that could have been used to refer the inmate for criminal prosecution, the federal prosecutor said. Richard Hirsch, Brunsting's attorney, gave jurors a different narrative.Jones, he said, was wandering around an area of the **JAIL** he was not authorized to be in and was ordered by custody assistant Porscha Singh to return to his module."It was a dangerous situation," Hirsch told the nine-woman, five-man panel. When Brunsting and other **JAIL** guards responded, Jones became "assaultive" and it became "necessary to use force," the attorney said, telling the jury that the only injury suffered by the inmate was eye irritation from the pepper spray.Neither defendant, nor Jones, took the stand during three days of testimony last week.However, the. prosecution had two key witnesses- ex-deputy trainee Joshua Sather and Singh.Sather, who quit the department immediately following the Jones beating after a crisis of conscience, testified that Brunsting and Branum beat Jones until he was "screaming and crying," and then fabricated reports to cover up the assault.More from Across Patch Sather also told the downtown jury. that he saw Brunsting "spread (the victim's) legs and kick the inmate in his private parts."Brunsting was Sather's training officer at the county lockup on a floor housing mentally ill and suicidal inmates.At one point, Sather testified, Brunsting told him that Jones had disobeyed an order and deputies would now teach. the prisoner "a lesson."Brunsting, Branum and another lawman directed the inmate into an empty hallway that had no cameras and proceeded to attack Jones, the witness said.In closing arguments today, Donald M. Re, Branum's lawyer, said use-of- force reports penned by the defendants were entirely truthful."There was no cover. up," he said. "Why was there no cover up? Because there was no beating. Sather made it up." The attorney pointed to medical reports that he said suggested that the only injury suffered by Jones was eye irritation from the pepper spray, administered to try to calm the aggressive inmate down. In unsuccessfully asking that the jury find his client not **GUILTY,** Hirsch said the

testimony of Sather and Singh was riddled with inconsistencies.But Assistant U.S. Attorney Brandon Fox, in his closing argument, countered that the defense had succeeded only in chipping away at minor details in the witnesses' testimony."Like piranhas. the defense was "biting at the fringes of the case but never getting to the heart," Fox told the jury, adding that "the inconsistencies are trivial." Brunsting is charged separately in connection with a second incident in which a different Twin Towers inmate allegedly was assaulted and suffered bodily injury in August. 2009.The deputy will be tried on those allegations in the next few months before U.S. District Judge George Wu.Brunsting and Branum were among 21 current and former sheriff's officials to be tried by federal authorities in the jails investigation.The probe reached the sheriff's department's highest offices. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a **PLEA** deal that would result in a sentence ranging from probation to six months in prison.Baca's former second-in-command, **PAUL. TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriff's **SENTENCING** is set for June 20.City News Service; Image Wikipedia Commons

View▶

Unique Visitors:  6,464,643

1144.  **Our Weekly** Online Only   Market: Los Angeles, CA

Deputies sentenced for jail beating

May 13 2016 10:22AM PT

Two ex-Los Angeles County sheriffs deputies have been sentenced to federal prison for falsifying reports documenting the beating of a handcuffed, mentally ill **JAIL** inmate. Joey Aguiar must serve 18 months behind bars and Mariano Ramirez was handed a 13-month term for lying about the 2009 beating of then-inmate Bret Phillips of Lancaster. Both men must also serve three years of supervised release, including 100 hours of community service, and surrender to a prison facility on Aug. 1. Aguiar and Ramirez were found **GUILTY** in February of the obstruction of justice charge, but jurors deadlocked on whether the deputies used excessive force. The ex-lawmen were acquitted of conspiring to violate Phillips civil rights. They lied about what happened because it was excessive, it was brutal, Assistant U.S. Attorney Jennifer Williams told the court. Aguiar and Ramirez were charged in a four-count indictment with kicking the handcuffed Phillips in the head and upper body, striking him with a flashlight, pepper-spraying him in the face and then hiding their actions in reports. The Feb. 11, 2009, encounter at the Mens Central **JAIL** was witnessed by a **JAIL** chaplain and an inmate, both of whom testified during the 10-day trial in downtown Los Angeles. Defense attorneys argued for probationary sentences, but U.S. District Judge Beverly Reid OConnell said that incarceration was necessary because the defendants held positions of trust with the public and the false reports could have caused Phillips to be falsely prosecuted for a felony assault charge. The judge said that while jails can be dangerous places for both inmates and guards, we, the people trust law enforcement officers to safeguard prisoners and tell the truth in official filings. Prosecution witnesses testified that the **JAIL** guards set upon Phillips in a gang-style beat-down as retribution for showing disrespect earlier in the day. Defense lawyers countered that Phillips was combative and threatening, and the deputies did only what was legally required to gain control of an unruly inmate. But jurors could not agree if the defendants used excessive force in the encounter, with 10 panelists voting to convict on that count. Referring to the underlying brutality charge, the judge said she believed the force used against Phillips was excessive and a 1 1/2-year federal prison sentence for Aguiar was appropriate. Aguiar and Ramirez were among 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi-year investigation into brutality and other misconduct in the sheriffs

department. The probe reached the sheriffs departments highest offices. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting a hearing in which a federal judge will consider signing off on a **PLEA** deal that would result in a prison sentence of no more than six months. Bacas former second-in-command, **PAUL TANAKA,** was convicted of conspiracy to obstruct justice and obstruction of justice. The former undersheriffs **SENTENCING** is set for June 2

