authorities. In light of the tough sentence prosecutors were seeking for the two deputies for a similar charge, O'Connell described the agreement with Baca as "troubling." Baca has yet to be sentenced and the judge in his case could reject the deal. The prison sentences capped one of the few remaining cases in a string of prosecutions stemming from abuses and other misconduct in the network of county jails run by the L.A. County Sheriffs Department. The case dates back to a day in February 2009, when the two deputies were working in Mens Central **JAIL** on a floor that houses especially violent inmates or those thought to be in need of special protection. Aguiar and Ramirez acknowledged in internal department reports they wrote at the time that they used physical force to restrain an inmate, Bret Phillips, delivering repeated punches, striking him with a flashlight and pepper-spraying him in the face. The force was necessary to subdue Phillips, the deputies said. They wrote in their reports that Phillips, who suffers from schizophrenia and other mental illnesses, had attempted to headbutt Aguiar and continued to struggle after being pinned on the ground. At the deputies trial in February, prosecutors argued that the men had fabricated their account and Phillips had done nothing to justify the force. The prosecutors offered a different version of the beating based on testimony from Phillips and two witnesses, claiming the deputies grew angry and targeted Phillips after the inmate acted out in frustration at being left handcuffed in his cell for a prolonged period. Phillips could not have posed any serious threat to the deputies because his hands were shackled to a chain around his waist throughout the beating, prosecutors told jurors. In an odd, mixed-bag verdict, jurors acquitted the deputies of conspiring with each other to deprive Phillips of his civil rights and were hung on the question of whether they had used excessive force on the inmate, but found the deputies **GUILTY** of writing false reports about the incident. In an interview after the verdict, the jury forewoman said all but two jurors had favored convicting the deputies of violating Phillips' civil rights. Discrepancies between medical records that showed Phillips suffered minor injuries and dramatic accounts of a brutal beating from the prosecution's witnesses were troubling to the two jurors who refused to vote **GUILTY,** the jury forewoman said. Nonetheless, the jurors concluded that the reports Aguiar and Ramirez submitted about the violent encounter, which mirrored each other verbatim in several parts, did not accurately reflect what occurred, the forewoman said. After prosecutors signaled that they planned to retry the men on the excessive force charge, the two sides struck a deal that cleared the way for the deputies to be sent to prison. In exchange for the government dropping the unresolved charged, Aguiar and Ramirez gave up their right to appeal their convictions on. Crying, Ramirez pleaded with the judge to "allow me to be with my two sons. They need me and I need them." Jenness and Ramirez's attorney, Vicki Podberesky, requested the men be spared prison time and sentenced to probation. They emphasized the dangers deputies face interacting with inmates and the difficult challenge they face of maintaining order in the specialized unit of the where the beating occurred. As O'Connell announced her sentence for Aguiar, family members sobbed quietly in the court's gallery. Later, as she addressed Ramirez, she told him she saw his situation in life as different from Aguiar, indicating that was the reason for his shorter sentence.

View▶

Unique Visitors:  2,001

1150.    **Glendale News Press**  Newspaper   Market: Los Angeles, CA
L.A. County sheriff's deputies sentenced to federal prison in jail beating case    May 9 2016 09:28PM PT

Two Los Angeles County sheriffs deputies were sentenced Monday to more than a year each in federal prison for lying on reports they wrote about violently subduing a handcuffed **JAIL** inmate. Joey Aguiar was given 18 months and Mariano Ramirez 13 months after striking a deal

