former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal Justice Department officials investigating **JAIL** abuse, he awaits **SENTENCING.** On April 6, former Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice for similar crimes. Advertisement

View▶

Unique Visitors: 659,287

1180. **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Prosecutor: deputy used force to rule LA County jail

Apr 29 2016 12:59AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray,

who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors: 197,687

1181.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

**Prosecutor: deputy used force to rule LA County jail**

Apr 29 2016 12:20AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Media Coverage Report

Unique Visitors:  95,163

1182.    **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Prosecutor: deputy used force to rule LA County jail

Apr 29 2016 12:20AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors:  148,114

1183. **Whittier Daily News** Newspaper    Market: Los Angeles, CA

Prosecutor: deputy used force to rule LA County jail

Apr 29 2016 12:20AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors:  47,665

1184. **Long Beach Press-Telegram** Newspaper    Market: Los Angeles, CA

Prosecutor: deputy used force to rule LA County jail

Apr 29 2016 12:19AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View ▶

Unique Visitors:  119,548

1185.    **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

**Prosecutor: deputy used force to rule LA County jail**                    Apr 29 2016 12:19AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine

Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors:  100,896

1186.  **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Prosecutor: deputy used force to rule LA County jail

Apr 29 2016 12:17AM PT

A county prosecutor Tuesday described a Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has

Media Coverage Report

pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors: 822,671

---

1187.     **Burbank Leader** Online Only    Market: Los Angeles, CA

Top aide's emails pose a sensitive test for L.A. Sheriff Jim McDonnell    Apr 28 2016 09:42PM PT

But McDonnell has said he has no immediate plans to discipline his aidebecause the emails predate Angels current employment with the Sheriffs Department.Angel sent the emails from his work account in 2012 and 2013 when he was the No. 2 police official in Burbank, brought in to reform an agency reeling from allegations of police brutality as well as racism and sexual harassment within its ranks. The emails have drawn fire from community leaders, including Muslim Americans, who were carefully cultivated by the previous **SHERIFF, LEE BACA.** Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to

see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done, is not enough. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups.

View▶

Unique Visitors:  2,958

1188.  **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Top aide's emails pose a sensitive test for L.A. Sheriff Jim McDonnell

Apr 28 2016 09:42PM PT

But McDonnell has said he has no immediate plans to discipline his aidebecause the emails predate Angels current employment with the Sheriffs Department.Angel sent the emails from his work account in 2012 and 2013 when he was the No. 2 police official in Burbank, brought in to reform an agency reeling from allegations of police brutality as well as racism and sexual harassment within its ranks. The emails have drawn fire from community leaders, including Muslim Americans, who were carefully cultivated by the previous **SHERIFF, LEE BACA.** Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done, is not enough. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups.

View▶

Unique Visitors:  6,841

1189.  **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Top aide's emails pose a sensitive test for L.A. Sheriff Jim McDonnell

Apr 28 2016 09:42PM PT

But McDonnell has said he has no immediate plans to discipline his aidebecause the emails predate Angels current employment with the Sheriffs Department.Angel sent the emails from his work account in 2012 and 2013 when he was the No. 2 police official in Burbank, brought in

to reform an agency reeling from allegations of police brutality as well as racism and sexual harassment within its ranks. The emails have drawn fire from community leaders, including Muslim Americans, who were carefully cultivated by the previous **SHERIFF, LEE BACA.** Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done, is not enough. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups.

View▶

Unique Visitors:  1,773

1190.    **Laguna Beach Coastline Pilot** Newspaper    Market: Los Angeles, CA

Top aide's emails pose a sensitive test for L.A. Sheriff Jim McDonnell

Apr 28 2016 09:42PM PT

But McDonnell has said he has no immediate plans to discipline his aidebecause the emails predate Angels current employment with the Sheriffs Department.Angel sent the emails from his work account in 2012 and 2013 when he was the No. 2 police official in Burbank, brought in to reform an agency reeling from allegations of police brutality as well as racism and sexual harassment within its ranks. The emails have drawn fire from community leaders, including Muslim Americans, who were carefully cultivated by the previous **SHERIFF, LEE BACA.** Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done, is not enough. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups.

