Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central JAIL in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the JAIL [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded GUILTY to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall. McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on JAIL employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that JAIL staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first

arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again.

View▶

Unique Visitors:  6,841

1200.    La Canada Valley Stepping down after overseeing major changes in L.A.    Apr 26 2016 10:00AM PT
La Cañada Valley Sun     Market: Los Angeles, CA
County

The enormousness of the task facing Terri McDonald was clear. A veteran of the state prisons, she had been brought in to turn around a Los Angeles County **JAIL** system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 **JAIL** suicides. Last year there was one. The most severe injuries caused by deputies resulting in broken bones or worse have decreased to a handful each year. "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then- **SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central **JAIL** in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the **JAIL** [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last

several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded **GUILTY** to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall. McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on **JAIL** employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that **JAIL** staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again.

View▶

Unique Visitors:  1,773

1201.      **Laguna Beach Coastline Pilot**  Newspaper   Market: Los Angeles, CA
           Assistant sheriff is stepping down after overseeing major changes in L.A.    Apr 26 2016 10:00AM
           County                                                                                      PT

The enormousness of the task facing Terri McDonald was clear. A veteran of the state prisons, she had been brought in to turn around a Los Angeles County **JAIL** system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers

Media Coverage Report

were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 **JAIL** suicides. Last year there was one. The most severe injuries caused by deputies resulting in broken bones or worse have decreased to a handful each year. "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then- **SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central **JAIL** in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the **JAIL** [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded **GUILTY** to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been

an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall. McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on **JAIL** employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that **JAIL** staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again.

View▶

Unique Visitors:  1,367

1202.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Apr 26 2016 10:00AM PT

Assistant sheriff who overhauled county jails to step down

The enormousness of the task facing Terri McDonald was clear. A veteran of the state prisons, she had been brought in to turn around a Los Angeles County **JAIL** system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 **JAIL** suicides. Last year there was one. The most severe injuries caused by deputies resulting in broken bones or worse have decreased to a handful each year. "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then- **SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate

encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central JAIL in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the JAIL [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded GUILTY to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall. McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on JAIL employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that JAIL staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always

viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again.

View▶

Unique Visitors:  19,777,332

1203.    **Los Angeles Times**  Newspaper   Market: Los Angeles, CA

Assistant sheriff is stepping down after overseeing major changes in L.A. County     Apr 26 2016 10:00AM PT

The enormousness of the task facing Terri McDonald was clear. A veteran of the state prisons, she had been brought in to turn around a Los Angeles County **JAIL** system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 **JAIL** suicides. Last year there was one. The most severe injuries caused by deputies resulting in broken bones or worse have decreased to a handful each year. "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then- **SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central **JAIL** in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the **JAIL** [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state

prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded **GUILTY** to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall. McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on **JAIL** employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that **JAIL** staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again. system reeling from allegations of mismanagement and abuse. Inmates were complaining of rampant brutality by guards. An FBI investigation into excessive force and corruption was underway. Outside experts were calling for extensive reforms. Three years later, McDonald, 52, is stepping down, having presided over a period of seismic change in the county jails. In a department where jailers were accused of adopting an "us versus them" attitude, McDonald brought a gentler approach, taking time to chat with inmates about their concerns. She sought to revamp a culture in which deputies viewed the jails as an unsavory assignment before moving to patrol. In 2013, the year she arrived, there were 10 "But there's been a dramatic decrease in the brutal beatings that were quite commonplace prior to her arrival." In

late 2012, a blue-ribbon citizens' commission placed much of the blame for the endemic violence on the Sheriff's Department's top brass and recommended that the jails be led by a corrections professional. familiar with how facilities in the rest of the country are run. Then-**SHERIFF LEE BACA** responded by hiring McDonald as an assistant sheriff in charge of the jails. It was a major shift for an agency that always had cycled its jailers in and out of street patrol. McDonald started her career as a California prison guard and worked her way through the ranks to become second in command at the Department of Corrections and Rehabilitation. "It's not punching inmates, not engaging in hand-to-hand combat with inmates," McDonald said. "When somebody strikes an inmate, it's because the inmate encroached on them and they have no choice." Supporters credit McDonald with turning the jails around through a combination of empathy and toughness. "Terri has been tremendous in her ability to reform a system under very difficult circumstances, to identify the 'A' players and to be able to manage, mentor and encourage those that needed the help," said current Sheriff Jim McDonnell, who was a member of the blue-ribbon violence commission when he. was police chief in Long Beach. Miriam Krinsky, who served as the commission's executive director and then as a top aide to McDonnell, recalled her first visit to Men's Central **JAIL** in 2011. "You could almost feel the current of tenseness in the air. It felt like a place on the verge of being set off," the former federal prosecutor said. "That is not the way the **JAIL** [feels] today." But the changes have not been well-received by some deputies, who say restrictions on the use of force have made the jails a more dangerous place. McDonald's talk-first approach is inefficient and lets inmates get away with bad behavior, some say. "If it means we talk for six or seven hours to an inmate, and he gets exactly what he wants he gets to stay in his cell, and there's no discipline that's not solving the problem," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Tim White, secretary of the association, said tactics that work in state prisons, such as reasoning with inmates, may not work as effectively in jails, where inmates are generally serving shorter sentences. "She knows custody," White said of McDonald. "But I think it was a mistake to try to bring in state issues to a county problem." As McDonald worked to put the jails on the right path, the sprawling system remained under a microscope. In the last several years, more than a dozen sheriff's officials were successfully prosecuted for using excessive force or trying to conceal misconduct in the jails. Baca, who stepped down less than a year after McDonald started the job, recently pleaded **GUILTY** to lying to federal authorities. Statistics underscore the problems that still exist in the jails. The number of cases in which deputies injured an inmate was down from a high of 763 in 2009 to 216 five years later. Only one of the 2014 cases involved head strikes or bone fractures. The most serious injuries typically occurred as staffers tried to break up inmate riots, McDonald said. But in 2015, with figures reported through the end of November, the number of inmate injuries was up to 302. The least serious uses of force those not resulting in injury have nearly doubled, with McDonald attributing the increase in part to better reporting by deputies. Assaults by inmates on staff also were up significantly, from 190 in 2013 to 380 in 2015. Staffing shortages continue to be a major issue, with the court settlements mandating labor-intensive reforms such as more frequent checks on mentally ill inmates and better processing of grievances. Though the overall number of L.A. County inmates is down to about 17,400 from nearly 19,000 after Proposition 47 lowered the penalties for some minor drug and property crimes, there has been an increase in mentally ill inmates: from 2,500 in 2011 to nearly 4,000 in. 2015. Recently, the prolonged handcuffing of inmates has emerged as a concern. Last summer, an inmate was handcuffed to a chair without food for 32 hours. After a series of cases in which inmates suspected of having contraband were chained to a wall for hours, McDonald's staff issued a policy forbidding the practice. In one case, prosecutors charged a deputy and two sergeants with inflicting cruel and unusual punishment on an inmate who was handcuffed to a wall.

McDonald acknowledges that much remains to be done, including completing the court-supervised reforms on use of force and providing more educational offerings for inmates. It will be up to her successor, Kelly Harrington, who also has decades of experience in the state prisons, to "take it to the next level," she said. The increase in assaults on **JAIL** employees is "troubling," McDonald said. The causes are complex and include a changing inmate population as well as improved record keeping and the knowledge among some inmates that **JAIL** staff will not respond to violence with violence, she said. In response, sheriff's officials have increased staffing and enforced punishments for inmates who assault employees. During her time as assistant sheriff, McDonald has commuted from her home in Sacramento. She said she always viewed the job as lasting only a few years and while she plans to continue working, perhaps as a consultant or a teacher she is looking forward to spending more time with her partner and their Labrador mix, Skylie. The transformation of the Los Angeles County jails, McDonald said, is "the most substantial reform going on" in any or prison system in the country. When she first arrived, she asked a roomful of deputies if anyone preferred the jails over street patrol. Those who did were afraid to admit it, she said not a single hand went up. Recently, she took the same poll again.

**View▶**

Unique Visitors: 19,777,332

1204.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of final charge in jail assault case    Apr 26 2016 04:32AM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but cleared of more serious charges, authorities said. Jurors finished deliberations by finding Jermaine Jackson, 38, not **GUILTY** of one count of assault by a public officer after prosecutors alleged he pummeled inmate Cesar Campana in 2009, said Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of one other misdemeanor count of simple assault involving the 2009 incident with Campana and two counts of misdemeanor assault in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. **SENTENCING** will take place June 6, said Robison, who added that Jackson was released on his own recognizance. Each misdemeanor count carries a maximum of six months in **JAIL.** The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009 to 2011. Jurors acquitted him Friday of three counts each of assault by means likely to produce great bodily injury, a felony, assault by a public officer and filing a false report. See the most-read stories this hour Read the story Deputy Dist. Atty. Ann Marie Wise said during opening statements in the case that Jackson ruled the Twin Towers facility with an iron fist. Although the charges against him mirror much of the **JAIL** abuse scandal that plagued the Sheriff's Department for years, Wise said Jackson's conduct was overlooked because it happened before a federal investigation made the abuse claims common knowledge. The charges against Jackson stemmed from an internal Sheriff's Department investigation, but they came amid the FBI inquiry into rampant misconduct by deputies within the **JAIL** system. This month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lying to federal investigators. Jurors, however, were instructed to disregard the larger **JAIL** scandal when weighing the charges against Jackson, Wise said after the trial finished Monday. She said jurors told her they were frustrated with the way the Sheriffs Department handled its review of

Media Coverage Report

Jacksons alleged use of force. The deputys supervisors found his use of force justified in several of the incidents before a department criminal investigation resulted in charges. I think ultimately they elected to convict on the lesser charges because they felt that the uses of force were not malicious, but perhaps, excessive, she said. Vicki Podberesky, an attorney representing Jackson, said the larger **JAIL** scandal probably influenced jurors' decision to convict her client on the lesser misdemeanor charges. Its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the **JAIL,** Podberesky said. She said she plans to file motions to dismiss the misdemeanor convictions. Jackson has been on leave without pay from the Sheriff's Department since he was charged, but will probably face termination based on the misdemeanor convictions, she said. A juror gasped when Wise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that an inmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other Twin Towers employees Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false support of Jackson. Prosecutors said the **JAIL** staff concocted a story that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Because Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the district attorneys office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. He was acquitted on all charges connected to Murrays incident. Podberesky said that if the department wants to repair problems inside the county system, the agency should revise its policies rather than building criminal cases against individual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every single supervisor and three commanders that his actions. are within policy and they are the right actions to take, she said.

View▸

Unique Visitors:  19,777,332

1205.     **Los Angeles Times**   Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of final charge in jail assault case        Apr 26 2016 03:25AM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but cleared of more serious charges, authorities said. Jurors finished deliberations by finding Jermaine Jackson, 38, not **GUILTY** of one count of assault by a public officer after prosecutors alleged he pummeled inmate Cesar Campana in 2009, said Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of one other misdemeanor simple assault charge involving the 2009 incident with Campana and two misdemeanor assault charges in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. **SENTENCING** will take place June 6, said Robison, who added that Jackson was released on his

own recognizance. Each misdemeanor count carries a maximum of six months in JAIL. The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009 to 2011. Jurors acquitted him Friday of three counts each of assault by means likely to produce great bodily injury, a felony, assault by a public officer and filing a false report. See the most-read stories this hour Read the story Deputy Dist. Atty. Ann Marie Wise said during opening statements in the case that Jackson ruled the Twin Towers facility with an iron fist. Although the charges against him mirror much of the JAIL abuse scandal that plagued the Sheriff's Department for years, Wise said Jackson's conduct was overlooked because it happened before a federal investigation made the abuse claims common knowledge. The charges against Jackson stemmed from an internal Sheriff's Department investigation, but they came amid the FBI inquiry into rampant misconduct by deputies within the JAIL system. This month, a federal jury convicted former Undersheriff PAUL TANAKA on conspiracy and obstruction of justice charges, and in February former SHERIFF LEE BACA admitted to lying to federal investigators. Jurors, however, were instructed to disregard the larger JAIL scandal when weighing the charges against Jackson, Wise said after the trial finished Monday. She said jurors told her they were frustrated with the way the Sheriffs Department handled its review of Jacksons alleged use of force. The deputys supervisors found his use of force justified in several of the incidents before a department criminal investigation resulted in charges. I think ultimately they elected to convict on the lesser charges because they felt that the uses of force were not malicious, but perhaps, excessive, she said. Vicki Podberesky, an attorney representing Jackson, said the larger JAIL scandal probably influenced jurors' decision to convict her client on the lesser misdemeanor charges. Its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the JAIL, Podberesky said. She said she plans to file motions to dismiss the misdemeanor convictions. Jackson has been on leave without pay from the Sheriff's Department since he was charged, but will probably face termination based on the misdemeanor convictions, she said. A juror gasped when Wise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers JAIL on Christmas Day 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that an inmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other Twin Towers employees Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false support of Jackson. Prosecutors said the JAIL staff concocted a story that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Because Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the district attorneys office agreed to reduce her charge to a misdemeanor. Ellis pleaded GUILTY last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. He was acquitted on all charges connected to Murrays incident. Podberesky said that if the department wants to repair problems inside the county system, the agency should revise its policies rather than building criminal cases against individual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every

Media Coverage Report

single supervisor and three commanders that his actions. are within policy and they are the right actions to take, she said.

View▶

Unique Visitors: 19,777,332

---

1206.   **Burbank Leader**   Online Only   Market: Los Angeles, CA

**L.A. County sheriff's deputy acquitted of final charge in jail assault case**    Apr 25 2016 08:59PM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but acquitted of more serious charges, authorities said. Jermaine Jackson, 38, on Monday was found not **GUILTY** of one count of assault by a public officer after prosecutors allegedhe pummeled inmate Cesar Campana in 2009, according to Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of onemisdemeanor simple assault charge involving the 2009 incident with Campana and two in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. **SENTENCING** will take place on June 6, according to Robison, who said Jackson was released on his own recognizance. The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009-11. Jurors acquitted him Friday of three counts each of assault by means likely to produce great bodily injury, a felony; assault by a public officer; and filing a false report. Deputy Dist. Atty. Ann Marie Wise said during openingstatements in the case that Jackson ruled the Twin Towers facility "with an iron fist." While the charges against him mirror much of the **JAIL** abuse scandal that plagued the sheriff's department for years, Wise said Jackson'sconduct was overlooked because it happened before a federal investigation made. the abuse claims common knowledge. The charges against Jackson stemmed from an internal sheriff's department investigation, but they came amid the FBI probe into rampant misconduct by deputies within the **JAIL** system. Earlier this month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lyingto federal investigators. Vicki Podberesky, the attorney representing Jackson, said the larger **JAIL** scandal likely influenced jurors' decision to convict her client on the lesser misdemeanor charges. I do think its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the **JAIL,** Podberesky said. Podberesky said she plans to file motions to dismiss the misdemeanorconvictions. Jackson has been on leave without pay from the sheriff's department since he was charged, but will likely face termination based on the misdemeanor convictions, she said. The agencyhas 30 days to render a final decision on his status with the department, according to Sgt. Chris Reed, a sheriff's department spokesman. The criminal case against Jackson dates to New Year's Eve 2009, when Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were

also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors saidthe JAIL staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded GUILTY last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. Podberesky said if the department wants to repair problems inside the county JAIL system the agency should revise its policies rather than building criminal cases againstindividual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every single supervisor and three commanders that his actions. are within policy and they are the right actions to take," she said.

View▶

Unique Visitors:  2,958

1207.    Glendale News Press  Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of final charge in jail assault case

Apr 25 2016 08:59PM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but acquitted of more serious charges, authorities said. Jermaine Jackson, 38, on Monday was found not GUILTY of one count of assault by a public officer after prosecutors allegedhe pummeled inmate Cesar Campana in 2009, according to Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of onemisdemeanor simple assault charge involving the 2009 incident with Campana and two in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. SENTENCING will take place on June 6, according to Robison, who said Jackson was released on his own recognizance. The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009-11. Jurors acquitted him Friday of three counts each of assault by means likely to produce great bodily injury, a felony; assault by a public officer; and filing a false report. Deputy Dist. Atty. Ann Marie Wise said during openingstatements in the case that Jackson ruled the Twin Towers facility "with an iron fist." While the charges against him mirror much of the JAIL abuse scandal that plagued the sheriff's department for years, Wise said Jackson'sconduct was overlooked because it happened before a federal investigation made. the abuse claims common knowledge. The charges against Jackson stemmed from an internal sheriff's department investigation, but they came amid the FBI probe into rampant misconduct by deputies within the JAIL system. Earlier this month, a federal jury convicted former Undersheriff PAUL TANAKA on conspiracy and obstruction of justice charges, and in February former SHERIFF LEE BACA admitted to lyingto federal investigators. Vicki Podberesky, the attorney representing Jackson, said the larger JAIL scandal likely influenced jurors' decision to convict her client on the lesser misdemeanor charges. I do think its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the JAIL, Podberesky said. Podberesky said she plans to file motions to dismiss the misdemeanorconvictions. Jackson has been on leave without pay from the sheriff's department since he was charged, but will likely face termination based on