the misdemeanor convictions, she said. The agencyhas 30 days to render a final decision on his status with the department, according to Sgt. Chris Reed, a sheriff's department spokesman. The criminal case against Jackson dates to New Year's Eve 2009, when Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors saidthe **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. Podberesky said if the department wants to repair problems inside the county **JAIL** system the agency should revise its policies rather than building criminal cases againstindividual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every single supervisor and three commanders that his actions. are within policy and they are the right actions to take," she said.

View▶

Unique Visitors:  6,841

1208.    **La Canada Valley Sun**   Newspaper   Market: Los Angeles, CA

**L.A. County sheriff's deputy acquitted of final charge in jail assault case**     Apr 25 2016 08:59PM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but acquitted of more serious charges, authorities said. Jermaine Jackson, 38, on Monday was found not **GUILTY** of one count of assault by a public officer after prosecutors allegedhe pummeled inmate Cesar Campana in 2009, according to Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of onemisdemeanor simple assault charge involving the 2009 incident with Campana and two in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. **SENTENCING** will take place on June 6, according to Robison, who said Jackson was released on his own recognizance. The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009-11. Jurors acquitted him Friday of three counts each sof assault by means likely to produce great bodily injury, a felony; assault by a public officer; and filing a false report. Deputy Dist. Atty. Ann Marie

Wise said during openingstatements in the case that Jackson ruled the Twin Towers facility "with an iron fist." While the charges against him mirror much of the **JAIL** abuse scandal that plagued the sheriff's department for years, Wise said Jackson'sconduct was overlooked because it happened before a federal investigation made. the abuse claims common knowledge. The charges against Jackson stemmed from an internal sheriff's department investigation, but they came amid the FBI probe into rampant misconduct by deputies within the **JAIL** system. Earlier this month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lyingto federal investigators. Vicki Podberesky, the attorney representing Jackson, said the larger **JAIL** scandal likely influenced jurors' decision to convict her client on the lesser misdemeanor charges. I do think its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the **JAIL,** Podberesky said. Podberesky said she plans to file motions to dismiss the misdemeanorconvictions. Jackson has been on leave without pay from the sheriff's department since he was charged, but will likely face termination based on the misdemeanor convictions, she said. The agencyhas 30 days to render a final decision on his status with the department, according to Sgt. Chris Reed, a sheriff's department spokesman. The criminal case against Jackson dates to New Year's Eve 2009, when Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors saidthe **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. Podberesky said if the department wants to repair problems inside the county **JAIL** system the agency should revise its policies rather than building criminal cases againstindividual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every single supervisor and three commanders that his actions. are within policy and they are the right actions to take," she said.

View▶

Unique Visitors:  1,773

1209.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of final charge in jail assault case

Apr 25 2016 08:59PM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an

inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but acquitted of more serious charges, authorities said. Jermaine Jackson, 38, on Monday was found not **GUILTY** of one count of assault by a public officer after prosecutors allegedhe pummeled inmate Cesar Campana in 2009, according to Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of onemisdemeanor simple assault charge involving the 2009 incident with Campana and two in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. **SENTENCING** will take place on June 6, according to Robison, who said Jackson was released on his own recognizance. The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009-11. Jurors acquitted him Friday of three counts each of assault by means likely to produce great bodily injury, a felony; assault by a public officer; and filing a false report. Deputy Dist. Atty. Ann Marie Wise said during openingstatements in the case that Jackson ruled the Twin Towers facility "with an iron fist." While the charges against him mirror much of the **JAIL** abuse scandal that plagued the sheriff's department for years, Wise said Jackson'sconduct was overlooked because it happened before a federal investigation made. the abuse claims common knowledge. The charges against Jackson stemmed from an internal sheriff's department investigation, but they came amid the FBI probe into rampant misconduct by deputies within the **JAIL** system. Earlier this month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lyingto federal investigators. Vicki Podberesky, the attorney representing Jackson, said the larger **JAIL** scandal likely influenced jurors' decision to convict her client on the lesser misdemeanor charges. I do think its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the **JAIL,** Podberesky said. Podberesky said she plans to file motions to dismiss the misdemeanorconvictions. Jackson has been on leave without pay from the sheriff's department since he was charged, but will likely face termination based on the misdemeanor convictions, she said. The agencyhas 30 days to render a final decision on his status with the department, according to Sgt. Chris Reed, a sheriff's department spokesman. The criminal case against Jackson dates to New Year's Eve 2009, when Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors saidthe **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. Podberesky said if the department wants to repair problems inside

the county **JAIL** system the agency should revise its policies rather than building criminal cases againstindividual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every single supervisor and three commanders that his actions. are within policy and they are the right actions to take," she said.

**View▶**

Unique Visitors:  1,367

1210.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of final charge in jail assault case

Apr 25 2016 08:59PM PT

A Los Angeles County sheriff's deputy was acquitted Monday on a final charge of assaulting an inmate at the Compton courthouse, closing a trial in which he was convicted of simple assault against inmates but acquitted of more serious charges, authorities said. Jermaine Jackson, 38, on Monday was found not **GUILTY** of one count of assault by a public officer after prosecutors allegedhe pummeled inmate Cesar Campana in 2009, according to Jane Robison, a spokeswoman for the Los Angeles County district attorney's office. Jurors last week convicted Jackson of onemisdemeanor simple assault charge involving the 2009 incident with Campana and two in connection with a 2010 confrontation with another inmate, Derek Griscavage. The jury acquitted Jackson of attacking a third inmate. **SENTENCING** will take place on June 6, according to Robison, who said Jackson was released on his own recognizance. The deputy was charged with attacking the inmates during three incidents at the Compton courthouse lockup and the Twin Towers correctional facility in downtown Los Angeles from 2009-11. Jurors acquitted him Friday of three counts each of assault by means likely to produce great bodily injury, a felony; assault by a public officer; and filing a false report. Deputy Dist. Atty. Ann Marie Wise said during openingstatements in the case that Jackson ruled the Twin Towers facility "with an iron fist." While the charges against him mirror much of the **JAIL** abuse scandal that plagued the sheriff's department for years, Wise said Jackson'sconduct was overlooked because it happened before a federal investigation made. the abuse claims common knowledge. The charges against Jackson stemmed from an internal sheriff's department investigation, but they came amid the FBI probe into rampant misconduct by deputies within the **JAIL** system. Earlier this month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lyingto federal investigators. Vicki Podberesky, the attorney representing Jackson, said the larger **JAIL** scandal likely influenced jurors' decision to convict her client on the lesser misdemeanor charges. I do think its a difficult time for a sheriffs deputy to defend himself or herself on misconduct charges within the **JAIL,** Podberesky said. Podberesky said she plans to file motions to dismiss the misdemeanorconvictions. Jackson has been on leave without pay from the sheriff's department since he was charged, but will likely face termination based on the misdemeanor convictions, she said. The agencyhas 30 days to render a final decision on his status with the department, according to Sgt. Chris Reed, a sheriff's department spokesman. The criminal case against Jackson dates to New Year's Eve 2009, when Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence, the prosecutor alleged. Wise said Jackson

and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors saidthe **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. Podberesky said if the department wants to repair problems inside the county **JAIL** system the agency should revise its policies rather than building criminal cases againstindividual deputies. Im not saying that there arent bad deputy sheriffs and there aren't problems, but it gets very difficult to separate out a deputy who is acting in policy, who has been commended by the department for what hes done, who is told by every single supervisor and three commanders that his actions. are within policy and they are the right actions to take," she said.

View▶

Unique Visitors:  19,777,332

1211.    **Burbank Leader**  Online Only   Market: Los Angeles, CA
L.A. County sheriff's deputy acquitted of felony assaults, convicted of misdemea                          Apr 23 2016 12:34AM PT

A jury Friday acquitted an L.A. County sheriff's deputy of a series of felonies in the beatings of inmates, but convicted him on three misdemeanor counts of simple assault. Prosecutors accused Jermaine Jackson of beating inmates in the Compton courthouse lockup and Twin Towers **JAIL** and said he later lied on reports about the incidents. He was charged with three counts each of assault by means likely to produce greatly bodily injury, assault by a public officer and filing a false report. Jurorsdeadlocked on one of the counts of assault under the color of authority and will return Monday to continue deliberating. During opening statements in the trial, as Deputy Dist. Atty. Ann Marie Wise said Jackson ruled the **JAIL** "with an iron first," Jackson shook his head and sighed. Wise told the jurors that Jackson, 38, got away with the abuse because the inmates claims were often overlooked in an era before the scope of abuse within L.A. County jails was revealed. Although his arrest stemmed from an internal sheriff's investigation, it came amid an FBI probe into misconduct within the **JAIL** system. This month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lying to federal investigators. The criminal case against Jackson dates back to New Year's Eve of 2009, when inmate Cesar Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Derek Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage

in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors say the **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. The assault under the color of authority count, which the jury is still considering, stems from the beating of Campana.

View▶

Unique Visitors:  2,958

1212.  **Glendale News Press** Newspaper   Market: Los Angeles, CA
L.A. County sheriff's deputy acquitted of felony assaults, convicted of misdemea          Apr 23 2016 12:34AM PT

A jury Friday acquitted an L.A. County sheriff's deputy of a series of felonies in the beatings of inmates, but convicted him on three misdemeanor counts of simple assault. Prosecutors accused Jermaine Jackson of beating inmates in the Compton courthouse lockup and Twin Towers **JAIL** and said he later lied on reports about the incidents. He was charged with three counts each of assault by means likely to produce greatly bodily injury, assault by a public officer and filing a false report. Jurorsdeadlocked on one of the counts of assault under the color of authority and will return Monday to continue deliberating. During opening statements in the trial, as Deputy Dist. Atty. Ann Marie Wise said Jackson ruled the **JAIL** "with an iron first," Jackson shook his head and sighed. Wise told the jurors that Jackson, 38, got away with the abuse because the inmates claims were often overlooked in an era before the scope of abuse within L.A. County jails was revealed. Although his arrest stemmed from an internal sheriff's investigation, it came amid an FBI probe into misconduct within the **JAIL** system. This month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lying to federal investigators. The criminal case against Jackson dates back to New Year's Eve of 2009, when inmate Cesar Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Derek Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors say the **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who

was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. The assault under the color of authority count, which the jury is still considering, stems from the beating of Campana.

View▶

Unique Visitors:  6,841

1213.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

**L.A. County sheriff's deputy acquitted of felony assaults, convicted of misdemea**      Apr 23 2016 12:34AM PT

A jury Friday acquitted an L.A. County sheriff's deputy of a series of felonies in the beatings of inmates, but convicted him on three misdemeanor counts of simple assault. Prosecutors accused Jermaine Jackson of beating inmates in the Compton courthouse lockup and Twin Towers **JAIL** and said he later lied on reports about the incidents. He was charged with three counts each of assault by means likely to produce greatly bodily injury, assault by a public officer and filing a false report. Jurorsdeadlocked on one of the counts of assault under the color of authority and will return Monday to continue deliberating. During opening statements in the trial, as Deputy Dist. Atty. Ann Marie Wise said Jackson ruled the **JAIL** "with an iron first," Jackson shook his head and sighed. Wise told the jurors that Jackson, 38, got away with the abuse because the inmates claims were often overlooked in an era before the scope of abuse within L.A. County jails was revealed. Although his arrest stemmed from an internal sheriff's investigation, it came amid an FBI probe into misconduct within the **JAIL** system. This month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lying to federal investigators. The criminal case against Jackson dates back to New Year's Eve of 2009, when inmate Cesar Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Derek Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors say the **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. The assault under the color of authority count, which the jury is still considering, stems from the beating of Campana.

View▶

Unique Visitors:  1,773

1214.        **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of felony assaults, convicted of misdemea

Apr 23 2016 12:34AM PT

A jury Friday acquitted an L.A. County sheriff's deputy of a series of felonies in the beatings of inmates, but convicted him on three misdemeanor counts of simple assault. Prosecutors accused Jermaine Jackson of beating inmates in the Compton courthouse lockup and Twin Towers **JAIL** and said he later lied on reports about the incidents. He was charged with three counts each of assault by means likely to produce greatly bodily injury, assault by a public officer and filing a false report. Jurorsdeadlocked on one of the counts of assault under the color of authority and will return Monday to continue deliberating. During opening statements in the trial, as Deputy Dist. Atty. Ann Marie Wise said Jackson ruled the **JAIL** "with an iron first," Jackson shook his head and sighed. Wise told the jurors that Jackson, 38, got away with the abuse because the inmates claims were often overlooked in an era before the scope of abuse within L.A. County jails was revealed. Although his arrest stemmed from an internal sheriff's investigation, it came amid an FBI probe into misconduct within the **JAIL** system. This month, a federal jury convicted former Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges, and in February former **SHERIFF LEE BACA** admitted to lying to federal investigators. The criminal case against Jackson dates back to New Year's Eve of 2009, when inmate Cesar Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers **JAIL** on Christmas Day in 2010, after an unwarranted search quickly escalated into violence. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Derek Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors say the **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. The assault under the color of authority count, which the jury is still considering, stems from the beating of Campana.

View▶

Unique Visitors: 1,367

1215.    **Los Angeles Times**   Newspaper   Market: Los Angeles, CA

L.A. County sheriff's deputy acquitted of felony assaults, convicted of misdemea

Apr 23 2016 12:34AM PT

A jury Friday acquitted an L.A. County sheriff's deputy of a series of felonies in the beatings of inmates, but convicted him on three misdemeanor counts of simple assault. Prosecutors accused Jermaine Jackson of beating inmates in the Compton courthouse lockup and Twin Towers **JAIL** and said he later lied on reports about the incidents. He was charged with three counts each of assault by means likely to produce greatly bodily injury, assault by a public officer and filing a false report. Jurorsdeadlocked on one of the counts of assault under the

color of authority and will return Monday to continue deliberating. During opening statements in the trial, as Deputy Dist. Atty. Ann Marie Wise said Jackson ruled the JAIL "with an iron first," Jackson shook his head and sighed. Wise told the jurors that Jackson, 38, got away with the abuse because the inmates claims were often overlooked in an era before the scope of abuse within L.A. County jails was revealed. Although his arrest stemmed from an internal sheriff's investigation, it came amid an FBI probe into misconduct within the JAIL system. This month, a federal jury convicted former Undersheriff PAUL TANAKA on conspiracy and obstruction of justice charges, and in February former SHERIFF LEE BACA admitted to lying to federal investigators. The criminal case against Jackson dates back to New Year's Eve of 2009, when inmate Cesar Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers JAIL on Christmas Day in 2010, after an unwarranted search quickly escalated into violence. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Derek Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors say the JAIL staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded GUILTY last year to one count of assault. Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. The assault under the color of authority count, which the jury is still considering, stems from the beating of Campana. and said he later lied on reports about the incidents. He was charged with three counts each of assault by means likely to produce greatly bodily injury, assault by a public officer and filing a false report. Jurorsdeadlocked on one of the counts of assault under the color of authority and will return Monday to continue deliberating. During opening statements in the trial, as Deputy Dist. Atty. Ann Marie Wise said Jackson ruled the "with an iron first," Jackson shook his head and sighed. Wise told the jurors that Jackson, 38, got away with the abuse because the inmates claims were often overlooked in an era before the scope of abusewithin L.A. County jails was revealed. Although his arrest stemmedfrom an internal sheriff's investigation, it came amid an FBI probe into misconduct within the system. This month, a federal jury convictedformer Undersheriff admitted to lyingto federal investigators. Sheriff's deputy charged with assaulting third inmate Paresh Dave A Los Angeles County sheriff's deputy already accused of assaulting two inmates and lying about the incidents in later reports also assaulted a third inmate, prosecutors alleged in new charges filed Thursday. Jermaine W. Jackson, a five-year veteran of the department when charges were originally. A Los Angeles County sheriff's deputy already accused of assaulting two inmates and lying about the incidents in later reports also assaulted a third inmate, prosecutors alleged in new charges filed Thursday. Jermaine W. Jackson, a five-year veteran of the department when charges were originally.(Paresh Dave) The criminal case against Jackson dates back to New Year's Eve of 2009, when inmate Cesar Campana was housed in the Compton courthouse lockup. Wise said Jackson yanked the inmate by his shirt and slammed him against the ground before repeatedly punching him and then kicking him in

the head. A juror gasped whenWise projected an image of Campanas swollen forehead bearing a red X-like figure. The pattern, Wise said, matched the shoelaces on Jacksons boot. The second incident involving Jackson happened inside Twin Towers on Christmas Day in 2010, after an unwarranted search quickly escalated into violence. Wise said Jackson and other deputies made up a lie to cover their tracks. On their reports, the deputies wrote that aninmate, Derek Griscavage, had been searched because he was passing contraband. That wasn't true, Wise said, adding that Jackson punched Griscavage in the temple so hard that he passed out. Tanaka convicted on conspiracy and obstruction of justice charges Joel Rubin A federal jury on Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** of deliberately impeding an FBI investigation, capping a **JAIL** abuse and obstruction scandal that reached to the top echelons of the Sheriff's Department.Jurors spent less than two hours. deliberating before. A federal jury on Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** of deliberately impeding an FBI investigation, capping a **JAIL** abuse and obstruction scandal that reached to the top echelons of the Sheriff's Department.Jurors spent less than two hours deliberating before.(Joel Rubin) Two other employees who worked at Twin Towers Jayson Ellis and Karin Cring were also charged in the Christmas Day incident. Prosecutors said Ellis, 28, a custody assistant, assaulted Griscavage, and Cring, 33, a deputy who is no longer with the department, lied on a report in false supportof Jackson. Prosecutors say the **JAIL** staffconcocted astory that Griscavage had passed contraband to justify the unwarranted search, which ultimately led to the assault. Since Cring agreed to testify on behalf of the prosecution and against Jackson, Wise told jurors that the D.A.'s office agreed to reduce her charge to a misdemeanor. Ellis pleaded **GUILTY** last year to one count of assault. See the most-read stories this hour Read the story Jackson, who was also charged with assaulting inmate Jonathan Murray in 2011, was convicted of simple assault in the beatings of Campana and Griscavage. The assault under the color of authority count, which the jury is still considering, stems from the beating of Campana.

View▶

Unique Visitors:  19,777,332

1216.    **The Malibu Times** Newspaper   Market: Los Angeles, CA

Tanaka Found Guilty

Apr 15 2016 02:00PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** was convicted last week of obstruction of justice and conspiracy to obstruct justice the culmination of half a decades worth of federal investigations into corruption in the LA County Sheriffs Department. On Wednesday, April 6, following two hours of deliberation, a federal jury found Tanaka **GUILTY** in a case built around his intentional impeding of an FBI investigation into prisoner abuse in the LA **JAIL** system. This follows the February admission by former LA County **SHERIFF LEE BACA** that he deliberately thwarted an FBI investigation into abuse in LA jails. Theyve sent a message that those who are being housed in our jails are entitled to civil rights and it is our job to protect that right, U.S. Attorney Eileen Decker said of the decision, according to the LA Times. Tanaka could face up to 15 years in prison following the conviction, with **SENTENCING** scheduled for June 20. Tanaka was not offered a **PLEA** deal, like the one that has kept Baca from serving more than six months in prison. That deal is still pending final approval. Spokespeople for sheriffs department employees had strong words for the disgraced former sheriff and undersheriff. Speaking to the Daily News, Moriguchi spoke of a gulf between those who still support Tanaka and those who do not. There are strong feelings on both sides in regards to Tanaka himself, Moriguchi said. Many of the employees benefited from Tanakas style of leadership and many others were hurt by his style of leadership, and so theres a very strong divide in the Sheriffs Department as to

whether this is a good thing or a bad thing for himself. According to the LA Times, Tanakas style was running the departments day-to-day operations with an iron hand. This assessment seems in line with Tanakas statements to The Malibu Times in October 2013 during his bid to replace Baca as LA County Sheriff. Tanaka argued for stronger use of force in local jails. Theres a policy. thats very restrictive on their ability to handle situations that might require hands-on in a lawful manner, Tanaka said at the time. Deputies will tell you that their ability to maintain safety and security not only of themselves but of the inmates has been hindered. Earlier that fall, a report by a blue-ribbon commission determined that Tanaka failed to uphold the departments goals and values an assessment Tanaka harshly criticized. That [report] was by a blue ribbon commission, none of whom have ever worked inside of a **JAIL,** he told The Malibu Times in 2013. If you go back and read all the testimony, youll see that if you did not like **PAUL TANAKA,** you went in there and you made all these allegations, he said. You never got questioned on your credibility, or your sources, or whether or not you were telling the truth. Jurors did not seem to buy Tanakas defense that he was not in the loop of corruption.

View▶

Unique Visitors: 20,195

1217.  **Pasadena Weekly** Newspaper Market: Los Angeles, CA

Time on the Line

Apr 14 2016 03:26AM PT

Another former high-ranking official with the Los Angeles County Sheriffs Department this time the second-in-command has been convicted in the corruption scandal that led to the resignation of former **SHERIFF LEE BACA.** A federal jury last week found former Undersheriff **PAUL TANAKA GUILTY** on one count each of obstruction of justice and conspiracy to obstruct justice. That brings the total of sheriffs officials convicted of either brutality against inmates or obstruction of justice to eight. All that remains now is Tanakas former boss, Baca, who has pleaded **GUILTY** to lying to FBI agents regarding an FBI investigation of the county **JAIL** the same case that brought down Tanaka. Jurors did not believe Tanakas contention that he was following Bacas order when he orchestrated a scheme to keep the phony inmate from testifying before a grand jury investigating brutality charges leveled against deputies. Tanaka, who is also the mayor of Gardena, faces up to 15 years in federal prison when he is sentenced on June 20. US Attorney Eileen Decker said has she expects considerable **JAIL** time will be involved in the **SENTENCING.** In February, after reaching a special deal with prosecutors, Baca pleaded **GUILTY** to one count of lying to the FBI during the probe. Under directions from Baca, deputies visited an FBI agent investigating **INMATE ABUSE** claims in 2010 and threatened to arrest her at her home. Baca later told the FBI that he was unaware of the incident. Baca could serve no more than six months in federal prison if Judge Anderson agrees to his deal with prosecutors, according to City News Service. He is due to return for **SENTENCING** in May. After resigning in 2013, Tanaka ran for sheriff and was easily defeated by former Long Beach Police Chief Jim McDonnell. During the election, Tanaka was accused of belonging to the Lynwood Vikings, a notorious sheriffs gang.

View▶

Unique Visitors: 10,069

1218.  **Long Beach Press-Telegram** Newspaper Market: Los Angeles, CA

It's refreshing to see public officials are not above the law: Letters

Apr 13 2016 10:30PM PT

Refreshing to see officials are not above the law Re **PAUL TANAKA** is found **GUILTY** of

Media Coverage Report

corruption charges (April 6): Former Los Angeles County **SHERIFF LEE BACA** and his once second-in-command, Undersheriff **PAUL TANAKA,** will be doing **JAIL** time for lying to the FBI and obstruction of justice. U.S. Attorney Eileen Decker, said: Its a sad day when a leader of law enforcement fails to honor his oath and instead of upholding justice, chooses to obstruct it. It is sad to see Baca and Tanakas dramatic fall from grace, but it is also comforting to know that no one is above the law.

View▶

Unique Visitors:  119,548

1219.   **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Prosecutor: Former deputy used force to rule LA county jail

Apr 13 2016 01:51AM PT

A county prosecutor Tuesday described a former Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The former deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage

had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors: 95,163

1220.  **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

Prosecutor: Former deputy used force to rule LA county jail

Apr 13 2016 01:50AM PT

A county prosecutor Tuesday described a former Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The former deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

Media Coverage Report

View▶

Unique Visitors:  197,687

1221.        **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

             Prosecutor: Former deputy used force to rule LA county jail                    Apr 13 2016 01:37AM
                                                                                            PT

A county prosecutor Tuesday described a former Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The former deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors:  148,114