**1222.** **Long Beach Press-Telegram** Newspaper Market: Los Angeles, CA

Prosecutor: Former deputy used force to rule LA county jail

Apr 13 2016 01:36AM PT

A county prosecutor Tuesday described a former Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The former deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors: 119,548

**1223.** **Los Angeles Daily News** Newspaper Market: Los Angeles, CA

Prosecutor: Former deputy used force to rule LA county jail

Apr 13 2016 01:36AM PT

A county prosecutor Tuesday described a former Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The former deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

View▶

Unique Visitors:  822,671

1224.    **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

Prosecutor: Former deputy used force to rule LA county jail

Apr 13 2016 01:36AM PT

A county prosecutor Tuesday described a former Los Angeles County Sheriffs Department deputy who is accused of beating three inmates as a small man who ruled a county **JAIL** with force, while the defense attorney said the force used was within department policy. The former

deputy, Jermaine Jackson, is charged with three counts of assault by means likely to produce great bodily injury, three counts of assault by a public officer and three counts of filing a false report related to incidents involving three inmates on three separate occasions between 2009 and 2011. He has pleaded not **GUILTY.** Deputy District Attorney Ann Marie Wise told jurors during opening statements that although Jackson, who was sitting at the defense table in a dark suit, is a physically large man he stands at 6-feet 4-inches tall he is actually a small man. (Jackson) used excessive force any time an inmate challenged him, Wise said. Craig was eventually convicted of conspiracy and obstruction of justice for attempting to thwart the FBI probe. He is one of former Undersheriff Paul Tanakas co-conspirators in the federal corruption case in which Tanaka was convicted. In that same case, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. Podberesky said Craig browbeat witnesses to the incidents to change their stories and threatened to put them in **JAIL.** Wise said Jackson got away with the behavior for years because no one believed the inmates and people were not concerned with uses of force incidents at the time. Wise said the victims in the case, three inmates, were particularly vulnerable as they all were suffering from a mental illness. Another alleged incident took place on Christmas Day in 2010 involving an inmate named Derek Griscavage. Wise said Jackson wanted to give Griscavage an attitude adjustment because he didnt comply with orders when deputies were inspecting his cell. Wise said Jackson, another deputy and two custody assistants devised a ruse to search Griscavages cell and to put him in disciplinary housing to remove him from the area of the there were in charge of, so they didnt have to deal with Griscavage on Christmas Day when they were short. staffed. They agreed to say that they had seen Griscavage passing contraband in the **JAIL,** if anything went wrong. Wise said things went horribly wrong. Jackson removed Griscavage from the cell, kicked his legs so that the inmates legs would be spread apart, with so much force it caused Griscavages shoes to come off, used Griscavages body to push through a heavy door and punched Griscavage in the temple, which caused him to become unconscious and fall. to the ground. Wise showed photographs of the inmate who suffered a broken nose, a bump on the head and broken blood vessels. One of the custody assistants who was involved admitted the report that was filed about the inmate passing contraband was inaccurate, Wise said. Former Deputy Karin Cring, who was charged with filing a false report in the case, has reached a deal with prosecutors to testify and will plead **GUILTY** after the trial. Former custody assistant Jayson Ellis pleaded **GUILTY** in June to one count of assault with a deadly weapon by means likely to produce great bodily injury. He was sentenced to 60 days in **JAIL** and three years probation. Podberesky said other deputies called Jackson and Ellis up to their area of the **JAIL** because they said Griscavage had contraband. The final alleged incident on June 29, 2011, involved inmate Jonathan Murray, who has mental health issues and was acting out, who Jackson allegedly punched in the face. Wise said deputies and inmates who witnessed the events will testify.

<span style="color:green">View▶</span>

Unique Visitors:  100,896

1225.  **KCBS-CBS**  *Television*   Market: Los Angeles, CA

SoCal Week in Review

Apr 9 2016 11:30PM PT

[11:38:28 PM] [1:53]  The fact that they made sure no matter what their son knew how to treat a woman with kindness and respect. Pat: from sheriff second-in-command to convict a criminal former Atlanta sheriff **PAUL TANAKA** was found **GUILTY** of federal corruption charges Wednesday. CBS 2's Dave Lopez reports it took majority less time to deliberate that it took tanaka to plead his case on the stand. After jury convicted him and a federal judge allowed and remain free **PAUL TANAKA** at once and the second-most powerful in lacounty sheriff's

department ran from the media and his sister wept on the courthouse steps. I'm angry. A four-year investigation by the FBI is looking into **JAIL** abuse led to a 10 day trial. Tanaka testified for four hours over two days denying he did anything wrong yet the jury took just two hours to convict him. Mr. tanaka's own words at the undersheriff rented apartment day today. Tanaka's defense attorney said they will appeal. We do believe there was overwhelming evidence justifying a swift verdict. The FBI used the **JAIL** inmate Anthony brown as an informant. The jury was told when Ben **SHERIFF LEE BACA** and **PAUL TANAKA** found out about they wanted to they went into her rage. Witness after witness told the jury tanaka gave orders to all the deputies to not cooperate with the FBI in any way. Then the jury was told when one of the app yet agents investigating the case was threatened with arrest she was told if you don't like it go see tanaka.

Nielsen Audience: 77,761

1226.     **The Daily Breeze** Newspaper   Market: Los Angeles, CA

LA County Sheriffs Department ready to move on after Tanaka ordeal        Apr 9 2016 10:14PM PT

Attorney Jerome Haig speaks to the media after former Undersheriff **PAUL TANAKA** is found **GUILTY** of corruption charges at the federal courthouse in downtown Los Angeles Wednesday. Sarah Reingewirtz/Staff Photographer The two-week long corruption trial of former Undersheriff **PAUL TANAKA** has not been easy to watch for many within the Sheriffs Department. I think theres a large sense of embarrassment by many on the Sheriffs Department, Brian Moriguchi, president of the Professional Peace Officers Association, which represents department managers, said in an interview. George Hofstetter , president of the Association for Los Angeles Deputy Sheriffs, which represents rank-and-file deputies, said many deputies felt sad and emotional during the trial. You had, in this case, managers who decided to cross that (blue) line, Hofstetter said. It tarnished everything. It makes everybody look bad. RELATED STORY: Tanaka faces maximum sentence for going to trial, former prosecutor says But there are many in the department who still support Tanaka, Moriguchi said. There are strong feelings on both sides in regards to Tanaka himself, Moriguchi said. Many of the employees benefitted from Tanakas style of leadership and many others were hurt by his style of leadership and so theres a very strong divide in the Sheriffs Department as to whether this is a good thing or bad thing for **PAUL TANAKA** himself. RELATED STORY: **PAUL TANAKA** admits he has tattoo associated with violent deputy gang Regardless of how deputy sheriffs feel, though, now that Tanakas trial is over and former **SHERIFF LEE BACA** has pleaded **GUILTY,** many are relieved. I think they want to get to the point where this is all behind them, Hofstetter said. Nearly five years after Tanaka and others conspired to obstruct a federal investigation into brutality and corruption in the jails, a new sheriff is in charge. Former Long Beach police Chief Jim McDonnell was elected on a reform agenda in 2014 by an overwhelming majority, handily beating Tanaka. RELATED STORY: **PAUL TANAKA,** step down from mayors post in Gardena (Opinion) I would say the most notable difference is that I believe that Jim McDonnell is ethical, Moriguchi said. And that is a change from Baca and Tanaka. In that regard, its a good thing that our leadership has changed. The Board did not go as far as some hoped, to give the commission the power to subpoena records from the Sheriffs Department. However, the board has said it will review the issue again to evaluate whether an agreement between the Sheriffs Department and the OIG to share documents that has been in effect since December is working. The Citizens Commission on **JAIL** Violence, a group formed by the Board of Supervisors in response to allegations of excessive use of force in the county jails run by the Sheriffs Department, made a number of recommendations in 2012 for reforms. Inspector General Max Huntsman is overseeing the implementation of those recommendations.

Hofstetter said one barrier to some reforms is a shortage of deputies working in the jails and patrolling the streets.

View▶

Unique Visitors:  197,687

1227.   **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

LA County Sheriffs Department ready to move on after Tanaka ordeal

Apr 9 2016 10:11PM PT

**PAUL TANAKA** leaves the federal courthouse in Los Angeles Wednesday. He was convicted on charges of conspiracy and obstruction of justice. Photo by KTLA Posted: 04/09/16, 2:54 PM PDT | Updated: 1 min ago Attorney Jerome Haig speaks to the media after former Undersheriff **PAUL TANAKA** is found **GUILTY** of corruption charges at the federal courthouse in downtown Los Angeles Wednesday. Sarah Reingewirtz/Staff Photographer The two-week long corruption trial of former Undersheriff **PAUL TANAKA** has not been easy to watch for many within the Sheriffs Department. I think theres a large sense of embarrassment by many on the Sheriffs Department, Brian Moriguchi, president of the Professional Peace Officers Association, which represents department managers, said in an interview. George Hofstetter , president of the Association for Los Angeles Deputy Sheriffs, which represents rank-and-file deputies, said many deputies felt sad and emotional during the trial. You had, in this case, managers who decided to cross that (blue) line, Hofstetter said. It tarnished everything. It makes everybody look bad. RELATED STORY: Tanaka faces maximum sentence for going to trial, former prosecutor says But there are many in the department who still support Tanaka, Moriguchi said. There are strong feelings on both sides in regards to Tanaka himself, Moriguchi said. Many of the employees benefitted from Tanakas style of leadership and many others were hurt by his style of leadership and so theres a very strong divide in the Sheriffs Department as to whether this is a good thing or bad thing for **PAUL TANAKA** himself. RELATED STORY: **PAUL TANAKA** admits he has tattoo associated with violent deputy gang Regardless of how deputy sheriffs feel, though, now that Tanakas trial is over and former **SHERIFF LEE BACA** has pleaded **GUILTY,** many are relieved. I think they want to get to the point where this is all behind them, Hofstetter said. Nearly five years after Tanaka and others conspired to obstruct a federal investigation into brutality and corruption in the jails, a new sheriff is in charge. Former Long Beach police Chief Jim McDonnell was elected on a reform agenda in 2014 by an overwhelming majority, handily beating Tanaka. RELATED STORY: **PAUL TANAKA,** step down from mayors post in Gardena (Opinion) I would say the most notable difference is that I believe that Jim McDonnell is ethical, Moriguchi said. And that is a change from Baca and Tanaka. In that regard, its a good thing that our leadership has changed. The Board did not go as far as some hoped, to give the commission the power to subpoena records from the Sheriffs Department. However, the board has said it will review the issue again to evaluate whether an agreement between the Sheriffs Department and the OIG to share documents that has been in effect since December is working. The Citizens Commission on **JAIL** Violence, a group formed by the Board of Supervisors in response to allegations of excessive use of force in the county jails run by the Sheriffs Department, made a number of recommendations in 2012 for reforms. Inspector General Max Huntsman is overseeing the implementation of those recommendations. Hofstetter said one barrier to some reforms is a shortage of deputies working in the jails and patrolling the streets.

View▶

Unique Visitors:  95,163

1228.  🖱️ **Los Angeles Times**  Newspaper   Market: Los Angeles, CA

Apr 9 2016 12:00PM PT

**How should the LAPD be using Tasers?**

In fact, at least eight of the 36 people shot by on-duty LAPD officers last year were hurt or killed in incidents in which officers said they tried to use a Taser without success, according to a Times report. LAPD officers fired Tasers 1,100 times in 2015, but the devices accomplished their goal causing a suspect to submit to arrest only about half the time. The downfall of **PAUL TANAKA** and the collapse of the blue wall of silence Matthew Fleischer When the Los Angeles County Sheriffs Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA,** and his old boss, **SHERIFF LEE BACA,** would one day be wearing prison blues was. all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE.** When the Los Angeles County Sheriffs Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA,** and his old boss, **SHERIFF LEE BACA,** would one day be wearing prison blues was all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE.** (Matthew Fleischer) There are a number of reasons why they failed to work. Tasers deliver shocks that are supposed to freeze muscles and stop bad guys cold, but sometimes people on drugs or suffering from mental illness don't respond to the jolts delivered by a Taser's metal probes.

View▶

Unique Visitors:  19,777,332

1229.  🖱️ **Canyon News**  Newspaper   Market: Los Angeles, CA

Apr 9 2016 04:57AM PT

**Ex-LA County Undersheriff Convicted For Scandal**

LOS ANGELESEx-LA County Undersheriff **PAUL TANAKA** was convicted on Wednesday, April 6 on one count each of conspiracy to obstruct justice and obstruction of justice, according to the LA Times. Tanaka, who is also the mayor of Gardena, will face up to 15 years in federal prison when he is sentenced on June 20, according to the U.S. Attorneys Office. Tanaka had a reputation for being tough and overbearing in his leadership and for inspiring both fear and respect, according to the LA Times. He was second-in-command to **SHERIFF LEE BACA.** In 2011 the allegation made against Tanaka was orchestrating a scheme to derail an FBI **JAIL** investigation by intimidating a lead agent in the case, pressuring deputies not to cooperate with the investigation, and concealing the whereabouts of an inmate who was working as a federal informant. Baca stepped down from his position in 2014. In March, Baca admitted to the charge that he had lied to the federal investigators. He has been able to make a deal with the prosecutors to get no more than six months in prison. When Tanaka took the stand he tried to convince the jury that it was Baca who created the departments response to the FBI and worked directly with subordinates. Tanaka claims he was unaware of what was happening around him. Jerome Haig, one of Tanakas attorneys, said that it was Baca who ordered all the people below him to do the things that the jury convicted Tanaka of. One of the pieces of evidence that convinced the jury Tanaka was the **GUILTY** party was the recorded phone calls. These phone calls show Baca communicating directly with Tanaka and not his subordinates. U.S. Attorney Eileen Decker said that the jury sent the message that corruption within law enforcement will not be tolerated especially from the very top of these organizations.

View▶

Unique Visitors:  19,580

1230.  **Canyon News**  Newspaper   Market: Los Angeles, CA



LOS ANGELESex-Los AngelesCounty Undersheriff Paul TanakaConvicted PAUL

Apr 9 2016 04:57AM PT

LOS ANGELESEx-Los AngelesCounty Undersheriff **PAUL TANAKA** was convicted on Wednesday, April 6 on one count each of conspiracy to obstruct justice and obstruction of justice, according to the Los AngelesTimes. Tanaka, who is also the mayor of Gardena, will face up to 15 years in federal prison when he is sentenced on June 20, according to the U.S. Attorneys Office. He was second-in-command to **SHERIFF LEE BACA.** In 2011, the allegation made against Tanaka was orchestrating a scheme to derail an FBI **JAIL** investigation by intimidating a lead agent in the case, pressuring deputies not to cooperate with the investigation, and concealing the whereabouts of an inmate who was working as a federal informant. Baca stepped down from his position in 2014. In March 2016, Baca admitted to the charge that he had lied to the federal investigators. He was able to make a deal with prosecutors to get no more than six months in prison. When Tanaka took the stand he tried to convince the jury that it was Baca who created the departments response to the FBI and worked directly with subordinates. Tanaka claims he was unaware of what was happening around him. Jerome Haig, one of Tanakas attorneys, said that it was Baca who ordered all the people below him to do the things that the jury convicted Tanaka of. One of the pieces of evidence that convinced the jury Tanaka was **GUILTY** was recorded phone calls between Baca communicating directly with Tanaka and not his subordinates. U.S. Attorney Eileen Decker said that the jury sent the message that corruption within law enforcement will not be tolerated especially from the very top of these organizations. The post appeared first on Canyon News.

View▶

Unique Visitors:  19,580

1231.   **Whittier Daily News**  Newspaper   Market: Los Angeles, CA

Apr 9 2016 02:10AM PT

Paul Tanaka, step down from mayors post in Gardena: Opinion

Former Los Angeles County Undersheriff **PAUL TANAKA** needs to resign as mayor of Gardena , no matter how much people may like him. Having just been convicted on charges of conspiracy and obstruction of justice for his role in trying to thwart a federal investigation into civil rights abuses at the **JAIL,** he doesnt deserve to sit on the dais. He should quit now instead of dragging the process out. How does that look for the city? Should a man who is a member of the violent deputy gang the Vikings , tattooed and taking pictures with those throwing gang signs, be a councilman? Those facts were revealed during his two days on the stand. How embarrassing is it for his colleagues that this man tried to protect a department from an investigation into violating the basic civil rights of those they were entrusted to **JAIL.** He protected deputies involved in brutal beatings of inmates inside the **JAIL,** and in doing so encouraged the behavior. The settlement of a class-action lawsuit in 2014, brought by inmates, recognized just that and forced reforms and far-reaching federal monitoring inside the jails, where a culture of corruption festered. He wasnt just the fall guy for another shameful man, former **SHERIFF LEE BACA,** as some have suggested. He perpetuated deep-rooted problems. However you want to look at it, both are now convicted on federal charges and created for the county its own scandalous chapter. A proud city like Gardena shouldnt tolerate that. It shouldnt let the status quo continue now that it has found out the truth. A court has ruled Tanaka is **GUILTY.** But he has maintained his innocence and has shown no indication that he will quit. Hes appealing his conviction while he collects a fat pension, which amounted to about $16,000 a month before the conviction.

View▶

Unique Visitors:  47,665

1232.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Paul Tanaka, step down from mayors post in Gardena: Opinion

Apr 9 2016 01:26AM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** needs to resign as mayor of Gardena , no matter how much people may like him. Having just been convicted on charges of conspiracy and obstruction of justice for his role in trying to thwart a federal investigation into civil rights abuses at the **JAIL,** he doesnt deserve to sit on the dais. He should quit now instead of dragging the process out. How does that look for the city? Should a man who is a member of the violent deputy gang the Vikings , tattooed and taking pictures with those throwing gang signs, be a councilman? Those facts were revealed during his two days on the stand. How embarrassing is it for his colleagues that this man tried to protect a department from an investigation into violating the basic civil rights of those they were entrusted to **JAIL.** He protected deputies involved in brutal beatings of inmates inside the **JAIL,** and in doing so encouraged the behavior. The settlement of a class-action lawsuit in 2014, brought by inmates, recognized just that and forced reforms and far-reaching federal monitoring inside the jails, where a culture of corruption festered. He wasnt just the fall guy for another shameful man, former **SHERIFF LEE BACA,** as some have suggested. He perpetuated deep-rooted problems. However you want to look at it, both are now convicted on federal charges and created for the county its own scandalous chapter. A proud city like Gardena shouldnt tolerate that. It shouldnt let the status quo continue now that it has found out the truth. A court has ruled Tanaka is **GUILTY.** But he has maintained his innocence and has shown no indication that he will quit. Hes appealing his conviction while he collects a fat pension, which amounted to about $16,000 a month before the conviction.

View▶

Unique Visitors:  197,687

1233.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Tanaka, step down from mayors post: Opinion

Apr 9 2016 01:14AM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** needs to resign as mayor of Gardena, no matter how much people may like him. Having just been convicted on charges of conspiracy and obstruction of justice for his role in trying to thwart a federal investigation into civil rights abuses at the **JAIL,** he doesnt deserve to sit on the dais. He should quit now instead of dragging the process out. How does that look for the city? Should a man who is a member of the violent deputy gang the Vikings , tattooed and taking pictures with those throwing gang signs, be a councilman? Those facts were revealed during his two days on the stand. How embarrassing is it for his colleagues that this man tried to protect a department from an investigation into violating the basic civil rights of those they were entrusted to **JAIL.** He protected deputies involved in brutal beatings of inmates inside the **JAIL,** and in doing so encouraged the behavior. The settlement of a class-action lawsuit in 2014, brought by inmates, recognized just that and forced reforms and far-reaching federal monitoring inside the jails, where a culture of corruption festered. He wasnt just the fall guy for another shameful man, former **SHERIFF LEE BACA,** as some have suggested. He perpetuated deep-rooted problems. However you want to look at it, both are now convicted on federal charges and created for the county its own scandalous chapter. A proud city like Gardena shouldnt tolerate that. It shouldnt let the status quo continue now that it has found out the truth. A court has ruled Tanaka is **GUILTY.** But he has maintained his innocence and has shown no indication that he will quit. Hes appealing his

conviction while he collects a fat pension, which amounted to about $16,000 a month before the conviction.

View▶

Unique Visitors: 197,687

1234.    **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Tanaka, step down from mayor's post: Opinion

Apr 9 2016 12:35AM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** needs to resign as mayor of Gardena , no matter how much people may like him. Having just been convicted on charges of conspiracy and obstruction of justice for his role in trying to thwart a federal investigation into civil rights abuses at the **JAIL,** he doesnt deserve to sit on the dais. He should quit now instead of dragging the process out. How does that look for the city? Should a man who is a member of the violent deputy gang the Vikings , tattooed and taking pictures with those throwing gang signs, be a councilman? Those facts were revealed during his two days on the stand. How embarrassing is it for his colleagues that this man tried to protect a department from an investigation into violating the basic civil rights of those they were entrusted to **JAIL.** He protected deputies involved in brutal beatings of inmates inside the **JAIL,** and in doing so encouraged the behavior. The settlement of a class-action lawsuit in 2014, brought by inmates, recognized just that and forced reforms and far-reaching federal monitoring inside the jails, where a culture of corruption festered. He wasnt just the fall guy for another shameful man, former **SHERIFF LEE BACA,** as some have suggested. He perpetuated deep-rooted problems. However you want to look at it, both are now convicted on federal charges and created for the county its own scandalous chapter. A proud city like Gardena shouldnt tolerate that. It shouldnt let the status quo continue now that it has found out the truth. A court has ruled Tanaka is **GUILTY.** But he has maintained his innocence and has shown no indication that he will quit. Hes appealing his conviction while he collects a fat pension, which amounted to about $16,000 a month before the conviction.

View▶

Unique Visitors: 95,163

1235.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Paul Tanaka, step down from mayor's post in Gardena: Opinion

Apr 9 2016 12:34AM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** needs to resign as mayor of Gardena , no matter how much people may like him. Having just been convicted on charges of conspiracy and obstruction of justice for his role in trying to thwart a federal investigation into civil rights abuses at the **JAIL,** he doesnt deserve to sit on the dais. He should quit now instead of dragging the process out. How does that look for the city? Should a man who is a member of the violent deputy gang the Vikings , tattooed and taking pictures with those throwing gang signs, be a councilman? Those facts were revealed during his two days on the stand. How embarrassing is it for his colleagues that this man tried to protect a department from an investigation into violating the basic civil rights of those they were entrusted to **JAIL.** He protected deputies involved in brutal beatings of inmates inside the **JAIL,** and in doing so encouraged the behavior. The settlement of a class-action lawsuit in 2014, brought by inmates, recognized just that and forced reforms and far-reaching federal monitoring inside the jails, where a culture of corruption festered. He wasnt just the fall guy for another shameful man, former **SHERIFF LEE BACA,** as some have suggested. He perpetuated deep-rooted problems. However you want to

look at it, both are now convicted on federal charges and created for the county its own scandalous chapter. A proud city like Gardena shouldnt tolerate that. It shouldnt let the status quo continue now that it has found out the truth. A court has ruled Tanaka is **GUILTY.** But he has maintained his innocence and has shown no indication that he will quit. Hes appealing his conviction while he collects a fat pension, which amounted to about $16,000 a month before the conviction.

**View▶**

Unique Visitors: 119,548

1236. **Inland Valley Daily Bulletin** Newspaper  Market: Los Angeles, CA
**Tanaka faces maximum sentence for going to trial, former prosecutor says**  Apr 8 2016 03:51AM PT

Paul Tanakas position as former undersheriff of Los Angeles County could work against him when it comes to determining his prison sentence, according to a former federal prosecutor. Federal **SENTENCING** guidelines advise that organizers or leaders of criminal activity and those who abuse positions of public trust be punished more severely than others, which suggests that Mr. Tanaka could be punished more severely than the deputies, sergeants and lieutenants previously convicted in this investigation, former federal prosecutor Joseph N. Akrotirianakis, who. prosecuted public corruption cases, said in an interview. Tanaka faces a maximum of 15 years in federal prison when he is sentenced on June 20 after a federal jury found him **GUILTY** of conspiracy and obstruction of justice Wednesday. The **SENTENCING** guidelines operate as a points system based on a defendants criminal history and other factors related to circumstances of the crime. Since Tanaka went to trial, that could result in additional prison time than if he had pleaded **GUILTY,** Akrotirianakis explained. Because Mr. Tanaka was convicted following a trial, it is unlikely that he will be deemed to have accepted responsibility for his crimes by truthfully admitting his criminal conduct, Akrotirianakis said. Applied to offenders who plead **GUILTY** rather than requiring a trial, such acceptance of responsibility results in some leniency from the court. Two years ago, seven of Tanakas subordinates were convicted of similar charges related to the corruption scheme and were sentenced to prison terms ranging from 18 months to three-and-a-half years. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators. According to his agreement, prosecutors will not ask for a prison term longer than six months, with three years of supervised release. A federal judge must accept the agreement. Baca will be in court next month for **SENTENCING.** The maximum penalty for Bacas crime lying is five years in prison. U.S. Attorney Eileen Decker said after the verdict she expects that considerable **JAIL** time will be involved in Tanakas case. Her office has not yet made a recommendation, she said. Although jurors dont have a say when it comes to **SENTENCING,** one juror said Thursday she hoped Tanaka receives a sentence that sends a message. I really hope that he gets whats due to him and what the judge feels is appropriate, but it sets a high precedent that were not going to tolerate this, us, as a city, are not going to tolerate people running our city into the ground like this and giving it such. a bad name, jury forewoman Corinne Zemliak said on the John and Ken Show on KFI radio. Tanaka does not have a criminal history, so that will work in his favor in terms of **SENTENCING.** Bacas sentence could also affect Tanaka. Mr. Tanaka is almost certain to argue that he should receive a lesser sentence than former Sheriff Baca, on the grounds that any greater sentence would create a **SENTENCING** disparity between two individuals found **GUILTY** of similar conduct, Akrotirianakis said. Larry Levine, who advises clients on how to survive behind bars and is the director and founder of Wall Street Prison Consultants, surmised that Tanaka would end up in one of the governments minimum security institutions, known as Federal Prison Camps. While some have speculated that Tanaka will be isolated from other

prisoners, Levine who was federally incarcerated for 10 years in high to minimum security institutions, doesnt think that will be the case.

View▶

Unique Visitors: 95,163

1237.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Despite conviction, Gardena embraces Mayor Paul Tanaka until the bitter end          Apr 8 2016 03:51AM PT

Gardena Councilman Dan Medina thought everyone in the usually sleepy suburb had seen the disappointing news the talk of the town that their popular mayor, **PAUL TANAKA,** had been convicted of two felonies this week. But when he stopped at the Elks Lodge on Thursday, he was surprised to bump into some residents who didnt know jurors had found Tanaka **GUILTY** in federal court the day before of obstructing justice when he worked as Los Angeles Countys undersheriff. I was really surprised that some people hadnt heard he was convicted. At the Elks Lodge, they were asking me what happened and if he can still be mayor, Medina said. As long as we can have him here as mayor, we want him. Under state and federal law, Tanaka can continue to serve as mayor for another two-and-a-half months, until he is formally sentenced on June 20 for obstructing justice and conspiring to obstruct justice. He faces a maximum of 15 years in prison but his attorney, Jerome Haig, said they are preparing for the **SENTENCING** hearing and an appeal. Whether Tanaka will consider resigning immediately rather than waiting until his **SENTENCING** was unclear Thursday. He was not available for comment. Every indication is that he will (stay on as mayor), Haig said. He really got us out of a hole, said resident Shirley Lewis. My reaction to the convictions is theyre not being fair about it. Why was (former **SHERIFF LEE) BACA** allowed to get just a slap on the wrist? Now **PAUL TANAKA** gets the brunt of it and thats not fair. A lot of people cannot even believe why they found him **GUILTY.**

View▶

Unique Visitors: 95,163

1238.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Tanaka faces maximum sentence for going to trial, former prosecutor says          Apr 8 2016 03:38AM PT

Paul Tanakas position as former undersheriff of Los Angeles County could work against him when it comes to determining his prison sentence, according to a former federal prosecutor. Federal **SENTENCING** guidelines advise that organizers or leaders of criminal activity and those who abuse positions of public trust be punished more severely than others, which suggests that Mr. Tanaka could be punished more severely than the deputies, sergeants and lieutenants previously convicted in this investigation, former federal prosecutor Joseph N. Akrotirianakis, who. prosecuted public corruption cases, said in an interview. Tanaka faces a maximum of 15 years in federal prison when he is sentenced on June 20 after a federal jury found him **GUILTY** of conspiracy and obstruction of justice Wednesday. The **SENTENCING** guidelines operate as a points system based on a defendants criminal history and other factors related to circumstances of the crime. Since Tanaka went to trial, that could result in additional prison time than if he had pleaded **GUILTY,** Akrotirianakis explained. Because Mr. Tanaka was convicted following a trial, it is unlikely that he will be deemed to have accepted responsibility for his crimes by truthfully admitting his criminal conduct, Akrotirianakis said. Applied to offenders who plead **GUILTY** rather than requiring a trial, such acceptance of responsibility results in some leniency from the court. Two years ago, seven of Tanakas subordinates were convicted of similar charges related to the corruption scheme and were sentenced to prison

terms ranging from 18 months to three-and-a-half years. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators. According to his agreement, prosecutors will not ask for a prison term longer than six months, with three years of supervised release. A federal judge must accept the agreement. Baca will be in court next month for **SENTENCING.** The maximum penalty for Bacas crime lying is five years in prison. U.S. Attorney Eileen Decker said after the verdict she expects that considerable **JAIL** time will be involved in Tanakas case. Her office has not yet made a recommendation, she said. Although jurors dont have a say when it comes to **SENTENCING,** one juror said Thursday she hoped Tanaka receives a sentence that sends a message. I really hope that he gets whats due to him and what the judge feels is appropriate, but it sets a high precedent that were not going to tolerate this, us, as a city, are not going to tolerate people running our city into the ground like this and giving it such. a bad name, jury forewoman Corinne Zemliak said on the John and Ken Show on KFI radio. Tanaka does not have a criminal history, so that will work in his favor in terms of **SENTENCING.** Bacas sentence could also affect Tanaka. Mr. Tanaka is almost certain to argue that he should receive a lesser sentence than former Sheriff Baca, on the grounds that any greater sentence would create a **SENTENCING** disparity between two individuals found **GUILTY** of similar conduct, Akrotirianakis said. Larry Levine, who advises clients on how to survive behind bars and is the director and founder of Wall Street Prison Consultants, surmised that Tanaka would end up in one of the governments minimum security institutions, known as Federal Prison Camps. While some have speculated that Tanaka will be isolated from other prisoners, Levine who was federally incarcerated for 10 years in high to minimum security institutions, doesnt think that will be the case.

View▶

Unique Visitors: 197,687

1239.  **Pasadena Star-News** Newspaper  Market: Los Angeles, CA

Despite conviction, Gardena embraces Mayor Paul Tanaka until the bitter end       Apr 8 2016 03:38AM PT

Gardena Councilman Dan Medina thought everyone in the usually sleepy suburb had seen the disappointing news the talk of the town that their popular mayor, **PAUL TANAKA,** had been convicted of two felonies this week. But when he stopped at the Elks Lodge on Thursday, he was surprised to bump into some residents who didnt know jurors had found Tanaka **GUILTY** in federal court the day before of obstructing justice when he worked as Los Angeles Countys undersheriff. I was really surprised that some people hadnt heard he was convicted. At the Elks Lodge, they were asking me what happened and if he can still be mayor, Medina said. As long as we can have him here as mayor, we want him. Under state and federal law, Tanaka can continue to serve as mayor for another two-and-a-half months, until he is formally sentenced on June 20 for obstructing justice and conspiring to obstruct justice. He faces a maximum of 15 years in prison but his attorney, Jerome Haig, said they are preparing for the **SENTENCING** hearing and an appeal. Whether Tanaka will consider resigning immediately rather than waiting until his **SENTENCING** was unclear Thursday. He was not available for comment. Every indication is that he will (stay on as mayor), Haig said. He really got us out of a hole, said resident Shirley Lewis. My reaction to the convictions is theyre not being fair about it. Why was (former **SHERIFF LEE) BACA** allowed to get just a slap on the wrist? Now **PAUL TANAKA** gets the brunt of it and thats not fair. A lot of people cannot even believe why they found him **GUILTY.**

View▶

Unique Visitors: 148,114

1240.  **Long Beach Press-Telegram**  Newspaper  Market: Los Angeles, CA

Despite conviction, Gardena embraces Mayor Paul Tanaka until the bitter end  Apr 8 2016 03:37AM PT

Gardena Councilman Dan Medina thought everyone in the usually sleepy suburb had seen the disappointing news the talk of the town that their popular mayor, **PAUL TANAKA,** had been convicted of two felonies this week. But when he stopped at the Elks Lodge on Thursday, he was surprised to bump into some residents who didnt know jurors had found Tanaka **GUILTY** in federal court the day before of obstructing justice when he worked as Los Angeles Countys undersheriff. I was really surprised that some people hadnt heard he was convicted. At the Elks Lodge, they were asking me what happened and if he can still be mayor, Medina said. As long as we can have him here as mayor, we want him. Under state and federal law, Tanaka can continue to serve as mayor for another two-and-a-half months, until he is formally sentenced on June 20 for obstructing justice and conspiring to obstruct justice. He faces a maximum of 15 years in prison but his attorney, Jerome Haig, said they are preparing for the **SENTENCING** hearing and an appeal. Whether Tanaka will consider resigning immediately rather than waiting until his **SENTENCING** was unclear Thursday. He was not available for comment. Every indication is that he will (stay on as mayor), Haig said. He really got us out of a hole, said resident Shirley Lewis. My reaction to the convictions is theyre not being fair about it. Why was (former **SHERIFF LEE) BACA** allowed to get just a slap on the wrist? Now **PAUL TANAKA** gets the brunt of it and thats not fair. A lot of people cannot even believe why they found him **GUILTY.**

View▶

Unique Visitors:  119,548

1241.  **Los Angeles Daily News**  Newspaper  Market: Los Angeles, CA

Despite conviction, Gardena embraces Mayor Paul Tanaka until the bitter end  Apr 8 2016 03:37AM PT

Gardena Councilman Dan Medina thought everyone in the usually sleepy suburb had seen the disappointing news the talk of the town that their popular mayor, **PAUL TANAKA,** had been convicted of two felonies this week. But when he stopped at the Elks Lodge on Thursday, he was surprised to bump into some residents who didnt know jurors had found Tanaka **GUILTY** in federal court the day before of obstructing justice when he worked as Los Angeles Countys undersheriff. I was really surprised that some people hadnt heard he was convicted. At the Elks Lodge, they were asking me what happened and if he can still be mayor, Medina said. As long as we can have him here as mayor, we want him. Under state and federal law, Tanaka can continue to serve as mayor for another two-and-a-half months, until he is formally sentenced on June 20 for obstructing justice and conspiring to obstruct justice. He faces a maximum of 15 years in prison but his attorney, Jerome Haig, said they are preparing for the **SENTENCING** hearing and an appeal. Whether Tanaka will consider resigning immediately rather than waiting until his **SENTENCING** was unclear Thursday. He was not available for comment. Every indication is that he will (stay on as mayor), Haig said. He really got us out of a hole, said resident Shirley Lewis. My reaction to the convictions is theyre not being fair about it. Why was (former **SHERIFF LEE) BACA** allowed to get just a slap on the wrist? Now **PAUL TANAKA** gets the brunt of it and thats not fair. A lot of people cannot even believe why they found him **GUILTY.**

View▶

Unique Visitors:  822,671

1242.  **San Gabriel Valley Tribune**  Newspaper  Market: Los Angeles, CA

Despite conviction, Gardena embraces Mayor Paul Tanaka until the bitter  Apr 8 2016 03:37AM

Gardena Councilman Dan Medina thought everyone in the usually sleepy suburb had seen the disappointing news the talk of the town that their popular mayor, **PAUL TANAKA,** had been convicted of two felonies this week. But when he stopped at the Elks Lodge on Thursday, he was surprised to bump into some residents who didnt know jurors had found Tanaka **GUILTY** in federal court the day before of obstructing justice when he worked as Los Angeles Countys undersheriff. I was really surprised that some people hadnt heard he was convicted. At the Elks Lodge, they were asking me what happened and if he can still be mayor, Medina said. As long as we can have him here as mayor, we want him. Under state and federal law, Tanaka can continue to serve as mayor for another two-and-a-half months, until he is formally sentenced on June 20 for obstructing justice and conspiring to obstruct justice. He faces a maximum of 15 years in prison but his attorney, Jerome Haig, said they are preparing for the **SENTENCING** hearing and an appeal. Whether Tanaka will consider resigning immediately rather than waiting until his **SENTENCING** was unclear Thursday. He was not available for comment. Every indication is that he will (stay on as mayor), Haig said. He really got us out of a hole, said resident Shirley Lewis. My reaction to the convictions is theyre not being fair about it. Why was (former **SHERIFF LEE) BACA** allowed to get just a slap on the wrist? Now **PAUL TANAKA** gets the brunt of it and thats not fair. A lot of people cannot even believe why they found him **GUILTY.**

View▶

Unique Visitors:  100,896

1243.   **Pasadena Star-News** Newspaper   Market: Los Angeles, CA
        Tanaka faces maximum sentence for going to trial, former prosecutor          Apr 8 2016 03:31AM
        says                                                                          PT

Paul Tanakas position as former undersheriff of Los Angeles County could work against him when it comes to determining his prison sentence, according to a former federal prosecutor. Federal **SENTENCING** guidelines advise that organizers or leaders of criminal activity and those who abuse positions of public trust be punished more severely than others, which suggests that Mr. Tanaka could be punished more severely than the deputies, sergeants and lieutenants previously convicted in this investigation, former federal prosecutor Joseph N. Akrotirianakis, who. prosecuted public corruption cases, said in an interview. Tanaka faces a maximum of 15 years in federal prison when he is sentenced on June 20 after a federal jury found him **GUILTY** of conspiracy and obstruction of justice Wednesday. The **SENTENCING** guidelines operate as a points system based on a defendants criminal history and other factors related to circumstances of the crime. Since Tanaka went to trial, that could result in additional prison time than if he had pleaded **GUILTY,** Akrotirianakis explained. Because Mr. Tanaka was convicted following a trial, it is unlikely that he will be deemed to have accepted responsibility for his crimes by truthfully admitting his criminal conduct, Akrotirianakis said. Applied to offenders who plead **GUILTY** rather than requiring a trial, such acceptance of responsibility results in some leniency from the court. Two years ago, seven of Tanakas subordinates were convicted of similar charges related to the corruption scheme and were sentenced to prison terms ranging from 18 months to three-and-a-half years. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators. According to his agreement, prosecutors will not ask for a prison term longer than six months, with three years of supervised release. A federal judge must accept the agreement. Baca will be in court next month for **SENTENCING.** The maximum penalty for Bacas crime lying is five years in prison. U.S. Attorney Eileen Decker said after the verdict she expects that considerable **JAIL** time will be involved in Tanakas case. Her office has not yet made a recommendation, she said. Although jurors dont have a say when it comes to **SENTENCING,** one juror said Thursday she hoped

Tanaka receives a sentence that sends a message. I really hope that he gets whats due to him and what the judge feels is appropriate, but it sets a high precedent that were not going to tolerate this, us, as a city, are not going to tolerate people running our city into the ground like this and giving it such. a bad name, jury forewoman Corinne Zemliak said on the John and Ken Show on KFI radio. Tanaka does not have a criminal history, so that will work in his favor in terms of **SENTENCING.** Bacas sentence could also affect Tanaka. Mr. Tanaka is almost certain to argue that he should receive a lesser sentence than former Sheriff Baca, on the grounds that any greater sentence would create a **SENTENCING** disparity between two individuals found **GUILTY** of similar conduct, Akrotirianakis said. Larry Levine, who advises clients on how to survive behind bars and is the director and founder of Wall Street Prison Consultants, surmised that Tanaka would end up in one of the governments minimum security institutions, known as Federal Prison Camps. While some have speculated that Tanaka will be isolated from other prisoners, Levine who was federally incarcerated for 10 years in high to minimum security institutions, doesnt think that will be the case.

View►

Unique Visitors:  148,114

1244.    **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA

Tanaka faces maximum sentence for going to trial, former prosecutor says    Apr 8 2016 03:30AM PT

Paul Tanakas position as former undersheriff of Los Angeles County could work against him when it comes to determining his prison sentence, according to a former federal prosecutor. Federal **SENTENCING** guidelines advise that organizers or leaders of criminal activity and those who abuse positions of public trust be punished more severely than others, which suggests that Mr. Tanaka could be punished more severely than the deputies, sergeants and lieutenants previously convicted in this investigation, former federal prosecutor Joseph N. Akrotirianakis, who. prosecuted public corruption cases, said in an interview. Tanaka faces a maximum of 15 years in federal prison when he is sentenced on June 20 after a federal jury found him **GUILTY** of conspiracy and obstruction of justice Wednesday. The **SENTENCING** guidelines operate as a points system based on a defendants criminal history and other factors related to circumstances of the crime. Since Tanaka went to trial, that could result in additional prison time than if he had pleaded **GUILTY,** Akrotirianakis explained. Because Mr. Tanaka was convicted following a trial, it is unlikely that he will be deemed to have accepted responsibility for his crimes by truthfully admitting his criminal conduct, Akrotirianakis said. Applied to offenders who plead **GUILTY** rather than requiring a trial, such acceptance of responsibility results in some leniency from the court. Two years ago, seven of Tanakas subordinates were convicted of similar charges related to the corruption scheme and were sentenced to prison terms ranging from 18 months to three-and-a-half years. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators. According to his agreement, prosecutors will not ask for a prison term longer than six months, with three years of supervised release. A federal judge must accept the agreement. Baca will be in court next month for **SENTENCING.** The maximum penalty for Bacas crime lying is five years in prison. U.S. Attorney Eileen Decker said after the verdict she expects that considerable **JAIL** time will be involved in Tanakas case. Her office has not yet made a recommendation, she said. Although jurors dont have a say when it comes to **SENTENCING,** one juror said Thursday she hoped Tanaka receives a sentence that sends a message. I really hope that he gets whats due to him and what the judge feels is appropriate, but it sets a high precedent that were not going to tolerate this, us, as a city, are not going to tolerate people running our city into the ground like this and giving it such. a bad name, jury forewoman Corinne Zemliak said on the John and Ken