Show on KFI radio. Tanaka does not have a criminal history, so that will work in his favor in terms of **SENTENCING.** Bacas sentence could also affect Tanaka. Mr. Tanaka is almost certain to argue that he should receive a lesser sentence than former Sheriff Baca, on the grounds that any greater sentence would create a **SENTENCING** disparity between two individuals found **GUILTY** of similar conduct, Akrotirianakis said. Larry Levine, who advises clients on how to survive behind bars and is the director and founder of Wall Street Prison Consultants, surmised that Tanaka would end up in one of the governments minimum security institutions, known as Federal Prison Camps. While some have speculated that Tanaka will be isolated from other prisoners, Levine who was federally incarcerated for 10 years in high to minimum security institutions, doesnt think that will be the case.

View▶

Unique Visitors:  100,896

1245.   **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA

Tanaka faces maximum sentence for going to trial, former prosecutor says      Apr 8 2016 03:30AM PT

Paul Tanakas position as former undersheriff of Los Angeles County could work against him when it comes to determining his prison sentence, according to a former federal prosecutor. Federal **SENTENCING** guidelines advise that organizers or leaders of criminal activity and those who abuse positions of public trust be punished more severely than others, which suggests that Mr. Tanaka could be punished more severely than the deputies, sergeants and lieutenants previously convicted in this investigation, former federal prosecutor Joseph N. Akrotirianakis, who. prosecuted public corruption cases, said in an interview. Tanaka faces a maximum of 15 years in federal prison when he is sentenced on June 20 after a federal jury found him **GUILTY** of conspiracy and obstruction of justice Wednesday. The **SENTENCING** guidelines operate as a points system based on a defendants criminal history and other factors related to circumstances of the crime. Since Tanaka went to trial, that could result in additional prison time than if he had pleaded **GUILTY,** Akrotirianakis explained. Because Mr. Tanaka was convicted following a trial, it is unlikely that he will be deemed to have accepted responsibility for his crimes by truthfully admitting his criminal conduct, Akrotirianakis said. Applied to offenders who plead **GUILTY** rather than requiring a trial, such acceptance of responsibility results in some leniency from the court. Two years ago, seven of Tanakas subordinates were convicted of similar charges related to the corruption scheme and were sentenced to prison terms ranging from 18 months to three-and-a-half years. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to lying to federal investigators. According to his agreement, prosecutors will not ask for a prison term longer than six months, with three years of supervised release. A federal judge must accept the agreement. Baca will be in court next month for **SENTENCING.** The maximum penalty for Bacas crime lying is five years in prison. U.S. Attorney Eileen Decker said after the verdict she expects that considerable **JAIL** time will be involved in Tanakas case. Her office has not yet made a recommendation, she said. Although jurors dont have a say when it comes to **SENTENCING,** one juror said Thursday she hoped Tanaka receives a sentence that sends a message. I really hope that he gets whats due to him and what the judge feels is appropriate, but it sets a high precedent that were not going to tolerate this, us, as a city, are not going to tolerate people running our city into the ground like this and giving it such. a bad name, jury forewoman Corinne Zemliak said on the John and Ken Show on KFI radio. Tanaka does not have a criminal history, so that will work in his favor in terms of **SENTENCING.** Bacas sentence could also affect Tanaka. Mr. Tanaka is almost certain to argue that he should receive a lesser sentence than former Sheriff Baca, on the grounds that any greater sentence would create a **SENTENCING** disparity between two individuals found

GUILTY of similar conduct, Akrotirianakis said. Larry Levine, who advises clients on how to survive behind bars and is the director and founder of Wall Street Prison Consultants, surmised that Tanaka would end up in one of the governments minimum security institutions, known as Federal Prison Camps. While some have speculated that Tanaka will be isolated from other prisoners, Levine who was federally incarcerated for 10 years in high to minimum security institutions, doesnt think that will be the case.

View▶

Unique Visitors:  119,548

1246.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA
Tanaka faces maximum sentence for going to trial, former prosecutor        Apr 8 2016 03:30AM
says                                                                                                PT

Paul Tanakas position as former undersheriff of Los Angeles County could work against him when it comes to determining his prison sentence, according to a former federal prosecutor. Federal SENTENCING guidelines advise that organizers or leaders of criminal activity and those who abuse positions of public trust be punished more severely than others, which suggests that Mr. Tanaka could be punished more severely than the deputies, sergeants and lieutenants previously convicted in this investigation, former federal prosecutor Joseph N. Akrotirianakis, who. prosecuted public corruption cases, said in an interview. Tanaka faces a maximum of 15 years in federal prison when he is sentenced on June 20 after a federal jury found him GUILTY of conspiracy and obstruction of justice Wednesday. The SENTENCING guidelines operate as a points system based on a defendants criminal history and other factors related to circumstances of the crime. Since Tanaka went to trial, that could result in additional prison time than if he had pleaded GUILTY, Akrotirianakis explained. Because Mr. Tanaka was convicted following a trial, it is unlikely that he will be deemed to have accepted responsibility for his crimes by truthfully admitting his criminal conduct, Akrotirianakis said. Applied to offenders who plead GUILTY rather than requiring a trial, such acceptance of responsibility results in some leniency from the court. Two years ago, seven of Tanakas subordinates were convicted of similar charges related to the corruption scheme and were sentenced to prison terms ranging from 18 months to three-and-a-half years. Former SHERIFF LEE BACA pleaded GUILTY earlier this year to lying to federal investigators. According to his agreement, prosecutors will not ask for a prison term longer than six months, with three years of supervised release. A federal judge must accept the agreement. Baca will be in court next month for SENTENCING. The maximum penalty for Bacas crime lying is five years in prison. U.S. Attorney Eileen Decker said after the verdict she expects that considerable JAIL time will be involved in Tanakas case. Her office has not yet made a recommendation, she said. Although jurors dont have a say when it comes to SENTENCING, one juror said Thursday she hoped Tanaka receives a sentence that sends a message. I really hope that he gets whats due to him and what the judge feels is appropriate, but it sets a high precedent that were not going to tolerate this, us, as a city, are not going to tolerate people running our city into the ground like this and giving it such. a bad name, jury forewoman Corinne Zemliak said on the John and Ken Show on KFI radio. Tanaka does not have a criminal history, so that will work in his favor in terms of SENTENCING. Bacas sentence could also affect Tanaka. Mr. Tanaka is almost certain to argue that he should receive a lesser sentence than former Sheriff Baca, on the grounds that any greater sentence would create a SENTENCING disparity between two individuals found GUILTY of similar conduct, Akrotirianakis said. Larry Levine, who advises clients on how to survive behind bars and is the director and founder of Wall Street Prison Consultants, surmised that Tanaka would end up in one of the governments minimum security institutions, known as Federal Prison Camps. While some have speculated that Tanaka will be isolated from other

prisoners, Levine who was federally incarcerated for 10 years in high to minimum security institutions, doesnt think that will be the case.

View▶

Unique Visitors:  822,671

1247.  **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

Despite conviction, Gardena embraces Mayor Paul Tanaka until the bitter end    Apr 8 2016 02:38AM PT

Gardena Councilman Dan Medina thought everyone in the usually sleepy suburb had seen the disappointing news the talk of the town that their popular mayor, **PAUL TANAKA,** had been convicted of two felonies this week. But when he stopped at the Elks Lodge on Thursday, he was surprised to bump into some residents who didnt know jurors had found Tanaka **GUILTY** in federal court the day before of obstructing justice when he worked as Los Angeles Countys undersheriff. I was really surprised that some people hadnt heard he was convicted. At the Elks Lodge, they were asking me what happened and if he can still be mayor, Medina said. As long as we can have him here as mayor, we want him. Under state and federal law, Tanaka can continue to serve as mayor for another two-and-a-half months, until he is formally sentenced on June 20 for obstructing justice and conspiring to obstruct justice. He faces a maximum of 15 years in prison but his attorney, Jerome Haig, said they are preparing for the **SENTENCING** hearing and an appeal. Whether Tanaka will consider resigning immediately rather than waiting until his **SENTENCING** was unclear Thursday. He was not available for comment. Every indication is that he will (stay on as mayor), Haig said. He really got us out of a hole, said resident Shirley Lewis. My reaction to the convictions is theyre not being fair about it. Why was (former **SHERIFF LEE) BACA** allowed to get just a slap on the wrist? Now **PAUL TANAKA** gets the brunt of it and thats not fair. A lot of people cannot even believe why they found him **GUILTY.**

View▶

Unique Visitors:  197,687

1248.  **Wave Newspapers**  Online Only   Market: Los Angeles, CA

NAJEES NOTES: Tanakas conviction is justice served    Apr 7 2016 11:33PM PT

On April 6, justice was finally served. A jury convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Jurors delivered **GUILTY** verdicts on one count each of conspiracy to obstruct justice and obstruction of justice. Tanaka now faces up to 15 years in federal prison when he is sentenced on June 20 by U.S. District Judge Percy Anderson, according to the U.S. Attorneys Office. Over the years, as Tanaka climbed the ranks of the Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway as his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Which was downright laughable? Tanakas goose was cooked when retired L.A. **SHERIFF LEE BACA** admitted he lied to the FBI in the **JAIL** abuse scandal after being confronted with evidence by the federal government. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of the jails. Far from orchestrating an attempt to thwart FBI agents, Tanaka and his attorneys say, he was left out of

the loop as Baca, consumed with anger, worked directly with subordinates. For Tanaka and his legal team to act as if he knew nothing of the cover up, was utterly ridiculous. Jurors began deliberating April 5 and returned their **GUILTY** verdict the following day. In his closing statement, Assistant U.S. Attorney Brandon Fox accused defense attorneys of presenting totally inconsistent versions of Tanaka after they urged jurors to see him as both a strong leader with a strict, hands-on style of rule and someone who didnt know what was unfolding around him. This was Paul Tanakas operation, Fox said. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of hand-picked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriffs officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, 10 members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Judge Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriffs Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the departments goals and values. In his last **PLEA** to jurors April 5, defense attorney H. Dean Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. This case has bothered me for a while. Now that its over and the corruption that was within the L.A.County **JAIL** has been brought to light, Im hopeful and confident now that we have a new sheriff in charge in Jim McDonnell that law enforcement reform can truly take place. This year

marks the centennial of Californias minimum wage, which at the time assured that workers would be paid at least 16 cents for every hour of labor. It was a landmark guarantee from government to working-class people wage levels were formally recognized as a concern for state economic growth.

View▶

Unique Visitors:  7,140

1249.  🖱 **Burbank Leader** Online Only   Market: Los Angeles, CA

**The downfall of Paul Tanaka and the collapse of the blue wall of silence**          Apr 7 2016 08:50PM PT

When the Los Angeles County Sheriff s Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA** and his old boss, **SHERIFF LEE BACA** would one day be wearing prison blues was all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE** at the county **JAIL.** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her , I will never, ever resign. I intend to be sheriff as long as I live." And who could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing **JAIL** inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. So what changed? How is it that Tanaka is now staring down 15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Baca faces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for a series of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery.

View▶

Unique Visitors:  2,958

1250.        **Glendale News Press** Newspaper   Market: Los Angeles, CA



Apr 7 2016 08:50PM PT

When the Los Angeles County Sheriff's Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA** and his old boss, **SHERIFF LEE BACA** would one day be wearing prison blues was all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE** at the county **JAIL.** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her , I will never, ever resign. I intend to be sheriff as long as I live." And who could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing **JAIL** inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. So what changed? How is it that Tanaka is now staring down 15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Baca faces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for a series of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery.

View▶

Unique Visitors: 6,841

1251.  **La Canada Valley Sun**   Newspaper   Market: Los Angeles, CA

Apr 7 2016 08:50PM PT

The downfall of Paul Tanaka and the collapse of the blue wall of silence

When the Los Angeles County Sheriff s Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA** and his old boss, **SHERIFF LEE BACA** would one day be wearing prison blues was all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE** at the county **JAIL.** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her , I will never, ever resign. I intend to be sheriff as long as I live." And who

could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing **JAIL** inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. So what changed? How is it that Tanaka is now staring down 15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Baca faces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for a series of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery.

View▶

Unique Visitors:  1,773

1252.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

The downfall of Paul Tanaka and the collapse of the blue wall of silence                    Apr 7 2016 08:50PM PT

When the Los Angeles County Sheriff s Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA** and his old boss, **SHERIFF LEE BACA** would one day be wearing prison blues was all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE** at the county **JAIL.** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her , I will never, ever resign. I intend to be sheriff as long as I live." And who could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing **JAIL** inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. So what changed? How is it that Tanaka is now staring down 15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Baca faces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to

achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for a series of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery.

View▶

Unique Visitors:  1,367

1253.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA

The downfall of Paul Tanaka and the collapse of the blue wall of silence          Apr 7 2016 08:50PM PT

When the Los Angeles County Sheriff s Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA** and his old boss, **SHERIFF LEE BACA** would one day be wearing prison blues was all but unthinkable. In 2011, the ACLU released a blockbuster report on **INMATE ABUSE** at the county **JAIL.** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her , I will never, ever resign. I intend to be sheriff as long as I live." And who could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing **JAIL** inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. So what changed? How is it that Tanaka is now staring down 15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Baca faces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for a series of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men

played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery. When the Los Angeles County Sheriffs Department scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA, SHERIFF LEE BACA,** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her, I will never, ever resign. I intend to be sheriff as long as I live." And who could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. Convicting **PAUL TANAKA** doesn't end the culture of lawlessness in the L.A. Sheriff's Department The Times Editorial Board The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored. itself from those values it is entrusted to uphold: protection of the. The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the.(The Times Editorial Board) So what changed? How is it that Tanaka is now staring down15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Bacafaces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for aseries of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery. When the Los Angeles County Sheriffs Department

scandal emerged more than six years ago, the idea that former Undersheriff **PAUL TANAKA, SHERIFF LEE BACA,** It included the testimony of a small army of civilian eyewitnesses who backed up inmate allegations. And yet Baca was so assured of his position that he called the ACLUs National Prison Project director Margaret Winter, she said, and told her, I will never, ever resign. I intend to be sheriff as long as I live." And who could argue with him? With Tanaka, then a public unknown, running the department from the shadows through fear and intimidation, theSheriff's Department was a tight ship. Deputies were still openly abusing inmates, and sometimes each other, with little apparent fear of repercussion. Faced with law enforcement's "blue wall of silence," all the ACLU's evidence the truth wasnt enough. Convicting **PAUL TANAKA** doesn't end the culture of lawlessness in the L.A. County Sheriff's Department The Times Editorial Board The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that. unmoored itself from those values it is entrusted to uphold: protection of the. The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the.(The Times Editorial Board) So what changed? How is it that Tanaka is now staring down15 years in prison for obstructing and conspiring to obstruct an FBI investigation into abuse in the county jails, while Bacafaces six months of his own for lying to federal investigators? What put the former heads of the largest, most powerful sheriffs department in the world on trial? The answer is one man Bob Olmsted and his story is crucial to the larger debate about how to achieve real accountability in law enforcement departments throughout the country. A former Mens Central **JAIL** captain andSheriff's Department commander, Olmsted is one of the most important whistle-blowers in the history of Los Angeles. He was a secret source for aseries of articles I wrote for the investigative website Witness LA, detailing corruption and abuse in the Sheriff's Department. He later went public. His testimony became the backbone of the L.A. County Citizens Commission on **JAIL** Violence report. And, for years, he fed crucial information to federal investigators about abuses in the jails and corruption in the Sheriff's Department. It was Olmsted who shattered the blue wall to take on Baca and Tanaka. He not only told his story, but he also produced documents, memos and secondary sources showing that both men played roles in allowing abuse at the jails. Of course, Baca and Tanaka arent facing time for allowing the systematic abuse of inmates under their watch. Theyre in trouble for their roles in a department scheme called Operation Pandoras Box to hide an FBI informant operating secretly in the jails. The full details of Operation Pandoras Box, however, probably would never have come out if Olmsted hadnt stepped forward. He gave other deputies, both active and retired, the courage to speak out; several of them testified alongside Olmsted in Tanaka's trial. Federal investigators put together a remarkable case against **PAUL TANAKA.** They deserve the gratitude of L.A. County residents. But the full truth of a department in moral shambles came to light because of Olmsteds bravery.

<span style="color:green">View▶</span>

Unique Visitors: 19,777,332

1254.  **Eastern Group Publications** Online Only  Market: Los Angeles, CA

Tanaka Convicted in Sheriffs Dept. Corruption Case

Apr 7 2016 06:34PM PT

Tanaka Convicted in Sheriffs Dept. Corruption Case By Fred Shuster, City News Service The former second-in-command of the Los Angeles County Sheriffs Department was convicted Wednesday of obstructing a federal probe of misconduct in the county jails. Former

Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison. U.S. Attorney Eileen Decker declined to say how much prison time she would push for, but said she hoped it would be considerable. The verdict is only another step in the process, Haig said. We plan on appealing the eventual sentence in this case, and were hopeful that a court of appeals will view the evidence in a way more favorable to Mr. Tanaka. Federal prosecutors said Tanaka directed eight co-conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force within the **JAIL** system. This was Paul Tanakas operation, Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. He was the director, he was in charge. Painting the defendant as a man of many faces, Fox said Tanaka worked to overrule and undermine the goals of the sheriffs department, acting as the authority everyone was operating under to engage in this conspiracy. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks at the direction of Tanaka and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said. The charges included a host of overt acts including witness tampering and threatening an FBI case agent with arrest. EGP photo archive A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriffs deputies with personal grudges against Tanaka. Ladies and gentlemen, it is not a crime to be a strong leader, defense attorney H. Dean Steward said in his summation. **PAUL TANAKA** was a pro-active, strong leader. He ruffled some feathers. Hes had some people that dont like his leadership style and dont like him. But thats not a crime. Steward told the jury that ex- **SHERIFF LEE BACA** Tanakas boss at the time was in control of this entire situation. The attorney said it was Baca who demanded that his underlings make sure that Anthony Brown stay in the **JAIL** system, rather than transfer to state prison, where he was headed in August 2011. Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces of information, Steward told the panel. Baca is pushing everybody and I mean everybody, the attorney said, suggesting that if his client believed that the sheriffs orders were reasonable and lawful, then there was no criminal intent on Tanakas part. Without intent, Steward said, youre not **GUILTY.** But in his rebuttal, Fox countered that Bacas role has nothing to do with the guilt of **PAUL TANAKA.** Baca, the prosecutor continued, made **PAUL TANAKA** the director of this sad movie. The defendant chose the players, wrote the script and made sure his presence was felt, Fox said. During two days of testimony, Tanaka repeatedly said he could not recall details of his communications with his co-conspirators all of whom have been convicted. But he was firm on one point he was acting at the behest of Baca. However, phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting **SENTENCING** in May. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanakas conviction the end of the era of corruption in the departments upper management. The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process, Hofstetter said. The Baca-Tanaka era created leadership failures that left the sheriffs department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didnt

create. Los Angeles County Sheriff Jim McDonnell said the verdict signals the end of a troubling period within the department.

View▶

Unique Visitors: 4,139

1255.  **Wave Newspapers** *Online Only*   Market: Los Angeles, CA

**Former Undersheriff Tanaka convicted of obstructing justice**

Apr 7 2016 06:17PM PT

LOS ANGELES The former second-in-command of the Los Angeles County Sheriffs Department was convicted today of obstructing a federal probe of misconduct in the county jails. Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison. U.S. Attorney Eileen Decker declined to say how much prison time she would push for, but said she hoped it would be considerable. The verdict is only another step in the process, Haig said. We plan on appealing the eventual sentence in this case, and were hopeful that a court of appeals will view the evidence in a way more favorable to Mr. Tanaka. Federal prosecutors said Tanaka directed eight co-conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force within the **JAIL** system. This was Paul Tanakas operation, Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. He was the director, he was in charge. Painting the defendant as a man of many faces, Fox said Tanaka worked to overrule and undermine the goals of the Sheriffs Department, acting as the authority everyone was operating under to engage in this conspiracy. The case stemmed from events five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks at the direction of Tanaka and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said. The charges included a host of overt acts including witness tampering and threatening an FBI case agent with arrest. A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriffs deputies with personal grudges against Tanaka. Ladies and gentlemen, it is not a crime to be a strong leader, defense attorney H. Dean Steward said in his summation. **PAUL TANAKA** was a pro-active, strong leader. He ruffled some feathers. Hes had some people that dont like his leadership style and dont like him. But thats not a crime. Steward told the jury that ex- **SHERIFF LEE BACA** Tanakas boss at the time was in control of this entire situation. The attorney said it was Baca who demanded that his underlings make sure that Anthony Brown stay in the **JAIL** system, rather than transfer to state prison, where he was headed in August 2011. Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces of information, Steward told the panel. Baca is pushing everybody and I mean everybody, the attorney said, suggesting that if his client believed that the sheriffs orders were reasonable and lawful, then there was no criminal intent on Tanakas part. Without intent, Steward said, youre not **GUILTY.** But in his rebuttal, Fox countered that Bacas role has nothing to do with the guilt of **PAUL TANAKA.** Baca, the prosecutor continued, made **PAUL TANAKA** the director of this sad movie. The defendant chose the players, wrote the script and made sure his presence was felt, Fox said. During two days of testimony, Tanaka repeatedly said he could not recall details of his communications with his co-conspirators all of whom have been convicted. But he was firm on one point he was acting at the behest of Baca. However, phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged

co-conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting **SENTENCING** in May. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanakas conviction the end of the era of corruption in the departments upper management. The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process, Hofstetter said. The Baca-Tanaka era created leadership failures that left the Sheriffs Department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didnt create. Los Angeles County Sheriff Jim McDonnell said the verdict signals the end of a troubling period within the department.

View▶

Unique Visitors: 7,140

1256. **KTTV-FOX** Television　Market: Los Angeles, CA

Good day LA at 7am

Apr 7 2016 07:00AM PT

[7:13:23 AM] [0:46]  Tanaka confronted his wife moments after the verdict was read yesrday. Jurors spent less than two hours deliberating. Prosecutors said tanaka former second of command of the police department tried to have excessive force within the **JAIL** system. Tanaka's lawyers say they plan to appeal. He faces up to 15 years in prison, **SENTENCING** is set for June 20th. People are saying it was a bit risky when he did agree to take the stand you can argue what that had to play as far as a role in the conviction. But he took the stand and this is the outcome. This happened. Meanwhile **LEE BACA** gets six months and pensions still. Yeah. Gets to keep his pension.

Nielsen Audience: 76,675

1257. **KCBS-CBS** Television　Market: Los Angeles, CA

CBS 2 News 430 AM

Apr 7 2016 04:30AM PT

[4:35:59 AM] [1:44]  In universal city, CBS 2 news. Juan: a jury did not buy **PAUL TANAKA** story of innocent. Sharon: **PAUL TANAKA** who is the mayor of guardian and faces 16 years in prison and Dave Brian covered the scandal from that start and looks at what is next for the department. Reporter: a jury deliberated less than three hours before convicting **PAUL TANAKA.** Prosecutors say he encourage deputies to brutally beat **JAIL** inmates and covered up. **PAUL TANAKA** says he was following orders from disgraced former **SHERIFF LEE BACA. PAUL TANAKA** ran from the media outside the courthouse while his sister wept on the steps. Members of the jury did not buy his claims of innocence. He was evasive. His own words were was that the undersheriff ran the department day-to-day clec it closes a chapter in the sheriff's department. A chapter of corruption. Reporter: the man who represent, represents la county sheriff believes the undersheriff of **PAUL TANAKA** closes the books on six of the worst years by department has experienced, years of corruption, brutality and beatings in the jails victimizing some visitors and inmates like a friend of activist mark Anthony Johnson. He was beaten really badly and woke up in a pool of his own blood and **PAUL TANAKA** and even **LEE BACA,** that's not the end game. The endgame is changing the structure to put the power the hands of the people who know firsthand how the department operates and practices. I think there can be a fresh start.

Nielsen Audience:  20,788

1258.    **Los Angeles Times**  Newspaper   Market: Los Angeles, CA

Tanaka convicted on conspiracy and obstruction of justice charges

Apr 7 2016 01:15AM PT

A federal jury on Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** of deliberately impeding an FBI investigation, capping a **JAIL** abuse and obstruction scandal that reached to the top echelons of the Sheriff's Department. Jurors spent less than two hours deliberating before delivering **GUILTY** verdicts on one count each of conspiracy to obstruct justice and obstruction of justice. Tanaka, who also serves as mayor of Gardena, faces as long as 15 years in federal prison when he is sentenced June 20, according to the U.S. attorney's office. The conviction marks a dramatic fall that would have seemed impossible not long ago for a man who climbed rapidly through the department's upper ranks. A tough, overbearing leader who was feared as much as he was respected, Tanaka rose to become **SHERIFF LEE BACA'S** second-in-command, running the department's day-to-day operations with an iron hand and seeming impunity. It was also a capstone for the FBI and the U.S. attorneys office, which spent years pursuing obstruction cases against many top sheriff's officials that arose out of a broader investigation into allegations of brutality and other misconduct by deputies in the department's jails. Saying the verdict closes a chapter for the Sheriff's Department, U.S. Atty. Eileen Decker said the jury had sent a clear message that corruption within law enforcement would not be tolerated, particularly when it comes from the very top of those organizations. In addition, they've sent a message that those who are being housed in our jails are entitled to civil rights and it is our job to protect that right, Decker said. She also credited reformers within the Sheriff's Department, some of whom, she said, paid a price for speaking out about abuses by **JAIL** deputies. Today, their work was vindicated, she said. The president of the union that represents rank-and-file deputies issued a statement saying that the verdict meant the department could move forward now that the past failed leadership had been revealed in the courts. With this verdict, the department is rid of the culture that created the corruption, George Hofstetter said in the statement. The criminal charges centered on allegations that in 2011 Tanaka orchestrated a scheme to derail the FBI's **JAIL** investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as a federal informant. In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. Under a deal with prosecutors, Baca will avoid more serious charges and can serve no more than six months in prison. Jerome Haig, one of Tanaka's attorneys, reiterated the claim following the verdict, expressing frustration that Anderson had denied repeated requests that Baca be granted immunity in exchange for his testimony. Haig said it was Baca who ordered all the people below him to do the many, many things that now the jury has stood and convicted Mr. Tanaka of. We think if there is a **GUILTY** party, he is the most **GUILTY** party, Haig said. Leaving through a loading dock exit to avoid a throng of TV cameras awaiting him, Tanaka declined to comment on the verdict. Haig said his client was disappointed and saddened and was planning an appeal. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, it found, failed to uphold the department's goals and values. While