Tanaka portrayed himself at trial as an exacting leader with a strong moral compass, prosecutors said behind the scenes he was directing sheriff's officials to shuttle the inmate informant to another facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged, Tanaka was part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which a cellphone was smuggled to the informant in **JAIL.** As federal authorities expanded their investigation to examine those events, Tanaka came forward, giving a long interview to Fox and FBI agents during which he first tried to blame Baca. He went on to testify before a grand jury as well as at the earlier obstruction trials of his underlings. Fox and Decker said Tuesday that they viewed Tanaka's willingness to talk as a calculated ploy to shift focus away from himself and muddy the waters. I think he thought that if he just threw enough out there we would just say, It's too messy, we'll never figure it out, we'll never be able to parse it out, never be able to prove it beyond a reasonable doubt,' and that we'd just go away, Decker said. But, Fox added, All the evidence pointed to him. For more news on the federal courts in Los Angeles, follow@joelrubin. Times staff writer Matthew Fleischer contributed to this report. Tanaka Marcus Yam / Los Angeles Times Former Los Angeles County Undersheriff **PAUL TANAKA,** right, walks towards his car as members of the pressfollow. Former Los Angeles County Undersheriff **PAUL TANAKA,** right, walks towards his car as members of the pressfollow. (Marcus Yam / Los Angeles Times) ALSO Merle Haggard dies at 79; prolific country music outlaw brought the Bakersfield sound California's economy is expected to outpace that of the U.S. this year Workers at Bel-Air home of ex-Oxy CEO allege that they were trafficked to the U.S. via the Middle East Justice finally catches up with **SHERIFF LEE BACA** who. helped deny it to others The Times Editorial Board It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of. guards, trying to contact investigators with a phone. It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone.(The Times Editorial Board) L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County system. Got a tip? Contact reporter Cindy Chang.Read more stories See the most-read stories this hour Read the story Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County. Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) second-in-command, running the department's day-to-day operations with an iron hand and seeming impunity. It was also a capstone for the FBI and the U.S. attorneys office, which spent years pursuing obstruction cases against many top sheriff's officials that arose out of a broader investigation into allegations of brutality and other misconduct by deputies in the department's jails. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others The Times Editorial Board It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving

his time behind bars, itching to tell authorities of the abuse that he. and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone. It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone.(The Times Editorial Board) Saying the verdict closes a chapter for the Sheriff's Department, U.S. Atty. Eileen Decker said the jury had sent a clear message that corruption within law enforcement would not be tolerated, particularly when it comes from the very top of those organizations. In addition, they've sent a message that those who are being housed in our jails are entitled to civil rights and it is our job to protect that right, Decker said. She also credited reformers within the Sheriff's Department, some of whom, she said, paid a price for speaking out about abuses by **JAIL** deputies. Today, their work was vindicated, she said. The president of the union that represents rank-and-file deputies issued a statement saying that the verdict meant the department could move forward now that the past failed leadership had been revealed in the courts. With this verdict, the department is rid of the culture that created the corruption, George Hofstetter said in the statement. The criminal charges centered on allegations that in 2011 Tanaka orchestrated a scheme to derail the FBI's **JAIL** investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as a federal informant. Tanaka Marcus Yam / Los Angeles Times Former Los Angeles County Undersheriff **PAUL TANAKA,** right, walks towards his car as members of the pressfollow. Former Los Angeles County Undersheriff **PAUL TANAKA,** right, walks towards his car as members of the pressfollow. (Marcus Yam / Los Angeles Times) In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. Under a deal with prosecutors, Baca will avoid more serious charges and can serve no more than six months in prison. Jerome Haig, one of Tanaka's attorneys, reiterated the claim following the verdict, expressing frustration that Anderson had denied repeated requests that Baca be granted immunity in exchange for his testimony. Haig said it was Baca who ordered all the people below him to do the many, many things that now the jury has stood and convicted Mr. Tanaka of. We think if there is a **GUILTY** party, he is the most **GUILTY** party, Haig said. L.A. County **JAIL** system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County system. Got a tip? Contact reporter Cindy Chang.Read more stories Leaving through a loading dock exit to avoid a throng of TV cameras awaiting him, Tanaka declined to comment on the verdict. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, it found, failed to uphold the department's goals and values. While Tanaka portrayed himself at trial as an exacting leader with a strong moral compass, prosecutors said behind the scenes he was directing sheriff's officials to shuttle the inmate informant to another facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged, Tanaka was part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which a cellphone was smuggled to the informant in **JAIL.** Retired

L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) As federal authorities expanded their investigation to examine those events, Tanaka came forward, giving a long interview to Fox and FBI agents during which he first tried to blame Baca. He went on to testify before a grand jury as well as at the earlier obstruction trials of his underlings. second-in-command, running the department's day-to-day operations with an iron hand and seeming impunity. It was also a capstone for the FBI and the U.S. attorneys office, which spent years pursuing obstruction cases against many top sheriff's officials that arose out of a broader investigation into allegations of brutality and other misconduct by deputies in the department's jails. Editorial: Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others The Times Editorial Board It is tempting to imagine disgraced former **SHERIFF LEE BACA-** who now faces up to six months in federal prison- serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone. It is tempting to imagine disgraced former **SHERIFF LEE BACA-** who now faces up to six months in federal prison- serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone.(The Times Editorial Board) Saying the verdict closes a chapter for the Sheriff's Department, U.S. Atty. Eileen Decker said the jury had sent a clear message that corruption within law enforcement would not be tolerated, particularly when it comes from the very top of those organizations. In addition, they've sent a message that those who are being housed in our jails are entitled to civil rights and it is our job to protect that right, Decker said. She also credited reformers within the Sheriff's Department, some of whom, she said, paid a price for speaking out about abuses by **JAIL** deputies. Today, their work was vindicated, she said. The president of the union that represents rank-and-file deputies issued a statement saying that the verdict meant the department could move forward now that the past failed leadership had been revealed in the courts. With this verdict, the department is rid of the culture that created the corruption, George Hofstetter said in the statement. The criminal charges centered on allegations that in 2011 Tanaka orchestrated a scheme to derail the FBI's **JAIL** investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as a federal informant. Tanaka Marcus Yam / Los Angeles Times Former Los Angeles County Undersheriff **PAUL TANAKA,** right, walks towards his car as members of the pressfollow. Former Los Angeles County Undersheriff **PAUL TANAKA,** right, walks towards his car as members of the pressfollow. (Marcus Yam / Los Angeles Times) In all, 10 people have now been convicted or pleaded **GUILTY** for their roles in the plan. The group includes Baca, who stepped down two years ago amid the growing scandal and last month admitted to a charge that he lied to federal investigators. Under a deal with prosecutors, Baca will avoid more serious charges and can serve no more than six months in prison. Jerome Haig, one of Tanaka's attorneys, reiterated the claim following the verdict, expressing frustration that Anderson had denied repeated requests that Baca be granted immunity in exchange for his testimony. Haig said it was Baca who ordered all the people below him to do the many, many things that now the jury has stood and convicted Mr. Tanaka of. We think if there is a **GUILTY** party, he is the most **GUILTY** party, Haig said. L.A. County **JAIL**

system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County system. Got a tip? Contact reporter Cindy Chang.Read more stories Leaving through a loading dock exit to avoid a throng of TV cameras awaiting him, Tanaka declined to comment on the verdict. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in just a few years. By the time the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, it found, failed to uphold the department's goals and values. While Tanaka portrayed himself at trial as an exacting leader with a strong moral compass, prosecutors said behind the scenes he was directing sheriff's officials to shuttle the inmate informant to another facility under fake names to prevent FBI agents from finding him. In addition, prosecutors alleged, Tanaka was part of a decision to send sheriff's sergeants to the home of the lead FBI agent on the investigation, where they threatened to arrest her for running a sting operation in which a cellphone was smuggled to the informant in **JAIL.** Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) As federal authorities expanded their investigation to examine those events, Tanaka came forward, giving a long interview to Fox and FBI agents during which he first tried to blame Baca. He went on to testify before a grand jury as well as at the earlier obstruction trials of his underlings.

View▶

Unique Visitors:  19,777,332

1259.   **Burbank Leader**   Online Only   Market: Los Angeles, CA
        Convicting Paul Tanaka doesn't end the culture of lawlessness in the L.A.     Apr 6 2016 11:45PM
        Sherif                                                                                    PT

The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the powerless, respect for the law, commitment to. justice and, above all, honesty. The verdict stems from a 2011 effort by a group of sheriff's deputies to hide an informant a **JAIL** inmate from FBI agents who were investigating allegations of brutality and misconduct by deputies. Former **SHERIFF LEE BACA** long denied any knowledge of the plan, then blamed it on Tanaka, his second-in-command, and finally pleaded **GUILTY** in February to lying about what he knew. Tanaka tried to blame everything on Baca, but the jury declined to absolve him of responsibility. Tanaka has tried to present himself as a dedicated sheriff's deputy and somewhat bookish accountant who was called on by Baca to apply his management skills after the sheriff ineptly led his department into huge budget deficits. Once he reluctantly accepted the position, Tanaka has said, he was shocked at the level of disarray

and mismanagement he found and did his utmost to impose some needed order. That all may be true, yet it does nothing to counter the evidence put forward by federal prosecutors (or by a **JAIL** violence commission that investigated and reported on the department in 2012) that Tanaka was a vindictive leader who worked to cover up the brutal abuse of **JAIL** inmates by sheriff. s deputies. Tanaka encouraged brutality but did not introduce it to the Sheriff's Department, even if he was indeed a tattooed member of the Lynwood Vikings, a group of deputies who many assert made a sport or initiation rite out of violence against the communities they patrolled and the people they jailed.

View▶

Unique Visitors: 2,958

1260.   **Glendale News Press** Newspaper   Market: Los Angeles, CA
        Convicting Paul Tanaka doesn't end the culture of lawlessness in the L.A.     Apr 6 2016 11:45PM
        Sherif                                                                          PT

The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the powerless, respect for the law, commitment to. justice and, above all, honesty. The verdict stems from a 2011 effort by a group of sheriff's deputies to hide an informant a **JAIL** inmate from FBI agents who were investigating allegations of brutality and misconduct by deputies. Former **SHERIFF LEE BACA** long denied any knowledge of the plan, then blamed it on Tanaka, his second-in-command, and finally pleaded **GUILTY** in February to lying about what he knew. Tanaka tried to blame everything on Baca, but the jury declined to absolve him of responsibility. Tanaka has tried to present himself as a dedicated sheriff's deputy and somewhat bookish accountant who was called on by Baca to apply his management skills after the sheriff ineptly led his department into huge budget deficits. Once he reluctantly accepted the position, Tanaka has said, he was shocked at the level of disarray and mismanagement he found and did his utmost to impose some needed order. That all may be true, yet it does nothing to counter the evidence put forward by federal prosecutors (or by a **JAIL** violence commission that investigated and reported on the department in 2012) that Tanaka was a vindictive leader who worked to cover up the brutal abuse of **JAIL** inmates by sheriff. s deputies. Tanaka encouraged brutality but did not introduce it to the Sheriff's Department, even if he was indeed a tattooed member of the Lynwood Vikings, a group of deputies who many assert made a sport or initiation rite out of violence against the communities they patrolled and the people they jailed.

View▶

Unique Visitors: 6,841

1261.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
        Convicting Paul Tanaka doesn't end the culture of lawlessness in the L.A.     Apr 6 2016 11:45PM
        Sherif                                                                          PT

The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the powerless, respect for the law, commitment to. justice and, above all, honesty. The verdict stems from a 2011 effort by a group of sheriff's deputies to hide an informant a **JAIL** inmate from FBI agents who were investigating allegations of brutality and misconduct by deputies. Former **SHERIFF LEE BACA** long denied any knowledge of the

plan, then blamed it on Tanaka, his second-in-command, and finally pleaded **GUILTY** in February to lying about what he knew. Tanaka tried to blame everything on Baca, but the jury declined to absolve him of responsibility. Tanaka has tried to present himself as a dedicated sheriff's deputy and somewhat bookish accountant who was called on by Baca to apply his management skills after the sheriff ineptly led his department into huge budget deficits. Once he reluctantly accepted the position, Tanaka has said, he was shocked at the level of disarray and mismanagement he found and did his utmost to impose some needed order. That all may be true, yet it does nothing to counter the evidence put forward by federal prosecutors (or by a **JAIL** violence commission that investigated and reported on the department in 2012) that Tanaka was a vindictive leader who worked to cover up the brutal abuse of **JAIL** inmates by sheriff. s deputies. Tanaka encouraged brutality but did not introduce it to the Sheriff's Department, even if he was indeed a tattooed member of the Lynwood Vikings, a group of deputies who many assert made a sport or initiation rite out of violence against the communities they patrolled and the people they jailed.

View▶

Unique Visitors: 1,773

1262. **Laguna Beach Coastline Pilot** Newspaper Market: Los Angeles, CA

Convicting Paul Tanaka doesn't end the culture of lawlessness in the L.A. Sherif    Apr 6 2016 11:45PM PT

The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the powerless, respect for the law, commitment to. justice and, above all, honesty. The verdict stems from a 2011 effort by a group of sheriff's deputies to hide an informant a **JAIL** inmate from FBI agents who were investigating allegations of brutality and misconduct by deputies. Former **SHERIFF LEE BACA** long denied any knowledge of the plan, then blamed it on Tanaka, his second-in-command, and finally pleaded **GUILTY** in February to lying about what he knew. Tanaka tried to blame everything on Baca, but the jury declined to absolve him of responsibility. Tanaka has tried to present himself as a dedicated sheriff's deputy and somewhat bookish accountant who was called on by Baca to apply his management skills after the sheriff ineptly led his department into huge budget deficits. Once he reluctantly accepted the position, Tanaka has said, he was shocked at the level of disarray and mismanagement he found and did his utmost to impose some needed order. That all may be true, yet it does nothing to counter the evidence put forward by federal prosecutors (or by a **JAIL** violence commission that investigated and reported on the department in 2012) that Tanaka was a vindictive leader who worked to cover up the brutal abuse of **JAIL** inmates by sheriff. s deputies. Tanaka encouraged brutality but did not introduce it to the Sheriff's Department, even if he was indeed a tattooed member of the Lynwood Vikings, a group of deputies who many assert made a sport or initiation rite out of violence against the communities they patrolled and the people they jailed.

View▶

Unique Visitors: 1,367

1263. **Los Angeles Times** Newspaper Market: Los Angeles, CA

Convicting Paul Tanaka doesn't end the culture of lawlessness in the L.A. Sherif    Apr 6 2016 11:45PM PT

The conviction Wednesday of former Los Angeles County Undersheriff **PAUL TANAKA** on

charges of conspiracy and obstruction of justice concludes an essential chapter in the astonishing story of a Sheriff's Department that unmoored itself from those values it is entrusted to uphold: protection of the powerless, respect for the law, commitment to. justice and, above all, honesty. The verdict stems from a 2011 effort by a group of sheriff's deputies to hide an informant a **JAIL** inmate from FBI agents who were investigating allegations of brutality and misconduct by deputies. Former **SHERIFF LEE BACA** long denied any knowledge of the plan, then blamed it on Tanaka, his second-in-command, and finally pleaded **GUILTY** in February to lying about what he knew. Tanaka tried to blame everything on Baca, but the jury declined to absolve him of responsibility. Tanaka has tried to present himself as a dedicated sheriff's deputy and somewhat bookish accountant who was called on by Baca to apply his management skills after the sheriff ineptly led his department into huge budget deficits. Once he reluctantly accepted the position, Tanaka has said, he was shocked at the level of disarray and mismanagement he found and did his utmost to impose some needed order. That all may be true, yet it does nothing to counter the evidence put forward by federal prosecutors (or by a **JAIL** violence commission that investigated and reported on the department in 2012) that Tanaka was a vindictive leader who worked to cover up the brutal abuse of **JAIL** inmates by sheriff. s deputies. Tanaka encouraged brutality but did not introduce it to the Sheriff's Department, even if he was indeed a tattooed member of the Lynwood Vikings, a group of deputies who many assert made a sport or initiation rite out of violence against the communities they patrolled and the people they jailed.

View▶

Unique Visitors:  19,777,332

1264.   **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

VideoEx-LASD Undersheriff Convicted in Corruption Trial

Apr 6 2016 11:06PM PT

Conan Nolan reports for the NBC4 News at Noon on Wednesday March 6, 2016. (Published 4 hours ago) The former second-in-command at the Los Angeles County Sheriff's Department was convicted Wednesday of obstruction of justice in his federal corruption trial. A downtown Los Angeles jury completed about 90 minutes of deliberations Tuesday on its first day of discussions in the **PAUL TANAKA** case. Jurors returned for deliberations Wednesday before court officials said the panel reached **GUILTY** verdicts on two counts-conspiracy to obstruct justice and obstruction of justice. The county's ex-undersheriff was accused of directing eight alleged co- conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force within the **JAIL** system. **SENTENCING** was scheduled for June 20. Tanaka, who also serves at the mayor of Gardena and was handily defeated when he ran for sheriff in the 2014 election, could face up to 15 years in federal prison. Hewas re-elected to a third four-year term as Gardena's mayor in 2013. Jury Reviews Phone Records of Former Undersherriff **PAUL TANAKA** As former undersheriff of the Sheriff's Department **PAUL TANAKA** stands trial, the jury reviewed the department's phone records to determine Tanaka's involvement in a 2011 incident involving interference with an FBI probe. John Cadiz Klemack reports for NBC4 News at Noon on Monday, April 4, 2016. (Published Monday, April 4, 2016) (Published Monday, April 4, 2016) "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the panel in his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." The case stems from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point,

sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. Southern California Images in the News The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. The Association for Los Angeles Deputy Sheriffs called the verdicts an end to an "era of corruption." "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department has ended with the conviction of former Undersheriff **PAUL TANAKA,** George Hofstetter, President of the Association for Los Angeles. Deputy Sheriffs, said in a statement. "With this verdict, the Department is rid of the culture that created the corruption." A defense attorney argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex- **SHERIFF LEE BACA**- Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. In February, Baca pleaded guity to a federal charge of lying to investigators as part of the misconduct probe. The **PLEA** deal calls for him to spend no more than six months in prison. **SENTENCING** is scheduled for May 16. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.

View▶

Unique Visitors:  986,569

1265.   **L.A. Weekly**  Newspaper  Market: Los Angeles, CA

Prison-Bound Paul Tanaka Is Out as Mayor of Gardena

Apr 6 2016 11:02PM PT

at 4:02 p.m. **PAUL TANAKA,** once the heir apparent to Sheriff **LEROY BACA,** was convicted today of two felony charges for conspiracy and obstructing an FBI investigation into **JAIL** abuse. He faces up to 15 years in federal prison. Though the conviction brings to a close the corruption scandals that plagued the last years of Baca's administration, it does not have much practical impact on the current Sheriff's Department.Tanaka, who had broad authority as Baca's undersheriff, was forced to resign three years ago. "They know who's boss. He's the boss. He's in charge." When he was charged with obstructing an FBI investigation into **JAIL** abuse last year, Tanaka announced he would take a leave of absence from the council. However, he never did. He continued to run meetings without any apparent objection.

View▶

Unique Visitors:  1,301,282

1266. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 11 PM

Apr 6 2016 11:00PM PT

[11:08:57 PM] [1:48]  And suggested neighbor work together with the center to know the staff and clients better. Jeff: he was among most powerful leaders in local law enforcement. Pat: now **PAUL TANAKA** faces prison time, and Dave Bryan has covered this from the beginning. Reporter: you know justice came swiftly in federal court toward, jury knew what it wanted to do, 3 months after **LEE BACA** pleaded **GUILTY** to lying, his former second in command, **PAUL TANAKA** was convicted to corruption charges by a jury that did not believe him. The jury deliberated less than 3 hours before convicted tanaka, prosecutor say he encourage deputies to brutally beat **JAIL** inmates then cover it up attack tax tanaka said he was following orders from **LEE BACA.** Tanaka ran from the media outside. His sister wept on the steps. Members of jury did not buy his claims of innocence. He was very evasive. Mr. tanaka's worlds that under sheriff ran the department day-to-day, and the sheriff was the base of the department. Reporter: the end of 4 year investigation to abuse and corruption of the **JAIL** system. 15 deputies, **LEE BACA** and tanaka have been convicted of abusing inmates and **JAIL** visitors or covering it up. Many hope that convict closes a painful chapter in the department's history. The tanaka era is over, deputy sheriffs want to focus on doing the job they got hired to do.

 Nielsen Audience:  164,485

1267. **KCAL-IND** Television   Market: Los Angeles, CA

KCAL News At 10PM

Apr 6 2016 10:00PM PT

[10:06:10 PM] [2:15]  Including Gabrielle, that charged a gang of deputies was beating prisoners and visitors. In 2011 is when federal prosecutor say under sheriff tanaka started a scheme to block an FBI investigation into **JAIL** abuse. All of the actions I took as far as I am concerned, were lawful. Reporter: in 2013, us Justice Department indicted 19 deputies on charges of **JAIL** corruption and abuse, after reports that at least one clique of deputies were tattooed with a red-eye skull, and oss across the forehead known as jump out boys, and 2013 is year that FBI said that **SHERIFF LEE. BACA** lead to them about the cover-up, next year Baca announced his retire am after 16 years in office. You cut a deal where you leave office and not indicted. Nonsense, you don't cut deals with anybody, FBI department of justice is very specific, I am not a target. Reporter: last year tanaka was indicted to federal corruption charges, in January this year, former sheriff Baca pleaded **GUILTY** to charges of lying to federal investigators. In the aftermath, there are different views on whether the convictions have cleared the air for sheriff department. And started a new day. Baca and tanaka era is over, deputy sheriffs want to focus on doing the job they were hired to do. Tanaka and Baca that is not the end game, the end game is changing structure to put power in the hands of the people o know first hand how the department operates and practice. I think there can be a fresh start for the department just as there was for the LAPD after the rampart scandal, the new leadership has to seize this opportunity to move forward. Reporter: former sheriff dhaka, who de, Baca who denied he cut a deal is schedule to be sentenced next month, he faces up to 6 months in **JAIL,** after he did cut a deal with federal prosecutors. All right, Dave thank you so much. Developing news from south Los Angeles now, a crash involving an LAPD cruiser and another car, just over an hour ago.

 Nielsen Audience:  133,809

1268.    **KFI-AM [640 AM] KFI More Stimulating Talk Radio** Radio   Market: Los Angeles, CA



Former LA County sheriff Paul Tanaka has...

Apr 6 2016 09:26PM PT

"We believe we had a strong case from the beginning" - says US Atty Decker when asked @ quick verdict. @KFIAM640 pic.twitter.com/Kfc0GMeaku Eric Leonard (@LeonardFiles) April 6, 2016 LOS ANGELES (CNS) - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails. Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison. U.S. Attorney Eileen Decker declined to say how much prison time she would push for, but said she hoped it would be considerable.'' Decker said jurors have spoken loudly, they've spoken swiftly,'' adding that Tanaka and other top leadership at the department contributed to a culture of lawlessness. It was an issue of leadership,'' Decker said. This could have been stopped at any time.'' The panel deliberated for less than three hours over two days before reaching the verdict. Tanaka declined to comment as he left the courthouse. Defense attorney Jerome Haig said he will appeal. The verdict is only another step in the process,'' Haig said. We plan on appealing the eventual sentence in this case, and we're hopeful that a court of appeals will view the evidence in a way more favorable to Mr. Tanaka.'' Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force. within the **JAIL** system. This was **PAUL TANAKA'S** operation,'' Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. He was the director, he was in charge.'' Painting the defendant as a man of many faces,'' Fox said Tanaka worked to overrule and undermine'' the goals of the sheriff's department, acting as the authority everyone was operating under to engage in this conspiracy.'' The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials closed ranks'' at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said. The charges included a host of overt acts'' including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader,'' defense attorney H. Dean Steward said in his summation. **PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime.'' Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- was in control of this entire situation.'' The attorney said it was Baca who demanded that his underlings make sure that Anthony Brown stay in the **JAIL** system,'' rather than transfer to state prison, where he was headed in August 2011. Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces'' of information, Steward told the panel. Baca is pushing everybody- and I mean everybody,'' the attorney said, suggesting that if his client believed that the sheriff's orders were reasonable and lawful,'' then there was no criminal intent on Tanaka's part. Without intent, Steward said, you're not guilty.'' But in his rebuttal, Fox countered that Baca's role has nothing to do with the guilt of Paul Tanaka.'' Baca, the prosecutor continued, made **PAUL TANAKA** the director of this sad movie.'' The defendant chose the players, wrote the script'' and made sure his presence. was felt,'' Fox said. During two days of testimony, Tanaka denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs

focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting **SENTENCING** in May. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union that represents deputies, called Tanaka's conviction the end of the era of corruption'' in the department's upper management. The department can move forward now that the truth about the failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process,'' Hofstetter said. The Baca- Tanaka era created leadership failures that left the sheriff's department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled to perform a dangerous and difficult job under a cloud they didn't create.''

View▶

Unique Visitors: 5,044

1269.    **KPCC-FM [89.3 FM] Southern California Public Radio**    Radio    Market: Los Angeles, CA
US attorney expects 'considerable' jail time for former LA undersheriff found gu    Apr 6 2016 09:00PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** has been found **GUILTY** of obstruction of justice and conspiracy to obstruct justice for his involvement in a plot to derail an FBI investigation into the Sheriff's Department, a jury decided Wednesday morning. Tanaka faces up to 15 years in federal prison when he is sentenced on June 20 by United States District Judge Percy Anderson. Tanaka was accused of masterminding a plot to derail an FBI investigation into violence and corruption in L.A.s jails. Prosecutors said he ordered deputies to hide an inmate who was working as an FBI informant so the FBI couldnt interview him about deputy misconduct or bring him before a Grand Jury investigating **JAIL** violence. The verdict brings an end to a long-running federal investigation into corruption and **INMATE ABUSE** in the countrys largest **JAIL** systemand closes a chapter for the Los Angeles County Sheriffs Department, U.S. Attorney Eileen Decker said during a press conference following the announcement. That chapter centered on allegations of constitutional violations against inmates and leadership that turned a blind eye. We expect that considerable **JAIL** time will be involved in this case, Decker said. U.S. Attorney Eileen Decker speaks at a press conference after former L.A. Undersheriff **PAUL TANAKA** was found **GUILTY** of conspiracy and obstruction of justice. Katie Davis-Young/KPCC Tanaka, who left the department in 2013, has long been a centerpiece in the scandal. The polarizing figure is considered by some an ambitious, vindictive leader who encouraged violence and prized loyalty over the law. Others say Tanaka was a strong leader who stepped in to guide the department while then- **SHERIFF LEE BACA** became increasingly out-of-touch, more interested in giving speeches than running the **JAIL** system. Baca pleaded **GUILTY** to lying to federal investigators in a **PLEA** agreement with prosecutors earlier this year. He faces no more than six months in prison. Seven lower-ranking Sheriffs Department officials have also been found **GUILTY** of obstruction in the case. The series of trials served as an illustration of how hard it is to prove allegations of misconduct and excessive force by jailers. In an attempt to establish a lifeline to the world behind bars, the FBI equipped an inmate, Anthony Brown, with a cell phone he could use to gather evidence of inmate beatings and to communicate with federal agents. Ultimately, most of the deputy convictions hinged not on actual instances of **INMATE ABUSE,** but on the attempted cover-up of misconducta two-week period deputies spent shuffling Brown from **JAIL** to **JAIL,** changing his name, and feeding him McDonalds to keep him quiet. Today another jury has spoken, Decker said. They have spent a very clear message that corruption in law enforcement will simply not

be tolerated, particularly when it comes from the very top of those organizations. Soon after the verdicts became public, George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, issued a statement saying Tanaka's conviction had ended "the era of corruption" which he said characterized the leadership of the Sheriff's Department and led to low morale. "With this verdict" Hofstetter's statement said, "the department is rid of the culture that created the corruption." During the ten-day trial, the prosecution and defense painted opposing pictures of Tanaka. In closing arguments on Tuesday, prosecutors called Tanaka "vindictive" and "corrupt," while his defense attorney said he was a strong leader whose many successes made others jealous. He blamed the corruption on then- **SHERIFF LEE BACA.** Baca was the driving force here," Dean Steward, an attorney for Tanaka said during closing arguments to the jury. "Tanaka was trying to help with a tidbit of information now and then, but **PAUL TANAKA** didnt want to be involved. Jerome Haig, another attorney for Tanaka, said Wednesday he was disappointed Baca did not testify in the case. Certainly **LEROY BACA** was a glaring presence, but not a presence inside the courtroom, Haig said. We would have been happy to have had him come in and testify and I think the jury would have liked to have heard him as well. Haig said Tanaka plans to appeal the decision. Loyola Law School professor and former federal prosecutorLaurie Levenson said she did not expect that Tanaka would get a 15-year sentence. I doubt it will be the maximum, but Judge Percy Anderson is a no-nonsense judge, Levenson told KPCC's AirTalk. I think he will look very carefully at these types of charges that involve more than just a conspiracy, but really interfering with an investigation and the justice system. During the trial, federal prosecutor Brandon Fox seemed to lay the groundwork for that, saying Tanaka tried to intimidate deputies who accommodated the FBI in its investigation. This was Mr. Tanakas operation, he was running the show, Fox said, detailing orders to change Browns name in county **JAIL** records and to move Brown to a high-security medical ward. L.A. County Sheriff Jim McDonnell issued a statement on Tanaka's conviction: "Today, the jury rendered its verdict in former Undersheriff Paul Tanakas federal criminal trial. I, along with the hard-working men and women of the Los Angeles County Sheriffs Department, respect the jurys verdict and fully accept and recognize that the justice system holds all of us in public service accountable for our actions.

View▶

Unique Visitors:  603,400

---

1270.    **KCAL-IND** Television    Market: Los Angeles, CA

KCAL 9 News At 8PM

Apr 6 2016 08:00PM PT

[8:00:44 PM] [0:23]  Date and undersheriff la county convicted criminal. **PAUL TANAKA** upf criminal obstruction of justice. The result of a new study on smoking and apartment living. It turns out your neighbors may be fuming over your bad habits.

[8:01:52 PM] [2:01]  The minor setback to the park hours but the recent open for the Harry Potter connection. It took less than three hours of deliberations to convict former and lay undersheriff **PAUL TANAKA** of conspiracy and obstruction of justice. Dave Lopez has more on today's conviction. Rupert grint a jury convicted him in a federal judge allowed him to remain free **PAUL TANAKA** at one time the second-most second most powerful man in lacounty service department ran from the media and his sister wept on the courthouse steps. I'm angry at the system. A four-year investigation by the FBI looking into **JAIL** abuse led to 10 day trial per tanaka testified for four hours or were two days denying he did anything wrong yet the jury took two hours to convict him. He was very evasive. I don't know if stunt is quite the word. Tanaka's defense attorneys said they will appeal. We do believe there is overwhelming evidence justifying us with verdict. Report of the FBI used a **JAIL** inmate Anthony brown as an

informant. The jury was told within sure if **LEE BACA** and **PAUL TANAKA** found out about it they would into a rage. Tanaka was ordered by Baca to head up the investigation find out how it happened and witness after witness told the jury tanaka is orders to all deputies did not cooperate with the FBI in anyway and then the jury was told on one of the FBI agents investigating the case was. Threatened with arrest if she was told if you don't like it go see tanaka.

 Nielsen Audience:  95,987

1271.    **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA
         US attorney expects 'considerable' jail time after former LA undersheriff         Apr 6 2016 07:12PM
         is fou                                                                                    PT

Former Los Angeles County Undersheriff **PAUL TANAKA** has been found **GUILTY** of obstruction of justice and conspiracy to obstruct justice for his involvement in a plot to derail an FBI investigation into the Sheriff's Department, a jury decided Wednesday morning. Tanaka faces up to 15 years in federal prison when he is sentenced on June 20 by United States District Judge Percy Anderson. Tanaka was accused of masterminding a plot to derail an FBI investigation into violence and corruption in L.A.s jails. Prosecutors said he ordered deputies to hide an inmate who was working as an FBI informant so the FBI couldnt interview him about deputy misconduct or bring him before a Grand Jury investigating **JAIL** violence. The verdict brings an end to a long-running federal investigation into corruption and **INMATE ABUSE** in the countrys largest **JAIL** systemand closes a chapter for the Los Angeles County Sheriffs Department, U.S. Attorney Eileen Decker said during a press conference following the announcement. That chapter centered on allegations of constitutional violations against inmates and leadership that turned a blind eye. We expect that considerable **JAIL** time will be involved in this case, Decker said. U.S. Attorney Eileen Decker speaks at a press conference after former L.A. Undersheriff **PAUL TANAKA** was found **GUILTY** of conspiracy and obstruction of justice. Katie Davis-Young/KPCC Tanaka, who left the department in 2013, has long been a centerpiece in the scandal. The polarizing figure is considered by some an ambitious, vindictive leader who encouraged violence and prized loyalty over the law. Others say Tanaka was a strong leader who stepped in to guide the department while then- **SHERIFF LEE BACA** became increasingly out-of-touch, more interested in giving speeches than running the **JAIL** system. Baca pleaded **GUILTY** to lying to federal investigators in a **PLEA** agreement with prosecutors earlier this year. He faces no more than six months in prison. Seven lower-ranking Sheriffs Department officials have also been found **GUILTY** of obstruction in the case. The series of trials served as an illustration of how hard it is to prove allegations of misconduct and excessive force by jailers. In an attempt to establish a lifeline to the world behind bars, the FBI equipped an inmate, Anthony Brown, with a cell phone he could use to gather evidence of inmate beatings and to communicate with federal agents. Ultimately, the deputy convictions hinged not on actual instances of **INMATE ABUSE,** but on the attempted cover-up of misconducta two-week period deputies spent shuffling Brown from **JAIL** to **JAIL,** changing his name, and feeding him McDonalds to keep him quiet. Today another jury has spoken, Decker said. They have spent a very clear message that corruption in law enforcement will simply not be tolerated, particularly when it comes from the very top of those organizations. Soon after the verdicts became public, George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, issued a statement saying Tanaka's conviction had ended "the era of corruption" which he said characterized the leadership of the Sheriff's Department and led to low morale. "With this verdict" Hofstetter's statement said, "the department is rid of the culture that created the corruption." During the ten-day trial, the prosecution and defense painted opposing pictures of Tanaka. In closing arguments on Tuesday, prosecutors called Tanaka "vindictive" and "corrupt,"

while his defense attorney said he was a strong leader whose many successes made others jealous. He blamed the corruption on then- **SHERIFF LEE BACA.** Baca was the driving force here," Dean Steward, an attorney for Tanaka said during closing arguments to the jury. "Tanaka was trying to help with a tidbit of information now and then, but **PAUL TANAKA** didnt want to be involved. Jerome Haig, another attorney for Tanaka, said Wednesday he was disappointed Baca did not testify in the case. Certainly **LEROY BACA** was a glaring presence, but not a presence inside the courtroom, Haig said. We would have been happy to have had him come in and testify and I think the jury would have liked to have heard him as well. Haig said Tanaka plans to appeal the decision. Loyola Law School professor and former federal prosecutorLaurie Levenson said she did not expect that Tanaka would get a 15-year sentence. I doubt it will be the maximum, but Judge Percy Anderson is a no-nonsense judge, Levenson told KPCC's AirTalk. I think he will look very carefully at these types of charges that involve more than just a conspiracy, but really interfering with an investigation and the justice system. During the trial, federal prosecutor Brandon Fox seemed to lay the groundwork for that, saying Tanaka tried to intimidate deputies who accommodated the FBI in its investigation. This was Mr. Tanakas operation, he was running the show, Fox said, detailing orders to change Browns name in county **JAIL** records and to move Brown to a high-security medical ward. This story has been updated. The best SoCal news in your inbox, daily.

View▶

Unique Visitors: 603,400

1272. KTTV-TV [FOX 11] / KCOP-TV [MY 13] Television  Market: Los Angeles, CA

Former LA County undersheriff Paul Tanaka found guilty in corruption trial

Apr 6 2016 06:55PM PT

LOS ANGELES, Calif. (FOX 11, CNS) - The former second-in-command of the Los Angeles County Sheriff's Department was convicted Wednesday of obstructing a federal probe of misconduct in the county jails. Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office. Jurors deliberated for only about three hours over two days before reaching the verdict. Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force within the **JAIL** system. "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said. The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro-active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."

Steward told the jury that ex- **SHERIFF LEE BACA**- Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting **SENTENCING** in May. Copyright 2016 FOX 11 Los Angeles : Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter, Instagram, and YouTube. Be a citizen journalist for FOX 11 and get paid download the Fresco News App today.

View▶

Unique Visitors:  6,954

1273.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Former Undersheriff Tanaka guilty of obstruction, conspiracy

Apr 6 2016 06:27PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** has been found **GUILTY** of obstruction of justice and conspiracy to obstruct justice for his involvement in a plot to derail an FBI investigation into the Sheriff's Department, the U.S. Attorney's office announced Wednesday morning. Tanaka faces up to 15 years in federal prison when he is sentenced on June 20 by United States District Judge Percy Anderson, the U.S. Attorney said. A Federal District Court jury returned the **GUILTY** verdicts Wednesday morning after beginning deliberations on Tuesday afternoon. At a press conference following the announcement,U.S. Attorney Eileen Decker said verdict "closes a chapter" for investigations into the Sheriff's Department. We expect that considerable **JAIL** time will be involved in this case, Decker said. U.S. Attorney Eileen Decker speaks at a press conference after former L.A. Undersheriff **PAUL TANAKA** was found **GUILTY** of conspiracy and obstruction of justice. Katie Davis-Young/KPCC Tanaka, once the second-in-command at the Sheriff's Department, was accused of masterminding the plot to derail the FBI investigation into the department in 2011. Seven other Sheriffs Department officials have already been found **GUILTY** of obstruction in the same sweeping probe into the department. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to the lesser charge of lying to investigators. Soon after the verdicts became public, George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, issued a statement saying Tanaka's conviction had ended "The era of corruption which characterized the upper management in the L.A. County Sheriff's Department." "The Department can move forward now that the truth about the. failed leadership of disgraced former **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** has been revealed through the judicial process," Hofstetter said. "The Baca-Tanaka era created leadership failures that left the Sheriff's Department and ALADS members with real scars from rising assaults on deputies, and emotional scars from diminished morale as deputies struggled