to perform a dangerous and difficult job under a cloud they didn't create. With this verdict, the department is rid of the culture that created the corruption." Loyola Law School professor and former federal prosecutorLaurie Levenson said she did not expect that Tanaka would get a 15-year sentence.I doubt it will be the maximum, but Judge Percy Anderson is a no-nonsense judge, Levenson. told KPCC's AirTalk. I think he will look very carefully at these types of charges that involve more than just a conspiracy, but really interfering with an investigation and the justice system. In closing arguments on Tuesday, prosecutors called Tanaka "vindictive" and "corrupt," while his attorney said he was a strong leader whose many successes made others jealous. Assistant U.S. Attorney Brandon Fox used his time to take the jury through a timeline of events between August and September 2011 when the Sheriffs Department first became aware of the FBI probe into use of force and corruption in the county's jails. Sheriffs deputies discovered an inmate, Anthony Brown, had a cell phone which he was using to inform the FBI. Prosecutors tied Tanaka to a series of emails and meetings in which a plan was developed to hide Brown from federal investigators. This was Mr. Tanakas operation, he was running the show, Fox said, detailing orders to change Browns name in county **JAIL** records and to move Brown to a high-security medical ward. Fox said Tanaka tried to intimidate deputies who accommodated the FBI in its investigation. Weve seen how vindictive **PAUL TANAKA** is when you cross him, Fox said. Tanaka spoke in his own defense during the 10-day trial. When questioned about these incidents, Tanaka responded to many questions saying he couldnt remember particulars about meetings he may have attended so long ago. Fox argued that Tanakas answers could not be true. "It would have been memorable, Fox said. Tanakas attorney, Dean Steward, said during his closing statement that if there was corruption in the department, it was on the part of then- **SHERIFF LEE BACA.** Baca was the driving force here. Tanaka was trying to help with a tidbit of information now and then, but **PAUL TANAKA** didnt want to be involved, Steward told the jury. Steward said that actions Tanaka took to move Brown were for Browns own protection. Steward also argued that many of the witnesses called to testify by the prosecution were biased or harbored resentful feelings toward Tanaka.

View▶

Unique Visitors:  603,400

1274.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Tanaka convicted on conspiracy and obstruction of justice charges

Apr 6 2016 06:18PM PT

A federal jury in Los Angeles convicted former Los Angeles County Undersheriff **PAUL TANAKA** on Wednesday of conspiracy and obstruction of justice charges, capping a **JAIL** abuse scandal that reached all the way to the top echelons of the Sheriffs Department. Jurors spent less than two hours deliberating before delivering **GUILTY** verdicts on one count each of conspiracy to obstruct justice and obstruction of justice. Tanaka, who also serves as mayor of Gardena, faces up to 15 years in federal prison when he is sentenced on June 20, according to the U.S. Attorney's office. The conviction marks a dramatic fall for a man who rapidly climbed the ranks of the Los Angeles County Sheriffs Department, building a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** In an immediate response to news of the conviction, the president of the union that represents line-level deputies issued a statement saying that the verdict meant the department could move forward now that failed leadership of Baca and Tanaka had been revealed in the courts. With this verdict, the department is rid of the culture that created the corruption, George Hofstetter said in the statement. Prosecutors alleged Tanaka helped orchestrate a scheme to impede FBI

agents in 2011 after discovering that federal authorities were investigating allegations of brutality and other misconduct by deputies in the departments jails. See the most-read stories this hour Read the story Tanaka insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. Far from orchestrating an attempt to thwart FBI agents, Tanaka and his attorneys say, he was left out of the loop as Baca, consumed with anger, worked directly with subordinates. In his closing statement, Assistant U.S. Atty. Brandon Fox accused defense attorneys of presenting totally inconsistent versions of Tanaka after they urged jurors to see him as both a strong leader with a strict, hands-on style of rule and someone who didnt know what was unfolding around him. Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) This was Paul Tanakas operation, Fox said. He was in charge. Jurors began deliberating Tuesday after hearing more than a week of testimony and evidence, which included the former undersheriff taking the stand in his own defense. The criminal charges centered on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, 10 members of the department have now been convicted or pleaded **GUILTY** for their roles in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. In his statement released Wednesday, the president of the Assn. forLos Angeles Deputy Sheriffs said the organization found it "unconscionable that the persons who created, perpetuated and directed the diseased culture which encouraged a top-down culture of corruption may get off with a relative slap on the wrist." Other lower-ranking sheriff's officials convicted in the obstruction case have been sentenced. to years in prison. They remain free while appealing their convictions. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve Baca's **PLEA** agreement. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks during the trial, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet

righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox, the prosecutor, countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow@joelrubin. He can also be reached at joel.rubin@latimes.com. abuse and obstruction scandal that reached all the way to the top echelons of the Sheriffs Department. Jurors spent less than two hours deliberating before delivering In an immediate response to news of the conviction, the president of the union that represents line-level deputies issued a statement saying that the verdict meant the department could move forward now that failed leadership of Baca and Tanaka had been revealed in the courts. With this verdict, the department is rid of the culture that created the corruption, George Hofstetter said in the statement. Prosecutors alleged Tanaka helped orchestrate a scheme to impede FBI agents in 2011 after discovering that federal authorities were investigating allegations of brutality and other misconduct by deputies in the departments jails. **PAUL TANAKA** Irfan Khan / Los Angeles Times Former Los Angeles County Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice on Wednesday. Former Los Angeles County Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice on Wednesday. (Irfan Khan / Los Angeles Times) Tanaka insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. Far from orchestrating an attempt to thwart FBI agents, Tanaka and his attorneys say, he was left out of the loop as Baca, consumed with anger, worked directly with subordinates. In his closing statement, Assistant U.S. Atty. Brandon Fox accused defense attorneys of presenting totally inconsistent versions of Tanaka after they urged jurors to see him as both a strong leader with a strict, hands-on style of rule and someone who didnt know what was unfolding around him. See the most-read stories this hour Read the story This was Paul Tanakas operation, Fox said. He was in charge. Jurors began deliberating Tuesday after hearing more than a week of testimony and evidence, which included the former undersheriff taking the stand in his own defense. The criminal charges centered on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating

the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest system, where deputies beat inmates and visitors without cause or consequence. In all, 10 members of the department have now been convicted or pleaded **GUILTY** for their roles in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. In his statement released Wednesday, the president of the Assn. forLos Angeles Deputy Sheriffs said the organization found it "unconscionable that the persons who created, perpetuated and directed the diseased culture which encouraged a top-down culture of corruption may get off with a relative slap on the wrist." Other lower-ranking sheriff's officials convicted in the obstruction case have been sentenced. to years in prison. They remain free while appealing their convictions. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve Baca's **PLEA** agreement. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks during the trial, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox, the prosecutor, countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would

have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow@joelrubin. He can also be reached at joel.rubin@latimes.com. A federal jury in Los Angeles on Wednesday convicted former L.A. County Undersheriff of conspiracy and obstruction of justice charges, capping a abuse and obstruction scandal that reached all the way to the top echelons of the Sheriffs Department. Jurors spent less than two hours deliberating before delivering verdicts on one count each of conspiracy to obstruct justice and obstruction of justice. Tanaka, who also serves as mayor of Gardena, faces up to 15 years in federal prison when he is sentenced on June 20, according to the U.S. Attorney's office. The conviction marks a dramatic fall for a man who rapidly climbed the ranks of the Sheriffs Department, building a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013, Tanaka was the second-in-command, running the day-to-day operations of the nations largest sheriffs department and holding as much or more sway than his boss, In an immediate response to news of the conviction, the president of the union that represents line-level deputies issued a statement saying that the verdict meant the department could move forward now that failed leadership of Baca and Tanaka had been revealed in the courts. With this verdict, the department is rid of the culture that created the corruption, George Hofstetter said in the statement. Prosecutors alleged that Tanaka helped orchestrate a scheme to impede FBI agents in 2011 after discovering that federal authorities were investigating allegations of brutality and other misconduct by deputies in the departments jails. **PAUL TANAKA** Irfan Khan / Los Angeles Times Former Los Angeles County Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice on Wednesday. Former Los Angeles County Undersheriff **PAUL TANAKA** was convicted of conspiracy and obstruction of justice on Wednesday. (Irfan Khan / Los Angeles Times) Tanaka insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. Far from orchestrating an attempt to thwart FBI agents, Tanaka and his attorneys say, he was left out of the loop as Baca, consumed with anger, worked directly with subordinates. In his closing statement, Assistant U.S. Atty. Brandon Fox accused defense attorneys of presenting totally inconsistent versions of Tanaka after they urged jurors to see him as both a strong leader with a strict, hands-on style of rule and someone who didnt know what was unfolding around him. See the most-read stories this hour Read the story This was Paul Tanakas operation, Fox said. He was in charge. Jurors began deliberating Tuesday after hearing more than a week of testimony and evidence, which included the former undersheriff taking the stand in his own defense. The criminal charges centered on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest system, where deputies beat inmates and visitors without cause or consequence. In all, 10 members of the department have now been convicted or pleaded **GUILTY** for their roles in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. In his statement released Wednesday, Hofstetter, the president of the Assn. forLos Angeles Deputy Sheriffs, said the

organization found it "unconscionable that the persons who created, perpetuated and directed the diseased culture which encouraged a top-down culture of corruption may get off with a relative slap on the wrist." Other lower-ranking sheriff's officials convicted in the obstruction case have been sentenced. to years in prison. They remain free while appealing their convictions. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve Baca's **PLEA** agreement. Tanaka was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a midlevel commander to undersheriff in a matter of a few years. By the time that the scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks during the trial, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox, the prosecutor, countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow@joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors: 19,777,332

1275. **Los Angeles Times** Newspaper  Market: Los Angeles, CA
Video shows L.A. limo driver swinging object at motorist in apparent road-rage a
Apr 6 2016 06:09PM PT

Theencounter between the two drivers began about 1:27 p.m. Tuesday on the northbound 405 Freeway, authorities said. Shahnam Asbaghi told KTLA-TV that the limo driver was tailgating him, making him scared and nervous, so he exited the freeway. Retired L.A. **SHERIFF LEE BACA**

admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) Thechauffeur followed Asbaghi off the freeway and rear-ended him, he told the station. Then things got evenworse. "We take the safety of our clients and fellow commuters we share the road with very seriously, and want to move on from thisincidentand work on renewing our reputation," the company said. For breaking news in California, followVeronicaRochaLA on Twitter. ALSO 2 sheriff's deputies in **JAIL** abuse case won't be retried on excessive force charges After jury deadlocks, L.A. County sheriff's deputies to be retried on beating charge L.A. County abuse trial starts off with vastly different accounts of what happened Theencounter between the two drivers began about 1:27 p.m. Tuesday on the northbound 405 Freeway, authorities said. Join the conversation on Facebook >> Shahnam Asbaghi told KTLA-TV that the limo driver was tailgating him, making him scared and nervous, so he exited the freeway. Retired L.A. "We take the safety of our clients and fellow commuters we share the road with very seriously, and want to move on from thisincidentand work on renewing our reputation," the company said. For breaking news in California, followVeronicaRochaLA on Twitter. ALSO 2 sheriff's deputies in **JAIL** abuse case won't be retried on excessive force charges After jury deadlocks, L.A. County sheriff's deputies to be retried on beating charge L.A. County abuse trial starts off with vastly different accounts of what happened

View▶

Unique Visitors:  19,777,332

1276.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 6 PM

Apr 6 2016 06:00PM PT

[6:01:08 PM] [1:42]  Pat: share second in command to committed criminal. **PAUL TANAKA** facing federal corruption charges. Dave Lopez reports it took the jury less time to deliberate than it took some knockout to plead his case on the stand. After a jury convicted him in a federal judge allowed him to remain free of **PAUL TANAKA** at one time the second most powerful man in the la county sheriff department ran from the media and his sister wept on the courthouse steps. I'm angry. Reporter: for your investigation by the FBI looking into **JAIL** abuse led to attend a trial. Tanaka testified for four hours over two days denying he did anything wrong yet the jury took just two hours to convict him. They said. His own words with the undershirt ran the department day-to-day. Tanaka's defense attorneys said they will appeal. We do believe there is overwhelming evidence justifying a swift verdict. The report for the FBI used a **JAIL** inmate Anthony brown as an informant. The jury was told when Ben **SHERIFF LEE BACA** and **PAUL TANAKA** found out about it they went into a rage. Tanaka was ordered by Baca to head up the investigation to find out how it happened and witness after witness told the jury tanaka gave orders to all his deputies do not corporate cooperated with the FBI in any way. In the jury was told when one of the FBI agents investigating the case was threatened with arrest she was told you don't like it go see tanaka.

Nielsen Audience:  90,378

1277. **Agoura Hills Patch** Online Only    Market: Los Angeles, CA

### LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy

Apr 6 2016 05:59PM PT

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1278.    **Altadena Patch** Online Only    Market: Los Angeles, CA



**LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy**

Apr 6 2016 05:59PM PT

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA**- Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1279.  **Arcadia Patch** *Online Only*   Market: Los Angeles, CA

Apr 6 2016 05:59PM

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▸

Unique Visitors:  6,138,777

1280.    **Beverly Hills Patch**  Online Only   Market: Los Angeles, CA

                                                                            Apr 6 2016 05:59PM

LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1281.   **Calabasas Patch** Online Only   Market: Los Angeles, CA

LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy

Apr 6 2016 05:59PM PT

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1282.    **Cerritos-Artesia Patch** Online Only   Market: Los Angeles, CA

Apr 6 2016 05:59PM PT

LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles

County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1283.   **Culver City Patch**  Online Only   Market: Los Angeles, CA        Apr 6 2016 05:59PM PT

LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct

in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors: 6,138,777

1284.  **Eagle Rock Patch** Online Only   Market: Los Angeles, CA

Apr 6 2016 05:59PM PT

**LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy**

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to