motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors: 6,138,777

1308.    **West Hollywood Patch**   Online Only   Market: Los Angeles, CA

LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy

Apr 6 2016 05:59PM PT

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was

motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1309.  **Westwood-Century City Patch**   Online Only   Market: Los Angeles, CA

LA Undersheriff Paul Tanaka Convicted in Jail Abuse Conspiracy     Apr 6 2016 05:59PM PT

By FRED SHUSTERLOS ANGELES, CA - The former second-in-command of the Los Angeles County Sheriff's Department was convicted today of obstructing a federal probe of misconduct in the county jails.Former Undersheriff **PAUL TANAKA,** 57, was convicted of conspiracy to obstruct justice and obstruction of justice. U.S. District Judge Percy Anderson scheduled **SENTENCING** for June 20. Tanaka, who is the mayor of Gardena, faces up to 15 years in federal prison, according to the U.S. Attorney's Office.Jurors deliberated for only about three hours over two days before reaching the verdict.Federal prosecutors said Tanaka directed eight alleged co-conspirators in a scheme to thwart a 2011 investigation into. allegations of excessive force within the **JAIL** system.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the jury during his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."The case stemmed from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" at the direction of Tanaka- and began an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance, prosecutors said.The charges included a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued that much of the prosecution testimony was

motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time- "was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.City News Service

View▶

Unique Visitors:  6,138,777

1310.  **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges                    Apr 6 2016 05:28PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried. He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens

of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt. Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

**View▶**

Unique Visitors:  197,687

1311.  **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

**Ex-LA County Undersheriff Convicted in Federal Corruption Trial**

Apr 6 2016 05:19PM PT

Federal prosecutors are expected to announce grand jury indictments against high-ranking Los Angeles County Sheriff's officials including former undersheriff **PAUL TANAKA** Friday May 14, 2015 The former second-in-command at the Los Angeles County Sheriff's Department was convicted Wednesday of obstruction of justice in his federal corruption trial. A downtown Los Angeles jury completed about 90 minutes of deliberations Tuesday on its first day of discussions in the **PAUL TANAKA** case. Jurors returned for deliberations Wednesday before court officials said the panel reached **GUILTY** verdicts on two obstruction of justice charges. **SENTENCING** was scheduled for June 20. The county's ex-undersheriff was accused of directing eight alleged co- conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force within the **JAIL** system. Southern California Images in the News "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the panel in his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." The case stems from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued today that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex- **SHERIFF LEE**

**BACA-** Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. Tanaka could face up to 15 years in federal prison.

**View▶**

Unique Visitors: 986,569

1312.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio  Market: Los Angeles, CA

Apr 6 2016 05:19PM PT

Former Undersheriff Tanaka found guilty of obstruction, conspiracy

Former Los Angeles County Undersheriff **PAUL TANAKA** has been found **GUILTY** of two counts of obstruction of justice, the U.S. Attorney's office announced Wednesday morning. Tanaka faces up to 15 years in federal prison when he is sentenced on June 20 by United States District Judge Percy Anderson, the U.S. Attorney said. Tweet: Tanaka **GUILTY** A Federal District Court jury in downtown Los Angeles deliberated about 90 minutes before reaching its verdict. Tanaka, once the second-highest in command at the L.A. County Sheriff's Department, was accused of masterminding a plot to derail an FBI investigation into the department in 2011. Seven other sheriffs department officials have already been found **GUILTY** of obstruction in the same sweeping probe into the department. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to the lesser charge of lying to investigators. In closing statements on Tuesday, the prosecution and defense painted opposing pictures of Tanaka. While prosecutors called Tanaka "vindictive" and "corrupt," Tanakas lawyers said he was a strong leader whose many successes made others jealous. Assistant U.S. Attorney Brandon Fox used his time to take the jury through a timeline of events between August and September 2011 when the Sheriffs department first became aware of the FBI probe into use of force and corruption in the county's jails. Sheriffs deputies discovered an inmate, Anthony Brown had a cell phone which he was using to inform the FBI. Prosecutors tied Tanaka to a series of emails and meetings in which a plan was developed to hide Brown from federal investigators. This was Mr. Tanakas operation, he was running the show, Fox said, detailing orders to change Browns name in county records and to move Brown to a high-security medical ward. Fox also said Tanaka tried to intimidate deputies who accommodated the FBI in their investigation. Weve seen how vindictive **PAUL TANAKA** is when you cross him, Fox said. Tanaka spoke in his own defense during the trials ten days of testimony. When questioned about these incidents, Tanaka responded to many questions saying he couldnt remember particulars about meetings he may have attended so long ago. Fox argued that Tanakas answers could not be true. "It would have been memorable, Fox said. Tanakas attorney, Dean Steward said during his closing statement that if there was corruption in the department, it was on the part of then- **SHERIFF LEE BACA.** Baca was the driving force here. Tanaka was trying to help with a tidbit of information now and then, but **PAUL TANAKA** didnt want to be involved, Steward told the jury. Steward said that actions Tanaka took to move Brown were for Browns own protection. Steward also argued that many of the witnesses called to testify by the prosecution were biased or harbored resentful feelings toward Tanaka. Steward said Tanakas blunt manner may have ruffled some feathers

over the years, but "its not a crime to be a strong leader. Former federal prosecutor Miriam Krinsky, who headed the Citizens Commission on **JAIL** Violence, a group that investigated the L.A. County jails, attended Tuesdays proceedings. Krinsky said she expects the jury to arrive at their verdict quickly in this case, but that the decision wouldn't be an easy one. These are always difficult cases because we want to believe the best of law enforcement," Krinsky said.

View▶

Unique Visitors:  603,400

1313.  **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA

Former Undersheriff Tanaka guilty of obstruction, conspiracy     Apr 6 2016 05:19PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** has been found **GUILTY** of two counts of obstruction of justice, the U.S. Attorney's office announced Wednesday morning. **SENTENCING** has been set for June 20, the U.S. Attorney said in a tweet announcing the verdict. Tweet: Tanaka **GUILTY** A Federal District Court jury in downtown Los Angeles deliberated about 90 minutes before reaching its verdict. Tanaka, once the second-highest in command at the L.A. County Sheriff's Department, was accused of masterminding a plot to derail an FBI investigation into the department in 2011. Seven other sheriffs department officials have already been found **GUILTY** of obstruction in the same sweeping probe into the department. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to the lesser charge of lying to investigators. In closing statements on Tuesday, the prosecution and defense painted opposing pictures of Tanaka. While prosecutors called Tanaka "vindictive" and "corrupt," Tanakas lawyers said he was a strong leader whose many successes made others jealous. Assistant U.S. Attorney Brandon Fox used his time to take the jury through a timeline of events between August and September 2011 when the Sheriffs department first became aware of the FBI probe into use of force and corruption in the county's jails. Sheriffs deputies discovered an inmate, Anthony Brown had a cell phone which he was using to inform the FBI. Prosecutors tied Tanaka to a series of emails and meetings in which a plan was developed to hide Brown from federal investigators. This was Mr. Tanakas operation, he was running the show, Fox said, detailing orders to change Browns name in county records and to move Brown to a high-security medical ward. Fox also said Tanaka tried to intimidate deputies who accommodated the FBI in their investigation. Weve seen how vindictive **PAUL TANAKA** is when you cross him, Fox said. Tanaka spoke in his own defense during the trials ten days of testimony. When questioned about these incidents, Tanaka responded to many questions saying he couldnt remember particulars about meetings he may have attended so long ago. Fox argued that Tanakas answers could not be true. "It would have been memorable, Fox said. Tanakas attorney, Dean Steward said during his closing statement that if there was corruption in the department, it was on the part of then- **SHERIFF LEE BACA.** Baca was the driving force here. Tanaka was trying to help with a tidbit of information now and then, but **PAUL TANAKA** didnt want to be involved, Steward told the jury. Steward said that actions Tanaka took to move Brown were for Browns own protection. Steward also argued that many of the witnesses called to testify by the prosecution were biased or harbored resentful feelings toward Tanaka. Steward said Tanakas blunt manner may have ruffled some feathers over the years, but "its not a crime to be a strong leader. Former federal prosecutor Miriam Krinsky, who headed the Citizens Commission on **JAIL** Violence, a group that investigated the L.A. County jails, attended Tuesdays proceedings. Krinsky said she expects the jury to arrive at their verdict quickly in this case, but that the decision wouldn't be an easy one. These are always difficult cases because we want to believe the best of law enforcement," Krinsky said.

View▶

Unique Visitors:  603,400

1314. **Redlands Daily Facts**  Newspaper  Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges

Apr 6 2016 05:17PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried. He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt. Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

View▶

Unique Visitors:  36,799

1315. **KTLA-TV [CW 5]**  Television  Market: Los Angeles, CA

Ex-L.A. County Undersheriff Paul Tanaka Found Guilty in Jail Corruption Scandal

Apr 6 2016 05:16PM PT

after being indicted by a federal grand jury investigating excessive force and corruption in L.A. County jails. (Credit: Genaro Molina / Los Angeles Times) **PAUL TANAKA,** shown in 2014, surrendered to authorities May 14, 2015, after being indicted by a federal grand jury investigating excessive force and corruption in L.A. County jails. (Credit: Genaro Molina / Los Angeles Times) A jury Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Over the years, as Tanaka climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Former LASD Undersheriff **PAUL TANAKA** has been found **GUILTY** of two obstruction of justice counts. **SENTENCING** has been set for June 20. US Attorney L.A. (@CDCANews) April 6, 2

View▶

Unique Visitors:  2,152,855

1316.  **Burbank Leader**  Online Only   Market: Los Angeles, CA

Apr 6 2016 05:14PM PT

Tanaka convicted on conspiracy and obstruction of justice charges

A jury Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Over the years, as Tanaka climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20o...    955/1506

loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

**View▶**

 Unique Visitors:  2,958

1317.  **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Apr 6 2016 05:14PM PT

Tanaka convicted on conspiracy and obstruction of justice charges

A jury Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Over the years, as Tanaka climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the

discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20o...    957/1506

Media Coverage Report

news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors: 6,841

1318.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

**Tanaka convicted on conspiracy and obstruction of justice charges**      Apr 6 2016 05:14PM PT

A jury Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Over the years, as Tanaka climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw

as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  1,773

1319.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

**Tanaka convicted on conspiracy and obstruction of justice charges**

Apr 6 2016 05:14PM PT

A jury Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Over the years, as Tanaka climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he

struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  1,367

1320.   **Los Angeles Times**  Newspaper   Market: Los Angeles, CA

Apr 6 2016 05:14PM PT

Tanaka convicted on conspiracy and obstruction of justice charges

A jury Wednesday convicted former Los Angeles County Undersheriff **PAUL TANAKA** on conspiracy and obstruction of justice charges. Over the years, as Tanaka climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day

operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked,