could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com. on conspiracy and obstruction of justice charges. Jurors delivered **GUILTY** verdicts on one count each of conspiracy to obstruct justice and obstruction of justice. Tanaka now faces up to 15 years in federal prison when he is sentenced on June 20 by U.S. District Judge Percy Anderson, according to the U.S. attorney's office. Over the years, as Tanaka climbed the ranks of the Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest sheriffs department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of the jails. Far from orchestrating an attempt to thwart FBI agents, Tanaka and his attorneys say, he was left out of the loop as Baca, consumed with anger, worked directly with subordinates. Jurors began deliberating Tuesday after hearing more than a week of testimony and evidence, which included the former undersheriff taking the stand in his own defense. In his closing statement, Assistant U.S. Atty. Brandon Fox accused defense attorneys of presenting totally inconsistent versions of Tanaka after they urged jurors to see him as both a strong leader with a strict, hands-on style of rule and someone who didnt know what was unfolding around him. This was Paul Tanakas operation, Fox said. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, 10 members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the

Media Coverage Report

various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow@joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors: 19,777,332

1321.   **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges                    Apr 6 2016 05:11PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried.

He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt. Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

View▶

Unique Visitors:  95,163

1322.   **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

Apr 6 2016 05:11PM PT

Verdicts Reached in Trial of Ex-LA County Undersheriff

Federal prosecutors are expected to announce grand jury indictments against high-ranking Los Angeles County Sheriff's officials including former undersheriff **PAUL TANAKA** Friday May 14, 2015 A verdict was reached Wednesday in the federal criminal trial of the former second-in-command at the Los Angeles County Sheriff's Department. A downtown Los Angeles jury completed about 90 minutes of deliberations Tuesday on its first day of discussions in the **PAUL TANAKA** case. Jurors returned for deliberations Wednesday before court officials said the panel reached a verdict. It was not immediately clear when the verdict will be read. The county's ex-undersheriff is accused of directing eight alleged co- conspirators in a scheme to thwart a 2011 investigation into allegations of excessive force within the **JAIL** system. Southern California Images in the News "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the panel in his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to

engage in this conspiracy." The case stems from events five years ago. when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which had been conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued today that much of the prosecution testimony was motivated by jealousy, delivered by retired sheriff's officials with grudges against Tanaka. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex-**SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison.

View▶

Unique Visitors:  986,569

1323.  **San Bernardino Sun** Newspaper  Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges

Apr 6 2016 05:05PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried. He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption

were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt. Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

View▶

Unique Visitors:  138,893

1324.   **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges

Apr 6 2016 05:05PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried. He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials

testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt. Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

View▶

Unique Visitors:  100,896

1325.    **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges

Apr 6 2016 05:05PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried. He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL**

**TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt. Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

View▶

Unique Visitors: 822,671

1326.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Paul Tanaka is found guilty of corruption charges     Apr 6 2016 05:05PM PT

A federal jury Wednesday found **PAUL TANAKA,** the former second-in-command of the Los Angeles County Sheriffs Department **GUILTY** of corruption charges. Jurors began deliberating Monday afternoon. The trial in a downtown Los Angeles federal courtroom lasted 10 days. U.S. District Court Judge Percy Anderson will determine Tanakas sentence. The maximum penalty for conspiracy and obstruction of justice convictions is 15 years in federal prison. Nine other Sheriffs Department officials, including former **SHERIFF LEE BACA,** have pleaded **GUILTY** or been convicted in the corruption scheme. Tanaka is the highest-ranking executive to be tried. He was indicted in May along with a former captain, who pleaded **GUILTY** to lying on the witness stand. Baca pleaded **GUILTY** in February to lying to federal investigators during an interview. He will be sentenced next month. Prosecutors said Tanaka led a group of co-conspirators who conspired to thwart a federal investigation into civil rights violations in the county jails. Tanaka and the others learned of investigation once they discovered a cell phone that was smuggled into Mens Central **JAIL** was used to call the FBIs civil rights division office. An undercover FBI agent bribed a deputy to smuggle the phone into an inmate, Anthony Brown, who was an informant. Prosecutors said the deputies hid Brown from the FBI, tampered with witnesses by telling deputies not to cooperate with federal investigators and threatened to arrest an FBI special agent. Assistant U.S. Attorney Brandon Fox said the scheme was dubbed Operation Pandoras Box because if the allegations of deputy abuse and corruption were revealed through the investigation, Pandoras Box would be opened and the evils that were going on inside the **JAIL** would be revealed. Fox called two dozen witnesses to testify against Tanaka, many were former Sheriffs Department employees. He showed the jury dozens of emails, Sheriffs Department memos, summaries of voluminous phone records and played audio and video recordings, including surveillance footage of two sergeants confronting and threatening a FBI special agent at her home. Several retired Sheriffs Department officials testified that they warned Tanaka years ago about problems with deputies using excessive force inside the jails. Former Mens Central **JAIL** Capt. John Clark had come up with a plan to rotate assignments for deputies to break up deputy cliques. That plan, was vetoed by Tanaka. Sheriff Jim McDonnell, then Long Beach police chief, handily defeated Tanaka, who all but abandoned his campaign. In his closing argument to the jury, Steward pointed to Baca as the mastermind. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. One witness was a convicted co-conspirator in the case, former Deputy Mickey Manzo. Manzo was compelled to testify and received limited immunity. Fox played jurors a recording of a phone call that an FBI supervisor made to one of the sergeants who approached FBI Special Agent Leah Marx outside her home. The supervisor asked what were the charges against Marx. Youre going to have to speak to the undersheriff and thats Sgt.

Media Coverage Report

Maricela Long told Marxs supervisor, according to the audio recording of a phone call. Anderson has overseen all of the trials of deputies convicted in the corruption scheme.

View▶

Unique Visitors: 148,114

1327. **KTTV-FOX** Television   Market: Los Angeles, CA

Studio 11 LA News

Apr 6 2016 05:00PM PT

[5:00:02 PM] [3:33]  We have more in downtown Los Angeles with the latest. The jury spent about two hours liberating and in the end they found the former number two of the la county sheriff's department **GUILTY.** Reporter: the former undersheriff comfort his wife moments after finding out that he was **GUILTY.** If you're that big in your department, you know what is going on. It was correlated with the telephone calls that came across. It sent a clear message that corruption within law enforcement won't be tolerated. Reporter: the lawyers say that they will appeal. Then his boss, **LEE BACA,** who wasn't allowed to testify, called the shot. 2 I think that there were mistakes made at the top level. Reporter: **PAUL TANAKA'S** family said that there is another side jurors do not s is the most compassionate, loyal, strong and hard working individual. Reporter: only two jurors said they didn't have their minds made up walking into the liberation room. One set of said that the facts were not ultimately in his favor. It wouldn't add up, so I had to come to the conclusion that he was **GUILTY** of vote counts. **SENTENCING** is June 20. He faces up to 15 years behind bars is also currently unclear whether the future of his role as part of this there. We try to reach out to the city manager and did not hear back. Joining us now is attorney Matthew Fletcher. Stunning to see the head of law enforcement now headed to **JAIL.** This is a person that participated in stocking a woman FBI agent, she was stuck to her home to cover up the abuses in the county **PAUL TANAKA** played a huge role in it, **LEE BACA** is getting off. The most he can get is six months in **JAIL, PAUL TANAKA** will give 15 years in prison. What his attorneys are saying is that this guy was the henchman. He executed from the big guy on top. And obviously **PAUL TANAKA** out that he had a case. Would he refuse to do early on was testify against other people. He was offered a **PLEA** agreement, he didn't want to do it because he didn't want to testify. One of the things that is stunning is that he is the second in charge, running the whole thing and he has his neo-nazi tattoo of a viking on him, which I was really stunning. What is stunning is that he has it and then in 30 years he's never covered it up, he has never got it removed, which shows a continuing allegiance to this group of people's various venues around and say that I am not even going to testify against anyone.

[5:03:51 PM] [0:43]  Did he give bad legal advice? Was he given that the legal advice? He could face up to six months in **JAIL** versus 15. The **PLEA** agreements don't start from the top and work down. You want the lowest person to give you the highest person. **PAUL TANAKA** certainly could have worked a deal in so that I will give you him because at the end of the day **LEE BACA** couldn't say that I didn't know what was going on, it was discussed water that I saw. It is a travesty of justice. You understand that they were beating men and women who came to visit their friends and not even prisoners, just citizens.

Nielsen Audience: 42,764

1328. **KCAL-IND** Television   Market: Los Angeles, CA

KCAL News At 4PM

Apr 6 2016 04:00PM PT

[4:07:27 PM] [0:51]  Leyna: the jury deliberated three hours before finding **PAUL TANAKA GUILTY.** He juan: members of the jury did not buy his claims for innocence. His own words

were that the sheriff was the face of the department. Leyna: he is currently the mayor of gardena. He faces up to 15 years in prison. Several deputies already convicted in connection with the case and **LEE BACA** has pleaded **GUILTY.** He will be sentenced next month. And a deal could be in the works to avoid a strike and all cal state schools.

Nielsen Audience:  55,958

1329.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At Noon

Apr 6 2016 12:00PM PT

[12:01:49 PM] [1:51]  Back out here more breaking news from sheriff's second in command to convicted criminal. **PAUL TANAKA** has been found **GUILTY** of corruption by a jury in downtown Los Angeles. Kcal9's David lopez's live the courthouse with reaction. Reporter: according to people from the us attorney's office when of the swifter verdicts they have had that lasted less than two hours. This was an investigation into **JAIL** corruption and beatings. **SHERIFF LEE BACA** and undersheriff **PAUL TANAKA** went berserk when they found that out and a four-year investigation followed, 10 day trial before days on the stand and obviously the jury did not believe **PAUL TANAKA** because it took less than two hours to convict in this is **PAUL TANAKA** leaving. The courtroom after the verdict. He avoided the present has not spoken to the press since he was indicted. He has claimed all along he was following orders from his bock, boss, **LEE BACA,** but the jury did not buy that with numerous notes, e-mails and his own words in which she was basically saying I don't care what the FBI once we are not cooperating and was found **GUILTY.** Of conspiracy to obstruct justice and even set, even though he spent nearly four and half hours on the stand the nine everything this is one of the alternate jurors who told me what one of the regular jurors told her followed by comments from the defense attorney and prosecutor. Would you have done the same thing?

[12:04:05 PM] [0:22]  We are not going to discuss wi the jury did, but we do believe there was overwhelming evidence. Reporter: again, **PAUL TANAKA** found **GUILTY** of the two charges he's faced, conspiracy to obstruct justice and obstruction of justice. He's looking at a possibility of 15 years behind bars. For now, he remains a free man.

Nielsen Audience:  37,191

1330.    **KTTV-FOX** Television   Market: Los Angeles, CA

Good day LA at 7am

Apr 6 2016 07:00AM PT

[7:15:15 AM] [0:45]  Tanaka is facing obstruction of justice charges for allegedly trying to derail a 2011 federal investigation into excessive force within the la county **JAIL** system. During his testimony, tanaka denied remembering key details involving his eight alleged coconspiritters all of whom have been already convicted. Told jurors their client should be acquitted because he's only following his then boss **LEE BACA'S** orders. The prosecution said made **PAUL TANAKA** the director of this sad movie for which tanaka wrote the script. Burglars make a run o Orange County pharmacies. Hit four shops in four cities ovnight.

Nielsen Audience:  76,675

1331.    **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Morning News at 6am

Apr 6 2016 06:00AM PT

[6:08:40 AM] [1:14]  Police are hoping any possible witnesses come forward to provide

information in this case. 8 minutes after 6:00 right now. Day two of jury deliberations will continue this morning in the federal trial of former lacounty sheriff's second in command **PAUL TANAKA.** Tanaka is facing obstruction of justice charges for allegedly trying to derail a 2011 federal investigation into excessive force within the la county **JAIL** system. During his testimony tanaka denied remembering key details involving his eight alleged coconspirators all of whom by the way have already been convicted. The exundersheriff's defense attorney told jurors their client should be acquitted because he was only following his then boss, **LEE BACA'S** orders. The prosecution however said Baca made **PAUL TANAKA** the director of this sad movie for hi tanaka wrote the script. Today the la county council is scheduled to take on a final vote on this controversial new homeless property law. The law would restrict storage of property in public places like sidewalks, anything that cannot fit into a 60-gallon trash bin could be confiscated.

  Nielsen Audience:  34,939

1332.  **KTTV-FOX** Television   Market: Los Angeles, CA

 Fox 11 Morning News at 5am

Apr 6 2016 05:00AM PT

[5:06:31 AM] [0:58]  All right, mario, thank you. It is six minutes after 5:00 right now. It is day two of jury deliberations this morning in the federal trial of second in command **PAUL TANAKA,** trying to derail a 2011 federal investigation with excessive force. During his testimony, at the that you can adenied remembering key detailses involving his eig alleged c coconspirters. And he should be aconfided because he was following his then boss **LEE BACA'S** orders. And made tanaka the part of this sad movie in which wrote the script. You cannot rest easy for the race for The White House.

  Nielsen Audience:  23,381

1333.  **Burbank Leader** Online Only   Market: Los Angeles, CA

 Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal trial goe

Apr 6 2016 02:32AM PT

Over the years, as **PAUL TANAKA** climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing

inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  2,958

1334.    **Glendale News Press**  Newspaper   Market: Los Angeles, CA
Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal trial goe                                    Apr 6 2016 02:32AM PT

Over the years, as **PAUL TANAKA** climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the

second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of

the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  6,841

1335.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal trial clo                                                  Apr 6 2016 02:32AM PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement after eight days of testimony, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

Unique Visitors:  6,841

1336.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
       Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal     Apr 6 2016 02:32AM
       trial goe                                                                  PT

Over the years, as **PAUL TANAKA** climbed the ranks of the Los Angeles County Sheriffs
Department, he built a reputation for being a tough, overbearing leader who inspired equal
parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the
second-in-command, running the day-to-day operations of the nations largest Sheriffs
Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the
last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded
an FBI investigation, portraying himself in a very different light: as a supervisor who was
unaware of what others around him were doing. Tanaka has insisted that it was Baca who
formulated the departments response to the discovery that the FBI was running a secret
investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center
on allegations that he led a group of handpicked subordinates in a scheme to block the FBI
investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate
and concealing the whereabouts of an inmate who was working as an FBI informant. The trial
marks the last of a string of high-profile prosecutions stemming from two frantic months in
2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working
as an informant for the FBI. Agents were investigating allegations that sheriffs officials had
done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where
deputies beat inmates and visitors without cause or consequence. In all, nine members of the
department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to
interfere with the federal inquiry, while several others have been convicted for abusing
inmates. Baca was added to the disgraced group last month when he admitted to lying to
federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left
office two years ago, will avoid being indicted on more serious charges and can be sentenced
to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the
various proceedings stemming from the obstruction allegations, must still approve the
agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply
polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a
segment of the force as Baca promoted him from a mid-level commander to undersheriff in a
matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed
as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon
panel that investigated the jails and found widespread problems of abuse faulted Baca for
allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed
to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys,
H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a
demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime
to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled
feathers as he sidelined veterans he believed had grown complacent and were unwilling to do
the work necessary to live up to his exacting standards. There are people who dont like him,
but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward
reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive
encroachment into the sheriffs domain, devised the departments response. Tanaka, by
contrast, didnt know the extent of the operation and, in any case, acted only to carry out
orders from Baca that were lawful, Steward said. The driving force behind everything youve