seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  1,773

1337.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
**Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal trial goe**                                            Apr 6 2016 02:32AM PT

Over the years, as **PAUL TANAKA** climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply

polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  1,367

1338.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal trial clo                                         Apr 6 2016 02:32AM PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement after eight days of testimony, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a

scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors:  19,777,332

1339. **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Prosecutor accuses Tanaka's defense of inconsistencies as jail scandal    Apr 6 2016 02:32AM
trial goe                                                                                                       PT

Over the years, as **PAUL TANAKA** climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where

deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow @joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  19,777,332

1340.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Prosecutor accuses Tanaka's defense team of inconsistencies as jail scandal tria                                    Apr 6 2016 02:32AM PT

Over the years, as **PAUL TANAKA** climbed the ranks of the Los Angeles County Sheriffs Department, he built a reputation for being a tough, overbearing leader who inspired equal parts fear and respect. By the time he retired in 2013 amid a growing scandal, Tanaka was the second-in-command, running the day-to-day operations of the nations largest Sheriffs Department and holding as much or more sway than his boss, **SHERIFF LEE BACA.** But for the last two weeks in a downtown federal courtroom, Tanaka has denied charges that he impeded an FBI investigation, portraying himself in a very different light: as a supervisor who was unaware of what others around him were doing. Tanaka has insisted that it was Baca who formulated the departments response to the discovery that the FBI was running a secret investigation of his agencys jails. Far from orchestrating an attempt to thwart FBI agents, Tanaka and his attorneys say, he was left out of the loop as Baca, consumed with anger, worked directly with subordinates. Tanaka will learn soon how a jury views his role. Jurors began deliberating Tuesday after hearing more than a week of testimony and evidence, which included the former undersheriff taking the stand in his own defense. Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) In his closing statement, Assistant U.S. Atty. Brandon Fox accused defense attorneys of presenting totally inconsistent versions of Tanaka after they urged jurors to see him as both a strong leader with a strict, hands-on style of rule and someone who didnt know what was unfolding around him. This was Paul Tanakas operation, Fox said. He was in charge. The criminal charges against Tanaka center on allegations that he led a group of handpicked subordinates in a scheme to block the FBI investigation by intimidating the lead agent in the case, pressuring deputies not to cooperate and concealing the whereabouts of an inmate who was working as an FBI informant. The trial marks the last of a string of high-profile prosecutions stemming from two frantic months in 2011, when sheriff's officials discovered that an inmate in their main **JAIL** facility was working as an informant for the FBI. Agents were investigating allegations that sheriffs officials had done little to clamp down on lawlessness inside the countrys largest **JAIL** system, where deputies beat inmates and visitors without cause or consequence. In all, nine members of the department have been convicted or have pleaded **GUILTY** for playing parts in the scheme to interfere with the federal inquiry, while several others have been convicted for abusing inmates. Baca was added to the disgraced group last month when he admitted to lying to federal investigators. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. U.S. District Judge Percy Anderson, who has handled the various proceedings stemming from the obstruction allegations, must still approve the agreement. Tanaka, who also has served for years as mayor of Gardena, was a deeply polarizing figure in the Sheriff's Department. He developed a fiercely loyal following among a segment of the force as Baca promoted him from a mid-level commander to undersheriff in a matter of a few years. By the time that the **JAIL** scandal came to light, though, he was viewed as someone who had created a fiefdom under Baca that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted Baca for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the department's goals and values. In his closing remarks,

one of Tanakas attorneys, H. Dean Steward, acknowledged Tanakas controversial reputation but portrayed him as a demanding yet righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he sidelined veterans he believed had grown complacent and were unwilling to do the work necessary to live up to his exacting standards. There are people who dont like him, but thats not a crime either, the attorney said. In this last **PLEA** to jurors Tuesday, Steward reiterated the defenses contention that Baca, furious over what he saw as the FBIs secretive encroachment into the sheriffs domain, devised the departments response. Tanaka, by contrast, didnt know the extent of the operation and, in any case, acted only to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Steward revisited some of the evidence of the trial, dismissing several witnesses who testified against Tanaka as either jealous of Tanakas meteoric rise to power or disgruntled former employees who had chafed under Tanakas demanding style of leadership. Fox countered with a harsh appraisal of the retired undersheriff, calling him a vindictive, morally corrupt manager. Over the course of the trial, Fox told jurors they had seen the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and who had worked desperately to keep the FBI in the dark. Fox took jurors through a review of the witnesses and evidence the government used to make its case. How, Fox asked, could Tanaka be the strong, hands-on leader Steward claimed but then ask jurors to believe that he wasnt aware of what was going on? If Tanaka was the moral leader his attorneys had presented during the trial, the prosecutor argued, he would have stopped underlings from interfering with the FBI and disciplined them. The vindictive youve heard about did none of these things, Fox said, because they were doing exactly what he wanted them to do. For more news on the federal courts in Los Angeles, follow@joelrubin. He can also be reached at joel.rubin@latimes.com.

View▶

Unique Visitors:  19,777,332

1341.  **Inland Valley Daily Bulletin** Newspaper  Market: Los Angeles, CA

Paul Tanaka trial gives a peek inside LA sheriffs culture of corruption

Apr 6 2016 01:52AM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL**

deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors:  95,163

1342.  **Burbank Leader** Online Only   Market: Los Angeles, CA
Tanaka tried to cover up scandal in the L.A. County jails, prosecutor tells juro          Apr 6 2016 12:25AM PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement at the end of an eight-day trial, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him,

but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors:  2,958

1343.     Glendale News Press  Newspaper   Market: Los Angeles, CA
          Tanaka tried to cover up scandal in the L.A. County jails, prosecutor says       Apr 6 2016 12:25AM
          in hi                                                                                            PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement at the end of an eight-day trial, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the

testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors:  6,841

1344.   La Canada Valley Sun  Newspaper   Market: Los Angeles, CA
        Tanaka tried to cover up scandal in the L.A. County jails, prosecutor says     Apr 6 2016 12:25AM
        in hi                                                                                        PT

PAUL TANAKA the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest JAIL system, a. federal prosecutor told jurors Tuesday. In his closing statement after eight days of testimony, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of PAUL TANAKA. They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal PAUL TANAKA had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former SHERIFF LEE BACA before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of JAIL beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded GUILTY, including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final PLEA to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was LEROY BACA, not PAUL TANAKA, Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors:  1,773

1345.   La Canada Valley Sun  Newspaper   Market: Los Angeles, CA
        Tanaka tried to cover up scandal in the L.A. County jails, prosecutor tells     Apr 6 2016 12:25AM

juro                   PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement at the end of an eight-day trial, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors: 1,773

1346.    **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
        Tanaka tried to cover up scandal in the L.A. County jails, prosecutor tells     Apr 6 2016 12:25AM
juro                   PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement at the end of an eight-day trial, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had

encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors:  1,367

1347.   **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Tanaka tried to cover up scandal in the L.A. County jails, prosecutor says in hi   Apr 6 2016 12:25AM PT

**PAUL TANAKA** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriff s Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest **JAIL** system, a. federal prosecutor told jurors Tuesday. In his closing statement at the end of an eight-day trial, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of **PAUL TANAKA.** They were the faces, Fox said, of a man who overruled and undermined the people who sought to reform the Sheriffs Department, who had encouraged underlings to work in the murky gray area of the law, and had worked desperately to keep the FBI in the dark in case they learned of. the culture Tanaka had fostered. This was a scandal **PAUL TANAKA** had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former **SHERIFF LEE BACA** before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI

agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department. There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI. **PAUL TANAKA,** the once-powerful figure who ran day-to-day operations of the Los Angeles County Sheriffs Department, was a vindictive, morally corrupt official who led an effort to thwart the federal investigation into allegations that sheriffs deputies frequently beat inmates and visitors in the nations largest system, a federal. prosecutor told jurors Tuesday. In his closing statement after eight days of testimony, Assistant U.S. Atty. Brandon Fox said jurors had been shown the many faces of had on his hands that he needed to wash away as soon as he could, Fox said. Tanaka, who served as the second in command to former before retiring amid scandal in 2013, faces conspiracy and obstruction of justice charges for what prosecutors say was his role in impeding an FBI investigation into county jails. Jurors began Tuesday to deliberate his guilt or innocence following closing arguments. Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) Fox and other federal prosecutors argued at trial that Tanaka and a group of collaborators tried to intimidate the FBI agent leading the investigation into widespread claims of **JAIL** beatings. Tanaka also concealed the whereabouts of an inmate after the Sheriff's Department discovered that the inmate was working as an FBI informant, prosecutors said. The trial marks the end in a string of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY,** including Baca, who admitted last month to lying to investigators. In his closing remarks, one of Tanakas attorneys, H. Dean Steward, made a final **PLEA** to jurors to reject the governments portrayal of the former undersheriff and see him instead as a demanding but righteous man who did nothing wrong. Ladies and gentlemen, it is not a crime to be a strong leader, Steward said. He acknowledged that his client had certainly ruffled feathers as he rose through the ranks of the department.

There are people who dont like him, but thats not a crime either, the attorney said. Steward reiterated the defense's contention that it was Baca who was furious over what he saw as the FBIs secretive encroachment into the sheriffs domain and devised the departments response. Tanaka, by contrast, was largely unaware of what was going on and only acted to carry out orders from Baca that were lawful, Steward said. The driving force behind everything youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward told jurors. Fox took the jurors through a review of the witnesses and evidence the government used to make its case. He reminded them, for example, of the testimony of Micky Manzo, a former deputy who was convicted in an earlier trial for his role in obstructing the FBI.

View▶

Unique Visitors:  19,777,332

1348.    **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

     Paul Tanaka trial gives a peek inside LA sheriffs culture of corruption     Apr 6 2016 12:12AM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL** deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors:  197,687

1349.    **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Tanaka lawyer: Prosecution witnesses were Caucasians and seemed to be angry    Apr 5 2016 11:50PM PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors:  197,687

1350.    **Whittier Daily News**  Newspaper   Market: Los Angeles, CA

Tanaka lawyer: Prosecution witnesses were 'Caucasians and seemed to be angry'    Apr 5 2016 11:32PM PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating

under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors:  47,665

1351.   **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Tanaka lawyer: Prosecution witnesses were 'Caucasians and seemed to be angry'          Apr 5 2016 11:32PM PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors:  95,163

1352.   **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Tanaka lawyer: Prosecution witnesses were 'Caucasians and seemed to be angry'          Apr 5 2016 11:32PM PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up