with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors: 148,114

1353. **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

Tanaka lawyer: Prosecution witnesses were 'Caucasians and seemed to be angry'    Apr 5 2016 11:32PM PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors:  822,671

1354.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA
Tanaka lawyer: Prosecution witnesses were 'Caucasians and seemed to    Apr 5 2016 11:32PM
be angry'    PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors:  119,548

1355.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
Tanaka lawyer: Prosecution witnesses were 'Caucasians and seemed to    Apr 5 2016 11:32PM
be angry'    PT

Deliberations are expected to continue Wednesday. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** Several retired or nearly retired Sheriffs Department officials testified early on in the trial about how they warned Tanaka about excessive use of force years ago within the Mens Central **JAIL** and in some cases, they came up with plans to address those issues. But they claimed those plans were vetoed by Tanaka. Assistant U.S. Attorney Brandon Fox called the men reformers. Defense attorney H. Dean Steward said the so-called reformers of the Sheriffs Department were all Caucasians and seemed to be angry, during their testimony. You could just feel the spite as they came in here, Steward told the jury. He said Tanaka had ruffled some feathers and that some people didnt like him or his leadership style. Its not a crime to be a strong leader, Steward said. Fox questioned Stewards tactic of bringing up race, noting one of the men was not Caucasian. Fox said jurors throughout the trial have heard about the many faces of **PAUL TANAKA.** Tanaka, he said, was the man who would overrule and undermine the people who sought to reform the Sheriffs Department. He described Tanaka as the man whose authority everyone was operating

under. Steward, meanwhile, pointed to former **SHERIFF LEE BACA** as the ringleader of the scheme. The driving force in everything that youve seen was **LEROY BACA,** not **PAUL TANAKA,** Steward said. Prosecutors allege that once Tanaka and others within the Sheriffs Department learned about an FBI investigation into civil rights violations in the jails in 2011, they attempted to hide an inmate who was an FBI informant, told deputies not to cooperate with federal investigators and threatened to arrest the FBI agent leading. the federal investigation. He was running the show. Fox pointed out to the jury that in many cases on cross-examination, Tanaka couldnt remember conversations or meetings. This was a scandal that **PAUL TANAKA** had on his hands and he wanted to quash it as soon as he could, Fox said.

View▶

Unique Visitors: 100,896

1356. **Agoura Hills Patch** Online Only Market: Los Angeles, CA

Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse

Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox

countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1357.  **Altadena Patch**  Online Only   Market: Los Angeles, CA
       Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding          Apr 5 2016 11:09PM
       Jail Abuse                                                                                  PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to

state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1358.    **Arcadia Patch**  Online Only   Market: Los Angeles, CA
         Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding        Apr 5 2016 11:09PM
         Jail Abuse                                                                              PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said

in his summation. **"PAUL TANAKA** was a pro-active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors: 6,138,777

1359.  **Beverly Hills Patch** Online Only  Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse    Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by

concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors: 6,138,777

1360. Calabasas Patch  Online Only   Market: Los Angeles, CA
      Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding      Apr 5 2016 11:09PM
      Jail Abuse                                                                 PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority

everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

**View▶**

Unique Visitors: 6,138,777

1361.  **Cerritos-Artesia Patch** Online Only  Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse          Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got

underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1362.  **Culver City Patch** Online Only   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse    Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL**

TANAKA'S attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1363.    **Eagle Rock Patch**  Online Only   Market: Los Angeles, CA

Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse

Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▸

Unique Visitors:  6,138,777

1364.  **Echo Park Patch**  Online Only   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse

Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in

February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors: 6,138,777

1365.    **Encino Patch**   *Online Only*   Market: Los Angeles, CA

Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse      Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to

15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1366.    **Glendora Patch** *Online Only*   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding    Apr 5 2016 11:09PM
Jail Abuse    PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal