intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors: 6,138,777

1367.  **Hermosa Beach Patch** Online Only  Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse

Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his

underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle- By FRED SHUSTER LOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story." Ex-Undersheriff attorney countered that. he should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity. Tanaka is accused of directing eight alleged co-conspirators in a scheme by guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county system. Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning. More from Across Patch Donald Trump Loses in Ted Cruz Showdown: Wisconsin GOP Primary Election Results15-Foot Monster Gator Bagged In FloridaMississippi Governor Latest To Sign 'Religious Freedom' BillWalmart T-Shirt Mixes Up Maryland and Massachusetts "This was operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal. jury in his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex- Tanaka's boss at the time-

"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded in February to a charge of lying to investigators and is awaiting in May. Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s. The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View ▶

Unique Visitors: 6,138,777

1368. **Highland Park-Mount Washington Patch** *Online Only*  Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse    Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies

and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle- By FRED SHUSTER LOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story." Ex-Undersheriff attorney countered that. he should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity. Tanaka is accused of directing eight alleged co-conspirators in a scheme by guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county system. Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning. More from Across Patch Donald Trump Loses in Ted Cruz Showdown: Wisconsin GOP Primary Election Results15-Foot Monster Gator Bagged In FloridaMississippi Governor Latest To Sign 'Religious Freedom' BillWalmart T-Shirt Mixes Up Maryland and Massachusetts "This was operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal. jury in his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued today that much

of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex- Tanaka's boss at the time- "was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded in February to a charge of lying to investigators and is awaiting in May. Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s. The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1369.     **Hollywood Patch** *Online Only*   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse    Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by

concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle- By FRED SHUSTER LOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story." Ex-Undersheriff attorney countered that. he should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity. Tanaka is accused of directing eight alleged co-conspirators in a scheme by guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county system. Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning. More from Across Patch Wisconsin Primary Results: Donald Trump, Bernie Sanders Face Crucial Tests15-Foot Monster Gator Bagged In FloridaMississippi Governor Latest To Sign 'Religious Freedom' BillWalmart T-Shirt Mixes Up Maryland and Massachusetts "This was operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks"

allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex- Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded in February to a charge of lying to investigators and is awaiting in May. Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s. The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

**View▶**

Unique Visitors:  6,138,777

1370.　**La Canada Flintridge Patch**　*Online Only*　Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse　　Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority

everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

**View▶**

Unique Visitors:  6,138,777

1371.   **Malibu Patch**  Online Only   Market: Los Angeles, CA
        Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding          Apr 5 2016 11:09PM
        Jail Abuse                                                                    PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got

underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle- By FRED SHUSTER LOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story." Ex-Undersheriff attorney countered that. he should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity. Tanaka is accused of directing eight alleged co-conspirators in a scheme by guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county system. Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning. More

from Across Patch Wisconsin Primary Results: Donald Trump, Bernie Sanders Face Crucial Tests15-Foot Monster Gator Bagged In FloridaMississippi Governor Latest To Sign 'Religious Freedom' BillWalmart T-Shirt Mixes Up Maryland and Massachusetts "This was operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime." Steward told the jury that ex- Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part. Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt of Paul Tanaka." Baca, the prosecutor continued, "made the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence. was felt," Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co- conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded in February to a charge of lying to investigators and is awaiting in May. Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s. The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1372.   **Manhattan Beach Patch**   Online Only   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse     Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL**

TANAKA'S attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by JAIL guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county JAIL system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was PAUL TANAKA'S operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central JAIL. Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. "PAUL TANAKA was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- SHERIFF LEE BACA- Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the JAIL system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with PAUL TANAKA trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made PAUL TANAKA the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded GUILTY in February. to a charge of lying to investigators and is awaiting SENTENCING in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors: 6,138,777

1373.    **Marina del Rey Patch** Online Only   Market: Los Angeles, CA

Media Coverage Report

Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding          Apr 5 2016 11:09PM

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA**- Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1374.  **Monrovia Patch**  Online Only   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding Jail Abuse

Apr 5 2016 11:09PM PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in

February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1375.    **Montrose Patch**  Online Only   Market: Los Angeles, CA
Jury Deliberates on Fate of Ex-UnderSheriff Accused of Masterminding          Apr 5 2016 11:09PM
Jail Abuse                                                                     PT

By FRED SHUSTERLOS ANGELES, CA - A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story."Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he. should be acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity.Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a. grand jury looking into allegations of excessive force within the county **JAIL** system.Jury deliberations got underway this afternoon, on the ninth day of trial, and are expected to resume Wednesday morning.More from Across Patch "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in. his closing argument. "He was the director, he was in charge."Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy."Fox said "this sad movie" began five years. ago when a cellphone was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates.At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance.The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest.A defense attorney, however, argued today that much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him."Ladies and gentlemen, it is not a crime to be a strong. leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to