and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro- active, strong leader. He ruffled some feathers. He's had some people that don't like his leadership style and don't like him. But that's not a crime."Steward told the jury that ex- **SHERIFF LEE BACA-** Tanaka's boss at the time-"was in control of this entire situation."The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the **JAIL** system," rather than transfer to state prison, where he was headed in August 2011."Baca was the driving force here, with **PAUL TANAKA** trying to. help out with bits and pieces" of information, Steward told the panel."Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty."But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka."Baca, the prosecutor continued, "made **PAUL TANAKA** the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said.If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal. prison.During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case.Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said.Baca pleaded **GUILTY** in February. to a charge of lying to investigators and is awaiting **SENTENCING** in May.Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s.The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been. described in court papers as a white supremacist gang, Tanaka- who admitted to having a Vikings tattoo on an ankle-

View▶

Unique Visitors:  6,138,777

1389. **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Apr 5 2016 10:41PM PT

Jury to decide fate of former LA County sheriff's official

The fate of the man who was once the second-highest in command at the L.A. County Sheriff's Department was placed in the hands of a jury Tuesday, after attorneys made closing arguments in the federal trial of former Undersheriff **PAUL TANAKA.** Tanaka has pleaded not- **GUILTY** to charges of conspiracy and obstruction of justice. He is accused of masterminding a plot to derail an FBI investigation into the department in 2011. Seven other Sheriffs department officials have already been found **GUILTY** of obstruction in the same sweeping probe into the department. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to the lesser charge of lying to investigators. In closing statements, the prosecution and defense painted opposing pictures of Tanaka. While prosecutors called Tanaka "vindictive" and "corrupt," Tanakas lawyers said he was a strong leader whose many successes made others jealous. Assistant U.S. Attorney Brandon Fox used his time to take the jury through a timeline of events between August and September 2011 when the Sheriffs department first became aware of the FBI probe into use of force and corruption in the county's jails. Sheriffs deputies discovered an inmate, Anthony Brown had a cell phone which he was using to inform the FBI. Prosecutors tied Tanaka to a series of emails and meetings in which a plan was developed to hide Brown from federal investigators. This was Mr. Tanakas operation, he was running the show, Fox said, detailing orders to change Browns name in county records and to move Brown to a high-security medical ward. Fox also said Tanaka tried to intimidate deputies who accommodated

Media Coverage Report

the FBI in their investigation. Weve seen how vindictive **PAUL TANAKA** is when you cross him, Fox said. Tanaka spoke in his own defense during the trials ten days of testimony. When questioned about these incidents, Tanaka responded to many questions saying he couldnt remember particulars about meetings he may have attended so long ago. Fox argued that Tanakas answers could not be true. "It would have been memorable, Fox said. Tanakas attorney, Dean Steward said during his closing statement that if there was corruption in the department, it was on the part of then- **SHERIFF LEE BACA.** Baca was the driving force here. Tanaka was trying to help with a tidbit of information now and then, but **PAUL TANAKA** didnt want to be involved, Steward told the jury. Steward said that actions Tanaka took to move Brown were for Browns own protection. Steward also argued that many of the witnesses called to testify by the prosecution were biased or harbored resentful feelings toward Tanaka. Steward said Tanakas blunt manner may have ruffled some feathers over the years, but "its not a crime to be a strong leader. Former federal prosecutor Miriam Krinsky, who headed the Citizens Commission on **JAIL** Violence, a group that investigated the L.A. County jails, attended Tuesdays proceedings. Krinsky said she expects the jury to arrive at their verdict quickly in this case, but that the decision wouldn't be an easy one. These are always difficult cases because we want to believe the best of law enforcement," Krinsky said.

View▶

Unique Visitors:  603,400

1390.    **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Paul Tanaka trial gives a peek inside LA sheriff's culture of corruption

Apr 5 2016 10:33PM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL** deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka

chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors: 47,665

---

1391.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Paul Tanaka trial gives a peek inside LA sheriff's culture of corruption          Apr 5 2016 10:33PM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL** deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors: 148,114

1392.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Paul Tanaka trial gives a peek inside LA sheriff's culture of corruption                Apr 5 2016 10:33PM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL** deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors:  119,548

1393.    **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Paul Tanaka trial gives a peek inside LA sheriff's culture of corruption                Apr 5 2016 10:33PM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka

himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL** deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors:  822,671

1394.      **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Paul Tanaka trial gives a peek inside LA sheriff's culture of corruption

Apr 5 2016 10:33PM PT

In a downtown Los Angeles courtroom, a star has been on trial for a couple of weeks now. The case has been no less worth watching because the star in this case is the L.A. County Sheriffs Department badge. Its the trial of **PAUL TANAKA,** the former undersheriff who is accused of conspiracy and obstruction of justice for allegedly orchestrating a scheme to stifle an FBI investigation of jailhouse brutality and corruption. The charges against Tanaka should not tar the reputations of thousands of Sheriffs Department employees. And lets be clear: Tanaka himself has not been convicted of anything, at least not yet. But the accumulated testimony from a couple of dozen witnesses has painted a damning picture of behavior in county jails, the ways jailers dealt with inmates and the ways they dealt with each other. In some ways it has shed light on the scandal that brought down **SHERIFF LEE BACA** and has so far led to the convictions of 18 members of the department. In other ways it has confirmed county residents worst suspicions about the culture of corruption and violence that flourished under Baca. Tanaka, the second-in-command, maintains he only did what Baca wanted and didnt tolerate misconduct by deputies. The jury heard a string of witnesses paint a fuller portrait: A retired lieutenant testified that Tanaka told deputies that sometimes they have to cross the [legal] line in dealing with jailed gang members. A deputy described an unwritten rule among **JAIL**

deputies: If an inmate fought with a deputy, the inmate should receive injuries severe enough to send him to the hospital. A former deputy testified that Tanaka reacted angrily in 2011 when he heard recordings of phone calls made to the FBI by an inmate acting as an informant. He said, Those motherf-Who do they think they are? said the deputy, who was convicted in the scandal. The deputy said Baca ordered that everything about the departments response to the **JAIL** investigation should run through Tanaka. A former deputy said she was ostracized after pushing back against a plan to remove the informant-inmate from the jails computer system and hide him from investigators. You dont say no to **PAUL TANAKA,** the deputy testified. Retired department officials said they were transferred out of their jobs after raising concerns about deputies behavior. Trials are costly, but county residents should be happy that Tanaka chose to fight the charges in court. Trials of public employees often reveal more about whats really going on in the halls of power than we otherwise would know. Its disappointing that Baca wasnt called to testify. U.S. District Court Judge Percy Anderson rejected a request by Tanakas attorneys to grant Baca immunity so he could testify and so they could admit statements Baca made to federal investigators. Baca agreed in February to plead **GUILTY** to lying to investigators , and is scheduled to be sentenced in May. Tanakas fate should be known soon. His trial went to the jury today;

View▶

Unique Visitors:  100,896

1395.  **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

Jury Deliberations Begin In Trial Of Ex-Undersheriff Paul Tanaka

Apr 5 2016 10:14PM PT

LOS ANGELES (CBSLA.com) A prosecutor told a federal jury today that the conspiracy case against the former second-in-command at the Los Angeles County Sheriff's Department seemed like a movie script, and "you get to write the end of the story." Ex-Undersheriff **PAUL TANAKA'S** attorney countered that he should be. acquitted because he was merely following his then-boss' orders and did not instigate any illegal activity. With that exchange fresh in their minds, the jury began deliberations Tuesdayafternoon, on the ninth day of trial. Deliberationsare expected to resume Wednesday morning. Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county **JAIL** system. "This was **PAUL TANAKA'S** operation," Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in his closing argument. "He was the director. He was in charge." Painting the defendant as a man of "many faces," Fox said Tanaka worked to "overrule and undermine" the goals of the sheriff's department, acting as the "authority everyone was operating under to engage in this conspiracy." Fox said "this sad movie" began five years ago when a cellphone. was discovered in the hands of an inmate at the Men's Central **JAIL.** Sheriff's deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriff's officials "closed ranks" allegedly at the direction of Tanaka- and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of "overt acts" including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued Tuesdaythat much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriff's officials with grudges against him. "Ladies and gentlemen, it is not a crime to be a strong leader," defense attorney H. Dean Steward said in his summation. **"PAUL TANAKA** was a pro-active, strong leader. He ruffled some feathers. He's had some people that don't like his

leadership style and don't like him. But that's not a crime." Steward told the jury that ex- SHERIFF LEE BACA- Tanaka's boss at the time-"was in control of this entire situation." The attorney said it was Baca who demanded that his underlings "make sure that Anthony Brown stay in the JAIL system," rather than transfer to state prison, where he was headed in August 2011. "Baca was the driving force here, with PAUL TANAKA trying to help out with bits and pieces" of information, Steward told the panel. "Baca is pushing everybody- and I mean everybody," the attorney said, suggesting that if his client believed that the sheriff's orders were "reasonable and lawful," then there was no criminal intent on Tanaka's part.Without intent, Steward said, "you're not guilty." But in his rebuttal, Fox countered that Baca's role "has nothing to do with the guilt. of Paul Tanaka." Baca, the prosecutor continued, "made PAUL TANAKA the director of this sad movie." The defendant chose the players, "wrote the script" and "made sure his presence was felt," Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators- all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded GUILTY in February to a charge of lying to investigators and is awaiting SENTENCING in May. Fox's questioning of Tanaka on Monday partly dealt with the defendant's time as a sergeant at the Lynwood sheriff's station in the 1980s. The prosecutor zeroed in on Tanaka's membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka- With that exchange fresh in their minds, the jury began deliberations Tuesdayafternoon, on the ninth day of trial. Deliberationsare expected to resume Wednesday morning. Tanaka is accused of directing eight alleged co-conspirators in a scheme by JAIL guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county system. This was Paul Tanakas operation, Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in his closing argument. He was the director. He was in charge. Painting the defendant as a man of many faces, Fox said Tanaka worked to overrule and undermine the goals of the sheriffs department, acting as the authority everyone was operating under to engage in this conspiracy. Fox said this sad movie began five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central JAIL. Sheriffs deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks allegedly at the direction of Tanaka and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of overt acts including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued Tuesdaythat much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriffs officials with grudges against him. Ladies and gentlemen, it is not a crime to be a strong leader, defense attorney H. Dean Steward said in his summation. PAUL TANAKA was a pro-active, strong leader. He ruffled some feathers. Hes had some people that dont like his leadership style and dont like him. But thats not a crime. Steward told the jury that ex- SHERIFF LEE BACA Tanakas boss at the time was in control of this entire situation. The attorney said it was Baca who demanded that his underlings make sure that Anthony Brown stay in the JAIL system, rather than transfer to state prison, where he was headed in August 2011. Baca was the driving force here, with PAUL TANAKA trying to help out with bits and pieces of information, Steward told the panel. Baca is pushing everybody and I mean everybody, the attorney said, suggesting that if his client

believed that the sheriffs orders were reasonable and lawful, then there was no criminal intent on Tanakas part.Without intent, Steward said, youre not **GUILTY.** But in his rebuttal, Fox countered that Bacas role has nothing to do with the guilt of **PAUL TANAKA.** Baca, the prosecutor continued, made the director of this sad movie. The defendant chose the players, wrote the script and made sure his presence was felt, Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded in May. Foxs questioning of Tanaka on Monday partly dealt with the defendants time as a sergeant at the Lynwood sheriffs station in the 1980s. The prosecutor zeroed in on Tanakas membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka who admitted to having a Vikings tattoo on an ankle became visibly angry.

View▶

Unique Visitors:  1,421,176

1396.    **KCAL-TV [IND 9]**  Television   Market: Los Angeles, CA

Jury Begins Deliberations In Ex-Undersheriff Tanakas Corruption Case                    Apr 5 2016 10:14PM PT

With that exchange fresh in their minds, jurors began deliberations Tuesdayafternoon, on the ninth day of trial. Deliberationsare expected to resume Wednesday morning. Tanaka is accused of directing eight alleged co-conspirators in a scheme by **JAIL** guards to thwart attempts by federal authorities in 2011 to contact an inmate-turned-informant and bring him before a grand jury looking into allegations of excessive force within the county **JAIL** system. This was Paul Tanakas operation, Assistant U.S. Attorney Brandon Fox told the Los Angeles federal jury in his closing argument. He was the director. He was in charge. Painting the defendant as a man of many faces, Fox said Tanaka worked to overrule and undermine the goals of the sheriffs department, acting as the authority everyone was operating under to engage in this conspiracy. Fox said this sad movie began five years ago when a cellphone was discovered in the hands of an inmate at the Mens Central **JAIL.** Sheriffs deputies quickly tied the phone to the FBI, which was conducting a secret probe of brutality against inmates. At that point, sheriffs officials closed ranks allegedly at the direction of Tanaka and launched an attempt to halt the formerly covert investigation by concealing the inmate-informant, Anthony Brown, from federal prosecutors, who had issued a writ for his grand jury appearance. The charges also include a host of overt acts including allegations of witness tampering and attempting to threaten an FBI case agent with arrest. A defense attorney, however, argued Tuesdaythat much of the testimony against Tanaka was motivated by jealousy, delivered by retired sheriffs officials with grudges against him. Ladies and gentlemen, it is not a crime to be a strong leader, defense attorney H. Dean Steward said in his summation. **PAUL TANAKA** was a pro-active, strong leader. He ruffled some feathers. Hes had some people that dont like his leadership style and dont like him. But thats not a crime. Steward told the jury that ex- **SHERIFF LEE BACA** Tanakas boss at the time was in control of this entire situation. The attorney said it was Baca who demanded that his underlings make sure that Anthony Brown stay in the **JAIL** system, rather than transfer to state prison, where he was headed in August 2011. Baca was the driving force here, with **PAUL TANAKA** trying to help out with bits and pieces of information, Steward told the panel. Baca is pushing everybody and I mean everybody, the attorney said, suggesting that if his client believed that the sheriffs orders were reasonable and lawful, then there was no criminal intent

on Tanakas part.Without intent, Steward said, youre not **GUILTY.** But in his rebuttal, Fox countered that Bacas role has nothing to do with the guilt of **PAUL TANAKA.** Baca, the prosecutor continued, made **PAUL TANAKA** the director of this sad movie. The defendant chose the players, wrote the script and made sure his presence was felt, Fox said. If convicted of obstruction of justice and conspiracy to obstruct justice, Tanaka would face up to 15 years in federal prison. During two days of testimony, Tanaka, 57, denied remembering details of his communications with his alleged co-conspirators all of whom have been convicted previously in the case. Phone logs focusing on days in August and September of 2011 that were relevant to the case revealed about 70 calls between Tanaka and the alleged co-conspirators, but only one between Tanaka and his then-boss, Fox said. Baca pleaded **GUILTY** in February to a charge of lying to investigators and is awaiting **SENTENCING** in May. Foxs questioning of Tanaka on Monday partly dealt with the defendants time as a sergeant at the Lynwood sheriffs station in the 1980s. The prosecutor zeroed in on Tanakas membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka who admitted to having a Vikings tattoo on an ankle became visibly angry.

View▶

Unique Visitors:  1,421,176

---

1397.    **KCAL-IND** Television   Market: Los Angeles, CA

**KCAL 9 News At 8PM**

Apr 5 2016 08:00PM PT

[8:32:30 PM] [2:10]  Due to previous break-ins, he had got away with smart him like Syria. During closing arguments, **PAUL TANAKA'S** attorneys Linda **LEE BACA** Dave Lopez ran into coming out of the courthouse. **PAUL TANAKA** him 2 man at one time, denied that he did anything wrong. Oh yeah court judge that he did not impede and the FBI investigation and he did nothing to try to hide inmates turned FBI informant to Anthony brown. As far as I'm concerned come all be actions I took were lawful. He stuck to the story. His attorney said that the witnesses told lightning bolt tramples lies. The driving force behind everything you've heard and seen in this case was chair of **LEE BACA.** And then a month ago he pleaded **GUILTY** to one count of lying to the FBI. He says i've made a mistake. He said it was all **LEE BACA'S** fault. The prosecutor to go to jury that the guilt or innocence of him has nothing to do with this case. He made him the director of this sad story and he took over. He was the one in charge. He was the one barking out orders. The prosecution to the. Document that showed to what went department went under his orders to hide Anthony brown, brown is African-American and had his name changed to John Rodriguez. Instead of being listed is African-American he was listed as being Hispanic to say **LEE BACA** was leaving a Los Angeles courtroom. He had been called as a witness in a brutality lawsuit but in the amendment. Off camera that he would be sentenced to a federal case and he could get prison time to.

Nielsen Audience:  95,987

---

1398.    **KCBS-CBS** Television   Market: Los Angeles, CA

**CBS 2 News at 6 PM**

Apr 5 2016 06:00PM PT

[6:05:14 PM] [0:44]  Reporting live Tom wait dreyfus go back to the studio. Jeff: one of the la sheriff's departments top brass could learn as they pit the cherries to liberating that **PAUL TANAKA'S** corruption trial. He's been accused of trying to hide in and make it was an FBI informant. Tanaka said he was following orders. Prosecutors say former **SHERIFF LEE BACA'S** world had something to do with tanaka's gil. Pat: a call for unity after hate crime on the

campus of uc Riverside. They had at the ethnic studies department said someone broke into graduate student offices and for women of color and tore down an image of a Palestinian flag.

Nielsen Audience: 90,378

---

1399.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 PM

Apr 5 2016 05:00PM PT

[5:29:37 PM] [1:19]  That is how different the competing sides portray all tanaka. **PAUL TANAKA.** It is not a crime to be a strong leader, his lawyer tells the jury. Tanaka blames **SHERIFF LEE BACA.** Hear him describe Baca in an FBI interview obtained by eyewitness news. Miriam: prosecutors allege the sheriff's department was being scandalized by allegations of **INMATE ABUSE** and that tanaka was aware the grand jury was investigating. Then came recordings from **JAIL** phones an inmate speaking to FBI agent, leah marx. Marion and it's here some say : the sheriff's department could have avoided the prosecution of all the deputies involved in the scheme. Miriam krinsky, a former usprosecutor and **JAIL** reform advocate. And they should have locked arms and tried to clean up the department working together, rather than trying to thwart the fbi's efforts. Miriam: prosecutor brandon fox laid out 6 weeks of tanaka's alleged obstructionist activity.

Nielsen Audience: 193,278

---

1400.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 PM

Apr 5 2016 05:00PM PT

[5:35:53 PM] [1:02]  Reporter: shown here, **PAUL TANAKA** denied that he did anything wrong. He told a federal court jury that he did not impede in the fbi's investigation into **JAIL** abuse and he did nothing to try to hide inmate turned FBI informant Anthony brown. All of the actions I took as far as I'm concerned were lawful. That is what he told me a year ago and he stuck to that story. His attorney said this in closing arguments. The driving force behind everything you have heard and seen in this case was **SHERIFF LEE BACA.** In December of 2013, **LEE BACA** denied he was an FBI target and then he pleaded **GUILTY** to one count of lying to the FBI. Throughout the trial he said it was all **LEE BACA** slaw. The prosecutor told the jury that the guilt or innocence of him has nothing to do with this case. He made **PAUL TANAKA** the director of this sad story and he took over.

[5:37:20 PM] [0:48]  He was the one in charge. One-time **SHERIFF LEE BACA** was weaving a Los Angeles courtroom. He had been called into brutality lawsuit that he invoke the fifth amendment and refuse to answer any questions. Off camera he said that he will be sentenced for the federal case on May 16 and could do prison time. If he is found **GUILTY,** so could he. Dave Lopez for "CBS 2 news" Pat: incredible video of how quickly a situation can turn for a officer.

Nielsen Audience: 111,995

---

1401.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 PM

Apr 5 2016 05:00PM PT

Nielsen Audience: 111,995

1402. **KCAL-IND** Television　Market: Los Angeles, CA

KCAL News At 4PM

Apr 5 2016 04:00PM PT

[4:05:37 PM] [1:46]  And coming up in your full forecast we will talk more about this. Leyna: the jury will begin deliberations in the **PAUL TANAKA** corruption charge. Dave Lopez has what was said at the dramatic closing arguments. Reporter: **PAUL TANAKA.** The one-time number two man in the la county sheriff's department, shown here when indicted on federal corruption charges, denied he did anything wrong. He said he did not compete in the FBI investigation and he did nothing to try to hide Anthony brown. All the actions I took, as far as I am concerned, were lawful. That is what he told me a year ago and he stuck to the story. His attorney told the jury this in closing arguments, saying that the witnesses told a lightning bolt lies. Perry mason type lies. The driving force behind everything you heard and saw in the case was **SHERIFF LEE BACA.** He denied that he was in FBI target than a month ago he pleaded **GUILTY** to one count of lying to the FBI. He says that I made a mistake or not throughout the mistake he said it was all the fault of **LEE BACA.** The prosecutor said the guilt or innocence of him has nothing to do with this case. He made him the director of this sad story and **PAUL TANAKA** took over, he was the one in charge and barking out orders. His defense team tried to get this witness called in the case. He put all the blame on his boss, saying that he was just following orders.

Nielsen Audience:  55,958

1403. **KCAL-IND** Television　Market: Los Angeles, CA

KCAL 9 News At Noon

Apr 5 2016 12:00PM PT

[12:55:01 PM] [0:18]  You can see Tony tantillo's fresh grocer reports every Monday through Friday. Right here on kcal 9 news at noon. Coming up this afternoon on kcal 9 news at 4:00, former lacounty **SHERIFF LEE BACA** appears in one courtroom while closing arguments in begin in the trial of his former second in command **PAUL TANAKA.** We will have the latest.

Nielsen Audience:  37,191

1404. **KNBC-NBC** Television　Market: Los Angeles, CA

NBC 4 News at Noon

Apr 5 2016 12:00PM PT

[12:30:44 PM] [0:26]  Closing arguments in what happened in the obstruction of justice trial for tanaka. Tanaka is accused of hiding misconduct inside the la **JAIL** system. Investigators say he was part of a scheme to keep that information away from federal investigators who were looking into investigations of public corruption. The defense says **LEE BACA** is to blame. Baca did not testify at tanaka's trial.

Nielsen Audience:  50,347

1405. **KTTV-FOX** Television　Market: Los Angeles, CA
Good day LA at 7am

Apr 5 2016 07:00AM PT

[7:15:38 AM] [0:33]  The case against **PAUL TANAKA,** accused of conspiracy and obstruction is expect to go to jury today. Yesterday tanaka testified he was not involved in a scheme to hide an inmate informant from investigators looking into violence in the county jails. He did admit

giving former **SHERIFF LEE BACA** information, but tanaka repeated that he had no memory of phone calls, emails and conversations about brown.

Nielsen Audience:  76,675

---

1406.   **KTTV-FOX**  Television   Market: Los Angeles, CA

Fox 11 Morning News at 6am

Apr 5 2016 06:00AM PT

[6:36:40 AM] [1:07]  Mario thank you. Fnght 6:36 right now. Federal case against former lacan be the under sheriff **PAUL TANAKA** accused of spoors and obstruction is expected to go to the jury today. Yesterday, tanaka testified that he was not involved in a schemetology hide an inmate informant from federal investigators looking into violence in the knt county jails he did admit, however, giving former **SHERIFF LEE BACA** information about the deputies involved with inmate Anthony brown hof tanaka repeated dozens of times that he. Had absolutely no memory of phone calls, e-mails, or conversations about brown. Vote by city leaders in San Francisco today could ensure parents get six weeks off to bond with their baby fully paid.

Nielsen Audience:  34,939

---

1407.   **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Paul Tanaka admits he has tattoo associated with violent deputy gang

Apr 5 2016 05:11AM PT

Former Undersheriff **PAUL TANAKA** admitted on the witness stand Monday that he has a tattoo associated with a deputy gang known as the Vikings that a federal judge has called a neo-nazi, white supremacist group. Under questioning by a prosecutor, Tanaka insisted that the Viking was merely the mascot of the Los Angeles County Sheriffs Departments Lynwood station, where he was a sergeant from 1987 to 1991. Tanaka claimed the symbol was used when deputies played intramural sports across the department. Tanaka said he was not part of the lawsuit filed against deputies in the group. The Sheriffs Department special counsel found in 1992 that the Vikings used excessive force and had disciplinary problems. Also Monday, U.S. District Court Judge Percy Anderson denied the defenses request to reconsider two decisions it previously made that would have given former **SHERIFF LEE BACA** immunity to testify in Tanakas case and admit statements that Baca made to federal investigators about his involvement in the corruption scheme. Defense attorneys had hoped to show the jury that Baca gave the orders to find out how an FBI cell phone got into the hands of a county **JAIL** inmate, not Tanaka. Prosecutors say Tanaka and others within the Sheriffs Department in the summer of 2011 conspired to thwart a federal investigation into civil rights violations, including deputies who were allegedly beating inmates and accepting bribes in the county jails. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** In his testimony on Friday, Tanaka described himself as a supervisor with zero tolerance for deputy misconduct. In arguing to allow the judge to permit prosecutors to question Tanaka about his involvement in the gang, over the defenses objection, prosecutors said that Tanakas membership in the Vikings undermines his previous testimony.

View▶

Unique Visitors:  95,163

---

1408.   **Burbank Leader**  Online Only   Market: Los Angeles, CA

Prosecutor paints ex-Undersheriff Paul Tanaka as the driver of plot to hamper FB

Apr 5 2016 04:25AM PT

**PAUL TANAKA** Los Angeles County's former undersheriff, took the witness stand Monday and was grilled by a federal prosecutor who portrayed him as the main culprit in a plot to impede FBI agents investigating **JAIL** abuses. In questioning that lasted nearly three hours, Assistant U.S. Atty. Brandon Fox confronted Tanaka with a barrage of emails, phone records and other evidence in an effort to undermine Tanaka's claim that it was his boss who orchestrated the Sheriff's Department's angry response to the FBI investigation and that he was unaware of what was going on. In one tense, extended exchange, Fox presented call logs from several days in 2011 that showed all the communications between **SHERIFF LEE BACA** Tanaka and others accused of having a role in the plan. Going hour by hour, Fox pressed Tanaka to find in the logs any conversations that supported the defense claim that Baca had dealt directly with underlings and left Tanaka out of the alleged machinations. Over and over Tanaka conceded there were no such calls except one, and that each day's log showed Tanaka was frequently in contact with Baca and the others. The cross-examination marked a sharp contrast to Tanaka's testimony Friday, when he fielded friendly questions from one of his own attorneys. Tanaka, who once wielded great power as the department's second in command, faces conspiracy and obstruction of justice charges for allegedly working with others to conceal the whereabouts of an inmate who served as an FBI informant and to intimidate an FBI agent by threatening her with arrest. The case is likely to be the last in a string of prosecutions arising from the messy turf battle that erupted in August 2011, when sheriff's officials learned of the secret FBI investigation into widespread allegations that deputies were beating inmates and visitors at the nation's largest **JAIL** system. Nine sheriff's officials have been convicted or pleaded **GUILTY** for helping to interfere with the FBI. Last month, Baca himself admitted to lying to FBI agents and prosecutors. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Much of the back and forth Monday, however, focused on the alleged efforts to impede the FBI investigation. Prosecutors allege Tanaka dispatched deputies to pressure clerks working in the sheriff's records center to falsify entries in the agency's database in an attempt to hide an inmate working as an FBI informant. The episode was part of a broader plan in which the deputies repeatedly moved the inmate, Anthony Brown, between various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities, prosecutors allege. Tanaka is also accused of being part of a decision to send two sergeants to confront the lead FBI agent in the investigation at her home. When the agent refused to speak with them, one of the sergeants told her he planned to arrest her for running an undercover sting operation in which a deputy smuggled a cellphone into **JAIL** for Brown. As Fox tried to elicit answers about meetings and conversations Tanaka had at the time, Tanaka often claimed not to recall details. For example, Fox accused Tanaka of trying to identify deputies who were talking to FBI agents by issuing an order that required sheriff's employees to report any contact with the FBI or other outside law enforcement agencies.

View▶

Unique Visitors: 2,958

1409. **Glendale News Press** Newspaper   Market: Los Angeles, CA
Prosecutor paints ex-Undersheriff Paul Tanaka as the driver of plot to hamper FB    Apr 5 2016 04:25AM PT

**PAUL TANAKA** Los Angeles County's former undersheriff, took the witness stand Monday and was grilled by a federal prosecutor who portrayed him as the main culprit in a plot to impede FBI agents investigating **JAIL** abuses. In questioning that lasted nearly three hours, Assistant U.S. Atty. Brandon Fox confronted Tanaka with a barrage of emails, phone records and other evidence in an effort to undermine Tanaka's claim that it was his boss who orchestrated the

Media Coverage Report

Sheriff's Department's angry response to the FBI investigation and that he was unaware of what was going on. In one tense, extended exchange, Fox presented call logs from several days in 2011 that showed all the communications between **SHERIFF LEE BACA** Tanaka and others accused of having a role in the plan. Going hour by hour, Fox pressed Tanaka to find in the logs any conversations that supported the defense claim that Baca had dealt directly with underlings and left Tanaka out of the alleged machinations. Over and over Tanaka conceded there were no such calls except one, and that each day's log showed Tanaka was frequently in contact with Baca and the others. The cross-examination marked a sharp contrast to Tanaka's testimony Friday, when he fielded friendly questions from one of his own attorneys. Tanaka, who once wielded great power as the department's second in command, faces conspiracy and obstruction of justice charges for allegedly working with others to conceal the whereabouts of an inmate who served as an FBI informant and to intimidate an FBI agent by threatening her with arrest. The case is likely to be the last in a string of prosecutions arising from the messy turf battle that erupted in August 2011, when sheriff's officials learned of the secret FBI investigation into widespread allegations that deputies were beating inmates and visitors at the nation's largest **JAIL** system. Nine sheriff's officials have been convicted or pleaded **GUILTY** for helping to interfere with the FBI. Last month, Baca himself admitted to lying to FBI agents and prosecutors. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Much of the back and forth Monday, however, focused on the alleged efforts to impede the FBI investigation. Prosecutors allege Tanaka dispatched deputies to pressure clerks working in the sheriff's records center to falsify entries in the agency's database in an attempt to hide an inmate working as an FBI informant. The episode was part of a broader plan in which the deputies repeatedly moved the inmate, Anthony Brown, between various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities, prosecutors allege. Tanaka is also accused of being part of a decision to send two sergeants to confront the lead FBI agent in the investigation at her home. When the agent refused to speak with them, one of the sergeants told her he planned to arrest her for running an undercover sting operation in which a deputy smuggled a cellphone into **JAIL** for Brown. As Fox tried to elicit answers about meetings and conversations Tanaka had at the time, Tanaka often claimed not to recall details. For example, Fox accused Tanaka of trying to identify deputies who were talking to FBI agents by issuing an order that required sheriff's employees to report any contact with the FBI or other outside law enforcement agencies.

View ▶

Unique Visitors:  6,841

1410.  **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA
Prosecutor paints ex-Undersheriff Paul Tanaka as the driver of plot to hamper FB            Apr 5 2016 04:25AM PT

**PAUL TANAKA** Los Angeles County's former undersheriff, took the witness stand Monday and was grilled by a federal prosecutor who portrayed him as the main culprit in a plot to impede FBI agents investigating **JAIL** abuses. In questioning that lasted nearly three hours, Assistant U.S. Atty. Brandon Fox confronted Tanaka with a barrage of emails, phone records and other evidence in an effort to undermine Tanaka's claim that it was his boss who orchestrated the Sheriff's Department's angry response to the FBI investigation and that he was unaware of what was going on. In one tense, extended exchange, Fox presented call logs from several days in 2011 that showed all the communications between **SHERIFF LEE BACA** Tanaka and others accused of having a role in the plan. Going hour by hour, Fox pressed Tanaka to find in the logs any conversations that supported the defense claim that Baca had dealt directly with

underlings and left Tanaka out of the alleged machinations. Over and over Tanaka conceded there were no such calls except one, and that each day's log showed Tanaka was frequently in contact with Baca and the others. The cross-examination marked a sharp contrast to Tanaka's testimony Friday, when he fielded friendly questions from one of his own attorneys. Tanaka, who once wielded great power as the department's second in command, faces conspiracy and obstruction of justice charges for allegedly working with others to conceal the whereabouts of an inmate who served as an FBI informant and to intimidate an FBI agent by threatening her with arrest. The case is likely to be the last in a string of prosecutions arising from the messy turf battle that erupted in August 2011, when sheriff's officials learned of the secret FBI investigation into widespread allegations that deputies were beating inmates and visitors at the nation's largest JAIL system. Nine sheriff's officials have been convicted or pleaded GUILTY for helping to interfere with the FBI. Last month, Baca himself admitted to lying to FBI agents and prosecutors. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Much of the back and forth Monday, however, focused on the alleged efforts to impede the FBI investigation. Prosecutors allege Tanaka dispatched deputies to pressure clerks working in the sheriff's records center to falsify entries in the agency's database in an attempt to hide an inmate working as an FBI informant. The episode was part of a broader plan in which the deputies repeatedly moved the inmate, Anthony Brown, between various JAIL facilities under fake names to conceal his whereabouts from federal authorities, prosecutors allege. Tanaka is also accused of being part of a decision to send two sergeants to confront the lead FBI agent in the investigation at her home. When the agent refused to speak with them, one of the sergeants told her he planned to arrest her for running an undercover sting operation in which a deputy smuggled a cellphone into JAIL for Brown. As Fox tried to elicit answers about meetings and conversations Tanaka had at the time, Tanaka often claimed not to recall details. For example, Fox accused Tanaka of trying to identify deputies who were talking to FBI agents by issuing an order that required sheriff's employees to report any contact with the FBI or other outside law enforcement agencies.

View▶

Unique Visitors: 1,773

1411.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
        Prosecutor paints ex-Undersheriff Paul Tanaka as the driver of plot to      Apr 5 2016 04:25AM
        hamper FB                                                                                  PT

PAUL TANAKA Los Angeles County's former undersheriff, took the witness stand Monday and was grilled by a federal prosecutor who portrayed him as the main culprit in a plot to impede FBI agents investigating JAIL abuses. In questioning that lasted nearly three hours, Assistant U.S. Atty. Brandon Fox confronted Tanaka with a barrage of emails, phone records and other evidence in an effort to undermine Tanaka's claim that it was his boss who orchestrated the Sheriff's Department's angry response to the FBI investigation and that he was unaware of what was going on. In one tense, extended exchange, Fox presented call logs from several days in 2011 that showed all the communications between SHERIFF LEE BACA Tanaka and others accused of having a role in the plan. Going hour by hour, Fox pressed Tanaka to find in the logs any conversations that supported the defense claim that Baca had dealt directly with underlings and left Tanaka out of the alleged machinations. Over and over Tanaka conceded there were no such calls except one, and that each day's log showed Tanaka was frequently in contact with Baca and the others. The cross-examination marked a sharp contrast to Tanaka's testimony Friday, when he fielded friendly questions from one of his own attorneys. Tanaka, who once wielded great power as the department's second in command, faces conspiracy and