Media Coverage Report

obstruction of justice charges for allegedly working with others to conceal the whereabouts of an inmate who served as an FBI informant and to intimidate an FBI agent by threatening her with arrest. The case is likely to be the last in a string of prosecutions arising from the messy turf battle that erupted in August 2011, when sheriff's officials learned of the secret FBI investigation into widespread allegations that deputies were beating inmates and visitors at the nation's largest **JAIL** system. Nine sheriff's officials have been convicted or pleaded **GUILTY** for helping to interfere with the FBI. Last month, Baca himself admitted to lying to FBI agents and prosecutors. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Much of the back and forth Monday, however, focused on the alleged efforts to impede the FBI investigation. Prosecutors allege Tanaka dispatched deputies to pressure clerks working in the sheriff's records center to falsify entries in the agency's database in an attempt to hide an inmate working as an FBI informant. The episode was part of a broader plan in which the deputies repeatedly moved the inmate, Anthony Brown, between various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities, prosecutors allege. Tanaka is also accused of being part of a decision to send two sergeants to confront the lead FBI agent in the investigation at her home. When the agent refused to speak with them, one of the sergeants told her he planned to arrest her for running an undercover sting operation in which a deputy smuggled a cellphone into **JAIL** for Brown. As Fox tried to elicit answers about meetings and conversations Tanaka had at the time, Tanaka often claimed not to recall details. For example, Fox accused Tanaka of trying to identify deputies who were talking to FBI agents by issuing an order that required sheriff's employees to report any contact with the FBI or other outside law enforcement agencies.

View▶

Unique Visitors:  1,367

1412.     **Los Angeles Times** Newspaper   Market: Los Angeles, CA
           Prosecutor paints ex-Undersheriff Paul Tanaka as the driver of plot to           Apr 5 2016 04:25AM
           hamper FB                                                                                    PT

**PAUL TANAKA** Los Angeles County's former undersheriff, took the witness stand Monday and was grilled by a federal prosecutor who portrayed him as the main culprit in a plot to impede FBI agents investigating **JAIL** abuses. In questioning that lasted nearly three hours, Assistant U.S. Atty. Brandon Fox confronted Tanaka with a barrage of emails, phone records and other evidence in an effort to undermine Tanaka's claim that it was his boss who orchestrated the Sheriff's Department's angry response to the FBI investigation and that he was unaware of what was going on. In one tense, extended exchange, Fox presented call logs from several days in 2011 that showed all the communications between **SHERIFF LEE BACA** Tanaka and others accused of having a role in the plan. Going hour by hour, Fox pressed Tanaka to find in the logs any conversations that supported the defense claim that Baca had dealt directly with underlings and left Tanaka out of the alleged machinations. Over and over Tanaka conceded there were no such calls except one, and that each day's log showed Tanaka was frequently in contact with Baca and the others. The cross-examination marked a sharp contrast to Tanaka's testimony Friday, when he fielded friendly questions from one of his own attorneys. Tanaka, who once wielded great power as the department's second in command, faces conspiracy and obstruction of justice charges for allegedly working with others to conceal the whereabouts of an inmate who served as an FBI informant and to intimidate an FBI agent by threatening her with arrest. The case is likely to be the last in a string of prosecutions arising from the messy turf battle that erupted in August 2011, when sheriff's officials learned of the secret FBI investigation into widespread allegations that deputies were beating inmates and visitors at the

nation's largest **JAIL** system. Nine sheriff's officials have been convicted or pleaded **GUILTY** for helping to interfere with the FBI. Last month, Baca himself admitted to lying to FBI agents and prosecutors. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Much of the back and forth Monday, however, focused on the alleged efforts to impede the FBI investigation. Prosecutors allege Tanaka dispatched deputies to pressure clerks working in the sheriff's records center to falsify entries in the agency's database in an attempt to hide an inmate working as an FBI informant. The episode was part of a broader plan in which the deputies repeatedly moved the inmate, Anthony Brown, between various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities, prosecutors allege. Tanaka is also accused of being part of a decision to send two sergeants to confront the lead FBI agent in the investigation at her home. When the agent refused to speak with them, one of the sergeants told her he planned to arrest her for running an undercover sting operation in which a deputy smuggled a cellphone into **JAIL** for Brown. As Fox tried to elicit answers about meetings and conversations Tanaka had at the time, Tanaka often claimed not to recall details. For example, Fox accused Tanaka of trying to identify deputies who were talking to FBI agents by issuing an order that required sheriff's employees to report any contact with the FBI or other outside law enforcement agencies.

View▶

Unique Visitors:  19,777,332

1413.    **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Paul Tanaka admits he has tattoo associated with violent deputy gang

Apr 5 2016 03:38AM PT

Former Undersheriff **PAUL TANAKA** admitted on the witness stand Monday that he has a tattoo associated with a deputy gang known as the Vikings that a federal judge has called a neo-nazi, white supremacist group. Under questioning by a prosecutor, Tanaka insisted that the Viking was merely the mascot of the Los Angeles County Sheriffs Departments Lynwood station, where he was a sergeant from 1987 to 1991. Tanaka claimed the symbol was used when deputies played intramural sports across the department. Tanaka said he was not part of the lawsuit filed against deputies in the group. The Sheriffs Department special counsel found in 1992 that the Vikings used excessive force and had disciplinary problems. Also Monday, U.S. District Court Judge Percy Anderson denied the defenses request to reconsider two decisions it previously made that would have given former **SHERIFF LEE BACA** immunity to testify in Tanakas case and admit statements that Baca made to federal investigators about his involvement in the corruption scheme. Defense attorneys had hoped to show the jury that Baca gave the orders to find out how an FBI cell phone got into the hands of a county **JAIL** inmate, not Tanaka. Prosecutors say Tanaka and others within the Sheriffs Department in the summer of 2011 conspired to thwart a federal investigation into civil rights violations, including deputies who were allegedly beating inmates and accepting bribes in the county jails. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** In his testimony on Friday, Tanaka described himself as a supervisor with zero tolerance for deputy misconduct. In arguing to allow the judge to permit prosecutors to question Tanaka about his involvement in the gang, over the defenses objection, prosecutors said that Tanakas membership in the Vikings undermines his previous testimony.

View▶

Unique Visitors:  197,687

**1414.**  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Paul Tanaka admits he has tattoo associated with violent deputy gang

Apr 5 2016 03:34AM PT

Former Undersheriff **PAUL TANAKA** admitted on the witness stand Monday that he has a tattoo associated with a deputy gang known as the Vikings that a federal judge has called a neo-nazi, white supremacist group. Under questioning by a prosecutor, Tanaka insisted that the Viking was merely the mascot of the Los Angeles County Sheriffs Departments Lynwood station, where he was a sergeant from 1987 to 1991. Tanaka claimed the symbol was used when deputies played intramural sports across the department. Tanaka said he was not part of the lawsuit filed against deputies in the group. The Sheriffs Department special counsel found in 1992 that the Vikings used excessive force and had disciplinary problems. Also Monday, U.S. District Court Judge Percy Anderson denied the defenses request to reconsider two decisions it previously made that would have given former **SHERIFF LEE BACA** immunity to testify in Tanakas case and admit statements that Baca made to federal investigators about his involvement in the corruption scheme. Defense attorneys had hoped to show the jury that Baca gave the orders to find out how an FBI cell phone got into the hands of a county **JAIL** inmate, not Tanaka. Prosecutors say Tanaka and others within the Sheriffs Department in the summer of 2011 conspired to thwart a federal investigation into civil rights violations, including deputies who were allegedly beating inmates and accepting bribes in the county jails. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** In his testimony on Friday, Tanaka described himself as a supervisor with zero tolerance for deputy misconduct. In arguing to allow the judge to permit prosecutors to question Tanaka about his involvement in the gang, over the defenses objection, prosecutors said that Tanakas membership in the Vikings undermines his previous testimony.

View▶

Unique Visitors:  148,114

**1415.**  **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Paul Tanaka admits he has tattoo associated with violent deputy gang

Apr 5 2016 03:34AM PT

Former Undersheriff **PAUL TANAKA** admitted on the witness stand Monday that he has a tattoo associated with a deputy gang known as the Vikings that a federal judge has called a neo-nazi, white supremacist group. Under questioning by a prosecutor, Tanaka insisted that the Viking was merely the mascot of the Los Angeles County Sheriffs Departments Lynwood station, where he was a sergeant from 1987 to 1991. Tanaka claimed the symbol was used when deputies played intramural sports across the department. Tanaka said he was not part of the lawsuit filed against deputies in the group. The Sheriffs Department special counsel found in 1992 that the Vikings used excessive force and had disciplinary problems. Also Monday, U.S. District Court Judge Percy Anderson denied the defenses request to reconsider two decisions it previously made that would have given former **SHERIFF LEE BACA** immunity to testify in Tanakas case and admit statements that Baca made to federal investigators about his involvement in the corruption scheme. Defense attorneys had hoped to show the jury that Baca gave the orders to find out how an FBI cell phone got into the hands of a county **JAIL** inmate, not Tanaka. Prosecutors say Tanaka and others within the Sheriffs Department in the summer of 2011 conspired to thwart a federal investigation into civil rights violations, including deputies who were allegedly beating inmates and accepting bribes in the county jails. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** In his testimony on Friday, Tanaka described himself as a supervisor with zero tolerance for deputy misconduct. In arguing to allow the judge to permit prosecutors to question Tanaka about his

involvement in the gang, over the defenses objection, prosecutors said that Tanakas membership in the Vikings undermines his previous testimony.

View▶

Unique Visitors:  119,548

1416.    **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA         **Apr 5 2016 02:14AM**
         Paul Tanaka admits he has tattoo associated with violent deputy gang              **PT**

Former Undersheriff **PAUL TANAKA** admitted on the witness stand Monday that he has a tattoo associated with a deputy gang known as the Vikings that a federal judge has called a neo-nazi, white supremacist group. Under questioning by a prosecutor, Tanaka insisted that the Viking was merely the mascot of the Los Angeles County Sheriffs Departments Lynwood station, where he was a sergeant from 1987 to 1991. Tanaka claimed the symbol was used when deputies played intramural sports across the department. Tanaka said he was not part of the lawsuit filed against deputies in the group. The Sheriffs Department special counsel found in 1992 that the Vikings used excessive force and had disciplinary problems. Also Monday, U.S. District Court Judge Percy Anderson denied the defenses request to reconsider two decisions it previously made that would have given former **SHERIFF LEE BACA** immunity to testify in Tanakas case and admit statements that Baca made to federal investigators about his involvement in the corruption scheme. Defense attorneys had hoped to show the jury that Baca gave the orders to find out how an FBI cell phone got into the hands of a county **JAIL** inmate, not Tanaka. Prosecutors say Tanaka and others within the Sheriffs Department in the summer of 2011 conspired to thwart a federal investigation into civil rights violations, including deputies who were allegedly beating inmates and accepting bribes in the county jails. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** In his testimony on Friday, Tanaka described himself as a supervisor with zero tolerance for deputy misconduct. In arguing to allow the judge to permit prosecutors to question Tanaka about his involvement in the gang, over the defenses objection, prosecutors said that Tanakas membership in the Vikings undermines his previous testimony.

View▶

Unique Visitors:  100,896

1417.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

         Paul Tanaka admits he has tattoo associated with violent deputy gang         **Apr 5 2016 02:14AM**
                                                                                        **PT**

Former Undersheriff **PAUL TANAKA** admitted on the witness stand Monday that he has a tattoo associated with a deputy gang known as the Vikings that a federal judge has called a neo-nazi, white supremacist group. Under questioning by a prosecutor, Tanaka insisted that the Viking was merely the mascot of the Los Angeles County Sheriffs Departments Lynwood station, where he was a sergeant from 1987 to 1991. Tanaka claimed the symbol was used when deputies played intramural sports across the department. Tanaka said he was not part of the lawsuit filed against deputies in the group. The Sheriffs Department special counsel found in 1992 that the Vikings used excessive force and had disciplinary problems. Also Monday, U.S. District Court Judge Percy Anderson denied the defenses request to reconsider two decisions it previously made that would have given former **SHERIFF LEE BACA** immunity to testify in Tanakas case and admit statements that Baca made to federal investigators about his involvement in the corruption scheme. Defense attorneys had hoped to show the jury that Baca gave the orders to find out how an FBI cell phone got into the hands of a county **JAIL**

inmate, not Tanaka. Prosecutors say Tanaka and others within the Sheriffs Department in the summer of 2011 conspired to thwart a federal investigation into civil rights violations, including deputies who were allegedly beating inmates and accepting bribes in the county jails. Tanaka is charged with conspiracy and obstruction of justice. He has pleaded not **GUILTY.** In his testimony on Friday, Tanaka described himself as a supervisor with zero tolerance for deputy misconduct. In arguing to allow the judge to permit prosecutors to question Tanaka about his involvement in the gang, over the defenses objection, prosecutors said that Tanakas membership in the Vikings undermines his previous testimony.

View▶

Unique Visitors: 822,671

1418.    **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio   Market: Los Angeles, CA

Former No 2 at LA County Sheriff's Department takes the stand in his own defense                                              Apr 4 2016 11:49PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA** at a forum in 2014. Stuart Palley/ KPCC Former L.A. County Undersheriff **PAUL TANAKA** spentMondayin a federal courtroom in Downtown Los Angeles, dodging questions from prosecutors intent on implicating him in what's become a sweeping probe into the country's largest **JAIL** system. "I don't recall," was his most frequent response as federal prosecutors questioned him about a couple-months span in 2011 when sheriff's deputies plotted to derail an FBI investigation into violence and corruption in the jails. Tanaka, accused of masterminding that plot, has pleaded not- **GUILTY** to charges of obstruction of justice and conspiracy to obstruct justice. He's the highest ranking officialand likely the last to go on trial in the obstruction probe, which has already seen seven of his former coworkers convicted by juries. Former **SHERIFF LEE BACA** pleaded **GUILTY** earlier this year to the lesser charge of lying to investigators. The charges stem back to a 2011 FBI probe into the county's **JAIL** system.Anthony Brown, an inmate in one of the jails, had been an FBI informant. Tanaka is believed to have taken part in moving Brown to a different facility and altering the inmates records in order to keep him from federal investigators. Prosecutors asked Tanaka about emails and meetings discussing Brown in 2011.

View▶

Unique Visitors: 603,400

1419.    **KTTV-FOX**  Television   Market: Los Angeles, CA

Fox 11 Ten O'Clock News                                              Apr 4 2016 10:00PM PT

[10:08:44 PM] [0:31]  The federal case against la county undersheriff **PAUL TANAKA** accused of conspiracy is expected go to jury to moderate his final day in the stand tanaka testified he was not involved in the scam to hide an inmate informant from federal investigators looking into violence in county jails. He did admit to giving his den bosch **SHERIFF LEE BACA** information about the deputies who were strictly involved with inmate Anthony brown but tanaka repeated the dozens of times he had no memory of phonecalls e-mails or conversations about brown.

Nielsen Audience: 122,472

1420.    **Agoura Hills Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies                                              Apr 4 2016 04:01PM PT

Media Coverage Report

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a JAIL inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- SHERIFF LEE BACA was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a JAIL medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1421.    **Altadena Patch** Online Only   Market: Los Angeles, CA
         Sheriff's Brass Faces Questions About White Supremacist Gang of     Apr 4 2016 04:01PM
         Deputies                                                                            PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a JAIL inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday

testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

**View▶**

Unique Visitors:  6,138,777

---

1422.    **Arcadia Patch**  Online Only    Market: Los Angeles, CA
**Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies**    Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying

records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a JAIL medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1423.     **Beverly Hills Patch**  Online Only   Market: Los Angeles, CA
          **Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies**                                          Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a JAIL inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- SHERIFF LEE BACA was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a JAIL medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at

Media Coverage Report

the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1424.    **Calabasas Patch**  Online Only    Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1425.    **Cerritos-Artesia Patch**  Online Only    Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a JAIL inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- SHERIFF LEE BACA was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a JAIL medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1426. **Culver City Patch** Online Only   Market: Los Angeles, CA
**Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies**

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a JAIL inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday

testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1427.　**Eagle Rock Patch** Online Only　Market: Los Angeles, CA
　　Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies　　　Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying

records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a JAIL medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1428. **Echo Park Patch** — Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies   Online Only   Market: Los Angeles, CA
Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a JAIL inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- SHERIFF LEE BACA was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a JAIL medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at

the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1429. **Encino Patch** Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1430. **Glendora Patch** Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1431.    **Hermosa Beach Patch** Online Only   Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies                              Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday

testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka- By FRED SHUSTER LOS ANGELES, CA-The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a inmate-turned informant, but admitted acting as a "conduit" for information after the events took place. **PAUL TANAKA,** the department's former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011. During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the **JAIL.** In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown. More from Across Patch Donald Trump Loses in Ted Cruz Showdown: Wisconsin GOP Primary Election Results15-Foot Monster Gator Bagged In FloridaMississippi Governor Latest To Sign 'Religious Freedom' BillWalmart T-Shirt Mixes Up Maryland and Massachusetts "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury. However, phone records covering that period reveal no calls between Baca and the deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme. Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and conspired to obstruct the investigation. The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties. "I don't believe I was present for any formulation of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact. Although he told jurors that he had authorized overtime for deputies ordered to