stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said. As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved." Under hours of questioning by Assistant U.S. Attorney Brandon Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s. When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1432.   **Highland Park-Mount Washington Patch** Online Only   Market: Los Angeles, CA
        Sheriff's Brass Faces Questions About White Supremacist Gang of          Apr 4 2016 04:01PM
        Deputies                                                                              PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1433.  **Hollywood Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of          Apr 4 2016 04:01PM
Deputies                                                                                              PT

By FRED SHUSTER LOS ANGELES, CA-The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place. **PAUL TANAKA,** the department's former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011. During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the **JAIL.** In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown. More from Across Patch Book of the Month Announces April Selections: 'Kimmy Schmidt' Star Makes Her PickRoaming Gator Makes A House CallSupreme Court Issues Major Ruling In 'One Person, One Vote'Philadelphia Derailment: 2 Victims Were Amtrak Workers Maintaining Tracks "They had the details the sheriff was looking for," Tanaka told the Los. Angeles federal jury. However, phone records covering that period reveal no calls between Baca and the deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme. Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and conspired to obstruct the investigation. The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties. "I don't believe I was present for any formulation of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact. Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said. As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved." Under hours of questioning by Assistant U.S. Attorney Brandon Fox, Tanaka remained calm-until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s. When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka- By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to

investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1434.   **La Canada Flintridge Patch**   Online Only   Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy

allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1435. **Malibu Patch** Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox,

Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka- By FRED SHUSTER LOS ANGELES, CA-The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a inmate-turned informant, but admitted acting as a "conduit" for information after the events took place. **PAUL TANAKA,** the department's former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011. During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the **JAIL.** In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown. More from Across Patch Book of the Month Announces April Selections: 'Kimmy Schmidt' Star Makes Her PickRoaming Gator Makes A House CallSupreme Court Issues Major Ruling In 'One Person, One Vote'Philadelphia Derailment: 2 Victims Were Amtrak Workers Maintaining Tracks "They had the details the sheriff was looking for," Tanaka told the Los. Angeles federal jury. However, phone records covering that period reveal no calls between Baca and the deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme. Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and conspired to obstruct the investigation. The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties. "I don't believe I was present for any formulation of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact. Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said. As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved." Under hours of questioning by Assistant U.S. Attorney Brandon Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s. When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1436.  **Manhattan Beach Patch**  Online Only  Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of

obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1437.    **Marina del Rey Patch** Online Only   Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies                                    Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that

period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1438. **Mission Viejo Patch** *Online Only* Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized

overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View►

Unique Visitors:  6,138,777

1439.    **Monrovia Patch**  Online Only   Market: Los Angeles, CA
         Sheriff's Brass Faces Questions About White Supremacist Gang of     Apr 4 2016 04:01PM
         Deputies                                                                          PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View►

Unique Visitors:  6,138,777

1440.    **Montrose Patch**    Online Only    Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View►

Unique Visitors:  6,138,777

1441.    **North Hollywood-Toluca Lake Patch**    Online Only    Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of

9/23/2016    Case 2:16-cr-00066-PA    Document 104-5    Filed 09/26/16    Page 10 of 14    Page ID #:2479

Media Coverage Report

obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

---

1442.    **Northridge Patch**  Online Only   Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies          Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20...    1072/1506

period reveal no calls between Baca and the deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1443.    **Pacific Palisades Patch**   Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies      Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized

overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1444.    **Redondo Beach Patch**   Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies        Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1445. **San Marino Patch**   Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1446. **Santa Monica Patch**   Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of

obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1447.  **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA
       Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies                                                              Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that