period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1448. **Sierra Madre Patch** Online Only   Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies     Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized

overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1449.    **South Pasadena Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1450.    **Studio City Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of       Apr 4 2016 04:01PM
Deputies                                                                     PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1451.    **Venice Patch**  Online Only   Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of       Apr 4 2016 04:01PM
Deputies                                                                     PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of

obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors: 6,138,777

1452.  **West Hollywood Patch** Online Only  Market: Los Angeles, CA

Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that

period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1453.    **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA
Sheriff's Brass Faces Questions About White Supremacist Gang of Deputies

Apr 4 2016 04:01PM PT

By FRED SHUSTERLOS ANGELES, CA - The former Los Angeles County undersheriff told a jury today that he was far removed from the planning of a scheme to conceal the whereabouts of a **JAIL** inmate-turned informant, but admitted acting as a "conduit" for information after the events took place.Paul Tanaka, the department. s former second-in-command, is accused of obstruction of justice for allegedly helping thwart attempts by investigators to contact inmate Anthony Brown and bring him before a federal grand jury in August 2011.During cross-examination, Tanaka answered dozens of times that he couldn't recall phone calls, email messages and conversations he. allegedly had regarding Brown at a time when sheriff's officials had discovered that the FBI was using the inmate as a secret informant to investigate allegations of excessive force within the jail.In response to questions about his Friday testimony, in which he said that ex- **SHERIFF LEE BACA** was requesting updates about. the Brown "situation," the retired lawman said he referred his then-boss to some of the deputies directly involved with Brown.More from Across Patch "They had the details the sheriff was looking for," Tanaka told the Los Angeles federal jury.However, phone records covering that period reveal no calls between Baca and the. deputies, but instead show dozens of calls between Tanaka and former sheriff's personnel convicted in a previous trial of conspiracy charges linked to the Brown scheme.Prosecutors contend that, after learning of the federal grand jury investigation into excessive use of force and public corruption in the sheriff's department, Tanaka closed ranks and. conspired to obstruct the investigation.The conspiracy allegedly included concealing Brown from the federal government and the grand jury, falsifying records related to the informant, tampering with witnesses, and even threatening to arrest a federal agent who had been carrying out her lawful duties."I don't believe I was present for any formulation. of the plan," Tanaka testified, telling the jury that he was merely a "conduit" for information relayed to Baca after the fact.Although he told jurors that he had authorized

overtime for deputies ordered to stand guard outside of Brown's cell, Tanaka said he never denied any FBI request to interview an inmate. "It wasn't anything that was done at my direction," he said.As for the operation in which Brown was transferred to a **JAIL** medical ward before being taken to an outlying sheriff's station, Tanaka said he was notified only "after he (Brown) was moved."Under hours of questioning by Assistant U.S. Attorney Brandon. Fox, Tanaka remained calm- until the prosecutor opened the topic of Tanaka's time as a sergeant at the Lynwood sheriff's station in the late 1980s.When Fox asked about his alleged membership in the Vikings, a clique of Lynwood deputies who have been described in court papers as a white supremacist gang, Tanaka-

View▶

Unique Visitors:  6,138,777

1454.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At Noon

Apr 4 2016 12:00PM PT

[12:06:03 PM] [0:29]  Reporting here from the west lake district, jasmine viel, kcal 9 news. Juan: former undersheriff **PAUL TANAKA** expected to face more questions in court today. He's accused of trying to hide an FBI **JAIL** informant. Last week witnesses said that tanaka was furious that the FBI was looking into **JAIL** abuse allegations. He says former **SHERIFF LEE BACA** was behind it. Tanaka is facing obstruction of justice charges. If convicted, he could get 15 years in prison.

Nielsen Audience:  37,191

1455.    **KNBC-NBC** Television   Market: Los Angeles, CA

NBC 4 News at Noon

Apr 4 2016 12:00PM PT

[12:00:23 PM] [0:13]  The fourth largest policing agency in the country and now **LEE BACA** might have to take the stand. The new twist in the corruption case.

[12:04:08 PM] [1:11]  Reporter: continuing as we speak. But his role in all of this has ended picking up where he left off on Friday. He answered many questions by saying he couldn't remember or didn't recall certain meetings and they brought up phone calls between he and **LEE BACA** in 2011 when the department found out about the FBI investigation. Tenaca claimed when he didn't have answers for Baca, Baca would handle those specific aspects. But the phone records only show one conversation between the sheriff and deputies, all seeming to point at tenaca. But he says the undersheriff would use his aides phone or his driver opening up the idea that he had conversations on a different cell phone at that time. They are trying to make **LEE BACA** testify saying that it's paramount to proving his innocence in all of this. Later this afternoon, former us attorney who is now a judge is speaking for the defense. That's the latest from here.

Nielsen Audience:  50,347

1456.    **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Morning News at 10am

Apr 4 2016 10:00AM PT

[10:02:49 AM] [1:50]  Former Los Angeles county undersheriff **PAUL TANAKA** is scheduled to be back on the witness stand this morning in his federal obstruction of justice trial. Good morning, Victoria. Good morning. Tanaka's testimony did pick up again this morning. With Liz

cross-examination by prosecutors. Right now, they're trying to accomplish that there was uponic in the sheriff's department when they found out they were being investigated. Tanaka took the stand for three hours and then left the courtroom without speaking to any reporters. He's the second in command at la county sheriff's department. In court, he told the jury he's innocent of two serious charges against him, conspiracy to obstruct justice and obstruction of justice. Tanaka allegedly tried to hide an inmate, who was an FBI informant, from **JAIL** to **JAIL** to keep him from talking to federal agents. This informant allegedly had information about sheriff's department abuses. He said it was not his idea and blamed it on **LEE BACA,** who pled **GUILTY** of lying to investigators. Eight other officials have been convicted for their role in the cover-up. Testimony stopped on Friday when his lawyers objected to any testimony in his involvement in a gang within the sherf's department.

Nielsen Audience:  49,192

1457.  **KTTV-FOX** Television   Market: Los Angeles, CA

Good day LA at 7am

Apr 4 2016 07:00AM
PT

[7:00:45 AM] [0:24]  We'll have the latest on this. Former **SHERIFF LEE BACA** who may be headed to prison now may also be forced to testify against his former under sheriff **PAUL TANAKA.** We'll explain. And in just about an hour, California will become the first state to have the law on the books mandating a $15 minimum wage.

Nielsen Audience:  76,675

1458.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 6 AM

Apr 4 2016 06:00AM
PT

[6:35:10 AM] [0:47]  Phillip: the he recallederly man attacked lives in the neighborhood and was taken to the hospital in critical condition. Leslie: **LEE BACA** may take the stand in the corruption trial of his former undersheriff **PAUL TANAKA.** Tanaka's attorneys say they will file a motion today ordering Baca to testify. He would be granted immunity from further prosecution. He pleaded **GUILTY** to a single count of making a false statement in connection with a federal investigation into county **JAIL.** Tanaka is accused of trying to derail the investigation into excessive force and corruption at the la county **JAIL.** Phillip: Wisconsin is the focus of the presidential campaign. Leslie: voters cast their ballots tomorrow.

Nielsen Audience:  107,417

1459.  **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Morning News at 6am

Apr 4 2016 06:00AM
PT

[6:34:20 AM] [1:33]  Reporting live from the rampart station this morning, I'm Gigi graciette, "fox 11 news. All right, Gigi, thank you. The obstruction of justice trial for former Los Angeles unty under sheriff **PAUL TANAKA** resumes at the federal courthouse in downtown this morning. Gina silva joins us now live with a preview of what we can expect. We could be seeing former **SHERIFF LEE BACA** today on the stand of all places. Good morning. Good morning, marla. Tanaka testified for about three hours on Friday. Today procutors will cross-examine, and they have a lot of questions. **PAUL TANAKA,** the second in command at the sheriff's department won't speak with reporters but in the court he's talking to the jury. Testifying he's innocent against the charges against him. Conspiracy to obstruct justice and obstruction of

justice. Did tanaka try to hide an inmate who was an FBI informality constantly moving him from **JAIL** to **JAIL** to keep him from talking to agents. He wasn't the one coming up with the idea of hiding the informality. He blamed it on **SHERIFF LEE BACA** but federal prosecutors believe both tanaka and backa did everything they did hide corruption and abuse within the jails. Baca pled **GUILTY-** to-lying to investigators and eight sheriff's department officials including a captain, two lieutenants, and two sergeants have been convicted for their role in the cover-up. Tanaka takes the stand this in the morning cross-examination. If convicted, tanaka faces up to 15 years in prison.

Nielsen Audience:  34,939

1460.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 6am

Apr 4 2016 06:00AM PT

[6:28:24 AM] [0:27]  A man accused of kidnapping and assaulting a woman is on the loose and police need the public's help to find him. I'm Gigi graciette live with the details, plus the on going trial of **PAUL TANAKA, LEE BACA** may be ordered to testify this morning at the obstruction of justice trial. And finally some good news. It is opening day for the angels.

Nielsen Audience:  34,939

1461.    **KCBS-CBS** Television    Market: Los Angeles, CA

CBS 2 News at 5 AM

Apr 4 2016 05:00AM PT

[5:35:04 AM] [0:21]  Back to you. Sharon: here are your latest stories at 530. Former **SHERIFF LEE BACA** could be forced to testify at the obstruction of justice trial for his second in command and today the attorney for former undersheriff will asked a judge to order **LEE BACA** to testify with community.

Nielsen Audience:  19,867

1462.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 5am

Apr 4 2016 05:00AM PT

[5:06:07 AM] [0:50]  Five minutes after 5:00 right now. To the on going trial of **PAUL TANAKA.** His boss, former la county **SHERIFF LEE BACA** may be ordered to testify this morning at the obstruction of justice trial of his former undersheriff. Tanaka's attorney says he's going to file a motion this morning order Baca to testify with immity from further prosecution. Tanaka has pleaded not **GUILTY** to two counts of obstructing justice. Prosecutors say tanaka orchestrated a sting to thwart an FBI investigation into inmate beatings by deputies in two la county jails. Tanaka's attorneys say they want the jury to hear from Baca about the scope of his role in the corruption scheme. Baca pleaded **GUILTY** you may recall back in February to lying to federal investigators. He is set to be sentenced next month. 5:06 right now.

Nielsen Audience:  23,381

1463.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 5am

Apr 4 2016 05:00AM PT

[5:37:35 AM] [0:59]  Let's hope the calls come pouring in, all right thank you. 5:37 right now.

Now to the ongoing trial of **PAUL TANAKA,** his boss former lacounty **SHERIFF LEE BACA** may be ordered to testify this morning at the obstruction of justice trial of his former undersheriff. Tanaka's attorney says he's going to file a motion this morning to order Baca to testify with immunity from further prosecution. Tanaka has pleaded not **GUILTY** to two counts of obstructing justice. Prosecutors say tanaka orchestrated a scheme to thwart an FBI investigation into inmate beatings by deputies in two la county jails. Tanaka's attorneys say they want the jury to hear from Baca about the scope of his role in the corruption scheme. Baca pleaded **GUILTY** in February, you may recall, to lying to federal investigators. He will be sentenced next month. How do the wealthiest and most powerful people on the planet get away with hiding their money?

Nielsen Audience:  23,381

---

1464.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11PM Sun

Apr 3 2016 11:00PM PT

[11:07:38 PM] [0:36]  Brandi: two others in her car and two people on board the plane were all injured in the crash. Jory: taking a stand and the corruption trial, la county chef **LEE BACA,** of his former under-sheriff, **PAUL TANAKA,** who is facing criminal charges. He could be granted immunity from further prosecution after two months igo pleading **GUILTY.** Tanaka is expected to be cross-examined tomorrow. He's accused of trying to derail an investigation into excessive force and corruption in the lacounty jails.

Nielsen Audience:  178,419

---

1465.  **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 11PM

Apr 3 2016 11:00PM PT

[11:14:46 PM] [0:44]  Peter: la county former **SHERIFF LEE BACA** could be forced to testify. Attorney for tanaka will ask a judge tomorrow to order Baca to testify. The motion claims that abouta's actions while sheriff can only be proven if he testify, tanaka is accused of trying to hide an FBI inform ant. Baca has pleaded **GUILTY** to lying to investigators who were looking into corruption in l. ''s jails. Andrea: frustration for people living in a senior apartment building in redondo beach could management said they could not have water, most of the day, 6 day a week could one working restroom, all because of a renovation project, demolition began weeks ago after busted pipes led to leaks, now people who.

Nielsen Audience:  138,045

---

1466.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Paul Tanakas lawyer wants former LA Sheriff Lee Baca to take stand

Apr 3 2016 09:51PM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified

that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors: 95,163

1467.    🖱️ **The Daily Breeze** Newspaper    Market: Los Angeles, CA

Paul Tanakas lawyer wants former LA Sheriff Lee Baca to take stand

Apr 3 2016 09:50PM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense

attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors: 197,687

1468.  **KFI-AM [640 AM] KFI More Stimulating Talk Radio**   Radio   Market: Los Angeles, CA

Baca May Testify In Tanaka Trial

Apr 3 2016 09:39PM PT

LOS ANGELES (CNS) - Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanaka's motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriff's alleged actions can only be confirmed by ordering Baca to testify at Tanaka's trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the department's handling of the informant, which was surreptitiously called ``Operation Pandora's Box.'' He is awaiting final **SENTENCING** in May. ````The trail testimony has, without Baca, not presented the full facts,'' read the Tanaka petition. ````The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here.'' On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or. helped in ``hiding'' the inmate within the sprawling **JAIL** system. ````No,'' Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriff's department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBI's covert probe of brutality allegations at Men's Central **JAIL** and other facilities. ````I don't remember having any particular reaction,'' he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had ``flipped'' an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors: 5,044

Media Coverage Report

1469.   **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Paul Tanaka's lawyer wants former LA Sheriff Lee Baca to take stand

Apr 3 2016 09:36PM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors:  148,114

1470.   **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Paul Tanaka's lawyer wants former LA Sheriff Lee Baca to take stand

Apr 3 2016 09:36PM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in

August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors:  47,665

1471.  **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA

Paul Tanaka's lawyer wants former LA Sheriff Lee Baca to take stand

Apr 3 2016 09:36PM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding

the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors:  100,896

---

1472.    **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA

Paul Tanaka's lawyer wants former LA Sheriff Lee Baca to take stand

Apr 3 2016 09:36PM PT

LOS ANGELES >> Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

View▶

Unique Visitors:  119,548

---

1473.    **Los Angeles Daily News**   Newspaper   Market: Los Angeles, CA



LOS ANGELES>>Former Los Angeles **SHERIFF LEE BACA** might be ordered to testify at the obstruction of justice trial for his former undersheriff, if a federal judge approves a new defense motion on Monday. The attorney for **PAUL TANAKA,** the former number two lawman in the department, said he will file a motion to order Baca to testify, with immunity from further prosecution. H. Dean Steward told City News Service he will file the motion will be before the judge Monday morning. Tanaka is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, could face up to 15 years in federal prison. Tanakas motion claims that a witness has already testified that it was the sheriff and not the undersheriff who gave orders at a meeting on a Saturday in August 2011. It claims it was Baca- not Tanaka- who ordered a county investigation into how an FBI informant got a cell phone in the county **JAIL.** It also claims it was Baca who engineered keeping the informant under wraps in the massive county system, unable to contact his federal handlers. Tanaka is asking the judge to order Baca to testify with a grant of immunity from further criminal prosecution. And it claims the then-sheriffs alleged actions can only be confirmed by ordering Baca to testify at Tanakas trial, now underway in Federal Court. Baca has already plead **GUILTY** to lying to federal Justice Department investigators probing the departments handling of the informant, which was surreptitiously called Operation Pandoras Box. He is awaiting final **SENTENCING** in May. The trail testimony has, without Baca, not presented the full facts, read the Tanaka petition. The government has conceded elsewhere that Baca was a co-conspirator, and his testimony remains crucial to any understanding of what occurred here. On Friday, Tanaka was on the witness stand and was asked by another defense attorney, Jerome Hai,g if he had ignored a federal subpoena for the witness or helped in hiding the inmate within the sprawling **JAIL** system. No, Tanaka responded firmly. Tanaka also insisted that he was not aware of anyone in the sheriffs department ordering such actions. In testimony that refuted the words of a string of previous witnesses, Tanaka painted himself as not overly concerned when he learned of the FBIs covert probe of brutality allegations at Mens Central **JAIL** and other facilities. I dont remember having any particular reaction, he told the jury when asked about how he handled news of the federal investigation. Earlier this week, witnesses said Tanaka was furious and had repeatedly cursed the FBI after discovering that the agency had flipped an inmate and was secretly looking into abuse allegations.

**View▶**

Unique Visitors: 822,671

---

1474.   📺   **KNBC-NBC** Television   Market: Los Angeles, CA

NBC 4 News 6PM Sun

Apr 3 2016 06:00PM PT

[6:33:22 PM] [0:29] New at 6:00, defense attorneys in the **PAUL TANAKA** trial want former la county **SHERIFF LEE BACA** ordered to testify. Tanaka, the former undersheriff, is accused of obstructing an FBI investigation into abuse by deputies in the county jails. His trial resumes tomorrow with his attorneys planning to introduce a new defense motion. They will ask a judge to force Baca to testify with immunity from further prosecution. The former sheriff has already pleaded **GUILTY** to lying to investigators.

Nielsen Audience: 80,775

---

1475.   📺   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 4PM Sun

Apr 3 2016 04:00PM PT