[5:27:17 PM] [0:21]  [Laughter] technically, he was correct. Rob: he could take him out for a meal. Jory: new at 6:00, former chair **LEE BACA** may be ordered to testify in the corruption trial. The motion that was just filed. You may have seen the story of across cross that was chopped down from her Riverside health.

 Nielsen Audience:  188,987

1476.   **Burbank Leader**  *Online Only*   Market: Los Angeles, CA

 As prosecution rests, former Undersheriff Paul Tanaka takes the stand                   Apr 2 2016 02:24AM PT

**PAUL TANAKA** who once wielded great power within the ranks of the Los Angeles County Sheriff s Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into **JAIL** abuses. The former undersheriff, who served as the second in command to former L.A. County **SHERIFF LEE BACA** before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial **JAIL** beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest **JAIL** system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox. His decision to take the stand and forgo his constitutional rights against self-incrimination, reflected the stark reality that the government had built a compelling case against Tanaka. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be.

**View▶**

Unique Visitors:  2,958

1477.    **Glendale News Press**  Newspaper   Market: Los Angeles, CA

As prosecution rests, former Undersheriff Paul Tanaka takes the stand

Apr 2 2016 02:24AM PT

**PAUL TANAKA** who once wielded great power within the ranks of the Los Angeles County Sheriff s Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into **JAIL** abuses. The former undersheriff, who served as the second in command to former L.A. County **SHERIFF LEE BACA** before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial **JAIL** beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest **JAIL** system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox. His decision to take the stand and forgo his constitutional rights against self-incrimination, reflected the stark reality that the government had built a compelling case against Tanaka. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be.

View▶

Unique Visitors:  6,841

1478.    **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Apr 2 2016 02:24AM

As prosecution rests, former Undersheriff Paul Tanaka takes the stand

PAUL TANAKA who once wielded great power within the ranks of the Los Angeles County Sheriff s Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into JAIL abuses. The former undersheriff, who served as the second in command to former L.A. County SHERIFF LEE BACA before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial JAIL beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded GUILTY. Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest JAIL system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox. His decision to take the stand and forgo his constitutional rights against self-incrimination, reflected the stark reality that the government had built a compelling case against Tanaka. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main JAIL facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a JAIL cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various JAIL facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be.

View▶

 Unique Visitors:  1,773

1479.   Laguna Beach Coastline Pilot   Newspaper   Market: Los Angeles, CA

As prosecution rests, former Undersheriff Paul Tanaka takes the stand    Apr 2 2016 02:24AM
PT

PAUL TANAKA who once wielded great power within the ranks of the Los Angeles County Sheriff s Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into JAIL abuses. The former undersheriff, who served as the second in command to former L.A. County SHERIFF LEE BACA before retiring amid scandal,

is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial **JAIL** beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest **JAIL** system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox. His decision to take the stand and forgo his constitutional rights against self-incrimination, reflected the stark reality that the government had built a compelling case against Tanaka. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be.

View▶

Unique Visitors:  1,367

---

1480.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

As prosecution rests, former Undersheriff Paul Tanaka takes the stand                    Apr 2 2016 02:24AM PT

**PAUL TANAKA** who once wielded great power within the ranks of the Los Angeles County Sheriff s Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into **JAIL** abuses. The former undersheriff, who served as the second in command to former L.A. County **SHERIFF LEE BACA** before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial **JAIL** beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the

opening gambit in his defense, coming after prosecutors for U.S. Atty. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest **JAIL** system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox. His decision to take the stand and forgo his constitutional rights against self-incrimination, reflected the stark reality that the government had built a compelling case against Tanaka. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be. **PAUL TANAKA,** who once wielded great power within the ranks of the Los Angeles County Sheriffs Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Eileen Decker rested their case, which featured a long procession of witnessesfrom within the Sheriffs Department and FBI. During more than two hours of questions by one of his lawyers, Tanaka denied the allegations against him and portrayed himself as a tough, but upright leader who was guided by a strict moral compass. Trying to minimize his role in the departments response to the FBI investigation, Tanaka laid blame on Baca, who he said was consumed with anger over the FBI probe. Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Richard Winton For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, Baca's legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a. For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, Baca's legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single

charge of making false statements as part of a.(Richard Winton) He recounted Bacas frequent demands for updates on the perilous turf battle sheriffs officials had picked with the FBI. He would always ask, Whats going on? And I couldnt answer because I wasnt involved, Tanaka testified. Presented with the chance to grill Tanaka, Assistant U.S. Atty. Brandon Fox wasted no time bearing down on the defendant during cross examination. His first question was about Tanakas reported membership in a notorious and violent clique inside the sheriffs ranks. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal Joel Rubin , Cindy Chang and Harriet Ryan Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in. the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a. Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a.(Joel Rubin , Cindy Chang and Harriet Ryan) The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox. His decision to take the stand and forgo his constitutional rights against self-incrimination, reflected the stark reality that the government had built a compelling case against Tanaka. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the **JAIL** inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be. **PAUL TANAKA,** who once wielded great power within the ranks of the Los Angeles County Sheriffs Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered,

prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Eileen Decker rested their case, which featured a long procession of witnessesfrom within the Sheriffs Department and FBI. During more than two hours of questions by one of his lawyers, Tanaka denied the allegations against him and portrayed himself as a tough, but upright leader who was guided by a strict moral compass. Trying to minimize his role in the departments response to the FBI investigation, Tanaka laid blame on Baca, who he said was consumed with anger over the FBI probe. Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Richard Winton For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, Baca's legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a. For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, Baca's legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a.(Richard Winton) He recounted Bacas frequent demands for updates on the perilous turf battle sheriffs officials had picked with the FBI. He would always ask, Whats going on? And I couldnt answer because I wasnt involved, Tanaka testified. Presented with the chance to grill Tanaka, Assistant U.S. Atty. Brandon Fox wasted no time bearing down on the defendant during cross examination. His first question was about Tanakas reported membership in a notorious and violent clique inside the sheriffs ranks. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal Joel Rubin , Cindy Chang and Harriet Ryan Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in. the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a. Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a.(Joel Rubin , Cindy Chang and Harriet Ryan) The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and visitors at the nation's largest system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox.His decision to take the stand and forgo his constitutional rights against self-incrimination, indicated that Tanaka and his attorneys felt they needed Tanaka to try to persuade the jury after the government. put on compelling case. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly

moved Brown among various JAIL facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the JAIL inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be. PAUL TANAKA, who once wielded great power within the ranks of the Los Angeles County Sheriffs Department, took the witness stand Friday to defend himself against charges he interfered with an FBI investigation into before retiring amid scandal, is charged with conspiracy and obstruction of justice for the leading role he allegedly played in an elaborate scheme to thwart the FBI. According to prosecutors, Tanaka orchestrated a group of collaborators who tried to intimidate the FBI agent leading the probe into widespread claims of extrajudicial beatings. Tanaka also allegedly concealed the whereabouts of an inmate when his role as an FBI informant was discovered, prosecutors said. Tanakas testimony was the opening gambit in his defense, coming after prosecutors for U.S. Atty. Eileen Decker rested their case, which featured a long procession of witnessesfrom within the Sheriffs Department and FBI. During more than two hours of questions by one of his lawyers, Tanaka denied the allegations against him and portrayed himself as a tough, but upright leader who was guided by a strict moral compass. Trying to minimize his role in the departments response to the FBI investigation, Tanaka laid blame on Baca, who he said was consumed with anger over the FBI probe. Ex- SHERIFF LEE BACA'S GUILTY PLEA caps a 'sad saga' of corruption Richard Winton For more than 15 years, LEE BACA was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, Baca's legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a. For more than 15 years, LEE BACA was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, Baca's legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a.(Richard Winton) He recounted Bacas frequent demands for updates on the perilous turf battle sheriffs officials had picked with the FBI. He would always ask, Whats going on? And I couldnt answer because I wasnt involved, Tanaka testified. Presented with the chance to grill Tanaka, Assistant U.S. Atty. Brandon Fox wasted no time bearing down on the defendant during cross examination. His first question was about Tanakas reported membership in a notorious and violent clique inside the sheriffs ranks. Tanakas defense team quickly objected to the line of questioning and U.S. District Judge Percy Anderson called an end to the days proceedings, saying he would decide on how much leeway to grant Fox before trial resumes Monday morning. Ex-L.A. County SHERIFF LEE BACA pleads GUILTY in JAIL scandal Joel Rubin , Cindy Chang and Harriet Ryan Retired Los Angeles County SHERIFF LEE BACA pleaded GUILTY Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in. the misconduct that tarnished his agency. Bacas PLEA in a downtown courtroom capped a. Retired Los Angeles County SHERIFF LEE BACA pleaded GUILTY Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas PLEA in a downtown courtroom capped a.(Joel Rubin , Cindy Chang and Harriet Ryan) The trial is likely the last in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded GUILTY. Last month, Baca himself joined the group of felons when he admitted to lying to FBI agents and prosecutors during their investigation into beatings of inmates and

visitors at the nation's largest system. Under the terms of the deal he struck with prosecutors, Baca, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Anderson must still approve the agreement. Choosing to testify brings considerable risk since Tanaka must now endure what is certain to be intense questioning by Fox.His decision to take the stand and forgo his constitutional rights against self-incrimination, indicated that Tanaka and his attorneys felt they needed Tanaka to try to persuade the jury after the government. put on a compelling case. Over a week of testimony, jurors heard from witnesses who told how Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility, was hidden from agents after his cover was blown. A records clerk, for example, testified how deputies pressured her to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. When the clerk refused, the deputies warned her that Tanaka had authorized the move, she told jurors. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. Tanaka, 57, is also accused of being part of the decision to dispatch two sergeants to the home of the FBI agent leading the **JAIL** inquiry. The pair confronted the agent outside hrt apartment building and threatened to arrest her for her role in a sting operation that involved smuggling a cellphone into Brown. Fox played for jurors a recording of a phone call the agents supervisor made to one of the sergeants after the confrontation, demanding information about when the arrest would be made and what the charges would be.

View▶

Unique Visitors:  19,777,332

1481.  **KPCC-FM [89.3 FM] Southern California Public Radio**  Radio  Market: Los Angeles, CA

Former LA County Undersheriff Tanaka testifies in jail obstruction trial

Apr 2 2016 01:13AM PT

Former Los Angeles County Undersheriff **PAUL TANAKA,** now on trial in federal court in downtown L.A., took the witness stand Friday to deny accusations that he obstructed an FBI investigation into deputy misconduct in the jails. Tanaka, the former second-in-command, is charged with obstruction of justice and conspiracy in a sweeping federal investigation into abuses and corruption in L.A.' **JAIL** system. Federal prosecutors have accused Tanaka of masterminding a plot to thwart the FBI's investigation into the jails largely by moving a **JAIL** information from **JAIL** to **JAIL** to keep him away from investigators. They've also accused Tanaka of creating a culture of violence in jails and turning a blind eye to deputy misconduct. Eight former department employees have already been convicted for their roles in the case. Tanaka's ex-boss, former **SHERIFF LEE BACA,** pleaded **GUILTY** to lying to investigators and will be sentenced next month. Tanaka testified for nearly three hours in what was the main event of the day, according to Celeste Fremon of Witness L.A. , who's been following the trial. The prosecution rested Friday morning after a week and a half of testimony on Tanaka's alleged crimes.

View▶

Unique Visitors:  603,400

1482.  **KTTV-TV [FOX 11] / KCOP-TV [MY 13]**  Television  Market: Los Angeles, CA

Ex-undersheriff Paul Tanaka's corruption trial continues

Apr 1 2016 05:56PM PT

(FOX 11 / CNS) - Jurors hearing the obstruction of justice case against the former second-in-command at the Los Angeles County Sheriff's Department heard today how two deputies showed up at the home of an FBI special agent and threatened to arrest her, an intimidation tactic that sheriff's brass allegedly knew about. and did nothing to stop. Leah Tanner, the case agent on the FBI's probe of allegations of excessive force within the **JAIL** system, testified that on Sept. 26, 2011, Sgts. Scott Craig and Maricela Long confronted her outside her house, flashed their badges, falsely told her that she would soon be arrested and said to contact the department. Tanner was called to the stand on the sixth day of trial for ex-undersheriff **PAUL TANAKA,** who is charged with two counts of obstructing justice by attempting to derail the federal investigation. If convicted of both counts, Tanaka, 57, would face up to 15 years in federal prison. The entire confrontation- in which the two deputies falsely told the FBI agent that she was "a named suspect in a felony complaint" was videotaped by a sheriff's surveillance team, with the tape played for the jury today and during a previous trial in a related case. The deputies- later convicted of federal charges partly as a result of their actions that day- had targeted Tanner as a result of her involvement in the covert jails probe, specifically that she had managed to get a cellphone to an inmate-turned-informant at the Men's Central **JAIL.** In an audiotape played for the jury, Craig and Long receive a call from Tanner's boss, FBI Special Agent Carlos Narro, a few hours after the confrontation. "She indicated to me that you guys indicated to her that there's going to be a warrant for her arrest?" Narro asks. Long responds, "There's going to be." Narro then asks if then- **SHERIFF LEE BACA** knows about the situation. Long says he does. The FBI supervisor asks what charges are going to be brought against his agent. "You're going to have to talk to the undersheriff, Mr. **PAUL TANAKA,** Long answers. When the call ends, the sheriff's tape recorder is still rolling, capturing a laughing Long talking to her partner. "They're scared! They're like, do you know when is the warrant," Long says, and is warned by Craig that the tape recorder is still going. Craig had no cause to arrest Tanner since her role in the cellphone incident was part of an authorized federal investigation. In evidence presented Thursday, records from Tanaka's county-issued phone revealed a flurry of calls between the then-undersheriff and Craig and Long after the threat to Tanner. Craig was sentenced to almost three years in prison, and Long to two years behind bars in a separate trial. Baca pleaded **GUILTY** to lying to federal investigators and is awaiting **SENTENCING.** The prosecution is expected to rest after the final witnesses take the stand Friday. The charges against Tanaka stem from an alleged plan to impede the jails investigation, partly by the use of a scheme to keep the inmate-turned-informer from appearing before a grand jury. Tanaka's attorneys counter that their client was kept in the dark about details of the plan, and say Tanaka knew only that Baca had ordered that the informant be "protected" from other detainees and potentially angry **JAIL** guards. Copyright 2016 FOX 11 Los Angeles : Download our mobile app for breaking news alerts or to watch FOX 11 News | Follow us on Facebook, Twitter, Instagram, and YouTube. Be a citizen journalist for FOX 11 and get paid download the Fresco News App today.

View▶

Unique Visitors:  6,954

1483.  **KTTV-FOX**  Television   Market: Los Angeles, CA

Good day LA at 7am

Apr 1 2016 07:00AM PT

[7:11:51 AM] [1:10]  Back to you. Thank you very much, Rick. Former la undersheriff **PAUL TANAKA** may take the witness stand todayn h criminal corruption trial. Let'go to mario alternate the the courthouse right now with that. Mario, good morning. Ood morning, Steve. Court resumes here at 10:00 and tanaka has pd n **GUILTY** to the charges he's facing. Today a

very pivotal day in his criminal corruption trial. Accused of conspiracy and could be trucks of justice **PAUL TANAKA** the former second in command at the la county sheriff department is expected to take the stand. Our cameras aren't allowed in the federal courtroom but these steps yesterday show tanaka sitting between his attorneys taking notes. For about a week jurors have heard testimony from almost two dozen witnesses brought in by the prosecution. They claim tanaka led a conspiracy to block an fbiinvestigation into deputy corruption and brutality against inmates at the men's central **JAIL** in the summer of 2011. Meanwhile the defense is arguing tanaka was simply following orders from the very top. Then sheriff **LEROY BACA.** The prosecution will rest its case today. Tanaka faces up to 15 years in federal prison if he's convicted.

 Nielsen Audience:  76,675

1484.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11AM                                      Mar 30 2016 11:00AM PT

[11:34:22 AM] [0:53]  He is allowing attorneys to propose other potential witnesses, including playboy founder Hugh have their. A former deputy takes the stand for the prosecution in the criminal corruption trial of **PAUL TANAKA.** The second in command to former la county **SHERIFF LEE BACA** is accused of obstructing a federal investigation. The FBI was looking into alleged civil rights violations and deputy corruption in the county's jails in 2011. On the witness stand, former deputy Tara Adams. She says despite pressure from other deputies, she refused to alter records to show that an inmate who served as an informant for the FBI had been released. Tanaka has pleaded not **GUILTY.** Phillip: in the presidential race, Wisconsin is the new focus with its primary next Tuesday. Donald Trump back on the campaign trail and standing by his campaign manager charged with misdemeanor battery.

 Nielsen Audience:  134,974

1485.    **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Jurors hear testimony from alleged co-conspirator in Paul Tanaka          Mar 30 2016 03:14AM
corruption tria                                                          PT

Jurors in the criminal corruption trial of former Undersheriff **PAUL TANAKA** heard for the first time Tuesday from one of Tanakas alleged co-conspirators about specific actions taken to hide an inmate from the FBI. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into brutality and corruption by deputies in Los Angeles County jails in 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** Former Deputy Mickey Manzo testified for nearly three hours Tuesday for the prosecution. Manzo, who now works for Home Depot, indicated he was among those tasked with ensuring that FBI agents did not have access to their informant, inmate Anthony Brown, after it was discovered that Brown had a cell phone that was smuggled into **JAIL** by a deputy after the deputy accepted a bribe. from an undercover FBI agent. Manzo testified that Tanaka was visibly upset when he was told that the cell phone was used to call the civil rights division of FBI headquarters. Manzo said former **SHERIFF LEE BACA** was confused and wanted to know what was going on. **BACA** ordered that Brown, who was slated to go to state prison to serve his 400-plus year prison sentence, remain in the custody of the Sheriffs Department, be interviewed by deputies, and that everything be taken off of the phone, Manzo said. Once Tanaka heard recordings of phone calls made from the inmate to an FBI agent, Manzo said Tanaka was irate. Manzo added that Tanaka stood up and slammed his hands down on a table. He said, Those motherf-Who do they think they are? Manzo testified, saying that Tanaka was

referring to the FBI. Manzo said at that point, **BACA** tasked a captain with heading the investigation into the cell phone and that, Everything that came out of the investigation would be run through Mr. Tanaka. Manzo testified that he wrote up a policy, under the direction of his boss, that said the FBI could not interview any inmate without Tanakas approval. The policy was later amended to remove any reference to Tanaka. Manzo was convicted in 2014 along with five other former Sheriffs Department officials. He was sentenced to two years in federal prison, but is out on bail while his appeal is pending. He was granted immunity to testify at Tanakas trial. Manzo said he, along with his partner Deputy Gerard Smith, who was also convicted in the obstruction of justice case, coordinated a schedule for deputies to stand guard outside Browns cell. Manzo also testified that Brown was moved from the Mens Central **JAIL** to a station **JAIL** in San Dimas and was re-booked into the system under various aliases. While Manzo said Tanaka did not give him direct orders, he said his former boss Lt. Greg Thompson, who was also convicted, gave him the orders from Tanaka.

View▶

Unique Visitors:  184,597

1486.  **Inland Valley Daily Bulletin**  Newspaper  Market: Los Angeles, CA

Jurors hear testimony from alleged co-conspirator in Paul Tanaka corruption tria

Mar 30 2016 03:11AM PT

Jurors in the criminal corruption trial of former Undersheriff **PAUL TANAKA** heard for the first time Tuesday from one of Tanakas alleged co-conspirators about specific actions taken to hide an inmate from the FBI. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into brutality and corruption by deputies in Los Angeles County jails in 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** Former Deputy Mickey Manzo testified for nearly three hours Tuesday for the prosecution. Manzo, who now works for Home Depot, indicated he was among those tasked with ensuring that FBI agents did not have access to their informant, inmate Anthony Brown, after it was discovered that Brown had a cell phone that was smuggled into **JAIL** by a deputy after the deputy accepted a bribe. from an undercover FBI agent. Manzo testified that Tanaka was visibly upset when he was told that the cell phone was used to call the civil rights division of FBI headquarters. Manzo said former **SHERIFF LEE BACA** was confused and wanted to know what was going on. **BACA** ordered that Brown, who was slated to go to state prison to serve his 400-plus year prison sentence, remain in the custody of the Sheriffs Department, be interviewed by deputies, and that everything be taken off of the phone, Manzo said. Once Tanaka heard recordings of phone calls made from the inmate to an FBI agent, Manzo said Tanaka was irate. Manzo added that Tanaka stood up and slammed his hands down on a table. He said, Those motherf-Who do they think they are? Manzo testified, saying that Tanaka was referring to the FBI. Manzo said at that point, **BACA** tasked a captain with heading the investigation into the cell phone and that, Everything that came out of the investigation would be run through Mr. Tanaka. Manzo testified that he wrote up a policy, under the direction of his boss, that said the FBI could not interview any inmate without Tanakas approval. The policy was later amended to remove any reference to Tanaka. Manzo was convicted in 2014 along with five other former Sheriffs Department officials. He was sentenced to two years in federal prison, but is out on bail while his appeal is pending. He was granted immunity to testify at Tanakas trial. Manzo said he, along with his partner Deputy Gerard Smith, who was also convicted in the obstruction of justice case, coordinated a schedule for deputies to stand guard outside Browns cell. Manzo also testified that Brown was moved from the Mens Central **JAIL** to a station **JAIL** in San Dimas and was re-booked into the system under various aliases. While

Manzo said Tanaka did not give him direct orders, he said his former boss Lt. Greg Thompson, who was also convicted, gave him the orders from Tanaka.

View▶

Unique Visitors:  106,696

1487.    **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Jurors hear testimony from alleged co-conspirator in Paul Tanaka corruption tria                                                    Mar 30 2016 02:56AM PT

Jurors in the criminal corruption trial of former Undersheriff **PAUL TANAKA** heard for the first time Tuesday from one of Tanakas alleged co-conspirators about specific actions taken to hide an inmate from the FBI. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into brutality and corruption by deputies in Los Angeles County jails in 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** Former Deputy Mickey Manzo testified for nearly three hours Tuesday for the prosecution. Manzo, who now works for Home Depot, indicated he was among those tasked with ensuring that FBI agents did not have access to their informant, inmate Anthony Brown, after it was discovered that Brown had a cell phone that was smuggled into **JAIL** by a deputy after the deputy accepted a bribe. from an undercover FBI agent. Manzo testified that Tanaka was visibly upset when he was told that the cell phone was used to call the civil rights division of FBI headquarters. Manzo said former **SHERIFF LEE BACA** was confused and wanted to know what was going on. **BACA** ordered that Brown, who was slated to go to state prison to serve his 400-plus year prison sentence, remain in the custody of the Sheriffs Department, be interviewed by deputies, and that everything be taken off of the phone, Manzo said. Once Tanaka heard recordings of phone calls made from the inmate to an FBI agent, Manzo said Tanaka was irate. Manzo added that Tanaka stood up and slammed his hands down on a table. He said, Those motherf-Who do they think they are? Manzo testified, saying that Tanaka was referring to the FBI. Manzo said at that point, **BACA** tasked a captain with heading the investigation into the cell phone and that, Everything that came out of the investigation would be run through Mr. Tanaka. Manzo testified that he wrote up a policy, under the direction of his boss, that said the FBI could not interview any inmate without Tanakas approval. The policy was later amended to remove any reference to Tanaka. Manzo was convicted in 2014 along with five other former Sheriffs Department officials. He was sentenced to two years in federal prison, but is out on bail while his appeal is pending. He was granted immunity to testify at Tanakas trial. Manzo said he, along with his partner Deputy Gerard Smith, who was also convicted in the obstruction of justice case, coordinated a schedule for deputies to stand guard outside Browns cell. Manzo also testified that Brown was moved from the Mens Central **JAIL** to a station **JAIL** in San Dimas and was re-booked into the system under various aliases. While Manzo said Tanaka did not give him direct orders, he said his former boss Lt. Greg Thompson, who was also convicted, gave him the orders from Tanaka.

View▶

Unique Visitors:  110,345

1488.    **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Jurors hear testimony from alleged co-conspirator in Paul Tanaka corruption tria                                                    Mar 30 2016 02:55AM PT

Jurors in the criminal corruption trial of former Undersheriff **PAUL TANAKA** heard for the first time Tuesday from one of Tanakas alleged co-conspirators about specific actions taken to hide an inmate from the FBI. Tanaka, the elected mayor of Gardena, is accused of obstructing a

Media Coverage Report

federal investigation into brutality and corruption by deputies in Los Angeles County jails in 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** Former Deputy Mickey Manzo testified for nearly three hours Tuesday for the prosecution. Manzo, who now works for Home Depot, indicated he was among those tasked with ensuring that FBI agents did not have access to their informant, inmate Anthony Brown, after it was discovered that Brown had a cell phone that was smuggled into **JAIL** by a deputy after the deputy accepted a bribe. from an undercover FBI agent. Manzo testified that Tanaka was visibly upset when he was told that the cell phone was used to call the civil rights division of FBI headquarters. Manzo said former **SHERIFF LEE BACA** was confused and wanted to know what was going on. **BACA** ordered that Brown, who was slated to go to state prison to serve his 400-plus year prison sentence, remain in the custody of the Sheriffs Department, be interviewed by deputies, and that everything be taken off of the phone, Manzo said. Once Tanaka heard recordings of phone calls made from the inmate to an FBI agent, Manzo said Tanaka was irate. Manzo added that Tanaka stood up and slammed his hands down on a table. He said, Those motherf-Who do they think they are? Manzo testified, saying that Tanaka was referring to the FBI. Manzo said at that point, **BACA** tasked a captain with heading the investigation into the cell phone and that, Everything that came out of the investigation would be run through Mr. Tanaka. Manzo testified that he wrote up a policy, under the direction of his boss, that said the FBI could not interview any inmate without Tanakas approval. The policy was later amended to remove any reference to Tanaka. Manzo was convicted in 2014 along with five other former Sheriffs Department officials. He was sentenced to two years in federal prison, but is out on bail while his appeal is pending. He was granted immunity to testify at Tanakas trial. Manzo said he, along with his partner Deputy Gerard Smith, who was also convicted in the obstruction of justice case, coordinated a schedule for deputies to stand guard outside Browns cell. Manzo also testified that Brown was moved from the Mens Central **JAIL** to a station **JAIL** in San Dimas and was re-booked into the system under various aliases. While Manzo said Tanaka did not give him direct orders, he said his former boss Lt. Greg Thompson, who was also convicted, gave him the orders from Tanaka.

View▶

Unique Visitors: 121,157

1489. **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Jurors hear testimony from alleged co-conspirator in Paul Tanaka corruption tria     Mar 30 2016 02:55AM PT

Jurors in the criminal corruption trial of former Undersheriff **PAUL TANAKA** heard for the first time Tuesday from one of Tanakas alleged co-conspirators about specific actions taken to hide an inmate from the FBI. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into brutality and corruption by deputies in Los Angeles County jails in 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** Former Deputy Mickey Manzo testified for nearly three hours Tuesday for the prosecution. Manzo, who now works for Home Depot, indicated he was among those tasked with ensuring that FBI agents did not have access to their informant, inmate Anthony Brown, after it was discovered that Brown had a cell phone that was smuggled into **JAIL** by a deputy after the deputy accepted a bribe. from an undercover FBI agent. Manzo testified that Tanaka was visibly upset when he was told that the cell phone was used to call the civil rights division of FBI headquarters. Manzo said former **SHERIFF LEE BACA** was confused and wanted to know what was going on. **BACA** ordered that Brown, who was slated to go to state prison to serve his 400-plus year prison sentence, remain in the custody of the Sheriffs Department, be interviewed by deputies, and that everything be taken off of the phone, Manzo said. Once