Tanaka heard recordings of phone calls made from the inmate to an FBI agent, Manzo said Tanaka was irate. Manzo added that Tanaka stood up and slammed his hands down on a table. He said, Those motherf-Who do they think they are? Manzo testified, saying that Tanaka was referring to the FBI. Manzo said at that point, **BACA** tasked a captain with heading the investigation into the cell phone and that, Everything that came out of the investigation would be run through Mr. Tanaka. Manzo testified that he wrote up a policy, under the direction of his boss, that said the FBI could not interview any inmate without Tanakas approval. The policy was later amended to remove any reference to Tanaka. Manzo was convicted in 2014 along with five other former Sheriffs Department officials. He was sentenced to two years in federal prison, but is out on bail while his appeal is pending. He was granted immunity to testify at Tanakas trial. Manzo said he, along with his partner Deputy Gerard Smith, who was also convicted in the obstruction of justice case, coordinated a schedule for deputies to stand guard outside Browns cell. Manzo also testified that Brown was moved from the Mens Central **JAIL** to a station **JAIL** in San Dimas and was re-booked into the system under various aliases. While Manzo said Tanaka did not give him direct orders, he said his former boss Lt. Greg Thompson, who was also convicted, gave him the orders from Tanaka.

View▶

Unique Visitors:  122,249

1490.  🖱 **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Jurors hear testimony from alleged co-conspirator in Paul Tanaka corruption tria

Mar 30 2016 02:55AM PT

Jurors in the criminal corruption trial of former Undersheriff **PAUL TANAKA** heard for the first time Tuesday from one of Tanakas alleged co-conspirators about specific actions taken to hide an inmate from the FBI. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into brutality and corruption by deputies in Los Angeles County jails in 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** Former Deputy Mickey Manzo testified for nearly three hours Tuesday for the prosecution. Manzo, who now works for Home Depot, indicated he was among those tasked with ensuring that FBI agents did not have access to their informant, inmate Anthony Brown, after it was discovered that Brown had a cell phone that was smuggled into **JAIL** by a deputy after the deputy accepted a bribe. from an undercover FBI agent. Manzo testified that Tanaka was visibly upset when he was told that the cell phone was used to call the civil rights division of FBI headquarters. Manzo said former **SHERIFF LEE BACA** was confused and wanted to know what was going on. **BACA** ordered that Brown, who was slated to go to state prison to serve his 400-plus year prison sentence, remain in the custody of the Sheriffs Department, be interviewed by deputies, and that everything be taken off of the phone, Manzo said. Once Tanaka heard recordings of phone calls made from the inmate to an FBI agent, Manzo said Tanaka was irate. Manzo added that Tanaka stood up and slammed his hands down on a table. He said, Those motherf-Who do they think they are? Manzo testified, saying that Tanaka was referring to the FBI. Manzo said at that point, **BACA** tasked a captain with heading the investigation into the cell phone and that, Everything that came out of the investigation would be run through Mr. Tanaka. Manzo testified that he wrote up a policy, under the direction of his boss, that said the FBI could not interview any inmate without Tanakas approval. The policy was later amended to remove any reference to Tanaka. Manzo was convicted in 2014 along with five other former Sheriffs Department officials. He was sentenced to two years in federal prison, but is out on bail while his appeal is pending. He was granted immunity to testify at Tanakas trial. Manzo said he, along with his partner Deputy Gerard Smith, who was also convicted in the obstruction of justice case, coordinated a schedule for deputies to stand guard

outside Browns cell. Manzo also testified that Brown was moved from the Mens Central **JAIL** to a station **JAIL** in San Dimas and was re-booked into the system under various aliases. While Manzo said Tanaka did not give him direct orders, he said his former boss Lt. Greg Thompson, who was also convicted, gave him the orders from Tanaka.

View▶

Unique Visitors:  663,550

1491. **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Paul Tanakas corruption trial to continue Tuesday

Mar 30 2016 01:57AM PT

Jurors will return to federal court Tuesday to hear testimony in the criminal corruption trial of **PAUL TANAKA,** once the second-in-command of the Los Angeles County Sheriffs Department. A former deputy who has already been convicted for trying to thwart a federal investigation into deputy abuse in the jails is among those expected to testify. The trial began last week in a downtown Los Angeles federal courtroom, which was dark on Monday. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into civil rights violations and deputy corruption in the countys jails in the summer of 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** RELATED STORY: **PAUL TANAKA** ignored warnings about sheriffs deputies behavior, witnesses say Prosecutors said on Friday that they expect to call the following witnesses to testify: former Deputy Mickey Manzo, who was convicted and sentenced to two years in prison related to the scheme; FBI special agent David Dahle; Michelle Miller, Bobby Lyons and Judy Gerhardt, all of the Sheriffs Department. Seven other Sheriffs Department officials, including Manzo, were convicted in the scheme. Tanaka, the former second-in-command of the department, is the highest-ranking official to go on to trial. Former **SHERIFF LEE BACA** has pleaded **GUILTY** to one count of lying to federal investigators about his involvement. He will be sentenced in May. Another former captain has pleaded **GUILTY** to lying on the witness stand. Prosecutors allege that once Tanaka and others within the Los Angeles County Sheriffs Department learned federal investigators were probing allegations that deputies were beating inmates and accepting bribes, they attempted to halt the investigation by hiding an inmate who was a federal informant from the FBI, threatening to arrest an FBI agent. and ordering deputies not to cooperate with federal investigators.

View▶

Unique Visitors:  45,739

1492. **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA

Paul Tanakas corruption trial to continue Tuesday

Mar 29 2016 07:48AM PT

Jurors will return to federal court Tuesday to hear testimony in the criminal corruption trial of **PAUL TANAKA,** once the second-in-command of the Los Angeles County Sheriffs Department. A former deputy who has already been convicted for trying to thwart a federal investigation into deputy abuse in the jails is among those expected to testify. The trial began last week in a downtown Los Angeles federal courtroom, which was dark on Monday. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into civil rights violations and deputy corruption in the countys jails in the summer of 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** RELATED STORY: **PAUL TANAKA** ignored warnings about sheriffs deputies behavior, witnesses say Prosecutors said on Friday that they expect to call the following witnesses to testify: former

Deputy Mickey Manzo, who was convicted and sentenced to two years in prison related to the scheme; FBI special agent David Dahle; Michelle Miller, Bobby Lyons and Judy Gerhardt, all of the Sheriffs Department. Seven other Sheriffs Department officials, including Manzo, were convicted in the scheme. Tanaka, the former second-in-command of the department, is the highest-ranking official to go on to trial. Former **SHERIFF LEE BACA** has pleaded **GUILTY** to one count of lying to federal investigators about his involvement. He will be sentenced in May. Another former captain has pleaded **GUILTY** to lying on the witness stand. Prosecutors allege that once Tanaka and others within the Los Angeles County Sheriffs Department learned federal investigators were probing allegations that deputies were beating inmates and accepting bribes, they attempted to halt the investigation by hiding an inmate who was a federal informant from the FBI, threatening to arrest an FBI agent. and ordering deputies not to cooperate with federal investigators.

View▶

Unique Visitors:  663,550

1493.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 AM

Mar 29 2016 05:00AM PT

[5:34:37 AM] [0:47]  At cherry emergency crews are about to wrap everything up and get on out there. Be aware they are there causing a of lookyloo slowing into fontana. Phillip: the criminal corruption trial of **PAUL TANAKA** set to resume today in downtown Los Angeles. The second in command to former la county **SHERIFF LEE BACA** is accused of obstructing a federal investigation. The probe involves civil rights violations, and deputy corruption in the county jails in 2011. Tanaka has pleaded not **GUILTY.** Several weurts witnesses are expected to testify for the prosecution today including former deputy mickey menzo who was convicted and sentenced to sue years in prison related to the scheme. Leslie: a live look from Washington where the things are back to normal at the capitol visitor center.

Nielsen Audience:  56,892

1494.  **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Paul Tanakas corruption trial to continue Tuesday

Mar 29 2016 01:35AM PT

Jurors will return to federal court Tuesday to hear testimony in the criminal corruption trial of **PAUL TANAKA,** once the second-in-command of the Los Angeles County Sheriffs Department. A former deputy who has already been convicted for trying to thwart a federal investigation into deputy abuse in the jails is among those expected to testify. The trial began last week in a downtown Los Angeles federal courtroom, which was dark on Monday. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into civil rights violations and deputy corruption in the countys jails in the summer of 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** RELATED STORY: **PAUL TANAKA** ignored warnings about sheriffs deputies behavior, witnesses say Prosecutors said on Friday that they expect to call the following witnesses to testify: former Deputy Mickey Manzo, who was convicted and sentenced to two years in prison related to the scheme; FBI special agent David Dahle; Michelle Miller, Bobby Lyons and Judy Gerhardt, all of the Sheriffs Department. Seven other Sheriffs Department officials, including Manzo, were convicted in the scheme. Tanaka, the former second-in-command of the department, is the highest-ranking official to go on to trial. Former **SHERIFF LEE BACA** has pleaded **GUILTY** to one count of lying to federal investigators about his involvement. He will be sentenced in May.

Another former captain has pleaded **GUILTY** to lying on the witness stand. Prosecutors allege that once Tanaka and others within the Los Angeles County Sheriffs Department learned federal investigators were probing allegations that deputies were beating inmates and accepting bribes, they attempted to halt the investigation by hiding an inmate who was a federal informant from the FBI, threatening to arrest an FBI agent. and ordering deputies not to cooperate with federal investigators.

View▶

Unique Visitors: 184,597

---

1495.  **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Paul Tanakas corruption trial to continue Tuesday

Mar 29 2016 01:34AM PT

Jurors will return to federal court Tuesday to hear testimony in the criminal corruption trial of **PAUL TANAKA,** once the second-in-command of the Los Angeles County Sheriffs Department. A former deputy who has already been convicted for trying to thwart a federal investigation into deputy abuse in the jails is among those expected to testify. The trial began last week in a downtown Los Angeles federal courtroom, which was dark on Monday. Tanaka, the elected mayor of Gardena, is accused of obstructing a federal investigation into civil rights violations and deputy corruption in the countys jails in the summer of 2011. Hes charged with obstruction of justice and conspiracy to obstruct justice, and has pleaded not **GUILTY.** RELATED STORY: **PAUL TANAKA** ignored warnings about sheriffs deputies behavior, witnesses say Prosecutors said on Friday that they expect to call the following witnesses to testify: former Deputy Mickey Manzo, who was convicted and sentenced to two years in prison related to the scheme; FBI special agent David Dahle; Michelle Miller, Bobby Lyons and Judy Gerhardt, all of the Sheriffs Department. Seven other Sheriffs Department officials, including Manzo, were convicted in the scheme. Tanaka, the former second-in-command of the department, is the highest-ranking official to go on to trial. Former **SHERIFF LEE BACA** has pleaded **GUILTY** to one count of lying to federal investigators about his involvement. He will be sentenced in May. Another former captain has pleaded **GUILTY** to lying on the witness stand. Prosecutors allege that once Tanaka and others within the Los Angeles County Sheriffs Department learned federal investigators were probing allegations that deputies were beating inmates and accepting bribes, they attempted to halt the investigation by hiding an inmate who was a federal informant from the FBI, threatening to arrest an FBI agent. and ordering deputies not to cooperate with federal investigators.

View▶

Unique Visitors: 106,696

---

1496.  **KNBC-TV [NBC 4]** Television   Market: Los Angeles, CA

Witnesses Take Stand in Paul Tanaka Obstruction Case

Mar 25 2016 08:20PM PT

Former undersheriff **PAUL TANAKA.** The first witnesses are expected to take the stand Friday in the federal criminal trial of the Los Angeles County Sheriff's Department's former undersheriff. **PAUL TANAKA** is accused of managing a plan to derail a federal grand jury investigation of alleged brutality in the county jails. Defense attorneys maintain that the department's former second-in- command was merely following orders and is not **GUILTY** of any crime. Tanaka's former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. The case stems from what prosecutors describe as a secret plan in 2011 to "hide" an inmate-turned-informant from FBI handlers and

the grand jury during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Southern California Images in the News Anthony Brown, the inmate at the center of the case, became an issue for **JAIL** guards when an FBI cell phone was found in his possession on Aug. 8, 2011, and sheriff's officials realized that he was cooperating in a secret federal probe they previously knew nothing about. **"PAUL TANAKA** had a scandal on his hands,'' Assistant U.S. Attorney Brandon Fox said in his opening statement Thursday. "He learned about a federal investigation into the culture of the sheriff's department- a culture **PAUL TANAKA** created. Instead of squashing the scandal, Mr. Tanaka created a greater one.'' Fox said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. But Jerome Haig, one of Tanaka's attorneys, told the panel that his client had been ordered by **BACA** to address the Brown situation by "protecting'' the inmate-informer and by "investigating'' how the FBI managed to smuggle a cell phone to Brown behind county walls. According to Haig, the plan to move Brown throughout the county under a fake booking name and number "was actually set in motion'' by Steven Martinez, the FBI's then-assistant director in charge of the Los Angeles office. After the cell phone was found, Haig said, Martinez called **BACA** and suggested he "protect the inmate.'' Tanaka "knew some of what was going on,'' Haig told the five-man, seven woman jury. "It wasn't his investigation to run,'' the defense attorney said, adding that Tanaka never ordered his deputies to threaten the FBI agent or hamper the federal probe. "The last thing Mr. Tanaka wanted to do was put up a wall so nobody could see what was going on,'' Haig said. "He wanted to cooperate.'' Fox portrayed Tanaka's management style as arrogant, controlling, paranoid and highly ambitious. "Tanaka stated over and over again `F the FBI'',' Fox said, adding that the now-retired lawman also repeated to his deputies a mantra that "we're going to make sure the FBI stays out of our jails.'' Tanaka was charged last May with one count each of conspiracy to obstruct justice and. obstruction of justice. During three previous trials of deputies in the case, he testified for the defense, admitting to his knowledge of much of the conduct he is now charged with, Fox said. **"PAUL TANAKA** tried to cover up the crimes of his deputies- and committed his own in the process,'' the federal prosecutor said. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from **BACA** and Tanaka in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. **BACA** is not expected to testify at the Tanaka trial. Copyright City News Service Published 1 minute ago

View▶

Unique Visitors:  1,247,876

1497.    **KTTV-FOX**  Television   Market: Los Angeles, CA

Studio 11 LA News

Mar 25 2016 05:00PM PT

[5:31:59 PM] [0:41]  But he passed out during the call and he was pronounced dead later at the hospital. Several witnesses took the stand and the federal trial of former undersheriff **PAUL TANAKA** who is charged with deliberately thwarting a map he I investigation into **JAIL** abuses back in 2011. Serena has more? That is right, **PAUL TANAKA** is said to prevent the investigation. Several witnesses had testified in court and nearly all of them were his own men. I wish it had never come to.

[5:33:44 PM] [0:26]  Others testified that he set up a station with too many investigations would find its own captain investigated. The defense attorneys have said that he was simply following orders. His former boss, **LEE BACA,** pleaded not **GUILTY** last month. He is not

expected to testify in this case. Miriam was on a team that investigated allegations of force and abuse took place.

Nielsen Audience: 37,761

---

1498.    **Our Weekly** Online Only   Market: Los Angeles, CA

Jury selection in Tanaka trial

Mar 25 2016 07:00AM PT

A federal criminal trial began this week for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection began on Wednesday in downtown Los Angelespossibly expected to take two daysfollowed by opening statements from attorneys at the end of the week. Tanakas attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a real dogfight. Prosecutors contend that Tanaka managed a secret plan in 2011 to hide inmate-turned-informant Anthony Brown from FBI handlers and a grand jury, during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriffs department officialsincluding a captain, two lieutenants and two sergeantshave been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of closing ranks to keep hidden problems within the department. When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers, according to federal prosecutors. Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized, prosecutors wrote. Instead, he fostered a corrupt culture within the jails and the department. Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanakawho is on leave as mayor of Gardenaretired from the sheriffs department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriffs officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. **BACA** is not expected to testify at the Tanaka trial.

View▶

Unique Visitors: 1,866

---

1499.    **Burbank Leader**  Online Only    Market: Los Angeles, CA
At the opening of Tanaka trial, opposing lawyers paint disparate pictures of the    Mar 25 2016 05:33AM PT

The criminal trial of **PAUL TANAKA** a once-powerful figure in Los Angeles County policing, opened Thursday as the former undersheriff faces allegations that he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutors say he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and to intimidate an. FBI agent. In his opening statement late in the afternoon, Assistant U.S. Atty. Brandon Fox described Tanaka to jurors as a conniving leader who for years was well aware that abusive deputies were working in county jails. Instead of addressing the problem, Fox said, the undersheriff tried to keep federal investigators in the dark about "the culture of the Sheriff's Department that **PAUL TANAKA** fostered and created. He decided to conceal the crimes of his deputies." The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far more time behind bars if he is convicted. He has maintained his innocence. Jerome Haig, one of Tanaka's attorneys, offered jurors an appraisal of Tanaka that contrasted sharply with that given by Fox, presenting the veteran of the Sheriff's Department as a no-nonsense leader who "lived by a creed of integrity." In his comments, Haig foreshadowed the defense's main goal in the trial: To. convince jurors that any efforts to obstruct the FBI were driven by an intense anger **BACA** felt about the outside investigation and that Tanaka had nothing to hide. **"LEE BACA** was mighty upset," Haig said. "The last thing Mr. Tanaka wanted was to put up a big wall so no one could see what was going on." The dueling portraits came after U.S. District Judge Percy Anderson and the attorneys spent nearly two days in the downtown L.A. courtroom selecting a jury to hear the. case. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriff's officials discovered he was an informant in August 2011. Fox on Thursday walked jurors through what prosecutors allege were the several steps Tanaka was involved in to keep Brown out of sight. He described an order Tanaka allegedly gave **JAIL** staff forbidding agents from talking to Brown and how a furious Tanaka berated several underlings when agents were allowed to see their informant. And he described how Tanaka allegedly sent deputies to pressure records clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputy's earlier obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cellphone FBI agents had smuggled in to Brown. Fox also told jurors they would hear evidence of the role Tanaka allegedly played in the

decision to send two sheriff's deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the smuggled cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. When the agent's supervisor called to inquire about the impending arrest, one of the deputies told him, "You're going to have to talk to the undersheriff." Haig rebuffed the allegations, saying Tanaka was aware only of two broad directives **BACA** gave his staff: to keep Brown safe and to investigate how the. phone had been smuggled into the **JAIL.** Until he retired in 2013, Tanaka was a polarizing figure in the Sheriff's Department. While he enjoyed support from a loyal segment of the force, others saw him as someone who carved out a fiefdom beneath **BACA** that he ran with impunity. Twitter: @joelrubin

View▶

Unique Visitors:  2,802

1500.    **Glendale News Press** Newspaper   Market: Los Angeles, CA

At the opening of Tanaka trial, opposing lawyers paint disparate pictures of the    Mar 25 2016 05:33AM PT

The criminal trial of **PAUL TANAKA** a once-powerful figure in Los Angeles County policing, opened Thursday as the former undersheriff faces allegations that he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutors say he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and to intimidate an. FBI agent. In his opening statement late in the afternoon, Assistant U.S. Atty. Brandon Fox described Tanaka to jurors as a conniving leader who for years was well aware that abusive deputies were working in county jails. Instead of addressing the problem, Fox said, the undersheriff tried to keep federal investigators in the dark about "the culture of the Sheriff's Department that **PAUL TANAKA** fostered and created. He decided to conceal the crimes of his deputies." The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far more time behind bars if he is convicted. He has maintained his innocence. Jerome Haig, one of Tanaka's attorneys, offered jurors an appraisal of Tanaka that contrasted sharply with that given by Fox, presenting the veteran of the Sheriff's Department as a no-nonsense leader who "lived by a creed of integrity." In his comments, Haig foreshadowed the defense's main goal in the trial: To. convince jurors that any efforts to obstruct the FBI were driven by an intense anger **BACA** felt about the outside investigation and that Tanaka had nothing to hide. **"LEE BACA** was mighty upset," Haig said. "The last thing Mr. Tanaka wanted was to put up a big wall so no one could see what was going on." The dueling portraits came after U.S. District Judge Percy Anderson and the attorneys spent nearly two days in the downtown L.A. courtroom selecting a jury to hear the. case. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriff's officials

discovered he was an informant in August 2011. Fox on Thursday walked jurors through what prosecutors allege were the several steps Tanaka was involved in to keep Brown out of sight. He described an order Tanaka allegedly gave **JAIL** staff forbidding agents from talking to Brown and how a furious Tanaka berated several underlings when agents were allowed to see their informant. And he described how Tanaka allegedly sent deputies to pressure records clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputy's earlier obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cellphone FBI agents had smuggled in to Brown. Fox also told jurors they would hear evidence of the role Tanaka allegedly played in the decision to send two sheriff's deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the smuggled cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. When the agent's supervisor called to inquire about the impending arrest, one of the deputies told him, "You're going to have to talk to the undersheriff." Haig rebuffed the allegations, saying Tanaka was aware only of two broad directives **BACA** gave his staff: to keep Brown safe and to investigate how the. phone had been smuggled into the **JAIL.** Until he retired in 2013, Tanaka was a polarizing figure in the Sheriff's Department. While he enjoyed support from a loyal segment of the force, others saw him as someone who carved out a fiefdom beneath **BACA** that he ran with impunity. Twitter: @joelrubin

**View▶**

Unique Visitors: 11,410

---

1501.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
           At the opening of Tanaka trial, opposing lawyers paint disparate pictures   Mar 25 2016 05:33AM
           of the                                                                                                   PT

The criminal trial of **PAUL TANAKA** a once-powerful figure in Los Angeles County policing, opened Thursday as the former undersheriff faces allegations that he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutors say he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and to intimidate an. FBI agent. In his opening statement late in the afternoon, Assistant U.S. Atty. Brandon Fox described Tanaka to jurors as a conniving leader who for years was well aware that abusive deputies were working in county jails. Instead of addressing the problem, Fox said, the undersheriff tried to keep federal investigators in the dark about "the culture of the Sheriff's Department that **PAUL TANAKA** fostered and created. He decided to conceal the crimes of his deputies." The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far more time behind bars if he is convicted. He has maintained his innocence. Jerome Haig, one of Tanaka's attorneys, offered jurors an appraisal of Tanaka that contrasted sharply

with that given by Fox, presenting the veteran of the Sheriff's Department as a no-nonsense leader who "lived by a creed of integrity." In his comments, Haig foreshadowed the defense's main goal in the trial: To. convince jurors that any efforts to obstruct the FBI were driven by an intense anger BACA felt about the outside investigation and that Tanaka had nothing to hide. "LEE BACA was mighty upset," Haig said. "The last thing Mr. Tanaka wanted was to put up a big wall so no one could see what was going on." The dueling portraits came after U.S. District Judge Percy Anderson and the attorneys spent nearly two days in the downtown L.A. courtroom selecting a jury to hear the. case. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main JAIL facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriff's officials discovered he was an informant in August 2011. Fox on Thursday walked jurors through what prosecutors allege were the several steps Tanaka was involved in to keep Brown out of sight. He described an order Tanaka allegedly gave JAIL staff forbidding agents from talking to Brown and how a furious Tanaka berated several underlings when agents were allowed to see their informant. And he described how Tanaka allegedly sent deputies to pressure records clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a JAIL cell. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various JAIL facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputy's earlier obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cellphone FBI agents had smuggled in to Brown. Fox also told jurors they would hear evidence of the role Tanaka allegedly played in the decision to send two sheriff's deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the smuggled cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. When the agent's supervisor called to inquire about the impending arrest, one of the deputies told him, "You're going to have to talk to the undersheriff." Haig rebuffed the allegations, saying Tanaka was aware only of two broad directives BACA gave his staff: to keep Brown safe and to investigate how the. phone had been smuggled into the JAIL. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriff's Department. While he enjoyed support from a loyal segment of the force, others saw him as someone who carved out a fiefdom beneath BACA that he ran with impunity. Twitter: @joelrubin

View▶

Unique Visitors:  2,443

1502.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
At the opening of Tanaka trial, opposing lawyers paint disparate pictures   Mar 25 2016 05:33AM of the   PT

The criminal trial of PAUL TANAKA a once-powerful figure in Los Angeles County policing, opened Thursday as the former undersheriff faces allegations that he deliberately thwarted an FBI investigation into JAIL abuses. Tanaka, who served as the second in command to former L.A. County SHERIFF LEE BACA is charged with conspiracy and obstruction of justice for the role prosecutors say he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and to intimidate an. FBI agent. In his opening statement late in the afternoon, Assistant U.S. Atty. Brandon Fox described Tanaka to jurors as a conniving leader

who for years was well aware that abusive deputies were working in county jails. Instead of addressing the problem, Fox said, the undersheriff tried to keep federal investigators in the dark about "the culture of the Sheriff's Department that PAUL TANAKA fostered and created. He decided to conceal the crimes of his deputies." The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded GUILTY. Last month, BACA himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest JAIL system. As part of a PLEA deal he struck, BACA, who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far more time behind bars if he is convicted. He has maintained his innocence. Jerome Haig, one of Tanaka's attorneys, offered jurors an appraisal of Tanaka that contrasted sharply with that given by Fox, presenting the veteran of the Sheriff's Department as a no-nonsense leader who "lived by a creed of integrity." In his comments, Haig foreshadowed the defense's main goal in the trial: To. convince jurors that any efforts to obstruct the FBI were driven by an intense anger BACA felt about the outside investigation and that Tanaka had nothing to hide. "LEE BACA was mighty upset," Haig said. "The last thing Mr. Tanaka wanted was to put up a big wall so no one could see what was going on." The dueling portraits came after U.S. District Judge Percy Anderson and the attorneys spent nearly two days in the downtown L.A. courtroom selecting a jury to hear the. case. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main JAIL facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriff's officials discovered he was an informant in August 2011. Fox on Thursday walked jurors through what prosecutors allege were the several steps Tanaka was involved in to keep Brown out of sight. He described an order Tanaka allegedly gave JAIL staff forbidding agents from talking to Brown and how a furious Tanaka berated several underlings when agents were allowed to see their informant. And he described how Tanaka allegedly sent deputies to pressure records clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a JAIL cell. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various JAIL facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputy's earlier obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cellphone FBI agents had smuggled in to Brown. Fox also told jurors they would hear evidence of the role Tanaka allegedly played in the decision to send two sheriff's deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the smuggled cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. When the agent's supervisor called to inquire about the impending arrest, one of the deputies told him, "You're going to have to talk to the undersheriff." Haig rebuffed the allegations, saying Tanaka was aware only of two broad directives BACA gave his staff: to keep Brown safe and to investigate how the. phone had been smuggled into the JAIL. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriff's Department. While he enjoyed support from a loyal segment of the force, others saw him as someone who carved out a fiefdom beneath BACA that he ran with impunity. Twitter: @joelrubin

View▶

Unique Visitors:  857

1503.    **Los Angeles Times**  Newspaper   Market: Los Angeles, CA

At the opening of Tanaka trial, opposing lawyers paint disparate pictures   Mar 25 2016 05:33AM
of the                                                                        PT

The criminal trial of **PAUL TANAKA** a once-powerful figure in Los Angeles County policing, opened Thursday as the former undersheriff faces allegations that he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutors say he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and to intimidate an. FBI agent. In his opening statement late in the afternoon, Assistant U.S. Atty. Brandon Fox described Tanaka to jurors as a conniving leader who for years was well aware that abusive deputies were working in county jails. Instead of addressing the problem, Fox said, the undersheriff tried to keep federal investigators in the dark about "the culture of the Sheriff's Department that **PAUL TANAKA** fostered and created. He decided to conceal the crimes of his deputies." The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far more time behind bars if he is convicted. He has maintained his innocence. Jerome Haig, one of Tanaka's attorneys, offered jurors an appraisal of Tanaka that contrasted sharply with that given by Fox, presenting the veteran of the Sheriff's Department as a no-nonsense leader who "lived by a creed of integrity." In his comments, Haig foreshadowed the defense's main goal in the trial: To. convince jurors that any efforts to obstruct the FBI were driven by an intense anger **BACA** felt about the outside investigation and that Tanaka had nothing to hide. **"LEE BACA** was mighty upset," Haig said. "The last thing Mr. Tanaka wanted was to put up a big wall so no one could see what was going on." The dueling portraits came after U.S. District Judge Percy Anderson and the attorneys spent nearly two days in the downtown L.A. courtroom selecting a jury to hear the. case. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriff's officials discovered he was an informant in August 2011. Fox on Thursday walked jurors through what prosecutors allege were the several steps Tanaka was involved in to keep Brown out of sight. He described an order Tanaka allegedly gave **JAIL** staff forbidding agents from talking to Brown and how a furious Tanaka berated several underlings when agents were allowed to see their informant. And he described how Tanaka allegedly sent deputies to pressure records clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputy's earlier obstruction trial, Tanaka said that he did not have a clear memory of many

events but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cellphone FBI agents had smuggled in to Brown. Fox also told jurors they would hear evidence of the role Tanaka allegedly played in the decision to send two sheriff's deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the smuggled cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. When the agent's supervisor called to inquire about the impending arrest, one of the deputies told him, "You're going to have to talk to the undersheriff." Haig rebuffed the allegations, saying Tanaka was aware only of two broad directives **BACA** gave his staff: to keep Brown safe and to investigate how the. phone had been smuggled into the **JAIL.** Until he retired in 2013, Tanaka was a polarizing figure in the Sheriff's Department. While he enjoyed support from a loyal segment of the force, others saw him as someone who carved out a fiefdom beneath **BACA** that he ran with impunity. Twitter: @joelrubin **PAUL TANAKA, SHERIFF LEE BACA,** is charged with conspiracy and obstruction of justice for the role prosecutors say he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and to intimidate an. FBI agent. In his opening statement late in the afternoon, Assistant U.S. Atty. Brandon Fox described Tanaka to jurors as a conniving leader who for years was well aware that abusive deputies were working in county jails. Instead of addressing the problem, Fox said, the undersheriff tried to keep federal investigators in the dark about "the culture of the Sheriff's Department that fostered and created. He decided to conceal the crimes of his deputies." After **BACA'S GUILTY PLEA,** L.A. **JAIL** corruption case turns toward trial of his top aide, **PAUL TANAKA** Joel Rubin The criminal trial of **PAUL TANAKA,** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing. charges he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA,** is charged. The criminal trial of **PAUL TANAKA,** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing charges he deliberately thwarted an FBI investigation into abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA,** is charged.(Joel Rubin) The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriff's officials discovered and objected angrily to a secret FBI inquiry into the jails. In all, nine members of the department have been convicted or have pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far more time behind bars if he is convicted. He has maintained his innocence. Jerome Haig, one of Tanaka's attorneys, offered jurors an appraisal of Tanaka that contrasted sharply with that given by Fox, presenting the veteran of the Sheriff's Department as a no-nonsense leader who "lived by a creed of integrity." In his comments, Haig foreshadowed the defense's main goal in the trial: To. convince jurors that any efforts to obstruct the FBI were driven by an intense anger **BACA** felt about the outside investigation and that Tanaka had nothing to hide. **"LEE BACA** was mighty upset," Haig said. "The last thing Mr. Tanaka wanted was to put up a big wall so no one could see what was going on." The dueling portraits came after U.S. District Judge Percy Anderson and the attorneys spent nearly two days in the downtown L.A. courtroom selecting a jury to hear the. case. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. See the most-read stories this hour Read the story The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the county's main **JAIL** facility.

Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriff's officials discovered he was an informant in August 2011. Fox on Thursday walked jurors through what prosecutors allege were the several steps Tanaka was involved in to keep Brown out of sight. He described an order Tanaka allegedly gave staff forbidding agents from talking to Brown and how a furious Tanaka berated several underlings when agents were allowed to see their informant. And he described how Tanaka allegedly sent deputies to pressure records clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputy's earlier obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cellphone FBI agents had smuggled in to Brown. Fox also told jurors they would hear evidence of the role Tanaka allegedly played in the decision to send two sheriff's deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the smuggled cellphone. Get the essential California headlines delivered free Open link Marx refused to speak, and one of the deputies threatened her with arrest. When the agent's supervisor called to inquire about the impending arrest, one of the deputies told him, "You're going to have to talk to the undersheriff." Haig rebuffed the allegations, saying Tanaka was aware only of two broad directives **BACA** gave his staff: to keep Brown safe and to investigate how the. phone had been smuggled into the **JAIL.** Until he retired in 2013, Tanaka was a polarizing figure in the Sheriff's Department. While he enjoyed support from a loyal segment of the force, others saw him as someone who carved out a fiefdom beneath **BACA** that he ran with impunity. Twitter: @joelrubin ALSO Ethics watchdog agency opens investigation into top aide to Gov. Brown Unidentified DNA was found on the body of a Grim Sleeper victim, defense says Flight attendant accused of smuggling cocaine through LAX hopped flight to NYC from same airport

View▶

Unique Visitors:  15,092,236

1504.   **The Daily Breeze** Newspaper  Market: Los Angeles, CA

Opening statements begin in Tanaka corruption trial

Mar 25 2016 04:26AM PT

Instead of squashing the scandal, Mr. Tanaka created a greater one than he ever imagined, Fox said. Tanaka, the former second-in-command of the Sheriffs Department, is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department during the summer of 2011 obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant. Prosecutors also allege that members of the Sheriffs Department tampered with potential witnesses by telling them not to cooperate with federal investigators and threatening to arrest an FBI agent at her home. The courtroom was filled with spectators, reporters, Tanakas family and friends and others, including U.S. Attorney Eileen Decker. Tanaka is the longtime mayor of the city of Gardena. Fox told the jury that when commanders and captains within the **JAIL** system brought concerns about excessive use of force by deputies against inmates to Tanakas attention, he ignored the problems. Fox said Tanaka and others were worried about the federal investigation because they knew that problems of abuse and corruption were going on in the jails and if the FBI investigation was successful, then those problems would be revealed. Fox said that during a special meeting held on a Saturday after Sheriffs Department officials learned about the FBI investigation, Tanaka repeatedly said F- the

FBI and explained that this was one of the most important investigations in the Sheriffs Department in its 160-year history. Tanakas attorney, Jerome Haig, painted a different picture. He told the jurors that Tanaka lived by the creed of the Sheriffs Department and its core values. Haig told the jury that former **SHERIFF LEE BACA** was the one who was angry about the FBIs investigation. **BACA** was going crazy, Haig said. Haig claimed **BACA** gave Tanaka two broad instructions: protect the federal informant and investigate how the cellphone got into the **JAIL.** (Tanaka) showed up every day doing exactly what the sheriff asked him to do, Haig said. The trial, which continues today, is expected to last about three weeks.

View▶

Unique Visitors: 184,597

1505.  **KPCC-FM [89.3 FM] Southern California Public Radio**   Radio   Market: Los Angeles, CA

LA jail scandal: Anticipated trial against department's No. 2 kicks off

Mar 25 2016 02:00AM PT

LA sheriff's candidate **PAUL TANAKA** answers questions after testifying in a deputy misconduct trial in federal court. Frank Stoltze As prosecutors and defense attorneys took turns describing **PAUL TANAKA,** the former No. 2 at the L.A. County Sheriff's Department in opening statements in the federal case against him Thursday, they sounded like they were talking about different people. Tanaka is accused of obstruction of justice and conspiracy for allegedly trying to thwart a federal investigation into violence and corruption in L.A.'s county jails. He's plead not **GUILTY.** While prosecutors described a man blinded by ambition and indifferent to misconduct by his underlings, defense attorneys said the former undersheriff was a "good cop" who "expected excellence" from his deputies. The case against him also includes allegations he told deputies to operate in the legal "gray area" when it comes to using force against inmates. "He covered up crimes of his deputies and committed his own in the process," Fox told the jury. The main allegations center around a 2011 incident in which a group of deputies discovered a **JAIL** inmate who was working as an FBI informant. The deputies hid the inmate from the FBI, moving him from **JAIL** to **JAIL** under assumed names. Prosecutors argue they were doing so under Tanaka's orders. "He overruled people in the past, he couldn't overrule the FBI, but he could undermine it," Fox told the jury. "He did it by hiding the inmate who had been working as an informant." Haig, however, argued that moving the inmate was for the man's own protection. "Nothing uncommon about that," he said. So far, seven former members of the sheriff's department have been convicted in the obstruction probe. Two othersformer **SHERIFF LEE BACA** and Captain William Kerrypled **GUILTY** to the lesser charge of lying to federal investigators. Even before his current charges, Tanaka has long been a controversial figure in Los Angeles County. Tanaka was viewed by many as one of the precipitating forces behind the lax accountability and the problems that existed within the sheriffs department, former federal prosecutor Miriam Krinsky told KPCC earlier this week. Krinsky headed the Citizen's Commission on **JAIL** Violence, a group put together by the L.A. County Board of Supervisors to investigate allegations of deputy-on-inmate violence in L.A.'s jails. That group's final report found a "culture of violence" in the jails, and a lack of a willingness by department leaders like **BACA** and Tanaka to hold deputies accountable for misconduct. "The troubling role of Undersheriff Tanaka cannot be ignored," the report stated, pointing out that Tanaka "specifically derailed efforts to address excessive force" in Men's Central **JAIL** in Downtown L.A. Tanaka retired from the department in 2013. He remains the mayor of Gardena. The best SoCal news in your inbox, daily.

View▶

Unique Visitors: 543,624