1506. KPCC-FM [89.3 FM] Southern California Public Radio   Radio   Market: Los Angeles, CA

LA jail scandal: Attorneys paint conflicting portraits of former Undersheriff Pa

Mar 25 2016 02:00AM PT

As prosecutors and defense attorneys took turns describing **PAUL TANAKA,** the former No. 2 at the L.A. County Sheriff's Department in opening statements in the federal case against him Thursday, they sounded like they were talking about different people. Tanaka is accused of obstruction of justice and conspiracy for allegedly trying to thwart a federal investigation into violence and corruption in L.A.'s county jails. He pleaded not **GUILTY.** While prosecutors described a man blinded by ambition and indifferent to misconduct by his underlings, defense attorneys said the former undersheriff was a "good cop" who "expected excellence" from his deputies. The case against him also includes allegations he told deputies to operate in the legal "gray area" when it comes to using force against inmates. "He covered up crimes of his deputies and committed his own in the process," Fox told the jury. The main allegations center around a 2011 incident in which a group of deputies discovered a **JAIL** inmate who was working as an FBI informant. The deputies hid the inmate from the FBI, moving him from **JAIL** to **JAIL** under assumed names. Prosecutors argue they were doing so under Tanaka's orders. "He overruled people in the past, he couldn't overrule the FBI, but he could undermine it," Fox told the jury. "He did it by hiding the inmate who had been working as an informant." Haig, however, argued that moving the inmate was for the man's own protection. "Nothing uncommon about that," he said. So far, seven former members of the sheriff's department have been convicted in the obstruction probe. Two others former **SHERIFF LEE BACA** and Captain William Kerry pleaded **GUILTY** to the lesser charge of lying to federal investigators. Even before his current charges, Tanaka has long been a controversial figure in Los Angeles County. Tanaka was viewed by many as one of the precipitating forces behind the lax accountability and the problems that existed within the sheriffs department, former federal prosecutor Miriam Krinsky told KPCC earlier this week. Krinsky headed the Citizen's Commission on **JAIL** Violence, a group put together by the L.A. County Board of Supervisors to investigate allegations of deputy-on-inmate violence in L.A.'s jails. That group's final report found a "culture of violence" in the jails, and a lack of a willingness by department leaders like **BACA** and Tanaka to hold deputies accountable for misconduct. "The troubling role of Undersheriff Tanaka cannot be ignored," the report stated, pointing out that Tanaka "specifically derailed efforts to address excessive force" in Men's Central **JAIL** in downtown L.A. Tanaka retired from the department in 2013. He remains the mayor of Gardena. The best SoCal news in your inbox, daily.

View▶

Unique Visitors:  543,624

1507. KTTV-FOX   Television   Market: Los Angeles, CA

Fox 11 Ten O'Clock News

Mar 24 2016 10:00PM PT

[10:17:57 PM] [0:48]  A r. Reproductive center dr. felt throughout my most precious property. Bob de castro "fox 11 news" to the federal case against **PAUL TANAKA** begin today. They took turns describing the. Prosecutors called him named man blinded by ambition. The defense attorney said the foreigner former undersheriff was following orders from Ben **SHERIFF LEE BACA** and he is not **GUILTY.** Tanaka is charged with thwarting an FBI investigation into **JAIL** abuses. A simple device from a tech company in Santa Monica has helped cut down on burglaries. None of the homes that have the device installed have been victims.

Nielsen Audience:  108,692

1508.　　　**Burbank Leader**　Online Only　Market: Los Angeles, CA

After Baca guilty plea, focus of L.A. jail corruption case now turns toward　Mar 24 2016 12:00PM
tria　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PT

The criminal trial of **PAUL TANAKA** a once powerful figure in Los Angeles policing, is set to open
with the former undersheriff facing charges he deliberately thwarted an FBI investigation into
**JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE
BACA** is charged with conspiracy and obstruction of justice for the role prosecutorsallege he
played in a scheme to conceal the whereabouts of an inmate who was working as a federal
informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of
high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected
angrily to a secret FBI probe into the jails. In all, nine members of the department have been
convicted or pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he
admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and
visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left
office two years ago, will avoid being indicted on more serious charges and can be sentenced
to no more than six months in prison. Tanaka, who serves as mayor of the City of Gardena,
faces far longer behind bars if he is convicted, but has steadfastly maintained his innocence. On
Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom
and began selecting jurors. Always an arduous process, picking the panel was particualry
difficult as many prospective jurors said they could not commit to the trial, which is expected
to last three or four weeks. Jury selection was scheduled to continue Thursday. In the lead up
to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have
portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit
warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given
this background, it sadly is not surprising that, after learning of a federal grand jury
investigation into excessive use of force and public corruption in the [Sheriff's Department],
Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead
prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the
charges "baseless when the indictment was announced last year. At trial, Steward and his
partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was
uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center
largely on Anthony Brown, a convicted felon who began working as an FBI informant while he
was serving time in the countys main **JAIL** facility. Prosecutors accuse Tanaka of playing a
leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs
officials discovered he was an informant in August 2011. The indictment alleges thatTanaka
gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated
several underlings when agents were allowed to see their informant. And, in late August 2011,
deputies approached clerks working in the sheriff's records center and said they were acting on
orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in
the agency's database to show Brown had been released from custody when, in fact, he
remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a
broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities
under fake names to conceal his whereabouts from federal authorities. During testimony at a
deputys obstruction trial, Tanaka said he did not have a clear memory of many events, but that
Brown was moved under false names for his own safety and to make sure the Sheriff's
Department could properly investigate a cell phone FBI agents smuggled into Brown.
Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies

to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, "failed to uphold the department's goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  2,802

1509.    **Glendale News Press** Newspaper   Market: Los Angeles, CA
          After Baca guilty plea, focus of L.A. jail corruption case now turns toward   Mar 24 2016 12:00PM
          tria                                                                              PT

The criminal trial of **PAUL TANAKA** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing charges he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutorsallege he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been convicted or pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of the City of Gardena, faces far longer behind bars if he is convicted, but has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particulalry difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. Jury selection was scheduled to continue Thursday. In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges "baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. The indictment alleges thatTanaka

gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriff's records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said he did not have a clear memory of many events, but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cell phone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, "failed to uphold the department's goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin

**View▶**

Unique Visitors: 11,410

1510.   After Baca guilty plea, focus of L.A. jail corruption case now turns toward tria    La Canada Valley Sun  *Newspaper · Market: Los Angeles, CA*    Mar 24 2016 12:00PM PT

The criminal trial of **PAUL TANAKA** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing charges he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutorsallege he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been convicted or pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of the City of Gardena, faces far longer behind bars if he is convicted, but has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particulalry difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. Jury selection was scheduled to continue Thursday. In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit

warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges "baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. The indictment alleges thatTanaka gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriff's records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said he did not have a clear memory of many events, but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cell phone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, "failed to uphold the department's goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  2,443

1511.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
After Baca guilty plea, focus of L.A. jail corruption case now turns toward tria     Mar 24 2016 12:00PM PT

The criminal trial of **PAUL TANAKA** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing charges he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutorsallege he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been

convicted or pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of the City of Gardena, faces far longer behind bars if he is convicted, but has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particulalry difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. Jury selection was scheduled to continue Thursday. In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges "baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. The indictment alleges thatTanaka gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriff's records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said he did not have a clear memory of many events, but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cell phone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, "failed to uphold the department's goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  857

1512.   **Los Angeles Times**  Newspaper   Market: Los Angeles, CA
After Baca guilty plea, focus of L.A. jail corruption case now turns toward   Mar 24 2016 12:00PM
tria                                                                                      PT

The criminal trial of **PAUL TANAKA** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing charges he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutorsallege he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been convicted or pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of the City of Gardena, faces far longer behind bars if he is convicted, but has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particulalry difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. Jury selection was scheduled to continue Thursday. In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges "baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. The indictment alleges thatTanaka gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriff's records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said he did not have a clear memory of many events, but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cell phone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the

cellphone. Marx refused to speak and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, "failed to uphold the department's goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin **PAUL TANAKA, SHERIFF LEE BACA,** is charged with conspiracy and obstruction of justice for the role prosecutorsallege he played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been convicted or pleaded who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of the City of Gardena, faces far longer behind bars if he is convicted, but has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particulalry difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. Jury selection was scheduled to continue Thursday. With **PAUL TANAKA'S** indictment, L.A. County probe reaches top echelon Cindy Chang , Joel Rubin and Richard Winton What began more than four years ago as a federal investigation into brutality and corruption by deputies in L.A. County jails reached the highest echelons of the Sheriff's Department on Thursday, with. two top officials indicted on charges of orchestrating an elaborate scheme to thwart the FBI.Former. What began more than four years ago as a federal investigation into brutality and corruption by deputies in L.A. County jails reached the highest echelons of the Sheriff's Department on Thursday, with two top officials indicted on charges of orchestrating an elaborate scheme to thwart the FBI.Former.(Cindy Chang , Joel Rubin and Richard Winton) In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges "baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. Retired L.A. **SHERIFF LEE BACA** admits he lied to the FBI in the **JAIL** abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the. In the **JAIL** abuse scandal that has roiled the Los Angeles

County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) The indictment alleges thatTanaka gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriff's records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agency's database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said he did not have a clear memory of many events, but that Brown was moved under false names for his own safety and to make sure the Sheriff's Department could properly investigate a cell phone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, "failed to uphold the department's goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  15,092,236

1513.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA

After Baca's guilty plea, L.A. jail corruption case turns toward trial of his    Mar 24 2016 12:00PM to    PT

The criminal trial of **PAUL TANAKA** a once powerful figure in Los Angeles policing, is set to open with the former undersheriff facing charges he deliberately thwarted an FBI investigation into **JAIL** abuses. Tanaka, who served as the second in command to former L.A. County **SHERIFF LEE BACA** is charged with conspiracy and obstruction of justice for the role prosecutors sayhe played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been convicted or pleaded **GUILTY.** Last month, **BACA** himself joined the disgraced group when he admitted to lying to FBI agents and prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a **PLEA** deal he struck, **BACA,** who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far longer behind bars if he is convicted, but he has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected

to last three or four weeks. Jury selection was scheduled to continue Thursday. In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main **JAIL** facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. The indictment alleges thatTanaka gave **JAIL** staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriffs records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agencys database to show Brown had been released from custody when, in fact, he remained in a **JAIL** cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various **JAIL** facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriffs Department could properly investigate a cellphone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs Department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who carved out a powerful fiefdom beneath **BACA** that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted **BACA** for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the departments goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin **PAUL TANAKA, SHERIFF LEE BACA,** is charged with conspiracy and obstruction of justice for the role prosecutors sayhe played in a scheme to conceal the whereabouts of an inmate who was working as a federal informant and intimidate an FBI agent. The trial is the latest, and likely the last, in a series of high-profile prosecutions stemming from 2011, when sheriffs officials discovered and objected angrily to a secret FBI probe into the jails. In all, nine members of the department have been convicted or pleaded who left office two years ago, will avoid being indicted on more serious charges and can be sentenced to no more than six months in prison. Tanaka, who serves as mayor of Gardena, faces far longer behind bars if he is convicted, but he has steadfastly maintained his innocence. On Wednesday, the two sides entered U.S. District Judge Percy Andersons downtown courtroom and began selecting jurors. Always an arduous process, picking the panel was particularly difficult as many prospective jurors said they could not commit to the trial, which is expected to last three or four weeks. Jury selection was

Media Coverage Report

scheduled to continue Thursday. With PAUL TANAKA'S indictment, L.A. County probe reaches top echelon Cindy Chang , Joel Rubin and Richard Winton What began more than four years ago as a federal investigation into brutality and corruption by deputies in L.A. County jails reached the highest echelons of the Sheriff's Department on Thursday, with. two top officials indicted on charges of orchestrating an elaborate scheme to thwart the FBI.Former. What began more than four years ago as a federal investigation into brutality and corruption by deputies in L.A. County jails reached the highest echelons of the Sheriff's Department on Thursday, with two top officials indicted on charges of orchestrating an elaborate scheme to thwart the FBI.Former.(Cindy Chang , Joel Rubin and Richard Winton) In the lead up to trial, prosecutors from the U.S. Attorneys Public Corruption and Civil Rights Section have portrayed Tanaka in court filings as a malicious leader who, for years, largely ignored explicit warnings of abusive deputies beating inmates and rebuffed and rebuked whistleblowers. Given this background, it sadly is not surprising that, after learning of a federal grand jury investigation into excessive use of force and public corruption in the [Sheriff's Department], Tanaka closed ranks and conspired to obstruct the investigation, Brandon Fox, the lead prosecutor in the case, wrote in one filing. An attorney for Tanaka,H. Dean Steward, called the charges baseless when the indictment was announced last year. At trial, Steward and his partner, Jerome Haig, are expected to present Tanaka as a convenient scapegoat who was uninvolved in any efforts to interfere with the FBI. The allegations against Tanaka, 57, center largely on Anthony Brown, a convicted felon who began working as an FBI informant while he was serving time in the countys main facility. Prosecutors accuse Tanaka of playing a leading role in orchestrating a plan to keep FBI agents from speaking with Brown after sheriffs officials discovered he was an informant in August 2011. Retired L.A. SHERIFF LEE BACA admits he lied to the FBI in the JAIL abuse scandal Joel Rubin , Cindy Chang and Harriet Ryan In the JAIL abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has. remained open: How high did the corruption go? Retired SHERIFF LEE BACA admitted in federal court Wednesday that it went all the. In the JAIL abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired SHERIFF LEE BACA admitted in federal court Wednesday that it went all the.(Joel Rubin , Cindy Chang and Harriet Ryan) The indictment alleges thatTanaka gave JAIL staff an order forbidding agents from seeing Brown and says a furious Tanaka berated several underlings when agents were allowed to see their informant. And, in late August 2011, deputies approached clerks working in the sheriffs records center and said they were acting on orders from Tanaka, according to the indictment. They instructed the clerks to falsify entries in the agencys database to show Brown had been released from custody when, in fact, he remained in a JAIL cell, the indictment alleged. The episode, prosecutors contend, was part of a broader scheme in which the deputies repeatedly moved Brown among various facilities under fake names to conceal his whereabouts from federal authorities. During testimony at a deputys obstruction trial, Tanaka said that he did not have a clear memory of many events but that Brown was moved under false names for his own safety and to make sure the Sheriffs Department could properly investigate a cellphone FBI agents smuggled into Brown. Prosecutors also accuse Tanaka of having a hand in the decision to send two sheriffs deputies to confront Leah Marx, the lead FBI agent in the case, at her home and question her about the cellphone. Marx refused to speak, and one of the deputies threatened her with arrest. According to the indictment, when the agents supervisor called to inquire about the impending arrest, one of the deputies told him, Youre going to have to talk to the undersheriff. Until he retired in 2013, Tanaka was a polarizing figure in the Sheriffs Department. While he enjoyed support from a loyal segment of the force, he ultimately came to be seen as someone who

carved out a powerful fiefdom beneath BACA that he ran with impunity. A blue-ribbon panel that investigated the jails and found widespread problems of abuse faulted BACA for allowing his undersheriff to run the jails without effective oversight. Tanaka, they found, failed to uphold the departments goals and values. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors: 15,092,236

1514.        **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Opening statements begin in Tanaka corruption trial

Mar 24 2016 07:01AM PT

Instead of squashing the scandal, Mr. Tanaka created a greater one than he ever imagined, Fox said. Tanaka, the former second-in-command of the Sheriffs Department, is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not GUILTY. Prosecutors allege Tanaka and others within the Sheriffs Department during the summer of 2011 obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant. Prosecutors also allege that members of the Sheriffs Department tampered with potential witnesses by telling them not to cooperate with federal investigators and threatening to arrest an FBI agent at her home. The courtroom was filled with spectators, reporters, Tanakas family and friends and others, including U.S. Attorney Eileen Decker. Tanaka is the longtime mayor of the city of Gardena. Fox told the jury that when commanders and captains within the JAIL system brought concerns about excessive use of force by deputies against inmates to Tanakas attention, he ignored the problems. Fox said Tanaka and others were worried about the federal investigation because they knew that problems of abuse and corruption were going on in the jails and if the FBI investigation was successful, then those problems would be revealed. Fox said that during a special meeting held on a Saturday after Sheriffs Department officials learned about the FBI investigation, Tanaka repeatedly said F- the FBI and explained that this was one of the most important investigations in the Sheriffs Department in its 160-year history. Tanakas attorney, Jerome Haig, painted a different picture. He told the jurors that Tanaka lived by the creed of the Sheriffs Department and its core values. Haig told the jury that former SHERIFF LEE BACA was the one who was angry about the FBIs investigation. BACA was going crazy, Haig said. Haig claimed BACA gave Tanaka two broad instructions: protect the federal informant and investigate how the cellphone got into the JAIL. (Tanaka) showed up every day doing exactly what the sheriff asked him to do, Haig said. The trial, which continues today, is expected to last about three weeks.

View▶

Unique Visitors: 106,696

1515.    **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Opening statements begin in Tanaka corruption trial

Mar 24 2016 07:01AM PT

Instead of squashing the scandal, Mr. Tanaka created a greater one than he ever imagined, Fox said. Tanaka, the former second-in-command of the Sheriffs Department, is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not GUILTY. Prosecutors allege Tanaka and others within the Sheriffs Department during the summer of 2011 obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant. Prosecutors also allege that members of the Sheriffs Department tampered with potential witnesses by telling them not to cooperate with federal investigators and threatening to arrest an FBI agent at her home. The courtroom was filled with spectators,

reporters, Tanakas family and friends and others, including U.S. Attorney Eileen Decker. Tanaka is the longtime mayor of the city of Gardena. Fox told the jury that when commanders and captains within the **JAIL** system brought concerns about excessive use of force by deputies against inmates to Tanakas attention, he ignored the problems. Fox said Tanaka and others were worried about the federal investigation because they knew that problems of abuse and corruption were going on in the jails and if the FBI investigation was successful, then those problems would be revealed. Fox said that during a special meeting held on a Saturday after Sheriffs Department officials learned about the FBI investigation, Tanaka repeatedly said F- the FBI and explained that this was one of the most important investigations in the Sheriffs Department in its 160-year history. Tanakas attorney, Jerome Haig, painted a different picture. He told the jurors that Tanaka lived by the creed of the Sheriffs Department and its core values. Haig told the jury that former **SHERIFF LEE BACA** was the one who was angry about the FBIs investigation. **BACA** was going crazy, Haig said. Haig claimed **BACA** gave Tanaka two broad instructions: protect the federal informant and investigate how the cellphone got into the **JAIL.** (Tanaka) showed up every day doing exactly what the sheriff asked him to do, Haig said. The trial, which continues today, is expected to last about three weeks.

View▶

Unique Visitors:  121,157

1516.   **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Mar 24 2016 07:01AM PT

Opening statements begin in Tanaka corruption trial

Instead of squashing the scandal, Mr. Tanaka created a greater one than he ever imagined, Fox said. Tanaka, the former second-in-command of the Sheriffs Department, is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department during the summer of 2011 obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant. Prosecutors also allege that members of the Sheriffs Department tampered with potential witnesses by telling them not to cooperate with federal investigators and threatening to arrest an FBI agent at her home. The courtroom was filled with spectators, reporters, Tanakas family and friends and others, including U.S. Attorney Eileen Decker. Tanaka is the longtime mayor of the city of Gardena. Fox told the jury that when commanders and captains within the **JAIL** system brought concerns about excessive use of force by deputies against inmates to Tanakas attention, he ignored the problems. Fox said Tanaka and others were worried about the federal investigation because they knew that problems of abuse and corruption were going on in the jails and if the FBI investigation was successful, then those problems would be revealed. Fox said that during a special meeting held on a Saturday after Sheriffs Department officials learned about the FBI investigation, Tanaka repeatedly said F- the FBI and explained that this was one of the most important investigations in the Sheriffs Department in its 160-year history. Tanakas attorney, Jerome Haig, painted a different picture. He told the jurors that Tanaka lived by the creed of the Sheriffs Department and its core values. Haig told the jury that former **SHERIFF LEE BACA** was the one who was angry about the FBIs investigation. **BACA** was going crazy, Haig said. Haig claimed **BACA** gave Tanaka two broad instructions: protect the federal informant and investigate how the cellphone got into the **JAIL.** (Tanaka) showed up every day doing exactly what the sheriff asked him to do, Haig said. The trial, which continues today, is expected to last about three weeks.

View▶

Unique Visitors:  663,550

Media Coverage Report

**1517.**  **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Opening statements begin in Tanaka corruption trial

Mar 24 2016 07:01AM PT

Instead of squashing the scandal, Mr. Tanaka created a greater one than he ever imagined, Fox said. Tanaka, the former second-in-command of the Sheriffs Department, is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department during the summer of 2011 obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant. Prosecutors also allege that members of the Sheriffs Department tampered with potential witnesses by telling them not to cooperate with federal investigators and threatening to arrest an FBI agent at her home. The courtroom was filled with spectators, reporters, Tanakas family and friends and others, including U.S. Attorney Eileen Decker. Tanaka is the longtime mayor of the city of Gardena. Fox told the jury that when commanders and captains within the **JAIL** system brought concerns about excessive use of force by deputies against inmates to Tanakas attention, he ignored the problems. Fox said Tanaka and others were worried about the federal investigation because they knew that problems of abuse and corruption were going on in the jails and if the FBI investigation was successful, then those problems would be revealed. Fox said that during a special meeting held on a Saturday after Sheriffs Department officials learned about the FBI investigation, Tanaka repeatedly said F- the FBI and explained that this was one of the most important investigations in the Sheriffs Department in its 160-year history. Tanakas attorney, Jerome Haig, painted a different picture. He told the jurors that Tanaka lived by the creed of the Sheriffs Department and its core values. Haig told the jury that former **SHERIFF LEE BACA** was the one who was angry about the FBIs investigation. **BACA** was going crazy, Haig said. Haig claimed **BACA** gave Tanaka two broad instructions: protect the federal informant and investigate how the cellphone got into the **JAIL.** (Tanaka) showed up every day doing exactly what the sheriff asked him to do, Haig said. The trial, which continues today, is expected to last about three weeks.

View▶

Unique Visitors:  110,345

**1518.**  **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

Opening statements begin in Tanaka corruption trial

Mar 24 2016 07:01AM PT

Instead of squashing the scandal, Mr. Tanaka created a greater one than he ever imagined, Fox said. Tanaka, the former second-in-command of the Sheriffs Department, is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department during the summer of 2011 obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant. Prosecutors also allege that members of the Sheriffs Department tampered with potential witnesses by telling them not to cooperate with federal investigators and threatening to arrest an FBI agent at her home. The courtroom was filled with spectators, reporters, Tanakas family and friends and others, including U.S. Attorney Eileen Decker. Tanaka is the longtime mayor of the city of Gardena. Fox told the jury that when commanders and captains within the **JAIL** system brought concerns about excessive use of force by deputies against inmates to Tanakas attention, he ignored the problems. Fox said Tanaka and others were worried about the federal investigation because they knew that problems of abuse and corruption were going on in the jails and if the FBI investigation was successful, then those problems would be revealed. Fox said that during a special meeting held on a Saturday after