Sheriffs Department officials learned about the FBI investigation, Tanaka repeatedly said F- the FBI and explained that this was one of the most important investigations in the Sheriffs Department in its 160-year history. Tanakas attorney, Jerome Haig, painted a different picture. He told the jurors that Tanaka lived by the creed of the Sheriffs Department and its core values. Haig told the jury that former **SHERIFF LEE BACA** was the one who was angry about the FBIs investigation. **BACA** was going crazy, Haig said. Haig claimed **BACA** gave Tanaka two broad instructions: protect the federal informant and investigate how the cellphone got into the **JAIL.** (Tanaka) showed up every day doing exactly what the sheriff asked him to do, Haig said. The trial, which continues today, is expected to last about three weeks.

View▶

Unique Visitors: 122,249

1519.  **The Daily Breeze** asked about police bias At Tanaka trial    Newspaper   Market: Los Angeles, CA

Mar 24 2016 03:02AM PT

The men and women who could decide the fate of former Undersheriff **PAUL TANAKA** were asked Wednesday about police bias during jury selection. Tanaka, the former second-in-command of the Los Angeles County Sheriffs Department, is accused of obstructing a federal probe into brutality and corruption inside the countys downtown jails. He is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant, tampered with potential witnesses by telling them not to cooperate with federal investigators and threatened to arrest an FBI agent at her home. Jury selection began Wednesday morning in Tanakas criminal trial as more than 110 potential jurors gathered in two federal courtrooms in downtown Los Angeles. A handful of others were excused after questioning. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into the Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Seven former Sheriffs Department officials have been convicted in this case. Retired **SHERIFF LEE BACA** pleaded **GUILTY** last month to lying to federal investigators during an April 2011 interview about his involvement. **BACA** had long said he knew little about the actions his officers took. **BACA,** who is not expected to testify , is scheduled to be sentenced this spring. Tanaka was indicted in May along with a Sheriffs Department captain, William Tom Carey, who pleaded **GUILTY** in August to lying on the stand during the trial of another deputy. Carey is expected to testify. Jury selection is expected to continue this morning, and testimony could begin later in the day.

View▶

Unique Visitors: 184,597

1520.       **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA



Mar 24 2016 02:51AM PT

The men and women who could decide the fate of former Undersheriff **PAUL TANAKA** were asked Wednesday about police bias during jury selection. Tanaka, the former second-in-command of the Los Angeles County Sheriffs Department, is accused of obstructing a federal probe into brutality and corruption inside the countys downtown jails. He is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant, tampered with potential witnesses by telling them not to cooperate with federal investigators and threatened to arrest an FBI agent at her home. Jury selection began Wednesday morning in Tanakas criminal trial as more than 110 potential jurors gathered in two federal courtrooms in downtown Los Angeles. A handful of others were excused after questioning. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into the Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Seven former Sheriffs Department officials have been convicted in this case. Retired **SHERIFF LEE BACA** pleaded **GUILTY** last month to lying to federal investigators during an April 2011 interview about his involvement. **BACA** had long said he knew little about the actions his officers took. **BACA,** who is not expected to testify , is scheduled to be sentenced this spring. Tanaka was indicted in May along with a Sheriffs Department captain, William Tom Carey, who pleaded **GUILTY** in August to lying on the stand during the trial of another deputy. Carey is expected to testify. Jury selection is expected to continue this morning, and testimony could begin later in the day.

View▶

Unique Visitors: 106,696

1521.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Mar 24 2016 02:41AM PT

Prospective jurors asked about police bias at Tanaka trial

The men and women who could decide the fate of former Undersheriff **PAUL TANAKA** were asked Wednesday about police bias during jury selection. Tanaka, the former second-in-command of the Los Angeles County Sheriffs Department, is accused of obstructing a federal probe into brutality and corruption inside the countys downtown jails. He is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant, tampered with potential witnesses by telling them not to cooperate with federal investigators and threatened to arrest an FBI agent at her home. Jury selection began Wednesday morning in Tanakas criminal trial as more than 110 potential jurors gathered in two federal courtrooms in downtown Los Angeles. A handful of others were excused after questioning. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside

agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into the Mens Central JAIL and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the JAIL. Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station JAIL, and standing guard outside his cell. Seven former Sheriffs Department officials have been convicted in this case. Retired SHERIFF LEE BACA pleaded GUILTY last month to lying to federal investigators during an April 2011 interview about his involvement. BACA had long said he knew little about the actions his officers took. BACA, who is not expected to testify , is scheduled to be sentenced this spring. Tanaka was indicted in May along with a Sheriffs Department captain, William Tom Carey, who pleaded GUILTY in August to lying on the stand during the trial of another deputy. Carey is expected to testify. Jury selection is expected to continue this morning, and testimony could begin later in the day.

View▶

Unique Visitors:  110,345

1522.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Mar 24 2016 02:40AM PT

Prospective jurors asked about police bias at Tanaka trial

The men and women who could decide the fate of former Undersheriff PAUL TANAKA were asked Wednesday about police bias during jury selection. Tanaka, the former second-in-command of the Los Angeles County Sheriffs Department, is accused of obstructing a federal probe into brutality and corruption inside the countys downtown jails. He is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not GUILTY. Prosecutors allege Tanaka and others within the Sheriffs Department obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant, tampered with potential witnesses by telling them not to cooperate with federal investigators and threatened to arrest an FBI agent at her home. Jury selection began Wednesday morning in Tanakas criminal trial as more than 110 potential jurors gathered in two federal courtrooms in downtown Los Angeles. A handful of others were excused after questioning. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into the Mens Central JAIL and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the JAIL. Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station JAIL, and standing guard outside his cell. Seven former Sheriffs Department officials have been convicted in this case. Retired SHERIFF LEE BACA pleaded GUILTY last month to lying to federal investigators during an April 2011 interview about his involvement. BACA had long said he knew little about the actions his officers took. BACA, who is not expected to testify , is scheduled to be sentenced this spring. Tanaka was indicted in May along with a Sheriffs Department captain, William Tom Carey, who

pleaded **GUILTY** in August to lying on the stand during the trial of another deputy. Carey is expected to testify. Jury selection is expected to continue this morning, and testimony could begin later in the day.

View▶

Unique Visitors:  663,550

1523.   **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Prospective jurors asked about police bias at Tanaka trial

Mar 24 2016 02:40AM PT

The men and women who could decide the fate of former Undersheriff **PAUL TANAKA** were asked Wednesday about police bias during jury selection. Tanaka, the former second-in-command of the Los Angeles County Sheriffs Department, is accused of obstructing a federal probe into brutality and corruption inside the countys downtown jails. He is charged with obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant, tampered with potential witnesses by telling them not to cooperate with federal investigators and threatened to arrest an FBI agent at her home. Jury selection began Wednesday morning in Tanakas criminal trial as more than 110 potential jurors gathered in two federal courtrooms in downtown Los Angeles. A handful of others were excused after questioning. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into the Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Seven former Sheriffs Department officials have been convicted in this case. Retired **SHERIFF LEE BACA** pleaded **GUILTY** last month to lying to federal investigators during an April 2011 interview about his involvement. **BACA** had long said he knew little about the actions his officers took. **BACA,** who is not expected to testify , is scheduled to be sentenced this spring. Tanaka was indicted in May along with a Sheriffs Department captain, William Tom Carey, who pleaded **GUILTY** in August to lying on the stand during the trial of another deputy. Carey is expected to testify. Jury selection is expected to continue this morning, and testimony could begin later in the day.

View▶

Unique Visitors:  121,157

1524.   **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA

Prospective jurors asked about police bias at Tanaka trial

Mar 24 2016 02:40AM PT

The men and women who could decide the fate of former Undersheriff **PAUL TANAKA** were asked Wednesday about police bias during jury selection. Tanaka, the former second-in-command of the Los Angeles County Sheriffs Department, is accused of obstructing a federal probe into brutality and corruption inside the countys downtown jails. He is charged with

obstruction of justice and conspiracy to obstruct justice. He has pleaded not **GUILTY.** Prosecutors allege Tanaka and others within the Sheriffs Department obstructed justice when they hid an inmate from the FBI, after they learned the inmate was a federal informant, tampered with potential witnesses by telling them not to cooperate with federal investigators and threatened to arrest an FBI agent at her home. Jury selection began Wednesday morning in Tanakas criminal trial as more than 110 potential jurors gathered in two federal courtrooms in downtown Los Angeles. A handful of others were excused after questioning. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into the Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Seven former Sheriffs Department officials have been convicted in this case. Retired **SHERIFF LEE BACA** pleaded **GUILTY** last month to lying to federal investigators during an April 2011 interview about his involvement. **BACA** had long said he knew little about the actions his officers took. **BACA,** who is not expected to testify , is scheduled to be sentenced this spring. Tanaka was indicted in May along with a Sheriffs Department captain, William Tom Carey, who pleaded **GUILTY** in August to lying on the stand during the trial of another deputy. Carey is expected to testify. Jury selection is expected to continue this morning, and testimony could begin later in the day.

View▶

Unique Visitors: **122,249**

---

1525.   **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Ten O'Clock News      Mar 23 2016 10:00PM PT

[10:19:53 PM] [0:23] Officials were investigating alleged violence by deputies against prisoners. Tanaka's former boss **BACA** will be sentenced in May. Opening statements in Paul tanakar's trial at the end of the week. A rewarding connections with last month's deadly street racing accident.

Nielsen Audience: **108,692**

---

1526.   **Culver City Patch** Online Only   Market: Los Angeles, CA

'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir      Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the

proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1527. Eagle Rock Patch    Online Only    Market: Los Angeles, CA    'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir    Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were

conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors: 6,863,834

1528. **Echo Park Patch** Online Only   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir    Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering

with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1529.    **Encino Patch** *Online Only*   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir                                          Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been

following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1530.    **Hermosa Beach Patch** Online Only   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir                    Mar 23 2016 07:01PM PT

LOS ANGELES, CA- A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. More from Hermosa Beach Patch Hillary Clinton, Donald Trump Win AZ Presidential

Primary But Get Trounced in Utah, IdahoSouth Bay Weekend Guide March 17, 20162 Arrested in Suspicion of Making Bogus 911 CallsCelebrities Flock to Desert; Free Pet Adoptions; Jackie Robinson's High School Baseball Field: Saturday Smiles In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial. The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or

former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown

View▶

Unique Visitors:  6,863,834

1531.    **Highland Park-Mount Washington Patch** Online Only   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse          Mar 23 2016 07:01PM
Conspir                                                                                                          PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors: 6,863,834

1532. **Hollywood Patch**   Online Only   Market: Los Angeles, CA

'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir     Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors: 6,863,834

1533.   **Manhattan Beach Patch**  Online Only  Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir                                                          Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial. LOS ANGELES, CA- A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time

when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. More from Manhattan Beach Patch Hillary Clinton, Donald Trump Win AZ Presidential Primary But Get Trounced in Utah, IdahoHalf a Century of 'Good Vibrations,' Beach Boys' 'Pet Sounds' Turns 50Former 'Bachelor' Contestant Erin Storm Reportedly Killed in Hawthorne Plane CrashUpdated: Plane Crashes in Hawthorne In court papers, prosecutors wrote that Tanaka had. a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown

View▶

Unique Visitors:  6,863,834

1534.　　**Marina del Rey Patch** Online Only　Market: Los Angeles, CA

'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir

Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell