phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1535.   **Northridge Patch** Online Only   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir                                          Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of

"closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors: 6,863,834

1536. **Pacific Palisades Patch** Online Only   Market: Los Angeles, CA

'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir        Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to

disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1537.    **Sherman Oaks Patch** Online Only   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir                                                                      Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the

department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors: 6,863,834

1538. **Studio City Patch** Online Only   Market: Los Angeles, CA

'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir     Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can

expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1539.   **Venice Patch** Online Only   Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir                                                                     Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified

for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities. **BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View►

Unique Visitors: 6,863,834

1540. **Westwood-Century City Patch**  Online Only  Market: Los Angeles, CA
'Dogfight' of a Trial to Start for LA Undersheriff Accused of Jail Abuse Conspir

Mar 23 2016 07:01PM PT

The federal criminal trial of LA County's former number two cop is going to be a "real dogfight" promises his attorney. LOS ANGELES, CA - A federal criminal trial was scheduled to begin today for the former undersheriff of Los Angeles County on obstruction of justice charges. **PAUL TANAKA,** 56, of Gardena, is charged with one count each of conspiracy to obstruct justice and obstruction of justice. His former boss, ex- **SHERIFF LEE BACA,** pleaded **GUILTY** last month to a charge of lying to investigators and is awaiting **SENTENCING** in May. Jury selection, scheduled to begin today in downtown Los Angeles, could take two days, followed by opening statements from attorneys at the end of the week. Tanaka's attorney, H. Dean Steward, predicted the proceedings before U.S. District Judge Percy Anderson would be a "real dogfight." Prosecutors contend that Tanaka managed a secret plan in 2011 to "hide" inmate-turned-informant Anthony Brown from FBI handlers and a grand jury during a time when federal officials were conducting. a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Prosecutors said that the alleged conspiracy overseen by Tanaka also included tampering with witnesses, and threatening to arrest a federal agent who had been carrying out her lawful duties. Eight former sheriff's department officials- including a captain, two lieutenants and two sergeants- have been convicted for their roles in the cover-up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Men's Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. In court papers, prosecutors wrote that Tanaka had a history of "closing ranks" to keep hidden problems within the department. "When concerns about illegal acts by deputies were brought to his attention, Tanaka largely ignored them and he rebuffed and rebuked whistleblowers," according to federal prosecutors. "Tanaka went out of his way to disparage the internal bodies charged with rooting out corruption in his ranks, and ignored outside entities warning that the brutality in the jails had become institutionalized," prosecutors wrote. "Instead, he fostered a corrupt culture within the jails and the department." Carey pleaded **GUILTY** to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. In exchange for his **PLEA** and cooperation, Carey can expect to receive a reduced prison sentence of not more than 16 months when he goes before Anderson for **SENTENCING** in August, according to his **PLEA** agreement. Tanaka- who is on leave as mayor of Gardena- retired from the sheriff's department in August 2013. He testified for the defense in three trials of former deputies. The charges against Tanaka and Carey brought to 21 the number of current or former sheriff's officials charged in an ongoing federal probe into corruption and civil rights violations by guards at two downtown **JAIL** facilities.

**BACA** was the highest-ranking department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. The former sheriff is not expected to testify at the Tanaka trial.

View▶

Unique Visitors:  6,863,834

1541.  **KNBC-NBC** Television  Market: Los Angeles, CA

Channel 4 News 5 PM

Mar 23 2016 05:00PM PT

[5:09:54 PM] [0:23]  Jury selection bedan today for former Los Angeles county undersheriff **PAUL TANAKA.** He's accused of trying to derail an FBI investigation into violence against inmates in the county **JAIL** system. Prosecutors say that he gave orders to hide an informant and also tampered with witnesses. Several other former officials in the department are also charged in the cover-up, including former **SHERIFF LEE BACA.**

Nielsen Audience:  125,310

1542.  **KTLA-CW** Television  Market: Los Angeles, CA

KTLA 5 News at 3PM

Mar 23 2016 03:00PM PT

[3:35:31 PM] [0:34]  Jury selection is pnderway in the trial of former la county undersheriff **PAUL TANAKA.** Tanaka is facing obstruction of justice charges stemming frrm a federal investigation into inmmte abuse. Prosecutors say he plottee to hide Ann inmate who turned into an informant from FBI handlers. They say he also tampered with witnesses and threatened to arrest a federal agent. Tanaka's boss, the+former **SHERIFF LEE BACA** pleaded **GUILTY** l ast month to a charge of lying to investigators. He is not expected to testify during tanaka's trial. Offered to find the second suspect in a street race crash that killed three people on the five freeway.

Nielsen Audience:  72,145

1543.  **KTTV-FOX** Television  Market: Los Angeles, CA

Good day LA at 7am

Mar 23 2016 07:00AM PT

[7:16:28 AM] [1:00]  Save for burnee Sanders he can say we won two out of three but Hillary walks away with the delegates. 7:16 right now. Jury selection set to start today in the federal trial of former undersheriff **PAUL TANAKA.** He faces object just of justice charges in a case in 2011 the case where they tried to hide a **JAIL** informant from the fbiand the -p grand jury. They are looking into allegations of **JAIL INMATE ABUSE.** Tanaka who is on leave right now who was the mayor of gardena retired from the sheriff's department in ou August of 1013. **LEE BACA** pleaded **GUILTY** last month to a chge of lying to investigators and he is awaiting **SENTENCING** in May. Another reprieve for people who moved out of porter ranch because of the months long gas leak. A state court ruled they can stay in paid housing by socal gas beyond this Friday.

Nielsen Audience:  85,638

1544.  **KTTV-FOX** Television  Market: Los Angeles, CA

Fox 11 Morning News at 5am

Mar 23 2016 05:00AM

PT

[5:11:05 AM] [0:56]  All right, thank you so much, Doug. All right 10 minutes after 5:00 right now. Jury selection is set to start today in the federal trial of former la county undersheriff **PAUL TANAKA.** Facing obstruction of justice charges related to a 2011 case to hide a **JAIL** informant from e FBI and grand jury. They were looking into allegations of **JAIL INMATE ABUSE,** tanaka who is on leave as mayor of gardena, retired from the sheriff's department in August of 2013. His former boss, exsheriff **LEE BACA** pleaded **GUILTY** just last month to a charge of lying to investigators and is awaiting sentence nothing may. 5:11.coming up looking to buy a home? You can forget the open house.

 Nielsen Audience:  23,497

1545. **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 5am

Mar 23 2016 05:00AM PT

[5:37:19 AM] [0:41]  Jury selection is set to start today. The federal trial of former lacounty sheriff. He faces a obstruction of justice charges related to a 2011 case to hide a **JAIL** informant from the FBI as well with as the grand jury. They were looking into allegations of **JAIL INMATE ABUSE** too check that, who is on leave as mayor of gardena, retireed from the sheriff's department back in August of 2013. The former boss, the ex **SHERIFF LEE BACA** pleaded **GUILTY** last month to a charge lying to investigators in and I now awaiting **SENTENCING** in May. 5:37 now. California's tur current minimum wage is $10 an hour.

 Nielsen Audience:  23,497

1546. **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Former No. 2 at LA Sheriff's Department on trial in jail probe

Mar 22 2016 09:29PM PT

Former Los Angeles County Undersheriff **PAUL TANAKA.** Stuart Palley/ KPCC Former L.A. County Undersheriff **PAUL TANAKA,** accused of masterminding a plot to thwart a federal investigation into **INMATE ABUSE** and corruption in L.A.'s county jails, goes on trial Wednesday The former second-in-command at the sheriff's department has pled not **GUILTY** to conspiracy and obstruction. of justice. He's the latest in a parade of former sheriff's officialsincluding former Sheriff Lee Bacato have their day in court on federal charges stemming from a 2011 probe into the jails. In some ways, his is the most anticipated prosecution to date. Tanaka was viewed by many as one of the precipitating forces behind the lax accountability and the problems that existed within the sheriffs department, said former federal prosecutor Miriam Krinsky. Krinsky headed the Citizens Commission on **JAIL** Violence, a group formed by the L.A. County Board of Supervisors to look into allegations of deputy-on-inmate violence in L.A.'s jails. This case, in many ways, will put front and center the conduct and alleged misconduct of someone who very much was at the eye of the hurricane, she said. That hurricane was mostly a few-months span in 2011 when a group of deputies discovered that an inmate in Men's Central **JAIL** in Downtown L.A. was working as an FBI informant. The FBI had equipped inmate Anthony Brown with a cell phone to document and report cases of deputy-on-inmate violence in the **JAIL.** When the deputies discoveredBrown's connection to federal investigators, they moved him from **JAIL** to **JAIL** under false names and turned away federal agents who requested to speak with him. A group of deputies also waited outside the apartment building of a federal agent working the **JAIL** probe and threatened her with arrest in an attempt to intimidate her. Tanaka is accused of knowing about and even ordering some of his underlings' actions. His indictmentalso claims he was aware of cases of brutality and misconduct within the jails but

discouraged further department investigation into the wrongdoing. According to the indictment, Tanaka told supervisors to allow deputies to work within legal gray areas. Tanaka's attorney declined to comment for this story. The trial will begin Wednesday with jury selection. So far, no one charged in the probe has escaped conviction. Former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators last month.He's scheduled for **SENTENCING** in May. Inaddition, seven formersheriff's employees involved in the inmate-hiding plot were convicted of obstruction of justice. Tanakas co-defendant, former captain William Tom Carey, pleaded **GUILTY** in August to lying to investigators. Tanaka resigned as undersheriff in 2013. He unsuccessfully ran for sheriff in 2014.

View▶

Unique Visitors: 543,624

1547.  **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Ex-Sheriff Lee Baca not expected to testify in Tanaka trial

Mar 22 2016 02:14AM PT

Former Los Angeles County **SHERIFF LEE BACA** is not expected to testify at the upcoming criminal trial of former Undersheriff **PAUL TANAKA,** who is accused of obstructing a federal probe into misconduct in the county jails. The trial of Bacas former top aide is set to begin Wednesday in a downtown federal courtroom. **BACA,** who pleaded **GUILTY** last month to lying to federal investigators, expressed his intention to invoke the Fifth Amendment if called to testify, according to court documents. Tanakas attorneys requested in September that **BACA** be granted immunity so he could testify without invoking his Fifth Amendment protection against self-incrimination. The attorneys said **BACA** could provide information that directly contradicts the prosecutions claims. But U.S. District Court Judge Percy Anderson denied the defenses request. The trial of Tanaka will center on the Sheriffs Departments attempt to thwart a 2011 federal probe into civil rights violations and corruption by deputies in the countys downtown jails. In the indictment, prosecutors allege that in August and September 2011, Tanaka gave orders and oversaw actions including attempts to hide an inmate used as an FBI informant from federal investigators, and threats to arrest a FBI agent meant to prevent the FBI from investigating brutality and corruption in the jails. Seven former department officials two lieutenants, two sergeants and three deputies were convicted for their roles in the cover-up in two previous trials and received federal prison sentences ranging from 18 to 41 months. In May, the charges reached the upper echelons of the department with the indictments of Tanaka and former Capt. William Tom Carey. Three months later, Carey pleaded **GUILTY** to lying on the stand during the trial of another deputy. The rest of the charges against Carey were dropped, and he agreed to cooperate with the federal investigation. Carey is listed as a potential witness in Tanakas trial. Last month, **BACA** admitted he lied to federal investigators when he said he didnt know about the departments attempts to interfere with the federal probe. The former sheriff had long denied that he was involved in the misconduct. He will be sentenced next month. **BACA,** who was sheriff for 15 years, stepped down in 2014, a month after 18 of his deputies were arrested as a result of the FBIs probe. Prosecutors allege **BACA** put Tanaka in charge of everything related to the FBI investigation. Tanaka faces two charges: obstruction of justice and conspiracy to obstruct justice. Tanaka, who took a leave of absence from his elected position as the mayor of Gardena after he was indicted, ran for sheriff in the 2014 election won by Jim McDonnell. Tanaka effectively abandoned his campaign in the later months. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into Mens

Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Prosecutors expect that presenting their case will take 10 court days, according to court documents. They list 29 potential witnesses. Tanakas attorneys havent presented the defense they intend to use at trial, according to prosecutors. Tanakas attorney, H. Dean Steward, declined comment for this report. Prosecutors said the defense expects to call LASD Detective Mark Lillienfeld to the stand to give expert testimony, explaining that cellphones are more dangerous than guns inside jails. Tanakas attorneys attempted to submit statements that **BACA** made to federal investigators during a 2011 interview into testimony, but U.S. District Court Judge Percy Anderson denied that request. **BACA** admitted he lied during that interview. One statement was by **BACA** to federal investigators that he doesnt seek anybodys advice on big decisions. In essence, he is conceding that the cellphone investigation was his doing alone, unadvised by defendant Tanaka or anyone else, Steward wrote.

View▶

Unique Visitors:  184,597

1548.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Ex-Sheriff Lee Baca not expected to testify in Tanaka trial                              Mar 22 2016 02:12AM PT

Former Los Angeles County **SHERIFF LEE BACA** is not expected to testify at the upcoming criminal trial of former Undersheriff **PAUL TANAKA,** who is accused of obstructing a federal probe into misconduct in the county jails. The trial of Bacas former top aide is set to begin Wednesday in a downtown federal courtroom. **BACA,** who pleaded **GUILTY** last month to lying to federal investigators, expressed his intention to invoke the Fifth Amendment if called to testify, according to court documents. Tanakas attorneys requested in September that **BACA** be granted immunity so he could testify without invoking his Fifth Amendment protection against self-incrimination. The attorneys said **BACA** could provide information that directly contradicts the prosecutions claims. But U.S. District Court Judge Percy Anderson denied the defenses request. The trial of Tanaka will center on the Sheriffs Departments attempt to thwart a 2011 federal probe into civil rights violations and corruption by deputies in the countys downtown jails. In the indictment, prosecutors allege that in August and September 2011, Tanaka gave orders and oversaw actions including attempts to hide an inmate used as an FBI informant from federal investigators, and threats to arrest a FBI agent meant to prevent the FBI from investigating brutality and corruption in the jails. Seven former department officials two lieutenants, two sergeants and three deputies were convicted for their roles in the cover-up in two previous trials and received federal prison sentences ranging from 18 to 41 months. In May, the charges reached the upper echelons of the department with the indictments of Tanaka and former Capt. William Tom Carey. Three months later, Carey pleaded **GUILTY** to lying on the stand during the trial of another deputy. The rest of the charges against Carey were dropped, and he agreed to cooperate with the federal investigation. Carey is listed as a potential witness in Tanakas trial. Last month, **BACA** admitted he lied to federal investigators when he said he didnt know about the departments attempts to interfere with the federal probe. The former sheriff had long denied that he was involved in the misconduct. He will be sentenced next month. **BACA,** who was sheriff for 15 years, stepped down in 2014, a month after 18 of his deputies were arrested as a result of the FBIs probe. Prosecutors allege **BACA**

put Tanaka in charge of everything related to the FBI investigation. Tanaka faces two charges: obstruction of justice and conspiracy to obstruct justice. Tanaka, who took a leave of absence from his elected position as the mayor of Gardena after he was indicted, ran for sheriff in the 2014 election won by Jim McDonnell. Tanaka effectively abandoned his campaign in the later months. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Prosecutors expect that presenting their case will take 10 court days, according to court documents. They list 29 potential witnesses. Tanakas attorneys havent presented the defense they intend to use at trial, according to prosecutors. Tanakas attorney, H. Dean Steward, declined comment for this report. Prosecutors said the defense expects to call LASD Detective Mark Lillienfeld to the stand to give expert testimony, explaining that cellphones are more dangerous than guns inside jails. Tanakas attorneys attempted to submit statements that **BACA** made to federal investigators during a 2011 interview into testimony, but U.S. District Court Judge Percy Anderson denied that request. **BACA** admitted he lied during that interview. One statement was by **BACA** to federal investigators that he doesnt seek anybodys advice on big decisions. In essence, he is conceding that the cellphone investigation was his doing alone, unadvised by defendant Tanaka or anyone else, Steward wrote.

View▶

Unique Visitors:  106,696

1549.  **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Ex-Sheriff Lee Baca not expected to testify in Tanaka trial

Mar 22 2016 02:04AM PT

Former Los Angeles County **SHERIFF LEE BACA** is not expected to testify at the upcoming criminal trial of former Undersheriff **PAUL TANAKA,** who is accused of obstructing a federal probe into misconduct in the county jails. The trial of Bacas former top aide is set to begin Wednesday in a downtown federal courtroom. **BACA,** who pleaded **GUILTY** last month to lying to federal investigators, expressed his intention to invoke the Fifth Amendment if called to testify, according to court documents. Tanakas attorneys requested in September that **BACA** be granted immunity so he could testify without invoking his Fifth Amendment protection against self-incrimination. The attorneys said **BACA** could provide information that directly contradicts the prosecutions claims. But U.S. District Court Judge Percy Anderson denied the defenses request. The trial of Tanaka will center on the Sheriffs Departments attempt to thwart a 2011 federal probe into civil rights violations and corruption by deputies in the countys downtown jails. In the indictment, prosecutors allege that in August and September 2011, Tanaka gave orders and oversaw actions including attempts to hide an inmate used as an FBI informant from federal investigators, and threats to arrest a FBI agent meant to prevent the FBI from investigating brutality and corruption in the jails. Seven former department officials two lieutenants, two sergeants and three deputies were convicted for their roles in the cover-up in two previous trials and received federal prison sentences ranging from 18 to 41 months. In May, the charges reached the upper echelons of the department with the indictments of

Tanaka and former Capt. William Tom Carey. Three months later, Carey pleaded **GUILTY** to lying on the stand during the trial of another deputy. The rest of the charges against Carey were dropped, and he agreed to cooperate with the federal investigation. Carey is listed as a potential witness in Tanakas trial. Last month, **BACA** admitted he lied to federal investigators when he said he didnt know about the departments attempts to interfere with the federal probe. The former sheriff had long denied that he was involved in the misconduct. He will be sentenced next month. **BACA,** who was sheriff for 15 years, stepped down in 2014, a month after 18 of his deputies were arrested as a result of the FBIs probe. Prosecutors allege **BACA** put Tanaka in charge of everything related to the FBI investigation. Tanaka faces two charges: obstruction of justice and conspiracy to obstruct justice. Tanaka, who took a leave of absence from his elected position as the mayor of Gardena after he was indicted, ran for sheriff in the 2014 election won by Jim McDonnell. Tanaka effectively abandoned his campaign in the later months. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Prosecutors expect that presenting their case will take 10 court days, according to court documents. They list 29 potential witnesses. Tanakas attorneys havent presented the defense they intend to use at trial, according to prosecutors. Tanakas attorney, H. Dean Steward, declined comment for this report. Prosecutors said the defense expects to call LASD Detective Mark Lillienfeld to the stand to give expert testimony, explaining that cellphones are more dangerous than guns inside jails. Tanakas attorneys attempted to submit statements that **BACA** made to federal investigators during a 2011 interview into testimony, but U.S. District Court Judge Percy Anderson denied that request. **BACA** admitted he lied during that interview. One statement was by **BACA** to federal investigators that he doesnt seek anybodys advice on big decisions. In essence, he is conceding that the cellphone investigation was his doing alone, unadvised by defendant Tanaka or anyone else, Steward wrote.

View▶

Unique Visitors: 110,345

1550.      **Los Angeles Daily News**   Newspaper   Market: Los Angeles, CA

Mar 22 2016 02:04AM PT

**Ex-Sheriff Lee Baca not expected to testify in Tanaka trial**

Former Los Angeles County **SHERIFF LEE BACA** is not expected to testify at the upcoming criminal trial of former Undersheriff **PAUL TANAKA,** who is accused of obstructing a federal probe into misconduct in the county jails. The trial of Bacas former top aide is set to begin Wednesday in a downtown federal courtroom. **BACA,** who pleaded **GUILTY** last month to lying to federal investigators, expressed his intention to invoke the Fifth Amendment if called to testify, according to court documents. Tanakas attorneys requested in September that **BACA** be granted immunity so he could testify without invoking his Fifth Amendment protection against self-incrimination. The attorneys said **BACA** could provide information that directly contradicts the prosecutions claims. But U.S. District Court Judge Percy Anderson denied the defenses request. The trial of Tanaka will center on the Sheriffs Departments attempt to thwart a 2011

federal probe into civil rights violations and corruption by deputies in the countys downtown jails. In the indictment, prosecutors allege that in August and September 2011, Tanaka gave orders and oversaw actions including attempts to hide an inmate used as an FBI informant from federal investigators, and threats to arrest a FBI agent meant to prevent the FBI from investigating brutality and corruption in the jails. Seven former department officials two lieutenants, two sergeants and three deputies were convicted for their roles in the cover-up in two previous trials and received federal prison sentences ranging from 18 to 41 months. In May, the charges reached the upper echelons of the department with the indictments of Tanaka and former Capt. William Tom Carey. Three months later, Carey pleaded **GUILTY** to lying on the stand during the trial of another deputy. The rest of the charges against Carey were dropped, and he agreed to cooperate with the federal investigation. Carey is listed as a potential witness in Tanakas trial. Last month, **BACA** admitted he lied to federal investigators when he said he didnt know about the departments attempts to interfere with the federal probe. The former sheriff had long denied that he was involved in the misconduct. He will be sentenced next month. **BACA,** who was sheriff for 15 years, stepped down in 2014, a month after 18 of his deputies were arrested as a result of the FBIs probe. Prosecutors allege **BACA** put Tanaka in charge of everything related to the FBI investigation. Tanaka faces two charges: obstruction of justice and conspiracy to obstruct justice. Tanaka, who took a leave of absence from his elected position as the mayor of Gardena after he was indicted, ran for sheriff in the 2014 election won by Jim McDonnell. Tanaka effectively abandoned his campaign in the later months. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Prosecutors expect that presenting their case will take 10 court days, according to court documents. They list 29 potential witnesses. Tanakas attorneys havent presented the defense they intend to use at trial, according to prosecutors. Tanakas attorney, H. Dean Steward, declined comment for this report. Prosecutors said the defense expects to call LASD Detective Mark Lillienfeld to the stand to give expert testimony, explaining that cellphones are more dangerous than guns inside jails. Tanakas attorneys attempted to submit statements that **BACA** made to federal investigators during a 2011 interview into testimony, but U.S. District Court Judge Percy Anderson denied that request. **BACA** admitted he lied during that interview. One statement was by **BACA** to federal investigators that he doesnt seek anybodys advice on big decisions. In essence, he is conceding that the cellphone investigation was his doing alone, unadvised by defendant Tanaka or anyone else, Steward wrote.

View▶

Unique Visitors: 663,550

1551.  **San Gabriel Valley Tribune**   Newspaper   Market: Los Angeles, CA

Ex-Sheriff Lee Baca not expected to testify in Tanaka trial

Mar 22 2016 02:04AM PT

Former Los Angeles County **SHERIFF LEE BACA** is not expected to testify at the upcoming criminal trial of former Undersheriff **PAUL TANAKA,** who is accused of obstructing a federal

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20...   1161/1506

probe into misconduct in the county jails. The trial of Bacas former top aide is set to begin Wednesday in a downtown federal courtroom. **BACA,** who pleaded **GUILTY** last month to lying to federal investigators, expressed his intention to invoke the Fifth Amendment if called to testify, according to court documents. Tanakas attorneys requested in September that **BACA** be granted immunity so he could testify without invoking his Fifth Amendment protection against self-incrimination. The attorneys said **BACA** could provide information that directly contradicts the prosecutions claims. But U.S. District Court Judge Percy Anderson denied the defenses request. The trial of Tanaka will center on the Sheriffs Departments attempt to thwart a 2011 federal probe into civil rights violations and corruption by deputies in the countys downtown jails. In the indictment, prosecutors allege that in August and September 2011, Tanaka gave orders and oversaw actions including attempts to hide an inmate used as an FBI informant from federal investigators, and threats to arrest a FBI agent meant to prevent the FBI from investigating brutality and corruption in the jails. Seven former department officials two lieutenants, two sergeants and three deputies were convicted for their roles in the cover-up in two previous trials and received federal prison sentences ranging from 18 to 41 months. In May, the charges reached the upper echelons of the department with the indictments of Tanaka and former Capt. William Tom Carey. Three months later, Carey pleaded **GUILTY** to lying on the stand during the trial of another deputy. The rest of the charges against Carey were dropped, and he agreed to cooperate with the federal investigation. Carey is listed as a potential witness in Tanakas trial. Last month, **BACA** admitted he lied to federal investigators when he said he didnt know about the departments attempts to interfere with the federal probe. The former sheriff had long denied that he was involved in the misconduct. He will be sentenced next month. **BACA,** who was sheriff for 15 years, stepped down in 2014, a month after 18 of his deputies were arrested as a result of the FBIs probe. Prosecutors allege **BACA** put Tanaka in charge of everything related to the FBI investigation. Tanaka faces two charges: obstruction of justice and conspiracy to obstruct justice. Tanaka, who took a leave of absence from his elected position as the mayor of Gardena after he was indicted, ran for sheriff in the 2014 election won by Jim McDonnell. Tanaka effectively abandoned his campaign in the later months. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Prosecutors expect that presenting their case will take 10 court days, according to court documents. They list 29 potential witnesses. Tanakas attorneys havent presented the defense they intend to use at trial, according to prosecutors. Tanakas attorney, H. Dean Steward, declined comment for this report. Prosecutors said the defense expects to call LASD Detective Mark Lillienfeld to the stand to give expert testimony, explaining that cellphones are more dangerous than guns inside jails. Tanakas attorneys attempted to submit statements that **BACA** made to federal investigators during a 2011 interview into testimony, but U.S. District Court Judge Percy Anderson denied that request. **BACA** admitted he lied during that interview. One statement was by **BACA** to federal investigators that he doesnt seek anybodys advice on big decisions. In essence, he is conceding that the cellphone investigation was his doing alone, unadvised by defendant Tanaka or anyone else, Steward wrote.