View►

Unique Visitors:  122,249

1552.   **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

**Ex-Sheriff Lee Baca not expected to testify in Tanaka trial**

Mar 22 2016 02:04AM
PT

Former Los Angeles County **SHERIFF LEE BACA** is not expected to testify at the upcoming criminal trial of former Undersheriff **PAUL TANAKA,** who is accused of obstructing a federal probe into misconduct in the county jails. The trial of Bacas former top aide is set to begin Wednesday in a downtown federal courtroom. **BACA,** who pleaded **GUILTY** last month to lying to federal investigators, expressed his intention to invoke the Fifth Amendment if called to testify, according to court documents. Tanakas attorneys requested in September that **BACA** be granted immunity so he could testify without invoking his Fifth Amendment protection against self-incrimination. The attorneys said **BACA** could provide information that directly contradicts the prosecutions claims. But U.S. District Court Judge Percy Anderson denied the defenses request. The trial of Tanaka will center on the Sheriffs Departments attempt to thwart a 2011 federal probe into civil rights violations and corruption by deputies in the countys downtown jails. In the indictment, prosecutors allege that in August and September 2011, Tanaka gave orders and oversaw actions including attempts to hide an inmate used as an FBI informant from federal investigators, and threats to arrest a FBI agent meant to prevent the FBI from investigating brutality and corruption in the jails. Seven former department officials two lieutenants, two sergeants and three deputies were convicted for their roles in the cover-up in two previous trials and received federal prison sentences ranging from 18 to 41 months. In May, the charges reached the upper echelons of the department with the indictments of Tanaka and former Capt. William Tom Carey. Three months later, Carey pleaded **GUILTY** to lying on the stand during the trial of another deputy. The rest of the charges against Carey were dropped, and he agreed to cooperate with the federal investigation. Carey is listed as a potential witness in Tanakas trial. Last month, **BACA** admitted he lied to federal investigators when he said he didnt know about the departments attempts to interfere with the federal probe. The former sheriff had long denied that he was involved in the misconduct. He will be sentenced next month. **BACA,** who was sheriff for 15 years, stepped down in 2014, a month after 18 of his deputies were arrested as a result of the FBIs probe. Prosecutors allege **BACA** put Tanaka in charge of everything related to the FBI investigation. Tanaka faces two charges: obstruction of justice and conspiracy to obstruct justice. Tanaka, who took a leave of absence from his elected position as the mayor of Gardena after he was indicted, ran for sheriff in the 2014 election won by Jim McDonnell. Tanaka effectively abandoned his campaign in the later months. Prosecutors said Tanaka, as undersheriff, ignored warnings by command staff within the jails and by outside agencies, including the American Civil Liberties Union, that deputies were acting like gang members and beating inmates. According to the indictment, in August 2011, Sheriffs Department officials learned that a cellphone had been smuggled into Mens Central **JAIL** and into the hands of an inmate, Anthony Brown, who was working with FBI investigators. A deputy accepted a bribe from an undercover FBI agent in exchange for smuggling the phone to Brown. Sheriffs Department officials immediately began investigating how the cellphone got into the **JAIL.** Once they discovered the phone came from the FBI, they made several attempts to block the FBI from accessing Brown, including rebooking him into the system under aliases, moving him to a medical ward and the San Dimas station **JAIL,** and standing guard outside his cell. Prosecutors expect that presenting their case will take 10 court days, according to court documents. They list 29 potential witnesses. Tanakas attorneys havent presented the defense they intend to use at trial, according to prosecutors. Tanakas attorney,

H. Dean Steward, declined comment for this report. Prosecutors said the defense expects to call LASD Detective Mark Lillienfeld to the stand to give expert testimony, explaining that cellphones are more dangerous than guns inside jails. Tanakas attorneys attempted to submit statements that **BACA** made to federal investigators during a 2011 interview into testimony, but U.S. District Court Judge Percy Anderson denied that request. **BACA** admitted he lied during that interview. One statement was by **BACA** to federal investigators that he doesnt seek anybodys advice on big decisions. In essence, he is conceding that the cellphone investigation was his doing alone, unadvised by defendant Tanaka or anyone else, Steward wrote.

View▶

Unique Visitors: 121,157

1553. KCRW-FM [89,9 FM] Independent Music & NPR News  Radio   Market: Los Angeles, CA

What to expect at former Undersheriff Paul Tanakas upcoming trial          Mar 18 2016 12:38AM PT

Jury selection is scheduled to begin next Wednesday in the trial of former Los Angeles County Undersheriff **PAUL TANAKA.** He was the second in command at the Sheriffs Department under formerSheriff **LEE BACA.** Tanaka is accused ofobstructing a federal investigation. In this weeks edition of Olney in LA, Warren looks at what lead to the charges against Tanaka. He spoke with Celeste Fremon an award winning journalist and the editor of WitnessLA and Lieutenant Brian Moriguchi , the President of the Professional Peace Officers Association, a group which represents the rank and file sheriffs deputies. **PAUL TANAKA** was interviewed in November of 2013 by Warren shortly after a damning report was released. TheReport of the Citizens Commission on **JAIL** Violence looked at the culture of violence at Mens Central **JAIL** and pointed the finger at the leadership in the Sheriffs Department. At the time, Tanaka had retired from his position as Undersheriff, was serving as Mayor of Gardena (a position he still holds) and was planning to run against **BACA** for Sheriff. When asked about his part in the culture of jailhouse violence, **PAUL TANAKA,** in that 2013 interview did some finger pointing of his own, first of all its very convenient and unfortunate that the sheriff has resorted to something hes become very accustomed to and that is pointing the fingers and absolving. himself or attempting to avoid any blame. Ultimately, former **SHERIFF LEE BACA** stepped down from his position in 2014 and took some of the blame. On February 10, 2016, **BACA** pleaded **GUILTY** to lying to FBI agents and federal prosecutors who were investigating the beatings of inmates and visitors at the nationss largest **JAIL** system. Celeste Fremon says federal agents had decided tolaunch an undercover investigation using an inmate informant who was given a cell phone, and just by accident the **JAIL** personnel discovered the existence of this informant and then Sheriff **BACA** and former Undersheriff **PAUL TANAKA** learned of the existence of this undercover investigation and. the informant. The government accuses them of engaging in a deliberate plan to thwartthe undercover investigation. Fremon says those obstruction of justice charges came because they allegedly took this inmate informant and hid him from his FBI handlers, sent two members of the sheriffs department out to question and threaten one of the FBI Special Agents. Lt. Brian Moriguchi says hes not excusing Tanakas actions or those of the other deputies. But lets look at what this really is.This is a power struggle between the federal government and local law-enforcement. The FBI smuggled a cell phone into the **JAIL** and give it to a hard-core criminal. That places officers who work in the jails at risk, significant risk. By allowing an inmate to have access to a cell phone and be able to call their friends on the outside theres all sorts of reasons why thats a dangerous practice. The entire investigation led to numerous charges, trials and convictions of seven lower level members of the sheriffs department. Lt. Brian Moriguchi says its taken a toll on current members of the department, of course the whole thing is embarrassing to deputies. A recent morale survey by The

Professional Peace Officers Association had surprising findings according to Moriguchi, we found the morale is lower today than it was when **BACA** and Tanaka were in charge. I attribute that largely to an expectation (Sheriff) McDonnell was going to make changes for the better and we havent seen many changes to date. Warren asked Lt. Moriguchi what changes could have been made by the new regime that hadnt. Moriguchi says Sheriff McDonnell shouldve brought in people from the outside. Clearly we had a culture of issues under **BACA** and Tanaka that needed to be cleaned up. And people coming from the outside having fresh eyes, but still understanding what law enforcement does and what our function is, would have been beneficial. Instead hes got much of the same people running the department. When **PAUL TANAKA** goes on trial one of the questions will be whether his former boss will be called to testify. Bacas **PLEA** agreement doesnt require him to testify at Tanakas trial and if **BACA** is called, he is expected to assert his 5th Amendment right against self-incrimination and refuse to testify. Lt. Brian Moriguchi feels like the punishments levied arent equal, something just doesnt match up there, that the lower end people who are following orders of the higher end people got severe punishment and the one giving the orders have not really been held accountable today. The transcript and audio of Warrens previous interview with **PAUL TANAKA** is here. Jury selection is scheduled to begin Wednesday in the trial of former Los Angeles County Undersheriff Tanaka is accused ofobstructing a federal investigation. In this weeks edition of Olney in LA, Warren looks at what lead to the charges against Tanaka. He spoke with editor of WitnessLA Celeste Fremon and President of the Professional Peace Officers AssociatLieutenant Brian Moriguchi, the President of the Professional Peace Officers Association, a group which represents the rank and file sheriffs deputies. is called, he is expected to assert his 5th Amendment right against self-incrimination and refuse to testify. Lt. Brian Moriguchi feels like the punishments levied arent equal, something just doesnt match up there, that the lower end people who are following orders of the higher end people got severe punishment and the one giving the orders have not really been held accountable today. The transcript and audio of Warrens 2013 interview with are here.

View▶

Unique Visitors:  252,393

1554.   **KCRW-FM [89,9 FM] Independent Music & NPR News** Radio  Market: Los Angeles, CA

Transcript: Warren Olney interviews Paul Tanaka

Mar 17 2016 11:02PM PT

In November 2013, the Citizens Commission on violence in LA County said both **SHERIFF LEE BACA** and Undersheriff **PAUL TANAKA** were responsible for a failure of leadership that led to abuses including violence by deputies in county **JAIL.** Now, jury selection is scheduled to begin next Wednesday in the trial of Tanaka, who has beenaccused ofobstructing a federal investigation into the violence at Mens Central **JAIL.** The former Undersheriff talked with Warren Olney on Which Way, LA? at a time when he was running for sheriff against then-**SHERIFF LEE BACA,** whoultimately stepped down. Below isthe transcript from Warrens 2013 interview with Tanaka. Warren Olney : You were harshly criticized in the citizens Commission report at least as harshly criticized as the sheriff himself. How do you plan to convince voters under those circumstances that youre the man for the job? **PAUL TANAKA** First of all, its very convenient and unfortunate that the sheriff has resorted to something hes become very accustomed to and that is pointing fingers and absolving himself, or attempting to, of any blame. If you look at the organizational chart during the years that the Commission did the report on the **JAIL** study 2008, 2009, 2010; those are the years in question that the commission did the report on. If you look at the organizational chart youll see the jails, youll see the captain of that particular **JAIL** facility youll see three or four commanders in that chain of command on

Legal Coverage Report

the organizational chart on record. Youll see a division chief over custody, youll see an assistant sheriffs, name youll see an undersheriff s name and you will see the sheriffs name. You will not see Paul Tanakas name anywhere in that chain of command, because during that particular period of time 2008, 2009, 2010, I was in charge of fighting crime at the 23 patrol stations and via detective division and homeland security. And so for him to point the finger at me is completely wrong. He knows that I was nowhere in that **JAIL** authority during that particular time period. And, well you know, its an election year, so I see understand what hes doing. WO : Whatever the Sheriff may say or think, Miriam Krinsky who is the executive director of the citizens commission says that you Undersheriff Tanaka interjected himself in **JAIL** issues even when the jails were not under his command and goes on to We did see evidence that suggested that, at least in. tone of what he said, the undersheriff did not create a spirit of compliance within the letter of the law. PT : Well, first of all I fundamentally disagree with the findings of that report. The hiring standards have been so tinkered with in the last 15 years that its really hard to tell whos eligible and whos not for what should be a job that requires only those of the highest character and conduct to be in this business and finally the accountability system that I. would put in place is one that would hold every single person in the organization accountable for doing a job that society expects to be at the very top in the way you conduct yourself. And that accountability system would include myself, you will find it in 33 years again in law enforcement 15 years and in city government service, **PAUL TANAKA** has never pointed the finger at somebody else and said they are to blame. If Ive done something I will accept responsibility and thats the biggest change. WO : You are undersheriff, you are the second highest person in that office after the sheriff himself. Anybody can always say when something has going wrong , I could have done better. We all could say that. The fact of the matter is if you look at the years when I was the assistant sheriff 05 and 06 leading up to the first few months of 07, there was no problem with **JAIL** force. There was nothing that was reported and there was nothing that was reported on during those particular years in which I was in charge of the jails.

View▶

Unique Visitors:  252,393

1555.     **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

L.A. County Sheriff McDonnell needs backing in fight for integrity

Mar 11 2016 01:14AM PT

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the

suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  184,597

1556.     **Whittier Daily News**  Newspaper   Market: Los Angeles, CA

L.A. County Sheriff McDonnell needs backing in fight for integrity          Mar 11 2016 12:46AM
                                                                                        PT

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  45,739

1557.     **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

L.A. County Sheriff McDonnell needs backing in fight for integrity          Mar 11 2016 12:27AM
                                                                                        PT

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony

charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  110,345

1558.   **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Mar 11 2016 12:27AM PT

**L.A. County Sheriff McDonnell needs backing in fight for integrity**

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  106,696

1559.   **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Mar 11 2016 12:26AM PT

**L.A. County Sheriff McDonnell needs backing in fight for integrity**

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  663,550

1560.   **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

L.A. County Sheriff McDonnell needs backing in fight for integrity

Mar 11 2016 12:26AM PT

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense

report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  122,249

1561.  **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

L.A. County Sheriff McDonnell needs backing in fight for integrity

Mar 11 2016 12:26AM PT

The Los Angeles County Sheriffs Departments reputation for a culture of corruption was so virulent the past few years that the phrase could have been stenciled on deputies cars as a motto. Peeling away that image, and giving county residents the brand of law enforcement they deserve, has been job one for Sheriff Jim McDonnell since he succeeded **LEE BACA** in December 2014. Now were getting a reminder of how hard that job can be as well as why its so important that it be done. According to a recent report by the Los Angeles Times, McDonnell is doing a lot better than **BACA** at holding deputies accountable if they lie in official reports. This might sound like faint praise, seeing that **BACA** himself wound up pleading **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the county jails. But McDonnell deserves a hearty attaboy for his commitment to integrity. Unlike previous sheriffs, he is dealing directly with discipline cases. Ninety percent of deputies found to have made false statements in official reports have been fired, nearly twice the rate of the last three years of the **BACA** era. And when some firings have been overturned by the L.A. County Civil Service Commission, McDonnell has been fighting back in court, something that just didnt happen under **BACA.** The Times cited a chilling example: In 2010, a deputy named Daniel Genao wrote in an incident report that a suspects gun had been in the suspects waistband when in fact the gun had been tossed in a nearby planter. After witnesses disputed Genaos account, he admitted to a station detective that he had lied and pleaded **GUILTY** to a misdemeanor charge but later claimed the lie was unintentional, the result of stress and confusion. This was no little white lie, nor anything as banal as inflating an expense report. Whether a criminal suspect had a weapon, and thus was a threat to the safety of the officer, is an issue in most of the controversies about shootings by police.

View▶

Unique Visitors:  121,157

1562. **L.A. Watts Times** Online Only   Market: Los Angeles, CA

AG Harris launches criminal investigation into Sheriffs Department for Mitrice R

Mar 10 2016 10:00PM PT

:51 Written by Staff and Wire Report March 10, 2016 Staff and Wire Report Last week, California Attorney General Kamala Harris launched a criminal investigation into the sheriffs department for the death of Mitrice Richardson, whose body was found 11 months after being released from an L.A. County **JAIL** in 2010. The decision came three months after Harris initially decided no such investigation was necessary. Representatives from the AGs office declined to give a reason for the change. At the time of her detainment, her belongings including her phone, purse and money were inside of her car, which had been towed. The sheriffs detained her for a number of hours but eventually determined she was okay to be released. However, her mother, who had been contacted at the time, told the sheriffs that Richardson was suffering from a severe bipolar episode and asked if they could detain her until she was able to pick her up from the **JAIL.** They initially agreed. However, the sheriffs later reported that Richardson refused and they had to let her go because she was an adult. She was released

without money, identification or a cell phone. The 24-year-olds remains were found August 10, 2010 near Malibu Canyon. Detectives at the scene reportedly had removed the mummified body before forensics experts could perform an examination, against the coroners orders. Then L.A. County **SHERIFF, LEE BACA** defended his team, saying that he believed they handled the case within the parameters of standard procedure. Both her parents filed wrongful death lawsuits against the department in 2011 and were awarded $450,000 each. Recently, **BACA** and the department came under fire for engaging in various corrupt practices. **BACA** pleaded **GUILTY** to probing corruption and civil rights abuses. Department officials said they are fully cooperating with the investigation.

View▶

Unique Visitors:  617

1563.    **Los Angeles Sentinel**  Online Only   Market: Los Angeles, CA

AG Harris Launches Criminal Investigation into Sheriffs Department for Mitrice R                                                                             Mar 9 2016 11:45PM PT

Last week, California Attorney General Kamala Harris launched a criminal investigation into the sheriffs department for the death of Mitrice Richardson, whose body was found 11 months after being released from an L.A. County **JAIL** in 2010. (courtesy photo) Last week, California Attorney General Kamala Harris launched a criminal investigation into the sheriffs department for the death of Mitrice Richardson, whose body was found 11 months after being released from an L.A. County **JAIL** in 2010. The decision came three months after Harris initially decided no such investigation was necessary. Representatives from the AGs office declined to give a reason for the change. At the time of her detainment, her belongings including her phone, purse and money were inside of her car, which had been towed. The sheriffs detained her for a number of hours but eventually determined she was okay to be released. However, her mother, who had been contacted at the time, told the sheriffs that Richardson was suffering from a severe bipolar episode and asked if they could detain her until she was able to pick her up from the **JAIL.** They initially agreed. However, the sheriffs later reported that Richardson refused and they had to let her go because she was an adult. She was released without money, identification or a cell phone. The 24-year-olds remains were found August 10, 2010 near Malibu Canyon. Detectives at the scene reportedly had removed the mummified body before forensics experts could perform an examination, against the coroners orders. Then L.A. County **SHERIFF, LEE BACA** defended his team, saying that he believed they handled the case within the parameters of standard procedure. Both her parents filed wrongful death lawsuits against the department in 2011 and were awarded $450,000 each. Recently, **BACA** and the department came under fire for engaging in various corrupt practices. **BACA** pleaded **GUILTY** to probing corruption and civil rights abuses. Department officials said they are fully cooperating with the investigation.

View▶

Unique Visitors:  26,006

1564.    **Altadena Patch**  Online Only   Market: Los Angeles, CA

State Prison Director to Take Over as L.A. County Jails Operations Head                                                                             Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was

appeared following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors:  6,863,834

1565.  **Arcadia Patch**  Online Only  Market: Los Angeles, CA

State Prison Director to Take Over as L.A. County Jails Operations Head

Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors:  6,863,834

1566.  **Cerritos-Artesia Patch**  Online Only  Market: Los Angeles, CA

State Prison Director to Take Over as L.A. County Jails Operations Head

Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take

over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors:  6,863,834

1567.   **La Canada Flintridge Patch** Online Only   Market: Los Angeles, CA

**State Prison Director to Take Over as L.A. County Jails Operations Head**

Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors:  6,863,834

1568.   **Monrovia Patch** Online Only   Market: Los Angeles, CA
**State Prison Director to Take Over as L.A. County Jails Operations Head**

Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors: 6,863,834

1569. **Montrose Patch** Online Only　Market: Los Angeles, CA

**State Prison Director to Take Over as L.A. County Jails Operations Head**　Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors: 6,863,834

1570.　**Sierra Madre Patch** Online Only　Market: Los Angeles, CA



Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors:  6,863,834

1571. **South Pasadena Patch**   Online Only   Market: Los Angeles, CA

State Prison Director to Take Over as L.A. County Jails Operations Head

Mar 9 2016 01:56AM PT

Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation, was appointed following a nationwide search. A new assistant sheriff is headed to town to take over **JAIL** operations, Los Angeles County Sheriff Jim McDonnell announced Tuesday. Kelly Harrington, who comes from the California Department of Corrections and Rehabilitation , was appointed following a nationwide search. Harrington will replace Assistant Sheriff Terri McDonald, who announced her retirement in December. "Overcoming the challenges is just about collaborating and communication between all of the areas from the top down," Harrington said at the time. As LASD's assistant sheriff for custody operations, Harrington will be responsible for seven jails with roughly 18,000 inmates. He will take on the plan to replace the Men's Central with a Correctional Treatment Center and the county's efforts to improve treatment of mentally ill inmates in what amounts to one of the largest mental health facilities in the country. McDonnell praised the outgoing custody chief. "Assistant Sheriff Terri McDonald has led the LASD through complex negotiations with the U.S. Department of Justice and was able to achieve a federal settlement that brings committed resources and best practices to our **JAIL** system," McDonnell said. "We are grateful to Terri for leaving the department better than she found it and know that she will be successful in her future endeavors." McDonald was hired three years ago by then- **SHERIFF LEE BACA** to reform the **JAIL** system, under fire at the time for promoting a culture that tolerated. and even advocated violence against inmates. City News Service, photo courtesy of the CDCR

View▶

Unique Visitors:  6,863,834

1572.  **Burbank Leader** Online Only  Market: Los Angeles, CA

Mar 8 2016 01:00PM PT

Today: Truth in Policing. Adieu to Email's Inventor.

TOP STORIES Honestys (Now) Department Policy Telling the truth would seem to go hand-in-hand with wearinga badge.But in the Los Angeles County Sheriff s Department, it hasn't always been so. More than a dozen former employees have been convicted of crimes in a five-year-old FBI investigation , including making false reports and trying to obstruct justice. Last month, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. His successor, Jim McDonnell, has reemphasized honesty, firing deputies who dissemble and reviewing the assignments of those who have lied in the past. Still, he cant clean house completely.

View▶

Unique Visitors:  2,802

1573.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Mar 8 2016 01:00PM PT

Today: Truth in Policing. Adieu to Email's Inventor.

TOP STORIES Honestys (Now) Department Policy Telling the truth would seem to go hand-in-hand with wearinga badge.But in the Los Angeles County Sheriff s Department, it hasn't always been so. More than a dozen former employees have been convicted of crimes in a five-year-old FBI investigation , including making false reports and trying to obstruct justice. Last month, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. His successor, Jim McDonnell, has reemphasized honesty, firing deputies who dissemble and reviewing the assignments of those who have lied in the past. Still, he cant clean house completely.

View▶

Unique Visitors:  11,410

1574.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Mar 8 2016 01:00PM PT

Today: Truth in Policing. Adieu to Email's Inventor.

TOP STORIES Honestys (Now) Department Policy Telling the truth would seem to go hand-in-hand with wearinga badge.But in the Los Angeles County Sheriff s Department, it hasn't always been so. More than a dozen former employees have been convicted of crimes in a five-year-old FBI investigation , including making false reports and trying to obstruct justice. Last month, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. His successor, Jim McDonnell, has reemphasized honesty, firing deputies who dissemble and reviewing the assignments of those who have lied in the past. Still, he cant clean house completely.

View▶

Unique Visitors:  2,443

1575. **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Mar 8 2016 01:00PM PT

Today: Truth in Policing. Adieu to Email's Inventor.

TOP STORIES Honestys (Now) Department Policy Telling the truth would seem to go hand-in-hand with wearinga badge.But in the Los Angeles County Sheriff s Department, it hasn't always been so. More than a dozen former employees have been convicted of crimes in a five-year-old FBI investigation , including making false reports and trying to obstruct justice. Last month, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. His successor, Jim

McDonnell, has reemphasized honesty, firing deputies who dissemble and reviewing the assignments of those who have lied in the past. Still, he cant clean house completely.

View▶

Unique Visitors: 857

1576.  **Los Angeles Times** Newspaper Market: Los Angeles, CA

Today: Truth in Policing. Adieu to Email's Inventor.

Mar 8 2016 01:00PM PT

But in the Los Angeles County Sheriffs Department, it hasn't always been so. More than a dozen former employees have been convicted of crimes in a five-year-old FBI investigation, including making false reports and trying to obstruct justice. Last month, former **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. His successor, Jim McDonnell, has reemphasized honesty, firing deputies who dissemble and reviewing the assignments of those who have lied in the past. Still, he cant clean house completely.

View▶

Unique Visitors: 15,092,236

1577.  **Burbank Leader** Online Only Market: Los Angeles, CA

L.A. County sheriff's deputies who lied continue to draw paychecks

Mar 8 2016 12:00PM PT

He has tightened the penalties for lying on the job, fired deputies who made false statements and is reviewing the assignments of those found to have lied in the past. Some could be required to work under special conditions, such as recording all their interactions with the public. McDonnell's tough approach contrasts with that of former **SHERIFF LEE BACA** who let some proven liars off with remedial classes. **BACA** himself pleaded **GUILTY** in federal court last month to lying to federal authorities and faces up to six months in prison as part of his **PLEA** agreement with prosecutors. Establishing clear ethical boundaries is especially important as the department emerges from a period of scandal, with more than a dozen former employees convicted of crimes including lying and beating a **JAIL** visitor, McDonnell said in interviews with The Times. He said there is no place in his department for the most egregious liars. Assigning them to desk jobs is not a solution because every deputy should be ready to testify on the witness stand, he said. "My question is, for someone who is proven to be untruthful or lacks integrity or committed acts of theft, insubordination, those kinds of things, where can I put someone like this?" McDonnell said. "Where can I comfortably deploy people where we don't have that level of trust?" My question is, for someone who is proven to be untruthful or lacks integrity or committed acts of theft, insubordination, those kinds of things, where can I put someone like this? Sheriff Jim McDonnell But to fully implement his strict regime, McDonnell must contend with the Civil Service Commission, a five-member body appointed by the L.A. County Board of Supervisors that adjudicates discipline cases of county employees. In the last year, the commission has reinstated Genao as well as a deputy who lied about whether he had tried to take a photo under a woman's skirt and another deputy found to have falsely asserted that he had not witnessed a colleague beat up a **JAIL** inmate. McDonnell's efforts to challenge those decisions and two others involving false statements mark a significant change from the past. In the previous five years, the Sheriff's Department did not appeal any civil service decisions of any type, according to department officials. The number of deputies with documented histories of dishonesty could be in the dozens or hundreds and possibly includes some high-ranking supervisors, said Executive Officer Neal Tyler, McDonnell's top aide. Even if he wins the court appeals, McDonnell cannot completely clean house. Because of contractual