our marathon simulator. OUR MUST-READS FROM THE WEEKEND- A recorded interview reveals former **SHERIFF LEE BACA** lying to a federal prosecutor. Steve Lopez : "Disgrace" isn't a strong enough word to describe the Coastal Commission meeting in which its executivedirector was fired. Scientists develop a new app that uses your cellphone to detect earthquakes. L.A. Marathon Robert Gauthier / Los Angeles Times Weldon Kirui of Kenya crosses the finish line to win the L.A. Marathon with an unoffical time of 2:13:05 Weldon Kirui of Kenya crosses the finish line to win the L.A. Marathon with an unoffical time of 2:13:05 (Robert Gauthier / Los Angeles. Times) OUR MUST-READS FROM THE WEEKEND- A recorded interview reveals former lying to a federal prosecutor. Steve Lopez: "Disgrace" isn't a strong enough wordto describe the Coastal Commission meeting in which its executivedirector was fired. Scientists develop a new app that uses your cellphone to detect earthquakes.

View▶

Unique Visitors:  14,128,174

1597.   **Burbank Leader** Online Only   Market: Los Angeles, CA

Feb 14 2016 01:00PM PT

Judge should seek more prison time for Lee Baca

To the editor: The editorial on disgraced ex-L.A. County **SHERIFF LEE BACA** seems to gloss over the truth. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others ," editorial, Feb. 10) The truth is that **BACA** failed to do the right thing when confronted with jailhouse corruption. Instead, he significantly and intentionally contributed to the unlawful conduct by helping to obstruct justice. And for that conduct the feds enter an agreement that could result in a mere six months in prison (more likely, he will be sentenced to paltry probation)To make matters worse, he will get to keep almost all of his not-paltry pension. This deal is no more than a golden slap on the wrist. Why should **BACA** get off with probation or a mere six months in prison while his underlings sit behind bars for longer? The feds should be ashamed for colluding with **BACA** to perpetrate another assault the law. There is still hope that U.S. District Judge Percy Anderson will recognize this perversion of justice and seek more prison time. The judge may not be able to prevent **BACA** from receiving his pension, but he can force **BACA** to face up to the felonious conduct he pursued. Loren Mark, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  3,986

1598.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Feb 14 2016 01:00PM PT

Judge should seek more prison time for Lee Baca

To the editor: The editorial on disgraced ex-L.A. County **SHERIFF LEE BACA** seems to gloss over the truth. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others ," editorial, Feb. 10) The truth is that **BACA** failed to do the right thing when confronted with jailhouse corruption. Instead, he significantly and intentionally contributed to the unlawful conduct by helping to obstruct justice. And for that conduct the feds enter an agreement that could result in a mere six months in prison (more likely, he will be sentenced to paltry probation)To make matters worse, he will get to keep almost all of his not-paltry pension. This deal is no more than a golden slap on the wrist. Why should **BACA** get off with probation or a mere six months in prison while his underlings sit behind bars for longer? The feds should be ashamed for colluding with **BACA** to perpetrate another assault the law. There is still hope that U.S. District Judge Percy Anderson will recognize this perversion of justice and seek more

prison time. The judge may not be able to prevent **BACA** from receiving his pension, but he can force **BACA** to face up to the felonious conduct he pursued. Loren Mark, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  7,329

1599.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

**Judge should seek more prison time for Lee Baca**

Feb 14 2016 01:00PM PT

To the editor: The editorial on disgraced ex-L.A. County **SHERIFF LEE BACA** seems to gloss over the truth. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others ," editorial, Feb. 10) The truth is that **BACA** failed to do the right thing when confronted with jailhouse corruption. Instead, he significantly and intentionally contributed to the unlawful conduct by helping to obstruct justice. And for that conduct the feds enter an agreement that could result in a mere six months in prison (more likely, he will be sentenced to paltry probation)To make matters worse, he will get to keep almost all of his not-paltry pension. This deal is no more than a golden slap on the wrist. Why should **BACA** get off with probation or a mere six months in prison while his underlings sit behind bars for longer? The feds should be ashamed for colluding with **BACA** to perpetrate another assault the law. There is still hope that U.S. District Judge Percy Anderson will recognize this perversion of justice and seek more prison time. The judge may not be able to prevent **BACA** from receiving his pension, but he can force **BACA** to face up to the felonious conduct he pursued. Loren Mark, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  1,605

1600.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

**Judge should seek more prison time for Lee Baca**

Feb 14 2016 01:00PM PT

To the editor: The editorial on disgraced ex-L.A. County **SHERIFF LEE BACA** seems to gloss over the truth. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others ," editorial, Feb. 10) The truth is that **BACA** failed to do the right thing when confronted with jailhouse corruption. Instead, he significantly and intentionally contributed to the unlawful conduct by helping to obstruct justice. And for that conduct the feds enter an agreement that could result in a mere six months in prison (more likely, he will be sentenced to paltry probation)To make matters worse, he will get to keep almost all of his not-paltry pension. This deal is no more than a golden slap on the wrist. Why should **BACA** get off with probation or a mere six months in prison while his underlings sit behind bars for longer? The feds should be ashamed for colluding with **BACA** to perpetrate another assault the law. There is still hope that U.S. District Judge Percy Anderson will recognize this perversion of justice and seek more prison time. The judge may not be able to prevent **BACA** from receiving his pension, but he can force **BACA** to face up to the felonious conduct he pursued. Loren Mark, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  845

1601. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Feb 14 2016 01:00PM

To the editor: The editorial on disgraced ex-L.A. County **SHERIFF LEE BACA** seems to gloss over the truth. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others ," editorial, Feb. 10) The truth is that **BACA** failed to do the right thing when confronted with jailhouse corruption. Instead, he significantly and intentionally contributed to the unlawful conduct by helping to obstruct justice. And for that conduct the feds enter an agreement that could result in a mere six months in prison (more likely, he will be sentenced to paltry probation)To make matters worse, he will get to keep almost all of his not-paltry pension. This deal is no more than a golden slap on the wrist. Why should **BACA** get off with probation or a mere six months in prison while his underlings sit behind bars for longer? The feds should be ashamed for colluding with **BACA** to perpetrate another assault the law. There is still hope that U.S. District Judge Percy Anderson will recognize this perversion of justice and seek more prison time. The judge may not be able to prevent **BACA** from receiving his pension, but he can force **BACA** to face up to the felonious conduct he pursued. Loren Mark, Los Angeles Follow the Opinion section on Twitter @latimesopinion and seems to gloss over the truth. "Justice finally catches up with who helped deny it to others," editorial, Feb. 10) The truth is that failed to do the right thing when confronted with jailhouse corruption. Instead, he significantly and intentionally contributed to the unlawful conduct by helping to obstruct justice. And for that conduct the feds enter an agreement that could result in a mere six months in prison (more likely, he will be sentenced to paltry probation)To make matters worse, he will get to keep almost all of his not-paltry pension. This deal is no more than a golden slap on the wrist. Why should to face up to the felonious conduct he pursued. Loren Mark, Los Angeles Follow the Opinion section on Twitter @latimesopinionandFacebook Submit a Letter to the Editor Please fill in your full name, mailing address, city of residence, phone number and e-mail address below. Submissions that do not include this information cannot be published.

View▶

Unique Visitors:  14,128,174

1602.    California attorney general opens criminal investigation into Sheriffs    Feb 14 2016 03:14AM
         **The Daily Breeze**  Newspaper  Market: Los Angeles, CA                              PT
         Departmen

A spokeswoman with the attorney generals office this week would not comment on what compelled them to change their decision. We cannot comment further on the specifics of this review, as it is ongoing, the spokeswoman said in an email response. The attorney generals agreement to review the conduct at the Sheriffs Department was made late last month, but on Wednesday former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** in federal court to one count of lying to government investigators probing corruption and civil rights abuses by the department. Bacas **PLEA** is considered a major development in a long-standing federal criminal investigation into corruption and abuse by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. **BACA** had long defended the way deputies from the Malibu/Lost Hills Sheriffs Station had handled Richardsons case, even amid criticism. On Sept. 16, 2009, Mitrice Richardson dined at Geoffreys restaurant on Pacific Coast Highway, then was briefly detained by deputies for not paying her bill. Park rangers who were patrolling the area to check for illegal marijuana farms found her near a creek bed where few traveled. Deputies arrived and removed the bones, and once again met with criticism, this time from the Los Angeles County Coroners office. **BACA** had told reporters he believed his officers followed procedures and that deputies had asked her to stay in **JAIL** until her mother arrived, but Richardson refused. The Office of Independent Review , which

oversees the Sheriffs Department, agreed with him. In the meantime, Richardsons parents, who are not married to each other, filed separate wrongful death suits and in 2011 were awarded $450,000 each by Los Angeles County. Hampton said Thursday she was elated to learn that **BACA** would be held accountable for some of his actions, however, she said it wasnt satisfying. Now I am just saddened that there is still no justice for Mitrice, she said. While the exposure of the corruption that has occurred within the LASD **JAIL** system is a positive outcome for the county, there are still no answers for what happened to Mitrice and it is likely that those in the department have answers to what occurred during her disappearance and death. As for as the attorney general is concerned, I am trying to remain hopeful that their review of Mitrice Richardsons handling by the LASD is an earnest attempt to explain what happened to her so that she may rest in peace, Hampton added. My thoughts are always focused ensuring that her beautiful life was not in vain.

View▶

Unique Visitors:  156,982

1603.    **KCBS-CBS** Television   Market: Los Angeles, CA

SoCal Week in Review                                          Feb 13 2016 11:30PM PT

[11:31:10 PM] [2:24]  Pat: I'm pat Harvey. The big story this week the former chair of minute he lied in a corruption case now he could go to prison. **LEE BACA** appeared in a courtroom I Wednesday. Randy paige is live. Reporter: do you have any comment? This is former la county **SHERIFF LEE BACA** leaving federal court after he pleaded **GUILTY** to lying to federal investigators. No one is above the law. Us attorney eileen decker said the **GUILTY** pleas and German undercover FBI investigation into corruption evolving sheriff's deputies at the lacounty **JAIL. JAIL** inmate work as an undercover FBI informant bribes a deputy and a smuggling a cell phone into the **JAIL.** According to the **PLEA** agreement **BACA** told his command staff to approach one of the fbi's special agent handling the undercover investigation into everything but put handcuffs on her. That led to this confrontation caught on tape the next day to the woman with her back to the camera is the ai agent. The man in the white shirt is in la county sheriff's detective. According to the **PLEA** agreement two years later sheriff **BACA** told the FBI he was not aware the lasd officials were going to FBI special agents at entering a **GUILTY PLEA** the former sheriff admits he lied about this and several other statements regarding the undercover investigation. After his retirement in 2014 the former sheriff spoke to our political reporter Dave Bryan. Cut a deal when you leave office and would be indicted. After he pleaded **GUILTY** former **SHERIFF LEE BACA** stood on the courthouse steps while his attorney read this statement. You want to acknowledge that he says I made a mistake and accept full responsibility and is being held accountable for that mistake. He will always love the men and women of the sheriff's department and plans to serve no matters how many were there. In exchange for his **GUILTY PLEA** the us attorney's office agreed to ask the judge to issue a sentence of not more than six months in state prison. Now it's up to the judge to decide whether or not to accept the deal. Pat: tough questions for Senator Barbara boxer.

Nielsen Audience:  70,813

1604.    **Burbank Leader** Online Only   Market: Los Angeles, CA

How Baca defended himself in The Times during the jails scandal        Feb 13 2016 01:00PM PT

to federal agents investigating **INMATE ABUSE** at Los Angeles County jails. Around the time investigators had interviewed him, **BACA** wrote several letters to The Times defending his

reforms at the jails which editorials derided as inadequate and his broader record as sheriff. **BACA** characterized one report as sensational (in a letter published on Dec. 24, 2013) and bristled at a Times editorial encouraging him not to run for reelection (ultimately, he would resign before his term expired)The former sheriff announced his resignation on Jan 7, 2014; he was defending himself on The Times' letters page right up until his departure from office. Here are two letters from **BACA** in 2013 explaining his actions as the jails scandal was unfolding. On Feb. 12, 2013, **BACA** responded to an editorial critical of his actions on jails: Your editorial ignores what my staff and I have done over the last several years to ensure the safety of Los Angeles County jails. The incidents of alleged excessive force have been thoroughly investigated and turned over to the U.S. attorney's office and the Los Angeles County district attorney's office for their disposition. Furthermore, I implemented a Custody Training Bureau that ensures deputies' methods of force are well within the standards of justice. I have also created a force prevention policy, the first and only one of its kind in the nation. I selected Terri McDonald as the new assistant sheriff for the custody division to continue our efforts to be the safest and most rehabilitative **JAIL** system in the nation. McDonald is going to focus on state realignment and the recommendations made by the Citizens' Commission on **JAIL** Violence. She is the perfect choice. On Aug. 6, 2013, in response to an editorial, **BACA** laid out his case for reelection: I find it disconcerting that The Times has decided it should deprive voters of the right to select whomever they please as the next sheriff. Democracy is about giving voters choices, not denying them. In 2014, I intend to seek reelection on my record, which includes: - Leading the effort to reduce crime and violence to historically low levels; Guiding the Sheriff's Department through a period of excruciating state and local budget cuts, without reducing programs to protect the safety of L.A. County residents; Bringing the county's forensic capabilities into the 21st century and dramatically improving our capacity to solve and prosecute crimes; Implementing effective programs to dramatically reduce the recidivism rate and prevent future crimes; Responding vigorously to the instances of abuse in the county **JAIL** system and leading the effort to institutionalize far-reaching reforms. This is a record I am proud to place before the voters of L.A. County. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 3,986

1605.    **Burbank Leader** Online Only  Market: Los Angeles, CA

Essential California: What former Sheriff Baca told investigators

Feb 13 2016 01:00PM PT

It is Saturday, Feb. 13. Heres what you dont want to miss this weekend: TOP STORIES Lying to investigators: In a confidential interview with federal prosecutors, former Los Angeles County **SHERIFF LEE BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart a federal investigation into corruption and. brutality by deputies in the countys jails, according to a recording of the interview. **BACA** admitted this week in federal court that he lied during the April 2013 interview. Los Angeles Times App for that: California scientists want to use your mobile phone to help detect earthquakes. An app announced Friday could one day alert you to a quake, giving you seconds of warning before the shaking begins.

View▶

Unique Visitors: 3,986

1606.    **Glendale News Press** Newspaper  Market: Los Angeles, CA



It is Saturday, Feb. 13. Here's what you don't want to miss this weekend: TOP STORIES Lying to investigators: In a confidential interview with federal prosecutors, former Los Angeles County **SHERIFF LEE BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart a federal investigation into corruption and. brutality by deputies in the countys jails, according to a recording of the interview. **BACA** admitted this week in federal court that he lied during the April 2013 interview. Los Angeles Times App for that: California scientists want to use your mobile phone to help detect earthquakes. An app announced Friday could one day alert you to a quake, giving you seconds of warning before the shaking begins.

Feb 13 2016 01:00PM PT

View▶

Unique Visitors: 7,329

1607.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

How Baca defended himself in The Times during the jails scandal

Feb 13 2016 01:00PM PT

to federal agents investigating **INMATE ABUSE** at Los Angeles County jails. Around the time investigators had interviewed him, **BACA** wrote several letters to The Times defending his reforms at the jails which editorials derided as inadequate and his broader record as sheriff. **BACA** characterized one report as sensational (in a letter published on Dec. 24, 2013) and bristled at a Times editorial encouraging him not to run for reelection (ultimately, he would resign before his term expired)The former sheriff announced his resignation on Jan 7, 2014; he was defending himself on The Times' letters page right up until his departure from office. Here are two letters from **BACA** in 2013 explaining his actions as the jails scandal was unfolding. On Feb. 12, 2013, **BACA** responded to an editorial critical of his actions on jails: Your editorial ignores what my staff and I have done over the last several years to ensure the safety of Los Angeles County jails. The incidents of alleged excessive force have been thoroughly investigated and turned over to the U.S. attorney's office and the Los Angeles County district attorney's office for their disposition. Furthermore, I implemented a Custody Training Bureau that ensures deputies' methods of force are well within the standards of justice. I have also created a force prevention policy, the first and only one of its kind in the nation. I selected Terri McDonald as the new assistant sheriff for the custody division to continue our efforts to be the safest and most rehabilitative **JAIL** system in the nation. McDonald is going to focus on state realignment and the recommendations made by the Citizens' Commission on **JAIL** Violence. She is the perfect choice. On Aug. 6, 2013, in response to an editorial, **BACA** laid out his case for reelection: I find it disconcerting that The Times has decided it should deprive voters of the right to select whomever they please as the next sheriff. Democracy is about giving voters choices, not denying them. In 2014, I intend to seek reelection on my record, which includes: - Leading the effort to reduce crime and violence to historically low levels; Guiding the Sheriff's Department through a period of excruciating state and local budget cuts, without reducing programs to protect the safety of L.A. County residents; Bringing the county's forensic capabilities into the 21st century and dramatically improving our capacity to solve and prosecute crimes; Implementing effective programs to dramatically reduce the recidivism rate and prevent future crimes; Responding vigorously to the instances of abuse in the county **JAIL** system and leading the effort to institutionalize far-reaching reforms. This is a record I am proud to place before the voters of L.A. County. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  7,329

1608.  **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Essential California: What former Sheriff Baca told investigators

Feb 13 2016 01:00PM PT

It is Saturday, Feb. 13. Heres what you dont want to miss this weekend: TOP STORIES Lying to investigators: In a confidential interview with federal prosecutors, former Los Angeles County **SHERIFF LEE BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart a federal investigation into corruption and. brutality by deputies in the countys jails, according to a recording of the interview. **BACA** admitted this week in federal court that he lied during the April 2013 interview. Los Angeles Times App for that: California scientists want to use your mobile phone to help detect earthquakes. An app announced Friday could one day alert you to a quake, giving you seconds of warning before the shaking begins.

View▶

Unique Visitors:  1,605

1609.  **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

How Baca defended himself in The Times during the jails scandal

Feb 13 2016 01:00PM PT

to federal agents investigating **INMATE ABUSE** at Los Angeles County jails. Around the time investigators had interviewed him, **BACA** wrote several letters to The Times defending his reforms at the jails which editorials derided as inadequate and his broader record as sheriff. **BACA** characterized one report as sensational (in a letter published on Dec. 24, 2013) and bristled at a Times editorial encouraging him not to run for reelection (ultimately, he would resign before his term expired)The former sheriff announced his resignation on Jan 7, 2014; he was defending himself on The Times' letters page right up until his departure from office. Here are two letters from **BACA** in 2013 explaining his actions as the jails scandal was unfolding. On Feb. 12, 2013, **BACA** responded to an editorial critical of his actions on jails: Your editorial ignores what my staff and I have done over the last several years to ensure the safety of Los Angeles County jails. The incidents of alleged excessive force have been thoroughly investigated and turned over to the U.S. attorney's office and the Los Angeles County district attorney's office for their disposition. Furthermore, I implemented a Custody Training Bureau that ensures deputies' methods of force are well within the standards of justice. I have also created a force prevention policy, the first and only one of its kind in the nation. I selected Terri McDonald as the new assistant sheriff for the custody division to continue our efforts to be the safest and most rehabilitative **JAIL** system in the nation. McDonald is going to focus on state realignment and the recommendations made by the Citizens' Commission on **JAIL** Violence. She is the perfect choice. On Aug. 6, 2013, in response to an editorial, **BACA** laid out his case for reelection: I find it disconcerting that The Times has decided it should deprive voters of the right to select whomever they please as the next sheriff. Democracy is about giving voters choices, not denying them. In 2014, I intend to seek reelection on my record, which includes: - Leading the effort to reduce crime and violence to historically low levels; Guiding the Sheriff's Department through a period of excruciating state and local budget cuts, without reducing programs to protect the safety of L.A. County residents; Bringing the county's forensic capabilities into the 21st century and dramatically improving our capacity to solve and prosecute crimes; Implementing effective programs to dramatically reduce the recidivism rate and prevent future crimes; Responding vigorously to the instances of abuse in the county **JAIL**

Legal Coverage Report

system and leading the effort to institutionalize far-reaching reforms. This is a record I am proud to place before the voters of L.A. County. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  1,605

---

1610.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Feb 13 2016 01:00PM PT

How Baca defended himself in The Times during the jails scandal

to federal agents investigating **INMATE ABUSE** at Los Angeles County jails. Around the time investigators had interviewed him, **BACA** wrote several letters to The Times defending his reforms at the jails which editorials derided as inadequate and his broader record as sheriff. **BACA** characterized one report as sensational (in a letter published on Dec. 24, 2013) and bristled at a Times editorial encouraging him not to run for reelection (ultimately, he would resign before his term expired)The former sheriff announced his resignation on Jan 7, 2014; he was defending himself on The Times' letters page right up until his departure from office. Here are two letters from **BACA** in 2013 explaining his actions as the jails scandal was unfolding. On Feb. 12, 2013, **BACA** responded to an editorial critical of his actions on jails: Your editorial ignores what my staff and I have done over the last several years to ensure the safety of Los Angeles County jails. The incidents of alleged excessive force have been thoroughly investigated and turned over to the U.S. attorney's office and the Los Angeles County district attorney's office for their disposition. Furthermore, I implemented a Custody Training Bureau that ensures deputies' methods of force are well within the standards of justice. I have also created a force prevention policy, the first and only one of its kind in the nation. I selected Terri McDonald as the new assistant sheriff for the custody division to continue our efforts to be the safest and most rehabilitative **JAIL** system in the nation. McDonald is going to focus on state realignment and the recommendations made by the Citizens' Commission on **JAIL** Violence. She is the perfect choice. On Aug. 6, 2013, in response to an editorial, **BACA** laid out his case for reelection: I find it disconcerting that The Times has decided it should deprive voters of the right to select whomever they please as the next sheriff. Democracy is about giving voters choices, not denying them. In 2014, I intend to seek reelection on my record, which includes: - Leading the effort to reduce crime and violence to historically low levels; Guiding the Sheriff's Department through a period of excruciating state and local budget cuts, without reducing programs to protect the safety of L.A. County residents; Bringing the county's forensic capabilities into the 21st century and dramatically improving our capacity to solve and prosecute crimes; Implementing effective programs to dramatically reduce the recidivism rate and prevent future crimes; Responding vigorously to the instances of abuse in the county **JAIL** system and leading the effort to institutionalize far-reaching reforms. This is a record I am proud to place before the voters of L.A. County. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  845

---

1611.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Feb 13 2016 01:00PM PT

Essential California: What former Sheriff Baca told investigators

It is Saturday, Feb. 13. Heres what you dont want to miss this weekend: TOP STORIES Lying to investigators: In a confidential interview with federal prosecutors, former Los Angeles County

**SHERIFF LEE BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart a federal investigation into corruption and. brutality by deputies in the countys jails, according to a recording of the interview. **BACA** admitted this week in federal court that he lied during the April 2013 interview. Los Angeles Times App for that: California scientists want to use your mobile phone to help detect earthquakes. An app announced Friday could one day alert you to a quake, giving you seconds of warning before the shaking begins.

View▶

Unique Visitors: 845

1612. **Los Angeles Times** Newspaper  Market: Los Angeles, CA

How Baca defended himself in The Times during the jails scandal

Feb 13 2016 01:00PM PT

to federal agents investigating **INMATE ABUSE** at Los Angeles County jails. Around the time investigators had interviewed him, **BACA** wrote several letters to The Times defending his reforms at the jails which editorials derided as inadequate and his broader record as sheriff. **BACA** characterized one report as sensational (in a letter published on Dec. 24, 2013) and bristled at a Times editorial encouraging him not to run for reelection (ultimately, he would resign before his term expired)The former sheriff announced his resignation on Jan 7, 2014; he was defending himself on The Times' letters page right up until his departure from office. Here are two letters from **BACA** in 2013 explaining his actions as the jails scandal was unfolding. On Feb. 12, 2013, **BACA** responded to an editorial critical of his actions on jails: Your editorial ignores what my staff and I have done over the last several years to ensure the safety of Los Angeles County jails. The incidents of alleged excessive force have been thoroughly investigated and turned over to the U.S. attorney's office and the Los Angeles County district attorney's office for their disposition. Furthermore, I implemented a Custody Training Bureau that ensures deputies' methods of force are well within the standards of justice. I have also created a force prevention policy, the first and only one of its kind in the nation. I selected Terri McDonald as the new assistant sheriff for the custody division to continue our efforts to be the safest and most rehabilitative **JAIL** system in the nation. McDonald is going to focus on state realignment and the recommendations made by the Citizens' Commission on **JAIL** Violence. She is the perfect choice. On Aug. 6, 2013, in response to an editorial, **BACA** laid out his case for reelection: I find it disconcerting that The Times has decided it should deprive voters of the right to select whomever they please as the next sheriff. Democracy is about giving voters choices, not denying them. In 2014, I intend to seek reelection on my record, which includes: - Leading the effort to reduce crime and violence to historically low levels; Guiding the Sheriff's Department through a period of excruciating state and local budget cuts, without reducing programs to protect the safety of L.A. County residents; Bringing the county's forensic capabilities into the 21st century and dramatically improving our capacity to solve and prosecute crimes; Implementing effective programs to dramatically reduce the recidivism rate and prevent future crimes; Responding vigorously to the instances of abuse in the county **JAIL** system and leading the effort to institutionalize far-reaching reforms. This is a record I am proud to place before the voters of L.A. County. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 14,128,174

1613. **Los Angeles Times** Newspaper  Market: Los Angeles, CA



**Essential California: What former Sheriff Baca told investigators**

Feb 13 2016 01:00PM PT

It is Saturday, Feb. 13. Heres what you dont want to miss this weekend: TOP STORIES Lying to investigators: In a confidential interview with federal prosecutors, former Los Angeles County **SHERIFF LEE BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart a federal investigation into corruption and. brutality by deputies in the countys jails, according to a recording of the interview. **BACA** admitted this week in federal court that he lied during the April 2013 interview. Los Angeles Times App for that: California scientists want to use your mobile phone to help detect earthquakes. An app announced Friday could one day alert you to a quake, giving you seconds of warning before the shaking begins.

View▶

Unique Visitors: 14,128,174

1614.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

**Opinion: Is it OK to be a woman and not vote for Hillary Clinton?**

Feb 13 2016 12:00PM PT

They don't: "The Food and Drug Administration, which has the power to regulate date labels, has chosen not to, precisely because they are not related to safety. Food scientists say that not a single food safety outbreak in the U.S. has been traced to a food being consumed past date." L.A. Times L.A. County's former top cop may soon go to prison. Ex- **SHERIFF LEE BACA** pleaded **GUILTY** earlier this week to lying to federal agents investigating his department's **JAIL** scandal in 2013. The Times' editorial board hopes this means counties will get serious about oversight of their sheriff's departments: "Perhaps **BACA** will occupy the cell recently vacated by equally disgraced former Orange County Sheriff Michael Carona. And perhaps counties will now provide a level of oversight that is sufficiently muscular to ensure that it won't be necessary, anytime soon, for the feds to come and clean up the sheriff's mess." L.A. Times And finally, a correction: Some readers noticed that last week's newsletter incorrectly said the date. was "Saturday, Feb.

View▶

Unique Visitors: 14,128,174

1615.  **Burbank Leader** Online Only   Market: Los Angeles, CA

**Recorded interview reveals former Sheriff Lee Baca lying to a federal prosecutor**

Feb 13 2016 11:00AM PT

The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his Los Angeles County jails. Had he known in advance, the prosecutor asked, that two of his deputies were going to confront the lead FBI agent at her home? "I wasn't aware of any of the particulars, **BACA** said. In fact, he knew all about it. See more of our top stories on Facebook >> It was the first of three lies prosecutors say **BACA** told federal authorities during the four-hour interview at his lawyer's downtown office. According to a recording of the confidential interview obtained by The Times, **BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart the federal investigation. He instead cast blame on a long list of targets: immature deputies; sheriff's managers who had wide latitude to supervise employees; even federal authorities

themselves, for failing to alert **BACA** to their secret civil rights investigation. The one person **BACA** didn't blame was himself. That changed this week when **BACA,** as part of a deal he struck with prosecutors, admitted in court that he had lied about the encounter with the FBI agent. Federal prosecutors allege that the visit to the FBI agent's home along with a threat to arrest her was an attempt to intimidate her and obstruct the federal investigation into the jails. In testimony and interviews with federal authorities, some of **BACA'S** subordinates contradicted what he told prosecutors. **BACA,** they said, instructed deputies to go to the agent's home and interview her. "Just don't put handcuffs on her, **BACA** said, according to an FBI summary of an interview with a former sheriff's captain. **BACA'S GUILTY PLEA** Wednesday to making a false statement marked a stunning reversal for the longtime law enforcement leader who had previously insisted he played no role in the **JAIL** scandal. In his **PLEA** agreement, the 73-year-old retired sheriff did not contest the other false statements prosecutors accused him of making in the interview. Interested in the stories shaping California? Sign up for the free Essential California newsletter **BACA** is the ninth former sheriff's official to be convicted in the obstruction of justice case. He faces up to six months in prison under the terms of the deal he made with the U.S. attorney's office. His former second in command, retired Undersheriff **PAUL TANAKA** is scheduled to go to trial next month on charges he obstructed the FBI probe. At the heart of the obstruction case is how sheriff's officials responded when they discovered in 2011 that FBI agents were secretly investigating the jails and had gone so far as to smuggle a cellphone to an inmate working as a federal informant. In the interview with prosecutors, **BACA** said he had always been willing to cooperate with the FBI, but he also made clear that he had been upset at the time about the federal agency's incursion into his domain. "Let me say this," he responded when a prosecutor asked him if he had ever told others he resented the FBI for investigating the jails. "Resentment is not a word that I typically use on anything, including the FBI. Was I angry? Yes. Did I feel that it caused more difficulty than it should have? Yes." **BACA** was facing off against Brandon Fox, who had prosecuted public corruption cases in Chicago before coming to Los Angeles. Fox's precise delivery contrasted with **BACA'S** off-topic discourses and occasionally combative tone. Fox began the interview by assuring **BACA** that he was not a target of a federal criminal investigation. The prosecutor, however, warned that could change down the road. The questioning soon turned to an emergency weekend meeting **BACA** attended with his staff days after learning about the smuggled cellphone. "Are you talking about the Saturday meeting?" **BACA** asked. "The famous Saturday meeting," Fox responded. **BACA,** an avid runner, explained that he had been scheduled to compete in a road race the morning of Aug. 20, 2011, but scratched so he could attend the meeting. Fox pressed the sheriff on whether he recalled any discussion about keeping FBI agents away from the inmate, Anthony Brown, who was providing information on corruption and beatings by deputies. Soon after the meeting, sheriff's officials secreted Brown to a remote **JAIL** facility and registered him in the department's computer system under fake names. "Whether Saturday or ensuing days, I'm not aware of any direct involvement with any conversation about keeping the FBI and Mr. Brown away from one another, **BACA** said. Prosecutors alleged in a complaint filed this week that **BACA** was not being truthful and that he did discuss keeping the FBI from Brown. According to the **PLEA** agreement, **BACA** ordered that Brown be isolated and that deputies investigate how Brown obtained the cellphone, putting Tanaka in charge of executing his orders. As Fox continued to try to pin **BACA** down on the issue, the sheriff maintained that he had been concerned only about keeping Brown safe from other inmates as well as deputies, leaving the details of how to handle Brown to others. Fox pointed out that other inmates who had made allegations about violent deputies were not treated the same way. The prosecutor asked whether the safety concerns were tied to Brown's status as an FBI informant. **BACA** evaded the questions, instead shifting blame onto the FBI for secretly investigating the jails

without alerting him. If the FBI had asked him for access to Brown, he would have happily given it, **BACA** said. "If we had better communication, we would have had a different outcome, **BACA** said. Tensions grew between Fox and **BACA** as the interview stretched into the late afternoon. The sheriff often responded to the prosecutor's questions by straying off topic or turning questions into an opportunity to highlight his accomplishments. At one point, Fox asked whether the FBI's investigation had led to fewer cases of deputies beating up **JAIL** inmates. It wasn't the federal inquiry, **BACA** replied, but his own policies and practices that triggered the improvement. He launched into a defense of his leadership in the jails before asserting that many young deputies are afraid of inmates and "aren't even able to get in a serious fight." **BACA,** who had not worked as a line deputy for decades and has a lean runner's physique, described himself as a. "pencil neck." "An inmate could kick my butt real easy. But it has to be a big one, not a medium-sized one," he told Fox. The culture of the jails, he continued, was "us versus them," with the inmates as the enemy and deputies the "good guys." To change that dynamic, he said, jails should ensure that deputies are responsible for educating inmates. Fox did manage to get straight answers when he inquired whether **BACA** knew that sheriff's deputies had interrupted and ended a jailhouse interview between FBI agents and the inmate informant. "No, **BACA** said flatly. "No," he said again when asked if Greg Thompson, a lieutenant working in the jails, had apologized to him for allowing the FBI agents to speak with the informant. Federal prosecutors allege **BACA'S** denials were false. Thompson had gone to **BACA** after the agents met with Brown, promising it would not happen again, according to **BACA'S PLEA** agreement. Fox noted that tensions between the FBI and the Sheriff's Department eased at one point in the late summer of 2011 a "calm period" that happened to coincide with **BACA'S** vacation. **BACA** returned to work days before his deputies confronted the FBI agent at her home on Sept. 26, 2011. "While you're gone, things get a little bit better. And then you get back, and then four days later, [sheriff's deputies] are at Leah Marx's house threatening to arrest her. Is there some sort of cause and effect based on something you did?" Fox asked. **BACA** insisted he knew nothing about the incident at the agent's home until receiving a phone call from the head of the FBI's Los Angeles office. According to the **PLEA** agreement, however, **BACA** had attended a meeting the day before, instructing the deputies to approach Marx and do everything short of putting handcuffs on her. In the interview, **BACA** said a threat by one of the deputies to arrest the FBI agent was inappropriate and an "impulsive reaction." Did the deputy actually intend to arrest her, or was he bluffing? Fox asked. "I don't believe anyone should lie under any circumstances, **BACA** replied. joel.rubin@latimes.com | Twitter: @joelrubin cindy.chang@latimes.com | Twitter: @CindyChangLA MORE ON L.A. JAILS UNDER SCRUTINY Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Editorial: Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others Why ex-L.A. **SHERIFF LEE BACA** gets to keep. his pension even if he goes to **JAIL** for lying

View▶

Unique Visitors:  3,986

1616.  **Burbank Leader** Online Only   Market: Los Angeles, CA

Hear the lies that federal prosecutors say Sheriff Lee Baca told them

Feb 13 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** this week to a felony count of making a false statement in the **JAIL** abuse scandal that led him to step down in 2014. In a **PLEA** deal filed in court Wednesday, **BACA** admitted to one lie and agreed not to contest allegations that he told other lies during an interview with federal prosecutors on April 12, 2013. Audio of the interview, which was obtained by The Times, shows that prosecutors grilled **BACA** for

about four hours about the unfolding scandal, including whether he tried to obstruct an FBI investigation into allegations of corruption and brutality by his sheriff's deputies. The U.S. attorney's office alleges that BACA told three lies: 1. The visit to an FBI agent's home Read more Weeks after sheriff's officials learned that the FBI was secretly investigating the jails, two sheriff's investigators confronted one of the lead FBI agents outside her home. One investigator told the agent, Leah Marx, they were in the process of obtaining a warrant for her arrest. BACA told prosecutors that he did not know about the Sept. 26, 2011, visit to Marx's home until the head of the local FBI office, Steve Martinez, called him to ask about the encounter. In his PLEA agreement filed this week, BACA admitted that he knew in advance of the plan to approach Marx. Prosecutors alleged in the same document that BACA gave the instruction for sheriff's investigators to visit the FBI agent and "further stated that [they] should do everything but put handcuffs on" her. BACA leaves court on Feb. 10, 2016, after pleading GUILTY to a felony count of making a false statement. (Mark Boster/Los Angeles Times) 2. Hiding the inmate informant Read more Federal prosecutors have alleged at two separate trials that sheriff's officials attempted to obstruct FBI agents by keeping them away from an inmate who had been working with them to identify corrupt and violent deputies in the jails. The inmate, Anthony Brown , was moved from the downtown Men's Central JAIL to a holding cell in the San Dimas sheriff's patrol station. Jailers kept him under constant surveillance and listed him in department records under a series of fake names. Lt. GREGORY THOMPSON sent an email to employees saying that the FBI would need approval before interviewing any inmate in sheriff's custody. Prosecutors alleged that Thompson also directed staff to prevent FBI agents from meeting with Brown specifically. During his interview, BACA said he wasn't involved in any discussions to prevent agents from accessing the inmate. In the court complaint filed this week, prosecutors alleged that BACA "had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping inmate [Anthony Brown] away from the FBI." The Sheriff's Department's "Core Values," which BACA required deputies to memorize, are painted on the wall. at the JAIL. (Luis Sinco / Los Angeles Times) 3. Halting FBI interview with inmate Full story In the interview with prosecutors, BACA denied knowing that a meeting between FBI agents and the inmate informant was cut short by his deputies. He also denied that Thompson, the sheriff's lieutenant, apologized to him for allowing the FBI to conduct the interview. According to the PLEA agreement, however, Thompson informed BACA of the aborted interview, apologizing and promising that the FBI would not be allowed to speak to Brown again. Sgt. Maricela Long, left, leaves the federal courthouse after being sentenced to prison on obstruction charges in 2014. She and six others sentenced to prison remain free pending appeals. (Los Angeles Times) Under the terms of the PLEA deal, BACA would receive no more than six months in prison. He is the ninth former sheriffs official convicted in connection with the obstruction case in federal court. A former sheriff's captain who has pleaded GUILTY to lying under oath has yet to be sentenced. Seven other lower-ranking officials have been convicted and sentenced to prison terms ranging from a year and a half to more than three years. They remain free pending appeals. BACA'S former top aide, retired Undersheriff PAUL TANAKA faces trial next month. For more law enforcement and courts news, follow @cindychangLA , @joelrubin and @jackfleonard Times staff writer Richard Winton contributed to this report. ALSO Staff cuts at O.C. JAIL made escape easier, deputies' union contends Why ex-L.A. SHERIFF LEE BACA gets to keep his pension even if he goes to JAIL for lying At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box' Copyright 2016, Los Angeles Times

View▶

Unique Visitors:  3,986

1617.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Recorded interview reveals former Sheriff Lee Baca lying to a federal prosecutor                    Feb 13 2016 11:00AM PT

The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his Los Angeles County jails. Had he known in advance, the prosecutor asked, that two of his deputies were going to confront the lead FBI agent at her home? "I wasn't aware of any of the particulars, **BACA** said. In fact, he knew all about it. See more of our top stories on Facebook >> It was the first of three lies prosecutors say **BACA** told federal authorities during the four-hour interview at his lawyer's downtown office. According to a recording of the confidential interview obtained by The Times, **BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart the federal investigation. He instead cast blame on a long list of targets: immature deputies; sheriff's managers who had wide latitude to supervise employees; even federal authorities themselves, for failing to alert **BACA** to their secret civil rights investigation. The one person **BACA** didn't blame was himself. That changed this week when **BACA,** as part of a deal he struck with prosecutors, admitted in court that he had lied about the encounter with the FBI agent. Federal prosecutors allege that the visit to the FBI agent's home along with a threat to arrest her was an attempt to intimidate her and obstruct the federal investigation into the jails. In testimony and interviews with federal authorities, some of **BACA'S** subordinates contradicted what he told prosecutors. **BACA,** they said, instructed deputies to go to the agent's home and interview her. "Just don't put handcuffs on her, **BACA** said, according to an FBI summary of an interview with a former sheriff's captain. **BACA'S GUILTY PLEA** Wednesday to making a false statement marked a stunning reversal for the longtime law enforcement leader who had previously insisted he played no role in the **JAIL** scandal. In his **PLEA** agreement, the 73-year-old retired sheriff did not contest the other false statements prosecutors accused him of making in the interview. Interested in the stories shaping California? Sign up for the free Essential California newsletter **BACA** is the ninth former sheriff's official to be convicted in the obstruction of justice case. He faces up to six months in prison under the terms of the deal he made with the U.S. attorney's office. His former second in command, retired Undersheriff **PAUL TANAKA** is scheduled to go to trial next month on charges he obstructed the FBI probe. At the heart of the obstruction case is how sheriff's officials responded when they discovered in 2011 that FBI agents were secretly investigating the jails and had gone so far as to smuggle a cellphone to an inmate working as a federal informant. In the interview with prosecutors, **BACA** said he had always been willing to cooperate with the FBI, but he also made clear that he had been upset at the time about the federal agency's incursion into his domain. "Let me say this," he responded when a prosecutor asked him if he had ever told others he resented the FBI for investigating the jails. "Resentment is not a word that I typically use on anything, including the FBI. Was I angry? Yes. Did I feel that it caused more difficulty than it should have? Yes." **BACA** was facing off against Brandon Fox, who had prosecuted public corruption cases in Chicago before coming to Los Angeles. Fox's precise delivery contrasted with **BACA'S** off-topic discourses and occasionally combative tone. Fox began the interview by assuring **BACA** that he was not a target of a federal criminal investigation. The prosecutor, however, warned that could change down the road. The questioning soon turned to an emergency weekend meeting **BACA** attended with his staff days after learning about the smuggled cellphone. "Are you talking about the Saturday meeting?" **BACA** asked. "The famous Saturday meeting," Fox responded. **BACA,** an avid runner, explained that he had been scheduled to compete in a road race the morning of Aug. 20, 2011, but scratched so he could attend the meeting. Fox pressed the

sheriff on whether he recalled any discussion about keeping FBI agents away from the inmate, Anthony Brown, who was providing information on corruption and beatings by deputies. Soon after the meeting, sheriff's officials secreted Brown to a remote JAIL facility and registered him in the department's computer system under fake names. "Whether Saturday or ensuing days, I'm not aware of any direct involvement with any conversation about keeping the FBI and Mr. Brown away from one another, BACA said. Prosecutors alleged in a complaint filed this week that BACA was not being truthful and that he did discuss keeping the FBI from Brown. According to the PLEA agreement, BACA ordered that Brown be isolated and that deputies investigate how Brown obtained the cellphone, putting Tanaka in charge of executing his orders. As Fox continued to try to pin BACA down on the issue, the sheriff maintained that he had been concerned only about keeping Brown safe from other inmates as well as deputies, leaving the details of how to handle Brown to others. Fox pointed out that other inmates who had made allegations about violent deputies were not treated the same way. The prosecutor asked whether the safety concerns were tied to Brown's status as an FBI informant. BACA evaded the questions, instead shifting blame onto the FBI for secretly investigating the jails without alerting him. If the FBI had asked him for access to Brown, he would have happily given it, BACA said. "If we had better communication, we would have had a different outcome, BACA said. Tensions grew between Fox and BACA as the interview stretched into the late afternoon. The sheriff often responded to the prosecutor's questions by straying off topic or turning questions into an opportunity to highlight his accomplishments. At one point, Fox asked whether the FBI's investigation had led to fewer cases of deputies beating up JAIL inmates. It wasn't the federal inquiry, BACA replied, but his own policies and practices that triggered the improvement. He launched into a defense of his leadership in the jails before asserting that many young deputies are afraid of inmates and "aren't even able to get in a serious fight." BACA, who had not worked as a line deputy for decades and has a lean runner's physique, described himself as a. "pencil neck." "An inmate could kick my butt real easy. But it has to be a big one, not a medium-sized one," he told Fox. The culture of the jails, he continued, was "us versus them," with the inmates as the enemy and deputies the "good guys." To change that dynamic, he said, jails should ensure that deputies are responsible for educating inmates. Fox did manage to get straight answers when he inquired whether BACA knew that sheriff's deputies had interrupted and ended a jailhouse interview between FBI agents and the inmate informant. "No, BACA said flatly. "No," he said again when asked if Greg Thompson, a lieutenant working in the jails, had apologized to him for allowing the FBI agents to speak with the informant. Federal prosecutors allege BACA'S denials were false. Thompson had gone to BACA after the agents met with Brown, promising it would not happen again, according to BACA'S PLEA agreement. Fox noted that tensions between the FBI and the Sheriff's Department eased at one point in the late summer of 2011 a "calm period" that happened to coincide with BACA'S vacation. BACA returned to work days before his deputies confronted the FBI agent at her home on Sept. 26, 2011. "While you're gone, things get a little bit better. And then you get back, and then four days later, [sheriff's deputies] are at Leah Marx's house threatening to arrest her. Is there some sort of cause and effect based on something you did?" Fox asked. BACA insisted he knew nothing about the incident at the agent's home until receiving a phone call from the head of the FBI's Los Angeles office. According to the PLEA agreement, however, BACA had attended a meeting the day before, instructing the deputies to approach Marx and do everything short of putting handcuffs on her. In the interview, BACA said a threat by one of the deputies to arrest the FBI agent was inappropriate and an "impulsive reaction." Did the deputy actually intend to arrest her, or was he bluffing? Fox asked. "I don't believe anyone should lie under any circumstances, BACA replied. joel.rubin@latimes.com | Twitter: @joelrubin cindy.chang@latimes.com | Twitter: