Legal Coverage Report

@CindyChangLA MORE ON L.A. JAILS UNDER SCRUTINY Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Editorial: Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others Why ex-L.A. **SHERIFF LEE BACA** gets to keep. his pension even if he goes to **JAIL** for lying

**View**▶

Unique Visitors: 7,329

1618.  **Glendale News Press** Newspaper  Market: Los Angeles, CA

Hear the lies that federal prosecutors say Sheriff Lee Baca told them
Feb 13 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** this week to a felony count of making a false statement in the **JAIL** abuse scandal that led him to step down in 2014. In a **PLEA** deal filed in court Wednesday, **BACA** admitted to one lie and agreed not to contest allegations that he told other lies during an interview with federal prosecutors on April 12, 2013. Audio of the interview, which was obtained by The Times, shows that prosecutors grilled **BACA** for about four hours about the unfolding scandal, including whether he tried to obstruct an FBI investigation into allegations of corruption and brutality by his sheriff's deputies. The U.S. attorney's office alleges that **BACA** told three lies: 1. The visit to an FBI agent's home Read more Weeks after sheriff's officials learned that the FBI was secretly investigating the jails, two sheriff's investigators confronted one of the lead FBI agents outside her home. One investigator told the agent, Leah Marx, they were in the process of obtaining a warrant for her arrest. **BACA** told prosecutors that he did not know about the Sept. 26, 2011, visit to Marx's home until the head of the local FBI office, Steve Martinez, called him to ask about the encounter. In his **PLEA** agreement filed this week, **BACA** admitted that he knew in advance of the plan to approach Marx. Prosecutors alleged in the same document that **BACA** gave the instruction for sheriff's investigators to visit the FBI agent and "further stated that [they] should do everything but put handcuffs on" her. **BACA** leaves court on Feb. 10, 2016, after pleading **GUILTY** to a felony count of making a false statement. (Mark Boster/Los Angeles Times) 2. Hiding the inmate informant Read more Federal prosecutors have alleged at two separate trials that sheriff's officials attempted to obstruct FBI agents by keeping them away from an inmate who had been working with them to identify corrupt and violent deputies in the jails. The inmate, Anthony Brown , was moved from the downtown Men's Central **JAIL** to a holding cell in the San Dimas sheriff's patrol station. Jailers kept him under constant surveillance and listed him in department records under a series of fake names. Lt. **GREGORY THOMPSON** sent an email to employees saying that the FBI would need approval before interviewing any inmate in sheriff's custody. Prosecutors alleged that Thompson also directed staff to prevent FBI agents from meeting with Brown specifically. During his interview, **BACA** said he wasn't involved in any discussions to prevent agents from accessing the inmate. In the court complaint filed this week, prosecutors alleged that **BACA** "had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping inmate [Anthony Brown] away from the FBI." The Sheriff's Department's "Core Values," which **BACA** required deputies to memorize, are painted on the wall. at the **JAIL.** (Luis Sinco / Los Angeles Times) 3. Halting FBI interview with inmate Full story In the interview with prosecutors, **BACA** denied knowing that a meeting between FBI agents and the inmate informant was cut short by his deputies. He also denied that Thompson, the sheriff's lieutenant, apologized to him for allowing the FBI to conduct the interview. According to the **PLEA** agreement, however, Thompson informed **BACA** of the aborted interview, apologizing and promising that the FBI would not be allowed to speak to Brown again. Sgt. Maricela Long, left, leaves the federal courthouse after being sentenced to prison on obstruction charges in 2014. She and six others

sentenced to prison remain free pending appeals. (Los Angeles Times) Under the terms of the **PLEA** deal, **BACA** would receive no more than six months in prison. He is the ninth former sheriffs official convicted in connection with the obstruction case in federal court. A former sheriff's captain who has pleaded **GUILTY** to lying under oath has yet to be sentenced. Seven other lower-ranking officials have been convicted and sentenced to prison terms ranging from a year and a half to more than three years. They remain free pending appeals. **BACA'S** former top aide, retired Undersheriff **PAUL TANAKA** faces trial next month. For more law enforcement and courts news, follow @cindychangLA , @joelrubin and @jackfleonard Times staff writer Richard Winton contributed to this report. ALSO Staff cuts at O.C. **JAIL** made escape easier, deputies' union contends Why ex-L.A. **SHERIFF LEE BACA** gets to keep his pension even if he goes to **JAIL** for lying At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box' Copyright 2016, Los Angeles Times

View▶

Unique Visitors: 7,329

1619.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
Recorded interview reveals former Sheriff Lee Baca lying to a federal          Feb 13 2016 11:00AM
prosecutor                                                                                              PT

The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his Los Angeles County jails. Had he known in advance, the prosecutor asked, that two of his deputies were going to confront the lead FBI agent at her home? "I wasn't aware of any of the particulars, **BACA** said. In fact, he knew all about it. See more of our top stories on Facebook >> It was the first of three lies prosecutors say **BACA** told federal authorities during the four-hour interview at his lawyer's downtown office. According to a recording of the confidential interview obtained by The Times, **BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart the federal investigation. He instead cast blame on a long list of targets: immature deputies; sheriff's managers who had wide latitude to supervise employees; even federal authorities themselves, for failing to alert **BACA** to their secret civil rights investigation. The one person **BACA** didn't blame was himself. That changed this week when **BACA,** as part of a deal he struck with prosecutors, admitted in court that he had lied about the encounter with the FBI agent. Federal prosecutors allege that the visit to the FBI agent's home along with a threat to arrest her was an attempt to intimidate her and obstruct the federal investigation into the jails. In testimony and interviews with federal authorities, some of **BACA'S** subordinates contradicted what he told prosecutors. **BACA,** they said, instructed deputies to go to the agent's home and interview her. "Just don't put handcuffs on her, **BACA** said, according to an FBI summary of an interview with a former sheriff's captain. **BACA'S GUILTY PLEA** Wednesday to making a false statement marked a stunning reversal for the longtime law enforcement leader who had previously insisted he played no role in the **JAIL** scandal. In his **PLEA** agreement, the 73-year-old retired sheriff did not contest the other false statements prosecutors accused him of making in the interview. Interested in the stories shaping California? Sign up for the free Essential California newsletter **BACA** is the ninth former sheriff's official to be convicted in the obstruction of justice case. He faces up to six months in prison under the terms of the deal he made with the U.S. attorney's office. His former second in command, retired Undersheriff **PAUL TANAKA** is scheduled to go to trial next month on charges he obstructed the FBI probe. At the heart of the obstruction case is how sheriff's officials responded when they discovered in 2011 that FBI agents were secretly investigating the jails and had gone so far as to smuggle a

cellphone to an inmate working as a federal informant. In the interview with prosecutors, BACA said he had always been willing to cooperate with the FBI, but he also made clear that he had been upset at the time about the federal agency's incursion into his domain. "Let me say this," he responded when a prosecutor asked him if he had ever told others he resented the FBI for investigating the jails. "Resentment is not a word that I typically use on anything, including the FBI. Was I angry? Yes. Did I feel that it caused more difficulty than it should have? Yes." BACA was facing off against Brandon Fox, who had prosecuted public corruption cases in Chicago before coming to Los Angeles. Fox's precise delivery contrasted with BACA'S off-topic discourses and occasionally combative tone. Fox began the interview by assuring BACA that he was not a target of a federal criminal investigation. The prosecutor, however, warned that could change down the road. The questioning soon turned to an emergency weekend meeting BACA attended with his staff days after learning about the smuggled cellphone. "Are you talking about the Saturday meeting?" BACA asked. "The famous Saturday meeting," Fox responded. BACA, an avid runner, explained that he had been scheduled to compete in a road race the morning of Aug. 20, 2011, but scratched so he could attend the meeting. Fox pressed the sheriff on whether he recalled any discussion about keeping FBI agents away from the inmate, Anthony Brown, who was providing information on corruption and beatings by deputies. Soon after the meeting, sheriff's officials secreted Brown to a remote JAIL facility and registered him in the department's computer system under fake names. "Whether Saturday or ensuing days, I'm not aware of any direct involvement with any conversation about keeping the FBI and Mr. Brown away from one another, BACA said. Prosecutors alleged in a complaint filed this week that BACA was not being truthful and that he did discuss keeping the FBI from Brown. According to the PLEA agreement, BACA ordered that Brown be isolated and that deputies investigate how Brown obtained the cellphone, putting Tanaka in charge of executing his orders. As Fox continued to try to pin BACA down on the issue, the sheriff maintained that he had been concerned only about keeping Brown safe from other inmates as well as deputies, leaving the details of how to handle Brown to others. Fox pointed out that other inmates who had made allegations about violent deputies were not treated the same way. The prosecutor asked whether the safety concerns were tied to Brown's status as an FBI informant. BACA evaded the questions, instead shifting blame onto the FBI for secretly investigating the jails without alerting him. If the FBI had asked him for access to Brown, he would have happily given it, BACA said. "If we had better communication, we would have had a different outcome, BACA said. Tensions grew between Fox and BACA as the interview stretched into the late afternoon. The sheriff often responded to the prosecutor's questions by straying off topic or turning questions into an opportunity to highlight his accomplishments. At one point, Fox asked whether the FBI's investigation had led to fewer cases of deputies beating up JAIL inmates. It wasn't the federal inquiry, BACA replied, but his own policies and practices that triggered the improvement. He launched into a defense of his leadership in the jails before asserting that many young deputies are afraid of inmates and "aren't even able to get in a serious fight." BACA, who had not worked as a line deputy for decades and has a lean runner's physique, described himself as a. "pencil neck." "An inmate could kick my butt real easy. But it has to be a big one, not a medium-sized one," he told Fox. The culture of the jails, he continued, was "us versus them," with the inmates as the enemy and deputies the "good guys." To change that dynamic, he said, jails should ensure that deputies are responsible for educating inmates. Fox did manage to get straight answers when he inquired whether BACA knew that sheriff's deputies had interrupted and ended a jailhouse interview between FBI agents and the inmate informant. "No, BACA said flatly. "No," he said again when asked if Greg Thompson, a lieutenant working in the jails, had apologized to him for allowing the FBI agents to speak with the informant. Federal prosecutors allege BACA'S denials were false. Thompson

Media Coverage Report

had gone to **BACA** after the agents met with Brown, promising it would not happen again, according to **BACA'S PLEA** agreement. Fox noted that tensions between the FBI and the Sheriff's Department eased at one point in the late summer of 2011 a "calm period" that happened to coincide with **BACA'S** vacation. **BACA** returned to work days before his deputies confronted the FBI agent at her home on Sept. 26, 2011. "While you're gone, things get a little bit better. And then you get back, and then four days later, [sheriff's deputies] are at Leah Marx's house threatening to arrest her. Is there some sort of cause and effect based on something you did?" Fox asked. **BACA** insisted he knew nothing about the incident at the agent's home until receiving a phone call from the head of the FBI's Los Angeles office. According to the **PLEA** agreement, however, **BACA** had attended a meeting the day before, instructing the deputies to approach Marx and do everything short of putting handcuffs on her. In the interview, **BACA** said a threat by one of the deputies to arrest the FBI agent was inappropriate and an "impulsive reaction." Did the deputy actually intend to arrest her, or was he bluffing? Fox asked. "I don't believe anyone should lie under any circumstances, **BACA** replied. joel.rubin@latimes.com | Twitter: @joelrubin cindy.chang@latimes.com | Twitter: @CindyChangLA MORE ON L.A. JAILS UNDER SCRUTINY Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Editorial: Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others Why ex-L.A. **SHERIFF LEE BACA** gets to keep. his pension even if he goes to **JAIL** for lying

View▶

Unique Visitors:  1,605

1620.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Hear the lies that federal prosecutors say Sheriff Lee Baca told them

Feb 13 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** this week to a felony count of making a false statement in the **JAIL** abuse scandal that led him to step down in 2014. In a **PLEA** deal filed in court Wednesday, **BACA** admitted to one lie and agreed not to contest allegations that he told other lies during an interview with federal prosecutors on April 12, 2013. Audio of the interview, which was obtained by The Times, shows that prosecutors grilled **BACA** for about four hours about the unfolding scandal, including whether he tried to obstruct an FBI investigation into allegations of corruption and brutality by his sheriff's deputies. The U.S. attorney's office alleges that **BACA** told three lies: 1. The visit to an FBI agent's home Read more Weeks after sheriff's officials learned that the FBI was secretly investigating the jails, two sheriff's investigators confronted one of the lead FBI agents outside her home. One investigator told the agent, Leah Marx, they were in the process of obtaining a warrant for her arrest. **BACA** told prosecutors that he did not know about the Sept. 26, 2011, visit to Marx's home until the head of the local FBI office, Steve Martinez, called him to ask about the encounter. In his **PLEA** agreement filed this week, **BACA** admitted that he knew in advance of the plan to approach Marx. Prosecutors alleged in the same document that **BACA** gave the instruction for sheriff's investigators to visit the FBI agent and "further stated that [they] should do everything but put handcuffs on" her. **BACA** leaves court on Feb. 10, 2016, after pleading **GUILTY** to a felony count of making a false statement. (Mark Boster/Los Angeles Times) 2. Hiding the inmate informant Read more Federal prosecutors have alleged at two separate trials that sheriff's officials attempted to obstruct FBI agents by keeping them away from an inmate who had been working with them to identify corrupt and violent deputies in the jails. The inmate, Anthony Brown , was moved from the downtown Men's Central **JAIL** to a holding cell in the San Dimas sheriff's patrol station. Jailers kept him under constant surveillance and listed him in department records under a series of fake names. Lt. **GREGORY THOMPSON** sent an email to

employees saying that the FBI would need approval before interviewing any inmate in sheriff's custody. Prosecutors alleged that Thompson also directed staff to prevent FBI agents from meeting with Brown specifically. During his interview, **BACA** said he wasn't involved in any discussions to prevent agents from accessing the inmate. In the court complaint filed this week, prosecutors alleged that **BACA** "had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping inmate [Anthony Brown] away from the FBI." The Sheriff's Department's "Core Values," which **BACA** required deputies to memorize, are painted on the wall. at the **JAIL.** (Luis Sinco / Los Angeles Times) 3. Halting FBI interview with inmate Full story In the interview with prosecutors, **BACA** denied knowing that a meeting between FBI agents and the inmate informant was cut short by his deputies. He also denied that Thompson, the sheriff's lieutenant, apologized to him for allowing the FBI to conduct the interview. According to the **PLEA** agreement, however, Thompson informed **BACA** of the aborted interview, apologizing and promising that the FBI would not be allowed to speak to Brown again. Sgt. Maricela Long, left, leaves the federal courthouse after being sentenced to prison on obstruction charges in 2014. She and six others sentenced to prison remain free pending appeals. (Los Angeles Times) Under the terms of the **PLEA** deal, **BACA** would receive no more than six months in prison. He is the ninth former sheriffs official convicted in connection with the obstruction case in federal court. A former sheriff's captain who has pleaded **GUILTY** to lying under oath has yet to be sentenced. Seven other lower-ranking officials have been convicted and sentenced to prison terms ranging from a year and a half to more than three years. They remain free pending appeals. **BACA'S** former top aide, retired Undersheriff **PAUL TANAKA** faces trial next month. For more law enforcement and courts news, follow @cindychangLA , @joelrubin and @jackfleonard Times staff writer Richard Winton contributed to this report. ALSO Staff cuts at O.C. **JAIL** made escape easier, deputies' union contends Why ex-L.A. **SHERIFF LEE BACA** gets to keep his pension even if he goes to **JAIL** for lying At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box' Copyright 2016, Los Angeles Times

View▶

Unique Visitors: 1,605

1621.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Hear the lies that federal prosecutors say Sheriff Lee Baca told them

Feb 13 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** this week to a felony count of making a false statement in the **JAIL** abuse scandal that led him to step down in 2014. In a **PLEA** deal filed in court Wednesday, **BACA** admitted to one lie and agreed not to contest allegations that he told other lies during an interview with federal prosecutors on April 12, 2013. Audio of the interview, which was obtained by The Times, shows that prosecutors grilled **BACA** for about four hours about the unfolding scandal, including whether he tried to obstruct an FBI investigation into allegations of corruption and brutality by his sheriff's deputies. The U.S. attorney's office alleges that **BACA** told three lies: 1. The visit to an FBI agent's home Read more Weeks after sheriff's officials learned that the FBI was secretly investigating the jails, two sheriff's investigators confronted one of the lead FBI agents outside her home. One investigator told the agent, Leah Marx, they were in the process of obtaining a warrant for her arrest. **BACA** told prosecutors that he did not know about the Sept. 26, 2011, visit to Marx's home until the head of the local FBI office, Steve Martinez, called him to ask about the encounter. In his **PLEA** agreement filed this week, **BACA** admitted that he knew in advance of the plan to approach Marx. Prosecutors alleged in the same document that **BACA** gave the instruction for sheriff's investigators to visit the FBI agent and "further stated that [they] should do everything but put

handcuffs on" her. **BACA** leaves court on Feb. 10, 2016, after pleading **GUILTY** to a felony count of making a false statement. (Mark Boster/Los Angeles Times) 2. Hiding the inmate informant Read more Federal prosecutors have alleged at two separate trials that sheriff's officials attempted to obstruct FBI agents by keeping them away from an inmate who had been working with them to identify corrupt and violent deputies in the jails. The inmate, Anthony Brown , was moved from the downtown Men's Central **JAIL** to a holding cell in the San Dimas sheriff's patrol station. Jailers kept him under constant surveillance and listed him in department records under a series of fake names. Lt. **GREGORY THOMPSON** sent an email to employees saying that the FBI would need approval before interviewing any inmate in sheriff's custody. Prosecutors alleged that Thompson also directed staff to prevent FBI agents from meeting with Brown specifically. During his interview, **BACA** said he wasn't involved in any discussions to prevent agents from accessing the inmate. In the court complaint filed this week, prosecutors alleged that **BACA** "had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping inmate [Anthony Brown] away from the FBI." The Sheriff's Department's "Core Values," which **BACA** required deputies to memorize, are painted on the wall. at the **JAIL.** (Luis Sinco / Los Angeles Times) 3. Halting FBI interview with inmate Full story In the interview with prosecutors, **BACA** denied knowing that a meeting between FBI agents and the inmate informant was cut short by his deputies. He also denied that Thompson, the sheriff's lieutenant, apologized to him for allowing the FBI to conduct the interview. According to the **PLEA** agreement, however, Thompson informed **BACA** of the aborted interview, apologizing and promising that the FBI would not be allowed to speak to Brown again. Sgt. Maricela Long, left, leaves the federal courthouse after being sentenced to prison on obstruction charges in 2014. She and six others sentenced to prison remain free pending appeals. (Los Angeles Times) Under the terms of the **PLEA** deal, **BACA** would receive no more than six months in prison. He is the ninth former sheriffs official convicted in connection with the obstruction case in federal court. A former sheriff's captain who has pleaded **GUILTY** to lying under oath has yet to be sentenced. Seven other lower-ranking officials have been convicted and sentenced to prison terms ranging from a year and a half to more than three years. They remain free pending appeals. **BACA'S** former top aide, retired Undersheriff **PAUL TANAKA** faces trial next month. For more law enforcement and courts news, follow @cindychangLA , @joelrubin and @jackfleonard Times staff writer Richard Winton contributed to this report. ALSO Staff cuts at O.C. **JAIL** made escape easier, deputies' union contends Why ex-L.A. **SHERIFF LEE BACA** gets to keep his pension even if he goes to **JAIL** for lying At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box' Copyright 2016, Los Angeles Times

View►

Unique Visitors:  845

1622.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA
Recorded interview reveals former Sheriff Lee Baca lying to a federal prosecutor     Feb 13 2016 11:00AM PT

The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his Los Angeles County jails. Had he known in advance, the prosecutor asked, that two of his deputies were going to confront the lead FBI agent at her home? "I wasn't aware of any of the particulars, **BACA** said. In fact, he knew all about it. See more of our top stories on Facebook >> It was the first of three lies prosecutors say **BACA** told federal authorities during the four-hour interview at his lawyer's downtown office. According to a

recording of the confidential interview obtained by The Times, BACA portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart the federal investigation. He instead cast blame on a long list of targets: immature deputies; sheriff's managers who had wide latitude to supervise employees; even federal authorities themselves, for failing to alert BACA to their secret civil rights investigation. The one person BACA didn't blame was himself. That changed this week when BACA, as part of a deal he struck with prosecutors, admitted in court that he had lied about the encounter with the FBI agent. Federal prosecutors allege that the visit to the FBI agent's home along with a threat to arrest her was an attempt to intimidate her and obstruct the federal investigation into the jails. In testimony and interviews with federal authorities, some of BACA'S subordinates contradicted what he told prosecutors. BACA, they said, instructed deputies to go to the agent's home and interview her. "Just don't put handcuffs on her, BACA said, according to an FBI summary of an interview with a former sheriff's captain. BACA'S GUILTY PLEA Wednesday to making a false statement marked a stunning reversal for the longtime law enforcement leader who had previously insisted he played no role in the JAIL scandal. In his PLEA agreement, the 73-year-old retired sheriff did not contest the other false statements prosecutors accused him of making in the interview. Interested in the stories shaping California? Sign up for the free Essential California newsletter BACA is the ninth former sheriff's official to be convicted in the obstruction of justice case. He faces up to six months in prison under the terms of the deal he made with the U.S. attorney's office. His former second in command, retired Undersheriff PAUL TANAKA is scheduled to go to trial next month on charges he obstructed the FBI probe. At the heart of the obstruction case is how sheriff's officials responded when they discovered in 2011 that FBI agents were secretly investigating the jails and had gone so far as to smuggle a cellphone to an inmate working as a federal informant. In the interview with prosecutors, BACA said he had always been willing to cooperate with the FBI, but he also made clear that he had been upset at the time about the federal agency's incursion into his domain. "Let me say this," he responded when a prosecutor asked him if he had ever told others he resented the FBI for investigating the jails. "Resentment is not a word that I typically use on anything, including the FBI. Was I angry? Yes. Did I feel that it caused more difficulty than it should have? Yes." BACA was facing off against Brandon Fox, who had prosecuted public corruption cases in Chicago before coming to Los Angeles. Fox's precise delivery contrasted with BACA'S off-topic discourses and occasionally combative tone. Fox began the interview by assuring BACA that he was not a target of a federal criminal investigation. The prosecutor, however, warned that could change down the road. The questioning soon turned to an emergency weekend meeting BACA attended with his staff days after learning about the smuggled cellphone. "Are you talking about the Saturday meeting?" BACA asked. "The famous Saturday meeting," Fox responded. BACA, an avid runner, explained that he had been scheduled to compete in a road race the morning of Aug. 20, 2011, but scratched so he could attend the meeting. Fox pressed the sheriff on whether he recalled any discussion about keeping FBI agents away from the inmate, Anthony Brown, who was providing information on corruption and beatings by deputies. Soon after the meeting, sheriff's officials secreted Brown to a remote JAIL facility and registered him in the department's computer system under fake names. "Whether Saturday or ensuing days, I'm not aware of any direct involvement with any conversation about keeping the FBI and Mr. Brown away from one another, BACA said. Prosecutors alleged in a complaint filed this week that BACA was not being truthful and that he did discuss keeping the FBI from Brown. According to the PLEA agreement, BACA ordered that Brown be isolated and that deputies investigate how Brown obtained the cellphone, putting Tanaka in charge of executing his orders. As Fox continued to try to pin BACA down on the issue, the sheriff maintained that he had been concerned only about keeping Brown safe from other inmates as well as deputies,

leaving the details of how to handle Brown to others. Fox pointed out that other inmates who had made allegations about violent deputies were not treated the same way. The prosecutor asked whether the safety concerns were tied to Brown's status as an FBI informant. BACA evaded the questions, instead shifting blame onto the FBI for secretly investigating the jails without alerting him. If the FBI had asked him for access to Brown, he would have happily given it, BACA said. "If we had better communication, we would have had a different outcome, BACA said. Tensions grew between Fox and BACA as the interview stretched into the late afternoon. The sheriff often responded to the prosecutor's questions by straying off topic or turning questions into an opportunity to highlight his accomplishments. At one point, Fox asked whether the FBI's investigation had led to fewer cases of deputies beating up JAIL inmates. It wasn't the federal inquiry, BACA replied, but his own policies and practices that triggered the improvement. He launched into a defense of his leadership in the jails before asserting that many young deputies are afraid of inmates and "aren't even able to get in a serious fight." BACA, who had not worked as a line deputy for decades and has a lean runner's physique, described himself as a. "pencil neck." "An inmate could kick my butt real easy. But it has to be a big one, not a medium-sized one," he told Fox. The culture of the jails, he continued, was "us versus them," with the inmates as the enemy and deputies the "good guys." To change that dynamic, he said, jails should ensure that deputies are responsible for educating inmates. Fox did manage to get straight answers when he inquired whether BACA knew that sheriff's deputies had interrupted and ended a jailhouse interview between FBI agents and the inmate informant. "No, BACA said flatly. "No," he said again when asked if Greg Thompson, a lieutenant working in the jails, had apologized to him for allowing the FBI agents to speak with the informant. Federal prosecutors allege BACA'S denials were false. Thompson had gone to BACA after the agents met with Brown, promising it would not happen again, according to BACA'S PLEA agreement. Fox noted that tensions between the FBI and the Sheriff's Department eased at one point in the late summer of 2011 a "calm period" that happened to coincide with BACA'S vacation. BACA returned to work days before his deputies confronted the FBI agent at her home on Sept. 26, 2011. "While you're gone, things get a little bit better. And then you get back, and then four days later, [sheriff's deputies] are at Leah Marx's house threatening to arrest her. Is there some sort of cause and effect based on something you did?" Fox asked. BACA insisted he knew nothing about the incident at the agent's home until receiving a phone call from the head of the FBI's Los Angeles office. According to the PLEA agreement, however, BACA had attended a meeting the day before, instructing the deputies to approach Marx and do everything short of putting handcuffs on her. In the interview, BACA said a threat by one of the deputies to arrest the FBI agent was inappropriate and an "impulsive reaction." Did the deputy actually intend to arrest her, or was he bluffing? Fox asked. "I don't believe anyone should lie under any circumstances, BACA replied. joel.rubin@latimes.com | Twitter: @joelrubin cindy.chang@latimes.com | Twitter: @CindyChangLA MORE ON L.A. JAILS UNDER SCRUTINY Ex- SHERIFF LEE BACA'S GUILTY PLEA caps a 'sad saga' of corruption Editorial: Justice finally catches up with SHERIFF LEE BACA who helped deny it to others Why ex-L.A. SHERIFF LEE BACA gets to keep. his pension even if he goes to JAIL for lying

View▶

Unique Visitors: 845

1623.  **Los Angeles Times**  Newspaper   Market: Los Angeles, CA

Hear the lies that federal prosecutors say Sheriff Lee Baca told them

Feb 13 2016 11:00AM PT

Retired Los Angeles County SHERIFF LEE BACA pleaded GUILTY this week to a felony count of

making a false statement in the **JAIL** abuse scandal that led him to step down in 2014. In a **PLEA** deal filed in court Wednesday, **BACA** admitted to one lie and agreed not to contest allegations that he told other lies during an interview with federal prosecutors on April 12, 2013. Audio of the interview, which was obtained by The Times, shows that prosecutors grilled **BACA** for about four hours about the unfolding scandal, including whether he tried to obstruct an FBI investigation into allegations of corruption and brutality by his sheriff's deputies. The U.S. attorney's office alleges that **BACA** told three lies: 1. The visit to an FBI agent's home Read more Weeks after sheriff's officials learned that the FBI was secretly investigating the jails, two sheriff's investigators confronted one of the lead FBI agents outside her home. One investigator told the agent, Leah Marx, they were in the process of obtaining a warrant for her arrest. **BACA** told prosecutors that he did not know about the Sept. 26, 2011, visit to Marx's home until the head of the local FBI office, Steve Martinez, called him to ask about the encounter. In his **PLEA** agreement filed this week, **BACA** admitted that he knew in advance of the plan to approach Marx. Prosecutors alleged in the same document that **BACA** gave the instruction for sheriff's investigators to visit the FBI agent and "further stated that [they] should do everything but put handcuffs on" her. **BACA** leaves court on Feb. 10, 2016, after pleading **GUILTY** to a felony count of making a false statement. (Mark Boster/Los Angeles Times) 2. Hiding the inmate informant Read more Federal prosecutors have alleged at two separate trials that sheriff's officials attempted to obstruct FBI agents by keeping them away from an inmate who had been working with them to identify corrupt and violent deputies in the jails. The inmate, Anthony Brown , was moved from the downtown Men's Central **JAIL** to a holding cell in the San Dimas sheriff's patrol station. Jailers kept him under constant surveillance and listed him in department records under a series of fake names. Lt. **GREGORY THOMPSON** sent an email to employees saying that the FBI would need approval before interviewing any inmate in sheriff's custody. Prosecutors alleged that Thompson also directed staff to prevent FBI agents from meeting with Brown specifically. During his interview, **BACA** said he wasn't involved in any discussions to prevent agents from accessing the inmate. In the court complaint filed this week, prosecutors alleged that **BACA** "had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping inmate [Anthony Brown] away from the FBI." The Sheriff's Department's "Core Values," which **BACA** required deputies to memorize, are painted on the wall. at the **JAIL.** (Luis Sinco / Los Angeles Times) 3. Halting FBI interview with inmate Full story In the interview with prosecutors, **BACA** denied knowing that a meeting between FBI agents and the inmate informant was cut short by his deputies. He also denied that Thompson, the sheriff's lieutenant, apologized to him for allowing the FBI to conduct the interview. According to the **PLEA** agreement, however, Thompson informed **BACA** of the aborted interview, apologizing and promising that the FBI would not be allowed to speak to Brown again. Sgt. Maricela Long, left, leaves the federal courthouse after being sentenced to prison on obstruction charges in 2014. She and six others sentenced to prison remain free pending appeals. (Los Angeles Times) Under the terms of the **PLEA** deal, **BACA** would receive no more than six months in prison. He is the ninth former sheriffs official convicted in connection with the obstruction case in federal court. A former sheriff's captain who has pleaded **GUILTY** to lying under oath has yet to be sentenced. Seven other lower-ranking officials have been convicted and sentenced to prison terms ranging from a year and a half to more than three years. They remain free pending appeals. **BACA'S** former top aide, retired Undersheriff **PAUL TANAKA** faces trial next month. For more law enforcement and courts news, follow @cindychangLA , @joelrubin and @jackfleonard Times staff writer Richard Winton contributed to this report. ALSO Staff cuts at O.C. **JAIL** made escape easier, deputies' union contends Why ex-L.A. **SHERIFF LEE BACA** gets to keep his pension even if he goes to **JAIL** for lying At heart of Sheriff's Department scandal was top-secret 'Operation

Pandora's Box' Copyright 2016, Los Angeles Times told three lies:1. The visit to an FBI agent's home Read more Weeks after sheriff's officials learned that the FBI was secretly investigating the jails, two sheriff's investigators confronted one of the lead FBI agents outside her home. One investigator told the agent, Leah Marx, they were in the process of obtaining a warrant for her arrest. to a felony count of making a false statement. (Mark Boster/Los Angeles Times)2. Hiding the inmate informant Read more Federal prosecutors have alleged at two separate trials that sheriff's officials attempted to obstruct FBI agents by keeping them away from an inmate who had been working with them to identify corrupt and violent deputies in the jails. The inmate, Anthony Brown, was moved from the downtown Men's Central said he wasn't involved in any discussions to prevent agents from accessing the inmate. In the court complaint filed this week, prosecutors alleged that "had been a participant in conversations with other members of the Los Angeles County Sheriff's Department about keeping inmate [Anthony Brown] away from the FBI." The Sheriff's Department's "Core Values," which (Luis Sinco / Los Angeles Times)3. Halting FBI interview with inmate Full story In the interview with prosecutors, of the aborted interview, apologizing and promising that the FBI would not be allowed to speak to Brown again. Sgt. Maricela Long, left, leaves the federal courthouse after being sentenced to prison on obstruction charges in 2014. She and six others sentenced to prison remain free pending appeals. (Los Angeles Times)What comes next? Full story Under the terms of the **PAUL TANAKA,** faces trial next month. For more law enforcement and courts news, follow@cindychangLA, @joelrubin and @jackfleonard Times staff writer Richard Winton contributed to this report. ALSO Staff cuts at O.C. for lying At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box'Copyright 2016, Los Angeles Times

View▶

Unique Visitors:  14,128,174

1624.  **Los Angeles Times** Newspaper  Market: Los Angeles, CA
Recorded interview reveals former Sheriff Lee Baca lying to a federal prosecutor          Feb 13 2016 11:00AM PT

The sheriff's lie came 25 minutes into the interview. It was an April afternoon in 2013, and a federal prosecutor was bearing down on **LEE BACA** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his Los Angeles County jails. Had he known in advance, the prosecutor asked, that two of his deputies were going to confront the lead FBI agent at her home? "I wasn't aware of any of the particulars, **BACA** said. In fact, he knew all about it. See more of our top stories on Facebook >> It was the first of three lies prosecutors say **BACA** told federal authorities during the four-hour interview at his lawyer's downtown office. According to a recording of the confidential interview obtained by The Times, **BACA** portrayed himself as a hands-off manager who knew nothing about any attempts within his department to thwart the federal investigation. He instead cast blame on a long list of targets: immature deputies; sheriff's managers who had wide latitude to supervise employees; even federal authorities themselves, for failing to alert **BACA** to their secret civil rights investigation. The one person **BACA** didn't blame was himself. That changed this week when **BACA,** as part of a deal he struck with prosecutors, admitted in court that he had lied about the encounter with the FBI agent. Federal prosecutors allege that the visit to the FBI agent's home along with a threat to arrest her was an attempt to intimidate her and obstruct the federal investigation into the jails. In testimony and interviews with federal authorities, some of **BACA'S** subordinates contradicted what he told prosecutors. **BACA,** they said, instructed deputies to go to the agent's home and interview her. "Just don't put handcuffs on her, **BACA** said, according to an FBI summary of an interview with a former sheriff's captain. **BACA'S GUILTY PLEA** Wednesday to making a false

statement marked a stunning reversal for the longtime law enforcement leader who had previously insisted he played no role in the JAIL scandal. In his PLEA agreement, the 73-year-old retired sheriff did not contest the other false statements prosecutors accused him of making in the interview. Interested in the stories shaping California? Sign up for the free Essential California newsletter BACA is the ninth former sheriff's official to be convicted in the obstruction of justice case. He faces up to six months in prison under the terms of the deal he made with the U.S. attorney's office. His former second in command, retired Undersheriff PAUL TANAKA is scheduled to go to trial next month on charges he obstructed the FBI probe. At the heart of the obstruction case is how sheriff's officials responded when they discovered in 2011 that FBI agents were secretly investigating the jails and had gone so far as to smuggle a cellphone to an inmate working as a federal informant. In the interview with prosecutors, BACA said he had always been willing to cooperate with the FBI, but he also made clear that he had been upset at the time about the federal agency's incursion into his domain. "Let me say this," he responded when a prosecutor asked him if he had ever told others he resented the FBI for investigating the jails. "Resentment is not a word that I typically use on anything, including the FBI. Was I angry? Yes. Did I feel that it caused more difficulty than it should have? Yes." BACA was facing off against Brandon Fox, who had prosecuted public corruption cases in Chicago before coming to Los Angeles. Fox's precise delivery contrasted with BACA'S off-topic discourses and occasionally combative tone. Fox began the interview by assuring BACA that he was not a target of a federal criminal investigation. The prosecutor, however, warned that could change down the road. The questioning soon turned to an emergency weekend meeting BACA attended with his staff days after learning about the smuggled cellphone. "Are you talking about the Saturday meeting?" BACA asked. "The famous Saturday meeting," Fox responded. BACA, an avid runner, explained that he had been scheduled to compete in a road race the morning of Aug. 20, 2011, but scratched so he could attend the meeting. Fox pressed the sheriff on whether he recalled any discussion about keeping FBI agents away from the inmate, Anthony Brown, who was providing information on corruption and beatings by deputies. Soon after the meeting, sheriff's officials secreted Brown to a remote JAIL facility and registered him in the department's computer system under fake names. "Whether Saturday or ensuing days, I'm not aware of any direct involvement with any conversation about keeping the FBI and Mr. Brown away from one another, BACA said. Prosecutors alleged in a complaint filed this week that BACA was not being truthful and that he did discuss keeping the FBI from Brown. According to the PLEA agreement, BACA ordered that Brown be isolated and that deputies investigate how Brown obtained the cellphone, putting Tanaka in charge of executing his orders. As Fox continued to try to pin BACA down on the issue, the sheriff maintained that he had been concerned only about keeping Brown safe from other inmates as well as deputies, leaving the details of how to handle Brown to others. Fox pointed out that other inmates who had made allegations about violent deputies were not treated the same way. The prosecutor asked whether the safety concerns were tied to Brown's status as an FBI informant. BACA evaded the questions, instead shifting blame onto the FBI for secretly investigating the jails without alerting him. If the FBI had asked him for access to Brown, he would have happily given it, BACA said. "If we had better communication, we would have had a different outcome, BACA said. Tensions grew between Fox and BACA as the interview stretched into the late afternoon. The sheriff often responded to the prosecutor's questions by straying off topic or turning questions into an opportunity to highlight his accomplishments. At one point, Fox asked whether the FBI's investigation had led to fewer cases of deputies beating up JAIL inmates. It wasn't the federal inquiry, BACA replied, but his own policies and practices that triggered the improvement. He launched into a defense of his leadership in the jails before asserting that many young deputies are afraid of inmates and "aren't even able to get in a

Media Coverage Report

serious fight." **BACA,** who had not worked as a line deputy for decades and has a lean runner's physique, described himself as a. "pencil neck." "An inmate could kick my butt real easy. But it has to be a big one, not a medium-sized one," he told Fox. The culture of the jails, he continued, was "us versus them," with the inmates as the enemy and deputies the "good guys." To change that dynamic, he said, jails should ensure that deputies are responsible for educating inmates. Fox did manage to get straight answers when he inquired whether **BACA** knew that sheriff's deputies had interrupted and ended a jailhouse interview between FBI agents and the inmate informant. "No, **BACA** said flatly. "No," he said again when asked if Greg Thompson, a lieutenant working in the jails, had apologized to him for allowing the FBI agents to speak with the informant. Federal prosecutors allege **BACA'S** denials were false. Thompson had gone to **BACA** after the agents met with Brown, promising it would not happen again, according to **BACA'S PLEA** agreement. Fox noted that tensions between the FBI and the Sheriff's Department eased at one point in the late summer of 2011 a "calm period" that happened to coincide with **BACA'S** vacation. **BACA** returned to work days before his deputies confronted the FBI agent at her home on Sept. 26, 2011. "While you're gone, things get a little bit better. And then you get back, and then four days later, [sheriff's deputies] are at Leah Marx's house threatening to arrest her. Is there some sort of cause and effect based on something you did?" Fox asked. **BACA** insisted he knew nothing about the incident at the agent's home until receiving a phone call from the head of the FBI's Los Angeles office. According to the **PLEA** agreement, however, **BACA** had attended a meeting the day before, instructing the deputies to approach Marx and do everything short of putting handcuffs on her. In the interview, **BACA** said a threat by one of the deputies to arrest the FBI agent was inappropriate and an "impulsive reaction." Did the deputy actually intend to arrest her, or was he bluffing? Fox asked. "I don't believe anyone should lie under any circumstances, **BACA** replied. joel.rubin@latimes.com | Twitter: @joelrubin cindy.chang@latimes.com | Twitter: @CindyChangLA MORE ON L.A. JAILS UNDER SCRUTINY Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Editorial: Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others Why ex-L.A. **SHERIFF LEE BACA** gets to keep. his pension even if he goes to **JAIL** for lying **LEE BACA,** trying to find out how much he knew about his underlings' attempts to obstruct FBI agents investigating corruption and brutality by deputies inside his Los Angeles County jails. Had he known in advance, the prosecutor asked, that two of his deputies were going to confront the lead FBI agent at her home? "I wasn't aware of any of the particulars, said. In fact, he knew all about it. See more of our top stories on Facebook >> It was the first of three lies prosecutors say to their secret civil rights investigation. Video: Hear the lies that federal prosecutors say Sheriff told them Cindy Chang, Joel Rubin and Jack Leonard #legend { font: normal 13px arial,sans-serif; line-height: 26px; margin-bottom: 5px; display: inline; position: relative;(Cindy Chang, Joel Rubin and Jack Leonard) The one person **BACA** didn't blame was himself. That changed this week when **BACA,** as part of a deal he struck with prosecutors, admitted in court that he had lied about the encounter with the FBI agent. Federal prosecutors allege that the visit to the FBI agent's home along with a threat to arrest her was an attempt to intimidate her and obstruct the federal investigation into the jails. In testimony and interviews with federal authorities, some of **BACA'S** subordinates contradicted what he told prosecutors. **BACA,** they said, instructed deputies to go to the agent's home and interview her. "Just don't put handcuffs on her, said, according to an FBI summary of an interview with a former sheriff's captain. **BACA'S GUILTY PLEA** Wednesday to making a false statement marked a stunning reversal for the longtime law enforcement leader who had previously insisted he played no role in the **JAIL** scandal. In his **PLEA** agreement, the 73-year-old retired sheriff did not contest the other false statements prosecutors accused him of making in the interview. Interested in the stories shaping California? Sign up for the free Essential California newsletter

**BACA** is the ninth former sheriff's official to be convicted in the obstruction of justice case. He faces up to six months in prison under the terms of the deal he made with the U.S. attorney's office. His former second in command, retired Undersheriff **PAUL TANAKA,** is scheduled to go to trial next month on charges he obstructed the FBI probe. At the heart of the obstruction case is how sheriff's officials responded when they discovered in 2011 that FBI agents were secretly investigating the jails and had gone so far as to smuggle a cellphone to an inmate working as a federal informant. In the interview with prosecutors, **BACA** said he had always been willing to cooperate with the FBI, but he also made clear that he had been upset at the time about the federal agency's incursion into his domain. "Let me say this," he responded when a prosecutor asked him if he had ever told others he resented the FBI for investigating the jails. "Resentment is not a word that I typically use on anything, including the FBI. Was I angry? Yes. Did I feel that it caused more difficulty than it should have? Yes." :: L.A. County system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories **BACA** was facing off against Brandon Fox, who had prosecuted public corruption cases in Chicago before coming to Los Angeles. Fox's precise delivery contrasted with **BACA'S** off-topic discourses and occasionally combative tone. Fox began the interview by assuring that he was not a target of a federal criminal investigation. The prosecutor, however, warned that could change down the road. The questioning soon turned to an emergency weekend meeting **BACA** attended with his staff days after learning about the smuggled cellphone. "Are you talking about the Saturday meeting?" asked. "The famous Saturday meeting," Fox responded. **BACA,** an avid runner, explained that he had been scheduled to compete in a road race the morning of Aug. 20, 2011, but scratched so he could attend the meeting. Fox pressed the sheriff on whether he recalled any discussion about keeping FBI agents away from the inmate, Anthony Brown, who was providing information on corruption and beatings by deputies. Soon after the meeting, sheriff's officials secreted Brown to a remote **JAIL** facility and registered him in the department's computer system under fake names. "Whether Saturday or ensuing days, I'm not aware of any direct involvement with any conversation about keeping the FBI and Mr. Brown away from one another, **BACA** said. Prosecutors alleged in a complaint filed this week that **BACA** was not being truthful and that he did discuss keeping the FBI from Brown. According to the **PLEA** agreement, ordered that Brown be isolated and that deputies investigate how Brown obtained the cellphone, putting Tanaka in charge of executing his orders. As Fox continued to try to pin **BACA** down on the issue, the sheriff maintained that he had been concerned only about keeping Brown safe from other inmates as well as deputies, leaving the details of how to handle Brown to others. I don't believe anyone should lie under any circumstances. **LEE BACA,** former L.A. County sheriff Fox pointed out that other inmates who had made allegations about violent deputies were not treated the same way. The prosecutor asked whether the safety concerns were tied to Brown's status as an FBI informant. evaded the questions, instead shifting blame onto the FBI for secretly investigating the jails without alerting him. If the FBI had asked him for access to Brown, he would have happily given it, said. "If we had better communication, we would have had a different outcome, said. Tensions grew between Fox and as the interview stretched into the late afternoon. The sheriff often responded to the prosecutor's questions by straying off topic or turning questions into an opportunity to highlight his accomplishments. At one point, Fox asked whether the FBI's investigation had led to fewer cases of deputies beating up **JAIL** inmates. It wasn't the federal inquiry, **BACA** replied, but his own policies and practices that triggered the improvement. He launched into a defense of his leadership in the jails before

asserting that many young deputies are afraid of inmates and "aren't even able to get in a serious fight." BACA, who had not worked as a line deputy for decades and has a lean runner's physique, described himself as a. "pencil neck." "An inmate could kick my butt real easy. But it has to be a big one, not a medium-sized one," he told Fox. The culture of the jails, he continued, was "us versus them," with the inmates as the enemy and deputies the "good guys." To change that dynamic, he said, jails should ensure that deputies are responsible for educating inmates. Fox did manage to get straight answers when he inquired whether BACA knew that sheriff's deputies had interrupted and ended a jailhouse interview between FBI agents and the inmate informant. "No, said flatly. "No," he said again when asked if Greg Thompson, a lieutenant working in the jails, had apologized to him for allowing the FBI agents to speak with the informant. Federal prosecutors allege BACA'S denials were false. Thompson had gone to BACA after the agents met with Brown, promising it would not happen again, according to BACA'S PLEA agreement. See the most-read stories this hour Read the story Fox noted that tensions between the FBI and the Sheriff's Department eased at one point in the late summer of 2011 a "calm period" that happened to coincide with BACA'S vacation. BACA returned to work days before his deputies confronted the FBI agent at her home on Sept. 26, 2011. "While you're gone, things get a little bit better. And then you get back, and then four days later, [sheriff's deputies] are at Leah Marx's house threatening to arrest her. Is there some sort of cause and effect based on something you did?" Fox asked. insisted he knew nothing about the incident at the agent's home until receiving a phone call from the head of the FBI's Los Angeles office. According to the PLEA agreement, however, BACA had attended a meeting the day before, instructing the deputies to approach Marx and do everything short of putting handcuffs on her. In the interview, said a threat by one of the deputies to arrest the FBI agent was inappropriate and an "impulsive reaction." Did the deputy actually intend to arrest her, or was he bluffing? Fox asked. "I don't believe anyone should lie under any circumstances, replied. joel.rubin@latimes.com|Twitter:@joelrubin cindy.chang@latimes.com|Twitter:@CindyChangLA MORE ON L.A. JAILS UNDER SCRUTINY Ex-SHERIFF LEE BACA'S GUILTY PLEA caps a 'sad saga' of corruption Editorial: Justice finally catches up with SHERIFF LEE BACA who helped deny it to others Why ex-L.A. gets to keep his pension. even if he goes to JAIL for lying

View▶

Unique Visitors: 14,128,174

1625. **Los Angeles Daily News** Newspaper  Market: Los Angeles, CA

California attorney general opens criminal investigation into Sheriffs Departmen

Feb 13 2016 10:31AM PT

A spokeswoman with the attorney generals office this week would not comment on what compelled them to change their decision. We cannot comment further on the specifics of this review, as it is ongoing, the spokeswoman said in an email response. The attorney generals agreement to review the conduct at the Sheriffs Department was made late last month, but on Wednesday former Los Angeles County SHERIFF LEE BACA pleaded GUILTY in federal court to one count of lying to government investigators probing corruption and civil rights abuses by the department. Bacas PLEA is considered a major development in a long-standing federal criminal investigation into corruption and abuse by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. BACA had long defended the way deputies from the Malibu/Lost Hills Sheriffs Station had handled Richardsons case, even amid criticism. On Sept. 16, 2009, Mitrice Richardson dined at Geoffreys restaurant on Pacific Coast Highway, then was briefly detained by deputies for not paying her bill. Park rangers who were patrolling the area to check for illegal marijuana farms found her near a