creek bed where few traveled. Deputies arrived and removed the bones, and once again met with criticism, this time from the Los Angeles County Coroners office. BACA had told reporters he believed his officers followed procedures and that deputies had asked her to stay in JAIL until her mother arrived, but Richardson refused. The Office of Independent Review , which oversees the Sheriffs Department, agreed with him. In the meantime, Richardsons parents, who are not married to each other, filed separate wrongful death suits and in 2011 were awarded $450,000 each by Los Angeles County. Hampton said Thursday she was elated to learn that BACA would be held accountable for some of his actions, however, she said it wasnt satisfying. Now I am just saddened that there is still no justice for Mitrice, she said. While the exposure of the corruption that has occurred within the LASD JAIL system is a positive outcome for the county, there are still no answers for what happened to Mitrice and it is likely that those in the department have answers to what occurred during her disappearance and death. As for as the attorney general is concerned, I am trying to remain hopeful that their review of Mitrice Richardsons handling by the LASD is an earnest attempt to explain what happened to her so that she may rest in peace, Hampton added. My thoughts are always focused ensuring that her beautiful life was not in vain.

View▶

Unique Visitors:  559,454

1626.  **The Daily Breeze**  Newspaper  Market: Los Angeles, CA

Will guilty plea impact pension for former LA County Sheriff Lee Baca?

Feb 13 2016 05:14AM PT

Former Los Angeles County SHERIFF LEE BACA pleaded GUILTY to lying to federal agents on Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, BACA will likely keep his. BACA worked at the Sheriffs Department for 48 years, with the last 15 years as the elected sheriff. He reached a PLEA agreement with the U.S. Attorneys Office on Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview in which investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by. deputies in the countys downtown jails. BACA retired January 2014. His pension of nearly $20,000 a month might be trimmed a bit, but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information on the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that BACA could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. BACA could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  156,982

1627.  **Inland Valley Daily Bulletin**  Newspaper  Market: Los Angeles, CA

Will guilty plea impact pension for former LA County Sheriff Lee Baca?

Feb 13 2016 05:11AM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents on Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years as the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office on Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview in which investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by. deputies in the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 a month might be trimmed a bit, but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information on the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  106,253

1628.   **KCRW-FM [89,9 FM] Independent Music & NPR News**  Radio   Market: Los Angeles, CA

Feb 13 2016 03:04AM PT

Mixer: Corruption that stinks

Former L.A. County **SHERIFF LEE BACA** pleaded **GUILTY** this week to lying to federal investigators about their ongoing probe of corruption at the department. Did the buck stop there? And how will his **PLEA** affect the trial going forward of former Undersheriff **PAUL TANAKA?** Meanwhile, Southern California Gas Company says its temporarily stopped the leaking gas from one of its wells at the Aliso Canyon Natural Gas storage facility. A good start, sure.

View▶

Unique Visitors:  240,106

1629.   **KCRW-FM [89,9 FM] Independent Music & NPR News**  Radio   Market: Los Angeles, CA

Feb 13 2016 03:04AM PT

Mixer: Corruption and Corrosion that stink

Former L-A County **SHERIFF LEE BACA** pleaded **GUILTY** this week to lying to federal investigators about their ongoing probe of corruption at the department. Did the buck stop there? And how will his **PLEA** affect the trial going forward of former Undersheriff **PAUL TANAKA?** Meanwhile, Southern California Gas Company says its temporarily stopped the leaking gas from one of its wells at the Aliso Canyon Natural Gas storage facility. A good start, sure.

View▶

Unique Visitors:  240,106

1630.   **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA



California attorney general opens criminal investigation into Sheriff's     Feb 12 2016 11:46PM
Department                                                                                PT

A spokeswoman with the attorney generals office this week would not comment on what compelled them to change their decision. We cannot comment further on the specifics of this review, as it is ongoing, the spokeswoman said in an email response. The attorney generals agreement to review the conduct at the Sheriffs Department was made late last month, but on Wednesday former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** in federal court to one count of lying to government investigators probing corruption and civil rights abuses by the department. Bacas **PLEA** is considered a major development in a long-standing federal criminal investigation into corruption and abuse by deputies in the countys downtown jails and the attempt by the Sheriffs Department to obstruct that investigation. **BACA** had long defended the way deputies from the Malibu/Lost Hills Sheriffs Station had handled Richardsons case, even amid criticism. On Sept. 16, 2009, Mitrice Richardson dined at Geoffreys restaurant on Pacific Coast Highway, then was briefly detained by deputies for not paying her bill. Park rangers who were patrolling the area to check for illegal marijuana farms found her near a creek bed where few traveled. Deputies arrived and removed the bones, and once again met with criticism, this time from the Los Angeles County Coroners office. **BACA** had told reporters he believed his officers followed procedures and that deputies had asked her to stay in **JAIL** until her mother arrived, but Richardson refused. The Office of Independent Review , which oversees the Sheriffs Department, agreed with him. In the meantime, Richardsons parents, who are not married to each other, filed separate wrongful death suits and in 2011 were awarded $450,000 each by Los Angeles County. Hampton said Thursday she was elated to learn that **BACA** would be held accountable for some of his actions, however, she said it wasnt satisfying. Now I am just sadden that there is still no justice for Mitrice, she said. While the exposure of the corruption that has occurred within the LASD **JAIL** system is a positive outcome for the county, there are still no answers for what happened to Mitrice and it is likely that those in the department have answers to what occurred during her disappearance and death. As for as the attorney general is concerned, I am trying to remain hopeful that their review of Mitrice Richardsons handling by the LASD is an earnest attempt to explain what happened to her so that she may rest in peace, Hampton added. My thoughts are always focused ensuring that her beautiful life was not in vain.

View▶

Unique Visitors:  559,454

1631.  **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Will guilty plea impact Bacas pension?                                     Feb 12 2016 11:31PM
                                                                                        PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports

information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  106,253

---

1632.   **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Feb 12 2016 11:26PM PT

Will guilty plea impact Bacas pension?

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  156,982

---

1633.   **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Feb 12 2016 11:18PM PT

Will guilty plea impact pension for former LA County Sheriff Lee Baca?

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents on Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years as the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office on Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview in which investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by. deputies in the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 a month might be trimmed a bit, but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The

Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information on the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors: 103,497

1634.  **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

Will guilty plea impact Baca's pension?

Feb 12 2016 11:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors: 103,497

1635.  **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Will guilty plea impact Baca's pension?

Feb 12 2016 11:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse

by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  50,960

1636.      **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Will guilty plea impact pension for former LA County Sheriff Lee Baca?                    Feb 12 2016 11:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents on Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years as the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office on Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview in which investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by. deputies in the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 a month might be trimmed a bit, but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information on the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  93,369

1637.      **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA

Will guilty plea impact Baca's pension?                    Feb 12 2016 11:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the

U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  93,369

1638.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Will guilty plea impact pension for former LA County Sheriff Lee Baca?

Feb 12 2016 11:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents on Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years as the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office on Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview in which investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by. deputies in the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 a month might be trimmed a bit, but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information on the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  559,454

1639.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Will guilty plea impact Baca's pension?

Feb 12 2016 11:18PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents

Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  559,454

1640.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Feb 12 2016 11:18PM PT

Will guilty plea impact Baca's pension?

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years being the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview where investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by deputies in. the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 might be trimmed a bit but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information as to the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors:  152,173

1641.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

Feb 12 2016 11:18PM

Will guilty plea impact pension for former LA County Sheriff Lee Baca?

PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal agents on Wednesday, but despite recent reforms aimed at keeping convicted felons from receiving pension benefits, **BACA** will likely keep his. **BACA** worked at the Sheriffs Department for 48 years, with the last 15 years as the elected sheriff. He reached a **PLEA** agreement with the U.S. Attorneys Office on Wednesday, admitting he lied to assistant U.S. attorneys and FBI agents during an April 12, 2013, interview in which investigators were probing whether the Sheriffs Department attempted to obstruct a federal investigation into civil rights violations and abuse by. deputies in the countys downtown jails. **BACA** retired January 2014. His pension of nearly $20,000 a month might be trimmed a bit, but by how much is not known, said Gregg Rademacher, CEO of the Los Angeles County Employees Retirement Association. The Californias Public Employees Pension Reform Act of 2013 enacted a new law that requires public employees to forfeit certain pension benefits upon conviction of a job-related felony. The county also reports information on the earliest date that the crime was committed to LACERA, county spokesman David Sommers said. Mario Mainero, a professor at Chapman Universitys Dale E. Fowler School of Law, said there is little doubt Bacas felony is job-related. He said it is possible that **BACA** could appeal any potential loss of benefits, arguing an impairment of contract under the U.S. Constitution. I dont know how successful that would be, Mainero said. My gut tells me that if this ever got all the way up, that the statute would be upheld. **BACA** could also appeal to the Board of Supervisors to keep any pension he might lose, Mainero said. Advertisement

View▶

Unique Visitors: 152,173

1642. **Eastern Group Publications** Online Only    Market: Los Angeles, CA

Culpabilidad de Exalguacil Confirma Abuso Contra Presos, Dicen Activistas

Feb 12 2016 09:42PM PT

Culpabilidad de Exalguacil Confirma Abuso Contra Presos, Dicen Activistas Por Servicios EFE Activistas en favor de los derechos de los inmigrantes destacaron el jueves que la declaracin de culpabilidad del anterior alguacil de Los ngeles, **LEE BACA,** es una muestra de que las denuncias de la comunidad sobre abusos de las autoridades. son ciertas. Sabemos que **LEE BACA** tiene un amplio rcord de abuso contra los inmigrantes y sus derechos y ahora que se ha declarado culpable eso destaca la desconexin que existe entre las autoridades ya sean locales o de Inmigracin y la comunidad, dijo a Efe Luis Serrano, de la Alianza de Justicia para. Jvenes Inmigrantes de California (CIYJA)En una declaracin de culpabilidad presentada el mircoles, **BACA** admiti haber mentido a las autoridades federales cuando asegur que no saba que sus subordinados planeaban contactar a la agente del FBI que lideraba una investigacin contra los alguaciles de las crceles por abuso y corrupcin, entre otras falsedades. **BACA** debe ser puesto como un ejemplo de lo que no ha funcionado y de sus polticas que hicieron un gran dao a la comunidad, afirm Serrano. El activista anunci que tanto CIYJA como la coalicin ICE fuera de LA continuarn oponindose a iniciativas como el Programa de Cumplimiento de Prioridad (PEP) que incentiva la colaboracin entre las autoridad locales y las autoridades federales de Inmigracin. El PEP busca la colaboracin entre los alguaciles e ICE para identificar inmigrantes indocumentados condenados por delitos graves para evitar que salgan en libertad una vez cumplida su condena. El programa de colaboracin -que reemplaz un programa similar conocido como Comunidades Seguras y establecido inicialmente por **BACA**- fue ratificado en septiembre por el nuevo alguacil de Los ngeles, Jim McDonnell. Es un mensaje para McDonnell, para que no siga los mismos caminos de **BACA,** porque vemos que lo est haciendo con las polticas de inmigracin, concluy el activista de CIYJA. Print This Post Comments Comments are intended to further

discussion on the article topic. EGPNews reserves the right to not publish, edit or remove comments that contain vulgarities, foul language, personal attacks, racists, sexist, homophobic or other offensive terminology or that contain solicitations, spam, or that threaten harm of any sort.

View▶

Unique Visitors:  4,812

---

1643.     **Burbank Leader**  Online Only   Market: Los Angeles, CA

Essential California: Monument status for the desert

Feb 12 2016 01:00PM PT

He later became a nuclear power expert with a wife and home in Washington. So how did he end up living in a homeless shelter? San Francisco Chronicle CRIME AND COURTS Retirement benefits: Former **SHERIFF LEE BACA** will not lose his county pension now that hes pleaded **GUILTY** to lying to federal investigators. A law that strips pensions away from public employees who commit job-related offenses only applies beginning from the date of the crime. In Bacas case, that would be April 12, 2013. He was with the Sheriffs Department for 48 years. Los Angeles Times **JAIL** conditions: The High Desert State Prison in Susanville has been described as a place steeped in racism and violence. It can be a dangerous place for inmates and guards, too. In the last seven years, five guards have committed suicide.

View▶

Unique Visitors:  3,986

---

1644.    **Burbank Leader**  Online Only   Market: Los Angeles, CA

Today: Running With the Devil. Einstein Was Right.

Feb 12 2016 01:00PM PT

at least temporarily. The Coastal Commission, an agency with populist roots, takes heat over the secret-session firing of its director. Retired L.A. County **SHERIFF LEE BACA** wont forfeit his roughly $328,000-a-year pension. A transgender student's use of a locker room causes a stir at a San Diego high school. L.A. County health officials want you to eat smaller portions at restaurants.

View▶

Unique Visitors:  3,986

---

1645.     **Burbank Leader**  Online Only   Market: Los Angeles, CA

Federal officials should have made an example of Lee Baca

Feb 12 2016 01:00PM PT

Really? And those in positions to fix the Los Angeles County Sheriff's Department permanently are holding meetings to figure out how it got so corrupt? Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal ," Feb. 10) Could it be that the unwillingness to impose the maximum penalty under the law is what enables such embarrassing and visibly disdainful behavior? **LEE BACA** was the image and the leader of the sheriff's department. For him to lie about allowing his deputies to threaten a federal agent who was investigating **INMATE ABUSE** at L.A. County jails demonstrates knowledge of malice aforethought, and for him to get a tap on the wrist is sickening. Federal officials should make an example of him as a way to show no one is above the law, not even the head of a law enforcement agency. For him to essentially escape accountability sends the clear message that, indeed, this criminal behavior is and will continue to be tolerated. Lincoln Gable Riley, Culver City. To the editor: In spite of the fact that

he will likely serve (inappropriately short) prison time, it is my understanding that **BACA** will continue to receive almost all of his pension, even while incarcerated. In a logical society, any government employee (elected or not) should be entirely deprived of his government pension if found to have been committing a crime while working. Officials seem to be convicted regularly, so we are obviously not getting honest government service. Perhaps a consideration of their own financial interest will force these people to reform. Of course, this would require a change in the law by those who stand to gain from corruption, so we should not hold our breath. However, perhaps one of those dot-com millionaires will divert attention from the environment for a bit (though a worthy subject) and finance an initiative that will eliminate pensions for those who act criminally while supposedly serving the public. Joel Drum, Van Nuys. To the editor: Oh my goodness. **GUILTY?** A sheriff? In reality, abuse by the sheriff's department started way back in East Los Angeles in the 1960s and continued through the 2000s. It took decades finally to print what my family has known all along. My parents are celebrating at Calvary Cemetery. Myrna VillegasTellez, South Pasadena. To the editor: I'm disappointed in the editorial hatchet job on **BACA.** More than any other police officer I ever met in North America, **BACA** understood community policing and what it meant to be a peace officer. To reduce his legacy to a simple gotcha moment is to do a disservice to a man who spent almost 50 years in public service. Amir Hussain, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 3,986

1646.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

**Federal officials should have made an example of Lee Baca**

Feb 12 2016 01:00PM PT

Really? And those in positions to fix the Los Angeles County Sheriff's Department permanently are holding meetings to figure out how it got so corrupt? Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal ," Feb. 10) Could it be that the unwillingness to impose the maximum penalty under the law is what enables such embarrassing and visibly disdainful behavior? **LEE BACA** was the image and the leader of the sheriff's department. For him to lie about allowing his deputies to threaten a federal agent who was investigating **INMATE ABUSE** at L.A. County jails demonstrates knowledge of malice aforethought, and for him to get a tap on the wrist is sickening. Federal officials should make an example of him as a way to show no one is above the law, not even the head of a law enforcement agency. For him to essentially escape accountability sends the clear message that, indeed, this criminal behavior is and will continue to be tolerated. Lincoln Gable Riley, Culver City. To the editor: In spite of the fact that he will likely serve (inappropriately short) prison time, it is my understanding that **BACA** will continue to receive almost all of his pension, even while incarcerated. In a logical society, any government employee (elected or not) should be entirely deprived of his government pension if found to have been committing a crime while working. Officials seem to be convicted regularly, so we are obviously not getting honest government service. Perhaps a consideration of their own financial interest will force these people to reform. Of course, this would require a change in the law by those who stand to gain from corruption, so we should not hold our breath. However, perhaps one of those dot-com millionaires will divert attention from the environment for a bit (though a worthy subject) and finance an initiative that will eliminate pensions for those who act criminally while supposedly serving the public. Joel Drum, Van Nuys. To the editor: Oh my goodness. **GUILTY?** A sheriff? In reality, abuse by the sheriff's department started way back in East Los Angeles in the 1960s and continued through the 2000s. It took decades finally to print what my family has known all along. My parents are

celebrating at Calvary Cemetery. Myrna VillegasTellez, South Pasadena. To the editor: I'm disappointed in the editorial hatchet job on **BACA.** More than any other police officer I ever met in North America, **BACA** understood community policing and what it meant to be a peace officer. To reduce his legacy to a simple gotcha moment is to do a disservice to a man who spent almost 50 years in public service. Amir Hussain, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

**View**▶

Unique Visitors:  7,329

---

1647.    **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Today: Running With the Devil. Einstein Was Right.

Feb 12 2016 01:00PM PT

at least temporarily. The Coastal Commission, an agency with populist roots, takes heat over the secret-session firing of its director. Retired L.A. County **SHERIFF LEE BACA** wont forfeit his roughly $328,000-a-year pension. A transgender student's use of a locker room causes a stir at a San Diego high school. L.A. County health officials want you to eat smaller portions at restaurants.

**View**▶

Unique Visitors:  7,329

---

1648.    **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Federal officials should have made an example of Lee Baca

Feb 12 2016 01:00PM PT

Really? And those in positions to fix the Los Angeles County Sheriff's Department permanently are holding meetings to figure out how it got so corrupt? Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal ," Feb. 10) Could it be that the unwillingness to impose the maximum penalty under the law is what enables such embarrassing and visibly disdainful behavior? **LEE BACA** was the image and the leader of the sheriff's department. For him to lie about allowing his deputies to threaten a federal agent who was investigating **INMATE ABUSE** at L.A. County jails demonstrates knowledge of malice aforethought, and for him to get a tap on the wrist is sickening. Federal officials should make an example of him as a way to show no one is above the law, not even the head of a law enforcement agency. For him to essentially escape accountability sends the clear message that, indeed, this criminal behavior is and will continue to be tolerated. Lincoln Gable Riley, Culver City. To the editor: In spite of the fact that he will likely serve (inappropriately short) prison time, it is my understanding that **BACA** will continue to receive almost all of his pension, even while incarcerated. In a logical society, any government employee (elected or not) should be entirely deprived of his government pension if found to have been committing a crime while working. Officials seem to be convicted regularly, so we are obviously not getting honest government service. Perhaps a consideration of their own financial interest will force these people to reform. Of course, this would require a change in the law by those who stand to gain from corruption, so we should not hold our breath. However, perhaps one of those dot-com millionaires will divert attention from the environment for a bit (though a worthy subject) and finance an initiative that will eliminate pensions for those who act criminally while supposedly serving the public. Joel Drum, Van Nuys. To the editor: Oh my goodness. **GUILTY?** A sheriff? In reality, abuse by the sheriff's department started way back in East Los Angeles in the 1960s and continued through the 2000s. It took decades finally to print what my family has known all along. My parents are celebrating at Calvary Cemetery. Myrna VillegasTellez, South Pasadena. To the editor: I'm

disappointed in the editorial hatchet job on **BACA.** More than any other police officer I ever met in North America, **BACA** understood community policing and what it meant to be a peace officer. To reduce his legacy to a simple gotcha moment is to do a disservice to a man who spent almost 50 years in public service. Amir Hussain, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: **1,605**

---

1649.   **La Canada Valley Sun**   Newspaper   Market: Los Angeles, CA

Today: Running With the Devil. Einstein Was Right.

Feb 12 2016 01:00PM PT

at least temporarily. The Coastal Commission, an agency with populist roots, takes heat over the secret-session firing of its director. Retired L.A. County **SHERIFF LEE BACA** wont forfeit his roughly $328,000-a-year pension. A transgender student's use of a locker room causes a stir at a San Diego high school. L.A. County health officials want you to eat smaller portions at restaurants.

View▶

Unique Visitors: **1,605**

---

1650.   **Laguna Beach Coastline Pilot**   Newspaper   Market: Los Angeles, CA

Federal officials should have made an example of Lee Baca

Feb 12 2016 01:00PM PT

Really? And those in positions to fix the Los Angeles County Sheriff's Department permanently are holding meetings to figure out how it got so corrupt? Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal ," Feb. 10) Could it be that the unwillingness to impose the maximum penalty under the law is what enables such embarrassing and visibly disdainful behavior? **LEE BACA** was the image and the leader of the sheriff's department. For him to lie about allowing his deputies to threaten a federal agent who was investigating **INMATE ABUSE** at L.A. County jails demonstrates knowledge of malice aforethought, and for him to get a tap on the wrist is sickening. Federal officials should make an example of him as a way to show no one is above the law, not even the head of a law enforcement agency. For him to essentially escape accountability sends the clear message that, indeed, this criminal behavior is and will continue to be tolerated. Lincoln Gable Riley, Culver City. To the editor: In spite of the fact that he will likely serve (inappropriately short) prison time, it is my understanding that **BACA** will continue to receive almost all of his pension, even while incarcerated. In a logical society, any government employee (elected or not) should be entirely deprived of his government pension if found to have been committing a crime while working. Officials seem to be convicted regularly, so we are obviously not getting honest government service. Perhaps a consideration of their own financial interest will force these people to reform. Of course, this would require a change in the law by those who stand to gain from corruption, so we should not hold our breath. However, perhaps one of those dot-com millionaires will divert attention from the environment for a bit (though a worthy subject) and finance an initiative that will eliminate pensions for those who act criminally while supposedly serving the public. Joel Drum, Van Nuys. To the editor: Oh my goodness. **GUILTY?** A sheriff? In reality, abuse by the sheriff's department started way back in East Los Angeles in the 1960s and continued through the 2000s. It took decades finally to print what my family has known all along. My parents are celebrating at Calvary Cemetery. Myrna VillegasTellez, South Pasadena. To the editor: I'm disappointed in the editorial hatchet job on **BACA.** More than any other police officer I ever

met in North America, **BACA** understood community policing and what it meant to be a peace officer. To reduce his legacy to a simple gotcha moment is to do a disservice to a man who spent almost 50 years in public service. Amir Hussain, Los Angeles Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 845

---

1651. **Laguna Beach Coastline Pilot** Newspaper Market: Los Angeles, CA

Feb 12 2016 01:00PM PT

Today: Running With the Devil. Einstein Was Right.

at least temporarily. The Coastal Commission, an agency with populist roots, takes heat over the secret-session firing of its director. Retired L.A. County **SHERIFF LEE BACA** wont forfeit his roughly $328,000-a-year pension. A transgender student's use of a locker room causes a stir at a San Diego high school. L.A. County health officials want you to eat smaller portions at restaurants.

View▶

Unique Visitors: 845

---

1652. **Los Angeles Times** Newspaper Market: Los Angeles, CA

Feb 12 2016 01:00PM PT

Today: Running With the Devil. Einstein Was Right.

at least temporarily. The Coastal Commission, an agency with populist roots, takes heat over the secret-session firing of its director. Retired L.A. County **SHERIFF LEE BACA** wont forfeit his roughly $328,000-a-year pension. A transgender student's use of a locker room causes a stir at a San Diego high school. L.A. County health officials want you to eat smaller portions at restaurants. The gas well leak affecting Porter Ranch homes has been stopped at least temporarily. The Coastal Commission, an agency with populist roots, takes heat over the secret-session firing of its director. Retired L.A. County

View▶

Unique Visitors: 14,128,174

---

1653. **Los Angeles Times** Newspaper Market: Los Angeles, CA

Feb 12 2016 01:00PM PT

Federal officials should have made an example of Lee Baca

Really? And those in positions to fix the Los Angeles County Sheriff's Department permanently are holding meetings to figure out how it got so corrupt? Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal ," Feb. 10) Could it be that the unwillingness to impose the maximum penalty under the law is what enables such embarrassing and visibly disdainful behavior? **LEE BACA** was the image and the leader of the sheriff's department. For him to lie about allowing his deputies to threaten a federal agent who was investigating **INMATE ABUSE** at L.A. County jails demonstrates knowledge of malice aforethought, and for him to get a tap on the wrist is sickening. Federal officials should make an example of him as a way to show no one is above the law, not even the head of a law enforcement agency. For him to essentially escape accountability sends the clear message that, indeed, this criminal behavior is and will continue to be tolerated. Lincoln Gable Riley, Culver City. To the editor: In spite of the fact that he will likely serve (inappropriately short) prison time, it is my understanding that **BACA** will continue to receive almost all of his pension, even while incarcerated. In a logical society, any

government employee (elected or not) should be entirely deprived of his government pension if found to have been committing a crime while working. Officials seem to be convicted regularly, so we are obviously not getting honest government service. Perhaps a consideration of their own financial interest will force these people to reform. Of course, this would require a change in the law by those who stand to gain from corruption, so we should not hold our breath. However, perhaps one of those dot-com millionaires will divert attention from the environment for a bit (though a worthy subject) and finance an initiative that will eliminate pensions for those who act criminally while supposedly serving the public. Joel Drum, Van Nuys. To the editor: Oh my goodness. **GUILTY?** A sheriff? In reality, abuse by the sheriff's department started way back in East Los Angeles in the 1960s and continued through the 2000s. It took decades finally to print what my family has known all along. My parents are celebrating at Calvary Cemetery. Myrna VillegasTellez, South Pasadena. To the editor: I'm disappointed in the editorial hatchet job on **BACA.** More than any other police officer I ever met in North America, **BACA** understood community policing and what it meant to be a peace officer. To reduce his legacy to a simple gotcha moment is to do a disservice to a man who spent almost 50 years in public service. Amir Hussain, Los Angeles Follow the Opinion section on Twitter @latimesopinion and Really? And those in positions to fix the Los Angeles County Sheriff's Department permanently are holding meetings to figure out how it got so corrupt? "Ex-L.A. County scandal," Feb. 10) Could it be that the unwillingness to impose the maximum penalty under the law is what enables such embarrassing and visibly disdainful behavior? at L.A. County jails demonstrates knowledge of malice aforethought, and for him to get a tap on the wrist is sickening. Federal officials should make an example of him as a way to show no one is above the law, not even the head of a law enforcement agency. For him to essentially escape accountability sends the clear message that, indeed, this criminal behavior is and will continue to be tolerated. Justice finally catches up with **SHERIFF LEE BACA** who helped deny it to others The Times Editorial Board It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he. and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone. It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone.(The Times Editorial Board) Lincoln Gable Riley, Culver City. To the editor: In spite of the fact that he will likely serve (inappropriately short) prison time, it is my understanding that will continue to receive almost all of his pension, even while incarcerated. In a logical society, any government employee (elected or not) should be entirely deprived of his government pension if found to have been committing a crime while working. Officials seem to be convicted regularly, so we are obviously not getting honest government service. Perhaps a consideration of their own financial interest will force these people to reform. Of course, this would require a change in the law by those who stand to gain from corruption, so we should not hold our breath. However, perhaps one of those dot-com millionaires will divert attention from the environment for a bit (though a worthy subject) and finance an initiative that will eliminate pensions for those who act criminally while supposedly serving the public. Joel Drum, Van Nuys. To the editor: Oh my goodness. **GUILTY?** A sheriff? In reality, abuse by the sheriff's department started way back in East Los Angeles in the 1960s and continued through the 2000s. Read the story My parents are celebrating at Calvary Cemetery. Myrna VillegasTellez, South Pasadena. To the editor: I'm disappointed in the editorial hatchet job on **BACA.** More than any other police officer I ever met in North America, **BACA** understood community policing and what it meant to be a peace officer. To reduce his legacy to a simple gotcha moment is to do a disservice to a man who

spent almost 50 years in public service. Amir Hussain, Los Angeles Follow the Opinion section on Twitter @latimesopinionandFacebook

View▶

Unique Visitors: 14,128,174

1654.   **KTLA-TV [CW 5]**   Television   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca May Go to Jail But He'll Keep His County Pension    Feb 12 2016 12:56PM PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. [caption id="attachment_355420" align="alignright" width="300"] Retired L.A. County **SHERIFF LEE BACA** pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the county **JAIL.** (Credit: Mark Boster/Los Angeles Times)[/caption] Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality. by deputies at the Los Angeles County **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid;

View▶

Unique Visitors: 1,903,369

1655.   **KTLA-TV [CW 5]**   Television   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca May Go to Jail But Hell Keep His County Pension    Feb 12 2016 12:56PM PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but theres one thing he wont forfeit his county pension. Retired L.A. County **SHERIFF LEE BACA** pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the county **JAIL.** (Credit: Mark Boster/Los Angeles Times) Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by. deputies at the Los Angeles County **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits from the date of the felonious act going forward, said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid;

View▶

Unique Visitors: 1,903,369

1656.   **Burbank Leader**   Online Only   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca may go to jail but he'll get to keep his county pension    Feb 12 2016 11:00AM PT