Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the Los Angeles County. **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid; those earned afterward are not. "It cuts down the time you worked to the day of the crime," Rademacher said. The forfeiture provision could have a significant effect on the pension benefits of a public employee convicted of a crime committed many years earlier. In **BACA'S** case, however, the operative date appears to be April 12, 2013, the day he has admitted to making a false statement to the FBI and U.S. attorneys investigating the nation's largest **JAIL** system. As part of his **PLEA** agreement, which calls for up to six months in prison, **BACA** admitted to lying during an interview with prosecutors. They were grilling him about whether he was involved in attempts by sheriff's officials to impede the investigation federal officials launched in 2010 after inmates complained of beatings and other abuse. Agents found evidence of assaults, including attacks on a mentally ill inmate and a man visiting a jailed relative. More than a dozen former sheriff's officials have been convicted of charges related to the beatings and attempts to cover them up. **BACA** is to be sentenced May 16 by U.S. District Judge Percy Anderson. **BACA,** who stepped down in 2014, was initially eligible for a monthly pension of $26,961, a sum that has been adjusted twice for inflation. The former sheriff's current monthly benefit is about $27,300, of which he collects $19,447, with the remainder paid to his ex-wife in accordance with a court-approved dissolution agreement, Rademacher said. **BACA'S** pension could be recalculated if the court determines the date of the original crime was earlier than April 2013, Rademacher said. But it otherwise is not likely to take a significant hit, because **BACA** had long ago maximized his benefits. Under the terms of his retirement plan, an employee must work 39 years and be at least 55 to reach 100% of salary, Rademacher said. **BACA,** 73, clocked 48 years of service in the system, he said. **BACA** spent the last 15 years as the elected sheriff. "He could have retired many years ago," Rademacher said. Mario Mainero, a professor at Chapman University Dale E. Fowler School of Law, said that in 2012 state lawmakers took steps to reform public employee retirement eligibility in the wake of two highly publicized cases of felons who continued to receive pensions: former Orange County Sheriff Mike Carona, who was convicted of.

View▶

Unique Visitors: 3,986

1657.   **Glendale News Press**   Newspaper   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca may go to jail but he'll get to keep his county pension     Feb 12 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the Los Angeles County. **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-

related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid; those earned afterward are not. "It cuts down the time you worked to the day of the crime," Rademacher said. The forfeiture provision could have a significant effect on the pension benefits of a public employee convicted of a crime committed many years earlier. In **BACA'S** case, however, the operative date appears to be April 12, 2013, the day he has admitted to making a false statement to the FBI and U.S. attorneys investigating the nation's largest **JAIL** system. As part of his **PLEA** agreement, which calls for up to six months in prison, **BACA** admitted to lying during an interview with prosecutors. They were grilling him about whether he was involved in attempts by sheriff's officials to impede the investigation federal officials launched in 2010 after inmates complained of beatings and other abuse. Agents found evidence of assaults, including attacks on a mentally ill inmate and a man visiting a jailed relative. More than a dozen former sheriff's officials have been convicted of charges related to the beatings and attempts to cover them up. **BACA** is to be sentenced May 16 by U.S. District Judge Percy Anderson. **BACA,** who stepped down in 2014, was initially eligible for a monthly pension of $26,961, a sum that has been adjusted twice for inflation. The former sheriff's current monthly benefit is about $27,300, of which he collects $19,447, with the remainder paid to his ex-wife in accordance with a court-approved dissolution agreement, Rademacher said. **BACA'S** pension could be recalculated if the court determines the date of the original crime was earlier than April 2013, Rademacher said. But it otherwise is not likely to take a significant hit, because **BACA** had long ago maximized his benefits. Under the terms of his retirement plan, an employee must work 39 years and be at least 55 to reach 100% of salary, Rademacher said. **BACA,** 73, clocked 48 years of service in the system, he said. **BACA** spent the last 15 years as the elected sheriff. "He could have retired many years ago," Rademacher said. Mario Mainero, a professor at Chapman University Dale E. Fowler School of Law, said that in 2012 state lawmakers took steps to reform public employee retirement eligibility in the wake of two highly publicized cases of felons who continued to receive pensions: former Orange County Sheriff Mike Carona, who was convicted of.

View▶

Unique Visitors:  7,329

1658.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
        Ex-L.A. Sheriff Lee Baca may go to jail but he'll get to keep his county pension                    Feb 12 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the Los Angeles County. **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid; those earned afterward are not. "It cuts down the time you worked to the day of the crime," Rademacher said. The forfeiture provision could have a significant effect on the pension benefits of a public employee convicted of a crime committed many years earlier. In **BACA'S** case, however, the operative date appears to be April 12, 2013, the day he has admitted to making a false statement to the

FBI and U.S. attorneys investigating the nation's largest **JAIL** system. As part of his **PLEA** agreement, which calls for up to six months in prison, **BACA** admitted to lying during an interview with prosecutors. They were grilling him about whether he was involved in attempts by sheriff's officials to impede the investigation federal officials launched in 2010 after inmates complained of beatings and other abuse. Agents found evidence of assaults, including attacks on a mentally ill inmate and a man visiting a jailed relative. More than a dozen former sheriff's officials have been convicted of charges related to the beatings and attempts to cover them up. **BACA** is to be sentenced May 16 by U.S. District Judge Percy Anderson. **BACA,** who stepped down in 2014, was initially eligible for a monthly pension of $26,961, a sum that has been adjusted twice for inflation. The former sheriff's current monthly benefit is about $27,300, of which he collects $19,447, with the remainder paid to his ex-wife in accordance with a court-approved dissolution agreement, Rademacher said. **BACA'S** pension could be recalculated if the court determines the date of the original crime was earlier than April 2013, Rademacher said. But it otherwise is not likely to take a significant hit, because **BACA** had long ago maximized his benefits. Under the terms of his retirement plan, an employee must work 39 years and be at least 55 to reach 100% of salary, Rademacher said. **BACA,** 73, clocked 48 years of service in the system, he said. **BACA** spent the last 15 years as the elected sheriff. "He could have retired many years ago," Rademacher said. Mario Mainero, a professor at Chapman University Dale E. Fowler School of Law, said that in 2012 state lawmakers took steps to reform public employee retirement eligibility in the wake of two highly publicized cases of felons who continued to receive pensions: former Orange County Sheriff Mike Carona, who was convicted of.

View▶

Unique Visitors:  1,605

1659.    **Laguna Beach Coastline Pilot**  Newspaper   Market: Los Angeles, CA
         Ex-L.A. Sheriff Lee Baca may go to jail but he'll get to keep his county        Feb 12 2016 11:00AM
         pension                                                                                        PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the Los Angeles County. **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid; those earned afterward are not. "It cuts down the time you worked to the day of the crime," Rademacher said. The forfeiture provision could have a significant effect on the pension benefits of a public employee convicted of a crime committed many years earlier. In **BACA'S** case, however, the operative date appears to be April 12, 2013, the day he has admitted to making a false statement to the FBI and U.S. attorneys investigating the nation's largest **JAIL** system. As part of his **PLEA** agreement, which calls for up to six months in prison, **BACA** admitted to lying during an interview with prosecutors. They were grilling him about whether he was involved in attempts by sheriff's officials to impede the investigation federal officials launched in 2010 after inmates complained of beatings and other abuse. Agents found evidence of assaults, including attacks on a mentally ill inmate and a man visiting a jailed relative. More than a dozen former sheriff's officials have been convicted of charges related to the beatings and attempts to cover them up.

**BACA** is to be sentenced May 16 by U.S. District Judge Percy Anderson. **BACA,** who stepped down in 2014, was initially eligible for a monthly pension of $26,961, a sum that has been adjusted twice for inflation. The former sheriff's current monthly benefit is about $27,300, of which he collects $19,447, with the remainder paid to his ex-wife in accordance with a court-approved dissolution agreement, Rademacher said. **BACA'S** pension could be recalculated if the court determines the date of the original crime was earlier than April 2013, Rademacher said. But it otherwise is not likely to take a significant hit, because **BACA** had long ago maximized his benefits. Under the terms of his retirement plan, an employee must work 39 years and be at least 55 to reach 100% of salary, Rademacher said. **BACA,** 73, clocked 48 years of service in the system, he said. **BACA** spent the last 15 years as the elected sheriff. "He could have retired many years ago," Rademacher said. Mario Mainero, a professor at Chapman University Dale E. Fowler School of Law, said that in 2012 state lawmakers took steps to reform public employee retirement eligibility in the wake of two highly publicized cases of felons who continued to receive pensions: former Orange County Sheriff Mike Carona, who was convicted of.

View▶

Unique Visitors:  845

---

1660.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
Why ex-L.A. Sheriff Lee Baca gets to keep his pension even if he goes to jail fo    Feb 12 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the Los Angeles County. **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid; those earned afterward are not. "It cuts down the time you worked to the day of the crime," Rademacher said. The forfeiture provision could have a significant effect on the pension benefits of a public employee convicted of a crime committed many years earlier. In **BACA'S** case, however, the operative date appears to be April 12, 2013, the day he has admitted to making a false statement to the FBI and U.S. attorneys investigating the nation's largest **JAIL** system. As part of his **PLEA** agreement, which calls for up to six months in prison, **BACA** admitted to lying during an interview with prosecutors. They were grilling him about whether he was involved in attempts by sheriff's officials to impede the investigation federal officials launched in 2010 after inmates complained of beatings and other abuse. Interested in the stories shaping California? Sign up for the free Essential California newsletter >> Agents found evidence of assaults, including attacks on a mentally ill inmate and a man visiting a jailed relative. More than a dozen former sheriff's officials have been convicted of charges related to the beatings and attempts to cover them up. **BACA** is to be sentenced May 16 by U.S. District Judge Percy Anderson. **BACA,** who stepped down in 2014, was initially eligible for a monthly pension of $26,961, a sum that has been adjusted twice for inflation. The former sheriff's current monthly benefit is about $27,300, of which he collects $19,447, with the remainder paid to his ex-wife in accordance with a court-approved dissolution agreement, Rademacher said. **BACA'S** pension could be recalculated if the court determines the date of the original crime was earlier than April 2013,

Rademacher said. But it otherwise is not likely to take a significant hit, because **BACA** had long ago maximized his benefits. Under the terms of his retirement plan, an employee must work 39 years and be at least 55 to reach 100% of salary, Rademacher said. **BACA,** 73, clocked 48 years of service in the system, he said. **BACA** spent the last 15 years as the elected sheriff. "He could have retired many years ago," Rademacher said. Mario Mainero, a professor at Chapman University Dale E. Fowler School of Law, said that in 2012 state lawmakers took steps to reform public employee retirement eligibility in the wake of two highly publicized cases of felons who continued to receive pensions: former Orange County Sheriff Mike Carona, who was convicted of. a corruption charge, and Los Angeles Unified School District teacher Mark Berndt, who was convicted of multiple charges of lewd acts with children. Until the reforms were passed, with few exceptions, only elected officials could lose their pension benefits and only for specific job-related crimes such as fraud and embezzlement. Mainero said the Legislature's action broadened the law to cover all public employees, and expanded forfeiture so that it will be imposed on conviction of all felonies committed in performing official duties, or in seeking office or securing salary or benefit increases. At least one court challenge involving the new law is pending. Attorney Stephen Silver, who litigates pension cases, said he represents a plaintiff who is facing the loss of several years of retirement benefits and, perhaps more important, disability benefits obtained after the date of the alleged crime. His client's former employer and retirement system have sought to deny a payout of the disability benefits. richard.winton@latimes.com | Twitter: @LAcrimes kim.christensen@latimes.com | Twitter: @kchristensenLAT Join the conversation on Facebook >> ALSO **BACA'S GUILTY PLEA** caps a 'sad saga' of corruption' Editorial: Justice finally catches up with **BACA** who helped deny it to others Operation Pandora's Box blew up in officials' faces

**View▶**

Unique Visitors:  14,128,174

---

1661.　**Los Angeles Times** Newspaper　Market: Los Angeles, CA
Ex-L.A. Sheriff Lee Baca may go to jail but he'll get to keep his county pension　　　　　　　　　　　Feb 12 2016 11:00AM PT

Retired Los Angeles County **SHERIFF LEE BACA** could lose his freedom for up to six months when he is sentenced in federal court in May, but there's one thing he won't forfeit his county pension. Reforms enacted in 2013 to strip pensions from public employees who commit job-related felonies will have little effect, if any, on the roughly $328,000 annual benefit owed to **BACA,** who pleaded **GUILTY** this week to lying to federal officials investigating corruption and brutality by deputies at the Los Angeles County. **JAIL.** Sweeping pension reforms that took effect three years ago included a provision that would force public employees convicted of job-related crimes to forfeit pension benefits "from the date of the felonious act going forward," said Gregg Rademacher, chief executive of the Los Angeles County Employees Retirement Assn. In other words, benefits accrued up to the date of the crime are paid; those earned afterward are not. "It cuts down the time you worked to the day of the crime," Rademacher said. The forfeiture provision could have a significant effect on the pension benefits of a public employee convicted of a crime committed many years earlier. In **BACA'S** case, however, the operative date appears to be April 12, 2013, the day he has admitted to making a false statement to the FBI and U.S. attorneys investigating the nation's largest **JAIL** system. As part of his **PLEA** agreement, which calls for up to six months in prison, **BACA** admitted to lying during an interview with prosecutors. They were grilling him about whether he was involved in attempts by sheriff's officials to impede the investigation federal officials launched in 2010 after inmates complained of beatings and other abuse. Agents found evidence of assaults, including attacks on a mentally ill inmate and a man visiting a jailed relative. More than a dozen former sheriff's

officials have been convicted of charges related to the beatings and attempts to cover them up. **BACA** is to be sentenced May 16 by U.S. District Judge Percy Anderson. **BACA,** who stepped down in 2014, was initially eligible for a monthly pension of $26,961, a sum that has been adjusted twice for inflation. The former sheriff's current monthly benefit is about $27,300, of which he collects $19,447, with the remainder paid to his ex-wife in accordance with a court-approved dissolution agreement, Rademacher said. **BACA'S** pension could be recalculated if the court determines the date of the original crime was earlier than April 2013, Rademacher said. But it otherwise is not likely to take a significant hit, because **BACA** had long ago maximized his benefits. Under the terms of his retirement plan, an employee must work 39 years and be at least 55 to reach 100% of salary, Rademacher said. **BACA,** 73, clocked 48 years of service in the system, he said. **BACA** spent the last 15 years as the elected sheriff. "He could have retired many years ago," Rademacher said. Mario Mainero, a professor at Chapman University Dale E. Fowler School of Law, said that in 2012 state lawmakers took steps to reform public employee retirement eligibility in the wake of two highly publicized cases of felons who continued to receive pensions: former Orange County Sheriff Mike Carona, who was convicted of.

View▶

Unique Visitors: 14,128,174

---

1662.    **KTTV-FOX** Television    Market: Los Angeles, CA

Good day LA at 7am

Feb 12 2016 07:00AM PT

[7:15:38 AM] [0:39]  Well, thank you very much. 7:15 now. Former la county **SHERIFF LEE BACA** will still collect most of the $328,000 a year pension, even if he serves time in a federal prison. **BACA** pleaded **GUILTY** this week to a single count of lying to federal officials investigating corruption and beating by deputies in the central **JAIL.** Under pension reforms enacted, back in 2013 county em lo heees convicted of a physical nican collect retirement benefits crime. Up to the time of the bill cos Sy loses another important legal ruling.

Nielsen Audience: 75,134

---

1663.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 6am

Feb 12 2016 06:00AM PT

[6:16:24 AM] [0:42]  6:15 right now. A lot of people have been asking the question and we have the answer. Former **SHERIFF LEE BACA** will still collect $300,000 a year pension even if he serves time in prison. Lying to federal officials investigating corruption and beatings by deputies in central **JAIL.** Pension reforms enacted back in 2013 county employees committed a felony can still collect their retirement benefits earned up to the time of the crime. An update on the zika virus tops "health watch" this Friday.

Nielsen Audience: 36,556

---

1664.    **KTTV-FOX** Television    Market: Los Angeles, CA

Fox 11 Morning News at 5am

Feb 12 2016 05:00AM PT

[5:39:58 AM] [0:48]  Mario ramirez, fox 11 news. A lot of people have been asking this question and now we not answer. Former **SHERIFF LEE BACA** will still collect most of a $328,000 a year pension even this he serves time in a federal prison. **BACA** pleading **GUILTY** this week to a

single count of lying federal officials investigating corruption and beatings by deputies in the central **JAIL.** County employees convicted of a felony can still collect their retirement benefits earned up to the time of the crime. All right buying a home, as we know, is the American dream but a new report by California real stores says it's only within reach of roughly one in four household in la and orange counties.

Nielsen Audience: 20,838

1665.    **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Can Bacas guilty plea restore the Sheriffs Departments reputation?                    Feb 12 2016 03:16AM PT

LA County leaders' efforts to repair the reputation of the county's jails came center stage after former **SHERIFF LEE BACA'S** decision to plead **GUILTY** Wednesday to federal charges. A federal probe into inmate beatings and corrupt deputies in the jails so far yielded 17 convictions, including those stemming from abusing inmates and **JAIL** visitors and obstruction of justice after deputies tried to thwart the FBI's investigation. **BACA,** who stepped down in 2014, initially told investigators he was unaware of his deputies' attempts at a cover- up, but now admits he knew about and ordered at least some of their actions. On Wednesday, he plead **GUILTY** to making false statements before a judge, and faces up to six months in prison when he's sentenced in May. Officials said **BACA'S PLEA** shows no one is above the law and could help usher in a new culture of accountability amongst the rank and file. "I dont think there could be a louder message, I dont think theres a megaphone loud enough," said Supervisor Don Knabe, who represents southern swaths of the county, including Long Beach. Knabe said lawmakers are feeling public pressure to push reform. Outsized litigation costs still plague the department: the sheriff's department tallied $61 million in payouts in 2015 for wrongful death, excessive force and employment lawsuits. In one case, a deputy was fired for failing to investigate the misconduct by his colleagues. "We know what the problems are," Knabe said. "We know what the impacts are on tax dollars as it relates to big settlements, and we cant just tolerate that." Changes have come to the department with the election of Sheriff Jim McDonnell, who replaced **BACA** in 2014. When taking the oath of office, he pledged to create a culture of responsibility. "While the organization should not be judged on the actions of a few, the reality is that it is. And, we need to be able to shine the badge for everyone," McDonnell said. Retired L.A. County Supervisor Zev Yaroslavsky, who served on the board for decades, said he began to see change after the department started "getting some of the bad actors of the jail." The FBI investigation uncovered a culture of management looking the other way when faced allegations of **INMATE ABUSE.** and supervisors seeking to hide it from federal agents, said Miriam Krinsky, a former federal prosecutor who headed the Citizens' Commission on **JAIL** Violence. **BACA'S** deputies tried to intimidate the federal agent investigating the jails, putting her under surveillance and threatening to arrest her. **BACA** lied to the federal officials and said he didn't know deputies were going to approach her. In fact, he ordered them to "doeverything butputhandcuffson her," according to a **PLEA** deal reached with prosecutors. His replacement, McDonnell, was elected with a mandate for change. He moved some supervisors? visitors and obstruction of justice after deputies who tried to thwart the FBI's investigation. who stepped down in 2014, initially told investigators he was unaware of his deputies attempts at a cover up, but now admits he did. On Wednesday, he plead deal reached with prosecutors. His replacement, McDonnell, was elected with a mandate for change. He moved some people around and demoted others.

View▸

Unique Visitors: 498,566

1666.  **Glendale News Press** Newspaper  Market: Los Angeles, CA

President arrives in L.A. -- and Obamajam traffic gridlock begins

Feb 11 2016 11:45PM PT

around Crenshaw Boulevard between Wilshire Boulevard & West Adams Boulevard from 8:45 10:30 p.m. The area around Wilshire Boulevard between the 405 Freeway & Malcolm Ave from 8:45 10:30 p.m. Friday The area around Wilshire Boulevard between the Westwood Village area and the 405 Freeway from 9:30 11:00 a.m. The area. around S. Bundy Drive between Ocean Park Boulevard & the 10 Freeway from 9:30 11:00 a.m. Here are some maps of the closures from KTLA. ALSO Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal Coastal Commission fires executive director over objection of hundreds of supporters Feinstein water policy bill could signal a compromise in sight

View▶

Unique Visitors:  7,329

1667.  **Eastern Group Publications** Online Only  Market: Los Angeles, CA

Baca Se Declara Culpable de Un Cargo Federal

Feb 11 2016 07:58PM PT

**BACA** Se Declara Culpable de Un Cargo Federal Por Fred Shuster, City News Service El ex Alguacil del Condado de Los ngeles, **LEE BACA,** se declar culpable el mircoles de un cargo federal por mentir al FBI durante una investigacin acerca de la corrupcin en el sistema carcelario. Bajo un acuerdo de culpabilidad con la Oficina del Procurador de EE.UU., **BACA** podra recibir hasta seis meses de prisin federal. La sentencia fue fijada para el 16 de mayo. Read this article in English: **BACA** Admits to Lying to Federal Investigators Los fiscales dijeron que **BACA** minti a los investigadores en 2013 cuando dijo que no estaba enterado de que oficiales del alguacil iban a ir a la casa de una agente del FBI en 2011 para enfrentarla y amenazarla sobre. su implicacin en el caso de corrupcin del Departamento. **BACA** no slo estaba consciente del plan, pero le dijo especficamente a los oficiales que deberan hacer todo menos esposarla, segn los fiscales. Este caso ilustra que los lderes que fomentan y luego tratan de ocultar una cultura corrupta tendrn que rendir cuentas, dijo la procuradora de EE.UU. Eileen Decker. **BACA** es el funcionario ms recientey de ms alto rangodel departamento en estar involucrado en el escndalo de corrupcin derivado de la violencia en el sistema carcelario. **BACA,** de 73 aos, se retir en 2014 en medio de una investigacin federal. l estuvo como alguacil desde diciembre de 1998. Quiero que quede claro que esto no es un da de celebracin para nosotros, dijo Decker. De hecho, es un da triste cuando el lder de una agencia del cumplimiento de la ley no cumple con su juramento y en lugar de defender la justicia, decide obstruirla. Ex alguacil del Condado de Los ngeles se declar culpable por mentir a agentes del FBI. (EGP archivo) Pese a que la peticin de **BACA** sea vista como la culminacin de la investigacin de corrupcin, Decker dijo que las autoridades federales se mantendrn vigilantes en su supervisin del departamento. Anteriormente otros dos ex oficiales del Alguacil, Joey Aguiar y Mariano Ramrez fueron condenados por falsificacin de registros que documentan la golpiza de un preso esposado en 2009, pero fueron absueltos de un cargo federal de derechos civiles y los miembros del jurado dieron punto muerto a un cargo de fuerza excesiva. Los fiscales haban planeado volver a intentarlo, pero segn el acuerdo, sern retirados del cargo excesivo de la fuerza, y los oficiales recibirn penas de entre 21 y 27 meses. Aguiar y Ramrez fueron los ltimos de los 21 oficiales actuales y anteriores juzgados por las autoridades federales en conexin con la investigacin del FBI que se llevaba por aos debido a la brutalidad y otras faltas en el Dept. del Alguacil de Los ngeles. La investigacin de corrupcin anteriormente lleg slo hasta el ex alguacil

interino **PAUL TANAKA,** que se enfrenta a juicio en marzo por cargos de conspiracin para supuestamente la gestin de un plan secreto en 2011 para ocultar a un preso que se convirti en informante para el FBI durante la sonda de. crceles. Ese preso, Anthony Brown, fue escondido de los encargados del FBI durante un tiempo cuando las autoridades federales llevaban a cabo una investigacin sobre la presunta violencia de oficiales contra los prisioneros. Ocho ex funcionarios del Dept. del Alguacilincluyendo un capitn, dos tenientes y dos sargentosfueron condenados por su participacin en el encubrimiento. Todos afirmaron que haban estado siguiendo rdenes de sus superiores en la asistencia a una investigacin legtima sobre cmo y por qu un telfono celular haba sido introducido de contrabando en la Crcel Central de Hombres. Tanaka y el capitn retirado Tom Carey, que encabez una unidad interna de investigaciones, fueron acusados en mayo con el presunto intento de descarrilar la investigacin de las crceles federales. Carey se declar culpable el ao pasado de un cargo de mentir en el estrado de los testigos durante el juicio del ex oficial **JAMES SEXTON** en 2014, quien fue condenado a 18 meses de prisin por tratar de obstruir la investigacin de la crcel. Los abogados de Tanaka, Jerome Haig y H. Dean Steward, emitieron una declaracin diciendo que el acuerdo con la fiscala de **BACA** hace que el caso sea ms interesante, pero todava estn dispuestos a llamar **BACA** como testigo durante el juicio de Tanaka. Habamos planeado llamar al alguacil **BACA** como testigo y contina siendo nuestro plan, segn los abogados. Su declaracin de culpabilidad no cambia para nada nuestra defensa. **PAUL TANAKA** no se ha declarado culpable firmemente, y esperamos nuestro da en la corte. George Hofstetter, presidente de la Asociacin de Alguacil de Los ngeles, el sindicato que representa a los agentes del alguacil, dijo que **BACA** merece castigo por sus acciones. El acuerdo de declaracin enva un fuerte mensaje de que nadie est por encima de la ley, dijo. Debe haber tolerancia cero para este tipo de fallido liderazgo. Esto de ninguna manera socava la dedicacin y el duro trabajo de los ms de 9.000 alguaciles que ponen sus vidas en peligro para proteger a los residentes del condado. Al salir de corte, **BACA** se neg a ofrecer comentarios. Su abogado, Michael Zweiback, dijo que su cliente tom el acuerdo de culpabilidad, porque era importante para el alguacil seguir adelante. I senta que era el momento para aceptar la responsabilidad de lo que haba hecho. Zweiback dice que va a pedir que **BACA** no sirva tiempo en prisin, teniendo en cuenta que se trata de un hombre con una reputacin de 50 aos en el cumplimiento de la ley. Print This Post Comments Comments are intended to further discussion on the article topic. EGPNews reserves the right to not publish, edit or remove comments that contain vulgarities, foul language, personal attacks, racists, sexist, homophobic or other offensive terminology or that contain solicitations, spam, or that threaten harm of any sort.

View▶

Unique Visitors: 4,812

1668. **KCRW-FM [89,9 FM] Independent Music & NPR News** Radio   Market: Los Angeles, CA
Olney in LA: Former Sheriff Lee Baca pleads guilty   Feb 11 2016 07:37PM PT

Then- **SHERIFF LEE BACA** after announcing his retirement in January 2014. Photo by Scott L via Flickr. Former Los Angeles County **SHERIFF LEE BACA** faces a possible six months in federal prison after pleading **GUILTY** Wednesday to one count of making false statements to the FBI. **BACA** led the nations largest sheriffs department for more than 15 years, but rather than seeking a fifth term, he retired two years ago in the midst of a federal investigation into corruption and the abuse of inmates in county jails. Warren Olney talks to Robert Faturechi, whose reporting at the Los Angeles Times exposed **INMATE ABUSE,** cover-up and wrongful imprisonment at the Los Angeles County Sheriffs Department. Faturechis reporting led to

federal indictments of deputies, Bacas resignation, and sweeping reforms at the nations largest **JAIL** system. Faturechi now covers money in politics for ProPublica.

View▶

Unique Visitors: 240,106

1669. **Pasadena Weekly** Newspaper Market: Los Angeles, CA

Copping a Plea

Feb 11 2016 07:26PM PT

After reaching a special deal with prosecutors, retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to one count of lying to the FBI during its probe of **INMATE ABUSE** in county jails. Under direction from **BACA,** deputies visited an FBI agent investigating abuse claims in 2010 and threatened to arrest her at her home. **BACA** later told the FBI that he was unaware of the incident. **BACA** could serve no more than six months in federal prison, according to a report by City News Service. He is due to return for **SENTENCING** in May. However, the judge in the case could impose a longer sentence. According to the Los Angeles Daily News , the deal could be rendered moot if the judge does not go along with the agreement struck with federal prosecutors. Todays charge and **PLEA** agreement demonstrate that illegal behavior within the Sheriffs Department went to the very top of the organization, US Attorney Eileen Decker said at a press conference Wednesday afternoon. More importantly, this case illustrates that leaders who foster and then try and hide a corrupt culture will be held accountable. According to the Los Angeles Times , the agreement includes a provision stating that **BACA** will not be charged with more crimes. In addition to lying, **BACA** also admitted that he ordered former Undersheriff **PAUL TANAKA** to carry out a plan to hide an inmate that the FBI was using as an informant. Anthony Brown was allegedly rebooked under a number of different names and transferred to several locations in order to keep him from testifying before a federal grand jury. Tanaka was later indicted for his role in that plot. **BACA** initially denied his involvement, despite Tanakas repeated claims that he was following Bacas orders. Tanakas trial in federal court is scheduled to begin on March 22. **BACA** was told last year by the judge in that case that he would not receive immunity in exchange for his testimony. The stunning news of Bacas **PLEA** broke shortly after 10 a.m. Wednesday with the issuance of a press release published on Twitter by the US Attorneys Office in Los Angeles. **BACA** pleaded **GUILTY** later that day. Thats a tragic, sad end to someone who, overall, tried to make some progressive changes, said Pasadena attorney Dale Gronemeier, a local police accountability activist. During his time as sheriff, **BACA** was known for his desires to help homeless and mentally ill inmates. Nevertheless, I think justice is being served, Gronemeier said. The abuse was egregious. **BACA** won the Sheriffs seat in 1998. He cruised to easy victories over the next two elections and ran unopposed in 2010. **BACA** announced his retirement and stepped down in January 2014 following the indictment of 18 mostly low-level deputies by a federal grand jury. The indictments came after the ACLU and area activists, including former California Attorney General John Van de Kamp of Pasadena and the Rev. Ed Bacon of All Saints Church, called on the FBI to investigate allegations of deputy-sanctioned physical and sexual brutality in county jails that were brought to light in an ACLU report on the claims. The fallout began after the ACLU likened Los Angeles County jails to Nazi concentration camps, claiming inmates were routinely beaten, electrocuted with Tasers and kicked by merciless deputies. **BACA** denied all the allegations. A blue ribbon panel appointed by the Board of Supervisors later found that the department suffered from a lack of leadership and recommended numerous reforms, most of which **BACA** supported. **BACA** said he would implement the reforms, but unbeknownst to him at the time federal agents had already begun investigating alleged brutality in county jails. For more on the **INMATE ABUSE** scandal, visit:

http://www.pasadenaweekly.com/cms/story/detail/gone_fishin/12725/
http://www.pasadenaweekly.com/cms/story/detail/a_damning_indictment/12665/
http://www.pasadenaweekly.com/cms/story/detail/deputized_terror/1

View▶

Unique Visitors: 8,754

1670.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

**What former LA sheriff Baca's guilty plea means for department reforms**    Feb 11 2016 05:02PM PT

Former Los Angeles county **SHERIFF LEE BACA** has pleaded **GUILTY** in an on-going federal investigation into brutality within the jails, as well as a cover-up by sheriff's officials. In a deal with the U.S. attorney's office, **BACA** admits he lied during a probe into his department's dealings stretching back to 2011. Take Two talks with Miriam Krinsky, former head of the Citizens' Commission on **JAIL** Violence, about whether this marks the end of a long-running saga and how the department has changed since that time. The best SoCal news in your inbox, daily. Catch up each morning with KPCC's Short List newsletter.

View▶

Unique Visitors: 498,566

1671.  **Burbank Leader** Online Only   Market: Los Angeles, CA

**Operation Pandora's Box blew up in L.A. County sheriff's officials' faces**    Feb 11 2016 02:00PM PT

At the center of the FBI's investigation into allegations of obstruction of justice by Los Angeles County sheriff's officials was a top-secret program known to a select few deputies as Operation Pandora's Box. The federal investigation into the operation took a dramatic turn Wednesday with news that retired Los Angeles County **SHERIFF LEE BACA** had pleaded **GUILTY** to a federal charge of making a false statement. Here's a look at the operation from The Times archives: What was Operation Pandora's Box? It was launched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate at the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving Brown, a convicted bank robber, to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking to Brown. What was the role of former Undersheriff **PAUL TANAKA,** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone-smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a **JAIL** system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He is a former cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times,

Brown said that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, who smuggled a cellphone into **JAIL** for him. Brown told The Times he used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI. What was the false statement **BACA** made? **BACA** admitted lying in an April 12, 2013, interview with investigators. told them he was not involved in hiding Brown and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest; he said he only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. Where does the case stand now? So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. **BACA** is scheduled to be sentenced in May. richard.winton@latimes.com shelby.grad@latimes.com

View▶

Unique Visitors: 3,986

1672.    **Glendale News Press**   Newspaper   Market: Los Angeles, CA

Operation Pandora's Box blew up in L.A. County sheriff's officials' faces    Feb 11 2016 02:00PM PT

At the center of the FBI's investigation into allegations of obstruction of justice by Los Angeles County sheriff's officials was a top-secret program known to a select few deputies as Operation Pandora's Box. The federal investigation into the operation took a dramatic turn Wednesday with news that retired Los Angeles County **SHERIFF LEE BACA** had pleaded **GUILTY** to a federal charge of making a false statement. Here's a look at the operation from The Times archives: What was Operation Pandora's Box? It was launched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate at the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving Brown, a convicted bank robber, to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking to Brown. What was the role of former Undersheriff **PAUL TANAKA,** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone-smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a **JAIL** system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He is a former cocaine addict who has a history of lying and making dubious allegations against law

enforcement, according to court records and interviews. In his interview with The Times, Brown said that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, who smuggled a cellphone into **JAIL** for him. Brown told The Times he used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI. What was the false statement **BACA** made? **BACA** admitted lying in an April 12, 2013, interview with investigators. told them he was not involved in hiding Brown and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest; he said he only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. Where does the case stand now? So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. **BACA** is scheduled to be sentenced in May. richard.winton@latimes.com shelby.grad@latimes.com

View▶

Unique Visitors:  7,329

1673.   **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Operation Pandora's Box blew up in L.A. County sheriff's officials' faces                    Feb 11 2016 02:00PM PT

At the center of the FBI's investigation into allegations of obstruction of justice by Los Angeles County sheriff's officials was a top-secret program known to a select few deputies as Operation Pandora's Box. The federal investigation into the operation took a dramatic turn Wednesday with news that retired Los Angeles County **SHERIFF LEE BACA** had pleaded **GUILTY** to a federal charge of making a false statement. Here's a look at the operation from The Times archives: What was Operation Pandora's Box? It was launched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate at the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving Brown, a convicted bank robber, to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking to Brown. What was the role of former Undersheriff **PAUL TANAKA,** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone-smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a **JAIL** system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He is a former

Media Coverage Report

cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown said that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, who smuggled a cellphone into **JAIL** for him. Brown told The Times he used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI. What was the false statement **BACA** made? **BACA** admitted lying in an April 12, 2013, interview with investigators. told them he was not involved in hiding Brown and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest; he said he only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. Where does the case stand now? So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. **BACA** is scheduled to be sentenced in May. richard.winton@latimes.com shelby.grad@latimes.com

View▶

Unique Visitors:  1,605

1674.     **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Operation Pandora's Box blew up in L.A. County sheriff's officials' faces     Feb 11 2016 02:00PM PT

At the center of the FBI's investigation into allegations of obstruction of justice by Los Angeles County sheriff's officials was a top-secret program known to a select few deputies as Operation Pandora's Box. The federal investigation into the operation took a dramatic turn Wednesday with news that retired Los Angeles County **SHERIFF LEE BACA** had pleaded **GUILTY** to a federal charge of making a false statement. Here's a look at the operation from The Times archives: What was Operation Pandora's Box? It was launched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate at the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving Brown, a convicted bank robber, to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking to Brown. What was the role of former Undersheriff **PAUL TANAKA,** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone-smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a **JAIL** system beset with allegations of excessive force and other deputy misconduct. Brown is serving a