lengthy prison sentence for bank robbery and has a long criminal history. He is a former cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown said that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, who smuggled a cellphone into JAIL for him. Brown told The Times he used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI. What was the false statement BACA made? BACA admitted lying in an April 12, 2013, interview with investigators. told them he was not involved in hiding Brown and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the JAIL case, to threaten her with arrest; he said he only learned about it when an FBI official phoned him to complain. According to the PLEA agreement, BACA was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his GUILTY PLEA, BACA admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the PLEA deal, he agreed not to contest the prosecutors' other allegations. Where does the case stand now? So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. BACA is scheduled to be sentenced in May. richard.winton@latimes.com shelby.grad@latimes.com

View▶

Unique Visitors:  845

1675. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Operation Pandora's Box blew up in L.A. County sheriff's officials' faces

Feb 11 2016 02:00PM PT

At the center of the FBI's investigation into allegations of obstruction of justice by Los Angeles County sheriff's officials was a top-secret program known to a select few deputies as Operation Pandora's Box. The federal investigation into the operation took a dramatic turn Wednesday with news that retired Los Angeles County SHERIFF LEE BACA had pleaded GUILTY to a federal charge of making a false statement. Here's a look at the operation from The Times archives: What was Operation Pandora's Box? It was launched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate at the Men's Central JAIL, to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving Brown, a convicted bank robber, to a different JAIL under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." A BACA spokesman previously said that Brown was moved not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking to Brown. What was the role of former Undersheriff PAUL TANAKA, who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone-smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a JAIL system

beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He is a former cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown said that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, who smuggled a cellphone into **JAIL** for him. Brown told The Times he used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI. What was the false statement **BACA** made? **BACA** admitted lying in an April 12, 2013, interview with investigators. told them he was not involved in hiding Brown and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest; he said he only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. Where does the case stand now? So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. **BACA** is scheduled to be sentenced in May. richard.winton@latimes.com shelby.grad@latimes.com

View▶

Unique Visitors:  14,128,174

1676.  **Burbank Leader** Online Only   Market: Los Angeles, CA

Essential California: The fight over California's coast

Feb 11 2016 01:05PM PT

"We need to set the record straight. There was no coup by developer interests," said Commissioner Mark Vargas. Los Angeles Times **GUILTY PLEA** Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators. Its the latest turn in a years-long investigation into abuses in L.A. Countys **JAIL** that began with lower-level deputies and has worked its way up the chain of command. The former No. 2 of the department, **PAUL TANAKA,** is scheduled to go on trial in March on charges he obstructed a federal investigation into the jails. As part of Bacas **PLEA** deal, prosecutors agreed not to seek a **JAIL** sentence of more than six months. Los Angeles Times Babys death A bullet that took the life of a 1-year-old girl may have been intended for her 24-year-old father, according to police. Autumn Johnson was in her crib when gunshots tore through the converted garage that she and her parents called home.

View▶

Unique Visitors:  3,986

1677.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Essential California: The fight over California's coast

Feb 11 2016 01:05PM PT

"We need to set the record straight. There was no coup by developer interests," said Commissioner Mark Vargas. Los Angeles Times **GUILTY PLEA** Former Los Angeles County

**SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators. Its the latest turn in a years-long investigation into abuses in L.A. Countys **JAIL** that began with lower-level deputies and has worked its way up the chain of command. The former No. 2 of the department, **PAUL TANAKA,** is scheduled to go on trial in March on charges he obstructed a federal investigation into the jails. As part of Bacas **PLEA** deal, prosecutors agreed not to seek a **JAIL** sentence of more than six months. Los Angeles Times Babys death A bullet that took the life of a 1-year-old girl may have been intended for her 24-year-old father, according to police. Autumn Johnson was in her crib when gunshots tore through the converted garage that she and her parents called home.

View▶

Unique Visitors:  7,329

1678.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Essential California: The fight over California's coast

Feb 11 2016 01:05PM PT

"We need to set the record straight. There was no coup by developer interests," said Commissioner Mark Vargas. Los Angeles Times **GUILTY PLEA** Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators. Its the latest turn in a years-long investigation into abuses in L.A. Countys **JAIL** that began with lower-level deputies and has worked its way up the chain of command. The former No. 2 of the department, **PAUL TANAKA,** is scheduled to go on trial in March on charges he obstructed a federal investigation into the jails. As part of Bacas **PLEA** deal, prosecutors agreed not to seek a **JAIL** sentence of more than six months. Los Angeles Times Babys death A bullet that took the life of a 1-year-old girl may have been intended for her 24-year-old father, according to police. Autumn Johnson was in her crib when gunshots tore through the converted garage that she and her parents called home.

View▶

Unique Visitors:  1,605

1679.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Essential California: The fight over California's coast

Feb 11 2016 01:05PM PT

"We need to set the record straight. There was no coup by developer interests," said Commissioner Mark Vargas. Los Angeles Times **GUILTY PLEA** Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators. Its the latest turn in a years-long investigation into abuses in L.A. Countys **JAIL** that began with lower-level deputies and has worked its way up the chain of command. The former No. 2 of the department, **PAUL TANAKA,** is scheduled to go on trial in March on charges he obstructed a federal investigation into the jails. As part of Bacas **PLEA** deal, prosecutors agreed not to seek a **JAIL** sentence of more than six months. Los Angeles Times Babys death A bullet that took the life of a 1-year-old girl may have been intended for her 24-year-old father, according to police. Autumn Johnson was in her crib when gunshots tore through the converted garage that she and her parents called home.

View▶

Unique Visitors:  845

1680.  **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Feb 11 2016 01:05PM

"We need to set the record straight. There was no coup by developer interests," said Commissioner Mark Vargas. Los Angeles Times **GUILTY PLEA** Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators. Its the latest turn in a years-long investigation into abuses in L.A. Countys **JAIL** that began with lower-level deputies and has worked its way up the chain of command. The former No. 2 of the department, **PAUL TANAKA,** is scheduled to go on trial in March on charges he obstructed a federal investigation into the jails. As part of Bacas **PLEA** deal, prosecutors agreed not to seek a **JAIL** sentence of more than six months. Los Angeles Times Babys death A bullet that took the life of a 1-year-old girl may have been intended for her 24-year-old father, according to police. Autumn Johnson was in her crib when gunshots tore through the converted garage that she and her parents called home.

View▶

Unique Visitors:  14,128,174

1681.  **Burbank Leader**  *Online Only*   Market: Los Angeles, CA
        Retired L.A. Sheriff Lee Baca admits he lied to the FBI in the jail abuse       Feb 11 2016 01:00PM
        scanda                                                                            PT

In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the way to the top. **BACA,** who left office two years ago, pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a surprise **PLEA** deal with the U.S. attorney's office, **BACA** acknowledged for the first time taking an active role in trying to stymie the federal probe, even allowing a team of deputies to confront one FBI agent at her home. **BACA** faces a maximum of six months behind bars and could be sentenced to probation under the terms of the **PLEA** deal. U.S. District Judge Percy Anderson is to sentence him May 16. U.S. Atty. Eileen Decker, whose office pursued the **JAIL** investigation with the FBI for six years, said **BACA'S GUILTY PLEA** brought no joy to case agents or prosecutors. "It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath, and instead of upholding justice, chooses to obstruct it," she said during an afternoon news conference. The 73-year-old **BACA** appeared in court with his sheriff's badge pinned to the lapel of his brown suit and took calls from former colleagues as he waited for his arraignment. His involvement in a scandal that saw unarmed inmates and visitors beaten by his deputies appeared to deal a lethal blow to a reputation for integrity and community service he promoted for himself and his officers during his 15 years on the job. **BACA** had department business cards inscribed with what he said were the agency's "core values," including "respect for the dignity of all people," and required deputies to memorize and recite them. "He had such a level of arrogance and importance," said Peter Eliasberg, the legal director of the American Civil Liberties Union of Southern California, which had long complained about abuse at the jails. "What happened to the inmates was horrible. He is in large part to blame for that." Federal officials secretly launched an investigation into abuse at the jails in 2010 after receiving complaints from inmates. Advocacy groups said beatings by deputies were routine in the crowded **JAIL** system. Ultimately agents uncovered evidence of assaults, including attacks on a mentally ill inmate and a man visiting an incarcerated relative. So far, more than a dozen former sheriff's officials have been convicted of charges related to beatings and attempts to cover them up. Prosecutors have been looking closely at possible criminal conduct by **BACA** for years, but it

was only in the last week that they informed his lawyer, Michael Zweiback, that they intended to ask a grand jury to indict him, Zweiback said. Prosecutors didn't specify the charges they would seek, Zweiback said, but one possibility was obstruction of justice, a more serious charge than the false statements count to which **BACA** ultimately admitted. Seven sheriff's officials have been convicted of obstruction in the **JAIL** scandal and received sentences ranging from a year and a half to more than three years in prison. Trying to avoid that sort of sentence, his lawyer began negotiating with prosecutors. "He really wanted to put this whole ordeal behind not only himself but also the department," Zweiback said. "It was very important to him that this no longer be a distraction to the Sheriff's Department." In the **PLEA** agreement filed in federal court Wednesday, **BACA** admitted lying in an April 12, 2013, interview with investigators. By that time, the scandal was front-page news, with The Times that day citing anonymous sheriff's officials claiming **BACA** had a significant role in trying to hinder the federal investigation. **BACA** publicly presented a different view, telling the paper, "I'm not a hands-on person." He continued to maintain that he knew little in the meeting with FBI agents and prosecutors, according to the **PLEA** agreement. He told them he was not involved in hiding an inmate, Anthony Brown, an informant cooperating with the investigation by federal agents, and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest and only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. David Bowdich, assistant director in charge of the FBI's Los Angeles field office, noted that **BACA** continued to deny the truth even as rank-and-file deputies were "under the gun" and being prosecuted. "He had the opportunity to lead and he did not lead," Bowdich said. Zweiback said **BACA** had accepted that he might spend time in federal prison. "He is ready for whatever outcome is deemed appropriate by the court." **BACA** has not offered any explanation as to why he lied, his lawyer said. **BACA'S** second-in-command, Undersheriff **PAUL TANAKA** is scheduled to go on trial in March for his alleged role in obstructing the federal investigation. Prosecutors contend that Tanaka took the lead role in trying to undermine the probe. **BACA'S PLEA** agreement does not require him to testify at that trial, and his attorney said he expects the former sheriff to assert his 5th Amendment right against self-incrimination and refuse to testify if called to the stand. The charge to which **BACA** admitted making false statements carries a maximum sentence of five years in prison. Under the terms of the agreement, **BACA** can withdraw his **GUILTY PLEA** if the judge indicates that a sentence of more than six months is warranted. The disparity between the sentence negotiated with **BACA** and those of other sheriff's officials galled some in the department. "He is one person who could have prevented these problems," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Decker, the U.S. attorney, defended making the deal with **BACA.** She said that as in all cases, prosecutors analyzed the evidence and assessed the chances of winning a conviction from a jury. She said another important factor was **BACA'S** willingness to plead **GUILTY** before prosecutors sought an indictment from a grand jury. It was significant that "a law enforcement representative, particularly a former sheriff, has come forward in a way that no one else has at that level to accept responsibility," Decker said. She said prosecutors would not decide what sentence to recommend to the judge until after reviewing materials **BACA** is expected to submit in advance of **SENTENCING.** Typically these include evidence of a defendant's contributions to society. **BACA** stepped down in 2014 enmeshed in controversy.

The county's blue-ribbon commission found troubling evidence of excessive force by deputies against inmates and sharply criticized **BACA'S** leadership. And a 2013 federal investigation separate from the **JAIL** probe concluded that his officers had harassed and intimidated African American and Latino residents of the Antelope Valley. **BACA,** flanked by his wife, declined to speak to reporters as he left court. In a statement read by his attorney, he said, "I made a mistake and accept being held accountable. I will always love the men and women of the Sheriff's Department and serve human life no matter whom and where they are." joel.rubin@latimes.com cindy.chang@latimes.com harriet.ryan@latimes.com Times staff writers Richard Winton and Kate Mather contributed to this report.

View▶

Unique Visitors:  3,986

1682.    **Burbank Leader** Online Only    Market: Los Angeles, CA

Today: The Sheriff and the Scandal. Obama's Admission.                Feb 11 2016 01:00PM PT

She was sitting just standing in her crib and out of nowhere, gunshots," Autumn's mother said. Investigators are trying to determine if the violence was gang-related and think the intended target was the baby's father. The Sheriff and the Scandal For years, retired **SHERIFF LEE BACA** insisted he played no role in the scandal over the beatings of inmates and visitors at the nation's largest **JAIL** system. On Wednesday, he pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating those abuses in a deal with the U.S. attorney's office. Prosecutors agreed to not seek a prison sentence of more than six months. Read on to see how that deal was reached, the reaction and the next steps.

View▶

Unique Visitors:  3,986

1683.  **Glendale News Press** Newspaper   Market: Los Angeles, CA

Retired L.A. Sheriff Lee Baca admits he lied to the FBI in the jail abuse scanda                Feb 11 2016 01:00PM PT

In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the way to the top. **BACA,** who left office two years ago, pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a surprise **PLEA** deal with the U.S. attorney's office, **BACA** acknowledged for the first time taking an active role in trying to stymie the federal probe, even allowing a team of deputies to confront one FBI agent at her home. **BACA** faces a maximum of six months behind bars and could be sentenced to probation under the terms of the **PLEA** deal. U.S. District Judge Percy Anderson is to sentence him May 16. U.S. Atty. Eileen Decker, whose office pursued the **JAIL** investigation with the FBI for six years, said **BACA'S GUILTY PLEA** brought no joy to case agents or prosecutors. "It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath, and instead of upholding justice, chooses to obstruct it," she said during an afternoon news conference. The 73-year-old **BACA** appeared in court with his sheriff's badge pinned to the lapel of his brown suit and took calls from former colleagues as he waited for his arraignment. His involvement in a scandal that saw unarmed inmates and visitors beaten by his deputies appeared to deal a lethal blow to a reputation for integrity and community service he promoted for himself and his officers during his 15 years on the job. **BACA** had department business cards inscribed with what he said were

the agency's "core values," including "respect for the dignity of all people," and required deputies to memorize and recite them. "He had such a level of arrogance and importance," said Peter Eliasberg, the legal director of the American Civil Liberties Union of Southern California, which had long complained about abuse at the jails. "What happened to the inmates was horrible. He is in large part to blame for that." Federal officials secretly launched an investigation into abuse at the jails in 2010 after receiving complaints from inmates. Advocacy groups said beatings by deputies were routine in the crowded JAIL system. Ultimately agents uncovered evidence of assaults, including attacks on a mentally ill inmate and a man visiting an incarcerated relative. So far, more than a dozen former sheriff's officials have been convicted of charges related to beatings and attempts to cover them up. Prosecutors have been looking closely at possible criminal conduct by BACA for years, but it was only in the last week that they informed his lawyer, Michael Zweiback, that they intended to ask a grand jury to indict him, Zweiback said. Prosecutors didn't specify the charges they would seek, Zweiback said, but one possibility was obstruction of justice, a more serious charge than the false statements count to which BACA ultimately admitted. Seven sheriff's officials have been convicted of obstruction in the JAIL scandal and received sentences ranging from a year and a half to more than three years in prison. Trying to avoid that sort of sentence, his lawyer began negotiating with prosecutors. "He really wanted to put this whole ordeal behind not only himself but also the department," Zweiback said. "It was very important to him that this no longer be a distraction to the Sheriff's Department." In the PLEA agreement filed in federal court Wednesday, BACA admitted lying in an April 12, 2013, interview with investigators. By that time, the scandal was front-page news, with The Times that day citing anonymous sheriff's officials claiming BACA had a significant role in trying to hinder the federal investigation. BACA publicly presented a different view, telling the paper, "I'm not a hands-on person." He continued to maintain that he knew little in the meeting with FBI agents and prosecutors, according to the PLEA agreement. He told them he was not involved in hiding an inmate, Anthony Brown, an informant cooperating with the investigation by federal agents, and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the JAIL case, to threaten her with arrest and only learned about it when an FBI official phoned him to complain. According to the PLEA agreement, BACA was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his GUILTY PLEA, BACA admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the PLEA deal, he agreed not to contest the prosecutors' other allegations. David Bowdich, assistant director in charge of the FBI's Los Angeles field office, noted that BACA continued to deny the truth even as rank-and-file deputies were "under the gun" and being prosecuted. "He had the opportunity to lead and he did not lead," Bowdich said. Zweiback said BACA had accepted that he might spend time in federal prison. "He is ready for whatever outcome is deemed appropriate by the court." BACA has not offered any explanation as to why he lied, his lawyer said. BACA'S second-in-command, Undersheriff PAUL TANAKA is scheduled to go on trial in March for his alleged role in obstructing the federal investigation. Prosecutors contend that Tanaka took the lead role in trying to undermine the probe. BACA'S PLEA agreement does not require him to testify at that trial, and his attorney said he expects the former sheriff to assert his 5th Amendment right against self-incrimination and refuse to testify if called to the stand. The charge to which BACA admitted making false statements carries a maximum sentence of five years in prison. Under the terms of the agreement, BACA can withdraw his GUILTY PLEA if the judge indicates that a sentence of more than six months is warranted. The disparity between the sentence negotiated with BACA and

those of other sheriff's officials galled some in the department. "He is one person who could have prevented these problems," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Decker, the U.S. attorney, defended making the deal with **BACA.** She said that as in all cases, prosecutors analyzed the evidence and assessed the chances of winning a conviction from a jury. She said another important factor was **BACA'S** willingness to plead **GUILTY** before prosecutors sought an indictment from a grand jury. It was significant that "a law enforcement representative, particularly a former sheriff, has come forward in a way that no one else has at that level to accept responsibility," Decker said. She said prosecutors would not decide what sentence to recommend to the judge until after reviewing materials **BACA** is expected to submit in advance of **SENTENCING.** Typically these include evidence of a defendant's contributions to society. **BACA** stepped down in 2014 enmeshed in controversy. The county's blue-ribbon commission found troubling evidence of excessive force by deputies against inmates and sharply criticized **BACA'S** leadership. And a 2013 federal investigation separate from the **JAIL** probe concluded that his officers had harassed and intimidated African American and Latino residents of the Antelope Valley. **BACA,** flanked by his wife, declined to speak to reporters as he left court. In a statement read by his attorney, he said, "I made a mistake and accept being held accountable. I will always love the men and women of the Sheriff's Department and serve human life no matter whom and where they are." joel.rubin@latimes.com cindy.chang@latimes.com harriet.ryan@latimes.com Times staff writers Richard Winton and Kate Mather contributed to this report.

View▶

Unique Visitors:  7,329

1684.    **Glendale News Press** Newspaper   Market: Los Angeles, CA

Today: The Sheriff and the Scandal. Obama's Admission.                    Feb 11 2016 01:00PM PT

She was sitting just standing in her crib and out of nowhere, gunshots," Autumn's mother said. Investigators are trying to determine if the violence was gang-related and think the intended target was the baby's father. The Sheriff and the Scandal For years, retired **SHERIFF LEE BACA** insisted he played no role in the scandal over the beatings of inmates and visitors at the nation's largest **JAIL** system. On Wednesday, he pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating those abuses in a deal with the U.S. attorney's office. Prosecutors agreed to not seek a prison sentence of more than six months. Read on to see how that deal was reached, the reaction and the next steps.

View▶

Unique Visitors:  7,329

1685.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Retired L.A. Sheriff Lee Baca admits he lied to the FBI in the jail abuse scanda                    Feb 11 2016 01:00PM PT

In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the way to the top. **BACA,** who left office two years ago, pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a surprise **PLEA** deal with the U.S. attorney's office, **BACA** acknowledged for the first time taking an active role in trying to stymie the federal probe, even allowing a team of deputies to confront one FBI agent at her home.

**BACA** faces a maximum of six months behind bars and could be sentenced to probation under the terms of the **PLEA** deal. U.S. District Judge Percy Anderson is to sentence him May 16. U.S. Atty. Eileen Decker, whose office pursued the **JAIL** investigation with the FBI for six years, said **BACA'S GUILTY PLEA** brought no joy to case agents or prosecutors. "It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath, and instead of upholding justice, chooses to obstruct it," she said during an afternoon news conference. The 73-year-old **BACA** appeared in court with his sheriff's badge pinned to the lapel of his brown suit and took calls from former colleagues as he waited for his arraignment. His involvement in a scandal that saw unarmed inmates and visitors beaten by his deputies appeared to deal a lethal blow to a reputation for integrity and community service he promoted for himself and his officers during his 15 years on the job. **BACA** had department business cards inscribed with what he said were the agency's "core values," including "respect for the dignity of all people," and required deputies to memorize and recite them. "He had such a level of arrogance and importance," said Peter Eliasberg, the legal director of the American Civil Liberties Union of Southern California, which had long complained about abuse at the jails. "What happened to the inmates was horrible. He is in large part to blame for that." Federal officials secretly launched an investigation into abuse at the jails in 2010 after receiving complaints from inmates. Advocacy groups said beatings by deputies were routine in the crowded **JAIL** system. Ultimately agents uncovered evidence of assaults, including attacks on a mentally ill inmate and a man visiting an incarcerated relative. So far, more than a dozen former sheriff's officials have been convicted of charges related to beatings and attempts to cover them up. Prosecutors have been looking closely at possible criminal conduct by **BACA** for years, but it was only in the last week that they informed his lawyer, Michael Zweiback, that they intended to ask a grand jury to indict him, Zweiback said. Prosecutors didn't specify the charges they would seek, Zweiback said, but one possibility was obstruction of justice, a more serious charge than the false statements count to which **BACA** ultimately admitted. Seven sheriff's officials have been convicted of obstruction in the **JAIL** scandal and received sentences ranging from a year and a half to more than three years in prison. Trying to avoid that sort of sentence, his lawyer began negotiating with prosecutors. "He really wanted to put this whole ordeal behind not only himself but also the department," Zweiback said. "It was very important to him that this no longer be a distraction to the Sheriff's Department." In the **PLEA** agreement filed in federal court Wednesday, **BACA** admitted lying in an April 12, 2013, interview with investigators. By that time, the scandal was front-page news, with The Times that day citing anonymous sheriff's officials claiming **BACA** had a significant role in trying to hinder the federal investigation. **BACA** publicly presented a different view, telling the paper, "I'm not a hands-on person." He continued to maintain that he knew little in the meeting with FBI agents and prosecutors, according to the **PLEA** agreement. He told them he was not involved in hiding an inmate, Anthony Brown, an informant cooperating with the investigation by federal agents, and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest and only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. David Bowdich, assistant director in charge of the FBI's Los Angeles field office, noted that **BACA** continued to deny the truth even as rank-and-file deputies were "under the gun" and being prosecuted. "He had the opportunity to lead and he did not lead,"

Bowdich said. Zweiback said **BACA** had accepted that he might spend time in federal prison. "He is ready for whatever outcome is deemed appropriate by the court." **BACA** has not offered any explanation as to why he lied, his lawyer said. **BACA'S** second-in-command, Undersheriff **PAUL TANAKA** is scheduled to go on trial in March for his alleged role in obstructing the federal investigation. Prosecutors contend that Tanaka took the lead role in trying to undermine the probe. **BACA'S PLEA** agreement does not require him to testify at that trial, and his attorney said he expects the former sheriff to assert his 5th Amendment right against self-incrimination and refuse to testify if called to the stand. The charge to which **BACA** admitted making false statements carries a maximum sentence of five years in prison. Under the terms of the agreement, **BACA** can withdraw his **GUILTY PLEA** if the judge indicates that a sentence of more than six months is warranted. The disparity between the sentence negotiated with **BACA** and those of other sheriff's officials galled some in the department. "He is one person who could have prevented these problems," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Decker, the U.S. attorney, defended making the deal with **BACA.** She said that as in all cases, prosecutors analyzed the evidence and assessed the chances of winning a conviction from a jury. She said another important factor was **BACA'S** willingness to plead **GUILTY** before prosecutors sought an indictment from a grand jury. It was significant that "a law enforcement representative, particularly a former sheriff, has come forward in a way that no one else has at that level to accept responsibility," Decker said. She said prosecutors would not decide what sentence to recommend to the judge until after reviewing materials **BACA** is expected to submit in advance of **SENTENCING.** Typically these include evidence of a defendant's contributions to society. **BACA** stepped down in 2014 enmeshed in controversy. The county's blue-ribbon commission found troubling evidence of excessive force by deputies against inmates and sharply criticized **BACA'S** leadership. And a 2013 federal investigation separate from the **JAIL** probe concluded that his officers had harassed and intimidated African American and Latino residents of the Antelope Valley. **BACA,** flanked by his wife, declined to speak to reporters as he left court. In a statement read by his attorney, he said, "I made a mistake and accept being held accountable. I will always love the men and women of the Sheriff's Department and serve human life no matter whom and where they are." joel.rubin@latimes.com cindy.chang@latimes.com harriet.ryan@latimes.com Times staff writers Richard Winton and Kate Mather contributed to this report.

View▶

Unique Visitors: 1,605

1686.  **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Today: The Sheriff and the Scandal. Obama's Admission.

Feb 11 2016 01:00PM PT

She was sitting just standing in her crib and out of nowhere, gunshots," Autumn's mother said. Investigators are trying to determine if the violence was gang-related and think the intended target was the baby's father. The Sheriff and the Scandal For years, retired **SHERIFF LEE BACA** insisted he played no role in the scandal over the beatings of inmates and visitors at the nation's largest **JAIL** system. On Wednesday, he pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating those abuses in a deal with the U.S. attorney's office. Prosecutors agreed to not seek a prison sentence of more than six months. Read on to see how that deal was reached, the reaction and the next steps.

View▶

Unique Visitors: 1,605

1687.    **Laguna Beach Coastline Pilot**    Newspaper    Market: Los Angeles, CA
Retired L.A. Sheriff Lee Baca admits he lied to the FBI in the jail abuse scanda    Feb 11 2016 01:00PM PT

In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the way to the top. **BACA,** who left office two years ago, pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a surprise **PLEA** deal with the U.S. attorney's office, **BACA** acknowledged for the first time taking an active role in trying to stymie the federal probe, even allowing a team of deputies to confront one FBI agent at her home. **BACA** faces a maximum of six months behind bars and could be sentenced to probation under the terms of the **PLEA** deal. U.S. District Judge Percy Anderson is to sentence him May 16. U.S. Atty. Eileen Decker, whose office pursued the **JAIL** investigation with the FBI for six years, said **BACA'S GUILTY PLEA** brought no joy to case agents or prosecutors. "It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath, and instead of upholding justice, chooses to obstruct it," she said during an afternoon news conference. The 73-year-old **BACA** appeared in court with his sheriff's badge pinned to the lapel of his brown suit and took calls from former colleagues as he waited for his arraignment. His involvement in a scandal that saw unarmed inmates and visitors beaten by his deputies appeared to deal a lethal blow to a reputation for integrity and community service he promoted for himself and his officers during his 15 years on the job. **BACA** had department business cards inscribed with what he said were the agency's "core values," including "respect for the dignity of all people," and required deputies to memorize and recite them. "He had such a level of arrogance and importance," said Peter Eliasberg, the legal director of the American Civil Liberties Union of Southern California, which had long complained about abuse at the jails. "What happened to the inmates was horrible. He is in large part to blame for that." Federal officials secretly launched an investigation into abuse at the jails in 2010 after receiving complaints from inmates. Advocacy groups said beatings by deputies were routine in the crowded **JAIL** system. Ultimately agents uncovered evidence of assaults, including attacks on a mentally ill inmate and a man visiting an incarcerated relative. So far, more than a dozen former sheriff's officials have been convicted of charges related to beatings and attempts to cover them up. Prosecutors have been looking closely at possible criminal conduct by **BACA** for years, but it was only in the last week that they informed his lawyer, Michael Zweiback, that they intended to ask a grand jury to indict him, Zweiback said. Prosecutors didn't specify the charges they would seek, Zweiback said, but one possibility was obstruction of justice, a more serious charge than the false statements count to which **BACA** ultimately admitted. Seven sheriff's officials have been convicted of obstruction in the **JAIL** scandal and received sentences ranging from a year and a half to more than three years in prison. Trying to avoid that sort of sentence, his lawyer began negotiating with prosecutors. "He really wanted to put this whole ordeal behind not only himself but also the department," Zweiback said. "It was very important to him that this no longer be a distraction to the Sheriff's Department." In the **PLEA** agreement filed in federal court Wednesday, **BACA** admitted lying in an April 12, 2013, interview with investigators. By that time, the scandal was front-page news, with The Times that day citing anonymous sheriff's officials claiming **BACA** had a significant role in trying to hinder the federal investigation. **BACA** publicly presented a different view, telling the paper, "I'm not a hands-on person." He continued to maintain that he knew little in the meeting with FBI agents and prosecutors, according to the **PLEA** agreement. He told them he was not involved in hiding an inmate, Anthony Brown, an informant cooperating with the investigation by federal agents, and

was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest and only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. David Bowdich, assistant director in charge of the FBI's Los Angeles field office, noted that **BACA** continued to deny the truth even as rank-and-file deputies were "under the gun" and being prosecuted. "He had the opportunity to lead and he did not lead," Bowdich said. Zweiback said **BACA** had accepted that he might spend time in federal prison. "He is ready for whatever outcome is deemed appropriate by the court." **BACA** has not offered any explanation as to why he lied, his lawyer said. **BACA'S** second-in-command, Undersheriff **PAUL TANAKA** is scheduled to go on trial in March for his alleged role in obstructing the federal investigation. Prosecutors contend that Tanaka took the lead role in trying to undermine the probe. **BACA'S PLEA** agreement does not require him to testify at that trial, and his attorney said he expects the former sheriff to assert his 5th Amendment right against self-incrimination and refuse to testify if called to the stand. The charge to which **BACA** admitted making false statements carries a maximum sentence of five years in prison. Under the terms of the agreement, **BACA** can withdraw his **GUILTY PLEA** if the judge indicates that a sentence of more than six months is warranted. The disparity between the sentence negotiated with **BACA** and those of other sheriff's officials galled some in the department. "He is one person who could have prevented these problems," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Decker, the U.S. attorney, defended making the deal with **BACA.** She said that as in all cases, prosecutors analyzed the evidence and assessed the chances of winning a conviction from a jury. She said another important factor was **BACA'S** willingness to plead **GUILTY** before prosecutors sought an indictment from a grand jury. It was significant that "a law enforcement representative, particularly a former sheriff, has come forward in a way that no one else has at that level to accept responsibility," Decker said. She said prosecutors would not decide what sentence to recommend to the judge until after reviewing materials **BACA** is expected to submit in advance of **SENTENCING.** Typically these include evidence of a defendant's contributions to society. **BACA** stepped down in 2014 enmeshed in controversy. The county's blue-ribbon commission found troubling evidence of excessive force by deputies against inmates and sharply criticized **BACA'S** leadership. And a 2013 federal investigation separate from the **JAIL** probe concluded that his officers had harassed and intimidated African American and Latino residents of the Antelope Valley. **BACA,** flanked by his wife, declined to speak to reporters as he left court. In a statement read by his attorney, he said, "I made a mistake and accept being held accountable. I will always love the men and women of the Sheriff's Department and serve human life no matter whom and where they are." joel.rubin@latimes.com cindy.chang@latimes.com harriet.ryan@latimes.com Times staff writers Richard Winton and Kate Mather contributed to this report.

View▶

Unique Visitors:  845

1688.   **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

Today: The Sheriff and the Scandal. Obama's Admission.

Feb 11 2016 01:00PM PT

She was sitting just standing in her crib and out of nowhere, gunshots," Autumn's mother said.

Investigators are trying to determine if the violence was gang-related and think the intended target was the baby's father. The Sheriff and the Scandal For years, retired **SHERIFF LEE BACA** insisted he played no role in the scandal over the beatings of inmates and visitors at the nation's largest **JAIL** system. On Wednesday, he pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating those abuses in a deal with the U.S. attorney's office. Prosecutors agreed to not seek a prison sentence of more than six months. Read on to see how that deal was reached, the reaction and the next steps.

View▶

Unique Visitors:  845

1689.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA
         Retired L.A. Sheriff Lee Baca admits he lied to the FBI in the jail abuse          Feb 11 2016 01:00PM
         scanda                                                                             PT

In the **JAIL** abuse scandal that has roiled the Los Angeles County Sheriff's Department and resulted in the convictions of more than a dozen officials, one question has remained open: How high did the corruption go? Retired **SHERIFF LEE BACA** admitted in federal court Wednesday that it went all the way to the top. **BACA,** who left office two years ago, pleaded **GUILTY** to lying to FBI agents and federal prosecutors investigating the beatings of inmates and visitors at the nation's largest **JAIL** system. As part of a surprise **PLEA** deal with the U.S. attorney's office, **BACA** acknowledged for the first time taking an active role in trying to stymie the federal probe, even allowing a team of deputies to confront one FBI agent at her home. **BACA** faces a maximum of six months behind bars and could be sentenced to probation under the terms of the **PLEA** deal. U.S. District Judge Percy Anderson is to sentence him May 16. U.S. Atty. Eileen Decker, whose office pursued the **JAIL** investigation with the FBI for six years, said **BACA'S GUILTY PLEA** brought no joy to case agents or prosecutors. "It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath, and instead of upholding justice, chooses to obstruct it," she said during an afternoon news conference. The 73-year-old **BACA** appeared in court with his sheriff's badge pinned to the lapel of his brown suit and took calls from former colleagues as he waited for his arraignment. His involvement in a scandal that saw unarmed inmates and visitors beaten by his deputies appeared to deal a lethal blow to a reputation for integrity and community service he promoted for himself and his officers during his 15 years on the job. **BACA** had department business cards inscribed with what he said were the agency's "core values," including "respect for the dignity of all people," and required deputies to memorize and recite them. "He had such a level of arrogance and importance," said Peter Eliasberg, the legal director of the American Civil Liberties Union of Southern California, which had long complained about abuse at the jails. "What happened to the inmates was horrible. He is in large part to blame for that." Federal officials secretly launched an investigation into abuse at the jails in 2010 after receiving complaints from inmates. Advocacy groups said beatings by deputies were routine in the crowded **JAIL** system. Ultimately agents uncovered evidence of assaults, including attacks on a mentally ill inmate and a man visiting an incarcerated relative. So far, more than a dozen former sheriff's officials have been convicted of charges related to beatings and attempts to cover them up. Prosecutors have been looking closely at possible criminal conduct by **BACA** for years, but it was only in the last week that they informed his lawyer, Michael Zweiback, that they intended to ask a grand jury to indict him, Zweiback said. Prosecutors didn't specify the charges they would seek, Zweiback said, but one possibility was obstruction of justice, a more serious charge than the false statements count to which **BACA** ultimately admitted. Seven sheriff's officials have been convicted of obstruction in the **JAIL** scandal and received sentences ranging from a year and a half to more than three years in prison. Trying to avoid that sort of sentence,

Media Coverage Report

his lawyer began negotiating with prosecutors." He really wanted to put this whole ordeal behind not only himself but also the department," Zweiback said. "It was very important to him that this no longer be a distraction to the Sheriff's Department." In the **PLEA** agreement filed in federal court Wednesday, **BACA** admitted lying in an April 12, 2013, interview with investigators. By that time, the scandal was front-page news, with The Times that day citing anonymous sheriff's officials claiming **BACA** had a significant role in trying to hinder the federal investigation. **BACA** publicly presented a different view, telling the paper, "I'm not a hands-on person." He continued to maintain that he knew little in the meeting with FBI agents and prosecutors, according to the **PLEA** agreement. He told them he was not involved in hiding an inmate, Anthony Brown, an informant cooperating with the investigation by federal agents, and was not aware that one of his top lieutenants had intervened to stop agents from questioning Brown. In addition, he told investigators that he was not involved in sending sheriff's officials to the residence of Leah Marx, an FBI agent working the **JAIL** case, to threaten her with arrest and only learned about it when an FBI official phoned him to complain. According to the **PLEA** agreement, **BACA** was at the meeting the day before where officials came up with the plan and told his subordinates they "should do everything but put handcuffs" on her. In entering his **GUILTY PLEA, BACA** admitted only to lying to officials about his awareness of the visit to the FBI agent's home. Under the terms of the **PLEA** deal, he agreed not to contest the prosecutors' other allegations. David Bowdich, assistant director in charge of the FBI's Los Angeles field office, noted that **BACA** continued to deny the truth even as rank-and-file deputies were "under the gun" and being prosecuted. "He had the opportunity to lead and he did not lead," Bowdich said. Zweiback said **BACA** had accepted that he might spend time in federal prison. "He is ready for whatever outcome is deemed appropriate by the court." **BACA** has not offered any explanation as to why he lied, his lawyer said. **BACA'S** second-in-command, Undersheriff **PAUL TANAKA** is scheduled to go on trial in March for his alleged role in obstructing the federal investigation. Prosecutors contend that Tanaka took the lead role in trying to undermine the probe. **BACA'S PLEA** agreement does not require him to testify at that trial, and his attorney said he expects the former sheriff to assert his 5th Amendment right against self-incrimination and refuse to testify if called to the stand. The charge to which **BACA** admitted making false statements carries a maximum sentence of five years in prison. Under the terms of the agreement, **BACA** can withdraw his **GUILTY PLEA** if the judge indicates that a sentence of more than six months is warranted. The disparity between the sentence negotiated with **BACA** and those of other sheriff's officials galled some in the department. "He is one person who could have prevented these problems," said George Hofstetter, president of the Assn. for Los Angeles Deputy Sheriffs. Decker, the U.S. attorney, defended making the deal with **BACA.** She said that as in all cases, prosecutors analyzed the evidence and assessed the chances of winning a conviction from a jury. She said another important factor was **BACA'S** willingness to plead **GUILTY** before prosecutors sought an indictment from a grand jury. It was significant that "a law enforcement representative, particularly a former sheriff, has come forward in a way that no one else has at that level to accept responsibility," Decker said. She said prosecutors would not decide what sentence to recommend to the judge until after reviewing materials **BACA** is expected to submit in advance of **SENTENCING.** Typically these include evidence of a defendant's contributions to society. **BACA** stepped down in 2014 enmeshed in controversy. The county's blue-ribbon commission found troubling evidence of excessive force by deputies against inmates and sharply criticized **BACA'S** leadership. And a 2013 federal investigation separate from the **JAIL** probe concluded that his officers had harassed and intimidated African American and Latino residents of the Antelope Valley. **BACA,** flanked by his wife, declined to speak to reporters as he left court. In a statement read by his attorney, he said, "I made a mistake and accept being held accountable. I will always love the men and women of the