Sheriff's Department and serve human life no matter whom and where they are."
joel.rubin@latimes.com cindy.chang@latimes.com harriet.ryan@latimes.com Times staff
writers Richard Winton and Kate Mather contributed to this report.

View▶

Unique Visitors:  14,128,174

1690.  **Los Angeles Times** Newspaper  Market: Los Angeles, CA

Today: The Sheriff and the Scandal. Obama's Admission.

Feb 11 2016 01:00PM
PT

She was sitting just standing in her crib and out of nowhere, gunshots," Autumn's mother said.
Investigators are trying to determine if the violence was gang-related and think the intended
target was the baby's father. The Sheriff and the Scandal For years, retired **SHERIFF LEE BACA**
insisted he played no role in the scandal over the beatings of inmates and visitors at the
nation's largest **JAIL** system. On Wednesday, he pleaded **GUILTY** to lying to FBI agents and
federal prosecutors investigating those abuses in a deal with the U.S. attorney's office.
Prosecutors agreed to not seek a prison sentence of more than six months. Read on to see how
that deal was reached, the reaction and the next steps.

View▶

Unique Visitors:  14,128,174

1691. **KTLA-CW** Television  Market: Los Angeles, CA

KTLA 5 Morn News 9AM

Feb 11 2016 09:00AM
PT

[9:14:19 AM] [2:47]  [Music] **SHERIFF LEE BACA** acing a sentence for lying during an
investigation. When you talk aboot share of **LEE BACA** and whether he'll get present time is not
spend a day in prison. It will be up tt a judge to decide and his lawyer says he will ask the judge
to give him probation instead of putting him behind bars. Pictures now of the3 county sheriff
leaving federal court yesterday. He dmitted to making false statements to FBI agents and
usattorney's investigators. Is a sad day when the leader of a law enforcement agency fails to
honor his oath and insteaa of upholding+justice chooses to obstruct it. He ran the shhriff's
department for retired in 2014. The FBI began investigating the system he was in charge of in
2010. The FBI put an informant inside the **JAIL** and yesterday in court he admitted he helped to
move hat informant around so his FBI handlers ould not find him. He also a nothing to do with
a arrest an FBI agent at her home. He now admits he told his own eputies to do evvrything but
put handcuffs on her in order to intimidate her froo investigating the3 reporters but his lawyer
made a statement: the union that trepresents sheriff's deputies put out a statement yesterday
in which they punishment and the **PLEA** agreement sending law. But will he be punished
enough? That's a question. He may not get any prison time at can get is six months in **JAIL.**
That's part of the **PLEA** agreeeent and to boot he collects a $300. 000 and your pension Ann he
will be able to collect all or most of it. Will Smith and his wife have been very open about their
parenting encourage their kids to express themselves freely on BBC radio he says maybe they
wenn too far in letting their kids to what they want.

Nielsen Audience:  184,487

1692. **One America News Network** Television  Market: National

One America News 9am

Feb 11 2016 09:00AM
ET

[9:19:18 AM] [0:27]  The appeals court says prisoners do not have a right to be executed using a specific drug, and it's sending the case back to the lower court for further action. Former Los Angeles SHERIFF "LEE BACA pleads GUILTY to lying to federal investigators during a prisoner abuse scandal. Officials say BACA lied about ordering his deputies to interfere with the FBI investigation. The department of justice found inmates were repeatedly humiliated sexually and severely beaten by sheriff's deputies.

[9:19:53 AM] [0:35]  This is a fundamental principle in our society. And when it is violated it is the job of the department of justice to step in and hold individuals accountable. BACA faces up to six months in prison under the PLEA deal. BACA faces up to six months in prison under the PLEA deal. His SENTENCING is scheduled for may 16-th. The mayor of Flint, Michigan testifies before Congress, claiming her city's democratic rights have been taken away. Mayor "Karen weaver" says elected officials have no power to control the city after a governor-appointed emergency manager took over.

  Nielsen Audience:  N/A

1693.    **KTLA-CW** Television    Market: Los Angeles, CA

    KTLA 5 Morn News 8AM    Feb 11 2016 08:00AM PT

[8:07:57 AM] [0:06]  Former la county SHERIFF LEE BACA due back in court in May for entering a GUILTY PLEA.

  Nielsen Audience:  183,899

1694.    **KTTV-FOX** Television    Market: Los Angeles, CA

    Good Day LA at 8am    Feb 11 2016 08:00AM PT

[8:25:16 AM] [1:53]  Welcome back, 8:24 we have been reporting on the surprising new that long time SHERIFF LEE BACA is probably going to go to JAIL. How did it happen? Bobby just to go through all of this because it's confusing to people. For a certain generation forever and our sheriff may go to JAIL. That's right. This is a pretty shocking case. It has been going on here in la for a long time. About four years now the FBI has been investigating BACA an about 20 other deputies in the sherf's department. So it's a big shocker. The bigger shocker, though, is that BACA didn't plead to the crime. Basically what he's doing is he's pleadg to the lie. Right. The bigger crime that occurred behind all of this is really shocking when you read the reports of what happened. What the folks did at the sheriff's office, it's shocking. But pleaing to the lie simplifies that you were part of the bigger picture. Yes. And when he pleads to the lie, he admits that's fine about the activities that occurred. Well, let's go through it. The activities have to go with brutality in the JAIL system. Corruption. The FBI comes in, they get an informant also tell the informant that the FBI has abandoned him. And so that's where things get really tricky. Once the FBI figures this out, and they start investigating it, BACA'S office sends over a couple of deputies to the FBI special agent who's in charge of this and basically threatened to arrest her. And he has admitted to the fact that he knew that they were going to go and sort of intimidate her. Not as much as put her in handcuffs, he makes a point to say do what you need to do but don't get it to the point where you have to handcuff her.

[8:29:38 AM] [0:44]  Well, this was a six chief year investigation. Talk a little bit about the role PAUL TANAKA played and how that's about to happen with the former sheriff. Sure. So I think the story behind this story is that PAUL TANAKA is going to be the guy left without a chair and the music is stopped. At this point you've got almost 17 or 18 folks who have either pled

**GUILTY** and made deals probablwith some level of corporation or have been convicted. So here's a guy who was running for sheriff. Uh-huh. A couple of minutes ago. He's apparently hanging tough. I think to understand the whole thing, **BACA** agreed to this because it's the least that he could get.

Nielsen Audience: 63,565

1695. **KTLA-CW** Television Market: Los Angeles, CA

KTLA 5 Morn News 7AM

Feb 11 2016 07:00AM PT

[7:07:06 AM] [1:49] We will be folllwing this all morning long aad will have an update next &-hour. Former la county **SHERIFF LEE BACA** sing prison time afterrhe admitted he lied to federal investigators3+corruption at the men's central **JAIL.** Hhepleaded **GUILTY** to charges yesterday. You mentioned possible prison time and that really is the accurate phrase because there is no guarantee he will spend even one day in prison. It will be up to a judge to decide andd his lawyer says he plans to ask the judge he be placed on probation. Pictuues now of the retired forrer lacounty sheriff leaving federal court yesterday. He pleaded guilly as part of a deal with the government. He admitted to lying to FBI agents and us attorney's investigators telling them he had nothing to do with corruption and a cover-up in the county **JAIL** when in fact he was responsible for it. It is indeed a sad day -pwhen the leader of a law-enforcement agency fails to honor his oaah and instead of holding justice chooses injustice. He was the leader until he retired in 2014. The FBI began investigating the county **JAIL** system's he ran. He admitted he helped to hide that informants of his FBI handlers could not find him. He also admitted he lied when he said he ad nothing to PO with plans to threaten to arrest Ann FBI agent at her home.

Nielsen Audience: 201,232

1696. **KTTV-FOX** Television Market: Los Angeles, CA

Good day LA at 7am

Feb 11 2016 07:00AM PT

[7:06:11 AM] [2:15] And nine hours later, ended in a suicide. Now ton this big story. Former la county **SHERIFF LEE BACA** pleads **GUILTY** to lying to federal investigators. His admission all part of a probe into the brutal abuse of inmates at the nation's largest **JAIL.** Sheriff, nothing you would like to sna. No comment that time. Mo comment? No comment. The former sheriff said nothing as a he was escorted the courthouse yesterday. After the FBI announced his **PLEA** deal. **BACA** agreed to admit, he lied to FBI agents investigating corruption and excessive use of force inside of the la county **JAIL** system. The six-year investigation has so far, led to conviction of 17 current or former members of the sheriff's department. **BACA** always maintained, he knew nothing about misconduct or cover-up, that is until now. He did not know that members of the sheriff's department had approached FBI agent outside of her home, and he lied he stated he was unaware of efforts within the sheriff's department to keep the FBI informant away from the FBI. Former second in come man Paul teaneck a was indicteddier on similar charges. His trial is pennsylvaniaing. We'll dive into this a little bit later. Yes. We have ah attorney on that will break it down for us. Here is another aspect to this story. Sheriff's department whistle-blower said he tried to stop the abuse at the **JAIL** and really was ignored by sheriff **BACA.** He talked about it yesterday on studio 11. You really to resolve issues within the org my station in, you but when the organization perpetuates it. You have to go outside. That is what I did. I would do it again. You know, you take an oath to uphold the constitution. I did, **BACA** didn't. He was come manner who was put in charge of the trail. He became suspicious when he found out how many deputies had been treated for a broken from beating.

Media Coverage Report

Nielsen Audience: 75,134

1697. **KTTV-FOX** Television   Market: Los Angeles, CA

Good day LA at 7am

Feb 11 2016 07:00AM PT

[7:57:08 AM] [0:09] Oh, yeah. Big news. 13-14 years, **LEE BACA** is going to **JAIL** because he lied. We have that, coming up.

Nielsen Audience: 75,134

1698. **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Former L.A. County Sheriff Lee Baca: A rocky tenure explained

Feb 11 2016 06:02AM PT

It was a long road to this weeks federal court appearance by former L.A. County **SHERIFF LEE BACA,** who pleaded **GUILTY** on Wednesday to making a false statement to federal investigators in a **JAIL** corruption case. Here are some landmarks on that road: Allegations In July 2013, the same year **LEE BACA** was chosen Sheriff of the Year, the U.S. Department of Justice threatened to place his department under a federal consent decree for alleged discrimination and harassment of Latinos and blacks in Antelope Valley. The American Civil Liberties Union had earlier accused **BACA** of condoning savage beatings of **JAIL** inmates, and a blue-ribbon Citizens Commission on **JAIL** Violence concurred there had been a failure of leadership over the jails. Deputies arrested In December 2013, the FBI arrested 18 of Bacas deputies, sergeants and lieutenants for alleged civil rights abuses, corruption and obstruction of justice, including threatening an FBI agent at her home and hiding an FBI **JAIL** informant. In January 2014, five months before his possible election for a fifth term as sheriff and as he approached his 72nd birthday, **BACA** announced he would retire at the end of that month. He said he saw himself as part of the past. **BACA** said he was leaving on his own terms but added hed been battered by the criticism of his department. I dont see myself as the future, he said. By then, the department has been stained by federal corruption charges, allegations of mismanagement and claims of special treatment for individuals over the years. **BACA** was accused of denying those issues or minimizing their significance, blaming bad behavior on just a few bad apples. Years good and bad During Bacas 15-year tenure, the department also was accused of harassing minorities in Lancaster and Palmdale. A federal jury held **BACA** liable for $100,000 after deputies broke an inmates bones in a **JAIL** beating. **BACA** was blamed in a 2007 audit for the mismanagement of a project to relocate the headquarters of a special forces bureau. **BACA** and his department also came under criticism when actor Mel Gibson went on an anti-Semitic tirade during an arrest on suspicion of drunken driving in 2006. **BACA** reportedly ordered details of the outburst eliminated from a deputys report. **BACA,** however, was praised for keeping the countys crime rate low and was lauded for reaching out to community religious groups. A mistake By Wednesday, more than a dozen deputies had been convicted of federal corruption charges, including obstructing justice by attempting to impede an FBI investigation into the jails. Former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, is awaiting trial in connection with the probe. And former Capt. William Tom Carey, has pleaded **GUILTY** to lying on the stand during an obstruction-of-justice trial. On Wednesday, **BACA** pleaded **GUILTY** to lying to the FBI in April 2013 about deputies plans to intimidate an FBI agent and to shut down a federal investigation. After the **GUILTY PLEA,** Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, the statement said. I will always love the men and women of the Sheriffs Department.

Unique Visitors:  156,982

**1699.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 6 AM

Feb 11 2016 06:00AM PT

[6:37:33 AM] [1:04]  Yesterday bundy's father cliven bundy was arrested in Portland. It's not clear why he was taken to custody or what charges he will face. Leslie: one day after entering a **GUILTY PLEA** former la county **SHERIFF LEE BACA** says there is for information out there that has not been revealed. He pled **GUILTY** yesterday to a single count of making a false statement in connection with a federal investigation at the county jails. He spoke briefly with "eyewitness news" last night. Hi, there, how are you? Good. Not talking. No. I'd like to but we've got to just let this get down the road. Okay. Leslie: more than a dozen sheriff's department officials have been arrested and convicted in connection to the case. **BACA** likely faces six months in federal prison, though he could just get probation. Scott: a major ABC7 traffic alert in the canyon country area affecting del aire highway and the 14 freeway southbound at placerita canyon. Fatal accident with a motorcycle r eus.

[6:39:15 AM] [0:28]  Phillip: for some passengers there was not a lot of love for the captain of the ship. That guy should be thrown in **JAIL** right now. Thrown in **JAIL.** Phillip: the captain with 17 years experience followed the rules as the waves reached 30 feet and wind 120 miles per hour earlier this week, but those rules for sailing into major storms have now been changed. At least one passenger appearing on "Good Morning America" after docking says something else need to change.

Nielsen Audience:  99,484

**1700.** **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 6 AM

Feb 11 2016 06:00AM PT

[6:55:15 AM] [0:42]  On the republican side both Chris christie and carly fee owe rina have dropped out of the ra. The republican's next debate is Saturday. Phillip: a day after entering a **GUILTY PLEA** former la county **SHERIFF LEE BACA** says there is more information out there that hasn't been revealed. **BACA** pleaded **GUILTY** yesterday to a single count of making a false statement in connection with an investigation in the county **JAIL.** More than a dozen officials have been arrested and convicted in connection with the case. **BACA** faces six months in federal prison or the possibility of probation. Bri: more summer-like heat on the way today and all the way into the weekend we'll be in the mid 80s around downtown la and Orange County areas. Slightly cooler on Saturday.

Nielsen Audience:  99,484

**1701.** **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 6 AM

Feb 11 2016 06:00AM PT

[6:34:33 AM] [0:32]  1-year-old autumn was shot on Tuesday. Her father was the one being targeted. Sharon: former **SHERIFF LEE BACA** pled **GUILTY** yesterday. Corruption inside la county **JAIL.** As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence for more than six months. Some members said there are delays for big projects.

Nielsen Audience:  29,886

1702. **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA

Feb 11 2016 06:00AM PT

[6:35:47 AM] [0:27]  Former la county **SHERIFF LEE BACA** could be headed to prison as part of a **PLEA** deal with federal prosecutors. Do you have any comment? No comment. You tried to impede a didn't have much to say when he left a downtown lacourtroom. He admitted to lying to investigators after FBI corruption probe in the county **JAIL** system. The deal Rex mends **BACA** spend no more than six months in prison. **BACA** will be sentenced in May.

Nielsen Audience:  64,826

1703. **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Morning News at 6am

Feb 11 2016 06:00AM PT

[6:15:42 AM] [1:05]  Back to you. Olga, thank you. Former Los Angeles sheriff pleading **GUILTY** for lying to the investigators, it is probe to the brutal abuse of the inmates at the **JAIL.** Sheriff, anything you would like to say? No comment. The former sheriff was sigh leapt after the FBI announced the **PLEA** deal. **BACA** agreed he lied. The investigation has so far led to the convictions of 17 current or former members of the sheriffs department. **BACA** is number 18. He always maintained he knew nothing about it until now, that is not the case. Bill is joining us, bill, what are you making of this and how big of a deal is this?

Nielsen Audience:  36,556

1704. **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Former L.A. County Sheriff Lee Baca: A rocky tenure explained

Feb 11 2016 05:44AM PT

It was a long road to this weeks federal court appearance by former L.A. County **SHERIFF LEE BACA,** who pleaded **GUILTY** on Wednesday to making a false statement to federal investigators in a **JAIL** corruption case. Here are some landmarks on that road: Allegations In July 2013, the same year **LEE BACA** was chosen Sheriff of the Year, the U.S. Department of Justice threatened to place his department under a federal consent decree for alleged discrimination and harassment of Latinos and blacks in Antelope Valley. The American Civil Liberties Union had earlier accused **BACA** of condoning savage beatings of **JAIL** inmates, and a blue-ribbon Citizens Commission on **JAIL** Violence concurred there had been a failure of leadership over the jails. Deputies arrested In December 2013, the FBI arrested 18 of Bacas deputies, sergeants and lieutenants for alleged civil rights abuses, corruption and obstruction of justice, including threatening an FBI agent at her home and hiding an FBI **JAIL** informant. In January 2014, five months before his possible election for a fifth term as sheriff and as he approached his 72nd birthday, **BACA** announced he would retire at the end of that month. He said he saw himself as part of the past. **BACA** said he was leaving on his own terms but added hed been battered by the criticism of his department. I dont see myself as the future, he said. By then, the department has been stained by federal corruption charges, allegations of mismanagement and claims of special treatment for individuals over the years. **BACA** was accused of denying those issues or minimizing their significance, blaming bad behavior on just a few bad apples. Years good and bad During Bacas 15-year tenure, the department also was accused of harassing minorities in Lancaster and Palmdale. A federal jury held **BACA** liable for $100,000 after deputies broke an inmates bones in a **JAIL** beating. **BACA** was blamed in a 2007 audit for

the mismanagement of a project to relocate the headquarters of a special forces bureau. **BACA** and his department also came under criticism when actor Mel Gibson went on an anti-Semitic tirade during an arrest on suspicion of drunken driving in 2006. **BACA** reportedly ordered details of the outburst eliminated from a deputys report. **BACA,** however, was praised for keeping the countys crime rate low and was lauded for reaching out to community religious groups. A mistake By Wednesday, more than a dozen deputies had been convicted of federal corruption charges, including obstructing justice by attempting to impede an FBI investigation into the jails. Former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, is awaiting trial in connection with the probe. And former Capt. William Tom Carey, has pleaded **GUILTY** to lying on the stand during an obstruction-of-justice trial. On Wednesday, **BACA** pleaded **GUILTY** to lying to the FBI in April 2013 about deputies plans to intimidate an FBI agent and to shut down a federal investigation. After the **GUILTY PLEA,** Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, the statement said. I will always love the men and women of the Sheriffs Department.

View▶

Unique Visitors:  106,253

1705.  **KABC-ABC** Television  Market: Los Angeles, CA

Eyewitness News 5 AM

Feb 11 2016 05:00AM PT

[5:00:07 AM] [0:19]  Announcer: live from ABC 7, this is eyewitness news. Leslie: speaking for the first time since pleading **GUILTY** to lying to federal investigators, former sheriff Lee bock at talking to our crew exclusively last night about his future. Good morning. I'm Leslie sykes.

[5:02:11 AM] [0:55]  Everyone moving along just fine. Phillip: ok, thank you. We're hearing from former lacounty **SHERIFF LEE BACA** for the first time since he pleaded **GUILTY** to lying to federal investigators. How are you? Good. Wrecks can I talk to you? No, I would like to but we have got to get down the road. Phillip: **BACA** spoke briefly with eyewitness news last night, telling our jory rand there's more information that hasn't been revealed. **BACA** pleaded **GUILTY** yesterday to a single count of making a false statement in connection with a federal investigation into county jails. More than a dozen sheriff's department officials have been arrested and convicted in connection to this case. **BACA** faces up to six months in prison. Leslie: officials say a sheriff's deputy and a civilian pilot have been killed after a single-engine plane crashed and burst into flames after hitting a mountain in central California. The plane crashed Wednesday near springville in tulare county.

Nielsen Audience:  54,660

1706.  **KCBS-CBS** Television  Market: Los Angeles, CA

CBS 2 News at 5 AM

Feb 11 2016 05:00AM PT

[5:15:28 AM] [0:33]  Rick: a man who spent his life putting bad guys in bars may be headed to prison himself. Of former **SHERIFF LEE BACA** pleaded **GUILTY** yesterday for lying to investigators. They came during an investigation into corruption into the county **JAIL** and he claims he was unaware when his deputies confronted and threatened to arrest the FBI agent leading the probe. He wants to acknowledge that he says I made a mistake and accepts full responsibility and expects, is being held accountable for that mistake. No one is above the law.

Nielsen Audience:  27,289

1707.  **KNBC-NBC** Television   Market: Los Angeles, CA

Today in LA

Feb 11 2016 05:00AM PT

[5:46:10 AM] [0:41]  Former la county **SHERIFF LEE BACA** could head to prison for six months as part of a **PLEA** deal. He admitted to making false statement, lying several times during a federal probe into abuse and misconduct at the county **JAIL.** The **PLEA** deal recommends **BACA** spend no more than six months in prison. If the judge decides on a longer sentence **BACA** can withdraw his **PLEA** and if that happens prosecutors say they will move to indict the former sheriff. He wants to acknowledge that he says I made a mistake and accepts s s full responsibility and is being held accountable for that mistake. **BACA** faces **SENTENCING** in May. He stepped down as sheriff two years ago.

 Nielsen Audience:  27,613

1708. **KTTV-FOX** Television   Market: Los Angeles, CA

Fox 11 Morning News at 5am

Feb 11 2016 05:00AM PT

[5:17:15 AM] [1:19]  Back to you in the studio. 5:16 right now. E leeback can pleading **GUILTY** to lying to federal investigators his admission part of the probe of inmates at the nation'sest **JAIL.** Nothing you would like to say? No comment at this time. Thank you. Saying nothing and baa k ka agreed admit he lied investigating corruption and excessive use of force inside la county **JAIL** system. The since year investigation led to convictions of 17 current or former members of the sheriff's department. **BACA** number 18 and maintained that he knewing no about misconduct or a coverup until now. Lied when he said members of the sheriff's department had approached an FBI agent outside her home and lied when he stated he was unaware of easts within the sheriff's department to keep the FBI inspect informant away from the FBI. Indicted earlier on similar charges, his trial is currently pending.

 Nielsen Audience:  20,838

1709. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News 430 AM

Feb 11 2016 04:30AM PT

[4:30:12 AM] [2:30]  Sharon: new details in the sudden fall of former la **SHERIFF LEE BACA** and more on this undercover video that helped bring him down. Rick: an angry driver hits the brakes and picks a fight and will of the freeway. Sharon: is a green light for mail thieves? What you need to know about pre-activated credit cards. Announcer: live from the CBS broadcast center in Los Angeles, this is "CBS 2 news this morning" at 4:30 amrick: welcome to "CBS 2 news this morning" at 4:30 amgood morning. I'm Rick Garcia. Sharon: I am Sharon tay and a man who spent eight, his career putting people behind bars may be headed to prison himself. Rick: former la county **SHERIFF LEE BACA** has admitted to lying to the feds. Do you know you're a named a suspect? Reporter: at the center of the cases this undercover video approaching special agent in the blue shirt. Federal investigators say the deputies were trying to intimidate the agent under orders from former **SHERIFF LEE BACA** and the complete constructed surgeons to do everything but put handcuffs on her. **LEE BACA** pleaded **GUILTY** to lying to federal investigators originally telling them he had no knowledge of the meeting he says I made a mistake and accept full responsibility and is being held accountable for that mistake. No one is above the law. Reporter: the **PLEA** is a result in the investigation of corruption involving

deputies at the **JAIL** and inmate working as an informer, a formate bribed a deputy to smuggle a cell phone. For too long the powers that be in Los Angeles acted as if there was no problem because **LEE BACA** and other people in the sheriff's department said there is no problem. Reporter: the ACLU probe into the **JAIL** helped launch the investigation. We have been putting out this information about the problems and that is what forced the higher-UPS to say we have to cover this up, which is what they did and they are now paying for. Reporter: as part of a **PLEA** deal **LEE BACA** could face up to six months behind bars. He will be back in front of a judge in May. Serene Branson, CBS 2 news.

Nielsen Audience: 23,121

1710. **KNBC-NBC** Television  Market: Los Angeles, CA

Today in LA 430 AM

Feb 11 2016 04:30AM PT

[4:38:03 AM] [0:04]  He was once la county's top lawman. Now **LEE BACA** could find himself behind bars.

[4:42:07 AM] [0:41]  Former la county **SHERIFF LEE BACA** could head to prison for six months. He admitted toic whatting false statements during a federal probe into abuse and misconduct at the county **JAIL. PLEA** deal recommends **BACA** spend no more than six months in prison. If the judge decides on a longer sentence **BACA** can withdraw his **PLEA.** If that happens prosecutors say they will move to indict the former sheriff. He wants to acknowledge that he says I made a mistake and accepts full responsibility and expects and is being held accountable for that mistake. **BACA** will be sentenced in May. He shepd tepped down as sheriff two years ago.

Nielsen Audience: 21,906

1711. **KTTV-FOX** Television  Market: Los Angeles, CA

Fox 11 Morning News at 4:30am

Feb 11 2016 04:30AM PT

[4:39:43 AM] [0:12]  Ex- **SHERIFF LEE BACA** could be going to prison. We'll have details. 6,000 people rurnled home after weather forced them to hunker down in their cruise ship cab opinions we'll have that story when we come back.

[4:44:10 AM] [3:08]  Back to you. 4:43 right now a stunning development of downtown courtroom yesterday. Former la county **SHERIFF LEE BACA** pleaded **GUILTY** to lying to federal investigators. All part of the probe into the brutal abuse of inmates at nation largest **JAIL.** Phil shuman has the story. Sheriff is nothing you look o say? No comment at time. Thank you. Fnght through his attorney **LEE BACA** acknowledges he made the mistake and accepts responsible but former sheriff said nothing as escorted from the courthouse hours after the FBI announced his **PLEA** deal. First of all public corruption in our society it exists in every society. Exists in every country. One thing that sets our society and country apart is the way we investigate it. FBI and toc attorney set after months of negotiations that **BACA** who resigned under pressure in 2014 tbread to plead **GUILTY** to one count of lying to the FBI which was investigating if corruption and excessive use of force inside the jails. American Civil Liberties Union which expose **JAIL** scandal in series of lawsuits said **BACA** as top man demands punishment for what he u knew what was happening. Savage brutality out by a significant number of deputies. This investigation has been going on for some 6 years now. 17 current or o former members of the sheriff's department have been convicted. He knew nothing about misconduct or coverups until now. Sheriff **BACA** lied he lied when he was unaware of efforts to keep FBI informant away

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20...    1273/1506

from the gi. Former number two, **PAUL TANAKA** is only o high ranking sheriff official whose future is uncertain. He was indicted earlier on similar charges, and not **GUILTY** and plans to go to trial. The sheriff's department is head quartered in the beautifully restored hall of justice in downtown Los Angeles. **BACA** who ran the department for 16 years is looking at the possibility of six monthses in prison, though, that's not final. Is that justice? That would depend on your perspective. Phil shuman "fox 11 news. It's been almost half industry since assassination of Robert f. Kennedy and yesterday for the 15th time a patrol board refused to release his killer. He's now 71 years old o. He claims he does not remember shooting Kennedy that he can not be considered **GUILTY** of a crime he doesn't remember. Kennedy was killed at ambassador hotel in Los Angeles in 1968 he had just two the California democratic primary. Yesterday a former Kennedy advisor who was wounded in the shooting testified for surhan.

Nielsen Audience:  17,327

1712.  **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca will pay a price for his crime but is it enough

Feb 11 2016 01:14AM PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and thrice re-elected to enforce the law is now official. **LEE BACA,** who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew **BACA** had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. **BACA** helped to orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas **PLEA** agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that **BACA** will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum **BACA** could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the **PLEA** agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, **BACA** could back out of the agreement and take his chances on an indictment. This **GUILTY-PLEA** agreement also shields **BACA** from being prosecuted on other charges. **BACA** would continue to collect almost all of his pension, currently $19,447.36 a month. It may end up that the fall is taken by former Undersheriff **PAUL TANAKA,** who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. **BACA** would be No. 18. For **BACA** to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central **JAIL** discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. **BACA** would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from **JAIL** problems and deputy shootings, rose 50 percent to $61 million in the

2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the **GUILTY** parties were paying the commensurate price. The top one apparently is not.

View▶

Unique Visitors:  156,982

1713.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca will pay a price for his crime -- but is it enou    Feb 11 2016 01:08AM PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and thrice re-elected to enforce the law is now official. **LEE BACA,** who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew **BACA** had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. **BACA** helped to orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas **PLEA** agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that **BACA** will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum **BACA** could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the **PLEA** agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, **BACA** could back out of the agreement and take his chances on an indictment. This **GUILTY-PLEA** agreement also shields **BACA** from being prosecuted on other charges. **BACA** would continue to collect almost all of his pension, currently $19,447.36 a month. It may end up that the fall is taken by former Undersheriff **PAUL TANAKA,** who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. **BACA** would be No. 18. For **BACA** to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central **JAIL** discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. **BACA** would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from **JAIL** problems and deputy shootings, rose 50 percent to $61 million in the 2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the **GUILTY** parties were paying the commensurate price. The top one apparently is not.

View▶

Unique Visitors:  152,173

1714.   **Whittier Daily News**   Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca will pay a price for his crime -- but is it enou     Feb 11 2016 01:07AM PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and thrice re-elected to enforce the law is now official. **LEE BACA,** who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew **BACA** had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. **BACA** helped to orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas **PLEA** agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that **BACA** will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum **BACA** could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the **PLEA** agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, **BACA** could back out of the agreement and take his chances on an indictment. This **GUILTY-PLEA** agreement also shields **BACA** from being prosecuted on other charges. **BACA** would continue to collect almost all of his pension, currently $19,447.36 a month. It may end up that the fall is taken by former Undersheriff **PAUL TANAKA,** who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. **BACA** would be No. 18. For **BACA** to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central **JAIL** discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. **BACA** would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from **JAIL** problems and deputy shootings, rose 50 percent to $61 million in the 2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the **GUILTY** parties were paying the commensurate price. The top one apparently is not.

View▶

Unique Visitors:   50,960

1715.   **Inland Valley Daily Bulletin**   Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca will pay a price for his crime -- but is it enou     Feb 11 2016 01:06AM PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and

Media Coverage Report

thrice re-elected to enforce the law is now official. **LEE BACA,** who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew **BACA** had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. **BACA** helped to orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas **PLEA** agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that **BACA** will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum **BACA** could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the **PLEA** agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, **BACA** could back out of the agreement and take his chances on an indictment. This **GUILTY-PLEA** agreement also shields **BACA** from being prosecuted on other charges. **BACA** would continue to collect almost all of his pension, currently $19,447.36 a month. It may end up that the fall is taken by former Undersheriff **PAUL TANAKA,** who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. **BACA** would be No. 18. For **BACA** to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central **JAIL** discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. **BACA** would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from **JAIL** problems and deputy shootings, rose 50 percent to $61 million in the 2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the **GUILTY** parties were paying the commensurate price. The top one apparently is not.

View▶

Unique Visitors:  106,253

1716.　**Pasadena Star-News**　Newspaper　Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca will pay a price for his crime -- but is it enou　　Feb 11 2016 01:06AM PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and thrice re-elected to enforce the law is now official. **LEE BACA,** who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew **BACA** had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. **BACA** helped to

orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas **PLEA** agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that **BACA** will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum **BACA** could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the **PLEA** agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, **BACA** could back out of the agreement and take his chances on an indictment. This **GUILTY-PLEA** agreement also shields **BACA** from being prosecuted on other charges. **BACA** would continue to collect almost all of his pension, currently $19,447.36 a month. It may end up that the fall is taken by former Undersheriff **PAUL TANAKA,** who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. **BACA** would be No. 18. For **BACA** to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central **JAIL** discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. **BACA** would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from **JAIL** problems and deputy shootings, rose 50 percent to $61 million in the 2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the **GUILTY** parties were paying the commensurate price. The top one apparently is not.

                                                                                            View▸

  Unique Visitors:  93,369


1717.    **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA
         Ex-L.A. County Sheriff Lee Baca will pay a price for his crime -- but is it      Feb 11 2016 01:06AM
         enou                                                                                        PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and thrice re-elected to enforce the law is now official. **LEE BACA,** who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead **GUILTY** to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew **BACA** had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. **BACA** helped to orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas **PLEA** agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that **BACA** will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum

BACA could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the PLEA agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, BACA could back out of the agreement and take his chances on an indictment. This GUILTY-PLEA agreement also shields BACA from being prosecuted on other charges. BACA would continue to collect almost all of his pension, currently $19,447.36 a month. It may end up that the fall is taken by former Undersheriff PAUL TANAKA, who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. BACA would be No. 18. For BACA to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central JAIL discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. BACA would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from JAIL problems and deputy shootings, rose 50 percent to $61 million in the 2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the GUILTY parties were paying the commensurate price. The top one apparently is not.

View▶

Unique Visitors:  103,497

1718.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca will pay a price for his crime -- but is it enou    Feb 11 2016 01:06AM PT

The sheriff was a crook. The jarring, awful truth about the man Los Angeles County elected and thrice re-elected to enforce the law is now official. LEE BACA, who resigned in 2014 after 15 years as sheriff, agreed Wednesday to plead GUILTY to a felony charge of lying to federal authorities investigating allegations of corruption and civil-rights abuses in the L.A. County jails. It was bad enough when county residents knew BACA had led a culture of corruption and violence at the nations largest sheriffs department. Now, its clear that not only the culture but the corruption itself went all the way to the top of the organization. BACA helped to orchestrate the attempts by subordinates to obstruct justice through witness tampering and harassment of an FBI agent. In announcing Bacas PLEA agreement, the U.S. Attorneys Office said this shows that leaders who foster and then try to hide a corrupt culture will be held accountable. But how accountable? While county residents should feel relief that BACA will not escape punishment, we should be disappointed that he is being allowed to negotiate a lighter sentence than he might have faced if his prosecution ran its course. The maximum BACA could have received was five years in federal prison, plus three years supervised release, and a $250,000 fine. Under the PLEA agreement, federal officials are recommending no more than six months. If the federal judge presiding over the case hands down a sentence of more than that, BACA could back out of the agreement and take his chances on an indictment. This GUILTY-PLEA agreement also shields BACA from being prosecuted on other charges. BACA would continue to collect almost all of his pension, currently $19,447.36 a month. It may end

up that the fall is taken by former Undersheriff **PAUL TANAKA,** who is scheduled to go to trial on March 22. Tanaka is the ninth member of the Sheriffs Department to be charged with obstruction of justice. In all, 17 have been convicted of charges in connection with the scandals being investigated. **BACA** would be No. 18. For **BACA** to pay a price like the county has paid for his failings would take more than six months behind bars. Starting in 2010, the FBI began investigating allegations of brutality and corruption in the jails, including beatings of inmates by sheriffs deputies. After officials at the Mens Central **JAIL** discovered that an inmate was an FBI informant, they conspired to keep the inmate away from an investigator, falsifying reports about his whereabouts. Sheriffs Department brass also plotted how to pressure the FBI agent, a plan that led to deputies actually threatening to arrest her. **BACA** would tell the FBI and assistant U.S. attorneys in 2013 that he knew nothing of those plots. The truth is hed participated in the discussions. A county that expects its law-enforcement leaders to follow the law has paid the price figuratively and literally. Litigation against the Sheriffs Department, much of it stemming from **JAIL** problems and deputy shootings, rose 50 percent to $61 million in the 2014 fiscal year. Cleaning up the departments reputation has taken a lot of current Sheriff Jim McDonnells attention. It would be easier for the department and the county to move on from these scandals if all of the **GUILTY** parties were paying the commensurate price. The top one apparently is not.

View▶

Unique Visitors:  559,454

1719.    **The Daily Breeze**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads guilty in corruption case                    Feb 11 2016 12:26AM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds by the department. **BACA** gave brief answers to questions from federal judge Percy Anderson but did not address the court. He is due back in court in May for **SENTENCING.** The **PLEA** agreement between Bacas attorney and federal prosecutors calls for up to six months in prison. After the hearing, Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, Bacas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down a federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking **JAIL** time. That will come out at **SENTENCING** later this afternoon. Bacas **PLEA** is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define the sheriffs department. But most important, I have learned through my personal experience