with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments **JAIL** system has been troubled for years and that **BACA** shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today **BACA** pleaded **GUILTY** to making false statements. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas **PLEA** agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the **PLEA** deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  156,982

---

1720.   **L.A. Weekly**  Newspaper   Market: Los Angeles, CA

Lee Baca's Chronic State of Denial Led to His Downfall

Feb 11 2016 12:23AM PT

EXPAND **LEE BACA** announcing his resignation, Jan. 6, 2014 In the end, it wasnt the **JAIL** beatings that caught up with **LEE BACA.** It wasnt the unwarranted cavity searches or the broken eye sockets. It also wasnt the rampage of deputy gangs who operated above the law in the jails and on the streets. Nor was it the cronyism the promotions for yes-men and the little favors for golfing buddies. Instead it was a very simple thing lying to federal agents that could send the

former sheriff, now 73, to prison for up to six months. But in a way, it is a perfectly fitting end to his five decades of public service. According to the **PLEA, BACA** denied involvement in a cover-up of **JAIL** abuse. With **BACA,** denial ran deep. His ultimate problem the one thing that destroyed his administration was his inability to acknowledge problems. **BACA** is one of the strangest and most fascinating people ever to wear the sheriffs stars. To understand him and the scandals that undid him, it helps to know something about his childhood. He was made to feel unwanted. His parents split before his first birthday, and at 7 his mother tried to give him up for adoption. His fathers parents took him in and he lived with them until his father, somewhat grudgingly, reclaimed **BACA** when he was 14. At 18, **BACA** took the cadet test for the Los Angeles Police Department. He failed. When he came home, his father said, "Well, I didn't think you'd pass it anyway." This was not a promising start for a future sheriff. But somehow **BACA** was able to put all the rejection to one side and drive with single-minded focus toward his goals. Through a connection with Sheriff Sherman Block, he got hired by the Sheriffs Department and began to rise through the ranks. He also pursued intellectual interests. One of his favorite books was Ernest Beckers The Denial of Death , which posits that the heroic struggle to build and achieve is a defense mechanism against the awareness of mortality. (It is no coincidence that **BACA** has often said, in total seriousness, that he plans to live to be 100 years old.) "Man cannot endure his own littleness unless he can translate it into meaningfulness on the largest possible level," Becker wrote. Bacas heroic impulse, as Becker would call it, propelled him to become sheriff. At first, he was hailed by progressive activists. Block had been a cops cop. **BACA** seemed like a Zen sage by comparison. He became a sort of global ambassador, jetting around the world to share a message of compassion and inclusion. But there was also something fragile about him. **"BACA** was beset by insecurities and self-doubt," the Weekly wrote in 2012 , "which made it hard for him to see his own flaws clearly, much less confront them. He seemed to resolve his self-doubts by banishing them, closing himself off from anything that might disturb his sunny aura." Over time, **BACA** surrounded himself with people who knew that he did not like to hear bad news. The effect of this was to cut him off from what was happening in the jails. As **JAIL** abuse claims mounted in 2010 and 2011, **BACA** often said they were blown out of proportion. He got frustrated when the media focused on **JAIL** beatings instead of his program to teach inmates life skills. The episode that led to the criminal case against **BACA** began with the discovery of an inmates cellphone in August 2011. The inmate, Anthony Brown, had been using the phone to call FBI agents who were investigating corruption and abuse in the **JAIL** system. According to the **PLEA, BACA** directed his subordinates to isolate Brown and prevent him from talking to the FBI. He also directed deputies to threaten an FBI agent with arrest to "do everything but put handcuffs on her." This was not a rational act. But hiding the inmate was an extremely literal manifestation of Bacas tendency toward denial and suppression. Instead of making the problem go away, however, it made things much worse. Had he been open to the FBI probe and agreed to let them examine the inmates allegations, **BACA** would not be pleading **GUILTY** to a crime today. Instead, he is now the eighth Sheriffs Department official convicted in connection with this episode. Thwarting a federal investigation, it turns out, is serious business. Its often said that "its not the crime, its the cover-up." But in Bacas case, it's not the crime or the cover-up. Its lying to cover up the cover-up a denial of a denial. On April 13, 2013, **BACA** told federal agents that he had not participated in the efforts to hide Brown. He also said he had not been aware that deputies were planning to go to the home of an FBI agent to threaten to arrest her. **BACA** did not waver from these statements even after they were contradicted by his deputies. This was, of course, self-serving, but its not impossible that he believed what he was saying. He had long since found a home inside his own reality.

View

file:///C:/Users/LRillera/AppData/Local/Temp/Temp1_5_%20Report%20of%20online%20content%20LA%20(does%20include%20online%20radio)_html.zip/2%20Report%20...    1282/1506

Unique Visitors: 1,100,928

1721.    **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads guilty in corruption case

Feb 11 2016 12:15AM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds by the department. **BACA** gave brief answers to questions from federal judge Percy Anderson but did not address the court. He is due back in court in May for **SENTENCING.** The **PLEA** agreement between Bacas attorney and federal prosecutors calls for up to six months in prison. After the hearing, Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, Bacas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down a federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking **JAIL** time. That will come out at **SENTENCING** later this afternoon. Bacas **PLEA** is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define the sheriffs department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments **JAIL** system has been troubled for years and that **BACA** shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today **BACA** pleaded **GUILTY** to making false statements. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA**

be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas **PLEA** agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the **PLEA** deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors: 106,253

1722.    **KCLU-FM [102.3 FM, 88.3 FM, 1340 AM] NPR A Community service of California Lutheran University** Radio   Market: Los Angeles, CA

Former LA Sheriff Lee Baca Pleads Guilty To Making False Statements     Feb 11 2016 12:10AM PT

Wed, February 10, 2016 9:29pm Story by Camila Domonoske Los Angeles County **SHERIFF LEE BACA** announces his unexpected retirement on Jan. 7, 2014, in Los Angeles. Former Los Angeles County **SHERIFF LEE BACA,** who has been embroiled in a scandal involving reports of prisoner abuse and an alleged conspiracy to cover it up, has pleaded **GUILTY** to making false statements, the Department of Justice announced Wednesday. The single count against him relates to statements made regarding a federal investigation into corruption and violence at LA County jails. **BACA** has confessed to lying multiple times when he said he did not know about the actions of those within his department. He was still serving as sheriff at the time. The **PLEA** deal calls for no more than six months in prison, U.S. Attorney Eileen Decker said at a news conference in Los Angeles. As we've previously reported , the FBI has spent years investigating the Los Angeles County Sheriff's Department over allegations of widespread abuse of inmates' civil rights. Among other things, **BACA'S** lieutenants and deputies were accused of unprovoked assaults on unresisting inmates. "Volunteers, including two chaplains, filed sworn affidavits they witnessed subdued inmates being beaten," NPR's Carrie Kahn reported in 2011. "A top ranked rookie deputy reportedly quit after refusing orders to beat a mentally ill inmate." **BACA** said in 2013 that the alleged assaults were the acts of a few bad apples , and "there is no institutional problem." But he stepped down as sheriff in 2014 , citing the "negative perception" his bid. for re-election would bring to the sheriff's office. The charges against **BACA** and additional charges against many of his subordinates are not directly related to the purported abuse in the jails. Instead, they stem from an alleged plot to block the investigation that could have revealed such abuse. An inmate at a Los Angeles **JAIL** had agreed to cooperate with the FBI and pass them information. But when the sheriff's deputies learned about the operation, the informant "was essentially made to disappear within the **JAIL** system," Decker said. The inmate was jailed under fake names, the LA Times reports , and officials from the sheriff's office actively worked to prevent him from making contact with the FBI. Sheriff's

deputies are also accused of confronting an FBI agent at her home and attempting to intimidate her. **BACA** admitted in the **PLEA** deal that he was lying when he told the Justice Department he didn't know anything about these efforts to block the investigation. Last year, **BACA'S** second in command, **PAUL TANAKA,** was indicted for condoning the beating of inmates and obstructing the FBI's investigation. His trial is scheduled for next month.

View▶

Unique Visitors:  7,911

1723.     **The Daily Breeze** Newspaper   Market: Los Angeles, CA
Ex-LA Sheriff Lee Baca lied pleads guilty in corruption case, says U.S. attorney         Feb 11 2016 12:03AM PT

Former Los Angeles County Sheriff Lee Bacca pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds by the department. Bacca gave brief answers to questions from federal judge Percy Anderso but did not address the court. He is due back in court in May for **SENTENCING.** The **PLEA** agreement between Baccas attorney and federal prosecutors calls for up to six month in prison. After the hearing Baccas attorney read a state from the former sheriff. I made a mistake and accept being held accountable, Baccas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking **JAIL** time. That will come out at **SENTENCING** later this afternoon. Bacas **PLEA** is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define the sheriffs department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments **JAIL** system has been troubled for years and that **BACA** shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today pleaded **GUILTY** to making false statements. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the

obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas **PLEA** agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the **PLEA** deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  156,982

---

**1724.**  **Glendale News Press**  Newspaper   Market: Los Angeles, CA

Feb 10 2016 11:55PM PT

Sirhan Sirhan, Robert Kennedy's killer, is denied parole a 15th time

Schrade's voice broke with emotion at times during his hour of testimony that recounted his efforts to unravel questions about the shooting of Kennedy. I forgive you for shooting me, Schrade told Sirhan at the hearing. I should have been here long ago and that's why I feel **GUILTY** for not being here to help you and to help me. The two men faced each other for the first time since Schrade testified at Sirhan's 1969 trial. Schrade repeatedly apologized for not attending any of Sirhan's previous 14 parole hearings. Sirhan nodded politely each time Schrade sought his forgiveness. Schrade showed flashes of anger against Roberts, who admonished him for violating protocol by addressing Sirhan directly. Schrade also criticized a representative of the Los Angeles County district attorney's office for making what Schrade called a venomous statement against the release of Sirhan. Roberts at one point asked Schrade to wrap up his presentation, saying quite frankly, you're losing us. I think you have been lost for a long time, Schrade shot back. ALSO Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal Washington murder suspect surrenders to Santa Monica police Baby's father may have been target in fatal Compton shooting, authorities say

View▶

Unique Visitors:  7,329

---

**1725.**  **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Feb 10 2016 11:55PM

Sirhan Sirhan, Robert Kennedy's killer, is denied parole a 15th time

Schrade's voice broke with emotion at times during his hour of testimony that recounted his efforts to unravel questions about the shooting of Kennedy. I forgive you for shooting me, Schrade told Sirhan at the hearing. I should have been here long ago and that's why I feel **GUILTY** for not being here to help you and to help me. The two men faced each other for the first time since Schrade testified at Sirhan's 1969 trial. Schrade repeatedly apologized for not attending any of Sirhan's previous 14 parole hearings. Sirhan nodded politely each time Schrade sought his forgiveness. Schrade showed flashes of anger against Roberts, who admonished him for violating protocol by addressing Sirhan directly. Schrade also criticized a representative of the Los Angeles County district attorney's office for making what Schrade called a venomous statement against the release of Sirhan. Roberts at one point asked Schrade to wrap up his presentation, saying quite frankly, you're losing us. I think you have been lost for a long time, Schrade shot back. ALSO Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal Washington murder suspect surrenders to Santa Monica police Baby's father may have been target in fatal Compton shooting, authorities say

**View▶**

Unique Visitors:  1,605

1726.　 **Los Angeles Times** Newspaper　Market: Los Angeles, CA

Feb 10 2016 11:55PM PT

Sirhan Sirhan, RFK's killer, is denied parole a 15th time

"I always dreaded when June was coming up," said Romero, 65, who has struggled for most of his adult life to let go of his crippling memory of an American tragedy.(Steve Lopez) I forgive you for shooting me, Schrade told Sirhan at the hearing. I should have been here long ago and that's why I feel **GUILTY** for not being here to help you and to help me. The two men faced each other for the first time since Schrade testified at Sirhan's 1969 trial. Schrade repeatedly apologized for not attending any of Sirhan's previous 14 parole hearings. Sirhan nodded politely each time Schrade sought his forgiveness. Schrade showed flashes of anger against Roberts, who admonished him for violating protocol by addressing Sirhan directly. Schrade also criticized a representative of the Los Angeles County district attorney's office for making what Schrade called a venomous statement against the release of Sirhan. Roberts at one point asked Schrade to wrap up his presentation, saying quite frankly, you're losing us. I think you have been lost for a long time, Schrade shot back. ALSO Ex-L.A. County **SHERIFF LEE BACA** pleads **GUILTY** in **JAIL** scandal Washington murder suspect surrenders to Santa Monica police Baby's father may have been target in fatal Compton shooting, authorities say

**View▶**

Unique Visitors:  14,128,174

1727.　 **The Daily Breeze** Newspaper　Market: Los Angeles, CA

Feb 10 2016 11:50PM PT

Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his

service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors: 156,982

1728.  **Burbank Leader**  Online Only   Market: Los Angeles, CA
Justice finally catches up with Sheriff Lee Baca who helped deny it to others                                                          Feb 10 2016 11:48PM PT

It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone they. had managed to sneak in to him. He would be thwarted by prison officials, who have him shuttled between buildings to keep him from making contact with the outside world. When asked about the scheme, the head of the department would deny any knowledge of it. He would lie. That's what **BACA** did, and what he pleaded **GUILTY** to on Wednesday in the long-running federal investigation into excessive force at Los Angeles County jails and an attempted coverup by sheriff's officials. As the elected sheriff, he ran a complex of jails where brutality had become systematic and where would-be whistle-blowers were threatened with retaliation. He helped hide inmate and FBI informant Anthony Brown, and he lied about it. In prosecuting the matter that became known as Operation Pandora's Box, the U.S. Attorney's Office showed tenacity, yes, but also the true meaning of justice by not stopping with the convictions of a dozen or so lower-level players or with the ongoing prosecution of former undersheriff **PAUL TANAKA,** who is. due to face trial soon. **BACA'S GUILTY PLEA** is important. It is vindication for those who resisted the sheriff's active mismanagement of the jails and a reminder to those who come later that no one is above the law and most certainly not those who are entrusted with its enforcement. Perhaps **BACA** will occupy the cell recently vacated by equally disgraced former Orange County Sheriff Michael Carona. And perhaps counties will now provide a level of oversight that is sufficiently muscular to ensure that it won't be necessary, anytime soon, for the feds to come and clean up the sheriff's mess. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 3,986

1729.  **Glendale News Press**  Newspaper   Market: Los Angeles, CA
Justice finally catches up with Sheriff Lee Baca who helped deny it to others                                                          Feb 10 2016 11:48PM PT

It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he

and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone they. had managed to sneak in to him. He would be thwarted by prison officials, who have him shuttled between buildings to keep him from making contact with the outside world. When asked about the scheme, the head of the department would deny any knowledge of it. He would lie. That's what **BACA** did, and what he pleaded **GUILTY** to on Wednesday in the long-running federal investigation into excessive force at Los Angeles County jails and an attempted coverup by sheriff's officials. As the elected sheriff, he ran a complex of jails where brutality had become systematic and where would-be whistle-blowers were threatened with retaliation. He helped hide inmate and FBI informant Anthony Brown, and he lied about it. In prosecuting the matter that became known as Operation Pandora's Box, the U.S. Attorney's Office showed tenacity, yes, but also the true meaning of justice by not stopping with the convictions of a dozen or so lower-level players or with the ongoing prosecution of former undersheriff **PAUL TANAKA,** who is. due to face trial soon. **BACA'S GUILTY PLEA** is important. It is vindication for those who resisted the sheriff's active mismanagement of the jails and a reminder to those who come later that no one is above the law and most certainly not those who are entrusted with its enforcement. Perhaps **BACA** will occupy the cell recently vacated by equally disgraced former Orange County Sheriff Michael Carona. And perhaps counties will now provide a level of oversight that is sufficiently muscular to ensure that it won't be necessary, anytime soon, for the feds to come and clean up the sheriff's mess. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 7,329

1730. **La Canada Valley Sun** Newspaper  Market: Los Angeles, CA

Justice finally catches up with Sheriff Lee Baca who helped deny it to others

Feb 10 2016 11:48PM PT

It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone they. had managed to sneak in to him. He would be thwarted by prison officials, who have him shuttled between buildings to keep him from making contact with the outside world. When asked about the scheme, the head of the department would deny any knowledge of it. He would lie. That's what **BACA** did, and what he pleaded **GUILTY** to on Wednesday in the long-running federal investigation into excessive force at Los Angeles County jails and an attempted coverup by sheriff's officials. As the elected sheriff, he ran a complex of jails where brutality had become systematic and where would-be whistle-blowers were threatened with retaliation. He helped hide inmate and FBI informant Anthony Brown, and he lied about it. In prosecuting the matter that became known as Operation Pandora's Box, the U.S. Attorney's Office showed tenacity, yes, but also the true meaning of justice by not stopping with the convictions of a dozen or so lower-level players or with the ongoing prosecution of former undersheriff **PAUL TANAKA,** who is. due to face trial soon. **BACA'S GUILTY PLEA** is important. It is vindication for those who resisted the sheriff's active mismanagement of the jails and a reminder to those who come later that no one is above the law and most certainly not those who are entrusted with its enforcement. Perhaps **BACA** will occupy the cell recently vacated by equally disgraced former Orange County Sheriff Michael Carona. And perhaps counties will now provide a level of oversight that is sufficiently muscular to ensure that it won't be necessary, anytime soon, for the feds to come and clean up the sheriff's mess. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  1,605

1731. **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

*Justice finally catches up with Sheriff Lee Baca who helped deny it to others*          Feb 10 2016 11:48PM PT

It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone they. had managed to sneak in to him. He would be thwarted by prison officials, who have him shuttled between buildings to keep him from making contact with the outside world. When asked about the scheme, the head of the department would deny any knowledge of it. He would lie. That's what **BACA** did, and what he pleaded **GUILTY** to on Wednesday in the long-running federal investigation into excessive force at Los Angeles County jails and an attempted coverup by sheriff's officials. As the elected sheriff, he ran a complex of jails where brutality had become systematic and where would-be whistle-blowers were threatened with retaliation. He helped hide inmate and FBI informant Anthony Brown, and he lied about it. In prosecuting the matter that became known as Operation Pandora's Box, the U.S. Attorney's Office showed tenacity, yes, but also the true meaning of justice by not stopping with the convictions of a dozen or so lower-level players or with the ongoing prosecution of former undersheriff **PAUL TANAKA,** who is. due to face trial soon. **BACA'S GUILTY PLEA** is important. It is vindication for those who resisted the sheriff's active mismanagement of the jails and a reminder to those who come later that no one is above the law and most certainly not those who are entrusted with its enforcement. Perhaps **BACA** will occupy the cell recently vacated by equally disgraced former Orange County Sheriff Michael Carona. And perhaps counties will now provide a level of oversight that is sufficiently muscular to ensure that it won't be necessary, anytime soon, for the feds to come and clean up the sheriff's mess. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors:  845

1732. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

*Justice finally catches up with Sheriff Lee Baca who helped deny it to others*          Feb 10 2016 11:48PM PT

It is tempting to imagine disgraced former **SHERIFF LEE BACA** who now faces up to six months in federal prison serving his time behind bars, itching to tell authorities of the abuse that he and other inmates routinely suffer at the hands of guards, trying to contact investigators with a phone they. had managed to sneak in to him. He would be thwarted by prison officials, who have him shuttled between buildings to keep him from making contact with the outside world. When asked about the scheme, the head of the department would deny any knowledge of it. He would lie. That's what **BACA** did, and what he pleaded **GUILTY** to on Wednesday in the long-running federal investigation into excessive force at Los Angeles County jails and an attempted coverup by sheriff's officials. As the elected sheriff, he ran a complex of jails where brutality had become systematic and where would-be whistle-blowers were threatened with retaliation. He helped hide inmate and FBI informant Anthony Brown, and he lied about it. In prosecuting the matter that became known as Operation Pandora's Box, the U.S. Attorney's Office showed tenacity, yes, but also the true meaning of justice by not stopping with the convictions of a dozen or so lower-level players or with the ongoing prosecution of former undersheriff **PAUL TANAKA,** who is. due to face trial soon. **BACA'S GUILTY PLEA** is important. It is vindication for

those who resisted the sheriff's active mismanagement of the jails and a reminder to those who come later that no one is above the law and most certainly not those who are entrusted with its enforcement. Perhaps BACA will occupy the cell recently vacated by equally disgraced former Orange County Sheriff Michael Carona. And perhaps counties will now provide a level of oversight that is sufficiently muscular to ensure that it won't be necessary, anytime soon, for the feds to come and clean up the sheriff's mess. Follow the Opinion section on Twitter @latimesopinion and

View▶

Unique Visitors: 14,128,174

1733.  **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

*Former LA Sheriff Lee Baca pleads guilty to federal charges*     Feb 10 2016 11:32PM PT

Former Los Angeles SHERIFF LEE BACA has pleaded GUILTY to federal charges of lying to investigators, the culmination of a years-long investigation into abuses by jailers that ended up focusing on the cover-up and resulted in the indictment of over a dozen officials and deputies. The investigation, which put an early end to BACA'S career, could end with him spending time in federal prison. BACA is scheduled to be sentenced May 16.According to a PLEA agreement with federal prosecutors, he could face up to six months in prison. Todays charge and PLEA agreement demonstrate that illegal behavior within the Sheriffs Department went to the very top of the organization, United States Attorney Eileen M. Decker said, reading a prepared statement at a press conference Wednesday. She added that her office wasn't celebrating: "It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath and instead of upholding justice chooses to obstruct it." BACA is "somber but in a good mood," his attorney, Michael Zwieback said Wednesday. "He believes this is part of his life's journey and that it's time to put this behind him," Zwieback said and "doesn't want the men and women of the sheriff's department to continue to be under this cloud." He said in exchange for the GUILTY PLEA, prosecutors agreed not to charge BACA. with obstruction of justice, a more serious crime. According to the PLEA deal, BACA "knowingly and willfully made a material false and fictitious statement and representation" on April 12, 2013 regarding his deputies' dealings with an FBI agent. Sheriff's deputies approached the agent who was part of a team investigating allegations of INMATE ABUSE in the jails outside her home and threatened to arrest her. Federal investigators said the interaction was an attempt to intimidate the FBI. According to the court documents, the charges come from BACA'S statement to investigators he "was not aware" deputies planned on approaching the agent, and had no knowledge of the exchange until an FBI official called him to complain. "In fact," the agreement states, not only did he know it was going to happen, he directed the deputies to "do everything but put handcuffs" on her. Current Sheriff Jim McDonnell, who was traveling out of town Wednesday, issued a statement saying the waves of prosecution of Sheriff's deputies and officials have been "difficult" but that the department remains "focused and committed to moving forward." The prosecution stems from a long-term federal investigation into civil rights abuses and. corruption in the largest county JAIL system in the country. Federal investigators looking into abuses in the JAIL smuggled a cellphone into an informant at the JAIL. When BACA found out about it in August 2011, according to the PLEA deal, he asked ordered the inmate isolated and asked federal prosecutors to work with him and not the FBI. At the same time prosecutors allege deputies tried to hide the FBI JAIL informant from his handlers for two weeks by shifting him from cell to cell at various jails under different names and altering JAIL computer records. The FBI wanted the informant to testify to a grand jury. At least 17 sheriff's officials have been implicated in the FBI's investigation and the plot to obstruct it. Seven other former Sheriffs

officials already have been convictedof participating in the elaborate effort to erase the inmates name from computer records and hide him in a remote **JAIL** facility in San Dimas. Former Undersheriff **PAUL TANAKA** has been accused of orchestrating the scheme. He is scheduled to go on trial March 22. In a trial of multiple deputies, Tanaka testified for the defense that he was barely involved and was following **BACA'S** orders that he thought were lawful. **BACA** stepped down as sheriff in 2014 under pressure from the mounting **JAIL** scandals. In the past, **BACA** said any movement of the inmate was take solely to protect him from deputies who might retaliate against him for being an FBI informant. The former sheriff has consistently denied any wrongdoing, until now. Former federal prosecutor Miriam Krinsky, who headed up a county commission tasked with investigating violence in the jails, called the **GUILTY PLEA** a "tragic end to a long career that had so much good associated with it." She said **BACA** was among the first law enforcement leaders in the United States to. acknowledge the country's over-reliance on incarceration. "He was very passionate about those issues," she said. Yet that idealism was hard to reconcile with some of the abuses inside **BACA'S** jails. "There had been evidence over time of mistreatment of individuals," she said. "I think he simply allowed that misconduct to occur and too often looked the other way or simply delegated leadership to others." Diana Zuniga of Californians United for a Responsible Budget, has raised allegations of violence in the jails for years. She said "on paper" at least, violence inside the jails has gone down since **BACA** left. But she chided McDonnell for being less accessible to the public and to activists than **BACA,** who frequently met with critics. Wednesday's **PLEA** deal, she said, was a welcome acknowledgement of "lies" that have been perpetuated for years. "How many times does law enforcement lie to protect its own?" she asked. "It's not an isolated incident." Krinsky said McDonnell's zero-tolerance policy for lying on the job has been the biggest step aimed at changing the culture of the department. This story has been updated. View the charges and **PLEA** deal: Document: **PLEA** deal for **LEE BACA** Document: Charges against former **SHERIFF LEE BACA**

View▶

Unique Visitors:  498,566

1734.   **Burbank Leader**　Online Only　Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca pleads guilty in jail scandal

Feb 10 2016 11:17PM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a string of prosecutions that began with low-ranking officials and worked up the chain of command. His former number two, **PAUL TANAKA,** is scheduled to stand trial in March on charges that he obstructed a federal investigation into brutality and corruption by sheriff's deputies in the county jails. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding a **JAIL** inmate from FBI investigators.In fact, **BACA** ordered the inmate to be isolated, putting Tanaka in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with **BACA,** prosecutors have agreed not to seek a prison sentence of more than six months, said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those

who foster and then try to hide a corrupt culture will be held accountable." NEWSLETTER: Get essential California headlines delivered daily >> Tanaka is scheduled to stand trial in March for his alleged role in obstructing the federal investigation into the jails. In related cases, a retired sheriff's captain has pleaded **GUILTY** to lying under oath, and six other lower-ranking officials have been convicted of obstructing justice. **BACA'S PLEA** agreement does not require him to testify against Tanaka or anyone else, Decker said, but she declined to discuss the Tanaka case further. **BACA** appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, **BACA** said little other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, **BACA** responded. After the hearing, **BACA** referred media queries to his attorney, Michael Zweiback. He definitely feels bad, Zweibeck said about his client. Asked what **BACA** specifically feels badly about, the attorney said: He feels bad about a lot of things. Zweibeck said that federal **SENTENCING** guidelines specify up to six months in prison for making a false statement, but that **BACA** could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Prosecutors have been negotiating with **BACA** for several months, according to Decker. Zweibeck said the talks stepped up five days ago, when it became clear **BACA** would likely face charges. Its time to put this behind him, Zweibeck said. **BACA** doesnt want the men and women of the Sheriffs Department to be under this cloud. **BACA** is expected to appear in another courtroom Wednesday afternoon to enter his **PLEA.** **BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Last year, Tanaka was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest **JAIL** system. In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into misconduct at the **JAIL.** The plot was called Operation Pandora's Box. It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name and preventing FBI agents from talking to him. They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." **BACA** has saidBrown was moved not to hide him from the FBI, but to protect him from deputies. Bacas false statements occurred on April 12, 2013 during an interview with officials from the FBI and U.S. Attorney's Office, the **PLEA** agreement said. When Mr. **BACA** was interviewed, he denied some things. And he continued with those denials even when some in the rank-and-file were under the gun," said David Bowdich, Assistant Director in Charge of the FBI's Los Angeles Field Office. "He had the opportunity to lead, and he did not lead." Staff writer Kate Mather contributed to this report.

**View▶**

Unique Visitors:  3,986

1735.       **Glendale News Press** Newspaper   Market: Los Angeles, CA

Feb 10 2016 11:17PM

Ex-L.A. County Sheriff Lee Baca pleads guilty in jail scandal

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a string of prosecutions that began with low-ranking officials and worked up the chain of command. His former number two, **PAUL TANAKA,** is scheduled to stand trial in March on charges that he obstructed a federal investigation into brutality and corruption by sheriff's deputies in the county jails. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding a **JAIL** inmate from FBI investigators.In fact, **BACA** ordered the inmate to be isolated, putting Tanaka in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with **BACA,** prosecutors have agreed not to seek a prison sentence of more than six months, said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." NEWSLETTER: Get essential California headlines delivered daily >> Tanaka is scheduled to stand trial in March for his alleged role in obstructing the federal investigation into the jails. In related cases, a retired sheriff's captain has pleaded **GUILTY** to lying under oath, and six other lower-ranking officials have been convicted of obstructing justice. **BACA'S PLEA** agreement does not require him to testify against Tanaka or anyone else, Decker said, but she declined to discuss the Tanaka case further. **BACA** appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, **BACA** said little other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, **BACA** responded. After the hearing, **BACA** referred media queries to his attorney, Michael Zweiback. He definitely feels bad, Zweibeck said about his client. Asked what **BACA** specifically feels badly about, the attorney said: He feels bad about a lot of things. Zweibeck said that federal **SENTENCING** guidelines specify up to six months in prison for making a false statement, but that **BACA** could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Prosecutors have been negotiating with **BACA** for several months, according to Decker. Zweibeck said the talks stepped up five days ago, when it became clear **BACA** would likely face charges. Its time to put this behind him, Zweibeck said. **BACA** doesnt want the men and women of the Sheriffs Department to be under this cloud. **BACA** is expected to appear in another courtroom Wednesday afternoon to enter his **PLEA.** **BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Last year, Tanaka was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest **JAIL** system. In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into

misconduct at the **JAIL.** The plot was called Operation Pandora's Box. It was launched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name and preventing FBI agents from talking to him. They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." **BACA** has said Brown was moved not to hide him from the FBI, but to protect him from deputies. Bacas false statements occurred on April 12, 2013 during an interview with officials from the FBI and U.S. Attorney's Office, the **PLEA** agreement said. When Mr. **BACA** was interviewed, he denied some things. And he continued with those denials even when some in the rank-and-file were under the gun," said David Bowdich, Assistant Director in Charge of the FBI's Los Angeles Field Office. "He had the opportunity to lead, and he did not lead." Staff writer Kate Mather contributed to this report.

View▶

Unique Visitors:  7,329

1736.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca pleads guilty in jail scandal

Feb 10 2016 11:17PM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a string of prosecutions that began with low-ranking officials and worked up the chain of command. His former number two, **PAUL TANAKA,** is scheduled to stand trial in March on charges that he obstructed a federal investigation into brutality and corruption by sheriff's deputies in the county jails. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding a **JAIL** inmate from FBI investigators.In fact, **BACA** ordered the inmate to be isolated, putting Tanaka in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with **BACA,** prosecutors have agreed not to seek a prison sentence of more than six months, said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." NEWSLETTER: Get essential California headlines delivered daily >> Tanaka is scheduled to stand trial in March for his alleged role in obstructing the federal investigation into the jails. In related cases, a retired sheriff's captain has pleaded **GUILTY** to lying under oath, and six other lower-ranking officials have been convicted of obstructing justice. **BACA'S PLEA** agreement does not require him to testify against Tanaka or anyone else, Decker said, but she declined to discuss the Tanaka case further. **BACA** appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, **BACA** said little other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, **BACA** responded. After the hearing, **BACA** referred media queries to his attorney, Michael Zweiback. He definitely feels bad, Zweibeck said about his client. Asked what **BACA** specifically feels badly about, the attorney said: He