feels bad about a lot of things. Zweibeck said that federal **SENTENCING** guidelines specify up to six months in prison for making a false statement, but that **BACA** could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Prosecutors have been negotiating with **BACA** for several months, according to Decker. Zweibeck said the talks stepped up five days ago, when it became clear **BACA** would likely face charges. Its time to put this behind him, Zweibeck said. **BACA** doesnt want the men and women of the Sheriffs Department to be under this cloud. **BACA** is expected to appear in another courtroom Wednesday afternoon to enter his **PLEA.** **BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Last year, Tanaka was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest **JAIL** system. In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into misconduct at the **JAIL.** The plot was called Operation Pandora's Box. It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name and preventing FBI agents from talking to him. They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." **BACA** has saidBrown was moved not to hide him from the FBI, but to protect him from deputies. Bacas false statements occurred on April 12, 2013 during an interview with officials from the FBI and U.S. Attorney's Office, the **PLEA** agreement said. When Mr. **BACA** was interviewed, he denied some things. And he continued with those denials even when some in the rank-and-file were under the gun," said David Bowdich, Assistant Director in Charge of the FBI's Los Angeles Field Office. "He had the opportunity to lead, and he did not lead." Staff writer Kate Mather contributed to this report.

View▶

Unique Visitors: 1,605

1737.  **Laguna Beach Coastline Pilot** Newspaper   Market: Los Angeles, CA

**Ex-L.A. County Sheriff Lee Baca pleads guilty in jail scandal**     Feb 10 2016 11:17PM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a string of prosecutions that began with low-ranking officials and worked up the chain of command. His former number two, **PAUL TANAKA,** is scheduled to stand trial in March on charges that he obstructed a federal investigation into brutality and corruption by sheriff's deputies in the county jails. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding a **JAIL** inmate from FBI investigators.In fact, **BACA** ordered the inmate to be isolated, putting Tanaka in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he

said that he was unaware that his subordinates planned to approach an FBI special agent at her home. **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with **BACA,** prosecutors have agreed not to seek a prison sentence of more than six months, said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." NEWSLETTER: Get essential California headlines delivered daily >> Tanaka is scheduled to stand trial in March for his alleged role in obstructing the federal investigation into the jails. In related cases, a retired sheriff's captain has pleaded **GUILTY** to lying under oath, and six other lower-ranking officials have been convicted of obstructing justice. **BACA'S PLEA** agreement does not require him to testify against Tanaka or anyone else, Decker said, but she declined to discuss the Tanaka case further. **BACA** appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, **BACA** said little other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, **BACA** responded. After the hearing, **BACA** referred media queries to his attorney, Michael Zweiback. He definitely feels bad, Zweibeck said about his client. Asked what **BACA** specifically feels badly about, the attorney said: He feels bad about a lot of things. Zweibeck said that federal **SENTENCING** guidelines specify up to six months in prison for making a false statement, but that **BACA** could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Prosecutors have been negotiating with **BACA** for several months, according to Decker. Zweibeck said the talks stepped up five days ago, when it became clear **BACA** would likely face charges. Its time to put this behind him, Zweibeck said. **BACA** doesnt want the men and women of the Sheriffs Department to be under this cloud. **BACA** is expected to appear in another courtroom Wednesday afternoon to enter his **PLEA.** **BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Last year, Tanaka was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest **JAIL** system. In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into misconduct at the **JAIL.** The plot was called Operation Pandora's Box. It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name and preventing FBI agents from talking to him. They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." **BACA** has saidBrown was moved not to hide him from the FBI, but to protect him from deputies. Bacas false statements occurred on April 12, 2013 during an interview with officials from the FBI and U.S. Attorney's Office, the **PLEA** agreement said. When Mr. **BACA** was interviewed, he denied some things. And he continued with those

denials even when some in the rank-and-file were under the gun," said David Bowdich, Assistant Director in Charge of the FBI's Los Angeles Field Office. "He had the opportunity to lead, and he did not lead." Staff writer Kate Mather contributed to this report.

View▶

Unique Visitors: 845

1738.   **Los Angeles Times**   Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca pleads guilty in jail scandal    Feb 10 2016 11:17PM PT

Retired Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** Wednesday to lying to federal investigators, a stunning reversal for the longtime law enforcement leader who for years insisted he played no role in the misconduct that tarnished his agency. Bacas **PLEA** in a downtown courtroom capped a string of prosecutions that began with low-ranking officials and worked up the chain of command. His former number two, **PAUL TANAKA,** is scheduled to stand trial in March on charges that he obstructed a federal investigation into brutality and corruption by sheriff's deputies in the county jails. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding a **JAIL** inmate from FBI investigators.In fact, **BACA** ordered the inmate to be isolated, putting Tanaka in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal with **BACA,** prosecutors have agreed not to seek a prison sentence of more than six months, said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." NEWSLETTER: Get essential California headlines delivered daily >> Tanaka is scheduled to stand trial in March for his alleged role in obstructing the federal investigation into the jails. In related cases, a retired sheriff's captain has pleaded **GUILTY** to lying under oath, and six other lower-ranking officials have been convicted of obstructing justice. **BACA'S PLEA** agreement does not require him to testify against Tanaka or anyone else, Decker said, but she declined to discuss the Tanaka case further. **BACA** appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, **BACA** said little other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, **BACA** responded. After the hearing, **BACA** referred media queries to his attorney, Michael Zweiback. He definitely feels bad, Zweibeck said about his client. Asked what **BACA** specifically feels badly about, the attorney said: He feels bad about a lot of things. Zweibeck said that federal **SENTENCING** guidelines specify up to six months in prison for making a false statement, but that **BACA** could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Prosecutors have been negotiating with **BACA** for several months, according to Decker. Zweibeck said the talks stepped up five days ago, when it became clear **BACA** would likely face charges. Its time to put this behind him, Zweibeck said. **BACA** doesnt want the men and women of the Sheriffs Department to be under this cloud. **BACA** is expected to appear in another courtroom Wednesday afternoon to enter his **PLEA.** **BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began

more than five years ago. Last year, Tanaka was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether BACA would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest JAIL system. In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into misconduct at the JAIL. The plot was called Operation Pandora's Box. It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central JAIL, to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different JAIL under a fake name and preventing FBI agents from talking to him. They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." BACA has saidBrown was moved not to hide him from the FBI, but to protect him from deputies. Bacas false statements occurred on April 12, 2013 during an interview with officials from the FBI and U.S. Attorney's Office, the PLEA agreement said. When Mr. BACA was interviewed, he denied some things. And he continued with those denials even when some in the rank-and-file were under the gun," said David Bowdich, Assistant Director in Charge of the FBI's Los Angeles Field Office. "He had the opportunity to lead, and he did not lead." Staff writer Kate Mather contributed to this report. in a downtown courtroom capped a string of prosecutions that began with low-ranking officials and worked up the chain of command. His former number two, "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." NEWSLETTER: Get essential California headlines delivered daily LEE BACA Mark Boster / Los Angeles Times LEE BACA announces his retirement as Los Angeles County sheriffin January 2014. He was to plead GUILTY Wednesday to making a false statement. LEE BACA announces his retirement as Los Angeles County sheriffin January 2014. He was to plead GUILTY Wednesday to making a false statement. (Mark Boster / Los Angeles Times) Tanaka is scheduled to stand trial in March for his alleged role in obstructing the federal investigation into the jails. In related cases, a retired sheriff's captain has pleaded GUILTY to lying under oath, and six other lower-ranking officials have been convicted of obstructing justice. BACA'S PLEA agreement does not require him to testify against Tanaka or anyone else, Decker said, but she declined to discuss the Tanaka case further. BACA appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, said little other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, responded. After the hearing, referred media queries to his attorney, Michael Zweiback. He definitely feels bad, Zweibeck said about his client. Asked what specifically feels badly about, the attorney said: He feels bad about a lot of things. Zweibeck said that federal SENTENCING guidelines specify up to six months in prison for making a false statement, but that BACA could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Prosecutors have been negotiating with for several months, according to Decker. Zweibeck said the talks stepped up five days ago, when it became clear BACA would likely face charges. Its time to put this behind him, Zweibeck said. BACA doesnt want the men and women of the Sheriffs Department to be under this cloud. BACA is expected to appear in another courtroom Wednesday afternoon to enter his PLEA.

**BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Ex- **SHERIFF LEE BACA'S GUILTY PLEA** caps a 'sad saga' of corruption Richard Winton For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a. For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a.(Richard Winton) Last year, Tanaka was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest **JAIL** system. At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box' Shelby Grad and Richard Winton At the center of the FBI's investigation into abuses at the Los Angeles County **JAIL** was atop-secret program known as Operation Pandora's Box. That investigation took a dramatic turn Wednesday with news that retired Los Angeles CountySheriff **LEE BACA** will plead to a federal charge of making. At the center of the FBI's investigation into abuses at the Los Angeles County **JAIL** was atop-secret program known as Operation Pandora's Box. That investigation took a dramatic turn Wednesday with news that retired Los Angeles CountySheriff **LEE BACA** will plead **GUILTY** to a federal charge of making.(Shelby Grad and Richard Winton) In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into misconduct at the **JAIL.** The plot was called Operation Pandora's Box. It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name and preventing FBI agents from talking to him. **SHERIFF LEE BACA** was consumed by crises Robert Faturechi and Jack Leonard He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. (Robert Faturechi and Jack Leonard) They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." **BACA** has saidBrown was moved not to hide him from the FBI, but to protect him from deputies. Bacas false statements occurred on April 12, 2013 during an interview with officials from the FBI and U.S. Attorney's Office, the **PLEA** agreement said. When Mr. **BACA** was interviewed, he denied some things. And he continued with those denials even when some in the rank-and-file were under the gun," said David Bowdich, Assistant Director in Charge of the FBI's Los Angeles Field Office. "He had the opportunity to lead, and he did not lead." Staff writer Kate Mather contributed to this report.

View▶

Unique Visitors:  14,128,174

1739.    **Burbank Leader** Online Only   Market: Los Angeles, CA



Ex-Sheriff Lee Baca's guilty plea caps a 'sad saga' of corruption

For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead **GUILTY** to a single charge of making false statements as part of a sweeping federal investigation into corruption and abuse in his department. **BACA** resigned under pressure in 2014. But the criminal charge still stunned some observers, who reacted with a mixture of disappointment and gratification that justice was served. It is an unfortunate end to lengthy career in public service, said Richard E. Drooyan, general counsel to the Citizen Committee on **JAIL** Violence that examined the misconduct inside the county system. This is a very significant event to charge and convicted a sheriff at the highest level. What this says is the Department of Justice viewed this as a systemic problem of violence and not just a problem with individual deputies. They wanted to hold people accountable all the way to the top, Drooyan said. Los Angeles County Supervisor Mike Antonovich added: This sad saga is now over for Lee. Hopefully the remaining prosecutions will end shortly so the Sheriff's Department can move forward." Peter Eliasberg, legal director of American Civil Liberties Union of Southern California, said **BACA** demonstrated arrogance and a belief that he was untouchable and ultimately he was caught not for the crimes of deputies abusing inmates, but for. covering up those crimes. There were terrible things that went on in the jails for a long time," he said.In terms of people in the jails, what happened to inmates was horrible. He is in large part to blame for that." Chuck Jackson, a former sheriffs chief who oversaw custody operations before the abuse allegations, said **BACA** contributed to his own downfall because he listened to and promoted the wrong people and they became his information network and advisors. Lee is loyal to a fault, Jackson said. Jackson said **BACA** did many good things to improve the department, but allowing his friends to do what they liked in the jails caught up with him. It is too bad. He got and made some bad decisions at the end of his career," he added. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding an inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. In fact, **BACA** ordered the inmate to be isolated, putting his second-in-command, Undersheriff **PAUL TANAKA,** in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. In a meeting the day before that meeting, **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence of more than six months for **BACA,** said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable."

View▶

Unique Visitors: 3,986

1740.    **Glendale News Press**   Newspaper   Market: Los Angeles, CA

Ex-Sheriff Lee Baca's guilty plea caps a 'sad saga' of corruption

For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead **GUILTY** to a single charge of making false

Legal Coverage Report

statements as part of a sweeping federal investigation into corruption and abuse in his department. **BACA** resigned under pressure in 2014. But the criminal charge still stunned some observers, who reacted with a mixture of disappointment and gratification that justice was served. It is an unfortunate end to lengthy career in public service, said Richard E. Drooyan, general counsel to the Citizen Committee on **JAIL** Violence that examined the misconduct inside the county system. This is a very significant event to charge and convicted a sheriff at the highest level. What this says is the Department of Justice viewed this as a systemic problem of violence and not just a problem with individual deputies. They wanted to hold people accountable all the way to the top, Drooyan said. Los Angeles County Supervisor Mike Antonovich added: This sad saga is now over for Lee. Hopefully the remaining prosecutions will end shortly so the Sheriff's Department can move forward." Peter Eliasberg, legal director of American Civil Liberties Union of Southern California, said **BACA** demonstrated arrogance and a belief that he was untouchable and ultimately he was caught not for the crimes of deputies abusing inmates, but for. covering them up. There were terrible things that went on in the jails for a long time," he said.In terms of people in the jails, what happened to inmates was horrible. He is in large part to blame for that." Chuck Jackson, a former sheriffs chief who oversaw custody operations before the abuse allegations, said **BACA** contributed to his own downfall because he listened to and promoted the wrong people and they became his information network and advisors. Lee is loyal to a fault, Jackson said. Jackson said **BACA** did many good things to improve the department, but allowing his friends to do what they liked in the jails caught up with him. It is too bad. He got and made some bad decisions at the end of his career," he added. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding an inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. In fact, **BACA** ordered the inmate to be isolated, putting his second-in-command, Undersheriff **PAUL TANAKA,** in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. In a meeting the day before that meeting, **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence of more than six months for **BACA,** said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable."

View▶

Unique Visitors:  7,329

1741.   **La Canada Valley Sun**  Newspaper   Market: Los Angeles, CA

Feb 10 2016 11:16PM PT

Ex-Sheriff Lee Baca's guilty plea caps a 'sad saga' of corruption

For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead **GUILTY** to a single charge of making false statements as part of a sweeping federal investigation into corruption and abuse in his department. **BACA** resigned under pressure in 2014. But the criminal charge still stunned some observers, who reacted with a mixture of disappointment and gratification that justice was served. It is an unfortunate end to lengthy career in public service, said Richard E. Drooyan, general counsel to the Citizen Committee on **JAIL** Violence that examined the misconduct

inside the county system. This is a very significant event to charge and convicted a sheriff at the highest level. What this says is the Department of Justice viewed this as a systemic problem of violence and not just a problem with individual deputies. They wanted to hold people accountable all the way to the top, Drooyan said. Los Angeles County Supervisor Mike Antonovich added: This sad saga is now over for Lee. Hopefully the remaining prosecutions will end shortly so the Sheriff's Department can move forward." Peter Eliasberg, legal director of American Civil Liberties Union of Southern California, said **BACA** demonstrated arrogance and a belief that he was untouchable and ultimately he was caught not for the crimes of deputies abusing inmates, but for. covering up those crimes. There were terrible things that went on in the jails for a long time," he said.In terms of people in the jails, what happened to inmates was horrible. He is in large part to blame for that." Chuck Jackson, a former sheriffs chief who oversaw custody operations before the abuse allegations, said **BACA** contributed to his own downfall because he listened to and promoted the wrong people and they became his information network and advisors. Lee is loyal to a fault, Jackson said. Jackson said **BACA** did many good things to improve the department, but allowing his friends to do what they liked in the jails caught up with him. It is too bad. He got and made some bad decisions at the end of his career," he added. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding an inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. In fact, **BACA** ordered the inmate to be isolated, putting his second-in-command, Undersheriff **PAUL TANAKA,** in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. In a meeting the day before that meeting, **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence of more than six months for **BACA,** said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable."

View▶

Unique Visitors:  1,605

1742.   **Laguna Beach Coastline Pilot** Newspaper  Market: Los Angeles, CA

Ex-Sheriff Lee Baca's guilty plea caps a 'sad saga' of corruption

Feb 10 2016 11:16PM PT

For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead **GUILTY** to a single charge of making false statements as part of a sweeping federal investigation into corruption and abuse in his department. **BACA** resigned under pressure in 2014. But the criminal charge still stunned some observers, who reacted with a mixture of disappointment and gratification that justice was served. It is an unfortunate end to lengthy career in public service, said Richard E. Drooyan, general counsel to the Citizen Committee on **JAIL** Violence that examined the misconduct inside the county system. This is a very significant event to charge and convicted a sheriff at the highest level. What this says is the Department of Justice viewed this as a systemic problem of violence and not just a problem with individual deputies. They wanted to hold people accountable all the way to the top, Drooyan said. Los Angeles County Supervisor Mike Antonovich added: This sad saga is now over for Lee. Hopefully the remaining prosecutions will

end shortly so the Sheriff's Department can move forward." Peter Eliasberg, legal director of American Civil Liberties Union of Southern California, said **BACA** demonstrated arrogance and a belief that he was untouchable and ultimately he was caught not for the crimes of deputies abusing inmates, but for. covering them up. There were terrible things that went on in the jails for a long time," he said.In terms of people in the jails, what happened to inmates was horrible. He is in large part to blame for that." Chuck Jackson, a former sheriffs chief who oversaw custody operations before the abuse allegations, said **BACA** contributed to his own downfall because he listened to and promoted the wrong people and they became his information network and advisors. Lee is loyal to a fault, Jackson said. Jackson said **BACA** did many good things to improve the department, but allowing his friends to do what they liked in the jails caught up with him. It is too bad. He got and made some bad decisions at the end of his career," he added. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding an inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. In fact, **BACA** ordered the inmate to be isolated, putting his second-in-command, Undersheriff **PAUL TANAKA,** in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. In a meeting the day before that meeting, **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence of more than six months for **BACA,** said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable."

View▶

Unique Visitors:   845

1743.    **Los Angeles Times** Newspaper   Market: Los Angeles, CA

Ex-Sheriff Lee Baca's guilty plea caps a 'sad saga' of corruption       Feb 10 2016 11:16PM PT

For more than 15 years, **LEE BACA** was one of Los Angeles' most prominent politicians and law enforcement leaders. But on Wednesday, **BACA'S** legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead **GUILTY** to a single charge of making false statements as part of a sweeping federal investigation into corruption and abuse in his department. **BACA** resigned under pressure in 2014. But the criminal charge still stunned some observers, who reacted with a mixture of disappointment and gratification that justice was served. It is an unfortunate end to lengthy career in public service, said Richard E. Drooyan, general counsel to the Citizen Committee on **JAIL** Violence that examined the misconduct inside the county system. This is a very significant event to charge and convicted a sheriff at the highest level. What this says is the Department of Justice viewed this as a systemic problem of violence and not just a problem with individual deputies. They wanted to hold people accountable all the way to the top, Drooyan said. Los Angeles County Supervisor Mike Antonovich added: This sad saga is now over for Lee. Hopefully the remaining prosecutions will end shortly so the Sheriff's Department can move forward." Peter Eliasberg, legal director of American Civil Liberties Union of Southern California, said **BACA** demonstrated arrogance and a belief that he was untouchable and ultimately he was caught not for the crimes of deputies abusing inmates, but for. covering up those crimes. There were terrible things that went on in the jails for a long time," he said.In terms of people in the jails, what happened to inmates was

horrible. He is in large part to blame for that." Chuck Jackson, a former sheriffs chief who oversaw custody operations before the abuse allegations, said **BACA** contributed to his own downfall because he listened to and promoted the wrong people and they became his information network and advisors. Lee is loyal to a fault, Jackson said. Jackson said **BACA** did many good things to improve the department, but allowing his friends to do what they liked in the jails caught up with him. It is too bad. He got and made some bad decisions at the end of his career," he added. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding an inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. In fact, **BACA** ordered the inmate to be isolated, putting his second-in-command, Undersheriff **PAUL TANAKA,** in charge of executing the plan, the agreement said. **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. In a meeting the day before that meeting, **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence of more than six months for **BACA,** said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." legacy as the former sheriff of Los Angeles County took a dark turn when he agreed to plead guiltyto a single charge of making false statements as part of a sweeping federal investigation into corruptionand abuse in his department. **BACA** resigned under pressure in 2014. But the criminal charge still stunned some observers, who reacted with a mixture of disappointment and gratification that justice was served. Interested in the stories shaping California? Sign up for the free Essential California newsletter >> It is an unfortunate end to lengthy career in public service, said Richard E. Drooyan, general counsel to the Citizen Committee on **JAIL** Violence that examined the misconduct inside the county system. This is a very significant event to charge and convicted a sheriff at the highest level. L.A. County system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County **JAIL** system. Got a tip? Contact reporter Cindy Chang.Read more stories What this says is the Department of Justice viewed this as a systemic problem of violence and not just a problem with individual deputies. They wanted to hold people accountable all the way to the top, Drooyan said. Los Angeles County Supervisor Mike Antonovich added: This sad saga is now over for Lee. Hopefully the remaining prosecutions will end shortly so the Sheriff's Department can move forward." Peter Eliasberg, legal director of American Civil Liberties Union of Southern California, said demonstrated arrogance and a belief that he was untouchable and ultimately he was caught not for the crimes of deputies abusing inmates, but for. covering up those crimes. See the most-read stories this hour Read the story There were terrible things that went on in the jails for a long time," he said.In terms of people in the jails, what happened to inmates was horrible. He is in large part to blame for that." Chuck Jackson, a former sheriffs chief who oversaw custody operations before the abuse allegations, said **BACA** contributed to his own downfall because he listened to and promoted the wrong people and they became his information network and advisors. Lee is loyal to a fault, Jackson said. Jackson said did many good things to improve the department, but allowing his friends to do what they liked in the jails caught up with him. It is too bad. He got and made some bad decisions at the end of his career," he added. In a **PLEA** agreement filed in federal court Wednesday morning, **BACA** admitted to lying twice about his involvement in hiding an

Media Coverage Report

inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. In fact, ordered the inmate to be isolated, putting his second-in-command, Undersheriff **PAUL TANAKA,** in charge of executing the plan, the agreement said. Join the conversation on Facebook **BACA** also admitted that he lied when he said that he was unaware that his subordinates planned to approach an FBI special agent at her home. In a meeting the day before that meeting, **BACA** directed the subordinates to approach the agent, stating that they should "do everything but put handcuffs" on her, the agreement said. As part of the **PLEA** deal, prosecutors have agreed not to seek a prison sentence of more than six months for **BACA,** said Eileen Decker, U.S. attorney for the Central District of California, at a news conference Wednesday. **BACA'S GUILTY PLEA** "demonstrates that the illegal behavior in the Sheriff's Department went to the very top of this organization," Decker said. "More importantly, it illustrates that those who foster and then try to hide a corrupt culture will be held accountable." ALSO Baby's father may have been target in fatal Compton shooting, authorities say At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box' Los Angeles seeks to shut down massage. parlors in Eagle Rock, North Hollywood and Wilmington

View▶

Unique Visitors:  14,128,174

1744.  **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11 PM      Feb 10 2016 11:00PM PT

[11:01:23 PM] [2:52]  He was first spotted before 5:00 at a liquor store. He is wanted for parole violations. Michelle: Lee baucas speaks out for the first time after pleading **GUILTY** to lying. Marc: he could now be facing time in prison. Jory rand spoke to the former sheriff with the story. Jory: it was a big story when he pled **GUILTY.** For years, he denied any knowledge of this today, he pleaded **GUILTY** in federal court. Upon leaving, he did not talk to reporters. We went and talked to him at his front door. Just hours after pleading **GUILTY** to charges of lying to federal authorities, former shiferf **LEE BACA** didnt have much to say to us. Not talking? I would like to but we have to let this get down the road. Jory: down the road, **BACA** may wind up in federal prison. For years his department was accused of severely beating inmates, then covering it up. One inmate, who was talking to the FBI, was moved around the system, essentially hiding him from federal authorities. The sheriffs department even threatening to arrest one of those FBI agents, in a scene that was caught on camera. Inner recording given exclusively to eyewitness news, **BACA** denies having any knowledge of that taking place. I don't have a knowledge that we have an interest in arresting FBI agents. That strikes me as extreme. Jory: one by one more than a dozen sheriffs department officials have been arrested and convicted, and today, the former top man went down. I give credit to the federal government for not resting and saying we got a few convictions, we're sticking with the lower level people. They went all the way to the top. Jory: **BACA** likely faces 6 months in federal prison, though he could get just probation. Or the judge could decide he deserves more than 6 months in which case **BACA** could take back his **GUILTY PLEA.** Tonight, through his cracked front door, **BACA** told us there is more information out there that has not been revealed. The real essence of the information. Jory: then there is the case of the number two man. A former undersheriff. His trial is set to begin next month. If that happens, it is likely he would lead defense. The **SENTENCING** does not happen until may, which may have in a act on the date of tanaka's trial. Marc: back to breaking news, a power outage in Hollywood with a tragic reason.

Nielsen Audience:  216,161

**1745.**  📺 **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 11 PM

Feb 10 2016 11:00PM PT

[11:05:17 PM] [2:49]  Pat: that means a lots of rolling traffic delays, we is have the spots on cbsla. Com. Paul: the man who spent his life putting bad guys behind bars may be headed to prison, **SHERIFF LEE BACA** admitted he lead serene Branson with more. Reporter: this was a year's long investigation into abuse and corruption here at machine's central **JAIL,** and men's central **JAIL** and the twin tower, now he is ons other side of the law in a case that boils down to lies and videotapes. You are a main suspect? Reporter: at center of case this undercover video, two sheriff deputies approaching a FBI special agent seen in the blue shirt, the deputies were trying to intimidate the agent under orders from former sheriff **BACA** who instructed them to do everything but put handcuffs on her, **BACA** pleaded **GUILTY** to lying to. Federal investigator, originally telling them, he had no knowledge of this meeting. He wants to acknowledge, he made a mistake, and accepted full responsibility. And held accountable. No one is above the law. Reporter: **PLEA** is a result of an investigation of corruption and abuse involving sheriff deputies at the **JAIL,** a inmate, bribed a deputy to smuggle a cell phone into the **JAIL,** deputies were indicted for beating inmates. Gabery yell won a suit against the department. For too long the powers that be in Los Angeles acted as if there was not a problem. Because they said trust us there is no problem. Reporter: Peter is with ACLU, the probe helped launch the investigation. We've have been putting out this information how bad the problems were, I think that is what forced the higher UPS to say we have to cover this up, which is what they are now paying for. Reporter: **BACA** faces up to 6 months behind bars, a judge will have the say, when he goes to court in May. Paul: what is likelihood he serves time? Reporter: we spoke with a number of legal expert they tell us that chances are high that **BACA** will face time behind bars, up to 6 months, he will be much safer in a federal facility, being a former sheriff, than inmates here at county **JAIL** ush his under his watch. Pat: police say a Huntington beach father and son teamed up to beat a officer, he spotted stopped 23-year-old bryce hedrick who was riding his bike. A woman who was on a ride along jumped out to help break up the fight.

Nielsen Audience:  176,539

**1746.**  📺 **KNBC-NBC** Television   Market: Los Angeles, CA

Channel 4 News 11 PM

Feb 10 2016 11:00PM PT

[11:07:38 PM] [0:29]  Former Los Angeles county **SHERIFF LEE BACA** could be headed to prison for six months as part of a **PLEA** deal. Today he admitted to making false statements, lying several times during a federal probe into abuse and misconduct at Los Angeles county **JAIL.** The **PLEA** deal recommends that he spend no more than six months in prison if, however, the judge decides on a longer sentence, then he can withdrawal his **PLEA.** If that happens, prosecutors say they will move to indict the former sheriff.

Nielsen Audience:  190,358

**1747.**  🖱 **Whittier Daily News** Newspaper   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View

Feb 10 2016 10:07PM PT

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch

Media Coverage Report

reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors: 50,960

1748.  📺 **KCAL-IND** Television  Market: Los Angeles, CA

KCAL News At 10PM

Feb 10 2016 10:00PM PT

[10:04:09 PM] [0:59]  Jeff: **LEE BACA** admitted he lied in a corruption case. Reporter: this is a year long investigation into corruption at the men's **JAIL** and the towers. A case boiltd down to lie and videotape. Federal investigators say the deputies were trying to intimidate the agent under orders from former **SHERIFF LEE BACA** who instructed them to do everything but put handcuffs on her. **BACA** pleaded **GUILTY** to lying to federal investigators originally telling them he had no knowledge of this meeting.

[10:05:20 PM] [1:25]  He wants to acknowledge he says I made a mistake an accepts full responsibility and expects and is being held accountable for that mistake. No one is above the law. The **PLEA** is the result of an investigation into corruption and abuse involving sheriff's deputies at the **JAIL,** an inmate working as an informant for the FBI bribed a deputy to smuggle a cell phone into the deputy. For too long the powers that be in Los Angeles acted as if there wasn't a problem because **LEE BACA** was saying there wasn't a problem. Their probe into the **JAIL** launched the whole investigation into the FBI started digging around. We have been putting out this information about how bad the problems were. I think that's what forced the higher UPS to say we got to cover this up, which is what they did and are paying for. Reporter: as part of the **PLEA** deal **BACA** faces up to six months behind bars. Coming up on CBS2, will he actually serve most of that time. Elsa: a Huntington beach father and son are charged with trying to kill a police officer during a routine traffic stop.

Nielsen Audience: 136,707

1749.  📺 **KTTV-FOX** Television  Market: Los Angeles, CA

Fox 11 Ten O'Clock News

Feb 10 2016 10:00PM PT

[10:07:11 PM] [0:15]  Buffing cupid a stunning development in a downtown courtroom. La county **LEE BACA** pleaded **GUILTY** to lying to investigators. Sport of the probe into the brutal

abuse of inmates at the nation's largest **JAIL.** Phil shuman has the latest.

[10:07:29 PM] [0:28] Sheriff's deputies like to say? Not at this time. Through his attorney **LEE BACA** it alleges he made a mistake and accepts responsibility but the former sheriff said nothing as he was escorted from the courthouse hours after the f. Eif announces **PLEA** deal. First of all public corruption in our society that exists in their briefs society and every country. One thing that sets her society and country apart is the way we investigate it very.

[10:07:54 PM] [0:34] The FBI and us attorney for the third months of negotiations **LEE BACA** who resigned under pressure in 2014 agreed to plead **GUILTY** to one count of lying to the f. A I which was investigating corruption and excessive use of force inside the jails. The American Civil Liberties Union which expose the **JAIL** scandal in a series of lawsuits said **LEE BACA** as the top man deserves punishment for covering up what he knew was happening. A pattern meted out by some deputies but a significant number of deputies. There.

[10:08:38 PM] [1:02] This investigation has been going on for six years. 17 current or former members of the sheriff's department have already been convicted. **LEE BACA** had always maintained he knew nothing about misconduct were coverups until now. Sheriff bocco lied. He lied when he stated he did not know the members of the sheriff's department had approached in a bia Jim outside of her home and he lied when he said he was unaware of efforts within the sheriff's department to keep the FBI informant away from the f. VI. **LEE BACA'S** number two is the only high-ranking sheriff's official whose futures uncertain. He was indicted earlier on similar charges and is pleaded not **GUILTY** and plans to go to trial. The sheriff's department is headquartered in the beautifully restored hall of justice in downtown Los Angeles. **BACA** who ran the department for 60 years is looking at the possibility of six months in prison but that's not I know. Is that justice? That would depend on your perspective.

[10:09:57 PM] [0:19] Times. You take an oath to uphold the constitution constitution. I did and **LEE BACA** didn't. Olmsted was a commander put in charge of the **JAIL.** He became suspicious when he found out how many deputies have been treated for broken right hands. From beatings they doled out.

Nielsen Audience: 92,407

1750. **KCLU-FM [102.3 FM, 88.3 FM, 1340 AM] NPR A Community service of California Lutheran University** Radio  Market: Los Angeles, CA

Former LA Sheriff Lee Baca To Plead Guilty To Making False Statements

Feb 10 2016 09:49PM PT

Wed, February 10, 2016 9:29pm Story by Camila Domonoske Los Angeles County **SHERIFF LEE BACA** announces his unexpected retirement on Jan. 7, 2014 in Los Angeles. Former Los Angeles County **SHERIFF LEE BACA,** who has been embroiled in a scandal involving reports of prisoner abuse and an alleged conspiracy to cover it up, has agreed to plead **GUILTY** to making false statements, the Department of Justice announced Wednesday. The single count against him relates to statements made regarding a federal investigation into corruption and violence at LA County jails. **BACA** has confessed to lying multiple times when he said he did not know about the actions of those within his department. He was still serving as sheriff at the time. The **PLEA** deal calls for no more than six months in prison, U.S. Attorney Eileen Decker said at a news conference in Los Angeles. As we've previously reported , the FBI has spent years investigating the Los Angeles County Sheriff's Department over allegations of widespread abuse of inmates' civil rights. Among other things, **BACA'S** lieutenants and deputies were accused of unprovoked assaults on unresisting inmates. "Volunteers, including two chaplains, filed sworn affidavits they witnessed subdued inmates being beaten," NPR's Carrie Kahn reported in 2011. "A top ranked rookie deputy reportedly quit after refusing orders to beat a mentally ill inmate." **BACA**