said in 2013 that the alleged assaults were the acts of a few bad apples, and "there is no institutional problem." But he stepped down as sheriff in 2014 , citing the "negative perception" his bid. for re-election would bring to the sheriff's office. The charges against **BACA** and additional charges against many of his subordinates are not directly related to the purported abuse in the jails. Instead, they stem from an alleged plot to block the investigation that could have revealed such abuse. An inmate at a Los Angeles **JAIL** had agreed to cooperate with the FBI and pass them information. But when the sheriff's deputies learned about the operation, the informant "was essentially made to disappear within the **JAIL** system," Decker said. The inmate was jailed under fake names, the LA Times reports , and officials from the sheriff's office actively worked to prevent him from making contact with the FBI. Sheriff's deputies are also accused of confronting an FBI agent at her home and attempting to intimidate her. **BACA** admitted in the **PLEA** deal that he was lying when he told the Justice Department he didn't know anything about these efforts to block the investigation. Last year, **BACA'S** second in command, **PAUL TANAKA,** was indicted for condoning the beating of inmates and obstructing the FBI's investigation. His trial is scheduled for next month.

View▶

Unique Visitors:  7,911

---

1751.   **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View

Feb 10 2016 09:31PM PT

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors:  93,369

---

1752.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View

Feb 10 2016 09:31PM PT

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch

reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors:  106,253

1753.    **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View

Feb 10 2016 09:31PM PT

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors:  559,454

1754.    **Long Beach Press-Telegram**  Newspaper   Market: Los Angeles, CA

Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View

Feb 10 2016 09:31PM PT

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors:  103,497

1755.  **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

**Ex-L.A. Sheriff Lee Baca finally takes some blame: Breaking View**

Feb 10 2016 09:31PM PT

News that former Los Angeles County **SHERIFF LEE BACA** plans to plead **GUILTY** to a federal charge confirms what many have long suspected that corruption alleged under his watch reached all the way to the top of the Sheriffs Department. **BACA** resigned his post two years ago, 15 years after he was elected to lead the department, in the middle of an FBI investigation into corruption and abuse in the countys **JAIL** system. His **PLEA** today is a complete reversal of his posture in 2012, when he took none of the blame for abuse of inmates by deputies. From a 2012 editorial that encouraged **BACA** to resign from office: **BACA** is at a major crossroads in his service, even if he claims not to know. The people of Los Angeles County deserve better than excuses and buck-passing from a sheriff with the baggage of **INMATE ABUSE,** gangs of deputies acting more like criminals and a special reserves program that gave badges to notable civilians. Two years later, **BACA** did resign. As the editorial board noted, his departure meant the next sheriff would have a huge clean-up task: It will take both a strong successor and forceful oversight to repair the damage and prevent further abuses of the sort that led, in the most egregious of the departments several scandals in recent. years, to the indictments of 18 current and former sheriffs deputies in December following an FBI investigation of **JAIL INMATE ABUSE.** But even with the 2014 election of Sheriff Jim McDonnell, the creation of a civilian oversight committee and the appointment of an inspector general, the Sheriffs Department has had to confront new allegations of **INMATE ABUSE.** Bacas legal ordeal may be ending, but his legacy lingers on.

View▶

Unique Visitors:  152,173

1756.      **Los Angeles Times** Newspaper   Market: Los Angeles, CA



He told authorities that he drove his brother from Tacoma to Los Angeles, the Sheriffs Department said. He is charged with helping his brother flee the state, prosecutors said. For breaking news in California, follow @VeronicaRochaLA ALSO Baby's father may have been target in fatal Compton shooting, authorities say L.A. County sheriff's deputy accidentally shoots himself while chasing two suspects Ex-L.A. County **SHERIFF LEE BACA** to plead **GUILTY** in **JAIL** scandal, his attorney says

Feb 10 2016 09:10PM PT

View▶

Unique Visitors: 14,128,174

1757. **The Daily Breeze**   Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca lied and will plead guilty in corruption case, says U.S.

Feb 10 2016 09:02PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. I do believe the LASD is under a new day in the department, Bowdich said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what

information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  156,982

1758.    **KCAL-IND** Television    Market: Los Angeles, CA

KCAL News At 9PM                                    Feb 10 2016 09:00PM PT

[9:07:22 PM] [0:54]  They took away our smartphones gave us flip phones without a speaker. Leyna: electricity has been cut, group has been using generators for power. Jeff: former la county **SHERIFF LEE BACA** admits he lead in a corruption case, he could go to prison, a **GUILTY PLEA** from a under cover investigation involving sheriff deputy at lacounty **JAIL, JAIL** inmate working as I under cover FBI inform ant bribed a deputy to taking that cell phone into. **JAIL.** Do anything and everything but put handcuffs on her. That led to this confrontation.

Nielsen Audience:  154,715

1759.    **KCAL-TV [IND 9]** Television    Market: Los Angeles, CA

Comment on Former LA County Sheriff Lee Baca To Plead Guilty In Jail    Feb 10 2016 08:41PM Corruption                                                                PT

**SHERIFF LEE BACA** to Plead **GUILTY** in the latest **JAIL** scandal that has rocked the Los County Sheriffs Department. Never, in the history of the Los Angeles County Sheriffs department has a former Sheriff been jailed. The problem as I see it, the whole incident could have been avoided. If the federal government wanted to conduct an investigation within the **JAIL** system, the former Sheriff should have cooperated and worked with federal officials in order to see things get done. In the end, eight sheriff deputies, some with rank were terminated, prosecuted and convicted of various crimes, all of whom worked at the Los Angeles County Mens Central **JAIL.** Now then, what I see as the problem is federal authorities and local law enforcement to this very day still do not communicate effectively. There has always seemed to be a power struggle between the feds and local cops and we all know. big brother will always trump, its a no brainer. For former Sheriff **BACA,** well it is well known he let his own deputies down and a lot of deputies lost their job over nonsense.

View▶

Unique Visitors:  1,126,128

1760.    **The Daily Breeze** Newspaper    Market: Los Angeles, CA

U.S. Attorney: Former LA County Sheriff Lee Baca lied, will plead guilty in    Feb 10 2016 08:39PM corr                                                                     PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and

abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

View▶

Unique Visitors:  156,982

1761.    **Inland Valley Daily Bulletin**  Newspaper   Market: Los Angeles, CA
U.S. Attorney: Former LA County Sheriff Lee Baca lied, will plead guilty in corr    Feb 10 2016 08:31PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice

trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

View▶

Unique Visitors:  106,253

1762.    **Los Angeles Times**  Newspaper   Market: Los Angeles, CA
Los Angeles seeks to shut down massage parlors in Eagle Rock, North Hollywood an

Feb 10 2016 08:31PM PT

Feuer claims the businesses included in the lawsuit have been operating in the area since 2011. See the most-read stories this hour >> For breaking California news, follow@JosephSerna. ALSO Ex-L.A. County **SHERIFF LEE BACA** to plead **GUILTY** in **JAIL** scandal, his attorney says Supporters of Coastal Commission executive director protest his proposed firing Baby's father may have been target in fatal Compton shooting, authorities say

View▶

Unique Visitors:  14,128,174

1763.    **L.A. Weekly**  Newspaper   Market: Los Angeles, CA
Former Sheriff Lee Baca Admits He Lied to FBI, Could Face Prison

Feb 10 2016 08:22PM PT

**LEE BACA** Ted Soqui/L.A. Weekly UPDATE at 12:38 p.m., Wednesday, Feb. 10, 2016: The current sheriff weighs in, at the bottom. Former Los Angeles **SHERIFF LEE BACA** has agreed to plead **GUILTY** to a felony allegation of lying to the FBI during an investigation of corruption and civil rights violations inside his department, the U.S. Attorney's Office in L.A. announced today. The **PLEA** is part of a deal under which the former lawman would face, at the discretion of a judge, a maximum of six months in federal prison, prosecutors said. The agreement would head off an indictment, they said. He was expected to enter his **PLEA** in federal court at 2:30 p.m., they said. **BACA** told investigators that he did not know his deputies would "approach" the lead FBI investigator in the sheriff's department case, feds said in a statement. But not only did he know, he told his people to "do everything but put handcuffs" on the agent, according to the statement. The sheriff made the false statement during an April 12, 2013 interview with FBI agents and assistant United States Attorneys, prosecutors said. The federal corruption

investigation has targeted several other sheriff's officials, including former Undersheriff **PAUL TANAKA,** who's scheduled to go on trial on March 22. **BACA** is slated to become the 18th conviction in the corruption and excessive force investigation, officials said. The U.S. Attorney's Office explained what happened in its statement: During the course of the investigation that was being conducted by the FBI, the U.S. Attorneys Office and a federal grand jury, a sheriffs deputy assigned to the Mens Central **JAIL** accepted a bribe to smuggle a cell phone into. the facility. The phone was delivered to an inmate who was working as an FBI informant. **JAIL** officials later discovered the phone, linked it to the FBI and determined that the inmate was an informant. This led to a month-long scheme to obstruct the investigation, which included members of the conspiracy concealing the informant from the FBI, the United States Marshals Service and the grand jury. Members of the conspiracy also engaged in witness tampering and harassing the FBI agent. **BACA** "participated" in a meeting on Sept. 25, 2011 in which approaching the investigating agent was discussed, feds said. The next day two sheriff's sergeants threatened the agent with arrest, they said. "One of the measures of an organizational culture is how it handles its allegations of misconduct," said David Bowdich, assistant director in charge of the FBIs Los Angeles office. "Mr. **BACA** set the wrong command climate and allowed that culture to fester, instead of fostering an environment of accountability. In short, he did not lead when he had the opportunity to do so." On Jan. 7, 2014, **BACA** resigned. UPDATE at 12:38 p.m., Wednesday, Feb. 10, 2016: Sheriff Jim McDonnell weighed in with this statement: As I have stated previously when asked about the federal investigation and trial, I have faith in the justice system, and trust that it is assessing the facts of these past events in a fair-minded, accountable manner. I know that the milestones during this series of federal trials have been difficult for all of us at the Sheriffs Department to learn about. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs (ALADS), had this to say: The **PLEA** agreement sends a strong message that no one is above the law. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents.

View▶

Unique Visitors: 1,100,928

1764.    **Los Angeles Times**  Newspaper    Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney sa    Feb 10 2016 08:00PM PT

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making false statements,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. According to a charging document filed by federal prosecutors on Wednesday morning, **BACA** lied twice about his involvement in hiding an inmate from FBI agents who were investigating brutality and corruption by sheriff's deputies in the county jails. **BACA** also lied when he said he was unaware that his subordinates planned to approach an FBI special agent at her home, the document said. **BACA'S** attorney, Michael Zweibeck, said his client has agreed to plead **GUILTY** to a single count as part of a deal with prosecutors under which he will spend no more than six months in prison and possibly no time at all. The U.S. attorney's office has agreed not pursue other charges against the former sheriff, and a federal judge must sign off on the deal, Zweibeck said. NEWSLETTER: Get essential California headlines delivered daily >> At heart of Sheriff's Department scandal was

top-secret 'Operation Pandora's Box' Shelby Grad and Richard Winton At the center of the FBI's investigation into abuses at the Los Angeles County JAIL was atop-secret program known as Operation Pandora's Box. That investigation took a dramatic turn Wednesday with news that retired Los Angeles CountySheriff LEE BACA will plead GUILTY to a federal charge of making. At the center of the FBI's investigation into abuses at the Los Angeles County JAIL was atop-secret program known as Operation Pandora's Box. That investigation took a dramatic turn Wednesday with news that retired Los Angeles CountySheriff LEE BACA will plead GUILTY to a federal charge of making.(Shelby Grad and Richard Winton) BACA appeared in court Wednesday morning for an arraignment on the felony charge. Wearing a brown suit with a sheriff's star on the lapel, BACA said little at the hearing other than to answer questions from the judge. "You know what the government is claiming you did in this case?" U.S. Magistrate Judge Patrick J. Walsh asked. "Yes, BACA responded. After the hearing, BACA referred media queries to his attorney. He definitely feels bad, Zweibeck said about his client. Asked what BACA specifically feels badly about, the attorney said: He feels bad about a lot of things. Zweibeck said that federal SENTENCING guidelines specify up to six months in prison for making a false statement, but that BACA could also be sentenced to probation and not serve any time behind bars. He is ready for whatever outcome is deemed appropriate by the court, Zweibeck said. Zweibeck said negotiations with prosecutors began in earnest five days ago, when it became clear that they were prepared to charge BACA. Its time to put this behind him, Zweibeck said. BACA doesnt want the men and women of the Sheriffs Department to be under this cloud. BACA is expected to appear in another courtroom Wednesday afternoon to enter his PLEA. BACA, who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. SHERIFF LEE BACA was consumed by crises Robert Faturechi and Jack Leonard He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. (Robert Faturechi and Jack Leonard) Last year, BACA'S former top aide, Undersheriff PAUL TANAKA, was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether BACA would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest JAIL system. Los Angeles County SHERIFF LEE BACA announced in 2014he would not seek a fifth term in office and would instead retire. In sketching out the case against Tanaka, who resigned in 2013, and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI's investigation into misconduct at the JAIL. The plot was called Operation Pandora's Box. It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central JAIL, to collect information on abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different JAIL under a fake name and preventing FBI agents from talking to him. Full Coverage: L.A. County JAIL system under scrutiny A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang. A series of Times' stories has tracked allegations of deputy brutality and other misconduct in the Los Angeles County JAIL system. Got a tip? Contact reporter Cindy Chang.Read more stories They assigned at least 13 deputies to watch him around the clock. And when the operation was over, the deputies received an internal email thanking them for

helping "without asking too many questions and prying into the investigation at hand." **BACA** has saidBrown was moved not to hide him from the FBI, but to protect him from deputies. The charging document filed Wednesday said that Bacas false statements occurred on April 12, 2013, in a matter within the jursidiction of the FBI and the U.S. attorneys office. **BACA** falsely stated that he was not involved in a conversation about keeping the FBI and "Inmate AB" away from each other, the document said. **BACA** also stated he was unaware that sheriff's officials terminated an interview between FBI agents and Inmate AB on Aug. 23, 2011. In fact, a sheriff's lieutenant, Greg Thompson, informed **BACA** about the aborted interview, the document said. The third false statement involved an encounter between sheriff's officials and an FBI agent at the agent's home. **BACA** said he was not aware of the encounter until after it happened, when in fact he knew about it in advance, the document said. The document did not specify the setting in which the false statements were made. But materials reviewed by The Times show that **BACA** spent most of that day being interviewed by federal prosecutors and FBI agents as part of their investigation into Pandoras Box. Staff writer Kate Mather contributed to this report. For more sheriff's and law enforcement news, follow @joelrubin and @cindychangLA.

View▶

Unique Visitors:  14,128,174

---

1765.    **KCAL-TV [IND 9]** Television   Market: Los Angeles, CA

**Comment on Former LA County Sheriff Lee Baca To Plead Guilty In Jail Corruption**    Feb 10 2016 07:40PM PT

Source: Former LA County **SHERIFF LEE BACA** To Plead **GUILTY** In **JAIL** CorruptionProbe

View▶

Unique Visitors:  1,126,128

---

1766.    **KTTV-TV [FOX 11] / KCOP-TV [MY 13]** Television   Market: Los Angeles, CA

**Former LA County Sheriff Lee Baca to plead guilty to lying in corruption probe**    Feb 10 2016 07:37PM PT

LOS ANGELES, Calif. (FOX 11 / CNS) - Former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge stemming from the corruption probe of the department's management of the jails. His attorney, Michael Zweibeck, told the Los Angeles Times that **BACA** will plead **GUILTY** to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times the **PLEA** agreement means prosecutors will not pursue any additional charges against **BACA.** The deal must be approved by a federal judge. He is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. A federal judge today was expected to approve an agreement ending the case against sheriff's Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriff's officials to be tried by federal authorities in connection with the FBI's

multi-year investigation into brutality and other misconduct in the Los Angeles County Sheriff's Department. The probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to "hide" an inmate-turned-informant from FBI handlers during the jails probe.

View▶

Unique Visitors: 2,498

---

1767.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca to plead guilty in corruption case          Feb 10 2016 07:11PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors: 106,253

---

1768.   **The Daily Breeze** Newspaper   Market: Los Angeles, CA

Reports: Former LA County Sheriff Lee Baca to plead guilty in corruption case          Feb 10 2016 07:02PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors: 156,982

---

1769.   **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Reports: Former LA County Sheriff Lee Baca to plead guilty in corruption case          Feb 10 2016 06:51PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to published reports. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors: 106,253

---

1770.   **Burbank Leader** Online Only   Market: Los Angeles, CA

At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box          Feb 10 2016 06:48PM PT

At the center of the FBI 's investigation into abuses at the Los Angeles County **JAIL** was atop-secret operation known as"Operation Pandora's Box." That investigation took a dramatic turn Wednesday with news thatLos Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making a false. statement. Here is a primer from The Times archives: What was Operation Pandora's Box? It waslaunched after sheriff's officials

learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking to0 many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved, not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking toBrown. What was the role of former Undersheriff **PAUL TANAKA** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He was a formercrack cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown alleged that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, whosmuggled him a cellphone in **JAIL.** Brown told The Timeshe used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI.

**View▶**

Unique Visitors:   3,986

1771.    **Glendale News Press**   Newspaper   Market: Los Angeles, CA

At heart of Sheriff's scandal was top-secret 'Operation Pandora's Box'     Feb 10 2016 06:48PM PT

At the center of the FBI 's investigation into abuses at the Los Angeles County **JAIL** was atop-secret operation known as"Operation Pandora's Box." That investigation took a dramatic turn Wednesday with news thatLos Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making a false. statement. Here is a primer from The Times archives: What was Operation Pandora's Box? It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking to0 many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved, not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking toBrown. What was the role of former Undersheriff **PAUL TANAKA** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any

controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He was a formercrack cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown alleged that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, whosmuggled him a cellphone in **JAIL.** Brown told The Timeshe used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI.

View▶

Unique Visitors:  7,329

1772.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box         Feb 10 2016 06:48PM PT

At the center of the FBI 's investigation into abuses at the Los Angeles County **JAIL** was atop-secret operation known as"Operation Pandora's Box." That investigation took a dramatic turn Wednesday with news thatLos Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making a false. statement. Here is a primer from The Times archives: What was Operation Pandora's Box? It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking to0 many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved, not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking toBrown. What was the role of former Undersheriff **PAUL TANAKA** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He was a formercrack cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown alleged that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, whosmuggled him a cellphone in **JAIL.** Brown told The Timeshe used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI.

View▶

Unique Visitors:  1,605

1773.  **Laguna Beach Coastline Pilot**  Newspaper  Market: Los Angeles, CA

At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box          Feb 10 2016 06:48PM PT

At the center of the FBI 's investigation into abuses at the Los Angeles County **JAIL** was atop-secret operation known as"Operation Pandora's Box." That investigation took a dramatic turn Wednesday with news thatLos Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making a false. statement. Here is a primer from The Times archives: What was Operation Pandora's Box? It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking to0 many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved, not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking toBrown. What was the role of former Undersheriff **PAUL TANAKA** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He was a formercrack cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown alleged that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, whosmuggled him a cellphone in **JAIL.** Brown told The Timeshe used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI.

View▶

Unique Visitors:  845

1774.  **Los Angeles Times**  Newspaper  Market: Los Angeles, CA

At heart of Sheriff's scandal was top-secret 'Operation Pandora's Box'          Feb 10 2016 06:48PM PT

At the center of the FBI 's investigation into abuses at the Los Angeles County **JAIL** was atop-secret operation known as"Operation Pandora's Box." That investigation took a dramatic turn Wednesday with news thatLos Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making a false. statement. Here is a primer from The Times archives: What was Operation Pandora's Box? It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an

unusual move, sheriff's officials responded by moving the convicted bank robber to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking to0 many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved, not to hide him from the FBI, but to protect him from deputies. Prosecutors allege the goal was to prevent the FBI from talking toBrown. What was the role of former Undersheriff **PAUL TANAKA** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone smuggling scheme that resulted in a criminal conviction. Brown gave FBI agents what they couldn't have gotten on their own: an insider's view of a system beset with allegations of excessive force and other deputy misconduct. Brown is serving a lengthy prison sentence for bank robbery and has a long criminal history. He was a formercrack cocaine addict who has a history of lying and making dubious allegations against law enforcement, according to court records and interviews. In his interview with The Times, Brown alleged that he delivered notes about corrupt and brutal deputies during weekly visits with his FBI handler. Brown helped with an undercover FBI operation to bribe a jailer, whosmuggled him a cellphone in **JAIL.** Brown told The Timeshe used the phone to take photos of deputy beatings and transmit them to his FBI handler. The Times could not independently verify whether he provided photos to the FBI.

View▶

Unique Visitors: 14,128,174

---

1775. **Los Angeles Times** Newspaper   Market: Los Angeles, CA

At heart of Sheriff's Department scandal was top-secret 'Operation Pandora's Box     Feb 10 2016 06:48PM PT

At the center of the FBI's investigation into abuses at the Los Angeles County **JAIL** was atop-secret program known as Operation Pandora's Box. That investigation took a dramatic turn Wednesday with news that retired Los Angeles CountySheriff **LEE BACA** will plead **GUILTY** to a federal charge of making a false statement. Here is a primer from The Times archives: What was Operation Pandora's Box? It waslaunched after sheriff's officials learned in the summer of 2011 that the FBI had enlisted Anthony Brown, an inmate in the Men's Central **JAIL,** to collect information about allegedly abusive and corrupt deputies. In an unusual move, sheriff's officials responded by moving Brown, a convicted bank robber, to a different **JAIL** under a fake name. They assigned at least 13 deputies to watch him around the clock, according to documents reviewed by The Times. And when the operation was over, the deputies received an internal email thanking them for helping "without asking too many questions and prying into the investigation at hand." A **BACA** spokesman previously said that Brown was moved not to hide him from the FBI, but to protect him from deputies. See the most-read stories this hour Read the story Prosecutors allege the goal was to prevent the FBI from talking toBrown. What was the role of former Undersheriff **PAUL TANAKA,** who was indicted on corruption charges last year? An internal Sheriff's Department email, written while Brown was allegedly being hidden from the FBI, states that Tanaka or one of his subordinates had to be present before deputies could move Brown. In the email, Deputy Gerard Smith warns his colleagues: "To keep yourself free of any controversy. He reported tales of violent abuse of inmates at the hands of jailers. He even ensnared a deputy in a phone smuggling scheme that resulted in a criminal