Unique Visitors:  5,109,473

1803.   **Hollywood Patch** *Online Only*   Market: Los Angeles, CA

**Corruption Probe Topples LA County's Top Cop: Former Sheriff Pleads to Felony**                                   Feb 10 2016 06:36PM PT

**LEE BACA** faces six months of prison time for lying about ordering his deputies to threaten an FBI agent investigating the department. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. Prosecutors said **BACA** lied to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. In fact, **BACA** was not only aware of the 2011 plan, but he specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, U.S. Attorney Eileen Decker said. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the **JAIL** system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. Although Bacas **PLEA** is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. A federal judge today is expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said **BACA** will represent the 18th conviction in the probe. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an

internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said **BACA** deserves punishment for his actions. The **PLEA** agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. **BACA** admitted before U.S. District Judge Percy Anderson to lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. **BACA** was not only aware of the 2011 plan to frighten agent Leah Marx, but specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. During the hearing, the judge asked **BACA** if he was pleading **GUILTY** because you are, in fact, **GUILTY.** Wearing a brown suit decorated with a small sheriffs department pin, **BACA** responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that **BACA** had acted deliberately and with knowledge that the statement was untrue and knew he was breaking the law. According to his **PLEA** agreement, **BACA** waived appeal unless Anderson sentences him to more than six months in prison. The false statements count carries a potential five-year maximum sentence, three years of supervised release and a $250,000 fine. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, said Eileen Decker, the U.S. attorney in Los Angeles. Outside court, defense attorney Michael Zweiback read a portion of a statement from **BACA,** which read in part, I made a mistake, I accept responsibility and expect to be held accountable. He added that his **BACA** felt it was time to accept responsibility and he didnt want this cloud to continue to be held over the sheriffs department. This is a man with a 58-year reputation in law enforcement. He does not deserve prison time. **BACA** declined to answer questions from reporters outside court. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the **JAIL** system. There is a new

sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. More from Hollywood Patch Thousands in the Dark After Man Was Electrocuted on Power PoleParole, Again, Denied for Robert F. Kennedy Killer Sirhan SirhanSnow Report for Big Bear, Wrightwood and Mammoth Mountain Although Bacas **PLEA** is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in. their oversight of the department. Prosecutors on Tuesday entered into an agreement ending a pending case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said **BACA** will represent the 18th conviction in the probe. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said deserves punishment for his actions. The **PLEA** agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents. With this admission of guilt, the

environment that created this type of corruption is out of the department and we begin a new day of restoring confidence and trust, he said. The American Civil Liberties Union of Southern California- which filed a federal class-action lawsuit against **BACA** and his top commanders in 2012 over the alleged use of excessive force by **JAIL** guards against county **JAIL** inmates-applauded todays action. Los Angeles Countys jails have been plagued by unlawful violence for decades, said Hector Villagra, executive director of the ACLU of Southern California. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal. Today, pleaded **GUILTY** to making false statements, Villagra said. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. City News Service; Photo: Wikimedia Commons 0 Across California Wheelchair-Bound Boy Shreds at Calif. Skatepark Thanks to Dad (Elk Grove, CA) Trending Across Patch Wendy's Drive-Thru Gator Toss Lands Florida Man In **JAIL** (Sarasota, FL) Subscribe to the free daily newsletter from Patch Get free daily newsletters and real-time news alerts from the Hollywood Patch. Join 1.2 million people who get Patch's free daily newsletters and real-time local news alerts. Email Daily Newsletter The latest news from your Patch delivered to your inbox every morning.

View▶

Unique Visitors:  5,109,473

1804.    **La Canada Flintridge Patch**  Online Only   Market: Los Angeles, CA
Corruption Probe Topples LA County's Top Cop: Former Sheriff Pleads to     Feb 10 2016 06:36PM
Felony                                                                       PT

**LEE BACA** faces six months of prison time for lying about ordering his deputies to threaten an FBI agent investigating the department. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. **BACA** admitted before U.S. District Judge Percy Anderson to lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. **BACA** was not only aware of the 2011 plan to frighten agent Leah Marx, but specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. During the hearing, the judge asked **BACA** if he was pleading **GUILTY** because you are, in fact, **GUILTY.** Wearing a brown suit decorated with a small sheriffs department pin, **BACA** responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that **BACA** had acted deliberately and with knowledge that the statement was untrue and knew he was breaking the law. According to his **PLEA** agreement, **BACA** waived appeal unless Anderson sentences him to more than six months in prison. The false statements count carries a potential five-year maximum sentence, three years of supervised release and a $250,000 fine. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, said Eileen Decker, the U.S. attorney in Los Angeles. Outside court, defense attorney Michael Zweiback read a portion of a statement from **BACA,** which read in part, I made a mistake, I accept responsibility and expect to be held accountable. He added that his **BACA** felt it was time to accept responsibility and he didnt want this cloud to continue to be held over the sheriffs department. This is a man with a 58-year reputation in law enforcement. He does not deserve prison time. **BACA** declined to answer questions from reporters outside court. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73,

retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the JAIL system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. Although Bacas PLEA is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. Prosecutors on Tuesday entered into an agreement ending a pending case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said BACA will represent the 18th conviction in the probe. The corruption probe previously went only as high as PAUL TANAKA, the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central JAIL. Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded GUILTY last year to a charge of lying on the witness stand during the 2014 trial of former Deputy JAMES SEXTON, who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas PLEA deal makes the case all the more interesting, but they are still prepared to call BACA as a witness during Tanakas trial. We had planned to call Sheriff BACA as a witness and that continues to be our plan, according to the attorneys. His GUILTY PLEA changes nothing for our defense. PAUL TANAKA has pled not GUILTY firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on JAIL Violence, a panel which examined alleged brutality by deputies in the JAIL. The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said BACA deserves punishment for his actions. The PLEA agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no

means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents. With this admission of guilt, the environment that created this type of corruption is out of the department and we begin a new day of restoring confidence and trust, he said. The American Civil Liberties Union of Southern California- which filed a federal class-action lawsuit against BACA and his top commanders in 2012 over the alleged use of excessive force by JAIL guards against county JAIL inmates- applauded todays action. Los Angeles Countys jails have been plagued by unlawful violence for decades, said Hector Villagra, executive director of the ACLU of Southern California. Much of the blame for that violence must be shouldered by former SHERIFF LEE BACA, who failed to confront this abuse and the horrific conditions inside the JAIL despite repeated calls for reform by the ACLU SoCal. Today, BACA pleaded GUILTY to making false statements, Villagra said. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. City News Service;

View▶

Unique Visitors:  5,109,473

1805.　　**La Canada Flintridge Patch** Online Only　Market: Los Angeles, CA　　Feb 10 2016 06:36PM PT
Former LA Sheriff Lee Baca to Plead Guilty in Corruption Probe

The PLEA deal reportedly calls for no more than six months of prison time. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the JAIL system, former Los Angeles County SHERIFF LEE BACA is expected to plead GUILTY today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead GUILTY to a single count of making a false statement, and the PLEA deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the PLEA deal, prosecutors will not pursue any additional charges against BACA. The deal must be approved by a federal judge. BACA is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the JAIL system. BACA, 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that BACA allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi-year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. The corruption probe previously went only as high as PAUL TANAKA, the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by

the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General.

View▶

Unique Visitors:  5,109,473

1806.    **Malibu Patch**  Online Only   Market: Los Angeles, CA

Former LA Sheriff Lee Baca to Plead Guilty in Corruption Probe          Feb 10 2016 06:36PM PT

The **PLEA** deal reportedly calls for no more than six months of prison time. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the **JAIL** system, former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead **GUILTY** to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the **PLEA** deal, prosecutors will not pursue any additional charges against **BACA.** The deal must be approved by a federal judge. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that **BACA** allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi-year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret

plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. Prosecutors said **BACA** lied to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. In fact, **BACA** was not only aware of the 2011 plan, but he specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, U.S. Attorney Eileen Decker said. 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the **JAIL** system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. Although Bacas **PLEA** is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. A federal judge today is expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in

connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said **BACA** will represent the 18th conviction in the probe. More from Malibu Patch Coming to Theaters Near You: 'Deadpool,' 'How to Be Single,' 'Zoolander No. 2,' and MoreRecord-Setting Heat Wave Continues in SouthlandMan Arrested After Throwing Alligator Into Wendy's Drive-Thru Window The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate. turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said **BACA** deserves punishment for his actions. The **PLEA** agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents.

**View▶**

Unique Visitors: 5,109,473

1807. **Malibu Patch** Online Only   Market: Los Angeles, CA

Corruption Probe Topples LA County's Top Cop: Former Sheriff Pleads to Felony   Feb 10 2016 06:36PM PT

**LEE BACA** faces six months of prison time for lying about ordering his deputies to threaten an FBI agent investigating the department. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. **BACA** admitted before U.S. District Judge Percy Anderson to lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption

probe of the department. **BACA** was not only aware of the 2011 plan to frighten agent Leah Marx, but specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. During the hearing, the judge asked **BACA** if he was pleading **GUILTY** because you are, in fact, **GUILTY.** Wearing a brown suit decorated with a small sheriffs department pin, **BACA** responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that **BACA** had acted deliberately and with knowledge that the statement was untrue and knew he was breaking the law. According to his **PLEA** agreement, **BACA** waived appeal unless Anderson sentences him to more than six months in prison. The false statements count carries a potential five-year maximum sentence, three years of supervised release and a $250,000 fine. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, said Eileen Decker, the U.S. attorney in Los Angeles. Outside court, defense attorney Michael Zweiback read a portion of a statement from **BACA,** which read in part, I made a mistake, I accept responsibility and expect to be held accountable. He added that his **BACA** felt it was time to accept responsibility and he didnt want this cloud to continue to be held over the sheriffs department. This is a man with a 58-year reputation in law enforcement. He does not deserve prison time. **BACA** declined to answer questions from reporters outside court. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the **JAIL** system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. Although Bacas **PLEA** is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. Prosecutors on Tuesday entered into an agreement ending a pending case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said **BACA** will represent the 18th conviction in the probe. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an

internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said **BACA** deserves punishment for his actions. The **PLEA** agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents. With this admission of guilt, the environment that created this type of corruption is out of the department and we begin a new day of restoring confidence and trust, he said. The American Civil Liberties Union of Southern California- which filed a federal class-action lawsuit against **BACA** and his top commanders in 2012 over the alleged use of excessive force by **JAIL** guards against county **JAIL** inmates- applauded todays action. Los Angeles Countys jails have been plagued by unlawful violence for decades, said Hector Villagra, executive director of the ACLU of Southern California. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal. Today, **BACA** pleaded **GUILTY** to making false statements, Villagra said. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. City News Service; By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. **BACA** admitted before U.S. District Judge Percy Anderson to lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. **BACA** was not only aware of the 2011 plan to frighten agent Leah Marx, but specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. During the hearing, the judge asked **BACA** if he was pleading **GUILTY** because you are, in fact, **GUILTY.** Wearing a brown suit decorated with a small sheriffs department pin, **BACA** responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that **BACA** had acted deliberately and with knowledge that the statement was untrue and knew he was breaking the law. According to his **PLEA** agreement, **BACA** waived appeal unless Anderson sentences him to more than six months in prison. The false statements count carries a potential five-year maximum sentence, three years of supervised release and a $250,000 fine. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, said Eileen Decker, the U.S. attorney in Los Angeles. Outside court, defense attorney Michael Zweiback read a portion of a statement from **BACA,** which

read in part, I made a mistake, I accept responsibility and expect to be held accountable. He added that his **BACA** felt it was time to accept responsibility and he didnt want this cloud to continue to be held over the sheriffs department. This is a man with a 58-year reputation in law enforcement. He does not deserve prison time. **BACA** declined to answer questions from reporters outside court. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the **JAIL** system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. More from Malibu Patch Snow Report for Big Bear, Wrightwood and Mammoth MountainComing to Theaters Near You: 'Deadpool,' 'How to Be Single,' 'Zoolander No. 2,' and MoreRecord-Setting Heat Wave Continues in Southland Although Bacas **PLEA** is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. Prosecutors on Tuesday entered into an agreement ending a pending case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said **BACA** will represent the 18th conviction in the probe. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County

Board of Supervisors created the Citizens Commission on JAIL Violence, a panel which examined alleged brutality by deputies in the JAIL. The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said BACA deserves punishment for his actions. The PLEA agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents. With this admission of guilt, the environment that created this type of corruption is out of the department and we begin a new day of restoring confidence and trust, he said. The American Civil Liberties Union of Southern California- which filed a federal class-action lawsuit against BACA and his top commanders in 2012 over the alleged use of excessive force by JAIL guards against county JAIL inmates- applauded todays action. Los Angeles Countys jails have been plagued by unlawful violence for decades, said Hector Villagra, executive director of the ACLU of Southern California. Much of the blame for that violence must be shouldered by former SHERIFF LEE BACA, who failed to confront this abuse and the horrific conditions inside the JAIL despite repeated calls for reform by the ACLU SoCal. Today, BACA pleaded GUILTY to making false statements, Villagra said. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. City News Service; Photo: Wikimedia Commons 0 Across California Search On for Gunmen Who Killed 1-Year-Old Baby in Gang Attack (Long Beach, CA) Trending Across Patch Wendy's Drive-Thru Gator Toss Lands Florida Man In JAIL (Sarasota, FL) Subscribe to the free daily newsletter from Patch Get free daily newsletters and real-time. news alerts from the Malibu Patch. Join 1.2 million people who get Patch's free daily newsletters and real-time local news alerts.

View▶

Unique Visitors: 5,109,473

1808.  **Manhattan Beach Patch** Online Only   Market: Los Angeles, CA

Former LA Sheriff Lee Baca to Plead Guilty in Corruption Probe      Feb 10 2016 06:36PM PT

The PLEA deal reportedly calls for no more than six months of prison time. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the JAIL system, former Los Angeles County SHERIFF LEE BACA is expected to plead GUILTY today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead GUILTY to a single count of making a false statement, and the PLEA deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the PLEA deal, prosecutors will not pursue any additional charges against BACA. The deal must be approved by a federal judge. BACA is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the JAIL system. BACA, 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that BACA allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to

approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi-year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the **JAIL** system, former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the deal, prosecutors will not pursue any additional charges against **BACA.** The deal must be approved by a federal judge. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that **BACA** allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had