put their lives on the line protecting L.A. County residents. With this admission of guilt, the environment that created this type of corruption is out of the department and we begin a new day of restoring confidence and trust, he said. The American Civil Liberties Union of Southern California- which filed a federal class-action lawsuit against **BACA** and his top commanders in 2012 over the alleged use of excessive force by **JAIL** guards against county **JAIL** inmates- applauded todays action. Los Angeles Countys jails have been plagued by unlawful violence for decades, said Hector Villagra, executive director of the ACLU of Southern California. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal. Today, **BACA** pleaded **GUILTY** to making false statements, Villagra said. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. City News Service;

View▶

Unique Visitors: 5,109,473

1837. 🖱 **Venice Patch**  *Online Only*   Market: Los Angeles, CA

Feb 10 2016 06:36PM PT

**Former LA Sheriff Lee Baca to Plead Guilty in Corruption Probe**

The **PLEA** deal reportedly calls for no more than six months of prison time. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the **JAIL** system, former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead **GUILTY** to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the **PLEA** deal, prosecutors will not pursue any additional charges against **BACA.** The deal must be approved by a federal judge. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that **BACA** allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi-year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two

sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General.

**View▶**

Unique Visitors:  5,109,473

---

1838.    **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Corruption Probe Topples LA County's Top Cop: Former Sheriff Pleads to Felony    Feb 10 2016 06:36PM PT

**LEE BACA** faces six months of prison time for lying about ordering his deputies to threaten an FBI agent investigating the department. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. **BACA** admitted before U.S. District Judge Percy Anderson to lying to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. **BACA** was not only aware of the 2011 plan to frighten agent Leah Marx, but specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. During the hearing, the judge asked **BACA** if he was pleading **GUILTY** because you are, in fact, **GUILTY.** Wearing a brown suit decorated with a small sheriffs department pin, **BACA** responded, Yes, your honor. Assistant U.S. Attorney Brandon Fox told the court that **BACA** had acted deliberately and with knowledge that the statement was untrue and knew he was breaking the law. According to his **PLEA** agreement, **BACA** waived appeal unless Anderson sentences him to more than six months in prison. The false statements count carries a potential five-year maximum sentence, three years of supervised release and a $250,000 fine. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, said Eileen Decker, the U.S. attorney in Los Angeles. Outside court, defense attorney Michael Zweiback read a portion of a statement from **BACA,** which read in part, I made a mistake, I accept responsibility and expect to be held accountable. He added that his **BACA** felt it was time to accept responsibility and he didnt want this cloud to continue to be held over the sheriffs department. This is a man with a 58-year reputation in law enforcement. He does not deserve prison time. **BACA** declined to answer questions from reporters outside court. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I

want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the JAIL system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner, McDonnell said. Although Bacas PLEA is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. Prosecutors on Tuesday entered into an agreement ending a pending case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said BACA will represent the 18th conviction in the probe. The corruption probe previously went only as high as PAUL TANAKA, the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central JAIL. Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded GUILTY last year to a charge of lying on the witness stand during the 2014 trial of former Deputy JAMES SEXTON, who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas PLEA deal makes the case all the more interesting, but they are still prepared to call BACA as a witness during Tanakas trial. We had planned to call Sheriff BACA as a witness and that continues to be our plan, according to the attorneys. His GUILTY PLEA changes nothing for our defense. PAUL TANAKA has pled not GUILTY firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on JAIL Violence, a panel which examined alleged brutality by deputies in the JAIL. The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said BACA deserves punishment for his actions. The PLEA agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who

put their lives on the line protecting L.A. County residents. With this admission of guilt, the environment that created this type of corruption is out of the department and we begin a new day of restoring confidence and trust, he said. The American Civil Liberties Union of Southern California- which filed a federal class-action lawsuit against **BACA** and his top commanders in 2012 over the alleged use of excessive force by **JAIL** guards against county **JAIL** inmates- applauded todays action. Los Angeles Countys jails have been plagued by unlawful violence for decades, said Hector Villagra, executive director of the ACLU of Southern California. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal. Today, **BACA** pleaded **GUILTY** to making false statements, Villagra said. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. City News Service;

View▶

Unique Visitors: 5,109,473

1839.  **West Hollywood Patch** Online Only   Market: Los Angeles, CA

Former LA Sheriff Lee Baca to Plead Guilty in Corruption Probe     Feb 10 2016 06:36PM PT

The **PLEA** deal reportedly calls for no more than six months of prison time. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the **JAIL** system, former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead **GUILTY** to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the **PLEA** deal, prosecutors will not pursue any additional charges against **BACA.** The deal must be approved by a federal judge. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that **BACA** allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two

sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General.

**View▶**

Unique Visitors: 5,109,473

1840.  **Westwood-Century City Patch** Online Only   Market: Los Angeles, CA

Feb 10 2016 06:36PM PT

Former LA Sheriff Lee Baca to Plead Guilty in Corruption Probe

The **PLEA** deal reportedly calls for no more than six months of prison time. By FRED SHUSTER LOS ANGELES, CA Marking a major advancement in the corruption probe of the sheriffs department over its management of the **JAIL** system, former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge of lying to investigators. Bacas attorney, Michael Zweibeck, told the Los Angeles Times the former sheriff will plead **GUILTY** to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. There was no immediate comment from federal authorities, but U.S. Attorney Eileen Decker and FBI Assistant Director in Charge David Bowdich are expected to hold a midday news conference to discuss the case. Zweibeck told The Times that under the **PLEA** deal, prosecutors will not pursue any additional charges against **BACA.** The deal must be approved by a federal judge. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. ABC7 reported that **BACA** allegedly lied to investigators when he said he was unaware that sheriffs deputies were going to the home of an FBI agent in 2011 to confront her over her involvement in the corruption probe of the department. A federal judge today was expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi-year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That

inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General.

View▶

Unique Visitors:  5,109,473

1841.  **Westwood-Century City Patch**  Online Only   Market: Los Angeles, CA
Corruption Probe Topples LA County's Top Cop: Former Sheriff Pleads to   Feb 10 2016 06:36PM
Felony   PT

**LEE BACA** faces six months of prison time for lying about ordering his deputies to threaten an FBI agent investigating the department. By FRED SHUSTER LOS ANGELES, CA Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** today to a federal charge of lying to investigators during an FBI probe of corruption in the **JAIL** system. Under a **PLEA** deal with the U.S. Attorneys Office, **BACA** could receive up to six months in federal prison. **SENTENCING** was scheduled for May 16. Prosecutors said **BACA** lied to investigators in 2013 when he said he was unaware that sheriffs deputies were going to the home of an FBI agent to confront and threaten her over her involvement in the corruption probe of the department. In fact, **BACA** was not only aware of the 2011 plan, but he specifically told the deputies they should do everything but put handcuffs on her, prosecutors contend. This case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable, U.S. Attorney Eileen Decker said. **BACA** is the latest- and highest-ranking- department official to be enveloped in the corruption scandal stemming from violence in the **JAIL** system. **BACA,** 73, retired in 2014 at the height of the federal probe. He had been sheriff since December 1998. I want to be clear that this is not a day of celebration for us, Decker said. It is indeed a sad day when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice, decides to obstruct it. She also hailed the work being done by new Sheriff Jim McDonnell to overhaul the operation of and culture within the **JAIL** system. There is a new sheriff, she said. He and his team are making reforms, including in the jails. McDonnell said the unfolding of the federal investigation and subsequent criminal charges have been trying for the department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner,

McDonnell said. Although Bacas **PLEA** is seen as a culmination of the corruption probe, Decker said federal authorities will remain vigilant in their oversight of the department. A federal judge today is expected to approve an agreement ending the case against sheriffs Deputies Joey Aguiar and Mariano Ramirez. They were convicted of falsifying records documenting the 2009 beating of a handcuffed inmate, but they were acquitted of a federal civil rights charge and jurors deadlocked on a charge of excessive force. Prosecutors had planned to re-try them, but under the agreement, the excessive force charge will be dismissed, and the deputies will receive prison terms of between 21 and 27 months. Aguiar and Ramirez were the latest of 21 current and former sheriffs officials to be tried by federal authorities in connection with the FBIs multi- year investigation into brutality and other misconduct in the Los Angeles County Sheriffs Department. Decker said **BACA** will represent the 18th conviction in the probe. The corruption probe previously went only as high as **PAUL TANAKA,** the former undersheriff, who faces trial in March on conspiracy charges for allegedly managing a secret plan in 2011 to hide an inmate-turned-informant from FBI handlers during the jails probe. That inmate, Anthony Brown, was hidden from FBI handlers during a time when federal officials were conducting a probe of alleged deputy violence against prisoners. Brown was booked and re-booked under a series of false names, and was eventually told he had been abandoned by the FBI. Eight former sheriffs department officials- including a captain, two lieutenants and two sergeants- were convicted for their roles in the cover- up. All claimed they had been following orders from superiors in assisting a legitimate investigation into how and why a cell phone had been smuggled into the Mens Central **JAIL.** Tanaka and retired captain Tom Carey, who headed an internal investigations unit, were charged in May with the alleged attempt to derail the federal jails probe. Carey pleaded **GUILTY** last year to a charge of lying on the witness stand during the 2014 trial of former Deputy **JAMES SEXTON,** who was sentenced to 18 months imprisonment for trying to obstruct the jails investigation. Tanakas attorneys, Jerome Haig and H. Dean Steward, issued a statement saying Bacas **PLEA** deal makes the case all the more interesting, but they are still prepared to call **BACA** as a witness during Tanakas trial. We had planned to call Sheriff **BACA** as a witness and that continues to be our plan, according to the attorneys. His **GUILTY PLEA** changes nothing for our defense. **PAUL TANAKA** has pled not **GUILTY** firmly, and we look forward to our day in court. In response to the federal probe, the Los Angeles County Board of Supervisors created the Citizens Commission on **JAIL** Violence, a panel which examined alleged brutality by deputies in the **JAIL.** The commissions scathing report recommended more than 60 reforms. All of them have been enacted, including the creation of the Office of Inspector General. The county has also agreed to create a Civilian Oversight Commission that will oversee the department. The Board of Supervisors last month approved a process for selecting members of the panel. George Hofstetter, president of the Association for Los Angeles Deputy Sheriffs, the union representing sheriffs deputies, said **BACA** deserves punishment for his actions. The **PLEA** agreement sends a strong message that no one is above the law, he said. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents.

View▶

Unique Visitors:  5,109,473

1842.   **Pasadena Star-News**   Newspaper   Market: Los Angeles, CA
        Former LA County Sheriff Lee Baca expected to plead guilty to making      Feb 10 2016 06:34PM
        false state                                                                              PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to published reports. It is a major development in

a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors: 93,369

1843.    **Pasadena Star-News**  Newspaper   Market: Los Angeles, CA
Ex-LA Sheriff Lee Baca lied and will plead guilty in corruption case, says    Feb 10 2016 06:34PM
U.S.                                                                          PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. I do believe the LASD is under a new day in the department, Bowdich said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors: 93,369

**1844.**    **Pasadena Star-News**   Newspaper   Market: Los Angeles, CA

U.S. Attorney: Former L.A. County Sheriff Lee Baca lied

Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

View▶

Unique Visitors: 93,369

**1845.**    **Pasadena Star-News**   Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads guilty in corruption case

Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds

by the department. BACA gave brief answers to questions from federal judge Percy Anderson but did not address the court. He is due back in court in May for SENTENCING. The PLEA agreement between Bacas attorney and federal prosecutors calls for up to six months in prison. After the hearing, Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, Bacas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. BACA made a false statement related to conspiring to intimidate an FBI agent and to shut down a federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when BACA was sheriff. PHOTOS: Former LA SHERIFF LEE BACA During the interview, Sheriff BACA lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking JAIL time. That will come out at SENTENCING later this afternoon. Bacas PLEA is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys JAIL system. After 15 years as sheriff, BACA retired two years ago amid the FBIs investigation. BACA appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but BACA missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of BACA. Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define the sheriffs department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments JAIL system has been troubled for years and that BACA shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former SHERIFF LEE BACA, who failed to confront this abuse and the horrific conditions inside the JAIL despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today BACA pleaded GUILTY to making false statements. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff PAUL TANAKA who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded GUILTY in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call as a witness in Tanakas trial and that continues to be our plan. His GUILTY PLEA changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas GUILTY PLEA today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that BACA be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas PLEA agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the PLEA deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between

August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central JAIL once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors: 93,369

1846. **Pasadena Star-News** Newspaper   Market: Los Angeles, CA

Reports: Former LA County Sheriff Lee Baca to plead guilty in corruption case    Feb 10 2016 06:34PM PT

Former Los Angeles County SHERIFF LEE BACA will plead GUILTY today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys JAIL system. BACA resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors: 93,369

1847. **Inland Valley Daily Bulletin** Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca lied and will plead guilty in corruption case, says U.S.    Feb 10 2016 06:34PM PT

Former Los Angeles County SHERIFF LEE BACA will plead GUILTY today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, U.S. Attorney Eileen Decker said Wednesday. BACA made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when BACA was sheriff. PHOTOS: Former LA SHERIFF LEE BACA During the interview, Sheriff BACA lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but BACA missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of BACA. Bowdich said public corruption cases are difficult. I do believe the LASD is under a new day in the department, Bowdich said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys JAIL system. After 15 years as sheriff, BACA retired two years ago amid the FBIs investigation. BACA appeared before a magistrate this morning for an initial appearance and was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff PAUL TANAKA, who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded GUILTY in August to lying on the stand during the obstruction-of-justice trial last year of

another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  106,253

1848.    **Whittier Daily News**  Newspaper   Market: Los Angeles, CA
         U.S. Attorney: Former LA County Sheriff Lee Baca lied, will plead guilty in    Feb 10 2016 06:34PM
         corr                                                                                        PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and

oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

View▶

Unique Visitors:  50,960

---

1849.   **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA

Former LA County Sheriff Lee Baca expected to plead guilty to making false state                   Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to published reports. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors:  103,497

---

1850.   **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads guilty in corruption case                   Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds by the department. **BACA** gave brief answers to questions from federal judge Percy Anderson but did not address the court. He is due back in court in May for **SENTENCING.** The **PLEA** agreement between Bacas attorney and federal prosecutors calls for up to six months in prison. After the hearing, Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, Bacas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down a federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking **JAIL** time. That will come out at **SENTENCING** later this afternoon. Bacas **PLEA** is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define

the sheriffs department. But most importantly, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments **JAIL** system has been troubled for years and that **BACA** shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today **BACA** pleaded **GUILTY** to making false statements. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas **PLEA** agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the **PLEA** deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  103,497

1851.   **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA
Ex-LA Sheriff Lee Baca lied and will plead guilty in corruption case, says U.S.          Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent