and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. I do believe the LASD is under a new day in the department, Bowdich said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

**View▶**

Unique Visitors: 103,497

1852.   **Long Beach Press-Telegram** Newspaper  Market: Los Angeles, CA
U.S. Attorney: Former LA County Sheriff Lee Baca lied, will plead guilty in corr    Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and

abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

View▶

  Unique Visitors:  103,497

---

1853.    **Long Beach Press-Telegram**   Newspaper   Market: Los Angeles, CA
     Reports: Former LA County Sheriff Lee Baca to plead guilty in corruption case     Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

  Unique Visitors:  103,497

---

1854.    **Los Angeles Daily News**   Newspaper   Market: Los Angeles, CA
     Former LA County Sheriff Lee Baca expected to plead guilty to making false state     Feb 10 2016 06:34PM PT

LOS ANGELES >> Former Los Angeles County **SHERIFF LEE BACA** is expected to plead **GUILTY** today to a federal charge stemming from the corruption probe of the departments management of the jails. His attorney, Michael Zweibeck, told the Los Angeles Times that **BACA**

will plead **GUILTY** to a single count of making a false statement, and the **PLEA** deal calls for him to spend no more than six months in prison. Advertisement

View▶

Unique Visitors: 559,454

1855. **Los Angeles Daily News** Newspaper   Market: Los Angeles, CA
Ex-LA Sheriff Lee Baca lied and will plead guilty in corruption case, says U.S.     Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. I do believe the LASD is under a new day in the department, Bowdich said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors: 559,454

1856.  **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA
Ex-LA Sheriff Lee Baca lied pleads guilty in corruption case, says U.S. attorney       Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds by the department. **BACA** gave brief answers to questions from federal judge Percy Anderson but did not address the court. He is due back in court in May for **SENTENCING.** The **PLEA** agreement between Bacas attorney and federal prosecutors calls for up to six months in prison. After the hearing, Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, Bacas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down a federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking **JAIL** time. That will come out at **SENTENCING** later this afternoon. Bacas **PLEA** is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define the sheriffs department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments **JAIL** system has been troubled for years and that **BACA** shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today **BACA** pleaded **GUILTY** to making false statements. We are heartened to see that those charged with enforcing the law are also expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA**

be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas **PLEA** agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the **PLEA** deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  559,454

1857.  **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA

U.S. Attorney: Former LA County Sheriff Lee Baca lied, will plead guilty in corr    Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where

deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes.
Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central
**JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot
with deputies who were assigned to pose as Browns cellmates who were being abused by
deputies to glean what information Brown had given to the FBI. Deputies allegedly told
employees in the records center they were under the authority of Tanaka when they asked the
employees to create false entries to show Brown had been released from custody and re-
booked under various aliases so the FBI couldnt track him and so that he couldnt testify before
a.

View▶

Unique Visitors:  559,454

1858.      **Los Angeles Daily News**  Newspaper   Market: Los Angeles, CA
Reports: Former LA County Sheriff Lee Baca to plead guilty in corruption      Feb 10 2016 06:34PM
case                                                                                                            PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one
count of making a false statement, according to a statement by the U.S. Attorneys Office. It is a
major development in a long-standing federal criminal investigation into corruption and abuse
in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation.
Advertisement

View▶

Unique Visitors:  559,454

1859.      **San Gabriel Valley Tribune**  Newspaper   Market: Los Angeles, CA
Ex-LA Sheriff Lee Baca lied and will plead guilty in corruption case, says      Feb 10 2016 06:34PM
U.S.                                                                                                            PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one
count of making a false statement, according to a statement by the U.S. Attorneys Office. No
one is above the law, this is a fundamental principal of our society, U.S. Attorney Eileen Decker
said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent
and to shut down federal investigation, Decker said. The statement was made during an
interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff.
PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said.
She said those who foster illegal behavior and try to hide it will be held accountable. Assistant
FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA**
missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead
Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. I do believe the LASD
is under a new day in the department, Bowdich said. It is a major development in a long-
standing federal criminal investigation into corruption and abuse in the countys **JAIL** system.
After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA**
appeared before a magistrate this morning for an initial appearance and was expected to be in
court later this afternoon. More than a dozen deputies have been convicted of federal
corruption charges, including obstructing justice by attempting to impede the FBI investigation
into the jails. The charges reached the departments upper echelons in May with the indictment
of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much
of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded
**GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of
another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward

said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  152,173

1860.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA

**U.S. Attorney: Former L.A. County Sheriff Lee Baca lied**    Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where

deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

**View▶**

Unique Visitors: 152,173

---

1861.  **San Gabriel Valley Tribune**  Newspaper  Market: Los Angeles, CA

Ex-LA Sheriff Lee Baca pleads guilty in corruption case

Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** pleaded **GUILTY** on Wednesday in federal court to one count of making a false state statement to government investigators probing misdeeds by the department. **BACA** gave brief answers to questions from federal judge Percy Anderson but did not address the court. He is due back in court in May for **SENTENCING.** The **PLEA** agreement between Bacas attorney and federal prosecutors calls for up to six months in prison. After the hearing, Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, Bacas attorney Michael Zweiback read. I will always love the men and women of the sheriffs department. No one is above the law, this is a fundamental principle in our society, U.S. Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down a federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. She said those who foster illegal behavior and try to hide it will be held accountable. Decker wouldnt say whether the prosecution is seeking **JAIL** time. That will come out at **SENTENCING** later this afternoon. Bacas **PLEA** is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance. He is due in court again at 2:30 p.m. Assistant FBI Director David Bowdich said he didnt think we can smear the entire career, but **BACA** missed opportunities to be a standard-bearer. He had the opportunity to lead. He did not lead Bowdich said of **BACA.** Bowdich said public corruption cases are difficult. He doesnt want actions of a few to define the sheriffs department. But most important, I have learned through my personal experience with this proud organization that our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. Hector Villagra, executive director of the ACLU of Southern California said that the departments **JAIL** system has been troubled for years and that **BACA** shoulders much of the blame. Los Angeles Countys jails have been plagued by unlawful violence for decades. Much of the blame for that violence must be shouldered by former **SHERIFF LEE BACA,** who failed to confront this abuse and the horrific conditions inside the **JAIL** despite repeated calls for reform by the ACLU SoCal, he said in a statement. Today **BACA** pleaded **GUILTY** to making false statements. We are heartened to see that those charged with enforcing the law are also

expected to obey it, including the former sheriff and his deputies. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction-of-justice trial last year of another sheriffs deputy. Tanakas trial is scheduled March 22. Tanakas attorney H. Dean Steward said they had planned to call as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. There are no provisions in Bacas **PLEA** agreement for cooperation (in the Tanaka trial), said U.S. Attorney Decker, who added that there were considerable conversations over the course of months to get to the **PLEA** deal. She noted that it is unusual for a person to come forward without an indictment and admit what they did. Decker wouldnt comment on any evidence against Tanaka because his trial is coming up. The indictments of Tanaka and Carey claim that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011, Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails, where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cell mates to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center that they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before.

View▶

Unique Visitors:  152,173

1862.    **San Gabriel Valley Tribune** Newspaper   Market: Los Angeles, CA
         U.S. Attorney: Former LA County Sheriff Lee Baca lied, will plead guilty in   Feb 10 2016 06:34PM
         corr                                                                           PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. No one is above the law, this is a fundamental principal of our society, US Attorney Eileen Decker said Wednesday. **BACA** made a false statement related to conspiring to intimidate an FBI agent and to shut down federal investigation, Decker said. The statement was made during an interview with Justice Department and FBI officials in April 2013, when **BACA** was sheriff. PHOTOS: Former LA **SHERIFF LEE BACA** During the interview, Sheriff **BACA** lied, Decker said. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. After 15 years as sheriff, **BACA** retired two years ago amid the FBIs investigation. **BACA** appeared before a magistrate this morning for an initial appearance and he was expected to be in court later this afternoon. More than a dozen deputies have been convicted of federal corruption charges, including obstructing justice by attempting to impede the FBI investigation into the jails. The charges reached the departments upper echelons in May with the indictment of former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, and former Capt. William Tom Carey. Carey pleaded **GUILTY** in August to lying on the stand during the obstruction of justice

trial last year of another sheriffs deputy. Tanakas trial is scheduled for March 22. Tanakas attorney H. Dean Steward said they had planned to call **BACA** as a witness in Tanakas trial and that continues to be our plan. His **GUILTY PLEA** changes nothing for our defense, Steward said Wednesday in a statement. This has been a very interesting case from the beginning, Steward said. Former Sheriff Bacas **GUILTY PLEA** today in federal court in Los Angeles makes it all the more interesting. Steward had filed a motion requesting that **BACA** be granted immunity to testify, which was denied by a judge in September. The indictment of Tanaka and Carey showed that they largely orchestrated the attempt to thwart the FBIs investigation into corruption in the jails. Between August and December 2011 Tanaka and Carey allegedly gave orders and oversaw actions that obstructed an FBI investigation into civil rights violations in the jails where deputies allegedly beat inmates and smuggled contraband to inmates in exchange for bribes. Tanaka and Carey allegedly ordered inmate Anthony Brown to be moved from Mens Central **JAIL** once they discovered Brown was an FBI informant. Tanaka allegedly met in a parking lot with deputies who were assigned to pose as Browns cellmates who were being abused by deputies to glean what information Brown had given to the FBI. Deputies allegedly told employees in the records center they were under the authority of Tanaka when they asked the employees to create false entries to show Brown had been released from custody and re-booked under various aliases so the FBI couldnt track him and so that he couldnt testify before a.

View▶

Unique Visitors: 152,173

1863. **San Gabriel Valley Tribune** Newspaper  Market: Los Angeles, CA

Reports: Former LA County Sheriff Lee Baca to plead guilty in corruption case    Feb 10 2016 06:34PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** today in federal court to one count of making a false statement, according to a statement by the U.S. Attorneys Office. It is a major development in a long-standing federal criminal investigation into corruption and abuse in the countys **JAIL** system. **BACA** resigned two years ago amid the federal investigation. Advertisement

View▶

Unique Visitors: 152,173

1864. **KPCC-FM [89.3 FM] Southern California Public Radio** Radio  Market: Los Angeles, CA

Watch: Former LA Sheriff Lee Baca to plead guilty to federal charges    Feb 10 2016 06:30PM PT

Former Los Angeles **SHERIFF LEE BACA** has agreed to plead **GUILTY** to federal charges of lying to investigators, the culmination of a years-long investigation into abuses by jailers that ended up focusing on the cover-up and resulted in the indictment of over a dozen officials and deputies. The investigation, which put an early end to **BACA'S** career, could end with him spending time in federal prison. According to a **PLEA** agreement with federal prosecutors, which has not yet been approved by a judge, he could be sentenced to up to six months in prison. Todays charge and **PLEA** agreement demonstrate that illegal behavior within the Sheriffs Department went to the very top of the organization, said United States Attorney Eileen M. Decker in a statement. More importantly, this case illustrates that leaders who foster and then try to hide a corrupt culture will be held accountable. The charge stems from a long-term federal investigation into civil rights abuses and corruption in the largest county **JAIL** system in the country. According to a copy of the **PLEA** deal, which has not yet been approved

by a judge, on April 12, 2013, **BACA** "knowingly and willfully made a material false and fictitious statement and representation" regarding his own deputies' dealings with an FBI agent. The agent, who was part of a team investigating allegations of **INMATE ABUSE** in the jails, had been approached outside her home by sheriff's deputies who threatened to arrest her. Federal investigators have said the interaction was an attempt to intimidate the FBI. **BACA** told investigators, according to the court documents, that he "was not aware" deputies planned on approaching the agent, and had no knowledge of the exchange until an FBI official called him to complain. "In fact," the agreement states, "he had been aware that LASD officials were going to approach" the agent and had told them to "do everything but put handcuffs" on her. At least 20 sheriff's officials have been wrapped up in the plot to obstruct the FBI's investigation. Former Undersheriff **PAUL TANAKA** has been accused of orchestrating a schemeto block a federal investigation into brutality by Sheriffs deputies at the jails by hiding an inmate who was acting as an FBI informant. He is scheduled to go on trial March 22. Prosecutors say deputies tried to hide an FBI **JAIL** informant from his handlers for two weeks in 2011 by shifting him from cell to cell at various jails under different names and altering **JAIL** computer records. The FBI wanted the informant to testify to a grand jury. According to **BACA'S PLEA** agreement, when he found out about the FBI informant inside his **JAIL,** he ordered the inmate isolated. The agreement also states **BACA** tried to convince the U.S. Attorney's Office to work with the sheriff's department instead of the FBI to investigate **JAIL** abuse allegations. **BACA** stepped down as sheriff in 2014 under pressure from the mounting **JAIL** scandals. In a trial of multiple deputies, Tanaka testified for the defense that he was barely involved and was following **BACA'S** orders that he thought were lawful. Seven other former Sheriffs officials already have been convictedof participating in the elaborate effort to erase the inmates name from computer records and hide him in a remote **JAIL** facility in San Dimas. In the past, **BACA** has said any movement of the inmate was to protect him from deputies who might retaliate against him for being an FBI informant. The former sheriff has consistently denied any wrongdoing. View the charges and **PLEA** deal: Document: **PLEA** deal for **LEE BACA** Document: Charges against former **SHERIFF LEE BACA** The best SoCal news in your inbox, daily. Catch up each morning with KPCC's Short List newsletter.

View▶

Unique Visitors:  498,566

1865.    **KPCC-FM [89.3 FM] Southern California Public Radio** Radio   Market: Los Angeles, CA

Former LA Sheriff Lee Baca to plead guilty to federal charges

Feb 10 2016 06:30PM PT

Former Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** to charges he lied to federal investigators, the US Attorney's Office in the Central District of California said Wednesday. The charges stems from a long-term federal investigation into civil rights abuses and corruption in the largest county **JAIL** system in the country. As part of that investigation, former Undersheriff **PAUL TANAKA** has been accused of orchestrating a schemeto block a federal investigation into brutality by Sheriffs deputies at the jails by hiding an inmate who was acting as an FBI informant. Several deputies, two lieutenants, and a captain have already either pled **GUILTY** or been convicted in the scheme. Prosecutors say deputies tried to hide an FBI **JAIL** informant from his handlers for two weeks in 2011 by shifting him from cell to cell at various jails under different names and altering **JAIL** computer records. The FBI wanted the informant to testify to a grand jury. **BACA** stepped down as sheriff in 2014 under pressure from the mounting **JAIL** scandals. In a trial of multiple deputies, Tanaka testified for the defense that he was barely involved and was following **BACA'S** orders that he thought were lawful. Seven other former Sheriffs officials already have been convictedof participating in the elaborate effort to erase the

inmates name from computer records and hide him in a remote **JAIL** facility in San Dimas. In the past, **BACA** has said any movement of the inmate was to protect him from deputies who might retaliate against him for being an FBI informant. The former sheriff has consistently denied any wrongdoing. The best SoCal news in your inbox, daily.

View▶

Unique Visitors:  498,566

1866.    **KCAL-TV [IND 9]**  Television    Market: Los Angeles, CA
Former LA County Sheriff Lee Baca To Plead Guilty In Jail Corruption Probe    Feb 10 2016 06:28PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** has agreed to plead **GUILTY** to federal charges of lying to federal investigators during a **JAIL** corruption investigation, prosecutors announced Monday. The U.S. Attorneys Office in Los Angeles made the announcement on its official Twitter page. Former L.A. County **SHERIFF LEE BACA** has agreed to plead **GUILTY** to federal charges of lying to federal investigators. Newser at noon. US Attorney L.A. (@CDCANews) February 10, 2016 The charge is related to statements **BACA** made to federal investigators who were conducting a corruption and civil rights investigation into the county jails, according to a statement from the U.S. Attorneys Office. This is a breaking news report. More information will be provided as it becomes available.

View▶

Unique Visitors:  1,126,128

1867.    **KCAL-TV [IND 9]**  Television    Market: Los Angeles, CA
Former LA County Sheriff Lee Baca To Plead Guilty To Charge Of Lying To Feds    Feb 10 2016 06:28PM PT

LOS ANGELES (CBSLA.com) Former Los Angeles County **SHERIFF LEE BACA** has agreed to plead **GUILTY** to federal charges of lying to federal investigators, prosecutors announced Monday. The U.S. Attorney's Office in Los Angeles made the announcement on its official Twitter page. https://twitter.com/CDCANews/status/697482196823576576 The charge is related to statements **BACA** made to federal investigators who were conducting a corruption and civil rights investigation into the county jails, according to a statement from the U.S. Attorney's Office. This is a breaking news report. More information will be provided as it becomes available. to federal charges of lying to federal investigators, prosecutors announced Monday. The U.S. Attorneys Office in Los Angeles made the announcement on its official Twitter page. Former L.A. County **SHERIFF LEE BACA** has agreed to plead **GUILTY** to federal charges of lying to federal investigators. Newser at noon. US Attorney L.A. (@CDCANews) February 10, 2016 The charge is related to statements **BACA** made to federal investigators who were conducting a corruption and civil rights investigation into the county jails, according to a statement from the U.S. Attorneys Office. This is a breaking news report. More information will be provided as it becomes available.

View▶

Unique Visitors:  1,126,128

1868.    **KTLA-TV [CW 5]**  Television    Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca to Plead Guilty in Jail Scandal, Attorney Says    Feb 10 2016 06:18PM PT

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** Wednesday in a downtown

Media Coverage Report

federal courtroom to making a false statement, marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. [caption id="attachment_141517" align="alignright" width="300" **SHERIFF LEE BACA** addresses charges against 18 officials in his department amid an ongoing federal investigation into alleged abuse at jails in downtown Los Angeles on Monday, Dec. 9, 2013. (Credit: KTLA)[/caption] **BACA'S** attorney, Michael Zweibeck, said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. Attorney's Office will not pursue other charges against the former sheriff. A federal must sign off on the deal, Zweibeck said. Wednesday in a downtown federal courtroom to making a false statement, marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriffs Department. addresses charges against 18 officials in his department amid an ongoing federal investigation into alleged abuse at jails in downtown Los Angeles on Monday, Dec. 9, 2013. (Credit: KTLA) Bacas attorney, Michael Zweibeck, said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison.

View▶

Unique Visitors:  1,903,369

1869.   **KTLA-TV [CW 5]** Television   Market: Los Angeles, CA
Sheriff Baca Lied, US Attorney Says After Former Sheriff Agrees to Guilty     Feb 10 2016 06:18PM
Plea i                                                                                                 PT

Former Los Angeles County **SHERIFF LEE BACA** has agreed to plead **GUILTY** to lying to federal investigators conducting a corruption and civil rights probe into the county **JAIL** system he once ran. **SHERIFF LEE BACA** addresses charges against 18 officials in his department amid an ongoing federal investigation into alleged abuse at jails in downtown Los Angeles on Monday, Dec. 9, 2013. (Credit: KTLA) Bacas decision to plead **GUILTY** to willfully making false statements was announced by the U.S. Attorneys Office in Los Angeles. The false statements occurred in a 2013 interview regarding corruption and civil rights abuses at the countys Mens Central **JAIL** and Twin Towers Correctional Facility,U.S. Attorney Eileen Decker said at an afternoon news conference. During this interview, Sheriff **BACA** lied, Decker said. He lied when he stated that he did not know that members of the Sheriffs Department had approached an FBI agent outside her home, and he lied when he stated he was unaware of efforts within the Sheriffs Department to keep the FBI informant away from the FBI. The informant was an inmate at Mens Central **JAIL** who agreed to cooperate with the FBI, and had received a cellphone smuggled in by a sheriffs deputy who had been bribed, Decker said. The inmate was identified Los Angeles Times asAnthony Brown who wasserving a lengthy sentence for bank robbery. He told the Times the cellphone was to beused to take photos of deputies beating inmates images he would then send to the FBI. Sheriffs officials, at odds with the FBIs investigation,approached an FBI agent at her home and threatened to arrest her, Decker said. The arrest was in relation to smuggling the cellphone,according to audio tapes obtained by This American Life. Further, sheriffs officials hid the informant from the FBI. This inmate and cooperator was essentially made to disappear within the **JAIL** system when the deputies learned he was cooperating with theFBI, Decker said. Bacas attorney, Michael Zweiback, told CNN that the former sheriff was scheduled to enter his **PLEA** to a single felony count Wednesday afternoon in U.S. District Court. Zweiback said **BACA** was facing a maximum of six months in custody under the agreement. He said both he and prosecutors were bound by the deal. If the judge did not agree to such a sentence, the deal would become moot, he said. **BACA** retired from the department in 2014 amid the ongoing FBI probe into alleged beatings and cover-ups within the sprawling county **JAIL** system. To date, more than a dozen sheriffs employees have been

convicted in connection with the probe. Former Undersheriff **PAUL TANAKA,** once Bacas second in command, was indicted last year. He is accused of orchestrating a cover-up and has pleaded not **GUILTY.** Tanakas indictment raised questions among observers as to whether **BACA** would be charged. H. Dean Steward, one of Tanakas defense attorneys, said that he plans to call **BACA** as a witness when Tanaka goes to trial in March. We had planned to call Sheriff **BACA** as a witness, and that continues to be our plan, Steward and his co-counsel said in a joint statement. His **GUILTY PLEA** changes nothing for our defense. The Association for Los Angeles Deputy Sheriffs said **BACA** deserves punishment. The **PLEA** agreement sends a strong message that no one is above the law. There must be zero tolerance for this type of failed leadership. This by no means undermines the dedication and hard work of the more than 9,000 deputy sheriffs who put their lives on the line protecting L.A. County residents, the group said in a statement.

View▶

Unique Visitors:  1,903,369

1870.     **Los Angeles Times**  Newspaper   Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney     Feb 10 2016 06:18PM sa     PT

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** in a downtown courtroom Wednesday to making a false statement,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. **BACA'S** attorney, Michael Zweibeck, said his client had agreed to plead **GUILTY** to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. attorney's office will not pursue other charges against the former sheriff. A federal judge must sign off on the deal, Zweibeck said. **BACA,** who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of the wide-ranging investigation, which began more than five years ago. Last year, **BACA'S** former top aide, **PAUL TANAKA,** was indicted on indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. **SHERIFF LEE BACA** was consumed by crises Robert Faturechi and Jack Leonard He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. (Robert Faturechi and Jack Leonard) The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest **JAIL** system. In sketching out the case against Tanaka and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI investigation into **JAIL** misconduct. For more sheriff's and law enforcement news, follow@joelrubin, @cindychangLAand @katemather. ALSO Suspects sought in Compton baby's fatal shooting Steve Lopez: The pristine beauty of California's coast shouldn't be for the few L.A. County sheriff's deputy accidentally shoots himself while chasing two suspects to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. attorney's office will not pursue other charges against the former sheriff. A federal judge must sign off on the deal, Zweibeck said. NEWSLETTER: Get essential California headlines delivered daily who ran the department for more than 15 years, retired in 2014 amid an FBI probe into misconduct and abuse by deputies in the county'sjail system. So far, more than a dozen former sheriff's officials have been convicted as a result of

the wide-ranging investigation, which began more than five years ago. **SHERIFF LEE BACA** was consumed by crises Robert Faturechi and Jack Leonard He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. He rode into office on high hopes, but will be remembered for scandals, despite his many achievements. (Robert Faturechi and Jack Leonard) Last year, **BACA'S** former top aide, **PAUL TANAKA,** was indicted on charges of orchestrating an elaborate scheme to thwart the FBI, raising questions about whether **BACA** would be the next to face prosecution. The grand jury indictment of Tanaka offered a portrait of a department adrift, with senior officials who were responsible for investigating abuses working instead to undermine internal safeguards and ignoring repeated warnings of widespread problems in the nation's largest system. Los Angeles County **SHERIFF LEE BACA** announced in 2014he would not seek a fifth term in office and would instead retire. In sketching out the case against Tanaka and another former high-ranking official, prosecutors accused them of directing a group of deputies who were convicted of carrying out the plot to impede the FBI investigation into **JAIL** misconduct. For more sheriff's and law enforcement news, follow@joelrubin, @cindychangLAand @katemather. ALSO Suspects sought in Compton baby's fatal shooting Steve Lopez: The pristine beauty of California's coast shouldn't be for the few L.A. County sheriff's deputy accidentally shoots himself while chasing two suspects

View▶

Unique Visitors: 14,128,174

1871.    **KNBC-TV [NBC 4]**   Television   Market: Los Angeles, CA

Feb 10 2016 06:16PM PT

Former LA County Sheriff Lee Baca to Plead Guilty

Former Los Angeles County **SHERIFF LEE BACA** has agreed to plead **GUILTY** to federal charges of lying to federal investigators, the U.S. Attorney's Office said. Published 1 minute ago

View▶

Unique Visitors: 1,218,122

1872.    **Burbank Leader**   Online Only   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney sa

Feb 10 2016 06:06PM PT

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** Wednesday in a downtown federal courtroom to making a false statement,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. **BACA'S** attorney, Michael Zweibeck, said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. Attorney's Office will not pursue other charges against the former sheriff. A federal must sign off on the deal, Zweibeck said.

View▶

Unique Visitors: 3,986

1873.    **Glendale News Press**   Newspaper   Market: Los Angeles, CA

Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney sa

Feb 10 2016 06:06PM PT

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** Wednesday in a downtown federal courtroom to making a false statement,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. **BACA'S** attorney, Michael Zweibeck,