said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. Attorney's Office will not pursue other charges against the former sheriff. A federal must sign off on the deal, Zweibeck said.

View▶

Unique Visitors: 7,329

1874. **La Canada Valley Sun** Newspaper Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney Feb 10 2016 06:06PM PT
sa

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** Wednesday in a downtown federal courtroom to making a false statement,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. **BACA'S** attorney, Michael Zweibeck, said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. Attorney's Office will not pursue other charges against the former sheriff. A federal must sign off on the deal, Zweibeck said.

View▶

Unique Visitors: 1,605

1875. **Laguna Beach Coastline Pilot** Newspaper Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney Feb 10 2016 06:06PM PT
sa

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** Wednesday in a downtown federal courtroom to making a false statement,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. **BACA'S** attorney, Michael Zweibeck, said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. Attorney's Office will not pursue other charges against the former sheriff. A federal must sign off on the deal, Zweibeck said.

View▶

Unique Visitors: 845

1876. **Los Angeles Times** Newspaper Market: Los Angeles, CA
Ex-L.A. County Sheriff Lee Baca to plead guilty in jail scandal, his attorney Feb 10 2016 06:06PM PT
sa

Retired Los Angeles County **SHERIFF LEE BACA** will plead **GUILTY** Wednesday in a downtown federal courtroom to making a false statement,marking a dramatic turn in the ongoing federal investigation into corruption in the Sheriff's Department. **BACA'S** attorney, Michael Zweibeck, said his client had agreed to plead to a single count as part of a deal with prosecutors that will see him spend no more than six months in prison. As part of the deal, the U.S. Attorney's Office will not pursue other charges against the former sheriff. A federal must sign off on the deal, Zweibeck said.

View▶

Unique Visitors: 14,128,174

1877. **KCBS-CBS** Television Market: Los Angeles, CA

Media Coverage Report



**CBS 2 News at 6 PM**

Feb 10 2016 06:00PM PT

[6:00:04 PM] [2:01] **LEE BACA** is someone who could end up behind bars. CBS News Randy paige tells us why. Reporter: this is former lacounty **SHERIFF LEE BACA** leaving federal court today after he pleaded **GUILTY** to lying to federal investigators. No one is above the law. Reporter: ilene decker said the **GUILTY PLEA** stems from an undercover as FBI investigation with having to do with corruption. A **JAIL** inmate working as an informant bribed a deputy and to smuggling a cell phone into the **JAIL.** According to the **PLEA** agreement **LEE BACA** told his command staff to approach one of the other VI special agents handling the undercover investigation and do everything but put handcuffs on her. That led to this confrontation can't take the next day. The one with her back to the camera is the gauge impedimenta white shirt is la county sheriff's detective. According to the **PLEA** agreement two years later **SHERIFF LEE BACA** told the FBI he was not aware that lasd officials were going to the FBI special agent. By entering a **GUILTY PLEA** the former sheriff admitted he lied about this and several other statements regarding the undercover investigation. After he pleaded **GUILTY** today former **SHERIFF LEE BACA** stood on the courthouse steps while his attorney read the statement. He wants and knowledge that he says I made a mistake and accepts full responsibility and expects, and is being held accountable for that mistake or part of an exchange for his **GUILTY PLEA** the us attorney's office agreed to ask the judge to issue a sentence of not more than six. Months in state prison. Now it's up to the judge to decide whether or not to accept the deal.

Nielsen Audience:  153,416

1878.  **KNBC-NBC** Television  Market: Los Angeles, CA

**Channel 4 News 6 PM**

Feb 10 2016 06:00PM PT

[6:02:11 PM] [0:32]  **LEE BACA** today pleaded **GUILTY** to charges of lying to federal investigators after a lengthy investigation into the claims of deputy abuse and misconduct. The plead deal recommend **BACA** send no more than six months in the prison. If the sduj decides on a long are sentence, **BACA** with withdraw his **PLEA.** But if the judge accepts the palace, intoica will become the 18th person convicted in this case. This is not a day of celebration for us.

[6:02:52 PM] [0:08]  **BACA** ran the la county sheriff's department for more than 15 years before accepting down twoiers amid the scandal. He's expected back in course for **SENTENCING** back in May.

Nielsen Audience:  130,559

1879.  **KTLA-CW** Television  Market: Los Angeles, CA

**KTLA 5 News at 6PM**

Feb 10 2016 06:00PM PT

[6:03:56 PM] [1:24]  All three people inside the car were hospitalized as well, including ooe personnwho was now, former -a couuty sheriff ee **BACA** ''s fall from grrce. **BACA** left a downtown afternoon **GUILTY** to lying to federal investigators who were looking into corruption in the la county's j aal system. Ktla 5's Chris wolfe joins us live from downtown Los Angeles with more. &-this federal prosecutor said no is above the law. Sure **BACA** came+out he did not talk with reporters today but he did release a brief statement. Is it I made a mistake and in excepting held accountable. I will always love the mee and women of the sheriff's department and seeved human rights the matter where and when they3 hours ago there was a media crush outside the courthouse. You are a disgrace to public office dooyou have any comments?

Former labaca leave the federal courthouse annells after pleading **GUILTY** to lying to FBI agents during a **JAIL** corruption probe phat began years earlier.

Nielsen Audience:  49,757

1880.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 5 PM

Feb 10 2016 05:00PM PT

[5:00:10 PM] [3:38]  Carlos: he worked at the sheriff's department for 15 years. He denied he was involved in many of the problems in the lacounty **JAIL.** Today, he admitted he lied several times to investigators. **LEE BACA** pleads **GUILTY.** He elected federal court and would not say anything. His attorney says he regrets what happened. X he wants to knowledge he said a miss I made a mistake and accepts responsibility. Illegal behavior in the sheriff's department linked to the top of the organization. The case illustrates those who Foster and try to hide a corrupt culture will be held accountable. Reporter: the us attorney says they were investigating allegations and the share was there. They tried to thwart investigators by allegedly hiding in this FBI interview, **BACA** lies to investigators. When did you first hear somebody was in your department, and had threatened to arrest an FBI agent? When I got the second call from Mr. Martinez. When you were were you aware, reporter: he continued those denials even when some were under the gun. He continued that. He had the opportunity to lead and did not read reporter: this is the latest in a series of cases into abuses at the **JAIL.** Seventeen members of the sheriff's department have now been convicted of federal charges. I want to be clear that this is not a day of celebration for us. It is indeed a sad day when a leader of law enforcement agency fails to honor his oath and instead of upholding justice chooses to obstruct it. Reporter: the agreement for the **PLEA** is for him to serve more no more than six months. If that is the case, he can take back a **GUILTY PLEA.** The government will have to file an indictment. Live from downtown, I am Carlos granda. Marc: we asked current lacounty sheriff Jim mcdonnell for his take on former sheriff **BACA'S PLEA** agreement. He gave us a statement that says, in part, quote, I have faith in the justice system, and trust that it is assessing the facts of these past events in a fair-minded, accountable manner. Our deputies and professional staff remain focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. Stay with eyewitness news for continuing coverage of former **SHERIFF LEE BACA'S GUILTY PLEA.** Coming up at 6:00, what a former federal prosecutor is saying about what it took to bring the **JAIL** corruption case to this stage. Michelle: we're following breaking news in menifee, where there's been a crash between a school bus and a car. One student on the bus was taken to the hospital with non-life threatening injuries.

Nielsen Audience:  214,179

1881.    **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 PM

Feb 10 2016 05:00PM PT

[5:03:22 PM] [0:58]  Pat: hope they catch the killers many l. "s former sheriff admits he lied in a corruption case and could go to prison. **LEE BACA** appeared in a downtown la courtroom today. CBS2's prainl was there. Reporter: do you have nip comment? This former **SHERIFF LEE BACA** leaving court after pleading **GUILTY** to lying to federal investigate as near as no one is above the law. Us attorney eileen decker says the plep stems from an undercover investigation into corruption involving sheriff's deputies at the la county **JAIL** a **JAIL** inmate working as an under cover FBI fopt bribed a deputy into smuggling a cell phone into the **JAIL.** According the flee agreement **BACA** told hips command to approach one. FBI special agents handling the

investigation and do everything but put handcuffs on her that led to this confrontation caught on tape the next day. Woman with her back to the camera is the FBI agent.

[5:04:22 PM] [1:22] Man in the white shirt is an la county sheriff's detective. According the **PLEA** agreement, two years later, sheriff **BACA** told the FBI he wasn't aware that lasd officials were going to FBI special agent. By entering a **GUILTY PLEA** the former sheriff admits he lied about this and other statements regarding the investigation. After his retirement in 2014, the former sheriff spoke to our political reporter Dave Bryan. People in the building or whatever were talking that you cut a deal under which you would leave office and wouldn't be indicted. Nonsense. You don't cut deals with anybody. After he pleaded **GUILTY** today former **SHERIFF LEE BACA** stood on the courthouse steps while his attorney read the statement. He wants to acknowledge that he says I made a mistake an accepts full responsibility and is being held accountable for that mistake. He will always love the men and women of the sheriff's department and plans to serve human life no matter holland where they are. Reporter: in exchange for his **GUILTY PLEA** the us attorneys office agreed to ask the judge to issue a sentence of not more than six months in state prison. Now it's up to the judge to decide whether or not to accept the deal. In downtown Los Angeles, Randy paige, "CBS2 News"

Nielsen Audience: 154,290

1882. **KCBS-CBS** Television   Market: Los Angeles, CA

CBS 2 News at 5 PM      Feb 10 2016 05:00PM PT

[5:59:33 PM] [0:19] Paul: right now on "CBS 2 news" at 6 trading places by former county **SHERIFF LEE BACA** may be going to prison. How drones are tracking damage left done beaches. Move over hulu.

Nielsen Audience: 154,290

1883. **KNBC-NBC** Television   Market: Los Angeles, CA

Channel 4 News 5 PM      Feb 10 2016 05:00PM PT

[5:02:22 PM] [2:41] More breaking news right now. A **GUILTY** plead from former **SHERIFF LEE BACA.** This comes just hours after federal prosecutors say he lied to them about a claim of abuse an misconduct at the la county **JAIL. BACA** could spend up to six months in prison as a result. Lo lila has more. Reporter: are you pleading **GUILTY** because you are in fact **GUILTY?** Yes, your honor. That was former **SHERIFF LEE BACA** earlier this afternoon just a couple hours addressing a judge. Our cameras were not allowed inside the courtroom, but afterwards **BACA** and his attorney addressed the media. He wants to acknowledge that he says I made a mistake and accepts full responsibility and expects is being held accountable for that mistake. Speaking through his attorney, the man who once held the top spot in the largest sheriff's department in the nation, **LEE BACA** apologized moments before he faced a federal judge. No one is above the law. Reporter: this case is part of a year's long investigation into corruption in the **JAIL.** The 73-year-old admitted he made false statements. He lied when he stated he did not know that members of the sheriff's department had approached an FBI agent outside her home. The us attorney says **BACA** did know about it. His attorney says he won't contest additional is it information in the agreement, he was within overs to keep the informant away. **BACA** served four terms, rye signing in January 2014 amid the investigation scandal, a man known for adding numbers to the department, and decreasing crime. I don't think we with smear an entire career by some of his actions. I do, however, believe he missed a lot of opportunities to set that standard for the rest of the nation. For those false statements, **BACA** now fallen from

grace awaits **SENTENCING.** We obviously are hoping we can demonstrate he does not deserve prison time. The deal asks for a sentence 6 no more that six months in jailing, but that's not set in stone. Ultimately it's up to a schedule for a **SENTENCING** hear scheduled in May. If the judge imposes a sentence longer than those six months, the former sheriff does have the right to pull out of this deal with any good-faith indictment and go to trial. That's the latest, lolita Lopez, NBC 4 news.

Nielsen Audience:  127,106

1884.       **KTTV-FOX** Television   Market: Los Angeles, CA

Studio 11 LA News                                                    Feb 10 2016 05:00PM PT

[5:00:43 PM] [2:31]  At Lauren sivan and bob decastro TV, stunning developments in a downtown courtroom. **LEE BACA** he pleads **GUILTY** for lying to federal nfertle. Flghts this was all part of a long running probe into corruption and brutal abuse of inmates at the nation's large test **JAIL.** Phil shuman live in downtown la with the latest. Phil. No one was above the law. In years past it was a pattern of beatings in the **JAIL** system even visitors on occasion that **SHERIFF LEE BACA** knew about it as well as his top people and helped cover it up. Sheriff, nothing you would like to say. No comment, thank you. Through his attorney he acknowledges he made a mistake and accepts responsibility but former sheriff said nothing as escorted from the courthouse hours after the FBI announced his **PLEA** deal. First of all, public corruption in our society it exists in every society. It exists in every country. One thing that shuts our society apart in our country apart is the way we investigate it. Pmpleght FBI and pus after monts negotiations that **BACA** who resigned under pressure in 2014 agreed to plead **GUILTY** to one continue of lying to the FBI which was investigating corruption and excessive use of force inside jails. The American Civil Liberties Union that expose scandal said **BACA** as top man deserves punishment for covering up what he knew was happening. Covered up a pattern of savage brutality needed out by some at the present times but a significant number of deputies against inmates in the county jails. Followed up by same deputies lying about what had happened to either cover what they done or in some cases get inmates criminally charged for act it is they did not commit. This investigation has been going on for some 6 years now. 17 current or o form earl members of the sheriff's department have already been convicted. **BACA** had always maintained he knew nothing it be misconduct or cover yums. Until now lied, he lied when he stated he it not know that members of the sheriff's department approached FBI agent outside her home and he lied when he stated he was unaware of forts within the sheriff's department to keep the FBI informant away from the FBI.

[5:03:08 PM] [5:25]  **BACA** former number two Paul is the only high ranking sheriff official qhiewz future is pun certain indicted on similar charges as pleaded not **GUILTY** and plans to go to trial through his attorney. He said **BACA'S PLEA** deal won't change that plan. Of course as we know there's Jim mcdonnell. Feds had high praise at reforming the department. What will happen to **LEE BACA** has part of the **PLEA,** the feds agree not to seek more than 6 months in **JAIL** but that's not a final deal. That's up to the judge, monthses to review probationary reports and other evaluations before **BACA** is back in court for **SENTENCING** that doesn't happen until may. Live downtown, Phil shuman. "Fox 11 news. Thank you very much. Joining us to talk abouthis scandal is retired sheriff's department commander, bob olmstead highest ranking person to expose the abuse at the jails. Bob thank you so much for joining us what a remarkable day it was today. You worked very closely with the former sheriff. You warned him, alerted him of what was going on. There at the **JAIL.** What is your reaction to see him walk out of the courtroom today pleading **GUILTY** to those chars? You know, this is bittersweet it's really

nothing to celebrate about. But the fact that you are not held above a law you need to be punished for the courtroom that you've done. When you went and told, you know, when you realized that something was wrong here, that you felt tanaka had way too much power that you saw abuse going on in the jails that **LEE BACA** seemed to be turning a cheek to it and letting it go on. What did you feel at that moment? What were your options and I know you described your shock. But what did you do then? You know, at that point when the organization, the executive on the department wouldn't do anything about it, you really need resolve issues within the organization. But when the organization perpetuates it, you have to go outsidety went to FBI and latimes I would do it again. You take an oath to jap uphold constitution, yitd **BACA** didn't. You said sheriff did the most part turn a blind eye for what was going on at the jails and tanaka was in my opinion the person who was orchestrating all of what was going on there. Coverups, knowledge of some of the abuse there. Tanaka looks like he's going to fight these charges. What do you make of that? I think it'ses going to be fruitless. I think they're probably going to use **BACA** against them as well as Tom kerry. I think right now tanaka is in a pinch. And I think his best course of action is probably going to ib ib take a **PLEA** now la weekly wrote an article it be this where you're quoted as saying, you know, shortly after you made captain of the menstrual **JAIL** you picked up on a intushing pat person many of. The guards had broken right hands, and that ftion from the beatings that were going on there? Yeah, what occurred was more often than not deputy use their right fist and they hilt a bone area they would break their fist. I went on presidents 2,000,3,000, 4,000 floor they have broken right hands. All of the allegations that there were sort of a gang mentality among sheriff deputies that were working there they have tattoos that were similar to a gang. Absolutely. And it was evident. When I walked up to the 3,000th floor for the very first time I was greeted by nine of them. They surrounded me and asked what are you doing up here? I said well in plight terms I said this is my **JAIL.** I run this place. Now you get back to work so it was evident and plain that these deputies were out of control. Do you think that that culture will change now that **BACA** is out? What is it going to take? I think it's going to take more than **BACA** I say that because just the individual it is that I lay the 17@they're going to federal prison. I lay those to **BACA** and shame on them for doing that. There are other executives that knew what was going on at the time. That being said they're morally as **GUILTY** as those going to federal prison. And that's what mcdonald needs to do because of your honesty and what you told investigators, led them to where they are today, and perhaps some changes there at the la county **JAIL.** Thank you so much for joining us today. Appreciate it. Amazing former sheriff now could head to **JAIL,** and you think about all a of the lawsuits that the city paid out. You know, for these inmates that were brutally beaten for when they break their rights hand they're own disability you think of amount of money it cost because of what was going on there.

   Nielsen Audience:  40,029

1885.   **KTTV-FOX** Television   Market: Los Angeles, CA

   **Studio 11 LA News**                              Feb 10 2016 05:00PM PT

[5:28:20 PM] [0:34]  Read your tweets facebook posts here you guys are communicate tive today saying it is a sad day in law enforcement. The law enforcement community when former top cop goes to **JAIL** for corruption talking about **SHERIFF LEE BACA.** Don't dot crime if you don't want to do the time. Age old saying that rings true. I guarantee he won't do any **JAIL** time. Up to six months, I don't know. Texas writes mow is bay race cyst for showing pride for being black.

   Nielsen Audience:  40,029

1886.    **Bloomberg Radio**  Radio   Market: National

**Bloomberg Radio**

<span style="color:blue">Feb 10 2016 04:00PM ET</span>

[4:16:03 PM] [0:55]  So it definitely was loaded and the shooting suspect was killed in the shoot out at that man and let the restaurant are for county sheriff Jeff the dollar will not talk about her is that in these conditions in a bowl however have been taken to hospitals for Los Angeles **SHERIFF. LEE BACA** says he took part in efforts to intimidate an FBI agent who was investigating abuse by guards at that. And I know that he grant federal prosecutors say about who agreed to plead **GUILTY** told deputies that at an FBI agent with the rest to do everything short of an often are on to mcguire and be ready. It's intellectual conversations from blue or television is a crime scene on a lie. Investors are still searching for the bottom of the cell that by two thousand and fifteen central are coming to light and energy prices have some not and what other factors tied it at the financial and is not that kind of that index is down over twenty five percent here today.

Nielsen Radio Audience:  N/A

1887.    **KABC-ABC**  Television   Market: Los Angeles, CA

**Eyewitness News 4 PM**

<span style="color:blue">Feb 10 2016 04:00PM PT</span>

[4:01:39 PM] [2:54]  Anchor: breaking news, the investigation to abuse and corruption in la county jails has come to the top. Ellen: former **SHERIFF LEE BACA,** who ran the department for more than a decade and a half, just pleaded **GUILTY** to a charge that could send him to prison. Eyewitness news reporter Carlos granda is live with the breaking story. Los: he led the sheriff's department for 15 years. Today, sheriff buck up pleading **GUILTY** to lying to authorities. No one is above the law. This is a fundamental principle in our society. Carlos: federal agents were investigating corruption and civil rights violations. Deputies reportedly found out and try to thwart the investigation by allegedly hiding the inmate. Officials say buck a denied he knew anything about this. Sheriff **BACA** lied when he said he did not know members of the department had approached an FBI agent. He lied when he stated he was unaware of efforts within the sheriff's department to keep the informant away. He continued those denials even when some in the rank-and-file were under the gun and they were being prosecuted and ultimately convicted. He continued that. He had the opportunity to lead and he did not. Carlos: this is the latest of cases involving abuse at the **JAIL.** 17 people have been convicted on federal charges. The current sheriff issued a statement saying, the milestones during the series of federal trials have been difficult. Our deputies and professional staff are main focused and committed to moving forward by continuing to perform their essential public service in a professional and caring manner. This is not a day of celebration for us. It is indeed a sad day when the leader of a law enforcement agency fails to uphold his oath. Carlos: the **PLEA** agreement is for him to get a sentence of no more than six months in prison. The judge could decide not to accept that. If that is the case, he can withdraw his **GUILTY PLEA.** The government would have to go forward with an indictment of her coming up at 5:00, we will have some of the recordings that got the sheriff in trouble. Ellen: as he just mentioned, we will have more on eyewitness news at 5:00.

Nielsen Audience:  148,522

1888.    **KABC-ABC**  Television   Market: Los Angeles, CA

Eyewitness News 4 PM

Feb 10 2016 04:00PM PT

[4:50:36 PM] [0:34]  What's next for the ship? Marc: ahead at 5:00, former lacounty **SHERIFF LEE BACA** is facing federal prison time. **BACA** entered a **GUILTY PLEA** this afternoon. Were going to let you hear that audio that got him in trouble. Anchor: the man accused of assassinating Robert Kennedy appears in front of a parole board.

 Nielsen Audience:  148,522

1889.    **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 4 PM

Feb 10 2016 04:00PM PT

[4:58:27 PM] [0:17]  Anchor: breaking news. Former la county **SHERIFF LEE BACA** could be facing prison time, after pleading **GUILTY** to lying to federal investigators. Anchor: a one-year-old girl is shot and killed. Just a short time ago an emotional **PLEA** from the mayor of compton to comfort the family. And catch the killer. Anchor: the convicted killer of Robert f.

[4:59:48 PM] [0:20]  Reporting live, bill Thomas. Marc: more breaking news. Longtime la county **SHERIFF LEE BACA** pleaded **GUILTY** to lying to investigators. Michelle: it's all tied to the probe of abuse and corruption in la county jails. Eyewitness news reporter Carlos granda is live at the courthouse in downtown Los Angeles.

 Nielsen Audience:  148,522

1890.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL News At 4PM

Feb 10 2016 04:00PM PT

[4:00:17 PM] [1:39]  Reporter: now this case is not over. No now the judge will look at this **PLEA** agreement and decide whether he wants to go along with it. Then parties will come back in May to hear what his decision is if the judge says he believes the sentence should be more than six months than the whole deal could be off and you could be looking at a prosecution in this case, but if the judge accepts these terms. It will be over after they come to court in May. Live downtown, back to you. Juan: if the judge oh case it will **BACA** actually be sent to prison? Reporter: you know I asked that question tefk specifically to the us attorney will she recommend prison time and she wouldn't provide a direct answer. She said her office will look at this case an make a recommendation to the judgment it is clear that hips attorney will be saying in fact what he told me afterwards is **LEE BACA** spent his time in public service he has a lot of intents to give back to the. Community and it wouldn't serve justice to put him in prison but you can well imagine who believe this sheriff who according federal investigators was involved in trying to sub vert their prosecution that this sheriff should in fact spend time in prison. Juan: thank you Randy. Will have more on the **LEE BACA** case. Tonight. Leyna: outrage after a baby is shot and killed when gunmen sprayed their home.

 Nielsen Audience:  53,846

1891.    **KTLA-CW** Television   Market: Los Angeles, CA

KTLA 5 News at 1PM

Feb 10 2016 01:00PM PT

[1:00:18 PM] [2:14]  Breaking news out of Los Angeles. Former la county is expected to enter a **GUILTY PLEA** in a criminal case against him. **BACA** was charged with lying to investigators looking into corruption in the county **JAIL** system. Good afternoon, this is thh ktla news at one.

I'm glen walker. And I'm lu Parker. The attorney says the former sheriff will plead **GUILTY** to making false statements. Expected in federal court at any time. What a story this is. Federal officials we have spoken with say that he is a disgrace to public office. He created a climate for illegal activity. We're hearing from the association of lacounty deputy sheriffs. They say that he deserves to be punished. This major development is not exactly come as a surprise to many of us familiar with the scandal. Security cameras to be installed, they instead sat in a storage facilitt for years couric this latest development involves a federal investigation into brutality and corruption by deputies assigned to the **JAIL** system. This began years ago. People might remember last year officials were indicted on charges of drafting an elaborate scheme. Former undersheriff and then retired captain charged with conspiracy and obstruction of justice for concealing the whereabouts of an inmate who was working as an FBI pnformant. The case has reached the highest level of he department. He essentially, he lied and he tried to keep an undercover FBI agent from communicating with the FBI. We are talking about a charging document and a **PLEA** agreement. Not an official indictment. He was processed this morning.

[1:03:39 PM] [0:32]  Initial appearance in federal court. He is expected to formally enter his **GUILTY PLEA.** As a result of this investigation, 17 current and former members of the sheriff's department has been convicted of federal charges. If a federal judge accepts the plee this afternoon, he person to be convicted and the case involvedd convictions for bribery, excessive force, obstruction of justice.

 Nielsen Audience:  92,048

1892.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At Noon                    Feb 10 2016 12:00PM PT

[12:55:34 PM] [0:15]  Juan: from top cop to possible in May, today I k, news at 4:00 p. Former la county **SHERIFF LEE BACA** will be in court less than two hours expected to plead **GUILTY** to a charge thacould send him to prison. Find out what happens today at 4:00 p.

 Nielsen Audience:  39,476

1893.    **KCAL-IND** Television   Market: Los Angeles, CA

KCAL 9 News At Noon                    Feb 10 2016 12:00PM PT

[12:00:05 PM] [0:32]  And the corruption case of the la county sheriff's department, former **SHERIFF LEE BACA** is expected to plead **GUILTY** later today to a charge that could put him behind bars and his attorney says he will plead **GUILTY** to making a false statement to feral investigators. The deal will mean he will not spend more than six months in prison. The us attorney will not fi any other charges against him and the FBI has been looking into misconduct, abuse in la county jails for more than a dozen sheriff's officials have been convicted.

[12:00:46 PM] [0:27]  The union representing la county deputy sheriffs had this to say about the **LEE BACA PLEA** deal quote former **SHERIFF LEE BACA** deserves punishment for the charges he pled **GUILTY** to today in the **PLEA** agreement sends a strong messe that no one is above the line there must be zero tolerance. For this type of failed leadership. The news conference is about to get underway and we are studied by for that and will bring it to you live when it happens.

[12:03:44 PM] [2:03]  Sandra: lied to the news conference in downtown Los Angeles about the **PLEA** deal from former la county **SHERIFF LEE BACA** clec against former **SHERIFF LEE BACA.** For

his role in continuing the obstruction of justice that took place while he was sheriff of the Los Angeles county. Specifically the former sheriff is charged with making false statements to the department of justice about his role in conspiring to intimidate an FBI agent and to shut down a federal investigation into corruption and civil rights abuses in the Los Angeles sheriff's department. Approximately two hours ago we filed an information **PLEA** agreement in which he admits this criminal conduct. The charge filed today stems from false statements **SHERIFF LEE BACA** made to the United States attorney's office and the federal bureau of investigation during an interview in 2013, regarding corruption and civil rights abuses at Los Angeles county men's central **JAIL** and the twin towers correctional facility. At the time of this interview he was still serving as the sheriff of Los Angeles county. As you may recall, several years ago the FBI undertook an investigation of abuses at the county downtown **JAIL.** During this investigation and inmate at men's central **JAIL** agreed to cooperate with the FBI and provide information about the abuse. This inmate received a cell phone that had been smuggled into the **JAIL** by a sheriff's deputy who had accepted a bribe this inmate and cooperator was essentially made to disappear within the **JAIL** system when the deputies learned he was cooperating with the FBI. They transfer the prisoner and they registered him in the system under a false name in a concerted effort to keep the FBI away from him.

[12:06:17 PM] [3:57]  Seven sheriff's deputies directly involved in this conduct have all been convicted in second to federal prison. During the investigation in 2013, then **SHERIFF LEE BACA** was interviewed the interview was aimed at continuing the investigation into these illegal activities. Today's charges along with the **PLEA** aeement filed established during this interview **SHERIFF LEE BACA** lied. He lied when he stated he did not know members of the sheriff's department had approached an FBI agent outside her home and he lied when he stated he was unaware of efforts within the sheriff's department to keep the FBI informants away from the FBI. The charges and the **PLEA** agreement filed are the most recent in a series of indictments and convictions my office has obtained related to the investigation of the sheriff's department. The investigation has uncovered a criminal acts that have ranged from bribery to civil rights violations to attempt to cover up beatings of inmates. To date, eight separate cases have been filed and we have seen a series of **GUILTY** pleas and trials that have resulted in the conviction of 17 current or former members of the sheriff's department. Should the court accept the **GUILTY PLEA** today, **LEE BACA** would make the 18th conviction. The prior indictment and convictions include two former sheriff's deputies who were convicted just last week by a federal jury of obstructing justice, by filing false reports that they hope would justify the beating of an inmate who was handcuffed and waste chained. Seven deputies whose conduct a previously described who were found felty in 2014, in the scheme to obstruct justice. Last spring we obtained an indictment of former undersheriff with the number two person in the sheriff's department and a former sheriff's captain who oversaw the department's internal criminal investigation bureau. The captain has since pled **GUILTY** to perjury in the trial of former undersheriff is currently scheduled for next month. In addition there have been five individuals convicted of using excessive force in the jails, a trial of two additional deputies charged with excessive force are scheduled for April. This **PLEA** and all of the convictions obtained the culmination of years of work by the FBI and assistant United States attorneys, some of whom are here today. With me here are assistant United States attorney Liz Rhodes, the chief of my office's public corruption and civil rights section and Lawrence Middleton, the chief of criminal division who I have worked tirelessly side-by-side with the FBI or many years. Charges and **PLEA** agreement demonstrate illegal behavior in the sheriff's department went to the very top of this organization. More importantly, the case illustrates that those who Foster and then try to hide a corrupt culture will be held accountable. We expect about former sheriff will enter his **GUILTY PLEA** this afternoon. The guideline range for the conduct charge calls for a

seconds of up to six months and we have agreed in the **PLEA** agreement that he should not receive a sense of, above that. If the court, however, disagrees and believes a higher sentence is warranted **LEE BACA** will be allowed to withdraw his **GUILTY PLEA** and we will proceed to indictment. Although, this case is the culmination of much hard work by many people come I want to be clear that this is not a day of celebration for us. It is indeed a Saturday when the leader of a law enforcement agency fails to honor his oath and instead of upholding justice chooses to obstruct it.

[12:11:03 PM] [0:35] It is important today to also recognize that the sheriff's department is making progress. There is a new sheriff. He and his team are making reforms including in the jails and importantly, the sheriff is implemented changes that are the result of an agreement with an our office with dealing with prisoners who suffer with mental illness and that abuses in the **JAIL.** County officials have implemented additional reforms and oversight. All of these are very positive steps and give us reason to be optimistic about this apartment.

[12:12:38 PM] [1:37] On occasion we do and when we find it we will dig and root it out. In this case, I would like to talk to you about the Los Angeles county sheriff's department under the leadership of former **SHERIFF LEE BACA.** The Los Angeles county sheriff's department is the largest sheriff's department in the country and therefore by virtue of that position that sheriff in this case former **LEE BACA** was truly the standard bearer for many department across the country. He had many many opportunities as ms. dechert said I do not believe we can spare an entire career by some of his actions. I do, however, believe he missed a lot of opportunities to set that standard for the rest of the nation and many of the law-enforcement agencies across the country. Sandra: the us attorney and the FBI confirming that former **SHERIFF LEE BACA** is already appeared before the judge today it will be back before the judge this afternoon to plead **GUILTY** and they have reached an agreement that he lied to investigators about corruption in **JAIL** and will be sentenced to. Up to six months in **JAIL.** Again, that will happen in about two hours. You can watch more the news conference on her website right now.

Nielsen Audience: 39,476

1894. **KNBC-NBC** Television Market: Los Angeles, CA

NBC 4 News at Noon

Feb 10 2016 12:00PM PT

[12:26:09 PM] [0:11] But 78 degrees will feel fairly nice on Saturday. Back to you. We are sitting on top of breaking news involving former la county **SHERIFF LEE BACA.** He could be sent to **JAIL** for six months. An update next.

[12:29:16 PM] [0:33] Back to our breaking news from the top of the hour. Former la county **SHERIFF LEE BACA** has agreed do plead **GUILTY** to charges of lying to federal investigators. This is connected to the investigation into claims of deputy abuse and misconduct in the county **JAIL.** Until today, **BACA** had claimed ignorance of the fact. This **PLEA** deal includes a suggested sentence of no more than six months in prison. **BACA** made his initial court appearance this morning and is expected back in court in about two who yours to enter the **PLEA.** We are staying on top of this. We'll have updates for you on our NBC la app as well as on the NBC 4 news at 5:00.

Nielsen Audience: 54,088

1895. **KNBC-NBC** Television Market: Los Angeles, CA

NBC 4 News at Noon

Feb 10 2016 12:00PM PT

[12:12:06 PM] [0:39]  Good morning. I'd like to talk to you today. I'm going to be brief you just heard from the usattorney eileen decker talking about the sheriff Lee bacamakering false statements during an interview which focused on corruption within the **JAIL.** He was sheriff at that particular time. They said that no one is above the law here. **BACA** is scheduled to appear in court this afternoon. What she mentioned was that the judge could decide that the six-month sentence that both sides had agreed to is not appropriate. If that's the case, **BACA** will then have the ability to withdraw this **PLEA** agreement. We'll stay on top of this and have breaking developments as they happen on our NBC la app and online as well.

Nielsen Audience:  54,088

1896.    **KNBC-NBC** Television  Market: Los Angeles, CA

NBC 4 News at Noon

Feb 10 2016 12:00PM PT

[12:00:49 PM] [5:06]  We begin at noon with that breaking news. The us attorney says the former la county **SHERIFF LEE BACA** will plead **GUILTY** to charges of lying to federal investigators. **BACA** made his initial court appearance this morning. He is expected back in court in about two hours. NBC 4 is following these developments for us. Former **SHERIFF LEE BACA** made an initial court appearance this morning, in fact expected to voluntarily plead **GUILTY** this afternoon. Had he been the head of the department since 1998 until he renounced his retirement at the end of January 2014 right in the middle of investigation that today has led to his admission of lying to federal investigators. He and the department were investigated for alleged misconduct for abuse and abuse by the deputies. He testified he did not know the deputies were intentionally acting. More than a dozen former sheriff's officials have been convicted of the probe that started more than five years ago. Awaiting trial next month, **BACA'S** second in command was indicted. A total of 22 current or former deputies have been charged, 17 convicted in a federal probe into corruption and civil rights violation all at the hands of guards at the two downtown lajail facilities. According to federal indictments in the case, some of those involved fostered a "gang-like mentality" in the jails and they were well aware of problem deputies but told the guards to work on a quasi-legal grar ya ey area. In 2011 and informant was hidden by deputies. Until today the former sheriff claimed ignorance of the fact but now faces no more than six months in prison for his involvement. If a federal judge accepts his me agreement **PLEA** agreement, **BACA** will become the 18th person to become convicted in this case. The biggest blow to a department that has only now begun to see daylight. The current sheriff ran for the post on the platform to clean it up and since taking office has received high marks from support from the county administrators, as well as residents. Lee lolita Lopez is at the announcement. We'll bring it to you live as it begins. We'll be hearing from the usattorney who is making the claims and will make the official announcement that former **SHERIFF LEE BACA** will plead **GUILTY** in this case. We'll take that to you now live. No one is above the law. This is a fundamental principle in our society. When it is violated, it is the job of the department of justice to step in and hold individuals accountable and that is why we are here today. To announce that my office has filed charges against former sheriff Leroy **BACA** for his role in continuing the obstruction of justice that took place while he was the sheriff of Los Angeles county. Specifically the former sheriff is charged with making false statements to the department of justice about his role in conspiring to intimidate an FBI agent and to shut down a federal investigation into corruption and civil rights abuses in the Los Angeles sheriff's department. Approximately two hours ago, we filed an information and **PLEA** agreement in which he admits this criminal conduct. The charge filed today stems from false statements sheriff **BACA** made to the United States attorney aoffice attorney's office and the federal bureau of investigation during an interview in 2013 regarding corruption and civil rights

abuses at Los Angeles county men's central **JAIL** and the twin to you terse correctional facility. At the time of this interview, he was still serving as the sheriff of Los Angeles county. Several years ago the FBI undertook investigation of the abuses at the county's downtown jails. During this investigation an inmate at men's central **JAIL** agreed to cooperate with the FBI and provide information about the abuse. This inmate received a cell phone that had been smuggled in to it the **JAIL** by a sheriff's deputy who had accepted a bribe. This inmate and cooperator was essentially made to disappear within the **JAIL** system when the deputies learned that he was cooperating with the FBI. They transfer the principleser in and they registered him in a system under a false name in a concerted effort to keep the FBI away from him. Knowing the FBI was investigating the department and looking for its informant, members of the sheriff's department conducted surveillance of the FBI agent and threatened to arrest her.

Nielsen Audience:  54,088

1897.  **KNBC-NBC** Television  Market: Los Angeles, CA

NBC 4 News at Noon

Feb 10 2016 12:00PM PT

[12:06:13 PM] [4:00]  Seven sheriff's deputies directly involved in this conduct have all been convicted and sentenced to federal prison. During the investigation in 2013, then sheriff **BACA** was interviewed. The interview was aimed at continuing the investigation into these illegal activities. Today's charges, along with a **PLEA** agreement filed, establish that during this interview, sheriff **BACA** lied. He lied when he stated that he did not know that members of the sheriff's department had approached an FBI agent outside her home, and he lied when he stated he was unaware of efforts within the sheriff's department to kip the FBI informant away from the FBI. The charges in the **PLEA** agreement filed are the most recent in a series of indictments and convictions my office has obtained related to the investigation of the sheriff's department. The investigation has uncovered criminal acts that have ranged from bribery, to civil rights violations, to attempts to cover up beatings of inmates. To date, eight separate cases have been filed, and we have seen a series of **GUILTY** pleas and trials that have resulted in the conviction of 17 current or former members of the sheriff's department. Should the court accept the **GUILTY PLEA** today, **LEE BACA** would make the 18th conviction. The prior indictments and convictions include two former sheriff's deputies who were convicted just last week by a federal jury of obstructing justice, by filing false reports that they hope would justify the beating of an inmate who was handcuffed and waist chained. Seven deputies whose conduct I previously described who were found **GUILTY** in 2014 in a scheme to obstruct justice. Last spring we obtained an indictment of a former undersheriff who was the number two bern in the sheriff's department. And a former sheriff's captain who oversaw the department's criminal investigations bureau. Captain has since pled **GUILTY** to perjury and the trial of the former undersheriff is scheduled for next month. In addition, five individuals have been convicted of ufrsing excessive force in the jails. A trial of two additional deputies charged with excessive force are scheduled for April. This **PLEA** and all of the convictions obtained are the culmination of years of work by the FBI and assistant United States attorneys, some of whom are here today. With me here, assistant United States attorney Liz Rhodes, brandon fox, the chief of my office's public corruption and civil rights section, and Lawrence Middleton, the chief of the criminal division, who have worked tirelessly side by side with the FBI for many years. Today's charges and **PLEA** agreement demonstrate that illegal behavior in the sheriff's department went to the very top of this organization. More importantly, the case you will straits that those who Foster, and then try to hide, a corrupt culture will be held accountable. We expect the former sheriff will enter his **GUILTY PLEA** this afternoon. The guideline range for the conduct charged calls for a sentence of up to six months and we have agreed in the **PLEA**

Media Coverage Report

agreement that he should not receive a sentence above that. If the court, however, disagrees and believes a higher sentence is warranted, **BACA** will be allowed to withdraw his **GUILTY PLEA** and we will proceed to indictment. Although this case is the culmination of much hard work by many people, I want to be clear that this is not a day of celebration for us. It is indeed a sad day when a leader of a law enforcement agency fails to honor his oath, and instead of upholding justice chooses to obstruct it.

Nielsen Audience: 54,088

1898.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11AM

Feb 10 2016 11:00AM PT

[11:54:04 AM] [0:35] Marc: **LEE BACA** in a downtown courtroom. We have a new sketch in as we learn that **BACA** will plead **GUILTY** to single count of making a full statement in connection with a federal investigation into corruption and **INMATE ABUSE** and la county jails. The statement question was made by **BACA** to FBI agents and usattorneys in 2013 regarding an investigation which included the hiding of an inmate turned FBI informant Anthony brown. The with attorney's office has a news conference scheduled just a few minutes from now at noon. We will have a crew there.

Nielsen Audience: 117,717

1899.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11AM

Feb 10 2016 11:00AM PT

[11:00:44 AM] [1:48] Leslie: we are following breaking news in Los Angeles where former Los Angeles county **SHERIFF LEE BACA** has walked into federal court to enter a **PLEA** deal in connection with a federal investigation into lacounty jails. Hello, I'm Leslie sykes. Phillip: and I'm Phillip Palmer. Our marc cota-robles joins us live in the newsroom with more on this breaking story. Marc: eyewitness news was the first to break these developments earlier this morning. We can tell you the former county sheriff arrived for his arraignment about 30 minutes ago. According to **BACA'S** attorney, he will plead **GUILTY** to a single count of making a false statement in connection with a federal investigation into corruption in la county jails. The statement in question was made by **BACA** to FBI agents and us attorney in April 2013. It was an interview he did voluntarily regarding the investigation, including the hiding of FBI to an apartment informant brown who was booked and rebooked under a series of false names, moved to multiple locations, eventually told by fit best sheriff officials that the FBI had abandoned temples of the specific statement. Was that **BACA** was not aware there are going to an FBI agents home when in fact he did not about the plan to approach the FBI agent. This is surveillance video of that encounter. Seven now former deputies, sergeants, were convicted last year for their role in the operation. **BACA** resigned from the sheriff's department more than two years ago in January 2014. **BACA** could get relation or potentially six months in federal prison. We should mention we do have a crew at the courthouse in downtown. We will also have a newsgroup scheduled ready for a news conference scheduled by the usattorney's office at noon.

Nielsen Audience: 117,717

1900.   **KABC-ABC** Television   Market: Los Angeles, CA

Eyewitness News 11AM

Feb 10 2016 11:00AM

[11:30:18 AM] [0:48]  Live, breaking news. Phillip: we continue to follow breaking news out of Los Angeles this morning where former lacounty share **LEE BACA** is in federal court. According to his attorney, he will plead **GUILTY** to a single count of making a false statement in connection with a federal investigation into corruption and **INMATE ABUSE** in la county jails. The statement, apparently, was made by **BACA** to FBI agents and us attorneys in April 2013. It was in interview **BACA** did voluntarily regarding the investigation, including the so-called hiding of an inmate turned FBI informant Anthony brown. Us attorney's office will hold a news conference at noon. We will stream that live on abc7.com.

 Nielsen Audience:  117,717

1901.   **KCBS-CBS** Television   Market: Los Angeles, CA

        CBS 2 News at 11:00 AM                                    Feb 10 2016 11:00AM
                                                                              PT

[11:00:27 AM] [1:38]  I'm Sharon tay. Rick: welcome to CBS 2 news at 11:00 am and we have breaking news, former Kelly county **SHERIFF LEE BACA** may be going to prison and a Sandra Mitchell is live in the newsroom with details. Reporter: this is about the huge **JAIL** corruption scandal with allegations of deputies abusing prisoners and other problems and now ormer **SHERIFF LEE BACA** is expected to plead **GUILTY** to a federal charge. The us attorney tweeted that he will admit to lying to investigators. Former sheriff is expected in court later this afternoon and his lawyer says it is a single count and the times reporting the **PLEA** deal means **LEE BACA** will not spend more than six months in prison, but he will get prison time. He ran the la county sheriff's department for more than 15 years and retired in 2014. Several sheriff's employees had been convicted in connection with the same corruption case in the us attorney will hold a news conference in about an hour and we will have that for you live on our sister station kcal 9 coming up at noon and again, former la county **SHERIFF LEE BACA.** Has agreed to plead **GUILTY** to lying in the **JAIL** corruption case the one we have more breaking news, searchers have found the missing plane from last week's midair collision in san pedro. This is video from sky sky 2 a diverse. They are bringing up the plane and a body that was found inside.

[11:02:53 AM] [0:27]  Rick: rallying cry in compton this morning after a 1-year old girl was shot and killed in a compton gang fight. He does to jasmine viel just spoke with family members and issues live with their **PLEA** for help reporter: brick, I spoke to the mother and also the great aunt and uncle of 1-year old autumn who was shot and killed here at this home last night. Bullets flew from the street and those family members and everyone stopping by today. Fed up saying enough is enough.

 Nielsen Audience:  106,670

1902.   **Long Beach Press-Telegram** Newspaper   Market: Los Angeles, CA

        Former L.A. County Sheriff Lee Baca: A rocky tenure explained          Feb 10 2016 08:01AM
                                                                                        PT

It was a long road to this weeks federal court appearance by former L.A. County **SHERIFF LEE BACA,** who pleaded **GUILTY** on Wednesday to making a false statement to federal investigators in a **JAIL** corruption case. Here are some landmarks on that road: Allegations In July 2013, the same year **LEE BACA** was chosen Sheriff of the Year, the U.S. Department of Justice threatened to place his department under a federal consent decree for alleged discrimination and harassment of Latinos and blacks in Antelope Valley. The American Civil Liberties Union had

earlier accused **BACA** of condoning savage beatings of **JAIL** inmates, and a blue-ribbon Citizens Commission on **JAIL** Violence concurred there had been a failure of leadership over the jails. Deputies arrested In December 2013, the FBI arrested 18 of Bacas deputies, sergeants and lieutenants for alleged civil rights abuses, corruption and obstruction of justice, including threatening an FBI agent at her home and hiding an FBI **JAIL** informant. In January 2014, five months before his possible election for a fifth term as sheriff and as he approached his 72nd birthday, **BACA** announced he would retire at the end of that month. He said he saw himself as part of the past. **BACA** said he was leaving on his own terms but added hed been battered by the criticism of his department. I dont see myself as the future, he said. By then, the department has been stained by federal corruption charges, allegations of mismanagement and claims of special treatment for individuals over the years. **BACA** was accused of denying those issues or minimizing their significance, blaming bad behavior on just a few bad apples. Years good and bad During Bacas 15-year tenure, the department also was accused of harassing minorities in Lancaster and Palmdale. A federal jury held **BACA** liable for $100,000 after deputies broke an inmates bones in a **JAIL** beating. **BACA** was blamed in a 2007 audit for the mismanagement of a project to relocate the headquarters of a special forces bureau. **BACA** and his department also came under criticism when actor Mel Gibson went on an anti-Semitic tirade during an arrest on suspicion of drunken driving in 2006. **BACA** reportedly ordered details of the outburst eliminated from a deputys report. **BACA,** however, was praised for keeping the countys crime rate low and was lauded for reaching out to community religious groups. A mistake By Wednesday, more than a dozen deputies had been convicted of federal corruption charges, including obstructing justice by attempting to impede an FBI investigation into the jails. Former Undersheriff **PAUL TANAKA,** who served as Bacas second-in-command and ran much of the departments daily operations, is awaiting trial in connection with the probe. And former Capt. William Tom Carey, has pleaded **GUILTY** to lying on the stand during an obstruction-of-justice trial. On Wednesday, **BACA** pleaded **GUILTY** to lying to the FBI in April 2013 about deputies plans to intimidate an FBI agent and to shut down a federal investigation. After the **GUILTY PLEA,** Bacas attorney read a statement from the former sheriff. I made a mistake and accept being held accountable, the statement said. I will always love the men and women of the Sheriffs Department.

View▶

Unique Visitors:  103,497

1903.    **Los Angeles Daily News**   Newspaper   Market: Los Angeles, CA         Feb 10 2016 08:01AM
         Former L.A. County Sheriff Lee Baca: A rocky tenure explained                    PT

It was a long road to this weeks federal court appearance by former L.A. County **SHERIFF LEE BACA,** who pleaded **GUILTY** on Wednesday to making a false statement to federal investigators in a **JAIL** corruption case. Here are some landmarks on that road: Allegations In July 2013, the same year **LEE BACA** was chosen Sheriff of the Year, the U.S. Department of Justice threatened to place his department under a federal consent decree for alleged discrimination and harassment of Latinos and blacks in Antelope Valley. The American Civil Liberties Union had earlier accused **BACA** of condoning savage beatings of **JAIL** inmates, and a blue-ribbon Citizens Commission on **JAIL** Violence concurred there had been a failure of leadership over the jails. Deputies arrested In December 2013, the FBI arrested 18 of Bacas deputies, sergeants and lieutenants for alleged civil rights abuses, corruption and obstruction of justice, including threatening an FBI agent at her home and hiding an FBI **JAIL** informant. In January 2014, five months before his possible election for a fifth term as sheriff and as he approached his 72nd birthday, **BACA** announced he would retire at the end of that month. He said he saw himself as