dozen potential jurors Tuesday expressed a wide range of issues that precluded them serving, including one woman who told the judge that as a practicing Buddhist, she could not pass judgment on others. Aguiar and Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the sheriffs department when

View▶

Unique Visitors: 5,929,830

1922.  **San Marino Patch** Online Only  Market: Los Angeles, CA
As Number of Alternate Jurors Dwindles, Mistrial Looms in Deputies'    Jan 21 2016 06:12AM
Beating Case    PT

OConnell said a decision would be made Thursday morning as to how to proceed. The batch of several dozen potential jurors Tuesday expressed a wide range of issues that precluded them serving, including one woman who told the judge that as a practicing Buddhist, she could not pass judgment on others. Aguiar and Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the sheriffs department when **LEE BACA** was **SHERIFF.** The indictment allehes Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury during her opening statement that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face.

View▶

Unique Visitors: 5,929,830

1923.  **Sierra Madre Patch** Online Only  Market: Los Angeles, CA
As Number of Alternate Jurors Dwindles, Mistrial Looms in Deputies'    Jan 21 2016 06:12AM
Beating Case    PT

OConnell said a decision would be made Thursday morning as to how to proceed. The batch of several dozen potential jurors Tuesday expressed a wide range of issues that precluded them serving, including one woman who told the judge that as a practicing Buddhist, she could not pass judgment on others. Aguiar and Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the sheriffs department when **LEE BACA** was **SHERIFF.** The indictment allehes Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury during her opening statement that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face.

View▶

Unique Visitors: 5,929,830

1924.  **La Canada Flintridge Patch** Online Only  Market: Los Angeles, CA
As Number of Alternate Jurors Dwindles, Mistrial Looms in Deputies'    Jan 21 2016 06:12AM
Beating Case    PT

OConnell said a decision would be made Thursday morning as to how to proceed. The batch of several dozen potential jurors Tuesday expressed a wide range of issues that precluded them

serving, including one woman who told the judge that as a practicing Buddhist, she could not pass judgment on others. Aguiar and Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the sheriffs department when **LEE BACA** was **SHERIFF.** The indictment allehes Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury during her opening statement that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face.

View▶

Unique Visitors:  5,929,830

1925.  **South Pasadena Patch**  Online Only    Market: Los Angeles, CA
As Number of Alternate Jurors Dwindles, Mistrial Looms in Deputies'    Jan 21 2016 06:12AM
Beating Case    PT

OConnell said a decision would be made Thursday morning as to how to proceed. The batch of several dozen potential jurors Tuesday expressed a wide range of issues that precluded them serving, including one woman who told the judge that as a practicing Buddhist, she could not pass judgment on others. Aguiar and Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the sheriffs department when **LEE BACA** was **SHERIFF.** The indictment allehes Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury during her opening statement that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face.

View▶

Unique Visitors:  5,929,830

1926.  **Burbank Leader**  Online Only    Market: Los Angeles, CA
L.A. County jail abuse trial starts off with vastly different accounts of    Jan 20 2016 05:56AM
what h    PT

The trial of two Los Angeles County **SHERIFF'S** deputies accused of assaulting a handcuffed inmate began Tuesday with attorneys for the deputies and federal prosecutors offering starkly different accounts of what occurred. The case is the latest in a series of prosecutions of deputies focused on allegations of misconduct and abuse inside the nation's largest **JAIL** system. Joey Aguiar and Mariano Ramirez are charged with violating the civil rights of inmate Bret Phillips by beating him and then fabricating reports about the February 2009 incident. "It was an abuse of power. Attorneys for the men described a far different scenario, saying a combative Phillips left the deputies no choice but to subdue him. And the injuries Phillips suffered were greatly exaggerated by the prosecution's main witness, they said. Saying the force the deputies used was "entirely appropriate" to deal with a "violent and recalcitrant" Phillips, Aguiar's attorney, Evan Jenness, told jurors that a **JAIL** nurse's testimony and a video deputies shot of Phillips minutes after the incident would undermine the government's case. The trial focuses on a brief encounter nearly seven years ago when Phillips was being held in a special unit reserved for violent inmates or those who might be at risk of being targeted by other inmates. Both sides agree that Phillips was in custody after being arrested on a charge of domestic violence. But from there the stories diverge. According to Williams, Phillips grew

frustrated after Aguiar handcuffed him to a waist chain and left him in his cell instead of taking him to another part of the JAIL. Phillips, she said, threw a milk carton, hitting Aguiar on his shoe. Shortly afterward, Phillips was removed from the cell and the pair of deputies attacked, slamming his head against the wall and delivering punches and blows with a flashlight, Williams said. "At no time did he fight. At no time did he resist," Williams said. A Catholic chaplain who often worked in the JAIL counseling inmates is expected to be the cornerstone of the government's case. Williams said the chaplain, Paulino Juarez, would testify that he witnessed the beating and that it left Phillips unconscious on the JAIL floor in a pool of blood. Knowing the chaplain had seen them, the deputies colluded to come up with a story that Phillips had tried to head-butt Aguiar and kicked at the deputies as they tried to subdue him, Williams said. "They got their stories straight. Remarkably straight. Verbatim straight," she told jurors. Jenness and Ramirez's attorney, Vicki Podberesky, responded with equally emphatic openings. Aguiar, they said, was escorting Phillips back to his cell after a visit to the JAIL'S medical clinic, when the inmate yelled out that he refused to go into the cell and tried to strike Aguiar with his head. The force the deputies used, the attorneys said, was only what was needed to gain control of Phillips and was commanded by a supervisor. They downplayed the significance of Phillips' injuries, at one point showing jurors a photo of small laceration on his forehead that Podberesky said was the worst he suffered. There was no pool of blood and Phillips was "alert and agitated" after he was subdued. JAIL records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memo by an attorney in the L.A. County district attorney's office who reviewed the beating. A nurse noted scrapes to both of Phillips' wrists and his left eyebrow, the attorney wrote. Last year, federal prosecutors won GUILTY verdicts or pleas from five deputies in another JAIL abuse case. Other deputies are awaiting trial in a third case alleging JAIL brutality. The FBI's investigation into claims of misconduct and abuse in the county's jails upended the career of longtime SHERIFF LEE BACA, who stepped down in 2014, and led to the indictment of his former top aide on obstruction-of-justice charges. The investigation has so far resulted in the conviction of more than a dozen former SHERIFF'S officials. The new SHERIFF, Jim McDonnell, spent his first year in office working to reorganize the agency and to put in place reforms meant to increase accountability. joel.Rubin@latimes.com Twitter: @joelrubin

View▶

Unique Visitors:  842

1927.   **Glendale News Press**  Newspaper   Market: Los Angeles, CA
        L.A. County jail abuse trial starts off with vastly different accounts of                    Jan 20 2016 05:56AM
        what h                                                                                                            PT

The trial of two Los Angeles County SHERIFF'S deputies accused of assaulting a handcuffed inmate began Tuesday with attorneys for the deputies and federal prosecutors offering starkly different accounts of what occurred. The case is the latest in a series of prosecutions of deputies focused on allegations of misconduct and abuse inside the nation's largest JAIL system. Joey Aguiar and Mariano Ramirez are charged with violating the civil rights of inmate Bret Phillips by beating him and then fabricating reports about the February 2009 incident. "It was an abuse of power. Attorneys for the men described a far different scenario, saying a combative Phillips left the deputies no choice but to subdue him. And the injuries Phillips suffered were greatly exaggerated by the prosecution's main witness, they said. Saying the force the deputies used was "entirely appropriate" to deal with a "violent and recalcitrant" Phillips, Aguiar's attorney, Evan Jenness, told jurors that a JAIL nurse's testimony and a video deputies shot of Phillips minutes after the incident would undermine the government's case. The trial focuses on a brief encounter nearly seven years ago when Phillips was being held in a

special unit reserved for violent inmates or those who might be at risk of being targeted by other inmates. Both sides agree that Phillips was in custody after being arrested on a charge of domestic violence. But from there the stories diverge. According to Williams, Phillips grew frustrated after Aguiar handcuffed him to a waist chain and left him in his cell instead of taking him to another part of the JAIL. Phillips, she said, threw a milk carton, hitting Aguiar on his shoe. Shortly afterward, Phillips was removed from the cell and the pair of deputies attacked, slamming his head against the wall and delivering punches and blows with a flashlight, Williams said. "At no time did he fight. At no time did he resist," Williams said. A Catholic chaplain who often worked in the JAIL counseling inmates is expected to be the cornerstone of the government's case. Williams said the chaplain, Paulino Juarez, would testify that he witnessed the beating and that it left Phillips unconscious on the JAIL floor in a pool of blood. Knowing the chaplain had seen them, the deputies colluded to come up with a story that Phillips had tried to head-butt Aguiar and kicked at the deputies as they tried to subdue him, Williams said. "They got their stories straight. Remarkably straight. Verbatim straight," she told jurors. Jenness and Ramirez's attorney, Vicki Podberesky, responded with equally emphatic openings. Aguiar, they said, was escorting Phillips back to his cell after a visit to the JAIL'S medical clinic, when the inmate yelled out that he refused to go into the cell and tried to strike Aguiar with his head. The force the deputies used, the attorneys said, was only what was needed to gain control of Phillips and was commanded by a supervisor. They downplayed the significance of Phillips' injuries, at one point showing jurors a photo of small laceration on his forehead that Podberesky said was the worst he suffered. There was no pool of blood and Phillips was "alert and agitated" after he was subdued. JAIL records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memo by an attorney in the L.A. County district attorney's office who reviewed the beating. A nurse noted scrapes to both of Phillips' wrists and his left eyebrow, the attorney wrote. Last year, federal prosecutors won GUILTY verdicts or pleas from five deputies in another JAIL abuse case. Other deputies are awaiting trial in a third case alleging JAIL brutality. The FBI's investigation into claims of misconduct and abuse in the county's jails upended the career of longtime SHERIFF LEE BACA, who stepped down in 2014, and led to the indictment of his former top aide on obstruction-of-justice charges. The investigation has so far resulted in the conviction of more than a dozen former SHERIFF'S officials. The new SHERIFF, Jim McDonnell, spent his first year in office working to reorganize the agency and to put in place reforms meant to increase accountability. joel.Rubin@latimes.com Twitter: @joelrubin

View▶

Unique Visitors:  10,769

1928.    **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
L.A. County jail abuse trial starts off with vastly different accounts of what h                                    Jan 20 2016 05:56AM PT

The trial of two Los Angeles County SHERIFF'S deputies accused of assaulting a handcuffed inmate began Tuesday with attorneys for the deputies and federal prosecutors offering starkly different accounts of what occurred. The case is the latest in a series of prosecutions of deputies focused on allegations of misconduct and abuse inside the nation's largest JAIL system. Joey Aguiar and Mariano Ramirez are charged with violating the civil rights of inmate Bret Phillips by beating him and then fabricating reports about the February 2009 incident. "It was an abuse of power. Attorneys for the men described a far different scenario, saying a combative Phillips left the deputies no choice but to subdue him. And the injuries Phillips suffered were greatly exaggerated by the prosecution's main witness, they said. Saying the force the deputies used was "entirely appropriate" to deal with a "violent and recalcitrant"

Phillips, Aguiar's attorney, Evan Jenness, told jurors that a **JAIL** nurse's testimony and a video deputies shot of Phillips minutes after the incident would undermine the government's case. The trial focuses on a brief encounter nearly seven years ago when Phillips was being held in a special unit reserved for violent inmates or those who might be at risk of being targeted by other inmates. Both sides agree that Phillips was in custody after being arrested on a charge of domestic violence. But from there the stories diverge. According to Williams, Phillips grew frustrated after Aguiar handcuffed him to a waist chain and left him in his cell instead of taking him to another part of the **JAIL.** Phillips, she said, threw a milk carton, hitting Aguiar on his shoe. Shortly afterward, Phillips was removed from the cell and the pair of deputies attacked, slamming his head against the wall and delivering punches and blows with a flashlight, Williams said. "At no time did he fight. At no time did he resist," Williams said. A Catholic chaplain who often worked in the **JAIL** counseling inmates is expected to be the cornerstone of the government's case. Williams said the chaplain, Paulino Juarez, would testify that he witnessed the beating and that it left Phillips unconscious on the **JAIL** floor in a pool of blood. Knowing the chaplain had seen them, the deputies colluded to come up with a story that Phillips had tried to head-butt Aguiar and kicked at the deputies as they tried to subdue him, Williams said. "They got their stories straight. Remarkably straight. Verbatim straight," she told jurors. Jenness and Ramirez's attorney, Vicki Podberesky, responded with equally emphatic openings. Aguiar, they said, was escorting Phillips back to his cell after a visit to the **JAIL'S** medical clinic, when the inmate yelled out that he refused to go into the cell and tried to strike Aguiar with his head. The force the deputies used, the attorneys said, was only what was needed to gain control of Phillips and was commanded by a supervisor. They downplayed the significance of Phillips' injuries, at one point showing jurors a photo of small laceration on his forehead that Podberesky said was the worst he suffered. There was no pool of blood and Phillips was "alert and agitated" after he was subdued. **JAIL** records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memo by an attorney in the L.A. County district attorney's office who reviewed the beating. A nurse noted scrapes to both of Phillips' wrists and his left eyebrow, the attorney wrote. Last year, federal prosecutors won **GUILTY** verdicts or pleas from five deputies in another **JAIL** abuse case. Other deputies are awaiting trial in a third case alleging **JAIL** brutality. The FBI's investigation into claims of misconduct and abuse in the county's jails upended the career of longtime **SHERIFF LEE BACA,** who stepped down in 2014, and led to the indictment of his former top aide on obstruction-of-justice charges. The investigation has so far resulted in the conviction of more than a dozen former **SHERIFF'S** officials. The new **SHERIFF,** Jim McDonnell, spent his first year in office working to reorganize the agency and to put in place reforms meant to increase accountability. joel.Rubin@latimes.com Twitter: @joelrubin

View▶

Unique Visitors: 2,309

1929.    **Laguna Beach Coastline Pilot**  Newspaper   Market: Los Angeles, CA
         L.A. County jail abuse trial starts off with vastly different accounts of        Jan 20 2016 05:56AM
         what h                                                                                    PT

The trial of two Los Angeles County **SHERIFF'S** deputies accused of assaulting a handcuffed inmate began Tuesday with attorneys for the deputies and federal prosecutors offering starkly different accounts of what occurred. The case is the latest in a series of prosecutions of deputies focused on allegations of misconduct and abuse inside the nation's largest **JAIL** system. Joey Aguiar and Mariano Ramirez are charged with violating the civil rights of inmate Bret Phillips by beating him and then fabricating reports about the February 2009 incident. "It was an abuse of power. Attorneys for the men described a far different scenario, saying a

Media Coverage Report

combative Phillips left the deputies no choice but to subdue him. And the injuries Phillips suffered were greatly exaggerated by the prosecution's main witness, they said. Saying the force the deputies used was "entirely appropriate" to deal with a "violent and recalcitrant" Phillips, Aguiar's attorney, Evan Jenness, told jurors that a JAIL nurse's testimony and a video deputies shot of Phillips minutes after the incident would undermine the government's case. The trial focuses on a brief encounter nearly seven years ago when Phillips was being held in a special unit reserved for violent inmates or those who might be at risk of being targeted by other inmates. Both sides agree that Phillips was in custody after being arrested on a charge of domestic violence. But from there the stories diverge. According to Williams, Phillips grew frustrated after Aguiar handcuffed him to a waist chain and left him in his cell instead of taking him to another part of the JAIL. Phillips, she said, threw a milk carton, hitting Aguiar on his shoe. Shortly afterward, Phillips was removed from the cell and the pair of deputies attacked, slamming his head against the wall and delivering punches and blows with a flashlight, Williams said. "At no time did he fight. At no time did he resist," Williams said. A Catholic chaplain who often worked in the JAIL counseling inmates is expected to be the cornerstone of the government's case. Williams said the chaplain, Paulino Juarez, would testify that he witnessed the beating and that it left Phillips unconscious on the JAIL floor in a pool of blood. Knowing the chaplain had seen them, the deputies colluded to come up with a story that Phillips had tried to head-butt Aguiar and kicked at the deputies as they tried to subdue him, Williams said. "They got their stories straight. Remarkably straight. Verbatim straight," she told jurors. Jenness and Ramirez's attorney, Vicki Podberesky, responded with equally emphatic openings. Aguiar, they said, was escorting Phillips back to his cell after a visit to the JAIL'S medical clinic, when the inmate yelled out that he refused to go into the cell and tried to strike Aguiar with his head. The force the deputies used, the attorneys said, was only what was needed to gain control of Phillips and was commanded by a supervisor. They downplayed the significance of Phillips' injuries, at one point showing jurors a photo of small laceration on his forehead that Podberesky said was the worst he suffered. There was no pool of blood and Phillips was "alert and agitated" after he was subdued. JAIL records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memo by an attorney in the L.A. County district attorney's office who reviewed the beating. A nurse noted scrapes to both of Phillips' wrists and his left eyebrow, the attorney wrote. Last year, federal prosecutors won GUILTY verdicts or pleas from five deputies in another JAIL abuse case. Other deputies are awaiting trial in a third case alleging JAIL brutality. The FBI's investigation into claims of misconduct and abuse in the county's jails upended the career of longtime SHERIFF LEE BACA, who stepped down in 2014, and led to the indictment of his former top aide on obstruction-of-justice charges. The investigation has so far resulted in the conviction of more than a dozen former SHERIFF'S officials. The new SHERIFF, Jim McDonnell, spent his first year in office working to reorganize the agency and to put in place reforms meant to increase accountability. joel.Rubin@latimes.com Twitter: @joelrubin

View▶

Unique Visitors:  2,074

1930.     **Los Angeles Times**  Newspaper    Market: Los Angeles, CA
            L.A. County jail abuse trial starts off with vastly different accounts of        Jan 20 2016 05:56AM
            what h                                                                             PT

The trial of two Los Angeles County SHERIFF'S deputies accused of assaulting a handcuffed inmate began Tuesday with attorneys for the deputies and federal prosecutors offering starkly different accounts of what occurred. The case is the latest in a series of prosecutions of deputies focused on allegations of misconduct and abuse inside the nation's largest JAIL

system. Joey Aguiar and Mariano Ramirez are charged with violating the civil rights of inmate Bret Phillips by beating him and then fabricating reports about the February 2009 incident. "It was an abuse of power. Attorneys for the men described a far different scenario, saying a combative Phillips left the deputies no choice but to subdue him. And the injuries Phillips suffered were greatly exaggerated by the prosecution's main witness, they said. Saying the force the deputies used was "entirely appropriate" to deal with a "violent and recalcitrant" Phillips, Aguiar's attorney, Evan Jenness, told jurors that a JAIL nurse's testimony and a video deputies shot of Phillips minutes after the incident would undermine the government's case. The trial focuses on a brief encounter nearly seven years ago when Phillips was being held in a special unit reserved for violent inmates or those who might be at risk of being targeted by other inmates. Both sides agree that Phillips was in custody after being arrested on a charge of domestic violence. But from there the stories diverge. According to Williams, Phillips grew frustrated after Aguiar handcuffed him to a waist chain and left him in his cell instead of taking him to another part of the JAIL. Phillips, she said, threw a milk carton, hitting Aguiar on his shoe. Shortly afterward, Phillips was removed from the cell and the pair of deputies attacked, slamming his head against the wall and delivering punches and blows with a flashlight, Williams said. "At no time did he fight. At no time did he resist," Williams said. A Catholic chaplain who often worked in the JAIL counseling inmates is expected to be the cornerstone of the government's case. Williams said the chaplain, Paulino Juarez, would testify that he witnessed the beating and that it left Phillips unconscious on the JAIL floor in a pool of blood. Knowing the chaplain had seen them, the deputies colluded to come up with a story that Phillips had tried to head-butt Aguiar and kicked at the deputies as they tried to subdue him, Williams said. "They got their stories straight. Remarkably straight. Verbatim straight," she told jurors. Jenness and Ramirez's attorney, Vicki Podberesky, responded with equally emphatic openings. Aguiar, they said, was escorting Phillips back to his cell after a visit to the JAIL'S medical clinic, when the inmate yelled out that he refused to go into the cell and tried to strike Aguiar with his head. The force the deputies used, the attorneys said, was only what was needed to gain control of Phillips and was commanded by a supervisor. They downplayed the significance of Phillips' injuries, at one point showing jurors a photo of small laceration on his forehead that Podberesky said was the worst he suffered. There was no pool of blood and Phillips was "alert and agitated" after he was subdued. JAIL records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memo by an attorney in the L.A. County district attorney's office who reviewed the beating. A nurse noted scrapes to both of Phillips' wrists and his left eyebrow, the attorney wrote. Last year, federal prosecutors won GUILTY verdicts or pleas from five deputies in another JAIL abuse case. Other deputies are awaiting trial in a third case alleging JAIL brutality. The FBI's investigation into claims of misconduct and abuse in the county's jails upended the career of longtime SHERIFF LEE BACA, who stepped down in 2014, and led to the indictment of his former top aide on obstruction-of-justice charges. The investigation has so far resulted in the conviction of more than a dozen former SHERIFF'S officials. The new SHERIFF, Jim McDonnell, spent his first year in office working to reorganize the agency and to put in place reforms meant to increase accountability. joel.Rubin@latimes.com Twitter: @joelrubin

View▶

Unique Visitors:  11,853,053

1931.    **Altadena Patch**  Online Only   Market: Los Angeles, CA

Trial Starts For L.A. County Deputies in Jailhouse Probe

Jan 20 2016 05:55AM PT

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs

employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors: 5,929,830

1932.    **Arcadia Patch**   Online Only   Market: Los Angeles, CA

Jan 20 2016 05:55AM PT

Trial Starts For L.A. County Deputies in Jailhouse Probe

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors: 5,929,830

1933.    **Glendora Patch**   Online Only   Market: Los Angeles, CA

Jan 20 2016 05:55AM

Trial Starts For L.A. County Deputies in Jailhouse Probe

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days. By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal. and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. More from Glendora Patch Walmart Closing 154 U.S. Stores In 2016: Full ListCalifornians Still Not Prepared for Major Earthquake 22 Years After NorthridgeEl Nino Looks Like a Late BloomerLove Travel?

View▶

Unique Visitors: 5,929,830

1934. La Canada Flintridge Patch  Online Only   Market: Los Angeles, CA

Trial Starts For L.A. County Deputies in Jailhouse Probe

Jan 20 2016 05:55AM PT

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the

jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors: 5,929,830

1935. **Monrovia Patch** Online Only   Market: Los Angeles, CA
Trial Starts For L.A. County Deputies in Jailhouse Probe

Jan 20 2016 05:55AM PT

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors: 5,929,830

1936. **Montrose Patch** Online Only   Market: Los Angeles, CA
Trial Starts For L.A. County Deputies in Jailhouse Probe

Jan 20 2016 05:55AM PT

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and

Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors:  5,929,830

1937.    **San Marino Patch**   Online Only   Market: Los Angeles, CA

Jan 20 2016 05:55AM PT

**Trial Starts For L.A. County Deputies in Jailhouse Probe**

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors:  5,929,830

1938.  **Sierra Madre Patch**   Online Only   Market: Los Angeles, CA

Jan 20 2016 05:55AM PT

**Trial Starts For L.A. County Deputies in Jailhouse Probe**

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried

by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors: 5,929,830

1939.  **South Pasadena Patch**  Online Only  Market: Los Angeles, CA

**Trial Starts For L.A. County Deputies in Jailhouse Probe**

Jan 20 2016 05:55AM PT

Joey Aguiar and Mariano Ramirez are two of nearly two-dozen current and former sheriffs employees to be tried by federal authorities By FRED SHUSTER City News Service LOS ANGELES (CNS) - Two Los Angeles County sheriffs deputies beat, kicked and pepper-sprayed a handcuffed, mentally ill inmate and then wrote false reports. to cover up their actions, a prosecutor told a jury Tuesday, but defense attorneys countered that the use of force was minimal and justified by the prisoners refusal to follow orders. Joey Aguiar and Mariano Ramirez are the latest of nearly two-dozen current and former sheriffs employees to be tried by federal authorities in connection with a probe into brutality and other misconduct in the department at a time when **LEE BACA** was **SHERIFF.** According to the indictment, Aguiar and Ramirez violated the civil rights of a defenseless Bret Phillips by assaulting him inside Mens Central **JAIL** on the morning of Feb. 11, 2009. Assistant U.S. Attorney Jennifer Williams told the jury that the inmate was handcuffed to a waist chain when he was smashed against a concrete wall, kicked and punched in the head and upper body, struck with a flashlight and pepper-sprayed in the face. A chaplain came forward the following day to say that he had seen the attack, Williams said. Deacon Paulino Juarez- who was at the **JAIL** that day pushing a cart laden with Bibles and other religious material for interested inmates- said under oath that he watched as deputies beat the inmate bloody, leaving a pool of blood on the floor, the prosecutor told the panel. Williams said Juarez will be among witnesses during the trial, which is expected to last about seven days.

View▶

Unique Visitors: 5,929,830

1940.  **Burbank Leader**  Online Only  Market: Los Angeles, CA

**In latest case of L.A. jail abuse, trial will focus on alleged beating of handcu**

Jan 19 2016 01:00PM PT

The trial of two Los Angeles County sheriffs deputies accused of assaulting a handcuffed inmate is scheduled to begin Tuesday, the latest in a series of prosecutions focused on allegations of misconduct and abuseinside the nation's largest **JAIL** system. Joey Aguiar and MarianoRamirez are accused of violating the civil rights of the inmate, Bret Phillips, by beating him in February 2009. Phillips had his hands shackled to a chain around his waist during the

attack, according to an indictment handed up by a grand jury nearly two years ago. The indictment accuses the deputies of kicking Phillips in the head and upper body, while Ramirez allegedly also struck him with a flashlight and pepper-sprayed him in the face. Aguiar and Ramirez also face charges of lying in reports they wrote about the incident to justify the force they used. The deputies allegedly claimed Phillips had to be forcefully restrained after he attempted to head-butt and kick Aguiar. **JAIL** records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memo by an attorney in the L.A. County district attorneys office who reviewed the beating. A nurse noted scrapes to both of Phillips wrists and his left eyebrow, the attorney wrote. The memo , a copy of which was obtained by the Times, provided additional details about the incident, which occurred in a unit of Men's Central **JAIL** that houses inmates thought to be particularly combative and dangerous. Aguiar and Ramirez punched Phillips as many as eight times in the rib area, and Ramirez struck the inmate two to three times in the leg and elbow with a flashlight, the memo said. It also named other deputies and a sergeant who allegedly were involved in the incident or wrote reports bolstering the idea that Phillips had been the aggressor. Neither has been paid as they awaited trial. The case was one of several that critics of the Sheriffs Department said exemplified the failure of top officials to adequately look into allegations of abuse and hold deputies accountable. **SHERIFF'S** officials initially rejected claims the deputies used excessive force on Phillips. The departments internal watchdog signed off on the department's findings. A second inquiry by a special **SHERIFF'S** Department task force launched in 2011 to review accusations of brutality in the jails submitted its investigation to the district attorney's office nearly a year after the legal deadline for filing criminal charges in state court, according to the district attorney's memo. Aguiar and Ramirez were not disciplined by the department in connection with the incident, a **SHERIFF'S** spokesman said. Last year, federal prosecutors won **GUILTY** verdicts or pleas from five deputies in another **JAIL** abuse case. Other deputies are awaiting trial in a third case alleging **JAIL** brutality. The FBI's wide-ranging probe into claims of misconduct and abuse in the county's jails upended the career of longtime **SHERIFF LEE BACA,** who stepped down in 2014, and led to the indictment of his former top aide on obstruction of justice charges. The investigation has so far resulted in the conviction of more than a dozen former **SHERIFF'S** officials on charges of obstruction and other crimes. The new **SHERIFF,** Jim McDonnell, spent his first year in office working to reorganize the large agency and to put in place reforms meant to increase accountability. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  842

1941.    **Glendale News Press** Newspaper   Market: Los Angeles, CA
In latest case of L.A. jail abuse, trial will focus on alleged beating of handcu                    Jan 19 2016 01:00PM PT

The trial of two Los Angeles County sheriffs deputies accused of assaulting a handcuffed inmate is scheduled to begin Tuesday, the latest in a series of prosecutions focused on allegations of misconduct and abuse inside the nation's largest **JAIL** system. Joey Aguiar and Mariano Ramirez are accused of violating the civil rights of the inmate, Bret Phillips, by beating him in February 2009. Phillips had his hands shackled to a chain around his waist during the attack, according to an indictment handed up by a grand jury nearly two years ago. The indictment accuses the deputies of kicking Phillips in the head and upper body, while Ramirez allegedly also struck him with a flashlight and pepper-sprayed him in the face. Aguiar and Ramirez also face charges of lying in reports they wrote about the incident to justify the force they used. The deputies allegedly claimed Phillips had to be forcefully restrained after he attempted to head-butt and kick Aguiar. **JAIL** records show Phillips suffered bruising and a cut

on his forehead but no fractures, according to a memoby an attorney in the L.A. County district attorneys office who reviewed the beating. A nurse noted scrapes to both of Phillips wrists and his left eyebrow, the attorney wrote. The memo , a copy of which was obtained by the Times, provided additional details about the incident, which occurred in a unit of Men's Central **JAIL** that houses inmates thought to be particularly combative and dangerous. Aguiar and Ramirez punched Phillips as many as eight times in the rib area, and Ramirez struck the inmate two to three times in the leg and elbow with a flashlight, the memo said. It also named other deputies and a sergeant who allegedly were involved in the incident or wrote reports bolstering the idea that Phillips had been the aggressor. Neither has been paid as they awaited trial. The case was one of several that critics of the Sheriffs Department said exemplified the failure of top officials to adequately look into allegations of abuse and hold deputies accountable. **SHERIFF'S** officials initially rejected claims the deputiesused excessive force on Phillips. The departments internal watchdog signed off on the department's findings. A second inquiry by a special **SHERIFF'S** Department task force launched in 2011 to review accusations of brutality in the jailssubmitted its investigation to the district attorney's office nearly a year after the legal deadline for filing criminal charges in state court, according to the district attorney's memo. Aguiar and Ramirez were not disciplined by the department in connection with the incident, a **SHERIFF'S** spokesman said. Last year, federal prosecutors won **GUILTY** verdicts or pleas from five deputies in another **JAIL** abuse case. Other deputies are awaiting trial in a third case alleging **JAIL** brutality. The FBI's wide-ranging probe into claims of misconduct and abuse in the county's jails upendedthe career of longtime **SHERIFF LEE BACA,** who stepped down in 2014, and led to the indictment of his former top aide on obstruction of justice charges. The investigation has so far resulted in the conviction of more than a dozen former **SHERIFF'S** officials on charges of obstruction and other crimes. The new **SHERIFF,** Jim McDonnell, spent his first year in office working to reorganize the large agency and to put in place reforms meant to increase accountability. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  10,769

1942. **La Canada Valley Sun** Newspaper   Market: Los Angeles, CA
In latest case of L.A. jail abuse, trial will focus on alleged beating of handcu

Jan 19 2016 01:00PM PT

The trial of two Los Angeles County sheriffs deputies accused of assaulting a handcuffed inmate is scheduled to begin Tuesday, the latest in a series of prosecutions focused on allegations of misconduct and abuseinside the nation's largest **JAIL** system. Joey Aguiar and MarianoRamirez are accused of violating the civil rights of the inmate, Bret Phillips, by beating him in February 2009. Phillips had his hands shackled to a chain around his waist during the attack, according to an indictment handed upby a grand jury nearly two years ago. The indictment accuses thedeputiesof kicking Phillips in the head and upper body, while Ramirez allegedly also struck him with a flashlight and pepper-sprayed him in the face. Aguiar and Ramirez also face charges of lying in reports they wrote about the incident to justify the force they used. The deputies allegedly claimed Phillips had to be forcefully restrained after he attempted to head-butt and kick Aguiar. **JAIL** records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memoby an attorney in the L.A. County district attorneys office who reviewed the beating. A nurse noted scrapes to both of Phillips wrists and his left eyebrow, the attorney wrote. The memo , a copy of which was obtained by the Times, provided additional details about the incident, which occurred in a unit of Men's Central **JAIL** that houses inmates thought to be particularly combative and dangerous. Aguiar and Ramirez punched Phillips as many as eight times in the rib area, and Ramirez struck the inmate two to

three times in the leg and elbow with a flashlight, the memo said. It also named other deputies and a sergeant who allegedly were involved in the incident or wrote reports bolstering the idea that Phillips had been the aggressor. Neither has been paid as they awaited trial. The case was one of several that critics of the Sheriffs Department said exemplified the failure of top officials to adequately look into allegations of abuse and hold deputies accountable. **SHERIFF'S** officials initially rejected claims the deputiesused excessive force on Phillips. The departments internal watchdog signed off on the department's findings. A second inquiry by a special **SHERIFF'S** Department task force launched in 2011 to review accusations of brutality in the jailssubmitted its investigation to the district attorney's office nearly a year after the legal deadline for filing criminal charges in state court, according to the district attorney's memo. Aguiar and Ramirez were not disciplined by the department in connection with the incident, a **SHERIFF'S** spokesman said. Last year, federal prosecutors won **GUILTY** verdicts or pleas from five deputies in another **JAIL** abuse case. Other deputies are awaiting trial in a third case alleging **JAIL** brutality. The FBI's wide-ranging probe into claims of misconduct and abuse in the county's jails upendedthe career of longtime **SHERIFF LEE BACA,** who stepped down in 2014, and led to the indictment of his former top aide on obstruction of justice charges. The investigation has so far resulted in the conviction of more than a dozen former **SHERIFF'S** officials on charges of obstruction and other crimes. The new **SHERIFF,** Jim McDonnell, spent his first year in office working to reorganize the large agency and to put in place reforms meant to increase accountability. joel.rubin@latimes.com Find me on Twitter: @joelrubin

View▶

Unique Visitors:  2,309

1943.    **Laguna Beach Coastline Pilot** Newspaper    Market: Los Angeles, CA
In latest case of L.A. jail abuse, trial will focus on alleged beating of handcu    Jan 19 2016 01:00PM PT

The trial of two Los Angeles County sheriffs deputies accused of assaulting a handcuffed inmate is scheduled to begin Tuesday, the latest in a series of prosecutions focused on allegations of misconduct and abuseinside the nation's largest **JAIL** system. Joey Aguiar and MarianoRamirez are accused of violating the civil rights of the inmate, Bret Phillips, by beating him in February 2009. Phillips had his hands shackled to a chain around his waist during the attack, according to an indictment handed upby a grand jury nearly two years ago. The indictment accuses thedeputiesof kicking Phillips in the head and upper body, while Ramirez allegedly also struck him with a flashlight and pepper-sprayed him in the face. Aguiar and Ramirez also face charges of lying in reports they wrote about the incident to justify the force they used. The deputies allegedly claimed Phillips had to be forcefully restrained after he attempted to head-butt and kick Aguiar. **JAIL** records show Phillips suffered bruising and a cut on his forehead but no fractures, according to a memoby an attorney in the L.A. County district attorneys office who reviewed the beating. A nurse noted scrapes to both of Phillips wrists and his left eyebrow, the attorney wrote. The memo , a copy of which was obtained by the Times, provided additional details about the incident, which occurred in a unit of Men's Central **JAIL** that houses inmates thought to be particularly combative and dangerous. Aguiar and Ramirez punched Phillips as many as eight times in the rib area, and Ramirez struck the inmate two to three times in the leg and elbow with a flashlight, the memo said. It also named other deputies and a sergeant who allegedly were involved in the incident or wrote reports bolstering the idea that Phillips had been the aggressor. Neither has been paid as they awaited trial. The case was one of several that critics of the Sheriffs Department said exemplified the failure of top officials to adequately look into allegations of abuse and hold deputies accountable. **SHERIFF'S** officials initially rejected claims the deputiesused excessive force on Phillips. The departments internal