# EXHIBIT 4

# EXHIBIT 4

MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman, Bar No. 139137
nathan.hochman@morganlewis.com
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66(A) - PA<br><br>DECLARATION OF LISA REGEHR IN SUPPORT OF DEFENDANT LEROY BACA'S MOTION TO CHANGE VENUE |

## DECLARATION OF LISA C. REGEHR

I, Lisa Regehr, under penalty of perjury, hereby declare as follows:

1.      I am over eighteen years of age, and I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called upon to testify before this Court I would do so to the same effect.

2.      I am President of Cutaway Media, which produced the report attached as Exhibit 3 to Leroy Baca's Motion to Change Venue.

3.      Cutaway Video Clips, Inc., has been in business for the past 19 years, and we do business as Cutaway Media.  Cutaway Media is a member of News Data Service, Inc., which tracks and compiles broadcast and print media across the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB1/ 88941045.2

CR 16-66(A) - PA

Exh. 4, Pg. 001528

nation in a central database.

4.    It is through our affiliation with News Data Service, Inc., that we are able to retrieve the presented data using specified date ranges and keywords provided by our clients to compile news media stories from specific regional markets. For this report, our research was limited to media outlets located in Los Angeles County.

5.    The broadcast and radio text data is archived indefinitely on Tulsa Connect servers.

6.    The data presented in the report is a true reading of the closed captioning from television broadcasts, a fairly accurate transcription of radio broadcasts, and reprinted directly from print media's online sources as they appeared at the time of posting.

7.    The viewership and listernship data for broadcast media is calculated by Nielsen Media Research, to which we subscribe.

8.    The unique readership numbers for print media online outlets is compiled by Compete and Alexa Traffic Rankings. We subscribe to both.

Under penalties of perjury under the laws of the United States of America and the State of California, I declare that the foregoing is true and correct to my own knowledge, except as to those matters stated on information and belief, and that as to such matters I believe to be true.

DATED this _____ day of September, 2016.

By: _Lisa C. Regehr_____
Lisa C. Regehr

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB1/ 88941045.2

2

CR 16-66(A) - PA