# EXHIBIT 5

# EXHIBIT 5



KENDALL'S BRASSERIE
POWER LUNCH & EN SOIREE DINNER
TWO COURSE FROM $25    LEARN MORE >

FEATURED

# Urban Scrawl on Former Sheriff Lee Baca's Fall

by Doug Davis    Feb 12, 2016



by Doug Davis

Exh.5, Pg. 001530