# EXHIBIT 7

# EXHIBIT 7



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Eddie A. Jauregui*
*Phone: (213) 894-4849*
*E-mail: eddie.jauregui@usdoj.gov*

*1200 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

September 9, 2016

<u>VIA US MAIL</u>

Nathan Hochman, Esq.
Morgan, Lewis & Bockius LLP
1601 Cloverfield Blvd, Suite 2050 North
Santa Monica, CA 90404

   Re: <u>United States v. Leroy Baca</u>
     No. CR16-0066(A)-PA

Dear Mr. Hochman:

  Enclosed is 1 DVD disc containing the following discovery materials. The password for the disc will be sent separately. The materials are described as follows:

| First Bates | Last Bates | Description |
|---|---|---|
| A141156 | A141187 | USAO press releases in LASD cases |

  Additionally, below you will find links to various press conferences by the U.S. Attorney's Office concerning the LASD cases or defendant Baca's case specifically:

| Link | Description |
|---|---|
| https://www.youtube.com/watch?v=RqjoMHxf9GY | 18 LA Sheriff's Deputies Face Charges for Alleged Corruption and Civil Rights Abuses, July 31, 2015 |
| https://www.youtube.com/watch?v=8ezzcZuBjd4 | Former Los Angeles Sheriff to be Imprisoned for Lying to Investigators in Jail Probe, Feb. 10, 2016 |
| https://www.youtube.com/watch?v=Qnbd88UuhpI | EX-LA Sheriff to Plead Guilty in Corruption Case, Feb. 10, 2016 |

Nathan Hochman, Esq.
September 8, 2016
Page 2

| https://www.youtube.com/watch?v=MnTmZZEJRkM | Former Sheriff Facing Prison Time After Admitting to Lies During Federal Investigation, Feb. 10, 2016 |
|---|---|

       Please let me know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

EDDIE A. JAUREGUI
Assistant United States Attorney

*Enclosures*