Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:    +1.310.907.1000
Fax:   +1.310.907.1001
e-mail:  nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Attorneys for Defendant
LEROY BACA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66 (A) - PA<br><br>**CERTIFICATE OF SERVICE FOR LEROY BACA'S MOTION TO CHANGE VENUE** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2016, I caused a copy of **DEFENDANT LEROY BACA'S NOTICE OF MOTION AND MOTION TO CHANGE VENUE AND EXHIBITS 1-7** to be served upon all counsel in this case by way of the Court's CM/ECF system.

Dated:   September 26, 2016                MORGAN, LEWIS & BOCKIUS LLP


By */s/ Nathan J. Hochman*
Nathan J. Hochman
Attorneys for Defendant
LEROY BACA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30648943.1

DB2/ 30648943.2

CERTIFICATE OF SERVICE FOR LEROY
BACA'S MOTION TO CHANGE VENUE
CASE NO. CR 16-66 (A) - PA