Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:  +1.310.907.1000
Fax:  +1.310.907.1001
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Attorneys for Defendant
LEROY BACA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          vs.<br><br>LEROY BACA,<br><br>                              Defendant. | Case No. CR 16-66 (A) - PA<br><br>**DECLARATION OF NATHAN J. HOCHMAN IN SUPPORT OF DEFENDANT LEROY BACA'S MOTION TO CHANGE VENUE** |
|---|---|

## <u>DECLARATION OF NATHAN J. HOCHMAN</u>

I, Nathan J. Hochman, declare and state as follows:

1. I am attorney licensed to practice law in the State of California and before this court.  I am a partner in the law firm in the law firm Morgan, Lewis, Bockius, LLP, counsel of record for Defendant Leroy Baca ("Mr. Baca") in the above-captioned matter.  I make this declaration in support of Mr. Baca's Motion to Change Venue.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30648943.1

DB2/ 30648943.2

1

2. I have personal knowledge of the matters stated herein, except where stated otherwise, and could and would competently testify thereto if called upon to do so.

3. Attached to the Motion to Change Venue is a true and correct copy of the Los Angeles County Sheriff Election Results as **Exhibit 1**.

4. Attached to the Motion to Change Venue is a true and correct copy of the California Secretary of State Report of Registration as **Exhibit 2**.

5. Attached to the Motion to Change Venue is a true and correct copy of the Media Coverage Report by Cutaway Media as **Exhibit 3**.

6. Attached to the Motion to Change Venue is a true and correct copy of the Declaration of Lisa Regehr as **Exhibit 4**.

7. Attached to the Motion to Change Venue is a true and correct copy of the *L.A. Downtown News*, Urban Scrawl (Feb. 12, 2016) as **Exhibit 5**.

8. Attached to the Motion to Change Venue is a true and correct copy of the USAO Press Releases in this case as **Exhibit 6**.

9. Attached to the Motion to Change Venue is a true and correct copy of the Letter from USAO in this case as **Exhibit 7**.

///

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30648943.1

DB2/ 30648943.2

2

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
TO CHANGE VENUE
CASE NO. CR 16-66 (A) - PA

I hereby certify that this affidavit is made in good faith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2016, at Santa Monica, California.

/s/ *Nathan J. Hochman*
NATHAN J. HOCHMAN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30648943.1

DB2/ 30648943.2

3

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
TO CHANGE VENUE
CASE NO. CR 16-66 (A) - PA

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, I caused a copy of **DECLARATION NATHAN J. HOCHMAN IN SUPPORT OF DEFENDANT LEROY BACA'S MOTION TO CHANGE VENUE** to be served upon all counsel in this case by way of the Court's CM/ECF system.

Dated:   September 26, 2016

MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Nathan J. Hochman*
Nathan J. Hochman
Attorneys for Defendant
LEROY BACA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30648943.1

DB2/ 30648943.2

4

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
TO CHANGE VENUE
CASE NO. CR 16-66 (A) - PA