Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001
e-mail:  nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Attorneys for Defendant
LEROY BACA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66 (A) - PA<br><br>**DECLARATION OF NATHAN J. HOCHMAN IN SUPPORT OF DEFENDANT LEROY BACA'S MOTION FOR DISQUALIFICATION PURSUANT TO 28 U.S.C. §§ 144, 455, AND GENERAL ORDER 14-03** |

## DECLARATION OF NATHAN J. HOCHMAN

I, Nathan J. Hochman, declare and state as follows:

1.  I am attorney licensed to practice law in the State of California and before this court.  I am a partner in the law firm in the law firm Morgan, Lewis, Bockius, LLP, and counsel of record for Defendant Leroy Baca ("Mr. Baca") in the above-captioned matter.  I make this declaration in support of Mr. Baca's Motion for Disqualification of U.S. District Judge Percy Anderson pursuant to 28 U.S.C. §§ 144, 455, and General Order 14-03.

DB2/ 30648943.1

DB2/ 30648943.2

1

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
FOR DISQUALIFICATION
CASE NO. CR 16-66 (A) - PA

2.      This declaration shall serve as my affidavit under 28 U.S.C. § 144 which incorporates by reference the facts and reasons for the belief that bias and prejudice exists concerning U.S. District Judge Percy Anderson as set forth and detailed in the Memorandum of Points and Authorities submitted in connection with the Motion for Disqualification U.S. District Judge Percy Anderson pursuant to 28 U.S.C. §§ 144, 455, and General Order 14-03 and the accompanying exhibits to this declaration.

3.  I have personal knowledge of the matters stated herein, except where stated otherwise, and could and would competently testify thereto if called upon to do so.

4.  Attached is a true and correct copy of the July 18, 2016 Sentencing Hearing transcript as **Exhibit 1**.

5.  I hereby certify that it is my good faith belief that the statements, conclusions and personal opinions of the Honorable Percy Anderson contained in the attached Sentencing Hearing transcript, **Exhibit 1**, would convince a reasonable person that an appearance of bias exists.

6.  I hereby certify that it is my good faith belief that the statements, conclusions and personal opinions of the Honorable Percy Anderson contained in the attached Sentencing Hearing transcript, **Exhibit 1**, create an appearance that the impartiality of the district judge might reasonably be questioned.

7.  Attached is a true and correct copy of the Foreword, Independent Comm'n

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30648943.1

DB2/ 30648943.2

2

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
FOR DISQUALIFICATION
CASE NO. CR 16-66 (A) - PA

on the Los Angeles Police Dep't, Report of the Independent Commission on the Los Angeles Police Department (1991) as **Exhibit 2**.

I hereby certify that this affidavit is made in good faith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2016, at Santa Monica, California.

/s/     Nathan J. Hochman
NATHAN J. HOCHMAN

DB2/ 30648943.1

DB2/ 30648943.2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

3

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
FOR DISQUALIFICATION
CASE NO. CR 16-66 (A) - PA

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, I caused a copy of **DECLARATION NATHAN J. HOCHMAN IN SUPPORT OF DEFENDANT LEROY BACA'S MOTION FOR DISQUALIFICATION PURSUANT TO 28 U.S.C. §§ 144, 455, AND GENERAL ORDER 14-03** to be served upon the following counsel in the matter described below:

Via the Court's CM/ECF system:

Nathan J. Hochman

Nathan.Hochman@morganlewis.com

---

Attorney for Defendant Leroy Baca

DB2/ 30648943.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

4

DB2/ 30648943.2

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT LEROY BACA'S MOTION
FOR DISQUALIFICATION
CASE NO. CR 16-66 (A) - PA