Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.255.9025
Fax:   +1.310.907.2025
e-mail:  nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Attorneys for Defendant
LEROY BACA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 16-66(A) - PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT LEROY BACA'S MOTION FOR DISQUALIFICATION OF UNITED STATES DISTRICT JUDGE PERCY ANDERSON PURSUANT TO 28 U.S.C. §§ 144, 455, AND GENERAL ORDER 14-03 |
| v. | |
| LEROY BACA, | |
| Defendant. | |

The Court, having considered all the pleadings on file, declarations and exhibits, and any oral argument the Court receives at a hearing, regarding the motion of Defendant Leroy Baca to disqualify the Honorable Percy Anderson from serving as the district judge in this criminal action, hereby grants Defendant's motion.

Accordingly, the Court hereby ORDERS that the case be promptly reassigned to a new district judge in order to keep the present trial date of

December 6, 2016.

      IT IS SO ORDERED.

Dated: _____

                            Signed: _____

                            The Hon. _____, United States District Judge

2

[PROPOSED] ORDER RE DEFENDANT
LEROY BACA'S MOTION FOR
DISQUALIFICATION;
CASE NO. CR 16-66(A) - PA