Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:    +1.310.255.9025
Fax:    +1.310.907.2025
e-mail:  nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Attorneys for Defendant
LEROY BACA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66 (A) - PA<br><br>**DECLARATION OF NATHAN J. HOCHMAN IN SUPPORT OF DEFENDANT LEROY BACA'S MOTION TO RECUSE BRANDON FOX FROM SERVING AS A PROSECUTOR AND A WITNESS AT TRIAL** |

## DECLARATION OF NATHAN J. HOCHMAN

I, Nathan J. Hochman, declare and state as follows:

1.     I am attorney licensed to practice law in the State of California and before this court.  I am a partner in the law firm in the law firm Morgan, Lewis, Bockius, LLP, and counsel of record for Defendant Leroy Baca ("Mr. Baca") in the above-captioned matter.  I make this declaration in support of Mr. Baca's Motion to Recuse Brandon Fox from Serving as a Prosecutor and a Witness at Trial.

2.  I have personal knowledge of the matters stated herein, except where stated otherwise, and could and would competently testify thereto if called upon to do so.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30658598.1

1

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT SHERRIFF LEROY BACA'S
MOTION TO RECUSE BRANDON FOX CR
16-66 (A) - PA

3.  Attached is a true and correct copy of a December 7, 2012 letter from Assistant United States Attorney Robert E. Dugdale, to Sheriff Leroy Baca as **Exhibit 1**.

4.  Attached is a true and correct redacted copy of a report of a December 28, 2012 interview of Captain Tom Carey as **Exhibit 2**.

5.  Attached is a true and correct copy of an email exchange between April 3, 2013 and April 8, 2013 between Assistant United States Attorney Brandon Fox and Mr. Baca's former counsel with the Jones Day law firm as **Exhibit 3**.

6.  Attached is a true and correct copy of an email exchange between March 21, 2013 and March 26, 2013, between Assistant United States Attorney Brandon Fox and Mr. Baca's former counsel with the Jones Day law firm as **Exhibit 4.**

7.  Attached is a true and correct copy of an April 10, 2013 non-target letter from Assistant United States Attorney Brandon Fox to Mr. Baca's former counsel with the Jones Day law firm as **Exhibit 5**.

8.  Based on my training and experience which includes seven years as an Assistant United States Attorney for the Central District of California and approximately 20 years as a criminal defense counsel primarily practicing in the Central District of California representing witnesses, subjects and targets in government investigations and trials, I am aware that the U.S. Attorney's Office for the Central District of California regularly sends defense counsel a letter when potential conflicts of interest arise among that lawyer's clients in an investigation that contains the following type of language:

"We [the U.S. Attorney's Office for the Central District of California] are concerned that the above facts pose a potential conflict of interest in your law firm's representation of [client] in this criminal matter going forward.  We are also cognizant of the government's obligation to avoid any interference with [client's] right to the counsel of his choice under the Sixth Amendment.  We

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30658598.1

2

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT SHERRIFF LEROY BACA'S
MOTION TO RECUSE BRANDON FOX
CASE NO. CR 16-66 (A) - PA

note, however, that the Sixth Amendment right to counsel of one's choice can be limited by conflicts of interest. *See, e.g., United States v. Wheat*, 813 F.2d 1399, 1402 (9th Cir. 1987) ("[T]he Sixth Amendment also guarantees each criminal defendant the right to assistance of counsel unhindered by a conflict of interest."). For these reasons, we first raise with you our concerns regarding potential conflicts of interest and request that you provide us with information sufficient to demonstrate either that there are no conflicts of interest or that [client] has been fully advised regarding potential conflicts of interest and has, after consultation with independent counsel, knowingly and intelligently waived his right to conflict-free counsel. *Lockhart v. Terhue*, 250 F.3d 1223, 1229 (9th Cir. 2001)."

9. Attached is a true and correct copy of an excerpt from the April 12, 2013 interview of Mr. Baca as **Exhibit 6**. It is my understanding that the interview lasted that day for more than four and one half hours from 1:57 pm to 6:43 p.m.

10. Attached is a true and correct copy of an excerpt from the December 7, 2012 interview of Alexander Yim as **Exhibit 7**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2016, at Santa Monica, California.

/s/    Nathan J. Hochman
NATHAN J. HOCHMAN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30658598.1

3

DECL. OF NATHAN J. HOCHMAN ISO
DEFENDANT SHERRIFF LEROY BACA'S
MOTION TO RECUSE BRANDON FOX
CASE NO. CR 16-66 (A) - PA