# Exhibit 1



**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

Robert E. Dugdale
Assistant United States Attorney
Chief, Criminal Chief
(213) 894-4685

1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

December 7, 2012

BY E-MAIL THROUGH COUNSEL
Leroy D. Baca, Sheriff
Los Angeles County Sheriff's Department
4700 Ramona Blvd.
Monterey Park, CA 91754

Dear Sheriff Baca –

I am writing to advise you that the United States Attorney's Office and the Federal Bureau of Investigation are investigating allegations that members of the Los Angeles County Sheriff's Department committed federal criminal violations, including but not limited to violating inmates' right to liberty and right to due process, by causing certain inmates to be detained past their lawful date of release under color of law. In order to avoid issues that occur when multiple entities conduct separate investigations of the same allegations, we request that LASD hold its criminal investigation and any administrative proceedings in abeyance while the federal criminal investigation is pending. Additionally, we ask LASD to preserve all documents and electronic records that in any way relate to these allegations. Should there be any questions about whether our investigation into this matter is still pending, a designated representative of LASD should contact Brandon Fox at 213-894-0284. It is my understanding that any contacts between the federal government and LASD with respect the pendency of the investigation will be authorized by LASD and its counsel pursuant to the rules concerning communications with represented parties.

Thank you for your attention to this matter.

Very truly yours,

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
Central District of California

cc:    André Birotte, Jr.
       AUSA Brandon Fox
       AUSA Liz Rhodes

CONFIDENTIAL

LASD-BACA_0017
Exhibit 1, Page 5

# Exhibit 2

FD-302 (Rev. 5-8-10)

- 1 of 15 -

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     02/27/2013

### DOCUMENT RESTRICTED TO CASE PARTICIPANTS

This document contains information that is restricted to case participants.

Captain TOM CAREY [WILLIAM T. CAREY] (CAREY) from the Los Angeles Sheriff's Department (LASD), was interviewed in a conference room on the 13th floor at the United States Attorney's Office (USAO) located at 312 North Spring Street, Los Angeles, California (CA), in the presence of his attorney BEONG KIM (KIM) of Jones Day law firm.  Also Present and participating in the interview was Assistant United States Attorney (AUSA) BRANDON FOX (FOX) and AUSA LIZABETH RHODES (RHODES).

FOX stepped out of the room for a moment.  While he was out, RHODES explained the purpose of the meeting and gave KIM a proffer letter for him to review with his client and sign.  RHODES explained to CAREY the interview was voluntary and he was free to leave at any time.  CAREY was also given a "non target letter" and RHODES explained the details of the letter.  Sometime after RHODES' initial introduction, FOX re-entered the room.  CAREY stated he understood the details contained in the proffer letter and non target letter and voluntarily provided the following information:

# Redacted

---

Investigation on   12/28/2012   at   Los Angeles, California, United States (In Person)

Redacted

Date drafted   01/23/2013

by   Ana L. Miller, DAHLE DAVID N

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit 2, Page 7

A74343

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of Tom Carey _____ , On  12/28/2012 , Page  12 of 15

Investigation of SA Leah Marx:

    BACA held a meeting with TANAKA, CAREY, and LEAVINS.  Sergeant [MARICELA] LONG (LONG) and CRAIG may have also been there.  BACA said he tried to obtain information from the FBI with no avail.  BACA instructed ICIB to try and interview MARX and said, "Just don't put handcuffs on her."  It is possible LONG and CRAIG may have talked to TANAKA about the MARX investigation without CAREY's knowledge.

# Redacted

Exhibit 2, Page 8

A74354

# Exhibit 3



RE: next week
Fox, Brandon (USACAC)
to:
Beong Kim
04/08/2013 02:52 PM
Cc:
"bhershman@JonesDay.com", "Rhodes, Lizabeth (USACAC)", "Carter, Margaret L. (USACAC)"
Hide Details
From: "Fox, Brandon (USACAC)" <Brandon.Fox@usdoj.gov>
To: Beong Kim <bkim@jonesday.com>
Cc: "bhershman@JonesDay.com" <bhershman@JonesDay.com>, "Rhodes, Lizabeth (USACAC)" <Lizabeth.Rhodes@usdoj.gov>, "Carter, Margaret L. (USACAC)" <Maggie.Carter@usdoj.gov>

Great. Please try Liz's office.

**From:** Beong Kim [mailto:bkim@jonesday.com]
**Sent:** Monday, April 08, 2013 2:30 PM
**To:** Fox, Brandon (USACAC)
**Cc:** bhershman@JonesDay.com; Rhodes, Lizabeth (USACAC); Carter, Margaret L. (USACAC)
**Subject:** RE: next week

Yes. We'll try you then.



**Beong-Soo Kim**

555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071, U.S.A.

**DIRECT** (213) 243-2503 · **FAX** (213) 243-2539
bkim@jonesday.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Please consider the environment before printing this email.

| | |
|---|---|
| From: | "Fox, Brandon (USACAC)" <Brandon.Fox@usdoj.gov> |
| To: | Beong Kim <bkim@jonesday.com> |
| Cc: | "bhershman@JonesDay.com" <bhershman@JonesDay.com>, "Rhodes, Lizabeth (USACAC)" <Lizabeth.Rhodes@usdoj.gov>, "Carter, Margaret L. (USACAC)" <Maggie.Carter@usdoj.gov> |
| Date: | 04/08/2013 01:25 PM |
| Subject: | RE: next week |

Can we try for 3:00?

CONFIDENTIAL

LASD-BACA_0022
Exhibit 3, Page 10

**From:** Beong Kim [mailto:bkim@jonesday.com]
**Sent:** Monday, April 08, 2013 11:05 AM
**To:** Fox, Brandon (USACAC)
**Cc:** bhershman@JonesDay.com; Rhodes, Lizabeth (USACAC); Carter, Margaret L. (USACAC)
**Subject:** Re: next week

Is there a time this afternoon when we could call all of you?

Beong

**Beong-Soo Kim**



555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071, U.S.A.

**DIRECT** (213) 243-2503 · **FAX** (213) 243-2539
bkim@jonesday.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Please consider the environment before printing this email.

| | |
|---|---|
| From: | "Fox, Brandon (USACAC)" <Brandon.Fox@usdoj.gov> |
| To: | "bhershman@JonesDay.com" <bhershman@JonesDay.com>, "Beong Kim (bkim@jonesday.com)" <bkim@jonesday.com> |
| Cc: | "Rhodes, Lizabeth (USACAC)" <Lizabeth.Rhodes@usdoj.gov>, "Carter, Margaret L. (USACAC)" <Maggie.Carter@usdoj.gov> |
| Date: | 04/03/2013 01:02 PM |
| Subject: | next week |

Brian and Beong – Hope you are enjoying the week off without doing too much work. When you get back, Liz, Maggie, and I would like to meet with you before Friday of next week to discuss some ground rules for the interview. Please let us know when you are available.

Thanks.

==========

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without

CONFIDENTIAL

LASD-BACA_0023
Exhibit 3, Page 11

copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

CONFIDENTIAL                                                        LASD-BACA_0024
                                                                         Exhibit 3, Page 12

# Exhibit 4

Page 1 of 4

 RE: Fw: baca interview
Rhodes, Lizabeth (USACAC)
to:
Beong Kim, Fox, Brandon (USACAC), Brian Hershman, Carter, Margaret L. (USACAC)
03/26/2013 06:03 PM
Hide Details
From: "Rhodes, Lizabeth (USACAC)" <Lizabeth.Rhodes@usdoj.gov>
To: Beong Kim <bkim@jonesday.com>, "Fox, Brandon (USACAC)"
<Brandon.Fox@usdoj.gov>, Brian Hershman <bhershman@JonesDay.com>, "Carter,
Margaret L. (USACAC)" <Maggie.Carter@usdoj.gov>
History: This message has been replied to and forwarded.

Beong,

The following individuals will be attending the interview:

Brandon Fox
Margaret Carter
Jason Dalton
David Dahle and
Lizabeth Rhodes

If you need more information please let me know.

Thanks

**From:** Beong Kim [mailto:bkim@jonesday.com]
**Sent:** Thursday, March 21, 2013 2:22 PM
**To:** Fox, Brandon (USACAC); Brian Hershman; Chung, Cindy (CRT); Rhodes, Lizabeth (USACAC)
**Subject:** Re: Fw: baca interview

P.S. Please let us know, anytime before the meeting, who will be attending from your side, in order to clear them with security downstairs. Thanks.

 **Beong-Soo Kim**

555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071, U.S.A.

**DIRECT** (213) 243-2503 · **FAX** (213) 243-2539
bkim@jonesday.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Please consider the environment before printing this email.

From:    Beong Kim/JonesDay
To:      "Fox, Brandon (USACAC)" <Brandon.Fox@usdoj.gov>, "Rhodes, Lizabeth (USACAC)" <Lizabeth.Rhodes@usdoj.gov>,
         cindy.chung@usdoj.gov
Cc:      Brian Hershman/JonesDay@JonesDay
Date:    03/21/2013 02:19 PM

CONFIDENTIAL
LASD-BACA_0018
Exhibit 4, Page 14

Page 2 of 4

Subject: Fw: baca interview

Brandon and Liz,

Sheriff Baca has now confirmed that he will be available to be interviewed by you on April 12 between 2 and 5pm.
Per our earlier discussion, Jones Day is happy to host the interview. Please be sure to park under our building if
you'd like us to validate you. Thank you for accommodating his and our schedules.

Beong



**Beong-Soo Kim**

555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071, U.S.A.

**DIRECT** (213) 243-2503 · **FAX** (213) 243-2539
bkim@jonesday.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in
this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under
the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Please consider the environment before printing this email.

----- Forwarded by Beong Kim/JonesDay on 03/21/2013 02:16 PM -----

From:      "Fox, Brandon (USACAC)" <Brandon.Fox@usdoj.gov>

To:        Beong Kim <bkim@jonesday.com>

Cc:        "Rhodes, Lizabeth (USACAC)" <Lizabeth.Rhodes@usdoj.gov>, Brian Hershman <bhershman@JonesDay.com>

Date:      03/18/2013 05:47 PM

Subject:   RE: baca interview

We're available April 8 in the afternoon, April 9, and April 12. Let us know what works.

**From:** Beong Kim [mailto:bkim@jonesday.com]
**Sent:** Monday, March 18, 2013 9:56 AM
**To:** Fox, Brandon (USACAC)
**Cc:** Rhodes, Lizabeth (USACAC); Brian Hershman
**Subject:** Re: baca interview

Unfortunately, those dates don't work for Brian and me, but let's discuss. I'm in DC on March 29, and the
following week is spring break for Brian's and my (respective) kids, so we were both planning to be out then. That

**CONFIDENTIAL**                                                       **LASD-BACA_0019**
                                                                                           Exhibit 4, Page 15

# Exhibit 5



**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

---

Brandon D. Fox
Assistant United States Attorney
Telephone: (213) 894-0284
Facsimile: (213) 894-0141
Email: brandon.fox@usdoj.gov

United States Courthouse
312 North Spring Street
Los Angeles, California  90012

April 10, 2013

Beong Kim
Jones Day
555 Flower Street
Fiftieth Floor
Los Angeles, CA
bkim@jonesday.com

Re:    **Leroy Baca**

Dear Mr. Kim:

You have inquired whether this office would provide your client, Leroy Baca, with a non-target letter in connection with the investigation of alleged civil rights and obstruction of justice violations within the Los Angeles County Sheriff's Department.  As you are aware, in the context of a criminal investigation, a "target" is a person who is linked by substantial evidence to the commission of a crime and who, in the prosecutor's judgment, is likely to be charged.  This will confirm that this Office does not presently view Mr. Baca as a target of its investigation of the Los Angeles County Sheriff's Department.  This assessment is based on the information we have obtained to date, of course, and therefore could change in the event that new and different information regarding Mr. Baca comes to our attention.

*Copy provided to Jones Day*

Exhibit 5, Page 17

Other than the matters set forth in this letter, this office has made no other representations or promises to you concerning this investigation.

Very truly yours,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BRANDON D. FOX
Assistant United States Attorney
Public Corruption and Civil Rights Section

2

# Exhibit 6

Capital Reporting Company
Interview of Leroy Baca  04-12-2013

INTERVIEW

OF

LEROY BACA

Conducted by Special Agent Jason Dalton

Friday, April 12, 2013

1:57 p.m.

Law Offices of Jones Day

Los Angeles, California

Case No. DJ No. 144-12C-4079

CONFIDENTIAL

LASD-BACA_0116
Exhibit 6, Page 20

Capital Reporting Company
Interview of Leroy Baca  04-12-2013

2

A P P E A R A N C E S

Jason Dalton, Special Agent

Leroy Baca, Interviewee

Margaret Carter

David Dolly

Brandon Fox

Brian Hershman

Byong Kim

Elizabeth Rhodes

CONFIDENTIAL

LASD-BACA_0117
Exhibit 6, Page 21

Capital Reporting Company
Interview of Leroy Baca  04-12-2013

3

P R O C E E D I N G S

SPECIAL AGENT DALTON:  All right.  This is Special Agent Jason Dalton.  It is Friday, April 12th, 2013, at approximately 1:57 p.m.

We are at the Law Offices of Jones Day in Los Angeles, California.

I'm here with Margaret Carter, Elizabeth Rhodes, Brandon Fox, David Dolly, Byong Kim, Brian Hershman, and Leroy Baca.

We are beginning the consensually recorded interview of Leroy Baca.

EXAMINATION BY MR. FOX:

Q    All right.  Mr. Baca, I would like to go over a few things first before we get started in the substance of the interview.  The first thing I want to talk to you about is the letter that we just provided to your attorneys.  I assume that you have it in front of you, or you've seen it?

This is the non-target letter that we talked to your attorneys about, and I just want to go over it with you to make sure that you understand what it is and how a target is defined, because what we -- when we

(866) 448 - DEPO
www.CapitalReportingCompany.com   © 2013

CONFIDENTIAL

## Capital Reporting Company
### Interview of Leroy Baca  04-12-2013

4

talked to Brian and Byong earlier, they asked us to provide you with a non-target letter.  And I just want to explain what that term means.

A target is somebody who is linked by substantial evidence to a crime, and who, in the prosecutor's judgment, based on the evidence to date, is likely to be charged.  And at this point we are giving you the assurance at this point that you are not a target.

Now, I say this to everybody -- and I think everyone in this room has probably similar analogies to it -- that doesn't mean that your status forever is going to be a non-target.  For example, even if today you told me, "You know what?  I killed JFK," and we go off and we find the gun that you used to kill JFK, that could change your status as a target.

Obviously, we are not looking at the murder of JFK, nor were you involved in that.  I'm just giving you an example.

A    Right.

Q    It's an example that I have given to many people.  So do you have any questions about this letter

CONFIDENTIAL

LASD-BACA_0119
Exhibit 6, Page 23

Capital Reporting Company
Interview of Leroy Baca  04-12-2013

5

or about your status before we begin with the substance of your testimony?

    A    No.  Just that I appreciate the letter.

    Q    Okay.  And the other thing that we want to go over with you -- and this is very important also -- I know that that was important to you.  What's important to us is we, as the criminal investigators in this matter, cannot be exposed to compelled statements that you may have learned about.

       We know that you ultimately are the person who IAB is held accountable to, and that you are somebody who has been exposed to compelled statements by deputies and other people under you.  We cannot learn that information, and we do not want to learn that information.

       So if an answer to one of our questions here today -- a truthful answer would cause you to tell us something that you learned from IAB or from a compelled statement, we want to at that point have you consult with your attorneys, not answer the question at that point, and we will work on it with Mr. Hershman and Mr. Kim.  Do you understand that?

(866) 448 - DEPO
www.CapitalReportingCompany.com  © 2013

CONFIDENTIAL

LASD-BACA_0120
Exhibit 6, Page 24

Capital Reporting Company
Interview of Leroy Baca  04-12-2013

6

A    I do.

SPECIAL AGENT DALTON:  And if you have any question about whether or not something might reveal a compelled statement, I'm sure they would want you to take a break and talk to us before you said anything.

MR. BACA:  Sure.

BY MR. FOX:

Q    All right.  And let me sort of explain what we have talked to Mr. Kim and Mr. Hershman about.  I'm sure that they've talked to you about it.  We know that we have a limited amount of time here today, and we appreciate you meeting with us.

The substance of what we want to talk to you about is what was happening in August and September of 2011 in terms of Anthony Brown, the LASD's response to learning about the FBI's investigation, eventually the Leah Marks encounter, and we want to limit what we are going to be talking about for the most part to those topics today.

And there may be, on a few occasions, where if we start going off on a tangent I may interrupt you and bring us back to where I want to go, because,

(866) 448 - DEPO
www.CapitalReportingCompany.com   © 2013

CONFIDENTIAL

LASD-BACA_0121
Exhibit 6, Page 25

Capital Reporting Company
Interview of Leroy Baca  04-12-2013

7

again, we have a limited amount of time today.  And I don't mean that to be disrespectful to you.  In fact, I'm trying to be the opposite.  We want to -- we value your time, we value our time, and we want to make sure that if we're given three hours to talk about it today, we cover all of these issues.  And there is a lot to discuss about that.

Any questions before going forward?

A    I don't have any questions.

Q    Okay.  The first thing that I think we were interested in talking to you about today is the first time that you learned that -- from Steve Martinez about a phone that had been discovered in the jails by LASD. Can you -- do you recall that conversation, first of all, that you had with him?  I think -- I believe it was a telephone conversation.

A    Yes.

Q    Okay.  Can you explain as best you can if you remember the date of that approximately, and if you remember whether you received the phone call or whether he had -- or whether you had called him?  If you could go through that, I'd appreciate it.

CONFIDENTIAL

LASD-BACA_0122
Exhibit 6, Page 26

Exhibit 7, Page 27

# Exhibit 7

Capital Reporting Company
Interview of Alexander Yim  12-07-2012

INTERVIEW

OF

ALEXANDER YIM

Conducted by Brandon Fox,

Anna Miller, and Lizabeth Rhodes

Friday, December 7, 2012

11:08 a.m.

Department of Justice, Civil Rights Division

Bicentennial Building

600 E Street NW, Room 3317

Washington, DC  20004-2203

Telephone:  (202) 353-9073

Case No. DJ No. 144-12C-4079

282A-1D 44

Exhibit 7, Page 28
A88599

Capital Reporting Company
Interview of Alexander Yim  12-07-2012

2

A P P E A R A N C E S

Brandon Fox, Special Agent

Anna Miller, Special Agent

Lizabeth Rhodes, Special Agent

Alexander Yim, Interviewee

Beong Kim, Attorney for Mr. Yim

Exhibit 7, Page 29

A88600

3

P R O C E E D I N G S

SPECIAL AGENT FOX:  All right.  So we're here with Chief Alex Yim.  Present is Beong Kim, Liz Rhodes, Anna Miller, and myself.  You had some questions about the process.  Let me just explain to you what we're doing here.  Obviously you know that we're conducting an investigation of possible civil rights violations, and possible obstruction of justice, public corruption within LASD, and specifically the jails.

We, as you know, are conducting a Grand Jury investigation.  With many witnesses, we are putting them in the Grand Jury, asking questions of them there.  With you, as a courtesy to you, we ask that you come here, in lieu of a Grand Jury appearance, and just talk to us.

MR. YIM:  Well, thank you.

MR. FOX:  This will be a situation where we may, probably will present them with what you told us, at some point in time.  So the same rules apply, in terms of your truthfulness.  It's very important that you're truthful with us.  It could be viewed as an

A88601

4

obstruction of justice, if you answer us untruthfully.

MR. YIM:  Okay.

MR. FOX:  It can be viewed also as a possible 1001 violation, that's false statements to Federal -- actually, I was going to say Federal law enforcement, but it's the Federal government, generally.

MR. YIM:  Okay.

MR. FOX:  You can't provide false statements to a matter within its jurisdiction, and certainly anything here that we'll be talking about will be a matter within our jurisdiction.  The Grand Jury rights. There are certain rights that you have in the Grand Jury.  I'll tell you want they are.  You're lucky here, because in the Grand Jury, you wouldn't be able to have an attorney with you.  Here, in our conversation, you will be able to have Mr. Kim with you.  If you have any questions of him, and want us to step out of the room, we will be happy to step out of the room, and you can have whatever dialogue you need to have with him.

I want to tell you, I know you've given many

Exhibit 7, Page 31

A88602

Capital Reporting Company
Interview of Alexander Yim  12-07-2012

5

statements in the past, to different people, regarding force and everything else going on within LASD.  I just want to make sure that you're aware. If you said something inconsistent in the past, that's not the truth, what we're looking for today is the truth.  So you can go back on any statement that you said before, if it's not truth.  I'm not trying to insinuate that there was anything.  I'll tell you honestly, I once had an interview with an elected official and I was ready to impeach him with a bunch of stuff he told the newspapers.  When he was telling us the story, he said, "Mr. Fox, look, I know that I can lie to the newspapers.  I can lie to the media.  What I can't do is lie to you, because I can be charged with a crime, if I do."  All I'm saying is that --

MR. YIM:  Okay.

MR. FOX: I know you're not a politician, but -

-

MR. YIM:  Right.  Right.

MR. FOX:  -- feel free to amend anything you've said before.  Again, what we're looking for is

Exhibit 7, Page 32

A88603

Capital Reporting Company
Interview of Alexander Yim  12-07-2012

6

the truth.  In the Grand Jury, there would be a court reporter.  In lieu of a court reporter, we are recording this, as I've informed you, before.  We may present this to the Grand Jury.

Now, the one thing that we can't do is we can't have you tell us things that you've either learned from an IAB investigation, any Internal Affairs investigation.

MR. YIM:  Okay.

MR. FOX:  Any compelled statements that either you've given, we don't want to know about; or that you've heard other people give, we don't want to know about.  Okay?  So if there's a question on that, we will get Mr. Kim involved in that.  We would like to stop the questioning, at that point.  We also have a team here that can screen those questions for us and your answers to those, to make sure that we're not going to be tainted with anything that you've learned from an Internal Affairs investigation.

MR. YIM:  Very good.

MR. FOX:  Okay.  So anyway, I think, probably, unless you have questions for us, are we --

Exhibit 7, Page 33
A88604