UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LEROY BACA,<br><br>            Defendant. | Case No. CR 16-66(A) - PA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LEROY BACA'S MOTION TO RECUSE BRANDON FOX FROM SERVING AS A PROSECUTOR AND A WITNESS AT TRIAL |

The Court, having considered all the pleadings on file, declarations and exhibits, and any oral argument the Court receives at a hearing, regarding the motion of Defendant Leroy Baca to recuse the government's lead prosecutor, Brandon Fox, from serving as both a prosecutor and a witness at Mr. Baca's trial set for December 6, 2016, hereby grants Defendant's motion.

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

1

[PROPOSED] ORDER RE DEFENDANT
LEROY BACA'S MOTION FOR RECUSAL;
CASE NO. CR 16-66(A) - PA

DB2/ 30658747.1

Accordingly, the Court hereby ORDERS the recusal of the government prosecutor Brandon Fox from prosecuting the case at trial.

IT IS SO ORDERED.

Dated: _____

Signed: _____

The Hon. _____, United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Santa Monica

2

[PROPOSED] ORDER RE DEFENDANT
LEROY BACA'S MOTION FOR RECUSAL;
CASE NO. CR 16-66(A) - PA

DB2/ 30658747.1