**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Leroy Baca | CASE NUMBER<br><br>2:16-cr-00066 PA |
| PLAINTIFF | |
| DEFENDANT(S). | **REFERRAL OF MOTION TO DISQUALIFY**<br>**JUDGE IN A CRIMINAL CASE** |

A Motion to Disqualify District Judge Percy Anderson _____ was filed on _____ 09/26/2016 _____ . Pursuant to General Order 14-03, this motion is referred to Judge Michael W. Fitzgerald _____ for determination.

Clerk, U.S. District Court

_____ 09/27/2016 _____
Date

By _____ Robert R. Nadres _____
Deputy Clerk

**FOR COURT USE ONLY**

Ruling on prior motion(s):   ☐ Yes   ☒ No .  Refer to document number(s) _____

_____

_____

*cc: Judge Assigned to Case*
*Judge Assigned to Determine Motion*
*Counsel of Record*

CR-30 (06/14)                **REFERRAL OF MOTION TO DISQUALIFY JUDGE IN A CRIMINAL CASE**