UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  CR 16-66 PA                                        Date:  September 28, 2016

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

Interpreter    Not Applicable

| Rita Sanchez | Not Reported | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan J. Hochman<br>Brianna Leigh Abrams | Not | | X |

**Proceedings (In Chambers):**   ORDER RECUSING FROM CONSIDERATION OF
DEFENDANT'S MOTION FOR DISQUALIFICATION [107]


        The Court, pursuant to 28 U.S.C. § 455(a) and (b)(5), recuses itself from consideration of Defendant Leroy Baca's Motion for Disqualification of United States District Judge Percy Anderson Pursuant to 28 U.S.C. §§ 144, 455, and General Order 14-03. (Docket No. 107).

        IT IS SO ORDERED.


                                                                                    :
                                                **Initials of Deputy Clerk**    _____