**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF | 2:16-cr-00066 PA |
| v. | |
| Leroy Baca | **REFERRAL OF MOTION TO DISQUALIFY** |
| | **JUDGE IN A CRIMINAL CASE** |
| DEFENDANT(S). | |

A Motion to Disqualify District Judge  Percy Anderson                                 was filed

on          9/26/2016          . Pursuant to General Order 14-03, this motion is referred to Judge

Otis D. Wright, II                                        for determination.


Clerk, U.S. District Court


          09/29/2016          

Date

By   Robert R. Nadres                          

Deputy Clerk

---

**FOR COURT USE ONLY**

Ruling on prior motion(s):  ☐ Yes   ☒ No . Refer to document number(s) _____

_____

_____

_cc:_  _Judge Assigned to Case_
       _Judge Assigned to Determine Motion_
       _Counsel of Record_

CR-30 (06/14)                    REFERRAL OF MOTION TO DISQUALIFY JUDGE IN A CRIMINAL CASE