

# United States District Court
# Central District of California Profile
### DISTRICT JUDGES: 27 ACTIVE, 7 SENIOR
### MAGISTRATE JUDGES: 24 FULL TIME, 1 PART TIME



| CENTRAL DISTRICT FACTS | 83,989 citizens naturalized in Los Angeles County | 79,707 active attorneys | POPULATION projected to increase by 14.3% by 2020 to 21.8 million | UNEMPLOYMENT RATE 8.6% | BANKRUPTCY FILINGS 55,374 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
|  POPULATION | 19,604,069 (Half the population of California) | |
| INCORPORATED CITIES | 198 | |
|  COLLEGES & UNIVERSITIES | 179 | |
|  NATIONAL & STATE PARKS | 72 | |
|  AIRPORTS | 67 | |
|  PRISONS | 13 | |
|  PRO SPORTS TEAMS | 12 | |
| MILITARY FACILITIES | 9 | |
|  INDIAN RESERVATIONS/ TRIBES | 16 | |

**The Central District of California** encompasses seven counties: Los Angeles, Santa Barbara, San Luis Obispo, Orange, Riverside, San Bernardino, and Ventura, stretching from the coast of California eastward to the Nevada and Arizona borders.

**The Central District of California** is composed of three divisions: Western, Southern, and Eastern.

**The Central District of California** is the same size as New Hampshire, Massachusetts, New Jersey, Hawaii, Connecticut, Delaware, and Rhode Island combined.

### RACE / ETHNICITY



HISPANIC 45.3%
ALL OTHER RACES 2.9%
ASIAN 12.3%
AFRICAN AMERICAN 6.2%
WHITE 33.2%

**San Luis Obispo County** was once known to be the biggest oil-producing area in the world and hosted one of the largest military populations during World War II (over 100,000 military personnel). Today, it is the 3rd largest producer of wine in California.

**Los Angeles County** has 75 miles of coastline and brings in 40.3 million visitors a year. It is the only city in North America to have hosted the Summer Olympics twice. Downtown LA is the largest government center outside of Washington, D.C. Los Angeles has the only remaining wooden lighthouse in the state (located in San Pedro's Fermin Park) and the largest historical theater district on the National Register of Historic Places (located Downtown, on Broadway). In addition, with more than 87,000 jobs in the fashion industry, LA County has surpassed New York's fashion district workforce.

**San Bernardino County** has its area cut two times since its creation (in 1872 to form Inyo County and 1893 to form Riverside County), but remains the largest county in the United States today.

SAN LUIS OBISPO COUNTY

SANTA BARBARA COUNTY

VENTURA COUNTY

LOS ANGELES COUNTY

SAN BERNARDINO COUNTY

ORANGE COUNTY

RIVERSIDE COUNTY

**Santa Barbara County** has 110 miles of beaches and is referred to as the "American Riviera" because its geography and climate are similar to those of the French and Italian rivieras. It also produces commodities such as strawberries, broccoli, wine and grapes, totaling over $544.5 million in revenue.

**Ventura County** is located on California's Pacific coast. It is often referred to as the Gold Coast and has a reputation of being one of the safest populated places in the country. It is also known as the "Tech Coast Area" for its telecommunications, healthcare, development, and biotech corporations.

**Orange County** ranks as the third most populous county in the State of California. Its economy continues to outperform local surrounding counties, the state, and national economies (in annual percentage growth) and in fact ranks higher (in absolute growth-rate dollars) than the economies of the majority of the world's countries.

**Riverside County** was founded by Judge John Wesley North and is one of the fastest-growing counties in the past fifty years. At the time of Riverside County's formation, Riverside city was the wealthiest city per capita in the country.

# UNITED STATES DISTRICT COURT
## Central District of California
# DISTRICT CASELOAD INFORMATION

| DISTRICT CASELOAD MEASURES *(12 Month Period Ending September 30, 2014)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 | % CHANGE (2014/2013) | % CHANGE (2014/2010) |
| **FILINGS** | | | | | | | |
| Civil | 13.850 | 15,257 | 15,739 | 14,733 | 14,567 | -1.1% | 5.2% |
| Criminal (Cases) | 1,429 | 1,314 | 1,347 | 1,065 | 823 | -22.7% | -42.4% |
| TOTAL | 15,279 | 16,571 | 17,086 | 15,798 | 15,390 | -2.6% | 0.7% |
| **TERMINATIONS** | | | | | | | |
| Civil | 13,575 | 15,106 | 15,653 | 15,232 | 14,799 | -2.8% | 9.0% |
| Criminal (Cases) | 1,668 | 1,417 | 1,333 | 1,161 | 896 | -22.8% | -46.3% |
| TOTAL | 15.243 | 16,523 | 16,986 | 16,393 | 15,695 | -4.3% | 3.0% |
| **PENDING** | | | | | | | |
| Civil | 10,468 | 10,619 | 10,728 | 10,240 | 10,017 | -2.2% | -4.3% |
| Criminal (Cases) | 2,184 | 2,081 | 2,128 | 2,028 | 1,935 | -4.6% | -11.4% |
| TOTAL | 12,652 | 12,700 | 12,856 | 12,268 | 11,952 | -2.6% | -5.5% |

