# Report of Registration as of September 9, 2016
## Registration by County

| County | Eligible | Total Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Alameda | 1,068,612 | 833,025 | 484,220 | 104,922 | 15,327 | 6,603 |
| Percent | | 77.95% | 58.13% | 12.60% | 1.84% | 0.79% |
| Alpine | 951 | 721 | 274 | 221 | 27 | 10 |
| Percent | | 75.81% | 38.00% | 30.65% | 3.74% | 1.39% |
| Amador | 27,579 | 21,261 | 6,545 | 9,786 | 860 | 111 |
| Percent | | 77.09% | 30.78% | 46.03% | 4.04% | 0.52% |
| Butte | 168,979 | 122,433 | 43,154 | 44,145 | 4,091 | 1,036 |
| Percent | | 72.45% | 35.25% | 36.06% | 3.34% | 0.85% |
| Calaveras | 36,105 | 27,959 | 8,378 | 12,077 | 1,230 | 181 |
| Percent | | 77.44% | 29.97% | 43.20% | 4.40% | 0.65% |
| Colusa | 12,490 | 8,092 | 2,703 | 3,447 | 198 | 21 |
| Percent | | 64.79% | 33.40% | 42.60% | 2.45% | 0.26% |
| Contra Costa | 742,824 | 573,499 | 290,889 | 128,958 | 14,361 | 2,713 |
| Percent | | 77.21% | 50.72% | 22.49% | 2.50% | 0.47% |
| Del Norte | 17,899 | 13,731 | 4,482 | 4,979 | 627 | 91 |
| Percent | | 76.71% | 32.64% | 36.26% | 4.57% | 0.66% |
| El Dorado | 137,009 | 111,452 | 33,178 | 47,925 | 4,204 | 645 |
| Percent | | 81.35% | 29.77% | 43.00% | 3.77% | 0.58% |
| Fresno | 582,450 | 417,836 | 165,894 | 152,852 | 10,786 | 1,330 |
| Percent | | 71.74% | 39.70% | 36.58% | 2.58% | 0.32% |
| Glenn | 18,453 | 12,289 | 3,607 | 5,423 | 471 | 34 |
| Percent | | 66.60% | 29.35% | 44.13% | 3.83% | 0.28% |
| Humboldt | 105,158 | 79,664 | 36,585 | 19,135 | 2,434 | 1,863 |
| Percent | | 75.76% | 45.92% | 24.02% | 3.06% | 2.34% |
| Imperial | 97,270 | 64,558 | 32,314 | 13,059 | 1,462 | 146 |
| Percent | | 66.37% | 50.05% | 20.23% | 2.26% | 0.23% |
| Inyo | 13,768 | 9,730 | 3,053 | 4,090 | 398 | 53 |
| Percent | | 70.67% | 31.38% | 42.03% | 4.09% | 0.54% |
| Kern | 504,972 | 343,653 | 124,433 | 132,194 | 11,149 | 779 |
| Percent | | 68.05% | 36.21% | 38.47% | 3.24% | 0.23% |
| Kings | 80,331 | 48,875 | 16,934 | 21,849 | 1,199 | 81 |
| Percent | | 60.84% | 34.65% | 44.70% | 2.45% | 0.17% |

## Report of Registration as of September 9, 2016
## Registration by County

| County | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Alameda | 3,972 | 2,324 | 6,012 | 209,645 |
| Percent | 0.48% | 0.28% | 0.72% | 25.17% |
| Alpine | 5 | 1 | 3 | 180 |
| Percent | 0.69% | 0.14% | 0.42% | 24.97% |
| Amador | 233 | 52 | 43 | 3,631 |
| Percent | 1.10% | 0.24% | 0.20% | 17.08% |
| Butte | 1,208 | 464 | 1,388 | 26,947 |
| Percent | 0.99% | 0.38% | 1.13% | 22.01% |
| Calaveras | 389 | 88 | 227 | 5,389 |
| Percent | 1.39% | 0.31% | 0.81% | 19.27% |
| Colusa | 51 | 15 | 5 | 1,652 |
| Percent | 0.63% | 0.19% | 0.06% | 20.42% |
| Contra Costa | 3,446 | 1,240 | 1,052 | 130,840 |
| Percent | 0.60% | 0.22% | 0.18% | 22.81% |
| Del Norte | 134 | 69 | 152 | 3,197 |
| Percent | 0.98% | 0.50% | 1.11% | 23.28% |
| El Dorado | 1,320 | 285 | 953 | 22,942 |
| Percent | 1.18% | 0.26% | 0.86% | 20.58% |
| Fresno | 2,401 | 1,178 | 4,391 | 79,004 |
| Percent | 0.57% | 0.28% | 1.05% | 18.91% |
| Glenn | 97 | 39 | 21 | 2,597 |
| Percent | 0.79% | 0.32% | 0.17% | 21.13% |
| Humboldt | 737 | 324 | 162 | 18,424 |
| Percent | 0.93% | 0.41% | 0.20% | 23.13% |
| Imperial | 321 | 301 | 351 | 16,604 |
| Percent | 0.50% | 0.47% | 0.54% | 25.72% |
| Inyo | 95 | 21 | 54 | 1,966 |
| Percent | 0.98% | 0.22% | 0.55% | 20.21% |
| Kern | 2,394 | 1,096 | 352 | 71,256 |
| Percent | 0.70% | 0.32% | 0.10% | 20.73% |
| Kings | 301 | 112 | 154 | 8,245 |
| Percent | 0.62% | 0.23% | 0.32% | 16.87% |

# Report of Registration as of September 9, 2016
## Registration by County

| County | Eligible | Total Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Lake | 48,521 | 33,282 | 13,103 | 9,117 | 1,296 | 375 |
| **Percent** | | **68.59%** | **39.37%** | **27.39%** | **3.89%** | **1.13%** |
| Lassen | 16,360 | 13,677 | 3,010 | 6,836 | 716 | 45 |
| **Percent** | | **83.60%** | **22.01%** | **49.98%** | **5.24%** | **0.33%** |
| Los Angeles | 6,215,795 | 5,020,210 | 2,611,507 | 962,947 | 104,873 | 20,862 |
| **Percent** | | **80.77%** | **52.02%** | **19.18%** | **2.09%** | **0.42%** |
| Madera | 87,306 | 54,792 | 18,178 | 22,855 | 1,669 | 164 |
| **Percent** | | **62.76%** | **33.18%** | **41.71%** | **3.05%** | **0.30%** |
| Marin | 181,167 | 153,475 | 86,768 | 26,056 | 3,120 | 1,371 |
| **Percent** | | **84.71%** | **56.54%** | **16.98%** | **2.03%** | **0.89%** |
| Mariposa | 14,957 | 10,464 | 3,107 | 4,687 | 423 | 87 |
| **Percent** | | **69.96%** | **29.69%** | **44.79%** | **4.04%** | **0.83%** |
| Mendocino | 63,725 | 49,249 | 23,934 | 10,212 | 1,628 | 1,196 |
| **Percent** | | **77.28%** | **48.60%** | **20.74%** | **3.31%** | **2.43%** |
| Merced | 154,824 | 92,969 | 42,345 | 28,309 | 2,711 | 344 |
| **Percent** | | **60.05%** | **45.55%** | **30.45%** | **2.92%** | **0.37%** |
| Modoc | 7,385 | 5,001 | 1,185 | 2,548 | 239 | 21 |
| **Percent** | | **67.72%** | **23.70%** | **50.95%** | **4.78%** | **0.42%** |
| Mono | 9,418 | 6,133 | 2,172 | 2,035 | 246 | 40 |
| **Percent** | | **65.12%** | **35.41%** | **33.18%** | **4.01%** | **0.65%** |
| Monterey | 242,265 | 179,114 | 90,848 | 41,420 | 4,073 | 936 |
| **Percent** | | **73.93%** | **50.72%** | **23.12%** | **2.27%** | **0.52%** |
| Napa | 93,583 | 72,749 | 34,472 | 18,206 | 2,106 | 604 |
| **Percent** | | **77.74%** | **47.38%** | **25.03%** | **2.89%** | **0.83%** |
| Nevada | 77,438 | 66,160 | 24,496 | 23,285 | 2,241 | 748 |
| **Percent** | | **85.44%** | **37.03%** | **35.19%** | **3.39%** | **1.13%** |
| Orange | 2,006,814 | 1,433,025 | 487,943 | 561,252 | 34,949 | 4,432 |
| **Percent** | | **71.41%** | **34.05%** | **39.17%** | **2.44%** | **0.31%** |
| Placer | 263,792 | 214,162 | 61,904 | 97,235 | 5,280 | 852 |
| **Percent** | | **81.19%** | **28.91%** | **45.40%** | **2.47%** | **0.40%** |
| Plumas | 16,053 | 11,420 | 3,507 | 5,050 | 544 | 58 |
| **Percent** | | **71.14%** | **30.71%** | **44.22%** | **4.76%** | **0.51%** |

## Report of Registration as of September 9, 2016
## Registration by County

| County | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Lake | 336 | 170 | 43 | 8,842 |
| Percent | 1.01% | 0.51% | 0.13% | 26.57% |
| Lassen | 112 | 39 | 81 | 2,838 |
| Percent | 0.82% | 0.29% | 0.59% | 20.75% |
| Los Angeles | 27,525 | 31,067 | 41,388 | 1,220,041 |
| Percent | 0.55% | 0.62% | 0.82% | 24.30% |
| Madera | 365 | 177 | 217 | 11,167 |
| Percent | 0.67% | 0.32% | 0.40% | 20.38% |
| Marin | 832 | 222 | 487 | 34,619 |
| Percent | 0.54% | 0.14% | 0.32% | 22.56% |
| Mariposa | 103 | 27 | 160 | 1,870 |
| Percent | 0.98% | 0.26% | 1.53% | 17.87% |
| Mendocino | 444 | 239 | 177 | 11,419 |
| Percent | 0.90% | 0.49% | 0.36% | 23.19% |
| Merced | 539 | 260 | 76 | 18,385 |
| Percent | 0.58% | 0.28% | 0.08% | 19.78% |
| Modoc | 39 | 11 | 8 | 950 |
| Percent | 0.78% | 0.22% | 0.16% | 19.00% |
| Mono | 46 | 21 | 5 | 1,568 |
| Percent | 0.75% | 0.34% | 0.08% | 25.57% |
| Monterey | 1,037 | 546 | 206 | 40,048 |
| Percent | 0.58% | 0.30% | 0.12% | 22.36% |
| Napa | 522 | 177 | 407 | 16,255 |
| Percent | 0.72% | 0.24% | 0.56% | 22.34% |
| Nevada | 738 | 175 | 12,843 | 1,634 |
| Percent | 1.12% | 0.26% | 19.41% | 2.47% |
| Orange | 11,341 | 3,247 | 3,970 | 325,891 |
| Percent | 0.79% | 0.23% | 0.28% | 22.74% |
| Placer | 3,021 | 407 | 771 | 44,692 |
| Percent | 1.41% | 0.19% | 0.36% | 20.87% |
| Plumas | 116 | 34 | 1 | 2,110 |
| Percent | 1.02% | 0.30% | 0.01% | 18.48% |

4

## Report of Registration as of September 9, 2016
### Registration by County

| County | Eligible | Total Registered | Democratic | Republican | American Independent | Green |
|--------|---------|-----------------|-----------|-----------|---------------------|-------|
| Riverside | 1,435,883 | 936,703 | 354,822 | 347,548 | 27,937 | 2,357 |
| **Percent** | | **65.24%** | **37.88%** | **37.10%** | **2.98%** | **0.25%** |
| Sacramento | 987,925 | 723,535 | 321,039 | 208,577 | 21,071 | 3,397 |
| **Percent** | | **73.24%** | **44.37%** | **28.83%** | **2.91%** | **0.47%** |
| San Benito | 33,973 | 26,419 | 12,621 | 7,677 | 724 | 109 |
| **Percent** | | **77.76%** | **47.77%** | **29.06%** | **2.74%** | **0.41%** |
| San Bernardino | 1,307,177 | 818,853 | 331,772 | 268,958 | 27,122 | 2,366 |
| **Percent** | | **62.64%** | **40.52%** | **32.85%** | **3.31%** | **0.29%** |
| San Diego | 2,189,224 | 1,526,678 | 563,897 | 482,171 | 47,724 | 6,013 |
| **Percent** | | **69.74%** | **36.94%** | **31.58%** | **3.13%** | **0.39%** |
| San Francisco | 646,120 | 475,648 | 277,564 | 36,720 | 7,881 | 4,552 |
| **Percent** | | **73.62%** | **58.35%** | **7.72%** | **1.66%** | **0.96%** |
| San Joaquin | 441,799 | 315,163 | 139,147 | 102,905 | 7,443 | 843 |
| **Percent** | | **71.34%** | **44.15%** | **32.65%** | **2.36%** | **0.27%** |
| San Luis Obispo | 207,762 | 157,837 | 55,493 | 61,104 | 4,445 | 998 |
| **Percent** | | **75.97%** | **35.16%** | **38.71%** | **2.82%** | **0.63%** |
| San Mateo | 503,278 | 371,919 | 194,097 | 65,754 | 7,538 | 1,927 |
| **Percent** | | **73.90%** | **52.19%** | **17.68%** | **2.03%** | **0.52%** |
| Santa Barbara | 289,787 | 206,277 | 88,855 | 59,089 | 5,181 | 1,102 |
| **Percent** | | **71.18%** | **43.08%** | **28.65%** | **2.51%** | **0.53%** |
| Santa Clara | 1,191,421 | 810,785 | 382,733 | 166,951 | 16,063 | 3,270 |
| **Percent** | | **68.05%** | **47.21%** | **20.59%** | **1.98%** | **0.40%** |
| Santa Cruz | 190,087 | 147,793 | 84,835 | 23,291 | 2,992 | 1,666 |
| **Percent** | | **77.75%** | **57.40%** | **15.76%** | **2.02%** | **1.13%** |
| Shasta | 134,122 | 96,994 | 24,581 | 46,227 | 3,688 | 371 |
| **Percent** | | **72.32%** | **25.34%** | **47.66%** | **3.80%** | **0.38%** |
| Sierra | 2,614 | 2,218 | 653 | 921 | 122 | 19 |
| **Percent** | | **84.85%** | **29.44%** | **41.52%** | **5.50%** | **0.86%** |
| Siskiyou | 34,639 | 26,759 | 8,492 | 10,429 | 1,203 | 192 |
| **Percent** | | **77.25%** | **31.74%** | **38.97%** | **4.50%** | **0.72%** |
| Solano | 289,002 | 208,476 | 100,934 | 50,214 | 5,863 | 761 |
| **Percent** | | **72.14%** | **48.42%** | **24.09%** | **2.81%** | **0.37%** |

# Report of Registration as of September 9, 2016
## Registration by County

| County | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Riverside | 6,128 | 3,039 | 5,740 | 189,132 |
| **Percent** | **0.65%** | **0.32%** | **0.61%** | **20.19%** |
| Sacramento | 5,655 | 4,795 | 1,340 | 157,661 |
| **Percent** | **0.78%** | **0.66%** | **0.19%** | **21.79%** |
| San Benito | 160 | 72 | 32 | 5,024 |
| **Percent** | **0.61%** | **0.27%** | **0.12%** | **19.02%** |
| San Bernardino | 5,253 | 3,205 | 3,427 | 176,750 |
| **Percent** | **0.64%** | **0.39%** | **0.42%** | **21.59%** |
| San Diego | 12,444 | 3,765 | 4,210 | 406,454 |
| **Percent** | **0.82%** | **0.25%** | **0.28%** | **26.62%** |
| San Francisco | 2,672 | 1,301 | 1,048 | 143,910 |
| **Percent** | **0.56%** | **0.27%** | **0.22%** | **30.26%** |
| San Joaquin | 1,807 | 973 | 1,063 | 60,982 |
| **Percent** | **0.57%** | **0.31%** | **0.34%** | **19.35%** |
| San Luis Obispo | 1,343 | 327 | 1,744 | 32,383 |
| **Percent** | **0.85%** | **0.21%** | **1.10%** | **20.52%** |
| San Mateo | 1,993 | 771 | 830 | 99,009 |
| **Percent** | **0.54%** | **0.21%** | **0.22%** | **26.62%** |
| Santa Barbara | 1,420 | 472 | 1,409 | 48,749 |
| **Percent** | **0.69%** | **0.23%** | **0.68%** | **23.63%** |
| Santa Clara | 5,042 | 1,874 | 1,190 | 233,662 |
| **Percent** | **0.62%** | **0.23%** | **0.15%** | **28.82%** |
| Santa Cruz | 1,180 | 405 | 803 | 32,621 |
| **Percent** | **0.80%** | **0.27%** | **0.54%** | **22.07%** |
| Shasta | 935 | 309 | 286 | 20,597 |
| **Percent** | **0.96%** | **0.32%** | **0.29%** | **21.24%** |
| Sierra | 28 | 2 | 42 | 431 |
| **Percent** | **1.26%** | **0.09%** | **1.89%** | **19.43%** |
| Siskiyou | 290 | 108 | 45 | 6,000 |
| **Percent** | **1.08%** | **0.40%** | **0.17%** | **22.42%** |
| Solano | 1,344 | 550 | 984 | 47,826 |
| **Percent** | **0.64%** | **0.26%** | **0.47%** | **22.94%** |

## Report of Registration as of September 9, 2016
## Registration by County

| County | Eligible | Total Registered | Democratic | Republican | American Independent | Green |
|---|---|---|---|---|---|---|
| Sonoma | 350,170 | 260,156 | 140,212 | 52,631 | 5,907 | 2,997 |
| Percent | | 74.29% | 53.90% | 20.23% | 2.27% | 1.15% |
| Stanislaus | 336,386 | 226,360 | 88,242 | 87,657 | 6,395 | 579 |
| Percent | | 67.29% | 38.98% | 38.72% | 2.83% | 0.26% |
| Sutter | 60,740 | 42,704 | 13,759 | 18,154 | 1,359 | 106 |
| Percent | | 70.31% | 32.22% | 42.51% | 3.18% | 0.25% |
| Tehama | 43,735 | 31,087 | 8,625 | 13,952 | 1,485 | 98 |
| Percent | | 71.08% | 27.74% | 44.88% | 4.78% | 0.32% |
| Trinity | 11,313 | 7,851 | 2,670 | 2,584 | 385 | 107 |
| Percent | | 69.40% | 34.01% | 32.91% | 4.90% | 1.36% |
| Tulare | 260,615 | 142,746 | 46,888 | 62,156 | 4,399 | 390 |
| Percent | | 54.77% | 32.85% | 43.54% | 3.08% | 0.27% |
| Tuolumne | 41,239 | 29,924 | 9,543 | 12,979 | 1,170 | 172 |
| Percent | | 72.56% | 31.89% | 43.37% | 3.91% | 0.57% |
| Ventura | 550,149 | 420,024 | 175,110 | 138,679 | 9,611 | 1,672 |
| Percent | | 76.35% | 41.69% | 33.02% | 2.29% | 0.40% |
| Yolo | 146,910 | 102,710 | 50,689 | 22,608 | 2,714 | 736 |
| Percent | | 69.91% | 49.35% | 22.01% | 2.64% | 0.72% |
| Yuba | 48,244 | 31,547 | 9,175 | 11,671 | 1,564 | 127 |
| Percent | | 65.39% | 29.08% | 37.00% | 4.96% | 0.40% |
| State Total | 24,848,567 | 18,251,826 | 8,251,570 | 4,888,719 | 456,924 | 84,759 |
| Percent | | 73.45% | 45.21% | 26.78% | 2.50% | 0.46% |

### Report of Registration as of September 9, 2016
### Registration by County

| County | Libertarian | Peace and Freedom | Other | No Party Preference |
|---|---|---|---|---|
| Sonoma | 1,910 | 611 | 990 | 54,898 |
| **Percent** | **0.73%** | **0.23%** | **0.38%** | **21.10%** |
| Stanislaus | 1,438 | 650 | 2,374 | 39,025 |
| **Percent** | **0.64%** | **0.29%** | **1.05%** | **17.24%** |
| Sutter | 306 | 136 | 748 | 8,136 |
| **Percent** | **0.72%** | **0.32%** | **1.75%** | **19.05%** |
| Tehama | 283 | 95 | 87 | 6,462 |
| **Percent** | **0.91%** | **0.31%** | **0.28%** | **20.79%** |
| Trinity | 87 | 33 | 1,165 | 820 |
| **Percent** | **1.11%** | **0.42%** | **14.84%** | **10.44%** |
| Tulare | 937 | 375 | 175 | 27,426 |
| **Percent** | **0.66%** | **0.26%** | **0.12%** | **19.21%** |
| Tuolumne | 268 | 0 | 132 | 5,660 |
| **Percent** | **0.90%** | **0.00%** | **0.44%** | **18.91%** |
| Ventura | 2,934 | 925 | 5,164 | 85,929 |
| **Percent** | **0.70%** | **0.22%** | **1.23%** | **20.46%** |
| Yolo | 744 | 379 | 487 | 24,353 |
| **Percent** | **0.72%** | **0.37%** | **0.47%** | **23.71%** |
| Yuba | 293 | 169 | 78 | 8,470 |
| **Percent** | **0.93%** | **0.54%** | **0.25%** | **26.85%** |
| **State Total** | **121,114** | **69,769** | **111,753** | **4,267,218** |
| **Percent** | **0.66%** | **0.38%** | **0.61%** | **23.38%** |