Case 2:16-cr-00066-PA    Document 115-5    Filed 10/10/16    Page 1 of 1    Page ID #:3177

Home

# Advertise With Us

As Downtown's most comprehensive, weekly information source, L.A. Downtown News remains the Monday morning must-read for everyone from City Hall to the Financial District to the Fashion District and everywhere else in the community. Our award-winning editorial staff chronicles all the area's news, business, residential development, politics, arts and culture happenings. Our coverage includes everything from in-depth investigative stories to conversations with Downtown's most fascinating players to residential life. If it happens Downtown, you'll read about it in the L.A. Downtown News. Our restaurant guide, downtown guide, web presence, special events and the news we publish weekly reach every important niche market in the 15 geographic districts that define Downtown Los Angeles. We are the voice of Downtown Los Angeles. Here are four key reasons you should give yourself high visibility in Downtown News:

- More than 400 businesses advertised with us last year.
- Downtown residents have a median household income of $99,000.
- Downtown ranks second in the region for average annual wages in Los Angeles County.
- Downtown News has a readership of 150,000 right where you need them most.

**Advertising Department**

**Phone:** (213) 481-1448
**Fax:** (213) 250-4617
**E-mail:** realpeople@downtownnews.com

Below are links to information pertaining to advertising with the Los Angeles Downtown News for both print and web applications.

**Los Angeles Downtown News - Weekly Newspaper**
- Media Kit
- Special Sections Calendar
- Advertising Specifications

**Downtown Los Angeles Guide - Annual Magazine**
- Information and Advertising Specifications

**Restaurant Guide - Annual Magazine**
- Information and Advertising Specifications

**Icons of Downtown Los Angeles - Annual Advertising Supplement**
- This special magazine is by invitation only for Downtown Icons. Call our office to see if you qualify.