Case 2:16-cr-00066-PA   Document 82-1   Filed 06/20/16   Page 1 of 3   Page ID #:3178

HOME    NEWS    OPINION    HOLLYWOOD    CULTURE    BLOGS    INFO     SUPPORT THE JEWISH JOURNAL

MONDAY - JUN

Get Jew
On your Mo


It's All Worth It — Save on Gerber® Favorites — SAVE NOW — Available at Kroger — © 2016 Nestlé

# LOS ANGELES

SUBSC

WRITE FOR US

**LATEST LOS ANGELES POSTS**

**Moving and shaking: Dodgers, ICRF Women of Action gala and more**

**Study cites decline in area philanthropic giving**

**Anti-BDS bill gains city council support**

MORE POSTS

Get social with us!

Facebook

Twitter

YouTube

**LATEST NEWS**

**Anton Yelchin, Russian-Jewish 'Star Trek' actor, crushed to death by own car at 27**

**Sandra Lawson, black lesbian vegan rabbinical student, hopes to redefine where Judaism happens**

**Falafel wars in Paris: Who's got the better balls?**

**Israel's added $18.6M for settlements spurs talk of apartheid from Palestinians**

**Ex-London mayor Ken Livingstone says he may have Jewish roots**

# Ex-sheriff Baca is honored by Congregation Bais Naftoli while awaiting sentencing

**by Ryan Torok**
Posted on May. 31, 2016 at 3:32 pm

42
Share
Tweet

10



*From left: Carol Chiang, wife of former L.A. County Sheriff Lee Baca, Baca and Congregation Bais Naftoli President Andrew Friedman. Bais Naftoli honored Baca, a convicted felon, on Sunday. Photo by Ryan Torok*

"I'm not afraid of jail. I'm not afraid of anything."

That's what former Los Angeles County Sheriff Lee Baca — who could face up to six months in prison after pleading guilty in February of lying to federal investigators in a jail abuse probe — told the Journal in an interview after he was honored May 29 at Congregation Bais Naftoli for his years of friendship to the Jewish community.

"I'm one that believes if you know how to suffer properly, you don't suffer at all," Baca said. "I'm an individual who does not suffer because of mistakes. I'm someone who learns from mistakes. … I'll stand on my record proudly, anywhere, whether it's in the free world or in jail."

Baca's legal troubles came after an investigation into corruption and civil rights abuses at L.A. County jail facilities in downtown Los Angeles. His May 16 sentencing hearing was postponed — details about when his sentencing will take

ADVERTISEMENT


HELP FIGHT OBAMA'S GLOBAL GUN BAN — TELL YOUR SENATORS TO OPPOSE U.N. SMALL ARMS TREA — CLICK HERE TO SIGN THE SURVEY

PUT YOUR AD HERE

## Sign up for our newsl

More news and opinion than at Shabbat din

SIGN UP

## Trending in Los Angel

**Outstanding Graduates 20 Profiles on social action, perseverance and spiritua**

**At Beth Chayim Chadashim, remembering victims of Pulse with pray and tears**

**Moving and shaking: Dodgers, ICRF Women of Action gala and more**

**The climate is a-changin'… so she did somethin' about it**

**Recommended For You**    Pro

11 Stars From Commercials - Who Are They
Definition

**EX. A**

HOME    NEWS    OPINION    HOLLYWOOD    CULTURE    BLOGS    INFO    SUPPORT THE JEWISH JOURNAL

place were not immediately available — but Baca said he is not concerned about what fate may await him. The 74-year-old member of the Catholic community said only God can truly judge him.

"I'm not asking for forgiveness for the mistakes that I've made. I'll let God decide to forgive me. I can serve time, I don't care what the circumstances are, I'm not afraid of that, because I know who I am, I know why I do what I do and I know the people who work for me know that I love them," he told the Journal at the conclusion of a breakfast celebrating Bais Naftoli's 24th anniversary. "And I love my critics, as well."

Bais Naftoli honored Baca, who joined the sheriff's department in 1965, for nearly 50 years of service to the county community and for his longstanding friendship to the local Jewish community and to Israel, according to synagogue President Andrew Friedman. He said he does not think the former sheriff's conviction will tarnish what is an otherwise productive record of accomplishment over the many years Baca ran the department.

"I am positive that if Lee Baca were to run for re-election today, he would win in a landslide," Friedman said to applause on Sunday, before presenting Baca with an award of honor celebrating his 49 years of "exemplary service."

"Lee Baca was the choice of millions and millions of Angelenos when he ran in 1998 and he and I are social friends as well, and whenever we go out, we are bombarded by supporters.

"We all support you, Lee, and we all love you," Friedman said.

Attendees at the breakfast included Baca's wife, Carol Chiang, and former Los Angeles Mayor Antonio Villaraigosa, who told the crowd Baca deserves better than some of the criticism that has come his way in the wake of the conviction.

"We live in a time when too many are quick to demonize and castigate those who have made mistakes. … As a God-fearing man, I believe in redemption and forgiveness … second chances — isn't that what it's about?" the former mayor said.

Other local leaders in attendance included L.A. City Councilmen Paul Koretz and Mitchell Englander and L.A. County Supervisor Mike Antonovich, who were seated at the main banquet table with Baca at the Orthodox shul. Men and women were seated separately in the venue, which is located on La Brea Avenue.

More than 100 people turned out at the event, which also honored Bais Naftoli young leaders Shlomo Frankel and Lavie Klein.

Baca did not mention the controversy during his acceptance remarks. Instead, he focused on his admiration of the Jewish community for its commitment to education and discussed his upbringing in Boyle Heights, which helped plant the seeds that grew into his love of the Jewish people.

He said he has learned valuable lessons from years of law enforcement work.

"You cannot be in law enforcement if you cannot love people," Baca said.

Baca, the 18th person convicted of federal charges in connection with the investigation, said jailing deputies will not solve the problem of inmate abuse. "Anybody who deals with a crisis involving risk and force is going to have

More probiotics for digestive health*

READ DISCLAIMER

**PUT YOUR AD HERE**

Zooey Deschanel converts to Judaism | Hollywood

This game will keep you up all night!
Stormfall: Free Online Game

The Jews lose Megan Fox | Hollywood Jew

6 Tips To Actually Look Younger After 40!
Madam Secrets

Putin warns of attack on Israel

Case 2:16-cr-00066-PA   Document 32-1   Filed 06/20/16   Page 3 of 3   Page ID #:154

HOME    NEWS    OPINION    HOLLYWOOD    CULTURE    BLOGS    INFO    | SUPPORT THE JEWISH JOURNAL |

controversy, and you can't just assume that everyone who uses force is doing it for malicious reasons," he said.

He said that Men's Central Jail, which holds 8,000 inmates awaiting prison sentences, is among the world's largest jails and that, given its size, it's doing a fine job.

"There is no safer jail of that size," he said.