JUROR QUESTIONNAIRE

Juror ID# _____

<u>BACKGROUND QUESTIONS</u>

These questions are designed to obtain information concerning your qualifications to sit as a juror in a criminal case in federal court and will permit jury selection to proceed more quickly. The information you provide in this questionnaire will be provided to the court and the attorneys for both sides in a case in which you may be called as a juror.

Please answer the following questions as completely as possible, in clear, legible writing or printing. Because completion of this questionnaire is part of the jury selection process, the answers must be your own and are made subject to your oath as a juror to respond fully and truthfully.

There are no right or wrong answers.

1.  Full Name:      _____

2.  Age:            _____

3.  City of Residence: _____

4.  How many years have you lived in the Central District of California (the Central District comprises the counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara and Ventura)? _____

5.  Marital status (check one):
    Single ____
    Unmarried but Living with Significant Other ____
    Married ____
    Divorced ____
    Widow or Widower____

6.  Do you have children? (If so, please list their ages):

_____

1

7.  What is the last grade of school (including graduate school) that you completed?

_____

8.  Which of the following categories best describes your employment status? (check one):

Employed full-time _____

Employed part-time _____

Retired _____

Disabled _____

Unemployed _____

Homemaker _____

9.  If you work, please list your occupation and who is your employer:

_____

10.    Have you, has any member of your family, or have any of your close friends ever been employed with any Federal, State, or local law enforcement agency? If yes, please give a brief explanation below.

_____ Yes _____No

_____

_____

_____

11.    Have you or any member of your immediate family ever assisted law enforcement in the investigation of any alleged criminal act? If yes, please give a brief explanation below.

_____ Yes _____No

_____

_____

_____

12.     Have you or a close family member ever been arrested for, charged with, or convicted a crime (other than a traffic ticket)? If Yes:

a. Who was arrested, charged, or convicted? _____

b. What was the nature of the alleged crime? _____

c. What was the resolution of the case? _____

d. Do you feel that you or the family member was/were treated fairly? Please explain?

_____

_____

_____

13.     Have you, a member of your family, or a close friend ever served time in prison or jail? If so, please provide details, including whether it was you or someone else, the location of the prison or jail, and anything from that experience that may affect your ability to be fair and impartial in this case.

_____ Yes _____No

_____

_____

_____

14.     Have you ever served in the military? _____

       If so, list the branch, general duties, years of service, and rank attained:

_____

_____

_____

15.  Do you follow the news or current events? If so, please list the publications or website you read in order to follow the news or current events.

_____

_____

_____

### QUESTIONS SPECIFIC TO THIS CASE

This trial involves criminal charges against Leroy Baca for conduct that allegedly occurred while Mr. Baca was serving as Los Angeles County Sheriff. Please do not try to learn details about this case.  The purpose of this questionnaire is to allow the Court to understand what information you have been exposed to in order to determine whether you may be a fair juror.

As with all cases, Mr. Baca is presumed innocent of the charges against him. Nothing in these questions suggest otherwise.

16.  Have you heard of Leroy Baca? _____

(If you have not heard of Leroy Baca, please skip to question 17)

  a.  How do you know of him?

_____

_____

_____

  b.  What do you know about him?

_____

_____

_____

  c.  Where have you learned this information?

_____

_____

_____

17.    Mr. Baca is charged with allegedly conspiring to obstruct a federal
grand jury investigation, and lying to the federal government about his
involvement in the obstruction.  Mr. Baca has pleaded not guilty to the
charges.

Other than what you just read in the previous paragraph, do you know
anything about the criminal charges in this case? _____

(If not, skip to question 18)

    a.  What do you know about the criminal charges?

_____

_____

_____

    b.  What have you learned this information?

_____

_____

_____

18.    Have you followed any media reports or read any blogs regarding this
case?  If so, please describe (please do no search for any)

_____

_____

_____

19.    Have you followed any media reports or read any blogs regarding
allegations of abuse and corruption and the Los Angeles County jails? If
so, please describe (please do no search for any)

_____

_____

_____

20.   Do you have strong feelings about the Los Angeles County Sheriff's Department?  If so, please explain.

_____

_____

_____

21.   Do you have strong feelings about the Federal Bureau of Investigation? If so, please explain.

_____

_____

_____

### SPECIALIZED TRAINING AND SPECIFIC EXPERIENCES

22.   Have you, any member of your family, or any close friends taken classes in the fields of law enforcement, criminology, or criminal justice, or been employed in those fields? If so, please describe.  If yes, please give a brief explanation below.

_____ Yes _____No

_____

_____

_____

23.   Have you or any immediate family member received training in, or otherwise have specialized knowledge of the medical profession? If yes, please explain.

_____ Yes _____No

_____

_____

_____

24.    Have you, any member of your family, or any close friends taken classes in the fields of counseling, sociology, psychiatry, psychology, social work, or worked in those fields?  If yes, please describe.

_____ Yes _____No

_____

_____

_____

25.    Do you, any of your loved ones, or any close friends have cognitive or mental diseases or ailments? If yes, please describe.

_____ Yes _____No

_____

_____

_____

26.    Have you ever been a caregiver to someone with physical or mental diseases or ailments? If yes, please describe

_____ Yes _____No

_____

_____

_____

27.    Do you have any strong opinions (good or bad) about people who have cognitive or mental deficiencies or ailments?  If yes, please explain.

_____ Yes _____No

_____

_____

_____

28.    Would you have a problem holding someone responsible for violating the law even if the person has a physical disability, thinking disorder, or mental condition if the government otherwise proves its case beyond a reasonable doubt?  Please explain your answer.

_____

_____

_____

29.    The defendant in this case is 74 years old.  Do you think a defendant's age should factor into your determination of guilt?  Please explain your answer

_____

_____

_____

## ABILITY TO BE A JUROR

30.    If you are selected as a juror, I will instruct you to avoid any media article, website, blogs, or social media while you are a juror.  Is there a reason that you cannot follow this instruction?

_____

_____

_____

31.    If you are selected as a juror, I will instruct you not to communicate about the case with anyone, including through social media, texts, internet chat rooms, blogs, and conversations. Is there a reason that you cannot follow this instruction?

_____

_____

_____

32.     This trial is expected to last three weeks.  Do you have any pre-paid
        vacations over the next three weeks?

_____

_____

_____

33.     If you have an employer, does your employer pay for jury service?  If so,
        how much?

_____

_____

_____

34.     Is there a financial reason why serving as a juror for three weeks would
        severely burden you?

_____

_____

_____

35.     Is there any other reason you feel you cannot serve as a juror for three
        weeks?

_____

_____

_____

36.     If you are selected as a juror, I will instruct you on the law and you will
        be obligated to follow the law.  Will you have a problem following the law
        as I explain it to you, even if you disagree with it?

_____

_____

_____

37.    Do you have any religious or moral briefs that would make it difficult for you to serve as a juror? For example, do you believe that you cannot sit in the judgment of another individual?

_____

_____

_____

38.    Do you have any physical or other disability or condition that would make it difficult for you to serve as a juror?

_____

_____

_____

39.    Is there anything else that the Court should know about you that would impact your ability to serve as a fair and impartial juror?

_____

_____

_____

40.    Is there any reason why you cannot be fair to either side in this case?

_____

_____

_____