Name, Address and Phone number of Attorney(s):
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Tel: (213) 894-0284
brandon.fox@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 16-00066-PA |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| LEROY BACA, | |
| Defendant(s). | ☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: GILBERT MICHEL
    Alias: _____
BOP/Booking No: Reg. No. 69050-112
    Detained by: ☑ Warden J.S. WILLIS
         ☐ Other _____
    Detained at: FCI LA TUNA, 8500 Doniphan Rd. Anthony, TX 79821
         *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on ____December 6, 2016____ at ____8:30 a.m.____ before the Honorable

PERCY ANDERSON _____ Judge/Magistrate Judge.

Location: ☑ U.S. District Court U.S. Courthouse, 312 N. Spring Street Los Angeles, CA 90012
                *(Court Address)*
    ☐ Other _____
         *(Place and Address of Place)*

~~I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.~~

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: __October 19, 2016__                 _____
                          *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM