BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Tel: (213) 894-0284
brandon.fox@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>LEROY BACA,<br><br>Defendant(s) | CASE NUMBER:<br>CR  16-00066-PA<br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable Percy Anderson

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: WARDEN J.S. WILLIS, FCI LA TUNA

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **GILBERT MICHEL**

before the Honorable Percy Anderson                    Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. **15** , located at

U.S. Courthouse, 312 N. Spring Street  Los Angeles, CA 90012      on **December 6, 2016**

at **8:30 a.m.** , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable                    Percy Anderson                    Judge/Magistrate Judge of the

United States District Court for the Central District of California.

Dated: _____                    CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)