Name, Address and Phone number of Attorney(s):
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Tel: (213) 894-0284
brandon.fox@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 16-00066-PA |
| v. | |
| LEROY BACA, | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☐ AD PROSEQUENDUM ☑ AD TESTIFICANDUM |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: JAMES SEXTON
            Alias: _____
BOP/Booking No: Reg. No. 67244-112
      Detained by:   ☑ Warden BECKY CLAY
            ☐ Other _____
Detained at: FCI TALLADEGA, 565 East Renfroe Rd.  Talladega, AL 35160
            *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on _____December 6, 2016_____ at _____8:30 a.m._____ before the Honorable

PERCY ANDERSON _____ Judge/Magistrate Judge.

Location:    ☑ U.S. District Court U.S. Courthouse, 312 N. Spring Street  Los Angeles, CA 90012
                        *(Court Address)*
            ☐ Other _____
                  *(Place and Address of Place)*

~~I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.~~

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: _October 19, 2016_ _____
                                              *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)        APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM