**BRANDON D. FOX (Cal. Bar No. 290409)**
**Assistant United States Attorney**
**Public Corruption & Civil Rights Section**
**312 N. Spring Street, 15th Floor**
**Los Angeles, CA 90012**
**Tel: (213) 894-0284**
**Brandon.fox@usdoj.gov**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER<br><br>CR 16-00066-PA |
| Plaintiff(s)<br><br>v.<br><br>LEROY BACA, | ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>☐ AD PROSEQUENDUM   X AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum   X Ad Testificandum be issued to secure the appearance of:

Name of Detainee: JAMES SEXTON, Reg. No. 67244-112

     Alias: _____

on ____December 6, 2016____ at _8:30 a.m._ before Judge/Magistrate Judge _Percy Anderson_

     *(Date of Appearance)*    (Time)

Dated: _____    _____

                                                U.S. District Judge/U.S. Magistrate Judge