Tinos Diamantatos
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | CR 16-66(A)-PA |
| Leroy Baca Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Diamantatos, Tinos

*Applicant's Name (Last Name, First Name & Middle Initial*

312-324-1145                 312-324-1001

*Telephone Number*          *Fax Number*

tinos.diamantatos@morganlewis.com

*E-Mail Address*

of

Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Leroy Baca

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Hochman, Nathan J.

*Designee's Name (Last Name, First Name & Middle Initial*

139137          (310) 255-9025          (310) 907-1001

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

nathan.hochman@morganlewsi.com

*E-Mail Address*

of

Morgan, Lewis & Bockius LLP
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA  90404-4082

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**