**BRANDON D. FOX (Cal. Bar No. 290409)**
**Assistant United States Attorney**
**Public Corruption & Civil Rights Section**
**312 N. Spring Street, 15th Floor**
**Los Angeles, CA 90012**
**Tel: (213) 894-0284**
**Brandon.fox@usdoj.gov**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| | CR 16-00066-PA |
| Plaintiff(s) | ORDER ON |
| v. | APPLICATION FOR WRIT OF HABEAS CORPUS |
| LEROY BACA, | ☐ AD PROSEQUENDUM   X AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus    ☐ Ad Prosequendum    X Ad Testificandum be issued to secure the appearance of:

Name of Detainee: GILBERT MICHEL, Reg. No. 69050-112

     Alias: _____

on ___December 6, 2016___ at _8:30 a.m._ before Judge/Magistrate Judge ___Percy Anderson___

     *(Date of Appearance)*    (Time)

Dated: ___October 21, 2016___

                     U.S. District Judge/U.S. Magistrate Judge

G-09 ORDER (10/06)    ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM