**BRANDON D. FOX (Cal. Bar No. 290409)**
**Assistant United States Attorney**
**Public Corruption & Civil Rights Section**
**312 N. Spring Street, 15th Floor**
**Los Angeles, CA 90012**
**Tel: (213) 894-0284**
**Brandon.fox@usdoj.gov**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NUMBER** <br> CR 16-00066-PA |
| Plaintiff(s) <br><br> v. <br><br> LEROY BACA, | **ORDER ON** <br> **APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM   X AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ☐ Ad Prosequendum   X Ad Testificandum be issued to secure the appearance of:

Name of Detainee: JAMES SEXTON, Reg. No. 67244-112

Alias: _____

on ___December 6, 2016___   at 8:30 a.m.   before Judge/Magistrate Judge   Percy Anderson

(*Date of Appearance*)   (Time)

Dated:  October 21, 2016

_____
U.S. District Judge/U.S. Magistrate Judge