BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012
Tel: (213) 894-0284
brandon.fox@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>LEROY BACA,<br><br><br>Defendant(s) | CASE NUMBER:<br><br>CR 16-00066-PA<br><br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM   ☒ AD TESTIFICANDUM |
| --- | --- |

**WHEREAS** the attached application was granted by the Honorable <u>Percy Anderson</u>

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:
<u>WARDEN BECKY CLAY FCI TALLADEGA</u>

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **JAMES SEXTON**

before the Honorable <u>Percy Anderson</u>                  Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. <u>**15**</u>, located at

<u>U.S. Courthouse, 312 N. Spring Street  Los Angeles, CA 90012</u>  on  **December 6, 2016**

at <u>**8:30 a.m.**</u>, and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.


**WITNESS** the Honorable <u>Percy Anderson</u>                  Judge/Magistrate Judge of the

United States District Court for the Central District of California.


Dated: <u>10/21/2016</u>

CLERK, U.S. DISTRICT COU

By: <u>Stephen Montes Kerr</u>
Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)