**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:16-cr-00066-PA |
| Leroy Baca | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |
| DEFENDANT(S) | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| October 21, 2016 | 122 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

☐ Document submitted in wrong case.

☐ Incorrect document attached to the docket entry.

☐ Incorrect event selected.  Correct event is "Appear Pro Hac Vice (G-64 or pleading)"

☑ Hearing date set, but no hearing required.

☐ Superseded version of Form G-64 used.

☐ Local Rule 5-4.3.4          Application not hand-signed.

☐ Local Rule 5-4.4.2          WordPerfect or Word copy of the proposed order not e-mailed to the assigned judge's generic chambers email address.

☐ Local Rule 83-2.1.3.2(a)          Applicant resides in California.

☐ Local Rule 83-2.1.3.3(a)          Application not complete:  state and/or federal courts to which the applicant has been admitted are not listed.

☐ Local Rule 83-2.1.3.3(b)          Proposed order not attached.

☐ Local Rule 83-2.1.3.3(c)          $325 fee not paid.

☐ Local Rule 83-2.1.3.3(d)          Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted.

☐ Local Rule 83-2.1.3.3(d)          Attached Certificate of Good Standing not issued within 30 days prior to filing of the application.

☐ Local Rule 83-2.1.3.4          Local counsel does not maintain an office within the District.

☐ Other:

**Note:**   **In response to this notice, the Court may:  1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: October 21, 2016                    By: Lupe_Thrasher@CACD.USCOURTS.GOV
                                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**