### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR16-66(A)  PA | Date | November 1, 2016 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Stephen Montes Kerr | Katie Thibodeaux | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | X | | X | Nathan J. Hochman<br>Tinos Diamantatos | X<br>X | | X<br>X |

**Proceedings:**   Hearing on Motions

Cause called; appearances made.

For reasons stated on the record, the Court denies the Motion to Strike Surplusage From First Superseding Indictment [Docket No. 102], the Motion to Change Venue [Docket No. 104], and the Motion to Recuse Brandon Fox [No. 108].  The Court grants the Motion in limine to exclude the Government's Prior Statements and Procedural History.  The Court tentatively grants the motion to exclude the defendant's good works to the extent it involves the Education Based Incarceration Program and defers ruling on the balance of the motion.

The Court instructs the Government to file the mental competency report of defendant Leroy Baca pursuant to 18 U.S.C. § 4247(c) under seal.

The Court grants the government leave to file a joint motion in limine exclude defendant from playing portions of his recorded statement.  The government shall serve its portion of the joint motion in limine on the defense by November 7, 2016.  The defense shall then serve the opposition portion of the joint motion in limine on the government both on paper and in an electronic format by noon on November 14.  The government shall incorporate the defense's portion into the joint motion in limine, add its arguments in reply, and file and serve the joint motion in limine no later than November 16.

| | 1 | : | 41 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |