# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Percy Anderson

From: Andres _____, Deputy Clerk    Date Received: 10/28/2016

Case No.: 2:16-cr-00066-PA    Case Title: USA v. Baca

Document Entitled: Ex Parte Application; Proposed Order; Declaration of Brian S Kaewert; Motion to Request; Proposed Order; Declaration of Brian in Support;

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☑ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | _____ |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☑ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_10/31/16_    _____
Date          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_11/2/16_    _____
Date          U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Movant
James Sexton

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-16-00066-PA |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION TO FILE UNDER SEAL MOVANT JAMES SEXTON'S MOTION TO REQUEST FURLOUGH OF JAMES SEXTON** |
| vs. | |
| LEROY BACA, | |
| Defendant. | [Declaration of Brian S. Kaewert in Support of *Ex Parte* Application to File Under Seal and [Proposed] Order filed concurrently herewith] |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

OCT 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ORIGINAL       APPLICATION TO FILE UNDER SEAL

**_EX PARTE_ APPLICATION TO FILE UNDER SEAL MOVANT JAMES SEXTON'S MOTION TO REQUEST FURLOUGH OF JAMES SEXTON**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Criminal Rule 57-1 and Local Civil Rule 79-5.1, James Sexton ("Sexton") hereby applies for an Order to file Movant James Sexton's Motion to Request Furlough of James Sexton and the accompanying Declaration of Brian S. Kaewert, filed herewith, under seal.

Good cause exists, as Sexton believes that the information contained in the aforementioned Motion and accompanying documents could lead to undue physical harm to Sexton should their contents become public. _See_ Declaration of Brian S. Kaewert in Support of Application to File Under Seal ("Kaewert Decl. ISO Application"), ¶ 2. In order to protect himself, Sexton believes it is necessary to file this submission under seal. _Id._ at ¶ 3.

This Application is based upon this Notice and the Declaration of Brian S. Kaewert in Support of Application to File Under Seal filed concurrently herewith.

DATED: October 28, 2016

THOMAS P. O'BRIEN
PAUL HASTINGS LLP

By:_____
                THOMAS P. O'BRIEN

Attorneys for Movant
James Sexton

- 1 -

THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Movant
James Sexton

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEROY BACA,<br><br>            Defendant. | CASE NO. CR-16-00066-PA<br><br>**DECLARATION OF BRIAN S. KAEWERT IN SUPPORT OF APPLICATION TO FILE UNDER SEAL**<br><br>[*Ex Parte* Application to File Under Seal and [Proposed] Order filed concurrently herewith] |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

OCT 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

## DECLARATION OF BRIAN S. KAEWERT

I, Brian S. Kaewert, declare as follows:

1. I am an attorney duly admitted to practice before all the Courts of the State of California and this Court.  I am an associate at the law firm of Paul Hastings LLP, counsel of record for James Sexton.  I make this declaration in support of James Sexton's Application to File Under Seal Movant James Sexton's Motion to Request Furlough of James Sexton.  I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify to the facts set forth herein.

2. I am informed and believe that there is a risk to the personal safety of James Sexton should the contents of the Motion at issue or its accompanying documents become public.

3. I am informed and believe that it is necessary to file the Motion under seal in order to protect the personal safety of James Sexton.

4. On October 28, 2016, I received an email from Brandon Fox, Assistant United States Attorney, indicating that the United States does not object to this Application.

5. On October 28, 2016, I sent an email to Tinos Diamantatos (tito.diamantatos@morganlewis.com) and Nathan Hochman (nathan.hochman@morganlewis.com) of Morgan Lewis & Bockius LLP, attorneys for Leroy Baca, asking whether Mr. Baca objects to this Application.  As of the time of my signing, I have not received a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

- 1 -

KAEWERT DECLARATION ISO
APPLICATION TO FILE UNDER SEAL

Executed this 28th day of October, 2016, at Los Angeles, California.

By: _____
Brian S. Kaewert

- 2 -

THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Movant
James Sexton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

     vs.

LEROY BACA,

              Defendant.

CASE NO. CR-16-00066-PA

**[PROPOSED] ORDER AUTHORIZING UNDER SEAL FILING OF JAMES SEXTON'S MOTION TO REQUEST FURLOUGH OF JAMES SEXTON**

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

OCT 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ORIGINAL

[PROPOSED] ORDER

The Court, having considered the Ex Parte Application to File Under Seal Movant James Sexton's Motion to Request Furlough of James Sexton, and finding good cause therefore, hereby ORDERS:

That the Motion to Request Furlough of James Sexton shall be filed under seal.

IT IS SO ORDERED.

Dated: _____10/31/16_____    By: _____
                                    The Honorable Percy Anderson
                                    United States District Judge

- 1 -                                           [PROPOSED] ORDER