# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
NOV - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge Anderson

From: Marilyn Davis _____, Deputy Clerk    Date Received: November 1, 2016

Case No.: 2:16-CR-00066-PA    Case Title: U.S.A. v. LeRoy Baca

Document Entitled: (1) Motion to Withdraw Filings (2) [Proposed] Order Granting James Sexton's Motion To Withdraw Filings

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Judge has not ruled on the first filing that was discrepancied and submitted by James Sexton |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

11/2/16    _[signature]_
_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

| COPY 1 -ORIGINAL-OFFICE | COPY 2 -JUDGE | COPY 3 -SIGNED & RETURNED TO FILER | COPY 4 -FILER RECEIPT |
|---|---|---|---|

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Movant
James Sexton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-16-00066-PA |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW FILINGS** |
| vs. | |
| LEROY BACA, | No Hearing Requested |
| Defendant. | [[Proposed] Order filed concurrently herewith] |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

MOTION TO WITHDRAW FILINGS

Movant James Sexton, by and through his counsel, Thomas P. O'Brien of Paul Hastings LLP, hereby moves this Court to withdraw all papers filed by James Sexton on Friday, October 28.

Actions taken by the Warden of FCI Talladega have made the filings moot. Therefore, James Sexton requests that the Court allow him to withdraw his Application to File Under Seal, the Declaration of Brian S. Kaewert in Support of the Application to File Under Seal, the [Proposed] Order regarding the Application to File Under Seal, the Motion to Request Furlough of James Sexton, the Declaration of Brian S. Kaewert in Support of the Motion, and the [Proposed] Order regarding the Motion.

DATED: October 31, 2016

THOMAS P. O'BRIEN
PAUL HASTINGS LLP

By: _____
    THOMAS P. O'BRIEN

Attorneys for Movant
James Sexton

- 1 -                    MOTION TO WITHDRAW FILINGS

THOMAS P. O'BRIEN (SB# 166369)
thomasobrien@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Movant
James Sexton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-16-00066-PA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JAMES SEXTON'S MOTION TO WITHDRAW FILINGS** |
| vs. | |
| LEROY BACA, | |
| Defendant. | |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ORIGINAL

[PROPOSED] ORDER

The Court, having considered James Sexton's Motion to Withdraw Filings, and finding good cause therefore, hereby ORDERS:

(1)    That the Motion to Withdraw Filings is GRANTED.

(2)    That James Sexton's filings will be considered withdrawn prior to consideration.

IT IS SO ORDERED.


Dated: _____         By:_____
                                             The Honorable Percy Anderson
                                             United States District Judge

- 1 -                                                    [PROPOSED] ORDER