# Exhibit 2

to Government's Motion to Preclude
Testimony By Dr. James Spar

gives talk to long Beach Rotary: Embattled sheriff vows to...   2013 WLNR 19531427

**News**Room

8/8/13 Long Beach Press Tele. (CA) 1
2013 WLNR 19531427

Long Beach Press-Telegram (CA)
Copyright © 2013 Press-Telegram

August 8, 2013

Section: News

gives talk to long Beach Rotary: Embattled sheriff vows to run again
Baca dismisses call to drop out, says jail scandals were 'conduct of a few'

Beatriz Valenzuela

LONG BEACH >> Los Angeles County Sheriff Lee Baca said Wednesday he is running for re-election next year, despite a recent scathing editorial urging the sheriff to bow out of the race.

"I think I'm the most qualified for the job," Baca said following a speaking engagement at the Long Beach Rotary Club on Wednesday afternoon. The sheriff was slated to talk about the Los Angeles Times editorial and California's Prison Realignment's effects on the county but seemed to dance around both topics in his talk to the local service group.

In an editorial that ran in Sunday's Los Angeles Times, Baca is asked not to run for re-election due to the "extraordinary cascade of scandals that have exposed the dismal state of the department and the jails he runs."

The piece made specific reference to the "gang-like clique" of deputies in the Central Jail that reportedly beat inmates on a regular basis and alleged civil rights violations.

On Wednesday, Baca countered that characterization.

"You can't blame an organization of 18,000 for the bad conduct of a few," he said.

He said those who were found to have participated in the jail attacks were dismissed and those who failed to report the incidents were disciplined.

Los Angeles County voters will cast ballots on the sheriff's post next June.

Long Beach Police Chief Jim McDonnell mulled whether to challenge Baca, but McDonnell announced in June he would not seek the county's top cop position.

Baca has been the sheriff for Los Angeles County since 1998.

During the speech, titled "Realignment and Its Effects," Baca replied to a question about a federal court's recent decision ordering California prisons to release 10,000 more inmates by the end of the year to help ease the overcrowded conditions.

"(The judges) made an arbitrary decision on why they wanted to release these prisoners," said Baca, adding he personally didn't think the added releases were neces

sary.

After the meeting, Baca said the first part of prison realignment, which sought to transfer housing and monitoring responsibilities of lower-level inmates back to the individual counties, is manageable. He was more concerned with the ruling forcing the early release of the 10,000 state inmates.

"I would invite these judges to go into the prisons and see for themselves what it's like before they make a decision like that," he said.

Despite not making many direct references to either realignment or the newspaper editorial, Baca did tell the dozens of Rotarians and guests about some of the programs he's implemented in the department, which he said can help with prisoner and deputy-conduct issues.

"Education is key," he said.

In the county jail system, Baca helped create a program that allows inmates to receive an education while behind bars.

"We've had 6,000 go to school every day Monday through Friday and six have gone to the judge to ask for extended sentences to finish their classes," Baca said. A better educated inmate, he said, helps keep that person from returning to jail.

He told attendees education is also essential for deputies, which led him to begin a continuing education program for the department. So far 2,000 deputies have obtained their bachelor's degrees, Baca said.

However book smarts is only part of the equation, he said.

"What I see is some of these young deputies have little street experience," he said, noting the deputies may not always know how to initially react to certain situations.

Baca » Page 8

LONG BEACH >> Los Angeles County Sheriff Lee Baca said Wednesday he is running for re-election next year, despite a recent scathing editorial urging the sheriff to bow out of the race.

"I think I'm the most qualified for the job," Baca said following a speaking engagement at the Long Beach Rotary Club on Wednesday afternoon. The sheriff was slated to talk about the Los Angeles Times editorial and California's Prison Realignment's effects on the county but seemed to dance around both topics in his talk to the local service group.

In an editorial that ran in Sunday's Los Angeles Times, Baca is asked not to run for re-election due to the "extraordinary cascade of scandals that have exposed the dismal state of the department and the jails he runs."

The piece made specific reference to the "gang-like clique" of deputies in the Central Jail that reportedly beat inmates on a regular basis and alleged civil rights violations.

On Wednesday, Baca countered that characterization.

"You can't blame an organization of 18,000 for the bad conduct of a few," he said.

He said those who were found to have participated in the jail attacks were dismissed and those who failed to report the incidents were disciplined.

Los Angeles County voters will cast ballots on the sheriff's post next June.

Long Beach Police Chief Jim McDonnell mulled whether to challenge Baca, but McDonnell announced in June he would not seek the county's top cop position.

Baca has been the sheriff for Los Angeles County since 1998.

During the speech, titled "Realignment and Its Effects," Baca replied to a question about a federal court's recent decision ordering California prisons to release 10,000 more inmates by the end of the year to help ease the overcrowded conditions.

"(The judges) made an arbitrary decision on why they wanted to release these prisoners," said Baca, adding he personally didn't think the added releases were neces

sary.

After the meeting, Baca said the first part of prison realignment, which sought to transfer housing and monitoring responsibilities of lower-level inmates back to the individual counties, is manageable. He was more concerned with the ruling forcing the early release of the 10,000 state inmates.

"I would invite these judges to go into the prisons and see for themselves what it's like before they make a decision like that," he said.

Despite not making many direct references to either realignment or the newspaper editorial, Baca did tell the dozens of Rotarians and guests about some of the programs he's implemented in the department, which he said can help with prisoner and deputy-conduct issues.

"Education is key," he said.

In the county jail system, Baca helped create a program that allows inmates to receive an education while behind bars.

"We've had 6,000 go to school every day Monday through Friday and six have gone to the judge to ask for extended sentences to finish their classes," Baca said. A better educated inmate, he said, helps keep that person from returning to jail.

He told attendees education is also essential for deputies, which led him to begin a continuing education program for the department. So far 2,000 deputies have obtained their bachelor's degrees, Baca said.

However book smarts is only part of the equation, he said.

"What I see is some of these young deputies have little street experience," he said, noting the deputies may not always know how to initially react to certain situations.

Baca

Case 2:16-cr-00066-PA    Document 134-1    Filed 11/07/16    Page 5 of 5    Page ID #:3306

From Page 1

beatriz.valenzuela@presstelegram.com @PTBeatriz on Twitter

**---- Index References ----**

Company: LOS ANGELES TIMES

News Subject: (Legal (1LE33); Education (1ED85); Prisons (1PR87); Adult & Continuing Education (1AD90); Police (1PO98))

Industry: (Construction (1CO11); Commercial Construction (1CO15); Correctional Facilities (1CO72))

Region: (Americas (1AM92); USA (1US73); U.S. West Region (1WE46); California (1CA98); North America (1NO39))

Language: EN

Other Indexing: (LOS ANGELES TIMES) (Jim McDonnell; Lee Baca)

Word Count: 1178

**End of Document**                              © 2016 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**