Name & Address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) |  |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☐ Lodged: (**List Documents**)

**Reason:**

☐  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING