EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
      1500/1200/1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-0141
      E-mail:     Brandon.Fox@usdoj.gov
                  Lizabeth.Rhodes@usdoj.gov
                  Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 16-66(A)-PA |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS |
| v. | ~~[UNDER SEAL]~~ |
| LEROY BACA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's ex parte application for sealed filing is

GRANTED.  The documents sought to be filed under seal and the

//

government's ex parte application for sealed filing shall be filed under seal.

Dated: November 8, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:


/s/
_____
BRANDON D. FOX
Assistant United States Attorney

2