EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1500/1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXAMINER'S DETERMINATION OF DEFENDANT'S MENTAL COMPETENCY |
| v. | |
| LEROY BACA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant LEROY BACA ("defendant"), by and through his counsel of record, Nathan Hochman and Tinos Diamantatos, hereby stipulate as follows:

1.    In response to this Court's order (Dkt. 141), the parties have conferred regarding the Court-appointed examiner's conclusion that defendant is competent to stand trial.

2.    Defense counsel does not contest the examiner's conclusion that defendant is competent to stand trial.

3.    The government similarly does not contest the examiner's conclusion that defendant is competent to stand trial.

4.    The parties agree that there is no need for an evidentiary hearing on this issue.

IT IS SO STIPULATED.

Dated: November 15, 2016          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Brandon D. Fox*

BRANDON D. FOX
LIZABETH A. RHODES
EDDIE A. JAUREGUI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*/s/ Nathan Hochman with telephonic authorization*

Dated: November 15, 2016

NATHAN HOCHMAN
TINOS DIAMANTATOS

Attorneys for Defendant
LEROY BACA