EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1500/1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S STATUS REPORT RE: GOVERNMENT's MOTION TO BAR TESTIMONY OF DEFENDANT'S PROPOSED EXPERT JAMES SPAR PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 403, 702 and *DAUBERT* |
| v. | |
| LEROY BACA, | |
| Defendant. | |
| | Hearing Date: November 21, 2016 |
| | Hearing Time: 3:00 p.m. |
| | Location:    Courtroom of the |
| | Hon. Percy Anderson |

The parties have conferred regarding the government's Daubert motion, set for hearing on Monday, November 21, 2016. The government asked defense counsel whether they planned on having their proposed expert, Dr. James Spar, attend the hearing and be available for

testimony. Defense counsel stated that they would not make Dr. Spar available and that they do not believe they need to put on evidence related to the government's motion.

For reasons the government will further explain in its reply, which is due on November 18, 2016, the government believes that the defense has not meet its burden of showing that Dr. Spar's testimony is admissible.

Dated: November 16, 2016          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


*/s/ Brandon D. Fox*
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA