EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-0141
     E-mail:     Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>LEROY BACA,<br><br>          Defendant. | No. CR 16-66(A)-PA<br><br>SUPPLEMENTAL STATUS REPORT RE: GOVERNMENT's MOTION TO BAR TESTIMONY OF DEFENDANT'S PROPOSED EXPERT JAMES SPAR PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 403, 702 and *DAUBERT*<br><br>Hearing Date: November 21, 2016<br>Hearing Time: 3:00 p.m.<br>Location:      Courtroom of the<br>               Hon. Percy Anderson |

At the request of defense counsel, the government supplements its earlier status report as follows:

Defense counsel stated that they did not believe an evidentiary hearing was necessary or required to decide the Daubert motion; since

they did not believe an evidentiary hearing was necessary or required, they did not plan on having Dr. Spar available.  If the Court were to order an evidentiary hearing, then the defense will have Dr. Spar available.  The government did not intend to call either of its expert witnesses to testify at the hearing as to the merits of this motion unless they were necessary to rebut testimony by Dr. Spar with regard to the motion.  The defense has already submitted evidence related to the government's motion, i.e., the sworn declaration of Dr. Spar, which it believes sufficient to meet its obligations under Daubert.

 Dated: November 16, 2016          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


            */s/ Brandon D. Fox*
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA