# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR16-66(A)  PA | Date | November 16, 2016 |
|---|---|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| Stephen Montes Kerr | Not Reported | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | | | X | Nathan J. Hochman | | | X |

**Proceedings:**    IN CHAMBERS ORDER

The Court on its own motion continues the hearing currently scheduled for November 21, 2016, at 3:00 p.m. to November 22, 2016, at 3:00 p.m.

|  | : | XXX |
|---|---|---|
| Initials of Deputy Clerk | | SMO |