Michael Zweiback (State Bar No. 143549)
michael.zweiback@alston.com
Rachel L. Fiset (State Bar No. 240828)
rachel.fiset@alston.com
Erin C. Coleman (State Bar No. 281092)
erin.coleman@alston.com

**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000

Attorneys for Defendant Leroy Baca

**FILED**
**CLERK, U.S. DISTRICT COURT**

11/17/16

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** _____ **DEPUTY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEROY BACA, <br><br> Defendant. | Case No.: CR16-0066-PA <br><br> **DEFENDANT SHERIFF LEROY BACA'S *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBIT "A" TO THE DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION** <br><br> Date:  July 11, 2016 <br> Time:  8:30 AM <br> Ctrm:  No. 15 |

1

DEFENDANT SHERIFF LEROY BACA'S *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBIT "A" TO THE DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION

Based upon the Declaration of Rachel Fiset, Defendant Sheriff Leroy Baca hereby requests the Court, *ex parte*, that Exhibit "A" to the Declaration of Michael Zweiback in Support of Defendant Sheriff Leroy Baca's Sentencing Position ("Zweiback Declaration") be filed under seal.  Sheriff Baca respectfully requests that the Court grant its Application and order that the aforementioned document be filed and maintained under seal due to the confidential information contained therein, including private medical information.

Dated: June 20, 2016                    **Alston & Bird LLP**

By:  */s/ Michael Zweiback*
        Michael Zweiback
        Attorneys for Defendant
        Leroy Baca

DEFENDANT SHERIFF LEROY BACA'S *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBIT "A" TO THE DECLARATION OF MICHAEL ZWEIBACK IN SUPPORT OF DEFENDANT SHERIFF LEROY BACA'S SENTENCING POSITION