# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR16-0066-PA |
|     Plaintiff, | |
|     v. | **SEALING ORDER** |
| LEROY BACA, | |
|     Defendant. | |

For good cause shown,

IT IS HEREBY ORDERED that Exhibit "A" attached to the Declaration of Michael Zweiback in Support of Defendant Sheriff Leroy Baca's Sentencing Position shall be filed under seal.

IT IS SO ORDERED.

DATED: November 17, 2016                _____

                                       HONORABLE PERCY ANDERSON
                                       United States District Court Judge