F.LE.

**ORIGINAL**

Laurack D. Bray
P.O. Box 611432
Los Angeles, California
Tel. : (805) 901-2693

Movant Pro Se

2016 NOV 21  PM 4: 35

LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    NO. CR  16-66(A) - PA
                    Plaintiff,  )
                                )
v.                              )
                                )    NOTICE OF APPEAL/PETITION FOR  A
LEROY BACA,                     )    WRIT OF MANDAMUS
                    Defendant.  )
                                )
                                )
                                )
                                )
                                )

NOTICE IS HEREBY GIVEN that prospective intervenor and Movant  Laurack D.

Bray  hereby appeals to the United States Court of Appeals for the Ninth Circuit

from the Order of  District Court judge Percy Anderson filed on November 7

2016, and entered on the docket on Nov. 14 2016 denying (indirectly)

1

PAID

NOV 21 2016

Clerk, US District Cou
COURT 4612

Movant's  motion to intervene (in the above-entitled case)  and to dismiss Defendant Leroy Baca's  indictment for selective prosecution/enforcement and for selective non-prosecution/enforcement.   A copy of said Order is attached hereto.

In the alternative, Movant also appeals the above-said Order pursuant to the collateral order doctrine, for both the motion to intervene and the motion to dismiss for selective prosecution/enforcement and for selective non-prosecution, where the district court's failure to file the motions are considered non-final orders.

Finally, as another alternative, and factually and legally, the most correct alternative,  Movant requests the Court of Appeals to treat the Notice of Appeal as a Petition for a writ of mandamus based on both the Clerk of the Court and the district court refusing to file the motions, where the filing of the motions is clearly a ministerial duty for the Clerk, and unless validly explained otherwise, is also one for the district court .    Again,  a copy of said Order, the same said Order referred to above, is attached hereto.

REQUEST FOR EXPEDITED ACTION

Movant hereby requests that the Court expedite action on this matter for both the motion to intervene as well as the motion to dismiss.  The reason for expediting the motion to intervene likely does not need explanation for the court. But , the motion to dismiss for selective prosecution/enforcement is also a pre-trial claim that should be resolved expeditiously in terms of its effect on Defendant Baca's scheduled trial date of December 6, 2016, that is, Movant believes there must be a resolution as to how the motion to dismiss is to be resolved, e.g.,  resided over by a separate judge or the current judge, and should a hearing on the motion run concurrent to Baca's trial or should Baca's trial be stayed until resolution of the motions to intervene and dismiss.

Nov. 21, 2016

Date

Movant-Appellant  Pro Se

Names of Parties and Counsel :

For Leroy Baca (Defendant) :  Nathan J. Hochman, The Water Garden, 1601 Cloverfield Blvd., Suite 2050 North; Santa Monica, CA 90404-4082

For the USA (Plaintiff): Brandon D. Fox, Office of US Attorney, 312 North Spring Street, 12th Floor;  Los Angeles, CA, 90012

3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Percy Anderson

From:  Andres                                          , Deputy Clerk        Date Received:  11/04/2016

Case No.:  2:16-cr-00066-PA                Case Title:  USA v. Lee Baca

Document Entitled:  Notice of Motion and Movant's Motion to Intervene

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☑ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other:  Not a party to the case. | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____            _____
Date                                                                     U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____11/7/16_____            _____
Date                                                                     U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

| COPY 1 -ORIGINAL-OFFICE | COPY 2 -JUDGE | COPY 3 -SIGNED & RETURNED TO FILER | COPY 4 -FILER RECEIPT |
|---|---|---|---|