ORIGINAL

FILED

2016 NOV 22  PM 3:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY:_____

Laurack D. Bray
P.O. Box 611432
Los Angeles, California
Tel. : (805) 901-2693

Movant Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    NO. CR  16-66(A) - PA
                    Plaintiff,       )
                                     )
v.                                   )
                                     )
LEROY BACA,                          )
                    Defendant.       )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )

PROOF OF SERVICE

I hereby certify that a copy of the "Notice of Appeal"  (filed on November 21, 2016)  and  a "Notice of Non-Filing of Motion" was mailed, first-class,  postage pre-paid,  to the following:

1

1. Eileen M. Decker
   United States Attorney
   1500/1200 United States Courthouse
   312 North Spring Street
   Los Angeles, California  90012      by  Priority Mail

   Counsel for USA


2. Nathan J. Hochman
   Morgan Lewis and Bockius  LLP
   The Water Garden
   1601 Cloverfield Boulevard , Suite 2050  North
   Santa Monica,  CA  90404-4082      by Priority Mail

   Counsel for Defendant Leroy Baca


On this  22nd    day November,  2016.

Laurack D. Bray

2

NOTICE OF NON-FILING OF DOCUMENTS

This notice is being submitted to notify the respective parties, Defendant Leroy Baca and Plaintiff USA , that the served "Motion to Intervene and Motion to Dismiss for the selective prosecution/enforcement and the selective non-prosecution/enforcement" were not filed by the clerk and/or district court.

I hereby certify that a copy of the foregoing  Notice of Non-filing of the Motions  to Intervene and the Motion to Dismiss the Indictment of Defendant Leroy Baca for selective prosecution /enforcement  and  selective non-prosecution/enforcement was mailed, postage pre-paid to :

1.  Eileen M. Decker
    United States Attorney
    1500/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012     by  Priority Mail

2.  Nathan J. Hochman
    Morgan Lewis and Bockius  LLP
    The Water Garden
    1601 Cloverfield Boulevard , Suite 2050  North
    Santa Monica,  CA  90404-4082     by Priority Mail

On this 22nd day , November,  2016.

Laurack D. Bray, Esq.

4