LIZABETH A. RHODES (Cal Bar. 155299)
Assistant United States Attorney
312 N. Spring St, 12th Fl, Los Angeles, CA 90012
Tel.: 213-894-3541
lizabeth.rhodes@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 16-00066(A)-PA |
| v. | |
| LEROY BACA, | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

CRIMINAL DOCUMENT

**Reason:**

☑  Under Seal

☑  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated:  _____

☐  Other:

November 28, 2016
Date

Lizabeth A. Rhodes
Attorney Name

United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                        NOTICE OF MANUAL FILING OR LODGING