ORIGINAL FILED

Laurack D. Bray
P.O. Box 611432
Los Angeles, California
Tel. : (805) 901-2693

Movant-Appellant  Pro Se

2016 NOV 28  AM 11: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 16-66(A) - PA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY BACA, | ) | SUPPLEMENT TO NOTICE OF APPEAL |
| Defendant. | ) | RE : RELIANCE ON CRIME VICTIMS |
| | ) | RIGHTS ACT (CVRA) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN, to the parties and to the Court,  that Movant-Appellant  Laurack D. Bray  HENCEFORTH  relies  on the Federal Crime Victims Rights Act, 18 U.S.C.  sec. 3771 (2004) regarding all proceedings, both appellate and trial, in this, the above-entitled case.  In particular, at this time, Appellant

1

relies on subsection (a)(8)  "The right to be treated with fairness and with respect

for the victim's dignity and privacy;"  and  subsection (c) "BEST EFFORTS TO

ACCORD RIGHTS",  (1)"GOVERNMENT".


Nov. 27, 2016 _____
Date                          LAURACK  D. BRAY
                              Appellant Pro Se

PROOF OF SERVICE

I hereby certify that a copy of the foregoing "Supplement to Notice of Appeal RE: Reliance on the Crime Victims Rights Act (CVRA)" was mailed, postage pre-paid to :

1. Eileen M. Decker
   United States Attorney
   1500/1200 United States Courthouse
   312 North Spring Street
   Los Angeles, California  90012     by  Priority Mail

2. Nathan J. Hochman
   Morgan Lewis and Bockius  LLP
   The Water Garden
   1601 Cloverfield Boulevard , Suite 2050  North
   Santa Monica,  CA  90404-4082     by Priority Mail

On this  27TH    day November,  2016.

Laurack D. Bray

3