# EXHIBIT C

ROBERT FATURECHI KCRW INTERVIEW

February 10, 2016

(Begin 2:22)

ANCHOR:        We just heard Eileen Decker, the U.S. Attorney, say
               that Baca lied about this, did he, when he was
               questioned by the FBI. Did he ever talk to you about it?


FATURECHI:     You know, what's interesting is when, when we first
               broke this story, he actually told me, he acknowledged,
               that, uh, he was aware and he sent these deputies to,
               uh, this FBI agent's home.  Uh, it appears that he later
               backtracked, uh, uh, you know on those statements in
               his interviews with the Feds, uh, but he told me this
               very clearly at the time.

(End 2:54)