# EXHIBIT E

Attorney's Name, Address & Phone:

Brandon D. Fox
Chief, Public Corruption & Civil Rights Section
Assistant United States Attorney
1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012
Phone: (213) 894-0284

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| United States of America | PLAINTIFF | 16-66(A)-PA |
| v. | | |
| Leroy Baca | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO: Robert Faturechi

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: First Street Federal Courthouse, 350 W 1st Street, Los Angeles, CA 90012-4565 , Courtroom: Hon. P Anderson

Date: 12-6-2016 , Time: 8:30 a.m.

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



Kiry K. Gray

Kiry K. Gray, Clerk of Court

November 9, 2016

Date

