EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-0141
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S REQUEST FOR JUDICIAL NOTICE |
| LEROY BACA, | Trial Date:   December 5, 2016 |
| Defendant. | Trial Time:   8:30 a.m. |
| | Location:     Courtroom of the |
| | Hon. Percy Anderson |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201(b):

In the federal criminal justice system, grand juries investigate crimes and, absent a stipulation or agreement, all felony crimes must be prosecuted by a grand jury indictment.  A grand jury investigation is the same thing as a grand jury proceeding.

Grand juries do not have the same function as trial juries.  For example, grand juries are not required to presume defendants innocent and may return an indictment without considering the same burden of proof as a trial jury.  Grand juries do not hear arguments from defense attorneys and do not necessarily receive the same evidence that is later introduced at trial.  Grand jury indictments are not evidence against any defendant.

Grand juries are ordered by the District Court and are summoned, selected, and impaneled pursuant to federal law. A grand jury must consist of no less than 16, no more than 23 members.  The only people permitted inside the grand jury room are the witnesses under examination, grand jurors, the attorney for the Government, an interpreter (if needed), and a court reporter.  The attorney for the Government assists the Grand Jury in deciding which witnesses to hear from and which subpoenas to issue. Counsel for the witnesses or defendants are not permitted inside the grand jury room.

By law, all participants other than witnesses are bound to strict secrecy regarding proceedings before the grand jury.

The term of the normal grand jury is not to exceed 18 months.

The government further requests that the Court instruct the jury that it may or may not accept these noticed facts as conclusive, pursuant to Rule 201(f).

Dated: November 28, 2016          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Brandon D. Fox*

_____
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3