ORIGINAL

**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com

Attorneys for Non-Party Journalist
Robert Faturechi



FILED
CLERK, U.S. DISTRICT COURT
NOV 2 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA,<br><br>Defendant. | Case No. **16-66(A)-PA**<br><br>**DECLARATION OF ROBERT FATURECHI IN SUPPORT OF MOTION TO QUASH THE GOVERNMENT'S SUBPOENA; EXHIBITS A-B**<br><br>Hearing Date:  December 2, 2016<br>Hearing Time:  TBD<br>Courtroom:  Courtroom 9A<br>  Hon. Percy Anderson<br><br>(Notice of Motion and Motion to Quash Concurrently Submitted) |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
NOV 2 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

DECLARATION OF ROBERT FATURECHI
DWT 30794687v2 0050033-000508

## DECLARATION OF ROBERT FATURECHI

I, Robert Faturechi, declare and state as follows:

1.    I am over eighteen years of age, and am not a party to this action. I have personal knowledge of the matters stated below except for those matters stated on information and belief, which I am informed and believe to be true.

2.    I am a professional journalist who regularly gathers and disseminates information to the public. From 2009 to 2014, I was employed by The Los Angeles Times ("The Times") as a staff reporter. Since 2014, I have been employed as a reporter at ProPublica, a nonprofit news organization.

3.    I was served with a subpoena in this matter on November 16, 2016. A true and correct copy of the subpoena is attached as **Exhibit A**.

4.    During my tenure as a staff reporter at The Times, one of the areas on which I reported was the Los Angeles County Sheriff's Department. One of the articles published by The Times under my byline was published on September 29, 2011, titled "L.A. County Sheriff Lee Baca gives details of F.B.I. sting." A true and correct copy of this article is attached as **Exhibit B**. All of the information I obtained and contributed to that Article was obtained in the course and scope of my work as a reporter for The Times.

5.    On February 11, 2016, I was interviewed for a segment of the KCRW radio program "Olney in L.A." that discussed former Sheriff Lee Baca. The program is available on KCRW's website at http://www.kcrw.com/news-culture/shows/olney-in-la/former-la-county-sheriff-lee-baca-pleads-guilty. The interview questions to me concerned reporting I did while I was at The Times, and information I gathered in the course and scope of my work as a journalist.

6.    In my experience as a news reporter I have strived to protect my role as an independent journalist, who is not allied with either side in the controversies that I cover. I firmly believe that such independence is essential to my ability to gain the trust of sources and to effectively investigate and report the news. If sources view

1

DECLARATION OF ROBERT FATURECHI
DWT 30794687v2 0050033-000508

me as a potential investigative tool for the government, criminal defendants, or private litigants, they may decline to provide information to me, impeding my ability to gather and provide information to the public about matters of significant public concern. I am concerned that if I am compelled to testify in this case, my ability to do my job in the future will be severely hampered because it could create the appearance of bias.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 21 day of November 2016 at Los Angeles, California.

_____
Robert Faturechi

2

DECLARATION OF ROBERT FATURECHI
DWT 30794687v2 0050033-000508

# EXHIBIT A

Attorney's Name, Address & Phone:

Brandon D. Fox
Chief, Public Corruption & Civil Rights Section
Assistant United States Attorney
1500 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012
Phone: (213) 894-0284

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| United States of America | | |
| | PLAINTIFF | 16-66(A)-PA |
| v. | | |
| Leroy Baca | | |
| | | SUBPOENA IN A CRIMINAL CASE |
| | DEFENDANT(S) | |

TO: Robert Faturechi

☑ YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: First Street Federal Courthouse, 350 W 1st Street, Los Angeles, CA 90012-4565 , Courtroom: Hon. P Anderson

Date: 12-6-2016 , Time: 8:30 a.m.

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):



Kiry K. Gray, Clerk of Court

November 9, 2016
Date



CR-21 (10/15)    SUBPOENA IN A CRIMINAL CASE    Page 1 of 2

# EXHIBIT B

Los Angeles County sheriff details FBI undercover sting of deputy - latimes

Advertisement



Advertisement



The best services
at a better price

TV + INTERNET + VOICE
with FREE DVR service*
from

$2999/mo.
each for 12 mos.
when bundled*

60 Mbps Internet,
FREE HD and
Unlimited Calling

Spectrum▸

**FROM THE ARCHIVES**

Claims allege Baca, Tanaka authorized handling of FBI...
*March 6, 2014*

U.S. seeks to expand probe of L.A. County Sheriff's...
*December 12, 2013*

Baca played a role in handling of FBI informant, sources say
*April 11, 2013*

Grand jury probes L.A. County sheriff's handling of FBI...
*December 18, 2012*

FBI paid deputy to smuggle cellphone in jail sting
*September 27, 2011*

# L.A. County Sheriff Lee Baca gives details of FBI sting

*Sheriff Baca says agents paid a deputy $1,500 to smuggle a cellphone to a jail inmate.*

**September 29, 2011** | By Robert Faturechi, Los Angeles Times

Email    Share    G+1  23

Los Angeles County Sheriff Lee Baca, responding to federal investigations of jailhouse abuse, for the first time offered a detailed account of an FBI undercover sting that caught one of his deputies allegedly smuggling a cellphone to an inmate.

In an interview with The Times, Baca revealed that the inmate working as an FBI informant inside Men's Central Jail was using pay phones there to contact agents probing allegations of deputy misconduct. The agents tried to dissuade him from using a jailhouse line, telling him they could be monitored by sheriff's officials. The agents promised to get their informant a cellphone, Baca said, and the inmate volunteered that he knew of a deputy willing to smuggle contraband for cash.

Baca confirmed that federal authorities targeted that deputy in an undercover sting. FBI operatives brought $1,500, Baca said, and the deputy agreed to go through with the deal.

Baca said the cellphone was delivered, and the inmate used it to contact his federal handlers and another source whom Baca declined to identify.

Later, when sheriff's officials searched the inmate and found the phone, they also discovered a hand-written note listing names of deputies. Baca said the informant had been gathering the names of deputies thought to have used excessive force against inmates.

Baca suspected the inmate was compiling the list for the FBI.

After the FBI ensnared the deputy who allegedly smuggled the cellphone, agents showed up at his home and tried to "flip him" — get him to work for them as an informant, Baca said. The deputy, identified by sources as Gilbert Michel, 38, was placed on leave by sheriff's officials sometime after the cellphone was discovered. Michel, who has since resigned, could not be reached for comment.

The undercover sting created a rift between Baca and the FBI. He has publicly denounced the operation and suggested that federal authorities were breaking the law and may not know what they are doing. He met with U.S. Atty. Andre Birotte Jr. earlier this week to discuss the tensions between the two sides.

Both Baca and Birotte remained tight-lipped about how the meeting went.

**MORE STORIES ABOUT**

72h

Sheriff Baca

Earlier this week, two sheriff's investigators showed up at the home of the lead FBI agent involved in the cellphone sting to question her, Baca said.

"We're investigating a crime," he said. Asked if the Sheriff's Department was going to seek criminal charges, Baca said "No, I don't think so. It's not worthy of pursuing, in view of the greater good." Baca said the agent directed questions to her supervisor. He dismissed any suggestion that the visit was intended to intimidate the agent. The FBI's home visit to his deputy wrapped up in the sting, Baca argued, involved "substantially more intimidating tactics."

Federal authorities declined to discuss the incident.

But FBI spokeswoman Laura Eimiller said: "With regard to the investigation, FBI agents at all times were acting within the course and scope of their duties and were in compliance with FBI policy and practices."

Before his interview with The Times, Baca held a news conference to address a call from the American Civil Liberties Union of Southern California to resign. The ACLU filed court documents Wednesday that included sworn declarations from two chaplains and a Hollywood producer who said they had witnessed deputies abusing inmates.

Flanked by more than a dozen of his top brass, Baca said allegations of deputy misconduct are thoroughly investigated. He said accusations, even in large numbers, do not prove abuse.

"My goal is the truth," Baca said.

The vast majority of violence in the jails, he added, is initiated by inmates.

He noted that internal sheriff's investigations are monitored by a watchdog agency of attorneys. Baca also reiterated his call to tear down and replace Men's Central Jail, an antiquated facility.

In addition to the FBI's scrutiny of the jails, federal authorities are investigating a sheriff's captain suspected of being overheard on a wiretap tracking an alleged Compton drug ring.

The U.S. Department of Justice's civil rights division also recently announced a wide-scale "pattern and practice" investigation into allegations that deputies in the Antelope Valley discriminated against minority residents who receive government housing assistance.

robert.faturechi@latimes.com

Email    Share    | G+1 |  23

From the Web                                                      Sponsored Links by Taboola

**Personalized Wedding & Anniversary Pushpin Map**
uncommongoods.com

**Harry's Razors: Do They Live Up To The Hype?**
Harry's

**"Shark Tank" Star's Brilliant Tip On Paying Off Mortgage**
The Easy Loan Site by Bills.com

**The Sheets Everyone In Los Angeles Is Obsessed With- Now On Sale!**
Brooklinen

**First-Person Drone Flying Is Here With Sky Viper**
Sky Viper Drones

<u>PROOF OF SERVICE BY HAND DELIVERY</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On November 22, 2016, I caused to be hand-served the foregoing document[1] described as DECLARATION OF ROBERT FATURECHI IN SUPPORT OF MOTION TO QUASH THE GOVERNMENT'S SUBPOENA; EXHIBITS 1-B on counsel appearing on this date in Courtroom 9A of the United States District Court for the Central District of California:

Nathan Hochman, Esq.
c/o Courtroom of The Honorable Percy Anderson
First Street Courthouse
350 W. 1st Street, Courtroom 9A
9th Floor, Los Angeles, California 90012
*Counsel for Defendant, Leroy Baca*

Brandon Fox, Esq.
c/o Courtroom of The Honorable Percy Anderson
First Street Courthouse
350 W. 1st Street, Courtroom 9A
9th Floor, Los Angeles, California 90012
*Counsel for Plaintiff, United States of America*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this proof of service was executed on November 22, 2016, at Los Angeles, California.

| Kelli Sager | | Signature |
|---|---|---|
| Print Name | | |

---

[1] The service copy had handwritten hearing date and "TBD" on time.

PROOF OF SERVICE
DWT 30136066v1 0026175-000486