UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA | | CASE NUMBER |
| | PLAINTIFF(S), | 2:16-cr-00066-PA All Defendants |
| v. | | |
| Baca | | NOTICE OF CLERICAL ERROR |
| | DEFENDANT(S), | |

TO:     U. S. District Judge(s)
        U. S. Magistrate Judge(s)
        Counsel of  Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document:   NOTIFICATION by Circuit Court of Appellate Docket Number 16-50453, 9th Circuit regarding Notice

Filed Date:          11/28/16                              Document Number:          168

☐   Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐   Case number has been corrected.  The correct case number is _____

☐   Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐   Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials
     are _____.

☐   Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
     ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐   Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3,
     ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number
     _____ has been reassigned to new case number _____

☐   Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location
     will result in your documents being returned to you.

☐   Case title is corrected from _____ to _____

☐   Document has been re-numbered as document number _____

☐   Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on
     document.  The correct date is _____

☐   Document is missing page number(s): _____

☐   To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's
     initials: _____

☑   Other: Document [168] is a duplicate entry of 166.

CLERK, U.S. DISTRICT COURT

Date  11/30/2016                              By:   Martha Torres  213 894 3570

                                                    Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)                              **NOTICE OF CLERICAL ERROR**