# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-66(A)  PA | Date | November 29, 2016 |
|---|---|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| Stephen Montes Kerr | Not Reported | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | | | X | Nathan J. Hochman | | | X |

**Proceedings:**    IN CHAMBERS ORDER

The Court sets a hearing on the Motion to Quash filed by Mr. Faturechi and a further pretrial conference for December 1, 2016, at 2:30 p.m.  All counsel and the defendant shall be present.

Counsel shall file, no later than 10:00 a.m. on December 1, 2016, any proposed voir dire the Court will conduct of the prospective jurors.

cc:    Kelli Sager

|  | : |
|---|---|
| Initials of Deputy Clerk | SMO |