JUROR QUESTIONNAIRE

Juror ID# _____

## BACKGROUND QUESTIONS

These questions are designed to obtain information concerning your qualifications to sit as a juror in a criminal case in federal court and will permit jury selection to proceed more quickly. The information you provide in this questionnaire will be provided to the court and the attorneys for both sides in a case in which you may be called as a juror.

Please answer the following questions as completely as possible, in clear, legible writing or printing. Because completion of this questionnaire is part of the jury selection process, the answers must be your own and are made subject to your oath as a juror to respond fully and truthfully.

There are no right or wrong answers.

1.  Full Name:        _____

2.  Age:            _____

3.  City of Residence: _____

4.  How many years have you lived in the Central District of California (the Central District comprises the counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara and Ventura)? _____

5.  Marital status (check one):
     Single ____
     Unmarried but Living with Significant Other ____
     Married ____
     Divorced ____
     Widow or Widower____

6.  Do you have children? (If so, please list their ages):

_____

7. What is the last grade of school (including graduate school) that you completed?

_____

8. Which of the following categories best describes your employment status? (check one):

   Employed full-time ____

   Employed part-time ____

   Retired ____

   Disabled ____

   Unemployed ____

   Homemaker ____

9. If you work, please list your occupation and who is your employer:

_____

10. Have you, has any member of your family, or have any of your close friends ever been employed with any Federal, State, or local law enforcement agency? If yes, please give a brief explanation below.

_____ Yes _____ No

_____

_____

_____

11. Have you or any member of your immediate family ever assisted law enforcement in the investigation of any alleged criminal act? If yes, please give a brief explanation below.

_____ Yes _____ No

_____

_____

_____

12.    Have you or a close family member ever been arrested for, charged with, or convicted a crime (other than a traffic ticket)? If yes:

a. Who was arrested, charged, or convicted? _____

b. What was the nature of the alleged crime? _____

c. What was the resolution of the case? _____

d. Do you feel that you or the family member was/were treated fairly? Please explain?

_____

_____

_____

13.    Have you, a member of your family, or a close friend ever served time in prison or jail? If so, please provide details, including whether it was you or someone else, the location of the prison or jail, and anything from that experience that may affect your ability to be fair and impartial in this case.

_____ Yes _____No

_____

_____

_____

14.    Have you ever served in the military? _____

        If so, list the branch, general duties, years of service, and rank attained:

_____

_____

_____

3

15.    Have you ever served on a jury before?  If yes, without revealing the verdict, please answer
       a.  How long ago you served _____
       b.  Whether it was a criminal or civil trial _____
       c.  Whether you served as the foreperson _____
       d.  Whether the jury reached a verdict _____

16.    Have you, your spouse/significant other, a family member, or close friend ever belonged to or held any office or title in, any civic, social, religious, political, professional, or trade clubs, unions, or organizations?

_____ Yes _____No

_____

_____

_____

17.    Have you, your spouse/significant other, a family member, or close friend ever participated in any group concerned with crime prevention or victims' rights?

_____ Yes _____No

_____

_____

_____

18.    Do you follow the news or current events? If so, please list the publications or website you read in order to follow the news or current events.

_____

_____

_____

4

### QUESTIONS SPECIFIC TO THIS CASE

This trial involves criminal charges against Leroy Baca for conduct that allegedly occurred while Mr. Baca was serving as Los Angeles County Sheriff. Do not try to independently learn details about this case. The purpose of this questionnaire is to allow the Court to understand what information you have been exposed to in order to determine whether you may be a fair juror.

As with all cases, Mr. Baca is presumed innocent of the charges against him. Nothing in these questions suggest otherwise.

19.    Have you heard of Leroy Baca, who is also known as Lee Baca? _____

(If you have not heard of Mr. Baca, please skip to question 17)

      a.  How do you know of him?

_____

_____

_____

      b.  What do you know about him?

_____

_____

_____

      c.  Where have you learned this information?

_____

_____

_____

20.    Mr. Baca is charged with allegedly conspiring to obstruct a federal grand jury investigation, and lying to the federal government about his involvement in the obstruction. Mr. Baca has pleaded not guilty to the charges.

Other than what you just read in the previous paragraph, do you know anything about the criminal charges in this case? _____

(If not, skip to question 18)

    a. What do you know about the criminal charges?

_____

_____

_____

    b. Where have you learned this information?

_____

_____

_____

21. Have you followed any media reports or read any blogs regarding this case?  If so, please describe (please do no search for any)

_____

_____

_____

22. Have you followed any media reports or read any blogs regarding allegations of abuse and corruption and the Los Angeles County jails? If so, please describe (please do no search for any)

_____

_____

_____

23. Do you have strong feelings about the Los Angeles County Sheriff's Department?  If so, please explain.

_____

_____

_____

24.    Do you have strong feelings about the Federal Bureau of Investigation? If so, please explain.

_____

_____

_____

### SPECIALIZED TRAINING AND SPECIFIC EXPERIENCES

25.    Have you, any member of your family, or any close friends taken classes in the fields of law enforcement, criminology, or criminal justice, or been employed in those fields? If so, please describe.  If yes, please give a brief explanation below.

_____ Yes _____No

_____

_____

_____

26.    Have you, any member of your family, or any close friends worked in a prison or jail? If so, please describe.  If yes, please give a brief explanation below.

_____ Yes _____No

_____

_____

_____

27.    Have you or any immediate family member received training in, or otherwise have specialized knowledge of the medical profession? If yes, please explain.

_____ Yes _____No

_____

_____

_____

28.    Have you, any member of your family, or any close friends taken classes in the fields of counseling, sociology, psychiatry, psychology, social work, or worked in those fields?  If yes, please describe.

_____ Yes _____No

_____

_____

_____

29.    Do you, any of your loved ones, or any close friends have cognitive or mental diseases or ailments? If yes, please describe.

_____ Yes _____No

_____

_____

_____

30.    Have you ever been a caregiver to someone with physical or mental diseases or ailments? If yes, please describe.

_____ Yes _____No

_____

_____

_____

31.    Do you have any strong opinions (good or bad) about people who have cognitive or mental deficiencies or ailments?  If yes, please explain.

_____ Yes _____No

_____

_____

_____

32.    You may be asked to consider whether the defendant suffered from a mental impairment and whether that impairment affected his ability to recall certain events.  If so, will you be able to consider this evidence, along with the other evidence, and be fair to both sides in determining whether the government has proven its case beyond a reasonable doubt?

_____

_____

_____

33.    Would you have a problem holding someone responsible for violating the law even if the person has a physical disability, thinking disorder, or mental condition if the government otherwise proves its case beyond a reasonable doubt?  Please explain your answer.

_____

_____

_____

34.    The defendant in this case is 74 years old.  Do you think a defendant's age should factor into your determination of whether the defendant is not guilty or guilty?  Please explain your answer

_____

_____

_____

### ABILITY TO BE A JUROR

35.    If you are selected as a juror, I will instruct you to avoid any media article, website, blogs, or social media while you are a juror.  Is there a reason that you cannot follow this instruction?

_____

_____

_____

36.    If you are selected as a juror, I will instruct you not to communicate about the case with anyone, including through social media, texts, internet chat rooms, blogs, and conversations. Is there a reason that you cannot follow this instruction?

_____

_____

_____

37.    If you are selected as a juror, I will instruct you on the law and you will be obligated to follow the law.  Will you have a problem following the law as I explain it to you, even if you disagree with it?

_____

_____

_____

38.    If you are selected as a juror, I will instruct you that the defendant is presumed innocent unless and until at the end of the trial, after deliberations, that the government proved the defendant guilty beyond a reasonable doubt.  Will you be able to follow this instruction?

_____ Yes _____No

39.    If you are selected as a juror, I will instruct you that the defendant has the right not to testify and is not required to present any evidence or prove that he is not guilty, and if he chooses not to testify or present any evidence you cannot hold this against him. Will you be able to follow this instruction?

_____ Yes _____No

40.    If you are selected as a juror, you may need to decide which testimony to believe and which testimony not to believe.  I will instruct you that you should not necessarily rely on the number of witnesses who testify about a given fact in determining whether to believe a statement.  In other words, if you find the testimony of one witness or a few witnesses on a particular issue more persuasive than the testimony of a larger number of witnesses

on the same issue, you need not accept the testimony of the larger number of witnesses on that issue.  Will you be able to follow this instruction?

_____ Yes _____No

41.    This trial is expected to last three weeks.  Do you have any pre-paid vacations over the next three weeks?

_____

_____

_____

42.    If you have an employer, does your employer pay for jury service?  If so, how much?

_____

_____

_____

43.    Is there a financial reason why serving as a juror for three weeks would severely burden you?

_____

_____

_____

44.    Is there any other reason you feel you cannot serve as a juror for three weeks?

_____

_____

_____

45.    Do you have any religious or moral briefs that would make it difficult for you to serve as a juror, or make it difficult for you to sit in judgment of another individual?

_____

_____

_____

46.    Do you have any physical or other disability or condition that would make it difficult for you to serve as a juror?

_____

_____

_____

47.    Is there anything else that the Court should know about you that would impact your ability to serve as a fair and impartial juror?

_____

_____

_____

48.    Is there any reason why you cannot be fair to either side in this case?

_____

_____

_____