EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-6436
    E-mail:    Brandon.Fox@usdoj.gov
               Lizabeth.Rhodes@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
| Plaintiff, | STIPULATION RE: TELEPHONIC STATUS CONFERENCE |
| v. | |
| LEROY BACA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, and defendant Leroy Baca, by and through his counsel of record Nathan Hochman and Tinos Diamantatos, hereby stipulate and agree to participate in a telephonic conference with the Court regarding pretrial matters, including discussion on potential severance of the trial under Rule 14 of the Federal Rules of Criminal Procedure.

Defendant Baca knowingly and intentionally waives his personal appearance in Court.  He will appear telephonically and will be represented by the undersigned counsel.

IT IS SO STIPULTAED.

Dated: December 2, 2016                    Respectfully submitted,

                                           EILEEN M. DECKER
                                           United States Attorney

                                           LAWRENCE S. MIDDLETON
                                           Assistant United States Attorney
                                           Chief, Criminal Division


                                              */s Brandon D. Fox*
                                           BRANDON D. FOX
                                           LIZABETH A. RHODES
                                           EDDIE A. JAUREGUI
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA



Dated: December 2, 2016

                                              *Nathan Hochman*
                                           NATHAN HOCHMAN
                                           TINOS DIAMANTATOS

                                           Attorneys for Defendant
                                           LEROY BACA