EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-0141
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | STIPULATION RE: DEPOSITION TESTIMONY |
| v. | Trial Date:   December 5, 2016 |
| LEROY BACA, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, and defendant Leroy Baca, individually and through his counsel of record, Nathan Hochman, Tinos Diamantatos, and Briana Leigh Abrams, stipulate as follows:

1. Defendant Leroy Baca testified in a deposition in a civil suit, which was unrelated to this case, on January 29, 2015, and April 6, 2015.

2. Government Exhibit 4 is a true and correct copy of the video recording of defendant Leroy Baca's deposition testimony from January 29, 2015. Government Exhibit 5 contains accurate excerpts of defendant's deposition testimony from January 29, 2015.

3. Government Exhibit 6 is a true and correct copy of the video recording of defendant Leroy Baca's deposition testimony from April 6, 2015. Government Exhibit 7 contains accurate excerpts of defendant's deposition testimony from April 6, 2015

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

DATED: 12/5/16                              _____
                                            Brandon D. Fox
                                            Eddie A. Jauregui
                                            Assistant United States Attorneys


On Behalf of Defendant Leroy Baca

DATED: 12/5/16                              _____
                                            Nathan Hochman
                                            Tinos Diamantatos
                                            Attorneys for Defendant
                                            Leroy Baca


DATED: 12-5-16                              _____
                                            Leroy Baca
                                            Defendant

2