EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0284/3541/4849
     Facsimile:  (213) 894-0141
     E-mail:     Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | STIPULATION RE: PHONE RECORDS |
| v. | Trial Date:   December 5, 2016 |
| LEROY BACA, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, and defendant Leroy Baca, individually and through his counsel of record, Nathan Hochman, Tinos Diamantatos, and Briana Leigh Abrams, stipulate as follows:

     1.   If called to testify, custodians of records for AT&T and Verizon Wireless would state Government Exhibits 162 through 169 and

171 are true and correct copies of records that were: (a) created by a person with knowledge of the facts or were made from information transmitted by a person with knowledge of the facts; (b) made at or near the time of the acts or events appearing within them; (c) part of the regular practice of AT&T and Verizon Wireless; and (d) kept in the course of the regularly conducted activity of AT&T and Verizon Wireless.

2.    Government Exhibit 162 contains of phone records for 213-894-3881 and 213-894-7998, which were two numbers assigned to facsimile machines used by the United States Marshal's Service in Los Angeles.

3.    Government Exhibit 163 contains phone records for 213-217-4973, which was a number assigned to a facsimile machine used by the Los Angeles County Sheriff's Department's Inmate Reception Center.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

DATED:  12-5-16                    _____
                                   Brandon D. Fox
                                   Eddie A. Jauregui
                                   Assistant United States Attorneys

2

On Behalf of Defendant Leroy Baca

DATED: 12/5/16

Nathan Hochman
Tinos Diamantatos
Briana Leigh Abrams
Attorneys for Defendant
Leroy Baca

DATED: 12/5/16

Leroy Baca
Defendant

3