EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/4849
     Facsimile: (213) 894-0141
     E-mail:    Brandon.Fox@usdoj.gov
               Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>LEROY BACA,<br><br>        Defendant. | No. CR 16-66(A)-PA<br><br><u>NOTICE OF ERRATA; CORRECTED DECLARATION OF BRANDON D. FOX IN SUPPORT OF GOVERNMENT'S MOTION TO ADMIT DEFENDANT'S STATEMENTS, TO EXCLUDE TESTIMONY OF DR. JAMES SPAR, AND TO LIMIT EVIDENE AND ARGUMENT REGARDING ALZHEIMER'S AND COGNITIVE IMPAIRMENT (CR 179)</u> |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, hereby submits a corrected Declaration of Brandon D. Fox (CR 179-2) in support of the government's Motion to Admit Defendant's Statements, to Exclude Testimony of Dr. James Spar, and

to Limit Evidence and Argument Regarding Alzheimer's and Cognitive Impairment (CR 179).

The original declaration contains small typos in Paragraphs 3 and 4.  In addition, the highlighting in Exhibits B and C has been corrected to correspond to the portions referenced in the declaration.

Dated: December 5, 2016            Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


    */s/ Brandon D. Fox*
BRANDON D. FOX
EDDIE A. JAUREGUI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CORRECTED DECLARATION OF BRANDON D. FOX**

I, Brandon D. Fox, declare as follows:

1.    I am an Assistant United States Attorney.  I am one of the prosecutors assigned to United States v. Leroy Baca, No. CR 16-66(A)-PA.

2.    Attached hereto as Exhibit A (Trial Ex. 3) is a true and correct copy of a transcript of excerpts from the interview of defendant Leroy Baca on Friday, April 12, 2013.  Within that transcript, the audio recording of the underlying interview is referred to as "Exhibit 2."  Excerpts are serially numbered from 1 to 51.

a.    Excerpts 8, 11, 16, 18, and 31 contain false statements charged in Count 3 of the indictment.  The government does not intend to admit these excerpts in its case-in-chief, in defendant's obstruction trial.

b.    The government currently intends to admit Excerpts 1-7, 9, 12, 15, 17, 23-30, 35-37, 39, and 41-43 in defendant's obstruction trial.

3.    Attached hereto as Exhibit B is a true and correct copy of a transcript of a videotaped deposition of Leroy David Baca, Volume I, on January 29, 2015.  The transcript is synched with the videotaped deposition marked as Trial Exhibit 5.  The government currently intends to admit only the highlighted excerpts of the deposition: 7:3-10, 8:1-9:8, 9:13-17, 12:17-13:7, 30:7-15, and 67:2-68:23.

4.    Attached hereto as Exhibit C is a true and correct copy of a transcript of a videotaped deposition of Leroy David Baca, Volume II, on April 6, 2015.  The transcript is synched with the videotaped deposition marked as Trial Exhibit 7.  The government currently intends to admit only the highlighted excerpts of the deposition: 240:19-24, 241:23-242:18, 261:23-262:18, 263:9-12.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 5, 2016

_____
Brandon D. Fox

4