EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Major Frauds Section
Assistant United States Attorneys
       1500/1200 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-0284/3541/4849
       Facsimile: (213) 894-0141
       E-mail:    Brandon.Fox@usdoj.gov
                  Lizabeth.Rhodes@usdoj.gov
                  Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | *EXHIBIT B IN SUPPORT OF GOVERNMENT'S RESPONSE TO MOTION OF NON-PARTY JOURNALIST ROBERT FATURECHI TO QUASH THE GOVERNMENT'S SUBPOENA* |
| v. | |
| LEROY BACA, | |
| Defendant. | Hearing Date: December 2, 2016 Hearing Time: TBD Location:   Courtroom of the Hon. Percy Anderson |

     Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby gives notice that exhibit B in support of government's response to motion of non-party journalist Robert Faturechi to quash the government's subpoena was lodged with the court.

i

Dated: November 28, 2016              Respectfully submitted,

                                      EILEEN M. DECKER
                                      United States Attorney

                                      LAWRENCE S. MIDDLETON
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                      /s/ Brandon D. Fox
                                      BRANDON F. FOX
                                      LIZABETH A. RHODES
                                      EDDIE A. JAUREGUI
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

EXHIBIT B IN SUPPORT OF GOVERNMENT'S RESPONSE TO MOTION OF NON PARTY
JOURNALIST ROBERT FATURECHI TO QUASH THE GOVERNMENT'S SUBPOENA

☐  **VOLUMINOUS DOCUMENT**

☑  **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Major Frauds Section
Assistant United States Attorneys
    1500/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | *EXHIBIT B IN SUPPORT OF* GOVERNMENT'S RESPONSE TO MOTION OF NON-PARTY JOURNALIST ROBERT FATURECHI TO QUASH THE GOVERNMENT'S SUBPOENA |
| v. | |
| LEROY BACA, | |
| Defendant. | Hearing Date: December 2, 2016 Hearing Time: TBD Location:    Courtroom of the Hon. Percy Anderson |

CERTIFICATE OF SERVICE

I, **N. Vizcarra**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**EXHIBIT B IN SUPPORT OF GOVERNMENT'S RESPONSE TO OTION NON-PARTY JOURNALIST ROBERT FATURECHI TO QUASH THE GOVERNMENT'S SUBPOENA**

☐ Placed in a closed envelope for collection and **inter-office delivery**, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via **United States mail**, addressed as follows: Nathan **Hochman and Tinos Diamantatos,**

Morgan, Lewis & Bockius LLP
The Water Garden North
1601 Cloverfield Blvd Ste 2050
Santa Monica, CA 90404

☐ By **hand delivery**, addressed as follows:

☐ By **facsimile**, as follows:

☐ By **messenger**, as follows:

☒ By **E-mail**, as follows:

This Certificate is executed on November 29, 2016 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/
_____
N.Vizcarra
Legal Assistant