# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 16-66 PA | | Date | December 7, 2016 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Stephen Montes Kerr | Not Reported | Brandon Fox (Not present)<br>Lizabeth Rhodes (Not present)<br>Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman | Not | | X |

**Proceedings:**   IN CHAMBERS - ORDER

The Court finds that juror number 203154424 meets the requirements for designation as a subsistence juror.  The Court orders that juror number 2032154424 be provided with the benefits of a subsistence juror beginning on December 5, 2016, and continuing for the duration of the trial in this matter.

IT IS SO ORDERED.

cc:    Jury Department