## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-66(A) PA | | Date | December 2, 2016 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Lisa Gonzalez | Brandon D. Fox<br>Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | √ | | √ | Nathan J. Hochman | √ | | √ |

**Proceedings:**   Telephonic Status Conference

Cause called; appearances made.

For reasons stated on the record, the Court grants the Motion to Sever Counts (Docket Entry 178).  Count three is severed from Counts One and Two of the First Superseding Indictment.

Court orders that Government's forthcoming motion *in limine* to admit defendant's statements and exclude the testimony of Dr. Spar be filed no later than Sunday, December 4, 2016, at 5:00 p.m.  The opposition thereto must be filed by close of business, Tuesday, December 6, 2016.

| | : | 37 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc: **USMO, USPO, PSA**