# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case No. _____     Date _____

Present: The Honorable _____

Interpreter _____

| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |
|---|---|---|
| | | |

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|
| | | | |

_____ Day <u>COURT TRIAL</u>          _____ Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1st day);     _____ Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____  Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____      Motion for judgment of acquittal (FRCrP 29)     is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____  Dft # _____ remanded to custody.     _____ Remand/Release# _____ issd.     _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other: _____

_____ : _____

Initials of Deputy Clerk _____