# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case No. _____    Date _____

Present: The Honorable _____

Interpreter _____

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants: | Present  App.  Ret. |
|---|---|---|---|

_____ Day <u>COURT TRIAL</u>          _____ Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  _____ Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)     is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:

_____ : _____

Initials of Deputy Clerk _____