# Exhibit C to
# Declaration of Eddie A. Jauregui

*Los Angeles County*
**Sheriff's Department**

About Us    Patrol    **Custody**    **Community Outreach**    **Public Data Sharing**    **Crime Information**

Home> Sheriff's News Room> News Detail

Translation  |  LASD Home  |  Contact Us  |  Font Size ▼

**Search Sheriff's Website**

Enter a search term   Go

☐ Search all of lacounty.gov

**Details**

**Effecting Positive Change in the LA County Jails**



## *Effecting Positive Change in the Los Angeles County Jails*

**By Leroy D. Baca, Sheriff**

I believe in the principle of dignity for all, including those who are incarcerated. The deputies and staff of the Los Angeles County Sheriff's Department are entrusted and obligated to serve the constitutionally-bound civil rights of all, and to protect and enhance everyone's human potential.

A number of allegations of misconduct including excessive force by Sheriff's Department jail staff have been brought to my attention by way of a report from the American Civil Liberties Union.

I take these allegations very seriously.

While safety and security for staff and inmates are paramount, we have to treat the inmates as our community, and we want it to be the best community it can be. This can in part be gained through Education-Based Incarceration.

Stress, anxiety, depression and the threat of violence interfere with the educational process and personal growth. All of this has a significant effect on inmates as well as employees.
In order to address concerns about the jails and to ensure that we are doing the best we possibly can, I have implemented two separate task forces as outlined below. These task forces have already begun their purpose of providing leadership and investigative efforts devoted to the jails.

**Commander Management Task Force for Custody Operations Division**

The Commander Management Task Force for Custody Operations Division includes four hand-picked and highly respected commanders. These commanders have been selected from throughout the Sheriff's Department due to their well-earned reputations as outstanding communicators and problem-solvers. Commander Eric Parra will partner with three newly promoted commanders: Joseph Fennell, Christy Guyovich and James Hellmold. These commanders will be assisted by six lieutenants who were also hand-picked from throughout the Sheriff's Department.

The Commander Management Task Force will work under the supervision of the Sheriff's Executive Offices with the specific assignment of Custody Operations Division. Their focus will include but not be limited to:

1.    Effecting positive change within the Los Angeles County jail system.  The mission is to help people realize their human potential by creating a custody setting that offers educational opportunities, health benefits, and spiritual growth.

2.    Holding Community Town Hall meetings with jail inmates, including making themselves available to hear directly from inmates about their concerns and complaints.

3.    Ensuring that all personnel interact with inmates in a manner consistent with the Core Values of the Sheriff's Department.  Disrespectful behavior on the part of deputies or any other jail personnel will not be tolerated.

4.    Mentoring, teaching, and enhancing the communication, patience, and problem-solving skills of our jail personnel.  This includes ensuring employees are at all times attentive to all aspects of their duties, beginning with security, and including the providing of basic needs, medical and mental health attention, and more.

5.    The complete implementation of Education-Based Incarceration into all areas of the Los Angeles County jail system.

6.    Conducting a comprehensive review of our current inmate complaint process to ensure that it meets the needs of inmates who wish to express concerns or complaints.

7.    Ensuring that Sheriff's Department supervisors seek feedback and listen to the knowledge gained by employees, encourage leadership and patience, and are commended, counseled, or disciplined when warranted.

8.    Building on partnerships with employees, clergy, educators, volunteers, and independent oversight to further enhance services to inmates, as well as being open and transparent.

**The Special Jail Investigations Task Force**

In response to the 78 declarations alleging criminal or administrative misconduct, I have brought together a Special Jail Investigations Task Force consisting of 35 full-time investigators to thoroughly investigate each of these allegations.  While some allegations were previously investigated, each will be thoroughly re-investigated by this task force.  The progress of each investigation is available to the Office of Independent Review.

**Personnel Performance Monitoring System**

I have also ordered a complete review of our current Department-wide employee personnel performance monitoring system.  This database helps us monitor our personnel for early warning signs of employees whose performance may need to be addressed today, to avoid problems in the future.  Improvements will be made.

**Our Core Values**

As a leader in the Los Angeles County Sheriff's Department,
I commit myself to honorably perform my duties
with respect for the dignity of all people,
integrity to do right and fight wrongs,
wisdom to apply common sense and fairness in all I do,
and courage to stand against racism, sexism, anti-Semitism,
homophobia and bigotry in all its forms.

Until all deputies and jail personnel feel a sense of professional accomplishment while providing sensible and constitutional services to inmates, our success as a Department is not accomplished.

I believe that by ensuring a more productive and beneficial environment with improved coping skills in the jails, negative results will decrease and a more positive view of life will increase.

Education-Based Incarceration (website)
http://www.lasdhq.org/divisions/correctional/ebi/index.html
Education-Based Incarceration (book)
http://file.lacounty.gov/lasd/cms1_145553.pdf

Los Angeles County Sheriff's Department
(323) 267-4800
http://www.lasd.org
SHBNewsroom@lasd.org
www.Nixle.com
http://nixle.com/lasd----hq-newsroom-shb-los-angeles-county-sheriff/
Twitter @LASD_News http://twitter.com/#!/LASD_News
http://www.facebook.com/LosAngelesCountySheriffsDepartment

To receive more detailed, up-to-date information directly from the Los Angeles County Sheriff's Department (LASD) via e-mail, register for "Nixle" alerts at www.Nixle.com or more directly at https://local.nixle.com/register/ and register for "LASD – Headquarters Newsroom (SHB), Los Angeles County Sheriff" and your local LASD station area. Or, text your zip code to 888777 to receive text alerts only. Standard text messaging rates may apply depending on your calling plan.

Partner to prevent or report crime by contacting your local Sheriff's station. Or if you wish to remain Anonymous, call "LA Crime Stoppers" by dialing 800-222-TIPS (8477), texting the letters TIPLA plus your tip to CRIMES (274637), or using the website http://lacrimestoppers.org




County of Los Angeles
Sheriff's Department Headquarters
4700 Ramona Boulevard
Monterey Park, California 91754-2169

LEROY D. BACA, SHERIFF

October 7, 2011

The Honorable Gloria Molina
Supervisor, First District
County of Los Angeles
856 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California  90012

Dear Supervisor Molina:

On August 8, 2011, deputies working at Men's Central Jail found a cellular telephone in an inmate's property. A wide-ranging probe was initiated by the Department which led to an allegation that Deputy Gilbert Michel had brought several items of contraband into the jail. Deputy Michel was subsequently contacted and interviewed where he admitted to bringing the inmate the telephone, as well as cigarettes and a lighter. He denied bringing any other contraband into the jail. Deputy Michel also made statements which implicated him, along with several other jail employees, as having participated in four prior unreported incidents of improper uses of force.

Upon learning about these serious incidents, as well as recognizing the growing number of allegations, the Department formed a task force consisting of 35 members. The members include seasoned investigators and use of force subject matter experts who will review and objectively scrutinize all of the incidents to ensure they fall within the law and Department policy (Attachment I). These types of investigations are not only complex, but are inherently difficult due to the inmates' belief that they will suffer repercussions from other inmates if they cooperate with law enforcement. To overcome these issues, we are taking the necessary steps to ensure their safety and well-being.

On September 28, 2011, the Department received 78 sworn declarations provided by the American Civil Liberties Union (ACLU) which contained a myriad of allegations of misconduct by Sheriff's Department personnel (Attachment II). The Sheriff's Department is currently reviewing each of these declarations and thoroughly investigating each allegation of employee misconduct. Approximately 65 of these allegations are criminal in nature and will be prioritized and investigated based on their

*A Tradition of Service*

The Honorable Gloria Molina                    -2-                    October 7, 2011

severity. Thirteen of the declarations alleged administrative misconduct which will be investigated accordingly.

Although some allegations have been previously investigated, each will be further reviewed to determine if any additional investigation is needed. Two such cases were already investigated and found to be unprovable (Attachment III). The Department takes these matters very seriously and will ensure that each and every allegation of misconduct has been, or will be, thoroughly investigated in an objective and timely fashion.

It is, moreover, my intent to provide the United States Attorney's Office the completed investigations which could be further investigated by the Federal Bureau of Investigation.

Attached are documents relevant to the corrective or improvement measures taken with the participation of the ACLU regarding policy (Attachment IV). Additionally, our corrective strategy centers on the custody culture of deputy/inmate relationships improving by conducting continuous town hall meetings in all facilities wherein management and staff (deputies) listen directly to inmates' concerns so immediate corrective or service needs can be met where possible. The inmate town hall meetings will occur once or more per week in each group housing area to ensure deputies are always serving the diverse needs of all inmates.

Sincerely,

LEROY D. BACA
SHERIFF

The LASD.org® website has made reasonable efforts to provide an accurate translation. However, no automated or computerized translation is perfect and is not intended to replace human or traditional translation methods. The official text is the English version of LASD.org® website. If any questions arise concerning the accuracy of the information presented by the translated version of the website, please refer to the English edition of the website, which is the official version.



LASD Home  |  lacounty.gov Home  |  Site FAQs  |  Site Map  |  Privacy Policy  |  User Rights  |  Accessibility  |  Disclaimer


To Enrich Lives through Effective and Caring Service

© Copyright 2014. LASD. All Rights Reserved        LASD Badge and Patch are Registered Trademarks.