# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR16-66(A) PA | | Date | December 15, 2016 |
|---|---|---|---|---|

Present: The Honorable   PERCY ANDERSON

Interpreter   N/A                                                                                   Brandon D. Fox

| Stephen Montes Kerr | Miranda Algorri | Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | ✓ | | ✓ | Nathan J. Hochman, Briana Abrams | ✓ | | ✓ |
| | | | | and Tinos Diamantatos | ✓ | | ✓ |

_____ Day COURT TRIAL          8th  Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   ✓  Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

✓  Witnesses called, sworn and testified.

✓  Exhibits identified          ✓  Exhibits admitted

✓  Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

✓  Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied  ✓  submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓  Case continued to   12/16/2016, at 8:00 a.m.   for further trial/further jury deliberation.

_____ Other:

                                                                          5   :   25

                                        Initials of Deputy Clerk _____ SMO _____

---

CR-78 (10/08)                          **CRIMINAL MINUTES - TRIAL**                          Page 1 of 1