Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.255.9025
Fax:   +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Tinos Diamantatos, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 324-1000
Fax: +1.312.324.1001
e-mail: tinos.diamantatos@morganlewis.com

Attorneys for Defendant
LEROY BACA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66 (A) - PA<br><br>**STIPULATION RE: TESTIMONY OF FBI SPECIAL AGENT LEAH TANNER**<br><br>Trial date:     December 5, 2016<br>Courtroom:     9A |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30922080.1

Defendant Leroy Baca, individually and by and through his counsel of record, Nathan Hochman, Tinos Diamantatos, and Brianna Leigh Abrams and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, stipulate and agree to the following:

If called as a witness, FBI Special Agent Leah Tanner would testify that on November 16, 2012, during the course of an FBI interview of James Sexton, Mr. Sexton stated that, in general, the impression Mr. Sexton had was that Undersheriff Paul Tanaka was in charge of the Anthony Brown investigation and was authorizing everything that occurred after the cell phone was found.

IT IS SO STIPULATED AND AGREED:

On behalf of Defendant Leroy Baca

Dated:                                     By _____
                                              Nathan J. Hochman
                                              Tinos Diamantatos
                                              Brianna Leigh Abrams

                                              Attorneys for Defendant
                                              LEROY BACA


Dated:                                     By _____
                                              Leroy Baca
                                              Defendant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

STIPULATION RE: TESTIMONY OF FBI
SPECIAL AGENT LEAH TANNER
CASE NO. CR 16-66 (A) - PA

DB2/ 30922080.1

On behalf of Plaintiff United States of America

Dated:    12/19/2016

By _____
Brandon Fox
Eddie Jauregui

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30922080.1

STIPULATION RE:  TESTIMONY OF FBI
SPECIAL AGENT LEAH TANNER
CASE NO. CR 16-66 (A) - PA