# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR16-66(A) PA | | | Title | United States of America v. Leroy D. Baca |
|---|---|---|---|---|---|

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Judge | PERCY ANDERSON, U.S. DISTRICT COURT JUDGE |
|---|---|
| Dates of Trial or Hearing | 12/5/2016 – 12/9/2016 ; 12/13/16 – 12/16/16 ; 12/19/16 – 12/22/16 |
| Court Reporters or Tape No. | Miranda Algorri ; MYRA PONCE |
| Deputy Clerks | Stephen Montes Kerr |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Brandon D. Fox, AUSA | Nathan J. Hochman, Rtnd. |
| Eddie Jauregui, AUSA | Tinos Diamantatos, Rtnd. |
| | Briana L. Abrams, Rtnd. |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | 12-7-16 | WIT CHAPLAIN PAULINO JUAREZ-RAMIREZ | π |
| | | | | | | WIT BRIAN YANAGI 12-7-16 | π |
| | | | | | | WIT MARK D. ROSENBAUM " | π |
| | | | | | | WIT PETER J. ELIASBERG " | π |
| | | | | | | WIT ROBERT OLMSTED " | π |
| | | | | | | " 12-8-16 | π |
| | | | | | | WIT ROBERT BAYES " | π |
| | | | | | | ~~WIT JUDY GERHARDT~~ | |
| | | | | | | WIT JUDY GERHARDT " | π |
| | | | | | | WIT MICHELLE MILLER " | π |
| | | | | | | WIT MICKEY MANZO " | π |
| | | | | | | " 12-9-16 | π |
| | | | 622 | ✓ | | MANZO GRAND JURY TRANSCRIPT | |
| | | | | | | WIT LINDA FARRAR " | π |
| | | | | | | WIT JAMES SEXTON | π |
| | | | | | | WIT CECIL RHAMBO " | π |
| | | | 684 | ✓ | | RHAMBO GRAND JURY TRANSCRIPT | |
| | | | | | | WIT DAVID DAHLE 12/13/16 | π |
| | | | | | | WIT TARA ADAMS " | π |
| | | | | | | WIT GILBERT MICHEL " | π |
| | | | | | | WIT WILLIAM DAVID COURSON 12/14/16 | π |

G-65 (03/07)

LIST OF EXHIBITS AND WITNESSES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No.    CR16-66(A)                    Title:    USA v. Leroy D. Baca

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | WIT JOHN A. TORRIBIO 12-14-16 | π |
| | | | | | | WIT WILLIAM HANNEHANN " | π |
| | | | | | | WIT ROBERT FATURECHI " | π |
| | | | | | | WIT LEAH TANNER " | π |
| | | | | | | " 12-15-16 | |
| | | | | | | WIT ANDRE BIROTTE, JR. " | π |
| | | | | | | WIT CECIL RHAMBO " | Δ |
| | | | | | | " 12-16-16 | Δ |
| | | | | | | WIT MICHAEL GENNACO " | Δ |
| | | | 600 | ✓ | ✓ | LTR | |
| | | | | | | WIT CARL COVITZ " | Δ |
| | | | | | | WIT JOHN MARCH " | Δ |
| | | | | | | WIT IRA REINER " | Δ |
| | | | | | | WIT STEPHEN COOLEY " | Δ |
| | | | | | | WIT ROSE OCHI " | Δ |
| | | | 637A | ✓ | ✓ | REVISED SUMMARY CHART | |
| | | | | | | WIT PAUL PIETRANTONI " | Δ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | |
| LEROY BACA, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox and Eddie A. Jauregui, respectfully submits the following list of potential witnesses in its case-in-chief:

     1.    Chaplain Paulino Juarez-Ramirez

     2.    Peter Eliasberg

     3.    Mark Rosenbaum

     4.    Robert Olmsted

5.    Brian Yanagi

6.    Robert Bayes

7.    Mickey Manzo

8.    Jason Dalton

9.    Cecil Rhambo

10.    Robert Faturechi

11.    David Dahle

12.    Judy Gerhardt

13.    Michele Miller

14.    Linda Farrar

15.    Yolanda Baines

16.    Tara Adams

17.    Gus Academia

18.    James Sexton

19.    Gilbert Michel

20.    William David Courson

21.    Mike Hannemann

22.    John Torribio

23.    William "Tom" Carey

24.    Ruben Martinez

25.    Leah Tanner

26.    Peter Angelini

27.    Andre Birotte

<u>U.S. v. Baca</u>

<u>Potential Defense Witnesses</u>

Defendant Leroy Baca reserves the right to call the individuals identified on the Government's potential witness list, including:

Gus Academia
Tara Adams
Peter Angelini
Yolanda Baines
Robert Bayes
Andre Birotte
Mike Bornman
William "Tom" Carey
Chaplain Paulino Juarez-Ramirez
William David Courson
David Dahle
Jason Dalton
Peter Eliasberg
Linda Farrar
Robert Faturechi
Judy Gerhardt
Mike Hannemann
Mickey Manzo
Ruben Martinez
Gilbert Michel
Michele Miller
Robert Olmsted
John Powell
Cecil Rhambo
Mark Rosenbaum
James Sexton
Leah Tanner
John Torribio
Brian Yanagi

In addition to the Government's potential witnesses, Defendant Baca may call the following witnesses in his case in chief:

Leroy Baca
Carol Baca
Richard Barrantes
David Bates
Takashi Cheng
Carl Covitz

DB2/ 30870457.3                                     1

Henry DeNero
Steve Cooley
Kay Coulson
Michael Ellison-Lewis
Dave Fernandez
Michael Gennaco
Alice Harris
James Hellmold
George Horan
Tommy Lasorda
James Lopez
John March
Steve Martinez
Rose Ochi
Paul Pietrantoni
Ira Reiner
Mike Roos
Cameron Saul
Dr. James Spar
Neal Tyler
Eli Vera
Richard Weintraub

# United States v. Baca
## 16-0066(A)-PA
### Government Exhibit List

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 1 | Baca Interview Recording | | | |
| 2 | Baca Interview Recording Excerpts | | | |
| 3 | Baca Interview Transcript of Excerpts | | | |
| 4 | Baca Deposition Antuna 1 Videotape | | | |
| 5 | Baca Deposition Antuna 1 Videotape Excerpts | | | |
| 6 | Baca Deposition Antuna 2 Videotape | | | |
| 7 | Baca Deposition Antuna 2 Videotape Excerpts | | | |
| 8 | SHB 5/5/11 email to SHB executives | | | |
| 9 | ACLU Correspondence – Rosenbaum to Baca 10/28/09 | ROSENBAUM | 12-7-2016 | 12-7-2016 |
| 10 | ACLU Annual Report re Jail 5/5/10 | ELIASBERG | 12-7-2016 | |
| 11 | ACLU Notice and Interim Report – 9/9/10 | " | " | |
| 12 | ACLU 2/7/11 Filing | | | |
| 13 | ACLU letter to Baca re E. Lim 7/20/11 | ELIASBERG | 12-7-2016 | 12-7-2016 |

1

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 14 | Email dated 08/18/11 at 1:31 PM from Gregory Thompson to Roberto Bayes | YANAGI | 12-7-2016 | 12-7-2016 |
| 15 | Email dated 08/18/11 at 5:06 PM from Steven Martinez to Leroy D. Baca, re: Please call | | | |
| 16 | Email dated 8/18/11 at 8:59 PM from Christopher Nee to Julie Montgomery re: Sheriff's Meeting | | | |
| 17 | Email dated 8/18/11 at 10:31 PM from Gregory Thompson to Christopher Nee re: Meeting | YANAGI | 12-7-2016 | 12-7-2016 |
| 18 | Email chain ending at 08/19/11 12:05 PM from Gerard R. Smith to Mickey S. Manzo | MANZO | 12-8-16 | 12-8-16 |
| 19 | Email chain ending 8/19/11 9:51 pm from Rhambo to Thompson | YANAGI | 12-7-2016 | 12-7-2016 |
| 20 | Email chain ending 8/23/11 3:58 pm from Daniel Fedele to Gregory Thompson re: YOUR 1750 QUESTION | | | |
| 21 | Email chain ending 8/24/11 9:11 AM from William Gilbert to Gregory Thompson | | | |
| 22 | Email chain ending at 08/24/11 9:30 AM from Cecil Rhambo to Gregory Thompson, Re: OSJ WEEKLY INTEL | | | |
| 23 | Email dated 08/24/11 at 9:47 AM from Mickey Manzo to Gregory Thompson | YANAGI | 12-7-2016 | 12-7-2016 |

Case 2:16-cr-00066-PA   Document 211   Filed 12/22/16   Page 9 of 29   Page ID #:4877

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 24 | Email chain ending 08/24/11 at 10:06 AM from Steven Spackman to William Carey, Re: Re | YANAGI | 12-7-2016 | 12-7-2016 |
| 25 | Email chain ending 8/24/11 at 11:46 AM from Gregory Thompson to Mickey Manzo and Stephen Leavins | | | |
| 26 | Email dated 08/24/11 at 9:31 PM from Mickey Manzo to Stephen Leavins, Scott Craig, Maricela Long; Gerard Smith; and Gregory Thompson, re: ITMS Info | | | |
| 27 | Email chain ending 08/24/11 at 9:39 PM from Gregory Thompson to Christopher Nee | | | |
| 28 | Email dated 08/24/11 at 11:17 PM from Gerard Smith to Carlos Castillo; Noah Kirk; Sterling Haley; Joseph Eiland; Calvin Lane Jr.; Justin Crumlish; Jason Colon; Matthew Thompson; James Sexton; Michael Rathbun; John Bonner; Robert Staggs, CC: to Mickey Manzo; Gregory Thompson; David Gutierrez, re: Confidential | | | |
| 29 | Email chain ending 08/25/11 at 9:37 AM from Noah Kirk to Gerard Smith; Sterling Haley; Justin Crumlish; Calvin Lane; Joseph Eiland; Carlos Castillo; Matthew Thompson; Ryan Ortiz; Jason Pearson; James Sexton; Michael Rathbun; Robert Staggs; John Bonner, CC: to Mickey Manzo, re: RE: schedule | YANAGI | 12-7-2016 | 12-7-2016 |

3

| New No. | Description | Witnesses | Identified | Admitted |
|---------|-------------|-----------|------------|----------|
| 30 | Email chain ending 8/25/11 at 11:15 AM from Kevin Goran on behalf of Leroy Baca to Christopher Nee | YANAGI | 12-7-2016 | 12-7-2016 |
| 31 | Email chain ending 8/25/11 11:47 a.m. from Paul Tanaka to Stephen Leavins | | | |
| 32 | Email dated 08/25/11 at 12:45 PM from Gregory Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews | | | |
| 33 | Email chain ending 08/26/11 at 9:39 AM from Stephen Leavins to Gregory Thompson re: Documents for Grand Jury Subpoena | | | |
| 34 | Email chain ending 08/26/11 at 10:47:41 AM from Gregory Thompson to William Carey | | | |
| 35 | Email chain ending 08/26/11 at 10:50 AM from Gregory Thompson to Ralph Ornelas and William Carey | | | |
| 36 | Email chain ending 08/26/11 at 10:56 AM from Gregory Thompson to William Carey, re: FW: Court Order presented by Federal Officers | ✓ | ↓ | ↓ |
| 37 | Email chain ending 8/26/11 at 2:18 pm from Carey to Thompson | YANAGI | 12-7-2016 | 12-7-2016 |

WITHDRAWN 12/19/16

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 38 | Email chain ending 8/26/11 at 7:48 PM from Gregory Thompson to John Bonner re: john rodrigez | YAMAGI | 12-7-2016 | 12-7-2016 |
| 39 | Email dated 8/26/11 at 9:02 pm from Gregory Thompson to Jason Pearson Re: Jacket | | | |
| 40 | Email dated 8/27/11 at 2:49 pm from Gerard Smith to Carlos Castillo and others with CC to Mickey Manzo and Gregory Thompson | | | |
| 41 | Email dated 8/29/11 at 10:06 am from Paul Tanaka to Stephen Leavins | | | |
| 42 | Email dated 8/30/11 at 5:17 am from Gregory Thompson to Stephen Leavins | → | → | → |
| 43 | Email chain ending 9/2/11 at 9:28 AM from Gregory Thompson to Gerard Smith | YAMAGI | 12-7-2016 | 12-7-2016 |
| 44 | Stilation Re Deposition Testimony | | | |
| 45 | Email dated 9/3/11 at 11:03 PM from Gerard Smith to Noah Kirk and others with CC to Gregory Thompson, Mickey Manzo and David Gutierrez | YAMAGI | 12-7-2016 | 12-7-2016 |
| 46 | Email dated 9/7/11 at 1:31 PM from Gerard Smith to Carlos Castillo and others with CC to Gregory Thompson, David Gutierrez, and Mickey Manzo | YAMAGI | 12-7-2016 | 12-7-2016 |

5

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 47 | Email chain ending 9/7/11 at 3:45 pm from Gregory Thompson to William Carey re: FW: need document | YANAGI | 12-7-2016 | 12-7-2016 |
| 48 | Email chain ending 09/07/11 at 5:30 PM from Christopher Nee to Stephen Leavins | | | |
| 49 | Email dated 9/8/11 at 2:33 PM from William Cassidy to Stephen Leavins re: sup rpt – dep caruso | | | |
| 50 | Email chain ending 9/8/11 at 11:40 a.m. from Leavins to Powell | | | |
| 51 | Email dated 09/08/11 at 3:03 PM from Gregory Thompson to Custody Captains, Custody Commander, CC: to Cecil Rhambo, Dennis Burns, Alexander Yim, and Richard Barrantes, Subject: FBI requests for inmate interviews | | | |
| 52 | Email dated 09/09/11 at 4:41 PM from William T. Carey to Stephen Leavins | | | |
| 53 | Email chain ending 09/12/11 at 9:43 AM, with email from William T. Carey to Scott Craig, Maricela Long, CC: to Stephen Leavins, re: FW: Retaliation allegations list | | | |
| 54 | Email chain ending 9/12/11 at 11:20 AM from James Sexton to Sean Geske, CC: Gregory Thompson, Gerard Smith | | | |
| 55 | Email chain ending 09/12/11 at 12:55 PM from Eliel Teixeira to James Sexton, Subject: RE: Operation Pandora's Box | YANAGI | 12-7-2016 | 12-7-2016 |

6

Case 2:16-cr-00066-PA   Document 211   Filed 12/22/16   Page 13 of 29   Page ID #:4881

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 56 | Email chain ending 09/12/11 at 6:28 PM, from James Sexton to Raymond Cardenas, CC: Gregory Thompson, David Gutierrez, William Gilbert, Eliel Teixeria, Giovanni Paterno, Jason Pearson, Mickey Manzo, Gerard Smith, re: Brown, Anthony #2874104 | YANAGI | 12-7-2016 | 12-7-2016 |
| 57 | Email dated 09/13/11 at 12:43 PM from Gerard Smith to Carlos Castillo, Jason Colon, Justin Crumlish, Joseph Eiland, Sterling Haley, Noah Kirk, Calvin Lane Jr., Ryan Ortiz, Jason Pearson, Michael Rathbun, James Sexton, Matthew Thompson; CC: to Mickey Manzo; re: SECURITY DETAIL | YANAGI | 12-7-2016 | 12-7-2016 |
| 58 | Email dated 09/13/11 at 3:48 PM from Stephen Leavins to William T. Carey | MICHEL | 12-13-2016 | 12-13-2016 |
| 59 | Email dated 9/13/11 at 4:25 PM from William T. Carey to Christopher Nee | MICHEL | 12-13-2016 | 12-13-2016 |
| 60 | Email dated 9/13/11 at 4:34 PM from William T. Carey to Christopher Nee | YANAGI | 12-7-2016 | 12-7-2016 |
| 61 | Email dated 09/24/11 at 10:33 PM, from Mickey Manzo to Scott Craig, Maricela Long, CC: to Stephen Leavins, Gerard Smith, re: FW: FBI probing reports of beatings in L.A. County jails | YANAGI | 12-7-2016 | 12-7-2016 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 62 | Email dated 9/25/11 at 9:20 am from Paul Tanaka to Stephen Leavins and William T. Carey re: FBI investigating reports of beatings in Los Angeles County jails – latimes.com | YANAGI | 12-7-2016 | 12-7-2016 |
| 63 | Email chain ending 09/25/11 at 10:33 AM, with email from Paul Tanaka, to Stephen Leavins, Subject: RE: Justice Department boosts activity to police the police | | | |
| 64 | Email dated 9/26/11 at 2:09 PM, from Carey to Scott Craig, forwarding email from Tanaka to Carey re Baca on GDLA | | | |
| 65 | Email dated 09/26/11 at 6:39 PM, from Scott Craig to Stephen Leavins, re: Emailing: Marx 09-26-11 | YANAGI | 12-7-2016 | 12-7-2016 |
| 66 | Email dated 5/5/2011 from James R. Lopez to bcenter11@gmail.coc and others re "Document for Sheriff Lee Baca" | HANNEHANN | 12-14-2016 | 12-14-2016 |
| 67 | 08.29.11 email re Cell-Phone Inv. To/from Thompson, Manzo, Yosinaga | YANAGI | 12-7-2016 | 12-7-2016 |
| 68 | 02.18.09 – Chaplain Ramirez Letter | | | |
| 69 | Birotte Letter to Baca 10/13/11 | BIROTTE | 12-15-16 | 12-15-16 |
| 70 | Recording of Anthony Brown Interview 08/19/11 | | | |

8

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 71 | Recording of Anthony Brown Interview 08/19/11 Excerpts | MANZO | 12-8-16 | 12-8-16 |
| 72 | Transcript of Anthony Brown Interview 08/19/11 Excerpts | MANZO | 12-8-16 | |
| 73 | Recording of Anthony Brown Interview 08/21/11 a.m. | | | |
| 74 | Recording of Anthony Brown Interview 08/21/11 a.m.   Excerpts | MANZO | 12-8-16 | 12-8-16 |
| 75 | Transcript of Anthony Brown Interview 08/21/11 a.m. Excerpts | MANZO | 12-8-16 | |
| 76 | Recording of Anthony Brown Interview 08/23/11 | | | |
| 77 | Recording of Anthony Brown Interview 08/23/11 Excerpts | MANZO | 12-8-16 | 12-8-16 |
| 78 | Transcript of Anthony Brown Interview 08/23/11 Excerpts | MANZO | 12-8-16 | |
| 79 | Recording of Anthony Brown Interview 08/24/11, Part 1 | | | |
| 80 | Recording of Anthony Brown Interview 08/24/11, Part 2 | | | |
| 81 | Recording of Anthony Brown Interview 08/24/11 Excerpts | MANZO | 12-9-16 | 12-9-16 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 82 | Transcript of Anthony Brown Interview 08/24/11 Excerpts | MANZO | 12-9-16 | |
| 83 | Recording of Anthony Brown Interview 08/26/11 | | | |
| 84 | Recording of Anthony Brown Interview 08/26/11 Excerpts | MILLER | 12-8-16 | 12-8-16 |
| 85 | Transcript of Anthony Brown Interview 08/26/11 Excerpts | MILLER | 12-8-16 | |
| 86 | Recording of Anthony Brown Interview 09/2/11 | MILLER | 12-8-16 | 12-8-16 |
| 87 | Transcript of Anthony Brown Interview 09/2/11 | MILLER | 12-8-16 | |
| 88 | Recording of William Courson Interview 08/30/11 | COURSON | 12-14-16 | 12-14-16 |
| 89 | Transcript of William Courson Interview 08/30/11 | COURSON | 12-14-16 | |
| 90 | Recording of Gilbert Michel Interview 08/30/11, part 1 | | | |
| 91 | Recording of Gilbert Michel Interview 08/30/11, part 2 | | | |
| 92 | Recording of Gilbert Michel Interview 08/30/11 Excerpts | MICHEL | 12-13-16 | 12-13-16 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 93 | Transcript of Gilbert Michel Interview 8/30/11 Excerpts | MICHEL | 12-13-16 | |
| 94 | Recording of Phone Message from Scott Craig to Leah Marx, 09/09/11 | MILLER | 12-8-16 | 12-8-16 |
| 95 | Transcript of Phone Message from Scott Craig to Leah Marx, 09/09/11 | MILLER | 12-8-16 | |
| 96 | Video Recording of Approach of Leah Marx, 09/26/11 | | | |
| 97 | Audio Recording of Approach of Leah Marx, 09/26/11 | | | |
| 98 | Transcript of Recording of Approach of Leah Marx, 09/26/11 | | | |
| 99 | Synched audio and video of Approach of Leah Marx, 09/26/11 | TANNER | 12-14-16 | 12-14-16 |
| 100 | Recording of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | MILLER | 12-8-16 | 12-8-16 |
| 101 | Transcript of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | MILLER | 12-8-16 | |
| 102 | Baca Appearance on FOX Good Day LA 9/26/11 | TANNER | 12-14-16 | 12-14-16 |
| 103 | Baca Interview by KABC | | | |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 104 | Baca retirement press conference | | | |
| 105 | Audio excerpt of: Baca 10/16/12 Transcript of Testimony before Board of Supervisors | | | |
| 106 | Baca 10/16/12 Transcript of Testimony before Board of Supervisors | | | |
| 107 | Stipulation Re Phone Records | FARRAR | 12-9-16 | 12-9-16 |
| 108 | INTENTIONALLY LEFT BLANK | | | |
| 109 | INTENTIONALLY LEFT BLANK | | | |
| 110 | Grand Jury subpoenas to LASD 6/11 to 10/11 | GERHARDT | 12-8-16 | 12-8-16 |
| 111 | Baca Non-Target letter | | | |
| 112 | Baca's Letter to Birotte 9/26/11 | BIROTTE | 12-15-16 | 12-15-16 |
| 113 | Brown Writ | FARRAR | 12-9-16 | 12-9-16 |
| 114 | Bayes Diary | | | |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 115 | Sexton Time Cards | SEXTON | 12-9-16 | 12-9-16 |
| 116 | LASD – Policy and Ethics Code | | | |
| 117 | LASD – Obstructing Investigation, Obedience to Laws, Regulations and Orders | | | |
| 118 | Sexton 2010-2011 Evaluation | GERHART | 12-8-16 | 12-8-16 |
| 119 | Craig 2011-2012 Evaluation | | | |
| 120 | Baca Calendar | ↓ | ↓ | ↓ |
| 121 | Inmate Release Processing Record for Inmate Anthony Brown, Booking Number 2009547 | GERHARDT | 12-8-16 | 12-8-16 |
| 122 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2009547 | GERHARDT | 12-8-16 | 12-8-16 |
| 123 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2874104 | ↓ | ↓ | ↓ |
| 124 | Inmate Total Movement History Record for Inmate Anthony Brown, Booking Number 2009547, printed on 01/19/12 | GERHARDT | 12-8-16 | 12-8-16 |

13

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 125 | Booking record for "John Rodriguez," Booking Number 2855633 | GERHARDT | 12-8-16 | 12-8-16 |
| 126 | Inmate Information Center Record for "John Rodriguez," Booking Number 2855633 | | | |
| 127 | Inmate Total Movement for "John Rodriguez," Booking Number 2855633 | | | |
| 128 | Booking record for "Kevin King," Booking Number 2856795 | GERHARDT | 12-8-16 | 12-8-16 |
| 129 | Inmate Information Center Records for "Chris Johnson," Booking Number 2863148 | | | |
| 130 | Inmate Total Movement History Record for "Chris Johnson," Booking Number 2863148 | | | |
| 131 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2874104, printed on 09/12/11 | GERHARDT | 12-8-16 | 12-8-16 |
| 132 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2009547, printed 08/26/11 | TANNER | 12-14-16 | 12-14-16 |
| 133 | Original Calendar Book for 2011, including for 08/22/11 to 08/31/11 | MANZO | 12-9-16 | 12-9-16 |
| 134 | ONLY COVER PAGE AND PAGE 10 "Daily Activities" Notebook | MILLER | 12-8-16 | 12-9-16 |

14

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 135 | "G" Notebook | | | |
| 136 | "DONE 11-1-11" Notebook | | | |
| 137 | 8.19.11 (2am) Manzo email to Thompson and Smith re Cell Phone Timeline | MANZO | 12-8-16 | 12-8-16 |
| 138 | Middleton Notes on 8/29/11 Meeting | | | |
| 139 | Map of SHB 4th Floor | HANNEHANN | 12-14-16 | 12-14-16 |
| 140 | Statement of Probable Cause of Affiant Sergeant Scott A. Craig | TORRIBIO | 12-14-16 | 12-14-16 |
| 141 | Proposed Order for Investigative Records, dated 09/07/11, denied "Court has no jurisdiction over any federal agency," 09/08/11 | TORRIBIO | 12-14-16 | 12-14-16 |
| 142 | Special Operations Group Surveillance Log of Target Leah Marx, 09/13/11 | MILLER | 12-8-16 | 12-8-16 |
| 143 | Special Operations Group Surveillance Log of Target Leah Marx, 09/14/11 | ↓ | ↓ | ↓ |
| 144 | Special Operations Group Surveillance Log of Target Leah Marx, 09/26/11 | MILLER | 12-8-16 | 12-8-16 |

15

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 145 | Special Operations Group Surveillance Log of Target Leah Marx, 09/28/11 | MILLER | 12-8-16 | 12-8-16 |
| 146 | S.O.G. Weekly Report 08/29/11 | | | |
| 147 | S.O.G. Weekly Report 09/05/11 | | | |
| 148 | S.O.G. Weekly Report 09/12/11 | | | |
| 149 | S.O.G. Weekly Report 09/19/11 | | | |
| 150 | S.O.G. Weekly Report 09/25/11 | MILLER | 12-8-16 | 12-8-16 |
| 151 | LASD Surveillance Request by Sgt. Craig for Surveillance of David C. Lam | | | |
| 152 | Special Operations Group Surveillance Log of Target David Lam, 09/28/11 and 09/29/11 | MILLER | 12-8-16 | 12-8-16 |
| 153 | ICIB Task Force Weekly Report: 09/11/11 to 09/17/11 | | | |
| 154 | LA Times article 9/29/11 | FATURECHI | 12-14-16 | |
| 155 | Handwritten Letter from Inmate Anthony Brown to Lt. Steve & Capt. Tom, Sgt. Long, Sgt. Grey, dated 09/03/11 | MANZO | 12-9-16 | 12-9-16 |

16

| New No. | Description | Witnesses | Identified | Admitted |
|---------|-------------|-----------|------------|----------|
| 156 | Baca – Tanaka Phone Summary 8/18/11 to 9/26/11 | | | |
| 157 | Baca Phone Summary | TANNER | 12-14-16 | 12-14-16 |
| 158 | [INTENTIONALLY LEFT BLANK] | | | |
| 159 | Paulino 3-5-2009 Transcript | | | |
| 160 | Middleton emails with Farrar | FARRAR | 12-9-16 | 12-9-16 |
| 161 | Email dated 08/26/11 from Yolanda Baines to Lawrence Middleton | | | |
| 162 | Phone records for US Marshal Service fax machines | FARRAR | 12-9-16 | 12-9-16 |
| 163 | Phone record for LASD Inmate Reception Center fax machine | | | |
| 164 | AT&T Records of 909-815-8064 (Gerard Smith) | | | |
| 165 | AT&T Records of 323-683-7618 (Maricela Long) | | | |
| 166 | Verizon Records of 714-803-1197 (Scott Craig) | FARRAR | 12-9-16 | 12-9-16 |

17

Case 2:16-cr-00066-PA   Document 211   Filed 12/22/16   Page 24 of 29   Page ID #:4892

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 167 | Verizon Records of 323-574-1782 (Craig), 323-693-6570 (Thompson), 323-819-0185 (Martinez) | FARRAR | 12-9-16 | 12-9-16 |
| 168 | Verizon Records of 323-243-4099 (Stephen Leavins) | | | |
| 169 | Verizon Records of 562-318-4637 (Mickey Manzo) | FARRAR | 12-9-16 | 12-9-16 |
| 170 | Paul Tanaka Summary Chart of Phone Records 8/26/11 to 10/3/11 | TANNER | 12-14-16 | 12-14-16 |
| 171 | Paul Tanaka – Verizon records August-Oct 2011 | FARRAR | 12-9-16 | 12-9-16 |
| 172 | Phone summary for select days | TANNER | 12-14-16 | 12-14-16 |
| 173 | Pages from MCJ Roster | GERHARDT | 12-8-16 | 12-8-16 |
| 174 | Pages from TTCF Phone Roster | | | |
| 175 | Page from TTCF Roster 2011 | | | |
| 176 | Custody Ops HQ Cell Phone Roster | | | |
| 177 | Cell Phone Roster | GERHARDT | 12-8-16 | 12-8-16 |

18

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 178 | Administrative Phone Roster | GERHARDT | 12-8-16 | 12-8-16 |
| 179 | Executives Roster | ↓ | ↓ | ↓ |
| 180 | LASD Landline Phone Roster | GERHARDT | 12-8-16 | 12-8-16 |
| 181 | Summary Chart with Phone Numbers Associated with LASD | | | |
| 182 | Email dated 08/30/11 at 5:15 PM from Judy Gerhardt to Christopher Nee re: FW: FBI Subpoenas | YANAGI | 12-7-2016 | 12-7-2016 |
| 183 | Email chain ending at 08/30/11 at 5:16 PM from Christopher Nee to Judy Gerhardt | YANAGI | 12-7-2016 | 12-7-2016 |
| 184 | Tom Carey Evaluation | GERHARDT | 12-8-2016 | 12-8-2016 |
| 185 | Gilbert Michel Plea AGRMT | MICHEL | 12-13-16 | |
| 186 | Faturechi KCRW Interview 2/10/16 | | | |
| 187 | Transcript KCRW Interview 2/10/16 | | | |
| | | | | |

19

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Case 2:16-cr-00066-PA   Document 211   Filed 12/22/16   Page 27 of 29   Page ID #:4895

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 525 | Anthony Brown Criminal History | | | |
| 528 | 8/12/2011 Letter from S. Gray to R. Bayes re: Sprint Records | 12-8-16 | 12-8-16 | BAYES |
| 529 | 8/17/2011 Fax to Sprint-Nextel from R. Bayes re: Court Order for telephone number 213-841-4407 | 12-8-16 | 12-8-16 | BAYES |
| 535 | 12.07.2012 Letter from Dugdale to Baca | | | |
| 548 | Carey Plea Agreement | | | |
| 550 | Carey Proffer Letter | | | |
| 572 | World Summit on Counter-Terrorism | | | |
| 591 | Fwd. Cmdr Pietrantonio Email | | | |
| 596 | 8/19/2011 LA Times Article by R. Faturechi | | | |
| 597 | 8/19/2011 Photo | | | |
| 601 | Core Value Statement | 12-8-16 | | OLMSTED |
| 602 | Our Mission | | | |
| 603 | LASD Six Month Status Update of Jail Reforms | | | |
| 620 | 11/30/2016 Letter from Maricela Long's Counsel | | | |

Case 2:16-cr-00066-PA   Document 211   Filed 12/22/16   Page 28 of 29   Page ID #:4896

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 621 | Maricela Long 02/13/2013 Grand Jury Testimony | | | |
| 632 | FBI Law Enforcement Bulletin | | | |
| 633 | | | | |
| 634 | 8/4/2011 Photo | 12-13-16 | 12-13-16 | MICHEL |
| 635 | Video Clip of 7/20/2011 Gilbert Michel Bribe | | | |
| 636 | 7/20/2011 Photo Gilbert Michel | MICHEL 12-13-16 | 12-13-16 | MICHEL |
| 637 | SUMMARY CHART | 12-15-16 | | TANNER |
| 638 | SUMMARY CHART | 12-15-16 | 12-15-16 | TANNER |
| 639 | SUMMARY CHART | 12-15-16 | 12-16-16 | TANNER |
| 659 | | | | |
| 660 | | | | |
| 668 | | | | |
| 734 | LASD Creating a Life Worth Living | | | |
| 735 | Felony Complaint Case No. BA276996 | | | |
| 737 | Phone Examination Report Properties | 12-8-16 | 12-8-16 | /TANNER |
| 738 | Baca Photo | | | |
| 739 | PHOTO OF ANTHONY BROWN | 12-13-16 | 12-13-16 | MICHEL |

2

Case 2:16-cr-00066-PA    Document 211    Filed 12/22/16    Page 29 of 29    Page ID #:4897

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 740 | | | | |
| 741 | | | | |
| 742 | | | | |
| 743 | | | | |
| 744 | CHART - ORGANIZATION | 12-15-16 | 12-15-16 | RHAMBO |
| 745 | PYRAMID CHAIN-OF-COMMAND | 12-15-16 | | RHAMBO |
| 746 | | | | |

3