FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA                    Date: 9/21/16

Title: U.S.A. v. Leroy D. Baca              Time: 11:50

JURY NOTE NUMBER REDACTED

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓

_____ THE JURY REQUESTS THE FOLLOWING:

The testimony of cecil Rhambo as the prosecutors witness ~~etc~~ & the testimony of cecil Rhambo as the ~~prosecutors~~ defense witness.

DATE:                          SIGNED: REDACTED
                                       FOREPERSON OF THE JURY