UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 16-66(A) PA

Title: <u>U.S.A. v. Leroy D. Baca</u>

Date: 12/22/16

Time: 12:00 pm

JURY NOTE NUMBER _REDACTED_

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

X  THE JURY REQUESTS THE FOLLOWING:

Jury # 12 would request to speak with the judge in private regarding an issue with in the deliberation room.

DATE:                    SIGNED    REDACTED