#3

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA                     Date: __12/20__

Title: <u>U.S.A. v. Leroy D. Baca</u>

Time: __10:30 AM__

JURY NOTE NUMBER __REDACTED__

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___   THE JURY REQUESTS THE FOLLOWING:

WOULD LIKE TO SEE VIDEO OF CRAIG & LOPEZ

OF AGENT MARX

DATE:                         SIGNED: __REDACTED__

FOREPERSON OF THE JURY