FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA                    Date:_____

Title: U.S.A. v. Leroy D. Baca
                                           Time:_____


JURY NOTE NUMBER _____


_____        THE JURY HAS REACHED A UNANIMOUS VERDICT


_____        THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____


DATE:                        SIGNED:  _____
                                      FOREPERSON OF THE JURY

12-21-16

Dear Judge Anderson,

After several cancellations, I have another appointment tomorrow, Thursday, at 2:30 in Rancho Cucamonga, to get the stitches out of my face and mouth after my bicycle accident.

May I please be excused at 11:30 to get there by train and car? I will, of course, return Friday morning if necessary.

Thank you, your Honor.

REDACTED