

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA                    Date: 12|22|16

Title: <u>U.S.A. v. Leroy D. Baca</u>

Time: 1:25 PM

JURY NOTE NUMBER <u>REDACTED</u>

_____        THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___         THE JURY REQUESTS THE FOLLOWING:

THE JURY IS UNABLE TO REACH A UNANIMOUS
VERDICT ON COUNT 1 AND COUNT 2

DATE:                          SIGNED:  *REDACTED*
                                        FOREPERSON OF THE JURY