

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA

Title: U.S.A. v. Leroy D. Baca

Date: 12/20/16

Time: 10:35 PM

JURY NOTE NUMBER  REDACTED

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____α_____    THE JURY REQUESTS THE FOLLOWING:

WE WOULD LIKE THE TESTIMONY OF ROBERT FATURECHI, RHAMBO, MANZO

DATE:                    SIGNED: _____REDACTED_____
                                    FOREPERSON OF THE JURY