UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Case No. CR 16-66(A) PA

Title: <u>U.S.A. v. Leroy D. Baca</u>

Date: 12/20

Time: 12 45 pm

JURY NOTE NUMBER #5

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

X            THE JURY REQUESTS THE FOLLOWING:

Was it illegal for the Sheriffs to approach Leah Marx on 9/26 in terms of the charges of Conspiracy or Obstruction. We are confused by jury instruction, p16, Lines 1-3.

DATE: _____    SIGNED: _REDACTED_____

FOREPERSON OF THE JURY