\# 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA                    Date: 12/20/16

Title: U.S.A. v. Leroy D. Baca            Time: 1:50

JURY NOTE NUMBER REDACTED

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THE JURY HAS REACHED A UNANIMOUS VERDICT

_____
  ✓
_____

THE JURY REQUESTS THE FOLLOWING:

AT THIS TIME, WE NO LONGER ~~NEED~~ NEED THE TESTIMONY FOR MANZO & RHAMBO

DATE:                              SIGNED:- REDACTED