# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AMENDED   **CRIMINAL MINUTES - TRIAL**

| Case No. | CR16-66(A) PA | | Date | December 22, 2016 |
|---|---|---|---|---|

Present: The Honorable   PERCY ANDERSON

| Interpreter | N/A | | Brandon D. Fox |
|---|---|---|---|

| Stephen Montes Kerr | Miranda Algorri | Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | ✓ | | ✓ | Nathan J. Hochman, Brianna Abrams | ✓ | | ✓ |
| | | | | and Tinos Diamantatos | ✓ | | ✓ |

\_\_\_\_ Day <u>COURT TRIAL</u>      13  Day <u>JURY TRIAL</u>      \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1ˢᵗ day);   \_\_\_\_ Held & continued;   ✓ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified      \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.   \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29)   is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused   \_\_\_\_ Jury retires to deliberate   \_\_\_\_ Jury resumes deliberations

✓ Finding by Court as follows: Mistrial   \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_   \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled   \_\_\_\_ Polling waived

✓ Filed Witness & Exhibit lists   ✓ Filed Jury notes   ✓ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

\_\_\_\_ Case continued to _____ for further trial/further jury deliberation.

✓ Other: Court sets a status conference for January 10, 2017, at 11:00 a.m.  Defendant waives his Speedy Trial Act rights and the parties are to submit a stipulation and proposed order regarding excludable time.

All sidebar transcripts ordered sealed.

2  :  34

Initials of Deputy Clerk \_\_\_\_ SMO