EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| LEROY BACA, | **CURRENT TRIAL DATE:**    TBD |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 10, 2017. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

//

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    As to Counts One and Two, the time period of December 22, 2016 to January 10, 2017, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

2.    As to Count Three, the time period of December 6, 2016 to January 10, 2017, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(B), (h)(1)(D), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                                     HONORABLE PERCY ANDERSON
                                         UNITED STATES DISTRICT JUDGE

Presented by:

/s/
_____
BRANDON D. FOX
Assistant United States Attorney

2