Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.255.9025
Fax:   +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Tinos Diamantatos, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 324-1000
Fax: +1.312.324.1001
e-mail: tinos.diamantatos@morganlewis.com


Attorneys for Defendant
LEROY BACA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LEROY BACA,<br><br>                    Defendant. | Case No. CR 16-66 (A) - PA<br><br>DEFENDANT LEROY BACA'S **UNOPPOSED** EX PARTE APPLICATION FOR THE LIMITED UNSEALING OF SIDEBAR TRANSCRIPTS OF JURY TRIAL–13TH DAY; DECLARATION OF NATHAN J. HOCHMAN<br><br>Hearing date:    TBD<br>Courtroom:       9A |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30987018.3

Defendant Leroy Baca, individually and by and through his undersigned counsel, hereby applies *ex parte* for an Order authorizing the limited unsealing of:

- Transcripts of sidebar discussions on December 22, 2016, Jury Trial–13th day.

The unsealing would be limited to those sections of the transcript dealing with juror notes provided to the Court, discussion between the Court and the juror, subsequent discussion between the parties and the Court as to the issues raised by the juror at sidebar, and the eventual declaration of a mistrial by the Court.  Defendant requires access to the sidebar transcripts in order to analyze potential issues related to the declaration of a mistrial by the Court and to pursue any relief that may be available.

The Government does not object to the requested relief.

This application is based on the attached Declaration of Nathan J. Hochman, the files and records of the case, and such additional evidence and argument as may be presented at any hearing on this application.

Dated:    January 12, 2017

By  /s/ Nathan J. Hochman
Nathan J. Hochman
Tinos Diamantatos
Brianna Leigh Abrams

Attorneys for Defendant
LEROY BACA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DEFENDANT LEROY BACA'S EX PARTE APPLICATION
FOR UNSEALING OF SIDEBAR TRANSCRIPTS.
CASE NO. CR 16-66 (A) - PA

DB2/ 30987018.3

## DECLARATION OF NATHAN J. HOCHMAN

I, Nathan J. Hochman, declare as follows:

1.    I am an attorney duly admitted to practice before this Court and a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Leroy Baca.

2.    The sidebar transcripts for Jury Trial−13th Day, which took place on December 22, 2016, containing discussion at sidebar of juror notes provided to the Court, discussion between the Court and the juror, subsequent discussion between the parties and the Court as to the issue raised by the juror at sidebar, and the eventual declaration of a mistrial by the Court, are currently sealed.  Defendant requires access to the sidebar transcripts in order to analyze potential issues related to the declaration of a mistrial by the Court and to pursue any relief that may be available.

3.    On January 10, 2017, I met and conferred telephonically with AUSA Brandon Fox and he informed me that the Government does not object to the relief requested by this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed January 12, 2017, at Santa Monica, California.

/s/ Nathan J. Hochman
Nathan J. Hochman

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 30987018.3

DECLARATION OF NATHAN J. HOCHMAN
CASE NO. CR 16-66 (A) - PA