UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEROY BACA,<br><br>    Defendant. | Case No. CR 16-66(A) - PA<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR UNSEALING OF SIDEBAR TRANSCRIPTS OF JURY TRIAL–13TH DAY |

1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1.    The sidebar transcripts of Jury Trial−13th Day, which took place on December 22, 2016, shall be unsealed and made available to counsel of record for Defendant Leroy Baca.

IT IS SO ORDERED.


Dated: _____        Signed: _____

The Hon. Percy Anderson,

United States District Judge

2