# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-66(A) PA | | Date | January 10, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Miranda Algorri | Brandon D. Fox<br>Eddie Jarequi<br>Lizabeth A. Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | √ | | √ | Nathan J. Hochman<br>Brianna L. Abrams | √<br>√ | | √<br>√ |

**Proceedings:**   Status Conference

Cause called; appearances made.

Government elects to proceed to trial and the Court grants Government's request to rejoin all three counts.  Jury selection will begin in the ceremonial courtroom on either Monday, February 13, 2017 or Friday, February 17, 2017.   Opening statements will begin in courtroom 9A on Tuesday, February 21, 2017, at 8:30 a.m.  The parties are to provide the Court with a revised jury trial estimate by Tuesday, January 17, 2017.

By January 12, 2017, the parties are to notify the Court if they intend to file any additional motions other than those identified on the record.  All motions must be filed by January 18, 2017.  Any oppositions are to be filed by January 25, 2017 and any replies, if any, by February 1, 2017. The hearing date will be on either February 6 or 13, 2017, at 3:00 p.m.

|  |  : | 30 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc:  **PSA**