UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 16-66(A) - PA |
|---|---|
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION FOR UNSEALING OF SIDEBAR TRANSCRIPTS OF JURY TRIAL–13TH DAY |
| v. | |
| LEROY BACA, | |
| Defendant. | |

1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

The sidebar transcripts of Jury Trial−13th Day, which took place on December 22, 2016, concerning Juror Notes received after 11:59 a.m. shall be made available to counsel of record for Defendant Leroy Baca and the government. Those transcripts may be used only for litigation in this case and shall not be disclosed or disseminated without a further order of the Court.

IT IS SO ORDERED.

DATED:  January 12, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

cc:  **Court Reporter**

2