Nathan J. Hochman, SBN 139137'
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:  +1.310.907.1000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| | PLAINTIFF(S) | CR 16-66(A) - PA |
| v. | | |
| LEROY BACA | | **NOTICE OF MANUAL FILING** |
| | | **OR LODGING** |
| | DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

**NOTICE OF MOTION AND MOTION OF DEFENDANT LEROY BACA TO DISMISS COUNTS ONE AND TWO OF THE FIRST SUPERSEDING INDICTMENT ON DOUBLE JEOPARDY GROUNDS (Exhibits A and B).**

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑  Per Court order dated:  January 12, 2017

☐  Other:

January 18, 2017
Date

Nathan J. Hochman
Attorney Name

Defendant Leroy Baca
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING