**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

**HONORABLE PERCY ANDERSON, U.S. DISTRICT JUDGE**

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )    Case No.
                                    )
          vs.                       )    CR 16-00066(A)-PA
                                    )
LEROY D. BACA,                      )    PAGES (1 to 58)
                                    )
                    Defendant.      )
_____ )

**REPORTER'S TRANSCRIPT OF**
***SEALED PROCEEDINGS***
**THURSDAY, DECEMBER 22, 2016**
**10:45 A.M.**
**LOS ANGELES, CALIFORNIA**

_____

**MIRANDA ALGORRI, CSR 12743, CRR**
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 435
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

**UNITED STATES DISTRICT COURT**