**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

**HONORABLE PERCY ANDERSON, U.S. DISTRICT JUDGE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | CR 16-00066(A)-PA |
| | ) | |
| LEROY D. BACA, | ) | PAGES (1 to 28) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPORTER'S TRANSCRIPT OF
PROCEEDINGS HELD IN OPEN COURT
THURSDAY, DECEMBER 22, 2016
10:44 A.M.
LOS ANGELES, CALIFORNIA**

_____

**MIRANDA ALGORRI, CSR 12743, CRR**
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 435
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    EILEEN M. DECKER
    United States Attorney
    BY:  BRANDON FOX
    BY:  EDDIE A. JAUREGUI
    Assistant United States Attorneys
    United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012

**FOR THE DEFENDANT:**

    MORGAN LEWIS AND BOCKIUS LLP
    BY:  NATHAN J. HOCHMAN
    BY:  BRIANNA ABRAMS
    The Water Garden
    1601 Cloverfield Boulevard
    Suite 2050 North
    Santa Monica, California 90404

    MORGAN LEWIS AND BOCKIUS LLP
    BY:  TINOS DIAMANTATOS
    77 West Wacker Drive
    Chicago, Illinois 60601

**UNITED STATES DISTRICT COURT**

In your opinion, is the jury unable to reach a verdict as to one or more counts?

JUROR NO. 11:  Yes.

THE COURT:  All right.  Now, I'm going to address this to all of the jurors.  If any of you disagree with the foreperson's opinion, if you'd just raise your hand and let me know now.

And the record should reflect that there were no hands raised in response to that question.

And let me ask the foreperson again.  Sir, is there a reasonable probability that the jury could reach a unanimous verdict if sent back into the jury room for further deliberations?

JUROR NO. 11:  No, Your Honor.

THE COURT:  All right.  Thank you.

Now I'm going to ask this to all of the jurors.  Without stating where any juror stands, do any of you believe there is a reasonable probability that the jury can reach a unanimous verdict if sent back into the jury room for further deliberations?

Okay.  Just raise your hand.  And the record should reflect that no hands were raised in response to my questions.

All right.  If I could see counsel at sidebar, please.

**UNITED STATES DISTRICT COURT**

**LOS ANGELES, CALIFORNIA; THURSDAY, DECEMBER 22, 2016**

**2:29 P.M.**

**---**

(The following proceedings were held in open court in the presence of the jury:)

THE COURT:  All right, ladies and gentlemen.  The Court finds that the jury is hopelessly deadlocked.  So I am -- I want to thank you for your services in this case.

Our constitutional framers recognized that trial by jury is the essence of a free Government.  Jury service is a right that our forefathers fought for and men and women are fighting for today because of its importance in the governing of a democratic society.  For the jury to perform this historic and beneficial role in our democracy, it must be constituted with people like yourselves who are willing to serve.

As a society, we've given to the people the power to make the ultimate determination of whether or not to deprive a fellow citizen of life, liberty, or property in criminal cases.  I'm proud of the fact that citizens like you are willing to serve on juries, and you will be dismissed with a thanks of the Court.

I'm going to just leave you with a couple of other thoughts.

Now, that the case has been concluded, some of

**UNITED STATES DISTRICT COURT**