Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:  +1.310.255.9025
Fax:  +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Tinos Diamantatos, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 324-1000
Fax: +1.312.324.1001
e-mail: tinos.diamantatos@morganlewis.com

Attorneys for Defendant
LEROY BACA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. CR 16-66(A) - PA |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| LEROY BACA, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

CR 16-66(A) - PA

DB2/ 31003669.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is 1601 Cloverfield Blvd., Suite 2050 North, Santa Monica, CA 90404-4082.

I hereby certify that on January 18, 2017, a true and correct copy of the foregoing:

**NOTICE OF MANUAL FILING OR LODGING - NOTICE OF MOTION AND MOTION OF DEFENDANT LEROY BACA TO DISMISS COUNTS ONE AND TWO OF THE FIRST SUPERSEDING INDICTMENT ON DOUBLE JEOPARDY GROUNDS (Exhibits A and B Thereto] – UNDER SEAL**

On January 18, 2017, a true and correct copy of the aforementioned document was served on all parties by placing a true electronic copy thereof via email transmission to the following counsel at the noted addresses:

U.S. Attorney's Office
Brandon D. Fox
  Chief, Public Corruption & Civil
  Rights Section
Eddie Jauregui
Assistant U.S. Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Brandon.Fox@usdoj.gov
Eddie.Jauregui@usdoj.gov

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2017 at Los Angeles, California.

_____
Brianna L. Abrams

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31003669.1

2

CR 16-66(A) - PA