UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATED OF AMERICA,

          Plaintiff,

          v.

LEROY BACA,

          Defendant.

Case No. CR 16-66(A) - PA

[PROPOSED] ORDER GRANTING *EX* PARTE APPLICATION TO FILE FILE CLOSED PROCEEDING PORTIONS OF DOCKET NO. 237 UNDERSEAL

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Leroy Baca is granted leave to portions of Docket No. 237 titled Defendant Leroy Baca's Motion to Dismiss Counts One and Two of the First Superseding Indictment containing closed proceeding material under seal.

    IT IS SO ORDERED

Dated:

_____
The Honorable Percy Anderson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31005896.1

[PROPOSED] ORDER
CR 16-66(A) - PA