1 | Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
2 | MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
3 | Suite 2050 North
1601 Cloverfield Boulevard
4 | Santa Monica, CA  90404-4082
Tel:    +1.310.255.9025
5 | Fax:   +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
6 | e-mail: brianna.abrams@morganlewis.com

7 | Tinos Diamantatos, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
8 | 77 West Wacker Drive
Chicago, IL 60601
9 | Tel.: (312) 324-1000
Fax: +1.312.324.1001
10 | e-mail: tinos.diamantatos@morganlewis.com

11 |

12 | Attorneys for Defendant
LEROY BACA

13 |

14 | UNITED STATES DISTRICT COURT

15 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 |

| | |
|---|---|
| 17   UNITED STATED OF AMERICA, | Case No. CR 16-66(A) - PA |
| 18                Plaintiff, | NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING |
| 19                v. | MOTION OF DEFENDANT LEROY BACA TO DISMISS COUNTS ONE |
| 20   LEROY BACA, | AND TWO OF THE FIRST SUPERSEDING INDICTMENT ON |
| 21                Defendant. | DOUBLE JEOPARDY GROUNDS |

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31033568.1

NOTICE OF LODGING [PROPOSED]
ORDER

**TO THE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Leroy Baca hereby lodges the [Proposed] Granting Motion Of Defendant Leroy Baca To Dismiss Counts One And Two Of The First Superseding Indictment On Double Jeopardy Grounds attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

Dated:    January 25, 2017                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Nathan J. Hochman*
Nathan J. Hochman
Attorneys for Defendant
LEROY BACA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31033568.1

2

NOTICE OF LODGING [PROPOSED]
ORDER