# EXHIBIT A



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 16-66(A) - PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT LEROY BACA TO DISMISS COUNTS ONE AND TWO OF THE FIRST SUPERSEDING INDICTMENT ON DOUBLE JEOPARDY GROUNDS |
| v. | |
| LEROY BACA, | |
| Defendant. | |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Exhibit A, Page 4

GOOD CAUSE HAVING BEEN SHOWN, THE COURT THEREFOR ORDERS:

Counts One and Two of the First Superseding Indictment are Dismissed.

IT IS SO ORDERED.

Dated: _____          Signed: _____

The Hon. Percy Anderson,
United States District Judge

2                 [PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS