Eddie A. Jauregui, AUSA
U.S. Attorney's Office
312 N. Spring Street
Los Angeles, CA 90012
eddie.jauregui@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>LEROY BACA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>16-66(A)-PA<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

*Government's Opposition to Defendant's Motion to Dismiss Counts One and Two of the First Superseding Indictment (Unredacted Version Citing to Sealed Transcripts)

*Exhibit A to Government's Opposition to Defendant's Motion to Dismiss (SEALED Transcript of Proceedings on Dec. 22, 2016)

*Ex Parte Application to Seal and Declaration of Eddie A. Jauregui

*Proposed Sealing Order

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

Ex. A to the Government's filing is under seal upon order of the Court. The unredacted version of the government's filing cites to and quotes from Ex. A.

January 25, 2017
Date

Eddie A. Jauregui
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING