EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1500/1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Brandon.Fox@usdoj.gov
            Lizabeth.Rhodes@usdoj.gov
            Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>              v.<br><br>LEROY BACA,<br><br>          Defendant. | CR No. 16-66(A)-PA<br><br><u>NOTICE OF LODGING OF [PROPOSED]<br>ORDER GRANTING GOVERNMENT'S<br>MOTIONS IN LIMINE TO PRECLUDE<br>DEFENDANT FROM EFFECTIVELY<br>TESTIFYING BY WEARING SHERIFF'S<br>"STAR" LAPEL PIN AND TO EXCLUDE<br>EVIDENCE OF GOOD ACTS (DKT. 238)</u> |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, hereby lodges the [Proposed] Order Granting Government's Motion in Limine to Preclude

Defendant From Effectively Testifying By Wearing Sheriff's "Star" Lapel Pin and to Exclude Evidence of Good Acts (Dkt. 238).

Dated: January 27, 2017                     Respectfully submitted,

                                            EILEEN M. DECKER
                                            United States Attorney

                                            LAWRENCE S. MIDDLETON
                                            Assistant United States Attorney
                                            Chief, Criminal Division


                                                    /s/
                                            BRANDON D. FOX
                                            LIZABETH A. RHODES
                                            EDDIE A. JAUREGUI
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

2