UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEROY BACA,<br><br>                    Defendant. | Case No. CR 16-66(A) - PA<br><br>[PROPOSED] ORDER SEALING DOCUMENTS<br><br>[UNDER SEAL] |

## **[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Leroy Baca's *ex parte* application for sealing is granted. The documents sought to be filed under seal and Mr. Baca's *ex parte* application for sealing shall be filed udner seal.

IT IS SO ORDERED

Dated: _____

_____

The Honorable Percy Anderson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31057165.1

[PROPOSED] ORDER
CR 16-66(A) - PA