## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 16-66 PA | | Date | February 2, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| V.R. Vallery | Not Reported | Brandon Fox (Not present)<br>Lizabeth Rhodes (Not present)<br>Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman | Not | | X |

**Proceedings:**   IN CHAMBERS - ORDER

The Court sets a hearing on the parties' pretrial motions (Docket Nos. 237 & 238) for Monday, February 13, 2017, at 3:00 p.m.  The Court will discuss the procedures and date for jury selection at that time.

IT IS SO ORDERED.