EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
 1500/1200/1100 United States Courthouse
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-0284/3541/4849
 Facsimile: (213) 894-0141
 E-mail: Brandon.Fox@usdoj.gov
   Lizabeth.Rhodes@usdoj.gov
   Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>LEROY BACA,<br><br>   Defendant. | No. CR 16-66(A)-PA<br><br>GOVERNMENT'S NOTICE REGARDING INTRODUCTION OF BUSINESS RECORDS PUSUANT TO THE SELF-AUTHENTICATION PROVISIONS OF FEDERAL RULE OF EVIDENCE 902(11) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, hereby provides notice of its intent to offer into evidence business records of the below-enumerated businesses and organizations (previously produced in

discovery in this case) pursuant to the procedures of Federal Rule of Evidence 902(11).

Rule 902 of the Federal Rules of Evidence provides in pertinent part:

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:

. . .

(11) The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record--and must make the record and certification available for inspection--so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

In turn, Rule 803(6)(A)-(C) of the Federal Rules of Evidence provides as follows:

(A)   the record was made at or near the time by--or from information transmitted by--someone with knowledge;

(B)   the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit; and

(C)   making the record was a regular practice of that activity.

Fed. R. Evid. 803(6)(A)-(C).

//

//

//

//

//

//

2

The government has produced the declarations from a custodian of records or other qualified person from the following entities:

1. Verizon Wireless

2. AT&T

3. Fox TV

Dated: February 10, 2017          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


_____*/s/ Eddie A. Jauregui*_____
BRANDON D. FOX
LIZABETH A. RHODES
EDDIE A. JAUREGUI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA