UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. CR 16-66(A) - PA |
| Plaintiff, | |
| v. | ORDER GRANTING *EX* PARTE APPLICATION TO FILE FILE CLOSED PROCEEDING PORTIONS OF DOCKET NO. 237 UNDERSEAL |
| LEROY BACA, | |
| Defendant. | |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Leroy Baca is granted leave to portions of Docket No. 237 titled Defendant Leroy Baca's Motion to Dismiss Counts One and Two of the First Superseding Indictment containing closed proceeding material under seal.

IT IS SO ORDERED

Dated:    February 10, 2017

_____

The Honorable Percy Anderson

DB2/ 31005896.1                                                                                                    CR 16-66(A) - PA