Name & Address:
Eddie A. Jauregui (Cal Bar No. 297986)
Assistant United States Attorney
312 N. Spring Street
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Eddie A. Jauregui | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 16-66(A) |
| v. | |
| Leroy Baca | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents)**

Criminal Document

**Reason:**

☑ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

2-15-2017
_____
Date

Eddie A. Jauregui
_____
Attorney Name
United States of America
_____
Party Represented

*Note:    File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                   NOTICE OF MANUAL FILING OR LODGING