# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 16-66 PA | Date | February 15, 2017 |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| V.R. Vallery | Not Reported | Brandon Fox (Not present)<br>Lizabeth Rhodes (Not present)<br>Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman<br>Tinos Diamantatos<br>Brianna Abrams | Not | | X |

**Proceedings:**   IN CHAMBERS - ORDER

The trial in this matter will commence on February 22, 2017, at 8:30 a.m., in Courtroom 9A at the First Street Courthouse.

IT IS SO ORDERED.

---

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1