EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Major Frauds Section
      1500/1200/1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-0140
      E-mail:     Brandon.Fox@usdoj.gov
                  Lizabeth.Rhodes@usdoj.gov
                  Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS - UNOPPOSED |
| v. | Trial Date:  February 17, 2017 |
| LEROY BACA, | |
| Defendant. | |

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America respectfully requests that the Court ask prospective jurors the questions attached, in

addition to the Court's regular voir dire questions and such supplemental questions as may become appropriate.  This filing supplements the government's previous filing, Dkt. 176, which the government incorporates herein by reference.

Dated: February 17, 2017              Respectfully submitted,

                                      EILEEN M. DECKER
                                      Acting United States Attorney

                                      LAWRENCE S. MIDDLETON
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                            /s/ Brandon D. Fox
                                      BRANDON D. FOX
                                      LIZABETH A. RHODES
                                      EDDIE A. JAUREGUI
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

2

**<u>GOVERNMENT'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS</u>**

The government has conferred with defense counsel regarding the following proposed supplemental voir dire questions.  The defense does not object to the Court asking any of these questions:

1.    [Proposed modification to Question No. 28 in the Court's Criminal Case Questionnaire]: Have you, any members of your family, or anyone close to you ever had any law enforcement training or experience or been a member of, or employed by, volunteered, sought employment, or <u>seriously thought about seeking employment</u> with any prosecutorial agency, or with any military, federal, state, county or local law enforcement agency?

2.    Do you have any strong beliefs, feelings, or opinions about the FBI conducting undercover civil rights or public corruption investigations of law enforcement officers?

3.    Do you disagree that a law enforcement officer can be guilty of committing a crime?

4.    Do you believe suspects in criminal investigations should be told they are being investigated?

5.    Do you have any feelings, beliefs or opinions regarding the federal government's investigation of local law enforcement officers for civil rights violations that would affect your ability to be an impartial juror in this case?

6.    The law provides that everyone has constitutional and civil rights.  Do you have any feelings, beliefs, or opinions regarding whether inmates at jails, or those convicted of crimes, should have constitutional and civil rights?

7.    Do you have any feelings, beliefs or opinions regarding the federal government's investigation of civil rights cases generally that would affect your ability to be an impartial juror in this case?