## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR16-66(A)  PA | | Date | February 13, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| | | Brandon D. Fox<br>Lizabeth A. Rhodes<br>Eddie Jaurequi |
|---|---|---|
| Connie Lee | Cindy Nirenberg | |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | X | | X | Nathan J. Hochman | X | | X |

**Proceedings:**     Hearing on Motions

Cause called; appearances made.  For reasons stated on the record, the Court denies Defendant's Motion to Dismiss Counts One and Two of the First Superseding Indictment on Double Jeopardy Grounds [Docket No. 237].  The Court grants Government's Motions in Limine to Preclude Defendant from Effectively Testifying by Wearing Sheriff's "Star" Lapel Pin and to Exclude Evidence of Good Acts [Docket No. 238], and Government's Motion in Limine to Preclude Defendant from Introducing his own Hearsay Statements [Docket No. 146].[1/]  The Court defers ruling on the government's motion to exclude the testimony of Dr. James Spar.  The parties may contact the Courtroom Deputy on Friday, February 17, 2017 for an update.

The Court will notify the parties by Wednesday, February 15, 2017 whether the Jury Trial will begin on February 21, 2017 or February 22, 2017.  Counsel are ordered to meet and confer regarding the jury questionnaire and jury instructions.  Jury questionnaire and jury instructions are to be filed no later than noon, Friday, February 17, 2017.

IT IS SO ORDERED.

| | 01 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CL | |

---

[1/]     The Court has previously granted the government's motion in limine Exclude Inter Alia, Government's Prior Statements, Procedural History, and Remedial Measures/Subsequent Cooperation [Docket No. 103].  That ruling remains in effect.