Eddie A. Jauregui
Assistant United States Attorney
312 N. Spring Street, LA, CA 90012
(213) 894-4849
eddie.jauregui@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR NO. 16-66(A)-PA |
| v. | |
| LEROY BACA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

1. Unredacted Version of Government's Motion to Exclude Evidence and Argument Pertaining to Defendant's Condition After 2014, with exhibits

2. Ex Parte Application to Seal

3. Declaration of Eddie A. Jauregui

4. Proposed Sealing Order

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

2/22/2017
Date

Eddie A. Jauregui
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING