## DECLARATION OF DR. HELENA CHANG CHUI

I, Dr. Helena Chang Chui, hereby declare as follows:

1. I am a physician licensed to practice medicine in the State of California and am Board Certified in Neurology. I received my M.D. degree from Johns Hopkins University in 1977, completed a Fellowship in Behavioral Neurology at the University of Iowa in 1978, and completed my residency training in Neurology at the University of Iowa in 1982. I am currently a Professor of Neurology and hold the Raymond and Betty McCarron endowed Chair at the Keck School of Medicine and have served as the Chair of the Neurology Department for the past 13 years. I have served as Director of the federally-funded USC Alzheimer Disease Research Center (ADRC) for the past 10 years. I have worked in the field of Alzheimer's disease for 35 years and my research focuses on Alzheimer's disease and vascular cognitive impairment. I have authored more than 185 peer-reviewed publications and have served on the editorial board for Stroke, Alzheimer's Disease and Associated Disorders, Archives of Neurology, and JAMA Neurology.

2. This declaration is made in support of Defendant Leroy Baca's Opposition to the Government's Motion to Exclude Evidence and Argument Pertaining to Defendant's Condition After 2014. In this context, I have been asked to provide my expert opinion with respect to the impact on the reliability of Mr. Baca's testimony given during two lengthy depositions in January and April 2015. The statements made herein are based on my personal knowledge unless stated otherwise and if called to be a witness, I could and would testify competently thereto.

3. Based on my extensive background, training, and experience with Alzheimer's disease ("Alzheimer's), and review of the pertinent medical literature concerning Alzheimer's disease, I can state the following to a reasonable medical certainty:

4. I was previously engaged by Michael Zweiback of Alston & Bird LLP to render an expert opinion regarding what factors related to the diagnosis of early Alzheimer disease should be considered in contemplation of sentencing for Mr. Baca. By letter dated June 13, 2016, attached hereto as Exhibit A, I provided the expert opinions relating to Mr. Baca's Alzheimer's diagnosis and condition at that time. The following are excerpts from that June 13, 2016 letter:

   (a) I examined Mr. Baca in clinic on 3 occasions (10/16/2015, 12/23/2015, and 5/6/2016). I reviewed neuropsychological testing done on 2 occasions (**5/15/2014**, and 10/26/2015), CT scan of head (**4/12/2014**), MRI scans of the brain (**5/20/2014**, 5/6/2016), FDG PET scan (**8/4/2014**) and levels of beta-amyloid, tau, and pTau in the cerebrospinal fluid (2/11/2016; 5/10/2016). Since 4/2014, scores on the Montreal Cognitive Assessment (MoCA) have gradually declined: 26/30 (**4/2014**), 24/30 (10/16/2015), and 22/30 (5/6/2016).

   (b) It is my professional opinion that, unfortunately, Sheriff Baca is in the early symptomatic states of Alzheimer's disease. The accuracy of this diagnosis is estimated to be 90-95% based on the totality of evidence, including 1) history and evidence of slowly progressive cognitive decline during the period of consecutive medical evaluations, with normal motor and sensory examination, 2) neuropsychological testing that shows predominant impairment in the domain of episodic memory, with secondary impairment in executive function, 3) MRI scans showing loss of hippocampal and brain volume, 4) PET scan that shows glucose hypometabolism in both temporal lobes, and 4) CSF studies that show markedly elevated levels of tau and ptau, and low levels of beta-amyloid, consistent with AD.

   (c) Alzheimer disease is a slowly progressive neurodegenerative disorder. At the present time, the severity of Sheriff Baca's symptoms can be described as mild cognitive impairment (MCI) due to Alzheimer disease. Although he shows clear impairment in memory, Sheriff Baca is able to perform essentially all of his activities of daily living.

5.    Patients, like Mr. Baca, suffering from mild cognitive impairment as part of Alzheimer's disease typically have difficulty remembering new information (anterograde amnesia ["short term" memory impairment]), but also experience progressive loss of previously learned information (retrograde amnesia ["long term" memory impairment]), as well as difficulty with insight and solving problems. Such patients often manifest signs of anosognosia, a lack of awareness of their memory and cognitive deficits. It is well recognized in the scientific literature that persons with Alzheimer's disease are generally poor judges of when symptoms actually began or the severity of their impairments. Symptoms can also be masked to the outside world by administrative or other support staff. Patients often greatly underestimate their condition, which sometimes appears as a denial. However, the patient is not intentionally denying their condition; they simply lack the awareness as a result of the effects of the disease on their brain. My cursory review of PubMed analyzing anosognosia and Alzheimer disease revealed 119 peer reviewed papers in the current medical literature. Based on my training and experience, it is my medical opinion to a reasonable medical certainty that Mr. Baca's apparent denial of having any health issues that would prevent him from giving his best testimony in the January 29, 2015 and April 6, 2015 depositions were symptoms of anosognosia as part of his Alzheimer's disease. This is the precise type of lack of self-awareness that is defined in the medical field as anosognosia.

6.    Based on my training and experience, I am aware that patients, like Mr. Baca, suffering from mild cognitive impairment due to Alzheimer's disease are more susceptible to fatigue, which may occur during a long deposition. The disease not only impacts one's short and long term memory, but also has a severe impact on a patient's executive functions and ability to reason. A patient's online processing in real time is not as efficient. The stress and fatigue that can occur as a result of a patient participating in a lengthy and emotionally intense deposition may impact the patient's ability to remember clearly their relationships with friends, family, acquaintances, and colleagues, especially if they had changed recently.

7.    Based on my training and experience, it is my medical opinion to a reasonable medical certainty that Mr. Baca's Alzheimer's disease also affected his ability to remember procedures and processes, events and relationships he had several years before the 2015 depositions while he was still at the Sheriff's Department involving then Undersheriff Paul Tanaka and promotions and evaluations he was involved with during that past period. I base this conclusion on Mr. Baca's objectively-supported neurological diagnosis of having mild cognitive impairment due to Alzheimer's disease in May 2014 (before the 2015 depositions) and on longitudinal, prospective studies in the scientific literature showing that persons diagnosed with MCI due to AD start to manifest decline in memory and executive function beginning 3-4 years prior to their diagnosis of MCI. MCI due to Alzheimer disease would certainly have affected Mr. Baca's ability to remember at the time of the 2015 depositions, and would have been consistent with representation of Mr. Baca's counsel that the transcripts of the depositions showed that Mr. Baca said he could not remember, recall or recollect the answers to over 100 questions.

8.    A true and correct copy my letter dated June 13, 2016 (without attachments) is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: February 24, 2017

DR. HELENA CHANG CHUI

# Exhibit A

# Keck School of Medicine of USC

**HELENA CHANG CHUI, M.D.**
**McCarron Professor and Chair**
**Department of Neurology**

June 13, 2016

Michael Zweiback, Partner
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
michael.zweiback@alston.com

Re:    Leroy Baca; DOB 5/27/42; MRN 431748

Dear Mr. Zweiback:

In October, 2015, former Sheriff Leroy Baca was referred to me by Dr. Qian Zhang at Kaiser Permanente Health Care for neurological consultation. Sheriff Baca was seen by Dr Zhang in April, 2014 with symptoms of memory loss for several years, worsening in the last few months. You have requested that I summarize my medical findings and render an expert opinion regarding what factors related to the diagnosis of early Alzheimer disease should be considered in upcoming sentencing.

I am a Board-certified neurologist, who completed fellowship training in behavioral neurology at the University of Iowa Hospitals and Clinics. I have worked in the field of Alzheimer disease and related disorders for the past 35 years. I have served as the Director of the federally-funded USC Alzheimer Disease Research Center (ADRC) for the past 10 years and as Chair of the Department of Neurology at USC for the past 13 years. My curriculum vitae is attached.

I have seen Sheriff Baca in clinic on 3 occasions (10/16/2015, 12/23/2015, and 5/6/2016). I have reviewed neuropsychological testing done on 2 occasions (5/15/2014 and 10/26/2015), CT scan of head (4/12/2014), MRI scans of the brain (5/20/2014, 5/6/2016), FDG PET scan (8/4/2014) and levels of beta-amyloid, tau, and pTau in the cerebrospinal fluid (2/11/2016; 5/10/2016). Since 4/2014, scores on the Montreal Cognitive Assessment (MoCA) have gradually declined: 26/30 (4/2014), 24/30 (10/16/2015), and 22/30 (5/6/2016). With Mr. Baca's permission, I have forwarded all my medical records to you.

It is my professional opinion that, unfortunately, Sheriff Baca is in the early symptomatic stages of Alzheimer disease. The accuracy of this diagnosis is estimated to be 90-95% based on the totality of evidence, including 1) history and evidence of slowly progressive cognitive decline during the period of consecutive medical evaluations, with normal motor and sensory examination, 2) neuropsychological testing that shows predominant impairment in the domain of episodic memory, with secondary impairment in executive function, 3) MRI scans showing loss of hippocampal and brain volume, 4) PET scan that shows glucose hypometabolism in both temporal lobes, and 4) CSF studies that show markedly elevated levels of tau and p-tau, and low levels of beta-amyloid, consistent with AD.

Sheriff Baca was referred for evaluation of recent memory loss. According to the Sheriff this began when he was still working. His wife first became concerned after he retired in early 2014 and she spent more time with

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 • Tel: 323-442-7686 1054 • 323-442-7689



him at home.  According to the history obtained at Kaiser Permanente, memory loss began at least in 2013. I did not have the opportunity to interview colleagues and staff who knew him well at work.  It is well recognized that persons with Alzheimer disease are generally poor judges of when symptoms actually began. Symptoms can also be masked to the outside world by administrative or other support staff. It is quite likely that loss of memory and executive function may have adversely impacted his decision-making and judgement while he was still employed as Sheriff.

Prison has potential to cause increased harm to persons with Alzheimer disease.  It is recognized that persons with cognitive impairment have increased vulnerability to physical, emotional, and cognitive harm in prison settings. Older adults with dementia are at risk of victimization by other prisoners.  They are more likely to become aggressive to staff or other prisoners, which may result in institutional reprimands or charges (Dawes J, Australian Social Work, 2009; 62: 258 – 271). Many conditions in prison may increase risk of cognitive and mental decline. These risks include inactivity, poor nutrition, smoking, and a lack of social interaction. (Christodoulou M, Lancet Neurol, 2012; 11: 750-751).   Given the diagnosis of Alzheimer disease, the Court may wish to consider alternative settings for confinement (e.g., house arrest).

The scientific literature indicates that for persons with AD, aerobic exercise is important to maintain cognitive and mental, as well as physical health.  Achieving sufficient levels of physical activity in a highly regimented, confined environment can be difficult.(Christodoulou M, Lancet Neurol, 2012; 11: 750-7512012). Sheriff Baca regularly runs 8 miles a day. It is particularly important given his diagnosis of AD to allow him to continue regular intense aerobic exercise to minimize cognitive, behavioral and affective symptoms.

Sheriff Baca has noted subjective improvement on donepezil, an FDA-approved symptomatic medication for AD. Unfortunately, there are no disease-modifying treatments for AD.  Sheriff Baca has expressed interest in participating in clinical research studies at the USC ADRC.  He is a good candidate for the Biogen Study, a double-blind, placebo-controlled trial of aducanumab (a monoclonal antibody directed against beta-amyloid) in AD. The study involves monthly intravenous infusions of drug or placebo over a course of 2 years.  Perhaps this could be considered as a form of community service.

Alzheimer disease is a slowly progressive neurodegenerative disorder.  At the present time, the severity of Sheriff Baca's symptoms can be described as mild cognitive impairment (MCI).   Although he shows clear impairment in memory, Sheriff Baca is able to perform essentially all of his activities of daily living.  Given the results of the tests (described in paragraph 4 above), there is approximately a 17.5% likelihood progression to dementia after 1 year and 50% likelihood of progressing to dementia after 2 years (Landau et al., Neurology 2010; 75:230–238).    Typically, persons with mild dementia due to Alzheimer disease have difficulty remembering a few words, maintaining temporal orientation, and solving problems. They also have difficulty functioning independently in community affairs, and performing complicated hobbies, interests and chores at home. There is understandable concern (although data is limited) that functional and cognitive decline may be accelerated in prison settings.

Sincerely yours,

Helena Chang Chui MD
Professor and Chair
Department of Neurology

University of Southern California
1540 Alcazar Street, Suite 215, Los Angeles, CA 90089-0800 • Tel: 323-442-7686 1054 • 323-442-7689

