EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
     1500/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-0141
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | EXHIBIT B TO MOTION TO EXCLUDE EVIDENCE, ARGUMENT, AND CROSS-EXAMINATION REGARDING CECIL RHAMBO'S UNSWORN STATEMENTS; EXHIBIT |
| v. | |
| LEROY BACA, | |
| Defendant. | Hearing Date: TBD |
| | Hearing Time: TBD |
| | Location:    Courtroom of the Hon. Percy Anderson |



FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    02/15/2017

On February 15, 2017, Special Agent ANDREW HARDENBROOK and Assistant United States Attorneys LIZABETH RHODES and BRANDON FOX interviewed CECIL RHAMBO (RHAMBO) at 350 1st Street, Los Angeles, California 90012. BRIAN HERSHMAN also was present and representing RHAMBO. Before the interview, RHAMBO was advised of the interviewers' official identities.

[Note: RHAMBO was asked a series of questions in preparation of his testimony in an upcoming trial. RHAMBO provided information consistent with his previous interviews and testimony.] In addition, RHAMBO provided the following information:

[Note: During the interview, RHAMBO reviewed certain exhibits and portions of his grand jury testimony. RHAMBO also reviewed and was provided a copy of his prior trial testimony.]

RHAMBO is employed as Assistant City Manager with the City of Compton. RHAMBO has held this position for approximately four weeks.

RHAMBO had at least two separate conversation with Sheriff LEROY BACA (BACA) in connection with the events surrounding the FBI phone found by LASD.

Within a few days of the phone being linked to the FBI, RHAMBO spoke with BACA about the phone. This conversation occurred either in BACA's office or in the foyer area near BACA's office. RHAMBO told BACA to give the phone and inmate back to the FBI. RHAMBO told BACA that the best way to cooperate with the FBI was to give them their stuff back.

Within maybe a day or a week of the conversation about the phone, RHAMBO also spoke with BACA in BACA's office regarding rumors about LASD going out to confront an FBI agent. In this conversation, RHAMBO told BACA not to fuck with the feds. RHAMBO used profanity to emphasize his point and to shock BACA to make sure RHAMBO got his point across.

RHAMBO did not remember if a meeting with BACA occurred on September 23, 2011 as reflected in BACA's calendar.

RHAMBO did not agree with the policy to take FBI's identifications

Investigation on    02/15/2017    at    Los Angeles, California, United States (In Person)

File # ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬    Date drafted    02/15/2017

by    Andrew V. Hardenbrook

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

A159978

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U)  Interview of Cecil Rhambo                        , On   02/15/2017   , Page   2 of 2

because he thought it would impede the FBI's ability to access to the jails. RHAMBO also thought the policy needed to be broader so it did not target only the FBI. RHAMBO did not have much to do with the policy because RHAMBO made it known that he didn't want to be involved. RHAMBO was only tangentially involved in the policy because he was the Assistant Sheriff in charge of custody.

BACA never told RHAMBO that he (BACA) did not intend to obstruct justice. RHAMBO believes BACA was acting emotionally.

A159979