# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No.   CR 16-00066(A)-PA | Date   February 22, 2017 |

Present: The Honorable   PERCY ANDERSON

Interpreter

| V.R. Vallery | Katie Thibodeaux; Cindy Nirenberg | Brandon Fox; Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |

_____ Day COURT TRIAL        1st Day JURY TRIAL        _____ Death Penalty Phase

_____ One day trial; ✓ Begun (1st day); ✓ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

_____ Witnesses called, sworn and testified.

_____ Exhibits identified        _____ Exhibits admitted

_____ Government rests.        _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists        _____ Filed Jury notes        _____ Filed Jury Instructions        _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.        Remand/Release# _____ issd.        Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓ Case continued to   February 23, 2017 at 8:30 a.m   for further trial/further jury deliberation.

_____ Other:

                                        5 : 13

Initials of Deputy Clerk        VRV