# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 16-00066(A)-PA | Date | February 24, 2017 |
|---|---|---|---|

Present: The Honorable   PERCY ANDERSON

Interpreter

| V.R. Vallery | Katie Thibodeaux; Cindy Nirenberg | Brandon Fox; Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |

_____ Day COURT TRIAL          3rd  Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1ˢᵗ day);  ✓  Held & continued;  _____ Completed by jury verdict/submitted to court.

✓  The Jury is impaneled and sworn.

✓  Opening statements made   by both parties.

✓  Witnesses called, sworn and testified.

✓  Exhibits identified          ✓  Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

_____ Dft # _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   _____ Remand/Release# _____ issd.   _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓  Case continued to   February 27, 2017 at 8:00 a.m  for further trial/further jury deliberation.

_____ Other:

                                                                6  :  37

Initials of Deputy Clerk _____ VRV _____