EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No.290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
    1500/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-7631
    E-mail:    Brandon.Fox@usdoj.gov
              Lizabeth.Rhodes@usdoj.gov
              Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LEROY BACA,<br><br>        Defendant. | No. CR 16-66(A)-PA<br><br>*EX PARTE* APPLICATION FOR ORDER COMPELLING TESTIMONY OF GREG THOMPSON PURSUANT TO TITLE 18 U.S.C. § 6001 *ET SEQ.*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EILEEN M. DECKER; EXHIBIT; PROPOSED ORDER |

     The United States Attorney hereby applies to this Honorable Court for an order compelling GREG THOMPSON to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001 et seq., and respectfully represents as follows:

     1.   GREG THOMPSON has been subpoenaed to testify before this Court on February 29, 2017;

2. Counsel for GREG THOMPSON has advised that if GREG THOMPSON is called to the stand, he will, at that time, refuse to answer questions, invoking the constitutional privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony of GREG THOMPSON may be necessary to the public interest; and

4. Robert J. Moossy, Jr., an authorized Deputy Assistant Attorney General of the United States, has approved this application for an order instructing GREG THOMPSON to testify pursuant to 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.

Wherefore, pursuant to the provisions of 18 U.S.C. § 6001 et seq., the United States Attorney requests that the Court order GREG THOMPSON to give testimony relating to all matters within his knowledge about which he may be interrogated in this matter.

In support of this motion, the United States Attorney submits herewith the attached declaration of Eileen M. Decker, exhibit, and proposed order.

Dated: February 27, 2017          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


        /s/
Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

2

## MEMORANDUM OF POINTS AND AUTHORITIES

The United States is applying to this Court pursuant to 18 U.S.C. § 6003 for an order compelling GREG THOMPSON to testify before the Court in this matter.  Section 6003(b) provides that the United States Attorney may request such an order when in her judgment the testimony or other information from an individual may be necessary to the public interest, and such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.  The attached Declaration of Eileen M. Decker, the United States Attorney, establishes that in her judgment the testimony of this witness may be necessary to the public interest and that this witness has refused or will refuse to testify on the basis of his privilege against self-incrimination.  Section 6003(a) provides that the "United States district court . . . shall issue . . . upon the request of the United States Attorney . . ., an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination . . . ."  The grant of the order, is therefore, mandatory upon a proper request, such as the one presented here.

## DECLARATION OF EILEEN M. DECKER

I, Eileen M. Decker, declare as follows:

1.    I am the United States Attorney for the Central District of California.

2.    I have been advised by Assistant United States Attorney Lizabeth A. Rhodes that Kevin McDermott, counsel for GREG THOMPSON, has advised that if GREG THOMPSON is called to the stand to testify before the Court in this matter, he will refuse to answer certain questions, invoking the constitutional privilege against self-incrimination.

3.    Assistant United States Attorney Lizabeth A. Rhodes has presented the facts of the investigation to me, and in my judgment, the testimony of GREG THOMPSON may be necessary to the public interest.

4.    An authorized Deputy Assistant Attorney General of the United States, with the concurrence of an Assistant Attorney General, has approved the application for an order instructing GREG THOMPSON to testify and produce evidence under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175.  A true copy of the letter from Robert J. Moossy, Jr., Deputy Assistant Attorney General, Civil Rights Division, Department of Justice, expressing said approval is attached as Exhibit 1.

//
//
//
//
//

4

5.    Assistant United States Attorney Lizabeth A. Rhodes has advised me of the following:

a.    Trial is currently set for February 23, 2017, and the government will require the testimony of GREG THOMPSON or or about February 28, 2017.

b.    Assistant United States Attorney Lizabeth A. Rhodes is available to consult with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 27, 2017

_____
EILEEN M. DECKER

5

# EXHIBIT 1



**U. S. Departᵢ. .t of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *Washington, D.C, 20530*

FEB 1 6 2017

The Honorable Eileen M. Decker
United States Attorney
Central District of California
312 North Spring Street
Suite 1200
Los Angeles, CA 90012

     Re:  Immunity Compulsion Order Authorization for Greg Thompson

Dear Ms. Decker:

     This is to provide authorization for you to seek an order compelling Greg Thompson to testify at the trial of Leroy Baca, and in any further proceedings resulting therefrom or ancillary thereto, in the Central District of California.

     Upon consideration of the request from the Criminal Section, Civil Rights Division, I find, with the concurrence of Mr. Kenneth A. Blanco, Acting Assistant Attorney General, Criminal Division, that the testimony of Greg Thompson is necessary to the public interest. I further find, with the concurrence of Mr. Blanco, that Greg Thompson is likely to refuse to testify because of the privilege against self-incrimination.

     Therefore, pursuant to the authority vested in me by 18 U.S.C. Section 6003 and 28 C.F.R. Section 0.175, you are hereby authorized to apply to the United States District Court for the Central District of California for an order requiring Greg Thompson to give testimony in the above-referenced trial and in any further proceedings resulting therefrom or ancillary thereto.

                       Sincerely,

                       Robert J. Moossy, Jr.
                       Deputy Assistant Attorney General