# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR 16-00066(A)-PA | | Date | February 28, 2017 |
|---|---|---|---|---|

Present: The Honorable PERCY ANDERSON

Interpreter

| V.R. Vallery | Katie Thibodeaux; Cindy Nirenberg | Brandon Fox; Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |
| | | | | Brianna L. Abrams | ✓ | | ✓ |

_____ Day COURT TRIAL     5th Day JURY TRIAL     _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1st day);     ✓ Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

✓ Witnesses called, sworn and testified.

✓ Exhibits identified     ✓ Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)     is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s) _____     _____ Not Guilty on count(s) _____

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓ Case continued to March 1, 2017 at 8:00 a.m for further trial/further jury deliberation.

_____ Other: _____

|  | 4 | : | 58 |
|---|---|---|---|
| Initials of Deputy Clerk | | VRV | |