UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE PERCY ANDERSON,
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,        )
                                 )    CERTIFIED COPY
          PLAINTIFF,             )
                                 )
VS.                              )    CR  16-66(A) PA
                                 )
LEROY BACA,                      )
                                 )
          DEFENDANT.             )
                                 )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS
, AUGUST 12, 2016
A.M. SESSION
LOS ANGELES, CALIFORNIA

SHERI S. KLEEGER, CSR 10340
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 402
LOS ANGELES, CALIFORNIA 90012
PH:  (213)894-6604

APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFF:

        UNITED STATES ATTORNEY
        BY:  LIZABETH RHODES and EDDIE JAUREQUI,
        ASSISTANT UNITED STATES ATTORNEY
        1100 UNITED STATES COURTHOUSE
        312 NORTH SPRING STREET
        LOS ANGELES, CA 90012


ON BEHALF OF DEFENDANT:
        LAW OFFICES OF NATHAN HOCHMAN
        BY:  NATHAN HOCHMAN, ESQUIRE

LOS ANGELES, CALIFORNIA; FRIDAY, AUGUST 12, 2016

A.M. SESSION

- - -


THE CLERK:  Calling item No. 1: CR-16-66(A), U.S.A. versus Leroy Baca. Counsel, state your appearances please.

MS. RHODES:  Good afternoon, Your Honor.

Lizabeth Rhodes and Eddie Jaurequi on behalf of the United States.

THE COURT:  Good afternoon.

MR. HOCHMAN:  Good afternoon, Your Honor.

Nathan Hochman on behalf of the defendant Leroy Baca, who is present this afternoon.

THE COURT:  Good afternoon.

Would you ask your client to approach the lectern, please.

MR. HOCHMAN:  Yes, Your Honor.

THE COURT:  Mr. Baca, you are here for an arraignment and plea on a First Superseding Indictment that has been filed against you.

What is your true and correct full name?

THE DEFENDANT:  My full name is, Your Honor, Leroy, L-E-R-O-Y, D as in David, Baca, B-A-C-A.

THE COURT:  And how old are you?

THE DEFENDANT:  I am 74 years old.

THE COURT:  How many years of schooling have you completed?

THE DEFENDANT:  Your Honor, I have an associate of arts degree, I have a bachelor's degree, I have a master's degree, and I also have a doctorate degree.  Moreover, I have a teaching credentials issued by the State of California.

THE COURT:  All right.  Have you recently been treated for any form of mental illness or addiction to narcotics?

THE DEFENDANT:  Your Honor, I never been treated for addiction of narcotics.  Regarding whatever would be in the category of a mental illness, as you know, I have Alzheimer's disease.  I'm not sure if that constitutes a mental illness, a medical problem.

THE COURT:  Is your mind clear right now?

THE DEFENDANT:  Well, my mind is clear enough, Your Honor, but I do have circumstances where I have cloudiness in my brain, and I've had that for quite a while.

THE COURT:  Have you taken any medication, drugs or alcohol within the last 72 hours?

THE DEFENDANT:  Your Honor, I take a medication for the Alzheimer's disease.

THE COURT:  And that is prescribed to you by a physician?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Does anything that you take prevent you from understanding my questions?

THE DEFENDANT:  So far, no, Your Honor.

THE COURT:  Does anything that you've taken prevent you from understanding fully the charges against you or the consequences of any plea you might enter in those charges?

THE DEFENDANT:  Not at this moment, Your Honor.

THE COURT:  Are you currently suffering from any condition that will prevent you understanding fully the charges against you?

THE DEFENDANT:  Your Honor, beyond the Alzheimer's condition that is --

THE COURT:  No.  Including the Alzheimer's condition.

THE DEFENDANT:  Your Honor, I -- I am not totally familiar with all of these charges.  I have looked at whatever the documents are that the U.S. attorney office has provided my attorney.  But the fullest and extent, whatever those particular violations all are I can't say I fully get all of it.

THE COURT:  You understand why you're here today?

THE DEFENDANT:  I do.

THE COURT:  And you understand the charges that have been -- that are contained in the First Superseding Indictment?

THE DEFENDANT:  I do.

THE COURT:  Any reason at all why we cannot go forward today?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Counsel, have you had an opportunity to talk with your client immediately prior to this proceeding?

MR. HOCHMAN:  I have, Your Honor.

THE COURT:  Do you have any reason to believe that your client is not competent at this time?

MR. HOCHMAN:  At this time, no, Your Honor. At this time, no, I have no reason to believe he is -- I believe he is competent to go forward at this time, Your Honor.

THE COURT:  Any other reason why we cannot go forward at this time?

MR. HOCHMAN:  I am aware of no other reason why we cannot go forward.

THE COURT:  Is it your opinion that your

client is in full possession of his faculties?

MR. HOCHMAN:  At this time, yes, Your Honor.

THE COURT:  All right.  The Court finds the defendant is in full possession of his faculties.

Sir, have you been furnished with a copy of the charges pending against you?

THE DEFENDANT:  Your Honor, there is a copy of the charges.  I have read that copy.  And so for the most part, I would say yes.

THE COURT:  Do you need any additional time to review the charges?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Do you understand you're being charged with the commission of three felonies?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  The First Superseding Indictment charges you with one count of conspiracy to obstruct a Grand Jury investigation, in violation of Title 18, United States Code section 371; an obstruction of justice, in violation of Title 18, United States Code section 1503(a); and making false statements, in violation of Title 18, United States Code section 1001.

Would you like to have those charges read to you in open court?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Have you previously been advised of your constitutional rights and did you sign a form entitled Statement of Defendant's Constitutional Rights?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  You are entitled to a speedy and public trial by a jury.  If you wish to waive a jury trial, you must be tried by the Court sitting without a jury.

You are entitled to be represented by an attorney at all stages of the proceedings against you. If you do not have the funds or the means to hire an attorney, an attorney will be appointed to represent you without cost to you.

You are entitled to see and hear the evidence and cross-examine the witnesses against you.

You are entitled to the processes of the Court to subpoena witnesses on your behalf, without cost to you, if you are indigent.

It is not necessary for you to prove your innocence.  It is the burden of the Government to prove by competent evidence your guilt beyond a reasonable doubt.

If you desire to plead guilty, you will be further questioned by the Court to ascertain whether or not your plea is voluntarily.

In the event your plea is accepted, the Court will sentence you after referral to the Probation Office for a Presentence Report.  This procedure usually takes about ten weeks.

Before accepting your plea of guilty, the Court expects that you have discussed the case fully with your lawyer and have been fully advised of all the defenses you may have.

You will be expected to know the maximum and the minimum sentence you will receive on any plea of guilty.

Do not plead guilty unless you are in fact guilty of the charges made against you in the First Superseding Indictment.

Do not plead guilty if there have been any threats made against you or any member of your family by anyone.

Do you not plead guilty if there have been any promises of leniency or a particular sentence made to you by anyone, including your own lawyer.  No one has the authority to make any promises to you concerning the sentence.

Have you discussed these rights with your lawyer?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  Do you need any additional time to discuss these rights further with your lawyer?

THE DEFENDANT:  No, Your Honor.

THE COURT:  How then do you plead to Count One, Two and Three of the First Superseding Indictment, guilty or not guilty?

THE DEFENDANT:  Not guilty.

THE COURT:  What is the Government's estimate of the time necessary to put on its case in chief?

MS. RHODES:  Approximately two weeks or less, Your Honor.

THE COURT:  And what is the status of discovery in this case?

MS. RHODES:  The majority of the discovery was produced between July 20th and July 28th to Mr. Zweiback.  This morning -- or just before the hearing today the Government gave defense counsel a list of witnesses that the Government believes at this time it would be calling, and has reproduced the discovery as to those witnesses broken down by each witnesses -- or each witness for the defendant's ease.

THE COURT:  Counsel, have you been able to obtain the discovery from Mr. Zweiback?

MR. HOCHMAN:  Your Honor, it's in the

electronic form.  We're in the process of having it switched from his computer system to my firm's computer system.  So we don't have it at this point, Your Honor. We hope to get it, obviously, in short course.

At that point, I'm told it involves a terabyte of data, just basically a thousand gigabytes of data involving the trial transcripts.  There are four different trials.  Motions, oppositions, replies, Court's rulings.

As the Court is aware, there's also appellate issues and briefing.  There's a recent Ninth Circuit case addressing many of those issues.

So in order to determine first, Your Honor, what discovery I have it's going to take enormous amount of time to just go through that.  Then once I determine that, we will also determine what investigation beyond the discovery we've been provided we need to do in order to counter the evidence that the Government has and will be presenting in its case.

In addition, we will be -- at that point we will be in a position to know if there's anything missing in the discovery, which obviously we can't know until we've gone through it.

So, Your Honor, in order to accomplish these tasks, and basically starting from scratch, Your

Honor -- and the discovery database -- and hopefully we'll get it by next week -- I estimate that consistent with other trial schedules that have been imposed in connection with these other cases, that an approximately six-month time period would be adequate to be able to go through the discovery, conduct my own investigation.

As Your Honor is aware, we also have a medical component to -- potentially to share into Mr. Baca's defense. And consulting with medical experts to see if in fact we'll be in a position to present a medical defense is another component of our investigation, Your Honor. It is unique to any prior cases gone before Your Honor in connection with these cases.

So I would ask the Court in sort of estimating the time of this, Your Honor, I would ask the Court for a trial date in a February-March timeframe and the motion hearings in approximately a November timeframe. I think that would give us adequate time to go through all this voluminous material, conduct our own investigation, go through the medical part of the testimony as well, and be in a position to then go forward with a trial date at that point.

THE COURT: Yes.

MS. RHODES: Your Honor, I would just say

that the Government would be ready to go on the trial date set.  And in addition, in looking back at the Thompson case, the arrests were on the 9th of December of 2013, and the first status conference was held on January 6, 2016.  We were in trial 16 weeks later after that status conference.

The fact that -- and many of those lawyers were sole practitioners, so the Government would ask for an early trial date.  If the date has to slip from September, we would ask for December 6th.

THE COURT:  Well, first thing I would like to do, which I think the last time you were here I asked the parties to do, is to meet and confer and see if you can come to some agreement as to a trial date.

I'm going to go ahead and set a trial date as a place keeper, and I'm going to ask that the parties meet and confer, see if you can agree on a date.  If you cannot, notify the clerk.  We'll set a status conference.  Or you can submit your own motion for a continuance of the trial date if you can't agree.  Or if you can stipulate, you can submit that.  The Court will take a look at that and then decide on what the trial date is going to be.  But I'm just going to go ahead and set a date right now consistent with the Speedy Trial Act.

MR. HOCHMAN:  And, Your Honor, the only issue we have raised now is I know the Court then sets a motion date in connection with the trial date.

THE COURT:  Uh-huh.

MR. HOCHMAN:  The problem is in order to go through a terabyte of data to figure out what motions may lurk within a thousand gigabytes of information it's just going to take me a reasonable amount of time to be able to do that, starting from scratch.

So if the Court is willing to set a trial date let's say the -- at least in the Government's date, which is the December date, working then backwards for the motions, from that date we'll certainly waive the speedy trial concerns on the record right now.

THE COURT:  Well, I appreciate that.  Again, meet and confer, see if you can agree.  If you can't agree, you can make a motion.  You can file a stipulation.  I'm going to set a trial date consistent with the Speedy Trial Act now.  And if you want, I'll set a status conference now, and you can come back and tell me that you can't agree and I'll go ahead and set a date.

MR. HOCHMAN:  That would be fine, Your Honor.  If the Court has either August 23rd or August 24th available.  And hopefully, again, if we set the --

if we're able to stipulate, we can move that date if the Court is so inclined to grant the stipulation.

THE COURT:  The August date would be for what?

MR. HOCHMAN:  This would be for the status conference if we're unable to come to an agreement on a trial date.

THE COURT:  Let me ask them before we start setting dates.  Is there any dispute that there was excludable time during which the Court had under consideration the proposed plea agreement in this case?

MR. HOCHMAN:  No dispute, Your Honor.  We so stipulate.

THE COURT:  Okay.  I'm going to go ahead and set a trial date for October 4th at 8:30.  We'll set a final status conference for September 26th at three o'clock.

Any motions the parties wish to file should be filed by August 29th.  Any oppositions by September 6th.  Any replies by September 12th.  And then I'll hear those on September 19th.

I'm going to ask the parties to meet and confer between now and August 19th.  And if there is a need for a status conference, just notify my clerk and we will arrange something hopefully that following week.

MR. HOCHMAN:  Thank you, Your Honor.

THE COURT:  Does either party wish to have the Court make any further inquiries of the defendant at this time?

MS. RHODES:  No, Your Honor.

MR. HOCHMAN:  No, Your Honor.

THE COURT:  Is there anything else we need to take up?

MR. HOCHMAN:  Not at this time, Your Honor.

MS. RHODES:  No, Your Honor.

THE COURT:  All right.  Thank you very much.

And I'm sorry, the hearing on those motions will be at three o'clock.  And that's motions as well as motions in limine.

MR. HOCHMAN:  Thank you, Your Honor.

THE COURT:  All right.  Thank you.

(PROCEEDINGS CONCLUDED.)

CERTIFICATE OF REPORTER


COUNTY OF LOS ANGELES        )

                            )   SS.

STATE OF CALIFORNIA         )

I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


DATE:  AUGUST 22, 2016

/S/_____
SHERI S. KLEEGER, CSR
FEDERAL OFFICIAL COURT REPORTER

**/**

**/S** [1] - 17:12

**1**

**1** [1] - 3:5
**1001** [1] - 7:22
**10340** [1] - 1:21
**1100** [1] - 2:6
**12** [2] - 1:15, 3:1
**12th** [1] - 15:20
**1503(a** [1] - 7:21
**16** [1] - 13:5
**16-66(A** [1] - 1:8
**18** [3] - 7:18, 7:20, 7:22
**19th** [2] - 15:21, 15:23

**2**

**2013** [1] - 13:4
**2016** [4] - 1:15, 3:1, 13:5, 17:11
**20th** [1] - 10:16
**213)894-6604** [1] - 1:23
**22** [1] - 17:11
**23rd** [1] - 14:24
**24th** [1] - 14:25
**26th** [1] - 15:16
**28** [1] - 17:7
**28th** [1] - 10:16
**29th** [1] - 15:19

**3**

**312** [2] - 1:22, 2:6
**371** [1] - 7:19

**4**

**402** [1] - 1:22
**4th** [1] - 15:15

**6**

**6** [1] - 13:5
**6th** [2] - 13:10, 15:20

**7**

**72** [1] - 4:23
**74** [1] - 4:1

**753** [1] - 17:7

**8**

**8:30** [1] - 15:15

**9**

**90012** [2] - 1:22, 2:7
**9th** [1] - 13:3

**A**

**A.M** [2] - 1:16, 3:2
**able** [4] - 10:23, 12:5, 14:9, 15:1
**ABOVE** [1] - 17:9
**ABOVE-ENTITLED** [1] - 17:9
**accepted** [1] - 9:1
**accepting** [1] - 9:5
**accomplish** [1] - 11:24
**Act** [2] - 13:25, 14:19
**addiction** [2] - 4:10, 4:13
**addition** [2] - 11:20, 13:2
**additional** [2] - 7:10, 10:1
**addressing** [1] - 11:12
**adequate** [2] - 12:5, 12:19
**advised** [2] - 8:1, 9:7
**afternoon** [5] - 3:8, 3:11, 3:12, 3:14, 3:15
**agree** [5] - 13:17, 13:20, 14:16, 14:17, 14:21
**agreement** [3] - 13:14, 15:6, 15:11
**ahead** [4] - 13:15, 13:23, 14:21, 15:14
**alcohol** [1] - 4:23
**Alzheimer's** [4] - 4:15, 4:25, 5:17, 5:18
**AMERICA** [2] - 1:1, 1:6
**amount** [2] - 11:14, 14:8
**AND** [3] - 17:6, 17:8, 17:9
**ANDERSON** [1] - 1:4
**ANGELES** [5] - 1:16, 1:22, 2:7, 3:1, 17:3
**appearances** [1] - 3:7

**APPEARANCES** [1] - 2:2
**appellate** [1] - 11:11
**appointed** [1] - 8:12
**appreciate** [1] - 14:15
**approach** [1] - 3:16
**arraignment** [1] - 3:20
**arrange** [1] - 15:25
**arrests** [1] - 13:3
**arts** [1] - 4:5
**ascertain** [1] - 8:24
**ASSISTANT** [1] - 2:5
**associate** [1] - 4:5
**attorney** [5] - 5:23, 8:10, 8:12
**ATTORNEY** [2] - 2:4, 2:5
**August** [5] - 14:24, 15:3, 15:19, 15:23
**AUGUST** [3] - 1:15, 3:1, 17:11
**authority** [1] - 9:21
**available** [1] - 14:25
**aware** [3] - 6:23, 11:10, 12:7

**B**

**B-A-C-A** [1] - 3:24
**BACA** [1] - 1:9
**Baca** [4] - 3:6, 3:14, 3:19, 3:24
**Baca's** [1] - 12:9
**bachelor's** [1] - 4:5
**backwards** [1] - 14:12
**BEHALF** [2] - 2:3, 2:9
**behalf** [3] - 3:9, 3:13, 8:17
**believes** [1] - 10:19
**between** [2] - 10:16, 15:23
**beyond** [3] - 5:16, 8:21, 11:16
**brain** [1] - 4:20
**briefing** [1] - 11:11
**broken** [1] - 10:21
**burden** [1] - 8:20
**BY** [2] - 2:5, 2:10

**C**

**CA** [1] - 2:7
**California** [1] - 4:8
**CALIFORNIA** [6] -

1:2, 1:16, 1:22, 3:1, 17:5, 17:7
**cannot** [4] - 6:8, 6:21, 6:24, 13:18
**case** [7] - 9:6, 10:9, 10:14, 11:12, 11:19, 13:3, 15:11
**cases** [3] - 12:4, 12:13, 12:14
**category** [1] - 4:14
**CENTRAL** [2] - 1:2, 17:6
**certainly** [1] - 14:13
**CERTIFICATE** [1] - 17:1
**CERTIFIED** [1] - 1:7
**CERTIFY** [1] - 17:7
**charged** [1] - 7:14
**charges** [11] - 5:8, 5:10, 5:15, 5:21, 6:4, 7:6, 7:8, 7:11, 7:17, 7:23, 9:13
**chief** [1] - 10:10
**Circuit** [1] - 11:12
**circumstances** [1] - 4:19
**clear** [2] - 4:17, 4:18
**clerk** [2] - 13:18, 15:24
**CLERK** [1] - 3:5
**client** [4] - 3:16, 6:12, 6:16, 7:1
**cloudiness** [1] - 4:20
**CODE** [1] - 17:7
**Code** [3] - 7:19, 7:20, 7:22
**commission** [1] - 7:14
**competent** [3] - 6:16, 6:19, 8:21
**completed** [1] - 4:3
**component** [2] - 12:8, 12:11
**computer** [2] - 11:2
**concerning** [1] - 9:21
**concerns** [1] - 14:14
**CONCLUDED** [1] - 16:17
**condition** [3] - 5:14, 5:17, 5:19
**conduct** [2] - 12:6, 12:20
**confer** [4] - 13:13, 13:17, 14:16, 15:23
**CONFERENCE** [1] - 17:10
**conference** [7] - 13:4, 13:6, 13:19, 14:20, 15:6, 15:16,

15:24
**CONFORMANCE** [1] - 17:9
**connection** [3] - 12:4, 12:13, 14:3
**consequences** [1] - 5:9
**consideration** [1] - 15:11
**consistent** [3] - 12:2, 13:24, 14:18
**conspiracy** [1] - 7:17
**constitutes** [1] - 4:16
**constitutional** [1] - 8:2
**Constitutional** [1] - 8:3
**consulting** [1] - 12:9
**contained** [1] - 6:5
**continuance** [1] - 13:20
**copy** [3] - 7:5, 7:7, 7:8
**COPY** [1] - 1:7
**correct** [1] - 3:22
**CORRECT** [1] - 17:8
**cost** [2] - 8:13, 8:17
**counsel** [3] - 6:11, 10:18, 10:23
**COUNSEL** [1] - 2:2
**Counsel** [1] - 3:7
**count** [1] - 7:17
**Count** [1] - 10:4
**counter** [1] - 11:18
**COUNTY** [1] - 17:3
**course** [1] - 11:4
**Court** [16] - 7:3, 8:7, 8:17, 8:24, 9:2, 9:6, 11:10, 12:15, 12:17, 13:21, 14:2, 14:10, 14:24, 15:2, 15:10, 16:3
**COURT** [47] - 1:1, 1:21, 3:11, 3:15, 3:19, 3:25, 4:2, 4:9, 4:17, 4:22, 5:1, 5:4, 5:7, 5:13, 5:18, 6:1, 6:4, 6:8, 6:11, 6:15, 6:21, 6:25, 7:3, 7:10, 7:13, 7:16, 8:1, 8:5, 10:1, 10:4, 10:8, 10:13, 10:23, 12:24, 13:11, 14:4, 14:15, 15:3, 15:8, 15:14, 16:2, 16:7, 16:11, 16:16, 17:6, 17:6, 17:13
**court** [1] - 7:24
**Court's** [1] - 11:9
**COURTHOUSE** [1] - 2:6

CR [1] - 1:8
CR-16-66(A [1] - 3:6
credentials [1] - 4:7
cross [1] - 8:15
cross-examine [1] - 8:15
CSR [2] - 1:21, 17:13

**D**

data [3] - 11:6, 11:7, 14:6
database [1] - 12:1
DATE [1] - 17:11
date [23] - 12:17, 12:23, 13:2, 13:9, 13:14, 13:15, 13:17, 13:20, 13:23, 13:24, 14:3, 14:11, 14:12, 14:13, 14:18, 14:22, 15:1, 15:3, 15:7, 15:15
dates [1] - 15:9
David [1] - 3:24
December [3] - 13:3, 13:10, 14:12
decide [1] - 13:22
defendant [3] - 3:13, 7:4, 16:3
DEFENDANT [24] - 1:10, 2:9, 3:23, 4:1, 4:4, 4:12, 4:18, 4:24, 5:3, 5:6, 5:11, 5:16, 5:20, 6:3, 6:7, 6:10, 7:7, 7:12, 7:15, 7:25, 8:4, 9:25, 10:3, 10:7
Defendant's [1] - 8:3
defendant's [1] - 10:22
defense [3] - 10:18, 12:9, 12:11
defenses [1] - 9:8
degree [4] - 4:5, 4:6, 4:7
desire [1] - 8:23
determine [3] - 11:13, 11:15, 11:16
different [1] - 11:8
discovery [9] - 10:14, 10:15, 10:20, 10:24, 11:14, 11:17, 11:22, 12:1, 12:6
discuss [1] - 10:2
discussed [2] - 9:6, 9:23
disease [2] - 4:15, 4:25
dispute [2] - 15:9, 15:12

DISTRICT [5] - 1:1, 1:2, 1:4, 17:6, 17:7
DIVISION [1] - 1:2
DO [1] - 17:7
doctorate [1] - 4:6
documents [1] - 5:22
doubt [1] - 8:22
down [1] - 10:21
drugs [1] - 4:23
during [1] - 15:10

**E**

early [1] - 13:9
ease [1] - 10:22
Eddie [1] - 3:9
EDDIE [1] - 2:5
either [2] - 14:24, 16:2
electronic [1] - 11:1
enormous [1] - 11:14
enter [1] - 5:9
entitled [5] - 8:3, 8:5, 8:9, 8:14, 8:16
ENTITLED [1] - 17:9
ESQUIRE [1] - 2:10
estimate [2] - 10:9, 12:2
estimating [1] - 12:16
event [1] - 9:1
evidence [3] - 8:15, 8:21, 11:18
examine [1] - 8:15
excludable [1] - 15:10
expected [1] - 9:9
expects [1] - 9:6
experts [1] - 12:9
extent [1] - 5:24

**F**

fact [3] - 9:12, 12:10, 13:7
faculties [2] - 7:1, 7:4
false [1] - 7:21
familiar [1] - 5:21
family [1] - 9:16
far [1] - 5:6
February [1] - 12:17
February-March [1] - 12:17
FEDERAL [2] - 1:21, 17:13
felonies [1] - 7:14

figure [1] - 14:6
file [2] - 14:17, 15:18
filed [2] - 3:21, 15:19
final [1] - 15:16
fine [1] - 14:23
firm's [1] - 11:2
First [5] - 3:20, 6:5, 7:16, 9:13, 10:5
first [3] - 11:13, 13:4, 13:11
following [1] - 15:25
FOR [2] - 17:6, 17:6
FOREGOING [1] - 17:8
form [3] - 4:10, 8:2, 11:1
FORMAT [1] - 17:9
forward [5] - 6:9, 6:19, 6:22, 6:24, 12:23
four [1] - 11:7
FRIDAY [1] - 3:1
full [4] - 3:22, 3:23, 7:1, 7:4
fullest [1] - 5:24
fully [5] - 5:8, 5:14, 5:25, 9:6, 9:7
funds [1] - 8:11
furnished [1] - 7:5

**G**

gigabytes [2] - 11:6, 14:7
Government [6] - 8:20, 10:18, 10:19, 11:18, 13:1, 13:8
Government's [2] - 10:8, 14:11
Grand [1] - 7:18
grant [1] - 15:2
guilt [1] - 8:21
guilty [10] - 8:23, 9:5, 9:11, 9:12, 9:13, 9:15, 9:18, 10:6, 10:7

**H**

hear [2] - 8:14, 15:21
hearing [2] - 10:18, 16:12
hearings [1] - 12:18
HELD [1] - 17:8
held [1] - 13:4
HEREBY [1] - 17:7
hire [1] - 8:11
HOCHMAN [18] - 2:10, 2:10, 3:12, 3:18,

6:14, 6:17, 6:23, 7:2, 10:25, 14:1, 14:5, 14:23, 15:5, 15:12, 16:1, 16:6, 16:9, 16:15
Hochman [1] - 3:13
Honor [45] - 3:8, 3:12, 3:18, 3:23, 4:4, 4:12, 4:19, 4:24, 5:3, 5:6, 5:12, 5:16, 5:20, 6:10, 6:14, 6:17, 6:20, 7:2, 7:7, 7:12, 7:15, 7:25, 8:4, 9:25, 10:3, 10:12, 10:25, 11:3, 11:13, 11:24, 12:1, 12:7, 12:12, 12:13, 12:16, 12:25, 14:1, 14:24, 15:12, 16:1, 16:5, 16:6, 16:9, 16:10, 16:15
HONORABLE [1] - 1:4
hope [1] - 11:4
hopefully [3] - 12:1, 14:25, 15:25
hours [1] - 4:23

**I**

illness [3] - 4:10, 4:14, 4:16
immediately [1] - 6:12
imposed [1] - 12:3
IN [3] - 17:6, 17:8, 17:9
inclined [1] - 15:2
including [2] - 5:18, 9:20
Indictment [5] - 3:20, 6:6, 7:16, 9:14, 10:5
indigent [1] - 8:18
information [1] - 14:7
innocence [1] - 8:20
inquiries [1] - 16:3
investigation [5] - 7:18, 11:16, 12:6, 12:12, 12:21
involves [1] - 11:5
involving [1] - 11:7
IS [2] - 17:8, 17:9
issue [1] - 14:2
issued [1] - 4:7
issues [2] - 11:11, 11:12
item [1] - 3:5

**J**

January [1] - 13:5
JAUREQUI [1] - 2:5
Jaurequi [1] - 3:9
JUDGE [1] - 1:4
JUDICIAL [1] - 17:10
July [2] - 10:16
Jury [1] - 7:18
jury [3] - 8:6, 8:8
justice [1] - 7:20

**K**

keeper [1] - 13:16
KLEEGER [3] - 1:21, 17:6, 17:13

**L**

last [2] - 4:23, 13:12
LAW [1] - 2:10
lawyer [4] - 9:7, 9:20, 9:24, 10:2
lawyers [1] - 13:7
least [1] - 14:11
lectern [1] - 3:17
leniency [1] - 9:19
LEROY [2] - 1:9, 3:24
Leroy [3] - 3:6, 3:14, 3:24
less [1] - 10:12
limine [1] - 16:14
list [1] - 10:18
Lizabeth [1] - 3:9
LIZABETH [1] - 2:5
look [1] - 13:22
looked [1] - 5:22
looking [1] - 13:2
LOS [5] - 1:16, 1:22, 2:7, 3:1, 17:3
lurk [1] - 14:7

**M**

majority [1] - 10:15
March [1] - 12:17
master's [1] - 4:6
material [1] - 12:20
MATTER [1] - 17:9
maximum [1] - 9:9
means [1] - 8:11
medical [5] - 4:16, 12:8, 12:9, 12:11, 12:21
medication [2] -

4:22, 4:25
**meet** [4] - 13:13, 13:17, 14:16, 15:22
**member** [1] - 9:16
**mental** [3] - 4:10, 4:14, 4:16
**might** [1] - 5:9
**mind** [2] - 4:17, 4:18
**minimum** [1] - 9:10
**missing** [1] - 11:22
**moment** [1] - 5:11
**month** [1] - 12:5
**moreover** [1] - 4:7
**morning** [1] - 10:17
**most** [1] - 7:9
**motion** [4] - 12:18, 13:19, 14:3, 14:17
**motions** [7] - 11:8, 14:6, 14:13, 15:18, 16:12, 16:13, 16:14
**move** [1] - 15:1
**MR** [16] - 3:12, 3:18, 6:14, 6:17, 6:23, 7:2, 10:25, 14:1, 14:5, 14:23, 15:5, 15:12, 16:1, 16:6, 16:9, 16:15
**MS** [6] - 3:8, 10:11, 10:15, 12:25, 16:5, 16:10
**must** [1] - 8:7

## N

**name** [2] - 3:22, 3:23
**narcotics** [2] - 4:11, 4:13
**NATHAN** [2] - 2:10, 2:10
**Nathan** [1] - 3:13
**necessary** [2] - 8:19, 10:9
**need** [5] - 7:10, 10:1, 11:17, 15:24, 16:7
**never** [1] - 4:12
**next** [1] - 12:2
**Ninth** [1] - 11:11
**NORTH** [2] - 1:22, 2:6
**notify** [2] - 13:18, 15:24
**November** [1] - 12:18

## O

**o'clock** [2] - 15:17, 16:13

**obstruct** [1] - 7:17
**obstruction** [1] - 7:19
**obtain** [1] - 10:24
**obviously** [2] - 11:4, 11:22
**October** [1] - 15:15
**OF** [15] - 1:1, 1:2, 1:6, 1:15, 2:2, 2:3, 2:9, 2:10, 17:1, 17:3, 17:5, 17:7, 17:8, 17:9, 17:10
**office** [1] - 5:23
**Office** [1] - 9:3
**OFFICES** [1] - 2:10
**OFFICIAL** [3] - 1:21, 17:6, 17:13
**old** [2] - 3:25, 4:1
**ON** [2] - 2:3, 2:9
**once** [1] - 11:15
**One** [1] - 10:5
**one** [2] - 7:17, 9:20
**open** [1] - 7:24
**opinion** [1] - 6:25
**opportunity** [1] - 6:12
**oppositions** [2] - 11:8, 15:19
**order** [4] - 11:13, 11:17, 11:24, 14:5
**own** [4] - 9:20, 12:6, 12:20, 13:19

## P

**PA** [1] - 1:8
**PAGE** [1] - 17:9
**part** [2] - 7:9, 12:21
**particular** [2] - 5:24, 9:19
**parties** [4] - 13:13, 13:16, 15:18, 15:22
**party** [1] - 16:2
**pending** [1] - 7:6
**PERCY** [1] - 1:4
**period** [1] - 12:5
**PH** [1] - 1:23
**physician** [1] - 5:2
**place** [1] - 13:16
**PLAINTIFF** [2] - 1:7, 2:3
**plea** [7] - 3:20, 5:9, 8:25, 9:1, 9:5, 9:10, 15:11
**plead** [5] - 8:23, 9:12, 9:15, 9:18, 10:4
**point** [4] - 11:3, 11:5, 11:20, 12:23
**position** [3] - 11:21,

12:10, 12:22
**possession** [2] - 7:1, 7:4
**potentially** [1] - 12:8
**practitioners** [1] - 13:8
**prescribed** [1] - 5:1
**present** [2] - 3:14, 12:10
**Presentence** [1] - 9:3
**presenting** [1] - 11:19
**PRESIDING** [1] - 1:4
**prevent** [3] - 5:5, 5:8, 5:14
**previously** [1] - 8:1
**Probation** [1] - 9:2
**problem** [2] - 4:16, 14:5
**procedure** [1] - 9:3
**proceeding** [1] - 6:13
**PROCEEDINGS** [3] - 1:15, 16:17, 17:8
**proceedings** [1] - 8:10
**process** [1] - 11:1
**processes** [1] - 8:16
**produced** [1] - 10:16
**promises** [2] - 9:19, 9:21
**proposed** [1] - 15:11
**prove** [2] - 8:19, 8:20
**provided** [2] - 5:23, 11:17
**public** [1] - 8:6
**PURSUANT** [1] - 17:7
**put** [1] - 10:9

## Q

**questioned** [1] - 8:24
**questions** [1] - 5:5
**quite** [1] - 4:20

## R

**raised** [1] - 14:2
**read** [2] - 7:8, 7:23
**ready** [1] - 13:1
**reason** [5] - 6:8, 6:15, 6:18, 6:21, 6:23
**reasonable** [2] - 8:21, 14:8
**receive** [1] - 9:10
**recent** [1] - 11:11

**recently** [1] - 4:9
**record** [1] - 14:14
**referral** [1] - 9:2
**regarding** [1] - 4:13
**REGULATIONS** [1] - 17:9
**replies** [2] - 11:8, 15:20
**Report** [1] - 9:3
**REPORTED** [1] - 17:8
**REPORTER** [4] - 1:21, 17:1, 17:6, 17:13
**REPORTER'S** [1] - 1:15
**represent** [1] - 8:12
**represented** [1] - 8:9
**reproduced** [1] - 10:20
**review** [1] - 7:11
**RHODES** [7] - 2:5, 3:8, 10:11, 10:15, 12:25, 16:5, 16:10
**Rhodes** [1] - 3:9
**rights** [3] - 8:2, 9:23, 10:2
**Rights** [1] - 8:3
**ROOM** [1] - 1:22
**rulings** [1] - 11:9

## S

**schedules** [1] - 12:3
**schooling** [1] - 4:2
**scratch** [2] - 11:25, 14:9
**SECTION** [1] - 17:7
**section** [3] - 7:19, 7:21, 7:22
**see** [5] - 8:14, 12:10, 13:13, 13:17, 14:16
**sentence** [4] - 9:2, 9:10, 9:19, 9:22
**September** [5] - 13:10, 15:16, 15:20, 15:21
**SESSION** [2] - 1:16, 3:2
**set** [11] - 13:2, 13:15, 13:18, 13:24, 14:10, 14:18, 14:20, 14:21, 14:25, 15:15
**sets** [1] - 14:2
**setting** [1] - 15:9
**share** [1] - 12:8
**SHERI** [3] - 1:21, 17:6, 17:13
**short** [1] - 11:4

**sign** [1] - 8:2
**sitting** [1] - 8:7
**six** [1] - 12:5
**six-month** [1] - 12:5
**slip** [1] - 13:9
**sole** [1] - 13:8
**sorry** [1] - 16:12
**sort** [1] - 12:15
**speedy** [2] - 8:5, 14:14
**Speedy** [2] - 13:24, 14:19
**SPRING** [2] - 1:22, 2:6
**SS** [1] - 17:4
**stages** [1] - 8:10
**start** [1] - 15:8
**starting** [2] - 11:25, 14:9
**state** [1] - 3:7
**STATE** [1] - 17:5
**State** [1] - 4:8
**Statement** [1] - 8:3
**statements** [1] - 7:21
**States** [4] - 3:10, 7:19, 7:20, 7:22
**STATES** [10] - 1:1, 1:1, 1:4, 1:6, 2:4, 2:5, 2:6, 17:6, 17:7, 17:10
**status** [8] - 10:13, 13:4, 13:6, 13:18, 14:20, 15:5, 15:16, 15:24
**STENOGRAPHICALLY** [1] - 17:8
**stipulate** [3] - 13:21, 15:1, 15:13
**stipulation** [2] - 14:18, 15:2
**STREET** [2] - 1:22, 2:6
**submit** [2] - 13:19, 13:21
**subpoena** [1] - 8:17
**suffering** [1] - 5:13
**Superseding** [5] - 3:20, 6:6, 7:16, 9:14, 10:5
**switched** [1] - 11:2
**system** [2] - 11:2, 11:3

## T

**tasks** [1] - 11:25
**teaching** [1] - 4:7
**ten** [1] - 9:4
**terabyte** [2] - 11:6, 14:6

testimony [1] - 12:22
THAT [2] - 17:7, 17:9
THE [74] - 3:5, 3:11, 3:15, 3:19, 3:23, 3:25, 4:1, 4:2, 4:4, 4:9, 4:12, 4:17, 4:18, 4:22, 4:24, 5:1, 5:3, 5:4, 5:6, 5:7, 5:11, 5:13, 5:16, 5:18, 5:20, 6:1, 6:3, 6:4, 6:7, 6:8, 6:10, 6:11, 6:15, 6:21, 6:25, 7:3, 7:7, 7:10, 7:12, 7:13, 7:15, 7:16, 7:25, 8:1, 8:4, 8:5, 9:25, 10:1, 10:3, 10:4, 10:7, 10:8, 10:13, 10:23, 12:24, 13:11, 14:4, 14:15, 15:3, 15:8, 15:14, 16:2, 16:7, 16:11, 16:16, 17:6, 17:7, 17:8, 17:8, 17:9, 17:9, 17:10
Thompson [1] - 13:3
thousand [2] - 11:6, 14:7
threats [1] - 9:16
three [3] - 7:14, 15:17, 16:13
Three [1] - 10:5
timeframe [2] - 12:17, 12:19
Title [3] - 7:18, 7:20, 7:22
TITLE [1] - 17:7
TO [1] - 17:7
today [3] - 6:2, 6:9, 10:18
totally [1] - 5:21
TRANSCRIPT [3] - 1:15, 17:8, 17:9
transcripts [1] - 11:7
treated [2] - 4:10, 4:13
Trial [2] - 13:24, 14:19
trial [19] - 8:6, 8:7, 11:7, 12:3, 12:17, 12:23, 13:1, 13:5, 13:9, 13:14, 13:15, 13:20, 13:22, 14:3, 14:10, 14:14, 14:18, 15:7, 15:15
trials [1] - 11:8
tried [1] - 8:7
true [1] - 3:22
TRUE [1] - 17:8
Two [1] - 10:5
two [1] - 10:11

**U**

U.S [1] - 5:22
U.S.A [1] - 3:6
unable [1] - 15:6
under [1] - 15:10
unique [1] - 12:12
UNITED [10] - 1:1, 1:1, 1:4, 1:6, 2:4, 2:5, 2:6, 17:6, 17:7, 17:10
United [4] - 3:10, 7:19, 7:20, 7:22
unless [1] - 9:12
up [1] - 16:8

**V**

versus [1] - 3:6
violation [3] - 7:18, 7:20, 7:22
violations [1] - 5:24
voluminous [1] - 12:20
voluntarily [1] - 8:25
VS [1] - 1:8

**W**

waive [2] - 8:6, 14:13
week [2] - 12:2, 15:25
weeks [3] - 9:4, 10:11, 13:5
WESTERN [1] - 1:2
willing [1] - 14:10
wish [3] - 8:6, 15:18, 16:2
WITH [1] - 17:9
witness [1] - 10:22
witnesses [5] - 8:15, 8:17, 10:19, 10:21

**Y**

years [2] - 4:1, 4:2

**Z**

Zweiback [2] - 10:17, 10:24