EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar. No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
  1500/1200/1100 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-0284/3541/4849
  Facsimile: (213) 894-0141
  E-mail:  Brandon.Fox@usdoj.gov
       Lizabeth.Rhodes@usdoj.gov
       Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>     v.<br><br>LEROY BACA,<br><br>    Defendant. | No. CR 16-66(A)-PA<br><br>STIPULATION RE: WRIT<br><br>Trial Date: March 1, 2017 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant Leroy Baca, individually and through his counsel of record, Nathan Hochman and Briana Abrams, stipulate as follows:

If called to testify, Yolanda Baines would testify that she was employed by the U.S. Marshal's Service in August 2011.  On August 25, 2011, she faxed government Exhibit 113, which is a writ for Anthony Brown's testimony before a federal grand jury, to the Los Angeles County Sheriff's Department.  She also called the Sheriff's Department looking for Anthony Brown.  Ms. Baines had no discussions with Mr. Baca about the writ or Anthony Brown.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

DATED: 3/3/2017

Brandon D. Fox
Lizabeth A. Rhodes
Eddie A. Jauregui
Assistant United States Attorneys

2

On Behalf of Defendant Leroy Baca

DATED:  3-3-17

Nathan Hochman
Briana Leigh Abrams
Attorneys for Defendant
Leroy Baca

DATED:  3-3-17

Leroy Baca
Defendant

3