# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 16-00066(A)-PA | | Date | March 1, 2017 |
|---|---|---|---|---|

Present: The Honorable   PERCY ANDERSON

Interpreter

| V.R. Vallery | Cindy Nirenberg; Katie Thibodeaux | Brandon Fox; Lizbeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |
| | | | | Brianna L. Abrams | ✓ | | ✓ |

_____ Day COURT TRIAL        6th Day JURY TRIAL        _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); ✓ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

✓ Witnesses called, sworn and testified.

✓ Exhibits identified        ✓ Exhibits admitted

_____ Government rests.        _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:        _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists        _____ Filed Jury notes        _____ Filed Jury Instructions        _____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # _____ remanded to custody.        Remand/Release# _____ issd.        Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓ Case continued to March 2, 2017 at 8:00 a.m for further trial/further jury deliberation.

_____ Other:

4 : 45

Initials of Deputy Clerk        VRV