# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 16-00066(A)-PA | | Date | March 2, 2017 |
|---|---|---|---|---|

Present: The Honorable  PERCY ANDERSON

Interpreter

| V.R. Vallery | Katie Thibodeaux; Cindy Nirenberg | Brandon Fox; Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |
| | | | | Brianna L. Abrams | ✓ | | ✓ |

____ Day COURT TRIAL          7th  Day JURY TRIAL          ____ Death Penalty Phase

____ One day trial;  ____ Begun (1st day);  ✓  Held & continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

✓  Witnesses called, sworn and testified.

✓  Exhibits identified          ✓  Exhibits admitted

____ Government rests.          ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made          ____ Court instructs jury          ____ Bailiff sworn

____ Alternates excused          ____ Jury retires to deliberate          ____ Jury resumes deliberations

____ Finding by Court as follows:          ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s) ____          ____ Not Guilty on count(s) ____

____ Jury polled          ____ Polling waived

____ Filed Witness & Exhibit lists  ____ Filed Jury notes  ____ Filed Jury Instructions  ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.  ____ Remand/Release# ____ issd.  ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

✓  Case continued to  March 3, 2017 at 8:00 a.m  for further trial/further jury deliberation.

____ Other:

                                                                    5   :   07

Initials of Deputy Clerk _____ VRV _____