# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 16-00066(A)-PA | | Date | March 9, 2017 |
|---|---|---|---|---|

Present: The Honorable   PERCY ANDERSON

Interpreter

| V.R. Vallery | Katie Thibodeaux; Cindy Nirenberg | Brandon Fox; Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |
| | | | | Brianna L. Abrams | ✓ | | ✓ |

_____ Day COURT TRIAL          11th  Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); ✓ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

✓ Witnesses called, sworn and testified.

✓ Exhibits identified          ✓ Exhibits admitted

✓ Government rests.     ✓ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

✓ Motion for judgment of acquittal (FRCrP 29) is _____ granted ✓ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists          _____ Filed Jury notes          _____ Filed Jury Instructions          _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓ Case continued to    March 13, 2017 at 8:00 a.m   for further trial/further jury deliberation.

_____ Other:

          4   :   50

Initials of Deputy Clerk          VRV