# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CR 16-00066(A)-PA | Date  March 13, 2017 |
| Present: The Honorable | PERCY ANDERSON | |
| Interpreter | | |

| V.R. Vallery | Katie Thibodeaux; Cindy Nirenberg | Brandon Fox; Lizabeth Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |
| | | | | Brianna L. Abrams | ✓ | | ✓ |

_____ Day COURT TRIAL          12th Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1ˢᵗ day);   ✓ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

✓ Closing arguments made          ✓ Court instructs jury          ✓ Bailiff sworn

_____ Alternates excused          ✓ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____          _____ Not Guilty on count(s) _____

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✓ Case continued to   March 14, 2017 at 8:00 a.m   for further trial/further jury deliberation.

_____ Other:

                                   6  :  17

Initials of Deputy Clerk          VRV