# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 16-00066(A)-PA | Date | March 14, 2017 |
|---|---|---|---|

Present: The Honorable   PERCY ANDERSON

Interpreter   NOT APPLICABLE

| V.R. Vallery | Cindy Nirenberg | Brandon D. Fox; Liz Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | X | | X | Nathan Hochman | X | | X |
| | | | | Briana L. Abrams | X | | X |

_____ Day <u>COURT TRIAL</u>   <u>13th</u> Day <u>JURY TRIAL</u>   _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); <u>X</u> Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified   _____ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   <u>X</u> Bailiff sworn

_____ Alternates excused   _____ Jury retires to deliberate   <u>X</u> Jury resumes deliberations

_____ Finding by Court as follows:   _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____   _____ Not Guilty on count(s) _____

_____ Jury polled   _____ Polling waived

_____ Filed Witness & Exhibit lists   <u>X</u> Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Bond exonerated as to Dft # _____

<u>X</u> Case continued to   March 15, 2017 at 8:00 a.m.   for further trial/further jury deliberation.

<u>X</u> Other:   Hearing held outside the presence of the jury.  Defendant is ordered to have no contact with court security officers, jurors, alternate jurors and court personnel.  Defense counsel is instructed to ensure his client complies with the Court's order.

1   :   30

Initials of Deputy Clerk   VRV