FILED
CLERK, U.S. DISTRICT COURT

MAR 1 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA

Title: U.S.A. v. Leroy D. Baca

Date: 3/14/17

Time: 12:12pm

JURY NOTE NUMBER ___1___

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___  THE JURY REQUESTS THE FOLLOWING:

Whiteboard easle and/or chart paper.

DATE:

**REDACTED**

JURY NOTE AS TO FOREPERSON
SIGNATURE