# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 16-66 PA | | Date | March 17, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | None |
|---|---|

| V.R. Vallery | Not Reported | Brandon Fox (Not present) Lizabeth Rhodes (Not present) Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman | Not | | X |

**Proceedings:**    IN CHAMBERS - ORDER

The Court vacates the hearing currently calendared for Monday, March 20, 2017, at 3:00 p.m.  The Court will set a date for sentencing after reviewing the submissions the parties will file on March 20, 2017.  If the Court concludes that a hearing is necessary to discuss the issues raised in the parties' submissions, the Court will notify the parties of the date and time for such a hearing.

IT IS SO ORDERED.