# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 16-66(A)-PA | | Date | March 15, 2017 |
|---|---|---|---|---|

Present: The Honorable  PERCY ANDERSON

Interpreter  NOT APPLICABLE

| V.R. Vallery | Cindy Nirenberg | Brandon D. Fox; Liz Rhodes; Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEROY BACA | ✓ | | ✓ | Nathan Hochman | ✓ | | ✓ |
| | | | | Briana L. Abrams | ✓ | | ✓ |

_____ Day COURT TRIAL    14th Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  _____ Held & continued;  ✓ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made  _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified    _____ Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

✓ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

✓ Finding by Court as follows:    _____ Jury Verdict as follows:

Dft # 1  ✓ Guilty on count(s) 1, 2 and 3    _____ Not Guilty on count(s)

✓ Jury polled    _____ Polling waived

✓ Filed Witness & Exhibit lists  ✓ Filed Jury notes  _____ Filed Jury Instructions  ✓ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.  _____ Remand/Release# _____ issd.  _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

✓ Other:  The Court sets a Status Conference for March 20, 2017 at 3:00 p.m.  The defendant is ordered to return.  The parties are instructed to submit their documents by no later than noon on March 20, 2017.

2 : 43

Initials of Deputy Clerk    VRV