FILED
CLERK U.S. DISTRICT COURT

MAR 15 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

3/15/17

Case No. CR 16-66(A) PA

Date: 3/14/17    9:15am

Title: U.S.A. v. Leroy D. Baca

Time: 2:32pm

JURY NOTE NUMBER    2

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

  X    THE JURY REQUESTS THE FOLLOWING:

We would like to hear the testimony of Cecil Rhambo again.

If a video of the testimony is available we would prefer to see that as opposed to a read of the testimony.

DATE:

**REDACTED**

JURY NOTE AS TO FOREPERSON
SIGNATURE