SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1500/1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284/3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Brandon.Fox@usdoj.gov
             Lizabeth.Rhodes@usdoj.gov
             Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>LEROY BACA,<br><br>       Defendant. | No. CR 16-66(A)-PA<br><br>GOVERNMENT'S POSITION RE:<br>SENTENCING DATE |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui, hereby submits its position with regard to the requested sentencing date in the above referenced matter.

The government's position is that the following facts should be taken into consideration when fashioning a sentencing date:

1.   To the extent a revised PSR is ordered, based on the Probation Department's knowledge of the case and previous report, a PSR should be disclosed to the parties no later than April 3, 2017.

2.   After consulting with the government's experts, the government believes that the scans and other medical tests articulated by the defense would only assist in diagnosis if the issue were behavioral rather than cognitive.  Nothing in the record suggests the issue is behavioral.  Thus, the tests are not necessary.

3.   The defense has already obtained and filed 229 letters on behalf of defendant Baca.  (See CR 35.)  Thus, the time consuming matter of getting letters is already done.

4.   The guidelines are not really in dispute and the government has previously discussed them with the defense.

The government thus requests a sentencing date 35 days after the PSR is issued, which would be May 8, 2017.

Dated: March 20, 2017                 Respectfully submitted,

                                      SANDRA R. BROWN
                                      Acting United States Attorney

                                      LAWRENCE S. MIDDLETON
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      /s/ Lizabeth A. Rhodes
                                      _____
                                      Brandon D. Fox
                                      Lizabeth A. Rhodes
                                      Eddie A. Jauregui
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

2