

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 5 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA                Date: 3/15/17

Title: U.S.A. v. Leroy D. Baca

Time: 9:15

JURY NOTE NUMBER 3

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___    THE JURY REQUESTS THE FOLLOWING:

Being ~~that~~ the first time the FBI inserted contraband into a jail, did the federal government have the constitutional authority in the action taken?

DATE: 3-15-17

**REDACTED**

JURY NOTE AS TO FOREPERSON SIGNATURE