

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 16-66(A) PA

Title: <u>U.S.A. v. Leroy D. Baca</u>

Date: 3|15|17

Time:_____

JURY NOTE NUMBER ___4___

___X___   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE: 3|15|17

# REDACTED

JURY NOTE AS TO FOREPERSON
SIGNATURE