FILED
CLERK, U.S. DISTRICT COURT

MAR 15 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LEROY BACA,<br><br>　　　　Defendant. | No. CR 16-66 PA<br><br>VERDICT FORM |

## <u>Count One - Conspiracy to Obstruct Justice</u>

We, the jury, unanimously find defendant LEROY BACA:

        ✗        Guilty

                Not Guilty

of conspiracy to obstruct justice as charged in Count One of the Indictment.

## <u>Count Two - Obstruction of Justice</u>

We, the jury, unanimously find defendant LEROY BACA:

        ✗        Guilty

                Not Guilty

of obstruction of justice as charged in Count Two of the Indictment.

//
//
//
//
//
//
//
//

-1-

**Count Three - Making False Statements**

We, the jury, unanimously find defendant LEROY BACA:

_____✕_____   Guilty

_____   Not Guilty

of making false statements as charged in Count Three of the Indictment.

Please have the foreperson sign and date the form.

DATED: This 15th day of March, 2017, at Los Angeles, California.

# REDACTED
VERDICT FORM AS TO FOREPERSON
SIGNATURE

-2-