# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-66(A) PA | Date | March 21, 2017 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Valencia Vallery | Not Reported | Brandon D. Fox<br>Lizabeth Rhodes<br>Eddie Jaurequi |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | | | X | Nathan J. Hochman<br>Briana L. Abrams | | | X<br>X |

**Proceedings:**    IN CHAMBERS ORDER

After conferring with the United States Probation Office, reviewing and considering the parties' written submissions, the Court schedules Defendant Leroy D. Baca's sentencing for May 15, 2017, at 8:30 a.m., in Courtroom No. 9A.  Counsel shall file their objections and position papers no later than twenty-one (21) days prior to sentencing.  The Court construes "objections" to include departure or variance arguments.  Any party who intends to move for a continuance of the sentencing hearing shall, not later than 14 days prior to the hearing date, meet and confer with opposing counsel and file any such request in writing with the Court.  Strict compliance with these deadlines is mandatory because untimely filings interfere with  the abilities of the Probation Office and of the Court to prepare for sentencing.  Failure to meet these deadlines is grounds for sanctions.

The Court refers the defendant to the Probation Office for investigation and the preparation of a revised presentence report.  The  defendant is ordered to appear for sentencing without further notice or order from the Court.

cc:    Alexis Berg
    United States Probation

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | VRV | |