## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 16-66(A)-PA | | Title | UNITED STATES OF AMERICA  v. LEROY BACA |
|---|---|---|---|---|
| **Judge** | PERCY ANDERSON | | | |
| **Dates of Trial or Hearing** | 2/22; 2/23; 2/24; 2/27; 2/28; 3/1; 3/2; 3/3; 3/6; 3/7; 3/9; 3/13; 3/14 & 3/15 | | | |
| **Court Reporters or Tape No.** | KATIE THIBODEAUX; CINDY NIRENBERG | | | |
| **Deputy Clerks** | V.R. VALLERY; CHARLES ROJAS | | | |

**FILED**
CLERK, U.S. DISTRICT COURT
March 15, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| BRANDON FOX, AUSA | NATHAN HOCHMAN, RTND. |
| LIZABETH RHODES, AUSA | BRIANNA L. ABRAMS, RTND. |
| EDDIE JAUREGUI, AUSA | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Kevin Brown - 2/24/17 | GOVT |
| | | | | | | Brian Yanagi - 2/24/17 | GOVT |
| | | | | | | Jason Dalton - 2/27/17 | GOVT |
| | | | | | | Mickey Manzo - 2/27/17 & 2/28/17 | GOVT |
| | | | | | | Gregory Lee Thompson - 2/28/17 | GOVT |
| | | | | | | David Dahle - 3/1/17 | GOVT |
| | | | | | | James Sexton - 3/1/17 | GOVT |
| | | | | | | Cecil Rhambo - 3/2/17 | GOVT |
| | | | | | | Gus Academia - 3/2/17 | GOVT |
| | | | | | | Tom Carey - 3/2/17 & 3/3/17 | GOVT |
| | | | | | | Robert Faturechi - 3/3/17 | GOVT |
| | | | | | | Michael Hanneman - 3/6/17 | GOVT |
| | | | | | | John Torribio - 3/6/17 | GOVT |
| | | | | | | Leah Tanner - 3/6/17 & 3/7/17 | GOVT |
| | | | | | | Teresa Tampaboulon - 3/9/17 | GOVT |
| | | | | | | Andre Birotte - 3/9/17 | GOVT |
| | | | | | | Michael Gennaco - 3/9/17 | DEFT |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

G-65 (03/07)                    **LIST OF EXHIBITS AND WITNESSES**                    Page _____ of _____

## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 16-66(A)-PA | | | Title | UNITED STATES OF AMERICA  v. LEROY BACA |
|---|---|---|---|---|---|
| Judge | PERCY ANDERSON | | | | |
| Dates of Trial or Hearing | 2/22; 2/23; 2/24; 2/27; 2/28; 3/1; 3/2; 3/3; 3/6; 3/7; 3/9; 3/13; 3/14 & 3/15 | | | | |
| Court Reporters or Tape No. | KATIE THIBODEAUX; CINDY NIRENBERG | | | | |
| Deputy Clerks | V.R. VALLERY; CHARLES ROJAS | | | | |

**FILED**
CLERK, U.S. DISTRICT COURT
March 15, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| BRANDON FOX, AUSA | NATHAN HOCHMAN, RTND. |
| LIZABETH RHODES, AUSA | BRIANNA L. ABRAMS, RTND. |
| EDDIE JAUREGUI, AUSA | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Michael Gennaco | Defendant |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**United States v. Baca**
**16-0066(A)-PA**
**Government Exhibit List**
**(Updated 02-24-17)**

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 1 | Baca Interview Recording | J. Dalton | 2-27-17 | |
| 2 | Baca Interview Recording Excerpts | J. Dalton<br>C. Rhambo<br>T. Carey | 2-27-17 | Excerpts - 2/27/17:<br>1, 2, 3, 4, 5, 6, 7, 9. 10, 21, 22, 26, 27, 33, 11<br><br>Excerpts - 3/2/17:<br>38, 8, 13, 16, 17, 18, 19, 24, 25, 28, 29, 44, 45<br><br>Excerpts - 3/6/17:<br>15, 20, 23, 42, 43<br><br>Excerpts – 3/9/17:<br>39, 40, 35, 41, 12, 34 |
| 3 | Baca Interview Transcript of Excerpts | J. Dalton | 2-27-17 | |
| 4 | Baca Deposition Antuna 1 Videotape | | | |
| 5 | Baca Deposition Antuna 1 Videotape Excerpts | J. Dalton | 2-27-17 | Excerpt 6 -3/2/17 |
| 6 | Baca Deposition Antuna 2 Videotape | | | |
| 7 | Baca Deposition Antuna 2 Videotape Excerpts | J. Dalton | 2-27-17 | |

1

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 8 | SHB 5/5/11 email to SHB executives | | | |
| 9 | ACLU Correspondence – Rosenbaum to Baca 10/28/09 | | | |
| 10 | ACLU Annual Report re Jail 5/5/10 | | | |
| 11 | ACLU Notice and Interim Report – 9/9/10 | | | |
| 12 | ACLU 2/7/11 Filing | | | |
| 13 | ACLU letter to Baca re E. Lim 7/20/11 | | | |
| 14 | Email dated 08/18/11 at 1:31 PM from Gregory Thompson to Roberto Bayes | G. Thompson | 2-28-17 | 2-28-17 |
| 15 | Email dated 08/18/11 at 5:06 PM from Steven Martinez to Leroy D. Baca, re: Please call | B. Yanagi | 2-24-17 | 2-24-17 |
| 16 | Email dated 8/18/11 at 8:59 PM from Christopher Nee to Julie Montgomery re: Sheriff's Meeting | B. Yanagi | 2-24-17 | 2-24-17 |
| 17 | Email dated 8/18/11 at 10:31 PM from Gregory Thompson to Christopher Nee re: Meeting | B. Yanagi | 2-24-17 | 2-24-17 |
| 18 | Email chain ending at 08/19/11 12:05 PM from Gerard R. Smith to Mickey S. Manzo | M. Manzo | 2-27-17 | 2-27-17 |
| 19 | Email chain ending 8/19/11 9:51 pm from Rhambo to Thompson | C. Rhambo | 3-2-17 | 3-2-17 |
| 20 | Email chain ending 8/23/11 3:58 pm from Daniel Fedele to Gregory Thompson re: YOUR 1750 QUESTION | | | |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 21 | Email chain ending 8/24/11 9:11 AM from William Gilbert to Gregory Thompson | | | |
| 22 | Email chain ending at 08/24/11 9:30 AM from Cecil Rhambo to Gregory Thompson, Re: OSJ WEEKLY INTEL | G. Thompson | 2-28-17 | 2-28-17 |
| 23 | Email dated 08/24/11 at 9:47 AM from Mickey Manzo to Gregory Thompson | M. Manzo | 2-27-17 | 2-27-17 |
| 24 | Email chain ending 08/24/11 at 10:06 AM from Steven Spackman to William Carey, Re: Re | | | |
| 25 | Email chain ending 8/24/11 at 11:46 AM from Gregory Thompson to Mickey Manzo and Stephen Leavins | | | |
| 26 | Email dated 08/24/11 at 9:31 PM from Mickey Manzo to Stephen Leavins, Scott Craig, Maricela Long; Gerard Smith; and Gregory Thompson, re: ITMS Info | | | |
| 27 | Email chain ending 08/24/11 at 9:39 PM from Gregory Thompson to Christopher Nee | B. Yanagi | 2-24-17 | 2-24-17 |
| 28 | Email dated 08/24/11 at 11:17 PM from Gerard Smith to Carlos Castillo; Noah Kirk; Sterling Haley; Joseph Eiland; Calvin Lane Jr.; Justin Crumlish; Jason Colon; Matthew Thompson; James Sexton; Michael Rathbun; John Bonner; Robert Staggs, CC: to Mickey Manzo; Gregory Thompson; David Gutierrez, re: Confidential | M. Manzo | 2-27-17 | 2-27-17 |

3

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 29 | Email chain ending 08/25/11 at 9:37 AM from Noah Kirk to Gerard Smith; Sterling Haley; Justin Crumlish; Calvin Lane; Joseph Eiland; Carlos Castillo; Matthew Thompson; Ryan Ortiz; Jason Pearson; James Sexton; Michael Rathbun; Robert Staggs; John Bonner, CC: to Mickey Manzo, re: RE: schedule | | | |
| 30 | Email chain ending 8/25/11 at 11:15 AM from Kevin Goran on behalf of Leroy Baca to Christopher Nee | L. Tanner | | 3-7-17 |
| 31 | Email chain ending 8/25/11 11:47 a.m. from Paul Tanaka to Stephen Leavins | B. Yanagi | 2-24-17 | 2-24-17 |
| 32 | Email dated 08/25/11 at 12:45 PM from Gregory Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason re: Inmate Interviews | B. Yanagi | 2-24-17 | 2-24-17 |
| 33 | Email chain ending 08/26/11 at 9:39 AM from Stephen Leavins to Gregory Thompson re: Documents for Grand Jury Subpoena | T. Carey | 3-2-17 | 3-2-17 |
| 34 | Email chain ending 08/26/11 at 10:47:41 AM from Gregory Thompson to William Carey | T. Carey | 3-2-17 | 3-2-17 |
| 35 | Email chain ending 08/26/11 at 10:50 AM from Gregory Thompson to Ralph Ornelas and William Carey | T. Carey | 3-2-17 | 3-2-17 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 36 | Email chain ending 08/26/11 at 10:56 AM from Gregory Thompson to William Carey, re: FW: Court Order presented by Federal Officers | T. Carey | 3-2-17 | 3-2-17 |
| 37 | Email chain ending 8/26/11 at 2:18 pm from Carey to Thompson | T. Carey | 3-3-17 | 3-3-17 |
| 38 | Email chain ending 8/26/11 at 7:48 PM from Gregory Thompson to John Bonner re: john rodrigez | | | |
| 39 | Email dated 8/26/11 at 9:02 pm from Gregory Thompson to Jason Pearson Re: Jacket | | | |
| 40 | Email dated 8/27/11 at 2:49 pm from Gerard Smith to Carlos Castillo and others with CC to Mickey Manzo and Gregory Thompson | | | |
| 41 | Email dated 8/29/11 at 10:06 am from Paul Tanaka to Stephen Leavins | B. Yanagi | 2-24-17 | 2-24-17 |
| 42 | Email dated 8/30/11 at 5:17 am from Gregory Thompson to Stephen Leavins | G. Thompson | 2-28-17 | 2-28-17 |
| 43 | Email chain ending 9/2/11 at 9:28 AM from Gregory Thompson to Gerard Smith | | | |
| 44 | Stilation Re Deposition Testimony | | | |
| 45 | Email dated 9/3/11 at 11:03 PM from Gerard Smith to Noah Kirk and others with CC to Gregory Thompson, Mickey Manzo and David Gutierrez | | | |

5

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 46 | Email dated 9/7/11 at 1:31 PM from Gerard Smith to Carlos Castillo and others with CC to Gregory Thompson, David Gutierrez, and Mickey Manzo | | | |
| 47 | Email chain ending 9/7/11 at 3:45 pm from Gregory Thompson to William Carey re: FW: need document | T. Carey | 3-2-17 | 3-2-17 |
| 48 | Email chain ending 09/07/11 at 5:30 PM from Christopher Nee to Stephen Leavins | B. Yanagi | 2-24-17 | 2-24-17 |
| 49 | Email dated 9/8/11 at 2:33 PM from William Cassidy to Stephen Leavins re: sup rpt – dep caruso | | | |
| 50 | Email chain ending 9/8/11 at 11:40 a.m. from Leavins to Powell | B. Yanagi | 2-24-17 | 2-24-17 |
| 51 | Email dated 09/08/11 at 3:03 PM from Gregory Thompson to Custody Captains, Custody Commander, CC: to Cecil Rhambo, Dennis Burns, Alexander Yim, and Richard Barrantes, Subject: FBI requests for inmate interviews | B. Yanagi | 2-24-17 | 2-24-17 |
| 52 | Email dated 09/09/11 at 4:41 PM from William T. Carey to Stephen Leavins | T. Carey | 3-2-17 | 3-2-17 |
| 53 | Email chain ending 09/12/11 at 9:43 AM, with email from William T. Carey to Scott Craig, Maricela Long, CC: to Stephen Leavins, re: FW: Retaliation allegations list | T. Carey | 3-2-17 | 3-2-17 |
| 54 | Email chain ending 9/12/11 at 11:20 AM from James Sexton to Sean Geske, CC: Gregory Thompson, Gerard Smith | J. Sexton | 3-1-17 | 3-1-17 |

6

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 55 | Email chain ending 09/12/11 at 12:55 PM from Eliel Teixeira to James Sexton, Subject: RE: Operation Pandora's Box | J. Sexton | 3-1-17 | 3-1-17 |
| 56 | Email chain ending 09/12/11 at 6:28 PM, from James Sexton to Raymond Cardenas, CC: Gregory Thompson, David Gutierrez, William Gilbert, Eliel Teixeria, Giovanni Paterno, Jason Pearson, Mickey Manzo, Gerard Smith, re: Brown, Anthony #2874104 | J. Sexton | 3-1-17 | 3-1-17 |
| 57 | Email dated 09/13/11 at 12:43 PM from Gerard Smith to Carlos Castillo, Jason Colon, Justin Crumlish, Joseph Eiland, Sterling Haley, Noah Kirk, Calvin Lane Jr., Ryan Ortiz, Jason Pearson, Michael Rathbun, James Sexton, Matthew Thompson; CC: to Mickey Manzo; re: SECURITY DETAIL | | | |
| 58 | Email dated 09/13/11 at 3:48 PM from Stephen Leavins to William T. Carey | T. Carey | 3-2-17 | 3-2-17 |
| 59 | Email dated 9/13/11 at 4:25 PM from William T. Carey to Christopher Nee | T. Carey | 3-2-17 | 3-2-17 |
| 60 | Email dated 9/13/11 at 4:34 PM from William T. Carey to Christopher Nee | T. Carey | 3-2-17 | 3-2-17 |
| 61 | Email dated 09/24/11 at 10:33 PM, from Mickey Manzo to Scott Craig, Maricela Long, CC: to Stephen Leavins, Gerard Smith, re: FW: FBI probing reports of beatings in L.A. County jails | M. Manzo | 2-28-17 | 2-28-17 |

7

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 62 | Email dated 9/25/11 at 9:20 am from Paul Tanaka to Stephen Leavins and William T. Carey re: FBI investigating reports of beatings in Los Angeles County jails – latimes.com | T. Carey | 3-2-17 | 3-2-17 |
| 63 | Email chain ending 09/25/11 at 10:33 AM, with email from Paul Tanaka, to Stephen Leavins, Subject: RE: Justice Department boosts activity to police the police | T. Carey | 3-2-17 | 3-2-17 |
| 64 | Email dated 9/26/11 at 2:09 PM, from Carey to Scott Craig, forwarding email from Tanaka to Carey re Baca on GDLA | T. Carey | 3-2-17 | 3-2-17 |
| 65 | Email dated 09/26/11 at 6:39 PM, from Scott Craig to Stephen Leavins, re: Emailing: Marx 09-26-11 | B. Yanagi | 2-24-17 | 2-24-17 |
| 66 | Email dated 5/5/2011 from James R. Lopez to bcenter11@gmail.coc and others re "Document for Sheriff Lee Baca" | | | |
| 67 | 08.29.11 email re Cell-Phone Inv. To/from Thompson, Manzo, Yosinaga | L. Tanner | | 3-7-17 |
| 68 | 02.18.09 – Chaplain Ramirez Letter | | | |
| 69 | Birotte Letter to Baca 10/13/11 | A. Birotte | 3/9/17 | 3/9/17 |
| 70 | Recording of Anthony Brown Interview 08/19/11 | | | |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 71 | Recording of Anthony Brown Interview 08/19/11 Excerpts | M. Manzo | 2-27-17 | 2-27-17 |
| 72 | Transcript of Anthony Brown Interview 08/19/11 Excerpts | M. Manzo | 2-27-17 | |
| 73 | Recording of Anthony Brown Interview 08/21/11 a.m. | | | |
| 74 | Recording of Anthony Brown Interview 08/21/11 a.m.   Excerpts | M. Manzo | 2-27-17 | 2-27-17 |
| 75 | Transcript of Anthony Brown Interview 08/21/11 a.m. Excerpts | M. Manzo | 2-27-17 | |
| 76 | Recording of Anthony Brown Interview 08/23/11 | | | |
| 77 | Recording of Anthony Brown Interview 08/23/11 Excerpts | M. Manzo | 2-27-17 | 2-27-17 |
| 78 | Transcript of Anthony Brown Interview 08/23/11 Excerpts | M. Manzo | 2-27-17 | |
| 79 | Recording of Anthony Brown Interview 08/24/11, Part 1 | | | |
| 80 | Recording of Anthony Brown Interview 08/24/11, Part 2 | | | |
| 81 | Recording of Anthony Brown Interview 08/24/11 Excerpts | | | |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 82 | Transcript of Anthony Brown Interview 08/24/11 Excerpts | | | |
| 83 | Recording of Anthony Brown Interview 08/26/11 | | | |
| 84 | Recording of Anthony Brown Interview 08/26/11 Excerpts | T. Carey | 3-2-17 | 3-2-17 |
| 85 | Transcript of Anthony Brown Interview 08/26/11 Excerpts | T. Carey | 3-2-17 | |
| 86 | Recording of Anthony Brown Interview 09/2/11 | M. Manzo | 2-28-17 | 2-28-17 |
| 87 | Transcript of Anthony Brown Interview 09/2/11 | M. Manzo | 2-28-17 | |
| 88 | Recording of William Courson Interview 08/30/11 | | | 3-6-17 |
| 89 | Transcript of William Courson Interview 08/30/11 | | | |
| 90 | Recording of Gilbert Michel Interview 08/30/11, part 1 | | | |
| 91 | Recording of Gilbert Michel Interview 08/30/11, part 2 | | | |
| 92 | Recording of Gilbert Michel Interview 08/30/11 Excerpts | | | 3-6-17 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 93 | Transcript of Gilbert Michel Interview 8/30/11 Excerpts | | | |
| 94 | Recording of Phone Message from Scott Craig to Leah Marx, 09/09/11 | L. Tanner | | 3-6-17 |
| 95 | Transcript of Phone Message from Scott Craig to Leah Marx, 09/09/11 | L. Tanner | 3-6-17 | |
| 96 | Video Recording of Approach of Leah Marx, 09/26/11 | | | 3-6-17 |
| 97 | Audio Recording of Approach of Leah Marx, 09/26/11 | | | 3-6-17 |
| 98 | Transcript of Recording of Approach of Leah Marx, 09/26/11 | | | |
| 99 | Synched audio and video of Approach of Leah Marx, 09/26/11 | T. Carey | 3-2-17 | 3-2-17 |
| 100 | Recording of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | | | 3-6-17 |
| 101 | Transcript of Phone Call from Carlos Narro to Maricela Long, 09/26/11 | | | |
| 102 | Baca Appearance on FOX Good Day LA 9/26/11 | | | 2-27-17 |
| 103 | Baca Interview by KABC | | | |

11

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 104 | Baca retirement press conference | | | |
| 105 | Audio excerpt of: Baca 10/16/12 Transcript of Testimony before Board of Supervisors | | | |
| 106 | Baca 10/16/12 Transcript of Testimony before Board of Supervisors | | | |
| 107 | Stipulation Re Phone Records | | 3-1-17 | 3-13-17 |
| 108 | Sheriff Department Organizational Chart | J. Sexton | 3-1-17 | 3-1-17 |
| 109 | INTENTIONALLY LEFT BLANK | | | |
| 110 | Grand Jury Subpoenas to LASD June to Aug 2011. | D. Dahle | 3-1-17 | 3-1-17 |
| 111 | Baca Non-Target letter | J. Dalton | 2-27-17 | 2-27-17 |
| 112 | Baca's Letter to Birotte 9/26/11 | J. Dalton | 2-27-17 | 2-27-17 |
| 113 | Brown Writ | | | 3-1-17 |
| 114 | Bayes Diary | | | |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 115 | Sexton Time Cards | J. Sexton | 3-1-17 | 3-1-17 |
| 116 | LASD – Policy and Ethics Code | | | 2-27-17 |
| 117 | LASD – Obstructing Investigation, Obedience to Laws, Regulations and Orders | | | |
| 118 | Sexton 2010-2011 Evaluation | J. Sexton | 3-1-17 | 3-1-17 |
| 119 | Craig 2011-2012 Evaluation | | | 2-27-17 |
| 120 | Baca Calendar | J. Dalton | | 2-27-17 |
| 121 | Inmate Release Processing Record for Inmate Anthony Brown, Booking Number 2009547 | | | 2-27-17 |
| 122 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2009547 | | | 2-27-17 |
| 123 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2874104 | | | |
| 124 | Inmate Total Movement History Record for Inmate Anthony Brown, Booking Number 2009547, printed on 01/19/12 | | | 2-27-17 |
| 125 | Booking record for "John Rodriguez," Booking Number 2855633 | J. Sexton | 3-1-17 | 3-1-17 |

13

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 126 | Inmate Information Center Record for "John Rodriguez," Booking Number 2855633 | J. Sexton | 3-1-17 | 3-1-17 |
| 127 | Inmate Total Movement for "John Rodriguez," Booking Number 2855633 | J. Sexton | 3-1-17 | 3-1-17 |
| 128 | Booking record for "Kevin King," Booking Number 2856795 | J. Sexton | 3-1-17 | 3-1-17 |
| 129 | Inmate Information Center Records for "Chris Johnson," Booking Number 2863148 | J. Sexton | 3-1-17 | 3-1-17 |
| 130 | Inmate Total Movement History Record for "Chris Johnson," Booking Number 2863148 | J. Sexton | 3-1-17 | 3-1-17 |
| 131 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2874104, printed on 09/12/11 | J. Sexton | 3-1-17 | 3-1-17 |
| 132 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2009547, printed 08/26/11 | L. Tanner | 3-6-17 | 3-6-17 |
| 133 | Original Calendar Book for 2011, including for 08/22/11 to 08/31/11 | M. Manzo | 2-28-17 | 2-28-17 |
| 134 | "Daily Activities" Notebook | M. Manzo | 2-28-17 | 2-28-17 |
| 135 | "G" Notebook | M. Manzo | 2-28-17 | 2-28-17 |
| 136 | "DONE 11-1-11" Notebook | | | |

14

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 137 | 8.19.11 (2am) Manzo email to Thompson and Smith re Cell Phone Timeline | M. Manzo | 2-28-17 | |
| 138 | Middleton Notes on 8/29/11 Meeting | | | |
| 139 | Map of SHB 4th Floor | K. Brown | 2-24-17 | 2-24-17 |
| 140 | Statement of Probable Cause of Affiant Sergeant Scott A. Craig | T. Carey | 3-2-17 | 3-2-17 |
| 141 | Proposed Order for Investigative Records, dated 09/07/11, denied "Court has no jurisdiction over any federal agency," 09/08/11 | T. Carey | 3-2-17 | 3-2-17 |
| 142 | Special Operations Group Surveillance Log of Target Leah Marx, 09/13/11 | | | 2-27-17 |
| 143 | Special Operations Group Surveillance Log of Target Leah Marx, 09/14/11 | | | 2-27-17 |
| 144 | Special Operations Group Surveillance Log of Target Leah Marx, 09/26/11 | | | 2-27-17 |
| 145 | Special Operations Group Surveillance Log of Target Leah Marx, 09/28/11 | | | 2-27-17 |
| 146 | S.O.G. Weekly Report 08/29/11 | | | 2-27-17 |
| 147 | S.O.G. Weekly Report 09/05/11 | | | 2-27-17 |

15

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 148 | S.O.G. Weekly Report 09/12/11 | | | 2-27-17 |
| 149 | S.O.G. Weekly Report 09/19/11 | | | 2-27-17 |
| 150 | S.O.G. Weekly Report 09/25/11 | | | 2-27-17 |
| 151 | LASD Surveillance Request by Sgt. Craig for Surveillance of David C. Lam | | | 2-27-17 |
| 152 | Special Operations Group Surveillance Log of Target David Lam, 09/28/11 and 09/29/11 | | | 2-27-17 |
| 153 | ICIB Task Force Weekly Report: 09/11/11 to 09/17/11 | | | |
| 154 | LA Times article 9/29/11 | J. Dalton | 2-27-17 | |
| 155 | Handwritten Letter from Inmate Anthony Brown to Lt. Steve & Capt. Tom, Sgt. Long, Sgt. Grey, dated 09/03/11 | M. Manzo | 2-28-17 | 2-28-17 |
| 156 | Baca – Tanaka Phone Summary 8/18/11 to 9/26/11 | L. Tanner | 3-6-17 | 3-6-17 |
| 157 | Baca Phone Summary | L. Tanner | 3-6-17 | 3-6-17 |
| 158 | ICIB & OSJ phone summary 08.18 - 09.26 | L. Tanner | 3-6-17 | 3-6-17 |

16

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 159 | Paulino 3-5-2009 Transcript | | | |
| 160 | Middleton emails with Farrar | | | |
| 161 | Email dated 08/26/11 from Yolanda Baines to Lawrence Middleton | | | |
| 162 | Phone records for US Marshal Service fax machines | | | 3-1-17 |
| 163 | Phone record for LASD Inmate Reception Center fax machine | | | 3-1-17 |
| 164 | AT&T Records of 909-815-8064 (Gerard Smith) | | | 2-27-17 |
| 165 | AT&T Records of 323-683-7618 (Maricela Long) | | | 2-27-17 |
| 166 | Verizon Records of 714-803-1197 (Scott Craig) | | | 2-27-17 |
| 167 | Verizon Records of 323-574-1782 (Craig), 323-693-6570 (Thompson), 323-819-0185 (Martinez) | | | 2-27-17 |
| 168 | Verizon Records of 323-243-4099 (Stephen Leavins) | | | 2-27-17 |
| 169 | Verizon Records of 562-318-4637 (Mickey Manzo) | | | 2-27-17 |

17

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 170 | Paul Tanaka Summary Chart of Phone Records 8/26/11 to 10/3/11 | L. Tanner | 3-6-17 | 3-6-17 |
| 171 | Paul Tanaka – Verizon records August-Oct 2011 | | | 2-27-17 |
| 172 | Timeline exhibit | L. Tanner | 3-6-17 | 3-6-17 |
| 173 | Pages from MCJ Roster | | | 2-27-17 |
| 174 | Pages from TTCF Phone Roster | | | 2-27-17 |
| 175 | Page from TTCF Roster 2011 | | | 2-27-17 |
| 176 | Custody Ops HQ Cell Phone Roster | | | 2-27-17 |
| 177 | Cell Phone Roster | | | 2-27-17 |
| 178 | Administrative Phone Roster | | | 2-27-17 |
| 179 | Executives Roster | | | 2-27-17 |
| 180 | LASD Landline Phone Roster | | | 2-27-17 |

18

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 181 | Summary Chart with Phone Numbers Associated with LASD | L. Tanner | 3-6-17 | 3-6-17 |
| 182 | Email dated 08/30/11 at 5:15 PM from Judy Gerhardt to Christopher Nee re: FW: FBI Subpoenas | | | |
| 183 | Email chain ending at 08/30/11 at 5:16 PM from Christopher Nee to Judy Gerhardt | | | |
| 184 | Tom Carey Evaluation | | | 2-27-17 |
| 185 | Gilbert Michel Plea | | | |
| 186 | Faturechi KCRW Interview 2/10/16 | | | |
| 187 | Transcript KCRW Interview 2/10/16 | | | |
| 188 | LASD Policy regarding Writs and Subpoenas (excerpts) | | | |
| 189 | Evaluations of Smith, Manzo, Leavins and Long | | | 2-27-17 |
| 190 | Transcript of Tom Carey testimony in U.S v. Sexton | | | |
| 191 | Transcript of Tom Carey 19estimony in U.S v. Thompson | | | |

19

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 192 | Transcript of Tom Carey testimony in U.S v. Sexton retrial | | | |
| 193 | Grand Jury Testimony of Tom Carey dated August 19, 2015 | | | |
| 194 | Verizon. Drivers Aides Phone Records | | | 2-27-17 |
| 195 | ITMS phone calls between SA Tanner and Anthony Brown | M. Manzo | 2-27-17 | 2-27-17 |
| 196 | Carey's Verizon records | L. Tanner | | 2-27-17 |
| 197 | Baca's Verizon records | J. Dalton | | 2-27-17 |
| 198 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 199 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 200 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 201 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 202 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 203 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 204 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 205 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 206 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 207 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 208 | San Dimas photos | J. Sexton | 3-1-17 | 3-1-17 |
| 209 | Sheriff office staff phone roster | | | 2-27-17 |
| 210 | Nee phone records | L. Tanner | 3-6-17 | 3-6-17 |
| 211 | Baca Calls with Tanaka, Carey and Leavins | L. Tanner | 3-6-17 | 3-6-17 |
| 212 | Baca Calls with Carey and Leavins | L. Tanner | 3-6-17 | 3-6-17 |
| 213 | Photo of Lancaster State Prison | J. Sexton | 3-1-17 | 3-1-17 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 214 | MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 215 | MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 216 | MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 217 | MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 218 | MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 219 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 220 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 221 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 222 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 223 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 224 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |

| New No. | Description | Witnesses | Identified | Admitted |
|---|---|---|---|---|
| 225 | 1751 MCJ Photo | M. Manzo | 2-27-17 | 2-27-17 |
| 226 | August 18, 2011 calls (slide) | L. Tanner | 3-6-17 | |
| 227 | August 2011 calendar (demonstrative) | J. Dalton | 2-27-17 | |
| 228 | September 2011 calendar (demonstrative) | J. Dalton | 2-27-17 | |
| 229 | Grand Jury Testimony of Gregory Lee Thompson dated December 17, 2014 | G. Thompson | 2-28-17 | |
| 230 | Grand Jury Testimony of Gregory Lee Thompson dated January 14, 2015 | G. Thompson | 2-28-17 | |
| 231 | Co-Conspirator Chart (demonstrative) | L. Tanner | 3-6-17 | |
| 232 | Stipulation Re: Writ | | | 3-13-17 |
| 233 | Stipulation Re: Steve Leavins | | | 3-13-17 |

23

U.S. v. Baca
Defense Exhibit List

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 500 | Anthony Brown Criminal History | | | |
| 501 | 8/12/2011 Letter from S. Gray to R. Bayes re: Sprint Records | | 3/7/2017 | L. Tanner |
| 502 | 8/17/2011 Fax to Sprint-Nextel from R. Bayes re: Court Order for telephone number 213-841-4407 | | | |
| 503 | Phone Examination Report Properties - Last Page Excluded | | 3/7/2017 | L. Tanner |
| 504 | Intentionally left blank | | | |
| 505 | Intentionally left blank | | | |
| 506 | Intentionally left blank | | | |
| 507 | Carey Plea Agreement | | | |
| 508 | Carey Proffer Letter | | | |
| 509 | Intentionally left blank | | | |
| 510 | Intentionally left blank | | | |
| 511 | Intentionally left blank | | | |
| 512 | Intentionally left blank | | | |
| 513 | 8/19/2011 LA Times Article by R. Faturechi | | | |
| 514 | 8/19/2011 Photo | | | |
| 515 | 7/19/2011 Letter From M. Gennaco to Hon. Pregerson | | | |
| 516 | Core Value Statement | | | |
| 517 | Our Mission | | | |
| 518 | Organizational Chart | 3/2/2017 | | C. Rhambo |
| 519 | MCJ Chain of Command | 3/2/2017 | | C. Rhambo |

2017 Defendant's Exhibit List.xlsx                                    1

U.S. v. Baca
Defense Exhibit List

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 520 | 11/30/2016 Letter from Maricela Long's Counsel | | | |
| 521 | Maricela Long 02/13/2013 Grand Jury Testimony | | | |
| 522 | Intentionally left blank | | | |
| 523 | 8/29/2011 Email | 2/28/2017 | 2/28/2017 | M. Manzo |
| 524 | Intentionally left blank | | | |
| 525 | 8/4/2011 Photo of CJ and Michel | 3/7/2017 | 3/7/2017 | L. Tanner |
| 526 | Intentionally left blank | | | |
| 527 | 7/20/2011 Photo Gilbert Michel | 3/7/2017 | 3/7/2017 | L. Tanner |
| 528 | Intentionally left blank | | | |
| 529 | Intentionally left blank | | | |
| 530 | Intentionally left blank | | | |
| 531 | Intentionally left blank | | | |
| 532 | Intentionally left blank | | | |
| 533 | ICIB - AB & Michel Report | | | |
| 534 | 8/24/2011 Email | 2/28/2017 | | M. Manzo |
| 535 | 8/19/2011  Recording | 2/28/2017 | | M. Manzo |
| 536 | Michel Judgment and Committment Order | | | |
| 537 | USA Position for Michel Sentencing | | | |
| 538 | Baca Photo | | | |
| 539 | Intentionally left blank | | | |
| 540 | 8/26/2011 Email | | 3/6/2017 | |
| 541 | Thompson_Tanaka_Contribution | | | |

U.S. v. Baca
Defense Exhibit List

| No. | Description | Identified | Admitted | Witness |
|-----|-------------|------------|----------|---------|
| 542 | Intentionally left blank | | | |
| 543 | Intentionally left blank | | | |
| 544 | Intentionally left blank | | | |
| 545 | Intentionally left blank | | | |
| 546 | Intentionally left blank | | | |
| 547 | Intentionally left blank | | | |
| 548 | Intentionally left blank | | | |
| 549 | Intentionally left blank | | | |
| 550 | Intentionally left blank | | | |
| 551 | Intentionally left blank | | | |
| 552 | Intentionally left blank | | | |
| 553 | Intentionally left blank | | | |
| 554 | Intentionally left blank | | | |
| 555 | Intentionally left blank | | | |
| 556 | Intentionally left blank | | | |
| 557 | Intentionally left blank | | | |
| 558 | Intentionally left blank | | | |
| 559 | Intentionally left blank | | | |
| 560 | Intentionally left blank | | | |
| 561 | Intentionally left blank | | | |
| 562 | Intentionally left blank | | | |
| 563 | Intentionally left blank | | | |
| 564 | Intentionally left blank | | | |
| 565 | Intentionally left blank | | | |
| 566 | Intentionally left blank | | | |
| 567 | Intentionally left blank | | | |

U.S. v. Baca
Defense Exhibit List

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 568 | Intentionally left blank | | | |
| 569 | Intentionally left blank | | | |
| 570 | Intentionally left blank | | | |
| 571 | Intentionally left blank | | | |
| 572 | Intentionally left blank | | | |
| 573 | Intentionally left blank | | | |
| 574 | Intentionally left blank | | | |
| 575 | Intentionally left blank | | | |
| 576 | Intentionally left blank | | | |
| 577 | Intentionally left blank | | | |
| 578 | Intentionally left blank | | | |
| 579 | Intentionally left blank | | | |
| 580 | Intentionally left blank | | | |
| 581 | FBI Law Enforcement Bulletin | | | |
| 582 | Intentionally left blank | | | |
| 583 | Intentionally left blank | | | |
| 584 | Intentionally left blank | | | |
| 585 | Intentionally left blank | | | |
| 586 | Intentionally left blank | | | |
| 587 | Intentionally left blank | | | |
| 587.1 | Intentionally left blank | | | |
| 588 | Intentionally left blank | | | |
| 588.1 | Intentionally left blank | | | |
| 589 | Intentionally left blank | | | |
| 590 | Intentionally left blank | | | |
| 591 | Intentionally left blank | | | |

U.S. v. Baca
Defense Exhibit List

| No. | Description | Identified | Admitted | Witness |
|---|---|---|---|---|
| 592 | Six Month Update CMTF | | | |
| 593 | Intentionally left blank | | | |
| 594 | Intentionally Left Blank | | | |
| 595 | Intentionally Left Blank | | | |
| 596 | Intentionally Left Blank | | | |
| 597 | Intentionally Left Blank | | | |
| 598 | Intentionally Left Blank | | | |
| 599 | Intentionally Left Blank | | | |
| 617 | Testimony of Tom Carey dated 5/19/2014 | 3/3/2017 | | T. Carey |
| 669 | Grand Jury Transcript of M. Manzo dated 11/19/2014 | 2/28/2017 | | M. Manzo |
| 670 | Transcript of M. Manzo dated 4/4/2016 | 2/28/2017 | | M. Manzo |
| 671 | Interview of M. Manzo dated 12/1/2016 | 2/28/2017 | | M. Manzo |

**United States v. Baca**
**16-0066(A)-PA**
**Exhibit List**

| No. | Description |
| --- | --- |
| 2 | Baca Interview Recording Excerpts |
| 5 | Baca Deposition Antuna 1 Videotape Excerpt |
| 14 | Email dated 08/18/11 at 1:31 PM from Gregory Thompson to Roberto Bayes |
| 15 | Email dated 08/18/11 at 5:06 PM from Steven Martinez to Leroy D. Baca |
| 16 | Email dated 8/18/11 at 8:59 PM from Christopher Nee to Julie Montgomery |
| 17 | Email dated 8/18/11 at 10:31 PM from Gregory Thompson to Christopher Nee |
| 18 | Email chain ending at 08/19/11 12:05 PM from Gerard R. Smith to Mickey S. Manzo |
| 19 | Email chain ending 8/19/11 9:51 PM from Rhambo to Thompson |
| 22 | Email chain ending at 08/24/11 9:30 AM from Cecil Rhambo to Gregory Thompson |
| 23 | Email dated 08/24/11 at 9:47 AM from Mickey Manzo to Gregory Thompson |

3-14-17

1

| No. | Description |
|---|---|
| 27 | Email chain ending 08/24/11 at 9:39 PM from Gregory Thompson to Christopher Nee |
| 28 | Email dated 08/24/11 at 11:17 PM from Gerard Smith to Carlos Castillo; Noah Kirk; Sterling Haley; Joseph Eiland; Calvin Lane Jr.; Justin Crumlish; Jason Colon; Matthew Thompson; James Sexton; Michael Rathbun; John Bonner; Robert Staggs, CC: to Mickey Manzo; Gregory Thompson; David Gutierrez |
| 30 | Email chain ending 8/25/11 at 11:15 AM from Kevin Goran on behalf of Leroy Baca to Christopher Nee |
| 31 | Email chain ending 8/25/11 11:47 AM from Paul Tanaka to Stephen Leavins |
| 32 | Email dated 08/25/11 at 12:45 PM from Gregory Thompson to Custody Captains; Custody Ops Lts, CC: to Custody Commander, MCJ Jail Liason |
| 33 | Email chain ending 08/26/11 at 9:35 AM from Gregory Thompson to Stephen Leavins and Tom Carey |
| 34 | Email chain ending 08/26/11 at 10:47:41 AM from Gregory Thompson to William Carey |
| 35 | Email chain ending 08/26/11 at 10:50 AM from Gregory Thompson to Ralph Ornelas and William Carey |
| 36 | Email chain ending 08/26/11 at 10:56 AM from Gregory Thompson to William Carey |
| 37 | Email chain ending 8/26/11 at 2:18 PM from Carey to Thompson |
| 41 | Email dated 8/29/11 at 10:06 AM from Paul Tanaka to Stephen Leavins |

3-14-17

| No. | Description |
|---|---|
| 42 | Email chain dated 8/30/11 at 8:29 PM from Gregory Thompson to Noah Kirk |
| 47 | Email chain ending 9/7/11 at 3:45 PM from Gregory Thompson to William Carey |
| 48 | Email chain ending 09/07/11 at 5:30 PM from Christopher Nee to Stephen Leavins |
| 50 | Email chain ending 9/8/11 at 11:40 AM from Leavins to Powell |
| 51 | Email dated 09/08/11 at 3:03 PM from Gregory Thompson to Custody Captains, Custody Commander, CC: to Cecil Rhambo, Dennis Burns, Alexander Yim, and Richard Barrantes |
| 52 | Email dated 09/09/11 at 4:41 PM from William T. Carey to Stephen Leavins |
| 53 | Email chain ending 09/12/11 at 9:43 AM, with email from William T. Carey to Scott Craig, Maricela Long, CC: to Stephen Leavins |
| 54 | Email chain ending 9/12/11 at 11:20 AM from James Sexton to Sean Geske, CC: Gregory Thompson, Gerard Smith |
| 55 | Email chain ending 09/12/11 at 12:55 PM from Eliel Teixeira to James Sexton |
| 56 | Email chain ending 09/12/11 at 6:28 PM, from James Sexton to Raymond Cardenas, CC: Gregory Thompson, David Gutierrez, William Gilbert, Eliel Teixeria, Giovanni Paterno, Jason Pearson, Mickey Manzo, Gerard Smith |
| 58 | Email dated 09/13/11 at 3:48 PM from Stephen Leavins to William T. Carey |

3-14-17

3

| No. | Description |
|---|---|
| 59 | Email dated 9/13/11 at 4:25 PM from William T. Carey to Christopher Nee |
| 60 | Email dated 9/13/11 at 4:34 PM from William T. Carey to Christopher Nee |
| 61 | Email dated 09/24/11 at 10:33 PM, from Mickey Manzo to Scott Craig, Maricela Long, CC: to Stephen Leavins, Gerard Smith |
| 62 | Email dated 9/25/11 at 9:20 AM from Paul Tanaka to Stephen Leavins and William T. Carey |
| 63 | Email from Paul Tanaka to Stephen Leavins and Tom Carey dated 9/25/11 at 9:26 AM |
| 64 | Email dated 9/26/11 at 2:09 PM, from Carey to Scott Craig |
| 65 | Email dated 09/26/11 at 6:39 PM, from Scott Craig to Stephen Leavins |
| 67 | 08.29.11 email from Gregory Thompson to Mickey Manzo and Paul Yosinaga |
| 69 | Birotte Letter to Baca 10/13/11 |
| 71 | Recording of Anthony Brown Interview 08/19/11 Excerpts |
| 74 | Recording of Anthony Brown Interview 08/21/11 AM Excerpts |

3-14-17

| No. | Description |
|-----|-------------|
| 77 | Recording of Anthony Brown Interview 08/23/11 Excerpts |
| 84 | Recording of Anthony Brown Interview 08/26/11 Excerpts |
| 86 | Recording of Anthony Brown Interview 09/2/11 |
| 88 | Recording of William Courson Interview 08/30/11 |
| 92 | Recording of Gilbert Michel Interview 08/30/11 Excerpts |
| 94 | Recording of Phone Message from Scott Craig to Leah Marx, 09/09/11 |
| 96 | Video Recording of Approach of Leah Marx, 09/26/11 |
| 97 | Audio Recording of Approach of Leah Marx, 09/26/11 |
| 99 | Synched audio and video of Approach of Leah Marx, 09/26/11 |
| 100 | Recording of Phone Call from Carlos Narro to Maricela Long, 09/26/11 |
| 102 | Baca Appearance on FOX Good Day LA 9/26/11 |

3-14-17

| No. | Description |
| --- | --- |
| 107 | Stipulation Re Phone Records |
| 108 | Sheriff Department Organizational Chart |
| 110 | Grand Jury Subpoenas to LASD June to Aug 2011 |
| 111 | Baca Non-Target letter |
| 112 | Baca's Letter to Birotte 9/26/11 |
| 113 | Brown Writ |
| 115 | Sexton Time Cards |
| 116 | LASD – Policy and Ethics Code |
| 118 | Sexton 2010-2011 Evaluation |
| 119 | Craig 2011-2012 Evaluation |
| 120 | Baca Calendar |

3-14-17

| No. | Description |
|-----|-------------|
| 121 | Inmate Release Processing Record for Inmate Anthony Brown, Booking Number 2009547 |
| 122 | Copy of Records Jacket for Inmate Anthony Brown, Booking Number 2009547 |
| 124 | Inmate Total Movement History Record for Inmate Anthony Brown, Booking Number 2009547, printed on 01/19/12 |
| 125 | Booking record for John Rodriguez, Booking Number 2855633 |
| 126 | Inmate Information Center Record for John Rodriguez, Booking Number 2855633 |
| 127 | Inmate Total Movement for John Rodriguez, Booking Number 2855633 |
| 128 | Booking record for Kevin King, Booking Number 2856795 |
| 129 | Inmate Information Center Records for Chris Johnson, Booking Number 2863148 |
| 130 | Inmate Total Movement History Record for Chris Johnson, Booking Number 2863148 |
| 131 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2874104, printed on 09/12/11 |
| 132 | Inmate Information Center Record for Inmate Anthony Brown, Booking Number 2009547, printed 08/26/11 |

3-14-17

7

| No. | Description |
|---|---|
| 133 | Original Calendar Book for 2011, including for 08/22/11 to 08/31/11 |
| 134 | "Daily Activities" Notebook |
| 135 | "G" Notebook |
| 139 | Map of SHB 4th Floor |
| 140 | Statement of Probable Cause of Affiant Sergeant Scott A. Craig |
| 141 | Denied Proposed Order for Investigative Records, dated 09/07/11, 09/08/11 |
| 142 | Special Operations Group Surveillance Log of Leah Marx, 09/13/11 |
| 143 | Special Operations Group Surveillance Log of Leah Marx, 09/14/11 |
| 144 | Special Operations Group Surveillance Log of Leah Marx, 09/26/11 |
| 145 | Special Operations Group Surveillance Log of Leah Marx, 09/28/11 |
| 146 | S.O.G. Weekly Report 08/29/11 |
| 147 | S.O.G. Weekly Report 09/05/11 |

3-14-17

| No. | Description |
|-----|-------------|
| 148 | S.O.G. Weekly Report 09/12/11 |
| 149 | S.O.G. Weekly Report 09/19/11 |
| 150 | S.O.G. Weekly Report 09/25/11 |
| 151 | LASD Surveillance Request by Sgt. Craig for Surveillance of David C. Lam |
| 152 | Special Operations Group Surveillance Log of David Lam, 09/28/11 and 09/29/11 |
| 155 | Handwritten Letter from Inmate Anthony Brown, dated 09/03/11 |
| 156 | Tanaka Calls with Baca, Baca Driver or Baca Aide Assigned Number Summary - 8/18/11 to 9/26/11 |
| 157 | Baca Phone Summary 8/8/11 to 10/1/11 |
| 158 | Baca Calls with Carey, Leavins, Thompson, Craig, Long, Manzo, Smith, Sexton - Summary 08/18/11 to 09/26/11 |
| 162 | Phone records for US Marshal Service fax machines |
| 163 | Phone record for LASD Inmate Reception Center fax machine |

3-14-17

| No. | Description |
|-----|-------------|
| 164 | AT&T Records of 909-815-8064 (Gerard Smith) |
| 165 | AT&T Records of 323-683-7618 (Maricela Long) |
| 166 | Verizon Records of 714-803-1197 (Scott Craig) |
| 167 | Verizon Records of 323-574-1782 (Craig), 323-693-6570 (Thompson), 323-819-0185 (Martinez) |
| 168 | Verizon Records of 323-243-4099 (Stephen Leavins) |
| 169 | Verizon Records of 562-318-4637 (Mickey Manzo) |
| 170 | Paul Tanaka Phone Summary, 8/2/11 to 9/30/11 |
| 171 | Paul Tanaka – Verizon records August-Oct 2011 |
| 172 | Timeline exhibit |
| 173 | Pages from MCJ Roster |
| 174 | Pages from TTCF Phone Roster |

3-14-17

| No. | Description |
|-----|-------------|
| 175 | Page from TTCF Roster 2011 |
| 176 | Custody Ops HQ Cell Phone Roster |
| 177 | Cell Phone Roster |
| 178 | Administrative Phone Roster |
| 179 | LASD Roster |
| 180 | LASD Landline Phone Roster |
| 181 | Summary Chart with Phone Numbers Associated with LASD |
| 184 | Tom Carey Evaluation |
| 189 | Evaluations of Smith, Manzo, Leavins and Long |
| 194 | Verizon Drivers, Aides Phone Records |
| 195 | ITMS phone calls between FBI and Anthony Brown, 7/18/11, 7/19/11, and 7/21/11 |

3-14-17

| No. | Description |
|---|---|
| 196 | Carey's Verizon records |
| 197 | Baca's Verizon records |
| 198 | San Dimas photos |
| 199 | San Dimas photos |
| 200 | San Dimas photos |
| 201 | San Dimas photos |
| 202 | San Dimas photos |
| 203 | San Dimas photos |
| 204 | San Dimas photos |
| 205 | San Dimas photos |
| 206 | San Dimas photos |

3-14-17

| No. | Description |
| --- | --- |
| 207 | San Dimas photos |
| 208 | San Dimas photos |
| 209 | Sheriff office staff phone roster |
| 210 | Nee phone records |
| 211 | Tanaka, Carey or Leavins Calls with Baca, Baca Driver, or Baca Aide Assigned Number Summary |
| 212 | Carey or Leavins Calls with Baca or Baca Driver Summary |
| 213 | Photo of Lancaster State Prison |
| 214 | MCJ Photo |
| 215 | MCJ Photo |
| 216 | MCJ Photo |
| 217 | MCJ Photo |

3-14-17

| No. | Description |
|-----|-------------|
| 218 | MCJ Photo |
| 219 | 1751 MCJ Photo |
| 220 | 1751 MCJ Photo |
| 221 | 1751 MCJ Photo |
| 222 | 1751 MCJ Photo |
| 223 | 1751 MCJ Photo |
| 224 | 1751 MCJ Photo |
| 225 | 1751 MCJ Photo |
| 232 | Stipulation re Writ (Yolanda Baines) |
| 233 | Stipulation Re Steve Leavins |
| 501 | 8/12/2011 Letter from S. Gray to R. Bayes |

3-14-17

14

| No. | Description |
|-----|-------------|
| 503 | Phone Examination Report Properties for 213-841-4407, 8/8/11 |
| 523 | 8/29/2011 email re Cell-Phone Inv. To/from Thompson, Manzo, Yoshinaga |
| 525 | 8/4/2011 Photo of CJ and Michel |
| 527 | 7/20/2011 Photo of Michel |
| 540 | 8/26/2011 email between Ornelas and Thompson |

3-14-17