NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>LEROY BACA,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>CR 16-66(A)-PA |
| --- | --- |
| | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the parties _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_____
Date

Counsel for: ☑Plaintiff ☐Defendant ☐ _____ 3/15/2017

3/5/17
_____
Date

Signature _____     Telephone Number

Counsel for: ☐Plaintiff ☑Defendant ☐ _____

Signature _____     Telephone Number

ON MARCH 16, 2017

I hereby certify that the above-mentioned exhibits where returned to counsel ~~as indicated above~~ this date.

March 16, 2017
_____
Date

Clerk, U.S. District Court

By _____
        Deputy Clerk