SANDRA R. Brown
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
      1500/1200/1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0284/3541/4849
      Facsimile: (213) 894-0141
      E-mail:    Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING DATE |
| v. | |
| LEROY BACA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brandon D. Fox, Lizabeth A. Rhodes, and Eddie A. Jauregui, and defendant LEROY BACA ("defendant"), by and through his counsel of record, Nathan Hochman and Brianna Abrams, hereby stipulate as follows:

1.    On March 21, 2017, the Court set defendant's sentencing date for May 15, 2017 at 8:30 a.m. (Dkt. 346.)

2.    The parties have met and conferred and request that defendant's sentencing date be advanced to May 12, 2017, at a time convenient to the Court.  The parties respectfully request a morning hearing time.  The basis for this request is that defense counsel, Mr. Hochman, will be out of the country the week of May 15, 2017.

3.    The parties further request that the parties' deadline for filing sentencing positions be set for April 24, 2017.

IT IS SO STIPULATED.

Dated: March 24, 2017

Respectfully submitted,

SANDRA R. Brown
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

 */s/ Eddie A. Jauregui*

BRANDON D. FOX
LIZABETH A. RHODES
EDDIE A. JAUREGUI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 24, 2017

*/s/ Nathan Hochman (w/authorization)*

NATHAN HOCHMAN
BRIANNA ABRAMS

Attorneys for Defendant
LEROY BACA

2