SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Major Frauds Section
     1300/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:     Brandon.Fox@usdoj.gov
                 Lizabeth.Rhodes@usdoj.gov
                 Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING SENTENCING DATE FOR MAY 12, 2017 |
| v. | |
| LEROY BACA, | |
| Defendant. | |

     The Court has read and considered the Stipulation Regarding Defendant's Sentencing Date filed on March 24, 2017.

     FOR GOOD CAUSE SHOWN:

     1.   Defendant's sentencing date is moved from May 15, 2017 at 8:30 a.m. to May 12, 2017 at [TIME].

     2.   The parties' sentencing papers shall be filed no later than April 24, 2017.

//

IT IS SO ORDERED.


_____           _____
  DATE                                      HONORABLE PERCY ANDERSON
                                            UNITED STATES DISTRICT JUDGE


Presented by:

*/s/ Eddie A. Jauregui*
EDDIE A. JAUREGUI
Assistant United States Attorney

2