# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Percy Anderson

From: Charles A. Rojas _____, Deputy Clerk    Date Received: 03/27/2017

Case No.: CR 16-00066-PA-1 _____    Case Title: USA v. Leroy Baca

Document Entitled: Declaration of Adrian Moon in Support of Maximum Sentence for Leroy David Baca

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1    Documents must be filed electronically
☐ Local Rule 6-1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
☐ Local Rule 19-1    Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5    No letters to the judge
☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
☑ Other:    Filer is not a party to the case.

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

3/30/17 _____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

ADRIAN MOON - AF0335
5th Street and Western Ave
Norco, CA 92860
office (949) 357-6933
FAX (213) 894-0811

Attorney for Plaintiff In Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA (MOON) Plaintiffs. VS LEROY DAVID BACA Defendant | Case No. 2:16-CR-0066-PA Hon. Judge Percy Anderson |
|---|---|
| ADRIAN MOON Plaintiff VS. LEROY DAVID BACA et al Defendants | 2:17-cv-498-SVW-FFM DECLARATION OF ADRIAN MOON IN SUPPORT OF MAXIMUM SENTENCE FOR LEROY DAVID BACA |

TO THE COURT CLERK OF THE U.S. CENTRAL DISTRICT COURT. THE HONORABLE DISTRICT JUDGE PERCY ANDERSON:

I, ADRIAN MOON, Attorney for Victim in Pro Se, Paragon, with integrity and veracity declare as follows,

1. On December 29, 2009, Federal Bureau of Investigation, Investigator Frank Quichoz

(1)

phone #(323)728-0186 proclaimed he would Launch an investigation into the Ganster Leroy David Baca and his organized crime syndicate's "C.C.B. Inc." corruption extortion, bribery, obstruction of Justice, mayhem, slavery trade, racketeering and profiteering, murder, and excessive abuse. F.B.I. Investigator Frank Quichoz stated "I will maintain contact with you for more information and evidence through-out this investigation"

2. Defendant Leroy David Baca and his organized criminal syndicate "C.C.B." had commenced a covet conspiracy to murder, or enslaven me since 2001 see evidence in identical related cases MOON V. JohNSON / Baca et. al 2:12-cv-1514/632/6796/-UA-MLG

3. On September 9, 2010 Leroy David Baca and his gang "C.C.B. Inc." pro-claimed to the world that they had enslaven me to twenty years in bondage, and have been trying to assassinate me ever since.

4. I reserve the right to add testimony at the sentencing hearing of criminal Leroy David Baca. U.S.C.D CAL L.R. 7.5

I declare under penalty of perjury

Dated: March 21, 2017

Victim of Leroy David Baca and C.C.B. INC.

California Rehabilitation Cen
Adrian Moon - A F0335-D-
5th Street and Western Ave
Norco, CA 92860

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004272653          MAR 22 2017
$ 01.61⁰
MAILED FROM ZIP CODE 92860

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

U.S. Central District Court
Office of The Clerk - Civil
312 North Spring Street
Los Angeles, CA. 90012

LEGAL MAIL

