SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Chief, Public Corruption & Civil Rights Section
LIZABETH A. RHODES (Cal. Bar No. 155299)
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
Major Frauds Section
     1300/1200/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0284/3541/4849
     Facsimile: (213) 894-6436
     E-mail:    Brandon.Fox@usdoj.gov
                Lizabeth.Rhodes@usdoj.gov
                Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | ORDER SETTING SENTENCING DATE FOR MAY 12, 2017 |
| v. | |
| LEROY BACA, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Defendant's Sentencing Date filed on March 24, 2017.

FOR GOOD CAUSE SHOWN:

1.    Defendant's sentencing date is moved from May 15, 2017 at 8:30 a.m. to May 12, 2017 at 8:30 a.m..

2.    The parties' sentencing papers shall be filed no later than April 24, 2017.  Any party who intends to move for a continuance of the sentencing hearing shall, not later than 21 days prior to the

hearing date, meet and confer with opposing counsel and file any such request in writing with the Court.

IT IS SO ORDERED.

March 26, 2017
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Eddie A. Jauregui
EDDIE A. JAUREGUI
Assistant United States Attorney

2