Nathan J. Hochman, SBN 139137
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, CA  90404-4082

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 16-66(A) - PA |
| v. | |
| LEROY BACA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

1) Defendant Leroy Baca's Unredacted Sentencing Position and the Declaration of Nathan J. Hochman in Support of Defendant Leroy Baca's Sentencing Position attaching unredacted Exhibits A, B, C, D, E and F; and

2)  Defendant Leroy Baca's Objections to the Presentence Report

**Reason:**

☑   Under Seal

☐   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Per Court order dated: _____

☐   Other:

April 24, 2017
Date

Nathan J. Hochman
Attorney Name

Defendant Leroy Baca
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*