Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:    +1.310.255.9025
Fax:    +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com


Attorneys for Defendant
LEROY BACA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66(A) - PA<br><br><br>DEFENDANT LEROY BACA'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF NATHAN J. HOCHMAN |

Defendant Leroy Baca, by and through his counsel of record, hereby applies *ex parte* for an order directing that the following documents be filed under seal: (1) Defendant Leroy Baca's Unredacted Sentencing Position; (2) the April 15, 2017 Report of Dr. Helena Chui regarding Defendant Leroy Baca, attached as Exhibit A to the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position; (3) the July 15, 2016 Report of Dr. Helena Chui regarding Defendant Leroy Baca, attached as Exhibit B to the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position; (4) the April

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DEFENDANT LEROY BACA'S *EX PARTE*
APPLICATION FOR ORDER SEALING
DOCUMENTS CR 16-66(A) - PA

DB2/ 31361946.3

17, 2017 Report of Dr. Douglas Galasko regarding Defendant Leroy Baca, attached as Exhibit C to the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position; (5) Defendant Leroy Baca's Objections to Presentence Report; (6) this application to seal; and (7) the Declaration of Nathan J. Hochman in support of this application to seal.

Respectfully submitted,

Dated:    April 24, 2017                    MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Nathan J. Hochman
      Nathan J. Hochman
      Brianna L. Abrams
      Attorneys for Defendant
      LEROY BACA

MORGAN, LEWIS &
BACCHIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31361946.3

2

DEFENDANT LEROY BACA'S *EX PARTE*
APPLICATION FOR ORDER SEALING
DOCUMENTS CR 16-66(A) - PA

## **DECLARATION OF NATHAN J. HOCHMAN**

I, NATHAN J. HOCHMAN, declare as follows:

1.      I am an attorney admitted to practice in California and the Central District of California and am counsel of record for Leroy Baca in the above-entitled case.  I make this declaration in support of Defendant Leroy Baca's *Ex Parte* Application for an Order Sealing: (1) Defendant Leroy Baca's Unredacted Sentencing Position; (2) the April 15, 2017 Report of Dr. Helena Chui regarding Defendant Leroy Baca, attached as Exhibit A to the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position; (3) the July 15, 2016 Report of Dr. Helena Chui regarding Defendant Leroy Baca, attached as Exhibit B to the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position; (4) the April 17, 2017 Report of Dr. Douglas Galasko regarding Defendant Leroy Baca, attached as Exhibit C to the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position; (5) Defendant Leroy Baca's Objections to Presentence Report; (6) this application to seal; and (7) the Declaration of Nathan J. Hochman in support of this application to seal.

2.      Mr. Baca seeks to seal some of these documents because they contain Mr. Baca's private medical information.

3.      Attached herein as Exhibit "1" is a copy of  Defendant Leroy Baca's Unredacted Sentencing Position and the Declaration of Nathan J. Hochman In Support of Defendant Leroy Baca's Sentencing Position attaching unredacted Exhibits A, B, C, D, E and F.

4.      Attached herein as Exhibit "2" is a copy of Defendant Leroy Baca's Objections to the Presentence Report.

5.      Assistant United States Attorneys Brandon Fox, Liz Rhodes and Eddie Jauregui were informed of this *ex parte* request.  Mr. Fox indicated that the

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Santa Monica

HOCHMAN DECL. SUPPORTING DFENDANT'S *EX PARTE* APPL. FOR ORDER SEALING DOCUMENTS
CR 16-66(A) - PA

DB2/ 31361946.3

government did not oppose the *ex parte* request leave to file the documents under seal.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 24, 2017                            MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Nathan J. Hochman*
Nathan J. Hochman
Attorney for Defendant Leroy Baca

MORGAN, LEWIS &
BACCHIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31361946.3

2

HOCHMAN DECL. SUPPORTING DFENDANT'S *EX PARTE* APPL. FOR ORDER SEALING DOCUMENTS
CR 16-66(A) - PA