Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:    +1.310.255.9025
Fax:   +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com


Attorneys for Defendant
LEROY BACA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LEROY BACA,<br><br>　　　　　　Defendant. | Case No. CR 16-66(A) - PA<br><br>DECLARATION OF NATHAN J. HOCHMAN SUPPORTING DEFENDANT LEROY BACA'S SENTENCING POSITION<br><br>Hearing Date: May 12, 2017<br>Hearing Time: 8:30 a.m.<br>Courtroom: Hon. Percy Anderson |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

## **DECLARATION OF NATHAN J. HOCHMAN**

I, Nathan J. Hochman, declare as follows:

1. I am an attorney duly licensed to practice law in the Central District of California, and I am counsel for defendant Leroy Baca in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. Attached is a true and correct copy of a report from Dr. Helena Chang Chui, M.D., dated April 15, 2017 including her Curriculum Vitae as **Exhibit A.** Exhibit A is filed under seal.

3. Attached is a true and correct copy of a report from Dr. Helena Chang Chui, M.D., dated July 15, 2016 as **Exhibit B.** Exhibit B is filed under seal.

4. Attached is a true and correct copy of a report from Dr. Douglas Galasko, M.D., dated April 17, 2017 including his Curriculum Vitae as **Exhibit C.** Exhibit C is filed under seal.

5. Attached is a true and correct copy of the previously-filed Declaration of Phillip S. Wise, Assistant Director (Retired), Federal Bureau of Prisons, dated June 1, 2016 and its attachments as **Exhibit D**.

6. Attached are true and correct copies of letters previously filed with the Court in support of the Sheriff Baca's Sentencing Position as **Exhibit E**. The letters are listed as follows:

1. Bob Adams, MA – Exhibit E, pgs. 131-132

2. Thomas Alexanian – Exhibit E, pg. 133

3. Kamal Al-Khatib – Exhibit E, pgs. 134-135

4. Lee Kanon Alpert, Esq. – Exhibit E, pgs. 136-139

5. Christopher A. Ambarian – Exhibit E, pgs. 140-141

6. Terry Anderson, Ph.D. – Exhibit E, pgs. 142-143

7. Isaac Asberry – Exhibit E, pg. 144

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CR 16-66(A) - PA

DB2/ 31374851.2

8.    Severyn Ashkenazy – Exhibit E, pg. 145

9.    Jack Ashworth – Exhibit E, pg. 146

10.   Carol Baca – Exhibit E, pgs. 147-161

11.   David Baca – Exhibit E, pg. 162

12.   Judith Anne Howell Baca – Exhibit E, pg. 163

13.   Joseph Baghdadlian – Exhibit E, pg. 164

14.   Amir Bahadori – Exhibit E, pg. 165

15.   Rev. Fr. John S. Bakas – Exhibit E, pgs. 166-167

16.   Ovanes Balayan – Exhibit E, pg. 168

17.   Fred Balderrama – Exhibit E, pg. 169

18.   Dave Bates – Exhibit E, pgs. 170-171

19.   Eber N. Bayona, Esq. – Exhibit E, pgs. 172-173

20.   Bruce Bennett – Exhibit E, pgs. 174-175

21.   Richard Benveniste, DDS, MSD – Exhibit E, pg. 176

22.   Hon. Carol Biondi (ret.) – Exhibit E, pgs. 177-178

23.   Stanley Black – Exhibit E, pg. 179

24.   Douglas Overton Blue – Exhibit E, pgs. 180-181

25.   Michael J. Bostic – Exhibit E, pgs. 182-183

26.   Jane Bouffard – Exhibit E, pg. 184

27.   Rabbi Zvi Boyarsky – Exhibit E, pgs. 185-186

28.   Pat Bradford – Exhibit E, pg. 187

29.   Basset H. Brown, M.D. – Exhibit E, pg. 188

30.   Barry and Terryl Bruce – Exhibit E, pgs. 189-190

31.   Daniel W. Bryant Sr., Daniel N. Bryant Jr., and Matthew N. Bryant – Exhibit E, – pgs. 191-192

32.   Hon. Yvonne B. Burke, Esq. – Exhibit E, pg. 193

33.   Hon. Richard Burns – Exhibit E, pg. 194

34.   Hon. John L. Burton – Exhibit E, pgs. 195-196

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

2

CR 16-66(A) - PA

35.   Karen Cameron – Exhibit E, pgs. 197-198

36.   Vicky Chang – Exhibit E, pg. 199

37.   Hon. Wen Chang (ret.) – Exhibit E, pgs. 200-201

38.   Dr. Paul Chappell – Exhibit E, pg. 202

39.   Hon. Carol Chen – Exhibit E, pg. 203

40.   Lily Lee Chen – Exhibit E, pg. 204

41.   Connie Cheng, DO – Exhibit E, pgs. 205-206

42.   Paul P. Cheng, Esq. – Exhibit E, pgs. 207-209

43.   Raymond Cheng, A.I.A., NCARB – Exhibit E, pgs. 210-211

44.   Takashi S. Cheng – Exhibit E, pg. 212

45.   Brian Chiang – Exhibit E, pgs. 213-214

46.   Evette Chiang – Exhibit E, pg. 215

47.   Steve Chiang – Exhibit E, pg. 216

48.   Brant Choate, Ed.D. – Exhibit E, pg. 217

49.   Barbara Coleman – Exhibit E, pgs. 218-221

50.   Hon. Steve Cooley, Esq. – Exhibit E, pgs. 222-223

51.   Brian Corbell – Exhibit E, pg. 224

52.   Kay W. Coulson, MPA – Exhibit E, pg. 225

53.   Carl D. Covitz – Exhibit E, pg. 226

54.   Alpha Omega Curry, Ph.D. – Exhibit E, pgs. 227-233

55.   John C. Cushman, III – Exhibit E, pg. 234

56.   Lea Purwin D'Agostino, Esq. – Exhibit E, pg. 235

57.   Craig C. Darian – Exhibit E, 236-237

58.   Governor Gray Davis (Ret.) – Exhibit E, pg. 238

59.   Jacqueline Dear – Exhibit E, pg. 239

60.   Henry DeNero – Exhibit E, pgs. 240-243

61.   Garbis Der Yeghiayan, Ph.D. – Exhibit E, pgs. 244-245

62.   Ron L. Dowell – Exhibit E, pgs. 246-247

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

3

CR 16-66(A) - PA

63.    Wendy Doo, Esq. – Exhibit E, pg. 248

64.    Teresa Dreyfuss – Exhibit E, pg. 249

65.    Michael Ellison-Lewis – Exhibit E, pgs. 250-251

66.    Harvey A. Englander – Exhibit E, pg. 252

67.    Jerry B. Epstein – Exhibit E, pgs. 253-254

68.    Patrick Erlandson – Exhibit E, pg. 255

69.    Heather J. Erwin, Esq. – Exhibit E, pg. 256

70.    Royce W. Esters – Exhibit E, pg. 257

71.    Ted R. Estrada – Exhibit E, pgs. 258-259

72.    Julie Farb – Exhibit E, pgs. 260-261

73.    Robert Farb – Exhibit E, pgs. 262-263

74.    Marie Fellhauer – Exhibit E, pg. 264

75.    Dave Fernandez – Exhibit E, pgs. 265-266

76.    Hon. Sally Flowers – Exhibit E, pg. 267

77.    President Vicente Fox – Exhibit E, pgs. 268-269

78.    Stanley A. Friar – Exhibit E, pg. 270

79.    Andrew Friedman – Exhibit E, pgs. 271-272

80.    William T. Fujioka – Exhibit E, pgs. 273-274

81.    James M. Galbraith – Exhibit E, pg. 275

82.    Raymond C. Garubo, Ph.D. – Exhibit E, pg. 276

83.    Rickey M. Gelb – Exhibit E, pg. 277

84.    Nathan A. Gilbert – Exhibit E, pg. 278

85.    Jean Dale Glass – Exhibit E, pg. 279

86.    Roger M. Grace – Exhibit E, pg. 280

87.    Harold Greenberg, Esq. – Exhibit E, pgs. 281-282

88.    Rev. Roosevelt "Rosey" Grier – Exhibit E, pg. 283

89.    J.P. Guerin – Exhibit E, pgs. 284-285

90.    Rita Hall – Exhibit E, pgs. 286-288

91. Harutune Hamassian – Exhibit E, pgs. 289-290

92. Truman Hance – Exhibit E, pg. 291

93. Irshad-ul-Haque – Exhibit E, pg. 292

94. Bishop Franklin J. Harris – Exhibit E, pg. 293

95. Robert L. Harris – Exhibit E, pgs. 294-300

96. Steve Hathaway – Exhibit E, pg. 301

97. Robert Hernandez – Exhibit E, pgs. 302-304

98. Hon. Robert M. Hertzberg – Exhibit E, pgs. 305-306

99. Sandy Ho – Exhibit E, pg. 307

100. David Hochman, Esq. – Exhibit E. pgs. 308-309

101. Arlene Howard and Bryce Noel – Exhibit E, pgs. 310-311

102. Hon. Grace Hu – Exhibit E, pg. 312

103. Lee Iacocca – Exhibit E, pg. 313

104. Rabbi Steven B. Jacobs – Exhibit E, pgs. 314-315

105. James I Jones, Jr. – Exhibit E, pg. 316

106. Shelby Jordan – Exhibit E, pg. 317

107. Dr. Alfred Karam – Exhibit E, pg. 318

108. Pastor George Kazakos – Exhibit E, pg. 319

109. John Kazanjian – Exhibit E, pgs. 320-321

110. Mahomed Khan – Exhibit E, pgs. 322-324

111. Hon. Don Knabe – Exhibit E, pg. 325

112. Hon. Dennis B. Kneier (ret.) – Exhibit E, pgs. 326-327

113. Arnold Kopelson – Exhibit E. pgs. 328-330

114. Michael Kremenetsky – Exhibit E, pg. 331

115. Munson Kwok and Suellen Cheng – Exhibit E, pg. 332

116. Ann Reiss Lane – Exhibit E, pgs. 333-334

117. Saul E. Lankster, II – Exhibit E, pgs. 335-336

118. Thomas Lasorda – Exhibit E. pg. 337

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

5

CR 16-66(A) - PA

119.  Abraham Lee – Exhibit E, pg. 338

120.  Ronald Lee – Exhibit E, pg. 339

121.  Tim Leiweke – Exhibit E, pgs. 340-341

122.  Joaquin Lim – Exhibit E, pgs. 342-343

123.  James Lin, Jr., M.D. – Exhibit E, pgs. 344-345

124.  Matthew Lin, M.D. – Exhibit E. pg. 346

125.  Joshua Liyanage – Exhibit E, pg. 347

126.  Pervaiz Lodhie – Exhibit E, pg. 348

127.  L.Cpl. Carlos David Lopez, USMCR – Exhibit E, pgs. 349-353

128.  Robert H. Lorsch – Exhibit E, pg. 354

129.  Asif Mahmood, M.D. – Exhibit E, pg. 355

130.  Frank G. Mancuso – Exhibit E, pgs. 356-357

131.  Haroon Manjlai, J.D. – Exhibit E, pg. 358

132.  Lynn Mattice – Exhibit E, pgs. 359-360

133.  John March – Exhibit E. pg. 361

134.  Stephanie Mardesich – Exhibit E, pg. 362

135.  Angelo M. Mazzone III, J.D. – Exhibit E, pgs. 363-364

136.  Katrin McCarthy – Exhibit E, pg. 365

137.  Hon. Keith McCarthy (ret.) – Exhibit E, pg. 366

138.  John McNeil – Exhibit E, pg. 367

139.  Onnik Mehrabian – Exhibit E, pg. 368

140.  Bernard Melekian – Exhibit E, pgs. 369-370

141.  Arif Merchant – Exhibit E, pg. 371

142.  Michael Meyer – Exhibit E, pg. 372

143.  Dr. Louis F. Moret – Exhibit E, pg. 373

144.  John L. Moriarity, Esq. – Exhibit E, pgs. 374-376

145.  Hon. Eugene F. Moses (ret.) – Exhibit E, pg. 377

146.  George E. Moss – Exhibit E, pgs. 378-379

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

CR 16-66(A) - PA

147. Richard F. Moss, Esq. – Exhibit E, pgs. 380-381

148. Ricardo F. Munoz – Exhibit E, pgs. 382-385

149. Rev. Cecil L. Murray – Exhibit E, pgs. 386-387

150. Gary A. Nalbandian – Exhibit E, pg. 388

151. Robin Nassif – Exhibit E, pg. 389

152. Marc Nathanson – Exhibit E, pgs. 390-391

153. Nat Nehdar – Exhibit E, pg. 392

154. Nelly Noriega – Exhibit E, pg. 393

155. Anthony H. Normore, Ph.D. – Exhibit E, pgs. 394-398

156. Caron Nunez – Exhibit E, pg. 399

157. Rose Matsui Ochi, J.D. – Exhibit E, pg. 400

158. John O'Connell – Exhibit E, pgs. 401-402

159. Hon. R. Rex Parris, Esq. – Exhibit E, pg. 403

160. Caralyn Percy – Exhibit E, pg. 404

161. Joe Petrillo – Exhibit E, pgs. 405-406

162. Paul Pietrantoni – Exhibit E, pgs. 407-408

163. Barry D. Podob – Exhibit E, pg. 409

164. Omar K. Qudrat – Exhibit E, pgs. 410-411

165. Caryn Quincey – Exhibit E, pgs. 412-414

166. Cecilia C. Ramos – Exhibit E, pg. 415

167. Dean Rasmussen – Exhibit E, pg. 416

168. Hon. Ira K. Reiner, Esq. – Exhibit E, pgs. 417-418

169. Steve Rogers – Exhibit E, pgs. 419-421

170. Mike Roos – Exhibit E, pgs. 422-423

171. Edward P. Roski, Jr. – Exhibit E, pg. 424

172. Wesley Hsu-An Ru – Exhibit E, pgs. 425-426

173. Simon Saeheng – Exhibit E, pg. 427

174. June and Janis Salin – Exhibit E, pgs. 428-429

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

7

CR 16-66(A) - PA

175.  Joseph A. Santoro – Exhibit E, pgs. 430-431

176.  Cameron James Saul – Exhibit E, pgs. 432-435

177.  Hon. John T. Schaefer – Exhibit E, pg. 436

178.  Hon. Joan Schmidt (ret.) – Exhibit E, pgs. 437-440

179.  Michael L. Schwab – Exhibit E, pgs. 441-442

180.  Gov. Arnold Schwarzenegger (Ret.) – Exhibit E, pgs. 443-444

181.  Dan Scott – Exhibit E, pgs. 445-446

182.  Rodney K. Scully – Exhibit E, pg. 447

183.  Ron Seagal – Exhibit E, pg. 448

184.  Jay Sewards – Exhibit E, pg. 449

185.  David Shaby – Exhibit E, pgs. 450-451

186.  Robert L. Shapiro, Esq. – Exhibit E, pgs. 452-453

187.  Ruth Broyde Sharone – Exhibit E, pgs. 454-455

188.  Donald Sheetz – Exhibit E, pg. 456

189.  Gus F. Shouse – Exhibit E, pgs. 457-458

190.  G. Steve Simonian – Exhibit E, pg. 459

191.  Andre Skaf, Esq. – Exhibit E, pgs. 460-461

192.  Clifton S. Smith, Jr., Esq. – Exhibit E, pgs. 462-463

193.  Hon. James A. Smith (ret.) – Exhibit E, pg. 464

194.  Curtis L. Spears, Retired Chief – Exhibit E, pgs. 465-466

195.  Hon. Shawn Steel – Exhibit E, pgs. 467-468

196.  Eden Stein – Exhibit E, pgs. 469-470

197.  John Sullivan – Exhibit E, pg. 471

198.  Richard Sun – Exhibit E, pg. 472

199.  Rev. Mark Tengan – Exhibit E, pg. 473

200.  Clyde L. Terry – Exhibit E, pgs. 474-475

201.  Era Thompson – Exhibit E, pgs. 476-477

202.  Kenneth R. Thompson – Exhibit E, pg. 478

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

CR 16-66(A) - PA

203. Gilbert A. Torres – Exhibit E, pg. 479

204. Hon. Gary P. Townsend (ret.) – Exhibit E, pgs. 480-481

205. Hon. Carmen A. Trutanich, Esq. – Exhibit E, pgs. 482-483

206. Joseph Tseng – Exhibit E pg. 484

207. Kenneth C. Ulmer, D.Min., Ph.D. – Exhibit E, pgs. 485-486

208. Luis C. Valenzuela – Exhibit E, pg. 487

209. Joe A. Valverde – Exhibit E, pg. 488

210. Gilbert R. Vasquez, CPA – Exhibit E, pg. 489

211. Kenneth Veronda – Exhibit E, pg. 490

212. Frank Visco – Exhibit E, pg. 491

213. Elaine Baca Wagner – Exhibit E, pg. 492

214. James Wang – Exhibit E, pg. 493

215. Hon. Diane E. Watson (ret.) – Exhibit E, pgs. 494-495

216. Richard Weintraub – Exhibit E, pgs. 496-497

217. Steve Whitmore – Exhibit E, pgs. 498-499

218. Gary Winnick – Exhibit E, pg. 500

219. Matthew J. Wollman – Exhibit E, pgs. 501-503

220. Rabbi David Wolpe – Exhibit E, pg. 504

221. Dennis Wong – Exhibit E, pgs. 505-506

222. Susan Woo – Exhibit E, pgs. 507-508

223. Hon. Julia L. Wu – Exhibit E, pg. 509

224. Lisa Yang – Exhibit E, pg. 510

225. Hon. Zev Yaroslarvsky – Exhibit E, pgs. 511-512

226. Paul Zee – Exhibit E, pg. 513

227. Anthony V. Zehenni – Exhibit E, pg. 514

228. Hon. Dennis P. Zine (ret.) – Exhibit E, pgs. 515-516

229. Nasser Zomorod – Exhibit E, pgs. 517-518

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31374851.2

9

CR 16-66(A) - PA

7.      Attached are true and correct copies of additional letters submitted to Morgan Lewis & Bockius, LLP to file with the Court in support of the Mr. Baca's Sentencing Position as **Exhibit F**. The letters are listed as follows:

     1.    P. Michael Freeman – Exhibit F, pgs. 519-520

     2.    William T. Fujioka – Exhibit F, pgs. 521-522

     3.    Glen R. Gerson – Exhibit F, pg. 523

     4.    Robert M. Hertzberg – Exhibit F, pgs. 524-525

     5.    John March – Exhibit F, pgs. 526-527

     6.    Christopher Moyen – Exhibit F, pgs. 528-529

     7.    Nanaz Pirnia, Ph. D., MFT, NITH - Exhibit F, pg. 530

     8.    Steve Rogers (unsigned) – Exhibit F, pg. 531

     9.    Steve Rogers (signed) – Exhibit F, pg. 532

     10.    Clyde L. Terry – Exhibit F, pgs. 533-534

     11.    Rev. Janet Weiland – Exhibit F, pgs. 535-537

     12.    Richard Weintraub – Exhibit F, pgs. 538-540

     13.    Rev. Scott Taylor –Exhibit F, pg. 541

     14.    Rickey Ivie –Exhibit F, pgs. 542-543

     15.    Ron Seagal –Exhibit F, pgs. 544-545

     16.    Kevin Oliphant –Exhibit F, pg. 546

     17.    Dr. Bassett H. Brown –Exhibit F, pg. 547

     18.    Constance L. Rice–Exhibit F, pgs. 548-551

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my information and belief.

Executed this 24th day of April 2017, at Santa Monica, California.

/s/ Nathan J. Hochman

Nathan J. Hochman