# EXHIBIT A

# [Filed Under Seal]

# April 15, 2017 Report of Dr. Helena Chui regarding Defendant Leroy Baca