# EXHIBIT B

# [Filed Under Seal]

# July 15, 2016 Report of Dr. Helena Chui regarding Defendant Leroy Baca