# EXHIBIT C
# [Filed Under Seal]

# April 17, 2017 Report of Dr. Douglas Galasko regarding Defendant Leroy Baca