# EXHIBIT E

*From the desk of*

April 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Before his retirement, Sheriff Baca's peers across America awarded him the honor of *Top Sheriff* in the United States. That acknowledgment further validates how his close friends, in or out of law enforcement, perceived him...as a good and honorable man; capable of gaining trust and respect from those under his command and in the communities he served. Frankly, his many contributions in our diverse cultures, races, religions in LA County are legendary. I am witness to his extensive abilities, his work and his compassion for his fellow man. He treats women with equal respect and honors them. There is no bigotry nor prejudice in his soul.

I am a teacher and minister and feel that I am an excellent judge of character. I have spent many hours with Lee Baca discussing the problems in our system of justice and the abysmal state of education, setting the stage for the dire social consequences seen in our county. His forward thinking is oriented in solutions to the social problems we all face today. It was Mr. Baca who initiated the Sheriff's Executive Clergy Council to help stave off and reduce gang violence, unrest and rioting in south LA. He envisioned and initiated jail programs, which ultimately became "Education Based Incarceration". These education initiatives led the way to reduce recidivism and put the ex-offender in a position for gainful employment. These attributes and accomplishments I observed and I'm sure there are many more.

Lee Baca consulted and organized hundreds of opinion leaders in the faith community, which included gang interventionists, to help steer young men and women from entering gangs, selling drugs or dealing in human trafficking. He made friends and brought pride to the communities in which

49

he served and beyond; all the while bringing the rate crime down by over 30%. There is no doubt in the minds of those he reached that his actions saved untold lives.

As sheriff, he provided me and other volunteers, an opportunity to teach dozens of clergy, gang interventionists, mentors, drug counselors and law enforcement the use of the worlds leading drug prevention program. In turn, thousands of youth and adults have learned the truth about drugs, the devastating effects of addiction, and live today due to the training he authorized and supported.

His ideas and vision of bringing education the incarcerated proved an extraordinary opportunity within the community of inmates. The varied curriculum provided an opportunity to attain their GED or high school diploma. This program naturally enabled them to better qualify for work after their release. He was responsible for the dozens of program options for the inmate to improve his self-respect while gaining appreciable knowledge; without which, his life of crime may continue.

As our sheriff, Lee Baca improved conditions and public safety in LA County. For the honorable life he has led, the contributions made to his home county, our state and our country; I believe that Mr. Baca deserves the highest consideration for fair and equitable justice.

Sincerely,

Bob Adams, MA
Lifetime Credential, Secondary Education
National Football League Alumni

Email: bobadamsOT8@yahoo.com

50

 

Case 2:16-cr-00066-PA   Document 46-1   Filed 06/21/16   Page 4 of 67   Page ID #:614

3847 Foothill Blvd. Glendale CA 91214   Phone (818) 957-1212   Fax (818) 957-4664



**DATA PROCESSING/FIELD ENGINEERING CORPORATION**



March 3, 2016

**Honorable Percy Anderson**
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear **Judge Anderson**:

I am writing this note today on behalf of Sheriff Leroy Baca. I have known our Honorable Sheriff for over 25 years and I believe that I know him well enough to provide a better understanding of his character.

First, let me tell you a little about myself. I am the President of DPFE Corporation, an IBM Business Partner as well as Microsoft Certified Solution Provider. I have proudly served in different capacities in many non-profit, local and state governmental and non-governmental agencies for the past thirty-five years. I am a member of several organizations including the Armenian Society of Los Angeles, where I am a Trustee and past President, Armenian General Benevolent Union, where I served six years as the Vice Chair, D&M Educational Foundation Past President. Additionally, I am a Life Member of the National Republican Congressional Committee and have served as a member of the Private Industry Council of the City of Glendale, California. I served as a Chair of the Armenia Fund, Inc. raising in average of $20,000,000.00 annually for humanitarian projects. Lastly, I proudly served as founding member by Los Angeles Sheriff to form the Armenian- American Advisory Board to Sheriff.

I have been a friend to Baca family for many years and have witnessed Sheriff's kind humanitarian activities in responding to the communities needs by donating his valuable services, labor of love and monetary assistance to help charitable organizations.

Honorable Sheriff Baca is a very compassionate human being, with unique capabilities to serve the community and to support many hardworking and honorable families. The mental and emotional strain that the Sheriff and his family have already suffered, and the prospect of prolonging it would be devastating and unfair. I am positive that you will give your ultimate attention to this matter, and I hope that you will allow Honorable Baca Family to continue their normal life by clearing the way with your just judgment.

Respectfully Submitted,

Thomas Alexanian

51

Exhibit E, Page 133

 560 W. Main St., Suite C#117
Alhambra, CA 91801
**UNITED** Tel - (626) 289-0638    Fax (626) 289-8860
**FINANCIAL**    www.aunitedfinancial.com

April 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Honorable Judge Percy Anderson,

I am the poster child for beating the odds. Coming from a single limited English speaking parent home and literally nothing, I have spent the last 27 years of my life working hard. As an underprivileged child, I witnessed my mother struggle to pay rent and make ends meet. It didn't once bother me that there was no sofa to sit on because at least there was a television I worshipped for hours. It gave me hope and the courage to believe that one day there would be a small office and desk job waiting for me. What 10 year old didn't dream of a bringing home a paycheck to contribute to household utilities? What child didn't smile from ear to ear from the mere thought of helping his mother obtain financial security?

At a young age of 12, I did cart wheels when I landed my first job in a sweat shop factory. Cutting the extra thread off of thousands of garment pieces for a penny a piece in unacceptable working conditions didn't come across to me as a child labor issue at the time. After all, I took home my first $50.00 in less than 6 weekends. That first paycheck I blew instantly on a sweater for my mom and the household bills. Spending countless hours in the factory gave me superior observational skills. Before one summer was over, I was convinced that I would one day be promoted to handle the steam press boosting my income from a penny a piece to a nickel a piece. Despite my poor math skills, I still comprehended that 5 times the amount of my pay rate was no joke.

By the age of 15, I had the tenacity to go through phone directories in multiple languages inquiring on any jobs available. After being hung up on and turned away because of my age by everyone in 5 phone directories, my entrance to the world of law began with the important duties of watering plants, cleaning phones and getting lunch at a local law firm. I worked my way up and eventually became a law clerk at a prestigious minority firm in downtown LA by 1996.

While juggling college, in 1998, I founded A-United which began as an innovative service provider to the legal industry providing court services to banks, collection agencies, financial institutions and law firms of all sizes. In 1999, at the Metropolitan News Enterprise Dinner, I met their Person Of The Year, a gentleman I found many similar personality characteristics in. Despite instantly idolizing Sheriff Baca for his optimism, leadership and quick thinking qualities, I half-jokingly shared with him that I would have never signed up for his job becoming responsible for the nation's largest sheriff's department consisting of a staff of 13,000, a billion plus budget to balance and 71 commands. I had less than 12 people on my payroll and wishing I had a doctorate in administration didn't make problems easier to solve. It was easy for me to admire Sheriff Baca and become friends with him and his wife.

52

Case 2:16-cr-00066-PA   Document 46-1   Filed 06/21/16   Page 6 of 67   Page ID #:616

Page 2

Mr. Baca was there whenever there is some injustice against Muslim community; in fact he travelled to Washington Dc to defend Muslims against Muslim Radicalization hearing by Congressman King.

These are few stories and experiences from many that we experienced with Mr. Baca who served in public service in law enforcement for over 49 years.

I am urging your honor to consider the excellent track record Mr. Lee has for all these years and not sentence him in any jail time.

I appreciate your consideration to this matter and I will be available to any question you might have regarding this letter.

Sincerely,

Kamal M.Al-Khatib

Founder/President

53

Exhibit E, Page 135

# ALPERT&GRANT
## BARR

*A Professional Law Corporation*

Encino Office Park I · 6345 Balboa Boulevard · Suite 300 · Encino, CA 91316
Phone: (818) 881-5000 · Fax: (818) 881-1150
www.alpertbarr.com

LEE KANON ALPERT, ESQ
lkalpert@alpertbarr.com

Direct Dial (818) 827-5153
*Licensed to practice in California

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    *United States v. Lee Baca*

Dear Judge Anderson:

This, in my recollection, is fortunately the first of this kind of letter which I have felt compelled to write about for anyone.

By trade I am a lawyer, an arbitrator, a mediator, a lobbyist and a sometimes college professor.

By person I am someone who has grown up in the very poor streets of Detroit, about four blocks from where the riots started, until the age of 12 and one-half (1/2). We were the last white family in what turned to become an all African American community. I would not trade my experiences for those of anyone.

While my family was poor and I grew up in my grandparents' home with little money or assets, my father and family nonetheless taught me honesty, integrity, loyalty and caring for others, regardless of their ethnicity, religion or financial wealth. I have tried to teach our sons those traits and expectations. One of our son's after graduating the University of Arizona with a business degree and a minor in criminal justice is a proud member of the Los Angeles Police Department and in the past 12 years had dedicated himself tow working ONLY in the poor and underserved communities in South Los Angeles with the exception of when he served on the Metropolitan Unit's Crime Task Force and when as an instructor teaching arrest and control in the academy. His passion is to help those good people in the most need. He is the only Caucasian senior lead officer in his division. Our other son who also loves helping people, was originally a hugely successful head of financial planning for one of Merrill Lynch's most successful offices in Los Angeles, but found no passion. So he went back to college on full scholarships, having obtained his undergraduate degree magna cum laude from UCSB and then after his financial career, receiving his Masters in Higher Education from University of Maryland and his doctorate in Higher Education from the University of Michigan he serves as the Associate Dean and Director of Career Ventures, Internships and Employment at Stanford University. My wife, a retired social worker and lifetime credentialed teacher, is a volunteer at organizations dealing with everything from abused women with children in need, in organizations dealing with limiting emotional and physical abilities, and so many others that I cannot recite them all. I try to do the same serving as a past chair and current member of the Providence Health and Services local regional board overseeing 3 hospitals, one high school, and multiple

\\Sbs2011\abg\WPDOCS\955\069\Lee Baca Letter from Lee Alpert (final).docx

CALIFORNIA · NEVADA

54

Exhibit E, Page 136



ALPERT & GRANT
BARR
*A Professional Law Corporation*

Honorable Percy Anderson
United States District Court Judge
April 4, 2016
Page 2

ancillary facilities. I am a founding member and past chair and current board member of Genesis LA Economic Development, where we started with nothing and now have put in excess of a quarter or a million dollars of funding in poor and underserved area for commercial and workforce housing development. I was honored to have received the prestigious Fernando Award, for a lifetime achievement in volunteerism in the San Fernando Valley in 1999. We are a family of caring and giving as was taught to us by our beloved predecessors.

Well, enough about me and my family. Other than the above-mentioned information, I have provided you with a bit of insight into my life and that of our families and have hopefully showed you how difficult and meaningful to me writing a letter for someone with whom I have become a close friend impacts me.

Over the past decade or so, through community organizations, through my serving and chairing major City, County, and State Commissions here in California, I met, and ultimately my wife and I became true friends of Lee Baca and his wife. We did so because of their genuineness and great hearts and belief's in those people they could serve.

My wife and I have found Lee, despite his recent activities and plea in your court, to be courageous, caring, intelligent, loving, and honest in all of our dealings and someone you can truly rely on as a friend no matter what the circumstances. He spoke brilliantly in one of the college courses I have taught (Master's Leadership Course) at a major University and stayed behind to answer innumerable questions and deeply touch each student with sincerity and encouragement. I have seen him care enough to point people in the right direction on so many occasions, I cannot recite them all. Our family truly loves Lee and his wife, Carol.

The transgressions that have occurred recently in his life, are not the Lee Baca that many have truly known and loved for decades. They are unrepresentative as to who the whole of Lee Baca is. Those of us that know Lee cannot to this day imagine what caused him to engage in the criminal activity which he had acknowledged, with deep remorse. Having been with Lee, recently, I have personally spoken with him on numerous times about what I call his personal transgressions. I have seen and felt the remorse, the sadness and the deep sorrow that he feels internally, *not* for being caught, but from straying from God's teachings, his families teachings and his true caring for others. It is sad, as he is of course naturally embarrassed, has been brought to his knees and the self-introspection he has experienced has even been more punishing to himself as could any other punishment, including incarceration. He has prayed and he has committed to live the rest of his life in a manner in which he was taught and more importantly followed for all of these decades.

So, who is the real Lee Baca? From my vantage point he is a human being who has like so many of us have privately has transgressed but this time publicly, from a life of giving and caring. He is the Lee Baca that has come to my synagogue and to events involving the Jewish Communities on so many occasions, he is the Lee Baca that I have sat with and observed in African American Churches, showing his caring and kindness and directing children in the correct and righteous manner. He is the Lee Baca who is beloved by the Armenian Community in which so many of my friends participate. He is the Lee Baca who has reached out to the Muslim community, the good Muslim community and spoke to their believers after those horrific terrorists of their faith have struck so many time and assured them that as residents they will receive the same respect and treatment from his deputies as do all others including Caucasians He is the Lee Baca who has set up so many programs to prevent crimes and educate the poor and underserved in so many different manner and methods.

\\Sbs2011\abg\WPDOCS\955\069\Lee Baca Letter from Lee Alpert (final).docx

55

Exhibit E, Page 137

Case 2:16-cr-00066-PA   Document 46-1   Filed 06/21/16   Page 9 of 67   Page ID #:619



ALPERT &
BARR GRANT
*A Professional Law Corporation*

Honorable Percy Anderson
United States District Court Judge
April 4, 2016
Page 3

He is the Lee Baca who has spoken to my children and in particularly my police officer son about doing things the right way with no short cuts, while I have been present. He is the Lee Baca that has set up programs to help those incarcerated on their way out onto the streets without fear of returning to jail. He is the Lee Baca who understanding the importance of education has set up programs in person and on line for his deputies and deputies of other departments, to get their bachelor degrees and their master's degrees, and encouraged them to do so, even if affordability had been a prior issue. This is the overwhelming Lee Baca whom we in the communities of all different ethnicities and religions all knew and still know and trust.

While having family in law enforcement, being in the legal professional, and truly believing those who engage in criminal activities should pay the price or we would be a lawless society, I have come to my own personal conclusion that incarceration of Lee Baca, would be of no good and in this instance would be unjust to him personally and believe it or not to our society.

You see, no incarceration could punish Lee, more than he has and continues to punish himself for these terrible indiscretions. In fact, incarceration might be harmful to Lee, his family and our society. He is not a rapist, a murderer or a threat to society. He is a broken person who in his life exercised tremendous knowledge, caring and commitment, in the vast majority of his actions, including sacrificing his life to help others as a law enforcement officer in the streets. He needs and society needs his redemption, not his incarceration.

So, I would plead to you that in your consideration of punishment, which clearly you as a judge must exercise for the wrong that has been done, you not consider incarceration, but a series of actions, activities, and engagements for Lee with those whom truly can be helped and turned the right way by this gentle man, who has gone astray once in his life. An opportunity like this does not come along very often. Lee Baca can be trusted to help this society in so many ways.

Yes, I know the trust given to those in law enforcement is a special trust that must be taken exceedingly seriously, as my family does, as do I, but I also know that if you believe in the punishment aspect of incarceration, it has already been experienced by Lee's own response to himself as well as that of many others towards him, much more so than a cell can provide

So that leads me to the issue of rehabilitation and the honest belief, that Lee is on the right track now and that continuing this, without the interruption of jail, would be best. To have Lee directed to dedicate as much of his life as you deem reasonable to engaging in those organizations and with those people at risk for whom the most help is needed, will not only continue in his rehabilitation but which will greatly benefit those on the edge of our society and hopefully steer them back in to a good life.

To show you how strongly I believe in Lee Baca, and not excusing or forgetting what he has done, I would personally, as I believe my wife would, trust Lee with both of our children and our new grandson to teach them honesty, integrity, loyalty and all the right things to do.



ALPERT BARR & GRANT
A Professional Law Corporation

Honorable Percy Anderson
United States District Court Judge
April 4, 2016
Page 4

This tragic anomaly in his life, with your honorable assistance, can be turned into a true blessing and learning experience to Lee and to others, so they do not stray from the path of commitment and good or following the law.

Respectfully.

LEE KANON ALPERT
for ALPERT, BARR & GRANT
A Professional Law Corporation

\\Sbs2011\abg\WPDOCS\955\069\Lee Baca Letter from Lee Alpert (final).docx

57

# CHRISTOPHER AMBARIAN

3151 OAKDELL LANE, STUDIO CITY, CALIFORNIA 91604

PHONE: (805) 990-8833                           CHRIS.AMBARIAN@GMAIL.COM

June 3, 2016

The Superior Court
County of Los Angeles, California

In Re:  Leroy D. Baca

If it pleases Your Honor and the Court:

My name is Chris Ambarian. I am 55 years of age, a businessman, presently the co-founder and Chief Marketing Officer of Promomash, Inc., a California corporation in good standing. I was born in Los Angeles, and come from a family of civil servants (my father was a Battalion Chief and my brother is a Captain in the LAFD, and my other brother is a medal-of-valor-awarded Deputy in the Ventura County Sheriff's department). Aside from a few traffic violations, I have had no legal entanglements in my life.

I met Lee Baca several years ago when I was an executive responsible for my company's leadership training and personal development curriculum and our annual conventions. During this time I was fortunate enough to be able to get to know the Sheriff over the course of several meetings, speeches, fundraisers, and personal interviews. Over the course of a few years, Baca graciously shared his wisdom with thousands of members of our company, at no personal recompense, and we all benefited greatly from our relationship with him.

As a business executive, I am familiar with the challenges of organizational leadership. And of all the many leaders I have studied, on balance Lee Baca has impressed me the most. He is extraordinary in his ability to bring a positive, inclusive, and progressive philosophy to an extremely challenging role, and to translate his ideals more often than not into real-world progress – often in the face of fierce organizational resistance. It's not every day that you see the top executive of a huge law enforcement organization venture into the jails to have a direct, heart-to-heart conversation with inmates in order to better understand what's going on. I will also confess that, as hard-nosed an executive as I usually have to be, I have been moved to *tears* on multiple occasions when listening to the former Sheriff speaking to power about the value of every human life – *especially* those who were incarcerated and under his care.

My father taught me that there were basically 2 types of people in this world: those who serve and contribute to society, and those who simply enjoy the benefits of living in that society. More than any other civil servant that I have known, Sheriff Baca both philosophically and in his actions on and off the job exemplified the ideal of a man who seeks to be of service to everyone. He always fought the good fight… as best that could be discerned at any given moment.

58

Exhibit E, Page 140

2016-06-03                                                                                    Ambarian, page 2

Given the humility, clarity, and profound compassion for others that Mr. Baca demonstrated to me in our private conversations, it was sad for me to see that he had failed to discern what the good fight in this case was, and what that mistake would cost him personally and professionally.

Life occasionally appears as clearly black-and-white, but most often the reality is a bit more nuanced. This is not to excuse Mr. Baca for what he has done. But while the former Sheriff clearly crossed a legal boundary and in a black-and-white sense is guilty of a crime, I do believe that the punishment for that crime is deserving of the Court's discretion.

The situation at hand was by his own admission a failure of leadership... though from my experience with him, one that was completely out of character, and one that followed many years of leadership successes. I cannot begin to imagine the pressures and compromises required in order to lead and evolve as large and complex and entrenched an organization as the LASD; but knowing Mr. Baca's talents, I am absolutely confident that under anyone else, the Department would not have made as much progress as it did under his leadership. To be sure, we must strive toward the achievement of ideal, lofty goals – and, often it is well to be thankful when at least significant *progress* toward such goals was achieved (especially in places where any progress at all is rare). Knowing first-hand what the culture of law enforcement (and politics) can be like, I for one am very thankful that Lee Baca was our Sheriff for so many years. The Department made a lot of progress during his tenure.

I firmly believe that Mr. Baca has many years of community service left in him, and knowing him as I do, I am absolutely confident that he will be more motivated than ever by the lessons of the situation at hand to use those years to be of further service to society – that is simply who he is. And as his friend, I will offer him and our community anything I can to assist him in whatever his future efforts will be.

In summary, the instant case notwithstanding, meeting and getting to know Lee Baca and being able to count him as my friend has been a high point in my professional and personal life. And as serious as this offense was, it does not fundamentally change for me who I know Lee Baca to truly be.

It is my humble but urgent request of the Court that Baca's decades of public service and all the good that he did do to bridge the unfathomable gap between the norms of law enforcement and society at large should factor significantly in the Court's determination.

I thank the Court for its time and consideration.

Respectfully and sincerely,

Christopher A. Ambarian
Studio City

59

Exhibit E, Page 141

Terry D. Anderson, PhD
125 East H Street
Ontario, California 91764

March 12th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am Terry Anderson and I am a retired Professor of Criminology (for 38 years) and my home is in Ontario, California. During my time as a Professor, and since my retirement in 2012, I have worked as a strategic planner, consultant and researcher with many policing agencies such as San Diego Police, Folsom Police, LAPD, the Royal Canadian Mounted Police and numerous other justice and public safety agencies. I am certified by the California Commission on Peace Officer Standards and Training to facilitate their specialized Team Building Workshops for police executives.

I have known Sheriff Lee Baca for over five years. I first met him in 2010 because I and my two co-authors were seeking an exemplary leader to write the Foreword to our, *Every Officer Is a Leader* book. We had been studying police leaders' careers and according to our research no one had more experience and success in the field of leadership in a large policing agency than Lee Baca – no one in the world had led so effectively and served 4 terms as Sheriff in one of the largest policing agencies in America. And, we also discovered that Sheriff Baca was in demand at international policing conferences to speak about his innovative approaches to leadership, organization development, community safety and public trust. And finally, it was an LASD published document titled, *A Decade of Leadership* that corroborated our independent research that he was one of best and most innovative police leaders in America:

https://www.dropbox.com/s/0u0nllwjzv6m3m1/LA%20County%20Sheriff%2010%20Years%20of%20Leadership.pdf?dl=0

After Sheriff Baca agreed to write the Foreword to our book, I later worked as a consultant and executive coach with him and observed his leadership capabilities in meetings with his Command Staff where I helped to facilitate their strategic plan and their executive retreat. From 2012-2014 I spent over 40 days working with LASD and had an opportunity to observe his team leadership and commitment to ethical practices.

The most significant thing I observed was Sheriff Baca's commitment to people: He exhibited equity and fairness in all of his dealings with staff and inmates. I saw him treat people inside the

60

Exhibit E, Page 142

agency and in the community with respect (regardless of their race, religion or rank) and he went out of his way to communicate to them that they had intrinsic worth and unrealized potential. He instituted innovative programs for both inmates (Education Based Incarceration) and officers (Education Based Discipline) that to this day have become best practices in policing and corrections…and these practices are being implemented internationally in other agencies. He personally went around to *every functional team meeting* at LASD and asked all employees in those teams what needed attention and how things could be made better – and he acted on their suggestions and tracked the progress of change. He urged and coached supervisors and managers to do the same on a continuing basis. The most impressive thing about his meeting with them was his **commitment to continuous improvement** in his organization and the fact that he cared enough about all people to listen with empathy, and to act to remedy their concerns. He is the first and so far the only Sheriff in the United States who has instituted a Bureau of Continuous Improvement.

Sheriff Baca served LASD and the Los Angeles community for 49 years and *not once was he found to be culpable* or lacking in ethical judgment in any internal investigation. Throughout his career, he made thousands of effective decisions in one of the most complex organizations in the world, and in one of the most diverse cities in the world. For this reason, I personally believe, because of the long history of his integrity that what he has confessed to was likely an **error in memory, or an error of omission**, and not an error of conscious or premeditated commission. Based on my experience and observations of his behavior and character at LASD I personally believe that Lee Baca is figuratively the "good captain going down with the ship" when a relatively small but silent mutiny was going on behind his back that was intended to result in his demise – so that a few others who did not have his integrity could move up and fulfill their desire for more control and power. Some of those people are in jail or awaiting trial and some of them could be attempting to assign culpability to the Sheriff where there is likely none at all.

Judge Anderson, if ever in history there has been a case for mercy in sentencing, I believe it could be this one. However, I truly respect your rights and responsibilities in the due process of the law. I trust that my limited but unique perspective might be of some value to you when you are making your judgment regarding appropriate sentencing in this case of the United States vs. Lee Baca.

Sincerely,

Terry D. Anderson, PhD

61

**Teen Intervention Program**
**Isaac Asberry, CEO**
**PO Box 5332**
**Compton, CA 90224-5332**
**(310) 637-1824 – Office**
teenintervention@sbcglobal.net
http://teeninterventionprogram.org

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

*Re: United States v. Lee Baca*

Dear Judge Anderson:

This letter is written on behalf of Leroy "Lee" Baca for his invaluable support and interaction with the Teen Intervention Program.

I am the CEO/Founder of the Teen Intervention Program (TIP). The Teen Intervention Program is a non-profit organization developed in 2008, to help identify and address the problems that children in the Los Angeles County area face, that include poor social skills, inferior academic education, abuse of alcohol and other illicit substances, and gang affiliation. I also work with the National Association for Equal Justice in America (NAEJA) Youth Committee. This organization mentors children and young adults to provide a positive role model and promote positive social behavior.

Lee Baca has been an active supporter of both of these organizations. He mentors youths in both the TIP and NAEJA programs, at schools and was the lead figure in the "Stop the Bullying" Campaign. He provides insight in reference to possible consequences of life choices of program participants.

  

In spite of his current legal situation, Lee continues to be an active supporter of the Teen Intervention Program and I wish to express my gratitude.

Sincerely *Isaac Asberry*
Isaac Asberry
CEO Teen Intervention Program (TIP)

62

Exhibit E, Page 144



April 19, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter on behalf of Sheriff Lee Baca to bring to your attention the observations of someone who is not a close friend, but who has benefitted from his leadership and organizational skills.

I have designed, developed, and built over fifty properties in unincorporated areas of Los Angeles, one known today as West Hollywood. Some of the more visible properties include the Bel Age Hotel (now known as The London), the Mondrian Hotel, a multi-story office building at 8800 Sunset Boulevard, etc. I am also the founder of six nonprofit organizations and distributed most of my wealth to worthwhile charitable causes. The latest honor bestowed upon me, in 2014, was the invitation to deliver the commencement address for the UCLA (my alma mater) Department of Humanities.

I divide the safety and tranquility of West Hollywood into two periods – before and after Lee Baca took charge of the Sheriff's Department. Before his tenure, it was a time of lawlessness, crime, and blight. Sherriff Baca's predecessor favored a brutal clamping down in an obvious discriminatory atmosphere. It resulted in a time of fear and complaints bordering on outrage. With the arrival of Sherriff Baca, things changed for the better, far better, bordering on wonderful.

Under Sherriff Baca's leadership, the department became one of the most diverse, with deputies trained to be kind, polite and committed to working for the community - not against it. Response time for emergencies decreased dramatically and the community settled into a comfortable relationship with the Sherriff's Department. With the departure of Sherriff Baca many of us are concerned that crime will increase and so may the emergency response time.

I beg your honor to consider Sherriff Baca's strengths and accomplishments and to forgive his alleged weaknesses.

Respectfully,

Severyn Ashkenazy

327 North Palm Drive, Beverly Hills, CA 90212    Tel 310-385-3300
Lerming@aol.com

63

Exhibit E, Page 145

Dear Judge Anderson,                                     March 24, 2016

I am a retired school teacher who taught at King/Drew Magnet High School for 21 years. Our school is located on the border of Watts and Compton, an area which is known for its share of crime and violence. During my time at the school, I became aware of Sheriff Lee Baca as someone who took interest in our community and got involved with the residents who were actively seeking to improve the area.

I am not knowledgeable Sheriff Baca's legal case, but I do hope that you will include in your judgements, the understanding of what kind of man Sheriff Baca is to many of us who know him personally.  He has gone out of his way to speak at community events and conduct meetings in which community leaders are able to develop cooperative efforts to bring peace and cooperation in Los Angeles. I really wish there were more men like him in position of leadership, and I think we would have a much better city.

Thank you for considering my perspective on what kind of person I know Sheriff Baca to be.

Sincerely,

Jack Ashworth

64

Exhibit E, Page 146

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

I am Carol Baca, former Sheriff Lee Baca's wife. You can reach me by my email: bacacarol@yahoo.com. There are too many things I can write about Lee's character. Here are few examples:

1)    My Beloved Husband

I met my loving husband at the Chinese Club yearly event on Nov. 2nd, 1996. He told me his goals in life were four things: security, education, welfare, and charity. I was so impressed that the first time in my life, I saw someone as great as my father. And indeed, I saw how much effort Lee spent relentlessly for these four goals in his life.

Lee was amazed that I got an Electrical Engineer Master Degree at USC. I worked in the computer field for twenty years, but I didn't like it. When we got married, he told me, "When a man loves a woman, he wants his woman to do things she likes." So I left the computer field and started my happy and colorful life. I went to Trade Technical College to learn fashion, swimming, horse riding, golfing, boxing, yoga, self-improvement, and volunteered for many activities.

Most of all, I learned so much from Lee and became a better person. Lee believes we can influence people to become better. He definitely influences others to become better people. With Lee's support, I have the opportunity to help other people and organizations. For example, I raised $1. 5 million and acquired the historical Garnier Building for the Chinese American Museum and helped it open in 2003. I am a board member, docent and involved in the $1milllion Friendship Fund for the Huntington Library. Besides the Children's Hospital, I also

1

Exhibit E, Page 147

participated in the building of a new San Marino Library and the passing of Proposition 49 for after school care... I felt I am really living, have a real goal, and it's now worthwhile for this life.

2) Leader

Everyone who knows Lee acknowledges that he is a workaholic. For the past thirty-eight years, he has gotten up at 5:30am, stretched, and run eight miles every morning except Friday. He used to go to work around 8 A.M. and come home around 9 or 10 P.M. including weekends until he retired in 2014. He prepared his body to be fit when he was thirty-five in order to accomplish the impossible work load he knew he had ahead of him.

Most of all, because of his passion and his love for L.A. Sheriff's Department (LASD) he was working for free; he could have retired ten years earlier and received the same amount of pay and benefit. Many people offered to support him to be the governor or the Homeland Security Secretary. He said that he only want to be the Sheriff.

After Lee's tireless endeavors, the LASD yearly budget grew from 1.5 billion to 2.9 billion. Despite that, he never stopped trying to make the LASD become better.

Lee encouraged everyone to be a leader. A leader has to be a good role model and work the hardest. All of Lee's drivers and secretaries said that they couldn't keep up with his energy. Only I knew that Lee had so many things he wanted to accomplish that he never had enough sleep since he was the Sheriff.

His most common comments at night are "too much..." But it's hard for him to refuse requests – he had 30 new requests daily. He committed to too many activities for sixteen years. Sometimes ate three dinners in one night, and sometimes we were hungry because we went to 3 dinner events but all missed dinner time. Every time I met him at his office to go for events, I always saw four or five people waiting in line to ask questions or discuss issues with him.

People said I probably didn't have many chances to see Lee because he was so busy, but I always joked that I saw him "a lot" at events. The car was his second

2

Exhibit E, Page 148

office. His car needed to be replaced very often because we went everywhere and the car mileage was high.

Normally, every weekend we went to five or six events per day that could range from Downtown Los Angeles, San Diego, Lancaster, Burbank, and Santa Monica in one day. Once he flew to Las Vegas three times in one week and I couldn't understand why he couldn't stay there overnight instead of flying back and forth so frequently. He went to Miami for conferences several times.

He is very patriotic, never misses the yearly Peace Officer Memorial Ceremony at Washington D.C., and gave speeches on Memorial Day. He made sure sheriff department veterans received good care and returned to their jobs when they came back from Iraq. He encouraged programs that supported frontline soldiers with letters from sheriff employees. He was honored by the Employer Support of the Guard and Reserve (ESGR) and rode the ESGR float in the Rose Parade of 2004. He made sure every homeless veteran who entered the jail would be transferred to a veteran facility. He always said "Nothing can compare to those soldiers came back from the battlefield and suffered from injury."

He was always proud that he was a Marine for six years in addition to working for 49 years at LASD and helped many police departments in Los Angeles County.

He went to Sacramento and Washington many times to lobby more funds every year. I remembered on our way to the airport, he called and made an appointment with a congressman regarding the unfair formula of Federal funds to California Law enforcement. While we were in Utah, he did the same thing. He never stopped and would never miss any opportunity to improve the LASD.

Because of his trips, efforts, and lobbying, he got $450 million from Washington D.C. and Homeland Security for Regional Interoperability Communication System for all law enforcement, fire, and emergency medical first responders in the Los Angeles County. He not only helps LA County, other counties, other law enforcements, organizations like DEA, FBI, CIA, even other countries etc. Lee often said, "We need action, there is too much talk." Because of Lee's long-time efforts, he also got $250 million for restoring the Hall of Justice and $104 million for the Crime Laboratory. Lee never took credit for all that he did and always humbly gave the credit to others.

3

Exhibit E, Page 149

Lee believed that action must be demonstrated by his captains. If they do what is right only after they got approval, they don't need to be a captain. Bureaucracy and inaction at times impeded service to the public.

3) Visionary, Educator, Preacher, Mentor...

When Lee first ran for Sheriff in 1998, some people teased him by calling him a social worker and educator because he wanted everyone to learn including inmates. The LA Times drew Lee as a huge Don Quixote fighting the windmill on full newspaper size. I, too, was wondering shouldn't the police catch criminals and not worry about educating them? How ignorant I was then. Now I realized how the teaching process prevented numerous crimes. People with vision are usually lonely at the beginning because most people haven't caught up yet.

After Lee got elected, he wanted to have all LASD employees have the opportunity to get college degrees while working to advance their career. Some captains said it was impossible. After two years of trying, Lee selected two lieutenants who made it happen. The LASD-University is composed of twenty universities and colleges. And thousands of employees now have their bachelor, master, and doctor degrees because of 'LASD-U'.

To prevent juvenile crime, he implemented educational programs in elementary schools, high schools, seventeen Sheriff Youth Centers, and eight centers for Vital Intervention & Directed Alternatives (VIDA). We went to a lot of graduations of these programs every year. I was so moved by the teen delegates who gave speeches on how the program changed their life. I was touched by a mother who said that she would commit suicide if wasn't the VIDA changed her son.

We saw kids overcome with awe by the new baseball team uniforms, computers, footballs, basketball, soap box derby, and boxing games at various Youth Centers.

Lee didn't forget successful children; he gave numerous speeches on many occasions including university graduation ceremonies. He developed the Police Ambassador Program and Explorers Program to encourage teens to be involved in a law enforcement career and to be a better person.

4

Lee tried thousands of programs. E.g. he even had deputies give children educational books while they were on street – they called the action 'book the teens' etc.

In 2003, Lee created EBI (Educational Based Incarceration) programs to help inmates get back to society as a lawful citizen. He provided them with academic and many life skills programs. Approximately 8,000 inmates in county jails are in learning programs daily. There are some inmates that requested longer sentences so they could finish and get a high school degree. He cared about the inmates' needs; I saw hundreds of inmates in a room expressed their needs in a jail town hall meeting and Lee did his best to accommodate requests. Lee even encouraged a death sentenced inmate to study and get a degree to better himself.

I saw the inmates give Lee a standing ovation. Lee allowed kosher food, a dog training program, transported inmates to First AME church on Sunday, have inmates visited by religious leaders, and allowed books in the jail because that's what the inmates wanted, and it was good for them. Every Christmas we would visit the inmates and Lee would shake hands with all individual-cell serious offenders. During Christmas, there were gifts for all children visitors and inmates were provided with individual Christmas treats.

The inmates need a good environment and support group after they get out of the jail. Lee and USC football coach Pete Carroll started the Better L.A. Organization (Pete supported $2 million operation fund yearly which has former inmates helping gang members to reintegrate into society).

In 2003, to ensure the fair justice and appropriate discipline for LASD problem employees to the public, with support from the LA Times, Lee created "The Office of Independent Review (OIR)". A former Civil Rights US Attorney was selected by the Board of Supervisors to manage the OIR and staffed by 7 civil rights lawyers. This unprecedented move caused headline news. Committed to transparency, Lee opened the jails for adults interested in a visiting, he welcomed ideas and suggestions. He worried the most about managing unstable inmates who can become abusive.

In 2008, he worked with the FBI to investigate problem staff in the jails. In 2011,

5

Exhibit E, Page 151

he created a Jail Task Force of the best commanders in LASD who worked tirelessly to improve the policies, services, practices, education, and training of the jail personnel. No one wanted to have the best jails than Lee.

He loves the public and all the men and women in the LASD. Whenever any deputy died or was wounded, he would be very quiet, not smile, and drop everything to fly or drive to support and console family members. He even went to Mexico to lobby for the extradition of a fugitive who killed a deputy. He eventually was extradited to the U.S.

In 2008, when the second largest recession began and lasted for five years, a 5 year $500 million budget cut happened. The biggest area hurt was the jail system. Insufficient staff and supervisors created a lot of problems. He tried all means possible and somehow managed not to lay off any employees. He did this by enforcing one man per patrol car, stopped overtime, did not fill positions of people that retired, encouraged higher rank officers to volunteer for more work, cut working hours, shifted employees to different locations and positions, and lobbied the State and the Federal government for more funds. He sacrificed a lot and managed not to lay off any employees. But a lot of the employees complained about the shifting and changes which helped save their jobs. Again, the visionary person usually lonely because the majorities don't see the big pictures.

Finally, he developed a ballot Initiative for a half-cent sales tax to help all County law enforcement Agencies. Many of his friends said, "That's political suicide, people don't like a tax increase." Again, it was right thing to do, so he was not afraid. He raised $1 million and two thirds of the citizens' signatures for qualification of the voting requirement, but when they deleted the unidentified signatures, it went slightly under two thirds of the required voters (64%).

When 9-11 happened, he went to Israel and Pakistan to learn how their intelligence worked and from their experience to purchase advanced equipment to improve L.A. safety. Criminals have no boundaries between countries, cities, and streets. He created the "Police Diplomacy" liaison with thirty countries to ensure cooperation. They exchanged training experiences and successfully had criminals being sent back to their country. Moreover, he led the development

6

70

Exhibit E, Page 152

team of LA County's Joint Regional Intelligence Center. He assigned 25 Deputy Sheriff Investigators assist the FBI operations on a permanent basis of which continues until this day.

He learned that intelligence is most important weapon needed to fight terrorists. For every successful suicide bombing incident, there are many worldwide terrorist being caught or killed before they can attack people because of intelligence. For example, after one briefing at Israel, we were going to our next location - the airport. The host told us to wait, because they knew terrorists were crossing the border at 9 A.M., so the intelligence crew identified the van with the terrorists inside and made them wait on the freeway traffic. After waiting for one hour, they informed us that we could leave because they had caught the terrorists.

I believed the LA is free from the terrorist mainly because Lee spent so much time and effort to prevent it. All the Homeland Security Secretaries in Washington DC gave Lee awards for his contributions. Since Lee is so innovative on jail, community, crime prevention, homeland security etc., I heard so many Sheriffs or Chiefs from other states said how good Lee was that they learned from him at various Law Enforcement Conferences. The National Sheriff Association (composed of all the 3000 Sheriffs in US) elected Lee 'the sheriff of the Year' in 2013. After Lee saw news that criminals have advanced weapons, he immediately purchased better weapons because he did not want his deputies, who were targets, to be without the proper ability to defend themselves. Though Lee didn't use the new technologies himself, he made sure his department always had leading technologies.

Lee loves a clean and beautiful city. He picks up trash in any city and any street. There is the "Broken Window" theory that LAPD Chief Bill Brattan and Lee embraced which means you maintain the city clean and tidy, the security is improved too. When Lee and Governor Gray Davis saw that Chicago Mayor Daley hired homeless on the weekends to clean the city, Lee had his inmates clean the streets where the homeless reside. They got approval from the homeless to remove the trash, but because the City Attorney threatened to sue Lee for violating homeless rights, it did not last. Inmates, however, willingly cleaned alleys in Compton as a permanent work crew.

7

Many times people thanked Lee for the Asian Task Force who targeted Asian Gangs and criminals.  E.g. the Duarte City Mayor said because LASD cleaned the criminal on the street, they could develop the City with a prosperous future.  Lee had 'Gang Task force' that reduced high crime rate cities to a safe and growing city. I remember when Compton had a murder rate of 80 per year.  After LASD took over, the murder rate dropped to 16 per year.  Among the 20 retirement parties, hundreds of Compton, Cudahy, Central City and Norwalk residents appreciated that Lee and LASD deputies made their cities better and safe.

4) Philanthropist and Hero

Lee has a great heart. He wants to help everyone who has a need.  Frequently, people would come up and ask for help ranging from a mother suspecting his daughter was murdered, someone that felt misjudged by justice, a teacher who experienced unfair treatment, to a dead body that needed to be removed from the street.  No matter rich or poor, weak or strong, even the President needed help too.  The more power Lee had, the more people he helped.  He often asked assistants to follow up on those he tried to help.

One time, Lee was sick and we had just come out of the pharmacy and saw a motorcycle accident.  There were people already helping the wounded, but even with a serious sickness and late for a function, Lee still joined in to help.

He wanted to build two homeless shelters because 10% of inmates are homeless. He believed homeless veterans belong in public facilities.  Lee also believed homeless belong to shelters, not jail.  He obtained money, and even drew blueprints and environmental reports for the proposed shelters.  But he got strong rejection from some elected officials and local residents wherever he proposed a shelter.

In a meeting in the Sheriff's conference room, people were so strongly united against Lee putting a shelter in their community.  One rich contractor I respected said, "I like you, Lee, but if you insist on building the shelter, I swear I will use all the power and money I have to stop you."  Lee answered firmly to push the plan with his gentle tone as usual.  I was shocked and also felt like Lee was David vs. Goliath; He was not afraid that the whole world was against him as long as he helped the homeless.

8

Exhibit E, Page 154

When misfortune falls upon his friends such as divorce, unemployment, and family member passed away, wedding canceled, etc., Lee would accompany them for hours. He spent a lot of time helping the unemployed to apply for jobs and took them to movies, sport games, and other forms of entertainment to try to cheer them up. He wanted all people to be respected.

When Serbia was in trouble, Lee helped a Serbian student apply to college and supported his tuition. One time he got a complaint that a deputy chased a suspect and ruined a lady's roses. Lee bought new roses and planted them in her garden during the weekend.

Lee volunteered for a lot of activities. One time he was supposed to teach a class at West Los Angeles College and only one student showed up. Most people would cancel the class, but Lee still spent hours with that one student. He even helped a church set up a school for preschool students in order to have a foundation and prepare for their future success.

In the South Central Century Station, Lee persuaded the LA County United School District to fund a charter high school at the closed court in the Lynwood Regional Justice Center. The school graduated all of its students and all were accepted to colleges throughout the United States.

Lee tried hard to serve all age groups. One time we went to a juvenile detention center that consisted of approximately thirty girls (mostly prostitutes around 16 years old) and approximately thirty boys (gang members or drug users). They didn't have any programs setup so they were just doing nothing in that small place. Everyone cost $250,000/yearly without any mentor or education program. A passionate officer there hoped that Lee could help those misfortunate kids.

Lee gave an intelligent and upbeat speech to the detained teenagers. The girls were very cooperative from the beginning. The boys were cold and motionless but became attentive listeners and participants at the end. Lee tried to merge the Probation Office into LASD and provide programs for these teens but did not succeed. Lee felt that juveniles incarcerated for minimum violence needed mentors. It makes sense to have most efficient use to merge the probation with LASD. It's like Lee merged the court Marshall Service into LASD which not only saved $14 million yearly since 1992 but also made the system very efficient.

9

Exhibit E, Page 155

As usual, Lee tried to solve problems wherever they came to his attention. With Lee's perseverance and creativity, he still needed to patiently wait for the good timing, the right people, and opportunity to continue his many goals. Just like he patiently tried 2 years, 2 lieutenants he empowered, fulfilled his 'LASD-University' dream. The failed 'homeless shelters', 'a merger of the Probation Office for mentoring programs', and 'seeking funds to make LASD jails to be the best', 'LA to be the clean city' etc. was still in his mind as he patiently waited for a better opportunity.

Every year, during the holiday season, we helped package groceries all morning for the needy. My daughter and I would pick the easy jobs, but Lee always took the tough jobs and carried on until the end. Afterwards, we would go to downtown to feed homeless. At the Sheriff's Star Center during holiday season, hundreds of disabled foster children came had fun on all kinds of interesting booths and shows, had photos and made wishes with Mr. and Mrs. Santa, enjoyed good meals, watched shows, and received designer clothes, toys, jewelry etc. Lee constantly donated money to various charities.

Attitude decides Altitude. Lee went through a tough childhood; he thinks pain can help us grow. The most important thing is a positive attitude. It helps not only us but also others to have hope and happiness. I never heard him say bad comments about anyone. He mentored people and respected their privacy. I always heard stories from other people but never heard any gossip from Lee.

When my aunt came to L.A. without a place to stay, he offered our guesthouse to her for years. When my ninety-year-old father came here in 2015 and stayed in our home for 2 months, Lee fully accommodated him. Lee loves everything God has created.

Lee is a gentleman with integrity. He is generous to everyone but himself. He eats at modest places, buys used cars, and buys sale items. He bought suits, shoes, caps for homeless. He gave money to beggars and hard working kids on the street even in Paris and Pakistan etc. We visited China for an international police diplomacy meeting in 2003. He volunteered payment for his four grandchildren's college tuition. He wants to make sure his family members are free from worry. People praised Lee for raising funds for all kinds of charities but never for himself.

10

74

Case 2:16-cr-00066-PA    Document 46-1    Filed 06/21/16    Page 28 of 67    Page ID #:638

5) Retirement

When I was taking care of my ninety-year-old father in Taiwan, Lee suddenly called and told me he decided to retire. I informed my sister and she flew to Taiwan to take my place, then I hurried back to L.A. in 2014. Lee never wanted me worry, never told me the circumstances and I don't read the newspaper. All I knew was that he was tired.

The first year of retirement adjustment was rough in 2014. Lee often said he was working one-hundred miles per hour and then a sudden stop. He did not want a retirement party, but different races, religions, cities, organizations, and even the inmates "Second Chance" group wanted to show their gratification, held their retirement parties for him. After twenty retirement parties, I stop counting.

I am satisfied about one thing; finally he is mine and he can slow down to live a normal life. Now, on the weekend, he only needs to go to two or three events per day. He fixed the leaking shower after fifteen years of waiting because he wanted to fix the leaking himself and never found time when he was the Sheriff. He changed the lawn, replaced sprinklers, changed the refrigerator filters, fixed the vacuum, replaced the heater, cleaned the windows, cleaned the kitchen, and cleaned the bathrooms etc.

But dreadful things happened.

a) One thing is that hundreds of lawsuits were normal for the LA County Sheriff every year. With the retirement, however, Lee was meeting with lawyers himself. A lot of deposition requests and serving papers came to our door step. Every surface in the house including floors were Lee's papers and binders. Even at 9pm at night, someone would show up serve him court papers. Worst of all is that if we lose some cases, the 5 County Supervisors could vote and decide whether the county would pay it or Lee. All the cases are in two categories, (1). Labor-discrimination and promotion etc. and (2) Jail – Inmate complaints. Most cases Lee didn't know the contents but because he was the head of the organization, he got sued along with the Supervisors. I was so shocked and wondered who would want to be the Sheriff with this awful system.

11

Exhibit E, Page 157

b) Another thing is that I started to suspect: Is that Lee may have had Alzheimer's disease. My mother got diagnosed with Alzheimer in 2007 and died in 2012, and our family was never the same since then. My mother became mean and selfish sometimes which are the qualities that I never saw from her before. My father also became impatient sometimes and aged dramatically.

///

6)    Memory Loss

After Lee retired, he started to handle his own appointment schedule. He no longer had 5 secretaries and his chief of staff. I wanted to help but he could never remember to give me the information, so I gave up. Sometimes Lee forgot the activities, (e.g. missed 3 times speeches at Nat Nehdar's school.) Or we went to the events without anyone showing up because of the wrong date or wrong time. Sometimes he went to the wrong places or wrong address.

Lee usually can remember all new names and faces of a big room along with their relatives, but now he often can't remember some friends' name, words, or events. He asked same questions or repeat same stories in conversations, forgot what people said, and forgot what he said himself. Or he can't remember my food orders, instructions, or driving directions etc. The scariest thing is that he doesn't remember what happened and what he said in most depositions. He started to eat brain food, buy brain books, and do brain exercises and games – but all those do not work.

He lost his ATM cards and wallet a few times and lost numerous glasses and sport caps. He forgot his cell phone at the Portland airport, and 3 times in doctor's visits. His friend Leon would keep the car key whenever they went out because he misplaced the car key sometimes. We lost some car keys and house keys, so we just make more duplicates.

'Impatient, and not alert'

Without the drivers, Lee sometimes went pass the destination. He complained occasionally that street drivers are too fast and reckless which he never did before. His ability for car back up was no so good like before either. He struggled at

12

76

learning new things. E.g. He visited Social Security Office 4 times to have the Medicare processed because he was confused on Health Care Programs with Medicare.

Lee was never good at money. After retirement within 1 month, he went to bank 3 times to alter the alimony payment system for his ex-wife because retirement changed the alimony amount. He was confused and kept changing the payment system.

He requested the store showed him how to install the refrigerator filter 5 times because he was afraid he won't be able to do it at home. I got it at the first demonstration, but I didn't want to embarrass him so I silently watched the salesman repeat the action.

He learned dance quickly when we met 20 years ago, but now he hardly can catch up at the dance studio. He won't stay 5 minutes to learn the cell phone and email each time and forgot after many repetitions. He finally learned Email and the GPS function because it's a survival skill for him now. Even now, he still can't distinguish the Email and Text.

He couldn't do the 'percent' calculation when we prepared one document. This reminded me of my father who used tell me to bring certain amount of vitamins for him and friends when I went back to Taiwan. One time I found my father still had many vitamin bottles even some almost expired, he still wanted more. I knew then that dad can't do math like before anymore.

Lee was the best communicator. Now, he does not always answer questions directly.

I suggested he use a credit card instead of a debit card when he made charity donations. He won't and said "I want to have a record." Credit cards have records too...

I knew something was wrong so I insisted on seeking doctor's help. Finally, Lee reluctantly made appointment with Kaiser Permanente to see a neurologist – Dr.

13

Exhibit E, Page 159

Qian Zhang in April 2014.  After some visits and tests, Dr. Zhang confirmed Lee had short term memory loss and cognition problem.  But she wanted to wait for a while for more tests, so she can eliminate the cause of stress from retirement. In October 2015, we went to a referred Doctor (the best in this field) Helena Chang Chui from Keck School of Medicine of USC.  She confirmed Lee's short term memory loss and progressive cognition problem with Alzheimer's disease.

The two doctors each ordered more advanced tests which both proved Lee had Alzheimer's disease in 2016.  My worst fear came to reality.  Now I hope the experimental program that Lee signed in at USC will have a cure in the near future.

Lee's mental state is declining.  Two doctors' reports stated that Lee's cognition test done every 6 month showed a steadily decline. I know he needs to use his brain more and learn new things so he can slow the downgrade progress.  I thought of dancing.  I try to ensure that he does familiar routine activities (e.g. running, golf, opera, massage, gardening, watching sport games, and dance etc.). Lee now attends a dance class with me.

We don't know what will happen minute to minute, all we can do is to prepare ourselves.  As I have been, I will be here to care for him every step of the way.  I am worried constantly that I might get sick too. Then who could take care of this great man?

Lee is constantly amazing me.  His wisdom has turned crisis into opportunities.  His perseverance made impossibility into reality.  His braveness reflected his courage to do what was right in spite of criticism.  His kindness touched people who encountered him.  His humbleness gained him endless friendships.  His righteousness won him respect.  Yet his confidence in humans, fully trusting people, caused him several problems but also enable many to be a better person.

The more I know him, the more I love him and can't live without him.  Lee always gives and doesn't like to take.  I am so afraid of not seeing him for even one day that, as long as anything might help, I will try.

I am scared to death that Lee might follow my parents' footsteps.  My biggest fear is that Lee might change his temper and not recognize me.  At his age, 74, I am not

14

78

sure how many years left for me with the Lee that I know and love.  My one wish is to have as many good memories and offer the best quality life for the man that dedicated over fifty years of his life to the service of his Country and did so with the greatest courage, honor, and selflessness that I have ever known.

Sincerely,

*Carol Baca*

Carol Baca

Honorable Percy Anderson

United States District Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 920012


RE: United States v. Lee Baca


Dear Honorable Judge Anderson:

The purpose of this letter is to introduce myself as the son of Lee Baca and to briefly share with you what my father means to me.

I myself was blessed with an exemplary father, I recall when I was a teenager about 14, my friend competed in a running race and took 1st place in his age group. The running event ran out of medals and was unable to give my friend his rightfully earned medal. My friend was disappointed, as my father and I both received medals for our efforts. Seeing how this discouragement affected my friend, my father took it upon himself to manufacture a new medal from one of his old medals. He then drove over to my friend's house and handed him this newly manufactured age group medal. My friend was overjoyed and felt rewarded for his efforts.

A few years ago my friend's father passed away. We conversed about his father and how supportive he was with our cross country team. My friend told me the above mentioned experience he had 34 years ago when my father brought him a homemade medal. He said he thought about giving up running because he felt so discouraged about not receiving an award he earned. He told me my father's act of kindness and empathy allowed him not be discouraged. He was grateful his efforts were acknowledged and rewarded.

As his son my heart swells with pride in my father. It gives me confidence and a desire to follow in his footsteps. He is not perfect-no one is-but he is upright and good and an aspirational example for a son. He has taught me how to be a gentleman and respectful to others. Most importantly he has taught me to be tolerant.

I honor my father and have complete admiration for his role as my father. He has helped me pursue my dreams by always being a great provider and protector. I try to honor him by doing my best each day as a father. 3 John 1:4 states: I have no greater joy than to hear that my children walk truth. I thank my father for teaching me discipleship towards light and truth.

Respectfully,

David Baca 951-757-0037

80

Exhibit E, Page 162

Case 2:16-cr-00066-PA  Document 46-1   Filed 06/21/16   Page 34 of 67 ` Page ID #:644

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles Ca. 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

My name is Judith Anne Howell Baca. I am writing to you regarding former Sheriff Leroy D. Baca, my former husband of 30 years.

I met Lee in 1963. We were married in 1964. He was employed by the Sheriff's Dept. shortly after our marriage. We were both delighted as this was the career he desired to pursue. So you see, I was by his side from the beginning of the work he so loved and enjoyed. I knew how hard he studied as he continued to go to school to further his education. We became proud parents of twins in 1966, Lee worked hard and was a very good husband, father, and provider. We both came from similar backgrounds. I came from the Appalachian Mountains of West Virginia and Lee from East Los Angeles. We were a good team and worked well together.

I can only say good things about Lee even though we were divorced a few years before he became Sheriff. We built a good life together. He was always supportive of me as a woman, his wife, and the mother of his children. After 12 years of marriage I chose a new religion for myself and our son and daughter. Lee could not have been more supportive of this decision. He also covered the expense of our son serving two years on a mission for our church.

Lee served the community of Arcadia where we first lived and later served the community of San Marino where we raised our family. Lee was kind to my friends and was deeply respected as a neighbor, friend, and my husband. He was a good husband and father and we are still good friends. I was by his side for many years. I am the one who knows how hard he worked to become the Sheriff of L.A. County. He loved his work and serving the people. He loves Los Angeles. I never saw him miss a day of work the whole 30 years of our marriage. Lee's finest qualities are his ability to listen, his maturity, his kindness, his honesty, and compassion. He is supportive to everyone he comes in contact with. He is a wonderful person, a wonderful man. I am proud we are good friends and as a family we love him. I wish I could find the words to tell you how he makes a difference in the lives of everyone that knows him. I pray you take my expression of faith in him and his goodness as a human being into consideration.

I want you to know Lee has been a wonderful provider for me even though we have been divorced many years now. We are also grandparents to 3 grandsons and a granddaughter.

Judge Anderson, words are very limiting. I am trusting my letter, as his former wife of so many years, conveys my respect for Lee and our family's love for him. I hope this letter reflects the goodness of who Lee is. I pray my words and thoughts are taken into consideration.
Thank You.
Most Sincerely,
Judith Anne Howell Baca
951-461-0744
29568 Pebble Beach Dr.
Murrieta, Ca.
92563

81

Case 2:16-cr-00066-PA   Document 46-1   Filed 06/21/16   Page 35 of 67   Page ID #:645

March 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:  United States v. Lee Baca

Dear Judge Anderson,

Please allow me to begin by introducing myself.  My name is Joseph Baghdadlian and I am a small business owner in the San Gabriel Valley. I have owned operated Joe's Auto Body & Paint for nearly 40 years in the Pasadena and Temple City areas.  Through my efforts to support both the community and the Los Angeles County Sherriff's Department, I served as a Community Liaison for the Deputy Reserve program.  I have also been affiliated with various organizations in the Armenian community such as ANCA and the Pasadena Armenian Genocide Memorial Committee.

The purpose of my letter is to provide a character reference for Lee Baca for consideration in the above referenced case.  I have had the pleasure of working with Lee Baca on various community projects as a Community Liaison for the Los Angeles County Sheriff's Department.  It was during this time that I got to know him on both a work and personal level, and can now say that he is a good friend.

Lee has been dedicated over the years in facilitating the positive development, encouragement and upbringing of the youth in the community.  Through countless discussions with Lee about our younger generations and the effects of substance abuse and bullying, I was provided with the tools to educate and encourage children and teens in my community and within my culture.  Lee taught me how to engage and educate these individuals with encouragement.

I find Lee Baca to be honest, reliable and an upstanding individual.  I am honored to be his friend and colleague.

Thank you in advance for your consideration.

Sincerely,

Joseph Baghdadlian
1705 Winding Way
Pasadena, CA 91107

82

Case 2:16-cr-00066-PA   Document 46-1   Filed 06/21/16   Page 36 of 67   Page ID #:646



March 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, Ca. 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for many years and I have come to appreciate and respect his immense sense of duty and humanity through the years, He has always been an upstanding citizen of society , and has shown his humility and patience with intricate situations throughout his service to the community.

Several years ago when I discovered that my teenage daughter and friends were drinking at the parties , I was very concerned, and Sheriff Baca personally spoke with her and explained the consequences of such action and had a tremendous impact on her behavior from that moment to this day, and for that I will always be grateful to him.

Sincerely,

Amir Bahadori

THE BEVERLY HILLS HOTEL   9641 Sunset Boulevard, Beverly Hills, California 90210  •  310 • 858 • 8589

83

Exhibit E, Page 165

Case 2:16-cr-00066-PA   Document 46-1   Filed 06/21/16   Page 37 of 67   Page ID #:647





SAINT SOPHIA CATHEDRAL ✝ GREEK ORTHODOX COMMUNITY

1324 South Normandie Avenue, Los Angeles, California, 90006 ✝ PHONE: 323-737-2424  FAX: 323-737-7629

www.stsophia.org

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re:  United States v.s. Lee Baca

Dear Judge Anderson:

I'm writing this letter on behalf of my dear friend Lee Baca, former Sheriff
of Los Angeles County.  With his current legal difficulties as a priest and
personal friend I will not abandon him or turn my back on him.  Considering
his overall record of decades of service to our community, he NEVER
turned his back on the concerns and needs of countless people in our
community.  Any life of achievement and consequences must be measured
in the context of over-all use of one's talents.  Lee Baca has used his talents
to serve.  Is he a sinner?  He would be the first to admit that.  Is he flawed as
a human being?  He would answer yes.

But as a priest and Dean of the Saint Sophia Cathedral and Greek Orthodox
Community of Los Angeles and an adjunct professor of Theology at Loyola
Marymount University my work as a priest is with sinners like myself.

I believe in repentance and redemption.  In our Christian tradition we believe
that "every saint was a sinner and every sinner can be a saint."  As Jesus
said; "he who is without sin let him throw the first stone."  Yes Lee is
accused of a serious indiscretion and offense by the federal government but I
sincerely believe that given the opportunity for mercy and clemency he can
live a productive life and still contribute significantly to our community. I
have known him for over 20 years, working with him on projects in the Pico
Union area.  He helped us organize our first L.A. Greek Fest in 1999 by
providing needed counsel in dealing with the city with street closures and

"When you write your will or update it, please remember Saint Sophia Cathedral. Your gift will live into eternity."

84

Exhibit E, Page 166

permit requests. He helped us deal with gang issues by offering lectures and advice to community members here in our facilities. He is a servant of our community.

The legal authorities and his accusers would gain nothing by incarcerating him. I assure you Your Honor, on the oath of my priesthood that Lee Baca deserves an opportunity to be a productive citizen of our community. There is absolutely nothing to be gained by incarcerating him at this point in his life.

If given probation, and give community service here in the area of Saint Sophia Cathedral, I will assume full responsibility for his behavior. If allowed, I will be his spiritual mentor, having him report to me on a daily basis for work and worship for as long as the court deems. If approved he can help our area with advice on gang and crime which are a problem for us. He can mentor youngsters and deliver inspiring lectures to interested parties.

I pledge to be responsible for him. I believe in redemption. Lee Baca deserves such redemption. I hope and pray that you will seriously consider my comments and requests. I would be most pleased to offer any additional oral testimony and interaction on his behalf.

Sincerely,

V. Rev. Fr. John S. Bakas
Dean

85

**ARMENIAN AMERICAN ORPHANS CHRISTMAS FUND, INC.**
**FOR DISABLED CHILDREN AND FOR**
**THE RESTORATION OF CHILDREN'S HOMES (Est. 1999)**

ՍՈՒՐԲ ԾՆՈՒՆԴԻ ԻԻՄՆԱԴՐԱՄ Ի ՆՊԱՍՏ ՀԱՅԱՍՏԱՆԻ ԾՆՈՂԱՑՈԻՐԿ ԵՆ
ԻԱՇՄԱՆԴԱՄ ԵՐԵԽԱՆԵՐԻ ԵՆ ՆՐԱՆՑ ՄԱՆԿԱՏՆԵՐԻ ՎԵՐԱՆՈՐՈԳՈՒԹԵԱՆ
**(ֆիմնււած 1999թ.)** Non-profit organization a tax-exempt 501(c) 3 charity ID #27-1381531

Wednesday, March 30, 2016

OVANES BALAYAN
President

ONNIK MEHRABIAN
Vice President

ERIK SARKISIAN
Treasurer

NOR SERUND
UNIFIED YOUNG
ARMENIAN ORG.

*Honorary Members*
LEROY D. BACA
Sheriff of Los Angeles
County, California.

FRANK QUINTERO
Glendale City
Council Member

GRIGOR AYVAZIAN
HAROUT BROUTIAN
HARRY AYVAZIAN
NICK NISHANIAN
LEVON AYVAZIAN
GEORGE DADANIAN
DR. ARAM KARAKASHIAN
EDMOND KHODIAN
KHACHIK JANOIAN

*Advisors Members*
DR. ROBERT MOKHTARIAN
DR. VAHAN ALADADIAN
DR. HAMPIK SARAFIAN
VARTKES YEGHIAYAN
Attorney at Law
RITA MAHDESIAN
Attorney at Law
NOUNE AVEDESIAN
VACHIK STEPANIAN
TOMIK ALEXANIAN
GAGIK TAMRAZYAN
HOVIK GABIGIAN
MEGHEDI ABOULIAN
STEPAN HOVAKIMIAN
ALFRED NAZARYAN
SARKIS MAJARIAN
SARKIS TOPALIAN
MIKE AGOPIAN
ARMEN NAZARIAN
RAZMIK ARUTUNYAN
MESROP TOPALIAN

Honorable Percy Anderson
United States District Court Judge
United States Courthouse

Re: United States v. Lee Baca

Dear Judge Anderson:

It gives me a great pleasure of distinct privilege sharing my heartfelt thoughts about former sheriff of Los Angeles, Mr. Leroy D. Baca. I have had the honor of knowing Mr. Baca in person for several decades as I have always been impressed with his exemplary professionalism and service to our larger community. His leadership skills have always been superb and inspirational as he has kept our communities safe and protected with outmost sense of dedication and responsibility.

May I introduce myself before I continue my remarks? My name is Ovanes Balayan and I have been a community activist and organizer for the past several decades serving in various capacities to materialize numerous outreach and charitable activities in different communities of southern California. As the founder and the president of *Armenian American Orphans' Christmas Fund Inc.* I have witnessed how our dearest friend and long term supporter, Mr. Baca, has shown no hesitation to extend a helping hand and help disabled, orphaned, and needy children in far reaching corners of Armenia. A true example of his extreme commitment, I recall how he made it to our live televised telethon last year ten minutes before midnight and right before the fundraising event's closure. He was out of town and had just returned from an out of state trip and had made the effort to be a part of our telethon in such extraordinary manner. He had to keep his promise like every year and I wish I could explain how he energized our viewers and created such enthusiasm by showing up and making his humble contribution at the last minute. That was such a unique and unforgettable gesture by one of our community's most recognized and powerful public servants demonstrating his sense of humanness and kind heartedness. Furthermore, I like to add that Mr. Baca is a very humble man who without any prejudice is ready to help and assist those in need. He has personally visited our orphanages in Armenia several times in the past few years and has assisted and made generous contributions to our cause.

If I could be of any further assistance, I may be reached at 818-239-6880 or be emailed at kachnazar1970@gmail.com.

Sincerely,

Ovanes Balayan
CEO and Founder, *Armenian American Orphan's Christmas Fund, Inc.*
Editor-in-Chief of KACH NAZAR Monthly Magazine for 42 years.
Host and journalist of KACH NAZAR T.V. Show on every Sunday night for 26 years.

P.O. BOX 250038 • GLENDALE, CA 91225 • Tel: (818) 246-0125 • Tel: (818) 239-6880
Fax: (818) 246-7467 • e-mail. forourkids99@gmail.com

Exhibit E, Page 168

April 13, 2016

**RE: LETTER OF SUPPORT FOR HON. LEE BACA, FORMER LOS ANGELES COUNTY SHERIFF**

Your Honor,

This is a letter of support for my friend, the Hon. Lee Baca, who served the residents of Los Angeles County for over four decades and 16 years as Sheriff.

I have known Sheriff Baca for over thirty-six years and he is man of the utmost integrity, honor and character. As the County's Chief Law Enforcement Officer, he dramatically helped reduce crime while advocating for mental health services for inmates. While this approach may not raise eyebrows now, it was revolutionary at the time and Sheriff Baca took a lot of flak but stood up for what was right.

Additionally, Sheriff Baca did something many elected officials refuse to do, he worked closely with our ethic communities many of which are overlooked. He created advisory councils for the Latino, Asian, Muslim, and LGBTQ communities at time which it considered political suicide. Again he stood up for what was right.

When I served as the Mayor of Monterey Park, I worked closely with Sheriff Baca and his staff They were very community orientated and even changed the flight plans of their helicopters to reduce noise to our residents.

Sheriff Baca and his wife Carol have been " pillars of the community" and have never said "no" to the events and charities of Monterey Park or any city in Los Angeles County.

I hope that Sheriff Baca receives a fair hearing that takes into consideration his decades of accomplishments, and hard work on behalf our taxpayers, residents and families in Los Angeles County.

If you have any additional questions you may contact me at 626-862-2882 or via email at goodmanfred@hotmail.com

Sincerely,

FRED BALDERRAMA



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom No. 15
Los Angeles, California 90012

RE. United States v. Lee D. Baca

Dear Judge Anderson:

The following letter is a description of former Sheriff Lee D. Baca and what he has done for the Los Angeles County Sheriff's Department and certainly citizens of Los Angeles County.

I must first give you my back ground. I am a retired Deputy Sheriff of 26 years. In 2015 I retired from the Sheriff's department, looking to further my work in the jails, not only in Los Angeles County but other states who are open to Education Based Incarceration (EBI). In 2006, Sheriff Baca was concerned about the recidivism rate in Los Angeles County as well as the condition of the County jail. In 2006, I was tasked to develop a jail program that would educate inmates, giving them the opportunity to change their way of thinking that would transform their actions in the jail and actions during re-entry. At this time, the M.E.R.I.T Program was created. MERIT is a rehabilitation program( still in action today) that is comprised of Parenting, Anger Management, Relationships, Drug Education and Spiritual Growth.

Between 2006 and 2014, Thousands of men and women had the opportunity to change their way of thinking, which translates to their way of feeling. In 2008 Sheriff Baca was given the reports of force incidents in the MERIT program in comparison to general population. The reports showed that the use of force in the MERIT dorms were almost 0 percent. Sheriff Baca ordered to have the MERIT Program in all of the seven Los Angeles County jails. I personally was responsible for making this directive happen. During the growth of the MERIT Program, the Sheriff's Department was continually receiving reports of men and women who were reentering back into their community as Husbands, Fathers, Wives and Mothers. This was the return on investment (ROI) that we were looking for. With this transformation taking place in the jail, there was less violence. Inmates vs Inmates, inmates on staff, basically creating a jail motivated by education and a chance to start over, allowing Hope !

Not only did this transformation affect the County jail, it grew into the community. Today, there are three different locations that offer continuity of E.B.I. South Los Angeles, San Fernando Valley and Santa Clarita Valley. Every week these meetings are open to men and women who

88

are challenged with reentry. The internet is filled with reports, testimonies and facts of the MERIT Program, giving the many transformations that did take place and are taking place today.

There isn't a place called "jail town" for these former offenders to return to. They return to OUR community, OUR malls, beaches, parks, movie theaters etc   Sheriff Baca created a new way to incarcerate, creating a safer jail and providing hope to many who have traditionally been institutionalized. I trust that you have been given information from many different sources. I was under the leadership of Sheriff Baca and I am proud to say that I witnessed the transformation of not only inmates>Students but Deputies as well.

If you have any questions, I would be available at anytime. I hope and pray that your recommendation is for Probation, allowing Sheriff Baca to continue his service to the community and jails throughout the country.

Respectfully,

Dave Bates
President, blessedx2@aol.com
805-404-3477

89

Exhibit E, Page 171

# TRIAL LAWYERS FOR JUSTICE

## LAW OFFICES OF EBER N. BAYONA

April 11, 2016

Hon. Percy Anderson
United States District Court Judge
United States Courthouse
312 N. Spring Street
Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

Dear Judge Anderson,

It is with great pleasure and honor that I write this character reference for a great man, Sheriff Lee Baca. I have known Mr. Baca for the past fifteen years. I have also known of at least three people whom he has personally helped, and whom have turned their life around in a positive way, thanks to him. Today, they are great people, in part, because they met Mr. Baca.

A few years ago, I introduced a young man by the name of Luis Aguilera to Mr. Baca at a Mexican American Bar Association event. I explained to him how Luis had been in and out of the system. Mr. Baca took the time to speak with him and offer him hope and encouragement. Luis decided to enroll at California State University, Los Angeles and this June will graduate with a degree in English. Luis always reminds me that Mr. Baca treated him with respect and did not look down on him, despite his checkered background. Mr. Baca is probably unaware of the profound effect he had on this young man. This is a testament to the great character and person who is Mr. Lee Baca.

About fifteen years ago, I met a man who people called, "Grandpa," or Paul Gudin. He was a retired criminal defense attorney who met Mr. Baca when he was a custody officer in the county jails. Grandpa knew Mr. Baca well; they both shared a love for running. Grandpa said that Mr. Baca was a trailblazer and a man who earned people's respect. Grandpa also believed that Mr. Baca was a man of honor because he had worked hard and moved up the ranks to achieve the highest office in his profession. Grandpa respected and admired Mr. Baca.

1 | Page

Office: (562) 261-5642 • Email: eberbayona@gmail.com • 12749 Norwalk Blvd., Suite 101 Norwalk, CA 90650

90

Finally, I have been a member of the First AME church for the past fifteen years of my life in Los Angles. Mr. Baca has always given of himself as well as his time to help the community and members of First AME church. He is a person whom many love and respect. I often see that people wait to speak with him after church. He always has words of encouragement for everyone who asks him for help or advice. He is loved and respected.

Your honor, I truly pray from the bottom of my heart that you see what a great and giving human being Mr. Baca is and has always been. He continues to be a great asset to the community as he is involved with educational ventures to help the youth of Los Angeles County. I hope you find it in your heart to allow Mr. Baca to continue to do the great work that he is doing for all of us.

Respectfully,

Eber N. Bayona, Esq.

2 | Page

91

Exhibit E, Page 173

May 10, 2016

Bruce Bennett
10061 Riverside Dr., #225
Toluca Lake, CA 91602

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Your honor, before I begin this letter, please let me say that I am not a politician nor have been in Law enforcement. I am just a hard working businessman that has lived in Los Angeles County for most of my life (about 46 years).

I met Lee Baca at a car event in late 1998. I introduced myself to him and soon after talking to Lee I quickly learned that we shared the same passion that I have for Italian cars. I told him that I collect Ferrari's and currently have three. He asked about my business and I told him about my car care business which I started in 1979. His was more interested in learning about me and my lower middle class background than the car event itself. He was genuinely interested to learn that I grew up in Los Angeles in a family of modest means. My father, a butcher and my homemaker mother along with my younger brother and I lived in apartments in Hollywood. I desired a better lifestyle for myself and set my goals to hustle and sell automotive products and eventually ended up with my own company. My success led me to not only owning my own business and my home but collecting Ferraris, my dream car as a child growing up in Hollywood.

I was impressed and flattered that the Sheriff of Los Angeles County was interested in my life. Lee and I became friends and socialized many times together whether it be on various car events or out to dinner with our wives, etc. Our friendship is a true friendship. Although we never shared the same career or political aspirations, our initial love of cars grew into a special friendship. We are just Lee and Bruce and I am truly honored to be Lee's friend. On my 50th birthday, Sheriff Baca had 4 events to attend that evening which was not uncommon for him. At the end of the night, he made it to my 50th birthday and made a special speech. Lee joked initially & made everyone laugh, the kind of jabbing an older brother would do! But in the end, gave the most heart-warming tribute. A tribute from a very kind, loving and genuine friend… My friend, Lee.

Judge Anderson, Lee Baca is a sincere, intelligent person who desires the best in life for everyone; is inspired by success stories but also encourages personal growth & inspires all he comes in contact with whether it be in the public or private arena. He has compassion for people

92

and is there to listen, help, counsel and offer advise if a problem arises. He has extended his life
to others his entire life. His approach to life comes from a positive place.

Your honor, I ask for your leniency and consider waiving any time for the sentencing of Lee
Baca. Thank you for your time and consideration.

Sincerely,

Bruce Bennett
818-640-7622

93

*Richard Benveniste, D.D.S., M.S.D.*

*A Professional Corporation*

*Periodontics - TMJ*

*19231 Victory Blvd.*
*Reseda, California 91335*

*Victory-Tampa Medical Square*
*Suite 256, (818) 881-7337*

March 24, 2016

RE: Leroy Baca

Dear Judge,

My name is Richard Benveniste, DDS, MSD, having been born and raised in Los Angeles and have lived here all these 77 years.

Over these many years, starting as a kid, I had always been fascinated, and developed close association with many of the leading law and judicial enforcement heads.

In the last 30 years I have been closely associated, with the last two sheriffs, three LA County District Attorneys and have even watched Mayor Garcetti develop from a teenager to his present position, also along with previous members of the Los Angeles Police Commission.

Personally, I had been appointed by Governors Brown, Wilson and Davis to various State Commissions, as well. Two of my very close friends and associates had become California State Supreme Court Justices, along with other Superior Court Justices.

With all those benevolent years of experiences and with all the relationships I have had with law enforcement leaders, truly I felt privileged to get to know Sheriff Leroy Baca as a very special person, whose honor and integrity was always second to none, and after hearing his views and listening to his many benevolent speeches, including those for helping our youth, I, along with many others, on a non-political basis, felt his honorable position could even be used in a wider range of influence for California and beyond, if possible.

I am hoping you will give these heartfelt thoughts strong consideration, because very few of all those previous experiences could not have produced a more gracious individual.

If you should have any further questions, please do not hesitate to contact me at your earliest convenience.

Sincerely,

Richard Benveniste, DDS, MSD

1

94

## CAROL OUGHTON BIONDI

110 NORTH ROCKINGHAM AVENUE
LOS ANGELES, CALIFORNIA 90049

PHONE: 310.476.4201        FAX: 310.476.2591
carol@thebiondis.net

April 20, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Thank you for considering my letter on behalf of Sheriff Lee Baca.

In 1999, I was appointed to the L.A. County Commission for Children and Families where I soon focused my efforts on the youth who crossed over from Foster Care to Delinquency and all too often went into one of the county juvenile probation camps. This ultimately led me on a course to juvenile justice reform and it is in this capacity I met Sheriff Lee Baca.

The Governor appointed me to the California Advisory Committee on Juvenile Justice and Delinquency Prevention in 2006. Later that year, Sheriff Baca recommended me for the State Corrections Standards Authority - now called the BSCC, Board of State and Community Corrections - where we served together for several years. My service over the years also includes membership on several Boards, including Homeboy Industries, the Anti-Recidivism Coalition (ARC), The Children's Defense Fund, United Friends of the Children and many others. Today I continue my advocacy for system involved youth and for criminal justice reform.

Sheriff Baca has done so much over so many years to help foster positive change in the criminal justice system, that it's impossible to list all of his contributions in this letter. In 2003, Sheriff Baca supported the development of materials for system involved parenting teens produced by the nationally recognized research organization, Zero to Three. I was able to use those materials with, and for, the boys at Camp Gonzales who were 18 or younger and were parents or about to be parents.

95

In 2009, Lee was Chair of the national organization, Fight Crime: Invest in Kids. This organization of Police Chiefs and Sheriffs from all over the country serves to educate policy makers to be smart on crime by supporting, among other things, a variety of researched based programs in the community. These programs work to get troubled kids back on track so they wouldn't end up incarcerated. Lee and I worked together to raise awareness which included an event at my home – which Lee co-hosted - to support their work.

Sheriff Baca's Incarceration Based Education model at the Men's Central Jail in Los Angeles is yet another of the many things he has shepherded to foster the idea that education leads to better outcomes in the community than punishment does.

Sheriff Baca's advice has been invaluable to me over the years. We both deeply believe - and talk about - young people's ability to change. At the same time, he would be quick to provide me with the education I needed to look at each situation with a hopeful, but also realistic point of view. He never hesitates to remind me, as I work in locked facilities, to be smart about it.

Today, I can say that I view my advocacy in a more balanced way, in large part because Lee Baca has been there for me, in so many ways through the years. He is a mentor and an inspiration to not only me, but to others I know who have had similar experiences with him.

I hope you take into consideration how much his help has meant to me over many years' time on behalf of juvenile justice reform in Los Angeles and in California.

Thank you.

Sincerely,

Carol Biondi

Carol Biondi

96

Exhibit E, Page 178

March 21, 2016

**Black Equities**
OWNERS OF INCOME PROPERTIES

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

RE:  UNITED STATES V. LEE BACA

Dear Judge Anderson:

I would like to begin by introducing myself to you.  I have been an investor in commercial real estate since the mid 1950's and own properties throughout the U.S.  I was born and raised and continue to live in Los Angeles and my office is in Beverly Hills.  I am very civic minded and I am also extremely active in supporting many charities that do good, important work.  Among the charities that I support with both my time and my money are Children's Hospital Los Angeles, Union Rescue Mission, Vista Del Mar Child & Family Services, Beit T-Shuvah and many many more.

I'm writing this letter to provide you with personal information about Lee Baca, former Los Angeles County Sheriff and an individual that I consider to be a good friend.  I have known Lee for at least fifteen years.  He and his lovely wife, Carol, were frequent visitors at my home when my wife, Joyce, was still living.  They were included in family events and charity events held at my home or at hotels or other venues.  Speaking of my deceased wife, Joyce, she was always very particular in choosing her friends, but she and Lee had a very special bond.  She was very fond of him.  Lee has always been a kind man, dedicated to his friends, family and his constituents.  I enjoy our time together as he is an interesting, intelligent and caring individual.

Approximately ten years ago, I was part a team of individuals planning a charity event's Hanukah Brunch.  The charity was ORT America West Coast Chapter.  They provide training for students to gain skills that will enable them to be self-sufficient.  Some of the courses offered are computer programming and graphics, electronics, plumbing, etc., etc.  When I asked Lee to be the Honoree for this event and I explained that the Hanukah Brunch raises money for scholarships for underprivileged students, he jumped at the opportunity.  He told me that he was happy to be of help because education and training were areas of extreme importance to him.  This Hanukah Brunch was extremely successful as Lee provided names and addresses for many individuals who had never attended the event before; he also made an excellent plea to the attendees and they responded with generous donations that day.  Lee also gave a donation to the organization, which was such a nice thing to do.

Please don't hesitate to contact me if you wish to discuss this further.  My office number is (310) 278-5333 and my home number is (310) 271-7767.  I thank you so much for taking time from your busy schedule to read this letter.

Most sincerely,

Stanley Black

SB:nv

433 North Camden Drive, Suite 1070, Beverly Hills, California 90210   Telephone (310) 278-5333   Fax (310) 274-4017

97

Exhibit E, Page 179

Douglas Overton Blue, writing in a private capacity, is a minister in Southern California.

He earned a degree in philosophy from Yale University. And attended the University of Chicago Divinity School.

＊    ＊    ＊    AN APPEAL ON BEHALF    *    *    *

OF PEOPLE IN LOS ANGELES

Sheriff Baca is a stellar human being.

I have met him in interfaith community. Sincere, is the only word to describe him. He has, all of us feel, a deep understanding of the sovereignty of the spirit in each person's heart. This -- not as a hidden agenda to bring peace and harmony to an intercultural situation in Los Angeles, but as a profound, philosophical grounding -- means everything to those of us working for the same values and goals in the society.

Secondly, when he first came into our view, I was so impressed that a person in law enforcement, finally was saying, what we all wanted to hear. There is a relation between certain kinds of crime and poverty.

This is a great man. A different man. A human being, caught up as perhaps Lyndon Johnson was caught up, in the writhing coils of a system, not of his doing or willing. A man who has given the citizens of Los Angeles hope.

A breath of fresh air, a relief. That our constabulary can be on our side. And that with community policing, as under the rare examples of Tom Reddin, and Charlie Beck and Bill Bratton and Willie Williams, we can and are moving to a new day of positive enthusiasm on the part of the people of LA for our police, our staff, the men and women who support us and to whom we give our heartfelt support.

With hope comes patience. A man who obviously has been trying and succeeding to bring the system, not of his own making, into the modern day --should not be brought down for not being able to succeed perfectly. In a day, or a year or a lifetime We, the people of Los Angeles are behind him. And believe that if anyone could make progress in this field, this is the man.

98

Exhibit E, Page 180

Rather, we should be glad that under this man's watch, should come to light, what Lawrence O'Donnell says is an ingrained system and endemic problem in prisons across America. The hushed secret. The problem is what goes on inside the jails, both the inmates and the staff, not just outside.

Surely we can do better in subduing dangerous men, even psychiatrically so, than beating them into submission. In videoed documentation all over this nation. It is a contagion. Surely we can do better than to put a reformer, a leader, the best man we have ever had behind bars. This is not the way to signal progress.

Like Lyndon Johnson, this best of men has had to deal with an uncontrollable cyclone of custom and habit. In the one case war, in the other violence.

May we hope in retirement, he may be rewarded by a grateful people, for what he did to advance the cause of a peaceful and civilized United States of America.

"In order to form a more perfect union."

Respectfully,

Douglas Overton Blue

May 12, 2016

1946 Vedanta Place
Los Angeles, California 90068

99

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a retired Assistant Chief, Los Angeles Police Department,
and a lifetime friend of Sheriff Lee Baca.  I consider Lee to be
one of the most honorable leaders I have ever met and would
trust him with my life.

During my 34-year career, I handled many key internal
investigations of police officer misconduct: the Rodney King
case; the Rampart Corruption case; and the development of a
risk management system to identify problem officers.  I
mention this because Lee was a key confidant outside the LAPD
when I needed an unbiased, leadership opinion on direction in
the course of the cases.  I chose Lee because of his integrity and
commitment to honorable leadership in the entire Law
Enforcement community.  As I am sure you can imagine, I could
not always trust internal leaders in such high visibility cases.
Lee always identified the right and honorable path forward,
when others wanted to try and polish mud.  I will never forget
his honor; integrity; and willingness to stand next to me as hard

100

choices were made.  As you might imagine, some in my own organization were not so noble.

I also found Lee to be a devoted humanitarian, working relentlessly to help the homeless and less fortunate.  This is a unique quality that few possess and ever fewer ever dare to display in law enforcement.   Lee was and always will be one of the kindest, caring and honorable leaders I have met in my career.  He continues to be a life long friend and confidant in my current career in the public safety communications industry.

Please feel free to contact me at 562.252.2244 or email at michaeljbostic@gmail.com.  I will also appear in person at a date and time of your choosing.  Thank you for your consideration.

Michael J. Bostic

4201 Fleethaven Road

Lakewood, Ca. 90712

101

Exhibit E, Page 183

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE: United States vs. Lee Baca

Dear Judge Anderson:

My name is Jane Bouffard; I have been active in victim rights for the last 20 years since my parents were murdered in their South Gate home in 1996. Along the line I met Sheriff Baca who attended many victim functions and was always available to chat with victims about specific problems or issues in general.

During 2008 many of us worked tirelessly on the passage of the California Victims' Bill of Rights Act, also known as Marsy's Law. California voters approved Marsy's Law in November 2008 giving victims' constitutional rights. Shortly after the passage we started hearing from victim families that the law was not being implemented. In April 2009 during a National Crime Victims' Rights Week dinner, I approached Sheriff Baca and chatted about some of the things we were hearing about the implementation of Marsy's Law. I told him we were thinking about having a meeting to bring law enforcement, District Attorney staff, judges, victim advocates, etc. together along with victim families to talk about what Marsy's Law represented to the community and how we could ensure victim rights were granted. We needed a meeting place. The Sheriff told me that he had a media room at Sheriff Headquarters that belonged to the public. I was welcome to use it anytime it was available. He then wrote a number on a business card, gave it to me and said call this number Monday morning. Let's get these meetings started.

In the last seven years we have held 10 meetings, now known as Crime Victim Clinics, throughout Los Angeles County. Some have been hosted by the Sheriff Dept., some by the LAPD and others by municipals such as the Pasadena Police. Every meeting starts with a power point presentation by the District Attorney's Bureau of Victim Services explaining victim rights under Marsy's Law. We've included panel discussions of various topics such as planning your parole hearing; information on rewards and unsolved cases; the Bailiffs role in the courtroom particularly when families are being bothered by the gang members; forensic evidence breakthroughs and the list goes on.

We in the victims' movement greatly appreciate the many efforts put forth by Sheriff Baca and the support he has shown us.

Sincerely,

Jane Bouffard

102

ᴮˮᴴ



THE ALEPH INSTITUTE
WEST COAST BRANCH
4221 Wilshire Blvd #240 • Los Angeles, CA 90010
Phone: 310-598-2142 • Fax: 212.918.3468 • www.alephinstitute.org

Rabbi Zvi Boyarsky
zvi@aleph-institute.org

Chairman / Founder
Rabbi Sholom D. Lipskar

President
Lloyd S. Rubin

Board of Directors
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
David Schottenstein
Ryan Shapiro
Eric Stein
Sylvia Urlich

Executive Director
Rabbi Aaron Lipskar

Director of Operations
Moshe N. Barouk

Director of Outreach Programs
Rabbi Menachem M. Katz

Director of Military Programs
Rabbi Sanford L. Dresin

ector of Advocacy
bi Zvi Boyarsky

Director of Outreach Programs
Rabbi Shua Brook

Chief Financial Officer
Yosie Lipskar

૱      ૱      ૱

Programs Coordinator
Moshe Blizinsky

Prisoner Services Coordinators
Jose Crespin

Family Services Coordinators
Pamela Elfenbein
Valerie Mafdali

૱      ૱      ૱

Spark of Light Prison Program

Operation: Enduring Traditions

Alex F.E.E.L.S Family Program

Golden Age Seniors Program

Lawyer's Network for Alternative
Sentencing & Transitions

Center for Religious Freedom
& Family Advocacy

Center for Halacha
& American Law

February, 29 2016

Honorable Percy Anderson
United States District Court
United States Courthouse
312 N. Spring Street, Courtroom 15
Los Angeles, CA  90012

Re:   United States v. Lee Baca

Dear Your Honor:

By way of introduction, the Aleph Institute is a not-for-profit, national educational, humanitarian and advocacy organization founded in 1981. Aleph's primary goal is to serve a pressing need of our society by addressing significant issues relating to our criminal justice system.[1]

The Aleph Institute is hoping the Court to show leniency regarding the sentence of former Sheriff Lee Baca following his pleading guilty to one count of making a false statement to investigators. We ask that he not be sentenced to incarceration. Despite the incident for which Lee Baca will now be sentenced, Sheriff Baca served the Sheriff's Department for decades towards its betterment.

---

[1] In the words of the Honorable Jack Weinstein (former Chief Judge of the Eastern District of New York):

*Rabbi Sholom Lipskar, the guiding force of the Aleph Institute, and his associates understand and force us to face the fact that each person deserves to be treated with respect as an individual personality and not as... a faceless number.... The Aleph Institute is doing extraordinary fine work. Its assistance to defendants and their families provide standards of compassion and aid worthy of emulation....*

103

Exhibit E, Page 185



THE ALEPH INSTITUTE

Rabbi Zvi Boyarsky
zvi@aleph-institute.org

On occasions too numerous to mention, Sheriff Baca not only instituted programs that would benefit inmates upon their release, but he also consistently was sensitive to the religious, medical, and civil rights of inmates when we reached out to him. He made sure that religious rights of Jewish inmates were respected, as were the civil rights of this population when brought to his attention.

We agree that Lee Baca deserves a punishment for making a false statement. But the fact that he resigned after serving the last decade of his term without salary is punishment enough. To incarcerate him would be unfair to his tenure of exemplary service, from which inmates we have represented have benefited.

Not incidentally, as a community leader Lee Baca not only contributed in action to the interfaith community -- Christians, Jews and Muslims. But he has also spoken out publicly and forcefully against anti-Semitism wherever he found it.

Aleph respectfully requests that you consider its request and grant Lee Baca leniency -- an alternative to incarceration -- during sentencing.

Sincerely,

Rabbi Zvi Boyarsky

Exhibit E, Page 186

# Patricia Bradford

March 25, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

       Re:  United States vs. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for over 20 years.

At first I knew him socially. I have been a professional political fundraiser for that period of time. I would see Lee at various gatherings around town and we would exchange cordial greetings. During this time, I was representing a number of elected officials in the city and county of Los Angeles. My clients have included Mayors Richard Riordan and Antonio Villaraigosa, Supervisor Don Knabe, Assessors Kenneth Hahn and Rick Auerbach, Controller Laura Chick and City Councilmembers Tom LaBonge, Wendy Greuel, Bill Rosendahl and former Sheriff Sherman Block.

When Lee decided to run for Sheriff, he engaged me to do his fundraising. I am proud to say I represented him in his first, and all subsequent election campaigns. In the years I have spent with Lee, he has always been one of the most honest and caring people I have ever known. Even as he raised millions of dollars for his election campaigns, his main motivation was always the well-being of the people of Los Angeles County and the members of the Los Angeles County Sheriff's Department.

I am privileged to be a friend of Lee Baca.

Sincerely,

Pat Bradford

18319 Collins St., No. 18
Tarzana, CA 91356

818/343-6106
pat@patbadford.com

105

Exhibit E, Page 187



Central
Neighborhood
Health
Foundation

*Dedicated to caring for our community since 1996*

April 15, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear Judge Anderson:

My name is Bassett Brown and I have been a practicing physician in South Los Angeles for 52 years. My non-profit organization currently provides comprehensive healthcare services for 35,000 visits of indigent and uninsured patients annually.

Almost thirty years ago I first met Lee Baca at the Athletics facility at Cal Tech in Pasadena, which was in the neighborhood where we both lived. We were both avid joggers and I was immediately struck by his exemplary discipline and his even-tempered nature.

Over the years after he became Sheriff of Los Angeles I was a first hand witness to his personal engagement with various religious and ethnic communities. His direct outreach to inner-city churches was with an eloquent and persuasive message of collaboration between the local community leaders and law enforcement with the aim of reducing tension and building bridges to safer, better neighborhoods.

More recently Mr. Baca volunteered as an active Director of the Federally Qualified Health Center where I serve as CEO. The entire Board of Directors greatly valued his contribution particularly as we developed a program to manage the Behavioral and Primary Healthcare of young men reentering society from jail.

As someone who has known him on a personal and professional level for a long time, I do testify that Leroy D. "Lee" Baca has been a true role model for young people in our community.

If I may be of any further assistance, I may be reached via the above letterhead contact information or via cellular phone at (626) 252-5646.

Sincerely,

Bassett H. Brown, M.D.
President & CEO

1011 N. Central Avenue, Los Angeles CA 90011    Tel 323 234 5000    cnhfclinics.org

106



[the way] out
M I N I S T R I E S

March 31, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring St. Courtroom 15
Los Angeles, CA 90012

RE:  UNITED STATES vs. LEE BACA

Dear Judge Anderson,

In 2008, the City of Hawaiian Gardens was going through much turmoil in relation to the community and the Lakewood Sheriff department that contracts with the City. The community had many complaints against the officers of that station that were neither heard by city officials nor the captain of that station. In an organized protest, over one hundred community members marched on City Hall and demanded to speak to the Los Angeles county Sheriff.

As pastors in the city for over twenty-five years, my wife and I became the spokes people for that group. Sheriff Leroy Baca met that protest group at City Hall with great respect and concern. At the time the community had filed twenty-five complaints at the Lakewood Station that had not been acknowledged. Sheriff Baca made a public agreement to hear each of those complaints personally at a location chosen by the community. The community chose to meet the Sheriff at my ministry center on a succession of Saturdays.

The Sheriff was good for his word. He met with the community for four hours each Saturday in personal meeting after meeting. The Sheriff was always gracious and respectful to each person. He was always respectful to my wife and me as the organizers as well. The Sheriff defused an explosive situation, and he made many positive changes in Hawaiian Gardens.

The Sheriff brought in other officers and introduced my wife and me to each one of them from that time until his retirement; Sheriff Baca always had time in his schedule for my wife and me and the community of people we represented.

22427 Norwalk Boulevard
Hawaiian Gardens,
California 90716

Phone: 562.429.2397
Fax: 562.497.0348
www.thewayout.org

107

I write this letter to express my genuine appreciation and respect for Leroy Baca and to make known the excellent character that my wife and I came to know through numerous meetings with him. I speak not only on our behalf but on behalf of the numerous community members who met with him as well.

As both a pastor in the City of Hawaiian Gardens and a two-term councilmember and mayor, I want to offer my support for Leroy Baca.

Sincerely,

Barry and Terryl Bruce
The Way Out Ministries/City of Hawaiian Gardens

108

Exhibit E, Page 190

March 25, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States vs. Lee Baca

Dear Judge Anderson:

All three of us are life-long residents of the San Gabriel Valley.  We are all involved in real estate.  Matthew owns the Berkshire Hathaway/Bryant Companies business in South Pasadena. Dan Jr. works with Matthew.   Dan Sr. was the former owner of Prudential California Realty with offices in Pasadena, Sierra Madre, and Monrovia.

We have all known Lee Baca since he moved into our neighborhood in the early 1970's.  We wanted to write this letter in support of a man we have known for almost 50 years.  We hope the court will look on Lee's life-long record of service to our community and the many reforms he instituted as the leader of the Sheriff's Department and Prisons and judge him by the totality of his life and record.

From the beginning, we have known Lee to be kind and generous to people.  For example, he allowed Dan Jr., Matthew and other neighborhood children the use of his backyard to play football and other games when they were children.   He never told us to leave no matter how much we tore up his lawn in the process.  He took the time out of his busy schedule to speak at career day at our local high school and motivated a lot of young kids to pursue their dreams in life.  When our mother/grandmother died, Lee came to the graveside service and also spoke a few kind words of comfort at a family gathering during that difficult time – he took the time to do that at the height of his career as Sheriff despite having an extremely busy schedule.  He was a man who touched a lot of people by small personal gestures like that which we all never forgot.   Matthew remembers going to a benefit for Veterans, Police and Firemen held at the Pasadena Convention Center and hearing Lee speak eloquently about the special men and women who put their lives on the line every day to keep us safe.  Please do not forget that in his long career in law enforcement, Lee Baca put his life on the line as he carried out his duty to protect and to serve.

As he moved up in the Sheriff's department, we all followed his career closely because he came from the old neighborhood and we were always proud to hear of his many accomplishments. It seemed like every time we read the newspaper, he was mentioned as someone who was making a difference in the community – not just in catching criminals but also in many other ways as well.  One example would be his efforts to help prisoners not just serve their time but actively improve their lives so that when they left the jail, they had a chance at becoming

109

productive citizens. That undoubtedly reduced the recidivism rate and reduced crime. We know that he set up programs that reached into the inner city to help kids avoid drugs and gangs. In short, Lee Baca made a difference in his many years as head of the Sheriff's Department.

We also know firsthand from other community members that Lee was a very popular Sheriff, especially in the ethnic communities of Los Angeles. Lee enjoyed visiting those communities, attending church services and other events. For example, Dan Sr. attended an African American Church with Lee and saw firsthand the reception he received from that community. The respect and admiration they showed was not just because of the position he held, but the kind of person he was. He was not afraid to engage the community which resulted in the true community policing which we hear so much about today. We have also heard from other deputies throughout the department that they appreciated Lee and felt he always had the best interests of the Sheriff's Department and the community at heart.

We join together to respectfully ask you to take all this into consideration as you decide the fate of this kind and decent man who gave his entire life to law enforcement and serving the people of Los Angeles County.

Respectfully,

Daniel W. Bryant Sr.
3209 La Encina Way
Pasadena, CA 91107
626-688-2476
Danbryant@danbryant.org

Daniel N. Bryant Jr.
516 Girona Avenue
San Gabriel, CA 91775
626-833-8351
danielnbryant@yahoo.com

Matthew N. Bryant
635 Edgeview Drive
Sierra Madre, CA 91024
626-695-7807
mvnbryant@aol.com

110

Exhibit E, Page 192

# YVONNE B. BURKE

## Attorney at Law

1970 Mandeville Cyn Road
Los Angeles CA 90049
Supyburke@aol.com

213 626 8097
Fax  888 4760584

April 4, 2016

Honorable Percy Anderson
    United States District Court Judge
    United States Courthouse
    312 North Spring Street, Courtroom 15
    Los Angeles, CA 90012

        Re: Unites States v Lee Baca

Dear Judge Anderson:

        I have known former Sheriff Lee Baca a number of years and he was the Chief for the 2nd District when I served as Supervisor of the 2nd District of Los Angeles, County. That district included Compton, Willowbrook, and Lennox. These were areas that experienced high crime rates and a lack of facilities for young men and women. As Chief, Lee Baca organized and supported the Lennox Youth Center. The Sheriff Department helped through their Foundation to provide funding and the Sheriff Deputies were willing to provide support and assistance because of his leadership. This support continued after he was elected Sheriff of Los Angeles County.

        The Youth Center provided Boxing and coordinated Little League activities  as well as facilities for Computer learning. He was able to obtain support and financial assistance from the Community and people from other more affluent areas.

        Sheriff Baca was always active in the Community and was greatly admired for his dedication and concern for young people and making every effort to reduce crime in the South Central Area.

I hope the positive contributions he has made will be considered in this unfortunate case.

                Yours truly,

                Yvonne B Burke

                YVONNE B. BURKE  (Retired Supervisor LACounty)

111

Exhibit E, Page 193

April 12, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson,

I am writing in regards to Sheriff Lee Baca.  While I was working for Aramark Corporation, a food service company, I knew the Sheriff professionally from 1992 to approximately 2006.  Although the Sheriff's Department did not do any business with Aramark, Sheriff Baca was always professional, courteous and personable when we would meet.

Sheriff Baca trusted his staff and was confident in his leadership team.  Several times I would meet with key members on his team, instead of the Sheriff, as the Sheriff was always extremely busy with community events, meetings, dedications and being called away for community needs.  Sheriff Baca was driven to do his best for the citizens of Los Angeles County.

I always found Sheriff Baca to be a man of integrity and sincerity.  His ability to engage with his customers and to understand their specific needs was one of his key strengths.  As well, Sheriff Baca was a visionary, always trying to improve the Department in order to deliver the very best service and safety available while being cost effective.  The Sheriff was always interested in benchmarking information, to provide a point of comparison as to the performance of the Department and how it could improve.

Second to his love of the Department, was his love of running.  He was happiest if he could find the time to get in his daily run, regardless if it was before dawn or in the middle of the night.  I am sure people saw a thin man running at any hour of the day, wondering who is that person who always is running?

The Sheriff significantly grew the department and expanded the Department's services to the community and to the Los Angeles Police Department.  Sheriff Baca received many awards but always remained soft spoken and humble.  A well respected leader.  I enjoyed my time getting to know Sheriff Lee Baca.  He held himself to a high standard and nothing was more important to him, then having a professional department that understood the importance of service.

Sincerely,

Richard Burns

r.d.burns36@gmail.com

112



# John Burton Foundation
## for Children Without Homes

235 Montgomery Street, Suite 1142 · San Francisco, CA 94104 · Ph (415) 348-0011 · Fx (415) 348-0099

info@johnburtonfoundation.org
www.johnburtonfoundation.org

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE:    United States v. Lee Baca

Dear Judge Anderson:

I am writing on behalf of Sheriff Lee Baca who is up before your honor's court for sentencing.

I have known Sheriff Baca for several years when I served as a member of the California State Assembly and as Senate Pro Tempore of the State Senate.

We worked on several law enforcement issues as well as gun safety measures. But more importantly, I had the occasion to visit Sheriff Baca at the Los Angeles County Jail when he was serving as Sheriff.

One day during very warm weather I was meeting with him in his office when he was wearing his civilian clothes. He went into his closet and came out dressed in his uniform and said "follow me." I asked where were we going? And he responded "just follow me."

We drove to Skid Row where there was a program for homeless persons to take showers and have their clothes washed and then unfortunately many of them had to go back on the streets.

As we walked, I asked why are you wearing your uniform here and he replied " it gives these citizens an opportunity to see that elected officials care about them as human beings and have enough respect for them to show up in their official uniform."

As we walked around the camp he stopped to talk to each and everyone asking how they were and how things were going. Talking to them like he would any other citizen of Los Angeles and that totally impressed me as to Lee's humanity and commitment to not only law enforcement but to social justice.

113

Later he took me into the Los Angeles County Jail to a program for recovering addicts and alcoholics. Knowing I had been clean and sober for almost 30 years he asked me if I would speak to the residents of the facility, which I did.

I told them my story and how it was nothing to be ashamed of. If they were stricken by the disease of addiction or alcoholism that the most important thing was to cure themselves and get into recovery taking one day at a time and if they happen to slip to get right back up on the horse and start one day at a time all over. Because once an addict or alcoholic that illness stays with you all your life.

Goodbye working 12 Step Programs by taking care of yourself, you will never rid yourself of the disease but you can rid yourself of the symptoms and the damage it places upon you and your loved ones.

I write this letter not asking so much to influence whatever sentencing but to let your honor know that there are many sides to Lee Baca, there's law enforcement, semi social worker but more important a man who cares deeply about other human beings.

Thank you very much for your consideration

Peace and friendship,

John L. Burton
California Senate Pro Tempore – Retired

114

 

KAREN CAMERON
ALASKA MANAGEMENT CONSULTANTS
8871 CENTENNIAL CIRCLE # E 206
ANCHORAGE, ALASKA 99504
907-248-8421
karenc@alaska.net

April 12, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom 15
Los Angeles, California 90012

RE: United States v Lee Baca

Dear Judge Anderson,

This letter is regarding **Sheriff Leroy D. Baca** who I have known for 30 years. I am a Management Consultant to corporations and Federal/State governments in Alaska, specializing in long term strategic planning.

Sheriff Baca and I were in the same Doctoral Program, "Public Administration/Public Policy", at the University of Southern California. Sheriff Baca, even then, was distinctly unique and bright. Scholarly above tenured Professors, a voracious reader, disciplined, he brought a depth of substantive thought and dignity to the participants in the U.S.C. Doctoral Program. He demonstrated ethics and integrity in all he did. Although self-effacing at times, Sheriff Baca's leadership was a catalyst in our understanding the complex, interdependent, unprecedented challenges to our planet. He had a personal moral imperative to serve, which reached beyond the University environment. Faculty and Administration identified him as someone who could both conduct critical, cutting edge research and also had the caliber of a future University President.

I remember an incident with the Los Angeles County Sheriff's Department. Business and Community members had been invited by the Sheriff's Department to tour the Peter Pitchess Honor Rancho. A shuttle bus had been engaged for us, but the air conditioning failed soon after we started. By accident, my husband and I were sitting directly behind Sheriff Sherman Block and Sheriff Lee Baca. The acoustics were such that we could hear parts of their conversations. Sherman Block was discussing immediate challenges to his department. For an hour, he solicited points of view on very sensitive matters from Lee Baca. His deference to Mr. Baca was of note. Mr. Baca consistently proffered recommendations that clearly showed his insistence on conducting criminal justice matters with the highest degree of integrity, openness and fairness. Lee Baca was the moral compass on confidential matters that required integrity of the highest order to manage the morale and reputation of the Sheriff's Department.

In 1986 I was coordinating a small group of residents who were considering forming our own city within Los Angeles County. We were successful in an election of both Los Angeles County residents and the

115

Exhibit E, Page 197



residents of Santa Clarita Valley. It was an exciting championing of allowing local control over development issues. We won the election, but none of us knew how to govern! Sheriff Baca and his deputies were unstinting in their assistance during the first few months. We did not know how to evaluate whether to hire our own police department to save money, or whether we should contract with Los Angeles County for public safety.   The number of hours that went into selecting criteria, conducting research on criminal justice statistics, and the interminable hours spent in community meetings were lengthy and arduous. Sheriff Baca displayed immaculate honesty in presentation of data, and a passion for active listening to assess the actual needs of residents, the business community, ethnic groups, affluent land owners and developers, and concerned individuals.

We voted to contract with the Sheriff's Department, primarily because of Sheriff Baca and his deputies. They truly seemed to care about our geographical area, and were able to forge a consensus on disparate polarizing issues, such that all were satisfied with the outcome. We continue to contract with the Sheriff's Department to this day.

I have seen through the years a man of true character, who brings that to every matter, every person, and every group with which he engages.   Truth, honesty, authenticity, open transparent government is his contribution and legacy to a massive county bureaucracy that has become almost impervious to change.

It is tragically ironic that of all the employees of Los Angeles County, the one individual who never bent the rules, and always had strong moral character at the forefront of all he did, would have become embroiled in an issue that was not of his doing.   Sheriff Baca kept an extraordinarily challenging, complex, political environment going in the right direction for over 16 years.  He has engendered tremendous loyalty in various business, ethnic and community organizations because he actually listens and cares about the residents of Los Angeles County. He is an anomaly in government and politics today.  Sheriff Baca is known to be a fair disciplinarian in internal affairs, but he is also intensely loyal to his staff, would always put their wellbeing prior to his own, and would try to protect those who have given 110 % to keep Los Angeles County safe.

I ask you, in the name of justice, common sense, and fairness, to allow this gentleman to go free.  His kindness, expertise, vision, and compassion do not warrant an ending like this.  That someone of his honor would even be charged is beyond comprehension.

Thank you for erring on the side of a universal justice to which you are sworn, and give Sheriff Lee Baca back to the community that has so greatly benefited from his almost 20 years of contributions to strengthen the best parts of our democracy.

Instead of a penalty, I recommend that you rightly honor the man who actually stood for principles, and declare a day in his honor so that generations to come can appreciate, and be reminded of, the rare honesty and authenticity Sheriff Lee Baca brought to all of us.

Best regards,

Karen Cameron

Karen Cameron

116

Exhibit E, Page 198

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Vicky Chang and I am a real estate developer based in Arcadia California. I am a single mom with two lovely kids, Josh and Roy. I met Lee through Carol Baca four years ago when I was in the middle of stressful divorce and so down in life. As my friendship with Carol grew, I began to see Lee more often and really get to know him better. Lee was a friendly, light-hearted person.

I remember one time I decided to confide with Lee about my struggles with my divorce and how it was impacting my life. I was depressed as the divorce procedure was draining my soul and took the joy out of my life. There are many times. I even contemplated leaving the U.S. and returning to my native Taiwan, leaving my friends, my career, and even my children here just to escape from the stress and aching anxiety.

I asked Lee to which he replied, "Life is full of challenge. Throughout my career and my marriage, there have been many tribulations and tests of patience, but one thing I've learned is that you need to persevere. Stay strong and you will succeed." He told me that I owe it to myself, if not to my children. Lee encouraged me to look at life from a positive outlook and just appreciate the simplicity of life, enjoying the small moments.

Lee's advice has helped me overcome a painful anxiety that was eating away at my heart, and allow me to become a happier person. Accepting that there will always be challenges and acknowledging that this is just the course of life and does not define me was a key concept that Lee shared with me and helped me a lot. I understand Lee is a busy man with a lot on his plate but he still sacrificed his time to help me through my problems, and made sure I was doing okay.

Every now and then, he will still have Carol call me to see if I am doing Okay.
Lee is a generous, caring man that has guided me a lot and never asked anything in return. And for that I am forever grateful.

On Apr 2, 2016, I invited Lee and Carol for LACCD event. I want to express the thanks and proof the encouragement Lee has given me in the past, me as a single mom, is able to support the full nursing program scholarship for those students.
"Stay strong, give back to the community, and support others when you can. That's the value of life."

Warmest regards,

Vicky Chang

117

Exhibit E, Page 199



## TRADE UNION INTERNATIONAL INC.

NO. 1 TOPLINE PLAZA, 4651 STATE STREET, MONTCLAIR, CA  91763

TEL: (909) 628-7500 · FAX: (909) 628-7580

Internet: http://tradeunion.com · E-mail: info@tradeunion.com

March 1, 2016

This is Wen Chang, serving the beautiful City of Diamond Bar as Mayor (1998, 1999, 2001) and Council Member for twelve years from 1997 – 2009.   During my tenure as Mayor and City Council of Diamond Bar, I had the privilege to work with then Los Angeles Sheriff Lee Baca on many public businesses and community projects.  This letter is to state the dedications that former Sheriff Lee Baca has done for the community of Diamond Bar during his service at office.

Diamond Bar has contracted its sheriff work with Los Country Sheriff Department to keep the safety of our community.  Sheriff Baca and his team have set up an office in the area with well-trained, well equipped, and cooperative police team to bring the safety to our City.

Sheriff Baca was the pioneer leader to promote "Campus Safety" to students, teachers, administrators and parents.   Way back in 1999, before none of the violent campus shootings took place, Sheriff Baca hosted many seminars in High Schools, Junior High schools and elementary schools to share important knowledge for campus safety education; prevention of student conflicts; multicultural understanding and healthy student activities for students in all levels. Prevention is extremely important than probation.   Parents and students benefited so much from Sheriff Baca's attention on Campus Safety and better education.

118

Exhibit E, Page 200

In November 2008, over 1200 houses in southern area of Diamond Bar was under severe impact of wild fire coming up from Orange County area, Sheriff Baca and his team were there, along with American Red Cross, Fire Department, and many volunteers to offer best services and assistance to work with City officials to evacuate residents from impacted houses, put them into shelters, provide them meals and needed cares to alleviate the fear and burden from residents and the City.  Without much damage to the properties or casualty to lives, Diamond Bar was greatly appreciative to the help from all different organizations, and government officials, including Sheriff Baca, during that unforgettable wild fire instance.

Sheriff Baca is a good leader and caring government official.  We miss his leadership and wish him a good retired life.

Sincerely yours,

Wen Chang

Chairman and CEO

Trade Union International, Inc.

119

Exhibit E, Page 201



## Lancaster Baptist Church
*growing together in Christ*

February 13, 2016

Honorable Percy Anderson
Fifteenth Floor – Spring Street
Los Angeles, CA

The Honorable Percy Anderson,

I am writing on behalf of my friend Lee Baca.

As a pastor for 30 years in the Los Angeles County I have worked with thousands of people for the improvement of our community. No public leader has shown the personal interest, love and dedication for our community like Lee Baca. His heart to serve and protect our citizens has been amazing. I have been with him at all hours of the day and night as he has met with citizens, comforted grieving widows and challenged young people to get their education.

Our congregation loves and appreciates Lee, and I request your consideration of his lifetime of service to the LA County as you consider the matters presently at hand.

Thank you for your consideration in this matter.

Sincerely,

Dr. Paul Chappell
Pastor

PC:ak

661.946.4663
661.946.2620 fax

lancasterbaptist.org
4020 E. Lancaster Blvd
Lancaster, CA 93535
Paul Chappell, Pastor

120

Exhibit E, Page 202

Case 2:16-cr-00066-PA    Document 37    Filed 06/20/16    Page 7 of 63    Page ID #:288

# CAROL K. CHEN
## COUNCILMEMBER
P.O. Box 4206, Cerritos, CA 90703

March 28, 2016

Dear Judge,

I am pleased to submit a letter of support for leniency on behalf of Lee Baca as you consider the sentencing of his case.

As an elected official and a friend for over 20 years, I can personally attest to his integrity, kindness and the strong commitment Lee demonstrated to all people and the community he served both in his public and private life. He is genuine in his belief, an honorable and caring man, who saw the goodness in all human beings.

I often remembered Lee saying that it is his mission in life is to serve and help the people. Indeed he did!

I would urge the Court to please take into the consideration of the long and exemplary service that Lee has dedicated himself to the community for over the last 49 years.

I ask for leniency.

Respectfully yours,

Carol Chen, Councilmember
City of Cerritos

121

Exhibit E, Page 203

Lily Lee Chen
179 Barranca Drive
Monterey Park, California   91754

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I strongly support Lee Baca, former Sheriff of LA County, and I have known Lee and Carol for almost 20 years.

In his 15 years of dedicated service, he actively improved community safety, cared about the harmony among ethnic groups, and promoted better communications among ethnic groups and the police department. As a retired human services administrator with LA County responsible for delinquency and crime prevention, the Asian Task Force he established prove to be extremely effective in addressing the problems of gang violence. We, the Chinese-American community, greatly appreciates his services and contributions over the years. We wholeheartedly support Lee Baca with our words and actions.

Lee is a very compassionate and caring person. In spite of his busy schedule, he always take time to support the different projects and programs to benefit our community.

I am willing and ready to answer any questions you may have regarding Lee as a wonderful human being.

Sincerely,

Lily Lee Chen 陳李琬若
Home: (626) 400-5055
Home: (626) 548-2032

122

Exhibit E, Page 204

Connie Cheng, DO
1755 Sharon Pl.
San Marino, CA  91108

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re:  United States v. Lee Baca

March 22, 2016

Dear Judge, Anderson,

My name is Connie Cheng, DO.  I am a physician at Kaiser Permanente, a graduate of Western University in 2001.  I am writing this letter to provide my reflections about Sheriff Lee Baca and his character, to share with you how he helped mold me to be the compassionate doctor I am today.

I have known Sheriff Baca for twenty years.  I was a college student at Pomona College in the late 1990s, and I was very fortunate to have met Sheriff Baca through community work in the Chinese-American community in Los Angeles County.  With his guidance and direction, I had the opportunity to volunteer my time at Carolyn Rosas Park.  I worked with children in an after-school program along with Sheriff's Department staff, helping to keep them off the streets. Sheriff Baca knew where the children in his County would benefit from my help most.  My heart and call to service was always with the children, and now I'm a pediatrician at Kaiser Fontana.  I have gravitated toward serving the same community to the east of Los Angeles, near where I volunteered at Carolyn Rosas Park.  I credit Sheriff Baca with demonstrating the qualities I want to emulate and that are integral to my profession: compassion, a heart to serve the community, and the ethical and moral fortitude to do right by those we serve.

Over the years that I've known him, maturing from a college student to an upstanding Los Angeles County resident serving the community as a doctor, I have nothing but the highest respect for Sheriff Baca.  I am grateful for his service as Sheriff and am confident that my children live in a safer place because Lee was at the helm.

123

Exhibit E, Page 205

Your consideration of my testimony is greatly appreciated. Please do not hesitate to contact me should you request any further information. My contact information is below.

Sincerely,

Connie Cheng, DO

ConnieCPham@gmail.com
(626) 319-6489
1755 Sharon Pl
San Marino, CA  91108

124



**LAW OFFICES OF
PAUL P. CHENG, APC**

Built on Integrity
& Dignity

www.paulchenglaw.com

301 N. Lake Ave.
8th Floor, Suite 810
Pasadena, CA 91101

P: (626) 356-8880
F: (888) 213-8196

AFFILIATES

• PASADENA
• CENTURY CITY
• SHANGHAI
• TAIPEI

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

"Go back to Vietnam, you Gook!"

When I first came to the United States, I was 20 months old. The America that I grew up in was harsh. The Vietnam War had just ended. I distinctly remember not being allowed to walk on the street with White people.

When I heard the word "Gook" I was four years old. I had no idea what that meant. All I know is that I was taught by my family and friends to keep my head down and just ignore it.

When I got older, it got worse. In elementary school, children would laugh at me – at times with the help of teachers.

I remember one specific instance when the student pulled the chair out from under me. I crumbled to the floor. When I looked up to the teacher for help, she howled in laughter and pointed at me.

I was called a "Nip" so much in school I came to accept it as my name. I would even respond to people that called me a "Nip" just to alleviate the tension and sadness I felt in my heart.

I was consistently threatened (and beat up) to the point where I had to leave and come to Los Angeles, an area more integrated than South Orange County.

Obviously, I was stigmatized and traumatized. It took me years to shake off the negativity within me.

1/3

Exhibit E, Page 207



**LAW OFFICES OF
PAUL P. CHENG, APC**

Built on Integrity
& Dignity

www.paulchenglaw.com

301 N. Lake Ave.
8th Floor, Suite 810
Pasadena, CA 91101

P: (626) 356-8880
F: (888) 213-8196

AFFILIATES

♦ PASADENA

♦ CENTURY CITY

♦ SHANGHAI

♦ TAIPEI

Only when I became an attorney and took on immigrant abuse cases affecting the Chinese community did I realize that this sadness and darkness was not an isolated event. Instead, it was a reflection of many immigrants that come to the United States.

Like the 4th grade teacher that laughed at me, many immigrants are looking for any sign of support from a representative of government. They feel like the government is pointing at them and laughing; pulling the chair out from under them.

One of the first times I heard Sheriff Baca speak was at an event for the Armenian community. He encouraged all of them to look to their past with pride. He spoke to them in a calming but stern voice: "Los Angeles is worse without you."

People were in tears when he spoke because he let them know that despite what the world has said to them – immigrants are Americans too. Immigrants have worth. He moved the 1000-man room to tears because for the first time, many immigrants were being told that their contributions as immigrants mattered to the United States!

Sheriff Baca is a man that has touched millions of people, like me, throughout Los Angeles. He has given many immigrants a voice.

As a Judge you shoulder so much. And I know that you must have received numerous correspondence about Sheriff Baca.

I pray that the decision you make is tempered with the understanding that one admitted indiscretion should not destroy this man's life. Especially because he has given nearly his entire life to public service – from his time in the military, teacher, Deputy Sheriff, and eventual Sheriff of Los Angeles.

He has given back to America in one lifetime more than ten people could have done in theirs.

I am not religious but wonder whether Hosea 6:6 is applicable. It says that God desires mercy, not sacrifice. Showing mercy, while at times

2/3

126

Exhibit E, Page 208



**LAW OFFICES OF
PAUL P. CHENG, APC**

Built on Integrity
& Dignity

www.paulchenglaw.com

301 N. Lake Ave.
8th Floor, Suite 810
Pasadena, CA 91101

P: (626) 356-8880
F: (888) 213-8196

AFFILIATES

♦ PASADENA

♦ CENTURY CITY

♦ SHANGHAI

♦ TAIPEI

difficult, is the right thing to do. Sacrificing a good man is not always the will of God.

Your honor, you are the extension of God. I pray that God provides you the wisdom to see that mercy, in light of such a good man, is needed.

Thank you for giving me an opportunity to share my thoughts about Sheriff Baca

Very Truly and Respectfully Yours,

Paul P. Cheng

3/3

127

Exhibit E, Page 209

Raymond Cheng, A.I.A., NCARB
2245 Montecito Drive,
San Marino, CA 91108

April 4, 2016

Honorable Percy Anderson
United State District Court Judge
United State Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

Re: United State V. Lee Baca

Dear Judge Anderson:

My name is Raymond Cheng.  I am an Architect working at Cedars-Sinai Medical Center for the past 16 years, overseeing their $1.7 billion Master Development Plan as an Associate Director.  I graduated from East Los Angeles City College and Cal Poly Pomona, where I obtained my Bachelors degree in Architecture.  I've had the honor of serving on the California Architects Board for nine years, and later, the California Board of Podiatric Medicine for eight years, as an appointee under three Governors: Governor Pete Wilson, Governor Gray Davis and Governor Arnold Schwarzenegger.  Later this month, I will be receiving the Distinguished Alumni Award from Cal Poly Pomona, an honor similar to a lifetime achievement award that celebrates alumni who have achieved professional success through their personal involvement with the community.  Having known Sheriff Baca both personally and professionally for about 20 years, I am writing to provide my reflections on what I believe to be an impeccable and morally grounded character.

I've served on the Los Angeles County Sheriff Department's Inmate Welfare Commission for 17 years.  The mission of the Inmate Welfare Commission is to provide meaningful assistance to the inmate population of the Los Angeles County jail system by making recommendations for funding related to education, recreation, vocational training, counseling and societal re-entry.  I've had many discussions with Sherriff Baca, and on numerous occasions, he shared his vision for the inmates and reminded me of my responsibility to serve them well.  It was always his sincere desire to provide resources to help inmates become productive members of society.  I have personally seen inmates come to our Board meetings to express how much they appreciate the programs we've provided and how they were able to complete their High School Education and even continue to higher education.  As a commissioner, I was just an instrument to bring Sheriff Baca's vision to life.  But ultimately, it was him; his desire and his demand that we serve with integrity so that the inmates could live a life with dignity, both inside and outside of incarceration.

My personal interactions with Lee Baca are no different.  With 20 years of history, I can say on good authority that he is a man of integrity and kindness, regardless of whether he's engaging with friends, family or constituents of his community.  As a father of three and a grandfather of five, I can only hope that my children and grandchildren exhibit the same level of character that I know Lee Baca to have.

128

Should you require additional testimony related to Lee Baca, please do not hesitate to contact me at raymondkcheng@gmail.com or by phone at 626-381-8492.  Thank you for your time and consideration.

Sincerely,

Raymond Cheng

Exhibit E, Page 211



The Honorable Judge Percy Anderson
Re:  Lee Baca

His introduction of law enforcement to the overall community and especially the Asian community has impacted so many lives.  Not only was I proud of Sheriff Baca for his programs to teach inmates how to read, I also appreciated his numerous outreach efforts.  Going beyond the traditional realm of law enforcement, Sheriff Baca has involved law enforcement presence on a positive level.  Throughout the years, I have cheered each time Sheriff Baca received recognition or an award and I have heard over 100 of his speeches.  I have shaken his hand countless times and he has always encouraged and listened to me like a friend.

Over the years, I am proud to have been influenced, motivated and mentored by Sheriff Baca.  He has always reminded me to push myself and work harder.  Like Sheriff Baca, I have devoted my life to my work and community service.  Sheriff Baca beat the odds in many ways and because of him, I became involved in the Los Angeles Chinese American Sheriff's Advisory ("LACASA").

Hence, even after successfully running the attorney service, in 2005, I launched A-United Financial. Beginning from simply purchasing large scale bad debts and court judgments, A-United Financial has grown over the years into a significant litigation financing/funding entity. It now holds title to millions of dollars in judgments throughout California and establishes partnerships to fund complex, expensive and unusual litigation for cases ranging from major fraud to serious injuries.

My entrepreneurial spirit does not stop just at A-United.  I have had the privilege of consulting for award winning and popular legal dramas such as Boston Legal, The Good Wife and Suits.  I am currently developing a small claims portal making it more efficient for consumers to process their claims in hopes of streamlining the courts' handling of them as well.  Yet, as busy as I have been, I have managed to stay in touch with Sheriff Baca and his wife.  Needless to say, it was shocking to learn of Sheriff Baca's plea.

Please allow me to stress that the community would be better served if Sheriff Baca was not sent to prison.  As an employer and a father, I understand that everyone makes mistakes.  The crime he committed was the mistake of entrusting his employees.  We can all appreciate his candor in accepting responsibility for the actions by resignation after 48 years of dedicated service.  Imprisonment at this time would unnecessarily destroy what is left of his future, and deprive society of a valuable citizen.  In each and very photo and video clip I have viewed of Sheriff Baca since his resignation, I can see the great remorse in his eyes.  Placing him amongst convicted criminals is not just punishing Sheriff Baca, it's punishing a community whose lives he has touched in one way or another.

I thank you very much for taking the time to read my letter and humbly request you to consider not altering the direction of Sheriff Baca's based on his bad decision.  Please call me if you have any questions.  My direct number is (626) 625-3887.

Sincerely,

Takashi S. Cheng

2

130

Exhibit E, Page 212

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Brian Chiang and I can be reached at 310-951-0379.
I am Lee Baca's stepson, and I have known him for over 15
years. I am writing you this letter because I believe that Lee's
character second to none.

Lee has always had a strong belief in ethics and would never
intentionally do anything against the law; he spent his entire
life ensuring that it was enforced. One anecdote that I recall
from before he became the Sheriff of LA was that he got pulled
over by a cop for speeding. Instead of telling the cop that he
was also a cop, he attempted to take the ticket because he
doesn't believe that he should get any preferential treatment
just because he's part of the law. The cop, however, recognized
Lee and said that he'll just let him go. Lee was unsatisfied with
this result and insisted that the cop give him the ticket. I don't
know anyone who believes so strongly in the law that they
would take a ticket when they don't have to.

131

Case 2:16-cr-00066-PA   Document 37   Filed 06/20/16   Page 18 of 63   Page ID #:299

In addition to Lee's ethics, he has always been very generous and kind to not only me, but everyone I've seen him interact with. My friend in Palos Verdes had his brother swept out to sea and informed me that all the sheriffs there were very cold to his family and didn't provide much information regarding the search status. In that difficult time, that crushed them. I asked Lee if he could talk to the PV sheriff department and ask them to show some more empathy to a family that just lost their youngest son out to sea. The very next day, my friend called me and told me that all the sheriffs were much friendlier and provided much more insight into the search status. Unfortunately, my friend's brother was never found. However, that one kind gesture meant the world to him and his family.

When my mother first started dating Lee, it was after my parents had divorced. Obviously, I was very skeptical of him at first because he was a new person coming into my family. The more I got to know him, the more I realized that Lee is exactly the type of person that I would want my mother to be with because of his character and the things that he stood for. I have nothing but the highest respect for Lee Baca.

Sincerely,

Brian Chiang

*Brian Chiang*

132

Exhibit E, Page 214

March 6th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

I am writing to tell you of the many virtuous qualities of Lee Baca, whom I have known as my stepfather for nearly 20 years.

As a stepfather to me and my brother, Lee Baca has always been kind and reliable. He has constantly shown genuine interest in our lives by attending anything from modest family events to milestones in our lives; whether it was a simple dinner or a graduation ceremony, he was there to offer guidance and to show his support.

Lee Baca has been a great mentor and role model by example, emphasizing the importance of a respectable education and having a good work ethic. He encouraged me and my cousins to attend many self-improvement programs such as: police academy tours and speech classes like Toast Masters, among many other youth programs. Lee has also shared with us inspiring stories of his childhood where he chose to travel far distances by bus for 45 minutes daily just to attend a good school to advance his knowledge; he knew the value of a proper education and passed it along to us – even generously offering to pay for my college tuition.

Lee Baca has shown morality and commitment to making a difference in the community. Among the many charitable acts he's contributed to, not only has he made donations, but he has also invested his time and effort. I remember a particular trip to the homeless shelter, in which Lee Baca, my mom, and I, spent the day traversing the streets of Downtown Los Angeles, personally handing out care packages and when the rest of us were tired and resting in the car, Lee Baca continued distributing packages because he knew one person could make a difference in helping society.

I've always admired Lee Baca's remarkable dedication to his job and his passion to make the world a better place. In my eyes, Lee Baca has shown integrity as a husband to my mother, as a stepfather to me and my brother, as a mentor to today's youth, and as a Los Angeles County Sheriff.

Sincerely,

Evette Chiang
C (310) 951-0383
evette.chiang@gmail.com

133

Honorable Judge Anderson:

Re: United States v. Lee Baca

My name is Steve Chiang, the publisher of Chinese LA Daily News. I write this character witness letter for former Los Angeles County Sheriff Lee Baca. I understand that Baca had pleaded guilty to his charges, many friends and I still wish to share our feelings about Baca with you. We hope that this will provide a fair impression of Baca and that you can take our opinion as a consideration.

I immigrated to United State in 1983. I have known Baca a year before he was first elected to the Los Angeles County Sheriff in 1998. As a senior journalist of 32 years in LA County, I find Baca a decent person with nice and gentle personality. Most supporters hailed him as a Zen mastermind. He was overflowing with ideas about how to make policing more humane and wish to build a harmonious and diverse community. Indeed, I thought he had accomplished his goal and delivered his promise in the San Gabriel Valley where most Asian Americans settled and resided during his term.

Many people called Baca a social worker with a badge. I also believed in him. I remembered that a skinny Asian inmate was mistreated by his stronger Latino cellmate at the county jail in June 2007. The victim inmate's family tried to get the help from me (I was president of the Los Angeles Chinese-American Sheriff Advisory Committee (LACASA) 2007 & 2008. Sheriff Baca make a quick decision to have the county jail arrange inmates room by the physical condition and sentence time to reduce jail barring situation when I passed the complaint to him.

In May 2008, Sichuen Province in China had an 8 degree earthquake. Baca was the only elected official to organize a fundraising event to raise $125,000 to help victims with public safety and injured people there to get medical treatments. His humanitarian assistance inspired many communities to join efforts. Baca showed great leadership and compassion.

For sure the scandal would have scarred his reputation in his many accomplishments and achievements. but this can never erase anything he had done for our community, especially for the minority community in Los Angeles.

Now Baca is waiting for his sentence but this make it heart breaking for us to see a nice retired Sheriff in jail. I believe your judgement will reflect the appropriate sentencing for our much appreciated Sheriff Baca's contributions.

Steve Chiang 626-272-6131

134

Exhibit E, Page 216



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

This letter is to provide my experience with Lee Baca beginning with my employment at the Los Angeles County Sheriff's Department in August, 2012. During a three year timeframe, I had the opportunity to meet with Mr. Baca as well as witness his presence and speeches at numerous inmate graduations. Mr. Baca attended most of the graduations and spoke on the importance of education and its link to lowering recidivism and improving public safety. His messages always cut to the issue of the importance of changing the heart and mind.

During my employment, Mr. Baca created an entire Bureau solely dedicated to rehabilitative programs, otherwise known as the Education Based Incarceration Bureau (EBI). As an educator and researcher, I found his dedication to the rehabilitation of inmates refreshing and highly innovative. I will admit that his method of turning jails into schools was not always well received by his custody staff. I did see significant change within the LA county jails as Mr. Baca built a team of executive leaders who believed in rehabilitation—post 2012.

If fact, Mr. Baca's resignation was one of the reasons I decided to leave the LA County Sheriff's Department and work for the state prison system. I knew that without a leader who firmly believed in rehabilitation, it would be an uphill battle under a different leader. I have traveled the halls of many jails with Mr. Baca, heard him speak, read his writings, and even cited him in my own research. Since my time with LA County, I have visited every prison in the state of California, met with every warden and other county jail administrators. I have yet to find any correctional leader with as much passion regarding the rehabilitation of inmates as Mr. Lee Baca.

Sincerely,


Brant Choate, Ed.D.
Director
Division of Rehabilitative Programs
Department of Corrections and Rehabilitation
State of California
Brantley.choate@cdcr.ca.gov

135

Exhibit E, Page 217

Case 2:16-cr-00066-PA    Document 37    Filed 06/2011C    Page 22 of 62    Page ID #:009

## SIMMONS COLEMAN MANOR (SCM)
### A HOME FOR PEOPLE IN TRANSITION

Dear Judge Anderson 4-8-16

My name is Ms. Barbara Simmons Colemon Known as Mother Coleman. I am 87 years old. I have great deal of experience in judging people. I was born on Nov. 15. 1928 in Kansas City Mo. I moved with my parents to Kanas City Kansas. I attend Elemerty school, from there I attend high school. I attend Jr. College. After College I applied at General Hospital No 2 in Kansa City Mo. school of X Ray. I have a Homeless Shelter for women and children. Rev. Smith a former employee at my center introduced Sheiff Lee Baca to me. I was invited to attend Century Sheiff Station Cleigy Counil graduation for Children. When Sheriff Baca spoke and gave the children a diploma I became aware of his honesty and Kindness. I had never seen such love and concern illuminating from a person as Sheriff Baca displayed and this is when I Knew I wanted to Know Sheriff Baca and become a part of his team. I became a member of the Cleigy Counil in my eighties and graduated from the Class receiving my Deploma. I invited Sheriff Baca to the Shelter and he honor my request.

Mrs Barbara Coleman

3757 HALLDALE AVE
LOS ANGELES CA 90018
www.simmonscolemanmanor.org

PHONE: 323 737 4315
FAX: 323 732 6631 OR 737 5329
.com

136



Exhibit E, Page 218

Simmons Coleman Manor, Barbara Coleman Founder

Dear Sheriff Baca,

We were so sorry to hear the news of your retirement from the Sheriff's Department. We know that this was a difficult decision and you took some very important time with reflection, contemplation and consultation with your family. We wanted to reach out to you especially in light of the meeting we had here at Simmons Coleman Manor and let you know that we love you and support you in your decision. You are a special man, Sheriff Baca, and just sitting with you the other day around the table, we found you to be a man of integrity, leadership and someone with a genuine love for people on both sides of the jail cell doors.

We wanted to send you a picture to capture the special moment that we had together at Simmons Coleman Manor. (Please see attachment) You and your family will continue to be in our prayers; always remember Psalm 139 (Please see attachment) especially verse 14 "…that you are "fearfully and wonderfully made!" Also always remember that you know "who you are and whose you are!"

Blessings to you Sheriff Baca
Mother Barbara Coleman Founder Simmons Coleman Manor
Michael S. Jones, C.E.O. Success Management, LLC
P.S. Sheriff Baca, in your retirement there will always be a seat at our table for you as we solve problems around our community!



From Right to Left

- Rev. Stanley Prince, National Association for Equal Justice in America  310-721-7144
- Michael S. Jones, Success Management, LLC  323-896-2469
- Dolly Allison, Ph.D., Director, HUD Homeless Programs, 323-751-2677
  South Central Health & Rehabilitation Programs
- Mother Barbara Coleman, Founder of Simmons Coleman Manor 323-737-4315
- Kenneth Alexander-C.E.O., Alexander's Investigation Service, 323-778-5283
- Royce Esters, National Association for Equal Justice in America, 310-608-5878
- Leroy D. Baca, Sheriff 323-526-5000
- Rev. Dr. Cecil "Chip" Murray, 213-743-4105, John R. Tansey Chair of Christian Ethics in the School of Religion at the University of Southern California.

137

Exhibit E, Page 219

## BARBARA SIMMONS COLEMAN
Executive Director

The first African American woman to head up Kaiser Permanante Regional Radiation Department (Coordinator). After retirement, some 43 years later, because she continued to feel an affinity towards helping people, one woman with a will to heal, today, with the assistance of The Board of Directors, SCM Housing Manager Reverend Brady Smith, Jr., and SCM Commissioner Carrie Perry and dedicated individuals, WE are moving forward.

## ABOUT SIMMONS COLEMAN MANOR
### Emergency Housing Shelter
Founded in 1996

SCM is a home for people in transition, a emergency housing shelter, a place of warmth and comfort to the homeless, located in Los Angeles at 3757 South Halldale Avenue. If you would like to contact SCM for more information, support or to make a tax deductible donation, please visit our web site www.simmonscolemanmanor.org or telephone (323) 737-4315.

# SIMMONS COLEMAN MANOR

138

Case 2:16-cr-00066-PA   Document 37   Filed 06/20/16   Page 25 of 63   Page ID #:306

Case 2:16-cr-00066-PA   Document 355-7   Filed 04/24/17   Page 92 of 100   Page ID #:7939



## XAVIER L. THOMPSON

**President of the BAPTIST MINISTERS CONFERENCE OF LOS ANGELES & SOUTHERN CALIFORNIA**

Reverend Xavier L. Thompson, born in Los Angeles, committed his life to Jesus Christ at an early age, answered the call to preach His Gospel in 1982, ordained as a minister of the Baptist faith at the age of 16. He is the third Pastor of the Southern Missionary Baptist Church of Los Angeles, California, elected in May 2007, former Pastor of Saint Paul Baptist Church in Pacoima, California. An anointed man with a servants heart.

Xavier is recognized as a visionary, innovator and organizer with uncommon leadership qualities. Pastor Thompson has gained the love and admiration of his members, the local community and religious communities across the country due to his dedication and commitment to preaching the whole word of God without compromise.

Recognizing the importance of continuing his education, currently, Pastor Thompson is pursuing his Master of Divinity degree. His focus is on three areas of special emphasis: biblical understanding, personal growth and professional preparation.

Reverend Thompson is the newly elected President of the BAPTIST MINISTERS CONFERENCE OF LOS ANGELES & SOUTHERN CALIFORNIA.

Married to the former Rinnita Martin, they are the proud parents of two daughters Jor'Dynn Simone and Emani Noel.

## DONALD E. KARPEL

**Attorney at Law**

Donald E. Karpel is an AV Rated accomplished lawyer specializing in trial practice, litigation and business counseling. He focuses on personal injury, medical malpractice, real estate, professional liability, product liability, catastrophic injuries, class actions/mass torts, intellectual property, breach of contract, business, and employment, including wrongful termination.

Having served the greater Los Angeles area as a litigator for almost 40 years, Mr. Karpel's experience and track record illustrates the firm's commitment to providing exceptional legal services to each of his clients. Mr. Karpel practices law and represents each of his clients with heart, mind and spirit.

Donald also is a proud father of three daughters and three son-in-laws. To his great joy, he recently became a new grandfather and will be celebrating his 40th wedding anniversary to his wonderful wife, Madeline.

Donald maintains strong ethics that he incorporates into his practice as well as his personal life. He has been a vegan for the last 7 years and is a champion for animal rights. Donald is an avid golfer, having just hit his second 'hole in one.' His most treasured time is that which is spent with his family.



## LEROY D. BACA

**Sheriff, Los Angeles County Sheriff's Department**

Sheriff Baca commands the largest Sheriff's Department in the United States with a budget of 2.4 billion dollars. He leads nearly 18,000 budgeted sworn and professional staff.

Sheriff Baca is the Director of Homeland Security-Mutual Aid for California Region I, which includes the County of Orange. Region I serves 13 million people.

His development of leadership qualities in all levels of the Sheriff's Department have resulted in strong solutions to problems such as drug addiction, domestic violence, homelessness, gangs, illiteracy, at-risk youth, parenting, and the quality of life in neighborhoods. He also manages eighteen non-profit Youth Athletic League Centers serving at-risk youth in after-school programs involving academics, sports, and cultural arts.



Bishop Edwart Turner, *President of Clergy Council*, Assistant Sheriff Cecil Rambo Jr., Ms. Barbara Coleman, Captain Joseph Goodman, *Century 21 Station* (from left to right).

**Steve Cooley & Associates, Inc.**

$teve
Cooley
&
Associates

46-E Peninsula Center, Suite 419
Rolling Hills Estates, CA 90274

424-248-7125
www.stevecooley.com

March 31, 2016

The Honorable Percy Anderson
United States District Court Judge
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re:    **United States v. Leroy D. Baca**

Dear Judge Anderson:

I have known Lee Baca since the late 1990s and got to know him very well after I was elected District Attorney of Los Angeles County in 2000. I served as District Attorney until 2012. During that timeframe, I had a tremendous opportunity to not only work with and observe Sheriff Lee Baca in his capacity as Sheriff but also him as a human being. This letter is not the place or time to address the unfortunate circumstances and events that led to Lee Baca's current situation and that of others involved. It is, however, an opportunity to present to you information that might bear upon your sentencing of Lee Baca.

In that regard, let me share with you some things that I think may be factors for you to consider in rendering your sentence. First and foremost, Lee Baca has served our country with honor and distinction in the military and, for the most part, he honorably and effectively discharged his sworn duties during his longtime career with the L.A. County Sheriff's Department. He achieved much that has greatly aided public safety in Los Angeles County and, in a sense, elsewhere.

I have worked with him closely on many projects to enhance public safety in Los Angeles County. For example, he was the driving force behind the establishment and construction of the current LASD/LAPD Regional Crime Lab at Cal State L.A. But for his efforts, this would have never been accomplished.

Lee also was unique and unprecedented in the way he reached out to various ethnic groups, nationalities, and races throughout Los Angeles County in an inclusive and welcoming way. Lee has a truly good heart. He has manifested this in many, many ways.

140

Exhibit E, Page 222



The Honorable Percy Anderson
March 31, 2016
Page Two

One anecdote related to me by Cardinal Mahony sort of sums it up.  Cardinal Mahony was on a tour of Men's Central Jail with Sheriff Baca and an inmate's belongings were knocked to the floor.  According to Cardinal Mahony, Lee immediately went over, got on the floor, and picked up the inmate's belongings.  The Cardinal related that story to me as an example of the goodness of the heart of Lee Baca.

I stand ready to offer further testament to all the good things Lee Baca has been and is.

Very truly yours,

HON. STEVE COOLEY
Former Los Angeles County District Attorney
2000-2012

cmh

141

Exhibit E, Page 223

**Coastal States Management Corporation**
1524 Cloverfield Boulevard   Suite B
Santa Monica, CA 90404
CoastalStatesManagement.com
(310) 828-8881

Brian Corbell
Chairman
Mobile: (310) 387-2331

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

        Re: United States v. Lee Baca

Dear Judge Anderson:

I have been on the executive committee of the Sheriff's Youth Foundation since Sheriff Sherman Block started it in 1986. Immediately after Lee Baca became Sheriff he committed to continue Sherman Block's programs and I continue my involvement now under Sheriff Jim McDonnell.

Lee Baca focused the Department's efforts on supporting the Foundation's after-school programs that help disadvantaged youth; but equally important he spent personal time to help us gain support from the foundations, companies and individuals in the community who could provide us with funding so we could do our work to help the children. As a result, the funding allowed more and more children to join a safe environment where they first do homework and are tutored and can use computers and after that can participate in sports and dance and even learn to tutor others.

In working directly with Lee Baca I could see this was truly a labor of love for him. When he met with prospects I saw how real is his care for these young people. His way of expressing the plight of these children and his heart felt pleading for their cause was very motivating to me but more importantly was recognized by our prospects as being substantive and sincere and resulted in their direct funding.

I pray you can consider the wonderful things I have seen Lee Baca do personally for so many young people for so many years and allow this good man to remain free in our community to continue to inspire and help the children who need it most.

Respectfully,

Brian Corbell

142

Exhibit E, Page 224



**Founder/Executive Director**

Kay W. Coulson

**Board of Directors**

*President*
Shugella Thomas

*1ˢᵗ President*
Beverly Sapp

*2ⁿᵈ Vice-President*
Sheretha Thomas

*Secretary*
Stephanie Moses

*Treasurer*
Vickie Vaughn

*Chaplain*
Wintress Barnes

**Advisory Board Members**

Thomas Mesereau Jr., Esq.

Imam Abu Abdul Hafiz

Mollie Bell

Rosa Barragan

Esther Rivera

Peter Byun

Dr. Bernyse Hunter

Camille Harris

Francine Williams

**Incorporated: February 23, 2004**

March 16, 2016

Dear Honorable Judge:

On behalf of n-ACTION Family Network, I am proud to support and stand up for the character of Retired Sheriff Leroy Baca. As a visionary, I personally commend and thank him for all the positive things he accomplished for nearly 50 years in the Los Angeles County Sheriff's Department and serving as Sheriff for Los Angeles County for nearly 16 years. His vision, work, service and dedication specifically at the Century Regional Detention Facility (CRDF) and the Education Based Incarceration (EBI) he implemented in the Los Angeles County Sheriff's Department are noteworthy.

Our Bible tells us in John 8:7, He that is without sin among you; let him cast the first stone. As I strive to be the best person I can, I know none of us are perfect and have not made a mistake.

My comments come from a personal experience I shared with Sheriff Baca in my association with the National Association of Blacks In Criminal Justice (NABCJ) and n-ACTION Family Network. With both organizations, he was very supportive of the vision and mission we represented. Between 2006 and the present, these are just a few things I remember that he was instrumental in helping us accomplish.

- Joined and shared in our 1ˢᵗ Justice Sunday program to honor the work and accomplishments of Dr. Martin Luther King Jr., at Immanuel Community Church in Long Beach, under the leadership of Pastor Jane Stormont Galloway in 2006.
- Under NABCJ and National Alliance of Faith & Justice (NAFJ), he ably introduced the idea of "faith & justice" to clergy and community leaders working together with law enforcement. As a result, a well-organized group of over 300 faith leaders joined the Los Angeles County Sheriff Multi-faith Clergy Council.
- In 2005, during n-ACTION Family Network's 1st Annual Community Awards Banquet, Sheriff Baca publicly inquired if I would work with "your" inmates at Twin Towers. From that day, a relationship of professionalism and mutual respect began. Today, nearly ten years later our Re-entry/Life Skills at the Century Regional Detention Facility (CRDF), Women In Transition Support (WITS) is still being requested and "well attended."

In closing, we wish Sheriff Baca and his wife Carol the best and pray that God will lead him to a "fair and just" outcome to the legal situation he finds himself in. It is our hope, prayer, desire and appeal that he will be granted the opportunity to return to the work of community public servant that He's called him to do.

God bless.

Respectfully,

*Kay W. Coulson*

Kay W. Coulson
MPA, Executive Director
n-ACTION Family Network

n-ACTION Family Network .  P.O. Box 1715 .  La Mirada, CA  90637-1715
Voice Mail:  1(866) 299-8817
E-mail:  bod@n-actionfamilynetwork.org

143

Exhibit E, Page 225



# LANDMARK CAPITAL inc.

Carl D. Covitz
President

Honorable Percy Anderson                           March 14, 2016
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:                    Re: United States v. Lee Baca

I've known Lee Baca for over ten years, both as a good friend and law enforcement professional.

As has he, I've also had the experience of being responsible for large bureaucracies, both as the Acting Secretary of the U.S. Department of Housing and Urban Development (HUD), and the Secretary of the State of California Business, Transportation and Housing Agency. Also, I have been Chairman of the Los Angeles County Crime Commission, and the City of Los Angeles Housing Authority.

As the past Chairman of the Homeland Security Advisory Council for Southern California, where Sheriff Baca was a very active Board participant, he persuaded me to become a Sheriff's Dept. Reserve Deputy in order to "give back to the community", which I was happy to do. I currently serve as an LASD Reserve Detective where I've been able to observe Sheriff Baca 'up close and personal'.

I had the opportunity to travel to the Middle East on a number of occasions with him. Of particular interest were his efforts at both counter-terrorism to keep Los Angeles safe, and how to reach out to the moderate Muslim Los Angeles community to assist in this effort. The latter being one of his more important and significant accomplishments.

Also, at my request, he made himself available to speak to the USC Masters Executive Program imploring the young professionals on the importance of continuing education.

Last, but certain not least, in spite of this current unfortunate situation before you, he has been an innovative, leading national figure in improving the opportunities of inmates in the L.A. county jails. I'm sure you will hear from others more knowledgeable than I, regarding the success of his Incarcerated Based Education, Job Training and Addiction Assistance Programs.

In my opinion, Lee Baca has been one of the most dedicated and effective leaders Los Angeles County has been fortunate to have.

Thank you for the opportunity to share my thoughts.

Respectfully,

9595 Wilshire Boulevard, Suite 606 • Beverly Hills, California 90212
Tel. 310/273-7320 • Fax 310/273-**144**1 • e-mail: cdcovitz@aol.com

Exhibit E, Page 226



**National Association of Blacks in Criminal Justice**
Southwest Region: Arizona ~ California ~ Hawaii
**California & High Desert Victorville-Compton Chapters**
Post Office Box 569 • Victorville, CA 92393
highdesertvictorvillecanabcj@yahoo.com
californianabcj@yahoo.com
www.nabcj.org



**March 15, 2016**

Dear Honorable Judge:

The National Association of Blacks in Criminal Justice (NABCJ) and its Southwest Regional Representative Dr. Alpha Omega Curry and constituents in the states of Arizona, California and Hawaii do hereby support the character, service and legacy that Leroy D. Baca, retired sheriff of Los Angeles County has demonstrated in support of the mission, goals and objectives of NABCJ and Greater Los Angeles MLK Day to Season of Service Coalition, Teen Intervention Program and the National Alliance of Faith and Justice (NAFJ) Pen or Pencil Program, developed by Ms. Addie Richburg.

Each year the Awards Committee of the National Association of Blacks in Criminal Justice (NABCJ) accepts nominations for seven (7) national awards to be presented at the Annual Bennett Cooper NABCJ Awards Banquet. NABCJ takes this opportunity to recognize NABCJ members for their contributions to the organization and the community in the area of Criminal Justice. Non-members are not excluded from this nomination process but must promote the goals and objectives of NABCJ.

In 2009 Sheriff Baca was nominated for two (2) national awards from NABCJ. The first was for the Jonathan Jasper Wright Award and the second one was for the William L. Hastie Award.

> JONATHAN JASPER WRIGHT AWARD - This award is for leadership at the regional and state level in the area of criminal justice. The award is presented to an individual who has affected change in policy or is serving as a conduit of change. The award is named after the first African American elected to the bench of the Supreme Court of South Carolina.

> WILLIAM L. HASTIE AWARD - This award is for national leadership in the field of criminal justice and presented to the individual who has affected change in policy, or has excelled in a leadership role nationally in the criminal justice area. The award is named after the first African American appointed to the bench in 1937 by President Franklin Roosevelt.

We are very proud that Los Angeles County Sheriff Leroy D. Baca was the recipient of the 2009 William L. Hastie Award at the 36th Annual Conference and Training Institute on July 22, 2009 in Little Rock, Arkansas. **His nomination application is attached** in support of our recommendation that serious consideration be given to allowing Dr. Leroy D. Baca the opportunity to function in the capacity of a productive citizen in our society where his knowledge, skills, ability, expertise and commitment to recognizing and acknowledging the humanity in every human being regardless of their circumstance or plight in life, would be of maximum benefit in creating a safer, healthy, beloved community in Los Angeles County and beyond.

After working for the U.S. Department of Justice Federal Bureau of Prisons for over 31-years as a clinical psychologist, with well over 40-years of experience in corrections, I can attest to the fact that we are all fallible human beings. We are also all lovable human beings and worthy. In my interactions with Sheriff Baca he values human life, promotes Education Based Incarceration programs and services, community engagement and truly lives by the mantra "it takes a village to raise a child (community)." Having received feedback from citizens in our community and both "returning citizens" and currently incarcerated offenders, over 99% of them have shared with me, "he (Baca) is a good man. He doesn't belong in jail. He gave me a chance." How much is he really worth? He is worth a life devoted to community service and servant leadership.

I am therefore we are and because we are therefore I am,
Yours in His service,

*Alpha Omega Curry*
Alpha Omega Curry, Ph.D.
Southwest Regional Representative, National Association of Blacks in Criminal Justice (NABCJ)
Regional Coordinator, Greater Los Angeles MLK Day to Season of Service Coalition (serving 5-counties)
Advisor-Trainer, Alliance of Prison Ministry Organizations and Affiliates (APMOA)
Clinical Psychologist/Drug Abuse Program Coordinator, U.S. Department of Justice Federal Bureau of Prisons (Retired)

145

**National Association of Blacks in Criminal Justice**



### THE CRIMINAL JUSTICE SOLUTIONS ORGANIZATION
### "COMMITTED TO JUSTICE FOR ALL"

**NABCJ Awards Nomination Form**

**RECOMMENDED AWARD:** William L. Hastie Award

**NAME:** Leroy D. Baca

**ADDRESS:** 4700 Ramona Boulevard

**CITY:** Monterey Park       **STATE:** CA   **ZIP:** 91754

**PRESENT POSITION:**
Sheriff, County of Los Angeles, California

**PAST POSITIONS:**
Custody, Recruitment, Patrol, Academy Trainer, Captain, Commander
Los Angeles County Sheriff's Department
**EMPLOYER/ORGANIZATION:**
Los Angeles County Sheriff's Department, State of California

**CRIMINAL JUSTICE BACKGROUND OR EXPERIENCE:**
Doctorate in Public Administration, 43+years in LASD, 3-term Sheriff
Board of Directors for the Optimist Youth Homes & Ranch,
**COMMUNITY** Puente Learning Center, EMEK Hebrew Academy, Buena Nueva
**ACTIVITIES** Foundation, Community Day and Multi-Faith Annual Prayer
Breakfast
**NABCJ**           Greater Los Angeles MLK Day To Season of Service
**AFFILIATION/SERVICE** & High Desert-Victorville CA NABCJ

146

Exhibit E, Page 228

REASON FOR NOMINATION: (Discuss the relevance of the nominee's accomplishments to this specific award) Dr. Leroy D. Baca, Sheriff of Los Angeles County, is currently serving his third term in office. He is well respected by the the local community, state and national politicians and both community and world leaders. Within his department, he has required all his employees to recite from memory, the Sheriff's Department's Code of Ethics (attached below). He is nationally known for his demonstrated leadership style and his commitment to ensuring equality and equitable treatment to all citizens. He is a humanitarian and visionary. He is a problem solver who has proven results showing he is proactive in dealing with race relations, gang violence, domestic and elderly abuse, and other community conflicts. He is a believer and supporter of mentoring, education and community service. He serves as a mentor to a diverse population of at-risk youth and is the co-founder of Comunity Day and the Sheriff's Department Multi-Faith Clergy Council Prayer Breakfast held annually during the MLK holiday . serving 25000-35000 people each year. Continued below.....

SUBMITTED BY:
NAME: Alpha Omega Curry, Ph.D.
CHAPTER: High Desert-Victorville California
ADDRESS: Post Office Box 874, Adelanto, CA   92301

PHONE 800.791.6817 or 760.530.5898
DATE: 05-01-2009
REGIONAL REPRESENTATIVE APPROVAL Yes
SIGNATURE: _Alpha Omega Curry_
CHAPTER PRESIDENT APPROVAL: 0 Yes
SIGNATURE _Alpha Omega Curry_
DATE: 05-01-2009
SUPPLEMENTAL INFORMATION MAY BE SUBMITTED ON SEPARATE PAGES BUT MUST BE LIMITED TO NO MORE THAN SIX (6) PAGES!

Please submit form to:
NABCJ
N.C. Central University
P.O. Box 19788 Durham, NC 27707 919.683.1801/telephone 919.683.1903/fax E-mail:
office@nabcj.org

147

Exhibit E, Page 229