### Nomination for the 2009 William L. Hastie Award
National Association of Blacks in Criminal Justice (NABCJ)

**Leroy D. Baca,** Sheriff, Los Angeles County Sheriff's Department, commands the largest Sheriff's Department in the world.. He supervises over 15,000 sworn and professional staff. The Sheriff's Department is the law enforcement provider to 41 incorporated cities, 90 unincorporated communities, nine (9) community colleges, 47 Superior Courts, and hundreds of thousands of daily commuters of the Metropolitan Transit Authority and the Rapid Rail Transit District. The Department is also responsible for housing, feeding, medically treating and securing nearly 20,000 inmates in seven (7) correctional facilities.

The Sheriff's Department also protects 58 Superior Courts and 600 bench officers. Moreover, the Department manages the Nation's largest local jail system housing over 20,000 prisoners.

Sheriff Baca is the Director of Homeland Security-Mutual Aid for California Region I, which includes the County of Orange. Region I serves 13 million people.

Sheriff Baca incorporates innovative best practices into his leadership style based on pro-active, progressive problem solving. He recommended a female transitional program be established at the Century Regional Detention Facility (CRDF) in Lynwood, CA, which came into fruition under the leadership of NABCJ Life member Kay Coulson, Executive Director of nAction Family Network and its Women in Transition Program. Sheriff Baca supports a number of non-profit organizations and is a member of the Board of Directors of n-Action Family Network. He is supportive of the Greater Los Angeles MLK Day to Season of Service Series of volunteerism in the community to person of all ethnic backgrounds and nationalities, socio-economic status, religion and sexual preference.

His development of leadership qualities in all levels of the Sheriff's Department have resulted in strong solutions to problems such as drug addiction, domestic violence, homelessness, gangs, illiteracy, at-risk youth, parenting, and the quality of life in neighborhoods. He also manages four non-profit Youth Athletic League Centers serving at-risk youth in after-school programs involving academics, sports, and cultural arts.

Sheriff Baca also developed the Office of Independent Review, comprised of six (6) civil rights attorneys who manage all internal affairs and internal criminal investigations concerning alleged misconduct by Department personnel. This unique model of civilian oversight is a natural model of police accountability.

Sheriff Baca earned his Doctorate of Public Administration Degree from the University of Southern California (USC). He is a life member of the Honor Society of Phi Kappa Phi, USC Chapter. A strong advocate of education, he developed the Los Angeles Sheriff's Department (LASD) University in conjunction with five (5) universities where over 900 members of the Sheriff's Department are enrolled in Bachelor's and Master's Degree programs.

Sheriff Baca was re-elected in June 2006 for his third term in office. He entered the Sheriff's Department on August 23, 1965. He served in the United States Marine Corps Reserves. Throughout the year, Sheriff Baca and the Los Angeles County Sheriff's Department teams with the Governor of the State of California and joins forces in the "Gifts for Guns" Program. This program provides a unique opportunity for residents to safely and anonymously surrender any firearm to the Sheriff's Department in exchange for a $100 gift card, $200 gift card for assault weapons, to a local retail store. Each year has brought much success.

Sheriff Baca is a leader in the fight to prevent crime and injustice. He enforces the law fairly and defends the rights of all. He has a compassion for partnering with the people he serves to secure and promote safety in the communities he oversees. He is "painfully honest," a hard worker, an eager learner and is dedicated and committed to make a difference in people's lives. More importantly, he makes a difference in people's lives and communities. He has excelled in a leadership role that has significantly impacted cultural diversity and multi-ethnic communications and dialogue in the criminal justice system nationally and internationally.

148

Exhibit E, Page 230

Sheriff Baca advocates a philosophy of Public Trust Policing. Public trust policing is the use of police resources in a manner that includes the public's participation in the mission of public safety. The purpose of public trust policing is to provide a higher level of public safety. It is incumbent upon law enforcement o recognize that without the full faith and cooperation of the public, the mission of public safety is severely impaired.

The process of public trust policing involves moving from what was generally known as a closed system to an inclusive and open system of public participation in the public safety mission. Three (3) principles govern the operations of the Los Angeles Sheriff's Department under Dr. Leroy D. Baca.

**Principle 1:    Develop Methods of Public Participation**

This creative planning of public participation programs that build public trust is the responsibility of the pubic safety service. The following are examples of helping hands, eyes and ears used in the Los Angeles County Sheriff's Department:

* CLEPP (Community Law Enforcement Partnership Program): This office organizes community groups and programs to fight gangs, drugs and violence, in addition to providing support to stations through the Volunteers on Patrol program. It also assists in planning and executing special events, such as sheriff's station grand openings, town hall meetings and Neighborhood Watch meetings.

* Community Academies: These programs are specifically designed to educate community members on law enforcement's role. For 13 weeks, they attend classes that focus on topics such as criminal law, firearms, internal investigations, patrol procedures and gang enforcement. They observe deputies on patrol and tour the Weapons Training Center, Emergency Operations Bureau and a custody facility.

* Community Advisory Committees: These councils act as liaisons between sheriff's stations and the communities they serve, consisting of members selected to best represent the diversity of the area. They provide direct input from the public regarding local issues and assist in the development of programs suited to their communities.

* Community Tailored Programs: The commanders of patrol stations and community sheriff's stations have full discretion to implement participation programs of all types, depending on the needs of the communities they serve.

* COPS Bureau (Community Oriented Policing Services): Deputies are assigned to each station to attend Neighborhood Watch meetings and conduct door-to-door surveys to determine the community's needs in terms of quality-of-life issues and crime prevention. The COPS Bureau also runs an outreach program that offers social services to the homeless in an effort to improve their lives.

* Ethnic Advisory Councils (Hearing from the community): There are a dozen councils dedicated to bridging cultural gaps and connecting with groups that historically might have felt disenfranchised. Sheriff Lee Baca meets with the councils every year to hear their concerns, facilitate dialogue and discuss the implementation of programs.

* General Department Information and Current Events: The Department's Web site consists of Department information, court information, news and press releases, current events organized by area, upcoming community events and a public blog. www.lasd.org

* Interfaith Advisory Council: Comprised of clergy and religious leaders, to include several members of the NABCJ, this group aims to raise the level of communicating between the Department and citizens and improve communities" quality of life by addressing important issues and concerns. It also assists and intervenes wit spiritual guidance during crisis situations.

* International Liaison Unit: As the Department representative to the Los Angeles international community, this unit works wit h foreign consulates regarding law enforcement issues. It also provides translation services for investigations.

149

Exhibit E, Page 231

* RCPI (Regional Community Policing Institute): This institute provides high-quality training and technical assistance to about 440 law enforcement agencies, local governments and communities throughout California. Seminars focus on a wide variety of training related to community policing and specialty areas such as school violence and disaster preparedness, counter terrorism prevention and leadership development.

* STAR (Success Through Awareness & Resistance): Since 1985, deputies in the STAR Unit have helped teach drug, gang and violence prevention in Los Angeles County schools. The program is geared toward grades four (4) through seven (7), when drugs and gangs are more prevalent. The STAR program reaches more than 100,000 youths in 370 schools each year.

* 24 Hour Media Unit: This unit is available around the clock to provide up-to-date information to the public and media about crimes or other incidents of interest.

* Uniformed Reserves: Reserve deputy sheriffs work part time to supplement the Department's manpower. They are professionally trained and sworn law enforcement personnel. They have the same powers of arrest and perform general law enforcement duties, including responding to calls, investigating crimes and controlling traffic. Number of current reserves: 819 and includes NABCJ members.

* Uniformed Volunteers: These citizens are the eyes and ears of the Department in the community. They volunteer to perform nonhazardous patrol duties, including traffic control, searching for missing children and conducting residential vacation checks. Number of volunteers: 3,596

* VIDA (Vital Intervention and Directional Alternatives): The 16-week program aims to help teenagers get along with parents and look toward the future. It includes physical fitness, family counseling and other intervention measures. Since its inception, more than 3,000 youths, ages 10-18, have enrolled.

* YAL (Youth Activities Leagues): Youth Activities Leagues provide a safe, supportive haven for counseling, educational tutoring and after-school recreational activities for youth. The program includes academic classes, computer labs, tae kwon do, dance classes, fishing, overnight camping, cultural trips, basketball and soap-box derbies. These programs provide an alternative to gangs and drugs. Fourteen stations organize youth activities leagues. Participants: 20,000 yearly.

**Principle 2:    Model the Department's Core Values to the Public and the Police**

"As a **leader** in the Los Angeles County Sheriff's Department,
I, (Sheriff Leroy D. Baca), commit myself to *honorably* perform my duties with *respect* for the dignity of all people, *integrity* to do right and fight wrongs, *wisdom* to apply *common sense* and *fairness* in all *I* do and *courage* to stand against racism, sexism, anti-Semitism, homophobia and bigotry in all its forms."

**Principle 3:    Train and Support All Department Employees to be Leaders**

A major goal of public trust policing is to reduce or eliminate police misconduct. Inappropriate behavior by police will reduce pubic trust, particularly in high-crime areas. Encouraging all levels of police to incorporate leadership skills into their lives will lead to stronger, more defined ethics. A leadership academy with a comprehensive curriculum for all employees is one of the best methods with which to solidify individual integrity.

**Principle 4:    Support College or University Achievement for All Lw Enforcement Employees**

Policing in the 21st Century requires today's law enforcement official to be a versatile thinker, performer and citizen. This primary reality is driven by the complexity of modern society and the complicated issues crime creates. There is no single solution to solving today's crime problems. The only factor that is constant is that human beings will always be involved, either as a victim or perpetrator. Education is the cornerstone in successfully responding to the ;multi-faceted, intricate demands of modern public safety.

150

Exhibit E, Page 232

Los Angeles Sheriff's Department University (LASDU) is a consortium of colleges and universities whose mission is to provide Department employees with accessible, multi-varied learning programs that will enhance personal and professional growth, promote a lifelong commitment to learning, and  enable all employees to better serve their community.  Since 2002 there have been 1,098 LASDU graduates: 384 Master's Degrees, 364 Bachelor's Degrees, and 350 Associate's Degrees.

**Principle 5:**     Transparency

Public trust policing is the key engine for engaging the public to believe in their police of sheriff's department. Beyond the need for good, respectful communication between the public and the police is the need for transparency when things go wrong.  Historically, when misconduct occurs, the law enforcement agency investigates itself without any outside assistance.

An internal investigation can be done with great accuracy , but in this age of media analysis and influence, public opinion may still be led in the direction of greater mistrust of the police service.

This is why the Los Angeles County Sheriff's Department created the Office of Independent Review (OIR).  The OIR monitors all criminal and internal affairs investigations from start to finish.  Its goal is to ensure accuracy, objectivity, fairness and compliance with the disciplinary standards of the Department.

The OIR is staffed by six (6) civil rights attorneys.  For the past six (6) years, this office has ensured that all incidents, big or small, are investigated properly, reported accurately, and that policy and management were improved when necessary.

The Sheriff's Department also works with an independent ombudsman who responds to the public's complaints regarding the quality or status of any complaint inquiry.  This backup process ensures that all public-initiated grievances are heard and explained to the fullest extent possible.

151



John C. Cushman, III
Chairman, Global Transactions

CA Lic #00367890
Cushman & Wakefield, Inc.
Lic #00616335
601 S. Figueroa Street, 47th Floor
Los Angeles, CA 90017-5752
Direct +1 213 629 6575
Fax   +1 213 629 6501
Cell   +1 917 912 0427
john.cushman@cushwake.com
cushmanwakefield.com

April 4, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE:    United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for 18 years and have seen the quiet giving person that has done so much for at-risk people, particularly those from the inner city.

I have had dozens of meetings with Lee Baca relative to the Boy Scouts of America as the Chairman of the Los Angeles Area Council, the President of the Western Region and the National President of the Boy Scouts of America (BSA).

We had a thriving program between the BSA and the Sheriff's Department providing thousands of young men and women from the Los Angeles area the opportunity to participate in the Explorer programs with the department. This was a great feeder system for the Sheriff's Department to work with these young people, many of whom were so excited to be a part of the program that they decided following high school to join the Los Angeles County Sheriff's Department. This was a favorite program of Lee Baca who worked closely with me to make the program so successful.

I also had the privilege of working very closely with Lee Baca who asked me to serve as the Vice Chairman of Region One, Homeland Security Board. Homeland Security, Region One is the largest Homeland Security region in the country. We had a very hard working and committed Board under the direction of the Sheriffs of Orange County and Los Angeles County. This was a very major commitment of mine and as well Lee Baca.

I ask you for your favorable consideration given all the very good programs and things that Lee Baca has done to make Los Angeles County a better place to live and work.

Sincerely,

John C. Cushman, III

JCC:dm

152



## LEA PURWIN D'AGOSTINO
## 2084 RIDGE DRIVE
## BRENTWOOD, CA 90049

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE: UNITED STATES V. LEE BACA

Dear Judge Anderson:

I am taking the liberty of writing this letter in order to give you some additional perspective regarding former Sheriff Lee Baca, who will appear before you in May.

By way of background, I spent over thirty years as a Deputy District Attorney with the Los Angeles County District Attorney's office. Many of those years were spent as the prosecutor for the Career Criminal Unit for the entire San Fernando Valley. In that time, I tried and convicted literally hundreds of murderers, rapists, child molesters and career criminals. In short, I hold strong views on criminal justice and fair sentencing.

I have known Lee Baca both personally and professionally for twenty-five years. In that time, I have always found him to be an honorable man with integrity. Learning of the events that led to his present circumstances was surprising, to say the least.

In my experience, it is rare to see a defendant take responsibility for his actions as Lee Baca has done – particularly when doing so carries such an incredibly heavy price. By entering his plea, Lee has destroyed a lifetime of hard work serving our community, ruined his reputation (which may never be resurrected), and may have permanently shattered his family. In light of all this, I don't see how either the defendant or our community would be served by incarcerating him. Therefore, I would ask you to consider the most lenient sentence possible.

Should you require any further information, I can be reached at (310) 476-2706.

Thank you for taking the time to read my letter and consider my opinion.

Sincerely,

153

Exhibit E, Page 235



# OCCIDENTAL
## ENTERTAINMENT GROUP HOLDINGS

CRAIG C. DARIAN
Co-Chairman
Chief Executive Officer

March 08, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: <u>United States v. Lee Baca</u>

Dear Judge Anderson,

I note with sadness the guilty plea of former L.A. County Sheriff, Lee Baca; and at the same time, I am proud to write the following letter on his behalf.

Without unnecessary elaboration, my wife & I have been longtime residents in San Marino, and we have been neighbors of the Baca's for many years. Suffice it to say that Sheriff Baca was demonstrably active in numerous aspects of the community, frequently attending school and other social events, and always presented an extremely professional and friendly demeanor that reflected excellent upon the office that he held.

As a member of the Board of Directors and Leadership Committee for St. Anne's, I can say that Sheriff Baca has frequently lent his support for the young women and babies that have been residents of St. Anne's, and he was visible in his participation at the annual Evening of Angels Gala.. His credibility has served us well.

I am also President of the Board of Directors for Shakespeare Center LA, and along with actor Tom Hanks, I Co-Chair our Veteran's Affairs Committee. Here, again, we serve under-privileged kids and chronically unemployed veterans, and Sheriff Baca has been a solid supporter. Literacy programs have been a priority for the Sheriff keeping kids out of gangs and on a trajectory toward higher education.

ALBERT SWEET DEVELOPMENT • OCCIDENTAL STUDIOS
OCCIDENTAL TECHNOLOGIES • OCCIDENTAL LIGHTING & GRIP • PROP SERVICES WEST

CORPORATE OFFICE: 1149 NORTH McCADDEN PLACE • HOLLYWOOD, CALIFORNIA 90038
TEL (323) 464-0055 • FAX (323) 464-0054  154  WWW.OCCIDENTALENTERTAINMENT.COM

Exhibit E, Page 236

Honorable Percy Anderson
March 8, 2016
Page two

I am very close friends with attorney, David Hochman, who has traveled around the world with Sheriff Baca meeting with law enforcement officials. This was reportedly for the purpose of enhancing public safety, and learning about emerging techniques that best address public interests and the legitimate enforcement of the rule of law.

Lastly, I was honored by Women Against Gun Violence with their Courageous Leadership Award during their 20th Anniversary Gala. Their founder, Ann Reiss Lane, has frequently advised me that Sheriff Baca has been a great supporter, especially in issues relating to children and gun safety.

As a longtime executive, I have run publicly-traded and privately-held companies, alike.    And as a businessman, I own a diverse group of eight companies doing business in the Entertainment Industry, and a portfolio of real estate assets including a dozen sound stages and four dozen office buildings. In the world of commerce, Sheriff Baca has been sensitive to those issues affecting business and the best interests of Los Angeles.

Through the many years that I have known and supported Sheriff Baca, I have never observed him to ever demonstrate character unbecoming of his position. I regard him as a good lawman, and an excellent family man.

My humble request of the court is that you exert discretion that is mindful of Sheriff Baca's long legacy of superb public service on multiple fronts. His place is not in prison.    The debt he has already paid has been great, and it does not merit compounding.

I thank you for your consideration and respectfully request utmost leniency.

Very truly yours,

OCCIDENTAL ENTERTAINMENT
GROUP HOLDINGS, INC.

CRAIG C. DARIAN
Co-Chairman & CEO

CCD:as

155

Exhibit E, Page 237



## Governor Gray Davis (Ret.)

April 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

    Re: United States v. Lee Baca

Dear Judge Anderson:

Your Honor – I'd like to share one story which illustrates Lee Baca's humanity and compassion. It was September 11th, 2001 – two hours after America had been attacked by Al Qaeda. I shut down the State Government, went to the Headquarters of the California Highway Patrol where we organized a conference call with all 58 sheriffs. The first sheriff to speak was understandably concerned that his county might be attacked next, and he wanted assurances from me as to how the State could be of assistance. The second speaker, Lee Baca, made one seminal point, "We are all Americans. We all live in the same country. And we cannot have Americans taking up arms against other Americans."

Lee indicated that he was going to organize several inter-faith services in LA County attended by Christians, Muslims, and Jews to signal that we are all in this together. Lee asked me to attend these services with him and I was happy to do so. In the subsequent months, together we attended more than 30 such services in LA County alone, making the point that we are all God's children, that we are all in this together, and that we had to stand united.

Those services and the attendant publicity that came therefrom sent a strong message of tolerance throughout LA County, which I believe served all of its residents well during one of the most trying times in America's history.

Thank you for taking the time to read this personal letter.

Respectfully,

Governor Gray Davis (Ret.)



10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067 www.loeb.com
(310) 282-2223 ggd@loeb.com

156

Exhibit E, Page 238

**Jacqueline Dear**
P.O. Box 6290
Beverly Hills, CA 90212
(424) 249-0473
d3arjacqu3@gmail.com

4th April 2016

**Honorable Percy Anderson**
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing to urge leniency in the sentencing of my friend Lee Baca.

I have known Lee Baca for 6 years. As a Community Leader and Humanitarian, he and I both shared a desire to relieve suffering and change lives while maintaining human dignity. Our goal of humanitarian education is that communities increase their resilience and that individuals both children and adults are more confident, able and willing to help themselves and others.

Lee has always been there for me and my family, willing to lend a hand with everything from fixing a car to studying for a test.

Lee was greeted with respect, handshakes, hugs and lots of love as we walked through the streets of Los Angeles in numerous parades together. I can honestly say he made a strong impact on the people in the communities he served.

Lee and I are both aware of the gravity of the crime but he is more than the sum of his actions.

Sincerely,

Jacqueline Dear

157

## HENRY THOMAS DeNERO

March 1, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Honorable Judge Anderson:

This letter is in support of Lee Baca.

First, let me say a few words about my background. Then I will summarize how I came to know Lee well; and why I consider him to be one of my two or three closest friends; and why I am one of his strongest admirers.

I was born in 1946 in New York State to an Italian immigrant father and a first-generation Italian mother, and grew up in a middle class neighborhood in Pleasantville, New York. I am a graduate of Amherst College (BA) and the Stanford School of Business Administration (MBA), and served as a US Naval Officer with high distinction and holding the highest US security clearance. I have had the good fortune of a successful business career which included working for almost 20 years with a major management consulting firm, serving as the chief financial officer of a large company, and serving on several corporate boards of directors. I have also served as a director on several non-profit boards, including The Los Angeles Philharmonic Association, Family Services of Los Angeles, Los Angeles Public Television (ex officio), and The Minnesota Orchestra Association. I have been married 47 years (to the same person), and have two adult children and two grandchildren.

I met Lee in the early 1980s, at 5:30 in the morning, in the dark, running around the Caltech track. He was then a commander in the LA County Sheriff's Department. We ran together almost every morning for nearly 10 years before I

158

moved to Minnesota in 1992. During those years, we came to know each other extremely well, and shared many views and experiences about our respective careers, personal lives, beliefs and philosophies. It was during this period that I developed a great friendship and a strong admiration for Lee.

Lee and I picked up running together again for a second 10-year period after I returned to the Los Angeles area in 2000. We would also have frequent breakfasts or lunches, and dinners with our wives. On occasion, my wife, who is an ordained minister, and I would also attend church with Lee and his wife Carol. Lee and Carol would attend a different church somewhere in the Los Angeles area almost every weekend. Our friendship (and my admiration) deepened during this period; and we have been close friends ever since (although I can no longer run with him). In fact, because he is a private man and has been a public figure, I may know him better than anyone with the exception of his wife Carol. I hope that you will take this into account when considering my comments.

From my long and deep friendship with him, I can say that Lee Baca is one of the most ethical and highly honorable persons I have ever known. He has dedicated his life to the service of others; and has done it with distinction. His ethical values were manifested in his leadership. An example follows. When he was first elected LA County Sheriff, he developed a code of conduct for the Department. It included several points, such as treating people with dignity and respect, and serving the community. He printed the Code on cards the size of a business card and distributed them to all 7,000 sworn officers in the Department. He then held an all-hands meeting and basically told the entire force that, if they could not buy into these values, they should find employment elsewhere. Several hundred did. This is just one example of the kind of leadership Lee exhibited, and the kind of person he is.

I will also recount another example of his compassion and respect for the dignity of others. Sometime in the 2000 to 2003 period, I was having breakfast with Sheriff Baca at one of his favorite restaurants, The Colonial Kitchen on Huntington Drive in San Marino. This is a modest, family owned restaurant- just Lee's type. Sheriff Baca was dressed in his police uniform, probably because he was attending some function that day which required it. Toward the end of the breakfast, we heard a commotion at the reception area (inside the restaurant). A homeless man had entered the restaurant and was asking for something. The hostess was alarmed, and the manager immediately called the San Marino Police. This was,

2

159

after all, one of the highest income residential areas in the nation. Lee rose from our table and calmly approached. He was, of course, unarmed, being the highest-ranking police official in Los Angeles County. He asked the homeless man what he needed. After a brief conversation, he told the man that he was not wanted by the restaurant owner and could not stay. He then reached into his pocket, pulled out a money clip and gave the homeless man a $20 bill. I remember him saying something like: "Here; take this. And God bless you". Then, two San Marino police officers burst into the restaurant, aggressively approaching the situation. Stunned by the sight of Sheriff Baca in full uniform standing with a shabby homeless man, they immediately stopped their charge. Lee explained to the two police officers that nothing had happened, and that the man was about to voluntarily leave the restaurant. Lee then put his arm around the man and walked him past the San Marino police officers and out to the sidewalk. The homeless man went on his way. Lee and I followed, got in our cars and drove off; as did the two San Marino police cars (they dispatched two units). His instinct is to treat a homeless man with compassion and dignity; and to diffuse a situation with the local police. Lee used to describe the Los Angeles jail system to me as "the largest homeless shelter in the County". He instructed the management to take in the homeless when warranted, feed them, clean them up, give them a place to sleep, and "release" them the next morning. Actions are stronger than words. I witnessed Lee Baca in action that day in San Marino. I will testify to this event under oath if necessary. It happened exactly as I recall it. How could I ever forget it?

Finally, I considered applying for the position of Assistant Sheriff in the early-2000s, a "non-sworn" position to serve as the Chief Financial and Administrative Officer of the Department. I was prepared to do this, despite a significant reduction in income, because I believed so strongly in what Sheriff Baca was trying to do in his leadership of the organization. As it turned out, I did not apply for the position because of Los Angeles County budget cuts. I do not believe the position was ever filled. I recount the story to you only to emphasize how deeply I feel about Lee's leadership, values and ethics.

I do not believe that Lee Baca knowingly or consciously committed a crime. But that is not for me to determine; nor is it the issue now. He has accepted a plea agreement. As Judge, I believe that you have the power and discretion to consider the character of the man; and to take into account the entire "body of work" of his professional and personal life. My hope is that you will take into account that this is a man who has led a most honorable and ethical life. If I may be so bold, I

3

160

would ask that you consider a reduced sentence combined with community service. Community service is something that he is exceptionally good at. It is something that he has been doing all of his life.

Thank you for your consideration.

Respectfully,

Henry DeNero

1255 Hillcrest Avenue

Pasadena, CA 91106

(626) 253-2773 Mobile

htdenero@gmail.com

161

Exhibit E, Page 243



Case 2:16-cr-00066-PA   Document 37   Filed 05/20/16   Page 48 of 63   Page ID #:339

MASHDOTS COLLEGE

APRIL 13, 2016

**THE HONORABLE LEE BACA**

**LETTER OF REFERENCE**

It gives me great pleasure to write this letter of recommendation for Sheriff Lee Baca. I have known have known him for more than 30 years and am distinctly honored and uniquely privileged to attest to his superb character and exemplary virtues as a visionary leader. As a Commissioner of the Los Angeles County Inmate Welfare Services, I have worked closely with Sheriff Baca, and my respect and admiration for him recognize no boundaries.

One person, one leader can make a difference. Whenever I doubt that, I remember these words: "I am only one, but I am one, I cannot do everything but I can do something, what I ought to do I will do because I can make a difference." Sheriff Baca has made a tremendous positive difference in my life, and in the lives of many.

As a highly educated, uniquely competent, thoroughly responsible and trustworthy leader of the highest integrity, Sheriff Baca has instituted a first-class vocational education programs in the Los Angeles County jails. Thousands of inmates are grateful to him for establishing such a program that has been most beneficial to all the participants. Sheriff Baca is a very warm and caring person who constantly has demonstrated love, compassion, understanding and poise in professional circles and social situations that have confronted him. He has met all challenges with initiative, confidence and a high standard of effectiveness.

Friends and colleagues who have been associated with Sheriff Baca, proudly describe him as a unique individual - - honest, humble, friendly, hardworking, service-oriented, conscientious, reliable and intelligent with innate spirituality, a generous heart and strong adherence to family values.

In my professional and academic career, I have met many individuals who are competent, but few qualify as remarkable. Sheriff Baca belongs to the ranks of the best of the best and embodies all the following qualities all the time:

Mailing Address: P.O.Box 250063 · Glendale, CA  91225
Telephone: 818.548.9345 · E-mail: Mashdots@aol.com· MashdotsCollege.org

162

2. FOCUS – As an extraordinary leader, he plans ahead and thinks through multiple scenarios and the possible impacts of his decisions, while considering viable alternatives and making plans and strategies – all targeted towards success.
3. CONFIDENCE – Not only Sheriff Baca is confident, but his confidence is contagious. Colleagues who have had the privilege of working with Sheriff Baca are naturally drawn to him, constantly seeking his advice, and feel more confident as a result.
4. OPTIMISM – Sheriff Baca is a vital source of positive energy. He communicates easily. He is intrinsically helpful and genuinely concerned in other people's welfare. He always seems to have a solution and always knows what to say to inspire and reassure. He avoids personal criticism and pessimistic thinking, and looks for ways to gain consensus and gets people to work together efficiently and effectively as a team.
5. ACCOUNTABILITY – Sheriff Baca has always taken responsibility for his performance and has followed up on all outstanding issues. When problems have arisen, he has identified them quickly, seeking solutions, and getting things back on track.
6. DECISIVENESS – Sheriff Baca understands that in certain situations, difficult and timely decisions must be made in the best interests of the entire organization, decisions that require firmness and fairness that will not please everyone. He also knows not to act unilaterally but instead foster collaborative decision-making.
7. INSPIRATION – Put it all together and what emerges is a picture of a truly inspiring person– THE HONORABLE LEE BACA – a peacemaker, a consensus-builder, a man of integrity. His exemplary life is our lesson.

As chair of the Peace Conferences of Rotary International and Past District Governor, I was distinctly honored several years ago to present the "PEACEMAKER OF THE YEAR" prestigious award to Sheriff Baca. His outstanding contributions for world peace deserve our utmost respect and admiration. His inspiring speeches at Rotary International Peace Conferences have touched many lives.

Sheriff Baca is highly respected and greatly admired by his family, relatives, friends and colleagues. He is an extraordinary leader for all seasons. His unique qualities are reflected not only in his many acts of service, but also in the testimony of his countless friends and admirers. He is an outstanding example of the finest in the American character and attributes.

Sincerely,

Garbis Der Yeghiayan, Ph.D.
President

163



Policing You Can Trust

rondowell@compton4cops.org

May 10, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Sheriff Lee Baca believes in education. I write this letter in support of former sheriff Baca who created an environment within the sheriff's department that departed significantly from what had occurred before his tenure.

I worked 38 years for Los Angeles County; the first half was in healthcare and starting in June 1990 as a professional manager in the Sheriff's Department where I earned two Master's degrees from California State University Long Beach in Emergency Services Administration (2005) and in Criminal Justice (2009). Sheriff Baca developed the relationship with CSULB and encouraged his personnel to take advantage of it and I did.

I'm a lifelong resident of South Los Angeles, have witnessed from ground zero the devastation from two major riots sparked by police actions. I used the opportunity provided by Mr. Baca to turn my 2009 thesis project into a book, COMPTON 4 COPS: Community-Based Crime Fighting in Disadvantaged Racially and Ethnically Diverse Urban Communities. The book was published in 2010 by Outskirts Press. My goal was to help communities improve public safety service delivery and look at the most effective and ineffective methods of policing and controlling crime in disadvantaged, diverse urban communities.

I believe the acknowledgment in my book should help explain why I support Mr. Baca:

"Last and certainly not least, I thank the Los Angeles County Sheriff's Department, where I spent the last 18 years of my 38 year public service work career until retirement. I was not only able to earn two Master's degrees through programs offered by the Sheriff, but more importantly, as a civilian, I learned something about policing from the inside out while leading people as a contracts and budget staff analyst; hospital administrator; criminal records manager; and,

POB 3129
Compton 90223

164



**Policing You Can Trust**                                    rondowell@compton4cops.org

property and evidence manager. Sheriff Lee Baca is a staunch supporter of higher learning." (pg. 210)

Unlike LASD today, as sheriff, Mr. Baca was always willing to visit Compton when requested by its residents. His communication was always open and honest. For example, and I cite this incident in my book, Mr.Baca visited the city several times following the deputies shooting incident involving Winston Hayes. In my opinion he worked proactively to change an *us versus them* mindset that was historically rooted within the sheriff's department, no easy task.

During my time in the sheriff's department I witnessed progressive movement toward drug habilitation and education for inmates along with improved health care overall under the leadership of Mr. Baca. He formed the Clergy Council of which I was a member. I was taken aback by the diversity of that group and their willingness to work together to improve our community. Unlike many in law enforcement, Mr. Baca proved approachable and accessible which helps inform why he was popular in Compton and surrounding areas. He worked to eliminate barriers between his department and the community they are charged with serving.

Yes, there were many in the sheriff's department that opposed Mr. Baca's policies and felt more comfortable arresting residents, an approach that is simply unworkable and undesirable. I often heard deputies say, *I didn't hire on to be a social worker*, yet policing in the 21st century requires that they become more humane to be effective at reducing crime and increasing community trust.

Like Mr. Baca the sheriff's department isn't perfect. It has a long way to go to truly effect community-oriented policing in places like Compton and South Los Angeles. But, thanks to Sheriff Leroy Baca, LASD is a great deal further along than it would have been if not for his leadership. I hope the trajectory he set continues.

Please feel free to contact me at (310) 632-3092 and visit my website, http://compton4cops.org

Sincerely,

Ron L. Dowell, CEO

POB 3129
Compton 90223

165

Exhibit E, Page 247



**Doo & Chong**
2596 Mission Street, Suite 302
San Marino CA 91108

April 6, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Wendy Doo, I am a partner at Doo & Chong, Attorneys at Law and have known Lee Baca on a personal and professional basis for many years. My contact information is at the bottom of this letter.

Lee has been a friend of the community since before he was Sheriff. I recall very often when he would schedule multiple events in a single night, just so he could attend as many constituent events as possible. His ability to connect with so many communities directly is even more commendable given the broad geographic territory that Lee was in charge of. Lee is a compassionate person who truly cared for the broad community that he represented. In my conversations with Lee, he demonstrated that service to the community was always his first priority. Throughout the years, I have known Lee as a very ethical and honorable leader.

I hope that you will fully take into account Lee's stellar lifetime career of public service and community outreach in his pending case. I am proud of his connection to the community and thank him for being a true friend to the community for so many years.

Very Truly Yours,

Wendy Doo
Attorney at Law

WD:zs

Wendy Doo                Attorney at Law              telephone (626) 403.3322              facsimile (626) 403.7733

166

**Teresa Dreyfuss**
**Superintendent/President**
**Rio Hondo Community College**
**3600 Workman Mill Road**
**Whittier, CA 90601**
**Email: TDreyfuss@RioHondo.edu**
**Phone: 562-908-3403**

March 29, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Teresa Dreyfuss, Superintendent/President of Rio Hondo Community College located at Whittier, Ca. I have known Sheriff Lee Baca since 2008 while Rio Hondo College when planning began to have an educational center in Santa Fe Springs, within the same location as the LA County Sheriff Training Center.   During the planning, design, and construction phases, I had numerous meetings and engagements with Sheriff Baca personally and his staff to make the Rio Hondo Santa Fe Springs Educational Center be successful. Sheriff Baca was very enthusiastic about providing a convenient and cost effective way for his staff to continue their education as well as other Rio Hondo Community College students.  He assisted Rio Hondo College to work out the land lease with LA County.  We are very proud to have this center that makes it convenient to educate the local community members. Rio Hondo College also publically acknowledged and awarded Sheriff Baca for his service toward this center which has meant so much to the community.  We are very grateful for his assistance and support to Rio Hondo College and the local communities. Sherriff Baca's passion for education has had a major impact on many lives. I am asking for your kind consideration of leniency when determining his sentence. Sherriff Baca has done much to improve our local community and the citizens that live in it. Thank you in advance for your consideration.

Respectfully,

Teresa Dreyfuss

167

Exhibit E, Page 249



**FIRST AME CHURCH OF LOS ANGELES**

Pastor J. Edgar Boyd
Senior Minister

April 11, 2016

Honorable Percy Anderson
United State District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Leroy D. Baca

Your Honor:

My name is, Michael Ellison-Lewis.  I am the Senior Advisor to the Pastor, CEO of First AME Church of Los Angeles, Pastor J. Edgar Boyd.  First AME Church of Los Angeles (FAME) is a 144 year old congregation and the oldest church founded by African American's in the City of Los Angeles.  The 18,000 –member congregation serves the greater Los Angeles Community with an array of outreach ministries.

I met with Mr. Baca over 20 years ago as a young man following the 1992 civil unrest.  He became a mentor to me as well as 3 of my childhood friends.  He continues to be a mentor to all three of us.  Of this trio of friends, one is now a Pastor of a large church in Los Angeles, another is an aide to an elected official, and the remaining member is working in homeland and personal security.  Lee continues to counsel all three of us in success and crisis.

Within the last year I have lost my 104 year-old great-grandmother as well as the unexpected death of my stepfather.  Lee was a comfort not only to me but to my entire family.  Having been raised by his grandmother he understand the close relationship I had with my great grandmother.

Lee and his wife have taken a special interest in the Biddy Mason Charitable Foundation.  The foundation provides support and services to foster youth. He has counseled foster youth and volunteered at the annual Thanksgiving

www.FAMEChurch.org    2270 South Harvard Boulevard
Los Angeles, California 90018
Tel 323 735 1251  Fax 323 735 3533

168

Exhibit E, Page 250

*MICHAEL ELLISON-LEWIS LETTER TO JUDGE PERCY ANDERSON*                                    PAGE 2 OF 2
*Re: United States v. Leroy D. Baca*

Day Dinner for Foster Youth.  He serves as an advisor to the Executive Director of the foundation.

Additionally Lee has met with and helped to organize a Saturday School academic tutoring program for elementary school children.  On numerous occasions Lee has shared with me the importance of literacy and the correlation between an inability to read and recitivision.  He was and remains deeply committed to education within the jail system.

In his retirement I have personally witnessed on numerous occasions his willingness to providing financial resources to the less fortunate along with compassionate counseling. It is my hope and prayer that Leroy D. Baca will be allowed to serve his commitment to the court through the community.

Sincerely,

MICHAEL ELLISON-LEWIS
Senior Advisor to the Chief Executive Officer
First AME Church of Los Angeles

Exhibit E, Page 251

Harvey A. Englander
1130 Tower Road
Beverly Hills, California 90210

March 27, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have been a public affairs professional in Los Angeles for the past 48 years and I am the Founding Partner at Englander Knabe & Allen which has been consistently ranked by the Los Angeles Business Journal as the largest Los Angeles headquartered public relations agency. I can be reached at Harveyenglanderpr@gmail.com or at 213.220.5058.

I met Lee Baca in 1997 when I was retained by Sheriff Sherman Block to be the political consultant for his re-election campaign where he was being challenged by Lee who had retired from the LASD. I recall our being introduced at a charity dinner and I will always remember him telling me that he was *"running for Sheriff and not against Sherman Block."* It was important for him that I knew that he loved Sherman Block but he felt that Sheriff Block's health had diminished his capacity to run the department and that he had significant policy differences with him. That this campaign was not personal and that he would never allow it to be.

Lee Baca kept his word in the conduct of his campaign and of course, he was right about Sheriff Block's health. You may recall that Sheriff Block died about 3 weeks prior to the November 1998 election.

It would have easy for Lee to ignore me after he was elected but he didn't. He sought my counsel and my friendship and he encouraged me to support the Sheriff's Youth Foundation, which I did. He was committed to changing the cycle of crime that infects young people in too many communities. It was his passion and he recruited everyone to join with him.

It is my sincere hope that when you consider sentencing for Lee, you will take into consideration his entire career helping the people of Los Angeles County.

Sincerely,

Harvey A. Englander

170



# JERRY B. EPSTEIN

March 18, 2016

The Honorable Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I have known Lee Baca since he was a Lieutenant working out of the Marina del Rey Sheriff's Station in the early 1970s. We have had a very close professional and personal relationship for more than 40 years, and I believe he is a man of integrity with a deep and abiding commitment to the welfare of the diverse people of the County of Los Angeles.

By way of introduction, in addition to my business interests as a lessee of the County in Marina del Rey since the Marina's initial development, I have served on numerous local and state entities, including as President of the Los Angeles Airport Commission, President of the Los Angeles State Building Authority, and Chairman of the California Transportation Commission. I have gotten to know and work with many elected officials, and I know Lee is one of the most dedicated and public-spirited elected officials in our area.

Like many others, at Lee's request, I have contributed to the Sheriff's Youth Foundation and to other charities with which Lee has been involved over the years. But I believe Lee's most valuable and unique contribution to the community has been his highly-visible substantive efforts to participate in multiple interfaith and interracial dialogues during the past several decades. Lee has been an important "bridge"

171

between both law enforcement and the Hispanic community, and numerous civil rights and social service organizations, including many Jewish organizations with which I have been involved. He has been an enthusiastic participant in countless meetings and panels, and has broadened the social perspective of all those to whom he has spoken and touched. I believe his compassion and vision has had a most positive impact on the Sheriff's Department itself, as well as on the public's perception of the challenges faced by law enforcement in a rapidly changing, diverse, and dynamic urban environment.

Thank you for your thoughtful consideration.

Sincerely,

Jerry B. Epstein

172

Patrick Erlandson                                                    May 10, 2016
Socalhumantraffickingevents.info
Long Beach Human Trafficking Task Force
  Prevention subcommittee

Dear Judge,

I am writing on behalf of former Sheriff Lee Baca whom I first got to know after 9-11 through his interfaith advisory council which was mobilized to bring the religious community to the table in preventing violence and misunderstanding between the faith communities of our county.  I was deeply impressed by Sheriff Baca's commitment to healing and preventing divisions to bring greater suffering to the people entrusted to his protection and service.  I found him to always be engaging and aware of intricate problems as they existed.

I work in the field of human trafficking prevention and on several occasions when I marched with the Sheriff in Compton or met at conferences where I was able to speak, we always had deep conversations about the subject and I always felt his heart for this ugly issue that so many would like to sweep out of eyesight and public attention. Leroy Baca was willing to take on this and many other issues with sincerity and determination.

I have always seen Leroy Baca as a tremendous asset and partner in the fight against human trafficking and hope that all of his past valiant efforts and contributions to LA County will not be overlooked as he faces responsibility for what he is now being sentenced for.

Thank you for your kind regard for this statement of support for Sheriff Leroy Baca and all the good he has done in our county.

Sincerely,

Patrick Erlandson

(patrick.unhcr@gmail.com)  310-994-1141

173

Exhibit E, Page 255

# Heather J. Erwin, Esq.

304 Upland Ave • Iowa City, IA • 52245 • Phone: 515.621.3739
E-Mail: heather.erwson@hotmail.com Letter, whealer 201630

Date: April 1, 2016

Re: United States v. Lee Baca

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street. Courtroom 15
Los Angeles. CA 90012

Dear Judge Anderson:

I have been an observer of the Education Based Incarceration program, conceptualized under Mr. Baca's supervision. for several years. As a consultant and subject matter expert in correctional education and criminal justice advocacy I consider the EBI program a model of how rehabilitation through incarceration should work. The EBI program recognizes that rehabilitation occurs through multiple levels of acknowledgement. enlightenment. and empowerment. EBI's extensive. customizable. programmatic content. coupled with the promotion of respectful. humane interactions between staff and incarcerated participants makes it a ground-breakingly innovative model.

In my observations of the EBI program I appreciated not only the comprehensive nature of the program's beneficial effects on the students enrolled as participants. but also on the overall morale and performance of the staff and instructors tasked with facilitating EBI. This project promotes incarcerated student rehabilitative gains and prepares participants for continuing success upon reentry. I would be happy to speak further about the comments contained herein. Please do not hesitate to contact me if I can be of additional assistance.

Sincerely.

Heather J. Erwin. Esq.
Correctional Education Consultant

174

## NATIONAL ASSOCIATION FOR EQUAL JUSTICE IN AMERICA
### (NAEJA)



March 30, 2016

**OFFICERS**

Royce Esters
President (CEO)

Sylvia Penman
Secretary

Frank Millholland
Chief Financial Officer

United States Courthouse
**Honorable Percy Anderson**
**United States District Court Judge**
312 N. Spring Street, Courtroom 15
Los Angeles, California 90012

*Re:  United States v. Lee Baca*

Dear Judge Anderson:

The National Association For Equal Justice In America/NAEJA clearly understands Lee Baca as High Sheriff must bear responsibility for unsavory behaviors of department subordinates.  His recognition of responsibility for those behaviors does not in anyway however, dim the light on quality of life improvement within the City of Compton, which can be attributed directly to Mr. Lee Baca.

Immediately upon becoming a contract city, then High Sheriff Baca ordered Command Staff at the City of Compton Sheriff Sub-Station to participate in the monthly anti-crime community meeting facilitated by this civil rights association.

Totally due to open lines of communication fostered through this monthly meeting between city officials, members of the community and Compton Sheriff personnel, a sustained 80% reduction in City of Compton's annual homicide rate was realized.  Highly notable, because of Sheriff Baca's insistence that his Compton deputies participate in these meetings, a national model of responsive community policing was developed and still exist in the City of Compton today.

NAEJA is a prominent member of this community.  We thank and are forever grateful to Retired Sheriff Lee Baca for his efforts, which have preserved and improved the quality of life in the City of Compton and its surrounding communities.

Sincerely,

*Royce W. Esters*

Royce W. Esters
President/CEO
National Association For Equal Justice In America

RWE:sp

### P.O. Box 663  Compton, CA 90223
### Website: NAEJA.BizLand.com
175

Exhibit E, Page 257

## Ted R. Estrada
8613 Roger Ct.
Pico Rivera, CA  90660

April 20, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 N. Spring St.
Courtroom 15
Los Angeles, CA 90012

Re:      Mr. Leroy Baca
Subject:   Character Reference Letter

Dear Judge Anderson:

I met and have continued to be friends with Mr. Leroy Baca for thirty years. I am retired and was administrator of East Los Angeles Doctors Hospital, Norwalk Community Hospital and Community Hospital of Los Angeles from 1972-1997. Because of community unrest and gang activities in the areas where these hospitals were located, I formed a committee comprised of local citizens and law enforcement to advice me on dealing with situations where criminal elements posed repeated threats to our hospitals and personnel for whose safety I feared.

I met Leroy Baca at a social function, sought him out, told him about the constant threats our hospital faced, and asked if he would participate in our committee, which we called "Hospital Community Safety." Leroy happily acquiesced to my request, and despite his important, demanding duties with the Sheriff's Department, came to the regularly-held committee meetings and was generous with his advice and time. Sometime during the late 1970s there was rioting on Whittier Blvd., where our hospital was situated, and Leroy came and helped calm our staff, and to the extent that he was able to do so, stayed on the premises until the crises passed. And, for weeks following the maelstrom, Leroy would call me or came to the hospital to see if we required any help.

176

Exhibit E, Page 258

Judge Percy Anderson
Federal District Court
Los Angeles, CA
Page 2


There were other incidents involving bomb threats against the hospital, or threats from dissatisfied patients or their relatives, and I would call Leroy and he would advise me on the telephone what action to take, or come to the hospital to impart tranquility with his advice. There were incidents involving gang member shootings with victims coming to our Emergency Department. Leroy had given his telephone number for our night nursing supervisor, and if she called him, even if it was at night, I learned the next day he had come to the hospital to help in whatever way he could.

Judge Percy, except for Leroy, I have known very few people in law enforcement, but I am proud to have him as a friend, who, by his sensitivity and true concern for helping those unable to help themselves, has proven to be a pillar and an icon of the communities he served for almost half a century. I can state without equivocation that without Leroy's help in many instances, our hospital was in danger from the threats and lawlessness that abounded in our community. Our hospitals, our personnel, and I felt comforted and secure by knowing that Leroy would come to our aid whenever we called him.

I willingly and happily provide this letter of character reference for my friend Leroy Baca. Any additional information required of me, I can be reached at 520 665-1015 or tedestrada@hotmail.com.

Most sincerely yours,

Ted R. Estrada
Retired Hospital Administrator

177

March 28, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

My name is Julie Farb and I am writing in support of Leroy D. Baca, whom I've had the honor of knowing for almost a quarter century. I would like to tell you of the undeniable positive impact that Leroy D. Baca has made on our community in addition to my family's life.

Leroy Baca is a man of unparalleled integrity, kindness and empathy, always incorporating other people's point of view and concerns in his work and daily life. I, among others, am truly grateful to him for his outstanding leadership in Los Angeles county law enforcement and even more so for being a beacon of hope for our youth. He has gone above and beyond to establish enriching programs for LA county youth in order to help them attain success in the face of some of their great adversities. Furthermore, he initiated learning programs in correctional facilities which instilled hope for the future in every life he touched. The actions he took to help and keep our community safe during his career as a leader in law enforcement shows he truly cares about the well-being of others and especially the development of our county's young adults.

Leroy D. Baca is respected and revered as a much-needed role model who inspires people around him and takes extra steps to be an effective and positive mentor for those who need him. On a more personal level, he has been a mentor to my own son, Robert, allowing him to work as a summer intern in the Los Angeles County Sheriff's department. It was an experience that my son cherishes, knowing he was given the opportunity to learn from a mentor like Leroy Baca who set a sound example of responsibility, diligence and hard work that my son will carry with him for the rest of his life.

Furthermore, both my children (twins at the University of Michigan) attribute their added inspirations and motivation in college and their extra-curricular activities to advice Leroy Baca has given them and the credible example he has set. As a single mother, to watch my children confidently reach for the stars due to their role model Leroy Baca and witness by his example how to effectively lead by caring has been my most fervent hope for both of them. I can confidently say the extraordinary example Leroy Baca sets

178

Exhibit E, Page 260

reaches beyond my children and he has instilled these same values in countless communities, which is why he is so widely admired and respected.

Leroy Baca is a true gentleman and humanitarian. He is someone for whom I have the utmost respect and gratitude. He has undoubtedly made a remarkable difference in our community and is the most worthwhile and fair-minded man our community could ever hope for. I am honored to call Lee and his exceptional wife, Carol, devoted friends. Thank you for the opportunity to say a few words about this incredible person. Please do not hesitate to contact me at either my home, (310) 474-6644 or e-mail: juliefarb@yahoo.com.

Sincerely,

Julie Farb

Julie Farb

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Robert Farb, I'm 21 and am currently a junior enrolled at the University of Michigan. I'm writing to you in order to share the positive influence that Mr. Baca has had on my life and should you need to reach me in the future you can do so by email at farb.robert@gmail.com or by cellphone: (310) 903-2359.

I have known Sheriff Lee Baca since I was born and can honestly say he has had an immense impact on my life. He has been my largest role model for as long as I can remember and has always encouraged me to make a positive difference in every community that I join. In high school, I went to Mr. Baca for advice regarding my community service project and he inspired me to join a volunteer program at St. John's hospital to help patients in the ICU. I can wholeheartedly say his advice pushed me to dedicate as much time as possible to my community service project, which ended up helping me receive the Presidential Community Service Award.

Mr. Baca became more than a positive example in my life when he agreed to become my mentor during the summer before my freshman year of college. I joined Sheriff Baca in a "side-by-side" style work program where he exposed me to some of the responsibilities of being a Sheriff for the County of Los Angeles. Not only did he teach me about the responsibilities that go along with working in the real world, he also set an example of diligence, dedication and passion for his work. He dedicated so much of his time to foster positive interactions and an open dialogue with everyone he worked with, which is a quality I can only hope to develop one day. Sheriff Baca displayed his true empathy for everyone around him during his work everyday and more specifically when he took me with him to address a group of inmates who were soon to be released back into society. I walked into the situation expecting the group to disregard his presence because of the obvious dichotomy, but I was inspired and in awe at the respect the prisoners had for him. The ability to receive respect from different communities like he did is an extremely rare quality to have and shows what a truly good man Mr. Baca is. Working with Sheriff Baca allowed me to observe the qualities of a responsible, ethical and empathetic leader and I hope one day I can incorporate these qualities into my future career.

In addition to his passion to give back to the community and the excellent example he set in his work life Mr. Baca is an amazing friend of my family's and is truthfully one of the most self-less, honest and moral people I know. On countless occasions he has set aside time to talk me through several important life decisions. For example, when my twin sister

180

and I were deciding on where to go to college and thought Michigan might be out of our
reach academically he encouraged us to reach for the stars and push ourselves to become
better. His advice to aim high rather than fear rejection led me to make the best decision of
my life in applying to Michigan.

I can go on and on about Mr. Lee Baca's positive qualities because they are genuinely
endless, but I will leave you with my honest sentiment that he is one of the greatest men I
have ever known and I have always wanted to grow up and be exactly like him. He pushes
himself to a standard of excellence in everything that he does ranging from work, to
friendship and even marathon running. If there is one person in my life that has had the
most positive impact on the decisions I have made it is Sheriff Lee.

Sincerely,

Robert Farb

181

Exhibit E, Page 263

*Marie Fellhauer*
*639 W. Oak Avenue*
*El Segundo, CA 90245*

March 21, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Marie Fellhauer and the purpose of this letter is to express my sincerest plea that the Los Angeles County Sheriff's Department's (LASD) former Sheriff, Leroy D. Baca (Lee), be given the benefit of the doubt in the determination of his sentencing. While I continue to work for the organization referenced below and I am an elected official in the City of El Segundo, I am not representing my employers or any agency with this letter. This letter represents my personal opinion and feelings about Lee.

I have personally known Lee for more than 12 years. The agency I work for has collaborated with LASD on many projects. I worked very closely with Lee on a county-wide gang violence reduction project and a regional training project where I learned a great deal about the man behind the title, Los Angeles County Sheriff. He is a man of great passion for the communities he served. I've witnessed him speak at many events and he always spoke about his love for people and the importance of respect for everyone. In every meeting I attended with him, his number one concern was always about the safety of our communities and the rehabilitation of those who were incarcerated. He believes strongly in education based incarceration and that those who have made mistakes can learn from them and re-enter society to contribute in a positive way. Until I knew Lee, I didn't fully understand this.

In working with Lee, we developed a personal relationship in which I look to him as a mentor and family friend. Lee and his wife, Carol, have been to our home on numerous occasions and I've shared many profound conversations with him over lunches and dinners. Once, when I asked Lee what the most important thing in life is, he simply responded, "Friendship." We went on to discuss how friendship plays a significant role in every aspect of our journey through this life. His thoughtfulness is intense, his heart is immense, and his mind is superb. Lee is a man of fervent moral convictions.

He is not an ordinary man. Lee is a visionary leader with a keen ability to see beyond what others see, to feel deeper than others feel, and to inspire nobility and decency in those who meet him. He has given me life lessons in more ways than this letter can express, but the among the most valuable lessons I've learned is the principal of understanding others and that friendship is central to our existence. For that, I will always be grateful.

I humbly ask that Lee's positive contributions to the people of Los Angeles County and beyond along with his virtuous and compassionate heart be weighed in any decision affecting him. Should you have questions for me, I can be reached on my cellular telephone at (310) 529-5919.

Warmest regards,

Marie Fellhauer

182

Exhibit E, Page 264

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Thank you for taking the time to read my letter. It is my honor to write to you in support of Lee
Baca, and perhaps provide a perspective from someone that has known him since I was 14
years old (almost 20 years to date) and the impression and guidance his example has set for me
and how that has shaped my life.

There are certainly few individuals like Lee, and if I were to pick some ways to describe him,
they would include humble, generous, compassionate, loving, serving of others and a leader
that truly has brought out the best in many individuals, leaving a legacy that has given hope and
motivation to people in all walks of life.

In 2005, as a student at Pepperdine University, I had an assignment to pick a leader that I
admired, write a report and provide an oral presentation. Lee was the first person that I
thought of and I proceeded to reach out to his office to see if I could shadow him for a few
hours on a typical day. Speaking with a member of his staff, I could tell the office culture saw
my request as an opportunity to educate others of the Sheriff's mission instead of my presence
being an inconvenience. A few days later I drove to LASD Headquarters in Monterey Park,
checked into the office and patiently waited as Lee handled other obligations before getting on
the road. We were on our way to a community center in a troubled and violent area of East LA,
where Lee was scheduled to speak to families, students and small business owners about their
community and listen to their concerns. The turn out was a packed room and the pride of the
folks that attended was swelling. I don't think they ever felt as if someone in Lee's position
cared enough to take the time to see them, listen to their concerns and provide the positive
feedback, encouragement and mentorship that they needed to push forward and improve their
lives for a better future. As I write this and reflect on that day, there weren't any other
deputies at the event except the one that typically accompanies the Sheriff and there wasn't
any one from the news reporting, this was a typical day. Lee is a man of the people, he came
from similar circumstances, educated himself, was diligent in life and now made it his life's
mission to teach others how they can do the same while also serving to protect them.
Everyone could feel it that day and I believe it is a day that they will share with others for a long
time to come. I certainly have.

How has he shaped my life?  He's personally set an example for me to mentor and help others
in my community by relating to them. And not just in communities but in everyday
circumstances. He demonstrated that someone in his position can be humble and treat others

as equals while still maintaining respect. His mantra of always serving others without any expectations in return is an ideal that I remind myself of almost everyday in my life because I feel it's the only right path to success. He is one of my greatest mentors and I have passed down the teachings myself.

Nevertheless, no matter how much an individual strives in life, these ideals are certainly not shared by everyone. The other month when I saw Lee plead guilty to the charges he was facing, I wasn't disappointed, I was extremely proud. In the past, he has reminded me that a leader takes responsibility for his actions and for the actions of anyone under his command. It's the first thing you learn in leadership school, he echoed many times.

Judge Anderson, I simply wanted to share a small story reflecting a great admiration that I have for Lee Baca. I very respectfully request that his life's work and accomplishments for society be considered and that any sentence be minimal or considered served.

I sincerely appreciate your time and consideration. I would also make myself available at any time to be reached or be present at your discretion in support of Lee.

Sincerely yours,

Dave Fernandez
(805) 300-3283 Cell
1457 Dara St.
Camarillo, CA 93010

184

Exhibit E, Page 266

April 17, 2016

Judge Anderson
312 North Spring Street, Court Room 15
Los Angeles, CA 90012

Dear Honorable Judge Anderson,

I met Leroy Baca over 40 years ago.  His title at that time was Sargent
Baca, and he was my teacher in Junior High School.  He was an educator
on behalf of the Los Angeles County Sheriff Department, and he was a
role model for my two sisters and myself.

In 1997, I was elected to the Artesia City Council and within one year,
Lee was elected to the Sheriff position for Los Angeles County.  It was a
privilege working - county to city - with Sheriff Baca over the last
decades.

I was blessed to be in attendance at a 2014 Independent Cities
Association Law Enforcement seminar, where recently-retired Sheriff
Baca outlined the programs and changes he spear-headed during his
tenure as Sheriff.  He received a standing ovation, and a show of respect
from the many elected attendees, city managers and law enforcement
officials in attendance.

Please feel free to contact me if you need additional information.  My
cell phone number is 562-416-2751, and my email address is
sflowers@cityof artesia.us

Sincerely,

Sally Flowers
Councilmember, City of Artesia

185

Exhibit E, Page 267

## VICENTE FOX QUESADA

San Francisco del Rincon, Gto., México. February 24th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am the Former President of Mexico Vicente Fox (Term 2000-2006). Prior to my Presidency I served as Governor of the State of Guanajuato from 1995-1999. Prior to my political career I was the CEO of Coca Cola of Mexico, Central and South America.

In 2007, I opened my Presidential Library, Centro Fox to the public. As a library, Centro Fox has a stated mission of training and developing Latin American Leaders based on Social Value. The Center provides a variety of programming and resources that supports this mission through policy, social, cultural and academic initiatives.

In 2010, I invited Sheriff Lee Baca (we met at a Better LA Event in Los Angeles) to Centro Fox in conjunction with the City of Leon, Guanajuato Mexico Police Department. At the time Leon was witnessing an increase in crime while our Police officers were facing various challenges with our Citizens. With a full days discussion at Centro Fox between our Leon Police Force and Sheriff Baca the Sheriff determined a vigorous program was needed to be implemented by the Leon Police Force if the police men and women were going to be respected as police officers to our Citizens. This program developed and shared by Sheriff Baca included mental

186

Exhibit E, Page 268

VICENTE FOX QUESADA

testing, physical training followed by police procedures and protocol. After 6 months of intense training our Leon Policemen measured up to the standards of Los Angeles County Sheriff's Deputies.

Without the Sheriff's input and expertise I can assure you our City and its Citizens would have been at greater risk with many lives lost.

I can assure you no other law enforcement agency from the United States lent a hand in a time of need for your Southern Neighbor.

I have great respect for Former Sheriff Lee Baca.

Regards,

Vicente Fox
President of Mexico
(2000-2006)

187

Exhibit E, Page 269

March 21, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Stan Friar and I've known Lee Baca for 60 years. We first met in the 8th grade at Nightingale Jr. High School in Lincoln Heights, not far from your courtroom. Later we were classmates at Franklin High School in Highland Park. In those formative years, it was clear that Lee possessed a natural leadership quality and an unselfish desire to help everyone, particularly the less fortunate. When he became an LA Sheriff's deputy and eventually head of the largest Sheriff's Department in the world, he followed a philosophy of progressive law enforcement.

As Lee rose steadily through the ranks of the Department, I believe he always remembered his humble beginnings, and because of that perspective, he treated everyone with dignity and respect. I recall an event early in his career, which demonstrates the integrity of his character. One day after we met for lunch, he invited me to tour the local Sheriff's facility and while there took time to introduce me to one of the inmates. Lee treated this inmate with courtesy and kindness one wouldn't normally expect of an officer of the law interacting with an inmate. Later, he explained that law enforcement wasn't just locking people up but helping them to lead a better life. It is apparent to me that Lee Baca was guided by these principles throughout his career.

Many years later upon his retirement, Lee stated that he believed his greatest achievement is bringing the crime rate down to 40-year lows, and creating the Education-Based Incarceration Program. "This is the only county in the nation that has shifted from punitive incarceration to education-based incarceration", he said. "With my power as Sheriff, I must care for these inmates. They're the discarded, and what I want is for them to come out better than when they came in."

For almost 50 years, Lee Baca was not only a dedicated servant of the County of Los Angeles, but is one America's finest citizens. He is certainly deserving of leniency.

S. a Friar

Stanley A. Friar
1432 Wayne Avenue
South Pasadena, CA 91030
626/799-4610

188

Exhibit E, Page 270

ב״ה



# קהלת בית נפתלי

# CONGREGATION BAIS NAFTOLI

221 S. La Brea Ave. Los Angeles, CA 90036 • www.BaisNaftoli.com

Yoel Gold, Rabbi (213 509-2521
Andrew Friedman, President (323) 931-2476

**Magidel Shiur**
Rabbi Zvl B. Hollander

**Lecturers**
Rabbi Aaron Banayan
Rabbi Shmuel Chmelnicki
Rabbi Gavriel Cohen
Rabbi Pinchos Gruman
Rabbi Shaul Spira
Rabbi Mel Teitelbaum
Rabbi David Thumim
Rabbi Shalom Weil

**Gobboim**
Amram Deutsch
Shmuel Klein

February 19, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    *United States vs. Lee Baca*

Your Honor:

I understand that Lee Baca has pled guilty to one count of making a false statement to investigators. I am writing this letter to you on behalf of Mr. Baca in hopes that you will take its contents into consideration in sentencing Mr. Baca.

As you know, Lee Baca has served the Sheriff's Department for almost half century. During the last ten years or so, he has actually worked for the Department without compensation, since if he had retired ten years ago, his salary (pension benefits) would have been more or less the same as he was earning while working. Mr. Baca has devoted his life to the betterment and improvement of the Sheriff's Department. With the exception of this incident, he has demonstrated his complete devotion to the Department. Moreover, he has actually inaugurated numerous programs for the benefit of the inmates so that they should be productive members of society upon release.

As President of Congregation Bais Naftoli, I am a Biblical scholar. The Bible teaches us "an eye for an eye and a tooth for a tooth." The Rabbinic sages teach us that the Bible did not mean that we actually have to blind the culprit or knock out his teeth. On the contrary, the culprit must be made to pay the value of an eye or a tooth as his punishment. Basically, the punishment must be commensurate to the crime.

Your Honor, I respectfully submit to you that for the crime of making a false statement, Mr. Baca has been punished more than any human should be punished. He resigned as Sheriff, a position he held for many years. He loved being the Los Angeles County Sheriff. He was at the top of the world, respected by all, with an enviable legacy. All this is now gone as his punishment. No human being should ever have to suffer as Mr. Baca has. Clearly the punishment has exceeded the crime. No additional punishment is warranted to a good man who has made a mistake.

In addition, Mr. Baca has demonstrated throughout his career his sincerity and belief that only through cooperation and belief in God can we succeed. As a Christian, he has worked

189

Page: 2

tirelessly throughout the years in inter-faith programs, bringing Christian, Jews and Muslims together. Not long ago, he invited me to join him at a Muslim mosque where he lectured against discrimination against Muslim-Americans. Likewise, while lecturing in Hungary as a Goodwill Ambassador for Los Angeles County, he emphasized that European anti-Semitism is like a cancer and must be eradicated by people of all faiths. As a man who believes in God, he has punished himself for his recent "sin" and no additional punishment should be rendered.

I hope that you will take into consideration my request not to include incarceration in sentencing Lee Baca.

Very truly yours,

Andrew Friedman
President, Congregation Bais Naftoli

AF/jl

190

William T Fujioka
1403 Royal Oaks Drive
Bradbury, CA 91008
(562) 858-9967

April 5, 2016

Honorable Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

It is my pleasure to submit this letter on behalf of Retired Sheriff, Leroy Baca.

My name is Bill Fujioka and I recently retired after 40 years in public service. My most recent position was Chief Executive Officer for the County of Los Angeles. Prior to that position, I was the City Administrative Officer for the City of Los Angeles. I met Sheriff Baca in 1982 when he was a lieutenant in the Sheriff's Department and I was an examination analyst for the County's Personnel Department. Our friendship started when we both found out that we came from Boyle Heights, a poor multi-ethnic community in East Los Angeles and that we shared similar experiences and values. As our respective careers progressed, we developed and maintained a strong friendship that was grounded in mutual respect and admiration.

As Sheriff Baca's career progressed, the one trait that remained constant was his sincere concern for people, regardless of their race, religion, gender, sexual orientation and economic status. Lee treated everyone the same and demanded that those who worked for or with him do the same. Both Lee and I shared stories regarding facing racial discrimination early in our careers and stated that if ever we had the ability to do so, we would improve opportunities for others.

The programs that he put in place, starting with the oath that all deputies must take that addresses the respect they must give to all members of the community, are reflective of Lee as a person. The educational programs he initiated in the County jails had a huge impact on those who used the opportunity provided in the program to turn their lives around.

The Sheriff Department's legal issues rightfully put a spotlight on serious issues that had to be addressed and corrected. However, when Lee's career is assessed, I only hope that totality of his actions and contributions are carefully considered. His personal beliefs and compassion has

191

truly touched the lives of many in a very positive way. I have personally witnessed many people, especially young adults, approach Lee at community events and thank him for changing their lives through his educational programs. Lee Baca is an exceptional man with a heart of gold. I've also seen the many times Lee has taken the time to talk to a young person and provide him/her with a word of support and guidance to help steer them in the right direction. His career, as a whole, demonstrates a man committed to serving the public and improving the lives of others.

As Lee's life continues, I feel strongly that his contribution to society hasn't ended. Lee is a natural teacher and it's my hope that when his current challenge is behind him, he'll enter a classroom and share his knowledge with others who are seeking careers in professions that improve the lives of others.

Thank you for the opportunity to share my feelings on this matter. Please free feel to contact me at 562 858-9967, if you have any questions or need additional information.

Sincerely,

William T Fujioka

192



**JAMES M. GALBRAITH**
1640 Oak Grove Avenue
San Marino, California 91108

February 22, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson:

My wife Peggy and I are writing in support of Lee Baca. Peggy met Lee at Caltech when he was working on his doctorate in public administration at USC. We were early backers of his run for Sheriff before the death of Sheriff Sherman Block in 1998. We believe Lee to be a good, sincere, and principled man, and we marveled at the extent of his community outreach in his more than 15 years of service as Sheriff. He sought not only to improve the conduct of his deputies, but to improve conditions and educational opportunities for county jail inmates.

Sheriff Baca has pleaded guilty to serious charges and taken responsibility for the misdeeds of his department, even though some knowledgeable observers urged him to contest the charges in order to exonerate himself. But he did not want to put the department or his family through years of costly and demoralizing litigation. The publicity given his plea bargain has been a crushing blow to Lee, and is probably more than enough punishment for a man who had lived an exemplary life until he pleaded guilty to lying to investigators. We sincerely hope he will receive probation or community service.

Sincerely,

James M. Galbraith

JMG/esr

193

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 N. Spring Street,

Courtroom 15

Los Angeles, Ca. 90012

March 25, 2016

Re:  United States v. Lee Baca


Dear Judge Anderson:


This is an earnest plea for mercy and compassion for Lee Baca as you sentence him for his wrongdoing.


I worked with Lee as a co-professor at the University of La Verne's doctoral program. We had become professional friends, long before he became Sheriff, when the City of Artesia commissioned a study on innovative ways to reduce juvenile crime in Los Angeles County for which I was the principal researcher. Lee was vitally interested in abating juvenile petty crime and preventing gang membership.  He combined heart and mind to this idea and others like it.

It is my hope your Honor, that you can see the wisdom in returning as soon as possible, a fine man who made errors in judgment, to the greater society where he can and will do so much good.


Most respectfully,

Raymond C. Garubo, Ph.D.

640 Hibiscus Drive

Satellite Beach, FL 32937

Email: raygarubo@hotmail.com

Mobile: 702-280-4922


194



**GELB GROUP**
A FAMILY OF COMPANIES

March 25, 2016

RMG MANAGEMENT, INC.

GELB ENTERPRISES

RMG PROPERTIES

NICOL PROPERTIES, LLC

GELB CHARITABLE
FOUNDATION, INC.

VALLEY COMMERCIAL
PROPERTIES

COMMERCIAL PROPERTY
PROFESSIONALS, INC.

RMG HATHAWAY, LLC

VALLEY CORPORATE
COMMUNITY CENTER, LLC

TACO BELL OF
GRANADA HILLS

SHERMAN WAY
PROFESSIONAL
BUILDING

CANOGA PARK BOWL

BEST WESTERN MOTEL
OF CANOGA PARK

PACK RAT
SELF STORAGE

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courthouse 15
Los Angeles, California 90012

Dear Judge Anderson,

My name is Rickey Gelb. I am a local businessman who has personally given almost fifty years of my time and substantial financial resources to well deserving non-profits organizations. Additionally, I have received almost 1,000 recognitions, proclamations, plaques and awards from local, state and federal jurisdictions along with organizations such as the Ellis Island Award, City of Hope Spirt of Life Award and the Fernando Award (which is the most prestigious award given in the San Fernando Valley). On many occasions Sheriff Baca has been there with his wife, Carol, to make many of these presentations.

In a few weeks you will have the privilege to meet Sheriff Lee Baca. He is one of Los Angeles's most giving individuals. Sheriff Baca has spent the past forty plus years investing his time and effort in making our community a safer and better place. I have known Lee for over twenty five years and have the honor of working with him on many well recognized non-profits in the San Fernando Valley. Just to give you a few, Haven Hill Women's Shelter, the Sheriff's Youth Foundation, Los Angeles Valley College, LAPD's Jeopardy Foundation and the opening of the Holy Cross Hospital's New Trauma Center. Lee has also received many awards from non-profits for his many hours of community service.

If the court feels there is some type of punishment that is needed, I believe the best and only punishment should be community service. He is a great speaker, an educator and mentor for the underprivileged. His time would be well served, and the lives he can touch, would be a great asset to any community. To have Sheriff Baca incarcerated would be an excessive burden on the taxpayers and be a great embarrassment to our society to imprison a great person who has given 48 years of himself to our community.

Please feel free to contact me personally, if you would like to hear many heartfelt stories that I can tell you of Lee.

17547 VENTURA BOULEVARD

SUITE 201

ENCINO, CALIFORNIA 91316

Rickey M. Gelb, President
Gelb Group, a Family of Companies
17547 Ventura Boulevard Suite 201
Encino, California 91316
(818) 377-2277

PHONE: 818.377.2277

FAX: 818.377.2271

www.gelbgroup.com

195

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

Sheriff Baca served his nation for 6 years as a Marine.  I, the undersigned has known Lee Baca for the past 50 years.  I first met Lee when he joined my unit of the US Marines and we had duty at Cherry Point N.C. US Marine Base.  We became good friends, and Lee was an excellent Marine, followed orders and had a 'Honorable Discharge'.

He joined the Los Angeles County Sheriff's Department.   Each time Lee transferred to another sheriff duty station we met for lunch and to this day we have kept in touch.

To me and the Marine Corps, Leroy D. Baca is an outstanding Marine and Sheriff, and I see him always being a top leader in all his endeavors.  Moreover, Sheriff Baca ensured that all military veterans who were homeless, incarcerated, or military reserves called to active duty from within the Sheriff's Department were supported with respect for their service to our nation and allies.

Respectfully submitted,

Nathan A. Gilbert
Master /Sgt U S Marines
Semper FI.
anagilber@yahoo.com

196

Exhibit E, Page 278

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing to you to implore you to show leniency on Sheriff Lee Baca. I had the honor of helping with the LA County Sheriff's Clergy Council under his guidance for over ten years.

The way he started the Clergy Council was just one example of his kind and caring leadership in the county. 9-11 happened and Sheriff called one of his field deputies and checked to see how he was doing. They were of a faith that wore hijab. The gentleman said that his son had decided not to wear his hijab any longer. He was afraid and embarrassed.

Sheriff Baca invited the son to visit with him that day and had a long conversation with him. The result was not only had the boy decided to proudly wear the hijab as a expression of his faith but the young man had also decided to become a deputy sheriff when he was older.

That same day Sheriff Baca called together a meeting with a representative of every faith and religion he knew in the county. He proclaimed that he would start the LA County Sheriff's Clergy Council. For 10 years he spoke to the group at least once a month and reminded us that his purpose was to use the religious community to raise communication and combat crime in LA County.

This Clergy Council brought together over 4000 community and faith leaders throughout LA County for over 10 years. Each month there was a meeting with 100s of these leaders planning and working together to make a better county. Some of these meetings were weekly or bi-weekly with a dozen or two. And once a year Sheriff oversaw Community Day where the largest contingency was over 5000 people.

He was flown to DC to pass this information to large contingency of faith-based leaders there. He also spoke in Sacramento several times helping others to create what we had here in Los Angeles County. There is no other larger, more effective such council anywhere in the world.

Lee Baca is a caring, considerate, peaceful man. He often spoke at our meetings of his philosophy of life. He was quite against drugs. He had a great viewpoint that the reason that a person would be sad or mad or upset was so that they would be moved to CHANGE something in their life. He said that medicating one's troubles away would remove this need and people would not fix what they needed to improve in life.

Education Based Incarceration was a brain-child of Lee Baca that I had hoped would change the world for all future. His philosophy was that you could lockup a body but not the spirit. He felt that when you threw someone in jail and if you were to give them the opportunity to grow mentally and spiritually they could actually make a recovery while incarcerated.

At his age and with his record of service to the County of Los Angeles, Lee Baca should be given leniency by the court.

Thank you,
  Jean

Jean Dale Glass
423 Thompson Ave. Glendale CA 91201

# Metropolitan News Company

Metropolitan News-Enterprise | Los Angeles Bulletin / Civic Center NEWSource | Jurupa Valley News | North County Spectrum  Sacramento Bulletin | San Bernardino Bulletin | Senior Spectrum | Capitol News Service | Cal-Net | Rules of Court Service

ROGER M. GRACE, *Senior General Counsel*

April 8, 2016

Hon. Percy Anderson
U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012-1565

Re: Leroy D. Baca

Dear Judge Anderson:

This is to urge that retired Sheriff Leroy D. Baca receive no jail time when he is sentenced by you next month.

This would be unpopular with some. But "popular will" surely has no relevance in the making of judicial decisions. Transcending all other considerations is that Sheriff Baca is a "true" first offender (let alone a first offender as defined in 28 U.S.C. § 994(j)) who dedicated himself to the enforcement of laws and deterrence of criminality during a career that stretched just one year short of half a century.

With respect to the factors set forth in 18 U.S.C. §3553(a), I would respectfully point out:

"The nature and circumstances of the offense" of the offense are that Sheriff Baca was enraged that federal authorities were prying into operations of his jail and, viewing the conduct as an offensive against his department, was uncooperative in an interview of him by federal agents, and told a mistruth. The "history and characteristics of the defendant" are that he served in the Sheriff's Department since 1965 and, as sheriff, developed innovative programs that reflected compassion and dedication to the goal of preventing criminality.

The offense obviously lacks the seriousness of a crime of violence or one causing monetary loss or physical harm.

The disgrace Sheriff Baca has suffered in standing convicted of a crime will no doubt deter the telling of mistruths to federal officers by persons in the future, for there is now a widespread public awareness that such conduct does constitute a punishable offense.

There is patently no need "to protect the public from further crimes of the defendant"; he is not a man of criminal bent. He is a "crime-fighter," not a crime perpetrator.

Sheriff Baca is not in need of "educational or vocational training, medical care, or other correctional treatment." He is a 73-year-old man who made what he realizes was a mistake, and, although once one of the most popular figures in local government, now must endure enmity of the people. That, I submit, is punishment enough.

Thank you for your kind attention to these observations.

Yours truly,

Roger M. Grace

210 S. Spring Street, Los Angeles, CA 90012 | Telephone: (213) 628-4384 | FAX: (213) 687-3886



**LAW FIRM OF HAROLD GREENBERG**
*2263 SOUTH HARVARD BOULEVARD*
*LOS ANGELES, CALIFORNIA 90018*
*TELEPHONE (323) 732-9536*
*TELECOPIER (323) 732-0803*

*Harold Greenberg*
ADMITTED IN CALIFORNIA,
PENNSYLVANIA,
& COURT OF MILITARY APPEALS

OF COUNSEL
———
*Randy S. Kravis*

*Hai Nguyen*
*Mark Beallo*

March 29, 2016

The Honorable Percy Anderson
US District Court
Los Angeles, California

RE:        Leroy D. Baca
           Letter of Character

Your Honor:

My name is Harold Greenberg, a practicing attorney. The undersigned has personally known Leroy Baca, for 22 years in a professional and social capacity. In order for the Court to evaluate my letter, please allow me to provide some background. I have been an attorney for approximately 50+ years, which includes 12 years in the military with the last 3 in the Judge Advocate General Corps, having previously served as an Infantry and Military Police Officer. In 1968 I became a Los Angeles County Deputy Public Defender, assigned as the Head of the Antelope Valley Office. In late 1968, I transferred to the Los Angeles District Attorney's Office where I remained for approximately 3 years. I have been in private practice since April 1971 with an emphasis in Litigation and a sub-specialty in Criminal Law and Real Estate.

Additionally, I have taught at Glendale University College of Law for 15 years, serving also as Dean of Students and Faculty Chairman, California State University at Los Angeles for 10 years, and the University of Southern California for 1 year. Knowing Leroy Baca in a professional and social capacity, and his circumstances now before the court, I have come to recognize his abilities and his flaws. I would like to think that based upon our conversations, as recent as last week that he is straightening out his life, and disassociating himself from prior indiscretions.

Mr. Baca is a very complex individual who, based on his intellect, training, and professional experience, could be a positive role-model for many individuals. His personality is the type that greatly influences and affects those around him and his environment. He can be warm, outgoing, extremely sensitive, and caring for an individual's welfare. In his dealings with me, he has never been in a denial mode as to what occurred or why it occurred. His attitude has been positive for recognizing what was done, and attempting to resolve the issues and at the same time looking forward to the future.

199

Exhibit E, Page 281

March 29, 2016
Leroy D. Baca
Letter of Character
(Page 2)

Because of his training and experiences, not only in law enforcement, but also as one who had experienced various problems on a personal basis, his counseling could render valuable assistance to individuals in similar circumstances. Additionally, he is recognized as an authority not only locally in law enforcement but on the global basis for his work particularly in the minority and disadvantaged areas in society. For instance, he developed a program of education for prisoners within the jail system which has greatly assisted those with a limited or failed education. In addition, he developed a program where prisoners with a release date were transported to the First African Methodist Episcopalian Church not only for the spiritual healing but for the socialization to aid in their adjustment to society.

I have come to value him as a friend. I have also seen how effective he has been in helping young people who are wrestling with otherwise intractable personal problems. People who feel that even though he was the Sheriff and they were prisoners, they literally owe him their lives as they were shown a better path to consider by the programs he instituted. He is clearly a skilled professional who cares deeply for those in his care and who gave himself to those who needed his help.

I truly believe that he has already suffered extensively for his actions, or lack thereof. He has lost credibility in the public eye. I believe he is truly despondent about what he has put his family through. He is a good family man. I would ask for you to grant him express community service or at least the lowest possible sentence. I believe that the loss of his credibility in the community as well as those freedoms and prestige that he was afforded prior to his conviction has had a big effect on him. He certainly will not be in a position to repeat this offense, and quite frankly, I cannot imagine that he will ever repeat any illegal activity.

It certainly appears that he would be amenable to the services of the Parole Department particularly in the areas of community service, not only because of his early admission of guilt in this matter, which is the first steep to recovery to rectify the situation, but also because of his training and the programs he initiated in the County Jail System, which would be of great assistance not only to adults but also to juveniles. They greatly need assistance to enhance and better their lives.

Thank you for your consideration.

Very truly yours,
LAW FIRM OF HAROLD GREENBERG

Harold Greenberg

200

Exhibit E, Page 282



Case 2:16-cr-00066-PA   Document 39   Filed 06/20/16   Page 9 of 80   Page ID #:368



Roosevelt Grier
11656 Montana Ave. #301
Los Angeles, CA 90049

March 30, 2016

The Honorable Judge Percy Anderson
US Courthouse, Room 15
312 N. Spring St.
Los Angeles, CA 90012

Dear Judge Percy Anderson,

My name is Rev. Roosevelt Grier. I'm writing this letter on behalf of Sheriff Leroy David "Lee"

Baca. I have realized there has been a mistake made on behalf of the Sheriff. He is 73 years old

and has spent many years of service to the community. I hope you would allow him to do

community service instead of imprisoning him. It would be for the good of the community. I'm

sure that it would be a great relief to his wife, children, friends, and community at large.

Thank you and God Bless.

Rev. Roosevelt "Rosey" Grier

201

03/23/2016 WED 10:09  FAX                                                                    ☑001/002
Case 2:16-cr-00066-PA    Document 39    Filed 06/20/16    Page 10 of 80    Page ID #:369

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Sprint Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a local businessman, having enjoyed 86 active years and a multitude of experiences. As a result of stock ownership I have been Chairman or Board member of over a dozen publicly traded companies such as PSA Airlines, Lee Enterprises, See's Candies, Blue Chip Stamps, Wham-O-Toys, Republic Corp, etc. I was appointed by President Ford to the National Market Advisory Board and was Chairman of the Pacific Stock Exchange. I was a Commissioner of the 1984 Olympic Games. In the interest of full disclosure, I am Vice Chairman, Director and a major Shareholder of the Daily Journal Corporation, which has no direct interest in the matter at hand except that it reports news of interest to the legal community.

As a result, I have many years of judging the character of people with whom I have contact. Lee Baca is one of these people. I was encouraged by Lee to join the Los Angeles County Sherriff's Department as a Reserve Deputy and to continuously participate in other civic affairs. As a direct result, I am taking a role in aiding the Sheriff's Youth Foundation, one of Lee's favorite entities. I have never given money to Lee in any form, nor was I ever asked to, but the Sheriff's Youth Foundation serves 2,500 youngsters at 17 county locations with carefully designed after school programs. For many, these programs are the only alternative to the street and gang membership and Lee's support is typical of his approach to police/community service, including persuading people like me to help with dollars and time.

I believe that Lee is an honest, philosophically sound man who has followed the "serve and protect" construct for over 50 years. He has instituted sophisticated programs to help officers behave appropriately. Modern day policing requires such a commitment and an examination of Lee's "code of ethics", the focus of his management style, says it all.

202

Exhibit E, Page 284

Not with standing recent events, Lee is a man of quality who will pay a price for admitted errors
and upon payment, can be an extremely effective contributor to society as a teacher and citizen.

Thank you for allowing me to comment as you write the final chapter in this tragic event.

Sincerely,

J.P. Guerin
920 Foothill Road
Beverly Hills, CA 90210
(310) 859-1211

203

March 23, 2016

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson:

My name is Rita Hall. I am a retired sergeant from the Los Angeles County Sheriff Department (LASD). I retired ten years ago (March 25, 2006) after a twenty-six year career with LASD. I have known former Sheriff Baca for over twenty years. I would like to share with you a few examples of the compassionate man I know him to be.

At one point in my career, he was my Chief when I was assigned to the Court Services Division. I want to share with you the compassionate man I know. I was assigned to the Substance Abuse Narcotic Education unit, (SANE) in the city of Compton, CA. I was responsible for the drug, anti-gang and anti-pregnancy in ten schools. I taught fourth-sixth grade students.

I met an individual who donated 150 tickets to an Alvin Ailey Dance Troupe matinee. I was simply elated to be able to take my students to this performance. Many of my students had never been west of Main Street. So attending this event would broaden their horizons and show them what was possible.

However, I found out that there was one problem; the Compton Unified School District **charged** the schools for the buses. Needless to say, I was devastated. Here I wanted to expose my students to another view of life, other than drive-by shootings and gangs. I had 150 free tickets and no transportation.

Somehow then chief Baca heard about my dilemma. Knowing how vitally important it is for children from socio-economically deprived areas to see positive images and activities, he paid for all the buses. To see the look of joy on the faces of these minority children was simply heartwarming. On this day, they had the opportunity to dress up in their best clothing and go see a dynamic and historic dance ensemble. They were able

204

to see for the "first" time what others see routinely. This experience was life altering for many of my students. For the "first" time many of them saw exactly what hard work, dedication and commitment could result in. This experience inspired them to dream of what was possible.

Another example is how former Sheriff Baca interfaced with the Faith Based community. I belong to what some consider a "mega" church; West Angeles Church of God in Christ in Los Angeles, CA.

Our church saw the need to attempt to bridge the gap between the faith community and law enforcement. In approximately 1997, our Law Enforcement ministry decided to have a "Law Enforcement Appreciation Day" and invite local law enforcement agencies.

I made an appointment to speak with him and explain the concept to him; that there had to be a way to tear down the walls of mistrust between inner city residents and the officers who served them. Baca immediately saw the vision. Not only did he attend, but several of his command staff and numerous line personnel and civilian staff. This event did help foster better all-around perceptions.

An additional example is how pro-education Baca is. He helped to improve and expand the LASD University Program. This educational reimbursement program personally benefited me directly. When Baca was my Chief, he said that if he ever became Sheriff, he wanted his Captains to have Masters Degrees. I went back to school and obtained my Masters.

In keeping with his vision of education providing options and opportunities, Baca implemented educational courses for the inmates. He knows full well that if inmates merely spend time in jail with no training, when released, they will return to their criminal ways. However, if provided a GED or specialized training, they are least likely to return to their old ways.

Baca caught a lot of flak for his implementing education and training for the inmates. They called him the ring leader of "Camp Hug-a-Thug". But he stood his ground and today, numerous inmates have turned their lives around and are productive members of society.

My last two examples are personal accounts.

I am an only child. In 2010, my mom became ill and had to be put into a nursing facility. I tried desperately to have her removed from the facility that she was in due to the neglect I saw not only of my mom but other patients.

However, bureaucratic paperwork takes forever. In the interim, my mom was severely injured and subsequently passed away. Devastated, heart broken and angry, I went to see then sheriff Baca. I told him what happened and that I wanted to do something for other people who had no voice. I wanted to fight for people who didn't know how to help their loved one or especially for patients who had no support system.

Exhibit E, Page 287

Baca had one of his legislative aides in Sacramento look into it. Now, AB 40 makes injury in nursing facilities reporting mandatory to law enforcement agencies. It was too late to help my mom, however, now others have something to assist them in holding facilities accountable for the care of their loved ones.

Lastly, I am the founder and President of Holy Helping Hands non-profit. "we were founded in 1998 by female LASD sworn and civilian personnel and a Compton Unified school teacher.

We have three target populations; U.S. Veterans, foster children and abused women. For the past five years, we have provided scholarships expressly for foster care children. Baca and his wife have personally donated to our scholarship. He knows first-hand the importance a quality education can make in the lives of individuals.

As you can see, I know former Sheriff Baca to be a compassionate and caring man. Should you have any questions, I can be contacted either at (323) 422-5795 or Ritabbn@gmail.com. However, I am leaving to go out of the country on March 26, 2016. I will return on April 5, 2016.

Sincerely,

Rita Hall

206

 

**HARUTUNE HAMASSIAN**
**16633 VENTURA BLVD., SUITE 921**
**ENCINO, CA 91436**
**(818)501-8333**

May 12, 2016

To The Honorable Judge Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Harutune Hamassian. I am a Certified Public Accountant and I am writing this letter on behalf of Sheriff Lee Baca. I first met Sheriff Baca over ten years ago when I got involved in organizing and establishing a charitable nonprofit organization for deputy sheriffs. He was very helpful with all my questions and I appreciated his guidance.

Over the years he has always been there for my family and I and always been willing to listen and assist in any way he can. I would always see him at charity functions, where he would devote his time and energy to help the communities at large.

When I had heard of the violations charged against him, I thought for sure there must have been a mistake because that is not the man I have known for years. The charges seemed so out of character from the person I had known.

I am writing this letter without hesitation or second thought because, I strongly believe that the actions that Sheriff Baca took do not accurately represent the person that he truly is. I believe that he made an irrational decision and did not think about what his actions truly meant. I have no reason to doubt that he is still the same person that I have known for over 10 years even though he made a decision that will unfortunately change his life forever. I am certain that not a moment goes by that he is not regretful and embarrassed by the decisions that he has made. I understand that there are consequences for his actions but I ask that you please consider everything that Sheriff Baca has accomplished prior to this situation and see that the person he truly is, not the same person who took these regrettable actions. I am confident that Sheriff Baca can still be a productive member of society and still has much that he can give to the community. My family and I stand by Sheriff Baca and he will always have a place in my home and with my family.

207

Exhibit E, Page 289

Thank you for taking the time to read this letter and please contact me at the above address or telephone number, if I can provide any additional information.

Sincerely,

Harutune Hamassian

208

 

Truman Hance
222 S. Figueroa St. Apt 1118
Los Angeles, CA 90012
(661) 333-1766

Re: Sherriff Lee Baca

To Whom It May Concern:

It is with great honor that I am given the privilege of attesting to the great appreciation my city has of Sheriff Lee Baca. It is without reservation that I wholly testify the sincere thanks for Sherriff Baca's service to the County, and for the proactive approach to crime prevention during his tenure.

When Duarte, Monrovia and County became riddled with gang violence, Sheriff Baca stepped up and became the leader of the Sheriff's department we needed. Our area was in a crisis, with violent crimes reaching an unthinkable peak. The east side of district 5 was quite possibly on the verge of disaster, until Sheriff Baca grabbed hold of the reins and made the L.A. Sheriff's office stronger and more effective. During his tenure, violent crime rates fell drastically and led to a decade of decreasing violence. Through Mr. Baca's leadership, much of the hardcore gang violence that infested Duarte, Monrovia and County area was eradicated, and he proved himself a great champion of the community. There is no question that Sheriff Baca has made our streets are much safer.

Sheriff Baca served the communities in Los Angeles County for many years with great effectiveness and proved himself to be a strong leader. Despite the unsurmountable odds in front of him, he turned one of the most dangerous region's in the county into the now safe communities we call home. His career is laudable, and his advocacy for our communities has proven invaluable. It is with pride that I thank Sheriff Baca for his service.

With Respect,

Truman Hance

Past Resident of County Area of Duarte

209

Exhibit E, Page 291



May 8, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North State Street, Courtroom 15
Los Angeles, CA 90012

RE: The United States v. Lee Baca

Dear Judge Anderson,

If I may be permitted to do so, I would like to speak of the behalf of Lee
Baca's character through one, of many possible, examples.

After 9-11, Sheriff Baca took it upon himself to reach out to the Islamic
society in southern California, specifically, to try to tamp down evident
tensions. He did this by speaking at the Islamic Center of Southern
California, the largest mosque in California, as well as by forming a
citizens advisory group, known as the South Asian Task Force, of which I
was a member.  This group actively met regularly and was able to submit
recommendations to the Sheriff.  These matters dealt with issues affecting
the south Asian communities and were all addressed by the Sheriff's
department.  Through this pro-active stance of Sheriff Baca, I believe
many issues that could have become boiling points were effectively dealt
with and failed to reach a conflict stage.
Lee Baca has shown himself to be genuinely caring for the communities
he served and despite other shortcomings, never profited personally from
any of his decisions.  I know of no one who isn't grateful for the community
services rendered by Sheriff Baca.

Sincerely,

Irshad-ul-Haque
1155 E. Green St,
Pasadena, CA. 91106
626/622-1701

210

Exhibit E, Page 292



# VICTORY IN CHRIST MINISTRIES

March 25, 2016
Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street Courtroom 15
Los Angeles, CA. 90012

Dear Judge Anderson:

Re: United States Vs Lee Baca

I am Bishop Franklin J. Harris, Pastor of Laurel Street Missionary Baptist Church/Victory in Christ Ministries for the past nineteen years and I been in the ministry for twenty-eight years. I am also the Founder and CEO of an after school program called "For Kids about Kids on How to Make Good Choices."

Sheriff Lee Baca had a vision to have a connection with the churches in the community and in 2000 there was formed the first Century Station's Community Clergy Academy and I was the first to receive a Certificate of Completion. Sheriff Lee Baca worked closely with the clergy to bat down the violence in the community and show a corporation with sheriff department, churches and communities.

I been with Sheriff Lee Baca from than until his retirement as a member of his Executive Board. I know for a fact he is a God fearing person and love mankind as a whole. There are no men walking this planet are perfect we all make mistakes and the key is to learn from them all. We have talked and prayed together on many occasions asking for guidance for a better relationship between the Sheriff Department and the Communities and there was a time when peace were in the communities. I close with he's a good human being.

Sincerely yours,

Bishop Franklin J. Harris

For Kids About Kids

Bishop Franklin J. Harris
Founder/Director

9626 Laurel St.
Los Angeles, CA. 90002
Phone:310.615.3013
steppingstoneaward@gmail.com

211

May 3, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a retired Lieutenant, former member of the Los Angeles County Sheriff's
Department (LASD). I have worked many key staff and management positions in
the LASD. Among them, during the year 1988, I initiated the LASD Criminal
Investigations Unit and was the first Unit Commander. In 1988, that job
transitioned and I became a full time member of the Federal Task Force dubbed
"Operation Big Spender." I was a Team Supervisor and worked off-site closely
with members of the Federal government. Since retirement July of 1995, I have
worked as a criminal justice consultant for the Department of Justice, National
Institute of Corrections, the ACLU and JFA Institute in locations throughout the
country. I may be reached at (951) 204-1109 or via email at robertharr@aol.com

I am very knowledgeable of the organizational culture of the LASD executive
level positions. I have known Lee Baca since the early 1970's and worked for Lee
Baca when he was a Division Chief over south Los Angeles Sheriff's stations.
We remain in contact because I not only respect Lee Baca's professional
counsel, but I have always deemed him a person of high ethical and moral
character.

**While assigned as one of eight Department Division Chiefs, Lee Baca, with
support of his staff, initiated the most comprehensive Quality
Service/Ethics in Leadership programs in the LASD history.** In the year
1994, during Sheriff Block's tenure, Lee Baca initiated a Department-wide
"Quality Service Plan." Lee was the person most responsible for a major culture
shift in the Department, from a military-style approach to quality service oriented
goals. He was met with resistance from the Unions, his peers on the executive
staff and Sheriff Block. The resistance did not deter Lee Baca; he convinced
them to support his efforts. I have attached documentation of Lee's advocacy for
positive organizational reform in the Department.

Sincerely,

$R\text{-}H$

Robert L. Harris

212




## From the Field ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ by Joe Vaughan

# Quality of Service Plan



Chief Baca developed an outline of the basic elements of his proposed Quality of Service Plan. He then requested each station commander to follow his outline to develop a plan specifically for their station.

The plan outline is as follows:

1. *Leadership Philosophy*
2. *Management Philosophy*
3. *Yearly Performance Goals*
4. *Conflict Resolution Procedures*
5. *Employee Wellness Program*
6. *Personnel Development*
7. *Risk Management*
8. *Service-oriented Policing Committees*
9. *Reward and Recognition*
10. *Quality Service Programs*

The Quality Service Program is intended to provide a workable plan for personnel within this region to use as a guideline to deliver the highest quality service possible to communities we work in and within our own "departmental community."

Quality Service Plans have evolved from the departmental mission statement and unit level mission statements, which are supported by the departmental core values statement.

The Plan includes goals, policies, leadership and management philosophies that will enable us to consistently optimize our ability to provide excellent service to the public.

Implementation of the Quality Service Plans focus on standard expectation of excellence and a team work attitude by all personnel. The Plans are designed to enhance team performance and all personnel must demonstrate an understanding of our department mission, service oriented policing, and Department core values.

The proposed Plans are subjects of meet and consult with PPOA and ALADS. The Associations are working in concert to meet with Department representatives. With respect to these negotiations I will be representing PPOA and John Rees will represent ALADS. In committee it was decided to deal with each station's plan individually.

The first Plan, West Hollywood, was reviewed with Department representatives on Dec. 20, 1995. It was an all-day meeting and resulted in a Plan acceptable to all.

PPOA was represented at the table by Lt. Brad Welker, Sgt. Scott Clark, SDOA Shirley Crittenden and Joe Vaughan.

The Department was represented by Chief Baca, Comm. Ashby, Comm. King and Capt. Mangan.

Chief Baca explained his motivation for developing the Quality of Service Plan outline. I was most impressed with the fact that he wanted to develop a Plan that was positive and would tell of the quality service Sheriff's personnel deliver on a daily basis. He felt this positive program would overshadow the negativity of of things like Personnel Performance Indexing (PPI). Also, it serves as a positive sales tool to help inform prospective cities of the professional quality service provided by LASD.

We've scheduled a future meeting and will be using rank and file representatives from each classification at the individual units.

If you are assigned to a Region II station and would like to serve on your committee, please contact me.

In closing, I want to thank the member representatives from West Hollywood Station for their participation and a job well done.   ✳

STAR 6 SHIELD

213

Exhibit E, Page 295

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE: January 31, 1994

OFFICE CORRESPONDENCE

FROM:    LEROY D. BACA, CHIEF
FIELD OPERATIONS REGION II

TO:    COMMANDERS
CAPTAINS
FIELD OPERATIONS REGION II

SUBJECT:    SERVICE ORIENTED MANAGEMENT -- ETHICS IN LEADERSHIP

"As a Department we cannot expect our deputies to provide the public a level of service and caring that is beyond our own ability as managers to serve and care for them."

Sherman Block, Sheriff
Executive Management Conference
January 5, 1990

Service oriented management is basically a set of principles, values, and practices that are consistent with the philosophy of service oriented policing.

The purpose of service oriented management is to provide all Department members, regardless of their position, a defined level of expected management conduct.

Management Conduct

Management conduct is all the activity engaged in by members of the Department who have a position of authority over others, regardless of the particular rank or authority held. Managers impact the performance of their subordinates in a manner that will range from positive to negative. It is the goal of the Sheriff's Department's managers to make a continuous and consistently positive impact on all staff and supervisory personnel through the chain of command. To accomplish this goal, the dynamic of interpersonal relationships within the law enforcement service must be understood.

The following information provides the basic underpinnings of interpersonal relationships:

Service

Within the law enforcement service realm, the principle function that all deputies and civilian line personnel engage in is one of solving problems for the public and ourselves.

Problems of a wide variety and intensity will continuously be directed toward members of the Department and it is how we individually and collectively respond to them that ultimately determines our reputation, thus the quality of service.

214

Exhibit E, Page 296

-2-

## Solving Problems

Problems often involve conflict, emotion, and mis-communication. The service oriented manager will study these elements and continuously refine his or her ability to assess them within any given situation.

1.    Conflict: The art of managing a conflict is to seek a form of compromise when possible. If this is not possible, the decision of resolution should be done as gracefully or kindly as possible, and firmly.

This skill is best accomplished by allowing a certain amount of communication or "venting" by the concerned parties. Conflicts in themselves are often acts of emotion caused by unaddressed or uncommunicated attitudes. Not all "venting" requires a fix-it solution. The mere act of venting often solves a problem. Moreover, when venting occurs it will invariably test the manager's emotions and sense of duty.

The service oriented manager, when listening to a hostile employee, should avoid becoming defensive. Defensive behavior often cancels out management's ability to listen to and understand a problem. Additionally, the subject of management's credibility will surface. A defensive manager will inevitably become isolated and not openly consulted as a problem solver.

Ultimately, it is from objective facts that we as managers will best assess and judge the resolution to a conflict. Unverified suspicions or "hunches" cannot bolster management decisions for they are often interpreted as personal bias.

In other words, the service oriented manager will recognize that there are limitations as well as enablers and will attempt to resolve the conflict in a manner that is positive and reflects well on the Department.

2.    Emotion: The most common characteristic that the manager encounters in the midst of a conflict or problem is the emotional condition of the concerned individual(s). Emotions are as varied as individuals. It is often difficult to gage the degree of one's negative emotions such as anger, fear, jealousy, and uncontrolled upset.

A manager's priority before solving a problem is to calm the parties involved. This will require a manager who is exercising a high degree of self-management or personal restraint. The manager who yells at subordinates or constantly exhibits negative emotion will be viewed by subordinates as unreliable. This perspective by subordinates cuts off their trust in their leader and eliminates the manager's ability to solve most problems informally. Moreover, the unapproached manager is generally a person who injects his or her negative emotions into the problem at hand.

Negative emotion, therefore, whether it comes from the manager or the parties in conflict, will almost always lead to severe mis-communication.

Exhibit E, Page 297



-3-

3.   Mis-communication:   The Department's managers and line personnel have been exposed to an excellent training program about communication called "Verbal Judo".

Verbal Judo, in its simplest terms, is an attempt to teach ourselves about the fine art of communication.  Listening is perhaps the finest point of establishing effective communication.  This is especially true of the manager.  A service oriented manager will continuously seek to improve his or her listening skills by readily identifying the long list of listening inhibitors.  Some of the obstacles to listening are as follows: ... The Communicator ...

- talks too much
- doesn't make eye contact
- has an unusual voice tone
- doesn't know what he or she is talking about
- has a bad reputation
- is unpopular
- complains too much
- is a woman, man, or certain minority
- is strange
- should talk to someone else
- has no credibility
- is boring
- is not experienced
- is a trainee
- is not following the chain of command
- is not a deputy
- is a friend of the Sheriff
- is not popular
- is someone "the manager doesn't like"

Once a manager has established a reputation for being a good listener, the next key ingredient to good communication is to understand another's point of view without having to immediately cancel it out. A reactive manager will inevitably have difficulty in listening to and understanding another's point of view because he or she is too focused on the opposing point of view.

The art of understanding requires skill in knowing when it is appropriate to bring in an opposing point of view.  This is a judgement call.  Listening and understanding are, therefore, the tools of judgement. Good decisions will occur when the manager listens, understands, conveys clarification points and then decides on a course of action.

The goal of good communication is to enable all levels of personnel within an organization to make good decisions.  For this to occur effectively at the service level of the Department, all managers must set the example.  This will require excellent communication practices at all levels, with managers providing the leadership and example for others to follow.

216

-4-

To refine these points of management, the following information is offered:

Points of Service Oriented Management

- Treat people as individuals and become an expert concerning group dynamics.

- Assess problems as objectively as possible.

- Seek to empower others with your presence, guidance, and understanding.

- Provide a firm conviction in the ability of others.

- Approach others without your negative perceptions about them and do not reduce their stature because you don't "like" them.

- Avoid losing your integrity by denying another his or her integrity.

- Handle your own stress in a manner that does not increase your subordinate's stress.

- Seek to balance your life so your self-esteem is relatively secure.

- Recognize that your success as a manager is ultimately judged by the level of success achieved by your subordinates

- Take sincere joy in the success of your subordinates, peers, and superiors.

- Retain a vigorous pursuit of art, music, philosophy, politics, anthropology, and culture.

- Make decisions that are balanced, sensible, and without your negative bias.

- Improve, refine, and develop your love for the type and quality of service line personnel provided to the public.

- Respect, admire, and feel in awe of the outstanding examples of leadership, self-management, problem solving, and human kindness exhibited by line level personnel.

- Develop additional points of service oriented management as the need appears. Be its author, disciple, and authority.

Summary

Service oriented management is a form of leadership that requires a high degree of commitment to the aforementioned positive points and practices of supervision.

217

Exhibit E, Page 299

-5-

It is the basis for all Department managers to consistently demonstrate a best effort approach to solving problems.

Moreover, it applies to all levels within the Department and it incorporates the deputy level into the area of self-management wherein he or she is expected to exercise the highest degree of leadership skills.

Executives Consulted

Commander Ken Bayless
Commander Larry Dykhouse
Commander Bob Pash
Commander Bill Stonich
Captain Steve Batchelor
Captain Ron Black
Captain Bert Cueva
Captain Tom Sams

Epilogue

"A leader is the rare individual who can elicit confidence from his followers, peers, and superiors that he or she is confident in their ability to perform a task without the personal fear of their inevitable mistakes."

-    LDB

218

Exhibit E, Page 300

 

March 25, 2016

Honorable Percy Anderson
United States Court District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States V. Lee Baca

Dear Judge Anderson:

I am writing on behalf of my friend, Lee Baca, who I have had the pleasure of knowing for almost 40 years. I am President of both the California Yacht Club located, in Marina del Rey, and the Los Angeles Athletic Club located, in downtown Los Angeles.

I first met Lee when he became the Lieutenant of the Marina del Rey Sheriff's Station. Prior to Lee's arrival, there wasn't a dedicated station in the Marina. Lee was very active in the community and was instrumental in merging the marina's harbor patrol with the Sheriff's Department. Due to his visibility and involvement in the community, he became our station Captain for several years.

Later in his career, Lee recognized the need to have public input into the promotion of Sergeants and Lieutenant and so he allowed community leaders to participate in the interview process for Sheriff's Department promotions. I was fortunate to have participated in this process. I learned a great deal about the Sheriff's Department from my participation and involvement.

Lee was also very interested in allowing community members to visit the inside of our jail system. He personally gave my father and I a tour of the central jail soon after Richard Ramirez was incarcerated. This experience was quite an eye opener for me and other community members.

More importantly, Lee has been a dear friend of our family. He has been a guest at our home on many occasions. When Lee was the lieutenant at, the Marina del Rey Sheriff's Station, my father, who was very fond of Lee, said, "Lee I predict that someday you will become the Sheriff for the County of Los Angeles." That prediction eventually came true.

Lee was a great leader for the Sherriff's Department and he has done a lot of good things for the County of Los Angeles. He is a friend and someone I will always respect.

Feel free to contact me if you have any further questions. I can be reached at (213) 630-5277.

Sincerely,

Steve Hathaway

219

February 17, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street Courtroom 15
Los Angeles, Ca. 90022

Re: United States vs. Leroy D. Baca

Dear Judge Anderson:

My name Is Robert Hernandez and it is my absolute honor to have the opportunity
to write a letter on behalf of now retired ex Sheriff Baca. I met Mr. Baca when I was a
young crazy, 16 year old boy being raised in the Maravilla Housing Projects by a
single mother who had absolutely no interest in what was going on in my life. Mr.
Baca literally showed up at my doorstep and introduced himself to me as Lee Baca.
He was the chief of court services at the time and had heard about me from a
community organizer by the name of Linda Maxwell.

Mrs. Maxwell explained to Mr. Baca About all of the negative things in my life at that
time but also informed him that she felt strongly about my potential for change and
success. Mr. Baca Went to my house in the projects by himself simply to meet me.

He sat in our small living room on a beige colored flowered couch that was
completely falling apart because I had found it by a trash dumpster and had brought
it home and tried my best to clean it. He sat on that couch in his suite as if he was
sitting on the world's best leather chair. I even thought maybe he did not notice
how bad the couch was.

We talked about my life and how it could be different and better if I just chose a
different path. After he left I thought "WHATEVER! I'll never hear from that guy
again." I was wrong. He began inviting me to events and offered to buy me clothes
and shoes so that I could attend some of the more formal events. We began to build
a friendship because he took such a personal interest in what was going on in my life
and how he could help me.

I was just a young kid with nothing to offer him in return. He was not being paid and
this was not part of his job. Mr. Baca firmly believes in the good in people and that
ultimately we will all do the right thing sometime to his detriment but I am forever
grateful that he believed in me.

Exhibit E, Page 302

When Mr. Baca became the Sheriff of Los Angeles County he invited me to the Sheriff Headquarters to visit with him. I never truly understood what an honor that was. As I walked around Headquarters in my Dickies work uniform covered in paint and plaster Mr. Baca proudly introduced me to his staff as his friend and everyone called me Sir. Eventually I got it together and bought a nice shirt and pants that I would wear when I would visit.

Since that time and thanks to the guidance that Mr. Baca provided me with I have graduated from college and I became a High School teacher by the age of 22. Mr. Baca continued to remain involved in my life coming to the school as the Sheriff of the county and speaking to my students on a regular basis. No cameras or reporters just He and the students. He would offer the students opportunities to become involved with the sheriff department and many of them did. As he had once did with me he kept an interest in those young people and guided them in their efforts.

I left teaching in 2013 to run a produce company that I started in 2009. Although I no longer teach because my company is growing and needs more of my attention I do employ many of my ex students and I strive to provide them with the same opportunities that I have had.

I also serve as an advisor for a major Southern California philanthropic organization our mission is to provide opportunities for young people that will help them to lead happy and productive lives.

I am proud to say that today I look to find in others the same qualities that Mr. Baca saw in me and when I find them I look to leverage my resources in the most efficient way possible in order to fill the needs of those individuals who are trying to become self sufficient productive members of society.

I sincerely give much credit to Mr. Baca for allowing my success to be my own and not letting other know just how much he has done to help young people and adults alike. I know that I am very fortunate to have had him be a part of my life at a time when I had no one else to look to. As I mentioned to Mr. Baca I wholeheartedly wish that as a society we would place a higher value those deeds filled with love and kindness because that is what makes our society great.

I am not exaggerating when I say that many people told me that I would be dead by the age of 19. My life was a mess I had absolutely no guidance and was just wild with absolutely no fear of death. All of my friends were being killed or going to jail. A majority of the people that I knew as a child are Dead in jail or have some sort of injury related to the life we lived and yet here I am perfectly fine writing this letter for a man who guided me out of that darkness.

221

Exhibit E, Page 303

I am now 40 years old and I live a quiet peaceful life and I work everyday to improve my business so that I am able to do for others what Mr. Baca once did for me. It is nearly impossible for me to convey in writing how much Mr. Baca has done for me and there are not enough sheets of paper in the world for me to express how grateful I am to him. Directly and indirectly Mr. Baca has helped many individuals such as myself.

I am hopeful that I have been able to convey the type of individual Mr. Baca is regardless of any title or position that he may of held. Mr. Baca is a caring man who made a tremendous difference in my life because he chose to take an interest in me. He once told me amidst all of my frustration and anger as a child that I should look at my life as chapters in a book, each chapter teaching us something new. From that conversation along with his continued guidance and my own life experiences I wrote the following thought years later.

Poverty teaches perseverance. Perseverance teaches pain. Pain teaches understanding. Understanding teaches success. Success teaches importance. Importance teaches need. Need teaches truth.

This is the essence of what I have learned from Mr. Baca. Years of guidance and understanding along with my own life experiences led me to that conclusion.

I am forever grateful to Mr. Baca for having chosen to exert kindness and understanding towards a young man who had never known what that was. I am proud to have the opportunity to say that I love and respect Mr. Baca for having been a true friend and mentor.

Respectfully,

Robert Hernandez
President, Eternal Produce Inc.
Advisor, Boone Foundation

222

**Robert M. Hertzberg**
**6625 Langdon Avenue**
**Van Nuys, California 91406**

April 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

RE: United States vs. Lee Baca

Dear Judge Anderson:

I have known Lee Baca for more than 35 years. I am not aware of the facts before the Court, but clearly Lee's plea to the Court assumes he has committed wrongdoing. Whatever the precise nature of Lee's actions before you, I believe he deserves to be judged as a "whole" person, for all of his contributions to the community and to the common good. I know, and would testify under oath if asked, to Lee's positive and important contributions, which I believe should mitigate the punishment that may be allowed under different circumstances.

I first met Lee Baca when he was the Sheriff in Charge of the Marina Del Rey area and opposed my father in a Sheriff's department disciplinary matter. My father, Harrison W. Hertzberg (1922-1987), was a trial lawyer who loved the law, and he held Lee Baca in the highest regard as a commander representing the Los Angeles County Sheriff's Department. My dad was a very tough fellow who had very high standards; to earn his respect required unusual competence and character.

I was admitted to practice law myself in 1979 and during my service in the state legislature, as Speaker of the Assembly and now as a State Senator, I have kept my law license active. I take my responsibility to the Bar and the Judicial Branch very seriously. Like my father, I love the law, and write this letter only because I respect Lee Baca and have a wide range of experiences with him to understand both his strengths and shortcomings.

I first worked with Lee in Los Angeles Latino politics. At that time, Lee oversaw the courts for the Sheriff's Department. I then became his campaign chairman for his campaigns for Sheriff in 1998, 2002, 2006 and 2010. I spent hundreds of hours with Lee and had the opportunity to observe his character in many difficult and stressful circumstances. I was always impressed with his deep interest in public policy and with his graciousness, even when the cameras were not on.

223

Exhibit E, Page 305



Letter to the Honorable Percy Anderson
April 13, 2016
RE: United States vs. Lee Baca
Page. 2

I have never seen a law enforcement officer develop such a deep and respectful relationship with the myriad of ethnic groups who form the foundation of Los Angeles County's 88 cities.

In so many countries, law enforcement has represented the repression of individual freedom and the power of a tyrannical government. Lee understood that and developed strong relationships with dozens of ethnic groups to ease their anxiety toward law enforcement. To first generations, that is a profound and important message.

Lee and I also worked together to create the Hertzberg-Davis Forensics Lab at California State University Los Angeles. The project cost in excess of $120 million and required a sensitive approach to the interests of the Los Angeles Police Department, the Los Angeles County Sheriff's Department, the Los Angeles County District Attorney's Office, and to some extent the California Highway Patrol and the FBI. During my service as Chairman of the Assembly Public Safety Committee, and then as Assembly Speaker, we worked together on this important project. I believe this effort could not have been successful without Lee's dedicated leadership and ability to work with a wide range of interests, resulting in an extremely important contribution to public safety and justice. I cannot imagine anyone else who could have as elegantly delivered this important accomplishment.

In many different areas of the law, Lee came to Sacramento to testify, to bring law enforcement credibility to many causes of social justice. In my 43 years of related service, I have not worked with anyone else who made such significant public safety contributions on a consistent basis.

Let me conclude again by acknowledging that I am not familiar with the specific facts before the Court, which undoubtedly involve some level of wrongdoing. However, I hope the Court will also weigh the lifetime of public service performed by the defendant, Lee Baca.

Please feel free to contact me directly if you need any further explanation of the observations included in this letter.

Kindest regards,

Robert M. Hertzberg

224

March 28, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Sandy Ho, I have known Lee Baca for over 15 years. Lee and I knew each other since we were both serving at the Los Angeles Chinese American Sheriffs Advisory Committee (LACASA). From 2009 to 2011, I was also elected as president. Currently, I am still the board member.

LACASA was formed in 1998 supported by Lee for the purpose of bridging the cultural gap between the Asian community and the Sheriffs Department. As a result, this achieves better communications between the law enforcement agency and the community.

During the time I was president for LACASA, under Lee's advice and encouragement, we had put together many programs and seminars, which included:
Holiday gathering with senior citizens
Broadcasting 36 series of safety training program on ETTV
Public safety education seminar to Asian Americans
Job fair to promote interest of youth in law enforcement

Through our partnership efforts, our mission is provide needy services and to educate the public awareness of safety. For the past years of serving and working with Lee, I appreciated for his genuine support and heart for the community. His works benefit everyone in Los Angeles.

Should you need more information, I can be reached at (626) 203-8458.

Sincerely,

Sandy Ho
Executive Vice President of Preferred Bank
Chairperson for Chinese American Professionals Foundation

225

Exhibit E, Page 307



LAW OFFICES

## WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

David Hochman
dhochman@wrslawyers.com

March 7, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

     Re:    United States v. Lee Baca

Dear Judge Anderson:

I have known Sheriff Baca for over a decade. I met him at a charity event, and what made me want to establish a relationship with him was watching how he treated people. I watched him treat everyone around him the same – with respect. I asked him if we could have lunch and he accepted.

The first time we met for lunch, I realized that I am in the presence of a special individual. He asked about me and my family. He knew that my late father, Bruce I. Hochman, was one of the finest tax attorneys and community leaders in Los Angeles. After the lunch was over, I realized that the whole lunch was about me. He is that type of person – someone who has never been a man who pounds his chest as if to say "look at me!". He is an observer, a man who believes that all human beings are gifts, and that we are all equal in every respect.

The Sheriff and I share a common interest – respecting people of all faiths. I tell my kids that my favorite commandment is "do unto others as you would like them to do unto you". I have watched Sheriff Baca respect the rights and feelings of people whose voices were not powerful ones. I have watched him stop and talk to a homeless man for 10 minutes. I have watched him treat people with kindness, love, and respect regardless of who there were, their means, or what they looked like.

I was privileged to join the Sheriff on several international trips with the Sheriff's Department as a civilian advisor. I traveled with him to Israel, Egypt, Abu Dhabi and Qatar. I was a civilian advisor on these trips. On one of the trips, we were in Egypt. The Sheriff had an Egyptian deputy in Los Angeles whose parents lived in a modest apartment in Cairo. The Sheriff made a point to visit his deputy's parents, and I was there when we walked in the apartment.

11400 West Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582
Tel 310.478.4100   Fax 310.479.1422
www.wrslawyers.com
Los Angeles · Las Vegas · Reno

226

Exhibit E, Page 308



Judge Percy Anderson
March 7, 2016
Page 2

The deputy's mother cried with happiness. She couldn't believe that the Sheriff himself would take the time to come to her modest apartment. We spent 60 minutes drinking tea, eating rice pudding, and talking about how much the Sheriff was proud of their son.

This is the type of person Sheriff Baca is – someone that truly cares about the rights and feelings of others.

I am not sure if you ever met my father, Bruce Hochman. My guess is that you knew of his reputation as a man of honor and integrity. A man whose middle name was "good deeds." I can tell you with certainty, with my hand on my heart, that Lee Baca is a man of good deeds. A man of honor. I can tell you that he is not perfect, and he, like all of us, has made his share of mistakes. But I ask you, your Honor, when sentencing Lee Baca, to look at the totality of his actions and to factor in his 49 years of public service, and his years serving our country as a marine.

Thank you for your consideration.

Very truly yours,

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

DAVID HOCHMAN

DH:DH

227

Exhibit E, Page 309



Arlene Howard Public Relations
11812 San Vicente Blvd., Suite 350
Los Angeles, CA 90049
www.arlenehowardpr.com
(p)310-399-3483 (f)310-452-5373

March 8, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Court House
312 No. Spring Street
Courtroom 15,
Los Angeles, Cal 90012

Dear Judge:

We are writing this letter in support of former Sheriff Lee Baca, having had the privilege
of knowing him for more than 10 years. Lee's present situation is unfortunate to say the
least, but made more so because it involves a man whom we respect and a person we
know as a long-time champion of society's downtrodden.

Though ours is a social relationship with Lee, we have always found him to be a man of
character and dignity -- uncommonly fair, even handed and without prejudice of any
kind.

In casual conversation when talking about headline news, Lee would always take issue
and exception to anything he perceived as prejudicial.  He would always counter
balance with an opposing view, consistently taking the high ground.  This was never for
bravado but demonstrated exactly how he truly felt at his very core.

Many times we have heard Sheriff Lee Baca underscore the importance of elevating the
lives of prisoners through educational versus punitive measures.  His admirable view
was based on improving inmates' chances for a better life through the tools of learning
for rehabilitation purposes and for a mutually beneficial reentry into society.

On a personal note, when our niece had to flee with her infant son from a domestic
violence situation, Lee Baca stepped in with guidance, advice and, in fact, found a
protective environment for her in a safe refuge.

228

Exhibit E, Page 310

Page 2

Additionally, he   calmed her with regard to the legal threats she received from her then spouse.  He reassured her that those emotional outbursts were unfounded.   She was scared and petrified and without his professional by sound and savvy advice, I doubt if she would have endured.  At that time, our niece was out of his jurisdiction but he felt compelled to be of service and comfort in a most stressful situation.

The Lee Baca we know is a decent individual, respectful and honorable. We sincerely hope that however his recent transgression is considered, it will be carefully weighed against his lengthy devotion to public service and his abiding respect for the law and order.

Sincerely,

Arlene Howard,
President

Bryce Noel
President
Black Diamond Strategies, Inc.

229

Exhibit E, Page 311

 

Grace Hu
12654 Misty Place, Cerritos, CA 90703
562-924-0289

April 10, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Honorable Judge Anderson:

I am Grace Hu, a Los Angeles County resident of 40 years, former twice Mayor of Cerritos and nine year Member of the Cerritos City Council. I am writing this letter because I am annoyed by the recent development of the case around the retired Los Angeles County Sheriff Lee Baca.

I have known Sheriff Baca for over 18 years. Although our public service careers only overlapped for around three years, we had served the community together on many occasions during and after I retired from the Cerritos City Council in 2001.

Sheriff Baca is a true gentleman of the old world. He treats people around him with a warm heart and trust. He will do all he can for any suggestions for the goodness and the welfare of the community. Our local community felt the improvement to public safety and police efficiency during his terms.

In serving the community with him, he made me understand the real meaning of "melting pot community". His "color blindness" is natural born, not politically trained. In our community and the cities around mine, he is known as the friend of the under privileged. He has our support and our friendship.

I deeply believe that it his nature to trust his subordinates that dragged him into the situation he is in. Whatever happened happened. However, it is our sincere hope that his good service to our local communities be considered in judging his other deed.

Thank you very much for reading this letter and I wish you well.

Yours truly,

Grace Hu

Grace Hu

230

Exhibit E, Page 312

# LEE IACOCCA & ASSOCIATES

February 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I am writing this letter to you on behalf of my friend, Lee Baca. Suffice to say, I was very disturbed to learn of his recent troubles after so many years of impeccable public service.

When I moved to Los Angeles from Detroit, I was encouraged to attend a number of events and activities to not only get a feeling of this terrific city, but to meet some of its dignitaries. I had the good fortune to meet Lee Baca early on and we immediately had a connection. His manner of leadership appealed to me and we became friends.

Over the last decade +, we've been together for numerous social occasions. We even belong to the same "boy's lunch club", some of the "assistants" put together a few years ago. So, I at the least see him once a month.

All the years we've been friends, I have found him to be courteous, gracious and a man to be respected. In all fairness, I think there are times when a leader makes a bad call. But, that doesn't mean an entire career and accomplishments should be wiped out.

I sincerely hope your judgement of Lee Baca takes into consideration all the many good things he's done for this community.

With respect,

Lee Iacocca

LI/ns

2355 WESTWOOD BOULEVARD #362
LOS ANGELES, CALIFORNIA 90064
PHONE: (310) 815-1123 FAX: (310) 317-7455

231

Exhibit E, Page 313

## RABBI STEVEN B. JACOBS
### E-mail: rabbistevenbjacobs@gmail.com
### Cell: (818) 917-9691

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

In 1970, I moved to California to become the Rabbi at Temple Judea in Tarzana. My involvement as a rabbi in Miami, Florida, especially in the area of interfaith relations and civil rights causes, brought me to Los Angeles.

It wasn't too long after my arriving in California that I met Lee Baca, known for his leadership in similar causes --- thus began a 45-year relationship. Before September 11, 2001, Sheriff Baca and I were working on issues in the African American and Muslim American communities. I was a member of his Clergy Council and furthered my work with Sheriff Baca in strengthening bonds of fellowship.

On September 11, 2001, Sheriff Baca contacted me, and the very next day, we called together leaders of the Muslim American community. Convening at the Sheriff's Station, community leaders found comfort in Sheriff Baca and his commitment to stand with them. Sheriff Baca, Muslim community leaders, and I then traveled to Detroit, Michigan and to other cities to gain understanding and provide comfort and leadership nationwide.

Sheriff Baca dedicated himself to help deepen the understanding of Muslim Americans. He testified before the House Committee on Homeland Security in 2011 at a hearing called by Representative Pete King (New York) and others who were blaming all Muslims for the problems of the United States and for the terrorist attacks of September 11th. Sheriff Baca provided extraordinary insights into the Muslim American community that I believe began the broader acceptance of and compassion for Muslim Americans.

Over the years, my relationship with Sheriff Baca continued as did our interfaith work. I was honored to be one of his guests at his wedding to Carol Chiang.

232

Exhibit E, Page 314



Page 2:  Letter to Honorable Percy Anderson
     Re: United States v. Lee Baca

Extraordinary people make mistakes. Sheriff Baca's extraordinary journey in leadership in California and nationally as well as internationally, I trust, will be taken into consideration as you judge his future.

Sheriff Lee Baca has been a transformative figure in the religious and cultural realms. I will always respect him for his vital role in shaping our diverse, multicultural society.

Sincerely,

RABBI STEVEN B. JACOBS

233



Honorable Percy Anderson
United States District Court Judge
United States Court House
312 N. Spring St. Courtroom 15
LA, Ca. 90012

March 31,2016

Re: United States vs. Lee Baca

Most Honorable Judge,
It both pains and pleases me submitting this letter on behalf of my personal friend and more importantly an advocate for the most underserved communities in South Los Angeles. It hurts to see predicament one who has given so much of himself to enhance lives and encourage less fortunate now finds his self facing. It pains me not having capacity to express the great work and legacy Mr. Baca has left on our community. It pains me to imagine feelings of disdain against our government for undue punitive damages to one which has always presented himself as willing servant. This is not something which we should take lightly.

On the other hand, it pleases me having opportunity to stand with the best Sheriff I have had the pleasure of working with. As Executive Director of GFC ministries past 25yrs., I am fortunate to work with several positive community organizations which include but not limited to: Watts Gang Taskforce, WestAthens/Westmont Taskforce, So.Cal.Cease Fire Committee, So.Bureau Ministerial Alliance, Southeast Police Clergy, 77th Police Clergy, and So..LA Sheriff Clergy. All these organizations at some point had good experiences with Mr. Baca. I sincerely believe the sooner he can resume his life,the better for he and community.

Respectfully Submitted,

Gangsters For Christ

James I. Jones Jr., Executive Director
3870 Crenshaw Blvd., Suite 104
Los Angeles, CA 90008
Email Address: gangstersforchrist@yahoo.com
(213) 925-0974 (Phone)
(323) 292-3870 (Fax)

234



**Community Resource Talent Development**
Post Office Box 7206
Los Angeles, California 90007
310-877-0345 ph / 310-544-1945 fax

May 28, 2015

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

RE:    United States v. Lee Baca

Dear Judge Anderson,

My name is Shelby Jordan.  I am the executive director of Community Resource Talent Development (CRTD).    CRTD, as a 501c3 community based organization, has successfully planned and completed well-designed and well-maintained residential developments for low-income families and senior citizens.  CRTD's developments have permanently removed blighted conditions in the neighborhood called Exposition Park West.  Our work has helped to stabilized this area that was once characterized as economically and socially fragile.

When CRTD began its investigative work in 1989 on how to build a community and round it out to make it safe and self-sustaining, one of our greatest advocates was Lee Baca; and he continues to be that same advocate today.  In 1993, Lee was present during the planning and inauguration of our first two residential developments.  He was supportive in giving CRTD wholesome direction on how to encourage residential/community engagement in helping to uphold public safety.  He imparted the wisdom that every human being is to be valued with dignity no matter what the extent of their circumstances.

CRTD has held firm to the imparting the principles generously shared by Lee Baca to the residential community of our completed developments.  As a result, for nearly two decades there is been a significant drop in petty and violent crimes in the area surrounding the development completed by CRTD.

CRTD continues to have the utmost respect for Lee Baca and believes he has more to give in serving the greater Los Angeles community.

Sincerely,

Shelby Jordan
CRTD – Executive Director

235

 

--- On Sun, 3/20/16, Alfred Karam <dralfredkaram@gmail.com> wrote:

> From: Alfred Karam <dralfredkaram@gmail.com>
> Subject: Sheriff Lee Baca
> To: bacacarol@yahoo.com
> Date: Sunday, March 20, 2016, 3:10 AM
>
> "Dear Judge.
> Let me please tell you, your
> honor, a bit about Sheriff Lee Baca,He was
> introduced to me through a friend in the church. I was hit
> by his humble spirit and his loving nature. I liked his
> humor and his simplicity very
> much. I was very pleased to know
> that his awareness of God and his deep belief in the
> spiritual values have greatly impacted his daily life and
> his behavior in general. No doubt that for this reason he
> was chosen to lead the Police in Los Angeles and has been
> nominated repeatedly to that
> post. I, with my wife and my three
> children, would be extremely happy to know that Sheriff Lee
> Baca is walking again free from all of these unjust
> accusations.
> Thank you, your honor for
> taking in consideration my words and accepting my plea for
> the defense of Sheriff Lee  Baca."
>
> Best
> regards,
> Dr. Alfred
> KaramNaturopathe |
> NutripharmaCell: +961 3 10 12
14dralfredkaram@gmail.comdrkaram@nutripharmalb.comhttp://www.nutripharmalb.com
>

236

Exhibit E, Page 318

 # Family Federation for World Peace and Unification

**District 12 Headquarters      950 Holly Vista Drive. Pasadena, CA 91105**
**Phone (626) 792-8673     Fax (626) 577-8688**

Dear Judge Anderson,

My parishioners span from Ventura County all the way down to Orange County. I also oversee churches in San Diego and all of Arizona. I deeply thank you for your all your public work you do serving us all.

I am writing to you regarding Sheriff Baca and the recent news I've been reading in the newspaper. Although I do not know all the details of this case I am contacting you to impress upon you the tremendous difference Sheriff Baca has made in LA County. When The New York Police Department switched from focusing on the amount of arrests to crime reduction, they transformed their city. They made this kind of change in part by including many nonprofits, religious organizations, and working with the community. Without exaggeration I cannot think of any public figure that has done more to reach out to all denominations and religions for the public's well-being and peace. Sheriff Baca has been deeply committed for this cause and put his money where his mouth is.

Because of him I am networked with many other Pastors, Imams and Rabbis.  Like Patricia Harris a a pastor in Inglewood, we are working on a pastors coalition to create awareness of the abuse of prescription drugs in LA.

Because of his genuine effort it's created a culture amongst all of us clergy to work together. I am now helping a nonprofit called Emerging Leaders that he introduced to with their fund-raising. When examining the details of this case it's my hope and prayer to look at the whole person's contribution and difference they've made. I believe in him, I'm very confident of the integrity, intention and the heart behind Sheriff Baca's great work.

Please do consider the big picture while examining this case. I thank you kindly for your time to read this letter.

Sincerely,

Pastor George Kazakos and L.A. Family Church

**950 Holly Vista Drive. Pasadena, CA 91105**
**Phone (626) 792-8673     Fax (626) 577-8688**

237

**John Kazanjian**
8778 Sunset Blvd.
West Hollywood, CA 90069
310-275-1650
Johnkazanjian@sbcglobal.net

RECOMMENDATION LETTER

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom #15
Los Angeles, CA    90012

RE:   Lee Baca

Dear Judge Anderson:

I am privileged to have the opportunity to write to you this letter of commendation on behalf of Lee Baca, in connection with matters related to his pending criminal matter.

I am long time businessman, and the owner of Autoplex Parking Management Company, a valet parking service operating in Los Angeles County.  I am also a residential and commercial property owner in Los Angeles County.  I am married with two children.

I have known Lee Baca since 2001, and consider both Leé and his wife Carol to be good friends.  I have had the pleasure to know and work with Lee for over 16 years in connection with a variety of professional and personal matters.

Lee has been a dedicate public servant for almost 50 years, tirelessly committing his life to making Los Angeles a safe place for the residents.   He rose through the ranks of the Sheriff's Department and ran the department efficiently for many years.

We have worked together on numerous charitable activities requiring that we depend on each others commitment to each project and completion of our designated responsibilities.   The activities have included the Sheriff's Youth Foundation, that

238

Exhibit E, Page 320

generate funds to support the youth of Los Angeles County, with activities and guidance to keep them off drugs and out of gangs.

With Lee's support, I organized the West Hollywood Sheriff's Booster Club, a non profit charitable corporation that provides support services for West Hollywood Sheriff's Station. Our Booster Club has been the model for and assisted in the formation of several other Booster Club's in Los Angeles County.

Lee has been a sincere friend, and knowledgeable regarding the Armenian people and the sacrifices and struggles we have had to endure, at home and abroad. He has always made himself available to help and assist our community, and other minority communities in Los Angeles County, to solve issues we have faced improve the quality of life for all.

Lee has proven himself to be extremely capable in managing the Sheriff's Department, handling complex issues and seeing various projects and campaigns through to successful completion. I believe that his goals and efforts were always to make the Sheriff's Department a shining example of law enforcement and to substantially reduce crime in our cities and County.

I am aware that his dedication to the Sheriff's Department, and all those that depend on him, resulted in some poor judgment decisions that have result in his current situation. I am also aware the Lee has willingly acknowledged his inappropriate actions and has willingly provided assistance to address the issues and make sure that they are not repeated.

Without hesitation, I would give Lee my highest commendation on both a personal and professional level. I consider myself to be very fortunate to include him as, not only a personal friend, but a valuable resource to myself, and to all the residents of Los Angeles County.

I strongly recommend that you consider Lee favorably and leniently when deciding on the consequences to impose.

Thank you for giving me the opportunity to provide you with this information regarding Lee Baca.

Very truly yours,

John Kazanjian

239

Honorable Percy Anderson
United States District Court Judge. United States Court House.
312 North Spring Street. Courtroom 15. Los Angeles. CA.
90012
Re. United States v. Lee Baca

Dear Judge Anderson

I was one of the early pioneers of creating partnerships between
community based Gang Intervention – Prevention organizations
and Law Enforcement. Mr. Baca was the key to this success.

I met sheriff Baca before he was elected when he was running
for office against Sherman Block
What struct me the most was his Humility and Genuine concern
about others.
This proved true throughout his career. When he got elected he
didn't have an army of gate
keepers. On the contrary he was always willing to meet anyone
and genuinely cared. Accessibility is why voters like myself
support elected officials.

He was always willing to speak at life skill sessions to
incarcerated inmates. For example, at the Wayside detention
center he was the key note speaker at the graduation ceremonies.
The inspirational speech he gave to inmates was a tear jerker.

A famous football player Jim Brown, founder of Amer – I- Can
(Gang Prevention and Intervention Org), famous Singer James
Ingram Advisor To Unity One. (Gang Intervention Org) and
myself where amazed that the Top Cop brought compassion and
understanding to those who don't vote and are considered
criminals, one of the many examples that I witnessed over the

240

years. I attribute the Education Based Incarceration program in the jails today to Sheriff Baca.

If you recall during the 90s the Homicide Rate and violence was out of control.
There were many neighborhoods in Watts and South Central LA. Etc., where law enforcement could not enter without being ambushed by gun fire.

The wisest decision by law enforcement in those days was to partner with community based organizations to solve the violence in the community. The most influential organizations on the street were the ones ran by former gang leaders and former members.   After the riots in the 90s due to the Rodney King, Unity One was formed.  I was the advisor to it's founder the late Darren Bo Taylor. Unity One and other organizations on their own were stopping gang retaliation and generating home grown programs to solve the violence.

Over the years I personally witnessed Sheriff Baca as a Pioneer in this effort to build coalitions with street based organizations and law enforcement that led to long term mature partnerships.

I remember a Unity One sponsored fundraiser at the World on Wheels bowling alley. Sheriff Baca personally donated money to help this organization serve at risk youth.

Unity One and Belize Unity set up a safe house to stop retaliation between Blood And Crips.
Sheriff Baca was an inspiration and supporter of this street based community partnerships.
We have been to many strategic round tables between law enforcement and community based organization that was initiated and hosted by Sheriff Baca

Sheriff Baca embraced this strategy and history was made. A decade and half later crime stats was at its lowest. I was

241

Exhibit E, Page 323

fortunate to be a part of this and witnessed this process as it unfolded.

Now law enforcement can walk down those streets where once upon a time they would be ambushed with gun fire.

No one will know how many lives were saved because of this wise and genuine man.

I am proud to have met and worked with a man that found a balance between tough on crime and compassionate to folks incarcerated.

Your Honor look at this man from all perspectives before judgment is cast.

Thank you.

Mahomed Khan
Founding Advisor 17 years To late Darren Bo Taylor founder of Unity One
Currently. Volunteer Chaplin LA County Men's Central Jail
Director Interfaith And Outreach King Fahad Mosque
Sheriff Jim McDonald Faith Leaders round table.
Community Co Chair LAPD Muslim Forum. Chair is Chief Charlie Beck and Co Chair is Chief Michael Downing. Head Of Special Opps and Counter terrorism
Film Producer of "One Rock Three Religions"
www.onerockthreereligions.com

Home Address. 10590 Wilshire Blvd. #2C. Los Angeles CA. 90024
Mailing Address. 10866 Washington Blvd 311. Culver City. CA. 90232
Mobile Number 310-901-5115

April 15, 2016

242






**BOARD OF SUPERVISORS**
**COUNTY OF LOS ANGELES**
822 KENNETH HAHN HALL OF ADMINISTRATION / LOS ANGELES, CALIFORNIA 90012
Telephone (213) 974-4444 / FAX (213) 626-6941

MEMBERS OF THE BOARD

HILDA L. SOLIS
MARK RIDLEY-THOMAS
SHEILA KUEHL
MICHAEL D. ANTONOVICH

DON KNABE
SUPERVISOR, FOURTH DISTRICT

April 5, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California  90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter on behalf of Lee Baca, former Sheriff of Los Angeles County.  I have been a member of the Board of Supervisors of Los Angeles County for nearly twenty years and have known Mr. Baca for over 30 years.

While Mr. Baca was a separately elected official, our Board interacted with him on a regular basis on critical issues facing our public safety system.  He shared our commitment to reducing recidivism and was very creative, progressive and humane in his viewpoints about dealing with offenders.  He was committed to treating addiction as a critical component of cutting our recidivism rates.  Mr. Baca was also a fervent advocate for education programs in our jails.  Given his own background, he recognized the impact of education on changing lives and providing opportunities for a new path for those incarcerated in our system.

I thank you for the opportunity to write to you about Mr. Baca.  If you would like to discuss my comments any further, I can be reached at dknabe@lacbos.org.

Sincerely,

DON KNABE
Supervisor, Fourth District
County of Los Angeles

DK:dsg

243

Exhibit E, Page 325



**Dennis B. Kneier**
**1425 Hampton Road**
**San Marino, CA 91108**
626-578-1109
dkneier@socal.rr.com

May 12, 2016

Honorable Percy Anderson
United States District Court
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: Leroy "Lee" Baca

The Honorable Judge Anderson:

This is a letter to attest to the character and integrity of Lee Baca, who will come before your court in connection with his plea agreement.

I recently served two four-year terms on the City Council of the City of San Marino; during that time I was Mayor twice. Through that service, as well as association with Lee in the Rotary Club of San Marino and other community organizations, I have had the pleasure of getting to know Lee well.

Lee had a distinguished and long career with the Los Angeles County Sherriff's Department. He reached the highest rank in the Department, being sworn in as Sherriff in 1998 and was re-elected several times before his retirement in 2014.

During his exemplary nearly 50-year career with the Sherriff's Department, he built a record of integrity, fairness and innovation. While leading the nation's largest sheriff's department, he tirelessly served the residents of Los Angeles County and he traveled the world touting progressive policing policies.

In my personal interactions with Lee I found him to be a man who consistently demonstrated high standards of character. He was honest, candid and brilliant. His thought processes were regularly philosophical; he espoused ideas of fairness, inclusiveness, teamwork and efficiency. I found him to be one of those rare people who had the vision to see what needed to be done for the greater good of his department, community and country.

244

I know that by his guilty plea he has admitted to a mistake. But in considering the price he must pay for that mistake, I respectfully ask that you consider his long distinguished career of service to the citizens of Los Angeles County. Lee is a good man. To the best of his ability he has done what is right. He is a man who cares about people, his community and family.

I appreciate you taking into account my support for Lee when he comes before your court.

Sincerely,

Dennis B. Kneier
Former Mayor – City of San Marino

Exhibit E, Page 327

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street Courtroom 15
Los Angeles, CA  90012

Re:  United States v. Lee Baca

Dear Judge Anderson,

This letter is submitted on behalf of Lee Baca.

The undersigned is an Academy Award winning producer for my production of "Platoon".  I have produced approximately 30 movies, and I have received just about every award that can be given to a producer.  I also produce television and for the past nine years, I have been a member of the Board of Directors of CBS Corporation. For many years I also practiced law in New York and California but have retired from such practice because of my other activities.

I cannot remember with specificity the exact time or circumstances when I first met the defendant but my best recollection is that it was approximately 15 years ago at a charitable event. Since then I would estimate that my wife

246

and I would go to dinner with he and his wife about 4 times a year.  In all of his discussions with me, he was very proud to be Sheriff and was excited about the work he was doing for the County. I have always felt he was possessed of the highest moral character and was shocked and surprised when I learned he lied in an investigation and was in significant trouble on the other side of the law.

Your Honor, I just don't understand what provoked him to ruin his career when I know how much he has done for the Sheriff's office and the County of Los Angeles. I have to believe this was an isolated aberrant act that was totally out of character as he is an honest family man who loves his wife and children. Knowing the man, he is suffering terribly.

Perhaps you could find it within yourself to allow him to return to his wife and family with a suspended sentence.  His life and career are already destroyed and time in prison will make it even more difficult for him to ever rehabilitate his life. I am asking this as an act of charity.  Lee Baca is not a criminal.  He just made a terrible mistake.

247

Exhibit E, Page 329