I appreciate your taking the time from you very busy schedule to read this letter. I can be reached at my email Arnold@Kopelson.com.

Respectfully,

Arnold Kopelson

248

March 15, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE United States v. Lee Baca

Dear Judge Anderson,

I first met Lee Baca at a dinner with friends and was impressed by his straightforward and refreshing personality. After getting to know him these past years, I am certain that he is a city official who works tirelessly for his community.

One example that reflected that Mr. Baca was most deserving of his job in the Los Angeles Sheriff Department was when we recently had dinner together. We walked down the streets of L.A. and I was amazed to see how many people approached Mr. Baca to greet him and offer him support. He has clearly captured the hearts of the community.

I have been a resident and business owner in Los Angeles for many years. I own a business in the heart of Mid City West where I employ over 20 employees. I know the struggles of how to manage so many people. It is not easy, but Mr. Baca has been able to do this with both dignity and empathy.

As an immigrant from Russia, I know that having proper representation in government is a privilege not many people in this world have. I love that our country gives us the ability to voice our opinions and engage in democracy. This is why I'm writing this letter to support Lee Baca. I know he is an integral asset to our community.

Sincerely,

Michael Kremenetsky
Owner of Classics Auto Body, Inc.

March 29, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

    Re: United States v. Lee Baca

Dear Hon. Judge Anderson:

We, Munson Kwok and Suellen Cheng, are writing in support of Sheriff Lee Baca, one of the community leaders whom we respect.

We have known Sheriff Lee Baca for the past 15 years. Before we actually met him in person, we have already had tremendous respect for Sheriff Baca as he was an excellent sheriff and a strong community leader. Sheriff Baca is notable for inspiring and facilitating a public safety group comprised of important San Gabriel Valley Asian American community leaders. That group became very active for several years in fostering public safety awareness and the improvement and sensitivity in police services. His wife Mrs. Carol Baca has served as a member of the Board of the Friends of the Chinese American Museum (CAM) for more than 15 years. It was through Mrs. Baca that we had the honor of meeting Sheriff Baca who became a strong supporter of the Museum. We knew him as a person with integrity and dedication to serving his community. Based on our observation at numerous community functions, Sheriff Baca was always willing to listen to the needs of the community people whom he served. He followed through what were asked of him for the promotion of various community nonprofit organizations' mission. In 2003, his wife volunteered her time as well as her talent and dedicated more than one year helping the Museum in the seminal days of development. Without Sheriff Baca's selfless and generous support of his wife's tremendous volunteer efforts, the Museum could not have had its early success.

Since we have known him, Sheriff Baca has always demonstrated his superb wisdom and high moral characters. He is kind and patience in response to the inquiries from the community. I believe that his genuine way of helping his constituents is exactly the reason why our community respect him. We have attended many of the community events where he sincerely advised citizens to do good for the society. He is very community-minded. We have personally seen him showed up in countless gathering of the community organizations to support their causes especially for the youth leadership, public safety, senior welfares, educational programs, and many worthy causes. He truly believes in community engagement and tirelessly advocated for the improvement of interracial relations.

As eyewitnesses, we have been active members of several Chinese American community organizations including the Chinese American Citizens Alliance, a civil rights group, Chinese Historical Society of Southern California, and the Chinese American Museum. We hope to count on his continued positive services to our community at the soonest. Thank you very much for your special attention.

Very sincerely yours,

Munson Kwok and Suellen Cheng
suellenck@aol.com

250



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

April 9, 2016

Re: United States v. Lee Baca

Dear Judge Anderson:

In 1993 I was a member of the Los Angeles Police Commission, gang wars were raging, and deaths by gun were well over 1000 in the City of Los Angeles. I was approached to start an organization which became known as Women Against Gun Violence. For our first kick-off meeting I contacted a friend at the L.A. County Sheriff's Department to see if we could display all kinds of guns so our members and guests might understand the difference between shotguns and semi-automatic rifles, tiny Derringers from Colt pistols.

The Sheriff's Department agreed, and the man who came with the guns and stood behind the display table was Lee Baca, then the public relations/community relations chief. From that day forward he supported Women Against Gun Violence in all our activities, supported legislation in Sacramento and allowed us to honor him with our "Courageous Leadership" award about ten years ago.

251

Exhibit E, Page 333

He served on our Board of Advisors for twenty years, attended our events, and led the parade down Wilshire Blvd. on the day of the Million Mom March. Our personal experience was impeccable.

I know that whenever we met socially he filled my husband and me with stories of his relationship with the multitude of ethnic communities that he had nurtured and how he so believes in a place for everybody of every ethnic and religious belief in Greater Los Angeles.

I cannot comment on his recent leadership of the Sheriff's Department except what I have read in the press. I know he cared deeply about the moral code he fostered, and I know he is a religious man. But I also acknowledge and am saddened that he has pleaded guilty to lying, so that must be taken into account. It represents a side of him I do not know.

I hope you will consider my experience as you determine his sentence.

Sincerely,

*Ann Reiss Lane*

Chair Emeritus, Women Against Gun Violence
224 S. June St.  Los Angeles, CA 90004

252

Exhibit E, Page 334

**Saul E. Lankster, II**
**8125 Surfline Drive, Unit "C"**
**Huntington Beach, CA 92646**
Email: SaulLankster2@aol.com
**Phone: 310.528.2585**

March 21, 2016

The Honorable Percy Anderson
The United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Saul Lankster, and I am a high school history teacher in the Los Angeles Unified School District. I am writing this letter to request probation only for Lee Baca and to share with you my reasons for asking for mercy in his case.

### Meeting Lee Baca in 1969

I met then Sergeant Lee Baca in 1969, when he was a Sergeant in the Sheriff's Department and my drill instructor in the Los Angeles County Sheriff's Academy. As my drill instructor, he maintained a professional and kind demeanor, and he communicated to his students that he expected us to try our best, be our best, and treat everyone with respect and dignity.

I would never forget his impact on me as a police cadet. However, I have had the privilege of witnessing the effect of his inspiration on others, his kindness while serving on a board with him, as well as the honor of calling him a friend.

### Baca's 1980 Impact on My Family

In June 1980, Mr. Baca served as the graduation speaker at Compton High School. I was there as a board member, but also as the proud uncle of Terry L. Lankster, a graduating senior. Sheriff Baca exuded authenticity and humility. Prior to Mr. Baca's speech, I noted how he arrived about an hour early, he spoke to parents, students, and faculty before the commencement exercise began. He was far from being stuffy and arrogant, but personable. He was still the Lee Baca of 1969, professional and kind.

We began to talk and he shared with me his concerns for young people in general and these graduates in particular. He had done his own research and, much to my surprise, he knew that these graduates represented less than 25% of the students who started out with the class four years earlier. He expressed concerned about the graduates and those who had dropped out.

In his commencement speech, he told the graduates that they were responsible for their own futures and that they should not become victims. I thought his speech was outstanding. However, I had no idea of the impact it had on my nephew.

253

Exhibit E, Page 335

Letter to Judge Anderson

Several years later my nephew, Terry shared with me that Sheriff Baca's speech was a turning point for him. It spoke to his heart. It was the encouragement he needed. He enrolled in the military and after serving several tours of duty, he became and still serves as a sheriff in San Bernardino.

Sheriff Baca spoke from his heart and his sincerity ruminated with my nephew. I am forever grateful for Baca's willingness to offer authenticity to encourage and motivate young people.

**Baca's Help for Incarcerated Women, Formerly Incarcerated Women and their Children**
I saw Lee again as a board member of the n-Action Family Network, a non-profit organization, designed to provide assistance to women who were incarcerated, and to their children. I served on the board and when I learned that he accepted the board position, I thought he would serve more in name than in action, since I knew his schedule was busy. However, that was not the case. He rolled up his sleeves and worked just like everyone else on the board. He regularly attended board meetings on Sundays, planned gatherings for the women and their families, facilitated visitations at the jail, and promoted programs to improve the self-esteem of the women we sought to help.

**Kindness to LAUSD Students**
I asked Mr. Baca if he would come visit my class at Gardena High School and encourage my students. He graciously accepted the offer, and we set up a time for him to come. The principal, staff and students were shocked that he took the time to come and share. There was so much interest in his appearance that more than just my class wanted to hear him speak, several classes of 10th, 11th, and 12th graders combined in our auditorium to hear his encouragement of students.

After his speech, he didn't run off or appear too busy to talk with students one-on-one. He made sure he spoke with each person who waited in line. Many requested pictures with him, and he obliged each one. He also spoke to my next class. It was an unforgettable experience, and our students felt a sense of importance that someone in his position would take such time to value them and speak with them.

**Lee Baca, My Friend**
In subsequent years, I have had the privilege of calling Lee Baca my friend. He has been authentic, kind, and caring. His heart is huge. Therefore, I ask that you would grant him probation only as you consider the tremendously positive impact he has had on the lives of numerous people, including the students, and families of incarcerated women.

Should you like additional information, I would gladly provide it. Feel free to contact me at saullankster2.aol.com or 310.528.2585.

Thank you for your consideration.

Sincerely,

Saul E. Lankster, II

Exhibit E, Page 336

LOS ANGELES **Dodgers**

**TOMMY LASORDA**
SPECIAL ADVISOR TO THE CHAIRMAN

1000 ELYSIAN PARK AVENUE
LOS ANGELES, CA 90090-1112

May 16, 2016

Honorable Percy Anderson
United States District Court

Dear Judge Anderson,

Please accept this letter as a formal character reference for Lee Baca. I have had the privilege an honor of being Lee's friend for decades. While I was as surprised as anyone else by the news of his misconduct I still believe in him as man of character, a community leader and as a public servant.

Lee has spent his life dedicated to doing good for others. As a young man he decided to spend his life in public service, a calling with the hallmark of service above self, which in my opinion is the most noble kind. Through his service the number of lives he changed is countless. Through his leadership the number of lives he and his department protected is countless. Through his commitment to the principles of public service and law enforcement the number of deputies he inspired and motivated is countless.

I will be 89 years old this September. Part of what I have learned over the course of my life is that good people, even the best of us, make mistakes. However, one mistake, or even a few, doesn't always outweigh the amount of good that a person has done over the course of their life.

I am not asking for justice not to be done. I am asking that fairness is administered, and in all fairness that the great body of work Lee has given to us citizens over his career is considered in your decision.

Thank you in advance for your consideration.

Respectfully,

Tom Lasorda
Hall of Fame Manager and Special Advisor to the Chairman
Los Angeles Dodgers

255

# The National Korean American Republican Association

April 4th, 2016

The Honorable Percy Anderson
United States District Courthouse Judge
United States Courthouse
312 North, Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States v. Lee Baca ( The Statement of Petition )

Dear Honorable Percy Anderson:

My Name is Abraham Lee as Chairman of The National Korean American Republican Association.

I have known retired Sheriff Lee Baca since he was an Area Commander 20 Years ago. He was very honorable and supportive of the Korean American community.   He attended many community events including the annual Korean American Parade, where he served as our Grand Marshall.  Sheriff Baca worked closely with many Korean American leaders throughout Los Angeles County.

Sheriff Baca created a Korean American Advisory Council (LAKASA) which involved community leaders, our youth, and volunteers who worked with Deputy Sheriffs in crime prevention programs.  Many young Koreans became reserve and regular Deputy Sheriffs.

I know that Sheriff Baca is a caring and honorable man who included all ethnic, racial, and religious citizens within various community programs provided by the Sheriff's Department.  Simply stated, Sheriff Baca welcomed all communities into the Sheriff's Department.  He is someone we trust.

Sincerely,

Abraham Lee
Chairman of The National Korean American Republican Association
11079 Provence Ln,
Tujunga, CA 91042

256

Exhibit E, Page 338

 

March 25, 2016

Dear Judge Anderson

My name is Ronald Lee; I've known Mr. Baca Lee for over 20 years. He is a wonderful man with a lot of integrity, who is fighting for things he believes in and serious in helping people.

He is a good friend who knows three generations of our family. He often encourages our grandkids to study hard, to involve with community service, to become a person who can make different when they grow up.

When I was a president for the China Town Lion Club, he always supports our organization. Together, we did many charity events, such as the "eye glass" drive; the blanket for homeless in South LA; helping new immigrants and students. He showed us how much he cares for people and how much he is willing to do an extra mile to lend a helping hand. When I work as a president for the Monterey Park Chamber of Commerce, he often talks to me and gave me many valuable advices, which help me in many ways. His friendship and sincere caring not only helped me but also encourage a lot of people.

My family and I are forever grateful for his support and encouragement. We are so proud of what he had accomplished in the past and wish the very best for his future.


Ronald Lee

Chairman of Chong Hing Jewelers
(626) 429-6088

257

Exhibit E, Page 339



**OVG**
**OAK VIEW GROUP**

Timothy J. Leiweke
Chief Executive Officer

April 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Tim Leiweke and it is with respect that I write to you in regard to Lee Baca.

I have been a resident of Los Angeles for over 25 years and currently own and operate a business in Westwood. From 1995 - 2013 I served as President and CEO of Anschutz Entertainment Group (AEG) and was intimately involved in the development of the Staples Center, the creation of L.A. Live and the surrounding residential and entertainment district as well as the Home Depot Center in Carson. During my tenure with AEG, I had the pleasure of working closely with and supporting the Los Angeles Police Department and the Los Angeles Sheriff's Department. Under Lee's leadership, the Los Angeles Sheriff's Department was instrumental in helping AEG achieve their vision of a vibrant downtown sports and entertainment district as well as a multi-use sports facility on the campus of California State University, Dominguez Hills. It was early on in my career that Lee and I developed a professional relationship that quickly grew into a mutual friendship.

My wife and I had the opportunity to work with Lee on many community projects. In fact, my wife was on the Sheriff's Advisory Board for Community Outreach. Over the years, Lee has made a significant difference in the lives of many in our community. I witnessed his heart and his love of this community first hand. It was very real, very sincere and a constant commitment for him.

On a professional level, I worked with Lee on some very difficult and very public events in our community, including the Michael Jackson Memorial; the Democratic Convention; Lakers Championship Celebrations; and, the creation and safety of the Home Depot Center. I always saw Lee handle his responsibilities with great commitment and focus on those in the community that each one of these events would affect. By no means do I mean to ask you to look past the issues that have created the need for this letter, but I know that this is a good

man, a fair man and a man that loves his community, and he will be his toughest judge and jury.

I fully recognize the serious implications of Lee's crime, but I personally believe it was a terrible lapse of judgment and not a true reflection of Lee's character. I continue to support Lee, and his wife Carol, and view him as a caring, intelligent and loyal man whose civic leadership was deeply respected.

I sincerely thank you for your time and consideration. Should you require further information, please feel free to contact me (M: 424-280-2506 | E: tleiweke@oakviewgroup.com).

Respectfully yours,

Tim Leiweke

259

 

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States vs. Lee Baca

March 19, 2016

Dear Judge Anderson,

The 2016 presidential Republican primary election and the birth of Black Lives
Matter in 2012 after Trayvon Martin's murder point to an alarming fact – that race
tensions in America are at an all-time high. According to a recent Rasmussen
Reports, 50% of Americans think that race relations are getting worse with hopes
for a better future also at their lowest level. Despite the fact that our first black
president has been in office for seven years, Martin Luther King's dream of equal
opportunity is still just that – a dream.

My family and I came to this great nation from China forty-six years ago to seek a
better life and, most of all, to enjoy freedom and equality. My parents lived through
the chaos of the Cultural Revolution. Scarred by the violent class struggles and the
public persecutions of millions from all walks of life, my parents have instilled in us
the important value of equal opportunity and social equality.

In 1995, I was elected to the city council in Walnut, California. That began my 17-
year career as the city's mayor and councilmember. As the first-ever Asian American
to win a municipal election in a predominantly Republican and conservative
suburban city, I had to contend with local "old-guard" voters who felt threatened.
My election to the Walnut City Council marked a turning point in my life. I learned
to use my position to empower others, especially the underprivileged, the
unconnected, and the disenfranchised. I became their voice on the city council.

Former Sheriff Lee Baca has been the compassionate voice of many in Los Angeles
County. I met Mr. Baca while I was on the council. Walnut is one of the forty-two
cities that contracts with the Los Angeles County Sheriff's Department (LASD) so our
professional paths crossed often during 1998-2012. In spite of his busy schedule,
Mr. Baca attended many of our council and community meetings in Walnut. He was
also a staunch supporter of candidates – many of them were of various ethnic
minorities - for political and judicial office.

Two words came to my mind when I think of Mr. Baca – compassion and kindness.
Like many, he came from a broken family. His mother, an illegal immigrant from
Mexico, was too poor to raise him. As a child, he grew up with his paternal
grandmother who also cared for a mentally ill relative in her house. His concern and

260

Exhibit E, Page 342

compassion for the poor and for the less fortunate grew out of his own humble beginnings.

During his tenure, Mr. Baca's actions defied the stereotype we usually associate with an officer of the law. He proposed to build a homeless shelter to the chagrin of the elected county supervisors. He believed that every human being deserved a second chance in life so he implemented an education-based incarceration program that taught inmates parenthood and anger management. He drew the ire of the conservatives when he advocated maintaining a strong tie with the Muslim communities after 9-11. He had promoted more women and minorities to leadership positions than any other sheriff in the department's 166-year old history.

To ensure that the sheriff's department - the largest in the U.S., - remained on the cutting edge, Mr. Baca supported the LASD University. Under this program, the department partners with many universities to offer affordable and flexible degree programs to participants. He holds a Ph.D. degree in public administration from the University of Southern California. His academic accomplishment and his commitment to continuing learning set example for other deputies to follow.

Perhaps, one of Mr. Baca's own philosophies in life can be applied to his current predicament. While in office, his approach to misconduct is more based on re-training and re-tooling wayward employees and less on disciplining them. Giving somebody a second chance in life was always the right thing to do. "Kindness is actually the greatest strength on Earth," said Mr. Baca in an interview. Criminals "deserve to be respected, not for the crimes they've committed, but for the humanity that they have."

America is the greatest nation on earth. To keep this country great, we need kinder and more compassionate people like Mr. Baca to champion the causes of the silent minority, the afflicted, the abused, and the downtrodden.

Poet Alexander Pope once said, "To err is human, to forgive, divine." I am writing to ask you to please not judge Mr. Baca solely based on his act of transgression but to consider his lifelong dedicated service to the men and women of LASD and to the eleven million residents of Los Angeles County.

Sincerely,

Joaquin Lim
600 N. Rosemead Blvd., Suite 123
Pasadena, CA 91107
Tel: 909-363-5168

261



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

March 18, 2016

Dear Judge Anderson,

My name is James Lin, Jr. I am the CEO of a radiology group in the Los Angeles area. I am 41 years old, married with 2 young children, and always striving to reach the proper work life balance while running a successful medical group. My contact information is below if you should want to reach me.

I have known Lee Baca for 4 years. I first met Lee at a hospital fund raising event and was immediately impressed with his approachability and kindness to a young radiologist. I did not communicate with him again for a couple years, but never forgot that I was able to talk with the "sheriff" about my business. I was fortunate enough to be his playing partner in a charity golf tournament for the Boys and Girls Club of San Gabriel Valley in 2015. At our second meeting, Lee continued to share his wisdom for leadership, management, and most importantly being a good person. We soon realized that we also lived in close proximity, and shared a common love for running.

It was at these morning runs that I began to know Lee, and learned about his true commitment to community and the betterment of humanity. Not a single running session goes by without me asking him about some issue or tribulation that I am having; seeking an answer from someone with more experience. Lee has been forthright and generous with helping me to develop my own leadership abilities, and my capacity to think in a global perspective.

I can remember some particularly germane bits of advice related to being a global citizen that Lee shared with me: (paraphrased from what I remember)

"Respect, respect for the diverse cultures, religions, and people of the world and putting yourself in their shoes will help you to understand their struggle. People always want to point fingers at others but the issues we face as people are more complex, more nuanced, and more human than we usually think...putting yourself in others shoes will answer many of the questions that plague our day to day simple, black and white, thinking. The answer is not always so easy."

"All people are similar. It doesn't matter what your race, culture, or religion. We all are much more similar than we are different. Don't forget to take this into account before laying down judgement."

262

Exhibit E, Page 344



I had a particular struggle with a doctor in my group who was difficult to deal with and who caused a lot of problems:

"You have to take care of trouble associates as soon as you determine they are going to be a problem. If you don't take care of them early on, they will continue to weigh down the organization."

Of course, there were many, many, more discussions that we have had during our runs, many of which only exist in my memory as principles and thoughts. My overall impression of Lee is that he is a great friend, mentor, and someone who I look up to and admire.

I have only positive things to say about Lee. He has helped me to develop on many levels as a leader, physician, and person. I know that he is a good, moral person from my interactions with him, and that he is a great value to society. I hope that this letter serves to highlight some of the good that Lee has done in our community.

Thank you for your attention.

Sincerely,

James Lin, Jr., M.D.
CEO, Focus Medical Imaging
Radiology Medical Director, Garfield Medical Center
Radiology Medical Director, Alhambra Hospital Medical Center
Radiology Medical Director, Greater El Monte Community Hospital

Focus Medical Imaging, Inc.
506 W. Valley Blvd.
Suite #300
San Gabriel, CA 91776

Cell Phone: 310-600-3430

263

Exhibit E, Page 345



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA

Re: United States v. Lee Baca

Dear Judge Anderson:
I am Matthew Lin, MD, an Orthopedic Surgeon. I have practiced medicine in this area for 36 years. I also served as a City Council Member in the City of San Marino, 2001-2009, and served as Mayor for 3 terms.

I know Mr Lee Baca for about 20 years, he and his wife Carol live down the street from my family, for the past 20 plus years, I drive by his house almost everyday and see him jogging by my house almost daily.

I often meet Mr. Baca at many community functions. He attended many July 4th parades. He supported the San Marino Chinese Club. He also engaged in many community services as a member of the San Marino Rotary Club and the City Club. He would provide public safety information and methods of crime prevention to the community leaders. Lee also spoke to San Marino High School students regarding careers, college, and life skills. He participated many educational functions in our schools. We love him very much.

Mr Lee Baca was not only a great Sheriff for Los Angeles County, he is also the inspiration of our community. He is a very kind gentleman with a warm heart.

I wish you can take his many years of community services and love from our community into your consideration.

Best wishes

Matthew Lin, MD
Vice Chairman
AHMC Healthcare Inc.
matthewlinmd@yahoo.com

264

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

     Re: United States v. Lee Baca

Dear Judge Anderson:

Hello, my name is Joshua Liyanage and I am currently a junior at New York University studying international relations and economics. I have known Lee for about two years, and believe he is a personable, humble mentor and a man of good character.

I first met Lee at dinner through Carol Baca, one of my mother's close friends, and was at first intimidated by him. After all, he was the former Sheriff of the entire Los Angeles County, and surely a man of that stature would not give me the time of the day. However, within minutes, I knew that was an erroneous assumption as he was extremely friendly and took an interest to get to know me. Throughout the dinner, he talked to me about my interests, my career aspirations, and gave me a little background of what he does after I asked. He even recommended me a few good films to watch after I told him I enjoyed foreign film.

I really enjoyed Lee's company and would meet with him for family dinners and just casual conversations every time I went back to Los Angeles for breaks. After a few times of meeting with him, I can with full confidence say he is a man who really cared about my welfare even though I was just a college student who did not have anything to offer him. He could have easily just maintained minimal, polite conversation with me, but he did not; Lee would delve deep in conversation with me covering a wide range of topics and even provide me with life advice that I cherish to this day.

I remember one time I asked him what he would say is the most important advice he would have for a college student such as myself to become successful in the world to which he replied "you can't be competing with others, you have to compete with yourself and hold yourself to a higher standard." This piece of advice particularly resonated with me as he went on to clarify that comparing myself with others in some cases can put me in a bad position to not only harm others, but myself. Instead, I need to focus on being the best version of myself and develop myself in a positive way. This is an outlook I have maintained to this way and guides me in my daily life.

Lee is a man who at first surprised me with how personable he was, but left me with an impression of him as a man full of kindness and a pure heart. I do not know much about the details surrounding his court case, but I can confidently say that Lee, through his kindness and knowledge, has helped me become a better person.

Best Regards,

Josh Liyanage

265

 

Case 2:16-cr-00066-PA   Document 39   Filed 06/20/16   Page 74 of 80   Page ID #:433

 

23105 Kashiwa Court, Torrance, CA 90505
(800) 579.4875 / (310) 534.1505
(310) 534.1424
www.ledtronics.com

April 12th, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Pervaiz Lodhie. I am a Pakistan American and have been in Los Angeles for the last 49 years. I am the founder and President of LEDtronics of Torrance CA since 1983 and consider myself as global pioneer of LED lighting and responsible for creating the foundation of the entire LED industry.

I know ex-Sheriff Lee Baca for more than 15 years. Soon after 9/11 the State department Los Angeles formed the Muslim advisory group MCAC. Congresswoman Jane Harman recommended my name to be part of this important group. I have remained part of MCAC. Around the same time ex-Sheriff Lee Baca also formed a similar Muslim advisory group and I became member of this group also. Lee Baca has been one of the best friends ever of the professional Pakistani and Muslim community of Los Angeles. I always found him to be a great humanitarian and always willing to understand and work for the betterment of our community and the country.

I will always hold him in the highest esteem and respect from me and would vouch for his honesty and friendship towards my friends, my community and myself. I am available any time for any questions. My cell is 310-292 9545

Regards,

Pervaiz Lodhie
Founder / President



Creating the Future of LED Light Since 1983



266

Exhibit E, Page 348

Case 2:16-cr-00066-PA    Document 39    Filed 06/20/16    Page 75 of 80    Page ID #:434

Sheriff Leroy Baca,                                                    January 23, 2014

Sir, my name is Carlos David Lopez. I am one of your East Los Angeles Explorers. It saddens me to find out that you decided to step down after the dedicated service you gave to Los Angeles County and its people.

To me you are more than just another highly decorated individual. You are a leader, and as a leader you always had the best interest for your people in mind, especially the military personnel who selflessly dedicated their life to the safety of this great nation. As other employers put them down or rejected them you gave them the opportunity to prove themselves worthy of being a Deputy Sheriff, you made them feel accepted and worthy by prioritizing and encouraging them to be the best.

I know you were a Marine, I bet you didn't know this; the explorer that is typing this short letter is also a Marine. I'm Lance Corporal Lopez, Carlos D. (USMCR), I'm an infantryman (0341) and I joined straight after high school. I am currently a college student at East Los Angeles College and still an explorer for East Los Angeles Sheriff Station striving to one day to become a Marine Officer. Sir, you have done so much for your Country, but what you did for me as an individual was inspire me to go far and make it to the top. I look at you in amazement, because not only were you a Marine, you were a reservist, and as a reservist that tells me that I have a chance as well. Active duty, reserves, explorers, you inspired us all.

I remember the first time I met you, I was a freshman in high school and it was my explorer graduation. When I got word that you were going to inspect us I honestly did everything I could to try and impress you, because you are what I dreamt of being, a Marine, and a leader in the LASD. I thank you for everything you've done for the explorer program; you've exposed us all to nothing but positive and amazing things such as ride-a-longs, firearms, cool things that a kid from the ghetto never expected to see at that age. From One Marine to another I thank you for all your service.

Honorably submitted by,

L.Cpl. Carlos David Lopez, USMCR

267

**Speech Introduction:**

Each member of our Explorer post has identified a program which you have established during your time as Sheriff.   We would like to acknowledge a few of those accomplishments:

Sheriff Baca leads the largest Sheriff's Department in the United States and is the leader of nearly 18,000 professional yet still managed to start many programs related to law enforcement.

**Educational Base Incarceration**

The Education Based Incarceration Bureau is charged with the Sheriff's mission to help people realize their human potential by creating a setting that offers educational opportunities, health benefits, and spiritual growth.  By ensuring a more productive and beneficial environment, coping skills and a more positive view of life will increase and negative results will decrease.

The Education Based Incarceration Unit strives to build collaborative relationships with Sheriff's Department staff, service providers, volunteers and the inmates entrusted to our care to create an environment that offers human growth potential for everyone.

**Correctional Services Division**

The Correctional Services Division is composed of several vital inmate support programs to ameliorate the lives of inmates and address rehabilitative opportunities, such as: Transportation Bureau, Medical Services Bureau, Inmate Reception Center, Food Services Unit, Correctional Innovative Technologies Unit, Offender Services Bureau, and Jail Mental Health Services.  Under the Leadership of Sheriff Lee Baca, the Los Angeles Sheriff's Department has been highly successful in improving the lives of inmates through the Correctional Services Division.

**Custody Division**

The Los Angeles County Sheriff's Department has one of the largest jail systems in the United States.  The Department's Custody Division has many opportunities.

**Court Service Division**

The Court Services mission is to provide professional security and support services to the Trial Courts of Los Angeles County.  They work with the Trial Courts, the communities within them, and dealing in constitutional rights, enforcement of laws, preservation of the peace, and the creation of a safe and secure environment for all.

Exhibit E, Page 350

The Court Service Division has helped support many people during their loved ones trials.

## The Executive Office

The Executive Office is responsible for the breakthroughs of the technology exploration project. The office was also responsible for (TRAP) and (S.A.F.E). They were also involved with the shot spotter gunfire location system.

## Detectives Division

Sheriff Leroy D. Baca promoted Willie J. Miller to the rank of Chief who oversaw the operations of the Detective Division. The purpose of the Detective Division is to strengthen its detectives into more effective detectives who solve crime and bring justice to victims.

## Court Release Program

The Court Release Program was created in response to a federal court mandate that all inmates who are ordered released from custody by the Superior Court be released immediately. The program created a comprehensive process to identify inmates who qualified for release. They established the criteria for the release of those inmates who qualified in conjunction with the courts.

## Administrative Services Division

Administrative Services Division is responsible for the Department's financial matters, warehousing, fiscal operations, human resource management, construction projects, and facilities maintenance. The Division also provides administrative support services to the Department Executives.

## Office of Homeland Security

Sheriff Baca commands the largest Sheriff's Department in the United States. The Sheriff's Department is the law enforcement services provider to 42 incorporated cities, 130 unincorporated communities, 10 community colleges and over one million daily commuters of the metropolitan transportation authority and metro link.

## Field Operations Regions I

The Sheriff's Department oversees eight sheriff stations, which covers a lot of territory and some of it has wide open lands like that of the Mojave Desert and population growth like Santa Clarita. Some of these stations cover mountains around the pacific beaches in Malibu. There are a lot of attractions and it is great and diverse place to work at.

269

Exhibit E, Page 351

### Field Operations Regions II

The Los Angeles County Sheriff's Department were responsible for providing basic police services. They patrolled certain cities like West Hollywood, South Los Angeles, and Marina Del Rey.

### Field Operations Regions III

Sheriff Leroy D. Baca wanted to protect the unincorporated county areas; He did so by promoting Chief Thomas P. Angel to take over field operations region 3. Chief Thomas P. Angel was in charge of seven sheriff's stations and 15 contract cities.

### Leadership and Training Division

The leadership and training division is of Risk Management Bureau, Employee Support Services Bureau, Bureau of Labor Relations and Compliance, STAR Unit, Training Bureau, Commander and Chief. The division looks at internal administrative and criminal investigations of employees and gathers information to continually update the Manual of Policies and Procedures. This is a way to keep policies in check and maintain order

### DNA Program

Lee Baca helped in establishing the DNA Backlog Program which offered an opportunity for states and units of local government with crime laboratories conducting DNA analysis to handle, screen, and analyze backlogged forensic DNA casework. This project led to crucial improvements on preventing future DNA backlogs and helping the criminal justice system with better DNA technology.

270

Exhibit E, Page 352

**Speech Conclusion**

We the post, 1097, would like to say thank you for all you have accomplished in your tenure as Sheriff.

Danielle Ortega

Alexis Castaneda

Edgar Barroso

Edwardo Pluma

Saldivador Felix

Raul Becerra

Brandon Pimienta

Crystal Panduro

Ruth Camberos

Carlos Lopez

Simon Vargas

Anthony Palacios

Kevin Ramirez

Hector Bautista

Jimena Ruiz

Hilda Ruiz

Alex Rosas

Jetzabel Gomez

Luis Reynoso

Eric Lopez

Luis Alanis

271

Exhibit E, Page 353




April 8, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

By way of introduction, my name is Robert H. Lorsch, a Los Angeles based businessman and philanthropist. I have known Lee Baca since 1999, shortly after he became the Sheriff of Los Angeles County. As a long-time supporter of the Los Angeles police and fire departments and their charitable endeavors, it was only natural that I would be introduced to then Sheriff Baca. Although I have known many senior law enforcement officials, I quickly learned how Sheriff Baca went out of his way to support the community he served and the department he loved.

When asked to write this letter, I spent hours thinking about what I could say that communicated what others may not have yet expressed. Simply put, Lee Baca treated everyone, regardless of who they were or the money they had, as if they were the most important person in his life at that time. I have seen him drive hours to talk with individuals about personal problems that might have been dealt with in a therapist's office and not in a meeting with the Sheriff of Los Angeles County. Yet that is the kind of person Lee Baca is, whenever anyone was in need, personally, professionally or philanthropically, Lee Baca, the man, always did his best to be there.

His care and concern extended to everyone in the County or any community internationally where he could make a difference. Lee Baca never was too busy to take a call from the thousands of people who carried his business cards or support the hundreds of organizations that reached out to him for his personal support by showing up when others would not.

Running one of the largest law enforcement agencies in the United States must have had many challenges. Spending every day taking care of millions of people while supporting tens of thousands of employees and family members perhaps caused the Sheriff to miss certain events that I am sure he would have otherwise handled differently.

I ask the Court to consider all the positive acts Lee Baca accomplished on behalf of our community and the individuals who reside here. I hope the Court in its mercy will weigh his admitted guilt against the contributions and the good that he has spent his life doing for the citizens of Los Angeles. I can be reached at any time by email rhl@rhlgroup.com or at 310-887-0668.

Sincerely,

Robert H. Lorsch
Chief Executive Officer, The RHL Group, Inc.

Enclosure: Robert H. Lorsch biography

The RHL Group, Inc. • 4401 Wilshire Blvd., 2nd Floor • Los Angeles, CA 90010 • Tel. 310-887-0663 • www.rhlgroup.com

272

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:


Dear Honorable judge,


I take this opportunity with pride to write a letter in support of Sheriff Lee Baca
who I have known for almost a decade.
I have known Mr. Baca in personal and community capacity. I was the president of
Pakistani American sheriff advisory committee for several years while he was
sheriff of LA County.


I worked with him very closely about the Pakistani community, South Asian
community and Muslim community issues and well being.
I always found him very compassionate, dedicated, helpful and willing to listen
and solve the issues of all these minority problems.


In my opinion he played a great role as all inclusive Sheriff and tried his best to
protect all in the times which have evolved quite a bit in last 15 years.
It's my humble request and appeal that you look in to his case with total
compassion and sympathetic direction and try to spare him or minimize any
repercussions.


Yours Truly,

Asif Mahmood, M.D.
medspaforeveryoung@gmail.com


273

Exhibit E, Page 355

*Frank G. Mancuso*

March 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

RE:  United States vs. Baca

Dear Judge Anderson:

My name is Frank Mancuso and I have been married to my wife, Fay, for 59 years.  We have two children and six grandchildren. I spent my entire 50 year career in the entertainment and communications industry starting as an usher in a motion picture theater in my native Buffalo, New York and culminating with being Chairman and CEO of two studios, Paramount Pictures and later Metro-Goldwyn-Mayer Studio.  I am now retired.  I have been fortunate to have lived the American Dream and have tried to give back to an industry and a community that has been so good to me and my family.  I have been Chairman of the Board of the Motion Picture and Television Fund, the entertainment industry charity, Chairman of the Board of The Geffen Playhouse and a member of the Chairman's Executive Advisory Group of Cedars Medical Center.

I am writing you in regards to my friend Lee Baca.  I first was introduced to Sheriff Baca by a mutual friend, Rocco Diina, the former Commissioner of Police in Buffalo, New York.  That first dinner that we shared made me want to continue my relationship with Sheriff Baca as I found something special about him as a man and a caring human being.  That was about ten years ago and we have developed a close and personal friendship since then.  We have shared many dinners, birthdays, holiday parties and even a not so great golf game.

I have spent a career dealing with all kinds of personalities from the many executives and employees that worked for me at Paramount and MGM worldwide to the multitude of creative talent that worked on the films and TV shows produced by my studios while I was CEO. Through this experience I believe that I have developed a keen sense and awareness of individual personalities and character.  I have found Lee Baca to be a trusted friend who has been loyal, caring, thoughtful, compassionate and always considerate, a gentleman of exceptional quality.

About three years ago, I started what I have called "The Boys' Lunch," it is seven friends getting together once a month to share an afternoon with lunch, a few laughs and a lot of great stories. The "Boys," the seven members, consist of myself, Lee Iacocca, former Chairman of Chrysler, Bert Boeckmann, Chairman of Galpin Motors, Tony Zehenni, a Southern California developer, Frank Visco, an insurance executive and former Chairman of the Republican Party of California, Ray Anthony, a former band leader and Lee Baca.  It is a group of individuals who share a comradery, a mutual respect, achievement in their chosen field of work and a gratitude to this great country that has afforded them the opportunity to do live the life they do.

*377 South Mapleton Drive · Holmby Hills, California 90024*

274

Exhibit E, Page 356

Page Two
March 1, 2016
Honorable Percy Anderson

What they also share in common is a sense of responsibility to their community through their charitable endeavors. Lee Baca and his life's achievements in all phases, his career, community activism, charitable endeavors and loyalty to his friends and family is at the heart of what this group represents.

I have an assistant that has worked with me for 23 years. She has a grandson that joined the LA County Sheriff's Explorer Program in 2005 and graduated in 2007. At the graduation then Sheriff Baca mingled with the cadets, congratulating them and offering words of advice and encouragement. This young man remembers Sheriff Baca as being approachable, sincere and genuine. He made such a lasting impression on this young man, and I'm sure many others, and gave him the desire to pursue the path to become a Sheriff. In 2014 he became a LA County Sheriff Deputy.

I am hopeful that all of the many exceptional accomplishments for our community that Lee Baca achieved while at the helm of the LA County Sheriff Department will be fully and thoroughly brought to light during the sentencing process.

My respect and admiration for Lee Baca has not changed. I know what it means to be responsible for a company or organization with a large number of employees when you can almost guarantee that something can go wrong on a daily basis, it's your responsibility, it comes with the job, but it is never easy to oversee it all.

I am available if you have any questions or if I can be helpful to my friend Lee Baca in any way. My office telephone number is 310-385-9349.

Sincerely,

Frank G. Mancuso

275

Exhibit E, Page 357



**Council on American-Islamic Relations**
2180 W. Crescent Ave. Suite F.  Anaheim, California 92801
Tel 714.776.1847  Fax 714.776.8340  socal@cair.com

June 16, 2016

To The Sentencing Judge, and Whom It May Concern:

I write this letter in support of Mr. Leroy Baca, with hopes that it will be considered by the bench in sentencing him.

Mr. Leroy Baca's tenure as the Los Angeles County Sheriff had a positive impact beyond the county, and in some cases, beyond the state of California.

I recall I was a young law student in Toledo, Ohio when I first learned of former Sheriff Baca. During a congressional hearing on radicalization in the Muslim community, one of the most reprehensible hearings ever held which only served to heighten unfounded suspicion on millions of patriotic and productive Muslim Americans, Mr. Baca was invited to testify. When his close relationships with the Muslim community were cited in an effort to discredit him, Mr. Baca reaffirmed his commitment to inclusivity, and shunned divisive rhetoric. When it would have been politically expedient to give in the false narrative, Mr. Baca abided by his principles with no hesitation, and articulated his plan to continue building relationships with all communities of the diverse county he served.

This act of his made him a hero to all minority groups, not only in Los Angeles County, but rather across the nation. This act of his influence me in part to make Los Angeles my home.

In addition to defending the Muslim community from Islamophobia, in his capacity as Sheriff, Mr. Baca acted proactively when he convened Muslim leaders immediately after the tragedy and carnage of September 11th attack. He shared his fear of misplaced anger and backlash attacks against Mosques and Muslims. Such was his commitment to public safety and community.

It is my sincerest hope that the court will consider Sheriff Baca's stellar record as a public servant, and also his work to improve the culture and human relations within the county.

Sincerely,



**Haroon Manjlai, J.D.**
*Public Affairs Manager*
Council on American-Islamic Relations
*Greater-Los Angeles Area Chapter*

276



March 25, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

You are about to make a determination that will have a significant impact on an individual who has loyally and faithfully served this country, the people of Los Angeles County and defended the Constitution of this great nation for over 50 years.

I first met Lee Baca in 1978 when he was a Lieutenant in charge of the Marina Del Rey Sub-Station for the Los Angeles County Sheriff's Department (LASD). I was handling the revamping of the security program at the Marina City Club. The Marina City Club complex and its adjoining Yacht Club had a number of celebrities, high wealth individuals and a Saudi Arabian Sheik residing in its condominium complex and utilizing its marina. The high profile of the Club and its residents attracted a broad range of diverse interests, all the way from former Presidents to hardened criminals. Lee Baca was always available to provide advice and assistance as necessary to deal with the always present threats. We knew we could count on Lee and the deputies assigned to his Sub-Station to be there when we needed them and to approach things in a balanced and thoughtful manner.

Both Sheriff Peter Pitchess and his successor Sheriff Sherman Block were friends of mine and we occasionally spoke of Lee Baca and his rising career in the Los Angeles County Sheriff's Department. Lee was highly respected by both Sheriffs' Pitchess and Block for his intellect, leadership, insights and his ability to bring diverse groups together. I shared their views, but also know him as a warm, caring and spiritual person who was committed to serving and protecting the people of Los Angeles County for nearly 50 years. But, Lee is also one who is a very compassionate person that has the innate ability to show people how they could improve their lot in life and the communities in which they live. Lee served on many boards and supported many outreach programs such as Homeboy Industries, which shows at risk Latino youths and former gang members an alternative to a life of crime and street violence. Lee also was the first leader of a major law enforcement agency that reached out to the local Muslim community in the aftermath of 9/11 and built a trusting relationship which lead to a mutual respect and cooperation that has been heralded across the country.

Lee Baca is also one of the most visionary law enforcement executives in the world. He not only made LASD one of the best and most highly regarded law enforcement agencies in the country, but he also invested in his people to make them the best that they could be. Lee further transformed LASD into one of the most technologically advanced law enforcement agencies in the world.

Lee also made sure that his department was engaged with and participated in a broad range of federal task forces and other cooperative ventures with Local, State, Federal and International Law Enforcement Agencies. He knew that cooperation between law enforcement agencies at the federal,

944 Maple Avenue West, Suite #232,
Vienna, VA 21180

277



state, tribal, territorial and local levels was a key element to safeguarding not only the citizens of Los Angeles County, but also the rest of America. Lee studied terrorism, transnational organized crime, nation-state sponsored economic espionage and rouge individuals with nefarious agendas, as he knew that they created risks that no single law enforcement agency could surmount on their own.

Lee didn't stop with simply transforming LASD and its relationships with America's Federal Agencies. He saw that diplomacy created a unique opportunity for an organization like LASD to do its part to protect the very unique industries that fueled the economy of Los Angeles County and provide solutions to issues affecting its citizenry.   Lee launched an initiative to build relationships with major law enforcement agencies around the world. Lee's efforts brought together law enforcement leaders from across the country and around the world. He hosted law enforcement summits in this country and helped to arrange summits with hosts in other countries around the globe. If an issue arose involving a citizen or business residing in Los Angeles County that was either initiated from overseas or was tied to a citizen of another country, Lee utilized his relationships around the globe with foreign law enforcement agencies to gain their assistance in resolving the issue at hand.

Your Honor, you and you alone have the ability to take into account all of the truly good, honorable and noble accomplishments of Lee Baca.  I did a Google search of Lee Baca before writing this letter and his on-line profile now begins out with the words Convicted Felon before it starts to list his nearly 50 years of contributions as a public servant and his role as a visionary law enforcement leader.  Please have mercy on a God fearing sole who during his lifetime of public service has done so much for the people of Los Angeles County, (especially the down trodden and minority communities with whom he built an incredible bond of trust), as well as his tireless efforts to enhance the quality of law enforcement professionalism and cooperation around the world.

Sincerely,

Lynn Mattice
President & Founder

3-4 Maple Avenue West, Suite #233,
Vienna, VA 22180

278

Exhibit E, Page 360

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

    Re: United States v. Lee Baca

Dear Judge Anderson

My name is John March I am a consultant in the Theme Park industry, and was formerly an engineer for NASA working at the Jet Propulsion Laboratories. I also helped Lee as Director of Operations for the Sheriffs Youth Foundation for just under 2 years. I lived in Los Angeles County from 1945 till 2015. My son was a Deputy for Los Angeles County and was killed in the line of duty in 2002.

I got to know Lee Baca the day my son was killed on the streets of Irwindale. Lee was at the hospital and spent hours talking with us and some times just sitting and being with us. Lee showed his caring nature when he gave us his Cell number, office number, and home number so that we could get in touch with him any time we needed him. At some of my wife's lowest moments it seemed Lee would sense it and give us a call, some times those calls would last an hour in the busiest time of his day. I can say without a doubt, if not for God's help manifested through Lee's personal touch I don't know if we would have survived Dave's Death. Dave's death had been proceeded by the death of another son Eric, Barbara's mother a sudden heart attack, her father's death by suicide, then her brother's death by suicide, and finally the death of my mother all in the course of 9 years. I thank God for Lee every day and how he showed such caring for us while somehow managing 18,000 employees of the LA County Sheriff's Department is astounding to me.

I can't imagine a world where a man like that would serve even a minute of time incarcerated. I ask you to take an all inclusive look at the man, including over 45 years of service to Los Angeles County and thousands of young lives touched, for the good, through his youth foundation.

I beg you to show leniency on my wonderful friend Lee Baca.

John March
PO Box 671, Twin Peaks, California, 92391
Cell 805 3414144
email jwmandco@aol.com

279

Exhibit E, Page 361

**Stephanie Mardesich
201 ½ S. Bandini Street
San Pedro, California 90731
Telephone: (310) 519-0756**

June 10, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

    Our family has been in San Pedro for 100 years, and in all modesty has high repute in the community. We have owned property in the La Rambla unincorporated area of San Pedro (aka "county island") since c. 1923. Consequently we have been under the jurisdiction and protection of the Los Angeles County Sheriff Department for our property and tenants.

    We have had a friendly and observant relationship with the deputies of the nearby Lomita Station and appreciate the service of these fine and courageous men and women who risk their lives to protect constituents.

    The leadership of the department under (former) Sheriff Lee Baca was always praised by local deputies and we admired his courage and conviction with regard to policy and implementation during his years in office. His educational background and being a man of strong family values are highly commendable.

    We would ask that the court look at the lifetime accomplishments of Lee Baca, his dedication and service to community and the people of the County of Los Angeles, and offer leniency; and that any judgment be in his favor.

Sincerely yours,

Stephanie Mardesich

280

# Angelo M. Mazzone III
### (310) 451-8004

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter in support of Lee Baca.

My background is as follows:

I came to Los Angeles from Chicago, Illinois in 1968 to go to college at UCLA. Upon my graduation in 1972 I became an Assistant Director of Athletics. I also continued my education as a fellow classmate at the UCLA School of Law, receiving my Doctor of Juris Prudence in 1975. I remained in the UCLA Athletics Department as Associate Director of Athletics until 1982. Since that time I have ventured into several different businesses: Oil and Gas drilling, Childcare Center Development, Self-Storage facility developments, Multi-family Residential acquisitions, created a Property Management Company, and Co-founded Primesport Inc, a ticket and hospitality Company.

I was happy when I learned that a fellow classmate was nominated to the United States District Court by President George W. Bush. I have been a friend of the Bush family for many years and actually was quite involved with Jeb's run for the Presidency.

I have been active in many community and Church organizations and several philanthropic endeavors. I have served on the Parker Foundation Board of Directors for 20 years.

# Angelo M. Mazzone III
### (310) 451-8004

I have known Lee Baca for at least 20 years. I have known him to be of the highest integrity, honesty and absolute dedication to his work with the community and his office.

He has – throughout his entire life – sought and worked extremely hard and diligently to acquire the level of knowledge and academic achievement in order to carry out his responsibilities and improve the areas in which he pursued and served. He ultimately received his Doctorate of Public Administration in 1993 from one of our great universities right here in Los Angeles: USC.

I know personally his dedication to the Los Angeles Sheriff's Department, its employees and prison population. I believe he treated all these individuals equally with the same care, concern, and human dignity. I had numerous discussions with him regarding the department and its prison population and always left with a great admiration for his genuine concern and empathy for those he served. Mr. Baca has been an innovator in education, vocation and rehabilitation programs in the penal system which have been replicated in many other correctional facilities. He had a true and sincere desire to raise the level of care and safety for not only the citizens of the community he served, but also for all of the people of our nation as witnessed by his dedication and work involved with homeland security.

In this day and age all seems to be upside down where our guardians are the villains and the villains viewed as society's victims, where society's protectors must be proven innocent and criminals proven guilty. It is a wonder why anyone would want to serve our community in law enforcement yet Mr. Baca continued to serve and protect. I state these things not to condone but to help and understand while evaluating and passing judgement on those who serve us.

Based on Mr. Baca's almost 50 years of serving our community at the highest level of honor and commitment, I would hope that your Honor would take all of his service, commitment, recognition of honors deserved and awarded, and the safety he brought to all of us Angelenos into consideration when imposing sentencing. I would argue that his impressive career, concern for his department and community, does in fact deserve and should be considered and count for time to be served.

I can be reached at (310) 451-8004 should you wish to contact me.

Submitted with humility and gratitude.

*Angelo M Mazzone*

Angelo M. Mazzone III, J.D.
Board Member Parker Foundation

101 South Cliffwood Avenue
Los Angeles, California 90049-3821

Exhibit E, Page 364

Honorable Percy Anderson

United States Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson,

It is my honor to write a letter in support of Sheriff Baca. I was very sorry to hear about this case.

After hearing about his admittance to having lied to federal prosecutors, I was very sorry about his mistake in this important matter and moved by his willingness to be honest about it.

Sheriff Baca is the WRONG PERSON to implicate in condoning the wrongful treatment of inmates. When I heard of this case immediately came to my mind his passion and efforts to bring education and life skills to inmates so they enter society as better people instead of becoming a greater burden and threat to society and themselves.

I have heard Sheriff Baca as a speaker at public events over the last 7 or 8 years. Over the last 4 years I have met him and his wife Carol personally at interfaith gatherings and dinners at a friend's house. He and Carol spend a great deal of their personal time for events and causes benefitting other people.

NEVER have I heard him speak with spite or disrespect of anyone no matter who they are or whatever their opinion. He is a gracious human being.

I heard Sheriff Baca share his life story several times with young people to encourage their success despite hardships and abuse as he experienced himself growing up.

When our family was living in the City of Downey my son was participating in Service for Youth. The Sheriff took the time to say hello and take a picture with them and encourage their efforts. One of their projects was weeding the garden at Markham Middle School in South Central.

Sheriff Baca is an honorable person that has lived his life with integrity and great effort. Very few people, public officials or anyone else for that matter are without fault and make bad judgement calls at one time or another, especially people that deal with a lot of pressure in their public office like the Sheriff.

We live in a world with so much discord. A harsh sentence will create much damage to the efforts of Sheriff Baca to encourage good will between different religions and cultures. His many years of service do don't merit a harsh sentence and jail but rather mercy, which will allow him to continue his efforts for the public good.

Thank you for your consideration in this important matter,

Katrin McCarthy    *Katrin McCarthy*    March–25–2016

Facilites Co-Ordinator

Family Federation FFWP, 950 Holly Vista Drive, Pasadena, Ca 91105

283

Exhibit E, Page 365

## Keith & Katrin McCarthy & Family

March 25, 2016

Honorable Judge Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I first became aware of Lee Baca in 1998 when he ran for Los Angeles County Sheriff, following Sheriff Sherman Block. I hadn't met or known Lee at the time, but I remember that he brought a new level of energy, enthusiasm and technology to law enforcement in Los Angeles County.

In 1996, I was elected to the City Council in Downey, California; where I served for eight years, and was very active in regional affairs (Southern California Association of Governments, Gateway Cities, and so on). Eighteen months of that I served as Mayor. Although the City of Downey has its own police force, I was well aware of the support and interaction of the Downey Police Department with Los Angeles County Sheriff's Department.

During the course of time, I became acquainted with Sheriff Baca's efforts in community service. In Downey, Bob Feliciano organized the "Amazing Day Foundation's Walk/Run For Life", following the suicide of his son, Sean. Lee was among the first there to support the event. I know that Lee is avid runner (although I am not); and continues to participate in various non-profit running events.

At the same time, I participated in the Annual Interfaith Prayer Breakfast that was organized by Sheriff Baca, usually held at Los Angeles Community College; over several years. Those were memorable because they brought together people from all different walks of life to share food and fellowship together. To this day I interact with some of the people I'd met at those events.

Sheriff Baca's commitment to community service, as well as his role in law enforcement, have always impressed me. In the past several years, our paths crossed at an annual National Parents' Day event held at Pasadena City Hall in July of 2014.

Recently, I met former Sheriff Baca at several interfaith/intercultural events conducted by the Universal Peace Federation. My observation is that he treats every person, no matter what their stature may be, with kindness and respect.

I have great respect for Lee Baca's principles and goals. I admire his public service. I respectfully ask that you consider being lenient in any sentencing related to his recent "guilty" plea. Thank you so much for your public service and your consideration.

Respectfully,

Keith McCarthy
Past Mayor and Councilmember, City of Downey



### THE PACIFIC INSTITUTE COMMUNITY

An Affiliate of The Pacific Institute, Inc.

February 23, 2016

Your Honor,

I have known Leroy Baca, the former Sheriff of Los Angeles County since 2003. It was during that year that then-University of Southern California football coach, Pete Carroll, asked my Godfather and the Founder of The Pacific Institute, Lou Tice, to help him (Pete) stop kids from killing kids within the gangs of Los Angeles. This was a huge undertaking that would need assistance and commitment from a wide variety of constituencies, who truly believed that change was possible in what some saw as an impossible situation with no solutions.

The education of The Pacific Institute is designed to help people change the way they think and act in order to achieve goals and improve their lives. As Vice President of Design and Implementation at the time for The Pacific Institute, I was asked to choreograph our donation of time, education and money to the people of Los Angeles through an initiative we entitled "A Better LA." One of the first people and most enduring to join the initiative was Sheriff Leroy Baca. Lee's involvement produced a ripple effect of Deputies and Officers from Los Angeles and other municipalities to join the cause, as well. By 2007, the education of The Pacific Institute was being used by Mayor Antonio Villaraigosa's "Summer Night Lights" project to bring peace to Los Angeles City Parks during the summer months. Lee's steadfast commitment to A Better LA, directly and indirectly, has been responsible for the improvement of lives, reduction in homicides and a decline in criminal activities amongst LA County's youth.

I do not profess to understand the circumstances surrounding Lee's appearance in your courtroom, but I have had the opportunity to break bread with and witness Lee's behavior both publicly and privately. In my experience, he has always been a kind man, one of discipline and integrity. Even while the media was incessantly covering negative happenings in the jails, the Sheriff's Educational Based Incarceration (EBI) program was absolutely helping inmates put their lives on constructive paths. Former inmate Cameron Saul, now a successful Drug and Rehabilitation Counselor and a testimony to the good going on in the jails, was trained as an inmate to facilitate The Pacific Institute's curriculum. He personally delivered our education to over 4000 inmates through EBI.

In my experience working with Lee Baca, his care and regard extended way beyond his deputies, to the people in his custody and to the community he swore to serve. I thank you, your Honor, for adding my experience with Lee into your considerations.

Sincerely,

John McNeil, Founder & CEO
The Pacific Institute Community

P.O. Box 46329 • Seattle, Washington 98146 • Cell: 206-291-7973

285

Exhibit E, Page 367

  

ST. PETER ARMENIAN APOSTOLIC CHURCH & YOUTH CENTRE & TALINE PRESCHOOL
AFFILIATE OF THE WESTERN DIOCESE OF THE ARMENIAN CHURCH OF NORTH AMERICA & HOMELAND

To Whom It May Concern:

Hello, I am Onnik Mehrabian former owner of Glendale Kia, Glendale Hyundai and currently President and CEO of CA Auto Mart Group, Inc. which is my holding company for my various investments. I have been very fortunate and with my blessings in life, I have strived to give back to the community by building and donating a community Church and various cultural centers. I was seeking assistance from local public safety and policing agencies when Sheriff Lee Baca stepped in to be the first to offer support.

Throughout my philanthropic endeavors, I had the pleasure of befriending Sheriff Lee Baca and during the many years of our relationship, Sheriff Baca influenced me into opening a preschool and cultural center. By working hand and hand with the Sheriff's Dept. we were able to open The Taline Mehrabian Preschool and Youth Ministries located on 632 West Stocker Street in Glendale, California. The center provides an atmosphere where children from underprivileged families of all races in our community could come together in a safe and secured location. He shaped the opening of St. Peter Armenian Apostolic Church, which was a donation from its inception to the Armenian Western Diocese Church. Along with that, I decided to give back to my community by founding the Armenian American Congregation Center; which holds daily gatherings and events for children in the community and helps promote the civic values and morals that all American citizens must have.

When we needed words of encouragement for those who we're having family problems or may have been heading the wrong direction in life, Sheriff Baca always made himself personally available for the youth in the City of Glendale and was a great supporter of our youth and cultural centers.

Sheriff Baca applauded the hard work of the Armenian-American community suggesting they are the strongest, most vocal and most organized advocates of the Armenian Cause. He dedicated his time and position as Sheriff unselfishly towards the development of all communities and was a great and honorable public servant for all the people in the County of Los Angeles.

As a representative of the entire Armenian community, I would like to send my greatest recommendations and gratitude for this man name Lee Baca who was the Sheriff of Los Angeles County. Lee Baca is very important to our community and now it is time for our community to stand up for him as he has been a great positive and hands on influence for many.

Our community forgives any transgressions by this humble civil servant for the past 51 years without prejudice and is asking for your consideration of leniency as we look forward to welcoming Lee Baca back to our community with open arms.

Thank you,                                    4/13/16

Onnik Mehrabian
2244 N San Fernando Road
Los Angeles, CA 90065
1-323-997-1111
onnikm@cars911.com

286

Exhibit E, Page 368

### *The Paratus Group*
*Bernard K. Melekian, DPPD*
*60 La Vista Grande*
*Santa Barbara, CA 93103*

Dear Judge,

As a way of introduction, I have served in law enforcement for over 43 years. I was with the Santa Monica Police Department for 23 years, served as the police chief for the city of Pasadena for 13 years and was the Director of the Office of Community Oriented Policing Services, US Department of Justice for four years. Since leaving DOJ, I served as a law enforcement consultant for various cities throughout the United States. Additionally, I retired from the US Coast Guard Reserve after 25 years, including two tours of active duty.

I write all this to convey my commitment to the honor of service and the rule of law. Therefore, it is not my pleasure, if that is the appropriate word, to write asking for leniency in the sentencing pf former LA County Sheriff Lee Baca. Rather I view it as a moral obligation in support of someone who has been an advisor, a colleague and a friend for nearly 40 years.

You undoubtedly have read Sheriff Baca's professional resume' so I will not attempt to recite it to you. Rather I would like to convey what may not be present in that document, namely the essence of a man committed to public service and one who recognized that within each law enforcement officer lay an opportunity to make a difference in the lives of everyone they came into contact with. Lee Baca taught several generations of officers this lesson.

Lee Baca was absolutely committed to making a difference in the lives of young people everywhere, including young law enforcement officers. I watched him attend the graduation of a small neighborhood non-profit in Altadena/Pasadena on a Sunday afternoon where only a handful of graduates were on hand. There was no media coverage, no advance publicity and no effort on the part of the highly efficient Sheriff's media to get out this message. Rather there was the Sheriff of Los Angeles County shaking hands with some kids from rough backgrounds and telling them that he was proud of them.

I have watched this scenario play out in venues big and small over the years. I have been with the Sheriff at International Conferences and in small church auditoriums all over Los Angeles. There are diverse opinions about Lee Baca, but there is unanimity in the recognition that the Sheriff genuinely cared about everyone with whom he came into contact.

The Sheriff's incredible career has come to an inglorious end. I have no knowledge of the facts of this case, beyond what I have seen in the media. What I do know is that to send this man to jail would serve no purpose whatsoever. He has been put on public display on an almost non-stop basis since his resignation. Surely, that should be enough.

287

I respectfully ask that he be granted probation and serve no jail time. Please feel free to contact me directly if I might be able to provide you with further information on this matter.

Sincerely,

*Bernard Melekian*

Bernard Melekian

288

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012                                    April 7, 2016

   Re: United States v. Lee Baca

Dear Judge Anderson:

It is with great difficulty that I am writing this letter, because I never imagined that a situation will arise in which I will have to write a letter for Mr. Leroy Baca- a man with impeccable character, love for all, passionate about his duties and responsibilities, compassionate, caring, fair and one who has a deep love for the country. This was evident in every meeting I had with him.

Mr. Baca was concerned about an attack in US similar to the one in England in mid 2005. He called the Council of Pakistan American Affairs and other Muslim Organizations to discuss the formation of Muslim Homeland Security Congress with a goal to keep America safe. As a director of COPPA, I was selected to represent the organization. I have known Mr. Baca since mid 2005.

Mr. Baca believed that the missing link in our Homeland Security was the active involvement of the leaders of the Muslim Community. I interfaced with Mr. Baca in the development of the Muslim Homeland Security Congress. The organization was successfully created and Mr. Baca took the blue print of the organization to the United States Congress, World Leaders and several other States to help others in creating a similar organization. In my travel to Michigan with him, he told me that we have created an organization that would help keep our country safe in Los Angeles and now we must share this knowledge with other states so that the entire country is safe.

To establish the organization's mission, goals, strategies and its structure it took over six months of weekly meetings with Mr. Baca. During these meetings and my travel with him, I found a deep sense of respect and love for Mr. Baca from everyone we met. Mr. Baca was always fair and heard everyone before he made his decision. He respected everyone and everyone respected him.

To this day, I continue to have tremendous respect for Mr. Baca and I end this note with prayers and hope that compassion will now flow in Mr. Baca's direction.

Thank you.

Arif Merchant

901 S. Amherst Circle,
Anaheim, CA 92807

289



DLA Piper LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, California  90071-2678
www.dlapiper.com

Michael E. Meyer
michael.meyer@dlapiper.com
T  213.330.7777
F  213.330.7577

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

        I have known Lee Baca for over a decade.  I am proud to call him a friend.  He is one of the kindest and most thoughtful persons that I have ever met.

        I heard him speak over ten (10) years ago at an event at the Biltmore Hotel and I was surprised because he did not seem to fit the stereotype of the law enforcement people that were then being written about.  He spoke of his Core Values with passion and conviction and said that the way to reduce crime is through education.  He spoke about how people that were not given meaningful educational opportunities were more likely to commit crimes, and how important it is to try and rehabilitate those who are incarcerated with educational courses and additional job training.

        I also heard him speak on tolerance and why sexual preferences should not be a factor in people having a right to marry, get a job, etc.  He kept on emphasizing that we are "all God's children".

        What impressed me the most about Lee Baca is that he always preaches (he would have been a great preacher if he did not go into law enforcement) that it is very important to treat everyone fairly, with courtesy and respect.  He stressed the importance of treating the delivery person, messenger, janitor and secretary with the same degree of respect given to the President of the company, Chairman of the Board, or the senior partner of the law firm.

        When determining his sentence, please consider his body of work and not just one or two isolated incidents.  He is a kind and gentle person.

Respectfully yours,

Michael Meyer
Chairman – Los Angeles Offices of
DLA Piper US LLP
WEST\268897603.1 4/3/16 02:51 PM
000010-012696

290

# Dr. Louis F. Moret
## 5439 Dahlia Drive
## Los Angeles, CA 90041
## 213-500-2666

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known and respected Lee Baca since the mid 1970's when I served as
Assemblyman Richard Alatorre's chief of staff. He was then and continues to be an
outstanding public servant who cares deeply about people. I would call upon him when
our office received complaints about the Sheriff department and he always talked and met
with our constituents and tried to resolve their issues.

Lee has always been a hands on person, one who enjoys engaging in public discourse and
is willing to listen to both sides of an issue. He is thoughtful and energetic and has a very
fertile mind and imagination. He is unafraid to tackle problems and make tough
decisions.

Years later when I was pursuing my Doctorate in Public Administration, he was one of
my professors and was a member of my dissertation committee. He was always available
to meet with me and helped me immensely to focus on my data collection.

He is a unique individual who has done the public's good and done it well. I hope that
you can look at his life's body of work when you make your decision. Should you need
further information, please do not hesitate to contact me.

Sincerely,

Louis F Moret

291

Exhibit E, Page 373

LAW OFFICES

## MORIARITY & ANAGNOS

5850 CANOGA AVENUE, 4TH FLOOR

WOODLAND HILLS, CALIFORNIA 91367-6505

(818) 988-8222

FAX (818) 988-6334

EMAIL: MNALAW1@GMAIL.COM

JOHN L. MORIARITY
MEMBER CALIFORNIA &
WASHINGTON, D.C. BARS

DEMOS P. ANAGNOS

NATALIE B. WHITE

GAYLE L. STARK
PARALEGAL

GABRIELLA S. ALUOTTO
EXECUTIVE SECRETARY

CHARLES E. COOK, JR.
(1905-1971)

ROGER ARNEBERGH
(1909-2004)

March 24, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom No. 15
Los Angeles, California 90012

RE: United States v. Lee Baca

Dear Judge Anderson:

This is being written on behalf of Leroy Baca, who I regard as a very good friend of my family. I sincerely represent to you that Lee Baca is a very honest and trustworthy person. I will try to keep this short as I am sure that you have a busy schedule. Attached is a copy of my CV.

All my life I have been familiar with police officers. My mother was in the same academy class as Chief Ed Davis. Assistant Chief Jess Brewer was my Chief of Staff when I was in the Army Reserve. Daryl Gates was a friend, although I never forgave him for not attending Chief Brewer's retirement. LAPD Lieutenant Tom Bradley was a hero of mine–his rise through the LAPD ranks was unparalleled. When he thought about running for Mayor, our committee divided LA into six sectors with me covering the San Fernando Valley Sector for him. He is buried near my grandfather's grave.

Currently I am the Vice President for the LAPD Reserve Foundation and have been a member of the Sheriff's Youth Foundation Board since 1990. Also, I am past President of the San Fernando Valley Chapter of Footprinters.

It is from this perspective that I believe I can tell a good cop when I see him or her–Sheriff Leroy Baca is a good cop.

I was appointed to the Sheriff's SANE board in 1990 by then Sheriff Sherman Block. Thereafter, before the Twin Towers came into being, Sheriff Block asked the then Chief Baca (at the time the Sheriff's Department had 9 chiefs) to do what was necessary to have me visit various jails in the world with my recommendations regarding the Twin Towers. Chief Baca's work was outstanding; my wife and I arrived in Singapore at midnight, where we were met by the Chief of Police with two detectives and whisked through immigration into a unmarked car with a chase car; thereafter followed a two-day briefing and a visit to their jails. The treatment in Madrid, Spain, Puerto Rico, and Hawaii could not have been better—Chief Baca really did his assignment well!

292

Exhibit E, Page 374

## MORIARITY & ANAGNOS

I ran for election to the Superior Court bench in 1994 (partial list of bench supporters etc. attached), and as a result ran into Lee at various events and learned more and more about him as Lee often spoke. One evening we both received impressive plaques for past work after speaking to a minority group.

Chief Baca and I remained in contact leading up to the time when he became Sheriff many years later. I met Lee's wonderful wife, Carol, during his long campaign for Sheriff i.e. his "campaign" started many years before his formal bid, as he met with various groups for years. Since Lee became Sheriff, I have had a continuous interaction with him. We have met many times either one-on-one or at law enforcement gatherings or his board meetings.

At my suggestion, Sheriff Baca was selected as Person of the Year by the Metropolitan News-Enterprise. Also, as Western Commander of the Military and Hospitaller Order of St. Lazarus of Jerusalem, I presented Lee with the Order's plaque for outstanding service.

Any evaluation of Lee Baca the person certainly involves his adult lifetime work with the Sheriff's Department. The enormity of the Sheriff's job can only be appreciated if we look at what his job entailed. He was not the old school type of Sheriff that believed in jailing a criminal and then throwing away the keys. His humane treatment of criminals was not always met with support from the old school type of Deputy; thus he had his detractors who believed him to be too soft on criminals.

Sheriff Baca was the Leader of the largest Sheriff's Department in the United States, with a budget of 2.4 billion dollars. He led over 18,000 sworn and professional staff. The Sheriff's Department is the law enforcement provider to 40 incorporated cities, 90 unincorporated communities, 9 community colleges, and hundreds of thousands of daily commuters of the Metropolitan Transit Authority and the Rapid Rail Transit District. There are over 10 million people in the County of LA.Sheriff Baca created what we know today as education based incarceration {EBI} curriculum to make the most of a short stay, which currently averages 54 days. Prisons, by contrast, can plan their resources for students who will remain incarcerated anywhere from 2 years to life. Sheriff

Baca changed the way we incarcerate. Through EBI, hearts and minds were changed, creating a safer jail for inmates and the deputies. We must keep in mind that the LA Sheriff's Department has all four levels of criminals in its jails.

Sheriff Baca made the Sheriff's Department stronger than ever by expanding additional contract cities, absorbing the MTA Transportation Bureau, four new sheriff stations, a state of the art crime lab at Cal State Los Angeles, and providing security for the Los Angeles Community College district.

Sheriff Baca was the Director of Homeland Security-Mutual Aid for California Regions I, which includes the County of Orange; Region I serves 13 million people. The Sheriff's passion for education within his own department led to the setup of the Los Angeles County Sheriff's

293

**MORIARITY & ANAGNOS**

Department University {LASDU} to help employees earn their Associate's, Bachelor's, Master's or Doctoral Degrees in an extensive range of fields. Teamed with an impressive consortium of colleges or universities, LASDU encourages all department personnel to start or return to college for their personal and professional growth. LASDU is designed to give working adults the highest quality and most convenient, educational experiences. Equally important, LASDU negotiates with the consortium for affordable tuition rates.

Sheriff Baca saw the importance of the relationship between law enforcement and the faith-based communities in Los Angeles County. Interaction between these partners built public trust which reinforced core values in the department. I have attended several graduations of inmates at Wayside and heard the praise from members of the department that believe in the results Lee has obtained from "in house" schooling.

I am relatively sure that you by now realize that Lee Baca has given his life as a workaholic on behalf of the 10 million people in the County of L.A. If Lee is to be critiqued for anything, it would be that as part Sheriff, part Minister, and part Priest, he tried to go and go overtime 7 days a week to help and protect the people of our county.

Obviously, if you have any questions, I am at your beck and call. I sincerely hope that you order only probation, and as a part thereof, that Lee continue with his work in jails in the USA that he has done since his resignation from office i.e. the educational projects he started in our county jails he has also taken to jails in other states.

Very truly yours,

John L. Moriarity

Enclosures

294

Exhibit E, Page 376

DEAR HONORABLE JUDGE ANDERSON,

MY NAME IS EUGENE F. MOSES. I AM A FORMER ELECTED MAYOR OF THE CITY OF AZUSA. I WAS ELECTED SIX TIMES AND RETIRED AFTER TWELVE YEARS OF SERVICE. CURRENTLY I OWN AND PUBLISH THE SAN GABRIEL VALLEY EXAMINER. IT IS AN ADJUDICATED NEWSPAPER IN LOS ANGELES COUNTY AND HAS BEEN IN EXISTENCE FOR 20 YEARS.

I HAVE KNOWN LEE BACA FOR 20 YEARS OR MORE. FORMER SHERIFF BACA HAS BEEN A GREAT SHERIFF, ONE THAT WENT BEYOND HIS DUTY TO UPHOLD LAW ENFORCEMENT. HE HAS CREATED MANY PROGRAMS THAT PREVENTS CRIME BEFORE IT HAPPENS. HE HAS BEEN AN ASSET TO ALL THAT LIVE IN L.A. COUNTY. BECAUSE OF HIM, L.A. COUNTY IS A BETTER PLACE TO LIVE IN.

MY HEART IS SAD AND FULL OF GRIEF BECAUSE I KNOW HE WAS A GREAT CRIME FIGHTER THAT PROTECTED OUR MOTHERS, FATHERS, OUR CHILDREN AND ESPECIALLY OUR SENIORS. ANY CONSIDERATION YOU CAN GIVE HIM WOULD BE GOD SENT AND GREATLY APPRECIATED.

*Eugene F. Moses*

EUGENE F. MOSES

PUBLISHER OF THE SAN GABRIEL VALLEY EXAMINER

(626) 260-5564 (CELL)



AN ADJUDICATED PUBLICATION

**EUGENE F. MOSES** / **INDAY MOSES**
Publisher/Editor / Associate Editor

623 W. Foothill Blvd. Glendora CA 91741
Phone: 626-852-3374        Fax: 626-852-1904
E-mail: sgexaminer@aol.com

295

# MOSS GROUP

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have been a friend of Lee Baca ever since I was introduced to him during the term of our former Sheriff Sherman Block. This letter is being submitted to you to describe some important contributions Lee has made during his career as Sheriff to instill within our community principles of fair treatment, respect, and tolerance for our fellow citizens.

As far as my background is concerned, I have formerly served as a: Founding President, City of Los Angeles Board of Environmental Quality Commission; Chairman, Mayor's Community Advisory Committee; Chairman, City of Los Angeles Crime Prevention Committee; Member, State of California Insurance Commission; Member, Board of Trustees, Los Angeles Museum of Contemporary Art; National Vice President, Anti-Defamation League and immediate past President, City of Los Angeles Department of Transportation Commissioners.

I am currently serving as a: Member, Advisory Board of Directors, Los Angeles Press Club; Member, UCLA Chancellors Associates; Founding Member, Board of Directors, San Fernando Valley Boys and Girls Club; and National Treasurer, Anti-Defamation League Foundation.

The Anti Defamation League is a National Civil Rights Organization with offices in twenty six of our cities. It is over 100 years old and is dedicated to combating prejudice, anti semitism, gender hatred, bullying, and securing fair treatment for all. Lee has been involved in our Los Angeles activities and has played an important role in two of our programs fighting discrimination. He has served as a Member of our Latino Jewish Roundtable. This group meets regularly and it consists of prominent members of the Latino and Jewish communities. Its goal is to build bridges between our neighbors and to promote tolerance and eliminate prejudice.

Lee has also been involved in our Law Enforcement Advisory Committee and is one of its Founders. This group consists of Sheriffs and Chiefs of Police in many of the municipalities in Southern California. It also includes members of the FBI, ATF, and District Attorneys. One of its

Loni.Gem Lttr.Lee Baca.3.23.16

296

Exhibit E, Page 378

goals is to promote a better sense of respect and tolerance for fellow officers regardless of faith, color, ethnicity or gender.

Another purpose of this group is to identify hate groups and its members in our area. Law Enforcement is motivated to combat and aggressively investigate and seek punishment for those committing hate crimes. In this regard, an annual meeting and luncheon is held at which awards and recognition is given to those units who have been successful in accomplishing these goals.

Lee has been a prime and important participant in both of these programs because he believes in fair treatment for all. He has made some mistakes but the many good contributions he has made to the community, in addition to what I have stated herein, exemplify his real character.

Therefore, I respectfully request that you show mercy and leniency to Lee when you render your final judgment.

Sincerely,

George E. Moss
6345 Balboa Blvd., Suite 310, Encino, CA 91316
(818)996-2000 x103

Loni.Gem Lttr.Lee Baca.3.23.16

297

# LAW OFFICES OF RICHARD F. MOSS
## 6345 BALBOA BOULEVARD, SUITE 310
## ENCINO, CALIFORNIA 91316
## TELEPHONE: 818-996-2000
## FACSIMILE:  818-996-4008

March 13, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter in support of Lee Baca to provide you with a testament to his good and honorable character.

I have known Lee for over 20 years having first met him through his support for and participation in the Pacific Southwest Region of the Anti-Defamation League, the Los Angeles office of the national human rights agency.  Well before he became Sheriff and while he served as Sheriff, Lee attended public ADL events and worked closely with ADL's professional staff in private.  He has been instrumental in assisting ADL's mission to combat hate, bigotry and Anti-Semitism and to promote tolerance and respect for diversity.  As a member of ADL's local board and its National Executive Commission, I am privy to Lee's ADL-related activities:  facilitating the dissemination of ADL's diversity training programs for the law enforcement community, founding the ADL's Latino-Jewish Roundtable to promote better relations and understanding between LA's Jewish and Hispanic communities and working as a close partner with the ADL in fulfilling his duties to prevent, investigate and legislate against hate crimes.

I have also worked closely with Lee in my role as Chair of the San Fernando Valley Business Political Action Committee (Val*Pac).  A bi-partisan group of prominent and politically active business people and residents of the San Fernando Valley, Val*Pac is committed to fostering and preserving good government and a positive business climate in the Valley and surrounding region.

Lee has been very supportive of Val*Pac's activities.  At our meetings, Lee has provided many private briefings about public safety concerns in LA County.  In these briefings, I was constantly been struck by Lee's focus on education, social welfare, juvenile justice and economic opportunity and how important these issues are to understanding why

298

Exhibit E, Page 380

Honorable Percy Anderson
United States District Court Judge
March 13, 2016
Page 2 of 2

crime occurs and to promoting public safety. Lee consistently presented a thoughtful, nuanced and humane approach to his law enforcement activities that emphasized compassion and his desire to involve the community at large in his efforts to reduce crime and better the community. This was demonstrated by his constant solicitation of advice from Val*Pac about the specific challenges that Lee faced through the years. Throughout his tenure as Sheriff and before, I always regarded Lee as a partner with the business community, not simply as a law enforcement officer.

It has been difficult for me to reconcile the Lee Baca, who is before you, with the Lee Baca that I have known for two decades. I can only conclude that Lee's transgression was an aberration. It is my hope that you will see the Lee Baca of integrity and compassion that I know, weigh his errors against his overwhelming goodness and public service, and find leniency in your sentencing.

Very truly yours,

Richard F. Moss

299

Exhibit E, Page 381

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I became acquainted with Lee Baca in the fall of 1956, while we were students at Nightingale Jr. High School, Los Angeles. Lee was a semester ahead of me and we participated as Knights, a school service organization. Lee was friendly and outgoing and attracted many friends including me. We had occasion to engage in athletic competition and played flag football where our classes were pitted against one another. Lee was larger in size, but he practiced good sportsmanship. I respected him then for his friendliness and interest in others and willingness to offer help to others. I was rather small in size and Lee still showed an interest in how I was doing and regularly would greet me with a "Hi, how are you doing."

Later, we both attended and graduated from Benjamin Franklin High School, Los Angeles. Lee was very popular based on his engaging personality. He also was service oriented and held

300

leadership positions.  He continued to greet me regularly, though we never were together in any classes.  I remember Lee advised me when I started attending Franklin, to go out for sports.  I wish I had done so, but my father had me take ROTC instead until I was half way thru high school.

For at least ten years after high school I had little or no contact with Lee.  I went off to UCLA where I graduated with a B.S. Degree in Finance in winter 1966.  Two months thereafter, I worked for the L A County Probation Dept. at an entry level position.  Within three months I was recruited to take a Senior Research Assistant position with the USC Youth Studies Center, in field sociological research under Malcomb W. Klein, Ph.D., testing the correlation of the cohesiveness and delinquency rate of a barrio gang.  This job lasted two years during which time I took some undergrad courses in sociology at USC and then embarked in the master's program in sociology.

I left the sociology master's program at USC in the spring of 1968, when I decided to switch over to UCLA's Law School which I commenced in the fall of 1968.  I graduated from law school in June 1971, and after passing the Bar Exam taken that summer I immediately began my career as a legal aid attorney. My career in legal services lasted until August of 1979, when I began a second career as an Administrative Law Judge with the California Unemployment Insurance Appeal.  I promoted to a

301

Exhibit E, Page 383

Presiding Administrative Law Judge position in January 1992, and held that position until my retirement in December 2004.

There were several occasions when I had by chance encounters with Lee between 1960 and 1985.  He related to me that he was enjoying his job as a deputy county sheriff and that he was seeking and gaining advancement within the department.  He complimented me on my educational and career achievements.  He also exchanged information with me about mutual friends with who were in contact with.

In 1985 we both participated on high school reunion committee along with other former classmates from Franklin High.  Lee did an effective job as a leader on this committee and his input was much appreciated.  Thereafter, I had infrequent contacts with Lee until 2006.  These contacts took place at high school reunion events and other civic events.

In 2006 and 2007, I organized the career day program for the students of Nightingale Middle School, in conjunction with the Principal and Counselors of the school.  I recruited several former students who had experienced interesting and successful careers, including Sheriff Lee Baca.  Lee and the other presenters gave terrific accounts of their experience as students at Nightingale and things they learned while at Nightingale that were useful to them later on in life and in their

302

Exhibit E, Page 384

career development.  Lee did emphasize to the students to take seriously the opportunity to learn as much as they could and to be wary of trouble and pitfalls that could be harmful to them.

Since 2007, again my contacts with Lee have been at civic events and Franklin High reunion events and committee participation.

In the dealings I have had with Lee he has been a positive force seeking to contribute well to the endeavors in play.

Respectfully,

Ricardo F. Munoz

284 Saint Albans Avenue

South Pasadena, CA 91030

(323) 255-8336

303

Exhibit E, Page 385

**Subject:  Support and Affirmation of Former Sheriff, Lee Baca**

**From:  Reverend/Professor Cecil L. "Chip" Murray**
**Pastor Retired at First African Methodist Episcopal Church, L A**
**Tansey Chair in Christian Ethics, Center for Religion, USC**

**To:  The Court**

**Dear Judge:**

Thank you for receiving this brief note in praise of the community service of former sheriff, Lee Baca.  As pastor of our city's oldest black church, First A.M.E. church, for 27 years, the 18,000 members of that assembly will witness to the integrity, professionalism, and steadfastness of Lee Baca, one who modernized and equalized liberty and justice for all.

I was one of the seven on the special committee appointed by the County Board of Supervisors to review the penal system when it was under attack several years ago, a distinguished panel that included the present sheriff, Jim McDonnel.  Yes, we heard witnesses and reports of poor treatment of inmates by security guards, of coalitions of officers that were similar in actions to street gangs that they were supposed to offset.

We made strong recommendations to the board following months of inquiry, hearing testimonials, and reviewing practices of other prison systems in the nation.  These recommendations were taken seriously and not merely shelved by the Board of Supervisors.

I cannot assume to speak for the personal feelings of the board members, but I do recall that a major concern was regarding the hands on supervision of the deputy appointed by the sheriff to regulate the system.  He was opposite in character and leadership than the one to whom he was accountable.  The sheriff himself was not the villain, nor was he defensive when he appeared before our committee, responding

*Reverend Cecil L. "Chip" Murray*
4821 PARKGLEN AVENUE ♦ LOS ANGELES, CALIFORNIA  90043

to questions and giving the valid impression that we all shared the same values when it came to respect for individual and communal rights of those confined.

During the quarter of a century that I have known then Sheriff Lee Baca, I know him to be a person who understands Lord Acton's decree that "power corrupts, and absolute power corrupts absolutely." It would never be his intention that underserved communities particularly would have to ask: "Who *will defend us from our defenders,; who will protect us from our protectors?"*

Police shooting of our unarmed men of color has aroused our nation in Sanford, Baltimore, Charleston, New York, Los Angeles, Missouri. Lee Baca would have to be listed among those in authority who worked to bring about the changes that have elevated justice in such as our city, Los Angeles—a police commission, an inspector general, a civilian commission, etc. This applies to both the city and county levels of police work and prison monitoring.

We think accountability is tightened and that Lee Baca is more aligned with that than its opposite.

Thank you for the prayerful hope that truth and substance are herein contained, and will process in liberation of Lee Baca.

Rev. Cecil L. Murray
  4821 Parkglen Avenue    Los Angeles, CA  90043
   USC ph:  213-743-4105          Home ph:  323-204-44-7

*Reverend Cecil L. "Chip" Murray*
4821 Parkglen Avenue ◆ Los Angeles, California  90043

# Gary A. Nalbandian

April 2, 2016

The Honorable Judge Percy Anderson
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Dear Judge Anderson:

I am writing this letter in steadfast support of my close friend Leroy D. Baca. My Name is Gary Nalbandian a father to two sons and one daughter Anthony, Brandon and Tia. I am the owner of America's Route 66 Tires and Auto repair located in the city of Glendora California.

I have personally known Lee as a good friend, mentor and a humble leader. I have met Lee two decades ago when he was a chief planning to run for the position of Sheriff. Lee has been nothing but an inspirational, hardworking, thoughtful, man of character for his community. I joined the Sheriff's Department Reserve to be able to assist him in serving the underserved communities. His message of community policing attracted hundreds of LA residents to interact and be a part of the Sheriff's vision and Department. He encouraged his 18,000 plus employees to research and understand the diverse cultures and serve their needs accordingly. He preached transparency and open door policy. Lee championed second chance opportunities and helped many families get on their feet. Lee is a loving father, wonderful husband and a loyal friend.

I herby plead and beg the court to consider his spotless past. It would be a true shame to the citizens of Los Angeles County that Lee served for forty eight years to strip him from his loving family.

I ask you to read my letter with an open heart and mind. You are welcome to contact me at 626 695-0666 or at garyn@hssu.org should you have any further questions.

With deepest regards,

Gary A. Nalbandian

306

Exhibit E, Page 388

March 17, 2016


Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson.:

I am Head of the Youth Division at Media Artists Group for the last 5 years, and before that I was Head of Comedy Casting at ABC network supervising the casting of over 250 television pilots such as Home Improvement, Roseanne, Full House, Growing Pains and Drew Carey. Our family has known Lee Baca since the year 2005.
In 2010, Lee wrote a compelling and heartfelt letter to Pepperdine University on behalf of my son Christopher, and it was definitely key in my son's admission to the university.
He also counseled my boys from time to time throughout the years instilling in them the importance of education and moral responsibility. He wrote a similar letter for my son Ryan three years later which most certainly helped him gain admission to USC. He took time out of his busy schedule to attend both boys' high school graduations as well.
Lee Baca has always been an exemplary role model for both my boys. He has always been there for my family when we were going through challenging times, and found time in his day on many occasions to provide advice and support.

Thank you for your reading this, and I hope it helps our good and loyal friend!

Sincerely,

Robin Nassif
19016 Devonport Lane
Tarzana, CA 91356
310-420-4797

Date of Letter: March 17, 2016

307



I N V E S T M E N T S

Marc B. Nathanson
*Chairman*

April 7, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re:   United States v. Lee Baca

Dear Judge Anderson:

My name is Marc B. Nathanson.  I am chairman of Mapleton Investments and Falcon Waterfree Technologies and was founder and CEO of Falcon Cable TV until I sold my company in 1999 to Paul Allen's Charter Communications, and then became Vice Chairman of Charter.

I went into government when President Clinton appointed me as Chairman of the newly formed US Broadcasting Board of Governors in 1999, the successor federal agency to the United States Information Agency.  President George W. Bush asked me to stay on as head of the agency when he was elected and I served under President Bush and Secretary Condoleezza Rice until 2002.  I was confirmed by the United States Senate three times.

I am currently co-chair of the Pacific Council on International Policy, vice chair of the National Democratic Institute and on the board of the Aspen Institute.  I also taught Communications Law with Monroe Price at UCLA Law School in 1972-73.   For nine years, I was on the Board of the UCLA Anderson School of Management.  My wife and I founded the Nathanson Family Resilience Center at UCLA Medical Center, which offers free psychological counseling services for US military veterans and their families and foster care families throughout Southern California.

Page 2 of 2
Honorable Percy Anderson
4.7.16 Letter from Marc Nathanson
Re: Lee Baca

I first met Lee Baca in 2001, when Governor Gray Davis appointed us to the Executive Board of the State of California Governor's Anti-Terrorism Information Center and Task Force. At these meetings, Lee and I came up with the concept for the private sector to support law enforcement in times of crisis.

I founded the Homeland Security Advisory Board (HSAC) after 9/11 with Lee Baca. The purpose was to have the private sector support emergency responders in times of crisis such as a terrorist attack or an earthquake.

Thanks to the tireless efforts of Lee Baca, HSAC has become a role model for the nation on how business can work with law enforcement in times of crisis. Lee's leadership and dedication was remarkable. He single-handedly bridged the wide gap between the LAPD and the Sheriff's department in order for the different agencies to come together. Soon after, Mayor Antonio Villaraigosa joined us as a co-chair.

Today, HSAC is thriving under the leadership of Jim Featherstone and its current chair, Peter Lowy.

HSAC would not have happened without Lee Baca's leadership and guidance. Lee never sought the limelight and always worked behind the scenes to get our mission accomplished.

I found him bright and cooperative. He was a big picture leader and let others work out the details.

In my 50 years as a business and civic leader, I have never written such a letter to a judge. But I can honestly say that Lee Baca is a decent and honorable human being who has reached out to all segments of our society in a kind, compassionate way for the betterment of Los Angeles.

I would be happy to vouch for him. I am available to speak more about my relationship with Lee at any time (310) 893-4555 cell - or - (310) 474-6512 office.

Cordially,

Marc Nathanson

Exhibit E, Page 391

Nat Nehdar
Pasadena Human Relations Commissioner
3848 Skycrest
Pasadena, CA 91107
626-437-1354

March 1, 2016

Dear Honorable Judge:

I am pleased to inform you that I have had the pleasure of knowing former Los Angeles County Sheriff Chief Lee Baca for over 5 years and during that time I have come to know and respect him as dear friend. He possess the following characteristics: leadership, family oriented, religious, attending church, humanitarian, community activist, respectful, supportive, kind hearted and loving -caring toward fellow human begins.

I have also collaborated with Lee Baca on several community forums such as: drugs prevention, human rights, racisms-human trafficking, United Nations Holocaust Remembrance Day, homeless and more. He was always well received by the audiences for his broad knowledge on subject matters and input.

Furthermore Lee Baca appeared as my guest speaker on several occasions addressing students is Pasadena Unified Schools regarding the importance of education and other topics.

He truly inspired and uplifted the students with his talks and passion as how to: achieve their goals, objectives, serving the community effectively and becoming future leaders.

Honorable Judge thank you for allowing me with your kindness to address you via this letter.

Respectfully,

Nat nehdar

310

Exhibit E, Page 392

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

　　Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this to attest to the generosity, humility and kindness of Mr. Lee Baca. My husband, Dr. Joe Noriega, who was the former president of the World Wide Boxing Hall of Fame as well as The World Boxing Council, has been Mr. Baca's friend for over 20 years. He has known Mr. Baca to generously give up his time and money to help the youth of Los Angeles by offering a place for them to get off the street and learn the art and sport of boxing. He has attended neighborhood gatherings at Dr. Noriega's house where he joyfully gathered up all the children, handed out pins to hem, and posed for pictures with them. We have also witnessed firsthand the compassion Mr. Baca has shown for people in our community, going out of his way to comfort the innocent victims of gang violence. These are only a few of the many ways Mr. Lee Baca has given generously to our community.

Sincerely,

Mrs. Nelly Noriega

560 Golden Spur Cir
Walnut, CA 91789
nelly91789@gmail.com
(626) 912-0800

311

Exhibit E, Page 393

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Date: March 12, 2016

Dear Judge Anderson,

I am pleased to offer a letter of support for Leroy "Lee" Baca, Sheriff *(Ret.)* of Los Angeles County Sheriff's Department. The substance of this letter is two-fold. First, I will share my experiences as a volunteer instructor who facilitated the leadership and learning processes of inmates who participated in the Education-Based Incarceration (EBI) program. This program was first introduced by Lee Baca. Secondly, I will share some thoughts about Lee Baca as a leader, innovator, thinker, and some personal thoughts about his character, and as a key contributor to our communities, our nation, and our word. I have known Lee for approximately five years. This perspective is based on my experiences during this timeframe. Allow me to preface this letter by first introducing myself to provide some context.

**A Glimpse of my Context**
I am Anthony "Tony" H. Normore. I hold a Ph. D in Educational Leadership and Policy Studies from the University of Toronto and currently work as a professor of Educational Leadership, and Department Chair of Graduate Education at California State University Dominguez Hills (CSUDH). I have worked nationally, and internationally in various teaching, administration, and leadership roles for more than 35 years. Although I currently oversee the Graduate Education Department I also teach graduate level courses in leadership, school law, and ethics. My other leadership experiences include Educational Administration Program Co-Coordinator at Florida International University in Miami; Chair of Special Education, and Co-Chair of Teacher Education at CSUDH; a visiting professorship at Seoul National University (Seoul, Korea); Chair of Educational Leadership Department and Director of Doctoral Programs at California Lutheran University (Ventura County); visiting professor in the Department of Justice Studies at University of Guelph/Humber (Toronto); and a regular lead graduate professor/facilitator of school law and ethics for the Summer Leadership Academy at Columbia University (New York).

My professional research agenda focusses on urban school leadership development in the multi-pronged context of ethics and social justice. Within this context I have authored and edited more than 500 pieces of scholarship including 22 books, and hundreds of articles, book chapters, monographs, book reviews, keynote addresses and conference presentations. My most recent books are titled *Handbook of research on communication, leadership, and conflict resolution* (2016, IGI Global, 2016), *Inclusive practices and social justice leadership for special populations*

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

*in urban settings* (2015, Information Age Publishing); *Cross-cultural collaboration and leadership in modern organizations* (2015, IGI Global), and *Moral compass for law enforcement professionals* (2014, IAPS). My articles about law enforcement can be found in *Policing: An International Journal of Policy and Practice, Police Chief Magazine, FBI Law Enforcement Journal, Law Enforcement Today, Peace Officer Research Association of California,* and *Journal of California Law Enforcement.*

I was named the 2013 recipient of the *Bridge People Award* with the American Educational Research Association (AERA) for my work as a professor who led the partnership of education, law enforcement, and corrections with the Los Angeles County Sheriff's Department as part of my volunteer work for EBI programs. I volunteered my services to teach inmates at the county jails and spearheaded two co-edited textbooks as a result of my involvement. The titles are *Education-based incarceration and recidivism: The ultimate social justice crime fighting tool* (2011, Information Age Publishers), and; *Leadership in education, corrections, and law enforcement: A commitment to ethics, equity, and excellence* (2012, Emerald Group Publishing Limited). Lee Baca wrote a powerful Foreword for the first book. It was especially poignant to me because of his leadership legacy as Sheriff of the largest policing agency in United States, and because of his international reputation as a tireless and innovative leader. Further, the book encompassed several folks from LASD who wrote chapters. Who better to write a Foreword than the leader of this agency? My two most recent keynotes include an invitation to the *Alternative to Violence Project (AVP)* at University of Puget Sound (Tacoma, Washington, May, 2015), and an invitation to deliver the keynote on leadership at the upcoming May, 2016 Commencement Ceremony for our local Reserves Officers' Training Corps (ROTC)  at California State University Dominguez Hills.

**Lee Baca – The Proverbial Visionary Leader**
One of the hallmarks of a stellar organization is the perception of those who have been part of the organization's community that it contributes to the health and livelihood of its members into the future.  It accomplishes this mission by integrating its activities into a set of values that act as bell weathers across communities and generations.  I believe that Lee Baca has become a major contributor in the field of law enforcement and public safety in general - a field which at present is in need of new insights and perspectives. Through his nearly 50 years of productivity, dedication to quality work, and the energy that he committed to Los Angeles County as former sheriff, he has played a major role in revitalizing the field. He has been an invaluable mentor, leader, manager, educator and teacher to many in the profession. In turn, he is highly respected and carries a reputation of high integrity. Because of his prolific contribution to the county and to the country Lee was selected as the 2013 Sheriff of the Year by the National Sheriff's Association. As Sheriff, he created the LASD University, a consortium of twenty universities which enabled thousands of public safety employees to graduate with Bachelors, Masters, and Doctoral Degrees. This is certainly an undertaking that is rarely heard of – if ever - in a law enforcement agency or any other organization.

Los Angeles County Sheriff's Department is world-renown as the nation's largest sheriff's department, second largest policing agency, and in addition to dozens of patrol stations and the

313

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

country's largest court security responsibilities, operates the nation's largest jail system. I was first introduced to EBI in 2010 when I received an invitation from LASD personnel to join the EBI steering committee to help develop a program that would reduce the high rate of recidivism in L.A. County, with potential impact on the rate of recidivism in the United States. In my opinion, indicators of Lee Baca's merit as a teacher, leader and sheriff were apparent at the instant I received the invitation. What struck me as remarkable was that the LA County Sheriff requested for educators and law enforcement to meet and decide on the best course of action to design appropriate curriculum for incarcerated men and women in the largest jail system in the nation. From that point on, I decided that the sheriff had an inquisitive, visionary, and insightful mind, a keen knowledge of leadership, teaching, learning and education; a knowledge of research methodology and its appropriate application; a desire and willingness to seek out new knowledge, meaning and opportunity; and an obvious dedication to improving the lives of those who live on society's margins education by the manner in which he solicited numerous universities from the community to meet with the Sheriff's department.  All of his work that I have observed have been insightful, methodologically knowledgeable and carefully constructed.

My interest in EBI programs was largely based on the progressive thinking of Lee Baca, which was subsequently confirmed in the research – that *the goal of education-based incarceration and/or correctional education programs is to reduce recidivism rates and aid offenders in adapting to society and becoming productive citizens* (Hendricks, Hendricks, & Kauffman, 2001); *the nationwide recidivism rate of nearly 70 percent provides strong evidence that the contemporary approaches being used by most correctional agencies throughout the nation are woefully ineffective* (Mentor & Williams, 2006), *and; leadership development is a key component for the holistic approach to preparing inmates for their re-entry back into communities and into the larger society* (Hendricks et al., 2001). As a veteran educator of leadership, ethics, and social justice, and police leadership, I recognized that the role of leaders in any organization is at least, in part, to advocate on behalf of traditionally marginalized and poorly-served citizens. I found this advocacy in the behavior and innovative ideas of Lee. His actions demonstrated a corollary contention that leaders must increase their awareness of various explicit and implicit forms of oppression, intentionally subvert the dominant paradigm, and act as a committed advocate for circumstances that make a meaningful and positive change in the education and lives of traditionally marginalized populations. EBI and correctional education at LASD take a penetrating look at the needs and challenges of society's disenfranchised - the denizens of our streets, the emotionally and physically incarcerated, and directly connects to our children in juvenile hall and in unsettled homes. Further, from Lee Baca's actions I believe he knew  (and knows) that it is incumbent to encourage public awareness of the causes that underlie the destructive cycles plaguing these populations, including the abuse and neglect that cycle through generations.

For years, inmates have served their sentences in county jails and prisons throughout the nation with little educational or vocational training to prepare them for a successful transition back into our communities. The results of this strategy have been a staggering nationwide recidivism rate of nearly 70 percent. Yet, law enforcement agencies throughout the nation

314

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

continue to repeat the same thing and expect a different result. Fortunately, Lee Baca found a better way. EBI, as practiced by LASD, is a systematic effort to provide educational, vocational, and life-skills training to all inmates who qualify. It is a component of the criminal justice system that is focused on deterring and mitigating crime by investing in its offenders through education and rehabilitation. Lee's felt that, "The uneducated mind will predictably live in a threatened and limited way".

One of the premier education programs found within the 7 LASD's jail facilities under EBI is M.E.R.I.T. program (Maximizing Education Reaching Individual Transformation). Over 10,000 men and women have graduated from this 12-week extensive life skills training program that teaches students to make good decisions while obtaining life and work skills. The strength of the MERIT program lies in its ability to bring all participants to the point where they recognize the importance of a personal commitment to reaching their goals, accepting responsibility for their actions, and being accountable for their life choices. As a volunteer instructor at the Peter Pitchess Detention Center and the Twin Towers facilities I regularly observed the excitement of the student inmates and a culture of "yearning to learn". This was without a doubt an influence from the top leader, Lee Baca. His energy reflected his vision that providing substantive and intellectual education in jails, and being supportive rather than punitive in efforts to reduce crime related behavior, the likelihood to recidivate will be lowered while success and stability in the community occurs. We have seen reduced rates of recidivism, increased employability, and family reunification, which, in totality, are reinvestments in the communities within Los Angeles County. Thanks to Lee EBI has created a safe and empowering environment, conducive to learning and self-retrospection; it allows the offenders to reprioritize their lives and opt for success. Lee's caring leadership approach to community improvements are also seen in two documents which I often reference in my own scholarship and teachings that were published by the LA Sheriff's department: *A Decade of Leadership: 1998-2009*, and *Education Based Incarceration: 2010.*

**Leadership**
Lee Baca advocates a foundations approach to leadership development and organizational health, which involves critical assessment and placement of issues in cultural, philosophical, sociological, legal, and political contexts. This is compounded by his sheer passion for seeking justice for the educationally disenfranchised and marginalized, and the need to channel his passion towards a useful end in education for the incarcerated. His work has an influence on my own research agenda and the content of my own teaching and learning. In addition to possessing a keen intellect and excellent interpersonal skills, Lee Baca consistently demonstrates a full dedication to his role as a leader of service and protection. In addition to attending to being a public intellectual (he holds a Ph.D in Public Administration) and modelling exemplary performance for his law enforcement subordinates and superordinates, he builds personal and professional relationships with his constituents. His ability to get others to think and act "outside-the-box" while maintaining high standards of law enforcement is relevant for two reasons. First, it warrants that this person is experienced in connecting theory and practice and how this plays a role in change leadership, change management and change capacity.

315

Exhibit E, Page 397

*From the Desk of Dr. Anthony H. Normore, Ph. D*
*133 The Promenade North, PH#420*
*Long Beach CA 90802*

Secondly, his demonstrated service–orientation is precisely what most organizational leadership roles require as primary criteria for success.

Lee and I recently collaborated on an article for *Police Chief Magazine* (International Association of Chiefs of Police). We met on numerous occasions to discuss the plan of action for the article. Not only is he a deep thinker and a model for conceptual ideas; he is also a very caring and supportive human being. True to his nature, he does not allow anybody to poison his "joie de vivre". He is kind, trustworthy, generous, socially aware, emotionally intelligent, nurturing, community and service-oriented, respectful of people and processes, a compassionate teacher, mentor, and leader who always finds time to help others no matter what deadlines confront him. I have felt, and continue to feel, that he is constantly a positive moral force in any setting - a remarkable quality in organizations that demand so much from their constituents.

I have no doubt that though retired Lee Baca will continue in his meteoric contribution to the law enforcement profession and particularly in leadership to keep our local communities, our nation, and our world safe. He has been an invaluable educator, public servant, teacher and mentor, to many. When Los Angeles County invested in him the county's investment surely paid dividends. It is my considered judgment that Lee Baca is among the most solid human beings I have had the pleasure to know, and to work with. Given his integrity, authenticity, and highly-respected track record as the leader of a very large and diversely complex law enforcement agency I personally believe he was not consciously aware of, or involved with, any preplanned or deliberate wrongdoing internal to the organization.

I trust that that my limited perspective might be of value to you as you carry out due process and formalize final sentencing. Furthermore, I hope this letter gives you some sense of the high regard in which I hold former Sheriff of Los Angeles County, Dr. Lee Baca. He is an invaluable asset to our community, our country, and our world. Should you require further information in support of this endorsement, I would be pleased to accommodate you. I can be reached by cell phone at 310-803-0150, or by e-mail: anormore@verizon.net . Thank you.

Sincerely,

Anthony H. Normore, Ph. D
Professor of Educational Leadership & Department Chair, Graduate Education Division
College of Education, California State University Dominguez Hills
1000 E. Victoria Street, Carson-Los Angeles CA 90747

Book Series Editor, *Advances in Educational Administration (UK)*
Editorial Boards, *Journal of Authentic Leadership in Education (Canada)*
Editorial Board, *Values and Ethics in Educational Administration (New Zealand)*
California Chapter, *Alternative to Violence Project (USA)*
Advisory Board, *Asian-Pacific Review (South Korea)*

316

Exhibit E, Page 398



April 14, 2016

Judge Anderson:

Mr. Lee Baca and I met when he was the Sheriff of Los Angeles County, and I have known him for over fifteen years. In his capacity as Sheriff, he was very helpful when we approached him to assist people with disabilities. For example, he provided name badges for over 300 individuals to carry with them when they were in the community. Since many people with disabilities aren't able to drive, they don't have the usual driver's license to use for personal identification. Many use public transportation, so their ID badges provided additional identification and a measure of safety while riding buses to work.

Mr. Baca also generously took time out of his busy schedule to be a speaker at events that raised funds for the services we provide for people with disabilities. I believe Mr. Lee Baca's personal actions demonstrated his support to all citizens in the community, including people with disabilities.

Sincerely,

Caron Nunez
President

2643 Loma Avenue • South El Monte, CA 91733 | 8331 Sierra College Boulevard #220 • Roseville, CA 95661
2350 West Shaw Avenue #135 • Fresno, CA 93711 | 640 East Vista Way, Suite B • Vista, CA 92084
904 E. Main Street • Barstow, CA 92311 | (800) 949-4582 • www.lincolntc.org
Accredited by the Commission on Accreditation of Rehabilitation Facilities • LTC is a 501(c)(3) not-for-profit organization



317

Exhibit E, Page 399

## ROSE MATSUI OCHI

Honorable Percy Anderson
U.S. District Court Judge
US Courthouse
312 M. Spring Street Ste. 15
Los Angeles, California 90012

Dear Judge Anderson,

I am writing to ask your consideration of my letter of support for former Sheriff Lee P. Baca. I have known and worked with Lee Baca for many years. I first met him when I worked under the Mayor's Executive Director of the City of Los Angeles, Terry J. Hatter. We stayed in touch when I was the Associate Director of the White House Office of Drug Control Policy, and later, as Director of the US DOJ Race Relations arm. When I returned to Los Angeles, we reconnected when I became a LAPD Police Commissioner. Then, I was hired by President James M. Rosser of CSULA to establish a Forensic Science Institute working with the Los Angeles Police and LA County Sheriff's Departments. Lee was instrumental in securing state funding for the Crime Lab construction, becoming the Hertzberg-Davis Forensic Science Center on the CSULA campus. The Sheriff devoted his time and leadership to make this unique partnership work and thrive.

As Sheriff, he devoted his professional and personal time in outreaching to all sectors of the County. For the first time for the Department, Lee personally connected to all sectors of the County, including heretofore neglected constituencies: such as in newer immigrant areas: Glendale by Armenians and San Gabriel by Asians. When Muslim immigrants became targets of hate mongers, Sheriff Baca stepped in to the fray to urge tolerance.

Late in his tenure, he was a coveted law enforcement expert, in charge of the largest jail in the US. Lee was invited to other domestic and foreign jurisdictions to share his knowledge. At this point, he delegated the day to day management of the Department to several subordinates. Now, unfortunately, he had entrusted the wrong people. As for the FBI agent giving a cell phone to an inmate without notice nor apparent approval by higher ups, it is my opinion, that no law enforcement head who would not be displeased, and accordingly they would attempt to hide the identity of the inmate necessary to protect him from any possible harm.

In closing, Sheriff Lee Baca has had a remarkable career rising from a poor family in the Eastside of LA to become the first Sheriff of Latino heritage. He made his mistakes and he has owned up to them. I respectfully ask you to be lenient in determining his final sentence.

Respectfully Yours,

Rose Matsui Ochi. J. D.

318

**John OConnell**

March 20, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this in support of Retired Sheriff Leroy D. Baca who I have had the pleasure of knowing and calling "friend" for over 50 years.

Leroy and I first met at Franklin High School in Highland Park, California where we served the Franklin student body as officers and then Leroy became our Senior Class President.  Throughout those early years he was the consummate leader, always concerned about the educational opportunities and betterment of his fellow classmates.

I watched his growth the many years he spent with the Los Angeles County Sheriff's Department and never ceased to be amazed at his professionalism and dedication, not only to his fellow officers but the citizens of Los Angeles County; his community outreach and programmatic achievements were second to none, in my opinion.

For years Leroy served the youth and in-need families of the greater Los Angeles Area through his Metropolitan YMCA Board of Directors volunteer membership.  We often shared this passion "for the kids" when he would reach out to help local YMCA Branches like in Santa Clarita where I had the pleasure of serving as Board of Mangers Chairman.

The bottom line Your Honor is that Leroy D. Baca is a very fine person and an outstanding citizen of the USA who deserves to be shown leniency.

*John O'Connell*

John J. O'Connell
Senior Vice President
Corporate Benefit Marketing, Inc.
27441 Tourney Rd., Suite 200
Valencia, CA  91355
Tel: 661 964 - 1451 Direct

Exhibit E, Page 402

Case 2:16-cr-00066-PA   Document 40   Filed 06/20/16   Page 49 of 60   Page ID #:488



R. Rex Parris    Mayor
Marvin E. Crist    Vice Mayor
Ken Mann    Council Member
Angela E Underwood-Jacobs    Council Member
Raj Malhi    Council Member
Mark V. Bozigian    City Manager

March 21, 2016

The Honorable Percy Anderson
United States District Court, Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Dear Judge Anderson,

I am writing on behalf of former Los Angeles County Sheriff Lee Baca. It is my hope that you will exercise leniency in Mr. Baca's upcoming sentencing.

As an attorney, I am very familiar with how difficult the job of a judge is. It is your duty to uphold the law, ensure accountability, and exercise measured justice. In Mr. Baca's case, I fully comprehend that he made a serious mistake and must be held accountable for his actions. However, in order to exercise true justice, this mistake must be tempered with the profoundly positive impact Mr. Baca has had on the public throughout his career.

Mr. Baca brought a level of attention to public safety in the Antelope Valley that no previous Los Angeles County Sheriff ever had before. He recognized the challenges our region was facing and allocated the resources we needed to keep our community and our citizens safe. The results speak for themselves: Lancaster has experienced a 36% reduction in crime since 2007, a trend that is reflected in other areas throughout the Antelope Valley.

Mr. Baca has been a true friend to the Antelope Valley and its many residents, working for years to keep us safe. I am certain that his commitment as Sheriff led to similar benefits for other communities throughout Los Angeles County. Thus, I ask you to keep in mind the incredible good he has done as you weigh his sentence for his mistakes.

Best regards,

R. Rex Parris
Mayor

RRP:aw

*Caralyn Bell Percy*
*570 N. Rossmore Avenue, 105*
*Los Angeles, California 90004*
*songbd@hotmail.com*

16 May 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California  90012

Re:  United States v. Lee Baca

Dear Judge Anderson:

I was privileged to work with Lee Baca when he was Sheriff and as part of the Sheriff's Clergy Council.  This council, as you may know was set up to include the different religious groups in the community and make them part of the solution to the crime and any other situation in the community that we, as citizens, felt needed to be addressed and changed.

It was a relief to come together and not point fingers at who should be doing this and that and instead taking it upon ourselves to solve **our own problems with the help and encouragement of Lee Baca.**

I observed him close up and in different situations interacting with different groups and he was always willing to let us step up and solve our own problems in partnership with the sheriff's office.

He is ahead of his time in this regard.  If all of the different positive changes that Lee Baca either encouraged or approved were spread to all police departments, the image of the police would be what it should be – partnerships with the groups in the community who see their role as 'solvers of problems' with actual demonstrated results.

I hope you take a good look at all of the good this man has done.  And I will leave you with this quote.  **"There is so much bad in the best of us and so much good in the worst of us that it ill behooves any of us to talk about the rest of us."** [Anonymous].

Sincerely,


Caralyn Percy
Scientology Volunteer Minister

322



# SECURITY DESIGN SYSTEMS

RESIDENTIAL • COMMERCIAL • INDUSTRIAL

1119 East Las Tunas Drive • San Gabriel, CA 91776

(626) 285-7268 • (323) 227-6262 • (949) 759-1770

Consumer Affairs Lic. LA#001387 • State Contractors Lic. #670318

www.sdsalarms.com

April 18, 2016

Honorable Percy Anderson
**United States District Court**
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

**Subject: United States v. Lee Baca**

Dear Judge Anderson:

Your Honor, this correspondence is in reference to the case concerning the sentencing of Lee Baca, previous Sheriff of Los Angeles County. I would like to express some thoughts for your consideration prior to imposing his sentence. I have great respect for you and the sentencing task before you.

As a Deputy Sheriff (Retired) I worked for Lee Baca at Norwalk Station in approximately 1983. In my private career as a Security Expert, I have addressed homeland security issues with him since 2001 up to current time. I have heard Lee Baca speak on terrorism to large groups and acknowledge that he developed a great sense of what is facing us in the future.

To qualify myself, my law enforcement career started as a teenager working for the LAPD as a student worker. I later went on to a career with the Los Angeles County Sheriff's Department as a Deputy Sheriff, as well as having a parallel entrepreneurial career when I founded a security systems company in 1979. That thirty-six year old company offers security, fire, surveillance camera, access control system installations and monitoring, as well as security consulting. I have developed a professional reputation as a security expert and behavioral analysis threat assessment professional. I have been featured on the news for many years on issues including terrorism.

Lee Baca has changed the Sheriff's Department by not only increasing the law enforcement services and budget, but has overseen the building of new stations, and a world famous crime lab. His major accomplishments have taken him around the world to learn about the different terrorists groups and to visit law enforcement agencies learning their techniques to protect their populations. He has brought recognition of the Los Angeles Sheriff's Department worldwide regarding these homeland security issues that now face the world. Lee Baca speaks to terrorism with the expertise that religious leaders speak on religion. He has learned so much about terrorism and how to protect Los Angeles County as few law enforcement leaders in the country have done.

*"Protecting and Serving since 1979"*

323

In the residential and business communities that I travel, the people have a great respect for Lee Baca and actually feel sorry for the position that brings him to your court. Since the trial and guilty verdicts of Paul Tanaka, many now understand how he, Paul Tanaka, was running the department, while Lee Baca was expanding the expertise of the department, including homeland security issues. Once the negative information about Paul Tanaka came out in the trial from the law enforcement personnel that testified against him, the public now understands how he manipulated and ordered the personnel below him to do as he wanted. The power that Paul Tanaka owned unfortunately prohibited the personnel from informing Lee Baca about Tanaka's decisions, procedures and maipulations.

Your Honor, I want to thank you for any considerations that you can provide Lee Baca and hope that you can side on the spirit of the law rather than on the letter of the law, when sentence is imposed. This is a professional law enforcement leader that comes before you that has been tarnished by an unfortunate incident.

Respectfully,

Joe Petrillo
President
**Security Design Systems**
(888) SDS-4001
www.sdsalarms.com

324

Exhibit E, Page 406

Honorable Percy Anderson                                               April 2, 2016
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

   I am writing this letter on behalf of Mr. Lee Baca who I served during his tenure as Sheriff of Los Angeles County. During my career as a Deputy Sheriff, I worked Patrol assignments throughout South Central Los Angeles, as well as over 20 years on the Department's Special Weapons Team. I worked for Mr. Baca for over 10 years prior to his becoming the Sheriff of Los Angeles County, and could not have dealt with a more compassionate, caring individual. At the direction of Mr. Baca, I was chosen to head up teams which specifically dealt with some of the more egregious problems facing the citizens of Los Angeles County. In 2007 when Compton California became the most dangerous City in the nation, with a staggering homicide rate of 78, Mr. Baca personally directed me to compile a team of deputies to combat this issue. There were many detractors who were worried more about balancing a budget and only giving Compton (a contract city) what they were budgeted for. To his credit, Mr. Baca gave me carte blanche authority to immediately address the issues at hand. As a result of his leadership, the homicide rate decreased more than 50% to an all time low of 32.

In addition to his impact on the overall crime rate, Mr. Baca aligned himself with many organized citizen groups in Compton, such as the Compton CAB, and several church groups and directed me to continually meet with these groups, in an attempt to generate citizen involvement in the problem solving process. Mr. Baca was responsible for setting up pre-academy classes, to encourage young men and women in Compton to become Deputy Sheriff's. These classes resulted in the recruitment of dozens of young men and women from the Compton neighborhood, some of whom subsequently became Deputy Sheriffs'. To my knowledge, this program was a first of its kind and had never been done before.

As a direct result of his insight and direction the homicide rate in Compton never exceeded 32 and went down each of the next 3 years. The success in Compton was subsequently spread throughout the county, through the Operation Safe Streets program. By monitoring academic performance, this program targeted school aged children who were in danger of becoming gang affiliates. In this capacity, Mr. Baca directed me to meet with every principal in the City Terrace Area of East Los Angeles and get a constant count of student attendance. When a child was truant, we sent a Deputy Sheriff to the home to make a determination as to why that student was not in school. It became very clear to me that Mr. Baca was more interested in the education of young men and women than he was to incarcerate them when they went afoul of the law

325

Immediately prior to my scheduled retirement, I received a call from Mr. Baca. He was concerned with the accounts of jail violence and wanted me to be inside Men's Central Jail to assist in his plans of Education Based Incarceration, and the reduction of Deputy involved uses of force. I knew that inmates in the California state prison were afforded the opportunity to further their education, but never imagined that such opportunities could be afforded to county jail inmates, due to their transient nature and the relatively short duration of their incarceration at county facilities. As of result of Mr. Baca's leadership and understanding, many county jail inmates were involved in various educational programs, with some receiving their high school equivalency diplomas. It was clear to me that Mr. Baca was very well liked by the inmates, and his Education Based Incarceration Education was a huge success. As to the force issues regarding Men's Central Jail, he directed me to develop a two-week training class to address the use of force and develop other options. The force decreased drastically and the class was attended by Esther Lim and Peter Eliasberg of the ACLU who were very pleased with the class and the results.

Another of Mr. Baca's programs allowed for visits to area dog pounds, where numerous dogs, some that were old, badly injured, and extremely mistreated, were adopted and assigned to an inmate who under the tutelage of a dog trainer would learn how to train and care for an animal, possibly preparing them for a job working with animals upon their release. The presence or the dogs in the custody setting had a relaxing effect on the inmates, leading to less stress and less conflict with deputies. The beautiful thing about the program was that everyone benefited. After the dogs were trained by the inmates, they would be adopted by Deputies and taken to a loving home. Once the dogs were adopted the cycle was repeated.

I could go on for pages with praise for this man, however, I hope I have made my point. Mr. Baca was an extraordinary public servant and will always be an extraordinary human being. No supervisor I had ever worked for cared about people as Mr. Baca did. His attitude was always positive and he was loved by the community, especially in the poorer areas of Los Angeles County. It was my pleasure to serve him and I will continue to think outside the box to go the extra step to really make a difference in all people's lives just as he taught me.
Your Honor, thank you for your time.

Sincerely,
Paul Pietrantoni

Retired Commander, Los Angeles County Sheriff's Department

326



le parc

May 12, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I'm writing to you as both a 20 year resident of Los Angeles and also in my capacity as Director of Sales and Marketing for Le Parc Suite Hotel, a 154-room boutique hotel located in West Hollywood.

I've met Lee Baca a number of times, mostly in professional settings here at West Hollywood Sheriff's Department Functions and Chamber of Commerce Events. On some occasions, he was an attendee, but on others, a guest speaker.

Each time we met, he struck me as an extremely bright, articulate, caring individual whose only interest was that of "protecting and serving" the people of this city and living up to all that goes along with motto of the department.

On several occasions I recall Mr. Baca speaking about his commitment to the youth of the city, the necessity for providing assistance to battered women, and the importance of education, something he himself chose to pursue after entering the force, earning his bachelor's degree, master's and a Ph.D. from USC.

No doubt you will hear from others who will speak to his other positive traits and successful accomplishments. I just wanted to show my support for this individual by taking a moment and briefly provide my recollection of our encounters.

Sincerely,

Barry D. Podob
Director of Sales and Marketing

733 N. West Knoll Drive
West Hollywood, CA 90069
310-855-8888
www.leparcsuites.com

327

Exhibit E, Page 409

June 1, 2016

Dear Judge Anderson,

I write this letter in my personal capacity as a native Angeleno and as a private citizen who has come to know Sheriff Baca over the last fifteen years. In my professional life I am a civilian prosecutor on terrorism cases for the federal government in Washington, D.C. and I am a reserve officer in the United States Army Judge Advocate General's Corps. I disclose my full identity up front, but my views here are written in my personal capacity only.

Over the last fifteen years I have come to know Sheriff Baca's character well. You will undoubtedly have received numerous letters attesting to his character with specific stories and anecdotes. Knowing such stories have reached you in bounty, I prefer to respectfully direct your attention to the inherent fairness that Sheriff Baca deserves in this judicial process, and which I fear he may not be accorded as a citizen entitled to such fairness. The confluence of Sheriff Baca the public figure with massive media coverage and public interest and Leroy Baca the American citizen produces troublesome conditions when combined with this fragile time in our national discourse regarding police conduct.

Leroy Baca is an American citizen. For this reason alone he deserves a fair process and fair outcome. It is my hope that, for sentencing, he will be treated as Leroy Baca the American citizen. I do not and will not argue in this letter that he should be given special treatment because he gave his life to the people; and that he did. I argue that he be given the rights and fair outcome of an ordinary citizen.

I fear this may not happen and that the process has already been infected with influences that are the mortal enemy of justice. I fear that such influences might have befallen Leroy Baca as he decided whether to waive rights, influences that an ordinary citizen would not have to shoulder. If I were Sheriff Baca's attorney I might advise him that in this current political climate and fervor among residents in major cities—some of which is certainly justified—against the abuse of authority and misconduct by police, there may be a risk that a fair jury trial would be not be possible, and that Sheriff Baca should waive rights and seek a plea. If I were the attorney for Deputy Leroy Baca who no one had heard of and whose story attracted no media attention, I might advise Leroy to take the case to trial. I leave it to you dear Judge to draw your conclusions on what fair outcome would be possible in such a situation for such a citizen. What choices did a citizen within your jurisdiction *actually* have before him when considering waiving rights such as a jury trial?

Furthermore, I submit that perhaps one of your citizens under your jurisdiction, Leroy Baca, an American citizen with the same rights as a non-public official, faced an uncommon set of factors in deciding to waive rights. In addition to tremendous monetary expense, a jury trial would bring immeasurable unquantifiable cost to him and the city, to the perception of the public regarding the rule of law, to the trust between citizens and those sworn to uphold their rights, and yield a potentially unavoidably emotional jury that might deliberate with a collective psyche filled with pervasive contemporary news narratives that suffuse mass media regarding scandalous police. Such costs to the people and to the city I believe would weigh heavily on the decision-making of a man who has given his life to the people and to his city. His choice. Indeed, these costs are irrelevant to any judicial proceeding, including sentencing. Only the law and the interests of justice should be considered as we so well know and dearly hope for in each proceeding. But Sheriff Baca did not face factors in his decision-making to waive rights that the ordinary American citizen would. This is the flat truth. And this must be considered in the interests of justice and in examining the true availability of rights to a citizen, perceived and actual. Here is why: if we can be even somewhat uncertain that any degree of *voir dire* would provide a fair jury that would only apply the law to the facts, we must ask what the right to jury trial qualitatively means, and if it means the same thing under different circumstances for an ordinary citizen. In other words, did Sheriff Baca truly have a right to a fair jury trial? Could he reasonably believed that this right in its true sense was available to him? While the system we believe in implements safeguards, we nonetheless must ask if the intent of that right was truly available to Sheriff Baca, and whether he reasonably believed this

328

to be so. I fear much in this current political and social climate for public officials who have no less rights than the common citizen.

Now, to sentencing: Undeniably, the negative sentiment toward police based on recent massive national news coverage of recent known cases of misconduct is seemingly growing, and at times the sentiment in our common citizen can be imprecise, provoked, and incongruent in relation to narrow circumstances. I fear that part of the public that is struck with the fervor against police at this fragile time—for reasons they are in certain circumstances certainly justified to feel—would perceive Sheriff Baca not receiving a sentence that includes prison time as evidence of a broken justice system and another bad cop getting off the hook. Perhaps this would undermine the perceived legitimacy of the court and justice itself. I also fear that some leaders in our justice system and perhaps some political figures would perceive the same. I fear these conditions because they can have consequences that can transcend the purposes of law. As the law is to be applied justly and dispassionately in the interests of justice in such a manner that results in prison time for a citizen, so to is the same to apply to a decision that results in no prison time. I find it deeply troublesome as a private citizen that I should find myself writing such fundamental principles that must read like basic canons to someone of your stature. But this is the time we live in and my words reflect current conditions. I assure you I would seek none of your time or attention for such simplicity and have spent a great deal of time selecting these words that facially appear basic. It is my greatest hope that you will examine beyond my words instead the anxieties underpinning this citizen's fear for justice in the context of our most unique contemporary state of affairs related to justice and police conduct. In sum, fairness demands punishment for those public officials and ordinary citizens who deserve it and not those who do not.

I believe it would be against the interests of justice for Sheriff Baca to receive any time in confinement. I believe this based on my close and thorough examination of this case. I will make no legal arguments, as I believe that would be inappropriate. I only remark as to the principle of fairness. What would be the result from start to finish, including the choice to waive rights, for Leroy Baca? What about for Sheriff Baca? If there can be any difference, the court should appropriately and necessarily ponder this in the interests of justice for sentencing.

Perhaps it would be perceived by some in the population, the common and the powerful, that jail time for Sheriff Baca was handed down because of political pressures. Perhaps it would be perceived by some in the population, the common and powerful, that Sheriff Baca received no jail time because of political pressures. Any such factoring in either direction would be equally offensive to justice and repugnant to public policy. Leroy Baca deserves fairness.

Dispassionately, it would be an egregious miscarriage of justice for Leroy Baca to be given any time in confinement. I thank you for considering the views of a common citizen who has come to know Leroy Baca and Sheriff Baca for fifteen years.

Very Respectfully,

Omar K. Qudrat
4833 Reservoir Rd. NW
Washington, D.C. 20007

329

Exhibit E, Page 411

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

In 2011 I became one of the first AB109 women sentenced under the realignment, to serve my 6 year sentence in the Los Angeles County Jail.

A society's civilization can be appraised on the way their jails and prisons are.  Education is the one public service that is connected with almost every economic, social, public health and civic strength - and its absence or failure is associated with nearly every economic, social, health and civil program.  There is a direct correlation between education and the majority of needs in our society.

If it were not for Sheriff Lee Baca's insight and vision in creating the EBI and Merit program, which focused on values, attitudes and positive thinking I would not be the person I am today.  Sheriff Lee Baca realized our future depended on undoing our past.

Sheriff Lee baca realized that good people are sometimes capable of doing bad things and allow stupidity to

330

Exhibit E, Page 412

overcome rational thought.   For believing that we are all much more than the worst thing we have ever done.

Fast forward to 2016, it has been 4 years since I graduated from the Merit Program and because of Sheriff Lee Baca and his vision I am no longer scared of what I will find when I look inside myself.  He helped me turn chaos to order, confusion to clarity.  He helped me realize it's not what we do occasionally that makes us who we are: it's what we do consistently.  What's inside us has the power to radically and positively alter our lives.  Those of us who are realistic know that a single persons will, strengthened by integrity and purpose, can be more powerful than anything.

I consider Sheriff Lee baca a friend and mentor.  I reached out to Sheriff Lee Baca when it came time for me to secure a job knowing that I would have to undergo a background check.  He graciously contacted my present employer to let her know that I was now a person with integrity.  Because of his commitment to helping those willing to change I was able to secure the position I currently have today.

Sheriff Lee Baca's vision, compassion, and friendship allowed me to prepare for my my future, academically, vocationally, and spiritually.  Sheriff Lee Baca still today offers hope and words of advice to promote programs that transform and establish opportunities for the formally incarcerated.

331

Exhibit E, Page 413

The key to success is to have a vision and for reinforcing the idea that no part is more important than the whole. Sheriff Lee Baca, my mentor and friend was always telling me that it doesn't matter where we start in life; it matters where we finish.  He continues to encourages not only me but many to make decisions based on principles.

With Sincere Respect and Gratitude,

Caryn Quincey

332

Exhibit E, Page 414

BURLINGTON SCHOOL, INC.
242 N. Burlington Avenue, Los Angeles, 90026
Los Angeles, California 90026
213-483-0928  Fax 213 483-090

February 29, 2016

Honorable Perry Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re:  United States v. Lee Baca

Dear Honorable Perry Anderson:

I am Cecilia Ramos, a Filipino American residing at 828 Bunker Hill Avenue, Montebello,
California 90640 since 1977. I am also, founder of Burlington School since 1974
And have been providing quality education to preschoolers and kindergarteners, for over 40 years
So parents can go to work with peace of mind knowing that their children are safe
in a learning environment.

My husband and I developed low income housing at Historic Filipinotown located at 419 N.
Mountain View , LA 90026   (21) units and  417 & 439 N. Bonnie Brae LA 90026 (44)
For 30 years whereby families who are low income are provided subsidized housing in a clean,
Safe and friendly environment.  We are the quiet builders of community.

My husband, Valente G. Ramos · (passed away (2004) was the past president of Mapua Alumni
Association , past board Member of SIPA (Search to Involve Pilipino Americans, while working full time
as an Associate Civil Engineer with the City of Pico Rivera and City of Inglewood. We love  America,
we worked hard and achieved the American dream, with 3 children, who are successful as a doctor,
engineer and a consultant. Busy running a school, raising 3 children and assisting husband with
development, we also are active in our Catholic Church at Montebello, St. Benedict, where I am
a Eucharistic Minister.  At present, I am the President of Historic Filipinotown Rotary Club and
Historic Filipinotown Neighborhood Council, 501 © corporation.

Sheriff Lee Baca was faithful to his duty to make LA County safe for Filipino Americans like us.
He cares about us, Filipino Americans in our endeavor to achieve the American dream by
Inspiring us with his friendship and continuous presence in our events/affairs . He showed respect and
love for our community for over 20 years. We fully support Lee Baca's endeavor and request leniency in
your judgment.  He is an asset to all communities that he was in charged of.  Again, we request your
leniency with Lee Baca.

Sincerely yours,

CECILIA C. RAMOS

333

# C. A. RASMUSSEN COMPANY, LLC



2320 Shasta Way, Suite F, Simi Valley, CA 93065 ● T (805) 581-2275 ● F (805) 581-2265

March 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Dean Rasmussen. I am 72 years old. I was born and raised and reside in California. I earned the Eagle Scout award when I was 13 years old, was a three time AAU All American in Track & Field, I hold a Lieutenants Commission in the US Naval Reserve. I earned two Bachelor of Science degrees, one from the United States Merchant Marine Academy in Kings Point, NY and a second one from Arizona State University in Construction Engineering.

With my father and my brothers, we built our firm C. A. Rasmussen, Inc. into fourteen offices in California and over 1,000 employees. I am retired from that business but continue to work developing property. I consider myself an excellent judge of character and I have strived to only associate with people who are honest, giving and forthright.

I was diagnosed with Parkinson's disease eight years ago and have firsthand experience dealing with a debilitating disease. My heart goes out to Lee Baca who was recently diagnosed with Alzheimer's disease. I am writing to you to request leniency when you consider the appropriate sentence for Mr. Lee Baca.

I have known Mr. Baca for over 15 years and I know that he is a person who tries to always do the right thing and to give the best of himself to serve others in every way every day.

I know that because of the position Lee held, he is expected to maintain the highest level of conduct at all times. I also know that humans such as me or Lee often make mistakes, but I also know when you weigh all of the good that Lee has accomplished in his life, it will vastly overshadow his mistakes.

Just a thought of maybe being incarcerated is devastating to Lee. Please search your heart and see what a good person Lee truly is and give him the least sentence possible.

Very truly yours,

*Dean Rasmussen*

Dean Rasmussen

334

 

**Ira K. Reiner, Esq.**
**1290 Sunset Plaza Drive**
**Los Angeles, CA 90069**

Honorable Percy Anderson
United States District Court Judge
United State Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

RE: UNITED STATES v. LEE BACA

Dear Judge Anderson,

I first met Captain Lee Baca in December 1984 on my first day as District Attorney during my rounds of the Sheriff sub-stations to introduce myself. The meeting lasted considerably longer than any of the meetings that I had with other Captains. My time with Mr. Baca was not just longer, it was qualitatively different in both tone and scope.

I asked each of the Captains for advice and guidance. Somewhat predictably, their focus was on the practical aspects of Law Enforcement—resources, logistics, etc., except for Captain Baca. He seemed to be anxious to seize the opportunity to emphasize to a new D.A. the importance of developing a relationship of mutual trust with the community, with emphasis on "mutual," but not a word on "crime suppression." It was all about the moral responsibility of everyone in the Criminal Justice System (yes, you Mr. New DA!) to change the self-perpetuating and self-defeating adversarial culture that was developed between "us and them."

During my time as D.A., I only occasionally interacted with Captain Baca. However, when I did, it was often the same imperative that he sought to impress upon me: "Show respect to the communities that you serve to gain their respect."

1

335

Exhibit E, Page 417

**Ira K. Reiner, Esq.**
**1290 Sunset Plaza Drive**
**Los Angeles, CA 90069**

In 2010 I took a position as President/CEO of the Homeland Security Advisory Commission, a public/private partnership to coordinate the private sector's disaster response with first responders. Sheriff Baca and Mayor Villaraigosa were Co-Chairs. One of my responsibilities involved community outreach. Although I had long considered Sheriff Baca to be the most enlightened community oriented law enforcement executive that I had worked with. I was nonetheless somewhat unprepared to see first-hand just how extensive-- and deep-- was his personal connection with so many different communities. These were relationships that clearly took years to develop, nurture and maintain.

I hope that I have helped to contribute to Your Honor's understanding of the fullness of Mr. Baca's career in law enforcement.

Thank you for your consideration.

Ira Reiner
Irakreiner@yahoo.com
310.659.8960 home
310.406.4450 cell

2

336

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I felt really honored when I was given the opportunity to write a letter supporting Lee Baca. The two years I spent in the Los Angeles County Jail under the care of Sheriff Baca not only saved my life, but gave me the confidence and direction I needed to become the leader in my own community that I am today.

My name is Steve Rogers, and I currently live in Pasadena, California, and it's important to me to tell you how much Lee Baca and his tranformative justice programs have done for me and countless others. When I first came to L.A. county jail, I was a career criminal who had never heard the name Leroy Baca. By the time I was released I was a student teacher, with compassion, and I met and shook hands with Sheriff Baca several times.

337

Exhibit E, Page 419

I began my sentence in the psychological medication unit due to the narcotics in my possession at my arrest. Once cleared, I was moved to general population where I eventually got an opportunity to join Sheriff Baca's Education Based Incarceration program. I put in a request, not having any idea how much time and energy they were about to invest in me.

Over the remainder of my term I learned the kind of self esteem I never found on the streets. I learned to set goals, and live for a purpose, and more the anything I learned that helping people is the right thing to do even if other people can't see you. Lee Baca didn't just teach us that, he modeled it for us.

He quietly opened doors to our future the world would never hear about. We all saw the news reports, we read the articles. We heard words like abuse, neglect, brutality, but those words don't make a whole lot of sense when dozens of guys are painting cell windows for the Christmas decorating competition. You see we knew the truth.

So the papers sold their stories, while inside the Twin Towers Correctional Facility, over 60 men graduated a program that would make us whole again. Sheriff Baca shook every one of our hands and gave each of us the first diploma most of us had ever earned. Do you have any idea what that does to people like us? The average education level before we started was 4th grade. Doesn't everyone deserve a chance to be looked at as a success, even if it's only for a moment.

This August I will have 4 years clean and sober, and tomorrow, I will be returning to Sacramento to lobby for

338

Exhibit E, Page 420

SB1286 before the California state senate to increase transparency. On Sundays I lead a Bible study called Crossroads at Lake Avenue Church in Pasadena, you're welcome to come anytime if you want to hear more of my story. I spend most of my off time connecting recently released and formerly incarcerated folks with support and resources.

I don't keep in contact with all the guys I graduated with, but I do talk to a few dozen of them. I love to hear about their jobs, and see pictures of their children, or hear about the people they're helping, and how they've rebuilt their families. I've even gotten to see a few get baptized.

What I've learned from Lee Baca has changed my heart, and today, I get my excitement reaching out to others, and I wouldn't trade one moment of the time I spent in custody. Thanks for listening.

Steve Rogers

(626)316-8802

Steverogersnow@gmail.com

Sent from my MetroPCS 4G LTE Android device

339

Exhibit E, Page 421





Mike Roos & Company

March 22, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom 15
Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson:

My name is Mike Roos. I have lived in the City and County of Los Angeles since 1967.

My past working experience has included the Executive Director position of the Coro Foundation, Chief Deputy to Los Angeles City Councilman Marvin Braude, Member of the California State Assembly from 1977-1991, where I served as Majority Floor Leader and Speaker Pro Tempore, and President and Chief Executive Officer of LEARN, a public school reform initiative.

I can be contacted by telephone at (213) 438-1790.

I wanted to convey a few sentiments about Lee Baca that, I would hope, might bear favorably on your judgment regarding his sentencing.

I have gotten to know Lee over a period spanning 25 years. In that time of numerous political and social interactions, I devised a nickname for him, "A social worker with a badge". I had never met a law enforcement official with the empathy for those on and beyond the margin. Lee was constantly trying to create positive avenues for self-improvement and mainstream society.

Lee has a unique empathy for individuals which led to observable distinction for the profession he chose and executed. He would be the first to propose educational and rehabilitative methodologies over those that perpetuate a life of social dysfunction.

515 S. Figueroa St. • Suite 1800 • Los Angeles, CA 90071 • Tel: 213.438.1790 • Fax: 213.239.9443

Exhibit E, Page 422



I carried the first successful assault weapon ban in the country, and Lee was an outspoken supporter. You will find that he carried forth support for the subsequent legislation that positions California as the leading State in reducing firepower in the wrong hands.

Beyond this specific example is a collage of actions I applauded over the years. He was notable as peace keeper and continues to live a life as a peace lover.

If anyone deserves the benefit of the doubt for all the contributions he has made to our community, it would be Lee.

Sincerely,

Mike Roos

341

## EDWARD P. ROSKI, JR.

April 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:     United States v. Lee Baca

Dear Judge Anderson:

My name is Edward P. Roski, Jr.  I am the president and chairman of the board of Majestic Realty Co., the largest, privately-held developer and owner of master-planned business parks in the United States.   My father, Edward P. Roski started Majestic Realty Co. in 1948. Today, Majestic has 76.5-million square feet of industrial, office and retail space, as well as sports, entertainment and hospitality project.  Headquartered in the City of Industry, Majestic has regional offices in Atlanta, Dallas, Denver, Las Vegas, and Bethlehem.

I have known Lee Baca for over 20 years.  He served in the Marine Corps the same time I served.  In the times we spoke, it was apparent that he cared for the citizens he served in Los Angeles and that he was concerned for the well-being of the men and women who worked for him.  I can tell you that he is a man of outstanding character.

Should you wish to speak with me, I can be reached at (562) 948-4301.  Thank you for your time.

Sincerely,

Edward P. Roski, Jr.

EPR:dh

13191 CROSSROADS PARKWAY NORTH
SIXTH FLOOR
CITY OF INDUSTRY, CA 91746-3497
562/948-4301
FAX 562/692-1553

342



## WESLEY  HSU-AN  RU

March 19, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street
Courtroom 15
Los Angeles, California, 90012

Re: United States vs Lee Baca

Dear Judge Anderson

My name is Wesley Ru, I have lived in California since 1966. I have owned and operated over 9 companies in the Los Angeles area, including Western Badge and Trophy Company. Established since 1912 . I currently reside at 2065 South Oak Knoll Avenue, San Marino, California 91108.  My cell is 323 687 8299 and my email is wesru888@gmail.com.  I have lived in and around the San Marino, Pasadena area for over 30 years.   I have known Mr. Baca for over 20 years.

In one's journey through life, few are blessed with a travel mate such as Leroy Baca. Although I am 12 years his junior, he has always treated me as his equal. He would spend hours upon hours encouraging and mentoring me to help me achieve my goals and dreams. Your Honor, for example, I suck at golf, but Lee would take it upon himself to spend days patiently teaching me the concept of the swing and the finer techniques of this impossible game. Even after he became Sheriff much later on, Lee took the time to listen and council me on matters both personal and professionally.

I was not a big donor to Lee's campaigns, nor did I participate in his law enforcement circle. But we remained good friends and I was very proud of Lee as I watched him thrive from the sidelines.

343

Exhibit E, Page 425

Lee's personality is not what you would expect from the stereotypical head of one of the largest police organizations in the world. He is loyal to a fault, compassionate and open minded to all walks of life. I have never met such an open-minded person in my life. Because of his loyalty to his friends and staff, he trusted their judgment and defended their actions. 99% of the time, he made the right decisions, but no man can be expected to achieve perfection. We can only look to a man for his attributes and contribution to the society as a whole. Yes? God created us not to be perfect but to be awesome. Leroy Baca is an awesome human being. He was able to bring together people of different faiths, cultures and political affiliations to better understand our need as a society to coexist and for tolerance. Lee loves the Sheriff Department and loved being a Sheriff. His passion for police work and community has made a huge difference in the lives of countless people around the world. Lee is a good man, devoted husband and a loving father. He is a great inspiration to so many of us.

Your honor, thank you taking the time to read my letter and your willingness to truly understand the person behind the job description. Lee Baca can benefit so many more people with his wisdom and his time if he is allowed to be amongst his greatest love. People.

Sincerely

Wesley Ru

344

Exhibit E, Page 426







626-300-9000    simon@usnci.com

Dear Judge Anderson:

I am Simon Saeheng, President of New Century Insurance Services, Inc. for 27 years.

I have known Mr. Lee Baca for over 10 years.  Lee is faithful to and loves the community he serves since 1965.  Lee is a courageous and compassionate leader by taking on full responsibility on all charges; to help the LASD to move on under the new leadership of Jim McDonnell.

Lee has been a friend to the community for the last 49 years and the community continue to support him now.  I wish you could take into consideration of what Lee had built – the bridge and trust for the community and law enforcement.

Sincerely,



Lee Baca serving LASD 1965-2014

345

Exhibit E, Page 427

June A. Salin
5204 Seabreeze Way
Oxnard, CA  93035

Janis B. Salin
258 E. Alegria Ave.
Sierra Madre, CA  91024

March 21, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

        Re:  United States v. Lee Baca

Dear Judge Anderson:

        For over 20 years, Lee Baca has been a part of our family's life. We met Lee through our mother, Lillian Salin, when he had just become the Chief Deputy of the Los Angeles Sheriff's Department. As a holocaust survivor, our mother always had the unique ability to see through the layers of a person to find their inner soul and goodness. Mom felt that Lee embodied the attributes of personal integrity and leadership. They became trusted friends and our families became close. The Salin family benefited from knowing an outstanding man who lived for public service and the betterment of others. We knew through our interactions with Lee that his first priority was his duty to the public.

        We also learned that Lee came from humble beginnings, and worked extremely hard to earn advanced degrees and achieve increasing responsibility within the Sheriff's Department. As Lee's prominence and responsibility grew, he never lost sight of his commitment to public service. Lee always served his constituency with hard work and honor. We wish that more public officials could uphold this philosophy and perspective.

        Time and again during the holiday dinners that Lee spent with our family, we experienced a man who cared deeply for the communities and people he served. Above all, we learned to share ideas and understand the importance of family. We learned from one another to embrace responsible jobs that stress the importance of helping others. Lee was a role model in his devotion to the people with whom he worked, and he went to great lengths to cultivate their abilities and help them through personal and professional problems.

        We cannot begin to understand the extraordinary effort and commitment it takes to run the country's largest Sheriff's Department for more than 15 years—a Department that oversees thousands of employees and serves over three million residents. We do know that Lee was committed to doing everything in his power to protect his people and serve honorably.

346

When our mother passed away suddenly in 1999, Lee provided emotional support to our family and made sure we understood he would always be available for us. Lee gave a moving tribute to our mom during her memorial service, along with then Mayor Riordan. By writing this letter, we want to let Lee know that we honor him and his service and that we will always stand beside him.

Your Honor, if Lee is guilty of an error in judgment that now brings him before your Court, we feel he has already paid a steep price in terms of loss of honor and reputation. Our objective is to emphasize that, based on our long-term experience, Lee Baca embodies moral character, has devoted his life to the spirit of the law, and embraces compassion for his fellow citizens.

With respect,

June A. Salin
Managing Member
Sadiki LLC/Manadoob

Janis B. Salin
Senior Vice President and General Counsel
Tetra Tech, Inc.

347

Joseph A. Santoro
City of Monrovia
Chief of Police (Retired)
2549 Country Club Drive
Glendora, CA 91741
Telephone: (626) 852-9459
Email: jsantoro11@verizon.net

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a retired police chief who served 36 years in law enforcement for the Monterey Park and Monrovia Police Department's. I have known Lee Baca for over 30 years and will not try to justify his conduct leading to his conviction for misleading the FBI in their investigation of the sheriffs department.

This letter is simply to ask the court to consider Lee Baca's many accomplishments during his 45 years in law enforcement and on a daily basis the many people he helped as a Deputy and Sheriff of Los Angeles County. Simply put, I don't believe you will hear any newspaper give him credit for his lifetime of dedicated service to the many diverse people of the County.

During my years as a police chief I have always found Lee Baca to fully assist and cooperate with municipal police chiefs' who frequently requested assistance from the Sheriff's Department. I cannot think of a single time when he refused to assist any municipal police chiefs' request for help.

1

348

I believe his outreach to communities he served and independent cities was one of the reasons the county's crime rate was among the lowest in major metropolitan areas.

I never worked for the Sheriffs Department but over the years I did work with Lee Baca on many law enforcement and social problems impacting the public and law enforcement. Here are two example: We worked together in developing training programs to improve how law enforcement could do a better job addressing the homeless and the mentally ill populations of the county. During these projects and other projects I personally observed his true commitment and dedication to his job and how to give a voice to those who, at that time, did not have a voice in the county.

I believe we are all in agreement that Lee Baca had a very large and demanding job as Sheriff of Los Angeles County. However, I will always remember his true concern for the homeless person suffering on the street, mentally ill and poorly educated inmates, or troubled communities being victimized by gang members, crime and poverty.

It was obvious to me why the people of the communities he served appreciated Lee Baca. I feel it was because he always gave the job 100% and the extra effort that demonstrated he truly cared deeply about them and their safety.

Sincerely,

Joseph A. Santoro

2

Exhibit E, Page 431

 

Case 2:16-cr-00066-PA    Document 41    Filed 06/20/16    Page 18 of 69    Page ID #:517



creative care
MALIBU
25 years

March 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom15
Los Angeles, CA 90012

RE: United States vs Lee Baca

Dear Judge Anderson,

My name is Cameron Saul, and I was an inmate who was incarcerated numerous times in the Los Angeles County Jail system. I was a repeat offender who spent over 7 ½ years in the jail and prison system. I was someone who never thought I could change, and had succumbed to the idea that a life of incarceration would be my end result. I wanted to take the time to write you this letter, to give you my first-hand experience of the man that Lee Baca actually is.

During my last incarceration in 2007, I was approached by 2 deputies who had seen me come in and out of the Los Angeles County jail over and over again. These two deputies were in charge of the Social Mentoring and Academic Rehabilitation Program (SMART). This was a program that was envisioned by these two deputies, but had the full backing and support of then sheriff Baca. After going through this program, I began to change my ways even while incarcerated. I went from being an angry, hostile inmate, to one who was calm and respectful. I went from being someone who had no dreams or goals, into someone who spent his days talking about my dreams and goals with deputies. Eventually I was asked by the 2 deputies who oversaw the SMART program, to become an inmate trustee. An inmate trustee is an inmate who works while incarcerated, rather than just "doing time". I began working in the SMART Program, and challenged other inmates to become involved. [...] in program was full of inmates excited about the possibilities for the future. Throughout my 3 year stay in Men's Central Jail [...] numerous graduations, for inmates now had received a high school diploma, GED, and certification in numerous programs. [...] Baca attended every single inmate graduation, and always spent time talking to the inmates. On one occasion, I had the pleasure of meeting him. Sheriff Baca challenged me to continue [...]

5941 Trancas Canyon Road | Malibu CA 90265 | 800-832-3280 | www.creativecareinc.com

350

Exhibit E, Page 432



... believed in the man that I wanted to become. This event could sound trivial and unimportant to you, but to me, it was life changing. You see, I was an inmate. I was taught to hate this man. I was trained to believe that he did not care about my future, and could care less if I returned or not. But that day, Sheriff Baca proved everyone wrong.

Eventually it was time for the SMART Program to grow. It was only serving a very small population of inmates. Sheriff Baca decided to take this program jail wide, and call it The Education Based Incarceration Program (EBI). As I continued to grow and change within the jail system, I was introduced to some curriculum through The Pacific Institute. It was a curriculum that challenged me to think about my beliefs and taught me how to turn ideas into reality. Upon completion of this curriculum, I found myself a completely new man. The 2 deputies that I worked for asked if I could get put together a class, teaching other inmates to change their ways just like that. A meeting was set for Sheriff Baca and I to discuss the possibility of having an inmate teach a class. After our meeting, Sheriff Baca gave his blessing and thought that inmates would hear the message better from one of their own rather than just some outside located. This idea was not popular with some deputies, as they did not believe in inmates changing their ways. This was never Sheriff's belief. Sheriff Baca then introduced me to the facility Captain at the time, and told me that I would always have an open door to this man. He said that he believed in the class I was going to teach, and that he wanted to make sure that got me help in this way. He said that I had the full support of Mr. Baca and his department, and that he wanted me to start teaching this class soon. I was blown away by the gestures of this man. Why, would a man who was in charge of so much, who was being accused of all of this, take time, fating the time to talk and encourage me? Could anyone who did this be wrong?

After graduating my New Directions Program, I continued my ... When I became the first "Inmate Facilitator", and I facilitated ... ... and doing reviews from other inmates. There would be half hour ... my 3 monthly graduation ceremony that I held for the inmates asked to ... take of my program. We gave speeches each time, telling my class ... ... that I believed in them. I beg them that if they were ... ... to live my life turning to education rather than ...

... I chose the Los Angeles County Sheriff's Department because of ... ... the actions of Mr. Lee Baca. They saw a man in ...

5941 Trancas Canyon Road | Malibu CA 90265 | 800-832-3280 | www.creativecareinc.com

351



creative care
MALIBU
25 years

thought. When other people in the jail program wanted to shut down programs and give inmates less education, Sheriff Baca stood up for the inmates and overruled the nay-sayers. Sheriff Baca was a Sheriff who believed in the inmates' potential to learn, achieve, and live fulfilling outside of the jail walls.

I was released from the jail and prison system in 2010. In 2012, I was contacted by a deputy who was involved in the EBI program. He asked if I was willing to come back the jail as a civilian and continue teaching my class. I was surprised, because generally inmates cannot return to the jail as a civilian unless they have been out of jail for a long length of time. I told the deputy that I would love to come back and continue teaching my program to the inmates. I asked him how I would be granted clearance to enter the jail, since I had only been out for 2 years. He told me that I needed to fill out the application, and that it would be rejected by the powers that be, but that Sheriff Baca said that he would sign the clearance after the initial denial. Sure enough, I was called a month later, and Sheriff Baca [program overruled the decision and granted me access to teach in the EBI program. Today I still teach my New Direction Program in the jail, and inmate response is great. The inmates feel that they have learned more from being involved in the EBI program that anything else in their lives. Time and time again, I have been amazed at this man's vision and dedication to provide education and rehabilitation to inmates, even during the quietest of deputies and senior staff.

Today I live a beautiful life. I have been out of jail since 2010. I have a great job that allows me to help others. Today I am an honest, law-abiding, tax-paying citizen. I am a man who has accomplished all of the goals that I set for myself in the Los Angeles County Jail. I am a man, whose life was forever changed by the forward thinking and vision of a man, Sheriff Lee Baca. I am a product of the Los Angeles County Jail system in a positive way under the Sheriff Baca. Without his support, his willingness to give me a chance, and his passion for watching people succeed I don't know where I would be, I doubt I would not be alive today.

If I was longer wanting the full life that you would please take out a warning. Give you the full life, I need and the fact that life needs to be lived in full, then one including the ups and downs, periods to the rough but if there are great issues that a day's suffering result, but ultimately, no one wants to hear the sad story, the great truth. Everyone only want to know the great heroes, the underdog who and he's the who succeed.



newspapers, or judged me based on what is in my file and on my record.
Lee Baca, helped me to overcome that. He gave me a platform to show
people the real Cameron Saul. I am honored to be able to write this letter
on his behalf, in hopes that I can return my best to the man that helped
to save my life. Please feel free to contact me at any time if you have
any questions regarding to my relationship with Lee Baca, or any of the
information listed in this letter.

Sincerely,

Sincerely,

Cameron James Saul
Director of Admissions
P: (818)961-6093
F: (800)832-3280
E: psaul@creativecareinc.com

5941 Trancas Canyon Road | Malibu CA 90265 | 800-832-3280 | www.creativecareinc.com

353

Case 2:16-cr-00066-PA   Document 41   Filed 06/20/16   Page 22 of 69   Page ID #:521

May 7, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Regarding:   United States v. Lee Baca

Dear Judge Anderson:

My name is John Schaefer and I am currently the City Manager in San Marino. Prior to being City Manager I served as Chief of Police here in San Marino, where Mr. Baca resides. I have come to know Mr. Baca through the time we worked together in law enforcement and because he has been a rather high profile resident here in this small city where I serve.

I want to start by saying I do not know all the details of what Mr. Baca has done, and I have been around long enough to know that the truth and what we read in the paper and see on television are often very different. That being said, I think the facts that Mr. Baca resigned his position and is pleading guilty are an acknowledgement that he has in fact broken the law.

That being said, it now falls to you to determine what the most appropriate course of action would be.   I am writing to ask you to consider two factors when making your decision. First, in all the time I have known Lee Baca and dealt with him personally and professionally, I have never known him to be dishonest or unethical. In fact, it has been my perception that he really does care about people, including criminals in jail. So, while he may have made some poor decisions in the case at hand, this has not been his standard method of operation.

Secondly, and I do not know how you weigh this, but it doesn't seem just to me that a long and effective career in law enforcement should be totally overshadowed by one or two bad decisions. Having been a Chief of Police, I have often thought about how a bad decision could so easily become the hallmark of my entire career. Having gone from the heights of respect, to being a convicted felon, I know that Lee has already paid a price greater than anyone can imagine. I don't want to say his life is ruined, because I believe restoration is one of the greatest triumphs of the human experience, but I will tell you that his life will never be the same.

Thank you for your consideration

John T. Schaefer

Voice:  626-300-0723
JSchaefer@cityofsanmarino.org

354

Exhibit E, Page 436

 

April 2, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:
My name is Joan Schmidt and I am a retired elementary school teacher. (Annunciation Catholic School, Arcadia, CA, 25 years) I also helped form the Monrovia-Arcadia-Duarte Town Council, which serves the unincorporated area and served on it for ten years. Because the Town Council is entirely volunteer and has no funding, I wrote for several weekly papers during my tenure to acquaint residents with the Town Council, what specific county agencies serve them in various capacities, (LASD, crime; CHP, traffic) and keep them abreast of what was happening in our area.

When the Town Council began, I became very involved with the Sheriff's Department. I began by reporting to residents on programs being implemented to improve our areas.

Shortly after the Council formed, in 1995, I attended a Community Advisory Committee workshop. It was there that I met then-Chief Lee Baca and was very impressed with his knowledge and vision for LA County.

After Sheriff Baca was elected, he set the VIDA Program into motion. (This 16 week proactive program helps At-Risk youths. I attended two Asian Gang Conferences and the Anti-Hate Crime Conferences, saw the establishment of a Clergy Council and Gang Advisory Groups at various stations. There was an Asian Task Force and deputies were assigned for their translation capacity. (Temple Station had 12 languages covered.)

As a human being, Lee Baca is one of the most caring people I know. He hosted the first Justice for Homicide Victims Conference. When I called their President

355

Exhibit E, Page 437

Jane Bufford to find out where to send my article, she could NOT say enough about the Sheriff's compassion. (This is reiterated by the family of slain Deputy Dave March.)

A few years ago, I met Venture County Sgt. Garo Kuredjian whose brother Jake was a slain LASD Deputy. Because there are two nieces and a nephew who never met their Uncle Jake, I asked Sheriff Baca for key chains for them from LASD as a remembrance of their Uncle Jake. Then-Sheriff Baca HIMSELF wrapped the key chains and not only mailed them to me, but included something for Annie, Jake's mom with a nice handwritten note. I cannot tell you how many times I have received handwritten Thank-you notes after sending an article. He was always so appreciative.

When I had a "Thank you" dinner for our COPS Team, Sheriff Baca had another commitment, but stopped at my home first and personally thanked every member of the team before heading to his other commitment.

During his tenure as Sheriff, Baca was honored as Sheriff for all his accomplishments. While Chief of Court Services, the Sheriff's Department merged with the Marshall's Department saving LA County $14 million a year!

Thank you for allowing me to share some memories and experiences of Sheriff Baca over a period of more than twenty years.

Please feel free to contact me at 626-358-8444 if I can be of further assistance.

Sincerely,

Joan Schmidt,
Retired Council Member
Monrovia-Arcadia-Duarte Town Council

356

Exhibit E, Page 438

" The Mountain Views News " Jan, 2014

## The End of an Era: Sheriff Baca to Retire
### By Joan Schmidt

This article will have information you won't find anywhere else about Sheriff Baca.

Earlier this week, my friend of over fifteen years, Lee Baca, made the most difficult decision of his life-stepping down as Sheriff of Los Angeles County as he announced his retirement at the end of January. He could have finished out his term, but all the negative publicity about the Department had to stop.

I went on Facebook and I was shocked about a certain retired LASD Sergeant's REALLY ROTTEN comments about the Sheriff. I wondered where this sergeant has been the last fifteen years! (Needless to say, I unfriended him!)

I met both Chief Lee Baca and Community Policing Director Natalie Salazar after I joined the Community Advisory Committee at Temple Station. They both blew me away with their knowledge and visions. During his election, I became better acquainted with Lee and Carol, (his fiancée, now wife) because of my journalism. I saw firsthand many positive programs such as VIDA, attended two Asian Gang Conferences and the Anti-Hate Crime Conference, saw the establishment of a Clergy Council and Gang Advisory Groups at various stations-the list goes on and on. It seemed to me, from day one, that the Sheriff and his Department set up programs to reach out to the community anytime problems arose. I met current Assistant Sheriff Cecil Rhambo when he was a Lieutenant on the newly established Asian Task Force. I have a picture of Chief Roberta Abner, when she was the Commander/Captain at Temple Station. She introduced ten or twelve deputies who spoke various Asian languages. The Sheriff and his Department wanted to make sure there would be translators available for ALL RESIDENTS! (This was occurring at ALL the patrol stations!) And the Clergy Council was established to reach all to residents in need and help establish a rapport and trust between the community and LASD.

The brutality at Central Jail has been abominable. The Sheriff acknowledged that and said he should have been aware of it. He took responsibility and there IS

357

Exhibit E, Page 439

NOW an Education Based Curriculum to help inmates! Yet a *LA Times* article yesterday said changes have to be made in the inmate programs!

I am NOT saying there were not wrongs during his terms. But I have a real problem with the sergeant who painted the picture ALL BLACK! This past year I attended the first Homicide Victims Conference at Sheriff's Headquarters. I wrote about it and made a few calls to find out where to send the article. Jane Bufford could NOT say enough about the Sheriff's compassion. This is what I find so upsetting. No one realizes what a caring compassionate man he is. Ask the late Deputy Dave March's parents or sister what they think of Sheriff Baca. They speak of him with love and admiration.

A couple years ago, I met Sgt. Garo Kuredjian, brother of the late Deputy Jake Kuredjian who was killed over twelve years ago at Stevenson Ranch. Garo has a daughter, and another brother Raffi has a son and daughter who never met their Uncle Jake. I mentioned this to Sheriff Baca and asked for key chains for them to have as a remembrance. The Sheriff HIMSELF wrapped them up and mailed not only them to me, but something for Annie, Jake's mom with a nice HANDWRITTEN note. Many times Sheriff Baca and Supervisor Antonovich blew me away with their handwritten "thank you" notes. Yet this Sergeant on Facebook would have us believe Sheriff Baca is the worst unfeeling person on the face of Earth.

I have concentrated too much on Lee Baca as a human being. As a member of LASD, while he was Chief of Court Services Division, Baca led to the merger of the Sheriff's Department with the Marshall's Department. The merger saved taxpayers of Los Angeles County **14 million a year!** For his efforts he received the Department's Distinguished Service Award. During his tenure, he provided leadership, management and direction to thousands of deputy sheriffs and police officers throughout his career.

All I hope and pray is that Lee Baca will be remembered not only for jail violence but for all of the positive programs he brought about and his compassion and kindness.

358

Exhibit E, Page 440

 ZURICH INVESTMENT COMPANY

9595 WILSHIRE BLVD., SUITE 401  •  BEVERLY HILLS, CA 90212  •  (310) 273-7355  •  FAX (310) 273-5983

MICHAEL L. SCHWAB
PRESIDENT

March 31, 2016

Honorable Percy Anderson
UNITED STATES DISTRICT COURT JUDGE
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re:    United States v. Lee Baca

Dear Judge Anderson:

Firstly, I am writing this letter on my own free will and accord without mental reservation whatsoever for the sole purpose of setting forth my support and relationship with Lee Baca.

I am a native of Los Angeles and have lived here my entire life.  My father was one of the founders, along with his three brothers, of Schwab's Pharmacy.  He came from a very poor background and learned the lessons of being humble, honest, ethical and the simple art of helping fellow mankind.  I am proud to say that I have inherited those qualities and have always lived by them.  Further, and following in his foot steps, I have been a Reserve Police Officer since 1981.  First with the San Fernando Police Department and currently with the Beverly Hills Police Department.

I have known Lee Baca for more than fifteen years and have always found him to be a person who cares about everyone.  If he has a downside, it is because he believes that all people are good, even the ones in my opinion, that are not so good.  Our relationship has primarily been on a social level - dinner, golf and giving each other advice as friends do.  As a friend, he has always been there for me - the major quality in a friendship.

359

Exhibit E, Page 441

## ZURICH INVESTMENT COMPANY

Over the years, I have been involved with numerous civic and charitable organizations and have solicited the help of Lee to insure their success. Always, without question, Lee has been there for me and the organizations.

I cherish our friendship and honestly believe that I have become a much better person as a result of the relationship.

Very truly yours,

Michael L. Schwab

MLS:bbt

360



# GOVERNOR ARNOLD SCHWARZENEGGER

April 7, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known former Sheriff Lee Baca for more than 20 years. We met at my youth sports program in East Los Angeles because we shared the same passion for after-school programs. He was a tremendous ally for my programs - first, Inner City Games, and then After-School All-Stars. I saw Sheriff Baca's passion for nurturing and protecting our kids. He knew, as I do, that it's important to give kids a safe place between 3 and 6pm, especially when statistics show that 70% of the students come from homes where both parents work. He knew, as I do, that we must protect our kids during the three hour window that experts call "the danger zone" because juvenile crime, drug use and teen pregnancy spike. Sheriff Baca knew, as I do, that the investment in our kids now would keep them out of jail later. He was a tremendous advocate and constantly gave back to his community.

In fact, in 2002 when I realized that we needed more funding to cover the students of California and organized Proposition 49, the After-School Education and Safety Program Act of 2002, it was Sheriff Baca who arranged a meeting for me with the law enforcement community. After I gave my presentation, he immediately turned to his fellow Sheriffs and said "let's do this. It's too important for us not to lend our voice and support." His support, along with his fellow law enforcement leaders, was invaluable in passing Proposition 49 with 56% of the vote. It wasn't just a political issue to Sheriff Baca - it was a passion - and I was so impressed with his drive to improve lives for future generations.

When I was elected Governor of the State of California, I appointed Sheriff Baca to the California State Board of Corrections. He served on the Board which oversaw the State prison systems and brought many innovative solutions to the overcrowded population, as well as programs for inmate rehabilitation.

Sheriff Baca continues to serve adults who are released from prisons and jails so they can have a crime-free future. His Education-Based Incarceration Program has graduated thousands of inmates from the LA County Jails with high school diplomas and certificates that helped future

The Honorable Percy Anderson
April 7, 2016
Page 2


employers hire ex-offenders.  Sheriff Baca's approach to rehabilitating offenders resulted in a record reduction of crime in Los Angeles County compared to the rate 40 years ago.

In the 20 years I have known Sheriff Baca, he has shown himself to be a man passionate about protecting our youth and helping them grow. Every time I have told him the kids need us, he has been there.

Sincerely,

Arnold Schwarzenegger

362

Exhibit E, Page 444

Dan Scott
25731 Palermo Court
Murrieta, CA 92563
(818) 558-1791

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Dan Scott, I'm a retired veteran of the Los Angeles County Sheriff's Department with over 32 years of experience. I retired at the rank of detective sergeant while assigned to the Special Victims Bureau (Detective Division). I spent 26 of those years investigating or supervising child abuse and sexual assault cases. I'm telling you that so you know that I've never been appointed to anything by Mr. Baca and I never worked an administrative position. I worked my entire career on the front lines of fighting crime while trying to make a difference.

I'm writing to give you my thoughts about Lee Baca from a perspective that you may not often hear. As a detective/sergeant I took my cases very seriously and did everything in my power to push the Special Victims Bureau (SVB) to be the best they could possibly be. I may have only been a sergeant but that didn't stop me from fighting for the bureau to get the respect and personnel needed to do the job properly. We (SVB) competed with Homicide, Narcotics and others for personnel and our share of the budget. I was not afraid to step on toes. I also wasn't always politically correct. These battles and high profile cases like the Catholic Priest scandal and the Miramonte School molestations often brought me to the Office of the Sheriff, face to face with Lee Baca.

In all of those meetings I always found the Sheriff to be engaged and eager to learn the facts, regardless of who was speaking. He always gave me as much time as any of the Captains, Commanders or Chiefs in the room. I felt that he wanted what was best for the department and more importantly what was the best way to serve the people of Los Angeles County. Whether we met in his office or at a public meeting such as ICAN (Inter-Agency Counsel on Abuse and Neglect), Mr. Baca always took the time to get my take on the subject.

Prior to my retirement I made a push to have all rape cases assigned to the Special Victims Bureau because I felt they would be handled better than they were by station detectives. Station detectives did a fine job, but I felt SVB detectives would do even better. The change might sound simple but the department is a large bureaucracy with many moving pieces which would include a realignment of personnel. Executives from the patrol regions were not in favor of losing detectives so they put up resistance for years. Again, I found myself in Mr. Baca's office at odds with many in the room. Mr. Baca listened to all sides of the debate and questioned me in depth about my findings and the complexities of these cases. In the end all rape cases are now handled by detectives from SVB.

363

As a detective sergeant working cases, I saw Lee Baca as a Sheriff who put the people of LA County first. He could have easily sided with his executive staff, but that wasn't the Lee Baca I know. He cared about what was the right thing to do. I could go on and on with examples of leadership and compassion but I think you understand what I'm getting at.

In 2008 I experienced an event in my life that would forever alter my world. My beloved son Daniel Jr. was killed in a traffic accident at the age of 21. I was devastated and missed many weeks of work. The department did everything possible to help me as I navigated through the darkness. I got a form letter from the Sheriff's Office expressing their condolences. A couple of days later I received a hand written letter from Sheriff Baca. His words really touched me. Eventually I returned to work full time and got involved in high profile cases and new projects even though my mind wasn't completely in it. One day my Captain advised me that we had a meeting with the Sheriff schedule and I needed to be there. I was trying to just make it through each day without drama, but I reluctantly went. As we stood in the lobby of Sheriff Baca's office waiting, I saw Mr. Baca walking towards me. The Captain, Commander and Chief who accompanied me all moved towards Mr. Baca to greet him. To my amazement he walked right past them and embraced me with a bear hug, whispering his concern for me and telling me that he can't look at his son without thinking of me and what I must be going through.

That's the Lee Baca I know and respect. He truly cared about the men and women of the department. When he said we were a family, he truly meant it.

After my retirement in 2013, I was appointed by Los Angeles County Supervisor Michael Antonovich to serve on the newly formed Blue Ribbon Commission on Child Abuse. In my capacity as a Commissioner, my job was to find ways to get law enforcement more involved and accountable in the investigations that all too often ended in tragedy. I made several visits to the Sheriff's Office and asked Mr. Baca to address the Commission. Mr. Baca was more than willing to help and went so far as to admit in a public hearing that his deputies could do better and pledged his full support with the Commissions efforts. With his help and guidance we were able to make several changes to LASD policy that I believe will save the lives of abused children for years to come.

I know that mistakes were made and Mr. Baca has taken responsibility for those mistakes. Now you have to decide his punishment for those mistakes. I hope you take into consideration all of the good that Mr. Baca has done in his career in law enforcement and how he had such a positive impact on those who worked for him. He had the confidence to listen to the voices of the deputies in the field who saw firsthand how policies affected their jobs because he cared.

Lee Baca made a difference in my career and more importantly in the lives of those we serve. Could he have done better, sure, we all could, but his contributions far outweigh his mistakes.

Thank you for taking the time to allow me to shed some light on how Lee Baca touched my life.

Sincerely,

Dan Scott

364

Exhibit E, Page 446

## LGRS, INC.
### dba



Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States v Lee Baca

February 24, 2016

Dear Judge Anderson

Over the last 10 years I have had a working relationship with Sheriff Lee Baca of Los Angeles
County Sheriff's department.  Starting in 2004 where I was in the middle of developing a mixed
use project in the Arts District, an area plagued with crime and homeless, I hosted a
neighborhood watch program attend by both neighbors and  Sheriff Lee Baca. (My first
introduction and interaction with the Sheriff).

Lee's insight of handling and addressing the issues at hand during these early days of
development gave us the impetus that continue to this day which generated both life and value
into the Arts District.  Today the area is vibrant filled with apartments, Condo's, restaurants and
retail.  I can assure you the programs and ideas Sheriff Lee Baca gave to us on this first and
subsequent meetings instilled viability and stability into this neighborhood.

From the years 2009-2014 I saw Lee at various public speaking events- St. Sophia Church,
Breakfast Club meetings at Canter's Deli, Marina Del Rey neighborhood meetings- always
addressing the current issues of the County of Los Angeles and his Sheriff's Department.

I am proud to say in my opinion Lee Baca did an outstanding job of enforcing security,
protecting its citizens' rights and of most important the ever present positive outlook the
Sheriff held for Los Angeles County.

Sincerely

Rodney K. Scully, CEO

21 March 2016

Honorable Percy Anderson:

I am an elementary school teacher, and I started working in the field of education over 30 years ago.

I have had the opportunity to see the fruits of Sheriff Baca's work in my county for several years. I have been impressed with his effective efforts to foster collaboration/cooperation between diverse groups, and his efforts to support and expand effective community programs. It is no surprise to me that he was honored as National Sheriff of the Year, nor is it a surprise to me that he achieved a stellar record of crime reduction.

Over the last 4-5 months, I have had the opportunity to have many personal meetings/conversations with Mr. Baca. He has been a driving inspiration and support in helping to forge a new charitable program (that I will be involved in) with the purpose of providing tutoring and other educational opportunities for underserved children in the South Los Angeles area. Mr. Baca's commitment has been unwavering. His sincerity and dedication to humanity are unequivocal. I have experienced Mr. Baca as an accessible, caring man of integrity. He is down to earth—ready to personally roll up his sleeves to help get the job done.

My dream to provide more educational opportunity to underserved children is coming to life in no small measure due to Mr. Baca's initiative and support. He has inspired me to think and do bigger.

Sincerely,

Ron Seagal
Email: rseagal@gmail.com
Phone: 310-998-7529

366

Exhibit E, Page 448

Honorable Percy Anderson                                    March 26, 2016
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter to express my support for Lee Baca. I am a retired member of the Los Angeles County Sheriff Department. I have known Lee Baca for over three decades. I have watched him rise through the ranks to become the Sheriff of Los Angeles County.

I had the distinct privilege to be a member of his executive staff shortly after he was elected Sheriff in 1998. I traveled with Sheriff Baca throughout the Department as he visited each command and unit as the new Sheriff. He spoke often of the Core Values he believed in for the Department. He encouraged all deputies to be a leader in the communities they served. He spoke often of his credo of high standards, best efforts and noble thoughts as he said to "keep you in check".

When Sheriff Baca was first elected he spoke to his staff about his vision for the Department he would lead for the next, nearly, 16 years. He had progressive ideas about the future of law enforcement. He felt law enforcement could reduce recidivism and improve the lives of battered women and encourage gang members to change their lives. This was not always accepted by main stream law enforcement officers, but Baca was not deterred. He spoke about his difficult childhood and how his young mother found it difficult to cope with three children with no father present in the home. He told his staff how she decided to give him up to the county foster care system. Fortunately, his grandparents stepped in to rescue him. He said he shared these family secrets with us so we could understand why he felt so strongly about his mission to improve the lives of the disadvantaged. I believe these childhood experiences had a distinct impression on Lee and made him the empathic and compassionate man that I have become to know and respect.

I believe Baca felt betrayed by the executives he entrusted to manage his department. There is no question that he took his "eye off the ball" and is ultimately responsible for the issues that arose during his watch. It is also true that under pressure he failed to observe the department's core values that he felt so strongly about. He has admitted to making a false statement to federal agents investigating a jail abuse scandal and has resigned his position as the Sheriff of Los Angeles County. He has paid a heavy price for his actions and has accepted responsibility which is exactly what I would expect Lee to do.

I hope you will take into consideration Lee Baca's good works during his 48 years of service to the citizens of Los Angeles County. He is a good man who on this occasion admittedly did not live up to the high standards that he expected from his deputies.

Respectfully Submitted,

Jay Sewards, Commander Retired
Los Angeles County Sheriff's Department.

367

Exhibit E, Page 449

April 19, 2016

Hon. Percy Anderson, Judge
United States District Court
United States Courthouse
312 N. Spring St., Ct. Rm. 15
Los Angeles, CA. 90012

Re: Lee Baca

Dear Judge Anderson,

    I have known Mr. Baca for 31 years. I was initially introduced to him by the late Sherman Block, who was at the time the Sheriff of the Los Angeles County Sheriff's Dept. I have been a licensed realtor, contractor and developer since 1951. I was the consul general for the Dominican Republic in Los Angeles for 17 years. As an immigrant to this country, I am particularly grateful to the community that I call home, Southern California. In an effort to return some of the largesse that I have blessed with, I have been involved with a number of programs that are designed to benefit the underprivileged and the at-risk members of our community.

    In 1985 Sheriff, Sherman Block asked for my help in forming and fundraising for the Los Angeles Sheriff's Youth Foundation for which I have served as a board member ever since. The Youth Foundation has been instrumental in keeping primarily low income and at-risk youth focused on self advancement. It provides them with the tools and resources necessary to rebuff the pressures that redirect youth to gang life and criminality.

    Ever since I was initially introduced to Mr. Baca, I found him to be a selfless and dedicated advocate of law enforcement and the Youth Foundation in particular. He was a great believer of "interventional law enforcement". If we invest in the future of the youth now, our community may not have to deal with their criminality in the future. Mr. Baca's dedication to the Youth Foundation and the concept of it in particular, only grew after he became the Sheriff. He spearheaded far too many Youth Foundation campaigns to enumerate here. Suffice it to say that under his leadership, thousands of youth who would have otherwise gone astray were instead directed to living productive and meaningful lives. In fact, many of those youth have since gone into law enforcement themselves.

Exhibit E, Page 450

Since having met him, I have had the privilege of spending countless hours with him, both on and off the job. He was very good friends with my god son, Matt Fong, the late Treasurer for the State of California. That permitted me to become acquainted with Mr. Baca on a more personal level. Regardless of the setting his entire being was focused on providing our community with the safety and security that it deserves. I recall an instance where we witnessed an older gentleman fall when crossing a street. Lee stopped his car, got out helped the man to the sidewalk and called for an ambulance. Lee would not leave his side until the man was being cared for by the emergency personnel. Later that day Lee tracked down the hospital when the man had been taken, and went to visit him and wish him well. This sort of selflessness was not uncharacteristic of him. I can enumerate far too many such instances that can be recounted here.

I recall another instance a number of years ago where I had lunch with him a couple of days before he was to represent the LASD as a participant in the Baker to Vegas law enforcement running event. I advised Mr. Baca to not do it. I reminded him of the dangers of participating and reminded him that he was no longer 21 years of age. He responded to me that he had an obligation to his men and his department and that he had to set an example for them. He said that he loved every one of his deputies and would not ask them to participate in an arduous event, unless he was willing to do it himself. Unfortunately, during the run Mr. Baca became ill and nearly fainted. Despite being advised to the contrary, he insisted on finishing the race and staggered across the finish line. This is but one small example of the dedication that he had for the Sheriff's Dept.

Suffice it to say that at the age of 94 I have run across a few charlatans in my day. I learned long ago how to detect people of lower integrity. From the very core of my being I am firm of the belief that Mr. Baca is a genuine man of integrity. He has always impressed me with his very real love for his department and our community as a whole. His primary focus in his private and professional lives has been to do his part to create betterment for all members of our community. I must iterate here that we are all capable of making mistakes. No one is immune from them. A mistake or an unfortunate decision on his part should not negate an entire lifetime of selfless dedication to the safety, betterment and improvement of our community. Please keep the foregoing in mind when considering the fate of this genuinely good man.

Yours sincerely,

David Shaby

369



LAW OFFICE OF

## ROBERT L. SHAPIRO

### A Professional Law Corporation

10250 Constellation Boulevard
Nineteenth Floor
Los Angeles, California 90067

direct dial Number: 310.556.7886
Direct Fax Number: 310.282.0888

Email: rs@glaserweil.com

April 21, 2016

The Honorable Percy Anderson
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA  90012-4701

Re:  United States v. Lee Baca

Dear Judge Anderson,

I have had the pleasure and privilege of knowing Lee Baca since the day he was inaugurated as sheriff of LA County.  As a lawyer whose practice is in the area of criminal defense I've had numerous opportunities to meet and interact with Mr. Baca as well as high-ranking members of the staff.  He has always impressed me with his work ethic, intelligence, and desire to do the right thing.  I have found him to be a good listener and someone who is open to suggestions.

I am also the chairman of the BRENT SHAPIRO FOUNDATION for alcohol and drug awareness.  After losing our son to this this epidemic disease in 2005 Mr. Baca became very interested in our program and was highly supportive.

He was instrumental in starting an innovative program within the LA County jail system for rehabilitation of inmates who suffered from alcohol and drug disease.  This was a bold unprecedented step that was highly successful.  One of my clients was in that program for 90 days and there is no question that this in-jail program led to his longtime sobriety today.

I am well aware that Mr. Baca has admitted his guilt and will face Your Honor for sentencing.

In balancing the tremendous work and accomplishments by Mr. Baca during his tenure against an isolated incident that resulted in a criminal conviction, it is my view that this is a proper case for leniency.

Clearly Mr. Baca has suffered extreme humiliation, resigned from his position, and will continue to be branded as a person convicted of a federal crime.

370

Exhibit E, Page 452

The Honorable Percy Anderson
April 21, 2016
Page 2

I am hopeful that the sentence you impose will temper justice with mercy and not further punish Mr. Baca with incarceration.

Sincerely,

Robert L. Shapiro

Exhibit E, Page 453

4219 Vinton Avenue
Culver City, CA 90232
May 10, 2016

To Whom It May Concern:

I have known Lee Baca for many years and borne witness to his finer characteristics and I am writing on his behalf today in my private capacity.

He was a keynote speaker at the premiere of my film GOD AND ALLAH NEED TO TALK at the Laemmle Fairfax Theater on September 13, 2003. I didn't know him personally at the time, but I'll never forget his appearance or his message. The country and our city were still in shock after 9/11 and, as a result, many people were clearly fearful and suspicious. When he finished addressing us at the premiere, the audience went totally silent. We had never before heard a Sheriff (or any government official, for that matter) express such eloquence and high-minded understanding about the unity of humankind. I still have the footage that was filmed that auspicious day and have referred to it on many occasions because I am still in awe at what he shared with us. He described in poetic terms how ALL the individual paths to God meet at the top. He stressed the importance of our interfaith enterprise, and he lauded all of the activists who were engaged in that enterprise and encouraged everyone to get involved.

I was deeply moved by his emotional and spiritual outpouring at the film premiere, and I called his office a few weeks later and asked for an appointment to meet with him. He immediately accepted my request. A few days later I found myself in his office for one hour, listening to him speak in earnest about how he saw his job as a unifier of Los Angeles, the most diverse city in the world.

He invited me back to his office several months later and I was privileged to sit with the unique Ethnic Council of LA that he had created to be able to keep his finger on the pulse of our diverse populations. There were engineers, lawyers, doctors, teachers, and businessmen present at that meeting from all of the various ethnic communities in the city. He called them his Ambassadors-- "his eyes and ears to Los Angeles"--and he urged them to let him know if any of their individual ethnic communities were experiencing difficulty, whether it be connected to keeping the peace in the neighborhood or even within families. He said he was always available to be of service . . if it meant helping to raise money for scholarships for needy kids, or sending in extra officers or social workers to troubled areas, or speaking at their community functions, etc. I observed and marveled at his style of leadership . . low key, inclusive and respectful. He was mostly intent on listening to what they had to say.

Over the next few years I faithfully attended the Sheriff's Interfaith breakfasts and I also called upon him to come and speak at many of our interfaith activities. He also appeared frequently at events organized by Muslims. That was very meaningful to the Muslim Community because they valued his presence as a way of being validated themselves as full citizens. To my knowledge, he never failed to accept an invitation to speak.

In 2005 I was asked to speak at a Muslim peace rally held in downtown LA, with the participation of some 1500 Muslims who were also simultaneously mourning during their holiday of Ashura comemorating the historic massacre that occurred in 60 AD at Karbala (present-day Iraq). The organizers requested that I organize the interfaith speakers program. Not only did Sheriff Baca

372

Exhibit E, Page 454

agree to keynote, at my request, but he also agreed to secure certificates of recognition from the Mayor's Office acknowledging the Muslims' efforts to promote peace in the city.

Sheriff Baca was extremely accommodating in 2005 when I asked permission to bring eight interfaith activists to meet with him at his headquarters when we were in the process of forming an organization called Open Doors LA. He spent quality time with us and advised us on the best way to go about our work. I still remember what he told us: "Make sure that your work is a celebration of humanity, that in spite of the challenges, of the awkwardness you may feel at being a border-crosser, that you are always putting yourself in a situation where you can view people at their best and witness what is important to them. Make yourself available for as many of their holidays as possible. Always express genuine interest and participate in their rituals and their celebrations."

In 2007 a group of us decided to form the Southern California Parliament of the World's Religions (SCCPWR), modeled after the work of the global Parliament of the World's Religions. We launched our first event at the mosque on the USC campus, called "The Challenge of Respect." Sheriff Baca agreed to be one of our seminar leaders on the subject of civic leadership and community building and I remember how meaningful it was to all of the participants to have our Sheriff on hand, not at the lectern, but in a small circle with everyday citizens, discussing civic responsibility and the challenges of the police force in sustaining an environment of respect for people of all cultural and religious backgrounds.

Sheriff Baca became the first member of SCCPWR's Advisory Board and even showed up at a weekend retreat we had many years ago, on a Sunday--his day off--to show his support for our cause. He arrived in plain clothes with his driver and stayed several hours to converse with us. We were all impressed by his sincerity. That was in 2008. That sincerity never vanished. A few months ago, before the latest developments were revealed and before Sheriff Baca was arraigned, I sat at the dinner table with him, his wife, and Dr. Sadegh Namazikhah, director of the Iranian Islamic Cultural Center (IMAN) for an interfaith event. Even though he was no longer our Sheriff, he still showed up and supported interfaith engagement. He didn't need to do that. He wanted to do that.

Regardless of what the Sheriff has been accused of while serving in office, I cannot bring myself to negate the good that Sheriff Baca has done for our interfaith community and for the city as a whole. I am not able to see him as a one-dimensional character and I cannot in good faith join the crowd of those who have launched a total character assassination of him, ignoring the good he has done for our city. I see him as a flawed human being, as are we all. He may have made serious mistakes while in office which caused harm to innocent people. But even if he has been accused of perjury, I cannot erase my image of him as an inspirational leader for our diverse communities and a constant and devoted supporter of interfaith engagement. I sincerely hope the presiding judge will take into consideration the good Lee Baca has done and the positive effect he has had on so many individuals during his decades of service.

Sincerely,

Ruth Broyde Sharone
Filmmaker, journalist, and interfaith activist

373

21 Royal Saint George
Newport Beach, CA 92660
949.720.0700

March 24, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

*"DUCIT AMOR PATRIAE"*

With sincerity and humility I write this unsolicited letter on behalf of Lee Baca. I have known Sheriff Baca since 1998. I was co-chair of the California Region One, Homeland Security Advisory Council (2001-2011) and served as a member of the California Board of Corrections (2002-2007).

Years ago, my knowledge of business aviation enabled me to answer the Sheriff's request for guidance regarding his flight department. Through a creative use of available resources, Sheriff Baca designed a method to channel limited assets for the betterment of the county without use of taxpayer's dollars. A derelict aircraft was sold and captured drug monies and insurance proceeds from the loss of a department helicopter were combined for the acquisition of a more versatile and safer aircraft for the county and its major police force. This exercise illustrated an example of the concern the Sheriff displayed for the county with a common sense approach.

Following 9/11, I was asked by Sheriff Baca to assist with the formation of the Homeland Security Advisory Council (HSAC). He knew the need to involve the public. Its purpose was to augment safety; defined as law enforcement, fire and EMS. This board of 60+ industry leaders represented the many echelons of strategic business, education, and the moral and security fabric of Southern California. HSAC helped to promulgate and remedy safety issues by providing a forum to discuss and answer the concerns of the community.

On these and many other issues, I have had up close and personal opportunity to observe Sheriff Baca's diligence for the public in his capacity as a civic leader. One occasion was when, as a board member of The Children's Dental Center in Inglewood, (a non-profit prototype dental center) providing multidisciplinary care to children of the working poor, I invited Sheriff Baca to a ribbon cutting of our new facility. He asked to address the gathering, where upon he offered a most poignant, heart-rending talk on the importance of good parenting regarding relevant health care matters. He sited his personal and dynamic childhood life experience of being raised by his grandparents and indelibly emphasized the aspects of caring for the underprivileged youth.

I worked closely with Mr. Baca and was privy to witness his resourcefulness. Throughout my association with him, he showed an honest and truthful persona in all aspects of his duties. Sheriff Baca always displayed care, working long hours to put the interests of others above his own. He is a dedicated and highly respected member of society. His reputation has been compromised, but his half-century tenure with and commitment to the Sheriff's Department and the County of Los Angeles appears to outweigh his admittance to indiscretion that may have resulted in the disposition of his authority. While there are no excuses, there is leniency and compassion for the total person.

I am privileged to have been associated with Sheriff Baca and consider him a good and decent man. I trust my words speak well to the issue of his forthcoming penalty.

Sincerely,

Donald Sheetz

374

Honorable Percy Anderson
United States District Court Judge
United States Court House
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My Name is Gus F. Shouse, I now live in Newport Beach. My address is 3316 Via Lido, Newport Beach, CA 92663. I can be reached at 949-228-2135.

I had the pleasure of meeting my friend Lee Baca in the early 1970's, when he was a Lieutenant at the East Los Angeles Sheriff's Station and I was a business man in East Los Angeles. I was introduced by another dear friend, Assemblyman Jack Fenton. Lee was a help in the East Los Angeles Boys Club and Assemblyman Fenton was a leading supporter of this organization. During the introduction, I was informed of the help the Sheriff's station was providing the youth in the area and especially Lt. Lee Baca. The young boys were kept out the gangs by association with individuals like Lee Baca and other prominent individuals in the community who openly voiced their concern for these young men. They were shown ways to utilize their time to better themselves, both in school and in the community, with the help of volunteers such as Sherriff Lee Baca. Sherriff Baca provided this personal interaction in all the communities under his watch. Assemblyman Fenton wanted me to meet this individual and offer my assistance if ever needed. Lee was of great assistance to the community of Los Angeles County as a whole, and a role model for all who grew up in Los Angeles County and City, as he did.

From that meeting and through his educated and determined rise through the ranks of the Sheriff's Department, we have remained friends through the 40 plus years. I have seen the dedication, long hours, and hard work of a truly remarkable, respectful and courageous defender of the law in Los Angeles County. Not only here in Los Angeles, but throughout these United States and other countries and organizations worldwide. During the crisis of 9/11, many organizations and communities contacted him for assistance and direction in their states and cities. We have all witnessed Sherriff Lee Baca at many televised events throughout the World. Sherriff Baca has traveled around America at the request of other cities to help them understand their communities better. He has been invited to offer his assessment of communities worldwide, offering his personal help, along with his expertise in these skills. In my lifetime and through my eyes, I have found him to be a leader, who embodies that which a leader needs and brings to a large group of likeminded individuals, and police organizations, to follow in the dangerous occupation of law enforcement and be led by exceptional individuals. This country needs more Lee Baca's, in these dangerous and tumultuous times of uncertainty.

375

This man is God Fearing and understanding of needs and education of those who have or are still incarcerated and started these High School continued education programs under his watch as Los Angeles County Sherriff. He also engaged more than 500 local clergy members, of all denominations, to meet with him every 2-3 months, to share their needs and findings within the Sheriff's Jurisdiction of their individual communities. This interaction within the community was unheard of in prior administrations and this outreach made these community leaders more vocal for and about law enforcement within their communities. These findings, of ways for the department to integrate within the community, helped him instruct the department on how to deal with the sensitivities of the different locales and be better Sheriff's in response to the communities in which they served. This interaction is needed even more now; however it is not being as closely encouraged now.

I am proud to be a friend.

Kind Regards,
Gus F. Shouse

376

Exhibit E, Page 458

G. Steve Simonian
1320 Fallenleaf Street
La Habra, CA 90631
gsteves1@outlook.com  cell: (213) 709-8087

March 30, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing on behalf of Mr. Leroy Baca as referenced above. My service in law enforcement spans 38 years--first in the Montebello, California Police Department, eventually serving as their Chief of Police for ten years. I later worked under District Attorney Stephen L. Cooley as the Chief of the Bureau of Investigations for five and one-half years. I was also a councilmember of the City of La Habra for thirteen years, four years as mayor. I retired after my position as the City Manager of the City of Bell Gardens for over three years.

I have known Leroy Baca for over thirty years. I knew him as a hard working Deputy Sheriff who truly cared about his agency and the people he served. I watched as Mr. Baca promoted through the ranks, rising to Chief. Mr. Baca was urged to run for Sheriff by many within the communities that are serviced by the Los Angeles County Sheriff's Department.

As the elected Sheriff of Los Angeles County, I saw Sheriff Baca immediately start making revolutionary changes, such as educating and providing practical training to inmates of the jail in an attempt to stem the rising recidivism rate. He also believed that there was a direct correlation between a propensity to engage in violence and one's level of education. He began an in-house college program for his deputies and then extended this great program to other outside police agencies. Leroy also personally sought out and secured grant funding for the much needed crime lab and the new Los Angeles County Justice Center that houses the Sheriff's Administration and the District Attorney's Office.

Mr. Baca has made a mistake for which he has taken full responsibility and he will pay the price for his actions. I know he is very sorry and knows it will affect his legacy.

Mr. Baca's innovations and programs will benefit the community he served for years to come.

I am asking that as you contemplate his sentencing, you also take into consideration the overwhelmingly positive contributions that Mr. Baca made during his long tenure in law enforcement.

Sincerely,

G. Steve Simonian

377

Exhibit E, Page 459

ANDRE G. SKAF                                    18752 FIDDEN DRIVE , TARZANA, CA 91356
                                                 TEL (818)345-1166   .    FAX (818) 345-6622

March 20, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Andre Skaf. I am an Attorney-At-Law by training and profession and for the
past twenty years a land developer. I can be reached at the numbers listed above, or at my
mobile number: (818) 585-8844. My e-mail is andre@ugsavocat.com

I have met Sheriff Lee Baca "Lee" for the first time during his election campaign in 2004
and was quite impressed with his message and goals. After his victory we got to know
each other more, became friends and spent extensive time together.

We often used to engage in discussions covering social, political and administrative
issues and Lee was quite well versed on international realities of world politics, on the
state of affairs in our country and was consistently driven by high values and a clear
vision of what he intended to achieve in the Los Angeles County to make it a better place
for its residents. His primary goal was to **integrate** and **unify** the many ethnic and
religious factions living in the county to assimilate them in a society where racism and
intolerance have no place. His philosophy behind that approach was to decrease the
number of related felonies and criminal activities resulting in safer policing.
On the other hand, he was taking the necessary steps to instill in the department a new
approach to policing, based on the respect of any and all residents of the county and their
treatment with utmost fairness and equality.

Soon after his election, he started forming in the different communities councils
consisting of men and women of each community who were keen on the welfare of the
community, and who would meet regularly to discuss specific issues or problems facing
the community and finding proper means to address these problems. Lee would attend
himself some of these meetings or send one or more of his deputies to help the councils
better understand how a partnership between the Sheriff Department and the communities
can help solve, or at least decrease the occurrence of some problems, such as juvenile
violence, drug abuse, burglaries and similar crimes. When a community takes
responsible actions, under the guidance of its police, positive results start to surface.

Besides that, Lee met personally and regularly with the leaders of religious and ethnic groups of the county to promote better cohesion, respect, acceptance and tolerance of the other. He arranged, at many instance, mutual meetings between representatives from these different ethnic and religious factions establishing continuous dialogue among them so each could clearly voice their concerns or perceived fears facilitating thus a better understanding of one another and eliminating in that factual and direct manner much of the animosity that would develop untamed and non-articulated publicly.

Lee attended personally many community parties and big gatherings he got invited to. In each of these parties he addressed the audience with the same civic message of integration and participation in the American Dream by respecting the laws and working hard to attain our set goals and self-improvement. Lee was always a unifier and a motivator to excellence.

Lee took interest in the lives of the people he met. When my eldest daughter was pursuing her studies of Diplomacy and World Affairs in Occidental College, he spent time with her to understand her plans and guide her in the best ways to achieve her goals. He introduced her to specialists in that field and arranged for her to attend a conference that happened to be held at the time that helped her get more focused on the direction she would take after her undergraduate studies. She joined Loyola Law School and will graduate at the end of this semester. During her years at Loyola, she kept in touch with Lee seeking his advice at times and he was generous enough to spend time with her each time she called on him. It is my considerate opinion that Lee has an innate good nature that takes personal pleasure in helping and extending his hand generously to people.

During our one-on-one meetings Lee's concerns were always directed to find new ways to amalgamate and integrate the residents of the communities in one cohesive society where the rights of everyone are respected and safeguarded in the best fashion. For him, every human being of the County deserves the dignified treatment afforded to the elite. What he is accused of, is everything he worked hard to eliminate and eradicate; how could he have accepted it of approved of it knowingly? It's just impossible and unconceivable. But in a eighteen thousand plus strong department, where he had certainly to delegate powers to lieutenants and deputies, it is quite possible for some unruly lieutenants to allow illegal conduct to take place without the boss knowledge.

Based on my close relationship with Lee, my understanding of his character, and my direct knowledge of the above sample actions he undertook, I can vouch for his impeccable set of values and priorities in how he intended his department to be. This man was executing his office with utmost integrity, devotion and respect to each member of the population at large.

It is sad that after forty nine years of hard work and service to the people of Los Angeles County he is faced with a lawsuit rather than with an appreciation commendation and recognition. The Courts are the only body that can administer justice and restore equity in our Country of laws.

Respectfully submitted,
Andre Skaf

Page 2 of 2

379

# STANWOOD SMITH — LAWYERS

2080 SAN PASQUAL STREET
PASADENA, CALIFORNIA 91107
(310) 927-8356, FAX (626) 792-7729

March 29, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I served as publisher of the San Marino Tribune from 1995 to 2015 and publisher of the Beverly Hills Courier newspaper from 2004 to 2014. As such, I participated in, attended and sponsored many community events in Los Angeles County. I have also been a practicing member of the California Bar since 1976. My legal career began as a law clerk for the Courts and Law Enforcement Division of the Los Angeles County Counsel. I later became a partner in Musick, Peeler & Garrett and then served a term as a managing partner of Lewis, D'Amato, Brisbois & Bisgaard (now Lewis, Brisbois, Bisgaard and Smith – no relation). I founded my own firm thereafter.

During my tenure as publisher of these two community newspapers, I personally witnessed dozens of instances of former Sheriff Lee Baca supporting civic groups, underrepresented communities and charities of virtually all kinds for all races and ethnicities. Invariably, he was kind, courteous and supportive – far beyond the "call of duty" for an elected official.

My first experience with Sheriff Baca came in 1998 before he ran for Sheriff of Los Angeles County. I was a member of the Board of Directors of the American Youth Soccer Organization, Region 214 (South Pasadena). We had organized an area-wide charity dinner to benefit AYSO's program of youth sports. The area stretched from Highland Park to Duarte and from Altadena to El Monte. Over 10,000 young people were enrolled in its program.

The dinner was the kick-off event. Our keynote speaker, a radio talk show celebrity, canceled her appearance at the last second. One of my associates knew Baca and contacted him to appear. He agreed on very short notice and gave a wonderful, inspiring speech to over 250 AYSO parents and supporters. Since then, I have had the privilege of working with him on a number of community events.

He helped organize the first San Marino 4th of July 5k Run which is now the "Blecksmith 5K" held every Independence Day under the auspices of the U.S. Marine Corps to memorialize the late 2d Lt. J.P. Blecksmith who was killed in Fallujah during the Iraq War. Baca attended

380

Honorable Percy Anderson
United States District Court Judge
March 29, 2016
Page 2

and supported multiple efforts to observe Yom Hashoah – the Holocaust. When our Beverly Hills newspaper sponsored a major event for the Beverly Hills Education Foundation, then-Sheriff Baca arranged for tickets for all members of a South Central LA youth charity to attend as guests a live performance of a major Broadway musical at the Pantages Theater.

We often watched a visibly tired Lee Baca appear at events to support everyone he could – he never wanted to disappoint or ignore anyone in any community. In many conversations with Sheriff Baca, we discussed his view of law enforcement. His priority was to do whatever he could to return prisoners to a useful life. We watched as he implemented program after program to educate and improve the lives of inmates so that they could have a real life after incarceration.

We also witnessed first-hand the effective law enforcement of his department. We reside in an area patrolled by the LA County Sheriff. Whenever we saw or dealt with the Sheriff's Department, my family and I were always impressed by the high standard of professionalism and courtesy displayed by the Sheriff's deputies. My wife, children, myself and our neighbors lived much safer because of Lee Baca.

My family, myself and in fact our entire community are deeply saddened by the turn of events that has seen Sheriff Baca plead guilty to the charges against him. The actions for which he was charged are so completely out of character for a life lived devoted to the law.

We believe no one can judge Lee Baca more harshly than he himself does every day. He cares deeply about people, government, the law and improving the lives of the less fortunate. His record of service is otherwise impeccable. That, not the acts for which he has pled guilty, characterizes his life.

If any person is ever entitled to the benefit of the doubt, or for credit for a life lived to the highest standards of public service – with this one exception – it is Lee Baca.

We all know that the scales of justice are scales. Scales are used to balance things. In this case, the "balance" must grant Lee Baca the lightest possible sentence that Your Honor can impose. He most certainly does not deserve incarceration for any period of time.

I respectfully ask the Court to sentence Lee Baca to the lightest sanction possible. To do otherwise, would itself be an injustice.

Respectfully submitted,

Clifton S. Smith, Jr.

Exhibit E, Page 463

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES COURTHOUSE
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I have had the honor and pleasure of meeting, knowing and working with SHERIFF LEE BACA on numerous occasions and have found him to be a "man of GREAT integrity, honesty, sincerity and honor". No matter where we meet, he always took the time to speak to and encourage me to do wonderful things for our community. His main focus was and continue to be, doing work to make sure the "underserved and under-represented" have access to opportunities to improve their lives.

Sheriff Baca, created a program within the Los Angeles County Sheriff Department called EDUCATION BASED INCARCERATION (EBI) to give the inmates access to "educational opportunities" while they are incarcerated. He often reminded us that you can "lock an individual up but you cannot lock up their mine". He contacted me to join the EBI team and share my knowledge, experience and abilities with the students. I have been teaching LIFE SKILL CLASSES (Anger Management, Domestic Violence, Substance Abuse and Parenting) for the past 2 ½ years and I have personally seen and experienced numerous inmates (students) change their lives and become "responsible citizens. I see and witness "transformation of lives DAILY. All of these positive and profound results could not and would not be possible without Sheriff Baca vision and commitment to changing lives.

Meeting Sheriff Baca has profoundly changed my life and the way I view people, especially the "correction population. A few of the decisions and accomplishments of Sheriff Baca include but NOT limited to:

1. Selected outside people (like myself) to teach in County Jails which resulted in very positive lowering of recidivism. I personally witness on a daily basis, the positive transformation of inmates (student) lives.
2. # Champion for Emerging Leaders Academy, Merit Continuum - BOTH are programs to assist student (inmates) to "successful re-entry from incarceration to productive lives in our community. And o course, our "renowned Education Based Incarceration (EBI).
3. # Advocate for presenting inmates with formal recognition of graduation with LASD Certificate of Completion.
4. # Commitment to train LASD sworn personnel to become teachers and learners instead of just correction officers,
5. # Fought to change police culture to one of guardian versus warrior mentality. Fostered notion of holistic approach to changing behavior (mind, body and spirit. Lastly Sheriff Baca is a believer in permanent transformation over temporary change of behavior.

Sincerely,

*James A. Smith*

JAMES A SMITH
39th Postmaster, Los Angeles, CA. ,Retired

Exhibit E, Page 464

April 14, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA. 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Please allow me to introduce myself. I am Curtis L. Spears, a Retired Chief in the Los Angeles Sheriff's Department; where I proudly served thirty years working with and for Lee Baca. For the last fifteen years, I have lectured thousands of police executives, managers and supervisors from all over the country on "Managing Police Discipline." Now, let me hasten to say, as an African-American; especially given my background and reputation for espousing the importance of honesty, integrity, fairness at all ranks in the police profession, I am deeply aggrieved and disappointed by Lee's moral lapse in the present situation.

Strong ethical leadership is essential in every police organization and Lee Baca knows this. These are the very tenets he has spent his entire forty-five years in law enforcement on. These are the principles he instilled in me and strove to instill in the entire department. This is what makes this case so strange, an anomaly, a moral lapse in judgement that only Lee can explain. Having said that, one misstep does not define the entire journey.

Lee Baca was a visionary. He recognized that law enforcement had to constantly evolve to meet the increasing demands of our citizenry. He understood suspects incarcerated for family violence most often return to the same situations and dedicated resources and manpower on programs to improve coping skills. He recognized that tougher enforcement would not solve our gang problems and redirected resources to prevention and intervention. He recognized mothers being released from custody often experienced difficulty reintegrating with their families and developed a reentry program to assist in the transition.

I could cite many more programs that were implemented under his leadership, but, I would like to tell you a little about Lee Baca. the man. Lee Baca attended my father's wrenching five and a half hour funeral, not because he knew my father, but to support me, his subordinate. Lee was out of town and could not attend my wife's funeral. He returned the next day, sought me out and spent the entire day with me, his subordinate who had been retired seven and a half years.

383

Exhibit E, Page 465

Lee Baca is an honorable man, who suffered an unforgivable moral lapse in judgement. However, knowing the man, I am convinced nothing this court does will punish the man more than he has already punished himself.

I sincerely pray that you consider Lee Baca's entire body of work and his contributions to the law enforcement community and to society when deciding his fate.

Respectfully Submitted,

Curtis L. Spaatz (Ret. Chief)
323-806-4945

384

Exhibit E, Page 466



**Shawn Steel**

National Committeeman
California Republican Party

P.O. Box 472
Surfside, CA 90743
shawnsteellaw@gmail.com

April 5, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Currently, I serve as the RNC California National Committeeman. From 2001-2003 I served as the Chairman for the California Republican Party.

Sincerely,

Shawn Steel

385



**Shawn Steel**

National Committeeman
California Republican Party

P.O. Box 472
Surfside, CA 90743
shawnsteellaw@gmail.com

April 5, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

When Lee Baca first ran for Sheriff I was impressed with his depth and sincerity. I enthusiastically supported his uphill race against a popular incumbent.

Through my observations over the years I watched Lee bring about a more humane LA Sheriff's department committed to working in high crime neighborhoods. The beat sheriff was no longer known as a stranger involved in gang ridden communities but as a protector of the vulnerable.

Lee Baca exudes the values and decency that all police officials should appreciate.

I do not know all the facts of the present situation, but I am confident that Lee's hands are clean and his motives are good. Lee Baca's contributions to Los Angeles county certainly outweigh a power struggle with federal authorities.

I trust in the quality of Lee Baca's positive contributions during his life to the community will surpass the political charges against him.

Lee Baca is one of the kindest and most decent individuals I have encountered.

Sincerely,

Shawn Steel

386

Exhibit E, Page 468



**INTER-PARLIAMENTARY COALITION FOR GLOBAL ETHICS**
100 North Brand Boulevard, Suite 214 Glendale, Ca 91203
(626) 818-4372

April 15, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

   My name is Eden Stein. I am the Chairman for Global Partnerships for Inter-Parliamentary Coalition for Global Ethics (IPCGE).

   IPCGE – The Inter-Parliamentary Coalition for Global Ethics was established in order to achieve global peace and reconciliation in all areas of conflict, in all societies and nations, by promoting the implementation of the UN resolutions on culture and peace. Our Board Members are composed of different Members of Parliaments and other global government officials. We work with the United Nations. (www.ipcge.org)

   While my community work takes me to the UN and globally, I am based in Los Angeles and Glendale/Pasadena area and work with other nonprofits locally. I am writing to let you know that I have known Former Sheriff Lee Baca for more than 10 years and have seen his community work in Los Angeles, Pasadena and San Gabriel Valley. He has spoken at many community events — in human rights and drug education seminars. His community work has inspired many adults to help at risk-youth to change their lives and stop taking drugs.

387

Exhibit E, Page 469

At one drug awareness seminar, Lee was the keynote speaker. In the audience was a high-ranking Chinese official visiting from Beijing, China. After the event, the Chinese official was so inspired and so moved by Mr. Baca's speech that he talked about the drug problems in China. He wanted to set up a drug rehabilitation program in China in coordination with the Chinese government. While this is a long-term on-going project, it would not have happened without Lee's work and good example.

Lee is well loved and respected in the community. He helped unite thousands of religious and community leaders under his umbrella. People came from all walks of life. He put thousands of volunteer hours to inspire people to come together under the name of peace. I think he deserves a medal.

I am asking you to please take this information under consideration for his upcoming trial.

Please don't hesitate to let me know if there is anything I can do. I can be reached at (626) 818-4372. Thank you very much.

Yours sincerely,

Eden Stein
Chairman, Global Partnerships, ICPGE
Chair, International Council for Caring Communities (ICCC), UN
VP, We Care for Humanity
Deputy Secretary-General, Asia Pacific Exchange & Cooperation Foundation (APECF)
Board Member, Philippine Institute of Language, Arts & Culture (PILAC)
**Tel #: (626) 818-4372**
email: edenms004@gmail.com

388

Exhibit E, Page 470

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am very pleased to write a character reference for Lee Baca.

I think it's important to let you know I myself am an ex offender and had been locked up in LA County Jail many times, all of which were related to my substance abuse issues. In 2004 I was placed into the Jail Enterprise Unit, a program the then Sheriff Lee Baca had supported. It was through that experience I had found my passion for graphic design, a passion I later tapped into to find a career and a pathway to help others. When I was released to a drug and alcohol treatment program I finally got sober, went to school for graphic design and founded an advertising agency that trained and employed men and women reentering society as well as recovering from addiction.

Shortly after founding that social enterprise I was introduced to Sheriff Baca and he became somewhat of a mentor to me, supporting my own personal growth but also the growth of the program I had started. Lee and I have known each other for 5 years now and during that time I have always been amazed at his level of enthusiasm and genuine care for others. In the time I have known Lee I have personally witnessed him supporting programs in and out of the jail that have helped thousands of men and women. He has effectively parlayed his compassion for others, personal integrity and his ability to see the good in others into successful programs, such as Education Based Incarceration, that is dedicated to helping others recover their passion and discover their purpose.

With out Lee's support I would not have had a guiding light to show me what it looks like to be a good man, friend, family member and business man.

I hope you consider my words as someone who was an inmate and has changed my life and become a contributing member of society because of the wonderful support from not only the programs Lee helped implement but from the man himself in a very personal way.

Sincerely,
John Sullivan

310-794-0437

389

Honorable Percy Anderson                          June 1, 2016
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012            Regarding:   United States v. Lee Baca

Dear Honorable Judge Anderson:

My name is Richard Sun and I am currently the Vice Mayor of City of San Marino. Though I do not know all the details of what Baca has done, the fact that Baca pleaded guilty is an acknowledgement that he had broken the law. Nevertheless, I would like to ask you to consider all the contributions he has made to our community before you make decisions as to his sentence. I have known Baca for more than 25 years. He is trustworthy, compassionate, fair, responsible and respectable in our community. Baca is also well respected by all Chinese Americans since he always showed his concern and care about the safety of it. I also know he spent a great deal of efforts educating prisoners to improve and transform themselves from within. I understand there are no excuses for the wrongdoing Baca did, however, no one on earth is perfect. I believe what Baca has gone through has already taught him a big lesson and his life will never be the same. Hope you will consider all his good deeds when you make your sentencing decision. Thank you.

Regards

Richard Sun

Tel: 626-2883358
Richardsun88@msn.com

390

Exhibit E, Page 472

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Mark Tengan
Executive Committee Member
American Clergy Leadership Conference
5571 Huntington Dr North,  Los Angeles CA 90032

Dear Judge Anderson,                                          March 19, 2016

My name is Mark Tengan. I am an Executive committee member of the Christian minister's
alliance called the American Clergy Leadership Conference.
I'm writing to respectfully request that Mr. Leroy Baca does not deserve prison time.
As far as I understand, Mr. Baca has great character and is a very dedicated person who has
invested his life for the betterment of the county of Los Angeles as a law enforcement officer.
 I have heard him speak many times before. My understanding of him is that Mr. Baca has a
great personality and a very dedicated life style. He has influenced many lives.
One time, he mentioned to us about "Gaman" (which means the *adjective* "patience" in
Japanese) in his public speech. I really enjoyed the content of his message.  It takes leadership
with character to guide and mentor his people.

Many have no idea how difficult the position of Chief Sheriff in the largest Sheriff's department
in the world goes through.  Therefore I urge you to consider to give the right sentence for this
case.

Thank you for taking the time to read this message.


Rev. Mark Tengan
American Clergy Leadership Conference


391

Exhibit E, Page 473

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Honorable Judge Anderson,

My name is Clyde Terry; I am a 25-year veteran of the Los Angeles County Sheriff's Department, and recently retired Sergeant. From 1998-2014, I worked under the leadership of Retired Sheriff Lee Baca.

Under Sheriff Baca's leadership, I was witness to his desire, commitment, responsibility and compassion to not only lead, guide and direct the men and women of the Sheriff's Department, Sheriff Baca, freely and eagerly employed those same qualities to serve those individuals, we as law enforcement officers were sworn to taken into custody for their violations of the laws of the land as well as their violations to their fellow man.

Sheriff Baca's vision to create the Education Based Incarceration (EBI) Bureau, which encourages successful re-entry of the formally incarcerated back into the community by teaching and rehabilitating them through education in a testament his leadership. His views and philosophies were, for far too long, correctional institutions locked up offenders without making any real effort to give them the knowledge and abilities they need to succeed. Through his vision and leadership, he felt we (as an organization and collective body of leaders) could and had a responsibility to provide academic, vocational, and life-skills training in custody, and by being supportive rather than punitive, will increase the chances they will reintegrate successfully into the community.

In following Mr. Baca's lead, to make a difference in the communities we serve, I founded a community based re-entry program called Emerging Leaders Academy (ELA) June of 2009.

ELA is in partnership with the Los Angeles County Sheriff's Department, Los Angeles Urban League, Goodwill of Southern Los Angeles County, Long Beach Police Department and the Agape International Spiritual Center. ELA is an educational program created to provide life skill components to the participant population: Gang members, "at risk" persons, new contributors (ex-offenders) and community members. ELA is a path to opportunities, providing participants with essential career developmental skills for traditional employment including opportunities behind the scenes in the Film/TV industry. ELA also provides entrepreneurship training and a therapeutic writing workshop, all being alternatives to criminal behavior and violence thereby empowering participants to take a new direction in life.

392

Exhibit E, Page 474

I created the program as the result of the murder of a 7-year old child that was shot and killed along with his father. Mr. Baca's leadership philosophy, "Was when you see something that needs to be done, step up as leaders and do it. If it's legal, moral, ethical and in the overall best interest for the people, I'll support you!"

I can say with all of my heart! If it were not for Mr. Baca, I would be still be living a productive but unfulfilled life-looking for my purpose for BEING here on the planet.

Because of his vision and willingness to color outside the lines of the traditional lock them up and throw away the key philosophy, I was able to access my God given gift to transform lives and communities and ultimately find my purpose in life.

It is my belief, that Mr. Baca, the Government and the community as a whole, would be best served by allowing Mr. Baca to remind in the community, to carry on his work and commitment to empower, uplift and guide the underserved in the Greater Los Angeles County Area.

Sincerely

Clyde L. Terry
Los Angeles County Sheriff Department
Sergeant, Retired
310-901-6576

393

Exhibit E, Page 475

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson

My name is Era Thompson, born 1946, mother to three grown up children, and currently a retired teacher from LAUSD after 12 years of teaching kids with special needs.

I have known Sheriff Lee Baca for over five years, during which I attended many functions he endorsed and was involved with.
I listened to him sharing his life testimony that moved my heart as he experienced and endured many challenges and hardships growing up, and came through it all with an understanding and compassion for people under such circumstances, especially youth at risk.

I remember, years ago, one such gathering in Los Angeles, organized by the Optimist Club, and geared towards providing young people with life resources. Sheriff Baca was the main speaker and his speech was aimed at encouraging and providing practical advice to the youth attending, on how to succeed in life, value education to achieve personal fulfilment and career goals, and contribute to society.
Indeed he was a living example to them of taking personal responsibility and being serious about acquiring education. I was moved by the sincere care and investment he demonstrated towards the young people gathering, making himself available to anyone who wanted to talk to him.

Sheriff Baca also supported interfaith dialogue and cooperation, human rights, and recognition of the importance of good parenting for establishing a healthy community.

Few years ago I participated in a National Parents Day Ceremony, at Pasadena City Hall, Organized by the National Parents Day Coalition,

394

honoring Good parents in the community. Sheriff Baca spoke to the families attending the ceremony about his own experience growing up with his family and moved the heart of the audience, revealing another aspect of the police department that cared for the well being of the community.

In many of the gatherings I attended, where Sheriff Baca spoke, he would address issues concerning inmates' well being, providing them with the education and support they needed to integrate back into society. Sheriff Baca took initiative to solicit and establish successfully a task force of volunteers from different religions and charitable organizations to work with inmates in prison, providing them with education and emotional support.

Over time I got to know Sheriff Baca more personally and felt his care and compassion on a personal level. When he found out I was diagnosed with advanced cancer he conveyed his care and concern each time we met and extended his support to my condition.

Whenever I met Sheriff Baca I felt his sincere care for the wellbeing of people.

Thank you for allowing me to express my observation of Sheriff Baca.

Sincerely

Era Thompson
260 Mockingbird Lane
South Pasadena, CA 91030
erathompson@gmail.com
626-200-6039

395



**ORANGE**

P.O. BOX 5406 • ORANGE, CA 92863-5406 • (714) 637-7373 • Fax (714) 637-7575

April 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson,

My name is Kenneth R. Thompson, I have been a business owner for over fifty four years. I own eighteen building material locations, which employees over 900 employees throughout the state of California. I have a boxing promotion company, with five World Champions to my credit. I was the President of The World Boxing Hall of Fame for four years, and served as a member of the board for ten years. I am also a Veteran of the United States Army.

I have had the great honor of knowing Sheriff Lee Baca for several years. It is with great pride that I send this statement praising the fine character of the greatest man known to law enforcement. Not only did Sheriff Lee Baca dedicate his life to law enforcement, he also took the time to inspire the youth in the community, which were at the turning point in their lives. I have seen firsthand how Lee has helped to turn around the lives of many young people, and as a result of his guidance they have turned into good citizens and successful men.

I consider Lee to be one of the finest men that I have ever met, the world needs more men like Sheriff Lee Baca. I ask you to consider this great man and all of the betterment that he has provided to the community. Please take into account his great deeds of the past in judging his future. I am hoping for the very best outcome.

Regards,

Kenneth R. Thompson

| ORANGE | DESIGN CENTER | FONTANA | SAN DIEGO | LOMITA | CORONA | WILMINGTON | CAMARILLO |
|--------|---------------|---------|-----------|--------|--------|------------|-----------|
| 141 WEST TAFT AVE. | 1716 CASE STREET | 11027 CHERRY AVENUE | (Bldg. Materials & Door Division) | 2400 PACIFIC COAST HWY | (Door Division) | (Stone Division) | 1515 FLYNN ROAD |
| ORANGE, CA 92865 | ORANGE, CA 92865 | FONTANA, CA 92335 | 6618 FEDERAL BLVD. | LOMITA, CA 90717 | 1169 SHERBORN ST. #101 | 1350 W. PACIFIC COAST HWY | CAMARILLO, CA 93012 |
| (714) 637-7373 | (714) 998-9337 | (909) 350-3000 | LEMON GROVE, CA 91945 | (310) 326-5180 | CORONA, CA 92879 | WILMINGTON, CA 90744 | (805) 484-4391 |
| Fax (714) 637-7575 | Fax (714) 921-6601 | Fax (909) 823-8409 | (619) 287-9410 | Fax (310) 539-5800 | (951) 284-2020 | (310) 830-5584 | Fax (805) 484-8037 |
| | | | Fax (619) 287-8423 | | Fax (951) 284-1400 | Fax (310) 830-4589 | |

396

**Lomita Plaster Building Materials**
P.O. Box 276
Lomita, CA 90717
310-326-5160

May 16, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I have the honor and the pleasure of writing this letter of recommendation for Mr. Lee Baca, a man whom I consider to be one of the greatest men in law enforcement.

My name is Gilbert Torres and I am the General Manager/Vice President of Lomita Building Materials, I have been with Lomita Building Materials since 1978. During that time I have found Mr. Baca to be very honest and straightforward in his work and his family.

Mr. Baca has always demonstrated a high degree of trustworthiness to the Sheriff's Department and to the obligations of the department, the community, as well as our business.

Lomita Building Materials has an ongoing relationship with the Lomita Sheriff's Department and Mr. Baca. Our company has been involved with numerous community events such as:

Lomita Sheriff's Annual Gang Drug Free Walk, Lomita Sheriff's Annual Challenge Cup Relay, Lomita Sheriff's Annual Golf Classic, and one that is very close to Mr. Baca and myself the Lomita Sheriff Brandon Hinkell Memorial at the Lomita Sheriff Substation.

In closing I am very pleased to have the opportunity of providing a reference for Mr. Lee Baca.

I will be happy to answer any questions you might have about Mr. Baca.

Best Regards,

Gilbert A. Torres

397

Gary P. Townsend
2127 Morgan Hill Dr.
Los Angeles, CA 90064

March 29, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 9012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Gary Townsend. I served in government at the federal, city and county level for over 25 years, the last 20 as Chief Deputy Assessor for L.A. County. I retired when I was 65. I can be contacted by cell phone at 213-458-5200 and my email address is GTown969@gmail.com.

I met Lee in 1993 after he was promoted to Chief Deputy by Sheriff Sherman Block. Lee was everywhere. He attended numerous community meetings and events, representing the Sheriff and the department. He was always a good listener and problem solver. He shared an evolving vision of cooperation and mutual support between law enforcement and communities. The reason I grew to be good friends with him was because he had a generous heart. He tried to assist people he met and help solve their problems, if he could. He was also fun to play golf with though he wasn't as talented a golfer as he was a runner.

We talked when he decide to run for Sheriff in 1997. It was a difficult decision to run against his friend and mentor, Sheriff Sherman Block. With the unfortunate passing of Sherriff Block, Lee ran a good clean campaign, he was elected Sheriff in 1998.

I admired his outreach to the various communities that comprise LA County. There was not a community he ignored. I assisted with the Sheriff's Youth Foundation and there was no bigger supporter than Lee. He also helped develop a Core Value and Mission Statement for officers and deputies to live by. I would like you to consider the impact if every law enforcement professional as well as most government employees at least tried to live by these core values:

398

 

**Core Values:**

*"As a leader in the Los Angeles County Sheriff's Department, I commit myself to honorably perform my duties with respect for the dignity of all people, integrity to do right and fight wrongs, wisdom to apply common sense and fairness in all I do and courage to stand against racism, sexism, anti-Semitism, homophobia, and bigotry in all its forms.*

**MISSION STATEMENT:**

*"Lead the fight to prevent crime and injustice. Enforce the law fairly and defend the rights of all. Partner with the people we serve to secure and promote safety in our communities.*

He is a good man and was a visionary Sheriff.

I was also President of the Alumni Association at CSULA. Lee, who graduated from there in 1971, never forgot his roots and consistently contributed and gave back to the University.

For all Lee has done as a human being to make this world and our community a better place, I appeal to you Judge Anderson, to consider these positive aspects of Lee's life in determining how you sentence him. He made a mistake, a bad one, but it will not make anyone's life better for him to be locked up in jail. The pain he has experienced from this plea and his actions is very real and it will be with him till he dies.

Please show mercy and compassion when you make your decision. I would be happy to discuss my friend Lee Baca with you.

Sincerely,

Gary Townsend

399

Exhibit E, Page 481

Case 2:16-cr-00066-PA   Document 41   Filed 06/20/16   Page 68 of 69   Page ID #:567

Honorable Carmen A. Trutanich
515 South Flower Street
42nd Floor
Los Angeles, CA  90071

May 4, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

      Re:    United States v. Lee Baca

Dear Judge Anderson,

I write this letter in support of my friend of over 35 years, the Honorable Sheriff Leroy Baca, for your consideration in making a judgment as to the sentence the United States of America will impose on Sheriff Baca.

I met Sheriff Baca during the Sheriff term of the Honorable Sherman Block.  From the moment we met, I found him to be a man of strong character, integrity and compassion.  Lee Baca was different than the hundreds of Deputy Sheriffs I had met during my career as a Los Angeles County Deputy District Attorney.  I always believed that it was these qualities that allowed him to rise to head the Los Angeles Sheriff's Department.  In the over 35 years I have known the Sheriff, I have never seen the side of his being that gave rise to these charges.

When I ran for the office of Los Angeles City Attorney in 2009, I was proud to receive the Sheriff's endorsement.  Prior to giving me his endorsement, he questioned me on my character, integrity, honesty and resolve to serve the public.  When I received his endorsement it meant a lot to me because, of all the endorsements I received, his was the only one that questioned the meaning of the role of a public servant.  To this day, I am proud of the fact that a man of the Sheriff's character endorsed me.  I attribute, in large part, my success in becoming the Los Angeles City Attorney to the public's appreciation of Sheriff Baca's years of selfless public service and popularity transference via his endorsement.

I have, over the years, called upon my friendship with the Sheriff to help others.  It was Sheriff Baca, Steve Cooley and me, along with our spouses, that met with Mayor Foster to call upon him to put our current Sheriff, Jim McDonnell, in the position of Long Beach Police Chief after he was passed over for the position of the Chief of the Los Angeles Police Department.  The Mayor appointed Sheriff McDonnell largely on the recommendations of Sheriff Baca and the then District Attorney.

Sheriff Baca has served all Angelenos with distinction, reliability and honesty.  He has never been embroiled in public scandals or discredit, as so many others who have held public office.  In the 15 years he served as Sheriff, and in all his years as a deputy before that, the events giving rise to the charges in this case are an anomaly, and truly not indicative of his service and career, and most probably occurred as a result of a misguided loyalty.

Exhibit E, Page 482

Case 2:16-cr-00066-PA    Document 41    Filed 06/20/16    Page 69 of 69    Page ID #:568

Honorable Percy Anderson
May 4, 2016
Page 2

In dint of the foregoing, and in this honorable Court's sense of right, compassion and justice, I ask
Your Honor to exercise your wisdom, sense of justice and compassion toward a man who has
honorably spent a lifetime giving of himself to others and recognize a life well spent but for this
chapter and place the Sheriff on probation to this Court.

Respectfully,

Carmen A. Trutanich

CAT:cmr

401

Exhibit E, Page 483

Joseph Tseng, CPA
150 N. Santa Anita Avenue, Suite 490
Arcadia, CA 91006

April 2, 1016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am a certified public accountant since 1983 and have known Lee Baca for approximately 18 years (since 1998). My office is in Arcadia (see address above) and I can be reached at (626) 986-0123.

In addition to practicing as a CPA, I currently serve on the board of CTBC Bank (USA) (formerly Chinatrust Bank USA) as a board director and chairman of the audit committee. I am also a former board member of the California Board of Accountancy appointed by the former governor of California.

Around 1999, I founded LACASA (Los Angeles Chinese-American Sheriff's Advisory)- a nonprofit organization dedicated to educating the local community on public safety issues and building better understanding with law enforcement agencies. With the great support from then Sheriff Lee Baca, LACASA has grown to become a premier nonprofit organization benefitting our community. For example, we have organized numerous public safety seminars, as well as donating scholarship funds to needy students. Each year, our dinner event was attended by 400 to 500 people, including local business owners, judges and former Los Angeles County district attorneys. All this would not have been possible without Lee Baca's unselfish and absolute commitment to the betterment of our community.

I can recall numerous instances where Lee Baca has helped the underserved and our community without reservation despite how busy his workload is. Obviously, I can't list all of them here. However, if called upon, I will speak without hesitation for Lee Baca's great character, kindness, generosity, dedication and willingness to help those who are in need.

Sincerely,

Joseph Tseng

402

Exhibit E, Page 484



# FAITHFUL CENTRAL
### BIBLE CHURCH

March 23, 2016

Honorable Judge Percy Anderson
United States District Judge
United Court House
312 North Spring Street, Court Room 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson,

I am Bishop Kenneth C. Ulmer, Senior Pastor of Faithful Central Bible Church, 333 W. Florence Avenue in Inglewood and a citizen of Los Angeles for over 40 years.

It is with great pleasure that write this missive in support of my friend, Sheriff Lee Baca. I have known Lee for over 15 years. Our church purchased the Great Western Forum in 2000 and due to several mutual friends Lee and I began to cross paths on many civic occasions. After learning we both were former Marines we developed a bond of mutual affection and respect for one another and a friendship that would not be measured by the frequency of our communication but by the depth of our respect and appreciation for one another throughout the years.

Lee impressed me most in his "unofficial" capacity as a man who loves his community and who has a passion to see Los Angeles continue to become the great city that it is. Beyond his post as county official, beyond his activities during political seasons, beyond his role a public figure, I know this man as a compassionate, sensitive personality whose love, respect and interest in the welfare of others was not tied to the belt he wore, the ribbons on his chest or the bars on his collar but, that grew out of a genuine interest in the welfare and productivity of others.

Lee has become a regular worshiper at our church. As pastor of a growing prominent congregation in Southern California, I place the emphasis on "regular" and on "worshiper". Unlike so very many of his political colleagues, we see Lee "in between" election seasons! Most politicians make the rounds visiting urban churches when they are seeking votes and community support, but Lee comes not only to our major events such as Easter, New Years Eve and other holidays, but we call him and his wife an "auxiliary members" because of the frequency with which they attend our services. More important, however, is that he does not come to spectate, campaign or court political support – he comes to worship. I am often surprised when we meet after service in my office and he is able to quote back to me so many of the items I spoke of in my messages, indicating how relevant and applicable they were to his life! I often smile, because when you do three services on Sunday at my age (68) – sometimes I don't remember what I have said myself. He is not only an attender, he is a worshiper, often swaying to the rhythms of the music, or mediating during prayer times, or meeting and greeting others during our times of fellowship.

*Building Champions For Divine Deployment*

333 West Florence Avenue  •  Inglewood, California 90301  •  P: 310-330-8000  •  F: 310-330-8035
info@faithfulcentral.com  •  www.faithfulcentral.com

403

Exhibit E, Page 485

Page 2 of 2

Most of all I know Lee as a man of integrity. He is an example of the truth that integrity is not a demonstration of perfection rather it is consistent striving for wholeness and right-ness in spite of imperfections. I know Lee Baca as a good man; a man worthy of commendation; a man worthy of reconciliation; a man worthy of grace and mercy.

It is with great honor and sincere humility that I commend to you my friend, Sheriff Lee Baca.

Sincerely,

Kenneth C. Ulmer, D.Min., Ph.D.
Senior Pastor
Faithful Central Bible Church



404

Exhibit E, Page 486



April 12, 2016

The Honorable Percy Anderson
**UNITED STATES DISTRICT COURT JUDGE**
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

When I first met Lee Baca over twenty-five years ago he was the highest-ranking Latino in the Los Angeles Sheriff Department. I was introduced to him and I thought I was meeting a college professor. He was thoughtful and expressive with his ideas. It didn't appear to me that he was in law enforcement, let alone a high ranking officer in the department. He spoke about better training for his deputies and it wasn't about making laws tougher, it was about treating inmates better. He often stated that inmates would benefit more if they were educated and given reading and writing skills and even computer classes. He felt that this would help to make them contributing members of society when they eventually left the system, rather than have them get recycled again into a dead end future.

I have always had respect for him as a public servant and gratitude for a warm friendship extended. I worked closely with him during his first campaign for sheriff, serving as his treasurer. During those months I was able to experience his defined sense of ethics and respect for propriety in all forms. He always demonstrated the highest respect for Sheriff Sherman Block. He never bad-mouthed him and always spoke highly of him. Lee never compromised his values and ethics. When dealing with people, he always made them feel special and welcomed.

Someone at a banquet in honor of Lee's successful outcome as sheriff shouted out if it was possible for Lee to fix his ticket, and Lee responded," No, but I'll pay for it." I've been a supporter of numerous elected officials for over thirty years and Lee Baca was the only one who <u>never</u> let me pay for his breakfast, lunch or dinner; it was always dutch treat or he would pay; there are only two others who have actually bought me a meal. This speaks to his sense of keeping things above board. I always saw Lee as a man of integrity, honesty, and someone who always wanted to do the right thing all the time. I am proud to call him my friend and I'm very proud for him for all he has accomplished. He has been one of the pillars of his community.

His chief goal in running for sheriff was to serve with honor and diligence for the sake of the office, the public and his fellow law enforcement officers. As far as I have witnessed he has continued to keep that vision alive.

Very truly yours,

LUIS C. VALENZUELA
Executive Vice President

**M + D PROPERTIES**

3100 E. Imperial Highway Lynwood, CA 90262  /  Tel.310.631.6789  /  Fax.310.631.1645

405

## VALVERDE CONSTRUCTION, INC.

General Engineering Contractors
License No. 276489
10918 SHOEMAKER AVE.
SANTA FE SPRINGS, CA 90670
(562) 906-1826 • FAX: (562) 906-1918

April 4, 2016

The Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street; Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

My name is Joe A. Valverde, and I have been the President/Owner of Valverde Construction, Inc. in the state of California for 44 years.

I have known Leroy "Lee" Baca for 32 years. I have known him to be of good character and an active and positive member of the community.

He was instrumental in allowing a Youth Center to be built at the Star Center Facility, a property of the Los Angeles County Sheriff's Department. Without his tireless support and involvement, the project would have never happened. The program is designed to give young people up to 17 years of age and younger an alternative lifestyle in lieu of gangs and other criminal activities.

I had the pleasure of working beside Lee through the period of planning, fund-raising, building and grand opening of that facility which serves the youth of our community. There will never be enough thanks given Lee Baca for his dedication and enthusiasm toward this program.
He has been an outstanding supporter of youth, sports and education programs to assist the underprivileged.

I would welcome any questions or requests for information regarding Lee Baca that you may have in addition to my letter.

Best Wishes
VALVERDE CONSTRUCTION, INC.

Joe A. Valverde
President
(562) 906-1826
joev@valverdeconst.com

406



801 South Grand Ave., Suite 400
Los Angeles, CA 90017
Ph. (213) 873-1700
Fax (213) 873-1777
www.vasquezcpa.com

OFFICE LOCATIONS:
Los Angeles
Sacramento

February 22, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear Judge Anderson:

As Managing Partner of Vasquez & Company LLP, past President of the California Board of Accountancy, former Founding Director of the 1984 Olympic Organizing Committee, present Chairman of the Los Angeles Latino Chamber of Commerce and a Board Director of numerous for-profit and non-profit Boards, I write without reservation, qualification or hesitation and ask that favorable consideration be given to Mr. Lee Baca.

I have known Mr. Baca for more than 25 years. I have served with him as a Director of the YMCA of Metropolitan Los Angeles. In the time that I have been associated with him, I have known Mr. Baca to have been an honest, community-minded individual who exhibited high ideals and standards. I was particularly impressed by his activism and contribution to the underserved communities of southern California. His work and involvement in the East Los Angeles Community and as Director of the YMCA underscores this.

I believe Mr. Baca to be an outstanding citizen of our community deserving recognition and credit for his past accomplishments and contributions.

It is therefore respectfully requested that Mr. Baca be given any favorable consideration you may grant him.

Thank you for your time and consideration.

Sincerely,

Gilbert R. Vasquez, CPA

McGLADREY ALLIANCE | McGladrey    McGladrey Alliance is a premier affiliation of independent accounting and consulting firms. McGladrey Alliance member firms maintain their respective names, autonomy and independence and are responsible for their own client fee arrangements, delivery of services and maintenance of client relationships.

407



# SOUTHWESTERN ACADEMY

2800 Monterey Road,
San Marino, California 91108
626.799.5010

Beaver Creek Ranch Campus
Rimrock, Arizona 86335
928.567.4581

fax: 626.799.0407
www.southwesternacademy.edu

April 30, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Regarding:   United States v. Lee Baca

Dear Judge Anderson:

Our college prep school has been in San Marino 92 years, since this was ranch country. I have taught here all my career, serving now as the school's Headmaster. About 1970, I was invited to join San Marino's Rotary Club, though I must have been thirty years younger than other members. As a Rotarian came a duty to interview ten or twelve applicants for a Rotary "Group Study Exchange," sending 25-40 year old career workers for a month elsewhere to observe their professional field. In this exchange, the field was public safety, exchanging with police in cities north of London. Our screening spent several evenings reading applications, then interviewing men and women eager to go to England. One candidate stood high above the others, a fairly new deputy sheriff whose poise, professionalism, dedication to public service, and particularly whose sincerity in wanting to help others shone brightly. (I pulled my old file; I'm saddened to note the other Rotarian-members are long deceased.)

Lee Baca was our choice for the Exchange to England. On his return he spoke to the Rotarians and to our students about his experience and how it related to his desire to serve others. Lee had a full head of hair back then, though in most other respects he doesn't seem to have changed, maintaining a youthful body as well as young attitude. He joined San Marino Rotary months later, attending when his service with the County Sheriff's Department placed him close enough to come to meetings, taking a leave when his duties carried him elsewhere in the county. I sat with him at lunches when he came to Rotary, always impressed by his intellectual curiosity and breadth of interests, and impressed more by his philosophies of seeking peaceful communities and countries through conflict avoidance.

Several times a school year Lee Baca has spoken to - better, spoken *with*, for he listens and discusses rather than lectures – our bright group of international prep students and with gatherings of adults. Each time I've heard him, I'm impressed with him anew. He lives a mile from our campus. We've been on his morning running route, and often on his driving route to different job assignments. For these forty-plus years, he frequently stops for some water, or drives past my office, bringing a greeting, a smile, and most of all a sincere question about how I am, how is the school, how are the students.

I've supported Lee Baca with my vote at elections, but I've never socialized nor received favors from him. I know nothing other than media reports about his service as Sheriff. I do know that Lee Baca is a remarkable person with a strong intellect as well as a firm moral conviction. I am proud to be his friend.

Kenneth Veronda, Headmaster

Voice:   626-799-5010 x202
Headmaster@SouthwesternAcademy.edu

408

Exhibit E, Page 490

## *Visco*

### FINANCIAL INSURANCE SERVICES
◆ ◆ ◆

44824 Cedar Avenue, Lancaster, CA 93534-3213
PO Box 5570, Lancaster, CA 93539-5570
(661) 945-3494   Fax (661) 940-5404
Toll-Free: (866) 945-3494   Fax (866) 940-5404
License Number OE28825

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I am writing this letter in support of former Los Angeles County Sheriff Lee Baca. I have known Lee for many years and have been good friends since we were introduced in the late 1980s by a mutual friend, Matthew Fong, who later became State Treasurer of the State of California. I myself have been very active politically in the State of California, as well as in the Antelope Valley, and through all my political activities, I came to know Lee through various activities and fundraising events, especially those that involved law enforcement. In my opinion and at all times that I have had interaction with Lee, it has always been positive in nature and his demeanor has always shown that he is concerned about the safety of the citizens that he serves.

After hearing of the problems that had occurred in Los Angeles County, I felt a sense of sadness that Lee had become embroiled in that situation. I am sure all of us have found ourselves at times in our lives where we have made bad choices, but I truly believe the underlying choice that was made was not malicious. I personally believe Lee to be a kind and compassionate man who wanted to protect the citizens of the community. It is for this reason that I am writing this letter in hopes that you may grant Mr. Baca leniency at his upcoming sentencing.

I may be reached by telephone at my office at (661) 945-3494 or my cell at (661) 433-2394. I am most appreciative of your consideration and may God bless you.

Yours truly,

Frank Visco

409

Exhibit E, Page 491

ELAINE BACA WAGNER
24742 Glenwood Drive
Lake Forest, CA  92630
(949) 584-4724

April 3, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA  90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I have known Lee Baca all his life, because I am his sister.  I was the first child born to our parents in December, 1940 and Lee was the second child born approximately 18 months later.

As far back as I can remember my bother at a very young age wanted his life to have meaning. Therefore he chose to dedicate his life to serving his country and community.  This was not an easy choice, because our family did not have the financial means to support his aspirations.  This did not deter Lee.

To serve his country he joined the Marines and served honorably.  Next, joining the Los Angeles County Sherriff Department as a lifetime career was a logical choice for Lee.  This was his chance to serve his community and well he did for approximately 49 years.

I know my brother. I know his life, his traits and his character.  "Do the right thing" would be his mantra. I have never known him to be deceitful, dishonest or mean hearted.  Actually, for years the media and press referred to him as the "Zen Sherriff".  He is a pacifist by nature and yet he chose a career within law enforcement in order to bring dignity and humanity to those that break the law and to those that serve with him.

I am respectfully submitting this letter with the hope that you will give due consideration to the significant number of years he has served and the numerous contributions he has made to the Los Angeles County Sherriff Department as a result of his dedication and leadership .

Very truly yours,

Elaine Baca Wagner

410

**C H AUTO**
**PRO SHARP CORP.**
中 華 汽 車

March 31, 2016

Re: United States v. Lee Baca

Dear Judge Percy Anderson:

My name is James Wang, President of CH Auto in the city of Rosemead.

I have known retired Sheriff Lee Baca for 18 years. I know him to be a community-minded and heart-centered public official in his capacity as Sheriff.

When I was part of the advisory team of the Lincoln Training Center (LTC), Lee was actively supporting this humanitarian organization. The LTC provides workforce training for individuals with developmental disabilities to foster independent living. LTC also seeks employment for their trainees.

Lee is very approachable and more concerned for others than himself. Ten years ago, I was embroiled in a legal battle and every public official who I approached ignored me. It was only Lee who listened to me and referred me to the local Bar Association. He cares and he is a friend.

I believe that our community would not benefit by subjecting Lee to harsh punishment. Many community projects need his continued support. Judge Anderson, we hope you will take all that into consideration.

Sincerely,

James Wang
Jimwang 8@pacbell.com

8969 E. Garvey Ave.  Rosemead, CA 91770 · Tel:(626) 571-2288 · Fax(626) 571-2024 · www.chauto.com

Exhibit E, Page 493

## The Honorable

## *Diane E. Watson*

## U.S. Congresswoman (ret.)

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson,

As a Retired US Ambassador, Congresswoman, Senator and former LAUSD Board official, I have represented the interest of the Los Angeles community and Americans at large for over 35 years, both locally and federally. A Los Angeles native; I graduated from Susan Miller Dorsey High School, received an Associate of Arts degree from Los Angeles City College, a B.A. in Education from the University of California, Los Angeles. I later earned a Master's degree in School Psychology from California State University and a Ph.D. in Education Administration from Claremont College Graduate University. Throughout my years in public office; I established a reputation as a diligent and passionate legislator concerned with improving the plight of women and children—especially those living in poverty. My diverse legislative interests included Welfare Reform, Civil rights, Foreign Aid for African nations facing the HIV/AIDS crisis, and improving Health care and Education.

As a member of the LA Board of Education from 1975 to 1978, as the first African American female to serve, I was an outspoken advocate of desegregating Los Angeles public schools and won a seat in 1978 to serve in the California Senate, as the first African–American woman. In 1998, I was nominated as U.S. Ambassador to the Federated States of Micronesia, by President William J. Clinton.

412

I was elected to Congress in 2001; I called attention to the plight of impoverished Americans and minorities. Building upon my work in the state legislature, I proposed "commonsense" welfare reform which included federal reauthorization of the Temporary Assistance for Needy Families program to provide education, childcare, job training, and employment to welfare recipients by granting states the ability to manage their own welfare programs. A consistent supporter of increased funding for Head Start, as a member of Congress I also lobbied for federal assistance to combat gang violence and to protect at-risk youths.

I strongly support Lee Baca because he became a close friend while we both were running for our respective offices. He would often say; "who would believe that a boy named Leroy, could ever become sheriff!" He knew the challenges in the community and could keenly relate to them. His experiences, in the neighborhood of his childhood, which he overcame, prepared him well to handle the duties of his office. I found him dedicated and very supportive of those who were sworn to, "Protect and Serve!"

Sincerely yours,

Sincerely,

Diane E. Watson
U.S Congresswoman (ret.)
#323-291-1250
E: Honorabledianewatson@gmail.com

413

Exhibit E, Page 495

# RICHARD WEINTRAUB

April 6, 2016

Honorable Percy Anderson
U.S. District Court
Judge U.S. Courthouse
312North Spring St.
Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

It is without reservation that I submit this letter of support for Sheriff Lee Baca. Thirty-five years ago a young deputy walked into my office at the Constitutional Rights Foundation and asked me for help in creating a Student and the Law class. In August, 2000, when I was Director of the Jewish Federation Council he asked me to join the Los Angeles County Sheriff's Department as his Director of Education and Professional Development. Working with him and at LASD was the best decision I ever made.

The Deputy Leadership Institute, LASD University, Emerging Leaders Academy, MERIT Continuum and Education Based Incarceration were his brainchild and part of his vision for a more humane law enforcement agency. These programs have been recognized

414

nationally and internationally and have resulted in a dramatic reduction in the recidivism rate. These innovative programs have stood the test of time.

Sheriff Baca has the mind of a Visionary, the body of an Athlete and the spirit of a Righteous Man. He is recognized as a world leader, spiritual teacher, a mentor to thousands and my friend.

I appeal to you to consider leniency and forgiveness for a man who has done so much for the homeless, dis-enfranchised, incarcerated and the people who wear the uniform and for the civilian staff who will always consider him a hero and a man of honor.

Thank you for your consideration. If you require additional information please call me at 562-522-6410 or email psyspiritt@aol.com

Richard Weintraub

415

Exhibit E, Page 497

March 23, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Steve Whitmore. I am a 65-year-old Caucasian with two grown sons that are the by-product of a 28-year-long marriage.

I have known, worked with, and for Sheriff Lee Baca for more than 14 years. He was my boss. And to this day, he is by far the best boss I've ever had. In my capacity as his senior most press advisor and speechwriter, I knew him well.

His accomplishments are many and will have a long-lasting, positive affect on Los Angeles County. Whether it be the Hall of Justice project - which by the way, he was ridiculed for wanting to preserve the building in the beginning of his quest to restore it to its former glory. And now that dream is a reality where the Los Angeles County District Attorney and the Sheriff's Department are housed in a fully functional, architectural marvel forever to be an example of Los Angeles' glorious past. Make no mistake about it, the Hall of Justice would not exist as it does today without the steadfast leadership of Sheriff Baca.

Furthermore, his positive and pioneering mark on law enforcement reaches far beyond our great county here in Los Angeles. He created the Office of Independent Review - consisting of independent attorneys specifically schooled in rooting out law enforcement corruption and making it right - which by the way has become a nationwide model for law enforcement oversight. He was the first in local law enforcement to develop a plan for the homeless. In fact, he created and pulled together the first homeless summit in Los Angeles back in the early 2000s which caught the eye of the Los Angeles Times editorial board that ran an editorial applauding the sheriff for his innovative and groundbreaking efforts to get the homeless into suitable housing and respectable jobs. His ideas were and are honorable. They also work.

Then there is the Los Angeles County Jail system, which is the real irony of this story. No man or woman, in law enforcement or out, has spent their life's work trying to give inmates a real chance of a life worth living.

Whether it be a specially designed jail unit for pregnant women, where mothers can bond with their infant children. Or a separate unit for jailed veterans, where military trauma becomes military strength.

Or maybe when Sheriff Baca allowed condoms to be distributed to gay inmates housed in a safe, secure environment where they would not be victimized by sexual predators; a first-such program in the nation.

416

Sheriff Baca wanted inmates to succeed in life and believed jail should be the first step, not the last. He believed jail should be a place to educate inmates; whether through domestic violence classes where violent, rival gang members sat next to each other, breaking bread, as they say, learning how to work a problem toward a peaceful resolution. And the recidivism rate for graduates of this pioneering program dropped dramatically. Again, an idea that worked.

Sheriff Baca personally handed out high school diplomas. He spoke at the graduation ceremonies. Sheriff Baca cares about those that society does not.

Sheriff Lee Baca is committed to the notion that an educated population is a safer population. This commitment resulted in a new approach to housing inmates together in a new division entitled Education-based Incarceration.

I know something about this because I too am an alumni of the Los Angeles jail system. I was an inmate in the very same county jail that the Sheriff eventually was responsible.

You see, I am a sober alcoholic. I haven't had a drink since October 16, 1977. When I was drinking I got into trouble and would end up in jail. When Sheriff Baca hired me, he was aware of my past but it did not dissuade him. The past is the past, he used to say. It's what we do today that matters.

It must be noted here that prior to Sheriff Baca hiring me, I had a successful career as a journalist in print, radio and television.

As such, I loved my career as a journalist. I hold deeply the right of the American citizenry to know what its leaders are doing and how they're doing it. In other words, the journey is as important as the destination.

Which brings me to this final thought: This letter is designed as a character reference to perhaps gain some insight into Leroy David Baca; to advance his character forward. Sheriff Baca doesn't need me to advance his character forward because his character is already advanced.

If it is decided to place Sheriff Baca behind bars, the inmates will be the better for it. But I believe the Sheriff should not receive any jail time. He's already plead guilty to a felony. He is stained for the rest of his life. Jail adds nothing but an appeasement to the special interests. The only special interest here should be judicial.

Allow the Sheriff to continue his journey doing what he does best: Serving people. All the people. All the time.

Thank you for your consideration.

Steve Whitmore
Senior Media Advisor/Speechwriter/Spokesman
Los Angeles County Sheriff's Department
2000-2015
Retired

417

Exhibit E, Page 499

# GARY WINNICK

9355 WILSHIRE BOULEVARD · 4TH FLOOR · BEVERLY HILLS · CALIFORNIA 90210

(310) 499-5400

March 7, 2016

The Honorable Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Dear Judge Anderson:

I am writing in regard to the upcoming sentencing for Leroy D. Baca, Former Sheriff of the County of Los Angeles.

I have been a businessman and philanthropist in Los Angeles for over 35 years and I am privileged to have been acquainted with Mr. Baca for 25 of those years. On numerous occasions, I have had the honor to interact with Mr. Baca at several philanthropic activities, ranging from providing gift baskets to needy families to working with at-risk youth.

While I firmly believe that no one is above the law, and that adherence to the law is required regardless of position or stature, I hope the Court, in considering a plea agreement and imposing a sentence, will take into account Mr. Baca's extraordinary contributions and his ability to contribute again at a high level to the city of Los Angeles. I support Mr. Baca and urge you to grant clemency to him.

Mr. Baca has lived his life devoted to public service, and over his long and esteemed career has demonstrated outstanding leadership and loyalty. My wife Karen and I hold nothing but the highest regard for Mr. Baca personally, as well as for his law enforcement service. It is no small task to manage the largest Sheriff's office in the United States, the largest local jail system, as well as protection for the largest court system in the country.

Despite his legal troubles, I pray that he will one day again be able to regain his place in this city's leadership. My earnest hope is that you will strongly consider the breadth and depth of Mr. Baca's work contributions, both in and out of uniform, in deciding not to incarcerate him. Should that be your decision, I am fully confident that Mr. Baca will continue, stronger than ever, to have a positive impact on our society.

He has given much to this city, and has much to give. In view of his past, current and future service, I very much hope that he is not given a sentence of imprisonment.

I thank you for considering this recommendation.

Respectfully,

418

Exhibit E, Page 500

March 11, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

   Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Matt Wollman and I have known retired Sheriff Leroy (Lee) Baca for the past 14
years.

Following a 25-year entrepreneurial career in the medical and consumer products arena, and
after the successful sale of multiple companies that directed thousands of workers across the
globe, I elected in 1999 to dedicate my 40's and 50's to public service.

In 1999, I began serving the Los Angeles Police Department as a specialist reserve working my
way to the title of Counter Terrorism Community Information Specialist. This designation
followed more than two years of training by multiple law enforcement agencies at the local, state
and federal level. My primary focus was the training of police officers and infrastructure security
personnel (oil companies, high-rise office complexes, critical sites) on matters concerning "pre-
incident indicators."

In 2005, after completing the Los Angeles County Sheriff's Department (LASD) academy, I was
sworn in as a reserve deputy sheriff after being recruited by then LASD Chief, now Orange
County Sheriff, Sandra Hutchens. My duty began with assignments in the field, mostly focused
on training executive staff on matters concerning terrorism. Following a short stint at the
Training Bureau to "train the trainers," I was reassigned to the Emergency Operations Bureau
(EOB) to develop an international outreach program which would serve as liaison to the more
than 100 consulates in the Los Angeles County area. It was here at EOB that I began to work
together with Sheriff Baca, first by reporting on my activities but soon thereafter taking on
special assignments pertaining to Departmental activities, including information sharing, cross
training with outside agencies, inter-agency cooperation, intergovernmental affairs, and the like.

My work and cooperation with Mr Baca brought me in close proximity to him over time, and I
often accompanied him to official conferences, meetings on Capitol Hill, visits to Interpol, etc.
The nature of our relationship was always focused on Department business. Our frequent
discussions, philosophical exchanges, agreements and disagreements always reflected the
highest degree of integrity and respect. Our relationship was underpinned by a professional and

419

mutually agreed upon code of conduct. Our paths never led to a movie night, shared ball game or social meal. Every single interaction, any there were many, focused on the Department and the Sheriff's tireless campaign to build better community policing partnerships and a better LASD.

Lee Baca made "trust" a hallmark of his term in office. His contributions to the communities he served over the course of 49 years are substantially based upon the public trust he engendered among his constituents. He has been recognized by many for ensuring that this trust never be violated, and for always seeking to protect the community, including those who may otherwise be neglected due to extreme poverty, racial or religious bias, or other forms of bigotry. As a professional who has consulted and advised dozens of foreign governments on policing matters, and the author of my own book, *Moving Toward the Future of Policing* (RAND, 2010), I can attest that the single largest budget item within any law enforcement entity is its labor force. Managing that force and penetrating the psyche of police officers for the purpose of re-educating their mind-set is a most difficult task, and something that he focused on daily.

Lee Baca's compassion, and deep care for the community at large as evidenced by his more than 20 outreach council's (minority, religious, ethnic, etc.), combined with his tireless visits to church groups, community meetings and international day celebrations, are a testament to his authenticity. Particularly well-regarded for his approach to the Muslim population in the years following 9/11, the Sheriff was recognized by the highest echelons of the U.S. government who called upon him to roll out programs that served as examplars for countering violence and radical extremism throughout the country. Lee Baca's work in this area has also been recognized and implemented by governments throughout the European Union and the western world.

My close observations of Mr Baca during meetings of national and international importance were often accompanied by a profound consensus that he was amongst the most highly esteemed and respected, earning him the designation of "Sheriff of the Year" in 2013 from the National Sheriff's Association. The first law enforcement leader to host national police chiefs from Muslim nations along with their western counterparts, supported by members of the President Obama's administration, from the White House staff to Cabinet officials.

Not to be trite, but, recognition by his peers was the direct result of his verbal and written contributions to the law enforcement community and solid command over the values that were and I believe are, his core competency. Through his example Mr Baca taught me many lessons that I am grateful to him for. I am proud to have been able to serve his office and humbled by the integrity with which he held it. Never indulging in personal comfort, and never putting himself above or in front of others, he is the one who will open doors for others, avoid the appearance and tradition of those creature comforts that his title afforded while demonstrating the humility few politicians have the personal discipline to maintain.

Thank you for the opportunity to provide these comments to the court. If I may be of further assistance, please do not hesitate to call upon me.

420

Exhibit E, Page 502

Sincerely yours,

Matt J. Wollman
10877 Wilshire Boulevard, Suite 101
Los Angeles, California 90024
matt@wollmans.com
(213) 327-9777 M
(310) 440-8585 D

421



**Rabbi**
David Wolpe

**Rabbi**
Nicole Guzik

**Rabbi**
Jason Fruithandler

**Rabbi**
Erez Sherman

**Rabbi Emeritus**
Zvi Dershowitz

**Cantor**
Marcus Feldman

**Cantor Emeritus**
Joseph D. Gole

**Ritual Director**
Ralph R. Resnick

**Executive Director**
Howard Lesner

**Sinai Akiba Academy
Head of School**
Dr. Sarah Shulkind

**Headmaster Emeritus**
Rabbi Laurence Scheindlin

**Religious School Director**
Danielle Kassin

**Douglas Early Childhood
Center Director**
Tracy Schatz

**Organist-Choir Director**
Aryell Cohen

**President**
Joseph Gabbaian

**Vice Presidents
Administration**
Leslie Wachtel

**Development**
Jackie Ahdout

**Education**
Angela Maddahi

**Finance**
Robert E. Strauss

**Membership**
Mehrzad R. Roshan

**Ritual**
David Matloob

**Social Action & Programming**
Jamie Berman

**General Counsel &
Corporate Secretary**
Michael Bordy

**Treasurer**
Nahum Lainer

**Assistant Secretaries**
Kambiz Hekmat
Cary B. Lerman

**Immediate Past President**
Joel Weinstein

April 7, 2016

Dear Judge Andersen,

I am Rabbi of Sinai Temple in Los Angeles. Over the years I have had intermittent contact with Lee Baca both in official and personal contexts. Professionally, he has been a leader in interreligious relationships, attending our services and showing great courage in his insistence on embracing all faiths. When some members of my community challenged him on the legitimacy of Islam, he spoke firmly and respectfully to them. His principled stand took on greater authority as a law enforcement official, and because they knew of his devotion to Israel and the Jewish community. As a result he is admired by our community.

Personally I have had the opportunity to share meals with Lee Baca both on public occasions and in private settings. I have turned to him for counsel on questions about my congregation and the community. Once when I had an issue with a prominent member he offered to intervene and help – an offer that was fortunately not necessary but is characteristic of his willingness to help his friends and stick his neck out.

In brief, I have come to know Sherriff Baca as a man of generosity and integrity, of communal embrace and personal goodness. I am very happy to elaborate on this or to offer any other thoughts should you wish.

Sincerely,

Rabbi David Wolpe

**SINAI TEMPLE**  10400 Wilshire Boulevard, Los Angeles, CA 90024-4602 • tel 310-474-1518 fax 310-474-6801 http://www.sinaitemple.org

422

April 8, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

My name is Dennis Wong, a resident of the Los Angeles area for over 30 years. I'm an entrepreneur and local business owner. I have had the pleasure of knowing former L.A. County Sheriff Lee Baca for the past six years. I'm writing this letter to share just a few of the many examples of Lee's upstanding character.

In 2010 I had an opportunity to meet Sheriff Baca at the grand opening of my good friend's business in downtown LA. To be honest, I didn't really care much that Sheriff Baca was attending, and I was mainly there to support my friend. Having seen Lee on television and heard his voice on the radio over the years prior, I could only imagine what someone in his role would be like: A stone-cold lawman that likely used power and ego during his relentless pursuit to the top of the LA Sheriff's Department. Something out of the movies.

When I finally had a chance to converse with Sheriff Baca, I was struck by his very humble, authentic and genuine demeanor. We bonded over our love for health and fitness. As an avid cyclist and owner of a health company, I found many similarities in our lifestyles and beliefs. His dedication to practicing and promoting a healthy lifestyle continues to inspire me to this day.

Our first interaction was brief, but it was meaningful. It shined a light on a public figure who really cared for not just me, but each individual of the community. When we spoke - and I am confident that anybody who has met Lee can attest to this - there were no barriers, no social formalities or constructs that needed to be met. His manner was warm and welcoming and he spoke to me not as a "Sheriff," but as a peer. I found words were profound and immediately I knew there was great depth to his character.

Over the next six years I became good friends with Lee and his wife and I never saw him waiver as a crusader of justice. I saw him do everything in his power to make LA a better place for all. No "win" was too small. He was proud of his team and each of their achievements. After each get together, I would always leave inspired and wanting to do *more* to make a positive impact on the lives of those around the world.

One moment that I found memorable and defined Lee's character for me was during one of our earlier get-togethers when I asked him, *"How do you handle adversity?"*

1

423

His answer will forever stay with me: *because of my upbringing and watching the struggles each day that my mentally disabled uncle had to deal with, I am all the more thankful for what I have.*

*There is never any benefit in expressing negative emotions. We all have the resources and ability to live a wonderful life, we just need to make the choice to.*

*There is no adversity too high."*

It is no surprise that he dedicated himself to servitude for so long. What *did* come as a surprise to me was the courage and resolve that he maintained when he spoke of his day-to-day. Here was a man who met with the grit and grime of Los Angeles on the regular, yet still maintains a hope for the city to be better. To me, he was a beacon of light.

The Lee Baca I know is a leader and a great teacher. He lights up at an opportunity to speak about his fellow man, and his top priority was to protect and preserve. Lee is a man who loved his career as a public servant, continues to take the time to engage with humble men as myself and wakes up, each day to run, rain or shine, 6 miles. These instances are indicative of his warm heart and gentle demeanor.

Please accept this letter as a testament to the character of Lee Baca.

Thank you,

Dennis Wong
dwong@mail.com
626-622-6886

2

424

Exhibit E, Page 506

Judge Percy Anderson                                              March 30, 2016
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

**Re: Sheriff Lee Baca**

Dear Judge Anderson,

Please let me introduce myself. My name is Susan Woo and I am a managing partner of the Green City Group which is a swimwear manufacturing company located in Temple City, California. Green City Group is a local employer which provides jobs to approximately 200 workers. I also serve as a board member of the Arcadia Methodist Hospital Foundation and the Dean's Advisory Board for the College of Business and Economics at California State University, Los Angeles. I am also a close friend of former Los Angeles County Sheriff Lee Baca and his wife Carol.

I recently learned that Mr. Baca has encountered legal issues that have resulted in a plea agreement that is pending your review. It saddened me to hear this, because the Lee Baca I have known for so many years has been a pillar of the community and a dedicated, hard-working public servant. It is my hope that this unfortunate event will be addressed in view of the numerous accomplishments that Lee has achieved on behalf of our community over his many years of public service. I hope you will take a moment to consider my thoughts on this issue.

I first met Sheriff Baca and his wife Carol during a visit to Hong Kong in 1998. I was there on business when I was introduced to Lee and Carol by mutual friends. Carol and I grew to be close friends after our return to the United States. I was invited by Carol to attend many events with Lee and her. I also had the honor of meeting Lee's father and Lee's children. I know Lee personally and can attest to his good character.

I know Lee to be a man of honesty and integrity. Lee cares about the community he works and lives in and can always be depended on to support local charitable activities. Lee is a good listener and a patient man, especially with young people. I have often observed Lee sharing his own childhood experiences with young people while also patiently listening to their situations. He mentors young people and encourages them to set goals in their lives. Personally, I am grateful to him for the time he dedicated to mentoring my daughter Stephanie.

Stephanie, as is often typical with young people at the age, experienced a rebellious period during her teenage years. I was a single mother, caring for my parents and also an only child. It was difficult and challenging time in my life. Lee learned about Stephanie's issues and approached me and offered to help. Lee and his wife Carol spent time with Stephanie helping to mentor and providing role models for her. Today Stephanie is a successful young lady who is preparing to graduate college. Stephanie's success in maturing to a responsible young lady

425

can be partly attributed in a large part to the help Lee provided when I was struggling to
manage so many responsibilities in my life.

I would respectfully ask your Honor to consider mitigating Lee's penalties in this case,
considering the vast good he has accomplished during his long career and his selfless
dedication to helping and mentoring those in need. Thank you for taking the time to review my
thoughts on this matter.

Respectfully,

Susan Woo
9162 La Rosa Drive
Temple City, California 91780
626-827-9272

426

Exhibit E, Page 508

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Mach 28, 2016

Dear Honorable Judge Anderson :

I am Julia L Wu, Trustee Emeritus of Los Angeles Community Colleges, former U. S. Commissioner on Libraries & Information Science, and currently Chairman of Performing Arts Foundation for Asian Americans. It is with mixed emotion that I write this letter to you to speak for Lee Baca, my friend of long standing. I have been quite disturbed by his recent predicament. It is hard to believe that an ethical and honest man like Lee would have got involved in this type of accusation.

I have known Lee and Carol for twenty some years. To me they are a model couple full of passion and dedication. Lee is a responsible family man who takes care of his children and even grand children with much love. Lee is a community person who is constantly supporting community organizations and providing his voluntary service. While other politicians are busy fund raising for their own coffer, Lee and Carol are busy raising funds for charity organizations. For years Lee has served as Honorary Chair for Los Angeles Chinese Chamber of Commerce, Garfield Hospital Medical Groups Board, as well as the Honorary Chairman of Performing Arts Foundation for Asian Americans that I founded. Lee is friendly and kind to every one, particularly the needy people. He always gives and never takes. He is always willing to help but never expects any returns. In fact, he has helped too many individuals that he could hardly remember. Lee is truly a public servant and community person. Affected by his kindness and sincerity, many ethnic communities voluntarily set up their own organizations serving as a channel between the Sheriff's Department and their own community. The Chinese American community took the lead in setting up La Casa Advisory Board first. Then Korean, Indian/Pakistan, Southeast Asian, Armenian, and Jewish communities followed the suit. By means of seminars, scholarships, and education programs, they have promoted their community awareness of public safety and laws and increased communication with the Sheriff's Department. These could not have been accomplished without the encouragement or the support of Sheriff Lee Baca. Lee also could have retired from his position and enjoyed his 100% pension. Or even could have made additional perks by taking a second job in the private industry. And yet he chose to continue to serve the public because he loves his constituency, and his community.

Lee's kindness and loving care have touched so many lives and so many hearts. Our community is in dire need of his service. Honorable Judge, your Judgment granting Lee "Community Service" will be deeply appreciated.

Respectfully,

Hon. Julia L. Wu

Exhibit E, Page 509

Honorable Percy Anderson

United States District Court Judge

United States Courthouse

312 North Spring Street, Courtroom 15

Los Angeles, CA 90012

RE: United States v. Lee Baca

Dear Judge Anderson,

My name is Lisa Yang. I am an American Citizen and I immigrated from Taiwan (ROC) in 1969. I currently volunteer for the American Red Cross and serve as a Community Ambassador. I am also an Ambassador for the Clinton Foundation.

I have been friends with Carol Bach (lee Bach's wife) for over years. I have met Lee several times at their home. He is truly a genuine person to speak to you. Every once in a while, we have had lunch at a restaurant together, and conversation with him is very pleasant and he is really concerned what's going on people's life and always offers to help.

Unfortunate things sometimes happen to everyone. This time it unfortunately had happened to our Sheriff Lee Bach. I ask and hope that the Honorable Judge will take all aspects of Mr. Bach into consideration and have leniency,

Thank you so much from the bottom of my heart.

Sincerely,

Lisa Yang          4/1/16

Cell#: 626-786-9026

428

March 31, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 N. Spring St., Courtroom 15
Los Angeles, Ca. 90012

Dear Judge Anderson:

I am writing this letter in regard to former Los Angeles County Sheriff Lee Baca. I am a retired member of the Los Angeles County Board of Supervisors on which I served from 1994-2014. I have known Sheriff Baca for at least 25 years and worked relatively closely with him during his nearly four terms as the Sheriff which entirely overlapped my terms of office. As you know, Mr. Baca has pled guilty to one felony count related to events surrounding the Los Angeles County jail that took place over the last number of years. He transgressed and has owned up to his mistakes.

I am writing this letter in order to share the pivotal role that the former Sheriff played at a very crucial point during the jail scandal. His cooperation enabled the county to address the jail crisis which had brought public confidence in the Sheriff's Department to an all-time low.

In October, 2011, while the United States Justice Department was undertaking its criminal investigation of the jail, I felt it was important for County government to assess the structure, policies, regulations and training deficiencies which had led to the jail crisis. It was imperative that the Board of Supervisors and the general public be made aware of the department's failings. In my judgment, this was the only way in which the issues that had come to plague the county jail system in the first place could be corrected. .

The Board of Supervisors was not equipped to undertake this "deep dive," given its other varied responsibilities. Moreover, asking any arm of the Sheriff's Department to do so would have had no credibility, regardless of the outcome. For this reason, I proposed the creation of a Blue Ribbon Commission on Jail Violence to be made up of people of unimpeachable character, independence and expertise who would credibly undertake such an inquiry. The creation of this commission was approved by the Board of Supervisors in October, 2011 and commenced its deliberations in early 2012 under the leadership of my appointee, retired Federal Judge Lourdes Baird.

Prior to making this proposal, I visited with Sheriff Baca at his office and advised him of my plan and asked that he give it his unequivocal imprimatur. I felt strongly that without his support and commitment to an independent review, the results could be muddled, at best. Without hesitation, Mr. Baca endorsed the proposal and told me he would publicly and privately support it, which he did. The commission deliberated for approximately 9 months and issued a scathing report which laid the responsibility for the jail crisis at Mr. Baca's doorstep, among other places. The report also proposed several dozen recommendations to restore constitutional policing to the county jail, most of which have been implemented.

It is uncommon for law enforcement chiefs or sheriffs to allow a comprehensive independent inquiry into any part of their departments. They typically guard their turf with utmost defensiveness. This was

Exhibit E, Page 511

not Mr. Baca's response to the establishment of the Blue Ribbon Commission. On the contrary: he was anxious to get this matter aired and addressed in public so that the department could begin to rehabilitate its reputation and its efficacy. Thank you for your attention to this letter.

Sincerely,

Zev Yaroslavsky
Former Member, Los Angeles County
Board of Supervisors
zev@yaroslavskyinstitute.org

430

# Paul Zee

## 9040 Telstar Avenue, Suite 137
## El Monte, CA 91731, U.S.A.
## Tel. 626-888-0188

March 1, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Honorable Judge Anderson:

I am writing to you as a Retired American, a First Generation Immigrant, and a Former Elected Official. I came to this country from Hong Kong in 1977. After 15 years working as a businessman, I decided to serve my community and my country, the great United States of America. I ran for City Council of the City of South Pasadena, California in 1992 and won the election. I served on the City Council from 1992 till 2001, and two terms as Mayor.

I met Mr. Lee Baca in 1995, way before he ran for the Los Angeles County Sheriff through a common friend. I was immediately attracted to his personality. Not only he appeared to me as a nice person, he also gave me an impression as a big brother and a trusted friend. We talked about the importance of serving our community, yet the difficulties as an ethnic minority. I told him the hardship and challenge that I was experiencing. Yet warm and strong encouragements were offered by Lee. I still remember he said that he is also a minority, a Mexican, and his mother entered into this country illegally. However, determination and persistence brought him to where he was. Those encouragements had been forever on my mind and in my heart.

In years after we became friends, we served together on many different tasks, and for many good cause. I would say that Lee had been instrumental in my life as well as in many others. He was definitely a key person to help and support our diverse communities. All in all, I am proud to have a great friend, Lee Baca.

Respectfully yours,

Paul Zee

431

**Aladdin Developers, Inc.**
8730 SUNSET BOULEVARD, FOURTH FLOOR
WEST HOLLYWOOD, CALIFORNIA  90069
310.358.9085  PHONE  ∗  310.358.0178 FAX

February 17, 2016

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

RE United States v. Lee Baca

Dear Judge Anderson,

This letter is in regard to Sheriff Lee Baca whom I have known very closely for over twenty years.

I, and many of my constituents, are most distressed by the legal battles and very poor biased media reporting that the Sheriff had to endure. As you know, this man has been at the top of a police force capability and accomplishments for forty nine years.

Over the years we have discussed on a non-confidential basis, a few of his many efforts and accomplishments; one in particular is the hundred million dollar plus grant from Sacramento he secured for the Sheriff Department known as "The Crime Laboratory." Another accomplishment is his diligent and undying effort to help the young people and the homeless with special concentration on the under privileged.  One of these entities is known as "The Star Organization" to which I, as many, were contributors for that effective cause.

I personally know of his *many* efforts and endless attendance at special affairs, churches of all denominations, and venues to improve relations with various groups (to name a few, Inglewood, Compton, the Armenians in Glendale, the Chinese and Korean contingencies) in the Los Angeles area, many of whom I personally know and from whom I've heard much praise for his efforts. I've also seen his dedication firsthand given some of the events we were in together. There are many to share, but one that comes to mind fondly is when we were keynote speakers at the St. Maron event at the Hilton Hotel, an evening where 780 people from the Lebanese community came together to tribute our patriarch. He spoke honestly, graciously, and his speech was well received by all. Without fail, so often during his off-time, Sheriff Baca was always generous with his time and efforts. He cares deeply for the community as a whole and is a mindful leader to all involved.

I know you must follow the law, but your honor this is a decent and honest man who also is a family man and the godfather of my 12 year old twin daughters.

I hope that your judgment will be on balance to his accomplishments and integrity.  He is trustworthy beyond any measure.

I hope you read this letter is its entirety.

Respectfully yours,

Anthony V. Zenenni
Chairman & CEO

432

Exhibit E, Page 514



MAILING ADDRESS:

CITY HALL
200 N. Spring Street
Room 450
Los Angeles, CA 90012
(213) 473-7003
(213) 485-8988 Fax
TDD (213) 473-5971

DISTRICT OFFICES:

19040 Vanowen Street
Reseda, CA 91335
(818) 756-8848
(818) 756-9179 Fax
TDD (818) 345-8624

Councilman
Dennis P. Zine, *RET*
Third District

Dennis P. Zine
6611 Melba Ave
West Hills, California 91307

Honorable Judge Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, California 90012

Re:  United States vs Lee Baca

Dear Judge Anderson,

I have been a member of Law Enforcement for the past 47 years. I joined the LAPD in 1968 and completed 33 years of active service before retiring to run for the Los Angeles City Council. I was elected and served 12 years as a member of the L.A. City Council. Term limits forced me to retire from the council over two years ago. Following my retirement from the LAPD, I joined the LAPD Reserves and remain an active LAPD reserve officer.

I have known Sheriff Lee Baca for over 30 years. I have attended numerous public and private events with him and his wife and have been to his home for events. My relationship with Lee has always been open, candid and honest. I have admired his dedication to law enforcement and know of the

433

Exhibit E, Page 515

many positive programs he implemented at the Los Angeles County Sheriff's Department and in particular the Jail System.

I know the unfortunate situation and circumstances that forced my friend Sheriff Lee Baca to retire from the Department after so many years of innovative and positive programs for the Department, and in particular those less fortunate that engage in criminal activity and end up in jail. Sheriff Lee Baca has a distinguished law enforcement career that has been severely tarnished forever.

As you decide the appropriate punishment for Sheriff Lee Baca, please consider the many years of dedicated service to the people of Los Angeles County and his age. What purpose will it serve to impose a lengthy jail sentence on him? He has already left the Department in disgrace and must live with that for the rest of his life.

I appreciate your consideration.

Thank you,

Dennis P. Zine

434

Exhibit E, Page 516

Nasser Zomorod

c/o Universal Peace Federation

950 Holly Vista Dr.

Pasadena, Ca. 91105

(626) 622-2584

To

Honorable Judge Percy Anderson

Re: Sheriff Lee Baca

February 29th, 2016

Dear Judge,

My name is Nasser Zomorod. I am Executive Director for Universal Peace Federation (UPF) in Southern California. UPF is an international, interracial and intercultural organization working to establish peace on an international, national and community level. I myself organize two major events each year 1: Honoring National Parents' Day in the City of Pasadena and 2: The American Leadership Conference. Sheriff Baca has been a crucial support to both of these events. He has helped as a supervisor and key note speaker for both of these activities and his reputation has greatly helped to invite and bring together leaders of many different organizations to encourage co-operation and networking in order to promote unity, peace and reconciliation. These activities have brought representatives of all different races, cultures and religions together to improve relations among all different citizens here in Southern California.

My organization and I (with the support of Mr. Baca) are dedicated to do these activities as volunteers. We spend a lot of time and even use our family funds for such noble aspirations. Myself, as Director of UPF am extremely excited to continue to help these organizations and families in this way mainly due to Mr. Baca's help, inspiration and encouragement. He has been my mentor and has urged me on to continue and expand what me, my team and our non-profit organization is doing.

Honorable Judge, I got to know Sheriff Baca about 2 years ago by attending one of his leadership and clergy gatherings at the Southern California Sheriff Department. He provided such a special event with about 600 leaders every once in a while and gave them very deep inspiration to co-operate with the Sheriff's Department to help and educate struggling young people in L.A. I saw all the participants were so inspired and full of hope. Truthfully I was one of them. Since then I intensified my efforts and offered more time to develop the conferences as leader of UPF in Southern California.

Honorable Judge,  during the last 2 years I have been getting to know Mr. Baca and I feel he is a man who is loved and respected by thousands of people in Los Angeles. He frequently gets invited to many interfaith gatherings. I strongly feel God loves him and wants him to have a peaceful mind, so he can continue to help our society.

As I already explained me and our UPF team depend on him so much. Without Mr. Baca it will be very difficult for me to continue to organize conferences and invite leaders. He is a great force behind all of our achievements.

In brief I heard from many people that since Mr. Baca became Sheriff, the crime rates in Los Angeles have dropped dramatically. He did his best to educate prisoners and move their conscience and gave them self-esteem by providing  classes for inmates to get their high school diplomas. I could go on and on sharing about Mr. Baca's accomplishments. His positive impact on our community has been so valuable. I believe such an honorable man deserves a better understanding and respect. If someone like him gets attacked by the media and other opponents who make him guilty for his leadership in the prison, then all those who learned good lessons from him will lose hope. I believe and feel there is room for Mr. Baca to be forgiven for the mistake that he himself humbly admitted to. No leaders in this world and during history were perfect and could do everything 100 % perfectly and no one can absolutely control the actions of thousands of subordinates, especially in such places as prisons and jails.

Honorable Judge, I am deeply sad for the situation that Mr. Baca is facing in your court and it has brought tears to my eyes many times and in conclusion, if you intend to put him in jail I am ready to take the sentence instead of him and I mean it.

So thank you for your careful consideration of his case.

Yours Sincerely,

Nasser Zomorod

Executive Director of

UPF Southern California

436

Exhibit E, Page 518