# EXHIBIT F

## P. MICHAEL FREEMAN

10412 PORTADA DRIVE WHITTIER, CA 90603

April 19, 2017

Honorable Percy Anderson
United States District Court Judge
350 W. First Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

I had the privilege of serving the citizens of Los Angeles County for twenty-two years as Fire
Chief of the Los Angeles County Fire Department. During my tenure there were numerous
issues which arose that required close communication and coordination between the Fire
Department and the Los Angeles County Sheriff Department.

Following his election in 1998, Sheriff Lee Baca transformed what had been a very good
linkage between County Fire and County Sheriff into an excellent working relationship.
Although I had not known Sheriff Baca previously, I quickly realized that he was both
passionate and committed to public safety throughout the County, the State and the nation.
Even in those cases where the Fire Service and Law Enforcement might be vying for a share
of the same limited funds, Sheriff Baca always had an open ear to public safety needs beyond
law enforcement needs.

Sheriff Baca's collaborative leadership in such matters remained one of his trademarks
following the 9-11 attacks when Federal Funds became available for local governmental entities
through the Urban Area Security Initiative grants. His collaborative role continued for several
years helping the Los Angeles area and its 88 cities (many of which were not directly served
by the LA County Sheriff Department) to augment and expand emergency planning and
response capabilities. As mutual aid response and coordination advanced within Los Angeles
a major challenged emerged regarding wireless communications.

Exhibit F, Page 519

Once again, Sheriff Baca led joint forces of elected city and county officials, public administrators, school districts, colleges, police chiefs and fire chiefs in an unprecedented collaborative approach ultimately named the Los Angeles Regional Interoperable Communication System (LA-RICS). Its lofty objective was to assure dependable wireless communication at emergencies and in routine public safety/homeland security operations.

His unselfish and tireless leadership helped bridge many gaps in mutual trust and garnered support from congressional representatives serving California. Initially, a Federal Grant of $154,640,000 was awarded the LA-RICS project. Sheriff Baca's on-going efforts, combined with others, achieved subsequent funding of more than $450 million. In my experience, the LA-RICS project was another dramatic example of Sheriff Baca's commitment to making Los Angeles and the surrounding region as safe as possible for all residents and visitors alike.

Looking back over my career, some things could have gone more favorably. Hindsight is most often 20-20, but in the broad view, Sheriff Lee Baca was a public servant who did far more than many to improve public safety for all, with little regard for his personal interests. Clearly, Los Angeles is safer because of the quality and character of his years of service, and this counts for something, especially in the present circumstances.

Thank you for considering my input on this important matter.

Very truly yours,

P. Michael Freeman

Los Angeles County Fire Chief, Retired

2

William T Fujioka
1403 Royal Oaks Drive
Bradbury, CA 91008
(562) 858-9967

March 27, 2017

Honorable Judge Percy Anderson
United States District Court
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

It is with deep sincerity that I submit this letter on behalf of Lee Baca.

My name is Bill Fujioka and I retired in 2014 after 40 years in public service.  During the period covering 2007 – 2014, I held the position of Chief Executive Officer for the County of Los Angeles and from 1999 to 2006, I was the City Administrative Officer for the City of Los Angeles.  My first civil service job was as a custodian/caretaker at a mental health facility and my 40 years in public service included many different jobs and a myriad of experiences.  It is with this perspective that I offer my observations and support for Lee Baca.

I met Sheriff Baca in 1982 when he was a lieutenant in the Sheriff's Department and I was an examination analyst for the County's Personnel Department.  When we first met, we sat daily on the same interview board for 4 weeks.  During this period, we talked about our personal lives and learned that we shared many similar experiences and personal values.  Both Lee and I were raised in Boyle Heights, a poor multi-ethnic community in East Los Angeles.  Lee was raised by his grandmother and, as a very young child, became the caretaker for his developmentally disabled uncle.  We shared our life experiences, which included dealing with bigotry, racial discrimination and many social challenges.  It was more than apparent that Lee's life experiences formed the foundation for his compassion and life in public service.  As our respective careers progressed, we developed and maintained a strong friendship that was grounded in mutual respect and honor.

Throughout the many years of our friendship, Lee and I had many conversations that focused on the inequities and difficulties that many suffer.  We discussed the impact of these inequities, especially in the area of racial discrimination and injustices.  We both aspired to reach a level where we could address these challenges in a very positive way.  In time, I personally saw Lee

Exhibit F, Page 521

Honorable Judge Percy Anderson
March 27, 2017

honor that commitment. As the Sheriff for Los Angeles County, he put in place policies and programs that were designed to educate his staff and help those incarcerated in County jails. The educational programs he initiated had a huge impact on many individuals and I've personally met many who turned their lives around.

One very important project that we worked on was the restoration of the Hall of Justice. It was Lee's drive and commitment that led this effort. Together, we developed a financial plan that zero balanced the approximate $300M price tag, which allowed the County to restore this iconic structure. Once the financial plan was established, Lee spent countless hours working on the details of the remodeling effort. One issue that must be mentioned was his insistence that conference rooms would be large and equipped with the technology to support a robust training program. At the core of Lee's existence is a teacher who believes that he can provide others with the skills and knowledge to help others.

Another project that we worked on together when I was the City Administrative Officer for the City of Los Angeles. This was the construction of the Los Angeles Regional Crime Lab located on the campus of the California State University at Los Angeles. This facility was completed through a joint powers agreement between the County and City of Los Angeles, the State of California and the California State University at Los Angeles. Lee was principally responsible for obtaining the funding from the State for this facility and driving this project. It would not have been completed without Lee's support and diligence. Once completed, the facility quickly gained national prominence in the field of forensic science in law enforcement.

The Sheriff Department's legal issues rightfully put a spotlight on serious problems that had to be addressed and corrected. Lee's error was the faith he put in individuals who didn't share his sense of honor and commitment to others. The fact he allowed Tanaka to run his Department was a mistake that led to the current events. However, when Lee's career is assessed, I only hope that totality of his actions and contributions are carefully considered. His personal beliefs and compassion has truly touched the lives of many in a very positive way. His involvement with the many diverse communities in Los Angeles County was truly groundbreaking for the Sheriff's Department. His predecessors tried to engage these communities, but only Lee was successful.

Thank you for the opportunity to share my feelings on this matter. Please free feel to contact me at 562 858-9967, if you have any questions or need additional information.

Sincerely,

William T Fujioka

 

March 27, 2017

Honorable Percy Anderson
United States District Court Judge
350 W First Street. Courtroom 9A, 9th floor
Los Angeles, CA 90012
Re: United States v. Lee Baca

Dear Judge Anderson:

I am the president and CEO of the Malibu Conference center at Calamigos ranch, we're a nearly 200 acre training, conferencing, and event facility located in Malibu Ca.  I have been hosting training events for the EBI team for more than 7 years, and watched with pride as the program gained worldwide recognition, for creating a team that was able to prove to the skeptics, that there really is a way to reduce the cycle of crime with a true educational effort.

I'm writing on behalf of Lee Baca in hopes you can redirect his sentencing to insure that he continue to grow, and now revise the EBI programs.  We have over 500 employees; that said we employed several graduates, and have seen that the real answer to reducing the recidivism rate is training.  Not training that ignores the clear issues of victims' rights, but the redirect for the 20%-30% who are looking for a path out.

I invite you to look at our operators, our web site is www.calamigos.com. I have personally seen the revitalization of the lives Sheriff Baca has touched. Please insure that if sentenced, his energies, concepts, and breakthrough solutions are not lost to the naysayers who resent any change.  To me this is a classic opportunity to allow him to focus his skills in an area that would serve and inspire thousands to embrace evidence-based solutions, created by Sheriff Baca's real world successes.

I clearly get and support "Do the crime, serve the time"…but lets interrupt the cycle.  Statistics I have heard, and believe, are that by redirecting an individual from Inmate to student effects more than 5 generations. Sheriff Baca has a team that understands how to implement the social and economic solutions. Please enlist his talents before they are forgotten and eliminated.

I know sentencing occurs in the next few days, I would implore you to find a creative way of not wasting this man's life long journey, and allow him to continue inspiring others to reach back on the ladder, and pull many more up

It just makes sense to protect the gains, learn from the pains.  Allow this dedicated man to fulfill a legacy of helping others.

For the Malibu Conference Center at Calamigos Ranch, Sincerely,

Glen R Gerson
President/CEO
(310) 308-6235

Exhibit F, Page 523

## Robert M. Hertzberg

**6625 Langdon Ave**

**Van Nuys, California 91406**

**April 12, 2017**

Honorable Percy Anderson

United States District Court Judge

350 West First Street, Courtroom 9A 9Th floor

Los Angeles, California 90012

**RE:     United States vs. Lee Baca**

Dear Judge:

I currently serve the residence of the 18th State Senatorial District in the San Fernando Valley. From 2000 to 2002 I served as Speaker of the California State Assembly.  While in the State Assembly I worked for a number of years on various legislation, Ballot Measures and budget matter with Sheriff Lee Baca to create the Forensic Science Center ("Crime Lab") at California State University at Los Angeles which opened in 2007.  After an unsuccessful effort to pass a ballot measure to authorize and construct the Crime Lab, we worked together to secure one hundred million dollars of State support from Governor Davis and independently, Sheriff Baca secured nearly 20 million dollars from the County and City of Los Angeles to complete the construction and fixturization of the Crime Lab.

The Crime Lab, which has been recognized nationally, took a consistent and herculean effort to fund and construct and I can say with certainty that the Crime Lab would have never been established without the extraordinary, day to day, effort of Sheriff Baca. The Crime Lab has received the highest International accreditation and is responsible for eliminating a **historical**

1

Exhibit F, Page 524

**back log of untested sexual assault evidence kits**, which served to solve a long list of crimes in Los Angeles County. Its**firearm analysis unit** and **training partnership** with the Depart of Justice's California Criminalistics Institute held over 150 training classes (in all aspects of forensic science) for over 2,100 students from public agency forensic science laboratories throughout Southern California.

Lee Baca's contribution to this effort was pivotal.  I wrote to you in support of Sheriff Baca's character in a letter associated with a previous proceeding and now write to you to share with you one of his many contributions to the public safety of the residents of Los Angeles County. I cannot opine on the evidence presented at trial regarding the specific issues before your court, but I can, without hesitation share with you Lee Baca's essential contribution in this very important  advancement in public policy.

Kindest regards

Robert Hertzberg

State Senator

Exhibit F, Page 525

Honorable Percy Anderson
350 W First Street, Courtroom 9A
9th Floor
Los Angeles Ca 90013

Dear Judge Anderson

I met Sheriff Baca on the 29 of April 2002. We had just received the news that our son, Deputy David March, had been gunned down. It was the worst day in our lives and the only light was our family and a man we had never met, Lee Baca. We were at the hospital where they brought our sons body. I drove to the hospital and the Sheriff had picked my wife up in a helicopter at our home in Lake Arrowhead. The Sheriff was there for us that horrible day and had his arms around us for hours. He gave us his home phone, cell phone, and private office phone number and told us to call him any time day or night. We took him up on that offer many times when life became too dark, and he always took the time to talk to us for as long as we needed his loving words.

Many years later Lee asked me to help him build up the Sheriffs Youth Foundation. He felt that my background in public speaking and running a company would be a help in his goal to touch underprivileged youth all over Los Angeles County. I was honored to work with him in developing 18 Youth Activity Centers across LA County. We were touching 2,000 at risk children every day. At the centers we had: Help with homework, Arts and Crafts, Organized Sports, and most important personal contact with a Deputy dedicated to each Youth Activity League. We took kids off the street and gave them a positive safe place to come after school, and we made a big difference in the young peoples lives. Lee cared about each of these children. We had programs to help kids that had gotten into trouble as well. Then of course Lee had his Education Based Incarceration for the people that were already in Jail.

Lee's goal was to Help the kids that were at risk, If they got into trouble help them change there course, and Finally if they were in Jail educate them so they won't go back to jail.

One quick example. We were opening a new center in Norwalk with an open house. Lee Baca was, of course, there. One of the board members Alex Islas and I were greeting parents who were bringing in there children. A man walked up to us with 2 children, he had short hair...baggy pants...tattoos all over. He

was an ex gang member. We asked him why he was bringing his kids here...He said, with a tear in his eye, "I don't want my kids taking the same path that I did."

In closing, a few years after my son was gunned down in Irwindale Lee asked me if he could make the words on my sons last review the creed for the Los Angels County Sheriffs Department. I of course said yes. This became the Creed. "My goals in life are simple. I will always be painfully honest, work as hard as I can, learn as much as I can and hopefully make a difference in peoples lives."

I know Lee Baca very well, and have seen him function with all types of people. I have seen him at countless funerals consoling countless bereaved families. I have spoken at Star Center where each year he honored officers killed in the line of duty. I was at the site of my son's death every year when he participated in an honor guard. I can tell you that I am absolutely sure that Lee did his upmost to live by the Creed that my son wrote long before he wrote it.

He has done so much good and blessed the lives of so many people.


Best Regards,

John March

My Dear Judge Anderson,

My name is Christopher Moyen and I want you to know I chose to write this letter without hesitation, simply because I was shown love & respect much the same, from day one.

As a result of my poor choices & severe drug addiction, I did eventually find myself incarcerated between the years 2007 - 2012.

Once sentenced, I did absolutely fear! Not for my physical safety as much as mental state and what may become of an already unstable & obviously, easily impressionable 26 yr. old child!!

As we know, even a brief visit behind bars can affect ones soul permanently & the majority proves negative results with a probable return within that very year.

Thankfully I was placed in M.E.R.I.T program & introduced to a family which would change my life forever.

Within my time in M.E.R.I.T I first learned the value of self worth and what it felt like to truly forgive & love myself. I gained life skills, communication & accountability.

- I WAS TAUGHT HOW TO HARNESS MY EMOTIONS, USING THEM PRODUCTIVELY IN A POSITIVE MANNER; ABOVE ALL UNCOVERED A SENCE OF JOY IVE NEVER KNOWN BEFORE. I HAD THE HONOR OF WATCHING THOSE AROUND ME GROW; EVOLVE INTO RESPECTABLE MEMBERS OF OUR SOCIETY.

AS A RESULT OF MEN SUCH AS LEE BACA; THOSE WHOM HELD THE VISION AND PASSION RESPONSIBLE FOR M.E.R.I.T, I DO REMAIN FREE TODAY! OFF PAROLE; CONTINUING DRUG ADDICTION EDUCATION.

IM TRULY GRATEFUL FOR MY LIFE; ONCE AGAIN GIVE THANKS FOR THE GUIDANCE AND SUPPORT WHEN I NEEDED IT MOST OF ALL!

SINCERELY

C. MOYEN.

4·5·17'
2806-A TOWNSGATE ROAD
WESTLAKE, VILLAGE, CA 91362

# *IAPA*

*The Iranian American Parents Association*

9903 Santa Monica Blvd., Suite# 281 Beverly Hills, CA 90212
310-286-1480 Tel    310-286-1418 Fax    www.IAPABH.org    info@IAPABH.org

**2009-2017**
**BOARD OF DIRECTORS**

**PRESIDENT**
DR. NANAZ  PIRNIA

**FIRST**
**VICE PRESIDENT**
NADIA  NOURIAN

**TREASURER**
DR. KHOSROW ASSADI
FARIMAH FAYYAD

**SECRETARY**
SHIDA SHIRAZI

**NOW RUZ**
**COMMITTEE**

SHAHRZAD  ARDALAN
PANTEA ASSADI
EDMON  BABAYOVA
FELOR ASSADI
JILLA  EBRAHIMZADEH
AZITA HANNASAB
SIMIN  HELALI
MOJGAN KARIAN
SUZI  KHATAMI
HODA  KORD
NIKI  MANAVI
ALI  PIRNIA
SHIDEH  SHAHRAIES
DIANA SARSHAR
DR. KHOSROW  SOBHE

April 4th, 2017

To Whom IT May Concern,

My name is Doctor Nanaz Pirnia, Psycho-Neurotherapist. I have been in private practice for the past 35 years. It is my absolute pleasure to provide you with information regarding our special collaboration with the Sheriff's Department under the leadership of Sheriff Baca.

In 1994, I founded a nonprofit organization called the "Iranian American Parents Association" (hereinafter referred to as the "IAPA") in Los Angeles to bring families of various cultures together to celebrate diversity and help the surrounding schools and other local organizations understand and appreciate the diverse cultures and to assist parents to better assimilate.

In 2007, as the president of IAPA, I approached Sheriff Baca to request the Sheriff's Department collaboration in launching a unique program called "One Life to Live", a 5-step certified mentoring program for teenagers ages 13 to 21 and their parents to learn how to make better decisions, take responsibility for their actions and visually educate them to be mindful of the consequences of real life decisions that may impact their lives forever.

Since 2007, "One Life To Live", with the direct partnership of the Sheriff's Department and leadership of the Los Angeles County Sheriff's Department Vital Intervention and Development Alternatives (known as the "VIDA" Program), has been taking hundreds of teenagers to the county jail, Probation centers, JPL NASA, and graduated with a certificate and personally pinned by Sheriff Baca at the Sheriff headquarter. Hundreds of parents, families and teens have participated at the IAPA-Sheriff Department's bi-monthly seminars to learn about the dangers and effects of drugs, alcohol, and over the counter medications on the brain, DUI, and seminars on effective parenting, communication and more.

Over the past 20 years, with the collaboration of the Sheriff's Department, the IAPA has been truly successful in making a difference in the lives of thousands of families.

We are grateful to Sheriff Baca and the Sheriff's Department for their support of our ongoing program to save lives. I am personally grateful for having worked closely with Sheriff Baca, a man with integrity, honesty, a true visionary, loving, without an ounce of prejudice, and honorable.

It is my pleasure and I feel honored to have been asked to write this character letter for Sheriff Baca.

Sincerely Yours,

Nanaz Pirnia, Ph.D., MFT, NITH.

Exhibit F, Page 530

Honorable Judge Percy Anderson,

My name is Steve Rogers, and I live in Pasadena, CA. I'm not writing you this letter for Lee Baca, or the media. I'm not writhing this for the scandal starved public. I'm not even writing this letter for you, your honor. I'm writing this letter today for myself. I've learned that I am the only person I have control over, and I have to live with myself for the rest of my life.

When I learned Lee Baca would be appearing in you courtroom, I knew there was something I needed to say, and my conscience would not allow me to stay silent. You see, when the world had decided I had no worth, and a judge ruled me unfit for society, it was Sherriff Baca who saw the value in me formed the MERIT program so I could see it too. When the community and my own family could not see my humanity, his program found me hiding in the shadows, and shined the light that that would reveal the leader in me. Even though this man had never met me before, he believed I could succeed, and that was something I had never heard before.

So while he stands accused today, with his life hanging in the balance, and people who know little more than his name chatter away on social media passing judgement, let me go on record to say, "The Sherriff Baca of my experience went above and beyond to give me every possible opportunity to succeed". When he invested in me, I was not some wealthy politician he met at some golf course, he saw a leader in me while I was still wearing borrowed underpants. Today, because of his vision, every program I set out to develop aspires to emulate that hope.

Today, I'm the Mentor Coordinator for Five Keys Charter Schools. I personally mentor over 100 men and women exiting state and federal prison with under a 2% recidivism rate (the lowest in the nation). I also recruit, train, and assign volunteer mentors who are also dedicated to giving these formerly incarcerated individuals the same opportunity I received.

In my spare time I sponsor alcoholics and addicts through the Big Book of Alcoholics Anonymous. I also lead a group we call the Re-Entry Success council. That's a group of formerly incarcerated individuals who appear at scheduled speaking engagements to talk about our transition back into the community, where we found help, and what were the key factors in our success. Incidentally, all council members so far have at some point benefited from the same MERIT program that transformed me.

I realize you have a responsibility before you that very few people could possibly understand, and that no words I could muster could ever effect your decision. I don't know you your honor, or how you make those decisions, but as a man who has waited in line for toilet paper in Sherriff Baca's facility, I want to tell you this on record, "There is no jail facility where I would've rather served my time, and no Sherriff I would trust more, to hold the keys to my future. His program absolutely changed my life."

Thank you for your time. If you have questions about anything I've said. Feel free to call me anytime, 24 hours a day.

Steve Rogers (213)294-3037

Stever@Fivekeyscharter.org

Honorable Judge Percy Anderson,

My name is Steve Rogers, and I live in Pasadena, CA. I'm not writing you this letter for Lee Baca, or the media. I'm not writhing this for the scandal starved public. I'm not even writing this letter for you, your honor. I'm writing this letter today for myself. I've learned that I am the only person I have control over, and I have to live with myself for the rest of my life.

When I learned Lee Baca would be appearing in you courtroom, I knew there was something I needed to say, and my conscience would not allow me to stay silent. You see, when the world had decided I had no worth, and a judge ruled me unfit for society, it was Sherriff Baca who saw the value in me formed the MERIT program so i could see it too. When the community and my own family could not see my humanity, his program found me hiding in the shadows, and shined the light that that would reveal the leader in me. Even though this man had never met me before, he believed I could succeed, and that was something I had never heard before.

So while he stands accused today, with his life hanging in the balance, and people who know little more than his name chatter away on social media passing judgement, let me go on record to say, "The Sherriff Baca of my experience went above and beyond to give me every possible opportunity to succeed". When he invested in me, I was not some wealthy politician he met at some golf course, he saw a leader in me while I was still wearing borrowed underpants. Today, because of his vision, every program I set out to develop aspires to emulate that hope.

Today, I'm the Mentor Coordinator for Five Keys Charter Schools. I personally mentor over 100 men and women exiting state and federal prison with under a 2% recidivism rate (the lowest in the nation). I also recruit, train, and assign volunteer mentors who are also dedicated to giving these formerly incarcerated individuals the same opportunity I received.

In my spare time I sponsor alcoholics and addicts through the Big Book of Alcoholics Anonymous. I also lead a group we call the Re-Entry Success council. That's a group of formerly incarcerated individuals who appear at scheduled speaking engagements to talk about our transition back into the community, where we found help, and what were the key factors in our success. Incidentally, all council members so far have at some point benefited from the same MERIT program that transformed me.

I realize you have a responsibility before you that very few people could possibly understand, and that no words I could muster could ever effect your decision. I don't know you your honor, or how you make those decisions, but as a man who has waited in line for toilet paper in Sherriff Baca's facility, I want to tell you this on record, "There is no jail facility where I would've rather served my time, and no Sherriff I would trust more, to hold the keys to my future. His program absolutely changed my life."

Thank you for your time. If you have questions about anything I've said. Feel free to call me anytime, 24 hours a day.

Steve Rogers (213)294-3037

Stever@Fivekeyscharter.org

Honorable Percy Anderson
United States District Court Judge
United States Courthouse
312 North Spring Street, Courtroom 15
Los Angeles, CA 90012

Re: United States v. Lee Baca

Honorable Judge Anderson,

My name is Clyde Terry; I aman African American male and25-year veteran of the Los Angeles County Sheriff's Department and, recently retired Sergeant of the Department. From 1998-2014, I worked under the leadership of Retired Sheriff Lee Baca.

Under Sheriff Baca's leadership, I was witness to his desire, commitment, responsibility and compassion to not only lead, guide and direct the men and women of the Los Angeles County Sheriff's Department, Sheriff Baca, freely and eagerly employed those same qualities to serve those individuals, we as law enforcement officers were sworn to take into custody for violating the laws of the land, as well as their violations to their fellow man.

Sheriff Baca'sphilosophy was, *We can't arrest our way out of a problem!" Hence, his vision to create the Education Based IncarcerationBureau (EBI). EBIencourages successful re-entry of the formally incarcerated, back into the community by teaching and rehabilitating them through education is a testament to his leadership and compassion for his fellow man. His viewswere, "For far too long, correctional institutions have locked up offenders without making any real effort to give them the knowledge and abilities they need to succeed."His belief, vision and leadership,was as an organization and collective body of leaderswe have a moral obligation and responsibility to provide academic, vocational, and life-skills training in custody to increase the chancethe inmate population and newly released will reintegrate successfully back into their community.

In following Mr. Baca's lead, to make a difference in the communities we serve, Ifounded a community based re-entry program called Emerging Leaders Academy (ELA)June of 2009.

ELA is in partnership with the Los Angeles County Sheriff's Department, Los Angeles Urban League, Goodwill of Southern Los Angeles County, Long Beach Police Department and the Agape International Spiritual Center. ELA is an educational program created to provide life skill components to the participant population: Gang members, "at risk" persons, new contributors (ex-offenders) and community members. ELA is a path to opportunities, providing participants with essential career developmental skills for traditional employment including opportunities behind the scenes in the Film/TV industry. ELA also provides entrepreneurship training and a therapeutic writing workshop, all being alternatives to criminal behavior and violence thereby empowering participants to take a new direction in life.

Exhibit F, Page 533

I created the program as the result of the murder of a 7-year old child that was shot and killed along with his father.  Mr. Baca's leadership philosophy, "Was when you see something that needs to be done, step up as leaders and do it. If it's legal, moral, ethical and in the overall best interest for the people, I'll support you!"

I can say with all of my heart! If it were not for Mr. Baca, I would be still be living a productive but unfulfilled life-looking for my purpose for BEING here on the planet.

Because of his vision and willingness to color outside the lines of the traditional lock them up and throw away the key philosophy, I was able to access my God given gift to transform lives and communities and ultimately find my purpose in life.

It is my belief, that Mr. Baca, the Government and the community as a whole, would be best served by allowing Mr. Baca to remind in the community, to carry on his work and commitment to empower, uplift and guide the underserved in the Greater Los Angeles County Area.

Sincerely

Clyde L. Terry
Los Angeles County Sheriff Department
Sergeant, Retired
310-901-6576

Exhibit F, Page 534



## CHURCH OF SCIENTOLOGY IN LOS ANGELES

Honorable Percy Anderson
United States District Court Judge
350 W. First Street, Courtroom 9A, 9th Floor
Los Angeles, CA 90012

RE: United States v. Lee Baca


Dear Judge Anderson,

I have been a minister for 40 years and I am the Southern California Director for the Churches of Scientology Disaster Response as well as co-chair of the LA Interfaith Clergy Coalition, whose main purpose is to encourage, educate and empower Houses of Worship to be resilient in times of disaster for themselves and the community they serve.

I am writing to you as a character witness for Sheriff Baca. I was a member of his LA County Sheriff's Multi-Faith Clergy Council for over ten years.

When Sheriff Baca decided to start the clergy council, he phoned me and invited me to be a part of his new idea, to create a county-wide Multi-Faith Clergy Council to help bridge the divide between religions throughout Los Angeles County and get them working together to assist the Sheriff's Department on dealing with community issues. There were representatives from many faiths including Protestant, Christian, Islam, Jewish, Sikh, Greek Orthodox, Roman Catholic, Buddhist, Seventh-Day Adventists, Jehovah's Witness, Scientology, Mormon, Presbyterian, Baptist, Lutheran, Methodist, Church of Christ, and Pentecostal.

 9-11 had just rocked the nation and Sheriff Baca could see the affect it was having on the community and the division it had caused. He told us that he had phoned one of his field deputies and to see how he was doing. They were of a faith that wore turban. When Sheriff Baca heard that his son was afraid and embarrassed and had decided not to wear his turban any longer, he asked the father and son to visit with him.

After this meeting, Sheriff Baca said that the boy had decided not be embarrassed but
to be proud to wear his turban and even had decided to join the ranks of his deputies
when he came of age.

That week Sheriff Baca held a meeting with representatives of each faith and religion
he knew in the county. He wanted to use the group to mend the wounds of this horrific
event and also to help curb violence and crime throughout the county. His was a
philosophy of prevention before incarceration.

Over the years, his Clergy Council united over 4000 community and religious leaders
throughout this county. Each month he attended meetings with hundreds of these
leaders who were always strategizing to work together to make a better county.

Every year the Clergy Council held an event called Community Day. This event included
a Multi-Faith Prayer Breakfast, attended by hundreds of diverse members of various
religions.  It also offered food, clothing and activities such as: Business Expo, food give-
a-way, Camp Can Do (For children 3-11 years old), Health Forum, Financial Literacy
Symposium, and entertainment to the less fortunate in the community. It was a day of
empowerment. He knew that knowledge would bring empowerment.

Sheriff Baca believes in the good of man – and while Sheriff he created program that
would have changed the face of LA County and the rest of the world. He believed that
while you could lock up a criminal's body – it was not possible to lock up a spirit.If a
person were to be educated while in jail, he could complete his sentence and be truly
rehabilitated.

Education Based Incarceration (EBI) was his solution to this. This passage from a
brochure he created on EBI suggests the kind of heart and spirit Sheriff Baca brought to
the county as Sheriff. "Creating a system that reduces the risk and needs of its
offenders through education and rehabilitation has shown significant success. It can be
seen in reduced rates of recidivism, increased employability, and family reunification. In
a very real sense, these are reinvestments in the communities with in Los Angeles
County.  People agree that education is a better option than incarceration.
Unfortunately, some people make choices in their lives that land them in jail. The values
needed to succeed in jail are often in direct conflictwith societal norms. Education
Based Incarceration creates a safe and empowering environment, conducive to learning
and self-retrospection. It allows offenders to reprioritize their lives and opt for success."

Another factor of Sheriff Baca's tenure in the department was his dedication to reducing
drug use in LA County. He was very involved with creating programs that imparted true
information about drugs to adults as well as children. He was a well-known opponent of
the legalization of marijuana, both for medical and recreational use.To attack the
problem of drug abuse and addiction at a grassroots level, in May 2011 Sheriff Baca
urged members of the L.A. County Sheriff's Multi-Faith Executive Clergy Council to learn

and use the Truth About Drugs program of the Foundation for a Drug-Free World, and offered his Monterey Park headquarters for the training sessions. A month later, after four training sessions, 180 members of the clergy and community, as well as 24 sheriff deputies, were trained in the truth about drugs and how to share the information with their community.

From the media reports it appears that the positive actions Sheriff Baca took to improve LA and the number of people who were thus impacted and whose lives were bettered were not taken into account and should be.

Sincerely,

Reverend Janet Weiland

1308 L. Ron Hubbard Way • Los Angeles, CA 90027 • PHONE: 323 953-3246 • e-mail: janetw@churchofscientology.net

Exhibit F, Page 537

RICHARD WEINTRAUB

April 2, 2017

Honorable Percy Anderson
US District Court Judge 350
W. First Street
Los Angeles, CA 9090012 Re:

United States v. Lee Baca Dear

Judge Percy,

It is without reservation that I write this Character Letter on behalf of Lee Baca. I have known Lee Baca for more than 40 years, first in my capacity as Director of the Constitutional Rights Foundation and today as Director of Leadership, Education and Training for the Los Angeles County Sheriff's Department.

From 2010-2014 I was the first Director of the Education-Based Incarceration Program (EBI). Under the leadership of Sheriff Baca and with his vision, Lt. Fitch and I implemented what is today the most successful rehabilitation program in the nation with the lowest recidivism rate and highest success rate in the nation. Statistically the recidivism rate in California and United States stands around 70%. Our EBI recidivism rate stands around 35%. Two thousand inmates pass through our jails every month and our success record remains the best in the nation.

Exhibit F, Page 539

On average 6000 inmates take the GED (High School Diploma) program daily and hundreds got their degrees within 4 years. At Century Regional Corrections Facility (CRDF), 75% of all female inmates are enrolled in Education-Based Incarceration programs.

In addition a series of unique subjects are offered daily for hundreds of inmates including: Conflict Resolution, Anger Management, Yoga, Life Skills, Drug Addiction, Family and Parenting classes.

Sheriff Baca also conceived of the Merit Continuum program, a post release rehabilitation program, offering counseling, job placement, housing, family and child support to those being released and in need of transition help and support.

I am one of the few perhaps who can speak about Lee Baca as a mentor and a friend. I saw what he did with the Clergy Council and more importantly what he did to change the culture of law enforcement thinking and practices toward inmates and treating them as students and human beings.

I humbly appeal to you to show mercy and forgiveness to this great man who like the rest of us is flawed and human.

**Thank you sincerely for your consideration.**

Richard Weintraub

10707 Missouri Avenue, Los Angeles, CA  90025

Exhibit F, Page 540

April 20, 2017

Honorable Percy Anderson
United States District Court Judge
350 W First Street. Courtroom 9A, 9th floor
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear Judge Anderson,

I am a board-certified Clinical Chaplain and volunteered as a chaplain in the jails (Twin Towers and Men's Central) from 2010-2014. I had the privilege of being a chaplain to many of the men that participated in Sheriff Baca's innovative EBI (Education-Based Education).

None of the men who participated in EBI and were released and kept in touch with me returned to jail. The recidivism was zero, which attests to the quality of the EBI program and its participants and its leaders.

The EBI program was housed on Floor 241 in the second tower. It was a model of how an education program should be run in the jail. The men were required to dress neatly, use appropriate language, treat each other with respect, and to not participate in politics (racial divisions).

I heard countless stories and testimonies from men who had given up on themselves until the structure and content of EBI gave them an opportunity to change. The men on this floor had an attitude of authentic rehabilitation and genuine camaraderie among the men, and also supported each other in difficult life transitions.

In addition to being a chaplain to the men, I also taught business and marketing classes in EBI and advised the men on the business plans they were making. I invited colleagues from Loyola Marymount University and Santa Monica College to join me in teaching in EBI.

Sheriff Baca's EBI program gave its participants a genuine second chance and he should be commended for his leadership in creating this program for the benefit of the incarcerated men as well as their families and the community.

Please call me at 310-275-0123 x116 or email me at staylor@allsaintsbh.org with any questions. You may also write to me me at All Saints' Church, 504 N. Camden Drive, Beverly Hills, CA 90210. Thank you.

God's peace,

The Reverend Scott Taylor, BCC (board-certified chaplain)

Exhibit F, Page 541

RICKEY IVIE †
ROBERT H. McNEILL, JR. (1941-2016)
W. KEITH WYATT
EULANDA L. MATTHEWS*†
BYRON M. PURCELL
RODNEY S. DIGGS
LILIA E. DUCHROW
ALLISON R. BRACY
DAVIDA M. FRIEMAN†
MARIE B. MAURICE
ANTONIO KIZZIE
CHANDLER A. PARKER
SHERRYE E. SCARLETT
BRITTANY GIBSON
JULIO C. NAVARRO

†Also Member of U.S. Supreme Court Bar
*Also Member of Illinois Bar

## IVIE, McNEILL & WYATT

*A PROFESSIONAL LAW CORPORATION*

CITIGROUP CENTER
444 S. FLOWER STREET, 18th FLOOR
LOS ANGELES, CALIFORNIA  90071
TELEPHONE (213) 489-0028
FACSIMILE (213) 489-0552
www.imwlaw.com

INLAND EMPIRE OFFICE:
3200 GUASTI ROAD, #100
ONTARIO, CA 91761
Direct all correspondence to LA office

JENNIFER R. JACOBS
*Special Counsel*

RANDALL H. KENNON
Special Counsel

AUDREY C. FONG
Special Counsel

SAMUEL E. CHILAKOS
Special Counsel

April 23, 2017

Honorable Percy Anderson
United States District Court Judge
350 W. First Street
Courtroom 9A, 9th Floor
Los Angeles, CA 90012

**Re:    United States v. Lee Baca**

Dear Judge Anderson:

I am writing to request leniency for former Sheriff, Lee Baca. I have known Sheriff Baca since his election to office in 1998. During that period of time, I have personally witnessed and been the beneficiary of his efforts to transform the Sheriff Department's legal services defense panel and the Sheriff Department into a diverse organization reflective of the population of Los Angeles County.

As you know, our office is the largest African American owned law firm in Southern California. We began our representation of the Sheriff Department in approximately 1986. Initially, our representation was limited to general liability tort defense matters. Over time our representation gradually expanded to include civil rights defense matters. Fortunately, after Sheriff Baca's election and as a result of his efforts to expand diversity, the civil rights defense assignments to our office grew exponentially. Under Sheriff Baca's tenure, legal assignments were fairly and equitably distributed to all firms on the legal services panel and not to just a selected few.

Sheriff Baca has also been a tireless advocate for the homeless. In meetings and events where he has spoken to support organizations advocating on behalf of the homeless, Sheriff Baca has been candid in arguing that homelessness has disproportionately affected minorities who comprise well over 50% of the homeless population nationwide. He has also been frank in his position that minorities are disproportionately incarcerated nationwide. He has expressed his belief that homelessness, poverty, and incarceration are linked. More importantly, Sheriff Baca has made it his personal mission to advocate to end homeless and

Exhibit F, Page 542

Honorable Percy Anderson
United States District Court Judge
Re:    *United States v. Lee Baca*
April 23, 2017
Page 2

to support education and anti-poverty programs. He has given his personal time to pursue these important social issues passionately and tirelessly.

It is my deep and sincere request that you consider the good work that Sheriff Baca has done and impose the most lenient sentencing allowable under the circumstances. I have known Sheriff Baca to be a humble, honest, and kind person. His conviction is a result of a lapse of judgment in committing acts out of character with his core beliefs and basic conduct.

Thank you for considering my request.

Sincerely,

IVIE, McNEILL & WYATT

RICKEY IVIE

United States District Court Judge
350 W First Street. Courtroom 9A, 9th floor
Los Angeles, CA 90012

Re: United States v. Lee Baca

Honorable Percy Anderson:

I am an elementary school teacher, and I started working in the field of
education over 30 years ago.

I have had the opportunity to see the fruits of Sheriff Baca's work in my
county for several years.   I have been impressed with his effective efforts to
foster collaboration/cooperation between diverse groups, and his efforts to
support and expand effective community programs.  It is no surprise to me
that he was honored as National Sheriff of the Year, nor is it a surprise to
me that he achieved a stellar record of crime reduction.

1

Exhibit F, Page 544

About a year ago, and over a period of about 4-5 months, I had the opportunity to have a number of personal meetings/conversations with Mr. Baca.  He was a driving inspiration and support in my efforts to found a new charitable program with the purpose of providing tutoring and other educational opportunities for underserved children in the South Los Angeles area.   Mr. Baca's commitment was unwavering.  His sincerity and dedication to humanity were unequivocal.  He offered time and resources for the purposes of helping others, and I experienced Mr. Baca as an accessible, caring man of integrity—down to earth and ready to personally roll up his sleeves to make good things happen.

Sincerely,
Ron Seagal
Email: rseagal@gmail.com
Phone: 310-998-7529

Exhibit F, Page 545

**Kevin Oliphant**
**1011 Doyle Place**
**Los Angeles, CA 90012**
**Cell: 310-740-5120**

April 20, 2017

Honorable Percy Anderson
United States District Court Judge
350 W First Street. Courtroom 9A, 9th floor
Los Angeles, CA 90012

Re: United States v. Lee Baca

Dear Judge Anderson:

Please allow me to introduce myself. My name is Kevin Oliphant and my contact information is listed above. I
was twice in LA County Jail on grand theft charges behind drugs and alcohol. In 2004 I was in LA County Jail
housed in general population and then sentenced to prison. After my release from prison I went back to doing
the same thing. It is often said that insanity is doing the same thing over and over and expecting different
results. In 2008 I was again in LA County Jail for the same charges as in 2004 - insanity. During my time in LA
County Jail in 2008 I was housed in the Impact In-Custody Treatment Program located on the South Yard at
Pitches Detention Center. I had a life changing experience while in the Impact In-Custody Treatment Program.
I was again sentenced to prison. I did my time and since my release in 2010 I have been a clean and sober
member of society.

Today I am a Manager at a large company downtown where I have approximately 120 people I am responsible
for. I am of service to AA and members of AA that I can help to change their lives. I have also volunteered
with the Five Keys Charter School organization to be part of the group helping others with successful re-entry
into society.

Lee Baca had a vision which was that education could help reduce recidivism and help successful re-entry into
society. I am an example of such a program and there are countless others that also have successfully become
a productive member of society. I implore you to take into account with sentencing the incredible number of
lives that have been changed due to the vision that Lee Baca had.

Sincerely,

Kevin Oliphant

Exhibit F, Page 546



Central
Neighborhood
Health
Foundation

*Dedicated to caring for our community since 1967.*

April 20, 2017

Honorable Percy Anderson
United States District Court Judge
350 West First Street, Courtroom 9A, 9th floor
Los Angeles, CA 90012

**Re: United States v. Lee Baca**

Dear Judge Anderson:

My name is Bassett Brown and I have been a practicing physician in South Los Angeles for 53 years. My non-profit organization currently provides comprehensive healthcare services for 45,000 visits of indigent and uninsured patients annually.

About thirty years ago I first met Lee Baca at the Athletics facility at Cal Tech in Pasadena, which was in the neighborhood where we both lived. We were both avid joggers and I was immediately struck by his exemplary discipline and his even-tempered nature.

Over the years after he became Sheriff of Los Angeles I was a first hand witness to his personal engagement with various religious and ethnic communities. His direct outreach to inner-city churches was with an eloquent and persuasive message of collaboration between the local community leaders and law enforcement with the aim of reducing tension and building bridges to safer, better neighborhoods.

More recently Mr. Baca volunteered as an active Director of the Federally Qualified Health Center where I serve as CEO, I was privileged to witness that on a professional basis he is incorruptible. The entire Board of Directors greatly valued his contribution particularly as we developed a program to manage the Behavioral and Primary Healthcare of young men reentering society from jail.

As someone who has known him on a personal and professional level for three decades, I hereby testify emphatically and without reservation, that Leroy D. "Lee" Baca is an upright man of high moral character, and has been a true role model for young people in our community.

If I may be of any further assistance, I may be reached via the above letterhead contact information or via cellular phone at (626) 252-5646.

Sincerely,

Bassett H. Brown, M.D.
President & CEO

2707 S. Central Avenue, Los Angeles CA 90011 | Tel: 323.234.5000 | cnhfclinics.org

Exhibit F, Page 547

Constance L. Rice, Esq.
450 South San Rafael Avenue
Pasadena, California

Honorable Percy Anderson
United States District Court Judge
350 West First Street
Courtroom 9A, Ninth Floor
Los Angeles, California 90012

Re:  *United States v. Lee Baca*

April 21, 2017

Dear Judge Anderson,

I am a civil rights attorney in Los Angeles who has spent the last 29 years litigating against abusive policing and advocating for police reform.  As you know, the Southern California battle for constitutional policing has been long and arduous. Nonetheless, in the 25 years since the police beating of Rodney King and subsequent riot, the work of courts, civic leaders and police has forged substantial progress.

The purpose of this letter is to inform the court about former Sherriff Lee Baca's early and pivotal role in that progress.  Recent failures stand in stark contrast to his long running advocacy of constitutional policing and humane rehabilitation. In my view, Lee Baca was the region's first top police leader to back police reform and prevent post 9/11 backlash against Muslim American communities.  And he did so when it was neither politically safe nor advantageous to do so.

Exhibit F, Page 548

I met Lee Baca in the early 1990's while serving as Western Regional Counsel for the NAACP Legal Defense Fund.  We and co-counsel at that time were suing the Los Angeles County Sheriffs Department (LASD) in a massive pattern and practice abuse of force case (*Thomas v. County of Los Angeles*) that challenged, in part, the operation of a white supremacist clique of deputy sheriffs who called themselves "The Vikings." Then Captain Baca introduced himself to me at a civil rights breakfast and thanked me for filing the lawsuit. He stated that LASD needed to change its culture and end The Vikings.

This would be the first of several unorthodox acts that Lee Baca risked to advance better policing and more effective incarceration.  Here a few of those actions:

**Pitchess Detention Center & the AMER-I-CAN Rehabilitation Program**
In the late 1980's, Sheriff Baca and County Supervisor Michael Antonovich got Jim Brown's AMER-I-CAN prisoner education program into the Pitchess Detention Center. As one of the leading instructors, Bo Taylor, described it, AMER-I-CAN "transformed prisoners from predators to peacemakers" by showing them how to change their negative thinking and behavior into positive outlooks and actions.  The Pitchess guards rejected Baca's rehabilitation vision and refused to allow AMER-I-CAN instructors into the facility.  Baca forced the guards to admit the instructors, stood down the mutiny and helped teach the first course.  Three years later, a Lieutenant who had led the mutiny, presented data showing that AMER-I-CAN participants not only became model prisoners but also stopped prison fights and reduced racial tension.  The Lieutenant testified at a prison graduation ceremony that AMER-I-CAN instructors had saved lives, made the prison safer and restored his faith in rehabilitation.  Unfortunately, after the program ended, in 2006, the Detention Center suffered a two week long race riot in which two inmates died and over a hundred suffered injuries.

**Early Support for Gang Intervention**
Sheriff Baca remained the only big department chief in the region to openly back the role of former gang members in gang violence reduction   LAPD and other departments regularly sabotaged such workers until 2007 when the LAPD Chief of Police also endorsed working with gang interventionists to reduce gang violence.

**California Gang Database Reform**

In the early 1990's, civil rights advocates challenged the overly broad, inaccurate and arbitrary criteria used to place people in the California Gang (CALGANGS) database.  Despite withering criticism from other police leaders, Sheriff Baca backed the challenge and stated that a majority of the names in the database were erroneously and carelessly included.

**Kennedy School of Government**

In April 2009 at the Harvard Kennedy School of Government, Sheriff Baca and LAPD Chief of Police William Bratton addressed an auditorium of conservative police union leaders from across the country.  Baca and Bratton vigorously challenged that highly resistant audience to drop the alienating "warrior policing" of the past and adopt community policing that was compassionate, constitutional and constructive.  Again, unlike most chiefs, the Sheriff publicly backed unpopular progressive policing policies and thereby helped pave the way for their eventual acceptance.

**National Leadership on Protecting Muslims after 9/11**

After the terrorist attacks of 9/11, I urged Sheriff Baca to aggressively reassure Southern California's Muslim communities that he would protect them from backlash. Baca immediately began visiting mosques and meeting with Muslim American leaders. He visited so many mosques that at one point I thought he had converted to Islam.  He held press conferences, wrote editorials, joined panels. He then took the message nationally, and in a congressional hearing, famously stood up to a Congressman who made islamophobic comments. Sheriff Baca set the anti-demagoguery standard for the nation's police. In my view, this was Lee Baca's finest moment.

**Response to A Call To Action Report & Gang intervention Training Academy**

In 2008, the City of Los Angeles changed its gang fighting strategy in response to a seminal report entitled *A Call to Action:  The Case for a Comprehensive Strategy for Los Angeles' Gang Homicide Epidemic*. By 2007, Sheriff Baca was no longer a lone messenger for progressive policing and rehabilitation, and he joined the LAPD Chief in backing a "root conditions" public health approach to combatting gang violence.  Even though it was a city program, Sheriff Baca appointed a full time deputy sheriff to help set up the City's first

Gang Intervention Academy. He then pushed for parallel changes in County gang reduction strategy.

**Conclusion**

I respectfully submit these examples of Lee Baca's positive contributions to Southern California's quest for good policing.  Mr. Baca's tenure in law enforcement includes uneven, unfinished and even unsuccessful advocacy. And it will end with the record in this serious case. These failures also stand amidst a long career of seeking to do the right thing. Lee Baca consistently risked backing policing and rehabilitation visions that were ahead of his profession's status quo, and by doing so, he helped pave the way for their eventual acceptance.  And his courage in defending Muslim American communities after the 9/11 terrorist attacks, remains unmatched by other police leaders.

Sincerely,

Constance L. Rice
(213) 840-7126

Exhibit F, Page 551