UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-66(A) - PA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING DOCUMENTS |
| LEROY BACA, | [UNDER SEAL] |
| Defendant. | |

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Leroy Baca's *ex parte* application for sealing is granted. The documents sought to be filed under seal and Mr. Baca's *ex parte* application for sealing shall be filed under seal.

IT IS SO ORDERED

Dated: _____

_____
The Honorable Percy Anderson

[PROPOSED] ORDER
CR 16-66(A) - PA