# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>         v.<br><br>LEROY BACA,<br><br>            Defendant. | Case No. CR 16-66(A) - PA<br><br>ORDER SEALING DOCUMENTS |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Leroy Baca's *ex parte* application for sealing is granted. The documents sought to be filed under seal and Mr. Baca's *ex parte* application for sealing shall be filed under seal.

IT IS SO ORDERED

Dated:  April 25, 2017

_____

The Honorable Percy Anderson

ORDER CR 16-66(A) - PA