Name & Address:
Eddie A. Jauregui, AUSA
U.S. Attorney's Office
312 N. Spring Street
Los Angeles, Calif. 90012
eddie.jauregui@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR NO. 16-66(A)-PA |
| v. | |
| LEROY BACA | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

*Government's Response to Defendant Leroy Baca's Sentencing Position and Objections to PSR; Declaration of Lizabeth A. Rhodes; Exhibits

*Ex Parte Application to Seal and Declaration of Lizabeth A. Rhodes

*Proposed Sealing Order

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

Documents reference defendant's medical condition and contain letters from defendant's physician

| May 2, 2017 | EDDIE A. JAUREGUI |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING