# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-66 PA | | Date | May 5, 2017 |
|---|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON |
|---|---|

| Interpreter | |
|---|---|

| Valencia Vallery | Not Reported | Brandon Fox<br>Lizabeth Rhodes<br>Eddie Jauregui |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy D. Baca | | | x | Nathan J. Hochman | | | x |

**Proceedings:**   Notice of Conditions of Supervised Release

Pursuant to <u>United States</u> v. <u>Wise</u>, 391 F.3d 1027 (9th Cir. 2004), notice is hereby given that the Court is contemplating imposing the following conditions of supervised release:

1.  The defendant shall comply with the rules and regulations of the United States Probation Office, General Order 05-02, and General Order 01-05, including the three special conditions delineated in General Order 01-05.

2.  During the period of community supervision, the defendant shall pay the special assessment and any fine in accordance with this judgment's orders pertaining to such payment.

3.  The defendant shall cooperate in the collection of a DNA sample from the defendant.

4.  The defendant shall apply all monies received from income tax refunds to the outstanding court-ordered financial obligation. In addition, the defendant shall apply all monies received from lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

| | : | |
|---|---|---|
| Initials of Deputy Clerk | | VRV |

cc:

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1