Thomas P. O'Brien
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-16-00066-PA |
| v. | |
| LEROY BACA | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Criminal Rule 49-1, the following documents are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

(1) Letter from James Sexton regarding Leroy Baca
(2) Letter from Keely Sexton regarding Leroy Baca

**Reason:**

☐ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☑ Other:

Filer is not a party to the action.

| May 2, 2017 | Thomas P. O'Brien |
|---|---|
| Date | Attorney Name |
| | James Sexton |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

ORIGINAL

## PROOF OF SERVICE

STATE OF CALIFORNIA                           )
                                              ) ss:
CITY OF LOS ANGELES AND COUNTY OF             )
LOS ANGELES                                   )

        I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

        On May 2, 2017, I served the foregoing document(s) described as:

### NOTICE OF MANUAL FILING OR LODGING

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

Nathan J. Hochman, Esq.                    *Attorneys for Leroy Baca*
Brianna L. Abrams, Esq.
Morgan Lewis and Bockius LLP
The Water Garden
1601 Cloverfield Boulevard
Suite 2050 North
Santa Monica, California 90404-4082
Tel: 310-255-9025
Fax: 310-907-1001
Email: nathan.hochman@morganlewis.com
       brianna.abrams@morganlewis.com

Tinos Diamantatos, Esq.                    *Attorneys for Leroy Baca*
Morgan Lewis and Bockius LLP
77 West Wacker Drive
Chicago, Illinois 60601-5094
Tel: 312-324-1000
Fax: 312-324-1001
Email: tinos.diamantos@morganlewis.com

PROOF OF SERVICE

Brandon D. Fox, Esq.                                    *Attorneys for United States of America*
Lizabeth A. Rhodes, Esq.
Eddie A. Jauregui, Esq.
United States Department of Justice
United States Attorney's Office
312 North Spring Street
Los Angeles, California 90012
Tel:  213-894-0284
Fax: 213-894-6436
Email:  brandon.fox@usdoj.gov
          lizabeth.rhodes@usdoj.gov
          eddie.jauregui@usdoj.gov

☐  **VIA OVERNIGHT MAIL:**

VIA _____:By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒  **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on May 2, 2017 with postage thereon fully prepaid, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 2, 2017, at Los Angeles, California.

_____
Maggie Icart

-2-                                                    PROOF OF SERVICE