# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

CLERK, U.S. DISTRICT COURT

**MAY 1 1 2017**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Percy Anderson

From: Charles A. Rojas _____, Deputy Clerk    Date Received: 05/10/2017

Case No.: CR 16-00066-PA _____    Case Title: U.S.A v. Leroy Baca

Document Entitled: Declaration and Letter from Anthony Brown, Sr.

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Not a party to the case. |

---

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                            U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED,** and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_5/11/17_____        _____
Date                            U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT**

---

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

ANTHONY BROWN SR

CDCR # V-79273

P.O. BOX 931 / D1-112

IMPERIAL, CA 92251

MAY 2, 2017

MORGAN, LEWIS & BOCKIUS LLP

THE WATER GARDEN

SUITE 2050 NORTH

1601 CLOVERFIELD BLVD.

SANTA MONICA, CA 90404-4082

RE: CASE NO. CR 16-0066 (UNITED STATES V. LEROY D. BACA)

TO: NATHAN J. HOCHMAN / BRIANNA LEIGH ABRAMS

ON APRIL 19, 2017 I SERVED THE DECLARATION OF INMATE AB KNOWN AS FBI INFORMANT ANTHONY BROWN SR. RE: CASE NUMBERS CR 16-0066, CR 13-00819 AND CR 15-00255 TO UNITED STATES DISTRICT COURT JUDGE PERCY ANDERSON AND CHIEF JUDGE, VIRGINIA A. PHILLPS, THE ACTING U.S. ATTY SANDRA R. BROWN / U.S. DEPARTMENT OF JUSTICE, FBI AND OTHERS.

I DONT KNOW WHETHER THE COURT WILL FILE SAID DECLARATION. HOWEVER, THE DECLARATION OF INMATE AB KNOWN AS FBI INFORMANT ANTHONY BROWN SR. MAY HAVE

1.

CHANGED THE OUTCOME OF THE ABOVE MENTIONED CASE NUMBERS / TRIALS OF THE LASD OFFICIALS.

THAT IS THE REASON WHY THE USAO / AUSA BRANDON FOX AND AUSA LIZABETH RHODES DID NOT WANT ME TO TESTIFY AND THEY DID EVERYTHING IN THEIR POWER TO MAKE SURE MY TESTIMONY WOULD NEVER BE HEARD BY THE JURY OR JUDGE RE: CASE NUMBERS CR 16-0066, CR 15-00255 AND CR 13-00819.

PLEASE KEEP IN MIND I WAS THE PERSON THAT THE LASD OFFICIALS HID ETC. FROM THE FBI, U.S. GRAND JURY, PLUS THE FACT I WAS THE FOUNDATION OF SAID INDICTMENTS.

SO, DONT IT SEEMS VERY STRANGE THAT AUSA BRANDON FOX AND AUSA LIZABETH RHODES / USAO DID NOT WANT THE JURY AND JUDGE TO HEAR MY TESTIMONY ESP. BECAUSE I WAS THE PERSON THAT LOS ANGELES SHERIFF'S DEPARTMENT HID FROM THE FBI U.S GRAND JURY.

MAYBE SINCE LEROY D. BACA AND THE OTHER LASD OFFICIALS HAVE NOW BEEN CONVICTED. YOU MAY PAY ATTENTION TO WHAT CERTAIN PEOPLE HAVE TO SAY OR MAYBE NOT ?

I THINK YOU SHOULD SEE THE DECLARATION THAT WAS

2.

SENT TO THE UNITED STATES DISTRICT COURT JUDGES (DECLARATION IS NUMBERED 1 THROUGH 108.)

THANK YOU FOR YOUR TIME AND ATTENTION RE: THIS MATTER

By: ANTHONY BROWN SR.

CC:

UNITED STATES DISTRICT JUDGE PERCY ANDERSON

UNITED STATES DISTRICT CHIEF JUDGE VIRGINIA A. PHILLIPS

UNITED STATES ATTORNEY'S OFFICE / ACTING U.S. ATTY SANDRA R. BROWN

UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATIONS.

FILE.

3.

ANTHONY BROWN SR.
P.O. Box 931 /01-112
IMPERIAL, CA 92251

In Pro-Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DECLARATION OF INMATE AB
KNOWN AS FBI INFORMANT
ANTHONY BROWN SR. — RE:
CASE # CR 13 00819, # CR 15 0255
AND CASE # CR 16 0066

CASE NO: CR 16-0066 - PA
CR 15-0255 - PA
CR 13-00819 - PA

DECLARATION OF ANTHONY BROWN SR.

I, ANTHONY BROWN SR., DECLARE AND STATE AS FOLLOWS:

1. I MAKE THIS DECLARATION OF MY OWN PERSONAL KNOWLEDGE, AND, IF CALLED TO TESTIFY TO THE FACTS BELOW, COULD AND WOULD DO SO COMPETENTLY UNDER OATH.

2. I WAS AT THE CENTER OF THE FOLLOWING LOS ANGELES COUNTY SHERIFF'S DEPARTMENT INDICTMENTS FILED BY THE UNITED STATES OF AMERICA: CR 13-00819, (THOMPSON, ET AL.,), CR 15-0255 (TANAKA AND CAREY), AND CR 16-0066 (LEROY D. BACA), GILBERT MICHEL

1.

PROOF OF SERVICE BY UNITED STATES MAIL

I, **ANTHONY BROWN SR**, am over the age of eighteen years, a resident and prisoner of the State of California with a present mailing address of: CENTINELA STATE PRISON, 2302 Brown Rd., Imperial, CA 92251.

On **MAY 07, 2017**, I served the following document(s):

**LETTER TO: MORGAN, LEWIS & BOCKIUS LLP / CR 16-0066 ATTN: ATTY. NATHAN J. HOCHMAN / ATTY: BRIANNA LEIGH ABRAMS** by placing the document(s) in a sealed envelope(s), with First Class postage having been placed thereon. Delivered the envelope(s) to a Correctional Officer who then signed & dated the back of the envelope and s/he then deposited such envelope(s) in the prisons internal legal mail system for processing and delivery to the United States Postal Service, for delivery to the addressee(s):

U.S. DISTRICT JUDGE
PERCY ANDERSON
U.S. DISTRICT COURT
312 N. SPRING ST
LOS ANGELES, CA 90012

U.S. DISTRICT CHIEF JUDGE
VIRGINIA A. PHILLPS
U.S. DISTRICT COURT
312 N. SPRING ST
LOS ANGELES, CA 90012

UNITED STATES ATTORNEY'S OFFICE
ATTN: ACTING U.S. ATTY. SANDRA R. BROWN
312 N. SPRING ST SUITE 1200
LOS ANGELES, CA 90012

I declare that there has been regular U.S. mail pick-up by the Correctional Officers at the prison where I posted the envelope(s) and regular communication by mail between the place of mailing and the place(s) so addressed.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct and the this declaration was executed on **MAY 07, 2017**, at Imperial County, in Imperial, California.

_____
Declarant

NOTE: Pursuant to the holdings in Houston v. Lack (1988) 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245; and, In re Jordan (1992) 4 Cal.4th 116, 13 Cal.Rptr.2d 878, 840 P.2d 983, (inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the institutions internal legal mail procedures).