# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 16-00066-PA (A) | Date | May 12, 2017 |
|---|---|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| Charles A. Rojas | Cindy Nirenberg | Brandon Fox<br>Eddie Jauregui<br>Liz Rhodes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | X | | X | Nathan J. Hochman | X | | X |
| | | | | Brianna L. Abrams | X | | X |

**Proceedings:**    SENTENCING

For the terms and conditions of the sentencing, refer to the Judgment and Probation/Commitment Order.

| | 1 | : | 42 |
|---|---|---|---|
| Initials of Deputy Clerk | | CR | |

cc:  U.S. Probation, U.S. Marshals, Pretrial Services.