ORIGINAL

Nathan J. Hochman, SBN 139137
Brianna Leigh Abrams, SBN 239474
MORGAN, LEWIS & BOCKIUS LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA  90404-4082
Tel:   +1.310.255.9025
Fax:   +1.310.907.2025
e-mail: nathan.hochman@morganlewis.com
e-mail: brianna.abrams@morganlewis.com

Attorneys for Defendant
LEROY BACA

FILED

2017 MAY 11  PM 2: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY BACA,<br><br>Defendant. | Case No. CR 16-66(A) - PA<br><br>DEFENDANT LEROY BACA'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF NATHAN J. HOCHMAN; [PROPOSED] ORDER SEALING DOCUMENTS |

Defendant Leroy Baca, by and through his counsel of record, hereby applies *ex parte* for an order directing that the Declaration of Nathan J. Hochman and exhibits in support of this application to seal be filed under seal.

Dated:   May 11, 2017

MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Nathan J. Hochman*
    Nathan J. Hochman
    Brianna L. Abrams
    Attorneys for Defendant
    LEROY BACA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

DB2/ 31441451.2

DEFENDANT LEROY BACA'S *EX PARTE*
APPLICATION FOR ORDER SEALING
DOCUMENTS CR 16-66(A) - PA

## DECLARATION OF NATHAN J. HOCHMAN

I, NATHAN J. HOCHMAN, declare as follows:

1.     I am an attorney admitted to practice in California and the Central District of California and am counsel of record for Leroy Baca in the above-entitled case. I make this declaration in support of Defendant Leroy Baca's *Ex Parte* Application for an Order Sealing the Declaration of Nathan J. Hochman in Support of Leroy Baca's Sentencing Position, including:

- Exhibit A – a true and correct copy of Mr. Baca's current medical records dated May 4, 2017; and

- Exhibit B – a true and correct copy of an article entitled: "The diagnosis of dementia due to Alzheimer's disease: Recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease."

2.     Mr. Baca seeks to seal these documents because they contain Mr. Baca's private medical information.

3.     Assistant United States Attorneys Brandon Fox, Liz Rhodes and Eddie Jauregui were informed of this *ex parte* request. Mr. Fox indicated that the government did not oppose the *ex parte* request leave to file the documents under seal.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 11, 2017                    MORGAN, LEWIS & BOCKIUS LLP


By /s/ *Nathan J. Hochman*
    Nathan J. Hochman
    Attorney for Defendant Leroy Baca

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

HOCHMAN DECL. SUPPORTING DFENDANT'S *EX PARTE* APPL. FOR ORDER SEALING DOCUMENTS
CR 16-66(A) - PA

DB2/ 31441451.2