UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-66(A) - PA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING DOCUMENTS |
| LEROY BACA, | |
| Defendant. | |

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Leroy Baca's *ex parte* application for sealing is granted. The documents sought to be filed under seal shall be filed under seal.

IT IS SO ORDERED

Dated: 5/12/17

_____

The Honorable Percy Anderson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SANTA MONICA

[PROPOSED] ORDER
CR 16-66(A) - PA