Name  Benjamin L. Coleman, Cal. Bar No. 187609

Address  1350 Columbia Street, Suite 600

City, State, Zip  San Diego, California 92101

Phone  (619) 794-0420

Fax  (619) 652-9964

E-Mail  blc@colemanbalogh.com

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 16CR00066-PA |
| v. | |
| LEROY BACA, | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ Leroy Baca _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
    36 months

☒ Bail status:
    On bail, moving for bail pending appeal

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____ May 12, 2017 _____. Entered on the docket in this action on  May 16, 2017 _____.

A copy of said judgment or order is attached hereto.

_____ May 25, 2017 _____                    s/Benjamin L. Coleman _____
Date                                        Signature
                                            ☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).