# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

MAY 23 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  PERCY ANDERSON

From: V.R. VALLERY _____, Deputy Clerk    Date Received: MAY 18, 2017

Case No.: CR 16-66(A)-PA _____    Case Title: U.S.A.  V. LEROY BACA _____

Document Entitled: LETTER DATED MAY 13 2017 _____

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ Other: | Filer is not a party to this action. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                              U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

5/23/17                           _____
Date                              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

| COPY 1 -ORIGINAL-OFFICE | COPY 2 -JUDGE | COPY 3 -SIGNED & RETURNED TO FILER | COPY 4 -FILER RECEIPT |
|---|---|---|---|

May 13, 2017

Page 1 of 2

To: United States District Judge
PERCY ANDERSON

From: JERROLD SHERMAN, M.D
221 South STANLEY DRIVE
BEVERLY HILLS, CALIF 90211

Re: Sheriff Lee Baca (Retired) Recent decision

a your Honor:
     After reading in the Los Angeles
Times regarding your comments, as
quoted, that stated your opinions and
reasoning I object to your treatment
of Mr Baca.
     Specifically:
          1.) a your comments regarding
none of us being "... above the law." Does
that not include smuggling the phone
into the jail by the FBI?
          2.) After Mr. Baca became
aware of the smuggling was it not, his
duty to address this bad action? If
he failed to address the smuggling
what was to come next? At what
point was Mr. Baca to become so
concerned with as you put it to: "... protect
himself", protect his reputation and maintain
control of this huge organization? Of course
when Sheriff Baca became embroiled
with the FBI not all of his actions were
perfect, did the FBI act perfectly in
their smuggling operation?
     Surely you can understand Mr Baca's
continued pride in himself. How can you,
a your Honor, use Mr Baca's continued

Page 2 of 2
may 13, 2017

struggle and declining the punishment, so wrongly dealt him to justify your sentencing this man to jail

Mr Baca deserves to be set free, honored and apologized to.

Incidently, your Honor, this tableau has no similarity to a movie and is not representative of the "good cop, bad cop" senario which your referred to.

Respectfully,

Jerrold M Sherman, MD

Copy to: Sheriff Baca (retired)



LOS ANGELES CA 900

USA FOREVER

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 8 2017

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

To: Honorable Percy Anderson
United States District Judge
1ST Courthouse
350 West 1ST Street
Courtroom 9A
9TH Floor
Los Angeles, CAL
90012