# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 16-66 PA | | Date | June 9, 2017 |
|---|---|---|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| V.R. Vallery | Not Reported | Lizabeth Rhodes (Not present)<br>Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman | Not | | X |

**Proceedings:**    IN CHAMBERS - ORDER

The deadline for defendant to file a Reply in support of his Motion for Bond Pending Appeal (Docket No. 369) has expired.  The Court takes the matter under submission.  The Court will either issue a written order resolving the Motion or notify the parties of the date and time of a hearing on the Motion if the Court concludes that a hearing is necessary.

IT IS SO ORDERED.