UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 7 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-50453 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00066-PA-1 |
| v. | Central District of California, Los Angeles |
| LAURACK D. BRAY, | ORDER |
| Movant-Appellant, | |
| and | |
| LEROY D. BACA, | |
| Defendant. | |

Before:  GOODWIN, KOZINSKI, and BERZON, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket

Entry No. 8) is granted.  *See Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973)

("private citizen[s] lack[] a judicially cognizable interest in the prosecution or

nonprosecution of another").

All other pending motions are denied as moot.

**DISMISSED.**

MBI/MOATT