UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

United States of America,      )
                    PLAINTIFF, )
                               )
VS.                            )   NO. CR 16-66 PA
                               )
Leroy Baca,                    )
                    DEFENDANT, )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY ONE

VOLUME I OF II, A.M. SESSION

LOS ANGELES, CALIFORNIA

WEDNESDAY, FEBRUARY 22, 2017

_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:


FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012



FOR DEFENDANT:

      MORGAN LEWIS AND BOCKIUS LLP
      BY:  NATHAN J. HOCHMAN
      -and- BRIANNA ABRAMS
      1601 Cloverfield Boulevard
      Suite 2050 North
      Santa Monica, CA  90404

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

                            I N D E X


WITNESS NAME                                    PAGE

(None.)


EXHIBIT                              I.D.      IN EVID.

(None.)

LOS ANGELES, CALIFORNIA; WEDNESDAY, FEBRUARY 22, 2017

8:58 A.M.

- - - - -

(The following proceedings were held outside the presence of the prospective jurors:)

THE CLERK:  Item 1, CR 16-66 PA, United States of America versus Leroy Baca.

MR. FOX:  Good morning, your Honor.  Brandon Fox, Lizabeth Rhodes and Eddie Jauregui on behalf of the United States.  Also sitting with us at counsel table is Special Agent Lea Tanner from the FBI.

THE COURT:  Good morning.

MR. FOX:  Good morning, your Honor.  Nathan Hochman and Brianna Abrams on behalf of defendant Leroy Baca who is present.

THE COURT:  Good morning.

All right.  Let me review with you some of the procedures that we are going to utilize this morning for jury selection.  We are going to, once the jury has been cleared by the jury commissioner, potential jurors, we are going to go down to the ceremonial courtroom.  We will bring in probably 120 to 130 potential jurors.

We will find out, we will give them an

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

introduction, a brief introduction as to the case, and then we will see how many of those 120 can be with us for the next two to two-and-a-half weeks.  Those people will be identified, and they will be sent to the courtroom next door.  We will then take, submit a questionnaire, hardship questionnaire to the remaining individuals.  And then we will bring in approximately another 120, 130 people and do the same thing.

It is my hope that at that point we will have enough jurors to begin the hardship inquiry.  And we will do that back here in this courtroom.  We will do it one at a time similar to what we did the last time.  If we don't have enough people at that point, I will provide the lawyers with the hardship questionnaires, and you can then review those and see if there are any additional should be excused for hardship.  And that is sort of the plan.

If at the end of the day, if it looks as though we are not going to have enough people to participate at this point, we will bring in another hundred or so jurors tomorrow and start the process again.

Any questions?

MR. FOX:  Your Honor, are we going to -- I think I you said the same process as last time.  So we will bring

in individual jurors for individual screening after the hardship?

THE COURT:  Correct.

MR. HOCHMAN:  No questions, your Honor.

THE COURT:  Okay.  And, again, we are going to use juror numbers so please listen carefully.  It will be the last five digits of their badge numbers.  That is a pretty common practice in my courtroom, and I will explain that to the jurors.  And we are also utilizing that to protect the jurors' privacy to ensure both sides receive a fair trial.

And I will instruct the jury when I explain that to them that the use of the juror numbers or badge numbers has nothing to do with the issues in the case or the guilt or innocence of the defendant.  And the court is also going to issue written findings as to why the court feels it is necessary to use an anonymous jury in this case.

Based on discussions I think we have had in the past, I plan on telling the jury, unless things have changed, that we expect the case to conclude in roughly two to two-and-a-half weeks.

MR. HOCHMAN:  Yes, I think that is accurate, your Honor.

MR. FOX:  Yes, your Honor.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.

When we eventually get to the point where we are exercising peremptory challenges, before you announce a peremptory challenge in court, please confirm with the other side so that if we are going to have to have a motion with respect to a peremptory challenge, we will take that up at sidebar outside the presence of the jury.

If you pass on a peremptory challenge, you lose that challenge.  If the defense passes on the first of two challenges, it loses both challenges.  As we did the last time, if you pass and for some reason a new juror goes in the box and you have fully exhausted all your peremptory challenges, you can then make a motion to have a peremptory challenge restored that you passed on. But I think the likelihood of that happening is pretty slim.

If it becomes necessary to impeach a witness with prior grand jury testimony, prior trial testimony, as was the practice in the last case, you simply announce the page and line number, give the other side an opportunity to consider whether it has an objection and then you simply read the testimony.  I am going to ask the parties to meet and confer so we can come up with some nomenclature to use in front of the jury for prior grand jury testimony or prior trial testimony.  And

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

before we start the actual trial, we will want to make

sure that we agreed upon the nomenclature that is going

to be used in the event a witness needs to be impeached.

Number of peremptories will remain the same.

The government will have six, and the defense will have

10.  We are also going to seat four alternate jurors.

Each side will have two challenges for the alternates.

Juror No. 1 will be seated on the first row in the seat

closest to me.  And, then, Juror No. 7 will be seated in

the first seat on the second row closest to me.

At some point, we are going to read off a list

of potential witnesses to potential jurors.  I will

remind them at that time that there is going to be a

questionnaire that they will ultimately receive and that

if they know any of the potential witnesses or feel that

they do, they can note that on the questionnaire rather

than taking that up at the time.

MR. FOX:  And, your Honor, at this time, we

provided with you a list of not only our potential

witnesses but other names that the jury might hear.

There are some relatively well-known people, and I think

it would be good, for example, if we found out if a juror

knew who Paul Tanaka was.  So I provided, in the witness

list, our potential witnesses names in bold and the other

important players they may hear about in just regular

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

font.

The only other thing that I wanted to bring up is we kept all titles off of the list of the names, and the defense kept the titles doctors and bishop and father on theirs, and we don't think that the titles are appropriate.  So we just ask that you read the names.  If the name sounds familiar to the jurors, we can have a further inquiry about that.  But to the extent that we have no titles on all the witnesses, I don't think the defense should either.

THE COURT:  Any objection?

MR. HOCHMAN:  No objection, your Honor.  We can -- if your Honor believes that having no titles consistently is appropriate, that is fine with us, your Honor.

THE COURT:  All right.

THE COURT:  Let me just review these lists quickly.

Who is the last person on the government's list?

MR. FOX:  Brian []Yanagi.  He is a computer records custodian for the sheriff's department.

THE COURT:  Okay.  []Paulina Chew.  I think that is on the defense list.

MR. HOCHMAN:  I'm sorry.  What was the name?

THE COURT:  C-H-U-I.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. HOCHMAN:  Dr. Chui.

THE COURT:  Okay.  Who is that?

MR. HOCHMAN:  Dr. Chui is a doctor who was a treating physician for Sheriff Baca.  Again, we don't know, your Honor, whether or not the government will open the door as to any particular situation that may need Dr. Chui's testimony.  So, in an abundance of caution, we put it on the list.

THE COURT:  Okay.

MR. FOX:  And, your Honor, there is one remaining issue relating to Dr. Chui and []Dr. Spar.  The defense believes that if we introduce statements from 2015 that the defendant made under oath in a deposition that their expert should be able to testify.  We are preparing a brief that we can file with your Honor so you can decide that.

I think it is probably best for this to be decided before openings because I do plan on talking about some of the statements in 2015 in his deposition in openings, and, obviously, we would like to know if that would open the door or not.

MR. HOCHMAN:  And, your Honor, by 2005, by the time of these depositions, the scientific tests of Sheriff Baca had been done.  He was diagnosed with mild cognitive impairment which is part of the Alzheimer's

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

disease.  So unlike the 2013 situation where the scientific tests had not been done at that point, the scientific tests had been done by the time of the 2015 deposition.  The questions that he is being asked in that 2015 deposition that the government would like to play for the jury deal with his memory, his memory of his relationship with Paul Tanaka going back from 2013 before he --

THE COURT:  Excuse me.

MR. HOCHMAN:  I'm sorry.

THE COURT:  Okay.  We will have time to argue this.

MR. HOCHMAN:  That is fine, your Honor.  Thank you.

THE COURT:  Let me just ask just a couple of questions.  The -- the deposition testimony, that is in a civil case?

MR. FOX:  That's correct, your Honor.

MR. HOCHMAN:  An unrelated civil case, your Honor.

THE COURT:  Okay.  And is he represented -- he is represented by counsel in that case?

MR. FOX:  That's correct, your Honor.

MR. HOCHMAN:  Yes, your Honor.

THE COURT:  And what is the name of the civil case?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  []Antuna versus the County of Los Angeles.  This was a case before Judge Fitzgerald that went to trial I think about 18 months ago.  It involved several plaintiffs and a jury verdict.

THE COURT:  Okay.

THE COURT:  And you are going to submit a brief?

MR. FOX:  Yes, your Honor.  We will file it by the time we leave tonight.  It won't be by 5:00 o'clock, but, certainly, by the time we leave tonight.

THE COURT:  Okay.

MR. HOCHMAN:  We can do our best to respond as soon as possible.  Obviously, the factual argument, I can certainly respond to.  And we know to the extent the government is citing any particular cases, we got to look them up and see what is responsive, your Honor.

THE COURT:  Okay.  What I envision happening this morning, when we go down to the ceremonial courtroom, the doors are going to be locked for a moment.  And once we got our ducks in a row, we will open the courtroom up for counsel to come in.  Then we are going to allow the potential jurors to come in, take their seats, and then any available seats for public spectators, press.

Okay.  Anything else we need to take up?

MR. FOX:  Nothing from the government, your Honor.

MR. HOCHMAN:  Nothing from the defense, your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Honor.

MR. FOX: Oh. Your Honor. I'm sorry. There was one minor question. We have reviewed all of your criminal case questionnaires and the related matters, and there is one additional question that the government is asking you to include in the criminal case questionnaire. And that is simply would you take the defendant's age into consideration in making your decision in this case or in reaching your decision in this case.

I believe that Mr. Hochman, like last time, will talk about the extensive experience that Mr. Baca has. It is going to be obvious that Mr. Baca is at somewhat of an advanced age, and I think that it is good to just find out what the jurors, whether that would be a consideration for them in reaching a verdict.

MR. HOCHMAN: It is the question, your Honor. Obviously, one of the jury instructions is that you are supposed to consider all circumstances when a defendant gives a statement, age being one of them. So if any juror answered no, they should actually be struck from the jury because you are supposed to take into account all circumstances.

If the question is that somehow they will give some undue weight to someone's age depending on if they are too old or too young. They might think Mr. Baca in

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

his 70's is a young man for all I know or too advanced in age.  I don't know how best to frame the question.  I think the way the government has framed it, the answer has to be yes.

So I don't know if there is a way that you can frame it dealing with some I guess prejudice that the government is trying to elicit either way whether it is for Mr. Baca or against Mr. Baca, if they hold it against people for being old or if they give an advantage for people being old.

THE COURT:  Well, why don't you do this.  Why don't the parties see if they can meet and confer and come up with some acceptable language, and, if not, I think we are probably going to have -- I don't intend to give the potential jurors those questions until we have concluded the hardship questioning so we probably have an hour, hour-and-a-half at least.

MR. FOX:  Thank you, your Honor.

MR. HOCHMAN:  Thank you, your Honor.

THE COURT:  Any other comments about the questionnaire, background questionnaire?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  Okay.  All right.  Let me see if I can find out what the status is of the jury.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(Court and clerk confer.)

THE COURT:  I think it is going to be another 15, 20 minutes before the jury is going to be ready so why don't we reconvene at the ceremonial courtroom in the next, how about 20 till.

MR. FOX:  Yes, your Honor.

MR. HOCHMAN:  Yes, your Honor.

THE COURT:  All right.  Thank you very much.

(Recess from 9:19 to 12:38 p.m.)

(The following proceedings were held in the presence of the prospective jurors:)

THE CLERK:  Item 1, CR16-66A PA, United States of America versus Leroy Baca.

Counsel, please state your appearances.

MR. FOX:  Good morning, Brandon Fox, Lizabeth Rhodes and Jauregui on behalf of the United States.  Also sitting with us at counsel table is Special Agent Lea Tanner of the Federal Bureau of Investigation.

MR. FOX:  Nathan Hochman and Brianna Abrams on behalf of Leroy Baca.

THE COURT:  Good morning.

Members of the jury, good morning.  I am Judge Percy Anderson, and I would like to welcome you to this courtroom.

We are here this morning for the important

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

task of selecting a jury to try a criminal case. We rely on juries in this country to decide cases tried in our courts so service on a jury is an important duty of citizenship.

Jurors must conduct themselves with honesty, integrity and fairness. Under our system of justice, the role of the jury is to find the facts of the case based on the evidence presented in the trial. That is from the evidence seen and heard in court. The jury decides what the facts are and then applies to those facts the law that I will give in my instructions to the jury. My role as the trial judge is to make whatever legal decisions must be made during the trial and to explain to the jury the legal principles that will guide its decisions.

As you probably know, at the beginning of any court case, the first step involves the selection of jurors who are going to hear the case. During this process, I will be asking you questions. It provides the court and the lawyers with an opportunity to inquire into your background, experience and state of mind to determine whether you are qualified to be a juror in this case. Now, qualified simply means that you can be fair and impartial, that you can decide this case based on the evidence presented in this courtroom and on nothing else.

Please keep in mind that during this process,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

there is no such thing as a right or wrong answer, only answers that are complete or incomplete.  Err on the side of giving too much information.

In this case, you will be sitting as judges of the facts.  All parties have a right to expect that you will perform your role fairly and impartially and not based on any bias or prejudice you bring into this courtroom.  If there is any reason why any of you might be biased or prejudiced in any way, you must disclose such reasons when you are asked to do so.  It is your duty to make this disclosure.

In giving you these admonitions, I want to make it clear that I have no intention of trying to embarrass anyone or to invade your privacy or the privacy of any of your family members or close personal friends.  If you have something that you think the lawyers or I should know but you do not wish to discuss it in the presence of the entire panel in open court, please let me know, and we can discuss that matter at sidebar outside the presence of the other jurors.

This is a criminal case entitled the United States of America versus Leroy D. Baca.  To begin this process, I would like to introduce you to the parties and counsel in this matter.

I am going to ask government counsel to stand

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

and introduce themselves and anyone seated at counsel table to the prospective jurors.

MR. FOX:  Good morning.  My name is Brandon Fox. I am an Assistant United States Attorney, also known as a federal prosecutor.  Sitting to my right, standing to my right is Lizabeth Rhodes.  She is also an Assistant United States Attorney.  To her right is Eddie Jauregui. He is also an Assistant United States Attorney.  And behind Mr. Jauregui is Lea Tanner who you will also hear referred to as Lea Marks.  She is with the Federal Bureau of Investigation.

THE COURT:  Thank you.

Is there any member of the prospective jury panel who is acquanted with or has seen counsel or the agent?  If so, please raise your hands.

All right.  Will counsel stipulate that I do not have to record there were no hands raised in response to my future questions?

MR. FOX:  Yes, your Honor.

MR. HOCHMAN:  Yes, your Honor.

THE COURT:  All right.  I am going to ask defense counsel to stand and introduce himself the defendant as well as anyone else seated at counsel table to the prospective jurors.

MR. HOCHMAN:  Thank you, your Honor.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Good morning.  My name is Nathan Hochman, and I along with Brianna Abrams represent Leroy Baca in this case.

THE COURT:  Thank you.  Are there any members of the jury panel who is acquainted with or has seen the defendant.

All right.  Thank you.

Do any of you or any members of your family know or have any kind of relations with me?

During the trial of this case, the following persons may be called as witnesses.  I am going to have the clerk read the names of the proposed witnesses.

THE CLERK:  []Gus Academia.  Terra Adams.  Yolanda Baines, Robert Bayes, Andrew brought, Anthony brown, Kevin brown, William Tom Carey, William David Courson is.  Scott Greg, jay sandal ton, David Dahle detectable amount demy lo, Linda Farrar, Robert Faturechi, Judy Gerhardt, mike Hanneman, receive live ins.  Miles an hour is he lo long, Mickey Manzo, Steve Martinez, Leah marks also known as Lea Tanner, Gilbert Michel, Michelle miller, Chris knee, Cecil Rambo, James Sexton, injury regard Smith, Terry tap, Paul Tanaka, John Torribio.  Greg temp stop, Brian Yanagi, Leroy Baca, David Bates, Greg boil, Margaret Carter, had hely that chew, Steve Cooley, Carl could vets, Michael general, alist Paris, Brian her shall

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

man.  We I don't think Kim, James Lopez, onMarch, receive Martinez, Robert symptom.  Paul pet, Ira rain err.  Cecil Rambo, James spar, Kenth hole miles an hour, he lie Vera, Richard Weintraub and Steve whit more.

THE COURT:  All right.  Are any of you acquainted with any of the witnesses just named that you believe would affect your ability to be a fair and impartial juror in this case or make it difficult for you to be a fair and impartial juror?  Just raise your hands.

All right.  If any of you have raised your hands in response to that question, we are going to give you a questionnaire a little later today, and if you would please make a note on that questionnaire for any of the witnesses who you feel that you are acquainted with and might cause some difficulty for you to be a fair and impartial juror in this case.

This is a case in which the defendant is charged with conspiring to obstruct justice, obstruction of a grand jury investigation of civil rights violations in Los Angeles County jails and making false statements to a government agency.

The government alleges that the defendant was the sheriff of Los Angeles County at a time when the federal government was conducting a grand jury investigation of whether certain deputies were using

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

excessive force and accepting bribes at the Los Angeles County Sheriff's Department jails.

The charges allege that after the defendant and others in the Los Angeles County Sheriff's Department became aware that an inmate was a federal informant, they conspired to hide the inmate from a federal grand jury by changing the inmate's name, by altering the sheriff's department computer records, moving the inmate to other facilities operated by the Los Angeles Sheriffs Department, that they tampered with witnesses and allegedly threatened the arrest of an FBI agent.  The defendant denies these allegations.

The charges against the defendant are contained in an indictment.  The indictment is simply the description of the charges made by the government against the defendant.  It is not evidence of anything.  To these charges, the defendant has plead not guilty, and it will be the question of his guilt or innocence to the charges that you will be asked to decide if you are selected as a trial juror in this case.

I want to caution you as we proceed through this process this morning because you must decide this case based solely on the evidence in the case and on my instructions as to the law that applies, you must not be exposed to any other information about the case or to the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

issues it involves during the course of your jury duty.

Thus, until the end of the case or unless I tell you otherwise, do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.

This includes discussing the case in person, in writing, by phone or electronic means, via e-mail, text messaging or any Internet chat room, blog, website or other feature.  This applies to communicating with your fellow jurors until the case is submitted to you for your deliberations.  And it applies to communicating with everyone else including your family members, your employer, the media or press and people involved in the trial.

Although you may notify your family and your employer that you have been seated as a juror in this case, but if you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and report that contact to the court.

At some point, you are going to receive questionnaires to fill out.  Please do not discuss your answers to the questions with any other jurors.  Do not blurt out any answers to questions that you might be

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

asked.

Because you will receive all of the evidence and legal instruction you properly may consider to return a verdict, do not read, watch or listen to any news or media accounts or commontaries about the case or anything to do with it.  Do not do any research such as consulting dictionaries, searching the Internet or using other reference materials and do not make any investigation or in any way try to learn about the case on your own.

The law requires these restructions to ensure the parties have a fair trial based on the same evidence that each party has had an opportunity to address.  A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result which would require the entire trial process to start over.  And if any juror is exposed to any outside information, please notify the court immediately.

And do not make up your mind about what your verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence.  Keep an open mind until then.

In my courtroom, my standard practice is not to use juror names.  We use the last five digits of your juror badge number.  If you haven't looked at your badge

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

number, take a moment and look at those last five digits. In this day and age of social media, I use juror numbers to protect jury privacy, to protect the integrity of the system and to ensure that both sides receive a fair trial. The use of juror numbers has nothing to do with the issues in this case and has nothing to do with the guilt or innocence of the defendant.

Now, ladies and gentlemen, I recognize that jury service is probably an inconvenience for you, taking you away from your jobs, your families and disrupting your daily routine. It is, however, one of the most important duties that citizens of this country are called upon to perform. For this reason, I know that you will not take this duty lightly.

Now, we expect the presentation of all phases of this case including the opening statements, the presentation of evidence, the arguments of counsel and the instructions of the court will last approximately two to two-and-a-half weeks plus the jury's deliberations.

Now, our daily schedule will be from 8:00 a.m. to 1:30 with two short breaks. Now, today, and until we get a jury selected, we are going to meet until noon. We will resume at 1:30, and we will continue until 5:00 o'clock.

So we would expect that all aspects of the case would conclude the week of March 6th with the case then being submitted to the jury for its deliberations. During deliberations, your hours will change. You will deliberate from 8:00 to 3:30, and lunch will be brought in.

Now, I want to advise that you a juror may be excused for jury service only upon a showing of specific facts which constitute an undue hardship for the juror and not for the juror's employer. An undue hardship includes the following: The prospective juror has a personal obligation to care for the sick, the aged or infirm dependents or to care for children where no comparable substitute care is either available or practical without exposing the potential juror to an undue financial hardship or it exposes the person cared for to an undue hardship; the prospective juror has a physical or mental disability or impairment not affecting the person's ability to serve on a jury but that would expose the juror to an undue risk of mental or physical harm; participation in the trial would expose the prospective juror to an extreme financial burden taking into account the following factors: The length of the trial, whether the prospective juror is the sole support of his or her family, and the availability of employer

reimbursement.

Please keep in mind that jury service is not only a duty and a responsibility, but it is also a right that our forefathers fought for to secure because of its importance in the governing of a democratic society. I know you know that we have men and women, many of whom are 18 and 19 years old who are serving in some places that you wouldn't want to wish on your worst enemy because they are taking an opportunity to protect our way of life including our right to trial by jury.

And this is your opportunity to give back, to contribute to our country and the essence of a free democratic society. As a society, we have given to the people the power to decide disputes between the fellow citizens in civil cases, and the power to make the ultimate determination of whether to deprive a fellow citizen of life, liberty or property in a criminal case. Jury service is a duty that is not to be shirked and a right that should not be lightly relinquished.

Now, bearing in mind the importance of trial by jury, how many of you can be with us for the next two to two-and-a-half weeks? If you would please raise your hand if you can be with us for the next two to two-and-a-half weeks.

All right. Now, what I am going to do is I am

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

going to ask each of you that raised your hands and that can be with us for the next two-and-a-half weeks to come up.  Let's see if we can have the clerk -- we will just have you come up one at a time, and if you would give your juror number to the clerk, and she is going to record it.

Now, once you have given your number to the clerk, we are going to ask that you go back up to the ninth floor in Courtroom 9B.  It will be opened up, and there will be somebody in there.  And if you would just take a seat in Courtroom 9B to await further instructions.

All right.  If there is anybody on the first row on the right that raised their hands, if you could come forward, please.

(Pause in proceedings.)

THE COURT:  All right.  Let's take the next row.

Again, once you have given your name, if would you just go back up to the ninth floor in Courtroom 9B.

(Pause in proceedings.)

THE COURT:  All right.  Let's have the next row come up, please.

(Pause in proceedings.)

THE COURT:  All right.  The next row.

(Pause in proceedings.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.  And if we could have the next row come up, please.

THE COURT:  All right.  If we could have the next row.

THE COURT:  Okay.  And the next.  Anybody else on this side of the courtroom that can be with us for the next couple of weeks?

Okay.  So we have everybody now on the right side who thinks they can stay with us for the next two-and-a-half weeks.

Now, on the left side starting with the first row.

(Pause in proceedings.)

THE COURT:  All right.  The next row.

(Pause in proceedings.)

THE COURT:  All right.  Anybody the next row on the left side?

(Pause in proceedings.)

THE COURT:  All right.  The next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

THE COURT:  Okay.  Anyone else on the left side of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the courtroom that thinks they could be with us for the next couple of weeks, come forward.

(Pause in proceedings.)

THE COURT:  Okay.  Now, do we have everybody on the left side?  Anybody seated in the back that can be with us for the next couple of weeks?  Anybody seated in the jury box?

Okay.  Now, I am going to ask the rest of you to fill out a questionnaire, and it is designed to elicit whether you have any reasons why you feel that jury service for this period of time and during the hours that I have indicated will pose an undue hardship for you and require that you be excused from consideration as a juror.

Once you have filled out the questionnaire, we are going to ask that you pass that back to the clerk, and then we will review those questionnaires.  And we may have some additional questions for you.

In the interim, we are going to ask that you return to the jury assembly room on the first floor and await there for further instructions.

So I am going to ask the clerk to pass out the questionnaires.  Once you have filled it out, return the questionnaire to the clerk, and then you are going to return to the jury assembly room on the first floor.  So

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

why don't we start with people here, in the jury box, and we will give you the questionnaire.

If you need something to write with, we will also have some pens available. If you still need a questionnaire or something to write with, just raise your hand.

And once you have finished, just let us know, and we will pick it up, and, again, return to the jury assembly room on the first floor.

THE COURT: All right. If I could see counsel at sidebar. I am going to ask the clerk to go ahead and call the next group down.

(The proceedings, Pages 30 to 31, were conducted under seal.)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in open

court:)

(Court and clerk confer.)

(A new panel of prospective jurors entered the

courtroom:)

THE CLERK:  Item 1, CR 16-66 PA, United States of

America versus Leroy Baca.

Counsel, please state your appearances.

MR. FOX:  Good morning, your Honor.  Brandon Fox,

Lizabeth Rhodes and Eddie Jauregui on behalf of the

United States.  Also sitting with us at counsel table is

Special Agent Lea Tanner with the FBI.

THE COURT:  Good morning.

MR. FOX:  Good morning, your Honor.  Nathan

Hochman and Brianna Abrams on behalf of Leroy Baca.

THE COURT:  Good morning.

Members of the panel, good morning.  I am

Judge Percy Anderson, and I would like to welcome you to

this courtroom.  We are here this morning for the

important task of selecting a jury to try a crime case.

We rely on juries in this country to decide

cases tried in our courts so jury service is an important

duty of citizenship.  Jurors must conduct themselves with

honesty, integrity, and fairness.  Under our system of

justice, the role of the jury is to find the facts of the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

case based on the evidence presented in the trial.  That is, from the evidence seen and heard in court, the jury decides what the facts are and then applies to those facts the law that I will give in my instructions to the jury.

My role as the trial judge is to make whatever legal decisions must be made during the trial and to explain to the jury the legal principles that will guide its decisions.  As you probably know, at the beginning of any court case, the first step involves the selection of jurors who are going to hear the case.

During this process, I will be asking you questions.  It provides the court and the lawyers with an opportunity to inquire into your background, experience and state of mind to determine whether you are qualified to be a juror in this case.

Now, qualified simply means that you can be fair and impartial and that you can decide this case based on the evidence presented in this courtroom and on nothing else.

Please keep in mind that during this process, there is no such thing as a right or wrong answer only answers that are complete or incomplete.  Err on the side of giving too much information.

In this case, you will be sitting as judges of

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

the facts.  All parties have a right to expect that you will perform your role fairly and impartially and not because of any bias or prejudice you bring into this courtroom.  If there is any reason why any of you might be biased or prejudiced in any way, you must disclose such reasons when you are asked to do so.  It is your duty to make this disclosure.

In giving you these admonitions, I want to make it clear that I have no intention of trying to embarass anyone or to invade your privacy or the privacy of any of your family members or close personal friends.

If you have something that you think that the lawyers or I should know, but do not wish to discuss in the presence of the entire panel in open court, please let me know, and we can discuss that matter at sidebar outside the presence of the other jurors.

This is a criminal case entitled the United States of America versus Leroy D. Baca.  To begin this process, I would like to introduce you to the parties and counsel in this matter.

I am going to ask government counsel to stand and introduce themselves and anyone else seated at counsel table to the prospective jurors.

MR. FOX:  Good morning.  My name is Brandon Fox. I am an Assistant United States Attorney also known as a

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

federal prosecutor.  To my right is a colleague of mine Lizabeth Rhodes.  She is also an Assistant United States Attorney.  Behind her is another colleague, Eddie Jauregui who is also an Assistant United States Attorney.  And behind Mr. Jauregui is Special Agent Lea Tanner.  You will also hear her referred to as Leah Marks in this case.

THE COURT:  Thank you.  Is there any member of the jury panel who is acquainted with or have seen counsel or the agent or may have heard their names prior to today? If your answer is yes, please raise your hand.

Okay.  I am going to ask, if you would, we're going to give you a questionnaire a little later today, and if you would note on that questionnaire your response to this question.

I am going to ask defense counsel to stand and introduce themselves and the defendant to the prospective jurors.

MR. HOCHMAN:  Good morning.  My name is Nathan Hochman, and I, along with Brianna Abrams, represent Leroy Baca.

THE COURT:  All right.  Thank you.

Is there any member of the jury panel who is acquainted with or has seen counsel or who is acquainted with the defendant?  Please raise your hand.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Okay. And if you would note that response on the questionnaire that you will be given a little later today. Thank you.

Do any of you or any members of your family know or have any kind of relation with me? Okay.

Will counsel stipulate that I do not have to note for the record there were no hands raised to my future questions?

MR. FOX: Yes, your Honor.

MR. HOCHMAN: Yes, your Honor.

THE COURT: During the trial of this case, the following persons may be called as witnesses. I am going to have the clerk read the names of the prospective witnesses.

THE CLERK: []Gus Academia. Tar a Adams. Yolanda Baines, Robert Bayes, Andrew brought, Anthony brown, Kevin brown, William Tom Carey. William David Courson, Scott craig, Jason Dalton, David Dahle, jack deme lo, Lynn do Farrar, Robert Faturechi, Judy Gerhardt, mike Hanneman, receive Levins, miles an hour is he along, Mickey Manzo, Steve Martinez, Leah marks also known as Lea Tanner, Gilbert Michel, Michelle miller. Chris knee, Cecil Rambo, James Sexton, injury regard Smith, Terry tap, Paul Tanaka, John Torribio, Greg Thompson, Brian Yanagi. Leroy Baca, David Bates, going boil, mark

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

receipt Carter, had hely that shoe, Steve Cooley, Carl covets.  Michael general, Alice Harris, Brian her shall man, I don't think Kim, James Lopez, onMarch.  Steve Martinez, Robert symptom, Paul pet, ire radio a Ryan err. Cecil Rambo, James spar, Kenth although measure, he lie better a, Richard win trouble, and receive whit more.

THE COURT:  Are there any of you acquainted with any of the witnesses just named that you believe would affect your ability to be a fair and impartial juror in this case or make it difficult for you to be a fair and impartial juror in this case.  You should also note that the parties are not required and might not wish to call all of these witnesses and they may find it necessary later to call other witnesses.

Anyone acquainted with any of these witnesses? All right.  If you would note that response on the questionnaire that you will be given a little later. Thank you.

This is a case in which the defendant is charged with conspiring to obstruct justice.  Obstruction of a grand jury investigation of civil rights violations in the Los Angeles County jails and making false statements to a government agency.

The government alleges that the defendant was the sheriff of Los Angeles County at a time when the

federal government was conducting a grand jury investigation of whether certain deputies were using excessive force and accepting bribes at the Los Angeles County Sheriff's Department's jails.

The charges allege that after the defendant and other members of the Los Angeles County Sheriff's Department became aware that an inmate was a federal informant, they conspired to hide the inmate from a federal grand jury by changing the inmate's name, by altering the sheriff's department computer records, moving the inmate to other facilities operated by the Los Angeles County Sheriffs Department, that they tampered with witnesses and allegedly threatened the arrest of an FBI agent.

The defendant denies these allegations. The charges against the defendant are contained in an indictment. The indictment is simply a description of the charges made by the government against the defendant. It is not evidence of anything.

To these charges, the defendant has plead not guilty, and it will be the question of his guilt or innocence to the charges that you will be asked to decide if you are selected as a trial juror in this case.

I want to caution you as we proceed through this process this morning because you must decide this

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

case based solely on the evidence received in the case and on my instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty.

Thus, until the end of the case or unless I instruct you otherwise, do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.

This includes discussing the case in person, in writing, by phone, or electronic means, via e-mail, text messages or any Internet chat room, blog, website or other feature.  So don't pull out your phones or your iPads and start Googling.

This applies to communicating with your fellow jurors until I give you the case for your deliberation, and it applies to communicating with every one else including your family members, your employer, the media or press and the people involved in the trial.

Although you may notify your family and your employer that you have been seated as a juror in the case, but if you are asked or approached in any way about your jury service or anything about the case, you must respond that you have been ordered not to discuss the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

matter and to report that contact to the court.

At some point, you will receive questionnaires that you are to fill out. Please do not discuss your answers to the questions with any other jurors. Do not blurt out any answers to any of the questions.

Because you will receive all of the evidence and legal instructions you may properly consider to return a verdict, do not read, watch or listen to any news or media accounts or commentary about the case or anything to do with it.

Do not do any research such as consulting dictionaries, searching the Internet, Googling or using other reference materials, and do not make any investigation or in any other way try to learn about the case or anyone who has anything to do with it on your own.

The law requires these restrictions to ensure the parties have a fair trial based on the same evidence that each party has had an opportunity to address. A juror who violates these restrictions jeopardizes the fairness of these proceedings and a mistrial could result that would require the entire trial process to start over. If any juror is exposed to any outside information, please notify the court immediately.

And do not make up your mind about what your

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence.  Keep an open mind until then.

In my courtroom, my standard practice is not to use juror names.  We are going to use the last five digits of your juror badge number.  If you haven't had a chance to look at your juror number, take a moment and take a look at those last five digits.  In this day and age of social media, I use juror numbers to protect juror privacy, to protect the integrity of the system and to ensure that both sides receive a fair trial.  The use of juror numbers has nothing to do with the issues in this case and nothing to do with the guilt or innocence of the defendant.

Ladies and gentlemen, I recognize that jury service is probably an inconvenience for you taking you away from your jobs and family and disrupting your daily routine.  It is, however, one of the most important duties that citizens of this country are called upon to perform.  For this reason, I know you will not take this duty lightly.

We expect the presentation of all phases of the case including the opening statements, the presentation of evidence, the arguments of counsel and

the instructions of the court will last approximately two to two-and-a-half weeks plus deliberations.

Now, our daily schedule will usually be from 8:00 a.m. to 1:30 with two short breaks.  So we are going to quit, every day, at 1:30.

Now, except for today until we get a jury selected, we are going to meet until noon, and we will resume after lunch at 1:30, and we will go until probably 5:00 o'clock.  But once we get the jury selected, we are going to stop every day at 1:30.

So that we would expect all aspects of this case will conclude by the week of March 6 with the case then being submitted to the jury for its deliberations. During deliberations, your hours will change, you will deliberate from 8:00 a.m. to 3:30, and lunch will be brought in.

Now, I want to advise you that a juror may be excused from jury service only upon a showing of specific facts which constitute an undue hardship for the juror and not for the juror's employer.  An undue hardship includes the following:  The prospective juror has a personal obligation to care for the sick, aged or infirm defendants or to care for children where no comparable substitute care is either available or practical without imposing undue fines or hardship on the prospective juror

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

or the person cared for; the prospective juror has a physical or mental disability or impairment that would expose the juror to an undue risk of mental or physical harm; participation in the trial would expose the prospective juror to an extreme financial burden taking into account the following factors:  The length of the trial, whether the prospective juror is the sole support of his or her family and the availability of employer reimbursement.

Please keep in mind that juror service is not only a duty and a responsibility, but it is also a right that our forefathers fought to secure because of its importance in the governing of a democratic society.

We all know men and woman who are serving today some of whom are 18, 19 years old probably serving in places we wouldn't wish on our worst enemy and probably under circumstances that are less than ideal. They are serving to protect our way of life including our right to have a trial by jury.  This is your chance to contribute, to give back.

As a society, we have given to the people the power to decide disputes between their fellow citizens in civil cases and the power to make the determination of whether or not to deprive a fellow citizen of life, liberty, or property in criminal cases.  Jury service is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

a duty that should not be shirked and a right that should not be lightly relinquished.

Now, bearing in mind the importance of trial by jury, how many of you can be with us for the next two to two and a half weeks?  Please raise your hand if you can be with us for the next two to two-and-a-half weeks?

All right.

Now, what I am going to do is I am going to ask each of you who just raised your hands to come forward and give the clerk your juror number, and then I am going to ask that you return to the courtroom on the ninth floor, and that is Courtroom 9B.  There will be somebody in there.  There will be some other prospective jurors in there.  So if you return to that courtroom to await further instructions.

Now, I am going to have -- anybody who has raised their hand on the first row seated in the jury box, if you would come forward and give your name to the clerk.  Give your juror number to the clerk.

And, again, once you have given your number, if you could go up to the ninth floor and go to Courtroom 9B.

(Pause in proceedings.)

THE COURT:  All right.  If we could have people in

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the second row of the jury box come forward, those of you who you can be with us.

(Pause in proceedings.)

THE COURT:  All right.  I am going to ask for the people seated on my right in the first row, if you would come forward if you can be with us for the next twenty-two-and-a-half weeks and give your juror number to the clerk.

(Pause in proceedings.)

THE COURT:  Okay.  And those of you on the second row.  And, again, once you have given the juror number, if you could report to Courtroom 9B on the ninth floor.

(Pause in proceedings.)

THE COURT:  All right.  The next row.

(Pause in proceedings.)

THE COURT:  Next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Anybody else left on the right side of the courtroom?  Come forward, please.

(Pause in proceedings.)

THE COURT:  All right.  So we have everybody on the right side of the courtroom that thinks they can be with us for the next two to two-and-a-half weeks.

All right.  If we could start with the left side of the courtroom, the first row on the left side.

(Pause in proceedings.)

THE COURT:  Okay.  For the next row.

(Pause in proceedings.)

THE COURT:  And the next row.  Again, anybody who can be with us for the next two to two-and-a-half weeks.  And once you have given your number to the clerk, if you could return to Courtroom 9B on the ninth floor.

(Pause in proceedings.)

THE COURT:  The next row.

(Pause in proceedings.)

THE COURT:  And the next row.

(Pause in proceedings.)

THE COURT:  And the next row.  Anybody else on the left side of the courtroom that thinks they can be with us.

(Pause in proceedings.)

THE COURT:  Okay.  Now, do we have everyone who

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

thinks they can be with us for the next couple of weeks?

For those of you who don't think you can be with us for the next couple of weeks, I am going to ask you to fill out a questionnaire, and that questionnaire is designed to elicit whether any of you have reasons why you feel the jury service for this period of time and during the hours that I have indicated would pose an undue hardship for you and require that you be excused from consideration as a juror.

Once you have filled out the questionnaire, please give it back to the clerk, return to the jury assembly room on the first floor to await further instructions.

Okay.  So I am going to have the clerk go among you and pass out the questionnaire.  Hopefully we will be able to give people who need something to write with a pen.  And once you have filled that out, if you could return it to the clerk, return to the jury assembly room on the first floor.

All right.  If I could see counsel at sidebar.

(The proceedings, Pages 47 to 48, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective jurors in Courtroom 9B:)

THE COURT:  Thank you very much for your patience. We really appreciate it.

We are going to take a lunch break, and we are going to resume at 2:00 o'clock this afternoon.  You are all going to come back in here, and then once you are in here, we are going to take you one at a time and then we are going to ask you some individual questions as part of the jury selection process.

Now, while you are at lunch, I want to remind you again, you must not be exposed to any other information about this case or to the issues it involves.

So unless I tell you otherwise or until jury your jury duty is over, do not communicate with anyone or let anybody else communicate with you in any way about this case.  This includes discussing the case in person, by writing or by phone or using the Internet, text messages, e-mails.  Don't communicate with your employer, members of your family, with the media or press, people involved in the trial.

You can notify your family or your employer that you have been preliminarily selected as a juror in the case, but if you are asked or approached in any way

about your jury service or anything about the case, you must respond that you have been instructed not to discuss the matter and report that contact to the court.

Because you are going to receive all the evidence that you can properly consider in this case, we don't want you to read, to watch or to listen to any news or media accounts or commentary about the case or about anyone who has anything to do with it.

Don't do any research, don't consult any dictionaries, don't search the Internet, don't Google, don't use any other reference materials.  And do not make any investigation about the case or about anyone who has anything to do with it or try to learn about the case on your own.

Okay.  So have a nice lunch.  There is a cafeteria down on the first floor.  There is some -- Grand Central Market is just down the street.  We will see everybody at 2:00 o'clock.  Try to get here about five minutes to 2:00.

And then we are going to start taking you one at a time, bring you over to the other courtroom, and ask you some additional questions.  Again, thank you very much for your service, and thank you for your patience.

(Proceedings concluded.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  July 26, 2017

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**MR. FOX: [24]** 4/9 4/14 5/23 6/24 8/17 9/19 10/9 11/17 11/21 11/25 12/6 12/23 13/1 14/17 14/21 15/5 15/14 15/18 18/2 18/18 32/8 32/13 34/23 36/8
**MR. HOCHMAN: [21]** 6/3 6/22 9/11 9/23 9/25 10/2 10/21 11/9 11/12 11/18 11/22 12/10 12/24 13/15 14/18 14/22 15/6 18/19 18/24 35/18 36/9
**THE CLERK: [5]** 4/7 15/11 19/12 32/5 36/14
**THE COURT: [69]**

**—**

**-and [3]** 2/4 2/5 2/11

**/**

**/s [1]** 51/12

**1**

**10 [1]** 8/6
**120 [3]** 4/24 5/2 5/7
**12:38 [1]** 15/9
**12th [1]** 2/6
**130 [2]** 4/24 5/7
**15 [1]** 15/2
**16-66 [3]** 1/8 4/8 32/6
**1601 [1]** 2/11
**18 [3]** 12/3 26/7 43/15
**19 [2]** 26/7 43/15
**1:30 [6]** 24/22 24/24 42/4 42/5 42/8 42/10

**2**

**20 [2]** 15/3 15/5
**2005 [1]** 10/22
**2013 [2]** 11/1 11/7
**2015 [4]** 10/12 10/19 11/3 11/5
**2017 [3]** 1/17 4/1 51/10
**2050 [1]** 2/12
**22 [2]** 1/17 4/1
**26 [1]** 51/10
**28 [1]** 51/4
**2:00 [1]** 50/19
**2:00 o'clock [2]** 49/7 50/18

**3**

**30 [1]** 30/13
**31 [1]** 30/13
**312 [2]** 1/22 2/6
**3:30 [2]** 25/5 42/15

**4**

**436 [1]** 1/22
**47 [1]** 47/21
**48 [1]** 47/21

**5**

**5:00 [1]** 42/9
**5:00 o'clock [2]** 12/8 24/25

**6**

**66 [3]** 1/8 4/8 32/6
**66A [1]** 15/12
**6th [1]** 25/2

**7**

**70's [1]** 14/1
**753 [1]** 51/4

**8**

**8:00 [1]** 25/5
**8:00 a.m [3]** 24/21 42/4 42/15

**8:58 [1]** 4/2
**9**
**90012 [2]** 1/22 2/6
**90404 [1]** 2/12
**9858 [2]** 1/21 51/12
**9:19 [1]** 15/9
**9B [8]** 27/9 27/11 27/19 44/13 44/23 45/12 46/15 49/3

**A**

**a.m [5]** 1/15 4/2 24/21 42/4 42/15
**ability [3]** 20/7 25/19 37/9
**able [2]** 10/14 47/16
**about [31]**
**above [1]** 51/7
**above-entitled [1]** 51/7
**ABRAMS [6]** 2/11 4/16 15/19 19/2 32/15 35/20
**abundance [1]** 10/7
**Academia [2]** 19/13 36/15
**acceptable [1]** 14/13
**accepting [2]** 21/1 38/3
**account [3]** 13/21 25/23 43/6
**accounts [3]** 23/5 40/9 50/7
**accurate [1]** 6/23
**acquainted [8]** 19/5 20/5 20/14 35/9 35/24 35/24 37/7 37/15
**acquanted [1]** 18/14
**actual [1]** 8/1
**actually [1]** 13/20
**Adams [2]** 19/13 36/15
**additional [4]** 5/15 13/5 29/18 50/22
**address [2]** 23/12 40/19
**admonitions [2]** 17/12 34/8
**advanced [2]** 13/13 14/1
**advantage [1]** 14/9
**advise [2]** 25/7 42/17
**affect [2]** 20/7 37/9
**affecting [1]** 25/18
**after [6]** 6/1 21/3 23/19 38/5 41/1 42/8
**afternoon [1]** 49/7
**again [10]** 5/22 6/5 10/4 27/13 30/8 44/21 45/11 46/12 49/13 50/22
**against [6]** 14/8 14/8 21/13 21/15 38/16 38/18
**age [7]** 13/7 13/13 13/19 13/24 14/2 24/2 41/10
**aged [2]** 25/12 42/22
**agency [2]** 20/21 37/23
**agent [8]** 4/13 15/17 18/15 21/11 32/12 35/5 35/10 38/14
**ago [1]** 12/3
**agreed [1]** 8/2
**ahead [1]** 30/11
**Alice [1]** 37/2
**alist [1]** 19/25
**all [49]**
**allegations [2]** 21/12 38/15
**allege [2]** 21/3 38/5
**allegedly [2]** 21/11 38/13
**alleges [2]** 20/22 37/24
**allow [1]** 12/20
**along [3]** 19/2 35/20 36/20
**also [20]** 4/12 6/9 6/16 8/6 15/16 18/4 18/6 18/8 18/9 19/19 26/3 30/4 32/11 34/25 35/2 35/4 35/6 36/21 37/11 43/11
**altering [2]** 21/7 38/10
**alternate [1]** 8/6
**alternates [1]** 8/7
**although [3]** 22/16 37/5

39/21
Alzheimer's [1] 40/25
**am [24]** 7/22 15/22 17/25 18/4 18/21 19/11 26/25 26/25 29/8 29/22 30/11 32/17 34/21 34/25 35/12 35/16 36/12 44/9 44/9 44/12 44/17 45/4 47/3 47/14
**America [6]** 1/6 4/9 15/13 17/22 32/7 34/18
**among [1]** 47/15
**amount [1]** 19/16
**ANDERSON [3]** 1/3 15/23 32/18
**Andrew [2]** 19/14 36/16
**ANGELES [15]** 1/16 1/22 2/6 4/1 12/2 20/20 20/23 21/1 21/4 21/9 37/22 37/25 38/3 38/6 38/12
**announce [2]** 7/3 7/19
**anonymous [1]** 6/17
**another [4]** 5/7 5/20 15/2 35/3
**answer [4]** 14/3 17/1 33/22 35/11
**answered [1]** 13/20
**answers [6]** 17/2 22/24 22/25 33/23 40/4 40/5
**Anthony [2]** 19/14 36/16
**Antuna [1]** 12/1
**any [75]**
**anybody [10]** 27/13 28/5 28/16 29/5 29/6 44/17 46/1 46/12 46/21 49/17
**anyone [15]** 17/14 18/1 18/23 22/3 22/4 28/25 34/10 34/22 37/15 39/7 39/8 40/15 49/16 50/8 50/12
**anything [13]** 12/23 21/16 22/5 22/19 23/5 38/19 39/9 39/24 40/10 40/15 50/1 50/8 50/13
**appearances [3]** 2/1 15/14 32/8
**applies [8]** 16/10 21/24 22/10 22/12 33/3 39/2 39/16 39/18
**appreciate [1]** 49/5
**approached [3]** 22/18 39/23 49/25
**appropriate [2]** 9/6 9/14
**approximately [3]** 5/7 24/18 42/1
**are [76]**
**argue [1]** 11/11
**argument [1]** 12/12
**arguments [2]** 24/17 41/25
**arrest [2]** 21/11 38/13
**as [43]**
**ask [21]** 7/22 9/6 11/15 17/25 18/21 27/1 27/8 29/8 29/16 29/19 29/22 30/11 34/21 35/12 35/16 44/10 44/12 45/4 47/3 49/10 50/22
**asked [9]** 11/4 17/10 21/19 22/18 23/1 34/6 38/22 39/23 49/25
**asking [3]** 13/6 16/18 33/12
**aspects [2]** 25/1 42/11
**assembly [5]** 29/20 29/25 30/9 47/12 47/18
**Assistant [6]** 18/4 18/6 18/8 34/25 35/2 35/4
**Attorney [7]** 2/5 18/4 18/7 18/8 34/25 35/3 35/4
**AUSA [1]** 2/5
**availability [2]** 25/25 43/8
**available [4]** 12/22 25/14 30/4 42/24
**await [4]** 27/11 29/21 44/16

**A**

await... [1]   47/12
aware [2]   21/5 38/7
away [2]   24/10 41/18

**B**

Baca [20]   1/9 4/9 4/17 10/4
 10/24 13/11 13/12 13/25 14/8
 14/8 15/13 15/20 17/22 19/2
 19/23 32/7 32/15 34/18 35/21
 36/25
back [10]   5/11 11/7 26/11
 27/8 27/19 29/5 29/16 43/20
 47/11 49/8
background [3]   14/21 16/20
 33/14
badge [5]   6/7 6/13 23/25
 23/25 41/7
Baines [2]   19/14 36/16
based [10]   6/19 16/7 16/23
 17/7 21/23 23/11 33/1 33/19
 39/1 40/18
Bates [2]   19/23 36/25
Bayes [2]   19/14 36/16
be [84]
bearing [2]   26/20 44/3
became [2]   21/5 38/7
because [11]   10/18 13/21
 21/22 23/2 26/4 26/9 34/3
 38/25 40/6 43/12 50/4
becomes [1]   7/17
been [10]   4/22 10/24 11/2
 11/3 22/17 22/20 39/22 39/25
 49/24 50/2
before [6]   7/3 8/1 10/18
 11/7 12/2 15/3
begin [3]   5/10 17/22 34/18
beginning [2]   16/15 33/9
behalf [6]   4/11 4/16 15/16
 15/20 32/10 32/15
behind [3]   18/9 35/3 35/5
being [6]   11/4 13/19 14/9
 14/10 25/3 42/13
believe [3]   13/10 20/6 37/8
believes [2]   9/13 10/12
best [3]   10/17 12/11 14/2
better [1]   37/6
between [2]   26/14 43/22
bias [2]   17/7 34/3
biased [2]   17/9 34/5
bishop [1]   9/4
blog [2]   22/9 39/13
blurt [2]   22/25 40/5
BOCKIUS [1]   2/10
boil [2]   19/23 36/25
bold [1]   8/24
both [4]   6/10 7/10 24/4
 41/12
Boulevard [1]   2/11
box [5]   7/12 29/7 30/1 44/19
 45/1
BRANDON [6]   2/4 4/10 15/15
 18/3 32/9 34/24
break [1]   49/6
breaks [2]   24/22 42/4
Brian [5]   9/20 19/23 19/25
 36/24 37/2
BRIANNA [6]   2/11 4/16 15/19
 19/2 32/15 35/20
bribes [2]   21/1 38/3
brief [3]   5/1 10/15 12/6
bring [8]   4/24 5/7 5/20 5/25
 9/2 17/7 34/3 50/21
brought [4]   19/14 25/5 36/16
 42/16
brown [4]   19/14 19/15 36/16
 36/17
burden [2]   25/22 43/5

Bureau [2]   15/18 18/10

**C**

C-H-U-I [1]   9/25
CA [2]   2/6 2/12
cafeteria [1]   50/16
CALIFORNIA [4]   1/2 1/16 1/22
 4/1
call [3]   30/12 37/12 37/14
called [4]   19/11 24/12 36/12
 41/20
can [38]
care [6]   25/12 25/13 25/14
 42/22 42/23 42/24
cared [2]   25/16 43/1
carefully [1]   6/6
Carey [2]   19/15 36/17
Carl [2]   19/24 37/1
Carter [2]   19/24 37/1
case [84]
cases [6]   12/14 16/2 26/15
 32/22 43/23 43/25
cause [1]   20/15
caution [3]   10/7 21/21 38/24
Cecil [4]   19/21 20/2 36/23
 37/5
CENTRAL [2]   1/2 50/17
ceremonial [3]   4/23 12/17
 15/4
certain [2]   20/25 38/2
certainly [2]   12/9 12/13
CERTIFICATE [1]   51/1
certify [1]   51/4
challenge [5]   7/4 7/6 7/8
 7/9 7/14
challenges [5]   7/3 7/10 7/10
 7/13 8/7
chance [2]   41/8 43/19
change [2]   25/4 42/14
changed [1]   6/21
changing [2]   21/7 38/9
charged [2]   20/18 37/20
charges [10]   21/3 21/13
 21/15 21/17 21/18 38/5 38/16
 38/18 38/20 38/22
chat [2]   22/9 39/13
chew [2]   9/22 19/24
children [2]   25/13 42/23
Chris [2]   19/20 36/22
Chui [3]   10/1 10/3 10/11
Chui's [1]   10/7
circumstances [3]   13/18
 13/22 43/17
citing [1]   12/14
citizen [2]   26/17 43/24
citizens [4]   24/12 26/15
 41/20 43/22
citizenship [2]   16/4 32/23
civil [7]   11/17 11/19 11/24
 20/19 26/15 37/21 43/23
clear [2]   17/13 34/9
cleared [1]   4/22
clerk [19]   15/1 19/12 27/3
 27/5 27/8 29/16 29/22 29/24
 30/11 32/3 36/13 44/11 44/20
 44/20 45/8 46/14 47/11 47/14
 47/18
close [2]   17/15 34/11
closest [2]   8/9 8/10
Cloverfield [1]   2/11
Code [1]   51/5
cognitive [1]   10/25
colleague [2]   35/1 35/3
come [16]   7/23 12/20 12/21
 14/13 27/2 27/4 27/15 27/22
 28/2 29/2 44/10 44/19 45/1
 45/6 46/2 49/8
commentary [2]   40/9 50/7
comments [1]   14/20

commissioner [1]   4/22
common [2]   6/8
commentaries [1]   23/5
communicate [7]   22/3 22/4
 39/7 39/8 49/16 49/17 49/20
communicating [4]   22/10
 22/12 39/16 39/18
comparable [2]   25/14 42/23
complete [2]   17/2 33/23
computer [3]   9/20 21/8 38/10
conclude [3]   6/21 25/2 42/12
concluded [2]   14/16 50/24
conduct [2]   16/5 32/23
conducted [2]   30/13 47/21
conducting [2]   20/24 38/1
confer [4]   7/23 14/12 15/1
 32/3
Conference [1]   51/9
confirm [1]   7/4
conformance [1]   51/8
consider [5]   7/21 13/18 23/3
 40/7 50/5
consideration [4]   13/8 13/15
 29/13 47/9
consistently [1]   9/13
conspired [2]   21/6 38/8
conspiring [2]   20/18 37/20
constitute [2]   25/9 42/19
consult [1]   50/9
consulting [2]   23/6 40/11
contact [3]   22/21 40/1 50/3
contained [2]   21/14 38/16
continue [1]   24/24
contribute [2]   26/12 43/20
Cooley [2]   19/24 37/1
correct [4]   6/3 11/18 11/22
 51/5
could [15]   19/25 23/14 27/14
 28/1 28/3 29/1 30/10 40/21
 44/22 44/25 45/12 46/7 46/15
 47/18 47/20
counsel [26]
country [5]   16/2 24/12 26/12
 32/21 41/20
County [10]   12/1 20/20 20/23
 21/2 21/4 37/22 37/25 38/4
 38/6 38/12
couple [6]   11/15 28/7 29/2
 29/6 47/1 47/3
course [2]   22/1 39/4
Courson [2]   19/15 36/17
court [23]   1/1 1/21 6/15
 6/17 7/4 15/1 16/9 16/16
 16/19 17/18 22/21 23/17
 24/18 32/2 32/3 33/2 33/10
 33/13 34/14 40/1 40/24 42/1
 50/3
courtroom [33]
courts [2]   16/3 32/22
covets [1]   37/2
CR [3]   1/8 4/8 32/6
CR16 [1]   15/12
CR16-66A [1]   15/12
craig [1]   36/18
crime [1]   32/20
criminal [7]   13/4 13/6 16/1
 17/21 26/17 34/17 43/25
CRR [1]   51/12
CSR [2]   1/21 51/12
custodian [1]   9/21

**D**

Dahle [2]   19/16 36/18
daily [4]   24/11 24/21 41/18
 42/3
Dalton [1]   36/18
Date [1]   51/10
David [6]   19/15 19/16 19/23
 36/17 36/18 36/25

**D**

**day [6]** 1/14 5/18 24/2 41/9 42/5 42/10
**deal [1]** 11/6
**dealing [1]** 14/6
**decide [13]** 10/15 16/2 16/23 21/19 21/22 23/20 26/14 32/21 33/18 38/22 38/25 41/2 43/22
**decided [1]** 10/18
**decides [2]** 16/9 33/3
**decision [2]** 13/8 13/9
**decisions [4]** 16/12 16/14 33/7 33/9
**defendant [26]**
**defendant's [1]** 13/7
**defendants [1]** 42/23
**defense [9]** 7/9 8/5 9/4 9/10 9/23 10/11 12/25 18/21 35/16
**deliberate [2]** 25/5 42/15
**deliberation [1]** 39/17
**deliberations [7]** 22/12 24/20 25/3 25/4 42/2 42/13 42/14
**deme [1]** 36/18
**democratic [3]** 26/5 26/13 43/13
**demy [1]** 19/17
**denies [2]** 21/12 38/15
**department [8]** 9/21 21/2 21/4 21/8 21/10 38/7 38/10 38/12
**Department's [1]** 38/4
**dependents [1]** 25/13
**depending [1]** 13/24
**deposition [5]** 10/13 10/19 11/4 11/5 11/16
**depositions [1]** 10/23
**deprive [2]** 26/16 43/24
**deputies [2]** 20/25 38/2
**description [2]** 21/15 38/17
**designed [2]** 29/9 47/5
**detectable [1]** 19/16
**determination [2]** 26/16 43/23
**determine [2]** 16/21 33/15
**diagnosed [1]** 10/24
**dictionaries [3]** 23/7 40/12 50/10
**did [2]** 5/12 7/10
**difficult [2]** 20/8 37/10
**difficulty [1]** 20/15
**digits [5]** 6/7 23/24 24/1 41/7 41/9
**disability [2]** 25/18 43/2
**disclose [2]** 17/9 34/5
**disclosure [2]** 17/11 34/7
**discuss [9]** 17/17 17/19 22/20 22/23 34/13 34/15 39/25 40/3 50/2
**discussed [2]** 23/21 41/3
**discussing [3]** 22/7 39/11 49/18
**discussions [1]** 6/19
**disease [1]** 11/1
**disputes [2]** 26/14 43/22
**disrupting [2]** 24/10 41/18
**DISTRICT [3]** 1/1 1/2 1/4
**DIVISION [1]** 1/2
**do [53]**
**doctor [1]** 10/3
**doctors [1]** 9/4
**don't [22]** 5/13 9/5 9/9 10/4 14/2 14/5 14/11 14/12 14/14 15/4 20/1 30/1 37/3 39/14 47/2 49/20 50/6 50/9 50/9 50/10 50/10 50/11
**done [3]** 10/24 11/2 11/3

**door [3]** 5/5 10/6 10/21
**doors [1]** 12/19
**down [5]** 7/8 12/17 30/12 50/16 50/17
**Dr. [5]** 10/1 10/3 10/7 10/11 10/11
**Dr. Chui [3]** 10/1 10/3 10/11
**Dr. Chui's [1]** 10/7
**Dr. Spar [1]** 10/11
**ducks [1]** 12/19
**during [14]** 16/13 16/17 16/25 19/10 22/1 25/4 29/11 33/7 33/12 33/21 36/11 39/4 42/14 47/7
**duties [2]** 24/12 41/20
**duty [13]** 16/3 17/11 22/1 24/14 26/3 26/18 32/23 34/7 39/5 41/22 43/11 44/1 49/16

**E**

**e-mail [2]** 22/8 39/12
**e-mails [1]** 49/20
**each [5]** 8/7 23/12 27/1 40/19 44/10
**EDDIE [5]** 2/4 4/11 18/7 32/10 35/3
**either [4]** 9/10 14/7 25/14 42/24
**electronic [2]** 22/8 39/12
**elicit [3]** 14/7 29/9 47/5
**else [14]** 12/23 16/24 18/23 22/4 22/13 28/5 28/25 33/20 34/22 39/8 39/18 46/1 46/21 49/17
**embarass [1]** 34/10
**embarrass [1]** 17/14
**employer [10]** 22/14 22/17 25/10 25/25 39/19 39/22 42/20 43/8 49/20 49/23
**end [3]** 5/18 22/2 39/6
**enemy [2]** 26/8 43/16
**enough [3]** 5/10 5/13 5/19
**ensure [5]** 6/10 23/10 24/4 40/17 41/12
**entered [1]** 32/4
**entire [4]** 17/18 23/15 34/14 40/22
**entitled [3]** 17/21 34/17 51/7
**envision [1]** 12/16
**err [4]** 17/2 20/2 33/23 37/4
**essence [1]** 26/12
**event [1]** 8/3
**eventually [1]** 7/2
**every [3]** 39/18 42/5 42/10
**everybody [4]** 28/8 29/4 46/4 50/18
**everyone [2]** 22/13 46/25
**everyone else [1]** 22/13
**everyone who [1]** 46/25
**EVID [1]** 3/6
**evidence [19]** 16/8 16/9 16/24 21/16 21/23 23/2 23/11 23/21 24/17 33/1 33/2 33/19 38/19 39/1 40/6 40/18 41/3 41/25 50/5
**example [1]** 8/22
**except [1]** 42/6
**excessive [2]** 21/1 38/3
**Excuse [1]** 11/9
**excused [5]** 5/16 25/8 29/13 42/18 47/8
**exercising [1]** 7/3
**exhausted [1]** 7/12
**EXHIBIT [1]** 3/6
**expect [7]** 6/21 17/5 24/15 25/1 34/1 41/23 42/11
**experience [3]** 13/11 16/20 33/14

**expert [1]** 10/14
**explain [4]** 6/9 9/12 16/13 33/8
**expose [4]** 25/20 25/21 43/3 43/4
**exposed [5]** 21/25 23/16 39/3 40/23 49/13
**exposes [1]** 25/16
**exposing [1]** 25/15
**extensive [1]** 13/11
**extent [2]** 9/8 12/13
**extreme [2]** 25/22 43/5

**F**

**facilities [2]** 21/9 38/11
**factors [2]** 25/23 43/6
**facts [10]** 16/7 16/10 16/10 17/5 25/9 32/25 33/3 33/4 34/1 42/19
**factual [1]** 12/12
**fair [12]** 6/11 16/22 20/7 20/9 20/15 23/11 24/4 33/18 37/9 37/10 40/18 41/12
**fairly [2]** 17/6 34/2
**fairness [4]** 16/6 23/14 32/24 40/21
**false [2]** 20/20 37/22
**familiar [1]** 9/7
**families [1]** 24/10
**family [13]** 17/15 19/8 22/13 22/16 25/25 34/11 36/4 39/19 39/21 41/18 43/8 49/21 49/23
**Farrar [2]** 19/17 36/19
**father [1]** 9/4
**Faturechi [2]** 19/17 36/19
**FBI [4]** 4/13 21/11 32/12 38/14
**feature [2]** 22/10 39/14
**FEBRUARY [2]** 1/17 4/1
**federal [10]** 15/18 18/5 18/10 20/24 21/5 21/6 35/1 38/1 38/7 38/9
**feel [4]** 8/15 20/14 29/10 47/6
**feels [1]** 6/17
**fellow [8]** 22/11 23/20 26/14 26/16 39/16 41/2 43/22 43/24
**file [2]** 10/15 12/7
**fill [4]** 22/23 29/9 40/3 47/4
**filled [4]** 29/15 29/23 47/10 47/17
**financial [3]** 25/16 25/22 43/5
**find [6]** 4/25 13/14 14/25 16/7 32/25 37/13
**findings [1]** 6/16
**fine [2]** 9/14 11/13
**fines [1]** 42/25
**finished [1]** 30/7
**first [16]** 7/9 8/8 8/10 16/16 27/13 28/11 29/20 29/25 30/9 33/10 44/18 45/5 46/8 47/12 47/19 50/16
**Fitzgerald [1]** 12/2
**five [6]** 6/7 23/24 24/1 41/7 41/9 50/19
**five digits [5]** 6/7 23/24 24/1 41/7 41/9
**five minutes [1]** 50/19
**floor [13]** 2/6 27/9 27/19 29/20 29/25 30/9 44/13 44/22 45/12 46/15 47/12 47/19 50/16
**following [10]** 4/6 15/10 19/10 25/11 25/23 32/1 36/12 42/21 43/6 49/1
**font [1]** 9/1
**force [2]** 21/1 38/3

**F**

**forefathers [2]**  26/4 43/12
**foregoing [1]**  51/5
**format [1]**  51/8
**forward [7]**  27/15 29/2 44/11
 44/19 45/1 45/6 46/2
**fought [2]**  26/4 43/12
**found [1]**  8/22
**four [1]**  8/6
**four alternate [1]**  8/6
**FOX [6]**  2/4 4/10 15/15 18/3
 32/9 34/24
**frame [2]**  14/2 14/6
**framed [1]**  14/3
**free [1]**  26/12
**friends [2]**  17/15 34/11
**front [1]**  7/24
**fully [1]**  7/12
**further [5]**  9/8 27/11 29/21
 44/16 47/12
**future [2]**  18/18 36/8

**G**

**general [2]**  19/25 37/2
**gentlemen [2]**  24/8 41/16
**Gerhardt [2]**  19/17 36/19
**get [5]**  7/2 24/23 42/6 42/9
 50/18
**Gilbert [2]**  19/20 36/22
**give [20]**  4/25 7/20 13/23
 14/9 14/15 16/11 20/11 26/11
 27/4 30/2 33/4 35/13 39/17
 43/20 44/11 44/19 44/20 45/7
 47/11 47/16
**given [9]**  26/13 27/7 27/18
 36/2 37/17 43/21 44/21 45/11
 46/14
**gives [1]**  13/19
**giving [4]**  17/3 17/12 33/24
 34/8
**go [9]**  4/23 12/17 27/8 27/19
 30/11 42/8 44/22 44/22 47/14
**goes [1]**  7/12
**going [63]**
**gone [2]**  23/19 41/1
**good [18]**  4/10 4/14 4/15
 4/18 8/22 13/13 15/15 15/21
 15/22 18/3 19/1 32/9 32/13
 32/14 32/16 32/17 34/24
 35/19
**Google [1]**  50/10
**Googling [2]**  39/15 40/12
**got [2]**  12/14 12/19
**governing [2]**  26/5 43/13
**government [19]**  2/3 8/5 10/5
 11/5 12/14 12/24 13/5 14/3
 14/7 17/25 20/21 20/22 20/24
 21/15 34/21 37/23 37/24 38/1
 38/18
**government's [1]**  9/18
**grand [9]**  7/18 7/25 20/19
 20/24 21/6 37/21 38/1 38/9
 50/17
**Greg [4]**  19/16 19/22 19/23
 36/24
**group [1]**  30/12
**guess [1]**  14/6
**guide [2]**  16/14 33/8
**guilt [5]**  6/15 21/18 24/7
 38/21 41/14
**guilty [2]**  21/17 38/21
**Gus [2]**  19/13 36/15

**H**

**had [9]**  6/19 10/24 11/2 11/3
 19/24 23/12 37/1 40/19 41/8
**half [14]**  5/3 6/22 14/17
 24/19 26/22 26/24 27/2 28/10

42/2 44/5 44/6 45/7 46/6
46/15
**hand [6]**  14/18 30/6 35/11
 35/25 44/5 44/18
**hands [8]**  18/15 18/17 20/9
 20/11 27/1 27/14 36/7 44/10
**Hanneman [2]**  19/18 36/20
**happening [2]**  7/15 12/16
**hardship [15]**  5/6 5/10 5/14
 5/16 6/2 14/16 25/9 25/10
 25/16 25/17 29/12 42/19
 42/20 42/25 47/8
**harm [2]**  25/21 43/4
**Harris [1]**  37/2
**has [24]**  4/21 6/14 7/21
 13/12 14/3 14/4 18/14 19/5
 21/17 23/12 24/5 24/6 25/11
 25/17 35/24 38/20 40/15
 40/19 41/13 42/21 43/1 44/17
 50/8 50/25
**have [79]**
**haven't [2]**  23/25 41/7
**having [1]**  9/13
**he [11]**  9/20 10/24 11/4 11/8
 11/20 11/20 18/8 19/18 20/3
 36/20 37/5
**hear [6]**  8/20 8/25 16/17
 18/9 33/11 35/6
**heard [3]**  16/9 33/2 35/10
**held [4]**  4/6 15/10 49/1 51/6
**hely [2]**  19/24 37/1
**her [7]**  18/7 19/25 25/25
 35/3 35/6 37/2 43/8
**here [7]**  5/11 15/25 30/1
 32/19 49/8 49/9 50/18
**hereby [1]**  51/4
**hide [2]**  21/6 38/8
**himself [1]**  18/22
**his [9]**  10/19 11/6 11/6 11/6
 14/1 21/18 25/25 38/21 43/8
**HOCHMAN [7]**  2/10 4/16 13/10
 15/19 19/1 32/15 35/20
**hold [1]**  14/8
**hole [1]**  20/3
**honesty [2]**  16/5 32/24
**Honor [38]**
**HONORABLE [1]**  1/3
**hope [1]**  5/9
**Hopefully [1]**  47/15
**hour [5]**  14/17 14/17 19/18
 20/3 36/20
**hour-and-a-half [1]**  14/17
**hours [4]**  25/4 29/11 42/14
 47/7
**how [5]**  5/2 14/2 15/5 26/21
 44/4
**however [2]**  24/11 41/19
**hundred [1]**  5/21

**I**

**I'm [3]**  9/24 11/10 13/2
**I.D [1]**  3/6
**ideal [1]**  43/17
**identified [1]**  5/4
**II [1]**  1/15
**immediately [2]**  23/17 40/24
**impairment [3]**  10/25 25/18
 43/2
**impartial [7]**  16/23 20/7
 20/9 20/16 33/18 37/9 37/11
**impartially [2]**  17/6 34/2
**impeach [1]**  7/17
**impeached [1]**  8/3
**importance [4]**  26/5 26/20
 43/13 44/3
**important [7]**  8/25 15/25
 16/3 24/12 32/20 32/22 41/19
**imposing [1]**  42/25
**include [1]**  13/6

**includes [5]**  22/7 25/11
 39/13 42/21 49/10
**including [6]**  22/13 24/16
 26/10 39/19 41/24 43/18
**incomplete [2]**  17/2 33/23
**inconvenience [2]**  24/9 41/17
**indicated [2]**  29/12 47/7
**indictment [4]**  21/14 21/14
 38/17 38/17
**individual [3]**  6/1 6/1 49/10
**individuals [1]**  5/6
**infirm [2]**  25/13 42/22
**informant [2]**  21/5 38/8
**information [7]**  17/3 21/25
 23/17 33/24 39/3 40/24 49/14
**injury [2]**  19/21 36/23
**inmate [6]**  21/5 21/6 21/8
 38/7 38/8 38/11
**inmate's [2]**  21/7 38/9
**innocence [5]**  6/15 21/18
 24/7 38/22 41/14
**inquire [2]**  16/19 33/14
**inquiry [2]**  5/10 9/8
**ins [1]**  19/18
**instruct [2]**  6/12 39/7
**instructed [1]**  50/2
**instruction [1]**  23/3
**instructions [12]**  13/17
 16/11 21/24 24/18 27/12
 29/21 33/4 39/2 40/7 42/1
 44/16 47/13
**integrity [4]**  16/6 24/3
 32/24 41/11
**intend [1]**  14/14
**intention [2]**  17/13 34/9
**interim [1]**  29/19
**Internet [6]**  22/9 23/7 39/13
 40/12 49/19 50/10
**introduce [7]**  10/12 17/23
 18/1 18/22 34/19 34/22 35/17
**introduction [2]**  5/1 5/1
**invade [2]**  17/14 34/10
**investigation [9]**  15/18
 18/11 20/19 20/25 23/8 37/21
 38/2 40/14 50/12
**involved [4]**  12/3 22/14
 39/20 49/22
**involves [5]**  16/16 22/1
 33/10 39/4 49/14
**iPads [1]**  39/15
**Ira [1]**  20/2
**ire [1]**  37/4
**is [134]**
**issue [2]**  6/16 10/11
**issues [6]**  6/14 22/1 24/6
 39/4 41/13 49/14
**it [61]**
**Item [3]**  4/8 15/12 32/6
**its [6]**  16/14 25/3 26/4 33/9
 42/13 43/12

**J**

**jack [1]**  36/18
**jails [4]**  20/20 21/2 37/22
 38/4
**James [6]**  19/21 20/1 20/3
 36/23 37/3 37/5
**Jason [1]**  36/18
**JAUREGUI [8]**  2/4 4/11 15/16
 18/7 18/9 32/10 35/4 35/5
**jay [1]**  19/16
**jeopardizes [2]**  23/13 40/20
**jobs [2]**  24/10 41/18
**John [2]**  19/22 36/24
**judge [6]**  1/4 12/2 15/22
 16/12 32/18 33/6
**judges [2]**  17/4 33/25
**Judicial [1]**  51/9
**Judy [2]**  19/17 36/19

**J**

**July [1]**  51/10
**juries [2]**  16/2 32/21
**juror [57]**
**juror's [2]**  25/10 42/20
**jurors [33]**
**jurors' [1]**  6/10
**jury [80]**
**jury's [1]**  24/19
**just [16]**  8/25 9/6 9/16
11/15 11/15 13/14 20/6 20/9
27/3 27/10 27/19 30/5 30/7
37/8 44/10 50/17
**justice [4]**  16/6 20/18 32/25
37/20

**K**

**KATIE [2]**  1/21 51/12
**keep [6]**  16/25 23/21 26/2
33/21 41/3 43/10
**Kenth [2]**  20/3 37/5
**kept [2]**  9/3 9/4
**Kevin [2]**  19/15 36/17
**Kim [2]**  20/1 37/3
**kind [2]**  19/9 36/5
**knee [2]**  19/21 36/22
**knew [1]**  8/23
**know [21]**  8/15 10/5 10/20
12/13 14/1 14/2 14/5 16/15
17/17 17/19 19/9 24/13 26/6
26/6 30/7 33/9 34/13 34/15
36/5 41/21 43/14
**known [5]**  8/21 18/4 19/19
34/25 36/21

**L**

**ladies [2]**  24/8 41/16
**language [1]**  14/13
**last [13]**  5/12 5/25 6/7 7/11
7/19 9/18 13/10 23/24 24/1
24/18 41/6 41/9 42/1
**later [5]**  20/12 35/13 36/2
37/14 37/17
**law [6]**  16/10 21/24 23/10
33/4 39/2 40/17
**lawyers [5]**  5/14 16/19 17/16
33/13 34/13
**Lea [8]**  4/13 15/17 18/9
18/10 19/20 32/12 35/5 36/22
**Leah [3]**  19/19 35/6 36/21
**learn [3]**  23/9 40/14 50/13
**least [1]**  14/17
**leave [2]**  12/8 12/9
**left [8]**  28/11 28/17 28/25
29/5 46/1 46/7 46/8 46/22
**legal [6]**  16/12 16/14 23/3
33/7 33/8 40/7
**length [2]**  25/23 43/6
**Leroy [13]**  1/9 4/9 4/16
15/13 15/20 17/22 19/2 19/23
32/7 32/15 34/18 35/21 36/25
**less [1]**  43/17
**let [10]**  4/19 9/16 11/15
14/24 17/18 22/4 30/7 34/15
39/8 49/17
**Let's [3]**  27/3 27/17 27/21
**Levins [1]**  36/20
**LEWIS [1]**  2/10
**liberty [2]**  26/17 43/25
**lie [2]**  20/3 37/5
**life [4]**  26/10 26/17 43/18
43/24
**lightly [4]**  24/14 26/19
41/22 44/2
**like [7]**  10/20 11/5 13/10
15/23 17/23 32/18 34/19
**likelihood [1]**  7/15
**Linda [1]**  19/17

**line [1]**  7/20
**lines [9]**  8/11 8/19 8/24 9/3
9/19 9/19 19/8 19/9 19/8
**listen [4]**  6/6 23/4 40/8
50/6
**lists [1]**  9/16
**little [4]**  20/12 35/13 36/2
37/17
**live [1]**  19/18
**LIZABETH [6]**  2/5 4/11 15/15
18/6 32/10 35/2
**LLP [1]**  2/10
**lo [3]**  19/17 19/18 36/18
**locked [1]**  12/18
**long [1]**  19/19
**look [4]**  12/14 24/1 41/8
41/9
**looked [1]**  23/25
**looks [1]**  5/18
**Lopez [2]**  20/1 37/3
**LOS [15]**  1/16 1/22 2/6 4/1
12/1 20/20 20/23 21/1 21/4
21/9 37/22 37/25 38/3 38/6
38/11
**lose [1]**  7/9
**loses [1]**  7/10
**lunch [6]**  25/5 42/8 42/15
49/6 49/12 50/15
**Lynn [1]**  36/19

**M**

**made [5]**  10/13 16/13 21/15
33/7 38/18
**mail [2]**  22/8 39/12
**mails [1]**  49/20
**make [18]**  7/13 8/1 16/12
17/11 17/13 20/8 20/13 23/8
23/18 26/15 33/6 34/7 34/9
37/10 40/13 40/25 43/23
50/11
**making [3]**  13/8 20/20 37/22
**man [3]**  14/1 20/1 37/3
**many [4]**  5/2 26/6 26/21 44/4
**Manzo [2]**  19/19 36/21
**March [2]**  25/2 42/12
**March 6 [1]**  42/12
**March 6th [1]**  25/2
**Margaret [1]**  19/24
**mark [1]**  36/25
**Market [1]**  50/17
**marks [4]**  18/10 19/19 35/6
36/21
**Martinez [4]**  19/19 20/2
36/21 37/4
**materials [3]**  23/8 40/13
50/11
**matter [8]**  17/19 17/24 22/21
34/15 34/20 40/1 50/3 51/7
**matters [1]**  13/4
**may [13]**  8/25 10/6 19/11
22/16 23/3 25/7 29/17 35/10
36/12 37/13 39/21 40/7 42/17
**me [11]**  4/19 8/9 8/10 9/16
11/9 11/15 14/24 17/18 19/9
34/15 36/5
**means [4]**  16/22 22/8 33/17
39/12
**measure [1]**  37/5
**media [8]**  22/14 23/5 24/2
39/19 40/9 41/10 49/21 50/7
**meet [4]**  7/23 14/12 24/23
42/7
**member [3]**  18/13 35/8 35/23
**members [11]**  15/22 17/15
19/4 19/8 22/13 32/17 34/11
36/4 38/6 39/19 49/21
**memory [2]**  11/6 11/6
**men [2]**  26/6 43/14
**mental [4]**  25/18 25/20 43/2

43/3
**merits [2]**  22/5 39/9
**messages [2]**  39/13 49/20
**messaging [1]**  22/9
**Michael [2]**  19/25 37/2
**Michel [2]**  19/20 36/22
**Michelle [2]**  19/20 36/22
**Mickey [2]**  19/19 36/21
**might [7]**  8/20 13/25 17/8
20/15 22/25 34/4 37/12
**mike [2]**  19/18 36/19
**mild [1]**  10/24
**miles [3]**  19/18 20/3 36/20
**miller [2]**  19/20 36/22
**mind [12]**  16/20 16/25 23/18
23/21 26/2 26/20 33/15 33/21
40/25 41/3 43/10 44/3
**mine [1]**  35/1
**minor [1]**  13/3
**minutes [2]**  15/3 50/19
**mistrial [2]**  23/14 40/21
**moment [3]**  12/18 24/1 41/8
**Monica [1]**  2/12
**months [1]**  12/3
**more [2]**  20/4 37/6
**MORGAN [1]**  2/10
**morning [22]**  4/10 4/14 4/15
4/18 4/20 12/17 15/15 15/21
15/22 15/25 18/3 19/1 21/22
32/9 32/13 32/14 32/16 32/17
32/19 34/24 35/19 38/25
**most [2]**  24/11 41/19
**motion [2]**  7/6 7/13
**moving [2]**  21/8 38/11
**Mr [1]**  13/10
**Mr. [7]**  13/11 13/12 13/25
14/8 14/8 18/9 35/5
**Mr. Baca [5]**  13/11 13/12
13/25 14/8 14/8
**Mr. Jauregui [2]**  18/9 35/5
**much [5]**  15/8 17/3 33/24
49/4 50/23
**must [14]**  16/5 16/13 17/9
21/22 21/24 22/19 32/23 33/7
34/5 38/25 39/3 39/24 49/13
50/2
**my [22]**  5/9 6/8 16/11 16/11
18/3 18/5 18/5 18/18 19/1
21/23 23/23 23/23 33/4 33/6
34/24 35/1 35/19 36/7 39/2
41/5 41/5 45/5

**N**

**name [12]**  3/3 9/7 9/24 11/24
18/3 19/1 21/7 27/18 34/24
35/19 38/9 44/19
**named [2]**  20/6 37/8
**names [9]**  8/20 8/24 9/3 9/6
19/12 23/24 35/10 36/13 41/6
**NATHAN [6]**  2/10 4/15 15/19
19/1 32/14 35/19
**necessary [3]**  6/17 7/17
37/13
**need [5]**  10/6 12/23 30/3
30/4 47/16
**needs [1]**  8/3
**new [2]**  7/11 32/4
**news [3]**  23/4 40/9 50/6
**next [40]**
**nice [1]**  50/15
**ninth [6]**  27/9 27/19 44/13
44/22 45/12 46/15
**no [19]**  1/8 6/4 8/8 8/9 9/9
9/12 9/13 13/20 14/22 14/23
17/1 17/13 18/17 25/13 33/22
34/9 36/7 42/23 51/12
**nomenclature [2]**  7/24 8/2
**None [2]**  3/4 3/7
**noon [2]**  24/23 42/7

**N**

**North [3]**   1/22 2/6 2/12
**not [56]**
**note [7]**   8/16 20/13 35/14 36/1 36/7 37/11 37/16
**nothing [9]**   6/14 12/24 12/25 16/24 24/5 24/6 33/20 41/13 41/14
**notify [5]**   22/16 23/17 39/21 40/24 49/23
**now [22]**   16/22 24/8 24/15 24/21 24/22 25/7 26/20 26/25 27/7 28/8 28/11 29/4 29/8 33/17 42/3 42/6 42/17 44/3 44/9 44/17 46/25 49/12
**number [14]**   7/20 8/4 23/25 24/1 27/5 27/7 41/7 41/8 44/11 44/20 44/21 45/7 45/11 46/14
**numbers [8]**   6/6 6/7 6/13 6/14 24/2 24/5 41/10 41/13

**O**

**o'clock [5]**   12/8 24/25 42/9 49/7 50/18
**oath [1]**   10/13
**objection [3]**   7/21 9/11 9/12
**obligation [2]**   25/12 42/22
**obstruct [2]**   20/18 37/20
**obstruction [2]**   20/18 37/20
**obvious [1]**   13/12
**obviously [3]**   10/20 12/12 13/17
**off [2]**   8/11 9/3
**Office [1]**   2/5
**Official [1]**   1/21
**Oh [1]**   13/2
**Okay [24]**   6/5 9/22 10/2 10/9 11/11 11/20 12/5 12/10 12/16 12/23 14/24 28/5 28/8 28/25 29/4 29/8 35/12 36/1 36/5 45/10 46/10 46/25 47/14 50/15
**old [5]**   13/25 14/9 14/10 26/7 43/15
**once [14]**   4/21 12/18 27/7 27/18 29/15 29/23 30/7 42/9 44/21 45/11 46/14 47/10 47/17 49/8
**one [13]**   1/14 5/12 10/10 13/3 13/5 13/17 13/19 24/11 27/4 39/18 41/19 49/9 50/21
**one additional [1]**   13/5
**one at [4]**   5/12 27/4 49/9 50/21
**one else [1]**   39/18
**one minor [1]**   13/3
**one of [4]**   13/17 13/19 24/11 41/19
**only [8]**   8/19 9/2 17/1 25/8 26/3 33/22 42/18 43/11
**onMarch [2]**   20/1 37/3
**open [8]**   10/5 10/21 12/19 17/18 23/21 32/1 34/14 41/3
**opened [1]**   27/9
**opening [2]**   24/16 41/24
**openings [2]**   10/18 10/20
**operated [2]**   21/9 38/11
**opportunity [7]**   7/21 16/19 23/12 26/9 26/11 33/14 40/19
**ordered [2]**   22/20 39/25
**other [25]**
**others [1]**   21/4
**otherwise [3]**   22/3 39/7 49/15
**our [18]**   8/19 8/24 12/11 12/19 16/2 16/6 24/21 26/4 26/9 26/10 26/12 32/22 32/24

42/3 43/12 43/16 43/18 43/18
**out [17]**   4/25 9/22 13/14 14/25 18/8 28/25 29/9 29/15 29/22 29/23 39/14 40/3 40/5 47/4 47/10 47/15 47/17
**outside [6]**   4/6 7/7 17/19 23/16 34/16 40/23
**over [4]**   23/16 40/23 49/16 50/21
**own [3]**   23/9 40/16 50/14

**P**

**p.m [1]**   15/9
**PA [4]**   1/8 4/8 15/12 32/6
**page [3]**   3/3 7/20 51/7
**Pages [2]**   30/13 47/21
**panel [8]**   17/18 18/14 19/5 32/4 32/17 34/14 35/9 35/23
**Paris [1]**   19/25
**part [2]**   10/25 49/10
**participate [1]**   5/20
**participation [2]**   25/21 43/4
**particular [2]**   10/6 12/14
**parties [9]**   7/23 14/12 17/5 17/23 23/11 34/1 34/19 37/12 40/18
**party [2]**   23/12 40/19
**pass [5]**   7/8 7/11 29/16 29/22 47/15
**passed [1]**   7/14
**passes [1]**   7/9
**past [1]**   6/20
**patience [2]**   49/4 50/23
**Paul [6]**   8/23 11/7 19/22 20/2 36/24 37/4
**Paulina [1]**   9/22
**Pause [28]**
**pen [1]**   47/17
**pens [1]**   30/4
**people [16]**   5/3 5/8 5/13 5/19 8/21 14/9 14/10 22/14 26/14 30/1 39/20 43/21 44/25 45/5 47/16 49/21
**PERCY [3]**   1/3 15/23 32/18
**peremptories [1]**   8/4
**peremptory [6]**   7/3 7/4 7/6 7/8 7/13 7/14
**perform [4]**   17/6 24/13 34/2 41/21
**period [2]**   29/11 47/6
**person [6]**   9/18 22/7 25/16 39/11 43/1 49/18
**person's [1]**   25/19
**personal [4]**   17/15 25/12 34/11 42/22
**persons [2]**   19/11 36/12
**pet [2]**   20/2 37/4
**phases [2]**   24/15 41/23
**phone [3]**   22/8 39/12 49/19
**phones [1]**   39/14
**physical [4]**   25/18 25/20 43/2 43/3
**physician [1]**   10/4
**pick [1]**   30/8
**places [2]**   26/7 43/16
**PLAINTIFF [1]**   1/7
**plaintiffs [1]**   12/4
**plan [3]**   5/17 6/20 10/18
**play [1]**   11/5
**players [1]**   8/25
**plead [2]**   21/17 38/20
**please [25]**
**plus [2]**   24/19 42/2
**point [8]**   5/9 5/13 5/20 7/2 8/11 11/2 22/22 40/2
**pose [2]**   29/12 47/7
**possible [1]**   12/12
**potential [10]**   4/22 4/24 8/12 8/12 8/15 8/19 8/24

12/21 14/15 25/15
**power [4]**   26/14 36/14 43/22 43/23
**practical [2]**   25/15 42/24
**practice [4]**   6/8 7/19 23/23 41/5
**prejudice [3]**   14/6 17/7 34/3
**prejudiced [2]**   17/9 34/5
**preliminarily [1]**   49/24
**preparing [1]**   10/14
**presence [8]**   4/7 7/7 15/11 17/18 17/20 34/14 34/16 49/2
**present [1]**   4/17
**presentation [4]**   24/15 24/17 41/23 41/25
**presented [4]**   16/8 16/24 33/1 33/19
**PRESIDING [1]**   1/4
**press [4]**   12/22 22/14 39/20 49/21
**pretty [2]**   6/8 7/15
**principles [2]**   16/14 33/8
**prior [5]**   7/18 7/18 7/24 7/25 35/10
**privacy [7]**   6/10 17/14 17/14 24/3 34/10 34/10 41/11
**probably [11]**   4/24 10/17 14/14 14/16 16/15 24/9 33/9 41/17 42/8 43/15 43/15
**procedures [1]**   4/20
**proceed [2]**   21/21 38/24
**proceedings [39]**
**process [13]**   5/21 5/25 16/18 16/25 17/23 21/22 23/15 33/12 33/21 34/19 38/25 40/22 49/11
**properly [3]**   23/3 40/7 50/5
**property [2]**   26/17 43/25
**proposed [1]**   19/12
**prosecutor [2]**   18/5 35/1
**prospective [20]**   4/7 15/11 18/2 18/13 18/24 25/11 25/17 25/22 25/24 32/4 34/23 35/17 36/13 42/21 42/25 43/1 43/5 43/7 44/14 49/2
**protect [7]**   6/10 24/3 24/3 26/9 41/10 41/11 43/18
**provide [1]**   5/13
**provided [2]**   8/19 8/23
**provides [2]**   16/18 33/13
**public [1]**   12/22
**pull [1]**   39/14
**pursuant [1]**   51/4
**put [1]**   10/8

**Q**

**qualified [4]**   16/21 16/22 33/15 33/17
**question [9]**   13/3 13/5 13/16 13/23 14/2 20/11 21/18 35/15 38/21
**questioning [1]**   14/16
**questionnaire [22]**   5/5 5/6 8/14 8/16 13/6 14/21 14/21 20/12 20/13 29/9 29/15 29/24 30/2 30/5 35/13 35/14 36/2 37/17 47/4 47/4 47/10 47/15
**questionnaires [6]**   5/14 13/4 22/23 29/17 29/23 40/2
**questions [16]**   5/23 6/4 11/4 11/16 14/15 16/18 18/18 22/24 22/25 29/18 33/13 36/8 40/4 40/5 49/10 50/22
**quickly [1]**   9/17
**quit [1]**   42/5

**R**

**radio [1]**   37/4

**R**

**rain [1]**  20/2
**raise [7]**  18/15 20/9 26/22
 30/5 35/11 35/25 44/5
**raised [7]**  18/17 20/10 27/1
 27/14 36/7 44/10 44/18
**Rambo [4]**  19/21 20/3 36/23
 37/5
**rather [1]**  8/16
**reaching [2]**  13/9 13/15
**read [8]**  7/22 8/11 9/6 19/12
 23/4 36/13 40/8 50/6
**ready [1]**  15/3
**really [1]**  49/5
**reason [5]**  7/11 17/8 24/13
 34/4 41/21
**reasons [4]**  17/10 29/10 34/6
 47/5
**receipt [1]**  37/1
**receive [13]**  6/11 8/14 19/18
 20/1 22/22 23/2 24/4 36/20
 37/6 40/2 40/6 41/12 50/4
**received [1]**  39/1
**Recess [1]**  15/9
**recognize [2]**  24/8 41/16
**reconvene [1]**  15/4
**record [3]**  18/17 27/6 36/7
**records [3]**  9/21 21/8 38/10
**reference [3]**  23/8 40/13
 50/11
**referred [2]**  18/10 35/6
**regard [2]**  19/21 36/23
**regular [1]**  8/25
**regulations [1]**  51/8
**reimbursement [2]**  26/1 43/9
**related [1]**  13/4
**relating [1]**  10/11
**relation [1]**  36/5
**relations [1]**  19/9
**relationship [1]**  11/7
**relatively [1]**  8/21
**relinquished [2]**  26/19 44/2
**rely [2]**  16/1 32/21
**remain [1]**  8/4
**remaining [2]**  5/6 10/10
**remind [2]**  8/13 49/12
**report [4]**  22/21 40/1 45/12
 50/3
**reported [1]**  51/6
**Reporter [1]**  1/21
**REPORTER'S [1]**  1/13
**represent [2]**  19/2 35/20
**represented [2]**  11/20 11/21
**require [4]**  23/15 29/13
 40/22 47/8
**required [1]**  37/12
**requires [2]**  23/10 40/17
**research [3]**  23/6 40/11 50/9
**respect [1]**  7/6
**respond [5]**  12/11 12/13
 22/20 39/25 50/2
**response [5]**  18/17 20/11
 35/14 36/1 37/16
**responsibility [2]**  26/3
 43/11
**responsive [1]**  12/15
**rest [1]**  29/8
**restored [1]**  7/14
**restrictions [3]**  23/13 40/17
 40/20
**restructions [1]**  23/10
**result [2]**  23/15 40/21
**resume [3]**  24/24 42/8 49/7
**resumed [1]**  32/1
**return [12]**  23/3 29/20 29/23
 29/25 30/8 40/8 44/12 44/15
 46/15 47/11 47/18 47/18
**review [4]**  4/19 5/15 9/16

29/17
**reviewed [1]**  19/3
**RHODES [7]**  4/5 4/11 15/16
 18/6 32/10 35/2
**Richard [2]**  20/4 37/6
**right [49]**
**rights [2]**  20/19 37/21
**risk [2]**  25/20 43/3
**Robert [6]**  19/14 19/17 20/2
 36/16 36/19 37/4
**role [6]**  16/7 16/11 17/6
 32/25 33/6 34/2
**room [9]**  22/9 23/20 29/20
 29/25 30/9 39/13 41/2 47/12
 47/19
**roughly [1]**  6/21
**routine [2]**  24/11 41/19
**row [31]**
**RPR [1]**  51/12
**Ryan [1]**  37/4

**S**

**said [1]**  5/25
**same [5]**  5/8 5/25 8/4 23/11
 40/18
**sandal [1]**  19/16
**Santa [1]**  2/12
**schedule [2]**  24/21 42/3
**scientific [3]**  10/23 11/2
 11/3
**Scott [2]**  19/16 36/18
**screening [1]**  6/1
**seal [2]**  30/14 47/22
**search [1]**  50/10
**searching [2]**  23/7 40/12
**seat [4]**  8/6 8/8 8/10 27/11
**seated [11]**  8/8 8/9 18/1
 18/23 22/17 29/5 29/6 34/22
 39/22 44/18 45/5
**seats [2]**  12/21 12/22
**second [3]**  8/10 45/1 45/10
**Section [1]**  51/4
**secure [2]**  26/4 43/12
**see [9]**  5/2 5/15 12/15 14/12
 14/24 27/3 30/10 47/20 50/18
**seen [6]**  16/9 18/14 19/5
 33/2 35/9 35/24
**selected [6]**  21/19 24/23
 38/23 42/7 42/9 49/24
**selecting [2]**  16/1 32/20
**selection [4]**  4/21 16/16
 33/10 49/11
**sent [1]**  5/4
**serve [1]**  25/19
**service [16]**  16/3 22/19 24/9
 25/8 26/2 26/18 29/11 32/22
 39/24 41/17 42/18 43/10
 43/25 47/6 50/1 50/23
**serving [4]**  26/7 43/14 43/15
 43/18
**SESSION [1]**  1/15
**several [1]**  12/4
**Sexton [2]**  19/21 36/23
**shall [2]**  19/25 37/2
**she [4]**  18/6 18/10 27/5 35/2
**sheriff [4]**  10/4 10/24 20/23
 37/25
**sheriff's [7]**  9/21 21/2 21/4
 21/7 38/4 38/6 38/10
**Sheriffs [2]**  21/9 38/12
**shirked [2]**  26/18 44/1
**shoe [1]**  37/1
**short [2]**  24/22 42/4
**should [12]**  5/16 9/10 10/14
 13/20 17/17 23/19 26/19
 34/13 37/11 41/1 44/1 44/1
**showing [2]**  25/8 42/18
**sick [2]**  25/12 42/22
**side [16]**  7/5 7/20 8/7 17/2

28/6 28/9 28/11 28/17 28/25
29/5 39/23 46/7 46/7 46/8
46/8 46/22
**sidebar [5]**  7/7 17/19 30/11
 34/15 47/20
**sides [3]**  6/10 24/4 41/12
**similar [1]**  5/12
**simply [7]**  7/19 7/22 13/7
 16/22 21/14 33/17 38/17
**sitting [6]**  4/12 15/17 17/4
 18/5 32/11 33/25
**situation [2]**  10/6 11/1
**six [1]**  8/5
**slim [1]**  7/16
**Smith [2]**  19/21 36/23
**so [31]**
**social [2]**  24/2 41/10
**society [5]**  26/5 26/13 26/13
 43/13 43/21
**sole [2]**  25/24 43/7
**solely [2]**  21/23 39/1
**some [20]**  4/19 7/11 7/24
 8/11 8/21 10/19 13/24 14/6
 14/13 20/15 22/22 26/7 29/18
 30/4 40/2 43/15 44/14 49/10
 50/16 50/22
**somebody [2]**  27/10 44/14
**somehow [1]**  13/23
**someone's [1]**  13/24
**something [5]**  17/16 30/3
 30/5 34/12 47/16
**somewhat [1]**  13/13
**soon [1]**  12/12
**sorry [3]**  9/24 11/10 13/2
**sort [1]**  5/16
**sounds [1]**  9/7
**spar [3]**  10/11 20/3 37/5
**Special [4]**  4/13 15/17 32/12
 35/5
**specific [2]**  25/8 42/18
**spectators [1]**  12/22
**Spring [2]**  1/22 2/6
**stand [4]**  17/25 18/22 34/21
 35/16
**standard [2]**  23/23 41/5
**standing [1]**  18/5
**start [8]**  5/21 8/1 23/16
 30/1 39/15 40/22 46/7 50/20
**starting [1]**  28/11
**state [4]**  15/14 16/20 32/8
 33/15
**statement [1]**  13/19
**statements [6]**  10/12 10/19
 20/20 24/16 37/23 41/24
**STATES [19]**  1/1 1/4 1/6 4/8
 4/12 15/12 15/16 17/22 18/4
 18/7 18/8 32/6 32/11 34/18
 34/25 35/2 35/4 51/5 51/9
**status [1]**  14/25
**stay [1]**  28/9
**stenographically [1]**  51/6
**step [2]**  16/16 33/10
**Steve [6]**  19/19 19/24 20/4
 36/21 37/1 37/3
**still [1]**  30/4
**stipulate [2]**  18/16 36/6
**stop [2]**  19/22 42/10
**street [3]**  1/22 2/6 50/17
**struck [1]**  13/20
**submit [2]**  5/5 12/6
**submitted [3]**  22/11 25/3
 42/13
**substitute [2]**  25/14 42/24
**such [6]**  17/1 17/10 23/6
 33/22 34/6 40/11
**Suite [1]**  2/12
**support [2]**  25/24 43/7
**supposed [2]**  13/18 13/21
**sure [1]**  8/2

**S**

**symptom [2]**   20/2 37/4
**system [4]**   16/6 24/4 32/24 41/11

**T**

**table [6]**   4/12 15/17 18/2 18/23 32/11 34/23
**take [15]**   5/5 7/7 12/21 12/23 13/7 13/21 24/1 24/14 27/11 27/17 41/8 41/9 41/21 49/6 49/9
**taking [7]**   8/17 24/9 25/22 26/9 41/17 43/5 50/20
**talk [1]**   13/11
**talking [1]**   10/18
**tampered [2]**   21/10 38/12
**Tanaka [4]**   8/23 11/7 19/22 36/24
**Tanner [7]**   4/13 15/18 18/9 19/20 32/12 35/5 36/22
**tap [2]**   19/22 36/24
**Tar [1]**   36/15
**task [2]**   16/1 32/20
**tell [2]**   22/3 49/15
**telling [1]**   6/20
**temp [1]**   19/22
**Terra [1]**   19/13
**Terry [2]**   19/22 36/23
**testify [1]**   10/14
**testimony [7]**   7/18 7/18 7/22 7/25 7/25 10/7 11/16
**tests [3]**   10/23 11/2 11/3
**text [3]**   22/9 39/13 49/19
**than [2]**   8/17 43/17
**thank [15]**   11/13 14/18 14/19 15/8 18/12 18/25 19/4 19/7 35/8 35/22 36/3 37/18 49/4 50/22 50/23
**that [176]**
**That's [2]**   11/18 11/22
**their [7]**   6/7 10/13 12/21 27/14 35/10 43/22 44/18
**theirs [1]**   9/5
**them [6]**   4/25 6/13 8/13 12/15 13/15 13/19
**themselves [5]**   16/5 18/1 32/23 34/22 35/17
**then [21]**   5/2 5/5 5/7 5/15 7/13 7/22 8/9 12/20 12/21 16/10 23/22 25/3 29/17 29/24 33/3 41/4 42/13 44/11 49/8 49/9 50/20
**there [28]**
**these [16]**   9/16 10/23 17/12 21/12 21/16 23/10 23/13 23/14 34/8 37/13 37/15 38/15 38/20 40/17 40/20 40/21
**they [25]**
**THIBODEAUX [2]**   1/21 51/12
**thing [4]**   5/8 9/2 17/1 33/22
**things [1]**   6/20
**think [20]**   5/24 6/19 6/23 7/15 8/21 9/5 9/9 9/22 10/17 12/3 13/13 13/25 14/3 14/14 15/2 17/16 20/1 34/12 37/3 47/2
**thinks [5]**   28/9 29/1 46/5 46/22 47/1
**this [87]**
**Thompson [1]**   36/24
**those [12]**   5/2 5/3 5/15 14/15 16/10 24/1 29/17 33/3 41/9 45/1 45/10 47/2
**though [1]**   5/19
**threatened [2]**   21/11 38/13
**through [2]**   21/21 38/24
**Thus [2]**   22/2 39/6

**till [1]**   15/5
**time [20]**   5/12 5/23 5/23 7/11 8/7 8/7 8/18 10/23 11/3 11/11 12/8 12/9 13/10 20/23 27/4 29/11 37/25 47/6 49/9 50/21
**Title [1]**   51/4
**titles [5]**   9/3 9/4 9/5 9/9 9/13
**today [7]**   20/12 24/22 35/10 35/13 36/3 42/6 43/15
**Tom [2]**   19/15 36/17
**tomorrow [1]**   5/21
**ton [1]**   19/16
**tonight [2]**   12/8 12/9
**too [5]**   13/25 13/25 14/1 17/3 33/24
**Torribio [2]**   19/22 36/24
**transcript [3]**   1/13 51/6 51/7
**treating [1]**   10/4
**trial [33]**
**tried [2]**   16/2 32/22
**trouble [1]**   37/6
**true [1]**   51/5
**try [6]**   16/1 23/9 32/20 40/14 50/13 50/18
**trying [3]**   14/7 17/13 34/9
**twenty [1]**   45/7
**twenty-two-and-a-half [1]**   45/7
**two [27]**
**two and [1]**   44/5
**two challenges [2]**   7/10 8/7
**two short [2]**   24/22 42/4
**two to [8]**   5/3 6/22 24/19 26/22 26/23 44/5 44/6 46/13
**two-and-a-half [11]**   5/3 6/22 24/19 26/22 26/24 27/2 28/10 42/2 44/6 46/6 46/13

**U**

**U.S [1]**   1/21
**ultimate [1]**   26/16
**ultimately [1]**   8/14
**under [6]**   10/13 16/6 30/14 32/24 43/17 47/22
**undue [12]**   13/24 25/9 25/10 25/16 25/17 25/20 29/12 42/19 42/20 42/25 43/3 47/8
**UNITED [19]**   1/1 1/4 1/6 4/8 4/12 15/12 15/16 17/21 18/4 18/7 18/8 32/6 32/11 34/17 34/25 35/2 35/4 51/5 51/9
**unless [4]**   6/20 22/2 39/6 49/15
**unlike [1]**   11/1
**unrelated [1]**   11/19
**until [16]**   14/15 22/2 22/11 23/19 23/21 24/22 24/23 24/24 39/6 39/17 41/1 41/3 42/6 42/7 42/8 49/15
**up [19]**   7/7 7/23 8/17 9/2 12/15 12/19 12/23 14/13 23/18 27/3 27/4 27/8 27/9 27/19 27/22 28/2 30/8 40/25 44/22
**upon [5]**   8/2 24/13 25/8 41/20 42/18
**us [23]**   2/5 4/12 5/2 9/14 15/17 26/21 26/23 27/2 28/6 28/9 29/1 29/6 30/7 32/11 44/4 44/6 45/2 45/6 46/6 46/13 46/23 47/1 47/3
**use [13]**   6/5 6/13 6/17 7/24 23/24 23/24 24/2 24/5 41/6 41/6 41/10 41/12 50/11
**used [1]**   8/3
**using [5]**   20/25 23/7 38/2

40/12 49/19
**usually [1]**   42/3
**utilize [1]**   4/20
**utilizing [1]**   6/9

**V**

**Vera [1]**   20/3
**verdict [6]**   12/4 13/15 23/4 23/19 40/8 41/1
**versus [6]**   4/9 12/1 15/13 17/22 32/7 34/18
**very [3]**   15/8 49/4 50/22
**vets [1]**   19/25
**via [2]**   22/8 39/12
**violates [2]**   23/13 40/20
**violations [2]**   20/19 37/21
**VOLUME [1]**   1/15

**W**

**want [10]**   8/1 17/12 21/21 25/7 26/8 34/8 38/24 42/17 49/12 50/6
**wanted [1]**   9/2
**was [13]**   7/19 8/23 9/24 10/3 10/24 12/2 13/2 20/22 20/24 21/5 37/24 38/1 38/7
**watch [3]**   23/4 40/8 50/6
**way [17]**   14/3 14/5 14/7 17/9 22/4 22/5 22/18 23/9 26/9 34/5 39/8 39/9 39/23 40/14 43/18 49/17 49/25
**we [124]**
**we're [1]**   35/12
**website [2]**   22/9 39/13
**WEDNESDAY [2]**   1/17 4/1
**week [2]**   25/2 42/12
**weeks [18]**   5/3 6/22 24/19 26/22 26/24 27/2 28/7 28/10 29/2 29/6 42/2 44/5 44/7 45/7 46/6 46/13 47/1 47/3
**weight [1]**   13/24
**Weintraub [1]**   20/4
**welcome [2]**   15/23 32/18
**well [3]**   8/21 14/11 18/23
**well-known [1]**   8/21
**went [1]**   12/3
**were [10]**   4/6 15/10 18/17 20/25 30/13 32/1 36/7 38/2 47/21 49/1
**WESTERN [1]**   1/2
**what [13]**   5/12 9/24 11/24 12/15 12/16 13/14 14/25 16/9 23/18 26/25 33/3 40/25 44/9
**whatever [2]**   16/12 33/6
**when [8]**   6/12 7/2 12/17 13/18 17/10 20/23 34/6 37/25
**where [4]**   7/2 11/1 25/13 42/23
**whether [14]**   7/21 10/5 13/14 14/7 16/21 20/25 25/24 26/16 29/10 33/15 38/2 43/7 43/24 47/5
**which [6]**   10/25 20/17 23/15 25/9 37/19 42/19
**while [1]**   49/12
**whit [2]**   20/4 37/6
**who [30]**
**whom [2]**   26/6 43/15
**why [9]**   6/16 14/11 14/11 15/3 17/8 29/10 30/1 34/4 47/5
**will [85]**
**William [4]**   19/15 19/15 36/17 36/17
**win [1]**   37/6
**wish [5]**   17/17 26/8 34/13 37/12 43/16
**without [2]**   25/15 42/24

**W**

**witness [4]**  3/3 7/17 8/3
 8/23
**witnesses [17]**  8/12 8/15
 8/20 8/24 9/9 19/11 19/12
 20/6 20/14 21/10 36/12 36/14
 37/8 37/13 37/14 37/15 38/13
**woman [1]**  43/14
**women [1]**  26/6
**won't [1]**  12/8
**worst [2]**  26/8 43/16
**would [33]**
**wouldn't [2]**  26/8 43/16
**write [3]**  30/3 30/5 47/16
**writing [3]**  22/8 39/12 49/19
**written [1]**  6/16
**wrong [2]**  17/1 33/22

**Y**

**Yanagi [3]**  9/20 19/23 36/25
**years [2]**  26/7 43/15
**yes [12]**  6/23 6/25 11/23
 12/7 14/4 15/6 15/7 18/19
 18/20 35/11 36/9 36/10
**Yolanda [2]**  19/13 36/15
**you [221]**
**young [2]**  13/25 14/1
**your [131]**