UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

United States of America,          )
                    PLAINTIFF,     )
                                   )
VS.                                )   NO. CR 16–66 PA
                                   )
Leroy Baca,                        )
                    DEFENDANT,     )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL – DAY TWO

VOLUME I OF II, A.M. SESSION

LOS ANGELES, CALIFORNIA

THURSDAY, FEBRUARY 23, 2017

_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012

FOR DEFENDANT:

        MORGAN LEWIS AND BOCKIUS LLP
        BY:  NATHAN J. HOCHMAN
        -and- BRIANNA ABRAMS
        1601 Cloverfield Boulevard
        Suite 2050 North
        Santa Monica, CA  90404

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

                              I N D E X


WITNESS NAME                                    PAGE

(None.)


EXHIBIT                             I.D.      IN EVID.

(None.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES, CALIFORNIA; THURSDAY, FEBRUARY 23, 2017

8:45 A.M.

- - - - -

(The following proceedings were held outside the presence of the prospective jurors:)

THE CLERK:  Item 1, CR 16-66A PA, United States of America versus Leroy Baca.

Counsel, please state your appearances.

MR. FOX:  Good morning, your Honor, Brandon Fox Lizabeth Rhodes and Eddie Jauregui on behalf of the state.  Also with us at counsel table is FBI Special Agent Lea Tanner.

THE COURT:  Good morning.

MR. HOCHMAN:  Good morning, your Honor.  Nathan Hochman and Brianna Abrams on behalf of defendant Leroy Baca who is present.

THE COURT:  Good morning.

All right.  I intend to resume the jury selection today.  I believe there was some media coverage of this lawsuit since yesterday so I intend to continue to ask the jurors if they have seen, read, heard anything about this case in the last 48 hours unless somebody has an objection.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  No.  Can you just say including in the last 48 hours just so it does not limit them in case they saw something before that time.

THE COURT:  That is fine.

MR. FOX:  Thank you.

MR. HOCHMAN:  No objection, your Honor.

THE COURT:  All right.  Are we ready to proceed?

MR. FOX:  Yes, your Honor.

MR. HOCHMAN:  Yes, your Honor.

THE COURT:  All right.  Let's bring in the first prospective juror, please.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Could we have the last five digits of your badge number, please?

THE PROSPECTIVE JUROR:  It is 12869.

THE COURT:  Have you had occasion to read or hear anything about this case including in the last 48 hours.

THE PROSPECTIVE JUROR:  Not in the last 48 hours, but previous to that, I was aware of it, yes.

THE COURT:  Okay.  And how were you made aware of it?

THE PROSPECTIVE JUROR:  Mostly television news,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

but I do read a lot of news also, print and Internet media.

THE COURT: Okay. Did you read anything on the Internet about the case?

THE PROSPECTIVE JUROR: Not recently.

THE COURT: Okay. Other than recently, have you read stuff on the Internet about the case?

THE PROSPECTIVE JUROR: I am trying to remember. I can't recall a specific story, you know. I browse news, headlines, read bits of articles.

THE COURT: Do you recall what it is that you either read or heard about the case?

THE PROSPECTIVE JUROR: I remember the allegations of the abuse at county jail, and I am familiar with Tanaka's case. I followed that as it happened.

THE COURT: Okay. And did you follow that in the media?

THE PROSPECTIVE JUROR: Mostly through the television media, yes.

THE COURT: Okay. Are you going to have any -- you understand this is a different case?

THE PROSPECTIVE JUROR: Absolutely.

THE COURT: And there are different issues than what were involved with Mr. Tanaka. Are you going to be able to set aside what you either read in the newspaper

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

or heard on television and decide this case based solely on the evidence that you here here in court?

THE PROSPECTIVE JUROR:  I believe so.

THE COURT:  Is there any doubt in your mind?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And do you have any affirmative answers to any of those questions?

THE PROSPECTIVE JUROR:  There is a few.

THE COURT:  Okay.  If you could give me those numbers, please.

THE PROSPECTIVE JUROR:  1, 2, 19, 33, 36, and that is all I had.

THE COURT:  Okay.  Why don't we start with No. 1.

THE PROSPECTIVE JUROR:  My father has served time in county jail in Northern California before.

THE COURT:  Okay.  And what was that for?  Do you recall?

THE PROSPECTIVE JUROR:  It was a domestic violence charge.

THE COURT:  Do you recall what police agency was involved in that?

THE PROSPECTIVE JUROR:  The Humboldt County

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Sheriffs.

THE COURT:  Anything about the way his case was handled that causes you to have any concerns about your ability to be fair and impartial in this case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Any doubt in your mind?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Do you have any complaints about the

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything else in response to question No. 1.

THE PROSPECTIVE JUROR:  He also had other charges that were expunged, you know.  It is not his only time in trouble.

THE COURT:  What were the other charges?

THE PROSPECTIVE JUROR:  He had a cannabis cultivation charge expunged after completing his probationary period.

THE COURT:  Okay.  Anything else?

THE PROSPECTIVE JUROR:  Not to my recollection.

THE COURT:  Anything about the way that that matter was handled that caused you to have any concerns about your ability to be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  Umm, no.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT: And what about question 2?

THE PROSPECTIVE JUROR: Question 2, well, yes. I mean, been robbed more than once. Had my bicycle stolen. Been victim of theft. Common crimes like anyone else.

THE COURT: Okay. Anything about any of those experiences that causes you to have concerns about your ability to be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR: Well, when my bicycle got stolen at the drag races at Pomona, I went up to a Pomona cop and I told him about it, and he just kind of looked at me and just was a real kind of jerk about it and said, well, if you see him riding around on it, point it out to me. Well, gee, thanks. Somebody had taken bolt cutters and cut our bikes loose from the fence at the drag races. I know there is a lot of gang activity out there.

THE COURT: Can you put that incident aside and be fair and impartial both as to the government and the defense in this case?

THE PROSPECTIVE JUROR: I believe there is good cops and bad cops so I believe I could put that aside, yes.

THE COURT: And what about question 19?

THE PROSPECTIVE JUROR: Yes. I mean, I live in Burbank, and any time anyone would be like, oh,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

so-and-so, one of your friends got arrested. You go, oh, they are in Burbank, they went to county, and you go, oh, that is bad because everybody knows that is bad. So there has been allegations of that being a bad place for as long as I can remember.

THE COURT: And when you say there are allegations of it being a bad place, what do you mean when you say it is a bad place? What does that mean?

THE PROSPECTIVE JUROR: You would much rather than in Burbank jail than you would be in county jail because I believe in Burbank jail, you would still get fair treatment. In county jail, it is perceived that your civil rights are in jeopardy.

THE COURT: Okay. Can you put aside what you have heard about abuse in the county jails and decide this case based solely on the evidence that you hear here in court?

THE PROSPECTIVE JUROR: I believe I could.

THE COURT: Is there any doubt in your mind?

THE PROSPECTIVE JUROR: No.

THE COURT: Okay. And what about question 33?

THE PROSPECTIVE JUROR: Do I have any feelings? Yes. I believe everybody should have civil rights. If you are in jail, it is a punishment for a crime against society. It doesn't mean that you become subject to

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

abuse.  I firmly believe that.

THE COURT:  And what about question 36?

THE PROSPECTIVE JUROR:  36 was -- yeah.  My stepson is a sergeant in the marines so that would count as military service.  I have good friends with daughters who are now LAPD officers, and my next door neighbor is a sergeant for Burbank Police Department.

THE COURT:  Okay.  When you say you had heard things about this case on TV, do you recall what it is that you heard?

THE PROSPECTIVE JUROR:  I believe that I saw that it was a conviction against Tanaka and for the reason of misleading the federal investigators was my belief to be the fault.

THE COURT:  And, again, you can put that aside and judge this case based on the evidence you hear here in this courtroom?

THE PROSPECTIVE JUROR:  I am assuming it is separate in nature, so, yes.

THE COURT:  Okay.  There may be times when Mr. Tanaka's name is going to be mentioned in this case. There may be evidence involving Mr. Tanaka that is elicited in this case.  Are you going to be able to judge this defendant and this case separately from anything that you may have heard on TV about Mr. Tanaka's case?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  I think so.

THE COURT:  Okay.  Can you commit to both sides that you are going to do that, that you are going to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  I believe so.

THE COURT:  Any doubt in your mind?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Any additional questions?

MR. HOCHMAN:  Yes, your Honor, but may I approach the sidebar?

THE COURT:  Yes.

(From 8:58 to 9:04 a.m., the proceedings, Pages 183 to 187, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in the

presence of the prospective juror:)

THE COURT:  Had you -- you said that you followed the media and you have heard some things about the Tanaka trial.

Had you heard anything, seen or heard anything about Mr. Baca?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And what is it that you have heard?

THE PROSPECTIVE JUROR:  I recall seeing that once the other trial ended that they were going to pursue the trial against him and that he might also be implicit in it, the theory that it goes uphill, the blame, as opposed to downhill.

THE COURT:  Okay.  Have you heard anything else other than what you just recounted?

THE PROSPECTIVE JUROR:  Not off the top of my head, no.

THE COURT:  Okay.  And can you put that aside and be fair and impartial to both sides in this case in deciding the guilt or innocence of the defendant?

THE PROSPECTIVE JUROR:  Yeah.  I believe so.

THE COURT:  Okay.  Any doubt in your mind?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Let me see counsel at sidebar.

(From 9:06 to 9:07, the proceedings, Pages 190 to 191, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in the presence of the prospective juror:)

THE COURT:  All right.  Sir, thank you very much. You can return to courtroom 9B.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  And, again, I ask that you not discuss what we talked about with any of your fellow jurors. Don't discuss the case with your fellow jurors, and we will have some additional instructions for you at a later time.

THE PROSPECTIVE JUROR:  Okay.  Back this way?

THE COURT:  Yes.  Thank you.

THE PROSPECTIVE JUROR:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Could you give us the last five digits of your badge number?

THE PROSPECTIVE JUROR:  12971.

THE COURT:  All right.  Have you either read or heard anything about this case including in the last 48 hours?

THE PROSPECTIVE JUROR:  No, not in the last 48 hours.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  And have you heard anybody express an opinion about the case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Just a couple.

THE COURT:  Okay.  Can you give me those numbers?

THE PROSPECTIVE JUROR:  1, 10, 20, 36.

THE COURT:  Okay.  Okay.  Are you comfortable discussing question 1 from there?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

THE COURT:  Can you tell me about question 1?

THE PROSPECTIVE JUROR:  One of my siblings was under investigation for and arrested for assault with a deadly weapon and aggravated assault.

THE COURT:  Okay.  And when was that?

THE PROSPECTIVE JUROR:  Nine years ago.

THE COURT:  And do you recall what police agency was involved?

THE PROSPECTIVE JUROR:  Long Beach.

THE COURT:  Long Beach Police Department?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And what was the outcome of that?

THE PROSPECTIVE JUROR:  Charges were dropped.

THE COURT:  Anything about the way his case was handled that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Are you sure?

THE PROSPECTIVE JUROR:  No.  I am not sure.  The prosecution was very -- I didn't care for the prosecution.  They were trying to make him take a plea bargain, and, thankfully, he didn't.

THE COURT:  Okay.  Can you set aside what happened to your brother?

THE PROSPECTIVE JUROR:  Brothers.  Yes.

THE COURT:  Can you set that aside and the feelings about the way his case was handled and judge this case based just on the evidence you hear here in court?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Any doubt in your mind that you can do that?

THE PROSPECTIVE JUROR:  No doubt.

THE COURT:  Okay.  And let's try question 10.

THE PROSPECTIVE JUROR:  I have several family

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

members that work for Department of Corrections.

THE COURT: Okay. And are they cousins, brothers, sisters?

THE PROSPECTIVE JUROR: Brother, son, sister.

THE COURT: And what do they do?

THE PROSPECTIVE JUROR: One is an administrator. He acts as a, I guess you would call it associate warden, administrative on duty which is similar. And my son, he works in the warehouse so he works for Department of Corrections, but he is a supervisor.

THE COURT: Okay. And are they attached to specific facilities?

THE PROSPECTIVE JUROR: Lancaster, in Tehachapi.

THE COURT: Now, there may be law enforcement officers who may be witnesses in this case. Are you going to be able to judge their testimony the same way you would that of any other witness?

THE PROSPECTIVE JUROR: Yes.

THE COURT: And question 20.

THE PROSPECTIVE JUROR: Same thing. Department of Corrections. My brother works with different rehabilitation programs.

THE COURT: And question 36?

THE PROSPECTIVE JUROR: Same thing. Department of Corrections.

THE COURT:  Okay.  Just one second.  Let me see the staff for a second.

(Court and clerk confer.)

THE COURT:  I understand you may know our Clerk of Court?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Does that pose any problems for you if you were ultimately selected as a juror in this case?

THE PROSPECTIVE JUROR:  Yes.  Kind of uncomfortable.

THE COURT:  Okay.  As a result of -- as a result of knowing her, that would make you uncomfortable if you were ultimately selected as a juror in this case?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Let me see counsel at sidebar.

(From 9:15 to 9:16, the proceedings, Page 197, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in the

presence of the prospective juror:)

THE COURT:  All right.  We are going to excuse

you, and you can return to the jury assembly room on the

first floor and tell them that you were excused.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give me the last five digits

of your badge number?

THE PROSPECTIVE JUROR:  13461.

THE COURT:  And have you heard anything about this

case including in the last 48 hours?

THE PROSPECTIVE JUROR:  No.  Not at all.

THE COURT:  Read anything about the case in the

last 48 hours.

THE PROSPECTIVE JUROR:  No.  I try and stay away

from the news.

THE COURT:  Have you had a chance to look at the

criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Do you have any question responses to

any of those questions?

THE PROSPECTIVE JUROR:  I had a question about

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

No. 30.  I think it asked would you disagree that, something to the effect that would you disagree that police can do no wrong or something like that.

THE COURT:  I think the question reads, do you disagree that a law enforcement officer can be guilty of committing a crime?

THE PROSPECTIVE JUROR:  So the question is asking do I agree that they can't?

THE COURT:  Do you disagree that a law enforcement officer can be guilty of committing a crime.  Do you want to see the question?

THE PROSPECTIVE JUROR:  No.  No.  I am just trying to figure out the positive way for that question to be asked.  So what I will say is I agree that anybody can be guilty of a crime whether it be a cop or anything so if that answers that question.

THE COURT:  I think it does.

THE PROSPECTIVE JUROR:  And then question 36, I think asked were you in any kind of law enforcement or military or --

THE COURT:  Have you any members of your immediate family or anyone close to you ever had any law enforcement training or experience or been a member of or employed by, volunteered or sought employment or seriously thought about seeking employment with any

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

prosecutorial agency or with any military, federal, state, county or local law enforcement?

THE PROSPECTIVE JUROR:  So that would be military and peace is kind of what they are getting at, the police?

THE COURT:  They are trying to get at?

THE PROSPECTIVE JUROR:  If they were asking were you like a military policeman?

THE COURT:  Sure.  Military police, if you know people in the military.

THE PROSPECTIVE JUROR:  I am a veteran, but I wasn't military police.  That is why I was asking.

THE COURT:  What did you do in the military?

THE PROSPECTIVE JUROR:  I was a nuclear engineer.

THE COURT:  And what branch of the service were you in?

THE PROSPECTIVE JUROR:  The Navy.

THE COURT:  Any other yes or affirmative answers to any of the other questions?

THE PROSPECTIVE JUROR:  No.  Those were the only two I kind of had a question about.

THE COURT:  Okay.  Any additional questions?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.  You can return to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Courtroom 9B.  I would ask that you not -- continue not to discuss this case with anyone including your fellow jurors, and we will have some further instructions for you a little later today.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  Thank you.

THE PROSPECTIVE JUROR:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Morning.

THE COURT:  Could you give us the last five digits of your badge number, please.

THE PROSPECTIVE JUROR:  Yeah.  14778.

THE COURT:  Okay.  Have you heard anything about this case including in the last 48 hours?

THE PROSPECTIVE JUROR:  No, I have not.

THE COURT:  Okay.  Have you heard anyone express an opinion about it?

THE PROSPECTIVE JUROR:  No, I have not.

THE COURT:  Read anything about it?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  I have.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT: Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR: I do.

THE COURT: Okay. Can you give me those numbers, please.

THE PROSPECTIVE JUROR: Question No. 1. I wasn't sure being detained at 17 for a beer run being constituted as being investigated so I answered yes on that.

THE COURT: Okay.

THE PROSPECTIVE JUROR: Number 7, I put yes. Prior to this jury service, I did somewhat follow the Lee Baca case when it was shown on the news and online.

THE COURT: Okay.

THE PROSPECTIVE JUROR: Question No. 10, my best friend's wife is LAPD.

THE COURT: Okay. Any others?

THE PROSPECTIVE JUROR: Question No. 12, in 2007, I did a ride along with CHP.

Number 17, I put yes. What I have seen on the news and read online.

THE COURT: Is that it?

THE PROSPECTIVE JUROR: No. Question No. 20. Other than, nothing other than criminal administrative justice classes that I took in college.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.

THE PROSPECTIVE JUROR:  And No. 36, I do have family that are in the military if that applies.  Do you want to know each or no?

THE COURT:  We are going to come back and talk about all of these.

THE PROSPECTIVE JUROR:  Other than that, that is it?

THE COURT:  Okay.  No. 1, I understand this happened several years ago?

THE PROSPECTIVE JUROR:  Yeah.  20 years ago, I believe.

THE COURT:  Can you put aside that experience and be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  And was there a police agency involved?

THE PROSPECTIVE JUROR:  Yeah.  I believe it was Ventura County sheriff.

THE COURT:  Okay.  And question 7, what exactly -- what is exactly your response to question 7?

THE PROSPECTIVE JUROR:  That prior to this jury service, I did somewhat follow or just paid attention as to what I saw in the news.

THE COURT:  Okay.  And what was that?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  And what was online.

THE COURT:  What exactly did you sea, read about, hear about?

THE PROSPECTIVE JUROR:  Whether they had stories regarding the case or whatever happened in court at the time.  I mean, I wasn't paying special attention to it, but I knew who he was and I knew who it constituted but nothing as far as any specifics of what they were saying, no.

THE COURT:  Okay.  Can you put aside whatever it is that you may have heard through the media and decide this case based just on the evidence you hear here in court?

THE PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Any doubt in your mind?

THE PROSPECTIVE JUROR:  No doubt.

THE COURT:  Okay.

THE COURT:  And question 10, family members?

THE PROSPECTIVE JUROR:  My best friend, his wife is LAPD.

THE COURT:  Okay.  Do you know what she does for LAPD?

THE PROSPECTIVE JUROR:  Not particularly.  I think she works in the West LA area, one of the West LA divisions and rides around in a car in that area.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  Question 12.

THE PROSPECTIVE JUROR:  Yeah.  In 2007, I did a ride along with CHP when I had an interest with employment with them.

THE COURT:  And question 17?

THE PROSPECTIVE JUROR:  I put yes.  What I have seen on news and read online.

THE COURT:  And we have talkedded about that?

THE PROSPECTIVE JUROR:  Same applies.  Yes.

THE COURT:  Okay.  And question 20?

THE PROSPECTIVE JUROR:  I took a couple of courses in college for criminal justice.

THE COURT:  With respect to question 17, do you have any specific recollections of anything that you may have heard about this case.

THE PROSPECTIVE JUROR:  To be honest, no.

THE COURT:  And question 36?

THE PROSPECTIVE JUROR:  I have, my grandfather was retired army.  My father is retired Navy.  My brother is retired Navy.  And my brother is active duty Air Force.  And that is it.

THE COURT:  Okay.  Any additional questions?

MR. HOCHMAN:  No, your Honor.

MR. FOX:  One moment, your Honor.

(Pause in proceedings.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  Your Honor, this prospective juror mentioned that he did a ride along with CHP because he was interested in applying.  I am just wondering if he did, in fact, apply.

THE PROSPECTIVE JUROR:  I did in fact apply, and I went kind of halfway through the process until actually that detainment at 17 was withheld on my informational packet, and they thought I was trying to hide it from them so they let me go.

THE COURT:  I'm sorry.  I just didn't hear that part.

THE PROSPECTIVE JUROR:  When I was in the application process for CHP, I did not disclose that detainment at 17 when I was detained by the sheriffs in Ventura.  So they thought that I omitted that from my application to advance through the application process.

THE COURT:  Right.

THE PROSPECTIVE JUROR:  And it was actually more of a misunderstanding in the verbiage of the application. I thought it was the past seven years that they wanted my criminal history, and they specified that it said ever. And I left out what happened at 17 so they thought I was withholding that info to proceed with the application and move forward.

THE COURT:  Okay.  There may be law enforcement

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

agents who are going to be witnesses in this case.  Are you going to be able to put aside your experience with the CHP and decide their credibility the same way you would that of any other witness?

THE PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  All right.  Anything else?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.  Thank you very much.  You can return to Courtroom 9B.  Again, I would ask that you not discuss the case or anything that we talked about with your fellow jurors.

THE PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give us the last five digits of your badge number, please?

THE PROSPECTIVE JUROR:  16526.

THE COURT:  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  I got the paper this morning.  My husband took it, and he said there is an

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

article in the paper about it.  I did not read it.  I know he read it.

THE COURT:  Okay.  Did you have any discussions with your husband about what he read?

THE PROSPECTIVE JUROR:  Today?  No.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  I do.

THE COURT:  Can you give me the numbers of the questions?

THE PROSPECTIVE JUROR:  2, 17, 22, 35, 39, 42 and 46.

THE COURT:  All right.  Why don't we start with No. 2.  Can you tell me?

THE PROSPECTIVE JUROR:  It was a spousal abuse on my mother.

THE COURT:  And when was that?

THE PROSPECTIVE JUROR:  Long time ago.

THE COURT:  Were the police called?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And which police agency responded?

THE PROSPECTIVE JUROR:  Must have been Lynwood.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT: Okay. Anything about the way that case was handled that causes you to have any concerns about your ability to be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR: I don't think so. No.

THE COURT: And question 17, can you tell me?

THE PROSPECTIVE JUROR: Well, we followed the first trial, and I know how it ended up.

THE COURT: Okay.

THE PROSPECTIVE JUROR: Yes.

THE COURT: And the fact that you know how it ended up, is that based on what you read or heard?

THE PROSPECTIVE JUROR: No. Just the outcome of it. Obviously, I wasn't part of the trial so I didn't hear all the details.

THE COURT: Are you going to be able to set that aside and judge this case based solely on the evidence you hear here in this court?

THE PROSPECTIVE JUROR: I would like to say so. I couldn't guarantee that.

THE COURT: Okay.

THE PROSPECTIVE JUROR: With the decision as it was, and I don't know the law, but it seems like with the ratio that it ended up, it should be over with to me. But I guess that is not the way it works. It has to be a

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

hundred percent.

THE COURT:  So you would have some some doubt in your mind as to whether or not you could actually set aside what you heard?

THE PROSPECTIVE JUROR:  Probably, yes.  Because we followed it, and it was a lot of obviously press on it.

THE COURT:  Okay.  Can I see counsel at sidebar.

(From 9:32 to 9:32, the proceedings, Page 211, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in the presence of the prospective juror:)

THE COURT:  All right.  We are going to excuse you.  You can return to the jury assembly room on the first floor.

THE PROSPECTIVE JUROR:  Okay.  All right.

THE COURT:  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give me the last five digits of your badge number, please.

THE PROSPECTIVE JUROR:  25793.

THE COURT:  Okay.  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Read anything about it?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Do you have any yes responses to any

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

of those questions?

THE PROSPECTIVE JUROR:  Yes, I do.

THE COURT:  Okay.  Can you give me the numbers, please.

THE PROSPECTIVE JUROR:  1, 2, 10, 19, 26.  That is all.

THE COURT:  Okay.  Why don't we start with No. 1.

THE PROSPECTIVE JUROR:  So my husband was convicted of, I guess it was misdemeanor spousal battery.

THE COURT:  Okay.  When was that?

THE PROSPECTIVE JUROR:  January 24th, 2016.

THE COURT:  Okay.  And do you recall what police agency was involved?

THE PROSPECTIVE JUROR:  Alhambra.

THE COURT:  Okay.  Is there anything about the way that that case was handled that causes you to have any concerns?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Can you put that incident aside and judge this case based solely on the evidence that you hear here in court?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And question 2?

THE PROSPECTIVE JUROR:  I was the victim.

THE COURT:  Okay.  And does that relate to your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

answer to question 1?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  And question 10, so my childhood best friend growing up, her husband is an officer out in Indio, California.

THE COURT:  Okay.  Do you regularly see your friend and her husband?

THE PROSPECTIVE JUROR:  Not since we started having kids.  It is really hard to see each other.  So I think I saw her -- it was about, not this past Christmas but the year before that I saw her.  But I haven't seen her husband in quite some time.

THE COURT:  And question 19.

THE PROSPECTIVE JUROR:  I think I answered yes just because of just things that have been on the news, and they will do like a little clip of prison riots or things that have happened where you just see violence.

THE COURT:  Do you recall any of those clips you may have seen, did any of those involve the Los Angeles county jails or just prisons in general?

THE PROSPECTIVE JUROR:  I think it was just in general.  I can't recall a specific event.

THE COURT:  Okay.  Do you think you can put that, whatever it is you saw, do you think you can put that aside and judge this case based just on the evidence that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

you see and hear here in court?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  What about question 26?

THE PROSPECTIVE JUROR:  26.  So my husband was detained in the Alhambra jail for two nights.

THE COURT:  Okay.  As a result of his detention in the Alhambra jails, did you have any discussions with him about the conditions in that jail?

THE PROSPECTIVE JUROR:  He said that everyone was actually really respectful.  The police officers who arrested him were kind to him.  He said that everything was as good as it can be spending the night in jail.  He wanted to come home, but he said that he didn't have anything, no abuse or anything like that while he was in jail.

THE COURT:  Okay.  Any doubt in your mind that you can be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  No.  I don't have any doubt about that.

THE COURT:  Any additional questions?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.  You can return to Courtroom 9B and await further instructions.  And, again, I caution you not to discuss this case with your fellow

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

jurors or anything that we have talked about.

Thank you.

THE PROSPECTIVE JUROR:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give me the last five digits of your juror badge number?

THE PROSPECTIVE JUROR:  26101.

THE COURT:  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  No, I haven't.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes, I did.

THE COURT:  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  No, I didn't.

THE COURT:  Okay.  All right.  Thank you very much.  I am going to ask that you return to Courtroom 9B, and await further instructions.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  Thank you very much.

(The following proceedings were held in the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  Just what you said yesterday.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

MR. HOCHMAN:  Your Honor, could we get the last five numbers of this particular juror.

THE COURT:  I'm sorry.  Can you give us your badge number, please?

THE PROSPECTIVE JUROR:  28983.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.  Yes.

THE COURT:  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Just that myself, I had a DUI, 1985.  And that a son of mine had one ten years ago.

THE COURT:  Okay.  Do you have any concerns at all about the way your case or your son's case was handled?

THE PROSPECTIVE JUROR:  No.  Not at all.

THE COURT:  And any doubt in your mind that you

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

can be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  I have no doubt.

THE COURT:  Okay.  All right.  Any additional questions?

MR. HOCHMAN:  Your Honor, just brief follow-ups on which law enforcement organizations were the ones involved and whether or not there was any time spent in any detention facility.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  Well, my son, when he was convicted of DUI or misdemeanor or whatever they call it, I don't know much about the law so I don't know, he was given 80 hours of community service for not serving jail time.  So a year had passed, and he served none.  So when he went before the judge, the judge just said you are going downtown to the, I think it was called Twin Towers or whatever.  And he was only there for four hours, and they let him go.

THE COURT:  Do you recall what police agency was involved in your DUI?

THE PROSPECTIVE JUROR:  Long Beach.

THE COURT:  And as a result of that DUI, did you spend any time in a facility?

THE PROSPECTIVE JUROR:  No.  No.  I got in an accident so that was kind of a medical thing.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT: Okay. And what about your son, did he actually spend some time in Twin Towers?

THE PROSPECTIVE JUROR: Yeah. He spent four hours.

THE COURT: Did you have any discussions with him about what he saw or heard while he was in there?

THE PROSPECTIVE JUROR: No.

THE COURT: And when was your son's case?

THE PROSPECTIVE JUROR: It was about eight, ten years ago. And he was over 21. So he went down. He dealt with it all. I was just hearing information kind of second hand anyway.

THE COURT: Okay. Anything else?

MR. FOX: From us? No. No questions from the government.

MR. HOCHMAN: No further questions, your Honor.

THE COURT: All right. Sir, you can return to Courtroom 9B, and await some further instructions. And, again, I want to caution you not to discuss this case with your fellow jurors and what we talked about.

Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT: Can you give us your badge number?

THE PROSPECTIVE JUROR: 29436.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Have you, other than what we have talked about yesterday, have you either read or heard anything about this case?

THE PROSPECTIVE JUROR:  Today, I have, sir, over the radio.  And I was just thinking about that --

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  -- this morning.

It is like I heard that it was a mistrial, and Mr -- he is the same as Mr. Lee Baca; right?  Lee?  That he has like Alzheimer's at his age right now.

THE COURT:  And when did you hear that?

THE PROSPECTIVE JUROR:  Late last year.  Late December.  Around that time.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  This one.  Yes, sir.

THE COURT:  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Actually, I do, sir.

THE COURT:  Can you give me the numbers.

THE PROSPECTIVE JUROR:  Yeah.  The first one was related to your question No. 17 if I had heard.  And then the second one is No. 35.

THE COURT:  Okay.  The things that you heard about -- the things that you heard, are you going to have

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

any difficulty putting those aside and deciding this case based solely on the evidence that you hear here in court?

THE PROSPECTIVE JUROR:  Sir, truthfully, the one thing that I am not sure but I feel will weigh on me is like his condition.  If I can give you like some background, sir.  I have family and relations who have struggling with Alzheimer's.  And I was partner to a business for elderly, and my experience there was I pulled out of the business eventually because it is like a personality.  It just weighs on me to see, you know, for me, it is like punishment already.

THE COURT:  So.  It would be difficult for you to put your feelings about people that are suffering from Alzheimer's disease aside?

THE PROSPECTIVE JUROR:  I am not categorically saying yes, sir, but I believe that will have like a determination on how I feel.

THE COURT:  See counsel at sidebar, please.

(From 9:48 to 9:49, the proceedings, Page 222, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in the
presence of the prospective juror:)

THE COURT:  All right.  We are going to excuse you, and you can return to the jury assembly room on the first floor and tell them that you have been excused.

THE PROSPECTIVE JUROR:  Thank you, sir.

THE COURT:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give us the last five digits of your badge number, please.

THE PROSPECTIVE JUROR:  30528.

THE COURT:  Okay.  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  The last 48 hours?  No.  I have too much to do sometimes to watch TV.

THE COURT:  Okay.

MR. HOCHMAN:  Your Honor, can the juror use the microphone?

THE PROSPECTIVE JUROR:  Oh.  I'm sorry.  I have too much to do to watch TV sometimes.

THE COURT:  Have you had a chance to look at the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Do you have any yes responses to any of those questions.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Can you give me those numbers, please.

THE PROSPECTIVE JUROR:  No. 1, I have a nephew. Right now, he is at the Twin Towers.

THE COURT:  Okay.  And do you know what caused him to be held at the Twin Towers?

THE PROSPECTIVE JUROR:  No, I don't.  I don't even know how long he has been there.  We had a couple of deaths in the family last year, and, since then, he has been writing me letters.

THE COURT:  Okay.  Has any of those letters, has he discussed with you in any of the letters the conditions that he is being held at in Twin Towers?

THE PROSPECTIVE JUROR:  No.  He basically wanted me to contact his ex-wife and his son.  He wants to talk to them.  Just gives me condolences basically saying he is sorry he is not with the family and stuff.

THE COURT:  Right.  Can you put that aside and judge this case based solely on the evidence you hear here in court?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR: Well, I don't know why he is in jail right now so I wouldn't have anything really to compare it to. He has been like that most of his life.

THE COURT: Okay.

THE PROSPECTIVE JUROR: No. 2.

THE COURT: Okay. Why don't you tell me about that?

THE PROSPECTIVE JUROR: That is him, my nephew.

THE COURT: He was the victim of a crime?

THE PROSPECTIVE JUROR: No. He wasn't a victim. My daughter, couple of years ago, she was at a party at college, and the guy didn't really attack her but came close to it. She had to talk to attorneys, and she was real secretive. But she let me know that nothing happened. So I don't have the full picture of that incident, but I know it did occur.

THE COURT: Okay. Do you know if the police were called?

THE PROSPECTIVE JUROR: The police were involved. She had something and, you know, to speak with the police and have a test although she said nothing occurred, no incident. Someone was able to stop it from happening.

THE COURT: Right.

THE PROSPECTIVE JUROR: But she still had to go to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the police department.

THE COURT:  Okay.  And where was this?

THE PROSPECTIVE JUROR:  It was in the Valley, I believe, because when she called me I was at work.  And she was upset so she didn't really give me a whole lot of detail, but when she had to go to the police department it was in the Valley.

THE COURT:  Okay.  Do you know what police agency --

THE PROSPECTIVE JUROR:  No, I don't.

THE COURT:  -- was involved.

Do you know why it was your nephew that was at Twin Towers?

THE PROSPECTIVE JUROR:  Do I know why he was at Twin Towers?  The last thing I heard was he told me that he was in a motel room with this young lady.  They got into an argument.  He started walking.  She left, and he started walking down the street after her.  And she saw a police car sitting there, and she told them that he was coming after her.  So they arrested him, with his prior records, they took him, and he has been there ever since.

THE COURT:  Okay.  And when was that?

THE PROSPECTIVE JUROR:  It has got to be maybe the beginning of last year.

THE COURT:  Okay.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Because I was going to school, taking a class at the time.

THE COURT:  And do you know what police agency arrested him?

THE PROSPECTIVE JUROR:  Had to be Los Angeles because it was on Century.  There is a motel that is on Century somewhere between Prairie and Crenshaw.  I don't know.  Between Prairie and going further to Hawthorne.

THE COURT:  But other than that, you don't know if it was LAPD or sheriff's department?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

THE COURT:  Is there anything about his situation cause you to have any concerns about your abilities to be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  Well, my nephew, unfortunately, he has been in and out for most of his young life, and now he is my age almost.  It seems to be that he comes out for a while, and then something happens and he goes back.  He can't seem to stay on the outside. I mean, he comes out and he gets jobs and he makes contact, and, then, that is it.  And then the next thing we know, we are getting a letter or someone else in the family is notifying us that he has been back in jail.

THE COURT:  Okay.  Well, the thing I want to be

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

sure about is that there may be law enforcement officers that are going to be witnesses in this case, and I want to be sure that you are going to be able to judge their testimony the same way you would that of any other witness and that you are not going to hold it against a witness because of the situation that your nephew is involved with.

THE PROSPECTIVE JUROR:  Well, I don't know the details, and I think when he writes letters, he doesn't put any information in there other than I miss you and wish I was with the family and he really wants me to contact his ex-wife and his son.

Other than that, he doesn't put anything in the letters, and I don't, you know, I don't ask.

THE COURT:  So do you think you can be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  I think I can.  I am sitting here in front of you right now saying yes, but --

THE COURT:  Is there any doubt in your mind?

THE PROSPECTIVE JUROR:  I don't really have doubt because I have been on cases before, and, you know, I know what you are expected to do.  I also have answered yes to some more of these.

THE COURT:  Well, let me just ask you one other question.  Can you assess the credibility of a law

enforcement officer the same way you would that of any other witness?

THE PROSPECTIVE JUROR:  Since I have had no problems with law enforcement, I should be able to.

THE COURT:  Well, the question is can you.

THE PROSPECTIVE JUROR:  I think I can.

THE COURT:  Okay.  Is there some -- when you say you think you can, is there some doubt in your mind.

THE PROSPECTIVE JUROR:  Well, I have an aunt that worked for LAPD for 18 years, and I talked to her a lot and she has her opinions.  So it is kind of, but I am a different person.  I am able to judge one thing or another because I have had three kids, and I have had to, you know, judge each one of them individually.  So this is different.  I understand.  So I am thinking I am confident in myself that I could.

THE COURT:  Okay.  So you can commit to both sides in this case that you are going to be fair and impartial?

THE PROSPECTIVE JUROR:  I can commit that.  Yes.

THE COURT:  Okay.  All right.  Let's talk about some of the other questions that you have yes answers to.

THE PROSPECTIVE JUROR:  No. 4, she -- I put yes, but she didn't work in the court system.  So she just worked for the police department so that is different.

THE COURT:  Okay.  And she worked for LAPD?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Parker Center.

THE COURT:  Okay.  And what did she do for them?  Do you know?

THE PROSPECTIVE JUROR:  No details.  I know that she did work there.  She retired from there after putting 18 years in.  We don't really go into detail about work.  We have had a lot of deaths in the family so we talk about that, and so we really talk about other things other than work.  But, no, I don't know the details of actually what she was doing there.  She was not an officer?

THE COURT:  So she was a civilian employee?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Do you have any other yes responses to any of the other questions?

THE PROSPECTIVE JUROR:  Well, I don't know if this applies, but No. 20 I put yes because my sister-in-law, she used to go into the prisons and notarize papers.  And that is all I know about that.

THE COURT:  Do you know what prisons that she would go into?

THE PROSPECTIVE JUROR:  Well, she and my brother live in Fontana so it would be the ones out there.  We didn't say specifically.  You know, she would just go to make extra money.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  Any other yes or affirmative responses to any of the questions?

THE PROSPECTIVE JUROR:  Well, yes.  That is my nephew on 26.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  And No. 36, I believe my aunt would be under this category since she did work for the police department.

THE COURT:  Right.

THE PROSPECTIVE JUROR:  Okay.  And that is it.

THE COURT:  Given the situation with your nephew, are you going to be comfortable if ultimately you were seated as a juror in this case?

THE PROSPECTIVE JUROR:  I don't think it will affect me because he has been in and out so many times, and a lot of the times, I think he should have used better judgment and he didn't.  And I have another nephew that did the same thing.  He went back and forth twice. He has been out successfully now for a whole year.

THE COURT:  Do you know what that nephew was arrested for?

THE PROSPECTIVE JUROR:  No.  My brother and my sister-in-law were not very -- they didn't talk about it very much.  They didn't let us know details.

THE COURT:  Any additional questions?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  Yes, your Honor.  This prospective juror mentioned that she hasn't read or seen anything about this case in the last 48 hours.  I just wonder if anything before the last 48 hours, if she has heard anything about it.

THE PROSPECTIVE JUROR:  Anything before the last 48 hours, before, some time, like some time I will have the TV on or whatever, and I am walking around and I will hear something and I will go, oh, and then I will keep going.  The first time something happened.  I don't have the details.

THE COURT:  Do you recall anything that you heard?  Any of the details?

THE PROSPECTIVE JUROR:  I remember hearing his name, and I said, okay, there was nothing -- I don't remember anything else because I turn the TV on, but I don't sit in front of it.  I am not a news watcher.

It happened to be on, and so I usually take that time to get up and start cooking if I am at home or something like that.  Most of the time, I am not even home to look at the news.  I don't do anything on the Internet or stuff like that.  I have Yahoo mail that comes in to say different things going on, and I had to swipe that because I just don't like putting a whole lot of things in my head that I don't need in my head at that

time.

You know, getting over my mother's loss and my brother in the same year.  So I am, you know, still trying to just take care of things that I need to take care of and that is it.  So sitting down paying attention to really a whole lot of stuff that is going on in the news, I haven't done it yet.  And in the last 48 hours no news at all.  But I do remember that.  I don't remember when, but I do remember hearing about it.

THE COURT:  Okay.  And do you have any recollection about what it is that you heard other than his name?

THE PROSPECTIVE JUROR:  I -- I am so blank.  I don't even know if it was before October or after because that is when my mom passed.  So I really don't know what happened before that or after that as far as news goes. I wasn't really -- I can't tell you when, but I remember that it did, something did occur.  Details?  No.

THE COURT:  Okay.  Anything additional?

MR. HOCHMAN:  Yes, your Honor.  When the juror talked about her aunt working for the Los Angeles Police Department, and she said she talked to her a lot and she said the aunt has her opinions, I am just, if we could inquire generally as to what those opinions are?

THE PROSPECTIVE JUROR:  She has a bad opinion of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

law enforcement as far as details on how people can do plea bargains and stuff like that. And she always puts that in my head. I talk to her basically every day since my mom passed. And she and I trade stories about work, and so that is one thing. Yeah. Can't tell a lot about that. She has an opinion about that.

Not so much as she can control my brain because we are not supposed to discuss it with anyone anyway. So I wouldn't because I wouldn't want to hear somebody else's thoughts in my head at the time. I like to have my own thoughts, but, generally, her and I talk and we talk about little stuff like that.

The reason why she brought that up is I said, oh, Diane, I got to go to jury duty. She says, oh, my goodness, and then she started with her opinion about it. So that is about it.

THE COURT: Okay.

THE PROSPECTIVE JUROR: Other than that, we are just -- she doesn't just constantly beat it in my brain. We do talk about other things, but since I mentioned that to her, she did have an opinion.

THE COURT: When did you mention that to her that you were going for jury duty?

THE PROSPECTIVE JUROR: Well, I got the summons where I had to call in on the 14th, and I had spoke to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

her about that that weekend.  I was like, oh, Diane, that was my vacation week.  And I said, well, I hope they don't call me while I am on vacation.  So then she started -- well, you know, my aunt is a little older, and she has her opinion.

THE COURT:  Are you going to have any difficulty putting aside anything that you and her have talked about in in deciding the facts in this case?

THE PROSPECTIVE JUROR:  So I probably will not have to talk to her about it at all.  I mean, not even mention driving downtown.  We would have to talk about other things, and we have a whole lot of things to talk about other than that.

THE COURT:  Well, my question is can you put aside anything that you and she have talked about about her opinions and decide this case based solely on the evidence that you hear here in court?

THE PROSPECTIVE JUROR:  Yes.  I can probably put aside any conversation that she and I have had because she has her own opinion, and I really don't live that way based on how someone else feels.  It has to be personal for me to have my own opinion.

You asked me about my nephew.  That is personal to me, but I don't know the details.

THE COURT:  Okay.  And you are not going to hold

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

it against either side in this case just because your nephew is incarcerated in Twin Towers?

THE PROSPECTIVE JUROR:  No.  I thought you guys probably wouldn't want me in the case because my nephew is incarcerated in Twin Towers.  I only speak to him, recently, like I said, he has been writing letters of condolence.  Other than that, can't imagine me feeling any way.

THE COURT:  Okay.  So can you put aside --

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  -- the fact that your nephew is in Twin Towers and be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  I believe I can.

THE COURT:  Okay.  Is there any doubt in your mind?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Anything additional?

MR. FOX:  Not from the government, your Honor.

MR. HOCHMAN:  Just very briefly, your Honor.

Again, I am trying to go back into what the aunt's opinions are.

THE COURT:  What is the question.

MR. HOCHMAN:  The question is when you say that she has bad opinions about people who can do plea

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

bargains, what generally does that mean?

THE PROSPECTIVE JUROR:  Well, without going in detail word for word of what she spoke about because it was a personal conversation, I am just being honest.  She just has her opinions of while she was working there how things happened and, for instance, people who did something, criminal acts, who go into the jails and then somehow they are able to get a shorter time or something for very serious acts and end up back out on the street and do the same thing all over again.  She has a problem with that.

MR. HOCHMAN:  Thank you, your Honor.

THE COURT:  Okay.  Let me see both counsel at sidebar.

(From 10:11 to 10:13, the proceedings, Page 238, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  All right.  You can return to courtroom 9B.  And await further instructions, and please don't discuss what we have talked about in here or discuss the case with your fellow jurors.

THE COURT:  All right.  We are going to take a 15 minute break -- all right.  Why don't we go for another ten minutes and then take a break.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  If you can give us your badge number, please.

THE PROSPECTIVE JUROR:  31070.

THE COURT:  Have you heard or read anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  I have.

THE COURT:  And do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  I do not.

THE COURT:  Okay.  Thank you very much.  You can return to Courtroom 9B and await further instructions,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

and, again, I want to caution you not to discuss this case with your fellow jurors.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give us the last five digits of your badge number, please.

THE PROSPECTIVE JUROR:  31591.

THE COURT:  Have you either read or heard anything about this case including within the last 48 hours.

THE PROSPECTIVE JUROR:  Not in the last 48 hours, but I think I might have heard something on the radio a little while ago.

THE COURT:  Okay.  We will get to that.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  This thing?

THE COURT:  Uh-huh.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Do you have any yes responses to any of those questions?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  A couple.

THE COURT:  Okay.  Can you give me those numbers, please.

THE PROSPECTIVE JUROR:  Sure.  No. 2, No. 8 and 9.

THE COURT:  I'm sorry?

THE PROSPECTIVE JUROR:  2, 8 and 9.

THE COURT:  All right.  Let's talk about No. 2.

THE PROSPECTIVE JUROR:  Okay.  Just been a victim of a car theft.  That is about it.

THE COURT:  Were the police called?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And which police agency responded?

THE PROSPECTIVE JUROR:  Let's see.  One was in Temecula, and, then, one was in Los Angeles County.

THE PROSPECTIVE JUROR:  Okay.  And in Los Angeles County, do you recall which agency responded?

THE PROSPECTIVE JUROR:  I don't remember.  It was just stolen navigation from the car.

THE COURT:  Okay.  When was that?

THE PROSPECTIVE JUROR:  That was a couple of years ago.

THE COURT:  Okay.  And what about question 8?

THE PROSPECTIVE JUROR:  8, well, I would have difficulty applying the same credibility just because because I was raised to trust the police.  Same answer

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

for No. 9, actually.

THE COURT:  So you would have some difficulty returning a verdict either for or against.

THE PROSPECTIVE JUROR:  For or against.  It might go either way.  I might be a little bit more hurt physically like if I thought that they had committed such a crime, or I might be more inclined to believe that they didn't because they are trained not to do so.

THE COURT:  Okay.  And with respect to question 8?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  You might give a law enforcement officer the benefit of the doubt as opposed to a witness who is not a law enforcement officer?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  I am going to excuse you.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  And you can return to the jury assembly room on the first floor.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  All right.  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Can you give us the last five digits

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

of your badge number?

THE PROSPECTIVE JUROR:  Yes.  I am 37215.

THE COURT:  And have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  Not within the last 48 hours.  I actually did hear, about two weeks ago on the radio when I was driving home, I heard a little bit about the case.  But I haven't really been following it.

THE COURT:  Okay.  We will come back to that.

Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  This one?  Yeah.  I filled it out.

THE COURT:  Okay.  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Yes.  I have three yes responses.

THE COURT:  Okay.  Can you give me those numbers, please?

THE PROSPECTIVE JUROR:  It was No. 2, No. 11, No. 17.

THE COURT:  Why don't we start with No. 2?

THE PROSPECTIVE JUROR:  Yeah.  That was it.  Okay.

THE COURT:  Have you or a member of your family

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

been the victim of a crime?

THE PROSPECTIVE JUROR:  Yeah.  The one thing is about five years ago our home was burglarized, and my wife walked in on the burglary.

THE COURT:  Okay.  And were the police called.

THE PROSPECTIVE JUROR:  Yes.  She called the police.  I was at work.

THE COURT:  And what police agency responded?

THE PROSPECTIVE JUROR:  It was -- it is LA County Sheriff because we are in Crescenta Valley so it is under the sheriff's department.

THE COURT:  Okay.  Did you have any concerns about the way that situation was handled by the police?

THE PROSPECTIVE JUROR:  No.  I wasn't actually present, but from what I heard from my wife, they were very responsive.  There were there in a couple of minutes, and, you know, kind of scoped the place out, and checked the backyard and made sure there was -- there were no other burglars remaining.  So from what I could tell she was happy with the response.  Yeah.

THE COURT:  Okay.  And do you have any concerns about your ability to be fair and impartial to both sides as a result of that incident?

THE PROSPECTIVE JUROR:  No.  No concerns.

THE COURT:  Okay.  And what about question 11?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Okay.  I said yes because there were a couple of years that I donated a small amount to the LA County Sheriff's group in our neighborhood.

THE COURT:  Okay.

THE COURT:  Can you put that aside, the fact that you made that donation and judge this case based just on the evidence you hear here in court?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And question 17.

THE PROSPECTIVE JUROR:  Right.  So that was the -- I mean, I am vaguely familiar with -- I have heard in the news about the charges, and so I said yes because most recently, like I said, it was probably two weeks ago, in the car driving home, I had heard some details about the case relating to Mr. Baca's Alzheimer's.  And it just kind of stuck in my mind.  I thought I heard that they weren't going to admit that as evidence, and I didn't think much more about it.  It is just something I heard.

THE COURT:  Okay.  Can you put aside whatever it is that you might have heard on the radio and decide this case based just on the evidence you hear here in court?

THE PROSPECTIVE JUROR:  Yes.  I mean, I don't -- like I said, I don't really know a whole lot about the case.  Yes, I could do that.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Is there any doubt in your mind?

THE PROSPECTIVE JUROR:  No.  No doubt.

THE COURT:  And you understand that what you heard on the radio may be entirely different from what actually transpires here in court?

THE PROSPECTIVE JUROR:  Yes.  Yes.

THE COURT:  And whatever you heard on the radio, you feel comfortable that you are going to be able to set that aside and judge the guilt or innocence of this defendant based just on what you hear here in court.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You were instructed by the court not to discuss anything that you had heard on the radio with your fellow jurors.  Would you have any difficulty following that instruction?

THE PROSPECTIVE JUROR:  No.  I could follow that.

THE COURT:  All right.  May I see counsel at sidebar.

(From 10:25 to 10:28, the proceedings, Pages 247 to 248, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Sir, if it doesn't come out at trial that the defendant has some impairment like Alzheimer's, are you going to be able to disregard what you heard on the radio?

THE PROSPECTIVE JUROR:  Yeah.  I think I can just separate it out what is presented in trial from what I heard in the past.  I don't -- like I said before, I haven't really followed this that closely so I think I could do that.

THE COURT:  Okay.  In other words, you could approach your service as a juror with a clean slate and not rely on what you may or may not have heard on the radio?

THE PROSPECTIVE JUROR:  Yeah.  I think I can separate those out.  Yes.

(From 10:29 to 10:32, the proceedings, Pages 250 to 251, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  If the government proves its case beyond a reasonable doubt, would you have any difficulty returning a verdict of guilty if a defendant even if that defendant is suffering from Alzheimer's?

THE PROSPECTIVE JUROR:  So I assume that means that it could be proven that whatever culpability is there happened before the the Alzheimer's or when they were clear minded.

THE COURT:  Well, let's just say that there are certain elements that constitute a crime and the government was able to successfully prove each of those elements that make up that crime, could you put aside the fact that the defendant is suffering from mental impairment like Alzheimer's and return a verdict of guilty if the government proves its case beyond a reasonable doubt?

THE PROSPECTIVE JUROR:  Yeah.  I think so.  But I am just trying to understand that -- I mean, you said the assumption is that the disability didn't come into play in the -- I mean in the government's proof of the wrongdoing, that the disability was not a factor in that, then, yes, I definitely would not have a problem with a guilty verdict in that case.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I guess it is kind of complicated because if someone is mentally incapacitated when they commit a crime, it is a little bit different; right?

THE COURT:  Sure.  And in some situations, you might -- there may be instructions that you would get that would say you could take that into account in determining the mental state of a defendant.  There may be occasions where you might receive an instruction that says if the government has proven A, B and C, you can find the defendant guilty even though there may -- I guess what we are really asking you is can you put aside if you heard that there was Alzheimer's but Alzheimer's really didn't apply in this case, can you nevertheless return a guilty verdict if the government has satisfied its burden --

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  -- proving each and every element of the offense.

THE PROSPECTIVE JUROR:  Yes.  I understand.

THE COURT:  Okay.

(From 10:36 to 10:36, the proceedings, Page 254, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Okay.  We are going to have you return to Courtroom 9B to await further instructions, and please do not discuss this case with your fellow jurors and do not discuss anything that we have talked about with your fellow jurors.  Thank you

THE PROSPECTIVE JUROR:  Thanks.

(Court and clerk confer.)

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  All right.  Could you give us the last five digits of your badge number, please?

THE PROSPECTIVE JUROR:  37490.

THE COURT:  Have you either heard or read anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes.  Yes, I have.

THE COURT:  And do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And can you give me the numbers, please.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  13, 14, 21, 23 and that is it.

THE COURT:  Okay.  Why don't we start with No. 13.

THE PROSPECTIVE JUROR:  I have just had a couple of unpleasant experiences with police departments before, but nothing that would hinder me to be a juror.

THE COURT:  Okay.  You think you can put aside those incidents and judge this case?

THE PROSPECTIVE JUROR:  Oh, yeah.  Yes.

THE COURT:  And what police departments were those?

THE PROSPECTIVE JUROR:  Redondo Beach Police Department.

THE COURT:  Okay.  And when was that?

THE PROSPECTIVE JUROR:  Oh.  This was about seven or eight years ago.

THE COURT:  And do you recall what happened?

THE PROSPECTIVE JUROR:  Yeah.  I mean, me and my buddies were outside my house.  He had a bottle of beer.  He was actually a neighbor, but he was on duty.  So I put the bottle down, and then he came out immediately with his gun drawn, had us get on the ground, all this stuff, and then he actually picked up the bottle and knocked the bottle over in front of us.  But then he let us go back to my house.  But that was kind of an interesting

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

experience.

THE COURT:  Okay.  And what about question 14?

THE PROSPECTIVE JUROR:  All it is is I am against the death penalty.

THE COURT:  Okay.  And what about question 21?

THE PROSPECTIVE JUROR:  Actually, I work as a shop steward and an organizer for Local 11.  It is a union.  And I have actually worked in Las Vegas, Nevada, for the democratic campaign with AFL-CIO and ACLU.

THE COURT:  Okay.  Anything about that experience that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.  I mean, you know, it was a political campaign.  It was very interesting to say the least.  There was a lot of things that happened.

THE COURT:  Okay.  There may be witnesses who may be affiliated with the ACLU.  Can you judge their credibility the same way you would that of any other witness?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And question 23?

THE PROSPECTIVE JUROR:  Oh.  Just working with the union.  We do things like prison reform.  We do things like that.  Work with people outside.  Just doing union work for stuff.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  Anything about that experience that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.  But I mean, I believe there should be prison reform, absolutely.

THE COURT:  Any additional questions?

MR. HOCHMAN:  Yes, your Honor.  In question 13, the juror talked about unpleasant experiences, plural.  I didn't know if there was one more beyond the one that he had talked about.

THE PROSPECTIVE JUROR:  Well, I got a DUI once back when I was 25.  That was six years ago.  That was unpleasant.

THE COURT:  What police agency was that?

THE PROSPECTIVE JUROR:  That was LAPD.

THE COURT:  Okay.

THE COURT:  Anything about that experience that caused you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Do you have any complaints about the way that DUI was handled?

THE PROSPECTIVE JUROR:  No.  No.  I would say no.

THE COURT:  There may be law enforcement officers or agents who may be witnesses in this case.  Are you

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

going to be able to judge their credibility the same way

you would that of any other witness?

THE PROSPECTIVE JUROR:  Yes.

MR. HOCHMAN:  Your Honor, the -- on question 23,

the juror talked about prison reform.  I didn't know that

it addressed any type of issues dealing with inmate abuse

by deputies or police or issues of that nature.

THE PROSPECTIVE JUROR: Yeah.  I mean, yeah.

There is multiple things with prison reform that we

worked with, but, yeah, that has been one thing.

THE COURT:  And what kinds of things would you

like to see in prison reform?

THE PROSPECTIVE JUROR:  Cells, like I mean there

is -- not all prisons are one and the same, but there has

been things where living conditions are very under par,

things like that.

THE COURT:  Anything else?

MR. HOCHMAN:  Just the follow-up on with that on

whether or not the prison reform concerns the Los Angeles

County jails, men's central county jail or Twin Towers,

your Honor.

THE PROSPECTIVE JUROR:  I mean I have heard

stories about Twin Towers, but I have never worked

directly on anything like that.

THE COURT:  Can you put aside anything you may

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

have heard about Twin Towers men's central jail --

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  -- and decide this case solely based on the evidence that you hear in court?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Anything else?

MR. FOX:  Not from the government, your Honor.

MR. HOCHMAN:  Just one quick follow-up on question 21.  The campaign that the juror worked on, was that the most recent 2016 campaign?

THE PROSPECTIVE JUROR:  No.  It was 2016.  We worked with the culinary union.  We worked with AFL-CIO, ACLU, and our own union which is an international union.

THE COURT:  Okay.  Thank you very much.  You can return to the jury assembly room.  I'm sorry.  You can return to Courtroom 9B.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  And await further instructions.  And please don't discuss this case with your fellow jurors, and don't discuss what we have talked about.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  Thank you.

THE COURT:  All right.  See counsel at sidebar.

(From 10:44 to 10:55, the proceedings, Pages 261 to 266, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(Recess from 10:55 to 11:15 a.m.)

(The following proceedings were held in open court outside the presence of the prospective jurors:)

THE COURT:  All right.  I believe there was some difficulty in identifying who this person was, and I think some further attempts are being made now which we will know about shortly.  If we are able to figure out who that was, then we will go ahead and resolve that issue, and, if not, we will go ahead and resume with talking to jurors.

Let me see both counsel at sidebar.

(From 11:15 to 11:25, the proceedings, Pages 268 to 273, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective jurors:)

THE COURT:  Could you tell us the last five digits of your badge number?

THE PROSPECTIVE JUROR:  It is 20269.

THE COURT:  Have you had any discussions within the last 48 hours with any of your fellow jurors about this case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  Not within the last 48 hours.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes, I have.

THE COURT:  Do you have any yes responses to those questions?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  If you could give me those numbers.

THE PROSPECTIVE JUROR:  I think I did 15 and No. 17.

THE COURT:  Let's talk about 15.  Can you tell me why you answered that?

THE PROSPECTIVE JUROR:  I think because there is a

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

lot of exposure for citizens about things been happening last year or so about police using excessive power or authority.  So there was a lot of shootings that we are aware of, and there was a lot of movement throughout the country where a lot of people are protesting or they are involved in peaceful protests where -- so I have like mixed feelings about all these things going on.

THE COURT:  Would you have difficulty putting aside the feelings you have about police misconduct or police abuse in deciding the facts in this case?

THE PROSPECTIVE JUROR:  I would say I could do my best to be, you know, fair and not be judgmental, but, yeah, I have to say I am just not unsure of, yeah, of myself being able to do that.

THE COURT:  Okay.  So you would have difficulty putting aside what you have heard about abuse --

THE PROSPECTIVE JUROR:  Uh-huh.  Yes.

THE COURT:  -- and police misconduct?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  We are going to excuse you.  You can return to the jury assembly room on the first floor.

THE PROSPECTIVE JUROR:  First floor.  Okay.

THE COURT:  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Can you give us the last five digits of your badge number?

THE PROSPECTIVE JUROR:  32391.

THE COURT:  Other than what you told us about earlier, have you had any conversations, overheard any conversations with jurors discussing this case?  Other than what we have talked about earlier.

THE PROSPECTIVE JUROR:  Right.  No.  No.

THE COURT:  Have you either read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  What we were given yesterday?  Yes.  I have completed it.

THE COURT:  Okay.  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Yes, I do.

THE COURT:  Can you give me those numbers, please.

THE PROSPECTIVE JUROR:  No. 1, No. 2, No. 4, and that is all.

THE COURT:  Okay.  Why don't we talk about No. 1 first.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  That is -- I have a brother, an older brother what was in prison.

THE COURT:  Okay.  And do you know what he was in prison for?

THE PROSPECTIVE JUROR:  Yes.  He is actually still in prison, and he was charged with murder.  He is in prison in Florida.

THE COURT:  Do you have any concerns about the way his case was handled?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  And what about No. 2?

THE PROSPECTIVE JUROR:  No. 2, yes.  I put down yes.  Auto and home robbery.  You know, we had our car broken into maybe about a year ago, and I just filed a report just so the community would know.  And, then, maybe 20 years ago, we had a home robbery.

THE COURT:  Any of those incidents that cause you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  And what about No. 4?

THE PROSPECTIVE JUROR:  Yes.  I had worked as a probation clerk for the U.S. District Court, federal probation in San Juan, Puerto Rico for one year.

THE COURT:  Okay.  Were you acting as a probation

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

officer?

THE PROSPECTIVE JUROR:  No.  I was a clerk.  So I assisted three probation officers.

THE COURT:  Okay.  Anything about that experience that would cause you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Now, the discussion that you have heard either yesterday or today, do you have -- would you have any difficulty putting that aside in judging this case based solely on the evidence that you hear here in court?

THE PROSPECTIVE JUROR:  No.  No problem.

THE COURT:  Any additional questions?

MR. HOCHMAN:  No, your Honor.

MR. FOX:  Your Honor, the only question that we have is the prospective juror mentioned that she worked in the U.S. Probation Department, and I just wanted to know how many years ago that was.

THE PROSPECTIVE JUROR:  That was from 1997 to '98.

THE COURT:  Okay.  Thank you.  You can return to Courtroom 9B.

THE PROSPECTIVE JUROR:  Can I just say one comment?

THE COURT:  Sure.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  And this is addressing both parties.  I believe very much in our justice system. I was raised consistently with integrity as a word that always came up in my household.  And I am not here begrudgingly.  Of course, I wouldn't choose to be here necessarily, but I feel that it is important as citizens that we observe and participate in the system that as your Honor had mentioned our forefathers founded.  So I just kind of wanted to make note of that.  That is all.

THE COURT:  All right.  Thank you.

THE PROSPECTIVE JUROR:  Okay.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Can you give us the last five digits of your badge number?

THE PROSPECTIVE JUROR:  32647.

THE COURT:  And have you had any discussions with any of the jurors or overheard any of the jurors discussing this case?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Have you read or heard anything about this case including within the last 48 hours?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Have you had a chance to look at the criminal case questionnaire?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Just when I figured it out yesterday.

THE COURT:  Okay.  Did you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Yes, I did.

THE COURT:  Okay.  Can you give me those numbers?

THE PROSPECTIVE JUROR:  Question 1, question 2, question 20, 26, 33, and I wrote some responses so probably that was 11 and 12.

THE COURT:  Okay.  Okay.  Why don't we start with No. 1.

THE PROSPECTIVE JUROR:  Yes, sir.  No. 1, I have had all kinds of relatives prosecuted, convicted.  I have gang members.

THE COURT:  Okay.  Are these close relatives or people you are close to?

THE PROSPECTIVE JUROR:  My brother, he went in for just like 15 years ago right here in LA, Beverly Hills.  Went to county.  There was a driving thing where they took his license away from him.

THE COURT:  This was about 15 years ago?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Was he detained over in the county jail?

THE PROSPECTIVE JUROR:  Yes, he was until I picked

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

him up.

THE COURT:  How long was he in there?

THE PROSPECTIVE JUROR:  Two days.

THE COURT:  Okay.  And you and he have any discussions about his detention in the county jail?

THE PROSPECTIVE JUROR:  Yes.  At length.

THE COURT:  Okay.  Did he talk to you about the conditions in the county jail or anything that he saw that was going on over there?

THE PROSPECTIVE JUROR:  Unfortunately, my brother had an accident when he was young so he is a little slow, but not really dysfunctional.  So when he got out of county jail, the inmates there gave him a candy, and he thought, oh, they were nice in there to him.  And that was the discussion that I was trying to tell him, no, they are not nice to you.

THE COURT:  Okay.  Any -- you had relatives that were incarcerated, do you have any concerns about your ability to be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  No, I don't.

THE COURT:  And you can put that, those incidents aside and be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  I believe I can.  Yes.

THE COURT:  Any doubt in your mind?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  No.

THE COURT:  And what about question 2?

THE PROSPECTIVE JUROR:  Yes.  My wife, my now wife.  I was married before, divorced.  When I met her, she had disclosed to me that she was attacked in her house by a male gentleman.  Went to court.  He went to jail.

THE COURT:  Do you have any concerns about the way her case was handled?

THE PROSPECTIVE JUROR:  No.  Not the way she told me.  I never -- I never even got deep into it.

THE COURT:  Okay.  And what about question 11?

THE PROSPECTIVE JUROR:  Well, the way the question read to me was, you know, did I pay foundations or anything, and, no, I just bought tickets for policeman's balls in the neighborhood.  You know, they would call and say, hey, selling ball tickets because I was part of law enforcement.  So I would just buy a ticket.

THE COURT:  Okay.  And what about question 12?

THE PROSPECTIVE JUROR:  Yes.  Ride alongs.  Yes. My daughter she was in the DARE program so she went on ride alongs all the time.

THE COURT:  Okay.  That was with LAPD?

THE PROSPECTIVE JUROR:  No.  No.  This was all up north.  I lived up north.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  And where do you live?

THE PROSPECTIVE JUROR:  I live in Santa Maria right now.

THE COURT:  And what about question 20?

THE PROSPECTIVE JUROR:  Yes.  I am a retired correctional peace officer.

THE COURT:  And what facility?  Did you work in a particular facility?

THE PROSPECTIVE JUROR:  Yes.  CMC, California Men's Colony, San Luis Obispo.

THE COURT:  How long did you do that?

THE PROSPECTIVE JUROR:  I did 29 years.

THE COURT:  Okay.  And question 26?  I think this was asking whether or not there is anybody who has been detained in the LA county jail.

THE PROSPECTIVE JUROR:  Yes.  And that was my brother.

THE COURT:  And 33?

THE PROSPECTIVE JUROR:  Oh.  Yes.  It is because everybody, what I have learned in my 29 years is, yes, no matter what, there are civil rights that -- I worked in the mental unit at CMC.  So even though, there is two rules of thought where I worked is because you have the mental health status which is one set of rights, civil rights, and, then, of course, his being

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

incarcerated and what he has.  So, of course, so I learned, and I know that there is.  So that is why I said yes.

THE COURT:  Okay.  Any other yes or affirmative answers to any of the questions?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Your response to 33.  So do you believe that people who are incarcerated have civil rights?

THE PROSPECTIVE JUROR:  Well, they do.  They have.

THE COURT:  Did you work at any other facilities?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Okay.  Any additional questions?

MR. FOX:  Not from the government, your Honor.

MR. HOCHMAN:  No further questions, your Honor.

THE COURT:  All right.  Sir, you can return to Courtroom 9B and await further instructions, and please don't discuss this case with any of your fellow jurors or have any discussions about what we talked about.  Thank you very much.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Can you give us the last five digits of your badge number, please.

THE PROSPECTIVE JUROR:  34612.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  Have you had any discussions with your -- with any of the fellow jurors about this case?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Have you either read or heard anything about this case within the last, well, including the last 48 hours?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Have you had a chance to look at the criminal case questionnaire?

THE PROSPECTIVE JUROR:  Yes, I have.

THE COURT:  Do you have any yes responses to any of those questions?

THE PROSPECTIVE JUROR:  Yes, I do.

THE COURT:  Can you give me the numbers, please.

THE PROSPECTIVE JUROR:  No. 1, No. 2, No. 10, No. 17.  Wait a minute.  Hold on.  No.  Not 17.  That was a question mark.  No. 20, No. 26 and No. 36.

THE COURT:  Why don't we start with No. 1.

THE PROSPECTIVE JUROR:  Okay.  I haven't read it since yesterday.

THE COURT:  Okay.  Take your time.

THE PROSPECTIVE JUROR:  Yes, I have had family members that have been either arrested or convicted. That includes my sons, two of my sons, my husband, and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

family members, other family members.

THE COURT:  Okay.  With regard to your sons, what were they convicted of?

THE PROSPECTIVE JUROR:  I don't know the actual charges, but the one was right after 9/11.  He had fireworks, and he threw them out of his car.  He was only 19.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  The other one, he was about 20, 19 or 20, he took some planters from a house in the front of the house in Upland.  Why, don't ask me.

THE COURT:  And did the Upland police, were they involved in that?

THE PROSPECTIVE JUROR:  Upland police was on that one, and Ontario police was with the fireworks.

THE COURT:  Okay.  Anything about the way either of those cases were handled that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.  I told them to keep them.

THE COURT:  Okay.  What about your husband.

THE PROSPECTIVE JUROR:  My husband, he was arrested -- we have only been married eight years, but this happened like maybe 20 years ago.  I don't know.  I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

kind of know it was a federal charge.

THE COURT:  Okay.  Do you know any of the details?

THE PROSPECTIVE JUROR:  It had to do when he was working, I think he said Magnavox back in, like I said, sometime in the either late '80's, early '90's, and he was working I believe in like procurement or I am not exactly sure.  But this is what I just remembered.  And what happened is that there was some not-so-nice things going on in that area, and when he went to visit his mother and came back, they arrested him for something that had to do with missing procurement or monies.  There was a lot.  And so as far as I know, they pinned it on him.

THE COURT:  Okay.  Do you have any concerns about the way his case was handled?

THE PROSPECTIVE JUROR:  No.  Because I wasn't there so I don't know the whole extent of it, and as far as I am concerned, it is past.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  I just worry about how he treats me now and in the future.

THE COURT:  Can you put aside the way his case was handled and be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  Yes, I think I can.  I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

believe so.

THE COURT:  Any doubt in your mind?

THE PROSPECTIVE JUROR:  No.  I don't think so. You know, my previous job, we had to kind of put the way we feel, but deal with policies and procedures and stuff.

THE COURT:  Okay.  When you -- I thought you said that they ended up pinning it on him?

THE PROSPECTIVE JUROR:  Uh-huh.  That is what he told me.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  He did serve his time though.

THE COURT:  Okay.  What I want to make sure, there may be law enforcement agents who may be witnesses in this case.

THE PROSPECTIVE JUROR:  Right.

THE COURT:  Are you going to hold it against them as a result of what happened to your husband?

THE PROSPECTIVE JUROR:  No.

THE COURT:  And you think you can be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  I believe so.  Just to let you know, I have family members that are in law enforcement also.

THE COURT:  Okay.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  You have had other relatives that have been incarcerated?

THE PROSPECTIVE JUROR:  Yes.  My ex in-laws.  That is about it.  Mostly it has been arrests, DUI's.  The only one at the higher level was federal is my current husband right now.

THE COURT:  Okay.  And when was that incident involving your current husband?

THE PROSPECTIVE JUROR:  Like I said, back in the late '80's, early '90's, and I have only known my husband since 2003, September of 2003.

THE COURT:  Okay.  What about question 2?

THE PROSPECTIVE JUROR:  Yes.  I have had a cousin that was raped in the Rancho Cucamonga area.

I have also been a part of a robbery where I was in a store.  I have been that one.  See what else.  Mostly break-ins, things like that.  But the main one was my cousin that was raped.

THE COURT:  Okay.  Do you have any concerns about her case or any of these other incidents that would cause you to have concerns about your ability to be fair and impartial to both sides in this case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  And question 10.

THE PROSPECTIVE JUROR:  I have -- well, currently,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I have one sister that is a correctional officer at the Chino men's prison.  I have two sisters that are retired from, as a parole agent with the state.  They did that for over 27 years.  I have a nephew that works at the jail center, Los Angeles County Jail.  Let me see.  I have one friend that is retired from sheriff's department also.

THE COURT:  What sheriff's department.

THE PROSPECTIVE JUROR:  I think it was Montebello he worked in, but he is retired.

THE COURT:  You -- you had a nephew that works at the Los Angeles County Jail?

THE PROSPECTIVE JUROR:  Correct.

THE COURT:  Is that nephew a sworn deputy or somebody?

THE PROSPECTIVE JUROR:  A sworn deputy, I believe.

THE COURT:  And how long has that nephew worked at the jails?

THE PROSPECTIVE JUROR:  I would say a good eight to ten years.

THE COURT:  Okay.  Have you ever had any discussions with your nephew about the Los Angeles county jails?

THE PROSPECTIVE JUROR:  No. I just ask him how is it going.  He goes same old and same old.  I say, yeah, I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

get them when they come out.

THE COURT:  There may be deputy sheriffs who may be witnesses in this case.  Are you going to be able to put aside the relationship you have with your nephew and judge their credibility the same which you would that of any other witness?

THE PROSPECTIVE JUROR:  I believe so.

THE COURT:  And what about question -- does question 20 relate to your nephew?

THE PROSPECTIVE JUROR:  Let me see.  Yes.  And including my -- one of my sisters that was working with was retired from the parole agent.  She also, currently, I wasn't sure if it was prison reform, but I know she did training and was studying for criminal law too.

THE COURT:  You also had a friend that retired from the sheriff's department?

THE PROSPECTIVE JUROR:  Correct.

THE COURT:  And, I'm sorry, that wasn't the Los Angeles County Sheriffs?

THE PROSPECTIVE JUROR:  Yes, it was.

THE COURT:  It was?

THE PROSPECTIVE JUROR:  Yeah.

THE COURT:  Do you know what they did?

THE PROSPECTIVE JUROR:  No.  We really didn't talk about it.  He is just, you know, a good friend, an

acquaintance.

THE COURT:  Okay.  What about question 26?

THE PROSPECTIVE JUROR:  Yes.  I believe -- let me see, family or friends.  Mostly friends.  DUI's.  And my stepson also.  Those were mostly outstanding warrants and things like that.

THE COURT:  Okay.  Ever had any discussions with them about time they were detained in the county jails?

THE PROSPECTIVE JUROR:  No.  Not really.

THE COURT:  And what about question 26?

THE PROSPECTIVE JUROR:  Yes.  I have had my sisters doing the enforcement training, things like that and mostly at the state level, and, yeah.

THE COURT:  Would you have any difficulty being a fair and impartial juror in this case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Any additional questions?

THE PROSPECTIVE JUROR:  Going back to No. 17, I haven't read it completely.

THE COURT:  All right.

THE PROSPECTIVE JUROR:  Just to let you know, on No. 17, I have read or heard in the news in the past but not within the last 48 hours.  I just wanted to make that clear.

THE COURT:  And what have you read or heard in the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

past?

THE PROSPECTIVE JUROR:  Just about the deadlock from the last one and whatever has been on the news.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  Like everybody else, don't really go into details about that.

THE COURT:  Okay.  Are you going to be able to put aside what you heard that there was a deadlock and decide this case based on the evidence that you hear here in this courtroom?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And you understand that that was another trial.  This is going to be a new trial.  There may be additional evidence, new charges or counts.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Anything additional?

MR. FOX:  Yes, your Honor.  I actually have a couple related to this prospective juror's husband's previous conviction if she is aware of it.  She mentioned that they pinned it on him.  And I didn't know if that was the employer that pinned it on him, the employees or if it was law enforcement that pinned it on him.

THE PROSPECTIVE JUROR:  Okay.  Trying to think of the conversation.  I think it was fellow employees.

MR. FOX:  Okay.  And the federal agency that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

investigated that incident if she is aware?

THE PROSPECTIVE JUROR:  Oh.  Which federal?  Oh. I have no idea.  At home I will probably find the documents, but I don't know right offhand.

MR. FOX:  And, your Honor, I believe this prospective juror said that she was in a store when it was robbed or she was robbed at a store, and I didn't know if that was a personal robbery.

THE PROSPECTIVE JUROR:  That was personal.

MR. FOX:  If we could hear some of the circumstances of that, your Honor.

THE PROSPECTIVE JUROR:  Okay.  I walked into the store back in the '80's where it is a little market around the corner from our house.  I was buying some eggs and went in the back of the store, and an individual or two individuals walked in with nylons over their face and those wind breaker jackets and shot a shot gun in the roof of the store which scatters everything.  Told us all to get down.

MR. FOX:  And, your Honor, about the deadlock, just some follow-up questions about what she has heard about the deadlock.

THE PROSPECTIVE JUROR:  I just found out that in the -- you know, that it came to the deadlock so they were like going to go to another trial, and, basically,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

that was it.

THE COURT:  Okay.

THE COURT:  Anything else that you have read about the case that you recall?

THE PROSPECTIVE JUROR:  No. I really don't read too much.  I mostly listen to the TV at night, and if it interests me fine; if not, I don't.

THE COURT:  Okay.  Do you recall hearing anything more specific?

THE PROSPECTIVE JUROR:  If I did, I don't remember.

MR. FOX:  Your Honor, I believe there is a question on the form about use of informants, and there may be evidence that the informant used in this case did commit a robbery or robberies.  And I just want to know, given this prospective juror's experience, if that would influence her.

THE PROSPECTIVE JUROR:  No.  I don't think so.  I don't think so.

THE COURT:  Okay.

MR. HOCHMAN:  May I have a moment, your Honor?

THE COURT:  Yes.

(Counsel and defendant confer.)

MR. HOCHMAN:  No questions.

THE PROSPECTIVE JUROR:  Okay.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Anything else?

MR. FOX:  I don't think so, your Honor.

THE COURT:  Okay.  You can return to Courtroom 9B.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  And await further instructions, and, again, I will caution you not to discuss this case with your fellow jurors.

THE PROSPECTIVE JUROR:  Can I just say one thing?  It is hot down there.

THE COURT:  Yes, it is.

THE PROSPECTIVE JUROR:  I was there around the corner.  It was so much cooler.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  And please don't discuss with your fellow jurors anything that we have talked about.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.  It is about -- it is the noon hour so I am going to excuse the jurors next door, go to lunch, come back at 1:30.

If you want, I can give them a further admonition.  It is up to you.

MR. HOCHMAN:  Given what we have seen already, your Honor, I appreciate a further admonition.

Okay.  If that is all you are going to be doing, your Honor, unless the government wants to be

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

there, I don't believe we need to be there.

MR. FOX:  If the defendant is waiving his right to be there, then we don't need to be there either.

THE COURT:  Okay.  All right.  And we are going to -- we will resume at 1:30.

MR. FOX:  Your Honor, we are at 20 over here.  My count was different than my colleague's count.  So I am probably the one that is wrong.

MR. HOCHMAN:  I have 23, your Honor.

THE COURT:  I think that is about right.

Okay.  If there is nothing else, we will see everybody at 1:30.

(The following proceedings were held in the presence of the prospective jurors in Courtroom 9B:)

THE COURT:  All right.  Ladies and gentlemen, we are going to take our break for lunch.  We are going to be on a break until 1:30.

Again, I want to remind you you are not to discuss this case with anyone including your fellow jurors, members of your family, people involved in the trial, and do not permit others to discuss the case with you.

Don't do any research.  Don't read any news stories or articles or listen to any radio or television

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

reports about the case or about anyone who has anything to do with it.  Don't consult any dictionaries.  Don't search the Internet or use any other reference materials.  Don't attempt to google about the case.  And do not make any investigation about the case on your own.

If you need to communicate with me, simply give a note to the clerk.

I suspect that we will finish with this phase probably sometime this afternoon assuming we don't have any additional set backs.  So please don't discuss this case.  Please don't go onto your phones and try to learn about the case or google it.

The way that I think this is going to work is that we are going to -- we will get a certain number of jurors at some point, and I think that will be this afternoon.  And then the ones that haven't been selected, they will be excused and the others will stay on for some additional period of time.  And I suspect that the jury, the entire process will be concluded sometime tomorrow morning.

Okay.  So all right.  Thank you very much.  Have a nice lunch.  We will see you at 1:30.

(Proceedings concluded.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  July 30, 2017


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**MR. FOX: [24]** 174/10 174/25 175/4 175/7 200/22 205/23 205/25 207/6 215/20 219/13 231/25 236/18 260/6 278/15 284/13 293/16 293/24 294/4 294/9 294/19 295/11 296/1 297/1 297/5
**MR. HOCHMAN: [26]** 174/15 175/5 175/8 182/8 200/23 205/22 207/7 215/21 217/9 218/4 219/15 223/20 233/19 236/19 236/23 237/11 258/6 259/3 259/17 260/7 278/14 284/14 295/20 295/23 296/21 297/8
**THE CLERK: [1]** 174/7
**THE COURT: [500]**
**THE PROSPECTIVE JUROR: [458]**

**'**

**'80's [3]** 287/5 289/10 294/13
**'90's [2]** 287/5 289/10
**'98 [1]** 278/20

**—**

**—and [3]** 172/4 172/5 172/11

**/**

**/s [1]** 299/12

**1**

**10 [8]** 193/11 194/24 202/15 204/18 213/5 214/3 285/16 289/24
**10:11 [1]** 237/15
**10:13 [1]** 237/15
**10:25 [1]** 246/19
**10:28 [1]** 246/19
**10:29 [1]** 249/18
**10:32 [1]** 249/18
**10:36 [2]** 253/21 253/21
**10:44 [1]** 260/24
**10:55 [2]** 260/24 267/1
**11 [6]** 243/21 244/25 257/7 280/9 282/12 286/5
**11:15 [2]** 267/1 267/12
**11:25 [1]** 267/12
**12 [4]** 202/18 205/1 280/9 282/19
**12869 [1]** 175/18
**12971 [1]** 192/20
**12th [1]** 172/6
**13 [3]** 256/1 256/3 258/7
**13461 [1]** 198/12
**14 [2]** 256/1 257/2
**14778 [1]** 201/14
**14th [1]** 234/25
**15 [5]** 239/7 274/21 274/23 280/18 280/21
**16—66 [1]** 171/8
**16—66A [1]** 174/8
**1601 [1]** 172/11
**16526 [1]** 207/21
**17 [17]** 202/7 202/20 205/5 205/13 206/7 206/14 206/22 208/14 209/6 220/22 243/22 245/10 274/22 285/17 285/17 292/18 292/22
**18 [2]** 229/10 230/6
**183 [1]** 182/12
**187 [1]** 182/13
**19 [6]** 177/14 179/23 213/5 214/13 286/7 286/10
**190 [1]** 189/2
**191 [1]** 189/3

**197 [1]** 196/16
**1989 [1]** 217/21
**1997 [1]** 217/20
**1:30 [5]** 296/19 297/5 297/12 297/18 298/22

**2**

**20 [15]** 193/11 195/19 202/23 203/11 205/10 230/17 277/16 280/8 283/4 285/18 286/10 286/10 286/25 291/9 297/6
**2003 [2]** 289/11 289/11
**2007 [2]** 202/18 205/2
**2016 [3]** 213/11 260/10 260/11
**2017 [3]** 171/17 174/1 299/10
**20269 [1]** 274/5
**2050 [1]** 172/12
**21 [4]** 219/10 256/1 257/5 260/9
**211 [1]** 210/8
**22 [1]** 208/14
**222 [1]** 221/19
**23 [6]** 171/17 174/1 256/1 257/21 259/4 297/9
**238 [1]** 237/15
**247 [1]** 246/19
**248 [1]** 246/20
**24th [1]** 213/11
**25 [1]** 258/12
**250 [1]** 249/18
**251 [1]** 249/19
**254 [1]** 253/21
**25793 [1]** 212/15
**26 [9]** 213/5 215/3 215/4 231/4 280/8 283/13 285/18 292/2 292/10
**261 [1]** 260/24
**26101 [1]** 216/10
**266 [1]** 260/25
**268 [1]** 267/12
**27 [1]** 290/4
**273 [1]** 267/13
**28 [1]** 299/4
**28983 [1]** 217/14
**29 [2]** 283/12 283/20
**29436 [1]** 219/25

**3**

**30 [2]** 199/1 299/10
**30528 [1]** 223/14
**31070 [1]** 239/14
**312 [2]** 171/22 172/6
**31591 [1]** 240/11
**32391 [1]** 276/5
**32647 [1]** 279/16
**33 [5]** 177/14 180/21 280/8 283/18 284/7
**34612 [1]** 284/25
**35 [2]** 208/14 220/23
**36 [10]** 177/14 181/2 181/3 193/11 195/23 199/18 203/2 205/17 231/6 285/18
**37215 [1]** 243/2
**37490 [1]** 255/14
**39 [1]** 208/14

**4**

**42 [1]** 208/14
**436 [1]** 171/22
**46 [1]** 208/15
**48 [32]** 174/24 175/2 175/20 175/21 192/22 192/24 198/14 198/17 201/16 207/23 212/17 216/12 217/5 223/16 223/18 232/3 232/4 232/7 233/7 239/16 240/13 240/14 243/4 243/6 255/16 274/7 274/11

274/12 276/12 279/22 285/7 292/23

**6**

**66 [1]** 171/8
**66A [1]** 174/8

**7**

**753 [1]** 299/4

**8**

**80 [1]** 218/13
**8:45 [1]** 174/2
**8:58 [1]** 182/12

**9**

**9/11 [1]** 286/5
**90012 [2]** 171/22 172/6
**90404 [1]** 172/12
**9858 [2]** 171/21 299/12
**9:04 [1]** 182/12
**9:06 [1]** 189/2
**9:07 [1]** 189/2
**9:15 [1]** 196/16
**9:16 [1]** 196/16
**9:32 [2]** 210/8 210/8
**9:48 [1]** 221/19
**9:49 [1]** 221/19
**9B [14]** 192/4 201/1 207/10 215/24 216/21 219/18 239/4 239/25 255/4 260/16 278/22 284/17 296/3 297/15

**A**

**a.m [4]** 171/15 174/2 182/12 267/1
**abilities [1]** 227/14
**ability [14]** 178/4 178/23 179/7 194/6 209/3 244/22 257/11 258/2 258/18 277/18 278/6 281/19 286/18 289/21
**able [18]** 176/25 181/23 195/16 207/2 209/16 225/23 228/3 229/4 229/12 237/8 246/8 249/5 252/13 259/1 267/7 275/14 291/3 293/7
**about [203]**
**above [1]** 299/7
**above-entitled [1]** 299/7
**ABRAMS [2]** 172/11 174/17
**absolutely [2]** 176/22 258/5
**abuse [8]** 176/14 180/15 181/1 208/18 215/14 259/6 275/10 275/16
**accident [2]** 218/25 281/11
**account [1]** 253/6
**ACLU [3]** 257/9 257/17 260/13
**acquaintance [1]** 292/1
**acting [1]** 277/25
**active [1]** 205/20
**activity [1]** 179/16
**acts [3]** 195/7 237/7 237/9
**actual [1]** 286/4
**actually [17]** 206/6 206/18 210/3 215/10 219/2 220/19 230/10 242/1 243/7 244/14 246/4 256/20 256/23 257/6 257/8 277/5 293/17
**additional [17]** 182/8 192/9 200/22 205/22 215/20 218/3 231/25 233/19 236/18 258/6 278/14 284/13 292/17 293/14 293/16 298/10 298/18
**addressed [1]** 259/6
**addressing [1]** 279/1
**administrative [2]** 195/8 202/24
**administrator [1]** 195/6

## A

admit [1]   245/18
admonition [2]   296/21 296/23
advance [1]   206/16
affect [1]   231/15
affiliated [1]   257/17
affirmative [4]   177/9 200/18 231/1 284/4
AFL [2]   257/9 260/12
AFL-CIO [2]   257/9 260/12
after [7]   178/17 226/18 226/20 230/5 233/14 233/16 286/5
afternoon [2]   298/9 298/16
again [10]   181/15 192/6 207/10 215/24 219/19 236/21 237/10 240/1 296/6 297/19
against [9]   180/24 181/12 188/12 228/5 236/1 242/3 242/4 257/3 288/17
age [2]   220/10 227/18
agency [14]   177/23 193/22 200/1 203/16 208/24 213/13 218/19 226/9 227/3 241/12 241/16 244/8 258/14 293/25
agent [3]   174/14 290/3 291/12
agents [3]   207/1 258/25 288/14
aggravated [1]   193/19
ago [20]   193/21 203/10 203/11 208/21 217/21 219/10 225/12 240/16 241/21 243/7 244/3 245/14 256/16 258/12 277/14 277/16 278/19 280/18 280/21 286/25
agree [2]   199/8 199/14
ahead [2]   267/8 267/9
Air [1]   205/20
Alhambra [3]   213/14 215/5 215/7
all [61]
allegations [3]   176/13 180/4 180/6
almost [1]   227/18
along [3]   202/19 205/3 206/2
alongs [2]   282/20 282/22
already [2]   221/11 296/22
also [11]   174/13 176/1 178/12 188/12 228/22 288/24 289/15 290/7 291/12 291/15 292/5
although [1]   225/22
always [2]   234/2 279/4
Alzheimer's [10]   220/10 221/7 221/14 245/16 249/4 252/6 252/9 252/16 253/12 253/12
am [37]   176/8 176/14 181/18 194/9 199/12 200/11 206/3 216/21 221/4 221/15 228/17 229/11 229/12 229/15 229/15 232/8 232/17 232/19 232/20 233/3 233/13 233/23 235/3 236/21 237/4 242/15 243/2 245/12 252/20 257/3 275/13 279/4 283/5 287/6 287/18 296/18 297/7
America [2]   171/6 174/9
amount [1]   245/3
ANDERSON [1]   171/3
ANGELES [14]   171/16 171/22 172/6 174/1 214/19 227/5 233/21 241/14 241/15 259/19 290/5 290/12 290/22 291/19
another [5]   229/13 231/17 239/8 293/13 294/25
answer [2]   214/1 241/25

answered [4]   202/8 214/14 228/22 274/24
answers [3]   197/10 199/16 200/18 229/21 284/5
any [159]
anybody [3]   193/1 199/14 283/14
anyone [8]   179/4 179/25 199/22 201/2 201/18 234/8 297/20 298/1
anything [76]
anyway [2]   219/12 234/9
appearances [2]   172/1 174/10
application [5]   206/13 206/16 206/16 206/19 206/23
applies [3]   203/3 205/9 230/17
apply [3]   206/4 206/5 253/13
applying [2]   206/3 241/24
appreciate [1]   296/23
approach [2]   182/9 249/13
are [78]
area [4]   204/24 204/25 287/9 289/14
argument [1]   226/17
army [1]   205/19
around [6]   179/13 204/25 220/13 232/8 294/14 296/11
arrested [9]   180/1 193/18 215/11 226/20 227/4 231/21 285/24 286/24 287/10
arrests [1]   289/4
article [1]   208/1
articles [2]   176/10 297/25
as [45]   176/15 179/18 180/5 180/5 181/5 188/13 195/7 196/8 196/11 196/11 196/13 202/8 203/23 204/8 204/8 209/22 210/3 215/6 215/12 215/12 218/22 220/9 231/13 233/16 233/16 233/24 234/1 234/1 234/7 242/12 244/23 245/18 249/13 257/6 277/22 277/25 279/3 279/6 279/7 287/12 287/12 287/17 287/18 288/18 290/3
aside [36]   176/25 179/17 179/21 180/14 181/15 188/19 194/13 194/16 203/13 204/10 207/2 209/17 210/4 213/19 214/25 221/1 221/14 224/23 235/7 235/14 235/19 236/9 245/6 245/20 246/9 252/14 253/11 256/7 259/25 275/9 275/16 278/10 281/23 287/22 291/4 293/8
ask [9]   174/23 192/6 201/1 207/10 216/21 228/14 228/24 286/11 290/24
asked [4]   199/1 199/14 199/19 235/23
asking [5]   199/7 200/7 200/12 253/11 283/14
assault [2]   193/18 193/19
assembly [6]   198/4 212/4 223/4 242/18 260/15 275/21
assess [1]   228/25
assisted [1]   278/3
associate [1]   195/7
assume [1]   252/7
assuming [2]   181/18 298/9
assumption [1]   252/21
attached [1]   195/11
attack [1]   225/13
attacked [1]   282/5
attempt [1]   298/4
attempts [1]   267/6
attention [3]   203/23 204/6 233/5

Attorney [1]   172/5
attorneys [1]   229/4
aunt [5]   229/9 231/7 233/21 233/23 235/4
aunt's [1]   236/22
AUSA [1]   172/5
authority [1]   275/3
Auto [1]   277/13
await [9]   215/24 216/22 219/18 239/4 239/25 255/4 260/18 284/17 296/5
aware [5]   175/22 175/23 275/4 293/19 294/1
away [2]   198/18 280/20

## B

Baca [6]   171/9 174/9 174/18 188/7 202/13 220/9
Baca's [1]   245/16
back [17]   192/11 203/5 227/20 227/24 231/18 236/21 237/9 243/10 256/24 258/12 287/4 287/10 289/9 292/18 294/13 294/15 296/19
background [1]   221/6
backs [1]   298/10
backyard [1]   244/18
bad [8]   179/21 180/3 180/3 180/4 180/7 180/8 233/25 236/25
badge [18]   175/17 192/19 198/11 201/13 207/20 212/14 216/9 217/12 219/24 223/13 239/12 240/10 243/1 255/13 274/4 276/4 279/15 284/24
ball [1]   282/17
balls [1]   282/16
bargain [1]   194/12
bargains [2]   234/2 237/1
based [19]   177/1 180/16 181/16 194/18 204/12 209/12 209/17 213/20 214/25 221/2 224/24 235/16 235/21 245/7 245/22 246/10 260/3 278/11 293/9
basically [4]   224/19 224/21 234/3 294/25
battery [1]   213/9
be [105]
Beach [4]   193/24 193/25 218/21 256/12
beat [1]   234/19
because [35]   180/3 180/10 206/2 210/5 214/15 221/9 226/4 227/1 227/6 228/6 228/21 229/13 230/17 231/15 232/16 232/24 233/14 234/8 234/9 235/19 236/1 236/4 237/3 241/24 241/25 242/8 244/10 245/1 245/13 253/1 274/25 282/17 283/19 283/23 287/16
become [1]   180/25
been [32]   179/3 179/4 180/4 199/23 208/25 214/15 223/5 224/13 224/15 225/3 226/21 227/17 227/24 228/21 231/15 231/19 236/6 241/8 243/9 244/1 259/10 259/15 275/1 283/14 285/24 286/24 289/2 289/4 289/15 289/16 293/3 298/16
beer [2]   202/7 256/19
before [14]   175/3 177/18 214/11 218/15 228/21 232/4 232/6 232/7 233/14 233/16 249/9 252/9 256/5 282/4
beginning [1]   226/24
begrudgingly [1]   279/5

**B**

**behalf [2]**  174/12 174/17
**being [11]**  180/4 180/7 202/7
 202/7 202/8 224/18 237/4
 267/6 275/14 283/25 292/14
**belief [1]**  181/13
**believe [32]**  174/21 177/3
 179/20 179/21 180/11 180/18
 180/23 181/1 181/11 182/5
 188/22 203/12 203/18 221/16
 226/4 231/6 236/14 242/7
 258/4 267/4 279/2 281/24
 284/8 287/6 288/1 288/22
 290/16 291/7 292/3 294/5
 295/12 297/1
**benefit [1]**  242/12
**best [4]**  202/15 204/19 214/4
 275/12
**better [1]**  231/17
**between [2]**  227/7 227/8
**Beverly [1]**  280/18
**beyond [3]**  252/4 252/17
 258/9
**bicycle [2]**  179/3 179/9
**bikes [1]**  179/15
**bit [3]**  242/5 243/8 253/3
**bits [1]**  176/10
**blame [1]**  188/13
**blank [1]**  233/13
**BOCKIUS [1]**  172/10
**bolt [1]**  179/14
**both [30]**  178/23 179/7
 179/18 182/2 182/4 188/20
 194/6 203/14 209/3 215/17
 218/1 227/15 228/16 229/17
 236/12 237/13 244/22 257/12
 258/3 258/19 267/11 277/19
 278/6 279/2 281/19 281/23
 286/19 287/23 288/21 289/22
**bottle [4]**  256/19 256/21
 256/23 256/24
**bought [1]**  282/15
**Boulevard [1]**  172/11
**brain [2]**  234/7 234/19
**branch [1]**  200/15
**BRANDON [2]**  172/4 174/11
**break [5]**  239/8 239/9 289/17
 297/17 297/18
**break-ins [1]**  289/17
**breaker [1]**  294/17
**BRIANNA [2]**  172/11 174/17
**brief [1]**  218/5
**briefly [1]**  236/20
**bring [1]**  175/10
**broken [1]**  277/14
**brother [13]**  194/14 195/4
 195/21 205/19 205/20 230/22
 231/22 233/3 277/2 277/2
 280/17 281/10 283/17
**brothers [2]**  194/15 195/2
**brought [1]**  234/13
**browse [1]**  176/9
**buddies [1]**  256/19
**Burbank [5]**  179/25 180/2
 180/10 180/11 181/7
**burden [1]**  253/15
**burglarized [1]**  244/3
**burglars [1]**  244/19
**burglary [1]**  244/4
**business [2]**  221/8 221/9
**buy [1]**  282/18
**buying [1]**  294/14

**C**

**CA [2]**  172/6 172/12
**CALIFORNIA [7]**  171/2 171/16
 171/22 174/1 177/18 214/5
 283/9

**call [5]**  195/7 218/11 234/25
 235/3 282/16
**called [#:9301]**  218/22 218/16
 225/19 226/4 241/10 244/5
 244/6
**came [5]**  225/13 256/21 279/4
 287/10 294/24
**campaign [4]**  257/9 257/14
 260/9 260/10
**can [105]**
**can't [7]**  176/9 199/8 214/22
 227/20 233/17 234/5 236/7
**candy [1]**  281/13
**cannabis [1]**  178/16
**car [7]**  204/25 226/19 241/9
 241/18 245/15 277/13 286/6
**care [3]**  194/10 233/4 233/5
**case [147]**
**cases [2]**  228/21 286/17
**categorically [1]**  221/15
**category [1]**  231/7
**cause [4]**  227/14 277/17
 278/5 289/20
**caused [3]**  178/22 224/10
 258/18
**causes [8]**  178/3 179/6 194/5
 209/2 213/16 257/11 258/2
 286/17
**caution [4]**  215/25 219/19
 240/1 296/6
**Cells [1]**  259/13
**center [2]**  230/1 290/5
**central [3]**  171/2 259/20
 260/1
**Century [2]**  227/6 227/7
**certain [2]**  252/12 298/14
**CERTIFICATE [1]**  299/1
**certify [1]**  299/4
**chance [19]**  177/6 193/4
 198/20 201/23 208/6 212/22
 216/14 217/8 217/15 220/14
 223/25 239/18 240/19 243/11
 255/18 274/14 276/14 279/24
 285/9
**charge [3]**  177/22 178/17
 287/1
**charged [1]**  277/6
**charges [6]**  178/12 178/15
 194/3 245/13 286/5 293/14
**checked [1]**  244/18
**childhood [1]**  214/4
**Chino [1]**  290/2
**choose [1]**  279/5
**CHP [5]**  202/19 205/3 206/2
 206/13 207/3
**Christmas [1]**  214/10
**CIO [2]**  257/9 260/12
**circumstances [1]**  294/11
**citizens [2]**  275/1 279/6
**civil [5]**  180/13 180/23
 283/21 283/25 284/8
**civilian [1]**  230/12
**class [1]**  227/2
**classes [1]**  202/25
**clean [1]**  249/13
**clear [2]**  252/10 292/24
**clerk [6]**  196/3 196/4 255/9
 277/23 278/2 298/7
**clip [1]**  214/16
**clips [1]**  214/18
**close [4]**  199/22 225/14
 280/15 280/16
**closely [1]**  249/10
**Cloverfield [1]**  172/11
**CMC [2]**  283/9 283/22
**Code [1]**  299/5
**colleague's [1]**  297/7
**college [3]**  202/25 205/12
 225/13

**Colony [1]**  283/10
**come [7]**  205/5 225/13 243/10
 249/3 252/21 291/1 296/19
**comes [3]**  227/19 227/21
 232/23
**comfortable [3]**  193/12
 231/12 246/8
**coming [1]**  226/20
**comment [1]**  278/24
**commit [5]**  182/2 229/17
 229/19 253/2 295/15
**committed [1]**  242/6
**committing [2]**  199/6 199/10
**Common [1]**  179/4
**communicate [1]**  298/6
**community [2]**  218/13 277/15
**compare [1]**  225/3
**complaints [2]**  178/8 258/21
**completed [1]**  276/17
**completely [1]**  292/19
**completing [1]**  178/17
**complicated [1]**  253/1
**concerned [1]**  287/18
**concerns [24]**  178/3 178/22
 179/6 194/5 209/2 213/17
 217/22 227/14 244/12 244/21
 244/24 257/11 258/2 258/18
 259/9 277/8 277/18 278/5
 281/18 282/8 286/18 287/14
 289/19 289/21
**concluded [2]**  298/19 298/23
**condition [1]**  221/5
**conditions [4]**  215/8 224/18
 259/15 281/8
**condolence [1]**  236/7
**condolences [1]**  224/21
**conducted [11]**  182/13 189/3
 196/17 210/9 221/20 237/16
 246/20 249/19 253/22 260/25
 267/13
**confer [3]**  196/3 255/9
 295/23
**Conference [1]**  299/9
**confident [1]**  229/16
**conformance [1]**  299/8
**consistently [1]**  279/3
**constantly [1]**  234/19
**constitute [1]**  252/12
**constituted [2]**  202/8 204/7
**consult [1]**  298/2
**contact [3]**  224/20 227/22
 228/12
**continue [2]**  174/22 201/1
**control [1]**  234/7
**conversation [3]**  235/19
 237/4 293/24
**conversations [2]**  276/7
 276/8
**convicted [5]**  213/9 218/11
 280/13 285/24 286/3
**conviction [2]**  181/12 293/19
**cooking [1]**  232/19
**cooler [1]**  296/12
**cop [2]**  179/11 199/15
**cops [2]**  179/21 179/21
**corner [2]**  294/14 296/12
**correct [3]**  290/13 291/17
 299/5
**correctional [2]**  283/6 290/1
**Corrections [4]**  195/1 195/10
 195/21 195/25
**could [23]**  175/16 177/12
 179/21 180/18 192/18 201/12
 210/3 217/10 229/16 233/23
 244/19 245/25 246/16 249/11
 249/12 252/8 252/14 253/6
 255/12 274/3 274/20 275/11
 294/10
**couldn't [1]**  209/20

**C**
counsel [12]   172/1 174/10
 174/13 189/1 196/15 210/7
 221/18 237/13 246/17 260/23
 267/11 295/23
count [3]   181/4 297/7 297/7
country [1]   275/5
counts [1]   293/14
county [27]   176/14 177/18
 177/25 180/2 180/10 180/12
 180/15 200/2 203/19 214/20
 241/14 241/16 244/9 245/3
 259/20 259/20 280/19 280/24
 281/5 281/8 281/13 283/15
 290/5 290/12 290/22 291/19
 292/8
couple [10]   193/9 205/11
 224/13 225/12 241/1 241/20
 244/16 245/2 256/4 293/18
course [3]   279/5 283/25
 284/1
courses [1]   205/11
court [27]   171/1 171/21
 177/2 180/17 194/19 196/3
 196/5 204/5 204/13 209/18
 213/21 215/1 221/2 224/25
 229/23 235/17 245/8 245/22
 246/5 246/10 246/13 255/9
 260/4 267/2 277/23 278/12
 282/6
courtroom [16]   181/17 192/4
 201/1 207/10 215/24 216/21
 219/18 239/4 239/25 255/4
 260/16 278/22 284/17 293/10
 296/3 297/14
cousin [2]   289/13 289/18
cousins [1]   195/2
coverage [1]   174/21
CR [2]   171/8 174/8
credibility [6]   207/3 228/25
 241/24 257/18 259/1 291/5
Crenshaw [1]   227/7
Crescenta [1]   244/10
crime [10]   180/24 199/6
 199/10 199/15 225/10 242/7
 244/1 252/12 252/14 253/3
crimes [1]   179/4
criminal [24]   177/7 193/5
 198/21 201/24 202/24 205/12
 206/21 208/7 212/23 216/15
 217/9 217/16 220/15 224/1
 237/7 239/19 240/20 243/11
 255/19 274/15 276/15 279/25
 285/10 291/14
CRR [1]   299/12
CSR [2]   171/21 299/12
Cucamonga [1]   289/14
culinary [1]   260/12
culpability [1]   252/8
cultivation [1]   178/17
current [2]   289/5 289/8
currently [2]   289/25 291/12
cut [1]   179/15
cutters [1]   179/14

**D**
DARE [1]   282/21
Date [1]   299/10
daughter [2]   225/12 282/21
daughters [1]   181/5
day [2]   171/14 234/3
days [1]   281/3
deadlock [5]   293/2 293/8
 294/20 294/22 294/24
deadly [1]   193/19
deal [1]   288/5
dealing [1]   259/6
dealt [1]   219/11

death [1]   257/4
deaths [2]   224/10 256/17
December [1]   220/13
decide [8]   177/1 180/15
 204/11 207/3 235/16 245/21
 260/3 293/8
deciding [4]   188/21 221/1
 235/8 275/10
decision [1]   209/22
deep [1]   282/11
defendant [14]   171/9 172/9
 174/17 181/24 188/21 246/10
 249/4 252/5 252/6 252/15
 253/7 253/10 295/23 297/2
defense [1]   179/19
definitely [1]   252/24
democratic [1]   257/9
department [18]   181/7 193/25
 195/1 195/9 195/20 195/24
 226/1 226/6 227/10 229/24
 231/8 233/22 244/11 256/13
 278/18 290/6 290/8 291/16
departments [2]   256/5 256/10
deputies [1]   259/7
deputy [3]   290/14 290/16
 291/2
detail [3]   226/6 230/6 237/3
details [13]   209/15 228/9
 230/4 230/9 231/24 232/11
 232/13 233/18 234/1 235/24
 245/15 287/2 293/6
detained [6]   202/7 206/14
 215/5 280/23 283/15 292/8
detainment [2]   206/7 206/14
detention [3]   215/6 218/8
 281/5
determination [1]   221/17
determining [1]   253/7
Diane [2]   234/14 235/1
dictionaries [1]   298/2
did [49]   176/3 176/16 200/13
 202/12 202/19 203/23 204/2
 205/2 206/2 206/4 206/5
 206/13 208/1 208/3 214/19
 215/7 216/16 218/22 219/1
 219/5 220/11 225/17 230/2
 230/5 231/7 231/18 233/18
 233/18 234/21 234/22 237/6
 243/7 244/12 274/21 280/3
 280/5 281/7 282/14 283/7
 283/11 283/12 284/11 286/12
 288/11 290/3 291/13 291/23
 295/10 295/14
didn't [22]   194/10 194/12
 206/10 209/14 215/13 216/19
 225/13 226/5 229/23 230/24
 231/17 231/23 231/24 242/8
 245/18 252/21 253/13 258/9
 259/5 291/24 293/20 294/7
different [10]   176/21 176/23
 195/21 229/12 229/15 229/24
 232/23 246/4 253/3 297/7
difficult [1]   221/12
difficulty [11]   221/1 235/6
 241/24 242/2 246/15 252/4
 267/5 275/8 275/15 278/10
 292/14
digits [15]   175/16 192/18
 198/10 201/12 207/19 212/13
 216/8 223/12 240/9 242/25
 255/13 274/3 276/3 279/14
 284/23
directly [1]   259/24
disability [2]   252/21 252/23
disagree [4]   199/1 199/2
 199/5 199/9
disclose [1]   206/13
disclosed [1]   282/5
discuss [21]   192/6 192/8

 201/2 207/11 215/25 219/19
 239/4 239/15 239/19 246/1
 246/13 255/5 255/6 260/19
 260/20 284/18 296/6 296/14
 297/20 297/22 298/10
discussed [1]   224/17
discussing [3]   193/13 276/8
 279/19
discussion [2]   278/8 281/15
discussions [10]   208/3 215/7
 219/5 274/6 279/17 281/5
 284/19 285/1 290/22 292/7
disease [1]   221/14
disregard [1]   249/5
DISTRICT [4]   171/1 171/2
 171/4 277/23
DIVISION [1]   171/2
divisions [1]   204/25
divorced [1]   282/4
do [112]
documents [1]   294/4
does [8]   175/2 180/8 196/7
 199/17 204/21 213/25 237/1
 291/8
doesn't [5]   180/25 228/9
 228/13 234/19 249/3
doing [4]   230/10 257/24
 292/12 296/25
domestic [1]   177/21
don't [76]
donated [1]   245/2
donation [1]   245/7
done [1]   233/7
door [2]   181/6 296/18
doubt [25]   177/4 178/6
 180/19 182/6 188/23 194/21
 194/23 204/15 204/16 210/2
 215/16 215/19 217/25 218/2
 228/19 228/20 229/8 236/15
 242/12 246/1 246/2 252/4
 252/18 281/25 288/2
down [7]   219/10 226/18 233/5
 256/21 277/12 294/19 296/9
downhill [1]   188/14
downtown [2]   218/16 235/11
drag [2]   179/10 179/15
drawn [1]   256/22
driving [4]   235/11 243/8
 245/15 280/19
dropped [1]   194/3
DUI [6]   217/21 218/11 218/20
 218/22 258/11 258/22
DUI's [2]   289/4 292/4
duty [5]   195/8 205/20 234/14
 234/23 256/20
dysfunctional [1]   281/12

**E**
each [5]   203/4 214/9 229/14
 252/13 253/17
earlier [2]   276/7 276/9
early [2]   287/5 289/10
EDDIE [2]   172/4 174/12
effect [1]   199/2
eggs [1]   294/14
eight [4]   219/9 256/16
 286/24 290/20
eight to [1]   290/20
eight years [2]   256/16
 286/24
either [23]   176/12 176/25
 192/21 207/22 212/16 216/11
 217/4 220/2 223/15 236/1
 240/12 242/3 242/5 243/3
 255/15 274/10 276/11 278/9
 285/5 285/24 286/16 287/5
 297/3
elderly [1]   221/8
element [1]   253/17

**E**

elements [2] 252/12 252/14
elicited [1] 181/23
else [16] 178/10 178/19
 179/4 188/15 207/6 219/13
 227/23 232/16 235/21 259/17
 260/6 289/16 293/5 295/3
 296/1 297/11
else's [1] 234/10
employed [1] 199/24
employee [1] 230/12
employees [2] 293/21 293/24
employer [1] 293/21
employment [3] 199/24 199/25
 205/4
end [1] 237/9
ended [5] 188/11 209/8
 209/12 209/24 288/7
enforcement [20] 195/14
 199/5 199/9 199/19 199/23
 200/2 206/25 218/6 228/1
 229/1 229/4 234/1 242/11
 242/13 258/24 282/18 288/14
 288/24 292/12 293/22
engineer [1] 200/14
entire [1] 298/19
entirely [1] 246/4
entitled [1] 299/7
even [8] 224/12 232/20
 233/14 235/10 252/5 253/10
 282/11 283/22
event [1] 214/22
eventually [1] 221/9
ever [5] 199/22 206/21
 226/21 290/21 292/7
every [2] 234/3 253/17
everybody [5] 180/3 180/23
 283/20 293/5 297/12
everyone [1] 215/9
everyone was [1] 215/9
everything [2] 215/11 294/18
EVID [1] 173/6
evidence [20] 177/2 180/16
 181/16 181/22 194/18 204/12
 209/17 213/20 214/25 221/2
 224/24 235/17 245/8 245/18
 245/22 260/4 278/11 293/9
 293/14 295/14
ex [3] 224/20 228/12 289/3
ex-wife [2] 224/20 228/12
exactly [4] 203/20 203/21
 204/2 287/7
excessive [1] 275/2
excuse [6] 198/3 212/3 223/3
 242/15 275/20 296/18
excused [3] 198/5 223/5
 298/17
EXHIBIT [1] 173/6
expected [1] 228/22
experience [10] 199/23
 203/13 207/2 221/8 257/1
 257/10 258/1 258/17 278/4
 295/16
experiences [3] 179/6 256/5
 258/8
exposure [1] 275/1
express [2] 193/2 201/18
expunged [2] 178/13 178/17
extent [1] 287/17
extra [1] 230/25

**F**

face [1] 294/16
facilities [2] 195/12 284/11
facility [4] 218/8 218/23
 283/7 283/8
fact [6] 206/4 206/5 209/11
 236/11 245/6 252/15

factor [1] 252/23
facts [2] 235/9 235/10
fair [30] 175/4 178/23 179/7
 179/18 180/11 182/4 188/20
 194/6 203/14 209/3 215/17
 218/1 227/15 228/15 229/18
 236/12 244/22 257/12 258/3
 258/19 275/12 277/18 278/6
 281/19 281/23 286/18 287/23
 288/20 289/21 292/15
familiar [2] 176/14 245/12
family [17] 194/25 199/22
 203/3 204/18 221/6 224/14
 224/22 227/24 228/11 230/7
 243/25 285/23 286/1 286/1
 288/23 292/4 297/21
far [5] 204/8 233/16 234/1
 287/12 287/17
father [2] 177/17 205/19
fault [1] 181/14
FBI [1] 174/13
FEBRUARY [2] 171/17 174/1
federal [7] 181/13 200/1
 277/23 287/1 289/5 293/25
 294/2
feel [5] 221/4 221/17 246/8
 279/6 288/5
feeling [1] 236/7
feelings [5] 180/22 194/17
 221/13 275/7 275/9
feels [1] 235/21
fellow [19] 192/7 192/8
 201/2 207/12 215/25 219/20
 239/6 240/2 246/14 255/5
 255/7 260/19 274/7 284/18
 285/2 293/24 296/7 296/15
 297/20
fence [1] 179/15
few [1] 177/11
figure [2] 199/13 267/7
figured [1] 280/1
filed [1] 277/14
filled [1] 243/13
find [2] 253/10 294/3
fine [2] 175/4 295/7
finish [1] 298/8
fireworks [2] 286/6 286/15
firmly [1] 181/1
first [11] 175/10 198/5
 209/8 212/5 220/21 223/5
 232/10 242/18 275/22 275/23
 276/25
five [17] 175/16 192/18
 198/10 201/12 207/19 212/13
 216/8 217/11 223/12 240/9
 242/25 244/3 255/13 274/3
 276/3 279/14 284/23
five digits [15] 175/16
 192/18 198/10 201/12 207/19
 212/13 216/8 223/12 240/9
 242/25 255/13 274/3 276/3
 279/14 284/23
five numbers [1] 217/11
five years [1] 244/3
floor [7] 172/4 198/5 212/5
 223/5 242/18 275/22 275/23
Florida [1] 277/7
follow [8] 176/16 202/12
 203/23 218/5 246/16 259/18
 260/8 294/21
follow-up [3] 259/18 260/8
 294/21
follow-ups [1] 218/5
followed [5] 176/15 188/3
 209/7 210/6 249/10
following [31] 174/6 175/12
 188/1 192/1 192/14 198/1
 201/8 207/15 212/1 212/9
 216/4 216/25 219/22 223/1

 223/8 239/1 239/10 240/5
 242/21 243/4 246/25 249/1
 252/1 255/1 255/10 267/2
 274/1 276/1 279/12 284/21
 297/13
Fontana [1] 230/23
Force [1] 205/20
forefathers [1] 279/8
foregoing [1] 299/5
form [1] 295/13
format [1] 299/8
forth [1] 231/18
forward [1] 206/24
found [1] 294/23
foundations [1] 282/14
founded [1] 279/8
four [2] 218/17 219/4
four hours [2] 218/17 219/4
FOX [2] 172/4 174/11
friend [6] 204/19 214/4
 214/7 290/6 291/15 291/25
friend's [1] 202/16
friends [4] 180/1 181/5
 292/4 292/4
front [4] 228/18 232/17
 256/24 286/11
full [1] 225/16
further [16] 201/3 215/24
 216/22 219/16 219/18 227/8
 239/4 239/25 255/4 260/18
 267/6 284/15 284/17 296/5
 296/20 296/23
future [1] 287/21

**G**

gang [2] 179/16 280/14
gave [1] 281/13
gee [1] 179/14
general [2] 214/20 214/22
generally [3] 233/24 234/11
 237/1
gentleman [1] 282/6
gentlemen [1] 297/16
get [11] 180/11 200/6 217/10
 232/19 237/8 240/17 253/5
 256/22 291/1 294/19 298/14
gets [1] 227/21
getting [3] 200/4 227/23
 233/2
give [35] 177/12 192/18
 193/10 198/10 201/12 202/4
 207/19 208/12 212/13 213/3
 216/8 217/12 219/24 220/20
 221/5 223/12 224/6 226/5
 239/12 240/9 241/2 242/11
 242/25 243/19 255/12 255/24
 274/20 276/3 276/21 279/14
 280/6 284/23 285/15 296/20
 298/7
given [5] 218/13 231/11
 276/16 295/16 296/22
gives [1] 224/21
go [23] 180/1 180/2 206/9
 218/18 225/25 226/6 230/6
 230/18 230/21 230/24 232/9
 234/14 236/21 237/7 239/8
 242/5 256/24 267/8 267/9
 293/6 294/25 296/19 298/11
goes [4] 188/13 227/20
 233/16 290/25
going [57]
good [30] 174/11 174/15
 174/16 174/19 175/14 175/15
 179/20 181/5 192/16 192/17
 198/8 198/9 201/10 207/17
 207/18 212/11 212/12 215/12
 216/6 216/7 217/2 217/3
 223/10 223/11 240/7 240/8
 242/23 242/24 290/19 291/25

**G**

**goodness [1]**   234/15
**google [2]**   298/4 298/12
**got [11]**   179/9 180/1 207/24
 218/24 226/16 226/23 234/14
 234/24 258/11 281/12 282/11
**government [12]**   172/3 179/18
 219/15 236/19 252/3 252/13
 252/17 253/9 253/14 260/7
 284/14 296/25
**government's [1]**   252/22
**grandfather [1]**   205/18
**ground [1]**   256/22
**group [1]**   245/3
**growing [1]**   214/4
**guarantee [1]**   209/20
**guess [5]**   195/7 209/25 213/9
 253/1 253/11
**guilt [2]**   188/21 246/9
**guilty [8]**   199/5 199/10
 199/15 252/5 252/17 252/25
 253/10 253/14
**gun [2]**   256/22 294/17
**guy [1]**   225/13
**guys [1]**   236/3

**H**

**had [82]**
**halfway [1]**   206/6
**hand [1]**   219/12
**handled [14]**   178/3 178/22
 194/5 194/17 209/2 213/16
 217/23 244/13 258/22 277/9
 282/9 286/17 287/15 287/23
**happened [17]**   176/15 194/13
 203/10 204/5 206/22 214/17
 225/16 232/10 232/18 233/16
 237/6 252/9 256/17 257/15
 286/25 287/8 288/18
**happening [2]**   225/23 275/1
**happens [1]**   227/19
**happy [1]**   244/20
**hard [1]**   214/9
**has [40]**   174/24 177/17 180/4
 209/25 220/10 224/13 224/14
 224/16 224/16 225/3 226/21
 226/23 227/17 227/24 229/11
 231/15 231/19 232/4 233/23
 233/25 234/6 235/5 235/20
 235/21 236/6 236/25 237/5
 237/10 249/4 253/9 253/14
 259/10 259/14 283/14 284/1
 289/4 290/17 293/3 294/21
 298/1
**hasn't [1]**   232/2
**have [239]**
**haven't [8]**   214/11 216/13
 233/7 243/9 249/10 285/20
 292/19 298/16
**having [1]**   214/9
**Hawthorne [1]**   227/8
**he [116]**
**head [5]**   188/18 232/25
 232/25 234/3 234/10
**headlines [1]**   176/10
**health [1]**   283/24
**hear [25]**   175/19 180/16
 181/16 194/18 204/3 204/12
 206/19 209/15 209/18 213/21
 215/1 220/11 221/2 224/24
 232/9 234/9 235/17 243/7
 245/8 245/22 246/10 260/4
 278/11 293/9 294/10
**heard [67]**
**hearing [4]**   219/11 232/14
 233/9 295/8
**held [27]**   174/6 175/12
 192/14 201/8 207/15 212/9
 216/4 216/25 219/22 223/8
 224/18 224/18 239/14 239/10
 240/5 241/16 249/1 252/1
 255/1 255/10 267/2 274/1
 276/1 279/12 284/21 297/13
 299/6
**her [31]**   196/12 214/4 214/7
 214/10 214/11 214/12 225/13
 226/18 226/20 229/10 229/11
 233/21 233/22 233/23 234/3
 234/11 234/15 234/21 234/22
 235/1 235/5 235/7 235/10
 235/15 235/20 237/5 282/4
 282/5 282/9 289/20 295/17
**here [24]**   177/2 177/2 180/16
 181/16 194/18 204/12 209/18
 213/21 215/1 221/2 224/25
 228/18 235/17 239/5 245/8
 245/22 246/5 246/10 278/11
 279/4 279/5 280/18 293/9
 297/6
**hereby [1]**   299/4
**hey [1]**   282/17
**hide [1]**   206/8
**higher [1]**   289/5
**Hills [1]**   280/18
**him [27]**   179/11 179/13
 188/12 194/11 215/7 215/11
 215/11 218/18 219/5 224/10
 225/9 226/20 226/21 227/4
 236/5 280/20 281/1 281/13
 281/14 281/15 287/10 287/13
 288/7 290/24 293/20 293/21
 293/22
**hinder [1]**   256/6
**his [30]**   178/2 178/13 178/17
 194/4 194/17 204/19 215/6
 220/10 221/5 224/20 224/20
 225/3 226/20 227/13 227/17
 228/12 228/12 232/14 233/12
 256/22 277/9 280/20 281/5
 283/25 286/6 287/9 287/15
 287/22 288/11 297/2
**history [1]**   206/21
**HOCHMAN [2]**   172/10 174/17
**hold [4]**   228/5 235/25 285/17
 288/17
**home [9]**   215/13 232/19
 232/21 243/8 244/3 245/15
 277/13 277/16 294/3
**honest [2]**   205/16 237/4
**Honor [45]**   174/11 174/16
 175/6 175/8 175/9 182/9
 200/23 200/24 205/23 205/24
 206/1 207/7 207/8 215/21
 215/22 217/10 218/5 219/16
 223/21 232/1 233/20 236/19
 236/20 237/12 258/7 259/4
 259/21 260/7 278/15 278/16
 279/8 284/14 284/15 285/8
 293/17 294/5 294/11 294/20
 295/12 295/21 296/2 296/23
 296/25 297/6 297/9
**HONORABLE [1]**   171/3
**hope [1]**   235/2
**hot [1]**   296/9
**hour [1]**   296/18
**hours [35]**   174/24 175/2
 175/20 175/21 192/23 192/25
 198/14 198/17 201/16 207/23
 212/18 216/12 217/5 218/13
 218/17 219/4 223/17 223/18
 232/3 232/4 232/7 233/7
 239/16 240/13 240/14 243/5
 243/7 255/16 274/7 274/11
 274/13 276/12 279/22 285/7
 292/23
**house [6]**   256/19 256/25
 282/6 286/10 286/11 294/14

**household [1]**   279/4
**how [14]**   175/23 207/6 209/11
 221/17 224/13 234/1 235/21
 237/5 278/19 281/2 283/11
 287/20 290/17 290/24
**huh [3]**   240/22 275/17 288/8
**Humboldt [1]**   177/25
**hundred [1]**   210/1
**hurt [1]**   242/5
**husband [14]**   207/25 208/4
 213/8 214/4 214/7 214/12
 215/4 285/25 286/22 286/23
 288/18 289/6 289/8 289/10
**husband's [1]**   293/18

**I**

**I'm [6]**   206/10 217/12 223/23
 241/5 260/15 291/18
**I.D [1]**   173/6
**idea [1]**   294/3
**identifying [1]**   267/5
**II [1]**   171/15
**imagine [1]**   236/7
**immediate [1]**   199/21
**immediately [1]**   256/21
**impairment [2]**   249/4 252/16
**impartial [28]**   178/4 178/23
 179/7 179/18 182/4 188/20
 194/6 203/14 209/3 215/17
 218/1 227/15 228/16 229/18
 236/12 244/22 257/12 258/3
 258/19 277/19 278/6 281/19
 281/23 286/18 287/23 288/21
 289/22 292/15
**implicit [1]**   188/12
**important [1]**   279/6
**in-laws [1]**   289/3
**incapacitated [1]**   253/2
**incarcerated [6]**   236/2 236/5
 281/18 284/1 284/8 289/2
**incident [7]**   179/17 213/19
 225/17 225/23 244/23 289/7
 294/1
**incidents [4]**   256/8 277/17
 281/22 289/20
**inclined [1]**   242/7
**includes [1]**   285/25
**including [21]**   175/1 175/20
 192/22 198/14 201/2 201/16
 207/23 212/17 216/12 217/5
 223/16 239/16 240/13 243/4
 255/16 274/11 276/12 279/22
 285/6 291/11 297/20
**Indio [1]**   214/5
**individual [1]**   294/15
**individually [1]**   229/14
**individuals [1]**   294/16
**influence [1]**   295/17
**info [1]**   206/23
**informant [1]**   295/14
**informants [1]**   295/13
**information [2]**   219/11
 228/10
**informational [1]**   206/7
**inmate [1]**   259/6
**inmates [1]**   281/13
**innocence [2]**   188/21 246/9
**inquire [1]**   233/24
**ins [1]**   289/17
**instance [1]**   237/6
**instructed [1]**   246/12
**instruction [2]**   246/15 253/8
**instructions [12]**   192/9
 201/3 215/24 216/22 219/18
 239/4 239/25 253/5 255/4
 260/18 284/17 296/5
**integrity [1]**   279/3
**intend [2]**   174/20 174/22
**interest [1]**   205/3

**I**

**interested [1]**   206/3
**interesting [2]**   256/25
 257/14
**interests [1]**   295/7
**international [1]**   260/13
**Internet [5]**   176/1 176/4
 176/7 232/22 298/3
**investigated [2]**   202/8 294/1
**investigation [2]**   193/18
 298/5
**investigators [1]**   181/13
**involve [1]**   214/19
**involved [13]**   176/24 177/24
 193/23 203/17 213/13 218/7
 218/20 225/20 226/11 228/7
 275/6 286/13 297/21
**involving [2]**   181/22 289/8
**is [170]**
**issue [1]**   267/9
**issues [3]**   176/23 259/6
 259/7
**it [179]**
**Item [1]**   174/8
**its [3]**   252/3 252/17 253/15

**J**

**jackets [1]**   294/17
**jail [25]**   176/14 177/18
 180/10 180/10 180/11 180/12
 180/24 215/5 215/8 215/12
 215/15 218/13 225/2 227/24
 259/20 260/1 280/24 281/5
 281/8 281/13 282/7 283/15
 290/5 290/5 290/12
**jails [8]**   180/15 214/20
 215/7 237/7 259/20 290/18
 290/23 292/8
**January [1]**   213/11
**January 24th [1]**   213/11
**JAUREGUI [2]**   172/4 174/12
**jeopardy [1]**   180/13
**jerk [1]**   179/12
**job [1]**   288/4
**jobs [1]**   227/21
**Juan [1]**   277/24
**judge [20]**   171/4 181/16
 181/23 194/17 195/16 209/17
 213/20 214/25 218/15 218/15
 224/24 228/3 229/12 229/14
 245/7 246/9 256/8 257/17
 259/1 291/5
**judging [1]**   278/10
**judgment [1]**   231/17
**judgmental [1]**   275/12
**Judicial [1]**   299/9
**July [1]**   299/10
**juror [43]**   175/11 175/13
 188/2 192/2 192/15 196/8
 196/13 198/2 201/9 206/1
 207/16 212/2 212/10 216/5
 216/9 217/1 217/11 219/23
 223/2 223/9 223/21 231/13
 232/1 233/20 239/2 239/11
 240/6 242/22 249/2 249/13
 252/2 255/2 255/11 256/6
 258/8 259/5 260/9 276/2
 278/17 279/13 284/22 292/15
 294/6
**juror's [2]**   293/18 295/16
**jurors [29]**   174/7 174/23
 192/7 192/8 201/3 207/12
 216/1 219/20 239/6 240/2
 246/14 255/5 255/7 260/19
 267/3 267/10 274/2 274/7
 276/8 279/18 279/18 284/18
 285/2 296/7 296/15 296/18
 297/14 297/21 298/15

**jury [13]**   171/14 174/20
 198/4 202/12 203/9 211/4
 223/4 234/7 234/23 242/17
 260/15 275/21 298/18
**just [79]**
**justice [3]**   202/25 205/12
 279/2

**K**

**KATIE [2]**   171/21 299/12
**keep [2]**   232/9 286/20
**kids [2]**   214/9 229/13
**kind [18]**   179/11 179/12
 196/9 199/19 200/4 200/21
 206/6 215/11 218/25 219/11
 229/11 244/17 245/17 253/1
 256/25 279/9 287/1 288/4
**kinds [2]**   259/11 280/13
**knew [2]**   204/7 204/7
**knocked [1]**   256/23
**know [79]**
**knowing [1]**   196/12
**known [1]**   289/10
**knows [1]**   180/3

**L**

**LA [6]**   204/24 204/24 244/9
 245/3 280/18 283/15
**Ladies [1]**   297/16
**lady [1]**   226/16
**Lancaster [1]**   195/13
**LAPD [9]**   181/6 202/16 204/20
 204/22 227/10 229/10 229/25
 258/15 282/23
**Las [1]**   257/8
**last [55]**
**late [4]**   220/12 220/12 287/5
 289/10
**later [2]**   192/9 201/4
**law [24]**   195/14 199/5 199/9
 199/19 199/22 200/2 206/25
 209/23 218/6 218/12 228/1
 228/25 229/4 230/17 231/23
 234/1 242/11 242/13 258/24
 282/17 288/14 288/23 291/14
 293/22
**laws [1]**   289/3
**lawsuit [1]**   174/22
**Lea [1]**   174/14
**learn [1]**   298/11
**learned [2]**   283/20 284/2
**least [1]**   257/15
**Lee [3]**   202/12 220/9 220/9
**left [2]**   206/22 226/17
**length [1]**   281/6
**Leroy [3]**   171/9 174/9 174/17
**let [16]**   189/1 196/1 196/15
 206/9 218/18 225/15 228/24
 231/24 237/13 256/24 267/11
 288/22 290/5 291/10 292/3
 292/21
**let's [7]**   175/10 194/24
 229/20 241/7 241/13 252/11
 274/23
**letter [1]**   227/23
**letters [6]**   224/15 224/16
 224/17 228/9 228/14 236/6
**level [2]**   289/5 292/13
**LEWIS [1]**   172/10
**license [1]**   280/20
**life [2]**   225/4 227/18
**like [48]**   179/4 179/25 199/3
 200/8 209/19 209/23 214/16
 215/14 220/8 220/10 221/5
 221/5 221/9 221/11 221/16
 225/3 232/7 232/20 232/22
 232/24 234/2 234/10 234/12
 235/1 236/6 242/6 245/14

**245/24 249/4 249/9 252/16**
**257/9 257/24 259/2 259/13**
**259/16 259/24 275/6 280/18**
**286/25 287/4 287/6 289/9**
**289/17 292/6 292/12 293/5**
**294/25**
**limit [1]**   175/2
**listen [2]**   295/6 297/25
**little [10]**   201/4 214/16
 234/12 235/4 240/16 242/5
 243/8 253/3 281/11 294/13
**live [5]**   179/24 230/23
 235/20 283/1 283/2
**lived [1]**   282/25
**living [1]**   259/15
**LIZABETH [2]**   172/5 174/12
**LLP [1]**   172/10
**local [2]**   200/2 257/7
**long [9]**   180/5 193/24 193/25
 208/21 218/21 224/13 281/2
 283/11 290/17
**look [20]**   177/6 193/4 198/20
 201/23 208/6 212/22 216/14
 217/8 217/15 220/14 223/25
 232/21 239/18 240/19 243/11
 255/18 274/14 276/14 279/24
 285/9
**looked [1]**   179/11
**loose [1]**   179/15
**LOS [14]**   171/16 171/22 172/6
 174/1 214/19 227/5 233/21
 241/14 241/15 259/19 290/5
 290/12 290/22 291/18
**loss [1]**   233/2
**lot [19]**   176/1 179/16 210/6
 226/5 229/10 230/7 231/16
 232/24 233/6 233/22 234/5
 235/12 245/24 257/15 275/1
 275/3 275/4 275/5 287/12
**Luis [1]**   283/10
**lunch [3]**   296/19 297/17
 298/22
**Lynwood [1]**   208/25

**M**

**made [4]**   175/23 244/18 245/7
 267/6
**Magnavox [1]**   287/4
**mail [1]**   232/22
**main [1]**   289/17
**make [8]**   194/11 196/12
 230/25 252/14 279/9 288/13
 292/23 298/4
**makes [1]**   227/21
**male [1]**   282/6
**many [2]**   231/15 278/19
**Maria [1]**   283/2
**marines [1]**   181/4
**mark [1]**   285/18
**market [1]**   294/13
**married [2]**   282/4 286/24
**materials [1]**   298/3
**matter [3]**   178/22 283/21
 299/7
**may [31]**   181/20 181/22
 181/25 182/9 195/14 195/15
 196/4 204/11 205/14 206/25
 214/19 228/1 246/4 246/17
 249/14 249/14 253/5 253/7
 253/10 257/16 257/16 258/24
 258/25 259/25 288/14 288/14
 291/2 291/2 293/14 295/14
 295/21
**maybe [4]**   226/23 277/14
 277/16 286/25
**me [63]**
**mean [19]**   179/3 179/24 180/7
 180/8 180/25 204/6 227/21
 235/10 237/1 245/12 245/23

**M**

mean... [8] 252/20 252/22 256/18 257/13 258/4 259/8 259/13 259/22
means [1] 252/7
media [6] 174/21 176/2 176/17 176/19 188/4 204/11
medical [1] 218/25
member [2] 199/23 243/25
members [9] 195/1 199/21 204/18 280/14 285/24 286/1 286/1 288/23 297/21
men's [4] 259/20 260/1 283/10 290/2
mental [4] 252/15 253/7 283/22 283/24
mentally [1] 253/2
mention [2] 234/22 235/11
mentioned [7] 181/21 206/2 232/2 234/20 278/17 279/8 293/19
met [1] 282/4
microphone [1] 223/22
might [9] 188/12 240/15 242/4 242/5 242/7 242/11 245/21 253/5 253/8
military [10] 181/5 199/20 200/1 200/3 200/8 200/9 200/10 200/12 200/13 203/3
mind [17] 177/4 178/6 180/19 182/6 188/23 194/21 204/15 210/3 215/16 217/25 228/19 229/8 236/16 245/17 246/1 281/25 288/2
minded [1] 252/10
mine [1] 217/21
minute [2] 239/8 285/17
minutes [2] 239/9 244/17
misconduct [2] 275/9 275/18
misdemeanor [2] 213/9 218/11
misleading [1] 181/13
miss [1] 228/10
missing [1] 287/11
mistrial [1] 220/8
misunderstanding [1] 206/19
mixed [1] 275/7
mom [2] 233/15 234/4
moment [2] 205/24 295/21
money [1] 230/25
Monica [1] 172/12
monies [1] 287/11
Montebello [1] 290/9
more [8] 179/3 206/18 228/23 242/5 242/7 245/19 258/9 295/9
MORGAN [1] 172/10
morning [29] 174/11 174/15 174/16 174/19 175/14 175/15 192/16 192/17 198/8 198/9 201/10 201/11 207/17 207/18 207/25 212/11 212/12 216/6 216/7 217/2 217/3 220/7 223/10 223/11 240/7 240/8 242/23 242/24 298/20
most [5] 225/3 227/17 232/20 245/13 260/10
mostly [8] 175/25 176/18 289/4 289/17 292/4 292/5 292/13 295/6
motel [2] 226/16 227/6
mother [2] 208/19 287/10
mother's [1] 233/2
move [1] 206/24
movement [1] 275/4
Mr [1] 220/9
Mr. [7] 176/24 181/21 181/22 181/25 188/7 220/9 245/16
Mr. Baca [1] 188/7

Mr. Baca's [1] 245/16
Mr. Lee [1] 220/9
Mr. Tanaka [2] 176/24 181/22
Mr. Tanaka's [2] 181/21 181/25
much [20] 180/9 192/3 207/9 212/7 216/21 216/24 218/12 223/19 223/24 231/24 234/7 239/24 245/19 260/14 275/24 279/2 284/20 295/6 296/12 298/21
multiple [1] 259/9
murder [1] 277/6
Must [1] 208/25
my [85]
myself [3] 217/20 229/16 275/14

**N**

name [4] 173/3 181/21 232/15 233/12
NATHAN [2] 172/10 174/16
nature [2] 181/19 259/7
navigation [1] 241/18
Navy [3] 200/17 205/19 205/20
necessarily [1] 279/6
need [5] 232/25 233/4 297/1 297/3 298/6
neighbor [2] 181/6 256/20
neighborhood [2] 245/4 282/16
nephew [20] 224/8 225/9 226/12 227/16 228/6 231/4 231/11 231/17 231/20 235/23 236/2 236/4 236/11 290/4 290/11 290/14 290/17 290/22 291/4 291/9
Nevada [1] 257/8
never [3] 259/23 282/11 282/11
nevertheless [1] 253/13
new [2] 293/13 293/14
news [18] 175/25 176/1 176/10 198/19 202/13 202/21 203/24 205/7 214/15 232/17 232/21 233/7 233/8 233/16 245/13 292/22 293/3 297/24
newspaper [1] 176/25
next [3] 181/6 227/22 296/18
nice [4] 281/14 281/16 287/8 298/22
night [2] 215/12 295/6
nights [1] 215/5
Nine [1] 193/21
Nine years [1] 193/21
no [171]
No. [4] 199/1 243/22 274/22 285/17
No. 17 [3] 243/22 274/22 285/17
No. 30 [1] 199/1
none [3] 173/4 173/7 218/14
noon [1] 296/18
north [5] 171/22 172/6 172/12 282/25 282/25
Northern [1] 177/18
not [77]
not-so-nice [1] 287/8
notarize [1] 230/18
note [2] 279/9 298/7
nothing [7] 202/24 204/8 225/15 225/22 232/15 256/6 297/11
notifying [1] 227/24
now [14] 181/6 195/14 220/10 224/9 225/2 227/18 228/18 231/19 267/6 278/8 282/3 283/3 287/21 289/6

nuclear [1] 200/14
number [21] 175/19 192/19 198/11 201/13 202/11 202/20 207/20 212/14 216/9 217/13 219/24 223/13 239/12 240/10 243/1 255/13 274/4 276/4 279/15 284/24 298/14
numbers [15] 177/13 193/10 202/4 208/12 213/3 217/11 220/20 224/6 241/2 243/19 255/24 274/20 276/21 280/6 285/15
nylons [1] 294/16

**O**

Obispo [1] 283/10
objection [2] 174/25 175/6
observe [1] 279/7
obviously [2] 209/14 210/6
occasion [1] 175/19
occasions [1] 253/8
occur [2] 225/17 233/18
occurred [1] 225/22
October [1] 233/14
off [1] 188/17
offense [1] 253/18
offhand [1] 294/4
Office [1] 172/5
officer [10] 199/5 199/10 214/5 229/1 230/11 242/12 242/13 278/1 283/6 290/1
officers [6] 181/6 195/15 215/10 228/1 258/24 278/3
Official [1] 171/21
oh [15] 179/25 180/1 180/2 223/23 232/9 234/14 234/14 235/1 256/9 256/15 257/22 281/14 283/19 294/2 294/2
okay [223]
old [2] 290/25 290/25
older [2] 235/4 277/2
omitted [1] 206/15
once [3] 179/3 188/10 258/11
one [39] 180/1 193/17 195/6 196/1 204/24 205/24 217/21 220/16 220/21 220/23 221/4 228/24 229/12 229/14 234/5 241/13 241/14 243/13 244/2 258/9 258/9 259/10 259/14 260/8 277/24 278/24 283/24 286/5 286/9 286/15 289/5 289/16 289/17 290/1 290/6 291/11 293/3 296/8 297/8
one and [1] 259/14
one at [1] 289/5
one comment [1] 278/24
one friend [1] 290/6
One is [1] 195/4
One moment [1] 205/24
one more [1] 258/9
one of [5] 180/1 193/17 204/24 229/14 291/11
one other [1] 228/24
one quick [1] 260/8
one set [1] 283/24
one sister [1] 290/1
one that [2] 258/9 297/8
one thing [6] 221/4 229/12 234/5 244/2 259/10 296/8
one was [5] 220/21 241/13 241/14 286/5 289/17
one year [1] 277/24
ones [3] 218/6 230/23 298/16
online [4] 202/13 202/21 204/1 205/7
only [9] 178/13 200/20 218/17 236/5 278/16 286/6 286/24 289/5 289/10
Ontario [1] 286/15

## O

**open [1]**  267/2
**opinion [9]**  193/2 201/19 233/25 234/6 234/15 234/21 235/5 235/20 235/22
**opinions [7]**  229/11 233/23 233/24 235/16 236/22 236/25 237/5
**opposed [2]**  188/13 242/12
**organizations [1]**  218/6
**organizer [1]**  257/7
**other [46]**  176/6 178/12 178/15 188/11 188/16 195/17 200/18 200/19 202/24 202/24 203/7 207/4 214/9 220/1 227/9 228/4 228/10 228/13 228/24 229/2 229/21 230/8 230/9 230/14 230/15 231/1 233/11 234/18 234/20 235/12 235/13 236/7 244/19 249/12 257/18 259/2 276/6 276/8 284/4 284/11 286/1 286/9 289/1 289/20 291/6 298/3
**others [3]**  202/17 297/22 298/17
**our [10]**  179/15 196/4 244/3 245/3 260/13 277/13 279/2 279/8 294/14 297/17
**out [25]**  179/13 179/16 199/13 206/22 214/5 221/9 227/17 227/19 227/21 230/23 231/15 231/19 237/9 243/14 244/17 249/3 249/8 249/17 256/21 267/7 280/1 281/12 286/6 291/1 294/23
**outcome [2]**  194/2 209/13
**outside [5]**  174/6 227/20 256/19 257/24 267/3
**outstanding [1]**  292/5
**over [11]**  209/24 219/10 220/4 233/2 237/10 256/24 280/23 281/9 290/4 294/16 297/6
**overheard [2]**  276/7 279/18
**own [5]**  234/11 235/20 235/22 260/13 298/5

## P

**PA [2]**  171/8 174/8
**packet [1]**  206/8
**page [7]**  173/3 196/16 210/8 221/19 237/15 253/21 299/7
**Pages [6]**  182/12 189/2 246/19 249/18 260/24 267/12
**paid [1]**  203/23
**paper [2]**  207/24 208/1
**papers [1]**  230/18
**par [1]**  259/15
**Parker [1]**  230/1
**parole [2]**  290/3 291/12
**part [4]**  206/11 209/14 282/17 289/15
**participate [1]**  279/7
**particular [2]**  217/11 283/8
**particularly [1]**  204/23
**parties [1]**  279/2
**partner [1]**  221/7
**party [1]**  225/12
**passed [3]**  218/14 233/15 234/4
**past [6]**  206/20 214/10 249/9 287/18 292/22 293/1
**Pause [1]**  205/25
**pay [1]**  282/14
**paying [2]**  204/6 233/5
**peace [2]**  200/4 283/6
**peaceful [1]**  275/6
**penalty [1]**  257/4

**people [10]**  200/10 221/13 234/4 236/25 299/3 297/24 275/5 275/6 284/8 297/21
**perceived [1]**  180/12
**percent [1]**  210/1
**PERCY [1]**  171/3
**period [2]**  178/18 298/18
**permit [1]**  297/22
**person [2]**  229/12 267/5
**personal [5]**  235/21 235/24 237/4 294/8 294/9
**personality [1]**  221/10
**phase [1]**  298/8
**phones [1]**  298/11
**physically [1]**  242/6
**picked [2]**  256/23 280/25
**picture [1]**  225/16
**pinned [4]**  287/12 293/20 293/21 293/22
**pinning [1]**  288/7
**place [4]**  180/4 180/7 180/8 244/17
**PLAINTIFF [1]**  171/7
**planters [1]**  286/10
**play [1]**  252/21
**plea [3]**  194/11 234/2 236/25
**please [29]**  174/10 175/11 175/17 177/13 201/13 202/5 207/20 212/14 213/4 217/13 221/18 223/13 224/7 239/4 239/13 240/10 241/3 243/20 255/4 255/13 255/25 260/19 276/21 284/17 284/24 285/15 296/14 298/10 298/11
**plural [1]**  258/8
**point [2]**  179/13 298/15
**police [44]**  177/23 181/7 193/22 193/25 199/3 200/5 200/9 200/12 203/16 208/22 208/24 213/12 215/10 218/19 225/18 225/20 225/21 226/1 226/6 226/8 226/19 227/3 229/24 231/8 233/21 241/10 241/12 241/25 244/5 244/7 244/8 244/13 256/5 256/10 256/12 258/14 259/7 275/2 275/9 275/10 275/18 286/12 286/14 286/15
**policeman [1]**  200/8
**policeman's [1]**  282/15
**policies [1]**  288/5
**political [1]**  257/14
**Pomona [2]**  179/10 179/10
**pose [1]**  196/7
**positive [1]**  199/13
**power [1]**  275/2
**Prairie [2]**  227/7 227/8
**presence [29]**  174/7 175/13 188/2 192/2 192/15 198/2 201/9 207/16 212/2 212/10 216/5 217/1 219/23 223/2 223/9 239/2 239/11 240/6 242/22 249/2 252/2 255/2 255/11 267/3 274/2 276/2 279/13 284/22 297/14
**present [2]**  174/18 244/15
**presented [1]**  249/8
**PRESIDING [1]**  171/4
**press [1]**  210/6
**previous [3]**  175/22 288/4 293/19
**print [1]**  176/1
**prior [3]**  202/12 203/22 226/20
**prison [13]**  214/16 257/23 258/5 259/5 259/9 259/12 259/19 277/2 277/4 277/6 277/7 290/2 291/13
**prisons [4]**  214/20 230/18

**probably [9]**  210/9 230/9 235/18 236/4 245/14 280/9 294/3 297/8 298/9
**probation [5]**  277/23 277/24 277/25 278/3 278/18
**probationary [1]**  178/18
**problem [3]**  237/10 252/24 278/13
**problems [2]**  196/7 229/4
**procedures [1]**  288/5
**proceed [2]**  175/7 206/23
**proceedings [44]**  171/13 174/6 175/12 182/12 188/1 189/2 192/1 192/14 196/16 198/1 201/8 205/25 207/15 210/8 212/1 212/9 216/4 216/25 219/22 221/19 223/1 223/8 237/15 239/1 239/10 240/5 242/21 246/19 249/1 249/18 252/1 253/21 255/1 255/10 260/24 267/2 267/12 274/1 276/1 279/12 284/21 297/13 298/23 299/6
**process [4]**  206/6 206/13 206/16 298/19
**procurement [2]**  287/6 287/11
**program [1]**  282/21
**programs [1]**  195/22
**proof [1]**  252/22
**prosecuted [1]**  280/13
**prosecution [2]**  194/10 194/11
**prosecutorial [1]**  200/1
**prospective [36]**  174/7 175/11 175/13 188/2 192/2 192/15 198/2 201/9 206/1 207/16 212/2 212/10 216/5 217/1 219/23 223/2 223/9 232/1 239/2 239/11 240/6 242/22 249/2 252/2 255/2 255/11 267/3 274/2 276/2 278/17 279/13 284/22 293/18 294/6 295/16 297/14
**protesting [1]**  275/5
**protests [1]**  275/6
**prove [1]**  252/13
**proven [2]**  252/8 253/9
**proves [2]**  252/3 252/17
**proving [1]**  253/17
**Puerto [1]**  277/24
**pulled [1]**  221/9
**punishment [2]**  180/24 221/11
**pursuant [1]**  299/4
**pursue [1]**  188/11
**put [36]**  179/17 179/21 180/14 181/15 188/19 202/11 202/20 203/13 204/10 205/6 207/2 213/19 214/23 214/24 221/13 224/23 228/10 228/13 229/22 230/17 235/14 235/18 236/9 245/6 245/20 252/14 253/11 256/7 256/20 259/25 277/12 281/22 287/22 288/4 291/4 293/7
**puts [1]**  234/2
**putting [7]**  221/1 230/5 232/24 235/7 275/8 275/16 278/10

## Q

**question [72]**
**questionnaire [19]**  177/7 193/5 198/21 201/24 208/7 212/23 216/15 217/9 217/16 220/15 224/1 239/19 240/20 243/12 255/19 274/15 276/15 279/25 285/10
**questions [39]**  177/10 182/8

**Q**

questions... [37]   193/8
 198/24 200/19 200/22 202/2
 205/22 208/10 208/13 213/1
 215/20 216/18 217/19 218/4
 219/14 219/16 220/18 224/4
 229/21 230/15 231/2 231/25
 239/22 240/25 243/16 255/22
 258/6 274/18 276/19 278/14
 280/4 284/5 284/13 284/15
 285/13 292/17 294/21 295/24
quick [1]   260/8
quite [1]   214/12

**R**

races [2]   179/10 179/15
radio [10]   220/5 240/15
 243/8 245/21 246/4 246/7
 246/14 249/6 249/15 297/25
raised [2]   241/25 279/3
Rancho [1]   289/14
raped [2]   289/14 289/18
rather [1]   180/9
ratio [1]   209/24
read [42]   174/23 175/19
 176/1 176/3 176/7 176/10
 176/12 176/25 192/21 198/16
 201/21 202/21 204/2 205/7
 207/22 208/1 208/2 208/4
 209/12 212/16 212/20 216/11
 217/4 220/2 223/15 232/2
 239/15 240/12 243/3 255/15
 274/10 276/11 279/21 282/14
 285/5 285/20 292/19 292/25
 292/25 295/3 295/5 297/24
reads [1]   199/4
ready [1]   175/7
real [2]   179/12 225/15
really [23]   214/9 215/10
 225/2 225/13 226/5 228/11
 228/20 230/6 230/8 233/6
 233/15 233/17 235/20 243/9
 245/24 249/10 253/11 253/13
 281/12 291/24 292/9 293/6
 295/5
reason [2]   181/12 234/13
reasonable [2]   252/4 252/18
recall [16]   176/9 176/11
 177/20 177/23 181/9 188/10
 193/22 213/12 214/18 214/22
 218/19 232/12 241/16 256/17
 295/4 295/8
receive [1]   253/8
recent [1]   260/10
recently [4]   176/5 176/6
 236/6 245/14
Recess [1]   267/1
recollection [2]   178/20
 233/11
recollections [1]   205/14
records [1]   226/21
recounted [1]   188/16
Redondo [1]   256/12
reference [1]   298/3
reform [7]   257/23 258/5
 259/5 259/9 259/12 259/19
 291/13
regard [1]   286/2
regarding [1]   204/5
regularly [1]   214/6
regulations [1]   299/8
rehabilitation [1]   195/22
relate [2]   213/25 291/9
related [2]   220/22 293/18
relating [1]   245/16
relations [1]   221/6
relationship [1]   291/4
relatives [4]   280/13 280/15

281/17 289/1
rely [1]   249/14
remaining [1]   244/19
remember [11]   176/8 176/13
 180/5 232/14 232/16 233/8
 233/8 233/9 233/17 241/17
 295/11
remembered [1]   287/7
remind [1]   297/19
report [1]   277/15
reported [1]   299/6
Reporter [1]   171/21
REPORTER'S [1]   171/13
reports [1]   298/1
research [1]   297/24
resolve [1]   267/8
respect [2]   205/13 242/9
respectful [1]   215/10
responded [4]   208/24 241/12
 241/16 244/8
response [4]   178/10 203/21
 244/20 284/7
responses [21]   193/7 198/23
 202/1 208/9 212/25 216/17
 217/18 220/17 224/3 230/15
 231/2 239/21 240/24 243/15
 243/18 255/21 274/17 276/18
 280/3 280/8 285/12
responsive [1]   244/16
result [6]   196/11 196/11
 215/6 218/22 244/23 288/18
resume [3]   174/20 267/9
 297/5
resumed [5]   188/1 192/1
 198/1 212/1 223/1
retired [10]   205/19 205/19
 205/20 230/5 283/5 290/2
 290/6 290/10 291/12 291/15
return [21]   192/4 198/4
 200/25 207/10 212/4 215/23
 216/21 219/17 223/4 239/3
 239/25 242/17 252/16 253/14
 255/3 260/15 260/16 275/21
 278/21 284/16 296/3
returning [2]   242/3 252/5
RHODES [2]   172/5 174/12
Rico [1]   277/24
ride [5]   202/19 205/3 206/2
 282/20 282/22
rides [1]   204/25
riding [1]   179/13
right [58]
rights [6]   180/13 180/23
 283/21 283/24 283/25 284/9
riots [1]   214/16
robbed [3]   179/3 294/7 294/7
robberies [1]   295/15
robbery [5]   277/13 277/16
 289/15 294/8 295/15
roof [1]   294/18
room [7]   198/4 212/4 223/4
 226/16 242/18 260/15 275/21
RPR [1]   299/12
rules [1]   283/23
run [1]   202/7

**S**

said [28]   179/12 188/3
 206/21 207/25 215/9 215/11
 215/13 217/6 218/15 225/22
 232/15 233/22 233/23 234/13
 235/2 236/6 245/1 245/13
 245/14 245/24 249/9 252/20
 284/2 287/4 287/4 288/6
 289/9 294/6
same [19]   195/16 195/20
 195/24 205/9 207/3 220/9
 228/4 229/1 231/18 233/3
 237/10 241/24 241/25 257/18

259/1 259/14 290/25 290/25
 296/11
San [2]   277/24 283/10
Santa [2]   172/12 283/2
satisfied [1]   253/14
saw [9]   175/3 181/11 203/24
 214/10 214/11 214/24 219/6
 226/18 281/8
say [21]   175/1 180/6 180/7
 181/8 199/14 209/19 229/7
 230/24 232/23 236/24 252/11
 253/6 257/14 258/23 275/11
 275/13 278/23 282/17 290/19
 290/25 296/8
saying [4]   204/8 221/16
 224/21 228/18
says [2]   234/14 253/9
scatters [1]   294/18
school [1]   227/2
scoped [1]   244/17
sea [1]   204/2
seal [11]   182/13 189/3
 196/17 210/9 221/20 237/16
 246/20 249/19 253/22 260/25
 267/13
search [1]   298/3
seated [1]   231/13
second [4]   196/1 196/2
 219/12 220/23
secretive [1]   225/15
Section [1]   299/4
see [24]   179/13 189/1 196/1
 196/15 199/11 210/7 214/6
 214/9 214/17 215/1 221/10
 221/18 237/13 241/13 246/17
 259/12 260/23 267/11 289/16
 290/5 291/10 292/4 297/11
 298/22
seeing [1]   188/10
seeking [1]   199/25
seem [1]   227/20
seems [2]   209/23 227/18
seen [8]   174/23 188/6 202/20
 205/7 214/11 214/19 232/2
 296/22
selected [3]   196/8 196/13
 298/16
selection [1]   174/21
selling [1]   282/17
separate [3]   181/19 249/8
 249/17
separately [1]   181/24
September [1]   289/11
sergeant [2]   181/4 181/7
serious [1]   237/9
seriously [1]   199/25
serve [1]   288/11
served [2]   177/17 218/14
service [6]   181/5 200/15
 202/12 203/23 218/13 249/13
serving [1]   218/13
SESSION [1]   171/15
set [8]   176/25 194/13 194/16
 209/16 210/3 246/8 283/24
 298/10
seven [2]   206/20 256/16
seven or [1]   256/16
several [2]   194/25 203/10
she [73]
sheriff [2]   203/19 244/10
sheriff's [6]   227/10 244/11
 245/3 290/6 290/8 291/16
sheriffs [4]   178/1 206/14
 291/2 291/19
shootings [1]   275/3
shop [1]   257/6
shorter [1]   237/8
shortly [1]   267/7
shot [2]   294/17 294/17

**S**

**should [5]**  180/23 209/24
229/4 231/16 258/5
**shown [1]**  202/13
**siblings [1]**  193/17
**side [1]**  236/1
**sidebar [9]**  182/10 189/1
196/15 210/7 221/18 237/14
246/18 260/23 267/11
**sides [26]**  178/23 179/7
182/2 182/4 188/20 194/6
203/14 209/3 215/17 218/1
227/15 228/16 229/17 236/12
244/22 257/12 258/3 258/19
277/19 278/6 281/19 281/23
286/19 287/23 288/21 289/22
**similar [1]**  195/8
**simply [1]**  298/6
**since [10]**  174/22 214/8
224/14 226/21 229/3 231/7
234/3 234/20 285/21 289/11
**sir [22]**  192/3 203/15 204/14
207/5 207/13 219/17 220/4
220/16 220/19 221/3 221/6
221/16 223/6 239/17 249/3
255/17 279/20 280/12 284/6
284/12 284/16 285/4
**sister [4]**  195/4 230/17
231/23 290/1
**sister-in-law [2]**  230/17
231/23
**sisters [4]**  195/3 290/2
291/11 292/12
**sit [1]**  232/17
**sitting [3]**  226/19 228/18
233/5
**situation [4]**  227/13 228/6
231/11 244/13
**situations [1]**  253/4
**six [1]**  258/12
**six years [1]**  258/12
**slate [1]**  249/13
**slow [1]**  281/11
**small [1]**  245/2
**so [106]**
**so-and-so [1]**  180/1
**society [1]**  180/25
**solely [9]**  177/1 180/16
209/17 213/20 221/2 224/24
235/16 260/3 278/11
**some [30]**  174/21 188/4 192/9
201/3 210/2 210/2 214/12
219/2 219/18 221/5 228/23
229/7 229/8 229/21 232/7
232/7 242/2 245/15 249/4
253/4 267/4 267/6 280/8
286/10 287/8 294/10 294/14
294/21 298/15 298/17
**somebody [4]**  174/24 179/14
234/10 290/15
**somehow [1]**  237/8
**someone [4]**  225/23 227/23
235/21 253/2
**something [14]**  175/3 199/2
199/3 225/21 227/19 232/9
232/10 232/20 233/18 237/7
237/8 240/15 245/19 287/10
**sometime [3]**  287/5 298/9
298/19
**sometimes [2]**  223/19 223/24
**somewhat [2]**  202/12 203/23
**somewhere [1]**  227/7
**son [7]**  195/4 195/8 217/21
218/10 219/1 224/20 228/12
**son's [2]**  217/23 219/8
**sons [3]**  285/25 285/25 286/2
**sorry [7]**  206/10 217/12
223/23 224/22 241/5 260/15

**sought [1]**  199/24
**speak [2]**  199/21 236/5
**special [2]**  174/13 204/6
**specific [5]**  176/9 195/12
205/14 214/22 295/9
**specifically [1]**  230/24
**specifics [1]**  204/8
**specified [1]**  206/21
**spend [2]**  218/23 219/2
**spending [1]**  215/12
**spent [2]**  218/7 219/3
**spoke [2]**  234/25 237/3
**spousal [2]**  208/18 213/9
**Spring [2]**  171/22 172/6
**staff [1]**  196/2
**start [8]**  177/16 208/16
213/7 232/19 243/23 256/3
280/10 285/19
**started [5]**  214/8 226/17
226/18 234/15 235/4
**state [6]**  174/10 174/13
200/2 253/7 290/3 292/13
**STATES [6]**  171/1 171/4 171/6
174/8 299/5 299/9
**status [1]**  283/24
**stay [3]**  198/18 227/20
298/17
**stenographically [1]**  299/6
**stepson [2]**  181/4 292/5
**steward [1]**  257/7
**still [4]**  180/11 225/25
233/3 277/5
**stolen [3]**  179/3 179/10
241/18
**stop [1]**  225/23
**store [6]**  289/16 294/6 294/7
294/13 294/15 294/18
**stories [4]**  204/4 234/4
259/23 297/25
**story [1]**  176/9
**street [4]**  171/22 172/6
226/18 237/9
**struggling [1]**  221/7
**stuck [1]**  245/17
**studying [1]**  291/14
**stuff [9]**  176/7 224/22
232/22 233/6 234/2 234/12
256/22 257/25 288/5
**subject [1]**  180/25
**successfully [2]**  231/19
252/13
**such [1]**  242/6
**suffering [3]**  221/13 252/6
252/15
**Suite [1]**  172/12
**summons [1]**  234/24
**supervisor [1]**  195/10
**supposed [1]**  234/8
**sure [14]**  194/8 194/9 200/9
202/7 221/4 228/1 228/3
241/4 244/18 253/4 278/25
287/7 288/13 291/13
**suspect [2]**  298/8 298/18
**swipe [1]**  232/24
**sworn [2]**  290/14 290/16
**system [3]**  229/23 279/2
279/7

**T**

**table [1]**  174/13
**take [9]**  194/11 232/18 233/4
233/4 239/7 239/9 253/6
285/22 297/17
**taken [1]**  179/14
**taking [1]**  227/2
**talk [19]**  203/5 224/20
225/14 229/20 230/7 230/8
231/23 234/3 234/11 234/12

291/18

234/20 235/10 235/11 235/12
291/24 204/23 276/9 291/7
291/24
**talked [19]**  192/7 207/11
216/1 219/20 220/2 229/10
233/21 233/22 235/7 235/15
239/5 255/6 258/8 258/10
259/5 260/20 276/9 284/19
296/15
**talkedded [1]**  205/8
**talking [1]**  267/10
**Tanaka [4]**  176/24 181/12
181/22 188/4
**Tanaka's [3]**  176/15 181/21
181/25
**Tanner [1]**  174/14
**Tehachapi [1]**  195/13
**television [4]**  175/25 176/19
177/1 297/25
**tell [12]**  193/16 198/5
208/17 209/6 223/5 225/7
233/17 234/5 244/20 274/3
274/23 281/15
**Temecula [1]**  241/14
**ten [4]**  217/21 219/9 239/9
290/20
**ten minutes [1]**  239/9
**test [1]**  225/22
**testimony [2]**  195/16 228/4
**than [21]**  176/6 176/23 179/3
180/9 180/10 188/16 202/24
202/24 203/7 220/1 227/9
228/10 228/13 230/9 233/11
234/18 235/13 236/7 276/6
276/9 297/7
**thank [33]**  175/5 192/3
192/12 192/13 198/6 201/6
201/7 207/9 207/14 212/7
212/8 216/2 216/3 216/20
216/24 219/21 223/6 223/7
237/12 239/24 240/4 242/20
255/7 260/14 260/22 275/24
275/25 278/21 279/10 284/19
296/13 296/16 298/21
**thankfully [1]**  194/12
**thanks [2]**  179/14 255/8
**that [414]**
**theft [2]**  179/4 241/9
**their [7]**  195/16 207/3 228/3
257/17 259/1 291/5 294/16
**them [16]**  175/2 198/5 205/4
206/9 223/5 224/21 226/19
229/14 230/2 286/6 286/20
286/21 288/17 291/1 292/8
296/20
**then [21]**  199/18 220/22
224/14 227/19 227/22 227/22
232/9 234/15 235/3 237/7
239/9 241/14 252/24 256/21
256/23 256/24 267/8 277/15
283/25 297/3 298/16
**theory [1]**  188/13
**there [88]**
**these [5]**  203/6 228/23 275/7
280/15 289/20
**they [57]**
**THIBODEAUX [2]**  171/21 299/12
**thing [16]**  195/20 195/24
218/25 221/4 226/15 227/22
227/25 229/12 231/18 234/5
237/10 240/21 244/2 259/10
280/19 296/8
**things [27]**  181/9 188/4
214/15 214/17 220/24 220/25
230/8 232/23 232/25 233/4
234/20 235/12 235/12 237/6
257/15 257/23 257/23 259/9
259/11 259/15 259/16 275/1
275/7 287/8 289/17 292/6

**T**

things... [1]   292/12
think [44]   182/1 199/1 199/4
 199/17 199/19 204/23 209/5
 214/10 214/14 214/21 214/23
 214/24 218/16 228/9 228/15
 228/17 229/6 229/8 231/14
 231/16 240/15 245/19 249/7
 249/10 249/16 252/19 256/7
 267/6 274/21 274/25 283/13
 287/4 287/25 288/3 288/20
 290/9 293/23 293/24 295/18
 295/19 296/2 297/10 298/13
 298/15
thinking [2]   220/5 229/15
this [131]
those [43]   177/10 177/12
 179/5 193/8 193/10 198/24
 200/20 202/2 202/4 208/10
 213/1 214/18 214/19 216/18
 217/19 220/18 221/1 224/4
 224/6 224/16 233/24 239/22
 240/25 241/2 243/16 243/19
 249/17 252/13 255/22 256/8
 256/11 274/17 274/20 276/19
 276/21 277/17 280/4 280/6
 281/22 285/13 286/17 292/5
 294/17
though [3]   253/10 283/22
 288/12
thought [11]   199/25 206/8
 206/15 206/20 206/22 236/3
 242/6 245/17 281/14 283/23
 288/6
thoughts [2]   234/10 234/11
three [3]   229/13 243/17
 278/3
three kids [1]   229/13
three probation [1]   278/3
three yes [1]   243/17
threw [1]   286/6
through [4]   176/18 204/11
 206/6 206/16
throughout [1]   275/4
THURSDAY [2]   171/17 174/1
ticket [1]   282/18
tickets [2]   282/15 282/17
time [27]   175/3 177/17
 178/13 179/25 192/10 204/6
 208/21 214/12 218/7 218/14
 218/23 219/2 220/13 227/2
 232/7 232/7 232/10 232/19
 232/20 233/1 234/10 237/8
 282/22 285/22 288/11 292/8
 298/18
times [3]   181/20 231/15
 231/16
Title [1]   299/4
today [5]   174/21 201/4 208/5
 220/4 278/9
told [8]   179/11 226/15
 226/19 276/6 282/10 286/20
 288/9 294/18
tomorrow [1]   298/19
too [4]   223/19 223/24 291/14
 295/6
took [6]   202/25 205/11
 207/25 226/21 280/20 286/10
top [1]   188/17
Towers [13]   218/16 219/2
 224/9 224/11 224/18 226/13
 226/15 236/2 236/5 236/12
 259/20 259/23 260/1
trade [1]   234/4
trained [1]   242/8
training [3]   199/23 291/14
 292/12
transcript [3]   171/13 299/6

299/7
transpires [1]   226/10
treatment [1]   180/12
treats [1]   287/21
trial [12]   171/14 188/5
 188/11 188/12 209/8 209/14
 249/3 249/8 293/13 293/13
 294/25 297/22
trouble [1]   178/14
true [1]   299/5
trust [1]   241/25
truthfully [1]   221/3
try [3]   194/24 198/18 298/11
trying [10]   176/8 194/11
 199/12 200/6 206/8 233/4
 236/21 252/20 281/15 293/23
turn [1]   232/16
TV [7]   181/9 181/25 223/19
 223/24 232/8 232/16 295/6
twice [1]   231/18
Twin [13]   218/16 219/2 224/9
 224/11 224/18 226/13 226/15
 236/2 236/5 236/12 259/20
 259/23 260/1
two [10]   171/14 200/21 215/5
 243/7 245/14 281/3 283/23
 285/25 290/2 294/16
Two days [1]   281/3
two I [1]   200/21
two individuals [1]   294/16
two nights [1]   215/5
two of [1]   285/25
two rules [1]   283/23
two sisters [1]   290/2
two weeks [2]   243/7 245/14
type [1]   259/6

**U**

U.S [3]   171/21 277/23 278/18
Uh [3]   240/22 275/17 288/8
Uh—huh [3]   240/22 275/17
 288/8
ultimately [3]   196/8 196/13
 231/12
Umm [1]   178/25
uncomfortable [2]   196/10
 196/12
under [15]   182/13 189/3
 193/18 196/17 210/9 221/20
 231/7 237/16 244/10 246/20
 249/19 253/22 259/15 260/25
 267/13
understand [8]   176/21 196/4
 203/9 229/15 246/3 252/20
 253/19 293/12
unfortunately [2]   227/17
 281/10
union [6]   257/7 257/23
 257/24 260/12 260/13 260/13
unit [1]   283/22
UNITED [6]   171/1 171/4 171/6
 174/8 299/5 299/9
unless [2]   174/24 296/25
unpleasant [3]   256/5 258/8
 258/13
unsure [1]   275/13
until [3]   206/6 280/25
 297/18
up [19]   179/10 209/8 209/12
 209/24 214/4 232/19 234/13
 237/9 252/14 256/23 259/18
 260/8 279/4 281/1 282/24
 282/25 288/7 294/21 296/21
uphill [1]   188/13
Upland [3]   286/11 286/12
 286/14
ups [1]   218/5
upset [1]   226/5
us [24]   172/5 174/13 192/18

201/12 207/19 217/12 219/14
 219/14 223/12 224/24 231/24
 239/12 240/9 242/25 255/12
 256/22 256/24 256/24 274/3
 276/3 276/6 279/14 284/23
 294/18
use [3]   223/21 295/13 298/3
used [3]   230/18 231/16
 295/14
using [1]   275/2
usually [1]   232/18

**V**

vacation [2]   235/2 235/3
vaguely [1]   245/12
Valley [3]   226/3 226/7
 244/10
Vegas [1]   257/8
Ventura [2]   203/19 206/15
verbiage [1]   206/19
verdict [5]   242/3 252/5
 252/16 252/25 253/14
versus [1]   174/9
very [19]   192/3 194/10 207/9
 212/7 216/20 216/24 231/23
 231/24 236/20 237/9 239/24
 244/16 257/14 259/15 260/14
 275/24 279/2 284/20 298/21
veteran [1]   200/11
victim [6]   179/4 213/24
 225/10 225/11 241/8 244/1
violence [2]   177/21 214/17
visit [1]   287/9
VOLUME [1]   171/15
volunteered [1]   199/24

**W**

Wait [1]   285/17
waiving [1]   297/2
walked [3]   244/4 294/12
 294/16
walking [3]   226/17 226/18
 232/8
want [12]   199/10 203/4
 219/19 227/25 228/2 234/9
 236/4 240/1 288/13 295/15
 296/20 297/19
wanted [6]   206/20 215/13
 224/19 278/16 279/9 292/23
wants [3]   224/20 228/11
 296/25
warden [1]   195/7
warehouse [1]   195/9
warrants [1]   292/5
was [213]
wasn't [10]   200/12 202/6
 204/6 209/14 225/11 233/17
 244/14 287/16 291/13 291/18
watch [2]   223/19 223/24
watcher [1]   232/17
way [30]   178/2 178/21 192/11
 194/4 194/17 195/16 199/13
 207/3 209/1 209/25 213/15
 217/23 228/4 229/1 235/20
 236/8 242/5 244/13 257/18
 258/22 259/1 277/8 282/8
 282/10 282/15 286/16 287/15
 287/22 288/4 298/13
we [89]
weapon [1]   193/19
week [1]   235/2
weekend [1]   235/1
weeks [2]   243/7 245/14
weigh [1]   221/4
weighs [1]   221/10
well [28]   179/2 179/9 179/13
 179/14 209/7 218/10 225/1
 227/16 227/25 228/8 228/24

**W**

**well... [17]**   229/5 229/9 230/16 230/22 231/3 234/24 235/2 235/4 235/14 237/2 241/23 252/11 258/11 282/13 284/10 285/6 289/25
**went [13]**   179/10 180/2 206/6 218/15 219/10 231/18 280/17 280/19 282/6 282/6 282/21 287/9 294/15
**were [84]**
**weren't [1]**   245/18
**West [2]**   204/24 204/24
**WESTERN [1]**   171/2
**what [118]**
**whatever [10]**   204/5 204/10 214/24 218/11 218/17 232/8 245/20 246/7 252/8 293/3
**when [43]**   179/9 180/6 180/7 181/8 181/20 193/20 202/13 205/3 206/12 206/14 208/20 213/10 218/10 218/14 219/8 220/11 226/4 226/6 226/22 228/9 229/7 233/9 233/15 233/17 233/20 234/22 236/24 241/19 243/8 252/9 253/2 256/14 258/12 280/1 281/11 281/12 282/4 287/3 287/9 288/6 289/7 291/1 294/6
**where [12]**   214/17 226/2 234/25 253/8 259/15 275/5 275/6 280/19 283/1 283/23 289/15 294/13
**whether [6]**   199/15 204/4 210/3 218/7 259/19 283/14
**which [11]**   195/8 208/24 218/6 241/12 241/16 260/13 267/6 283/24 291/5 294/2 294/18
**while [6]**   215/14 219/6 227/19 235/3 237/5 240/16
**who [21]**   174/18 181/6 195/15 204/7 204/7 207/1 215/10 221/6 236/25 237/6 237/7 242/13 257/16 258/25 267/5 267/8 283/14 284/8 288/14 291/2 298/1
**whole [7]**   226/5 231/19 232/24 233/6 235/12 245/24 287/17
**why [18]**   177/16 200/12 208/16 213/7 225/1 225/7 226/12 226/14 234/13 239/8 243/23 256/3 274/24 276/24 280/10 284/2 285/19 286/11
**wife [8]**   202/16 204/19 224/20 228/12 244/4 244/15 282/3 282/4
**will [28]**   192/9 199/14 201/3 214/16 221/4 221/16 231/14 232/7 232/8 232/9 232/9 235/9 240/17 243/10 267/7 267/8 267/9 294/3 296/6 297/5 297/11 298/8 298/14 298/15 298/17 298/17 298/19 298/22
**wind [1]**   294/17
**wish [1]**   228/11
**withheld [1]**   206/7
**withholding [1]**   206/23
**within [17]**   207/23 212/17 216/12 217/5 223/16 239/16 240/13 243/4 243/6 255/16 274/6 274/11 274/12 276/12 279/22 285/6 292/23
**without [1]**   237/2
**witness [10]**   173/3 195/17 207/4 228/5 228/6 229/2

**witnesses [7]**   198/15 207/1 228/2 242/12 258/25 288/14 291/3
**wonder [1]**   232/3
**wondering [1]**   206/3
**word [3]**   237/3 237/3 279/3
**words [1]**   249/12
**work [15]**   195/1 226/4 229/23 230/5 230/6 230/9 231/7 234/4 244/7 257/6 257/24 257/25 283/7 284/11 298/13
**worked [15]**   229/10 229/24 229/25 257/8 259/10 259/23 260/9 260/12 260/12 277/22 278/17 283/21 283/23 290/10 290/17
**working [6]**   233/21 237/5 257/22 287/4 287/6 291/11
**works [7]**   195/9 195/9 195/21 204/24 209/25 290/4 290/11
**worry [1]**   287/20
**would [49]**   179/25 180/9 180/10 180/11 181/4 195/7 195/17 196/12 199/1 199/2 200/3 201/1 207/4 207/10 209/19 210/2 221/12 228/4 229/1 230/21 230/23 230/24 231/7 235/11 241/23 242/2 246/14 252/4 252/24 253/5 253/6 256/6 257/18 258/23 259/2 259/11 275/8 275/11 275/15 277/15 278/5 278/9 282/16 282/18 289/20 290/19 291/5 292/14 295/16
**wouldn't [5]**   225/2 234/9 234/9 236/4 279/5
**writes [1]**   228/9
**writing [2]**   224/15 236/6
**wrong [2]**   199/3 297/8
**wrongdoing [1]**   252/23
**wrote [1]**   280/8

**Y**

**Yahoo [1]**   232/22
**yeah [26]**   181/3 188/22 201/14 203/11 203/18 205/2 219/3 220/21 234/5 243/13 243/24 244/2 244/20 249/7 249/16 252/19 256/9 256/18 259/8 259/8 259/10 275/13 275/13 290/25 291/22 292/13
**year [10]**   214/11 218/14 220/12 224/14 226/24 231/19 233/3 275/2 277/14 277/24
**years [24]**   193/21 203/10 203/11 206/20 217/21 219/10 225/12 229/10 230/6 241/20 244/3 245/2 256/16 258/12 277/16 278/19 280/18 280/21 283/12 283/20 286/24 286/25 290/4 290/20
**yes [152]**
**yesterday [7]**   174/22 217/7 220/2 276/17 278/9 280/2 285/21
**yet [1]**   233/7
**you [488]**
**young [3]**   226/16 227/18 281/11
**your [148]**