**View▶**

Unique Visitors:  5,952

1145.    **L.A. Watts Times** Online Only   Market: Los Angeles, CA

Jury convicts t...                                                                May 12 2016 10:00PM
PT

:06 Written by Danny J. Bakewell, Jr. May 05, 2016 By Danny J. Bakewell, Jr. Executive Editor A jury deliberated for over two weeks before returning with a **GUILTY** verdict on two men charged with fatally shooting Brotherhood Crusade Sports Founder Victor McClinton with an errant bullet intended for a rival gang member on Christmas Morning 2012. A Los Angeles Superior Court jury found Larry Darnell Bishop, and Jerron Donald Harris, **GUILTY** of first-degree murder in McClintons death. It was the second trial for the two men. The original trial which occurred last year was declared a mistrial. A special circumstances ruling that the crime was gang related and that the shots were part of a drive by shooting, was added to the murder in the first conviction. Harris was convicted of actually shooting McClinton though Bishop was found **GUILTY** of also firing a gun. The two men were also found **GUILTY** of one count of attempted murder. The special circumstances made both men potentially eligible for the death penalty, but prosecutors did not seek capital punishment. They are expected to be sentenced to life in prison without the possibility of parole. **SENTENCING** is scheduled for July 15. McClinton, a married father of two worked for the Los Angeles County Sheriffs Department and founded the Brotherhood Community Youth Sports League in Pasadena. Thousands of family members attended a candle light vigil as well as his funeral in January of 2013 including then **SHERIFF LEE BACA** who McClinton worked for. McClinton was walking a friend on Christmas morning to his car when the shooting occurred. This is not a day to celebrate this is a tragedy on all counts, said Danny J. Bakewell, Sr.

**View▶**

Unique Visitors:  2,078

1146.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
2 LA County sheriffs deputies go to federal prison for beating handcuffed  May 10 2016 10:00AM
inmate                                                                                   PT

The judge also said the deputies violated the public trust invested in them as deputies. The case is the latest in a series of cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. RELATED STORY: **PAUL TANAKA** is found **GUILTY** of corruption charges During the **SENTENCING** hearing, OConnell mentioned the **PLEA** agreement with former **SHERIFF LEE BACA** in which federal prosecutors have asked a judge to sentence Baca to no more than six months in prison in exchange for his **GUILTY PLEA** to one count. of lying to federal investigators. She said she found the disparity between the sentence prosecutors were seeking for the two deputies and the deal that Baca has received as troubling. Baca has not been sentenced and a judge could reject the deal. Prosecutors asked the judge to sentence the deputies to 21 to 27 months in prison, within federal **SENTENCING** guidelines. Aguiar and Ramirezs attorneys asked

that the men be sentenced to probation. When questioned by OConnell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were apples and oranges. She noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. He accepted responsibility, Williams said, noting Bacas agreement was very favorable. Aguiar, Williams said, had not shown remorse. RELATED STORY: Ex-LA **SHERIFF LEE BACA** pleads **GUILTY** in corruption case Aguiars attorney, Evan Jenness, who addressed the disparity in **SENTENCING** in court filings, accused prosecutors of playing politics. The convictions of Aguiar and Ramirez stem from a Feb. 11, 2009 incident, where prosecutors said the deputies punched and kicked Phillips, sprayed him with pepper spray and hit him with a flashlight and then lied about the incident in reports. Phillips hands were shackled to a waist-chain during the beating at Mens Central **JAIL.** The deputies lawyers insisted the force used was necessary. In **SENTENCING** Aguiar, OConnell noted the deputys relative youth at the time of the beating. He was 21 years old and had been a deputy for about a year. Aguiar addressed the court asking for leniency.

View▶

Unique Visitors:  162,557

1147.    **The Daily Breeze**  Newspaper   Market: Los Angeles, CA
              2 LA County sheriffs deputies go to federal prison for beating handcuffed   May 10 2016 02:02AM
              inmate                                                                                        PT

The judge also said the deputies violated the public trust invested in them as deputies. The case is the latest in a series of cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. RELATED STORY: **PAUL TANAKA** is found **GUILTY** of corruption charges During the **SENTENCING** hearing, OConnell mentioned the **PLEA** agreement with former **SHERIFF LEE BACA** in which federal prosecutors have asked a judge to sentence Baca to no more than six months in prison in exchange for his **GUILTY PLEA** to one count. of lying to federal investigators. She said she found the disparity between the sentence prosecutors were seeking for the two deputies and the deal that Baca has received as troubling. Baca has not been sentenced and a judge could reject the deal. Prosecutors asked the judge to sentence the deputies to 21 to 27 months in prison, within federal **SENTENCING** guidelines. Aguiar and Ramirezs attorneys asked that the men be sentenced to probation. When questioned by OConnell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were apples and oranges. She noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. He accepted responsibility, Williams said, noting Bacas agreement was very favorable. Aguiar, Williams said, had not shown remorse. RELATED STORY: Ex-LA **SHERIFF LEE BACA** pleads **GUILTY** in corruption case Aguiars attorney, Evan Jenness, who addressed the disparity in **SENTENCING** in court filings, accused prosecutors of playing politics. The convictions of Aguiar and Ramirez stem from a Feb. 11, 2009 incident, where prosecutors said the deputies punched and kicked Phillips, sprayed him with pepper spray and hit him with a flashlight and then lied about the incident in reports. Phillips hands were shackled to a waist-chain during the beating at Mens Central **JAIL.** The deputies lawyers insisted the force used was necessary. In **SENTENCING** Aguiar, OConnell noted the deputys relative youth at the time of the beating. He was 21 years old and had been a deputy for about a year. Aguiar addressed the court asking for leniency.

View▶

Unique Visitors:  195,867

1148.　**Inland Valley Daily Bulletin** Newspaper　Market: Los Angeles, CA

2 LA County sheriffs deputies go to federal prison for beating handcuffed inmate　　May 10 2016 01:51AM PT

The judge also said the deputies violated the public trust invested in them as deputies. The case is the latest in a series of cases brought by federal prosecutors as a result of a wide-ranging FBI probe into corruption and excessive use of force by deputies in the countys downtown jails. RELATED STORY: **PAUL TANAKA** is found **GUILTY** of corruption charges During the **SENTENCING** hearing, OConnell mentioned the **PLEA** agreement with former **SHERIFF LEE BACA** in which federal prosecutors have asked a judge to sentence Baca to no more than six months in prison in exchange for his **GUILTY PLEA** to one count. of lying to federal investigators. She said she found the disparity between the sentence prosecutors were seeking for the two deputies and the deal that Baca has received as troubling. Baca has not been sentenced and a judge could reject the deal. Prosecutors asked the judge to sentence the deputies to 21 to 27 months in prison, within federal **SENTENCING** guidelines. Aguiar and Ramirezs attorneys asked that the men be sentenced to probation. When questioned by OConnell about the difference in **SENTENCING** recommendations, Assistant U.S. Attorney Jennifer Williams said the cases were apples and oranges. She noted that Baca had turned himself in, admitted guilt and had not been accused of using excessive force himself. He accepted responsibility, Williams said, noting Bacas agreement was very favorable. Aguiar, Williams said, had not shown remorse. RELATED STORY: Ex-LA **SHERIFF LEE BACA** pleads **GUILTY** in corruption case Aguiars attorney, Evan Jenness, who addressed the disparity in **SENTENCING** in court filings, accused prosecutors of playing politics. The convictions of Aguiar and Ramirez stem from a Feb. 11, 2009 incident, where prosecutors said the deputies punched and kicked Phillips, sprayed him with pepper spray and hit him with a flashlight and then lied about the incident in reports. Phillips hands were shackled to a waist-chain during the beating at Mens Central **JAIL.** The deputies lawyers insisted the force used was necessary. In **SENTENCING** Aguiar, OConnell noted the deputys relative youth at the time of the beating. He was 21 years old and had been a deputy for about a year. Aguiar addressed the court asking for leniency.

View▶

Unique Visitors:　102,385

1149.　**Burbank Leader** Online Only　Market: Los Angeles, CA

L.A. County sheriff's deputies sentenced to federal prison in jail beating case　　May 9 2016 09:28PM PT

Two Los Angeles County sheriffs deputies were sentenced Monday to more than a year eachin federal prison for lying on reports they wrote about violently subduing a handcuffed **JAIL** inmate. Joey Aguiar was given 18 months and Mariano Ramirez 13 months after striking a deal with prosecutors that spared the men from being retried on an outstanding charge that they violated the inmate's civil rights by using excessive force. In handing down her decision, U.S. District Judge Beverly Reid OConnell said she believed the two deputies had, in fact, used excessive force, but ultimately showed them some leniency, noting the men had no prior criminal records. While **SENTENCING** guidelines suggested the men should receive about two years behind bars, O'Connell highlighted Ramierez's role as a father of two boys and the good he had made of his life despite a "significantly difficult upbringing." Aguiar, she said, was young and new to the jailing assignment when the incident occurred. and had otherwise led a law-abiding life. "But there has to be some sort of penalty when the wheels come off," O'Connell said. At several points during the proceedings, O'Connell noted the **PLEA** deal that the U.S. attorney's office recently reached with former L.A. County **SHERIFF LEE BACA** that allows him to serve no more than six months behind barsafter having pleaded **GUILTY** to lying to federal