with prosecutors that spared the men from being retried on an outstanding charge that they violated the inmate's civil rights by using excessive force. In handing down her decision, U.S. District Judge Beverly Reid OConnell said she believed the two deputies had, in fact, used excessive force, but ultimately showed them some leniency, noting the men had no prior criminal records. While **SENTENCING** guidelines suggested the men should receive about two years behind bars, O'Connell highlighted Ramierez's role as a father of two boys and the good he had made of his life despite a "significantly difficult upbringing." Aguiar, she said, was young and new to the jailing assignment when the incident occurred. and had otherwise led a law-abiding life. "But there has to be some sort of penalty when the wheels come off," O'Connell said. At several points during the proceedings, O'Connell noted the **PLEA** deal that the U.S. attorney's office recently reached with former L.A. County **SHERIFF LEE BACA** that allows him to serve no more than six months behind barsafter having pleaded **GUILTY** to lying to federal authorities. In light of the tough sentence prosecutors were seeking for the two deputies for a similar charge, O'Connelldescribed the agreement with Baca as "troubling." Baca has yet to be sentenced and the judge in his case could reject the deal. The prison sentences cappedone of the few remaining cases in a string of prosecutions stemming from abuses and other misconduct in the network of county jails run by the L.A. County Sheriffs Department. The case dates back to a day in February 2009, when the two deputies were working in Mens Central **JAIL** on a floorthat housesespecially violent inmates or those thought to be in need of special protection. Aguiar and Ramirez acknowledged in internal department reports they wrote at the time that they used physical force to restrain an inmate, Bret Phillips, delivering repeated punches, striking him with a flashlight and pepper-spraying him in the face. The force was necessary to subdue Phillips, the deputies said. They wrote in their reports that Phillips, who suffers from schizophrenia and other mental illnesses, had attempted to headbutt Aguiar and continued to struggle after being pinned on the ground. At the deputies trial in February, prosecutors argued that the men had fabricated their account and Phillips had done nothing to justify the force. The prosecutors offered a different version of the beating based on testimony from Phillips and two witnesses, claiming the deputies grew angry and targeted Phillips after the inmate acted out in frustration at being left handcuffed in his cell for a prolonged period. Phillips could not have posed any serious threat to the deputies because his hands were shackled to a chain around his waist throughout the beating, prosecutors told jurors. In an odd, mixed-bag verdict, jurors acquitted the deputies of conspiring with each other to deprive Phillips of his civil rights and were hung on the question of whether they had used excessive force on the inmate, but found the deputies **GUILTY** of writing false reports about the incident. In an interview after the verdict, the jury forewoman saidall but two jurors had favored convicting the deputies of violating Phillips' civil rights. Discrepancies between medical records that showed Phillips suffered minor injuries and dramatic accounts of a brutal beating from the prosecution's witnesses were troubling to the two jurors who refused to vote **GUILTY,** the jury forewoman said. Nonetheless, the jurors concluded that the reports Aguiar and Ramirez submitted about the violent encounter, which mirrored each other verbatim in several parts, did not accurately reflect what occurred, the forewoman said. After prosecutors signaled that they planned to retry the men on the excessive force charge, the two sides struck a deal that cleared the way for the deputies to be sent to prison.In exchange for the government dropping the unresolved charged, Aguiar and Ramirezgave up their right to appeal their convictions on. Crying, Ramirez pleaded with the judge to "allow me to be with my two sons. They need me and I need them." Jenness and Ramirez's attorney, Vicki Podberesky, requested the men be spared prison time and sentenced to probation. They emphasized the dangers deputies face interacting with inmates and the difficult challengethey faceof maintaining order inthe specialized unit of the where the beating occurred. As O'Connell announced her sentence for

Aguiar, family members sobbed quietly in the court's gallery. Later, as she addressed Ramirez, she told him she saw his situation in life as different from Aguiar, indicating that was the reason for his shorter sentence.

View▶

Unique Visitors:  9,230

1151.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
         L.A. County sheriff's deputies sentenced to federal prison in jail beating          May 9 2016 09:28PM
         case                                                                                                PT

Two Los Angeles County sheriffs deputies were sentenced Monday to more than a year eachin federal prison for lying on reports they wrote about violently subduing a handcuffed **JAIL** inmate. Joey Aguiar was given 18 months and Mariano Ramirez 13 months after striking a deal with prosecutors that spared the men from being retried on an outstanding charge that they violated the inmate's civil rights by using excessive force. In handing down her decision, U.S. District Judge Beverly Reid OConnell said she believed the two deputies had, in fact, used excessive force, but ultimately showed them some leniency, noting the men had no prior criminal records. While **SENTENCING** guidelines suggested the men should receive about two years behind bars, O'Connell highlighted Ramierez's role as a father of two boys and the good he had made of his life despite a "significantly difficult upbringing." Aguiar, she said, was young and new to the jailing assignment when the incident occurred. and had otherwise led a law-abiding life. "But there has to be some sort of penalty when the wheels come off," O'Connell said. At several points during the proceedings, O'Connell noted the **PLEA** deal that the U.S. attorney's office recently reached with former L.A. County **SHERIFF LEE BACA** that allows him to serve no more than six months behind barsafter having pleaded **GUILTY** to lying to federal authorities. In light of the tough sentence prosecutors were seeking for the two deputies for a similar charge, O'Connelldescribed the agreement with Baca as "troubling." Baca has yet to be sentenced and the judge in his case could reject the deal. The prison sentences cappedone of the few remaining cases in a string of prosecutions stemming from abuses and other misconduct in the network of county jails run by the L.A. County Sheriffs Department. The case dates back to a day in February 2009, when the two deputies were working in Mens Central **JAIL** on a floorthat housesespecially violent inmates or those thought to be in need of special protection. Aguiar and Ramirez acknowledged in internal department reports they wrote at the time that they used physical force to restrain an inmate, Bret Phillips, delivering repeated punches, striking him with a flashlight and pepper-spraying him in the face. The force was necessary to subdue Phillips, the deputies said. They wrote in their reports that Phillips, who suffers from schizophrenia and other mental illnesses, had attempted to headbutt Aguiar and continued to struggle after being pinned on the ground. At the deputies trial in February, prosecutors argued that the men had fabricated their account and Phillips had done nothing to justify the force. The prosecutors offered a different version of the beating based on testimony from Phillips and two witnesses, claiming the deputies grew angry and targeted Phillips after the inmate acted out in frustration at being left handcuffed in his cell for a prolonged period. Phillips could not have posed any serious threat to the deputies because his hands were shackled to a chain around his waist throughout the beating, prosecutors told jurors. In an odd, mixed-bag verdict, jurors acquitted the deputies of conspiring with each other to deprive Phillips of his civil rights and were hung on the question of whether they had used excessive force on the inmate, but found the deputies **GUILTY** of writing false reports about the incident. In an interview after the verdict, the jury forewoman saidall but two jurors had favored convicting the deputies of violating Phillips' civil rights. Discrepancies between medical records that showed Phillips suffered minor injuries and dramatic accounts of a brutal beating from the

prosecution's witnesses were troubling to the two jurors who refused to vote **GUILTY,** the jury forewoman said. Nonetheless, the jurors concluded that the reports Aguiar and Ramirez submitted about the violent encounter, which mirrored each other verbatim in several parts, did not accurately reflect what occurred, the forewoman said. After prosecutors signaled that they planned to retry the men on the excessive force charge, the two sides struck a deal that cleared the way for the deputies to be sent to prison.In exchange for the government dropping the unresolved charged, Aguiar and Ramirezgave up their right to appeal their convictions on. Crying, Ramirez pleaded with the judge to "allow me to be with my two sons. They need me and I need them." Jenness and Ramirez's attorney, Vicki Podberesky, requested the men be spared prison time and sentenced to probation. They emphasized the dangers deputies face interacting with inmates and the difficult challengethey faceof maintaining order inthe specialized unit of the where the beating occurred. As O'Connell announced her sentence for Aguiar, family members sobbed quietly in the court's gallery. Later, as she addressed Ramirez, she told him she saw his situation in life as different from Aguiar, indicating that was the reason for his shorter sentence.

View▶

Unique Visitors:  3,094

1152.    **Laguna Beach Coastline Pilot**   Newspaper   Market: Los Angeles, CA
     **L.A. County sheriff's deputies sentenced to federal prison in jail beating case**     May 9 2016 09:28PM PT

Two Los Angeles County sheriffs deputies were sentenced Monday to more than a year eachin federal prison for lying on reports they wrote about violently subduing a handcuffed **JAIL** inmate. Joey Aguiar was given 18 months and Mariano Ramirez 13 months after striking a deal with prosecutors that spared the men from being retried on an outstanding charge that they violated the inmate's civil rights by using excessive force. In handing down her decision, U.S. District Judge Beverly Reid OConnell said she believed the two deputies had, in fact, used excessive force, but ultimately showed them some leniency, noting the men had no prior criminal records. While **SENTENCING** guidelines suggested the men should receive about two years behind bars, O'Connell highlighted Ramierez's role as a father of two boys and the good he had made of his life despite a "significantly difficult upbringing." Aguiar, she said, was young and new to the jailing assignment when the incident occurred. and had otherwise led a law-abiding life. "But there has to be some sort of penalty when the wheels come off," O'Connell said. At several points during the proceedings, O'Connell noted the **PLEA** deal that the U.S. attorney's office recently reached with former L.A. County **SHERIFF LEE BACA** that allows him to serve no more than six months behind barsafter having pleaded **GUILTY** to lying to federal authorities. In light of the tough sentence prosecutors were seeking for the two deputies for a similar charge, O'Connelldescribed the agreement with Baca as "troubling." Baca has yet to be sentenced and the judge in his case could reject the deal. The prison sentences cappedone of the few remaining cases in a string of prosecutions stemming from abuses and other misconduct in the network of county jails run by the L.A. County Sheriffs Department. The case dates back to a day in February 2009, when the two deputies were working in Mens Central **JAIL** on a floorthat housesespecially violent inmates or those thought to be in need of special protection. Aguiar and Ramirez acknowledged in internal department reports they wrote at the time that they used physical force to restrain an inmate, Bret Phillips, delivering repeated punches, striking him with a flashlight and pepper-spraying him in the face. The force was necessary to subdue Phillips, the deputies said. They wrote in their reports that Phillips, who suffers from schizophrenia and other mental illnesses, had attempted to headbutt Aguiar and continued to struggle after being pinned on the ground. At the deputies trial in February,

prosecutors argued that the men had fabricated their account and Phillips had done nothing to justify the force. The prosecutors offered a different version of the beating based on testimony from Phillips and two witnesses, claiming the deputies grew angry and targeted Phillips after the inmate acted out in frustration at being left handcuffed in his cell for a prolonged period. Phillips could not have posed any serious threat to the deputies because his hands were shackled to a chain around his waist throughout the beating, prosecutors told jurors. In an odd, mixed-bag verdict, jurors acquitted the deputies of conspiring with each other to deprive Phillips of his civil rights and were hung on the question of whether they had used excessive force on the inmate, but found the deputies **GUILTY** of writing false reports about the incident. In an interview after the verdict, the jury forewoman saidall but two jurors had favored convicting the deputies of violating Phillips' civil rights. Discrepancies between medical records that showed Phillips suffered minor injuries and dramatic accounts of a brutal beating from the prosecution's witnesses were troubling to the two jurors who refused to vote **GUILTY,** the jury forewoman said. Nonetheless, the jurors concluded that the reports Aguiar and Ramirez submitted about the violent encounter, which mirrored each other verbatim in several parts, did not accurately reflect what occurred, the forewoman said. After prosecutors signaled that they planned to retry the men on the excessive force charge, the two sides struck a deal that cleared the way for the deputies to be sent to prison.In exchange for the government dropping the unresolved charged, Aguiar and Ramirezgave up their right to appeal their convictions on. Crying, Ramirez pleaded with the judge to "allow me to be with my two sons. They need me and I need them." Jenness and Ramirez's attorney, Vicki Podberesky, requested the men be spared prison time and sentenced to probation. They emphasized the dangers deputies face interacting with inmates and the difficult challengethey faceof maintaining order inthe specialized unit of the where the beating occurred. As O'Connell announced her sentence for Aguiar, family members sobbed quietly in the court's gallery. Later, as she addressed Ramirez, she told him she saw his situation in life as different from Aguiar, indicating that was the reason for his shorter sentence.

View▶

Unique Visitors:  3,193

1153.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
         L.A. County sheriff's deputies sentenced to federal prison in jail beating        May 9 2016 09:28PM
         case                                                                                            PT

Two Los Angeles County sheriffs deputies were sentenced Monday to more than a year eachin federal prison for lying on reports they wrote about violently subduing a handcuffed **JAIL** inmate. Joey Aguiar was given 18 months and Mariano Ramirez 13 months after striking a deal with prosecutors that spared the men from being retried on an outstanding charge that they violated the inmate's civil rights by using excessive force. In handing down her decision, U.S. District Judge Beverly Reid OConnell said she believed the two deputies had, in fact, used excessive force, but ultimately showed them some leniency, noting the men had no prior criminal records. While **SENTENCING** guidelines suggested the men should receive about two years behind bars, O'Connell highlighted Ramierez's role as a father of two boys and the good he had made of his life despite a "significantly difficult upbringing." Aguiar, she said, was young and new to the jailing assignment when the incident occurred. and had otherwise led a law-abiding life. "But there has to be some sort of penalty when the wheels come off," O'Connell said. At several points during the proceedings, O'Connell noted the **PLEA** deal that the U.S. attorney's office recently reached with former L.A. County **SHERIFF LEE BACA** that allows him

to serve no more than six months behind bars after having pleaded **GUILTY** to lying to federal authorities. In light of the tough sentence prosecutors were seeking for the two deputies for a similar charge, O'Connelldescribed the agreement with Baca as "troubling." Baca has yet to be sentenced and the judge in his case could reject the deal. The prison sentences cappedone of the few remaining cases in a string of prosecutions stemming from abuses and other misconduct in the network of county jails run by the L.A. County Sheriffs Department. The case dates back to a day in February 2009, when the two deputies were working in Mens Central **JAIL** on a floorthat housesespecially violent inmates or those thought to be in need of special protection. Aguiar and Ramirez acknowledged in internal department reports they wrote at the time that they used physical force to restrain an inmate, Bret Phillips, delivering repeated punches, striking him with a flashlight and pepper-spraying him in the face. The force was necessary to subdue Phillips, the deputies said. They wrote in their reports that Phillips, who suffers from schizophrenia and other mental illnesses, had attempted to headbutt Aguiar and continued to struggle after being pinned on the ground. At the deputies trial in February, prosecutors argued that the men had fabricated their account and Phillips had done nothing to justify the force. The prosecutors offered a different version of the beating based on testimony from Phillips and two witnesses, claiming the deputies grew angry and targeted Phillips after the inmate acted out in frustration at being left handcuffed in his cell for a prolonged period. Phillips could not have posed any serious threat to the deputies because his hands were shackled to a chain around his waist throughout the beating, prosecutors told jurors. In an odd, mixed-bag verdict, jurors acquitted the deputies of conspiring with each other to deprive Phillips of his civil rights and were hung on the question of whether they had used excessive force on the inmate, but found the deputies **GUILTY** of writing false reports about the incident. In an interview after the verdict, the jury forewoman saidall but two jurors had favored convicting the deputies of violating Phillips' civil rights. Discrepancies between medical records that showed Phillips suffered minor injuries and dramatic accounts of a brutal beating from the prosecution's witnesses were troubling to the two jurors who refused to vote **GUILTY,** the jury forewoman said. Nonetheless, the jurors concluded that the reports Aguiar and Ramirez submitted about the violent encounter, which mirrored each other verbatim in several parts, did not accurately reflect what occurred, the forewoman said. After prosecutors signaled that they planned to retry the men on the excessive force charge, the two sides struck a deal that cleared the way for the deputies to be sent to prison.In exchange for the government dropping the unresolved charged, Aguiar and Ramirezgave up their right to appeal their convictions on. Crying, Ramirez pleaded with the judge to "allow me to be with my two sons. They need me and I need them." Jenness and Ramirez's attorney, Vicki Podberesky, requested the men be spared prison time and sentenced to probation. They emphasized the dangers deputies face interacting with inmates and the difficult challengethey faceof maintaining order inthe specialized unit of the where the beating occurred. As O'Connell announced her sentence for Aguiar, family members sobbed quietly in the court's gallery. Later, as she addressed Ramirez, she told him she saw his situation in life as different from Aguiar, indicating that was the reason for his shorter sentence. Two Los Angeles County sheriffs deputies were sentenced Monday to more than a year eachin federal prison for lying on reports they wrote about violently subduinga handcuffed inmate. Joey Aguiar was given 18 months and Mariano Ramirez 13 months after striking a deal with prosecutors that spared the men from being retried on an outstanding charge that they violated the inmate's civil rights by using excessive force. In handing down her decision, U.S. District Judge Beverly Reid OConnell said she believed the two deputies had, in fact, used excessive force, but ultimately showed them some leniency, noting the men had no prior criminal records. While **SHERIFF LEE BACA** to lying to federal authorities. In light of the tough sentence prosecutors were seeking for the two deputies for a similar

charge, O'Connelldescribed the agreement with Baca as "troubling." Baca has yet to be sentenced and the judge in his case could reject the deal. 2 sheriff's deputies in abuse case won't be retried on excessive force charges Joel Rubin Two Los Angeles County sheriffs deputies struck a deal Tuesday with federal prosecutors that spares them a second trial on charges related to their beating of a handcuffed JAIL inmate, but cements convictions they lied about. the violent encounter.The deal would clear the way for the deputies to. Two Los Angeles County sheriffs deputies struck a deal Tuesday with federal prosecutors that spares them a second trial on charges related to their beating of a handcuffed JAIL inmate, but cements convictions they lied about the violent encounter.The deal would clear the way for the deputies to.(Joel Rubin) The prison sentences cappedone of the few remaining cases in a string of prosecutions stemming from abuses and other misconduct in the network of county jails run by the L.A. County Sheriffs Department. The case dates back to a day in February 2009, when the two deputies were working in Mens Central JAIL on a floorthat housesespecially violent inmates or those thought to be in need of special protection. Aguiar and Ramirez acknowledged in internal department reports they wrote at the time that they used physical force to restrain an inmate, Bret Phillips, delivering repeated punches, striking him with a flashlight and pepper-spraying him in the face. L.A. County JAIL system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang.Read more stories The force was necessary to subdue Phillips, the deputies said. They wrote in their reports that Phillips, who suffers from schizophrenia and other mental illnesses, had attempted to headbutt Aguiar and continued to struggle after being pinned on the ground. At the deputies trial in February, prosecutors argued that the men had fabricated their account and Phillips had done nothing to justify the force. The prosecutors offered a different version of the beating based on testimony from Phillips and two witnesses, claiming the deputies grew angry and targeted Phillips after the inmate acted out in frustration at being left handcuffed in his cell for a prolonged period. Phillips could not have posed any serious threat to the deputies because his hands were shackled to a chain around his waist throughout the beating, prosecutors told jurors. In an odd, mixed-bag verdict, jurors acquitted the deputies of conspiring with each other to deprive Phillips of his civil rights and were hung on the question of whether they had used excessive force on the inmate, but found the deputies GUILTY of writing false reports about the incident. In an interview after the verdict, the jury forewoman saidall but two jurors had favored convicting the deputies of violating Phillips' civil rights. Discrepancies between medical records that showed Phillips suffered minor injuries and dramatic accounts of a brutal beating from the prosecution's witnesses were troubling to the two jurors who refused to vote GUILTY, the jury forewoman said. Nonetheless, the jurors concluded that the reports Aguiar and Ramirez submitted about the violent encounter, which mirrored each other verbatim in several parts, did not accurately reflect what occurred, the forewoman said. After prosecutors signaled that they planned to retry the men on the excessive force charge, the two sides struck a deal that cleared the way for the deputies to be sent to prison.In exchange for the government dropping the unresolved charged, Aguiar and Ramirezgave up their right to appeal their convictions on. Crying, Ramirez pleaded with the judge to "allow me to be with my two sons. They need me and I need them." Jenness and Ramirez's attorney, Vicki Podberesky, requested the men be spared prison time and sentenced to probation. They emphasized the dangers deputies face interacting with inmates and the difficult challengethey faceof maintaining order inthe specialized unit of the where the beating occurred. As O'Connell announced her sentence for Aguiar, family members sobbed quietly in the court's gallery. Later, as she addressed Ramirez,

she told him she saw his situation in life as different from Aguiar, indicating that was the reason for his shorter sentence.

View▶

Unique Visitors: 19,103,177

1154.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 PM

May 9 2016 05:00PM PT

[5:00:31 PM] [0:27]  All of that happening between April 2014 and march of this year. Take a look at the video from inside. The 41-year-old, blocked by his lawyer, pleading not **GUILTY** to all the charges, including sexual assault of a minor, sodomy of a minor, and overall population of a minor. 10 felonies in all. According to a statement, he was a non-sworn employee and did not come to contact through work there.

[5:04:15 PM] [0:58]  Do you want to tell me what happened? Reporter: obtained by eyewitness news, this is **JAIL** a video **JAIL** video of inmate brett phillips following a clash with deputies while he was in restraints. They ran to me into the wall. Reporter: federal jurors who reviewed phillips account were hung on whether force used by deputies mariano ramirez and Joey aguiar was excessive, or if phillips with a history of violence and mental illness had first tried to hurt aguiar. You have no idea what it as, maybe you turned, maybe you were reporter: I was resisting, he says. Yet on to other felonies, the jury was clear, finding the two deputies lied in their reports about what happened. Today, drama. Judge Beverly Reid o'connell first excoriating the prosecutors for delaying paperwork which the judge said she needed for today's **SENTENCING.** "Shocking, appalling, " says the judge. She also questioned a disparity in the sentences requested by federal prosecutors. In the deputies case, 27 months. Yet in a separate case for former **SHERIFF LEE BACA,** far less.

Nielsen Audience: 181,829

1155.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 4 PM

May 9 2016 04:00PM PT

[4:50:04 PM] [0:20]  We are tracking the severe weather. Two deputies are sentenced to federal prison. Why did the judge bring up former sheriff Lee bock as he was deciding the fate **LEE BACA** as he was deciding the fate of the deputies?

Nielsen Audience: 148,602

1156.  **Burbank Leader** Online Only   Market: Los Angeles, CA
Sheriff Jim McDonnell and Muslim leaders announce a partnership in wake of racis

May 5 2016 01:00PM PT

The Sheriffs Department has long cultivated relationships with Muslim communities. After the Sept. 11 terrorist attacks, then- **SHERIFF LEE BACA** reached out to Muslim leaders to express his support for them, recalled Haroon Manjlai, a spokesman for the greater Los Angeles chapter of the Council on American-Islamic Relations. Those strong ties were threatened by the emails, which Angel sent from his work account during his time at the Burbank Police Department in 2012 and 2013. Four of the emails contained strings of jokes that Angel received and then forwarded.

View▶

Unique Visitors: 2,001

1157.   **Glendale News Press** Newspaper  Market: Los Angeles, CA
Sheriff Jim McDonnell and Muslim leaders announce a partnership in
wake of racis                                                                                                    May 5 2016 01:00PM
PT

The Sheriffs Department has long cultivated relationships with Muslim communities. After the
Sept. 11 terrorist attacks, then- **SHERIFF LEE BACA** reached out to Muslim leaders to express
his support for them, recalled Haroon Manjlai, a spokesman for the greater Los Angeles
chapter of the Council on American-Islamic Relations. Those strong ties were threatened by the
emails, which Angel sent from his work account during his time at the Burbank Police
Department in 2012 and 2013. Four of the emails contained strings of jokes that Angel
received and then forwarded.

View▶

Unique Visitors:  9,230

1158.  **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA
Sheriff Jim McDonnell and Muslim leaders announce a partnership in
wake of racis                                                                                                    May 5 2016 01:00PM
PT

The Sheriffs Department has long cultivated relationships with Muslim communities. After the
Sept. 11 terrorist attacks, then- **SHERIFF LEE BACA** reached out to Muslim leaders to express
his support for them, recalled Haroon Manjlai, a spokesman for the greater Los Angeles
chapter of the Council on American-Islamic Relations. Those strong ties were threatened by the
emails, which Angel sent from his work account during his time at the Burbank Police
Department in 2012 and 2013. Four of the emails contained strings of jokes that Angel
received and then forwarded.

View▶

Unique Visitors:  3,094

1159.  **Laguna Beach Coastline Pilot** Newspaper  Market: Los Angeles, CA
Sheriff Jim McDonnell and Muslim leaders announce a partnership in
wake of racis                                                                                                    May 5 2016 01:00PM
PT

The Sheriffs Department has long cultivated relationships with Muslim communities. After the
Sept. 11 terrorist attacks, then- **SHERIFF LEE BACA** reached out to Muslim leaders to express
his support for them, recalled Haroon Manjlai, a spokesman for the greater Los Angeles
chapter of the Council on American-Islamic Relations. Those strong ties were threatened by the
emails, which Angel sent from his work account during his time at the Burbank Police
Department in 2012 and 2013. Four of the emails contained strings of jokes that Angel
received and then forwarded.

View▶

Unique Visitors:  3,193

1160.  **The Daily Breeze** Newspaper  Market: Los Angeles, CA
Why did canning official for emails take so long, Sheriff McDonnell?                                             May 4 2016 10:12PM
PT

It was Sunday before the department announced Angel had submitted his resignation and
McDonnell had accepted it. Now whos disappointed? Only everybody who has seen
McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE**

**BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 195,867

1161.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Why did canning official for emails take so long, Sheriff McDonnell?

May 4 2016 09:11PM PT

It was Sunday before the department announced Angel had submitted his resignation and McDonnell had accepted it. Now whos disappointed? Only everybody who has seen McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 119,270

1162.  **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Why did canning official for emails take so long, Sheriff McDonnell?

May 4 2016 09:11PM PT

It was Sunday before the department announced Angel had submitted his resignation and McDonnell had accepted it. Now whos disappointed? Only everybody who has seen McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess

left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 47,505

---

1163.    **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

Why did canning official for emails take so long, Sheriff McDonnell?

May 4 2016 09:11PM PT

It was Sunday before the department announced Angel had submitted his resignation and McDonnell had accepted it. Now whos disappointed? Only everybody who has seen McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 102,385

---

1164.    **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA

Why did canning official for emails take so long, Sheriff McDonnell?

May 4 2016 09:11PM PT

It was Sunday before the department announced Angel had submitted his resignation and McDonnell had accepted it. Now whos disappointed? Only everybody who has seen McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 141,428

---

1165.    **Los Angeles Daily News**   Newspaper   Market: Los Angeles, CA

May 4 2016 09:11PM

Media Coverage Report

Why did canning official for emails take so long, Sheriff McDonnell?          PT

It was Sunday before the department announced Angel had submitted his resignation and McDonnell had accepted it. Now whos disappointed? Only everybody who has seen McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 659,287

1166.  **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Why did canning official for emails take so long, Sheriff McDonnell?      May 4 2016 09:11PM PT

It was Sunday before the department announced Angel had submitted his resignation and McDonnell had accepted it. Now whos disappointed? Only everybody who has seen McDonnell as an effective antidote to the corruption that grew under former **SHERIFF LEE BACA.** The good news is that McDonnell finally did recognize that Angel had to go, and the sheriff used the occasion of Angels resignation to announce that he would turn this situation into a learning opportunity for all LASD personnel, emphasize ethnic sensitivity and professionalism, and hold meetings with county groups to discuss. tolerance. The bad news is that McDonnell didnt seem to recognize the severity of the problem until pressure from Muslim and minority leaders built up. McDonnells first big mistake shouldnt set back his work. The former Los Angeles Police Department second-in-command and Long Beach police chief who was elected in November 2014 has been making good progress in cleaning up the mess left behind by Baca, former Undersheriff **PAUL TANAKA** and others who have pleaded or been found **GUILTY** in connection with jailhouse corruption. But he has a lot of work left to do. Too much to add to his troubles with a controversy that is partly of his own creation.

View▶

Unique Visitors: 162,557

1167.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Prosecutors: No plans to review cases involving ousted LA sheriffs official      May 3 2016 05:26AM PT

In San Francisco, a series of racist and homophobic text messages between police officers in a colleagues case reportedly prompted prosecutors and defense attorneys to review as many as 1,000 criminal convictions for potential bias. In Florida, the state attorneys office reviewed more than 150 criminal cases involving black suspects after two high-ranking Miami Beach officers were found to have sent racist emails. RELATED STORY: **PAUL TANAKA** admits he has tattoo associated with violent deputy gang The L.A. County District Attorneys Office checked its

records and found Angel has not been a witness in any cases since he sent the controversial emails, DA spokeswoman Jane Robison said. The office hasnt received any requests to review cases and didnt have any plans to do so. Theres nothing further for us to look at, Robison said. But some experts argue it would be prudent to have some type of review. If I wanted to protect the integrity of the convictions I had, Im going to review cases in which this person had involvement, said Delores Jones-Brown, a former prosecutor and founding director of the John Jay College Center on Race, Crime and Justice in New York. RELATED STORY: Ex-LA **SHERIFF LEE BACA** pleads **GUILTY** in corruption case Considering that Angel spent more than 30 years at the Sheriffs Department before his five-year stint in Burbank, the list of cases would be long. Investigators could prioritize cases in which someone was incarcerated and received a long prison or **JAIL** sentence, Jones-Brown explained. It could become a pretty daunting exercise, she said. There would have to be an assessment of what could be gained from an investigation.

View▶

Unique Visitors:  195,867

1168.  **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Prosecutors: No plans to review cases involving ousted LA sheriffs official

May 3 2016 05:11AM PT

In San Francisco, a series of racist and homophobic text messages between police officers in a colleagues case reportedly prompted prosecutors and defense attorneys to review as many as 1,000 criminal convictions for potential bias. In Florida, the state attorneys office reviewed more than 150 criminal cases involving black suspects after two high-ranking Miami Beach officers were found to have sent racist emails. RELATED STORY: **PAUL TANAKA** admits he has tattoo associated with violent deputy gang The L.A. County District Attorneys Office checked its records and found Angel has not been a witness in any cases since he sent the controversial emails, DA spokeswoman Jane Robison said. The office hasnt received any requests to review cases and didnt have any plans to do so. Theres nothing further for us to look at, Robison said. But some experts argue it would be prudent to have some type of review. If I wanted to protect the integrity of the convictions I had, Im going to review cases in which this person had involvement, said Delores Jones-Brown, a former prosecutor and founding director of the John Jay College Center on Race, Crime and Justice in New York. RELATED STORY: Ex-LA **SHERIFF LEE BACA** pleads **GUILTY** in corruption case Considering that Angel spent more than 30 years at the Sheriffs Department before his five-year stint in Burbank, the list of cases would be long. Investigators could prioritize cases in which someone was incarcerated and received a long prison or **JAIL** sentence, Jones-Brown explained. It could become a pretty daunting exercise, she said. There would have to be an assessment of what could be gained from an investigation.

View▶

Unique Visitors:  102,385

1169.  **KTTV-TV [FOX 11] / KCOP-TV [MY 13]**  Television   Market: Los Angeles, CA

LA County sheriff official Tom Angel resigns over insensitive emails

May 2 2016 01:57PM PT

"The law enforcement profession must and can demand the highest standards of professionalism, fairness and constitutional policing individually and collectively from its personnel," McConnell said. "We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously." On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former

Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Copyright 2016 FOX 11 Los Angeles: Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter and YouTube. Be a citizen journalist for FOX 11 and get paid download the Fresco News App today.

View▶

Unique Visitors: 6,491

1170.    **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA

L.A. County Sheriff's Official Resigns Over Racist Emails

May 2 2016 09:40AM PT

"We must move forward and strive for a law enforcement work culture that values diversity and promotes tolerance." Angel's resignation comes on the same day that the Greater Los Angeles office of the Council on American-Islamic Relations called for him to exit the department, involuntarily if necessary. "Describing these bigoted emails as 'jokes' does not excuse their content or explain why a high-rankling member of law enforcement holds such negative views of the very community he is sworn to serve and protect," according to a statement from Haroon Manjlai, public affairs coordinator for CAIR-LA. "Such biased views may have impacted his ability to carry out his duties in the past." On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse; he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Copyright City News Service Published 5 minutes ago Copyright City News Service

View▶

Unique Visitors: 1,238,999

1171.    **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA

LA Sheriff's Official Resi...

May 2 2016 02:03AM PT

"We must move forward and strive for a law enforcement work culture that values diversity and promotes tolerance." Angel's resignation comes on the same day that the Greater Los Angeles office of the Council on American-Islamic Relations called for him to exit the department, involuntarily if necessary. "Describing these bigoted emails as 'jokes' does not excuse their content or explain why a high-rankling member of law enforcement holds such negative views of the very community he is sworn to serve and protect," according to a statement from Haroon Manjlai, public affairs coordinator for CAIR-LA. "Such biased views may have impacted his ability to carry out his duties in the past." On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse; he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Copyright City News Service Published 52 minutes ago Copyright City News Service

View▶

Unique Visitors: 1,238,999

1172.    **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA

LA Sheriff's Official Resigns Over Controversial Emails

May 2 2016 01:10AM PT

"We must move forward and strive for a law enforcement work culture that values diversity

and promotes tolerance." Angel's resignation comes on the same day that the Greater Los Angeles office of the Council on American-Islamic Relations called for him to exit the department, involuntarily if necessary. "Describing these bigoted emails as 'jokes' does not excuse their content or explain why a high-rankling member of law enforcement holds such negative views of the very community he is sworn to serve and protect," according to a statement from Haroon Manjlai, public affairs coordinator for CAIR-LA. "Such biased views may have impacted his ability to carry out his duties in the past." On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse; he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Copyright City News Service Published 3 minutes ago Copyright City News Service

View▶

Unique Visitors: 1,238,999

1173.    **The Daily Breeze**   Newspaper   Market: Los Angeles, CA

LA Sheriffs official resigns over racially-insensitive emails     May 1 2016 08:38PM PT

We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously. On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Advertisement

View▶

Unique Visitors: 195,867

1174.    **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA

LA Sheriff's Official Resigns Amid Controversial Emails     May 1 2016 08:38PM PT

"The law enforcement profession must and can demand the highest standards of professionalism, fairness and constitutional policing individually and collectively from its personnel," McConnell said. "We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously." Southern California Images in the News On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Copyright City News Service Published 1 minute ago

View▶

Unique Visitors: 1,238,999

1175.    **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA

LA Sheriff's official resigns over racially-insensitive emails     May 1 2016 08:28PM PT

We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously. On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials

investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Advertisement

View▶

Unique Visitors:  141,428

1176.    **San Gabriel Valley Tribune**  Newspaper    Market: Los Angeles, CA

LA Sheriff's official resigns over racially-insensitive emails

May 1 2016 08:28PM PT

We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously. On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Advertisement

View▶

Unique Visitors:  162,557

1177.    **Whittier Daily News**  Newspaper    Market: Los Angeles, CA

LA Sheriff's official resigns over racially-insensitive emails

May 1 2016 08:16PM PT

We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously. On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Advertisement

View▶

Unique Visitors:  47,505

1178.    **Pasadena Star-News**  Newspaper    Market: Los Angeles, CA

LA Sheriff's official resigns over racially-insensitive emails

May 1 2016 08:16PM PT

We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously. On February 10, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Advertisement

View▶

Unique Visitors:  119,270

1179.    **Los Angeles Daily News**  Newspaper    Market: Los Angeles, CA

LA Sheriff's official resigns over racially-insensitive emails

May 1 2016 08:16PM PT

We are only as effective as the relationships, credibility and trust we have with our community; this is a fundamental point that I and LASD personnel take very seriously. On February 10,