View▶

Unique Visitors:  1,367

1191.  **Los Angeles Times**  Newspaper  Market: Los Angeles, CA

Offensive emails from a top official put L.A. County Sheriff Jim McDonnell on th  　Apr 28 2016 09:42PM PT

But McDonnell has said he has no immediate plans to discipline his aidebecause the emails predate Angels current employment with the Sheriffs Department.Angel sent the emails from his work account in 2012 and 2013 when he was the No. 2 police official in Burbank, brought in to reform an agency reeling from allegations of police brutality as well as racism and sexual harassment within its ranks. The emails have drawn fire from community leaders, including Muslim Americans, who were carefully cultivated by the previous **SHERIFF, LEE BACA.** Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done, is not enough. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups. Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Emails sent by Tom Angel with derogatory stereotypes of Muslims, Latinos, blacks and othersOpen link Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups.

View▶

Unique Visitors:  19,777,332

1192.  **Los Angeles Times**  Newspaper  Market: Los Angeles, CA

Top aide's emails pose a sensitive test for L.A. Sheriff Jim McDonnell  　Apr 28 2016 09:42PM PT

But McDonnell has said he has no immediate plans to discipline his aidebecause the emails predate Angels current employment with the Sheriffs Department.Angel sent the emails from his work account in 2012 and 2013 when he was the No. 2 police official in Burbank, brought in

to reform an agency reeling from allegations of police brutality as well as racism and sexual harassment within its ranks. The emails have drawn fire from community leaders, including Muslim Americans, who were carefully cultivated by the previous **SHERIFF, LEE BACA.** Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done, is not enough. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups. Now, McDonnell risks alienating some of those leaders if he does not take public action against a trusted aide he recruited back to the department less than a year ago. Emails sent by Tom Angel with derogatory stereotypes of Muslims, Latinos, blacks and othersOpen link Earl Ofari Hutchinson, a civil rights advocate who has called on the Sheriffs Department to audit all employee emails to see whether others are sending offensive material, said that expressing disappointment in Angel, which McDonnell has done. Biases such as those expressed in the emails could affect how deputies police the streets because many of their interactions are with black and Latino residents, Hutchinson said. In recent years, federal officials have stepped in to stop beatings by deputies in the jails and racially discriminatory policing practices in the Antelope Valley. More than a dozen sheriffs officials, including Baca, have been convicted or pleaded **GUILTY** to charges involving misconduct in the jails. Despite the **JAIL** scandal, Baca won praise during his 15 years as sheriff for building strong relationships with minority groups who said theSheriffs Department previously had mistreated them and ignored their concerns. Baca required his deputies to memorize a pledge to fight against racism, sexism and homophobia. And he created dozens of ethnic advisory committees, formalizing a pipeline between his office and the countys many minority groups.

View▶

Unique Visitors: 19,777,332

1193.  **Burbank Leader** Online Only   Market: Los Angeles, CA

Apr 28 2016 06:08PM PT

Sheriff can't brush aside racist emails sent by top aide

So, presumably, making that last joke is OK, right? Hardly. He moved from Burbank to the L.A. County Sheriff's Department, in which the former undersheriff was a Japanese American man with a history of involvement in a clique that a judge called white supremacist **PAUL TANAKA** was recently convicted of conspiracy and obstruction of justice for blocking an FBI investigation into. **JAIL** brutality)Racism has odd habits, but it's never OK. Being non-Anglo does not give a person license to bash anyone. How can patrol officers be disciplined for such texts if similar conduct from superior officers results in little more than shrugged shoulders? That would not be a good message to send to a Sheriff's Department in desperate need of strong examples at the top. Otherwise, Tanaka and former **SHERIFF LEE BACA** might have successfully defended

Media Coverage Report

themselves by declaring, "But your honor, we swear, we never thought you'd find out." We did find out. Their **SENTENCING** dates are approaching. So how will McDonnell deal with Angel, and what kind of message will his decision send? Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  2,958

1194.   **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Sheriff can't brush aside racist emails sent by top aide

Apr 28 2016 06:08PM PT

So, presumably, making that last joke is OK, right? Hardly. He moved from Burbank to the L.A. County Sheriff's Department, in which the former undersheriff was a Japanese American man with a history of involvement in a clique that a judge called white supremacist **PAUL TANAKA** was recently convicted of conspiracy and obstruction of justice for blocking an FBI investigation into. **JAIL** brutality)Racism has odd habits, but it's never OK. Being non-Anglo does not give a person license to bash anyone. How can patrol officers be disciplined for such texts if similar conduct from superior officers results in little more than shrugged shoulders? That would not be a good message to send to a Sheriff's Department in desperate need of strong examples at the top. Otherwise, Tanaka and former **SHERIFF LEE BACA** might have successfully defended themselves by declaring, "But your honor, we swear, we never thought you'd find out." We did find out. Their **SENTENCING** dates are approaching. So how will McDonnell deal with Angel, and what kind of message will his decision send? Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  6,841

1195.   **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Sheriff can't brush aside racist emails sent by top aide

Apr 28 2016 06:08PM PT

So, presumably, making that last joke is OK, right? Hardly. He moved from Burbank to the L.A. County Sheriff's Department, in which the former undersheriff was a Japanese American man with a history of involvement in a clique that a judge called white supremacist **PAUL TANAKA** was recently convicted of conspiracy and obstruction of justice for blocking an FBI investigation into. **JAIL** brutality)Racism has odd habits, but it's never OK. Being non-Anglo does not give a person license to bash anyone. How can patrol officers be disciplined for such texts if similar conduct from superior officers results in little more than shrugged shoulders? That would not be a good message to send to a Sheriff's Department in desperate need of strong examples at the top. Otherwise, Tanaka and former **SHERIFF LEE BACA** might have successfully defended themselves by declaring, "But your honor, we swear, we never thought you'd find out." We did find out. Their **SENTENCING** dates are approaching. So how will McDonnell deal with Angel, and what kind of message will his decision send? Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  1,773

1196.   **Laguna Beach Coastline Pilot**  Newspaper   Market: Los Angeles, CA

Sheriff can't brush aside racist emails sent by top aide

Apr 28 2016 06:08PM PT

So, presumably, making that last joke is OK, right? Hardly. He moved from Burbank to the L.A. County Sheriff's Department, in which the former undersheriff was a Japanese American man with a history of involvement in a clique that a judge called white supremacist **PAUL TANAKA** was recently convicted of conspiracy and obstruction of justice for blocking an FBI investigation into. **JAIL** brutality)Racism has odd habits, but it's never OK. Being non-Anglo does not give a person license to bash anyone. How can patrol officers be disciplined for such texts if similar conduct from superior officers results in little more than shrugged shoulders? That would not be a good message to send to a Sheriff's Department in desperate need of strong examples at the top. Otherwise, Tanaka and former **SHERIFF LEE BACA** might have successfully defended themselves by declaring, "But your honor, we swear, we never thought you'd find out." We did find out. Their **SENTENCING** dates are approaching. So how will McDonnell deal with Angel, and what kind of message will his decision send? Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  1,367

1197.     **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Sheriff can't brush aside racist emails sent by top aide          Apr 28 2016 06:08PM PT

So, presumably, making that last joke is OK, right? Hardly. He moved from Burbank to the L.A. County Sheriff's Department, in which the former undersheriff was a Japanese American man with a history of involvement in a clique that a judge called white supremacist **PAUL TANAKA** was recently convicted of conspiracy and obstruction of justice for blocking an FBI investigation into. **JAIL** brutality)Racism has odd habits, but it's never OK. Being non-Anglo does not give a person license to bash anyone. How can patrol officers be disciplined for such texts if similar conduct from superior officers results in little more than shrugged shoulders? That would not be a good message to send to a Sheriff's Department in desperate need of strong examples at the top. Otherwise, Tanaka and former **SHERIFF LEE BACA** might have successfully defended themselves by declaring, "But your honor, we swear, we never thought you'd find out." We did find out. Their **SENTENCING** dates are approaching. So how will McDonnell deal with Angel, and what kind of message will his decision send? Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  19,777,332

1198.    **Burbank Leader** Online Only   Market: Los Angeles, CA

Assistant sheriff is stepping down after overseeing major changes in L.A.    Apr 26 2016 10:00AM
County                                                                       PT

The enormousness of the task facing Terri McDonald was clear. A veteran of the state prisons, she had been brought in to turn around a Los Angeles County **JAIL** system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 **JAIL** suicides. Last year there was one. The most severe injuries

caused by deputies resulting in broken bones or worse have decreased to a handful each year. "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then- **SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central **JAIL** in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the **JAIL** [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded **GUILTY** to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a

policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall. McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on **JAIL** employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that **JAIL** staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again.

View▶

Unique Visitors:  2,958

1199.   **Glendale News Press** Newspaper   Market: Los Angeles, CA
Assistant sheriff is stepping down after overseeing major changes in L.A. County          Apr 26 2016 10:00AM PT

The enormousness of the task facing Terri McDonald was clear. A veteran of the state prisons, she had been brought in to turn around a Los Angeles County **JAIL** system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 **JAIL** suicides. Last year there was one. The most severe injuries caused by deputies resulting in broken bones or worse have decreased to a handful each year. "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then- **SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff