UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

| United States of America, | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )   NO. CR 16–66 PA |
| | ) |
| Leroy Baca, | ) |
| DEFENDANT, | ) |
| _____ | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL – DAY THREE

VOLUME I OF II, A.M. SESSION

LOS ANGELES, CALIFORNIA

FRIDAY, FEBRUARY 24, 2017

_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:


FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012



FOR DEFENDANT:

    MORGAN LEWIS AND BOCKIUS LLP
    BY:  NATHAN J. HOCHMAN
    -and- BRIANNA ABRAMS
    1601 Cloverfield Boulevard
    Suite 2050 North
    Santa Monica, CA  90404

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I N D E X


WITNESS NAME                                    PAGE

(None.)


EXHIBIT                          I.D.      IN EVID.

(None.)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES, CALIFORNIA; FRIDAY, FEBRUARY 24, 2017

8:34 A.M.

- - - - -

(The following proceedings were held outside the presence of the prospective jurors:)

THE COURT:  All right.  Good morning.  If counsel could announce their appearances, please.

MR. FOX:  Good morning.  Brandon Fox, Lizabeth Rhodes and Eddie Jauregui on behalf of the United States. Also with us at counsel table is FBI Special Agent Lea Tanner of the FBI.

THE COURT:  Good morning.

MR. HOCHMAN:  Good morning, your Honor.  Nathan Hochman and Brianna Abrams on behalf of defendant Leroy Baca who is present.

THE COURT:  Good morning.

All right.  We are taking role next door of the jurors, and hopefully that will be completed shortly. I think we are going to bring the jurors over here, and we will go ahead and put 12 in the box and start our, continue with the voir dire.

And the extra jurors that we brought over today, I will get some feedback from the clerk as to how

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

many, if we have any, absentees.  Assuming that we have got the majority of the jurors here, we will bring them over, we will go ahead and put 12 in the box and get started.

If we have a number of absences, maybe we might have to do a couple of for-cause examinations to fill those empty slots, but, otherwise, I think we would be ready to proceed this morning.

MR. FOX:  Thank you, your Honor.

Your Honor, I showed Mr. Hochman and Ms. Abrams my opening slides, and I think the only thing that we need clarification on.  For Mr. Baca's alleged false statements, I have the recording playing and show a transcript that will be evidence.  It will not be admitted, but it will be used by the jury as an aid.

And I understand your rule being not showing jurors transcripts in closings to be transcripts of trial testimony and that you are okay with us showing transcripts of recordings, but Mr. Hochman was hoping for some clarification on that.

THE COURT:  Okay.

MR. HOCHMAN:  That is just it, your Honor. Whatever the court's policy is on it just so I know as well probably more for closing than I will do for opening.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  I think Mr. Fox basically has it right.  We don't want to display jury instructions.  Don't want to display trial testimony.  But from a deposition, that is -- that typically is displayed.

MR. FOX:  Thank you, your Honor.

MR. HOCHMAN:  And, your Honor, we worked long last night.  My assistant should have our response.  We had to get a declaration.  We are getting hopefully signed this morning.  So we should have it by 10:00 a.m. today.  It was the best I could do, your Honor.  We started as -- we have been working on it long into the night.

THE COURT:  Okay.

(Court and clerk confer.)

THE COURT:  We have a couple of housekeeping matters.  We have one juror who apparently figured out he only gets paid for 10 days of jury service and has a concern about that.

And we have two other jurors who forgot to note yes answers to -- I think one juror has two questions, and the other one has one.  I propose we bring those over quickly and clean that up.

MR. HOCHMAN:  Yes, your Honor.

THE COURT:  Okay.  Can you bring in juror 37825.

All right.  One of the remaining two, one of these jurors hasn't been examined at all so I think we

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

can defer that, and so it will just be one juror.

MR. JAUREGUI:  Your Honor, while we are waiting, we noticed a transcription error in one paragraph in Exhibit 2 to our filing from Wednesday evening, and I let counsel know last night.  And I have a corrected copy of that page.  At an appropriate time, I can give it up to the court.

THE COURT:  Okay.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.  I understand that you found out that your employer pays for 10 days of jury service?

THE PROSPECTIVE JUROR:  That's right.  Yes.  So when you first asked on Wednesday morning are we available to for two, two-and-a-half weeks, I raised my hand because I thought and I confirmed that the policy with my employer is 10 days for jury service pay.

So technically this is the third day.  So if it was truly two weeks starting from Wednesday, I would be okay.  After that, they don't actually provide.

THE COURT:  Who is your employer?

THE PROSPECTIVE JUROR:  It is the Jet Propulsion Laboratory in Pasadena.

THE COURT:  Okay.  Are you married?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  I am married.  Yes.

THE COURT:  And does your wife work?

THE PROSPECTIVE JUROR:  She works.

THE COURT:  And how many people are in your household?

THE PROSPECTIVE JUROR:  Including myself, a total of four.

THE COURT:  Okay.  Do you have children?

THE PROSPECTIVE JUROR:  Two children.

THE COURT:  And what are their ages.

THE PROSPECTIVE JUROR:  One is 11 years old, and one is 10 months old.

THE COURT:  Okay.  And does your wife work full time?

THE PROSPECTIVE JUROR:  She, right now, yes, she does work full time.

THE COURT:  Okay.  And by whom is she employed?

THE PROSPECTIVE JUROR:  She is employed -- well, it is a little complicated.  She is the sole employee on the U.S. side, and the brother company is in Japan.  So I mean, technically she is an employee of one, but she communicates with the office in Japan that has a number of employees.

THE COURT:  Okay.  And what does she do for a living?

THE PROSPECTIVE JUROR:  She does import and export of specialty automotive parts between the U.S. and Japan, U.S. and China.

THE COURT:  Okay.  What I can -- what I will do at some point at the first break is I will call your employer.  Is there a -- do you have a number for them for the human resources department?

THE PROSPECTIVE JUROR:  So, yeah.  Let's see, it is going to be area code 818.

THE COURT:  You can just write it down.  We will give you a piece of paper.

THE PROSPECTIVE JUROR:  Okay.  I think I know the general number, and then they can direct you.

THE COURT:  Yeah.  We will find it.  And I will call them and see if they will be kind enough to give you a few extra days.

THE PROSPECTIVE JUROR:  Okay.

THE COURT:  And we will let you know.

THE PROSPECTIVE JUROR:  Okay.  That sounds good.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.

(The following proceedings were held outside the presence of the prospective jurors:)

THE COURT:  Would you ask her to bring in juror

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

51194.  Is this -- I think this is one of our jurors.

Sir, could I have your badge number, please.

THE CLERK:  I was going to tell you that we are missing one of the 39, but that is the person.  So all 39 are here.

(The following proceedings were held in the presence of the prospective juror:)

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  I understand your badge number is 51813?

THE PROSPECTIVE JUROR:  That's correct, sir.

THE COURT:  And I understand that you forgot to mention that you had a yes response to one of the questions?

THE PROSPECTIVE JUROR:  Yes.  I apologize.

THE COURT:  That is okay.  What is the number?

THE PROSPECTIVE JUROR:  36, I think.  Yes.  36.

THE COURT:  And can you elaborate on your response to 36?

THE PROSPECTIVE JUROR:  My parents served in the military.

THE COURT:  And what branch of the service?

THE PROSPECTIVE JUROR:  Army.

THE COURT:  Okay.  Anything additional?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Just the timing on when the service was in the military.  They were in Berlin during the Cold War.  So I think they were out of the service in '84 or '5 before I was born.

THE COURT:  Do you ever discuss what they did in the military?

THE PROSPECTIVE JUROR:  They were Russian translators.

THE COURT:  Okay.  Anything else?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

(The following proceedings were held outside the presence of the prospective jurors:)

THE COURT:  All right.  I think we are ready to bring the jurors over unless there is anything else we need to take up?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  Okay.  All right.  I am going to ask that all the spectators, if you could take seats on that last row on the left side of the courtroom, please.

Okay.  I have a request from one juror who wants to have a word so I will have that person brought

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

over.

MR. FOX:  Your Honor, there are two people affiliated with the government.  Can they take these two seats?

THE COURT:  Yes.  That is fine.

MR. FOX:  Thank you.

THE COURT:  Will counsel join me at sidebar.

(From 8:54 to 9:03, the proceedings, Pages 439 to 442, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in open court outside the presence of the prospective jurors:)

THE COURT:  Do the parties have a copy of the background questionnaire?

MR. HOCHMAN:  May Sheriff Baca use the restroom facilities very quickly just so we don't have to take any breaks once the jurors get here?

THE COURT:  The jurors are here.

(The following proceedings were held in the presence of the prospective jurors:)

THE COURT:  Good morning, ladies and gentlemen.  I understand that we have one juror that we are waiting for.

While we are waiting for that juror who I hope would not be too long, if anybody else needs a short break, now would be a good time to do is since we are waiting anyway.  Try and make it quick.

(Pause in proceedings.)

THE COURT:  All right.  Ladies and gentlemen, we are now going to begin.

I am going to ask the clerk to call the numbers of 12 prospective jurors.  As your name is called, please come forward and take your seat in the jury box as the clerk directs.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Prospective Juror No. 1 should take the first seat on the first row closest to me, and the next juror takes the next seat until the first six seats on the first row are filled.  Prospective Juror No. 7 takes the first seat on the second row closest to me, and the next prospective juror takes the next seat until six seats are filled on the second row.

All right.  I am going to ask the clerk to call the numbers of the first 12 prospective jurors.

THE CLERK:  34612, 03269, 12270, 43236, 53575, 37490, 44861, 38589, 51813, 28983.

THE COURT:  Excuse me.  Juror No. 7 takes the first seat on the second row.

THE CLERK:  49829 and 37215.

THE COURT:  Ladies and gentlemen, as jurors, you will be the finders of fact in this case.  You are required to base your decision solely on the evidence that is presented in court.  You may not consider any facts or information that you learn outside of court, and you may not rely on your own prejudice or biases in judging the case.

Are there any of you seated in the jury box who believe that you would not be able to do this?

Just raise your hand.

As a judge, it is my job to to instruct you on

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the law that is applicable to this case.  You are required to find the facts and then apply the law as I give it to you to those facts.

Do any of you feel that you would have difficulty accepting and following my instructions concerning the law that governs this case?

As you may know, a defendant is presumed innocent until proven guilty, this presumption of innocence continues until the jury concludes, if it does, that the defendant is guilty beyond a reasonable doubt. If the jury finds that the government has not proved the defendant's guilt beyond a reasonable doubt, it must return a not guilty verdict.  And you cannot return a guilty verdict unless you find the government has established the defendant's guilt beyond a reasonable doubt.

This is a different standard than is used in civil cases.  There, the jury merely has to find that a party has established that its version of the facts is more probably true than not.

Is there anything in the criminal standard of proof, beyond a reasonable doubt, that you believe would make it difficult for you to be a fair and impartial juror?

The potential punishment for the crimes that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

have been charged is a matter for the court to decide.
Are there any of you who have concerned about the level
of punishment that might be imposed if the defendant is
found guilty and feel that those concerns would make it
difficult for you to fairly judge this case?

Now, ladies and gentlemen, I am going to
continue asking questions of the prospective jurors
seated in the jury box, but these questions are directed
to all of the jurors in the courtroom because if any of
the prospective jurors seated in the jury box are
excused, a replacement will be called and I will ask that
person without repeating all of the prior questions
whether any of those questions pertain to him or her.

Therefore, it is important that each of you
listen carefully to the questions that I will be asking
and keep any in mind which call for an affirmative answer
or explanation on your part.  In that way, if you are
called into the jury box, we won't have to repeat each of
the questions to you.

Ladies and gentlemen, you are now going to be
asked a number of questions about yourselves.  Again,
they are not designed to pry unnecessarily into your
personal lives or affairs.  They are asked to discover if
you have any knowledge about the case, if you have any
preconceived opinions that you might find difficult to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

lay aside, if you have any personal or family experiences which might cause you to identify yourselves with any of the parties and to assure each party that you can be fair and impartial.

Please do not withhold information in order to be seated on this jury.  Be straightforward in your answers rather than answer in a way that you feel that the lawyers or I expect you to answer.  If your answer to a question is yes, please raise your hand so that additional questions may be asked.  If your answer to a question is no, you need do nothing else.

Again, at any time, if you prefer to approach the bench to answer a question rather than answering in front of the entire panel here in open court, please feel free to so indicate.

All right.  We are going to begin with Juror No. 1.  If you could take the microphone and take the background questionnaire and tell us a little bit about yourself.  If you just go down that list of questions.

THE PROSPECTIVE JUROR:  Okay.  Juror No. 34612.  I currently live in Diamond Bar, California.  I have lived there for nine years.  I previously lived in Fontana, California.  I am currently married.  I have two children, age 40 and 35.

THE COURT:  And what do your children do for a

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

living?

THE PROSPECTIVE JUROR:  My oldest child works, is self-employed and works in the insurance and transportation.  My second son is currently working with Los Angeles County Department of Public Social Services as an Eligibility Worker 2.

My education is up to the 12th grade.  I currently have -- well, I don't have any military service.  I am currently retired for a little over two-and-a-half years.  And I did work in the past for 39 plus years with Los Angeles County also with the Department of Public Social Services.

THE COURT:  And what does your husband do for a living?

THE PROSPECTIVE JUROR:  My husband is also self-employed and is working as insurance and also transportation trucking industry.

THE COURT:  Have you ever served on a jury before?

THE PROSPECTIVE JUROR:  Yes, I have.

THE COURT:  Okay.  And how many times?

THE PROSPECTIVE JUROR:  Once.

THE COURT:  And do you recall generally what the case was about?

THE PROSPECTIVE JUROR:  Yes.  It was a criminal, and it was a manslaughter case.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  Was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Have you ever been a party or a witness in a criminal or civil case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Thank you very much.  If you could pass the microphone to the next prospective juror.  And, sir, if you could tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Yes.  Good morning.  My juror number is 03269.  I currently reside in the Hancock Park neighborhood of Los Angeles for the last two-and-a-half years.  Prior to that, I was living in the Pico-Robertson neighborhood of Los Angeles for five years.

I have a registered domestic partnership currently.  No children.  Masters degree level of education.  No military service.  I work in human resources management for Saban Capital Group in Century City.  My spouse or my partner, rather, is a chef and works for Susan Goin, Lucques Group.

Prior jury service, civil case.  I can't really remember the nature of the case to be honest.

THE COURT:  Okay.  Is that the only time you

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

served as a juror?

THE PROSPECTIVE JUROR:  I want to say I did once prior to that too, but I really can't remember.  It has been a good 12 years, I would say.

THE COURT:  Okay.  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  I have not.

THE COURT:  And in the most -- on the most recent occasion when you served as a juror, do you recall if the jury was able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes, we were able to.

THE COURT:  Thank you.  If you could pass the microphone to the next prospective juror.  If you could tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  12270.  I currently live in Baldwin Park, California.  I lived there roughly around 16 years.  Before there, I lived in Riverside for three years.  I am currently single.  I have no children.  My education is three years in university.  I have no military experience.

My occupation now is I am working at an elderly living center and at a pizza parlor.  Name of current employer would be Arcadia --

THE COURT:  Slow down just a little bit.

THE PROSPECTIVE JUROR:  Okay.  Sorry.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  That is okay.

THE PROSPECTIVE JUROR:  At the Arcadian Living Center and at Round Table.

THE COURT:  And what do you do at the Round Table?

THE PROSPECTIVE JUROR:  I just work in the kitchen.  I just prep everything.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No.  I never served on a jury.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No, I have not.

THE COURT:  Okay.  Thank you very much.  If you could pass the microphone to the next prospective juror.

THE PROSPECTIVE JUROR:  Last five digits of my juror number is 43236.  I live in Los Angeles, California.  I lived there for about one-and-a-half years.  Prior to that, I lived in L.A. as well.  Single.  No children.  Have a Bachelors degree in political science.

Yes, I did serve in the military.  Seven years active duty.  Rank was sergeant.  Duties were instructor.  Occupation now, I work for the post office.  And no spouse.

THE COURT:  Have you ever served on a jury before?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  All right.  Thank you.  If you could pass the microphone to the next prospective juror.

THE PROSPECTIVE JUROR:  My number is 53575.  I live in Los Angeles, California.  I lived in North Hollywood prior to that.  I am married.  I have one son, 17 years old.  Attends Beverly Hills high school.  I did two years in community college.

I am not a part of the military.  I work for Kaiser Permanente for 32 years.

THE COURT:  And what do you do for them?

THE PROSPECTIVE JUROR:  I am a Senior Systems Administrator.

THE COURT:  And I'm sorry.  Did you indicate you were married?

THE PROSPECTIVE JUROR:  I am married.

THE COURT:  Okay.  And what does your husband do?

THE PROSPECTIVE JUROR:  My husband is a supervisor at DHL.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  I have.

THE COURT:  And how many times?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Just two times.

THE COURT:  Okay.  And do you recall what the most recent case was about?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Criminal or civil?

THE PROSPECTIVE JUROR:  It was criminal.

THE COURT:  Okay.  Do you recall generally what it was about?

THE PROSPECTIVE JUROR:  Drugs.

THE COURT:  Was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  And do you recall the other time that you served on a jury?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And was that a civil or criminal case?

THE PROSPECTIVE JUROR:  Criminal.

THE COURT:  And do you recall generally what was that about?

THE PROSPECTIVE JUROR:  Domestic violence.

THE COURT:  And was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  And, I'm sorry, who did you say your husband was employed by?

THE PROSPECTIVE JUROR:  DHL.

THE COURT:  Okay.  All right.  If you could pass the microphone to the next prospective juror.

THE PROSPECTIVE JUROR:  Hi.  Juror No. 37490.  I live in Hermosa Beach.  I have been there four years.  Before that, I lived in Redondo Beach for five years.  I am single.  No children.  Graduated film school.  No military service.  I am a bartender and a union organizer right now.  My present employer is Unite Here Local 11.  Prior jury service was criminal.  I was an alternate juror.

THE COURT:  Okay.  Do you know if the jury was able to reach a verdict?

THE PROSPECTIVE JUROR:  There was two individuals.  They reached one on one individual.  And there was a mistrial for the second.

THE COURT:  Okay.  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  I am not sure if this applies, but we had a civil case over my grandma's estate that I was involved in.

THE COURT:  Okay.  All right.  Thank you very much.  If you could pass the microphone all the way back

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

down there.

THE PROSPECTIVE JUROR:  I am juror No. 44861.  I currently live in Downey, California.  I have lived there for about 10 years now.  Prior to that, I resided in Maywood, California.  I am married.  I have two children. I have a little girl who is 7 and a boy who is 9.  I have a masters degree.  I have no prior military service.  I currently work in the occupation of human resources for Open Ex Technologies.  My husband is a driver, and he works for Ace Rolloff.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No.  Not that -- not that I remember, no.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  And, I'm sorry, your husband works for?

THE PROSPECTIVE JUROR:  Ace Rolloff.

THE COURT:  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  Juror number is 38589.  I currently live in Burbank, California.  I have been there for about 15 years.  Before that, I lived in Los Angeles. I am single with no children.  Education is high school. No military service.  My current occupation is dependency

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

investigation assistant with the Los Angeles County Department of Children and Family Services. I have served on a case before, criminal case.

THE COURT: Do you recall generally what it was about?

THE PROSPECTIVE JUROR: No.

THE COURT: Was the jury able to reach a verdict?

THE PROSPECTIVE JUROR: We were.

THE COURT: All right. Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR: No.

THE COURT: All right. Thank you very much.

THE PROSPECTIVE JUROR: Juror number is 51813. I currently live in Los Angeles, California. I have lived here for six years. Before that, I was in Atlanta, Georgia. Let's see. I am married. My wife is a manager at The Parlor Sports Bar in Hollywood.

I have no children. I have a Bachelors of Arts college education. No military service. I am an associate producer for a small commercial production house named Via Productions.

THE COURT: And what does your spouse do for a living?

THE PROSPECTIVE JUROR: She is a manager at The Parlor.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Any prior jury service?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  Thank you.

THE PROSPECTIVE JUROR:  My juror number is 28983. I live in Long Beach.  I have lived there for 17 years. I lived in Lancaster prior to that for 13 years.  I am married.  I have three children, 36, 28, 26.

THE COURT:  And what do you your children do for a living?

THE PROSPECTIVE JUROR:  One of them is a Director of Marketing.  Another one is an accountant.  And the other one is in college right now.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  My education level is masters degree.  I have never been in the military.  My occupation now is facilities maintenance manager, and, in the past, I was electrician.

The name of my employer is Raytheon company. My spouse is presently retired.  She used to be an accountant.  Her past employer was Los Angeles County Office of Education.  I have been on two jury trials.

THE COURT:  Okay.  Do you recall what those were

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

about?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  How about the most recent?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  What kind of case was it?

THE PROSPECTIVE JUROR:  It was a domestic.

THE COURT:  Okay.  Was the jury able to return a verdict?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  And what about the other?

THE PROSPECTIVE JUROR:  Murder.

THE COURT:  And when was that?

THE PROSPECTIVE JUROR:  It has got to be like 15, 17 years ago.

THE COURT:  Do you recall if the jury was able to return a verdict?

THE PROSPECTIVE JUROR:  Yes, they did.

THE COURT:  Okay.  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  My number is 49829.  I live in Torrance, California.  I have lived there for 32 years.  Before moving there, I lived in Redondo Beach.  I am married.  I have some college education.  Of course, I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

never served in the military.  And I am retired and have been retired for a number of years now.  I worked for aerospace company.

My husband also worked in aerospace.  He is retired.  I have served on jury duty a half a dozen times or so.  Both civil and criminal.

THE COURT:  Do you recall the most recent time when you served as a juror?

THE PROSPECTIVE JUROR:  I think the last was a civil case if I remember correctly.

THE COURT:  Do you recall if the jury was able to return a verdict?

THE PROSPECTIVE JUROR:  Yes, we were.

THE COURT:  Okay.  Do you recall any of the other times that you have served as a juror?

THE PROSPECTIVE JUROR:  Yes, I do.

THE COURT:  Okay.  Was that case criminal or civil?

THE PROSPECTIVE JUROR:  Well, let's see.  I think maybe that was the criminal case.

THE COURT:  Okay.  Was the jury able to return a verdict?

THE PROSPECTIVE JUROR:  Yes, they were.

THE COURT:  Okay.  Have you ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No, I haven't.

THE COURT:  Okay.  Thank you very much.

THE PROSPECTIVE JUROR:  My last five digits are 37215.  And right now I live in La Crescenta.  I have lived there for seven years.  Before living there, I lived in Sierra Madre for about five years.  I am married.  I have two children, a girl who is 11 and a boy who is 10 months old.

My education, I have degrees in electrical engineering.  Last was Ph.D.  No military service.  My occupation, so, I am an electrical engineer, and I work on space borne radar systems, satellite systems and things for planetary exploration.

So the name of the present employer is Jet Propulsion Laboratory.  My spouse, presently, she is doing import, export.  And before that, she worked in life insurance.  And her present employer is called MLA, and I don't know what it stands for.  Sorry.

THE COURT:  Okay.  Have you ever served on a jury?

THE PROSPECTIVE JUROR:  Never asked her.  What?

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  Never served.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.  Thank you very much.

Let me ask the prospective juror seated next to you, what did you do before you retired?

THE PROSPECTIVE JUROR:  Well, I worked in accounting and then office manager.

THE COURT:  Okay.  Thank you.

See counsel at sidebar, please.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in the

presence of the prospective jurors:)

THE COURT:  Who has the microphone?  Can you tell us, you I think indicated you work for the county?

THE PROSPECTIVE JUROR:  Yes, I did.

THE COURT:  And what do you do for them?

THE PROSPECTIVE JUROR:  I am retired a little over two years.  I used to work with -- well, I did a lot of jobs there.  My last position was a manager for under the medical program.

THE COURT:  Okay.  And Juror No. 4, you worked for the post office?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  What did you do for them?

THE PROSPECTIVE JUROR:  Right now, I am a CCA, City Carrier Assistant.

THE COURT:  Okay.

(From 9:40 to 9:41, the proceedings, Page 464, were

conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective jurors:)

THE COURT: Ladies and gentlemen, the lawyers are now going to start exercising what are called peremptory challenges. Each side is entitled to a certain number of peremptory challenges to prospective jurors seated in the jury box. A peremptory challenge allows counsel to remove a prospective juror that he or she believes may be unsympathetic to his or her case. A peremptory challenge is one for which no reason need be given. It is just part of the process. So don't hold it against them if they exercise a peremptory challenge to you.

Now, I am going to need about 5 minutes, and I apologize for this. But we want to -- I want to make a phone call on behalf of one of the jurors to their employer. And I think now is an appropriate time to do that. So it should only be five minutes. Let's all come back in here at 10 till the hour. And if you are going to leave, just remember where you are seated.

So if everybody can be back in here at 10 till the hour, and we can't start unless you are all back in your seats.

(Recess from 9:43 to 9:58.)

(The following proceedings were held in the presence of the prospective jurors:)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.  If I could see counsel at sidebar.

(From 9:58 to 9:59, the proceedings, Page 467, were

conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective jurors:)

THE COURT:  All right.  I believe the first peremptory rests with the government.

MR. FOX:  Your Honor, the government would ask the court to thank and excuse Prospective Juror No. 2.

THE COURT:  All right.  Sir, you are excused.  You may return to the jury assembly room on the first floor.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.  We are going to call the number of another prospective juror.

THE CLERK:  01342.

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  We will give you the microphone.

And, sir, if you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Okay.  My juror number is 1342.  I live in Redondo Beach, California, for the last five years.  Before that, I was -- we are living in San Diego for 20 years.  I am married.  I have two children.  Girls.  One is 42.  One is 49.

THE COURT:  And what do your children do for a living?

THE PROSPECTIVE JUROR:  One is a teacher, third

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

grade teacher.  The other one is human resources director.

THE COURT:  And your educational background?

THE PROSPECTIVE JUROR:  I earn my BSEE degree in Prague, Czech Republic which is the country I came from. And I have no military service.

THE COURT:  And what do you do for a living, sir?

THE PROSPECTIVE JUROR:  I am retired now, and I was working as an engineering manager for number of years.

THE COURT:  Okay.  And who did you work for?

THE PROSPECTIVE JUROR:  It is a company called Carbon which is power semiconductor company.

THE COURT:  And does your wife work?

THE PROSPECTIVE JUROR:  She is retired now too.

THE COURT:  What did she do prior to her retirement?

THE PROSPECTIVE JUROR:  She was working for a while at JC Penney as a sales associate, and she has been retired for a while now.

THE COURT:  Okay.  Have you ever served on a jury before?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Okay.  Is there anything that I have inquired about that in good conscience you should disclose to us?

THE PROSPECTIVE JUROR:  Could you repeat the question.

THE COURT:  Sure.  Is there any of the questions that I asked that you want to tell us about?  Do you have any answers to any of the questions that I have?

THE PROSPECTIVE JUROR:  In the original question?

THE COURT:  Not in the original one, just before the jury -- just before we put the 12 people in the box.  Let me ask you this, is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.  I believe the next peremptory rests with the defense.

(Counsel confer.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     BY MR. HOCHMAN: Your Honor, the defense would ask the court to excuse and thank Juror No. 6, 37490.

THE COURT:  All right.  Thank you.

You can return to the jury assembly room on the first floor.

I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  25793.

THE COURT:  Good morning.  Is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  Well, I am a fifth grade teacher so making sub plans every day.

THE COURT:  Okay.  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Could you take a look at the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Juror No. 25793.  I live in Rosemead, California.  I have lived there since April.  Before that, I lived in San Gabriel.  I am married.  I have one child.  She is 2 years old.  I have a Bachelors plus my teaching credential.  I have no military service.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I am a fifth grade teacher.  I work for Aspire Public Schools.  My husband is also a teacher.  He works for Leeway School in special education.

THE COURT:  Any prior jury service?

THE PROSPECTIVE JUROR:  No prior jury service.

THE COURT:  Okay.  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Thank you very much.

The next peremptory rests with the defendants.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Juror No. 8, 38589.

THE COURT:  All right, sir.  You are excused.  You may return to the jury assembly room on the first floor.

THE COURT:  All right.  I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  31070.

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Anything about the length of the trial that would present you from serving?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  And anything about the nature of these charges that causes you to have any concerns about your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Juror number is 31070.  I have been a resident of San Dimas, California, for 23 years.  I live lived in Temple City for three years prior to that.  I am married.  I have one 15-year-old daughter, a high school student.

THE COURT:  Your educational background?

THE PROSPECTIVE JUROR:  I have a degree from Cal Poly Pomona.  No military service.  I am currently employed by Penske Truck Leasing in national account sales.  Prior to that, I was also in sales.

THE COURT:  And what does your spouse do?

THE PROSPECTIVE JUROR:  Spouse is an automotive insurance claims adjuster for all state insurance.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  I have.

THE COURT:  And how many times?

THE PROSPECTIVE JUROR:  Just once.

THE COURT:  And when was that?

THE PROSPECTIVE JUROR:  About 20 years ago.

THE COURT:  Do you recall what the case was about?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  I do.

THE COURT:  Generally.

THE PROSPECTIVE JUROR:  I do.

THE COURT:  Can you tell us?

THE PROSPECTIVE JUROR:  It was a criminal case.

THE COURT:  Was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  They were.

THE COURT:  Okay.  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  I have not, your Honor.

THE COURT:  Okay.  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.  I believe the next peremptory rests with the government.

(Counsel confer.)

MR. FOX:  Your Honor, we ask you to thank and excuse Prospective Juror No. 1.

THE COURT:  All right.  You are excused.  You may return to the jury assembly room on the first floor. Thank you very much for your service.

All right.  I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  13461.

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Good morning.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of the charges that cause you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  My last five are 13461.  I currently live in Hawthorne, and I have been there for three years now.  Before that, I lived in Santa Maria for five years, Northern Central California.  I am divorced I have two kids who are 16 and 9.  I have a Bachelors from Thomas Edison, excuse me, in applied sciences.

I was in the Navy for 12 years as an E6, and I was a nuclear mechanical engineer.  So our job was to move the ships around.  I currently right now I am working at Valero so I am a refinery operator.

And before then, I was working with Pacific Gas and Electric at Diablo Canyon which is a power plant up in Avila Beach.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  I have.  Back in 2013, I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

think it was.  And it was a civil case.

THE COURT:  Okay.  Was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  And prior to your divorce, what did your spouse do for a living?

THE PROSPECTIVE JUROR:  I was also in the military.

THE COURT:  Okay.  All right.  Thank you very much.

Next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Juror No. 9, 51813.

THE COURT:  All right.  Thank you.

THE COURT:  Return to the jury assembly room on the first floor.  Thank you very much for your service.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  I am going to ask the clerk to call the number of the next prospective juror.

THE CLERK:  05630.

THE COURT:  Good morning.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Good morning, sir.  Anything about the length of the trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  My jury number is 05630. I now reside in City of Santa Paula which is in Ventura County.  I have lived there for 65 years.

THE COURT:  And your marital status?

THE PROSPECTIVE JUROR:  I am married.  Have one son.  He is 44.  He lives in Arlington, Texas.

THE COURT:  And what does your son do for a living?

THE PROSPECTIVE JUROR:  He works for GE.  And I am not sure what he does.

THE COURT:  Okay.  And your educational background?

THE PROSPECTIVE JUROR:  High school.  Some community college for my profession.  I served in the military in '69 through '71.  I am currently retired.  I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

work for the City of Santa Paula.  I was a police officer.

THE COURT:  And your wife, what does she do?

THE PROSPECTIVE JUROR:  My wife works for a clinic system in our county.  She is a credential specialist.

THE COURT:  Is there a particular field that she works in?

THE PROSPECTIVE JUROR:  Yeah.  She credentials people that have credentials to make sure that they are doctors and nurses, that they are who they are.

THE COURT:  Okay.  Ever served on a jury before?

THE PROSPECTIVE JUROR:  Never.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  Well, with my job, I was a witness.  Many times.

THE COURT:  Okay.  Anything about that experience that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Okay.  Thank you.

THE COURT:  All right.  The next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would pass

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

on this challenge.

THE COURT:  All right.  Next peremptory rests with the government.

(Counsel confer.)

MR. FOX:  Your Honor, the government asks that you thank and excuse Prospective Juror No. 9.

THE COURT:  All right.  Sir, you are excused.  You may return to the jury assembly room on the first floor.  Thank you very much for your service.

I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  07261.

THE PROSPECTIVE JUROR:  Hi.  I am Juror 07261.

THE COURT:  Okay.  Just before you go into that.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of these charges that cause you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  And, now, if you could tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  I live in Lancaster,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

California.  I have lived there for 11 years now.  Prior to that, I lived in Sylmar.  I am married.  I have three children.  They are 7, 6 and 4.

My husband, he works for the Los Angeles County Probation Department.  I have a Bachelors in Criminal Justice and a paralegal certificate from UCLA. I have never served in the military.  I currently am employed for the Los Angeles County Department of Public Social Services as an eligibility worker.

THE COURT:  What does your husband do for the probation department?

THE PROSPECTIVE JUROR:  He is a probation officer.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Ever been a part or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.  The next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Juror No. 5, 53575.

THE COURT:  Thank you for your service.  You may

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

return to the jury assembly room on the first floor.

Ask the clerk to call the number of another prospective juror.

THE CLERK:  07418.

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Hi.

THE COURT:  Is there anything about the length of the trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Okay.  My last four digits are 07418.  I live in Rolling Hills Estates.  I have lived there for 35 years.  And before that, I lived in Lomita.  I am divorced.  I have two adult children, and they work for their father.

THE COURT:  And what do they do?

THE PROSPECTIVE JUROR:  He is an antique dealer.

THE COURT:  Your educational background?

THE PROSPECTIVE JUROR:  I have had some college.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Ever served in the military?

THE PROSPECTIVE JUROR:  No.

THE COURT:  What do you do for a living?

THE PROSPECTIVE JUROR:  I am unemployed.

THE COURT:  And your former spouse is an antique dealer?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Is he self-employed.

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  Thanks.

THE COURT:  Next peremptory rests with the defense.

MR. HOCHMAN:  Your Honor, may we be heard briefly at sidebar.

THE COURT:  Yes.

MR. HOCHMAN:  Okay.

(From 10:23 to 10:24, the proceedings, Page 483, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective jurors:)

THE COURT:  I understand that you are currently unemployed.  Have you ever worked?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And what did you do?

THE PROSPECTIVE JUROR:  Well, mainly, I worked with my husband with the antique deal.  And I do energy work.  I am a specialized kinesiologist.

THE COURT:  All right.  Thank you.  Have you ever worked for anybody other than your husband or with your husband?

THE PROSPECTIVE JUROR:  Well, I mean, yes.

THE COURT:  Okay.  What was the last company that you worked for?

THE PROSPECTIVE JUROR:  Welco Engineering.

THE COURT:  Okay.  Thank you.  Next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  The defense would pass, your Honor, this challenge.

THE COURT:  All right.  Next peremptory rests with the government.

MR. FOX:  Your Honor, we ask you to thank and excuse Prospective Juror No. 9.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.  You are excused.  You may return to the jury assembly room on the first floor. Thank you very much for your service.

All right.  I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  38095.

THE COURT:  Good morning.

THE PROSPECTIVE JUROR:  Morning.

THE COURT:  Is there anything about the length of the trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Yes.  My number is 38095. I live in Los Angeles, California, and have all of my life.  I am single.  I have no children.  I have a Bachelors degree in economics and am currently working towards my certificate in accounting.

I have never served in the military.  I am currently unemployed.  I resigned my position.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Thank you.  I am currently unemployed, and I resigned my position with Price Waterhouse Coopers approximately six months ago.

THE COURT:  Okay.  What did you do for them?

THE PROSPECTIVE JUROR:  I worked in tax consulting, specifically transfer pricing.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  I have not.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  I have not.

THE COURT:  Okay.  Thank you very much.

Next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Juror No. 9, 38095.

THE COURT:  Thank you very much for your service. You may return to the jury assembly room on the first floor.  Thank you.

I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  30528.

THE COURT:  Anything about the length of the trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Juror No. 30528.  I live in the City of Inglewood for 30 years, Inglewood, California.

THE COURT:  Your marital status?

THE PROSPECTIVE JUROR:  Married.

THE COURT:  And do you have any children?

THE PROSPECTIVE JUROR:  Three children.  Adult children.

THE COURT:  And how old are they?

THE PROSPECTIVE JUROR:  26 and 24.

THE COURT:  I am missing one.

THE PROSPECTIVE JUROR:  Twins.

THE COURT:  I knew it was a trick question.

THE COURT:  And what do your children do for a living?

THE PROSPECTIVE JUROR:  I have one currently in San Francisco School of Pharmacy.  She has got two more years to go.  One is a research lab tech at UCLA.  And my

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

son is a customer service representative for Hulu.

THE COURT:  And your educational background?

THE PROSPECTIVE JUROR:  Two years of community college.  No military service.  I have worked at the post office for 32 years.

THE COURT:  And what do you do at the post office.

THE PROSPECTIVE JUROR:  I did 30 years as a carrier, and now I am currently a consumer advocate.  I handle customer complaints.

Do you want past?

THE COURT:  I'm sorry?

THE PROSPECTIVE JUROR:  Past occupation?

THE COURT:  Sure.  If you want to tell us.

THE PROSPECTIVE JUROR:  I used to work at the telephone company.

THE COURT:  Okay.  And what does your spouse do for a living?

THE PROSPECTIVE JUROR:  He works at a tire service that his father owns along with his brother and uncle and some other family members.  They have been doing that for years.

THE COURT:  Any prior jury service?

THE PROSPECTIVE JUROR:  Yes.  I can't remember them all.

THE COURT:  Okay.  How about the most recent?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  The most recent one, I think it was a criminal.

THE COURT:  Okay.  And was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Do you happen to recall any other jury service?

THE PROSPECTIVE JUROR:  One was I think people were fighting at a car dealer service as someone was getting car repairs, and something went wrong.  And two people supposedly attacked the person that was doing the repairs.

THE COURT:  Okay.  Was the jury able to reach a verdict?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Thank you.

THE COURT:  All right.  I believe the next peremptory rests with the defense.

(Counsel confer.)

THE COURT:  Yes.

THE PROSPECTIVE JUROR:  I read 14 again.  I think that I actually have been, but can I approach you to --

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Yes.  That is fine.

(From 10:33 to 10:36, the proceedings, Pages 491 to
492, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the prospective jurors:)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Juror No. 9, 30528.

THE COURT:  All right.  Thank you very much for your service.  You may return to the jury assembly room on the first floor.

All right.  I am going to ask the clerk to call the number of another prospective juror.

THE CLERK:  43541.

THE COURT:  Is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Anything about the nature of the charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Last five digits is 43541. I now live in Baldwin Hills, California.  I have lived there for 10 years now.  Before, I lived in Lancaster.

I am married.  I have three children, ages 23, 22 and 17.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT: And what do your children do for a living?

THE PROSPECTIVE JUROR: One is -- well, one is studying for his masters at UCLA. The other is also studying for his dental degree and another one in high school.

THE COURT: And your educational background?

THE PROSPECTIVE JUROR: I have a Bachelors of Science in environmental and occupational health.

THE COURT: Any military service?

THE PROSPECTIVE JUROR: No military service.

THE COURT: And what do you do for a living?

THE PROSPECTIVE JUROR: I am a legal enforcement agent for L.A. County for their environmental section.

THE COURT: And your spouse?

THE PROSPECTIVE JUROR: My spouse is an RN for UCLA.

THE COURT: Any prior jury service?

THE PROSPECTIVE JUROR: No prior jury service.

THE COURT: Okay. Have you been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR: Witness through my employer.

THE COURT: Okay. Anything about that experience that would cause you to have any concerns about your

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Okay.  Thank you very much.

THE COURT:  Next peremptory rests with the government.

(Counsel confer.)

MR. FOX:  Your Honor, we ask you to thank and excuse Prospective Juror No. 5.

THE COURT:  All right.  You are excused.  You may return to the jury assembly room on the first floor.

All right.  I am going ask the clerk to call the number of a new prospective juror.

THE CLERK:  50493.

THE PROSPECTIVE JUROR:  Good morning.

THE COURT:  Good morning.  Is there anything about the length of the trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  If you could take the background question anywhere and tell us a little bit about yourself.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  Last five digits are 50493.  I have lived in Northridge, California for 25 years.  Prior to that, I lived in Mexico.

THE COURT:  And your marital status?

THE PROSPECTIVE JUROR:  I am married.  I don't have children.  I have a masters degree in education from Cal State Northridge.  No military service.  I am currently an academic advisor for Cal State Northridge. My spouse is also an academic advisor.

THE COURT:  Any prior jury service?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Does your spouse work at the same university that you do?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  All right.  Thank you very much.

Next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would pass on this challenge.

THE COURT:  All right.  Next peremptory rests with the government.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  May we have a minute, please, your Honor.

THE COURT:  Yes.

MR. FOX:  Thank you.

(Counsel confer.)

MR. FOX:  Your Honor, we ask that you thank and excuse Prospective Juror No. 5.

THE COURT:  All right.  You are excused.  You may return to the jury assembly room on the first floor.

All right.  I am going to ask the clerk to call the name of another prospective juror.

THE CLERK:  32647.

THE COURT:  Sir, is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Anything about the nature of the charges that causes you to have any concern about your abilities to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Juror number is 32647.  I live in Santa Maria, California.  I lived there for 10 years.  Before that, I lived in Paso Robles, California.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I am married.  I have six children.  Their ages are 36, 34, 31, 36, 15.  I think that is all.

THE COURT:  That is only five by my count.

THE PROSPECTIVE JUROR:  That is five.  The middle one must be my son, my other son.  28.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  It is hard to keep track.

High school education.  I was in the military for six years, United States Army.  I got out of there as a sergeant.  My occupation in the past was a correctional officer for 29 years.  I am retired right now at present. My wife works for H&R Block.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  And what do your children do for a living?

THE PROSPECTIVE JUROR:  I have one -- my oldest daughter, she does home teaching for children.  That is her basic thing.  I have two daughters that one is a preschool teacher for autistic children, and my other daughter is a teacher for autistic children but in the grade school.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  My son works babysitting in the hospice for people in need of babysitting for

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

autistic or disabled, disability bound children.

And then my youngest son, he goes to high school.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  Yes, sir, when I was working for corrections.

THE COURT:  Okay.  Anything about that experience that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Thank you very much.

Next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense accepts the jury as presently constituted.

THE COURT:  Any reason why the jury shouldn't be sworn?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.  I am going to ask the clerk to swear the jury.

(The prospective jurors were sworn.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Okay.  We are going to pick four alternate jurors.  The first number that is selected will be Alternate No. 1.  The next number that is called will be Alternate No. 2.  The next will be Alternate 3, and the final one will be Alternate 4.  Alternate 1 will take the first seat on the first row, the first available seat on the first row.  Alternate No. 2 will take the last seat on the first row.

And Alternate 3 will take the next to last seat on the second row, and Alternate No. 4 will take the last seat on the second row.

I am going to ask the clerk to call the number of Alternate No. 1.

THE CLERK:  39167.

THE COURT:  And let's call Alternate No. 2.

THE CLERK:  51614.

THE COURT:  And Alternate No. 3.

THE CLERK:  32391.

THE COURT:  And Alternate No. 4.

THE PROSPECTIVE JUROR:  14778.

THE COURT:  All right.  Prospective Alternate No. 1, is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Anything about the nature of these

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

charges that cause you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Okay.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  My last five digits are 39167.  I currently live in the Westwood neighborhood of Los Angeles.  I have lived there since 2011.  Prior to that, I lived for a few years in Tallahassee, Florida, where I was attending college.  And before that, I grew up in Kentucky.  I am currently married.  I have no children.  I have a Bachelors degree in English.  No military service.  I am currently, I work in search engine optimization for Wpromote in El Segundo.

THE COURT:  And what does your spouse do?

THE PROSPECTIVE JUROR:  My wife just recently graduated at UCLA.  She is currently a scholar working in migration in Eastern Europe.

THE COURT:  Any prior jury service?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Ever been a party or a witness in a criminal or civil case?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  If you could pass the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

microphone to Alternate 2.

Sir, is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  Last five digits are 51614.  I currently live in La Mirada, California.  I have lived there since just last July.  Before that, I lived in Compton, California.  I grew up there. Currently single.  No children.  Few years of college, university.  No military service.  I currently work for the Walt Disney Company at Disneyland resort.

THE COURT:  And what do do you there?

THE PROSPECTIVE JUROR:  Entertainment.

THE COURT:  And any prior jury service?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No, your Honor.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  All right.  Thank you.

You can pass the microphone back.  Anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Anything about the nature of the charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  If you could tell us a little bit about yourself?

THE PROSPECTIVE JUROR:  Last five digits, 32391.

For the past four years, I lived in Porter Ranch.  Prior to that for seven years, I lived in Glendora.  And I am originally from the east coast.

I am divorced.  I have two children, a 26-year-old and a 9-year-old.  My 26-year-old is a student and also works at USC Keck Medical Center in the cath lab.

My 9-year-old is a straight A student.  My education, I have some college.  No military service.  I currently, for the past four years, have worked at as an administrator for a nonprofit.

My past employment history has been working as a legal assistant, mostly in personal injury law, and I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

have also worked as an executive assistant.  My prior jury service, no prior jury service.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  I believe I would have been a witness to a criminal case because my video deposition had been taken.  So I am assuming, yes, I was a witness.

THE COURT:  Anything about that experience that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  You worked as a legal assistant?

THE PROSPECTIVE JUROR:  Yes.

THE COURT:  And was that for a law firm?

THE PROSPECTIVE JUROR:  Yes.  In personal injury law.  And I also worked about a year-and-a-half civil litigation.

THE COURT:  Okay.  Do you recall the name of the firm?

THE PROSPECTIVE JUROR:  The firm for civil litigation, Buchanan Ingersoll in Tampa, Florida, and we represented the defense.

THE COURT:  Okay.

THE PROSPECTIVE JUROR:  And -- no, I'm sorry.  We

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

represented the plaintiff.  And personal injury, I worked

for two different firms, both of them were small sole

practitioners, specifically personal injury law.

THE COURT:  All right.  Thank you very much.

THE PROSPECTIVE JUROR:  Thank you.

THE COURT:  If you could pass the microphone to

the prospective alternate.

And, sir, is there anything about the length

of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Anything about the nature of the

charges that causes you to have any concerns about your

ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  And if you could tell us a little bit

about yourself.

THE PROSPECTIVE JUROR:  Last five digits is 14778.

For the past 10 years, I have lived in Woodland Hills.

Prior to that, I lived in Santa Clarita.  I am married.

No children.  I have an associate's degree.  No military

service.  And for the past month, I have been unemployed.

Prior to that, I worked for Lending Club Patient

Solutions as a field account manager.  My wife is also an

account manager for a company called Peer Life Dental.

THE COURT:  Ever served on a jury before.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  Ever been a party or a witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No, your Honor.

THE COURT:  All right.  Thank you very much.

THE COURT:  All right.  The first peremptory rests with the government.

(Counsel confer.)

MR. FOX:  Your Honor, the government accepts the alternates as presently constituted.

THE COURT:  Okay.  Next peremptory rests with the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Alternate No. 1, 39167.

THE COURT:  All right.  You are excused.  You may return to the jury assembly room on the first floor. Thank you.

All right.  I am going to ask the clerk to call another number.

THE CLERK:  12869.

THE COURT:  Sir, is there anything about the length of this trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No.

THE COURT:  Anything about the nature of these

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  My number is 12869.  I live in Burbank, California.  Pretty much a lifetime resident other than a year living in Humboldt County when I was in junior high school age.  That is where my father is from.

THE COURT:  Your marital status?

THE PROSPECTIVE JUROR:  Divorced.  Almost remarried but not legally.  But I have been with the same lady for 16-plus years.  She has three sons.  I have three daughters.

THE COURT:  How old are your children?

THE PROSPECTIVE JUROR:  24 and 26.  Twins.

THE COURT:  I wasn't going to fall for it again.

(Laughter.)

THE PROSPECTIVE JUROR:  And also, the boys are 24, 25 and 27.

THE COURT:  Okay.  And what do your children do for a living?

THE PROSPECTIVE JUROR:  Two of my daughters are

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

college students.  One is at UC Davis.  One is at Sacramento State.  My oldest daughter is a receptionist for a finance company in Los Angeles.

The boys, one works at the Burbank airport at Millionaire.  The middle son is a sergeant in the marines stationed at Pendleton.  And the youngest works for a company that does clean up from storm damage.

I have high school diploma.  No military service.  I was a printing press operator for 30 plus years.  Not currently employed.  I contracted rheumatoid arthritis which slowed me down and was promptly shown the door.  So at this current time, disability is an income.

THE COURT:  Okay.  And is your spouse working?

THE PROSPECTIVE JUROR:  She does work at the Disney lot.  She is the manager of the Starbucks there.

THE COURT:  Ever served on a jury before?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Ever been a party or witness in a civil or criminal case?

THE PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Thank you very much.  All right.  The next peremptory rests with the government?

MR. FOX:  Your Honor, we once again accept the panel as presently constituted.

THE COURT:  All right.  Next peremptory rests with

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the defense.

(Counsel confer.)

MR. HOCHMAN:  Your Honor, the defense would ask the court to thank and excuse Alternate No. 1, 12869.

THE COURT:  All right.  Sir, you are excused.  You may return to the jury assembly room on the first floor. Thank you very much for your service.

Going to ask the clerk to call the number of another prospective alternate.

THE CLERK:  03951.

THE PROSPECTIVE JUROR:  Good morning, your Honor.

THE COURT:  Good morning.  Anything about the length of the trial that would prevent you from serving?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  Anything about the nature of these charges that causes you to have any concerns about your ability to be fair and impartial to both sides?

THE PROSPECTIVE JUROR:  No, sir.

THE COURT:  All right.  If you could take the background questionnaire and tell us a little bit about yourself.

THE PROSPECTIVE JUROR:  My last five digits are 03951.  I live in Long Beach, California for six years. Before that, I lived in the Mt. Washington area of Los Angeles.  I am currently single.  I have no children.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Bachelors of science in computer information science.

I have no military experience.  Currently, I am a -- excuse me -- desktop support representative for the IBM Corporation.  Previous to that, I was in desktop support for AT&T.  I have no prior jury service.  And I was part of a trial which we discussed in preliminary.

THE COURT:  Okay.  Thank you very much.

Any reason why the alternates shouldn't be sworn?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.  I am going to ask the clerk to swear the alternates.

(The alternate jurors were sworn.)

THE COURT:  All right.  For the prospective jurors who weren't chosen, thank you very much for your service, for your patience.  It is really appreciated.  You may all return to the jury assembly room on the first floor.

All right.  Ladies and gentlemen, I am going to have the clerk take you back to the jury room so she can show you where that is.  She can share some logistical information with you about how you get into the building, how you get into the courtroom in the mornings, who to call if you are running late.  And hopefully you won't be running late.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

And that is probably going to take 10 or 15 minutes, and then we will have you return into the courtroom. And we will figure out what we are going to do at that point. We are going to have some -- we are going to take a break for lunch at some point today, and then we are going to have opening statements.

We may actually get some testimony today. We are going to go until around 5:00 o'clock. Starting tomorrow or Monday, actually, starting on Monday, we will start at 8:00 o'clock. And we will quit every day at 1:30.

Okay. So I am going to have the clerk now take you back to the jury room so she can show you where that is.

(The following proceedings were held outside the presence of the jury:)

THE COURT: All right. Please be seated.

It is a little after 11:00 now. I think we -- what I am inclined to do unless somebody has a strong objection is once the jury comes back, is to take an early lunch because it seems to me that unless the estimates for the openings have changed.

MR. FOX: No, your Honor. The only thing I would say is that there are probably two natural breaks during my opening, and I don't have an objection if you want to

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

try to get through more of the day if I signal to you that now is a good time to take a break.  But I can also wait until after lunch.

THE COURT:  I guess we might as well just -- we are going to take a lunch at some point.  So I don't think we are going to lose any time.  So I would be inclined to, when the jury gets back, let them go.

We probably, I am thinking maybe that is 11:20, 11:30.  So, hopefully, get back here by a quarter to 1:00, and then I will have some instructions for the jury that will take about 10 minutes.  And then we would start the opening statements.  And the last time that I checked, that should get us to around 4:00 o'clock and maybe start taking some testimony at that point.

MR. FOX:  Yes, your Honor.  And that would be our preference if we are done by 4:00 because we have two witnesses with travel issues that would much prefer getting on and off the stand today.

THE COURT:  Okay.

MR. HOCHMAN:  May I ask who those witnesses are just because --

MR. FOX:  They are the first two that I mentioned yesterday.  I am sorry.  Mr. Dalton and Kevin Brown.

MR. HOCHMAN:  All right.  Thank you.

THE COURT:  Okay.  Why don't we take a 10-minute

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

break and the jury should be finished up by then.

MR. HOCHMAN: Your Honor, I'm sorry. We have the motion. It was filed. I can give the government a copy of. It is part of their opening. So you can rule. on it maybe right before the jury gets back in after lunch if that works with your Honor.

THE COURT: Okay.

MR. HOCHMAN: Thank you, your Honor.

(Recess from 11:09 to 11:25 a.m.)

THE COURT: Okay. We are going to bring the jury back in, and I am going to excuse them to go to lunch, and come back at 12:45. So let's bring the jury in.

(The following proceedings were held in the presence of the jury:)

THE COURT: All right. Ladies and gentlemen, we are going to break early for lunch. It is about 11:30 now. We are going to come back at 12:45, and then once you come back, we will have -- I will have some brief instructions for you, then we will have the opening statements by the lawyers, and then we will take some testimony.

All right.

We will see everybody back here at 12:45. Try and be on time because we can't start unless all of you are here. And just go back to the jury room when you

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

return from lunch.

Oh.  Just before you go, again, let me remind you you are not to discuss this case with anyone including your fellow jurors, members of your family, people involved in the trial or anyone else, nor are you allowed to permit others to discuss the case with you. If anybody approaches you or tries to talk with about this case, please let me know about it immediately.

Do not read any news stories or articles or listen to any radio or television reports about the case or about anyone who has anything to do with it.  Do not do any research such as consulting dictionaries, searching the Internet or using other reference materials and do not make any investigation about the case on your own.  If you need to speak with me, simply give a note to the clerk.

And do not make up your mind about what your verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence.  Keep an open mind until then.

We will see you at 12:45.

(The following proceedings were held outside the presence of the jury:)

THE COURT:  During your opening statement, this is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

where you want to play some of these excerpts?

MR. FOX:  Yes, your Honor.

THE COURT:  Are you intending to play them all, part of them?

MR. FOX:  No.  Excuse me.  Just, I believe it is just two excerpts, and I think that they are about 30 seconds in length is my best.

THE COURT:  Do you know which two excerpts you want to play?

MR. FOX:  Yes, your Honor.  In fact, if it is easier for you, I can set then up and show them to you. It will take me a couple of month minutes to log on and play them, but I can do that for you.

MR. FOX:  Okay.

MR. HOCHMAN:  Otherwise, your Honor, these are the excerpts that are dealing with Mr. Tanaka is my understanding, the two from the first January 29 deposition.  I think one deals with Mr. Tanaka being described as a father/son relationship and the other one has to do with Mr. Tanaka being described as someone who does exactly what Sheriff Baca wants.  I previewed the slides that he showed me, your Honor.

MR. FOX:  All right.  Your Honor, I have logged on now.  Let me get to that slide.

(Video played.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  That is the first one, your Honor, and the second one I am playing now.

(Video played.)

MR. FOX:  So those two clips, your Honor.

THE COURT:  Okay.  Thank you.

MS. RHODES:  Your Honor, would it be possible for us to move the television over slightly before openings?

THE COURT:  That is fine.

MS. RHODES:  Thank you.

(Luncheon recess from 11:36 to 12:45 p.m.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  August 8, 2017


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**MR. FOX: [29]**    430/9 431/8 432/4 437/9 437/18 438/1 438/5 468/4 474/15 479/4 484/23 495/6 496/25 497/3 497/5 499/20 506/8 508/22 510/9 511/22 512/14 512/21 515/1 515/4 515/9 515/13 515/22 515/25 516/3
**MR. HOCHMAN: [27]**    430/14 431/21 432/5 432/21 437/10 437/19 443/5 472/11 476/15 478/24 480/22 482/18 482/21 484/19 486/14 493/2 496/21 499/16 499/21 506/13 509/2 510/10 512/19 512/23 513/1 513/7 515/14
**MR. JAUREGUI: [1]**    433/1
**MS. RHODES: [2]**    516/5 516/8
**THE CLERK: [20]**    436/2 444/9 444/13 468/11 471/7 472/17 474/22 476/23 479/11 481/3 485/5 486/21 493/9 495/12 497/11 500/13 500/15 500/17 506/20 509/9
**THE COURT: [372]**
**THE PROSPECTIVE JUROR: [284]**

**'**

**'5 [1]**    437/4
**'69 [1]**    477/25
**'71 [1]**    477/25
**'84 [1]**    437/4

**—**

**-and [3]**    428/4 428/5 428/11

**/**

**/s [1]**    517/12

**0**

**01342 [1]**    468/12
**03269 [2]**    444/10 449/12
**03951 [2]**    509/10 509/23
**05630 [2]**    476/24 477/11
**07261 [2]**    479/12 479/13
**07418 [2]**    481/4 481/18

**1**

**10 [12]**    432/16 433/18 434/12 455/4 460/8 465/18 465/20 493/23 497/24 505/18 511/1 512/11
**10 days [1]**    433/12
**10-minute [1]**    512/25
**10:00 a.m [1]**    432/9
**10:23 [1]**    482/23
**10:24 [1]**    482/23
**10:33 [1]**    490/2
**10:36 [1]**    490/2
**11 [4]**    434/11 454/11 460/7 480/1
**11:00 [1]**    511/18
**11:09 [1]**    513/9
**11:20 [1]**    512/9
**11:25 [1]**    513/9
**11:30 [2]**    512/9 513/16
**11:36 [1]**    516/10
**12 [7]**    430/22 431/3 443/23 444/9 450/4 470/12 475/17
**12270 [2]**    444/10 450/15
**12869 [3]**    506/21 507/7 509/4
**12:45 [5]**    513/12 513/17 513/23 514/22 516/10
**12th [2]**    428/6 448/7
**13 [1]**    457/9
**1342 [1]**    468/19

**13461 [2]**    474/23 475/11
**14 [1]**    489/24
**14778 [2]**    501/20 505/17
**15 [4]**    455/23 458/13 498/2 511/1
**15-year-old [1]**    473/9
**16 [2]**    450/17 475/15
**16-66 [1]**    427/8
**16-plus [1]**    507/15
**1601 [1]**    428/11
**17 [4]**    452/10 457/8 458/14 493/25
**1:00 [1]**    512/10
**1:30 [1]**    511/11

**2**

**20 [2]**    468/21 473/24
**2011 [1]**    501/9
**2013 [1]**    475/25
**2017 [3]**    427/17 430/1 517/10
**2050 [1]**    428/12
**22 [1]**    493/25
**23 [2]**    473/7 493/24
**24 [5]**    427/17 430/1 487/17 507/18 507/21
**25 [2]**    496/2 507/22
**25793 [2]**    471/8 471/21
**26 [3]**    457/10 487/17 507/18
**26-year-old [2]**    503/17 503/17
**27 [1]**    507/22
**28 [3]**    457/10 498/5 517/4
**28983 [2]**    444/11 457/7
**29 [2]**    498/11 515/17

**3**

**30 [4]**    487/9 488/7 508/9 515/6
**30528 [3]**    486/22 487/8 493/4
**31 [1]**    498/2
**31070 [2]**    472/18 473/6
**312 [2]**    427/22 428/6
**32 [3]**    452/13 458/23 488/5
**32391 [2]**    500/18 503/12
**32647 [2]**    497/12 497/23
**34 [1]**    498/2
**34612 [2]**    444/10 447/20
**35 [2]**    447/24 481/19
**36 [6]**    436/18 436/18 436/20 457/10 498/2 498/2
**37215 [2]**    444/14 460/4
**37490 [3]**    444/11 454/6 471/2
**37825 [1]**    432/23
**38095 [3]**    485/6 485/19 486/16
**38589 [3]**    444/11 455/21 472/13
**39 [3]**    436/4 436/4 448/10
**39167 [3]**    500/14 501/8 506/15

**4**

**40 [1]**    447/24
**42 [1]**    468/22
**43236 [2]**    444/10 451/16
**43541 [2]**    493/10 493/21
**436 [1]**    427/22
**439 [1]**    438/8
**44 [1]**    477/16
**442 [1]**    438/9
**44861 [2]**    444/11 455/2
**464 [1]**    463/18
**467 [1]**    466/3
**483 [1]**    482/23
**49 [1]**    468/22
**491 [1]**    490/2
**492 [1]**    490/3
**49829 [2]**    444/14 458/22

**4:00 [1]**    512/16
**4:00 o'clock [1]**    512/13
**5**

**50493 [2]**    495/13 496/2
**51194 [1]**    436/1
**51614 [2]**    500/16 502/13
**51813 [4]**    436/11 444/11 456/13 476/17
**53575 [3]**    444/10 452/7 480/24
**5:00 o'clock [1]**    511/8

**6**

**65 [1]**    477/13
**66 [1]**    427/8

**7**

**753 [1]**    517/4

**8**

**818 [1]**    435/9
**8:00 o'clock [1]**    511/10
**8:34 [1]**    430/2
**8:54 [1]**    438/8

**9**

**9-year-old [2]**    503/17 503/20
**90012 [2]**    427/22 428/6
**90404 [1]**    428/12
**9858 [2]**    427/21 517/12
**9:03 [1]**    438/8
**9:40 [1]**    463/18
**9:41 [1]**    463/18
**9:43 [1]**    465/23
**9:58 [2]**    465/23 466/3
**9:59 [1]**    466/3

**A**

**a.m [4]**    427/15 430/2 432/9 513/9
**abilities [1]**    497/18
**ability [21]**    470/18 471/16 473/1 475/6 477/6 478/18 479/21 481/12 485/14 487/3 493/16 495/1 495/21 499/11 501/2 502/7 503/8 504/10 505/13 507/2 509/17
**able [16]**    444/23 449/1 450/10 450/11 453/10 453/20 454/15 456/7 458/7 458/15 459/11 459/21 474/6 476/2 489/3 489/16
**about [116]**
**above [1]**    517/7
**above-entitled [1]**    517/7
**ABRAMS [3]**    428/11 430/16 431/11
**absences [1]**    431/5
**absentees [1]**    431/1
**academic [2]**    496/8 496/9
**accept [1]**    508/23
**accepting [1]**    445/5
**accepts [2]**    499/17 506/9
**account [3]**    473/14 505/23 505/24
**accountant [2]**    457/14 457/23
**accounting [2]**    461/5 485/23
**Ace [2]**    455/10 455/19
**active [1]**    451/22
**actually [4]**    433/21 489/25 511/7 511/9
**additional [2]**    436/25 447/10
**adjuster [1]**    473/18
**administrator [2]**    452/16 503/23
**admitted [1]**    431/15
**adult [2]**    481/20 487/14

**A**

advisor [2]   496/8 496/9
advocate [1]   488/8
aerospace [2]   459/3 459/4
affairs [1]   446/23
affiliated [1]   438/3
affirmative [1]   446/16
after [5]   433/21 511/18
 512/3 513/5 514/18
again [6]   446/21 447/12
 489/24 507/19 508/23 514/2
against [1]   465/11
age [2]   447/24 507/10
agent [2]   430/12 494/14
ages [3]   434/10 493/24 498/2
ago [3]   458/14 473/24 486/3
ahead [2]   430/22 431/3
aid [1]   431/15
airport [1]   508/4
all [103]
alleged [1]   431/12
allowed [1]   514/6
allows [1]   465/7
Almost [1]   507/13
along [1]   488/19
also [16]   430/12 448/11
 448/15 448/16 459/4 472/2
 473/15 476/10 494/4 496/9
 503/18 504/1 504/17 505/23
 507/21 512/2
alternate [21]   454/12 500/2
 500/3 500/4 500/4 500/5
 500/5 500/7 500/9 500/10
 500/13 500/15 500/17 500/19
 500/21 502/1 505/7 506/15
 509/4 509/9 510/14
alternates [3]   506/10 510/8
 510/13
am [89]
America [1]   427/6
ANDERSON [1]   427/3
ANGELES [20]   427/16 427/22
 428/6 430/1 448/5 448/11
 449/13 449/15 451/16 452/8
 455/23 456/1 456/14 457/23
 480/4 480/8 485/20 501/9
 508/3 509/25
announce [1]   430/9
another [14]   457/14 468/11
 471/7 472/17 474/22 479/11
 481/2 485/5 486/21 493/9
 494/5 497/11 506/20 509/9
answer [6]   446/16 447/7
 447/8 447/8 447/10 447/13
answering [1]   447/13
answers [3]   432/19 447/7
 470/9
antique [3]   481/23 482/5
 484/8
any [58]
anybody [3]   443/16 484/11
 514/7
anyone [3]   514/3 514/5
 514/11
anything [46]
anyway [1]   443/18
anywhere [1]   495/24
apologize [2]   436/16 465/14
apparently [1]   432/15
appearances [2]   428/1 430/9
applicable [1]   445/1
applied [1]   475/16
applies [1]   454/22
apply [1]   445/2
appreciated [1]   510/17
approach [2]   447/12 489/25
approaches [1]   514/7
appropriate [2]   433/6 465/16

approximately [1]   486/3
April [1]   471/22
Arcadia [1]   450/23
Arcadian [1]   451/2
are [88]
area [2]   435/9 509/24
Arlington [1]   477/16
Army [2]   436/24 498/9
around [4]   450/17 475/19
 511/8 512/13
arthritis [1]   508/11
articles [1]   514/9
Arts [1]   456/19
as [36]   430/25 431/15 431/23
 432/10 443/23 443/25 444/15
 444/25 445/2 445/7 448/6
 448/16 450/1 450/9 451/18
 459/8 459/15 469/9 469/19
 475/17 480/9 488/7 489/12
 498/9 499/18 503/22 503/24
 504/1 504/13 505/23 506/10
 508/24 512/4 514/12 515/19
 515/20
aside [1]   447/1
ask [37]   435/25 437/21
 443/22 444/8 446/11 461/2
 468/5 470/13 471/1 471/6
 472/12 472/16 474/16 474/21
 476/16 476/22 479/10 480/23
 481/2 484/24 485/4 486/15
 486/20 493/3 493/8 495/7
 495/11 497/6 497/10 499/23
 500/12 506/14 506/19 509/3
 509/8 510/12 512/20
asked [6]   433/15 446/21
 446/23 447/10 460/20 470/8
asking [2]   446/7 446/15
asks [1]   479/5
Aspire [1]   472/1
assembly [15]   468/8 471/4
 472/15 474/19 476/19 479/8
 481/1 485/2 486/18 493/6
 495/10 497/9 506/17 509/6
 510/18
assistant [6]   432/7 456/1
 463/16 503/25 504/1 504/13
associate [2]   456/20 469/19
associate's [1]   505/20
assuming [2]   431/1 504/7
assure [1]   447/3
Atlanta [1]   456/15
attacked [1]   489/14
attending [1]   501/11
Attends [1]   452/10
Attorney [1]   428/5
August [1]   517/10
AUSA [1]   428/5
autistic [3]   498/20 498/21
 499/1
automotive [2]   435/2 473/17
available [2]   433/16 500/6
Avila [1]   475/23

**B**

babysitting [2]   498/24
 498/25
Baca [4]   427/9 430/17 443/6
 515/21
Baca's [1]   431/12
Bachelors [9]   451/19 456/18
 471/24 475/15 480/5 485/22
 494/8 501/13 510/1
back [18]   454/25 465/18
 465/20 465/21 475/25 503/2
 510/20 511/13 511/20 512/7
 512/9 513/5 513/11 513/12
 513/17 513/18 513/23 513/25
background [23]   443/5 447/18
 468/16 469/3 471/19 473/4

473/11 475/9 477/9 477/22
 481/15 487/6 493/19 494/7 487/6
 488/2 493/19 494/7 495/24
 497/21 501/5 502/10 507/5
 509/20
badge [2]   436/2 436/10
Baldwin [2]   450/16 493/22
Bar [2]   447/21 456/17
bartender [1]   454/10
base [1]   444/17
basic [1]   498/19
basically [1]   432/1
be [69]
Beach [7]   454/7 454/8 457/8
 458/24 468/19 475/23 509/23
because [7]   433/17 446/9
 504/6 511/21 512/16 512/21
 513/24
been [48]
before [43]
begin [2]   443/21 447/16
behalf [3]   430/11 430/16
 465/15
being [3]   431/16 515/18
 515/20
believe [8]   444/23 445/22
 468/3 470/23 474/13 489/20
 504/5 515/5
believes [1]   465/8
bench [1]   447/13
Berlin [1]   437/2
best [2]   432/10 515/7
between [1]   435/2
Beverly [1]   452/10
beyond [4]   445/10 445/12
 445/15 445/22
biases [1]   444/20
bit [22]   447/18 449/9 450/14
 450/24 468/17 471/19 473/4
 475/9 477/9 479/24 481/15
 485/17 487/6 493/19 495/24
 497/21 501/5 502/10 503/10
 505/15 507/5 509/20
Block [1]   498/12
BOCKIUS [1]   428/10
born [1]   437/4
borne [1]   460/12
both [24]   459/6 470/18
 471/16 473/1 475/6 477/6
 478/19 479/21 481/12 485/14
 487/3 493/16 495/1 495/21
 497/18 499/12 501/2 502/7
 503/8 504/11 505/2 505/13
 507/2 509/17
Boulevard [1]   428/11
bound [1]   499/1
box [9]   430/22 431/3 443/25
 444/22 446/8 446/10 446/18
 465/7 470/12
boy [2]   455/6 460/7
boys [2]   507/21 508/4
branch [1]   436/23
BRANDON [2]   428/4 430/10
break [6]   435/5 443/17 511/5
 512/2 513/1 513/16
breaks [2]   443/8 511/24
BRIANNA [2]   428/11 430/16
brief [1]   513/18
briefly [1]   482/19
bring [8]   430/21 431/2
 432/21 432/23 435/25 437/17
 513/10 513/12
brother [2]   434/20 488/19
brought [2]   430/24 437/25
Brown [1]   512/23
BSEE [1]   469/4
Buchanan [1]   504/22
building [1]   510/23
Burbank [3]   455/22 507/8

**B**

Burbank... [1]   508/4

**C**

CA [2]   428/6 428/12
Cal [3]   473/12 496/7 496/8
CALIFORNIA [29]   427/2 427/16
 427/22 430/1 447/21 447/23
 450/16 451/17 452/8 455/3
 455/5 455/22 456/14 458/23
 468/19 471/22 473/7 475/14
 480/1 485/20 487/10 493/22
 496/2 497/24 497/25 502/13
 502/15 507/8 509/23
call [23]   435/5 435/15
 443/22 444/9 446/16 465/15
 468/10 471/6 472/17 474/22
 476/22 479/10 481/2 485/5
 486/20 493/9 495/11 497/11
 500/12 500/15 506/20 509/8
 510/24
called [8]   443/24 446/11
 446/18 460/17 465/4 469/12
 500/3 505/24
came [1]   469/5
can [23]   432/23 433/1 433/6
 435/4 435/10 435/13 436/19
 438/3 447/3 463/3 465/20
 471/4 474/4 489/25 503/2
 510/21 510/21 511/13 512/2
 513/3 513/4 515/11 515/13
can't [5]   449/23 450/3
 465/21 488/23 513/24
cannot [1]   445/13
Canyon [1]   475/22
Capital [1]   449/20
car [2]   489/12 489/13
Carbon [1]   469/13
carefully [1]   446/15
carrier [2]   463/16 488/8
case [59]
cases [1]   445/18
cath [1]   503/19
cause [6]   431/6 447/2 475/5
 479/20 494/25 501/1
causes [18]   470/17 471/15
 472/25 477/5 478/18 481/11
 485/13 487/2 493/15 495/20
 497/17 499/11 502/6 503/7
 504/10 505/12 507/1 509/16
CCA [1]   463/15
center [3]   450/22 451/3
 503/18
CENTRAL [2]   427/2 475/14
Century [1]   449/20
certain [1]   465/5
certificate [3]   480/6 485/23
 517/1
certify [1]   517/4
challenge [6]   465/7 465/9
 465/12 479/1 484/21 496/23
challenges [2]   465/5 465/6
changed [1]   511/22
charged [1]   446/1
charges [18]   470/17 471/15
 472/25 475/5 477/5 479/20
 481/11 485/13 487/2 493/15
 495/20 497/17 501/1 502/6
 503/7 505/12 507/1 509/16
checked [1]   512/13
chef [1]   449/21
child [2]   448/2 471/24
children [40]   434/8 434/9
 447/24 447/25 449/18 450/18
 451/19 454/9 455/5 455/24
 456/2 456/18 457/10 457/11
 460/7 468/21 468/23 480/3
 481/20 485/21 487/13 487/14

487/15 487/21 493/24 494/1
496/6 498/1 498/19 498/18
498/20 499/1 501/13
502/16 503/16 505/20 507/17
507/23 509/25
China [1]   435/3
chosen [1]   510/16
City [6]   449/21 463/16 473/8
 477/12 478/1 487/9
civil [40]   445/18 449/5
 449/23 450/6 451/11 452/3
 453/5 453/15 453/24 454/20
 454/22 455/15 456/10 457/4
 458/19 459/6 459/10 459/18
 459/25 460/24 469/25 472/7
 474/9 476/1 476/6 478/14
 480/16 482/13 486/10 489/7
 494/21 496/16 499/7 501/23
 502/24 504/4 504/17 504/21
 506/3 508/19
claims [1]   473/18
clarification [2]   431/12
 431/20
Clarita [1]   505/19
clean [2]   432/21 508/7
clerk [24]   430/25 432/13
 443/22 443/25 444/8 471/6
 472/17 474/21 476/22 479/10
 481/2 485/4 486/20 493/8
 495/11 497/10 499/24 500/12
 506/19 509/8 510/13 510/20
 511/12 514/16
clinic [1]   478/4
clips [1]   516/4
closest [2]   444/2 444/5
closing [1]   431/24
closings [1]   431/17
Cloverfield [1]   428/11
Club [1]   505/22
coast [1]   503/15
code [2]   435/9 517/5
Cold [1]   437/3
college [11]   452/11 456/19
 457/15 458/25 477/24 481/25
 488/4 501/11 502/16 503/21
 508/1
come [5]   443/24 465/17
 513/12 513/17 513/18
comes [1]   511/20
commercial [1]   456/20
communicates [1]   434/22
community [3]   452/11 477/24
 488/3
company [11]   434/20 457/21
 459/3 469/12 469/13 484/14
 488/15 502/18 505/24 508/3
 508/7
complaints [1]   488/9
completed [1]   430/20
complicated [1]   434/19
Compton [1]   502/15
computer [1]   510/1
concern [2]   432/17 497/17
concerned [1]   446/2
concerning [1]   445/6
concerns [22]   446/4 470/17
 471/15 472/25 475/5 477/5
 478/18 479/20 481/11 485/13
 487/2 493/15 494/25 495/20
 499/11 501/1 502/6 503/7
 504/10 505/12 507/1 509/16
concludes [1]   445/9
conducted [5]   438/9 463/19
 466/4 482/24 490/3
confer [18]   432/13 470/25
 472/11 474/15 476/15 478/24
 479/4 480/22 484/19 486/14
 489/22 495/6 496/21 497/5
 499/16 506/8 506/13 509/2

Conference [1]   517/9
confirmed [1]   499/1
conformance [1]   517/8
conscience [1]   470/3
consider [1]   444/18
constituted [3]   499/18
 506/10 508/24
consulting [2]   486/6 514/12
consumer [1]   488/8
continue [2]   430/23 446/7
continues [1]   445/9
contracted [1]   508/10
Coopers [1]   486/2
copy [3]   433/5 443/4 513/3
Corporation [1]   510/4
correct [2]   436/12 517/5
corrected [1]   433/5
correctional [1]   498/10
corrections [1]   499/9
correctly [1]   459/10
could [35]   430/9 432/10
 436/2 437/22 447/17 449/8
 449/9 450/12 450/13 451/14
 452/5 454/4 454/25 466/1
 468/16 470/5 471/18 473/3
 475/8 477/8 479/23 481/14
 485/16 487/5 493/18 495/23
 497/20 501/4 501/25 502/9
 503/10 505/6 505/15 507/4
 509/19
counsel [25]   428/1 430/8
 430/12 433/5 438/7 461/7
 465/7 466/1 470/25 472/11
 474/15 476/15 478/24 479/4
 480/22 484/19 486/14 489/22
 495/6 496/21 497/5 499/16
 506/8 506/13 509/2
count [1]   498/3
country [1]   469/5
county [11]   448/5 448/11
 456/1 457/23 463/4 477/13
 478/5 480/5 480/8 494/14
 507/9
couple [3]   431/6 432/14
 515/12
course [1]   458/25
court [18]   427/1 427/21
 432/13 433/7 443/2 444/18
 444/19 446/1 447/14 468/6
 471/2 472/13 476/17 480/24
 486/16 493/4 506/15 509/4
court's [1]   431/23
courtroom [4]   437/23 446/9
 510/23 511/3
CR [1]   427/8
credential [2]   471/25 478/5
credentials [2]   478/8 478/9
Crescenta [1]   460/4
crimes [1]   445/25
criminal [44]
CRR [1]   517/12
CSR [2]   427/21 517/12
current [3]   450/23 455/25
 508/12
currently [36]   447/21 447/23
 448/4 448/8 448/9 449/12
 449/18 450/15 450/18 455/3
 455/8 455/22 456/14 473/13
 475/12 475/19 477/25 480/7
 484/3 485/22 485/25 486/1
 487/23 488/8 496/8 501/8
 501/12 501/14 501/18 502/13
 502/16 502/17 503/22 508/10
 509/25 510/2
customer [2]   488/1 488/9
Czech [1]   469/5

**D**

Dalton [1]   512/23

**D**

**damage [1]** 508/7
**Date [1]** 517/10
**daughter [4]** 473/9 498/18
498/21 508/2
**daughters [3]** 498/19 507/16
507/25
**Davis [1]** 508/1
**day [5]** 427/14 433/19 471/13
511/10 512/1
**days [4]** 432/16 433/12
433/18 435/16
**deal [1]** 484/8
**dealer [3]** 481/23 482/6
489/12
**dealing [1]** 515/16
**deals [1]** 515/18
**decide [2]** 446/1 514/19
**decision [1]** 444/17
**declaration [1]** 432/8
**defendant [6]** 427/9 428/9
430/16 445/7 445/10 446/3
**defendant's [2]** 445/12
445/15
**defendants [1]** 472/10
**defense [25]** 470/24 471/1
472/12 476/14 476/16 478/23
478/25 480/21 480/23 482/18
484/18 484/20 486/13 486/15
489/21 493/3 496/20 496/22
499/15 499/17 504/23 506/12
506/14 509/1 509/3
**defer [1]** 433/1
**degree [11]** 449/18 451/19
455/7 457/18 469/4 473/12
485/22 494/5 496/6 501/13
505/20
**degrees [1]** 460/9
**dental [2]** 494/5 505/24
**department [7]** 435/7 448/5
448/12 456/2 480/5 480/8
480/11
**dependency [1]** 455/25
**deposition [3]** 432/4 504/7
515/18
**described [2]** 515/19 515/20
**designed [1]** 446/22
**desktop [2]** 510/3 510/4
**DHL [2]** 452/22 454/3
**Diablo [1]** 475/22
**Diamond [1]** 447/21
**dictionaries [1]** 514/12
**did [18]** 437/5 448/10 450/2
451/21 452/10 452/17 454/1
458/17 461/3 463/5 463/8
463/14 469/11 469/16 476/8
484/6 486/4 488/7
**Diego [1]** 468/21
**different [2]** 445/17 505/2
**difficult [3]** 445/23 446/5
446/25
**difficulty [1]** 445/5
**digits [10]** 451/15 460/3
481/17 493/21 496/1 501/7
502/12 503/12 505/17 509/22
**Dimas [1]** 473/7
**diploma [1]** 508/8
**dire [1]** 430/23
**direct [1]** 435/13
**directed [1]** 446/8
**director [2]** 457/13 469/2
**directs [1]** 443/25
**disability [2]** 499/1 508/12
**disabled [1]** 499/1
**disclose [1]** 470/4
**discover [1]** 446/23
**discuss [3]** 437/5 514/3
514/6

**discussed [2]** 510/6 514/20
**Disney [2]** 502/18 508/15
**Disneyland [1]** 502/18
**display [2]** 432/2 432/3
**displayed [1]** 432/4
**DISTRICT [3]** 427/1 427/2
427/4
**DIVISION [1]** 427/2
**divorce [1]** 476/8
**divorced [4]** 475/14 481/20
503/16 507/13
**do [97]**
**doctors [1]** 478/10
**does [22]** 434/2 434/13
434/16 434/24 435/1 445/9
448/13 452/20 456/22 469/14
473/16 477/17 477/20 478/3
480/10 488/16 496/12 498/18
501/16 508/7 508/14 515/21
**doing [3]** 460/16 488/20
489/14
**domestic [3]** 449/17 453/19
458/6
**don't [11]** 432/2 432/3
433/21 443/7 448/8 460/18
465/11 496/5 511/25 512/5
512/25
**done [1]** 512/16
**door [2]** 430/19 508/12
**doubt [4]** 445/10 445/12
445/16 445/22
**down [5]** 435/10 447/19
450/24 455/1 508/11
**Downey [1]** 455/3
**dozen [1]** 459/5
**driver [1]** 455/9
**Drugs [1]** 453/9
**during [3]** 437/3 511/24
514/25
**Duties [1]** 451/22
**duty [2]** 451/22 459/5

**E**

**E6 [1]** 475/17
**each [4]** 446/14 446/18 447/3
465/5
**early [2]** 511/21 513/16
**earn [1]** 469/4
**easier [1]** 515/11
**east [1]** 503/15
**Eastern [1]** 501/19
**economics [1]** 485/22
**EDDIE [2]** 428/4 430/11
**Edison [1]** 475/16
**education [13]** 448/7 449/19
450/19 455/24 456/19 457/17
457/24 458/25 460/9 472/3
496/6 498/8 503/21
**educational [6]** 469/3 473/11
477/21 481/24 488/2 494/7
**El [1]** 501/15
**elaborate [1]** 436/19
**elderly [1]** 450/22
**Electric [1]** 475/22
**electrical [2]** 460/9 460/11
**electrician [1]** 457/20
**eligibility [2]** 448/6 480/9
**else [5]** 437/9 437/17 443/16
447/11 514/5
**employed [9]** 434/17 434/18
448/3 448/16 454/2 473/14
480/8 482/8 508/10
**employee [2]** 434/19 434/21
**employees [1]** 434/23
**employer [12]** 433/12 433/18
433/22 435/6 450/23 454/11
457/21 457/23 460/14 460/17
465/16 494/23
**employment [1]** 503/24

**empty [1]** 431/7
**energy [1]** 484/8
**enforcement [1]** 494/13
**engine [1]** 501/15
**engineer [2]** 460/11 475/18
**engineering [3]** 460/10 469/9
484/16
**English [1]** 501/13
**enough [1]** 435/15
**Entertainment [1]** 502/20
**entire [1]** 447/14
**entitled [2]** 465/5 517/7
**environmental [2]** 494/9
494/14
**error [1]** 433/3
**established [2]** 445/15
445/19
**estate [1]** 454/22
**Estates [1]** 481/18
**estimates [1]** 511/22
**Europe [1]** 501/19
**evening [1]** 433/4
**ever [50]**
**every [2]** 471/13 511/10
**everybody [2]** 465/20 513/23
**everything [1]** 451/6
**EVID [1]** 429/6
**evidence [3]** 431/14 444/17
514/20
**Ex [1]** 455/9
**exactly [1]** 515/21
**examinations [1]** 431/6
**examined [1]** 432/25
**excerpts [4]** 515/1 515/6
515/8 515/16
**excuse [19]** 444/12 468/6
471/2 472/13 474/17 475/16
476/17 479/6 480/24 484/25
486/16 493/4 495/8 497/7
506/15 509/4 510/3 513/11
515/5
**excused [10]** 446/11 468/7
472/14 474/18 479/7 485/1
495/9 497/8 506/16 509/5
**executive [1]** 504/1
**exercise [1]** 465/12
**exercising [1]** 465/4
**EXHIBIT [2]** 429/6 433/4
**expect [1]** 447/8
**experience [6]** 450/20 478/17
494/24 499/10 504/9 510/2
**experiences [1]** 447/1
**explanation [1]** 446/17
**exploration [1]** 460/13
**export [2]** 435/1 460/16
**extra [2]** 430/24 435/16

**F**

**facilities [2]** 443/7 457/19
**fact [2]** 444/16 515/10
**facts [4]** 444/19 445/2 445/3
445/19
**fair [24]** 445/23 447/3
470/18 471/16 473/1 475/6
477/6 478/19 479/21 481/12
485/14 487/3 493/16 495/1
495/21 497/18 499/12 501/2
502/7 503/8 504/11 505/13
507/2 509/17
**fairly [1]** 446/5
**fall [1]** 507/19
**false [1]** 431/13
**family [4]** 447/1 456/2
488/20 514/4
**father [4]** 481/21 488/19
507/10 515/19
**father/son [1]** 515/19
**FBI [2]** 430/12 430/13
**FEBRUARY [2]** 427/17 430/1

**F**

**feedback [1]**   430/25
**feel [4]**   445/4 446/4 447/7 447/14
**fellow [2]**   514/4 514/19
**few [3]**   435/16 501/10 502/16
**field [2]**   478/6 505/23
**fifth [2]**   471/12 472/1
**fighting [1]**   489/12
**figure [1]**   511/3
**figured [1]**   432/15
**filed [1]**   513/3
**filing [1]**   433/4
**fill [1]**   431/7
**filled [2]**   444/4 444/7
**film [1]**   454/9
**final [1]**   500/5
**finance [1]**   508/3
**find [5]**   435/14 445/2 445/14 445/18 446/25
**finders [1]**   444/16
**finds [1]**   445/11
**fine [3]**   438/5 490/1 516/8
**finished [1]**   513/1
**firm [3]**   504/15 504/20 504/21
**firms [1]**   505/2
**first [35]**   433/15 435/5 444/1 444/2 444/3 444/4 444/5 444/9 444/13 468/3 468/8 471/5 472/15 474/19 476/20 479/8 481/1 485/2 486/18 493/7 495/10 497/9 500/2 500/6 500/6 500/6 500/7 500/8 506/6 506/17 509/6 510/18 512/22 515/17 516/1
**five [18]**   449/16 451/15 454/8 460/3 460/6 465/17 468/20 475/11 475/14 493/21 496/1 498/3 498/4 501/7 502/12 503/12 505/17 509/22
**five are [1]**   475/11
**five by [1]**   498/3
**five digits [9]**   451/15 460/3 493/21 496/1 501/7 502/12 503/12 505/17 509/22
**five minutes [1]**   465/17
**five years [5]**   449/16 454/8 460/6 468/20 475/14
**floor [16]**   428/6 468/8 471/5 472/15 474/19 476/20 479/8 481/1 485/2 486/19 493/7 495/10 497/9 506/17 509/6 510/18
**Florida [2]**   501/10 504/22
**following [17]**   430/6 433/9 435/23 436/6 437/14 443/1 443/10 445/5 463/1 465/1 465/24 468/1 484/1 493/1 511/15 513/13 514/23
**Fontana [1]**   447/22
**for-cause [1]**   431/6
**foregoing [1]**   517/5
**forgot [2]**   432/18 436/13
**format [1]**   517/8
**former [1]**   482/5
**forward [1]**   443/24
**found [2]**   433/12 446/4
**four [6]**   434/7 454/7 481/17 500/2 503/13 503/22
**four alternate [1]**   500/2
**four digits [1]**   481/17
**four years [3]**   454/7 503/13 503/22
**FOX [3]**   428/4 430/10 432/1
**Francisco [1]**   487/24
**free [1]**   447/15

**FRIDAY [2]**   427/17 430/1
**front [1]**   447/14
**full [2]**   434/13 434/16

**G**

**Gabriel [1]**   471/23
**Gas [1]**   475/22
**GE [1]**   477/19
**general [1]**   435/13
**generally [5]**   448/22 453/7 453/17 456/4 474/2
**gentlemen [8]**   443/12 443/20 444/15 446/6 446/20 465/3 510/19 513/15
**Georgia [1]**   456/16
**get [11]**   430/25 431/3 432/8 443/8 510/22 510/23 511/7 512/1 512/9 512/13 515/24
**gets [3]**   432/16 512/7 513/5
**getting [3]**   432/8 489/13 512/18
**girl [2]**   455/6 460/7
**Girls [1]**   468/22
**give [7]**   433/6 435/11 435/15 445/3 468/15 513/3 514/15
**given [1]**   465/10
**Glendora [1]**   503/15
**go [10]**   430/22 431/3 447/19 479/14 487/25 511/8 512/7 513/11 513/25 514/2
**goes [1]**   499/2
**Goin [1]**   449/22
**going [45]**
**gone [1]**   514/18
**good [30]**   430/8 430/10 430/14 430/15 430/18 433/11 435/19 436/8 436/9 443/12 443/17 449/11 450/4 468/13 468/14 470/3 471/9 472/19 472/20 474/24 474/25 476/25 477/1 481/5 485/7 495/14 495/15 509/11 509/12 512/2
**got [4]**   431/2 458/13 487/24 498/9
**government [16]**   428/3 438/3 445/11 445/14 468/4 468/5 474/14 479/3 479/5 484/23 495/5 496/25 506/7 506/9 508/22 513/3
**governs [1]**   445/6
**grade [5]**   448/7 469/1 471/12 472/1 498/22
**graduated [2]**   454/9 501/18
**grandma's [1]**   454/22
**grew [2]**   501/11 502/15
**Group [2]**   449/20 449/22
**guess [1]**   512/4
**guilt [2]**   445/12 445/15
**guilty [5]**   445/8 445/10 445/13 445/14 446/4

**H**

**had [5]**   432/7 436/14 454/22 481/25 504/7
**half [6]**   433/16 448/10 449/14 451/17 459/5 504/17
**Hancock [1]**   449/12
**hand [3]**   433/17 444/24 447/9
**handle [1]**   488/9
**happen [1]**   489/9
**hard [1]**   498/7
**has [19]**   432/1 432/16 432/19 432/20 434/22 445/11 445/14 445/18 445/19 450/3 458/13 463/3 469/19 487/24 503/24 507/15 511/19 514/11 515/20
**hasn't [1]**   432/25
**have [178]**

**haven't [1]**   460/1
**Hawthorne [1]**   449/12
**he [16]**   432/15 455/9 459/4 465/8 472/2 477/16 477/16 477/19 477/20 480/4 480/12 481/23 482/8 488/18 499/2 515/22
**health [1]**   494/9
**heard [1]**   482/19
**held [15]**   430/6 433/9 435/23 436/6 437/14 443/10 465/1 465/24 468/1 484/1 493/1 511/15 513/13 514/23 517/6
**her [8]**   435/25 446/13 457/23 460/17 460/20 465/9 469/16 498/19
**here [13]**   430/21 431/2 436/5 443/8 443/9 447/14 454/11 456/15 465/18 465/20 512/9 513/23 513/25
**hereby [1]**   517/4
**Hermosa [1]**   454/7
**Hi [3]**   454/6 479/13 481/6
**high [9]**   452/10 455/24 473/10 477/23 494/5 498/8 499/2 507/10 508/8
**Hills [4]**   452/10 481/18 493/22 505/18
**him [1]**   446/13
**his [5]**   465/9 488/19 488/19 494/4 494/5
**history [1]**   503/24
**HOCHMAN [4]**   428/10 430/16 431/10 431/19
**hold [1]**   465/11
**Hollywood [2]**   452/9 456/17
**home [1]**   498/18
**honest [1]**   449/24
**Honor [70]**
**HONORABLE [1]**   427/3
**hope [1]**   443/15
**hopefully [4]**   430/20 432/8 510/25 512/9
**hoping [1]**   431/19
**hospice [1]**   498/25
**hour [2]**   465/18 465/21
**house [1]**   456/21
**household [1]**   434/5
**housekeeping [1]**   432/14
**how [11]**   430/25 434/4 448/20 452/25 458/3 473/21 487/16 488/25 507/17 510/22 510/23
**Hulu [1]**   488/1
**human [4]**   435/7 449/19 455/8 469/1
**Humboldt [1]**   507/9
**husband [14]**   448/13 448/15 452/20 452/21 454/2 455/9 455/17 459/4 472/2 480/4 480/10 484/8 484/11 484/12

**I**

**I'm [6]**   452/17 454/1 455/17 488/11 504/25 513/2
**I.D [1]**   429/6
**IBM [1]**   510/4
**identify [1]**   447/2
**II [1]**   427/15
**immediately [1]**   514/8
**impartial [24]**   445/23 447/4 470/18 471/16 473/1 475/6 477/6 478/19 479/21 481/12 485/14 487/3 493/16 495/1 495/21 497/18 499/12 501/2 502/7 503/8 504/11 505/13 507/2 509/17
**import [2]**   435/1 460/16
**important [1]**   446/14
**imposed [1]**   446/3

**I**

inclined [2] 511/19 512/7
including [2] 434/6 514/4
income [1] 508/12
indicate [2] 447/15 452/17
indicated [1] 463/4
individual [1] 454/17
individuals [1] 454/16
industry [1] 448/17
information [4] 444/19 447/5
 510/1 510/22
Ingersoll [1] 504/22
Inglewood [2] 487/9 487/9
injury [4] 503/25 504/16
 505/1 505/3
innocence [1] 445/9
innocent [1] 445/8
inquired [1] 470/3
instruct [1] 444/25
instructions [4] 432/2 445/5
 512/10 513/19
instructor [1] 451/22
insurance [5] 448/3 448/16
 460/17 473/18 473/18
intending [1] 515/3
Internet [1] 514/13
investigation [2] 456/1
 514/14
involved [2] 454/23 514/5
is [181]
issues [1] 512/17
it [58]
its [1] 445/19

**J**

January [1] 515/17
January 29 [1] 515/17
Japan [3] 434/20 434/22
 435/2
JAUREGUI [2] 428/4 430/11
JC [1] 469/19
Jet [2] 433/23 460/14
job [3] 444/25 475/18 478/15
jobs [1] 463/9
join [1] 438/7
judge [3] 427/4 444/25 446/5
judging [1] 444/21
Judicial [1] 517/9
July [1] 502/14
junior [1] 507/10
juror [68]
jurors [36] 430/7 430/20
 430/21 430/24 431/2 431/17
 432/18 432/25 435/24 436/1
 437/15 437/17 443/3 443/8
 443/9 443/11 443/23 444/9
 444/15 446/7 446/9 446/10
 463/2 465/2 465/6 465/15
 465/25 468/2 484/2 493/2
 499/25 500/2 510/14 510/15
 514/4 514/19
jury [101]
just [26] 431/22 431/23
 433/1 435/10 437/1 443/7
 444/24 447/19 450/24 451/5
 451/6 453/1 465/10 465/19
 470/11 470/12 473/22 479/14
 501/17 502/14 512/4 512/21
 513/25 514/2 515/5 515/6
Justice [1] 480/6

**K**

Kaiser [1] 452/13
KATIE [2] 427/21 517/12
Keck [1] 503/18
keep [3] 446/16 498/7 514/20
Kentucky [1] 501/12
Kevin [1] 512/23

kids [1] 475/15
kind [2] 435/19 498/3
kinesiology [1] 484/9
kitchen [1] 451/6
knew [1] 487/20
know [9] 431/23 433/5 435/12
 435/18 445/7 454/14 460/18
 514/8 515/8
knowledge [1] 446/24

**L**

L.A [2] 451/18 494/14
La [2] 460/4 502/13
lab [2] 487/25 503/19
Laboratory [2] 433/24 460/15
ladies [8] 443/12 443/20
 444/15 446/6 446/20 465/3
 510/19 513/15
lady [1] 507/15
Lancaster [3] 457/9 479/25
 493/23
last [25] 432/6 433/5 437/23
 449/13 451/15 459/9 460/3
 460/10 463/9 468/19 475/11
 481/17 484/14 493/21 496/1
 500/8 500/9 500/11 501/7
 502/12 502/14 503/12 505/17
 509/22 512/12
late [2] 510/24 510/25
Laughter [1] 507/20
law [7] 445/1 445/2 445/6
 503/25 504/15 504/17 505/3
lawyers [3] 447/8 465/3
 513/20
lay [1] 447/1
Lea [1] 430/12
learn [1] 444/19
Leasing [1] 473/14
leave [1] 465/19
Leeway [1] 472/3
left [1] 437/23
legal [3] 494/13 503/25
 504/13
legally [1] 507/14
Lending [1] 505/22
length [19] 470/13 471/10
 472/21 475/1 477/2 479/16
 481/7 485/9 486/23 493/11
 495/16 497/14 500/22 502/2
 503/3 505/8 506/23 509/13
 515/7
Leroy [2] 427/9 430/16
let [8] 433/4 435/18 461/2
 470/13 512/7 514/2 514/8
 515/24
let's [6] 435/8 456/16
 459/19 465/17 500/15 513/12
level [3] 446/2 449/18
 457/17
LEWIS [1] 428/10
life [3] 460/17 485/21
 505/24
lifetime [1] 507/8
like [1] 458/13
list [1] 447/19
listen [2] 446/15 514/10
litigation [2] 504/18 504/22
little [27] 434/19 447/18
 448/9 449/9 450/14 450/24
 455/6 463/7 468/17 471/19
 473/4 475/9 477/9 479/24
 481/15 485/17 487/6 493/19
 495/24 497/21 501/5 502/10
 503/10 505/15 507/5 509/20
 511/18
live [25] 447/21 450/15
 451/16 452/8 454/7 455/3
 455/22 456/14 457/8 458/23
 460/4 468/19 471/21 473/8

475/12 479/25 481/18 485/20
490/6 493/22 494/24 501/8
502/13 507/8 509/23
lived [41]
lives [2] 446/23 477/16
living [22] 434/25 448/1
 448/14 449/14 450/22 451/2
 456/23 457/12 460/5 468/20
 468/24 469/7 476/9 477/18
 482/3 487/22 488/17 494/2
 494/12 498/16 507/9 507/24
LIZABETH [2] 428/5 430/10
LLP [1] 428/10
Local [1] 454/11
log [1] 515/12
logged [1] 515/23
logistical [1] 510/22
Lomita [1] 481/20
long [5] 432/6 432/11 443/16
 457/8 509/23
look [1] 471/18
LOS [20] 427/16 427/22 428/6
 430/1 448/5 448/11 449/13
 449/15 451/16 452/8 455/23
 456/1 456/14 457/23 480/4
 480/8 485/20 501/9 508/3
 509/24
lose [1] 512/6
lot [2] 463/8 508/15
Lucques [1] 449/22
lunch [8] 511/5 511/21 512/3
 512/5 513/5 513/11 513/16
 514/1
Luncheon [1] 516/10

**M**

Madre [1] 460/6
mainly [1] 484/7
maintenance [1] 457/19
majority [1] 431/2
make [7] 443/18 445/23 446/4
 465/14 478/9 514/14 514/17
making [1] 471/13
management [1] 449/20
manager [9] 456/16 456/24
 457/19 461/5 463/9 469/9
 505/23 505/24 508/15
manslaughter [1] 448/25
many [6] 431/1 434/4 448/20
 452/25 473/21 478/16
Maria [2] 475/13 497/24
marines [1] 508/5
marital [4] 477/14 487/11
 496/4 507/12
Marketing [1] 457/14
married [22] 433/25 434/1
 447/23 452/9 452/18 452/19
 455/5 456/16 457/10 458/25
 460/7 468/21 471/23 473/9
 477/15 480/2 487/12 493/24
 496/5 498/1 501/12 505/19
masters [5] 449/18 455/7
 457/18 494/4 496/6
materials [1] 514/13
matter [2] 446/1 517/7
matters [1] 432/15
may [23] 443/6 444/18 444/20
 445/7 447/10 465/8 468/8
 472/15 474/18 479/8 480/25
 482/19 485/1 486/18 493/6
 495/9 497/1 497/8 506/16
 509/6 510/17 511/7 512/20
maybe [5] 431/5 459/20 512/8
 512/14 513/5
Maywood [1] 455/5
me [17] 438/7 444/2 444/5
 444/12 461/2 470/13 475/16
 508/11 510/3 511/21 514/2
 514/8 514/15 515/5 515/12

**M**

me... [2]  515/22 515/24
mean [2]  434/21 484/13
mechanical [1]  475/18
medical [2]  463/10 503/18
members [2]  488/20 514/4
mention [1]  436/14
mentioned [1]  512/22
merely [1]  445/18
Mexico [1]  496/3
microphone [12]  447/17 449/8
 450/13 451/14 452/6 454/5
 454/25 463/3 468/15 502/1
 503/2 505/6
middle [2]  498/4 508/5
might [5]  431/6 446/3 446/25
 447/2 512/4
migration [1]  501/19
military [34]  436/22 437/2
 437/6 448/8 449/19 450/20
 451/21 452/12 454/10 455/7
 455/25 456/19 457/18 459/1
 460/10 469/6 471/25 473/13
 476/11 477/25 480/7 482/1
 485/24 488/4 494/10 494/11
 496/7 498/8 501/14 502/17
 503/21 505/20 508/8 510/2
Millionaire [1]  508/5
mind [3]  446/16 514/17
 514/20
minute [2]  497/1 512/25
minutes [5]  465/13 465/17
 511/2 512/11 515/12
Mirada [1]  502/13
missing [2]  436/4 487/18
mistrial [1]  454/18
MLA [1]  460/17
Monday [2]  511/9 511/9
Monica [1]  428/12
month [2]  505/21 515/12
months [3]  434/12 460/8
 486/3
more [4]  431/24 445/20
 487/24 512/1
MORGAN [1]  428/10
morning [29]  430/8 430/10
 430/14 430/15 430/18 431/8
 432/9 433/11 433/15 436/8
 436/9 443/12 449/11 468/13
 468/14 471/9 472/19 472/20
 474/24 474/25 476/25 477/1
 481/5 485/7 485/8 495/14
 495/15 509/11 509/12
mornings [1]  510/24
most [7]  450/8 450/8 453/2
 458/3 459/7 488/25 489/1
mostly [1]  503/25
motion [1]  513/3
move [2]  475/19 516/7
moving [1]  458/24
Mr. [8]  431/10 431/12 431/19
 432/1 512/23 515/16 515/18
 515/20
Mr. Baca's [1]  431/12
Mr. Dalton [1]  512/23
Mr. Fox [1]  432/1
Mr. Hochman [2]  431/10
 431/19
Mr. Tanaka [3]  515/16 515/18
 515/20
Ms. [1]  431/11
Ms. Abrams [1]  431/11
Mt [1]  509/24
much [33]  437/12 449/7
 451/13 454/25 455/20 456/12
 458/21 460/2 461/1 470/21
 472/9 474/11 474/20 476/13
 476/20 479/9 480/18 482/15

485/3 486/12 486/17 493/5
496/19 498/21 499/3 505/4
506/5 507/8 508/21 509/7
510/7 510/16 512/17
Murder [1]  458/11
must [2]  445/12 498/5
my [83]
myself [1]  434/6

**N**

name [7]  429/3 443/23 450/22
 457/21 460/14 497/11 504/19
named [1]  456/21
NATHAN [2]  428/10 430/15
national [1]  473/14
natural [1]  511/24
nature [19]  449/24 470/16
 471/14 472/24 475/4 477/4
 479/19 481/10 485/12 487/1
 493/14 495/19 497/16 500/25
 502/5 503/6 505/11 506/25
 509/15
Navy [1]  475/17
need [7]  431/12 437/18
 447/11 465/10 465/13 498/25
 514/15
needs [1]  443/16
neighborhood [3]  449/13
 449/15 501/8
never [8]  451/8 457/18 459/1
 460/20 460/22 478/12 480/7
 485/24
new [1]  495/12
news [1]  514/9
next [34]  430/19 444/2 444/3
 444/5 444/6 449/8 450/13
 451/14 452/6 454/5 461/2
 470/23 472/10 474/13 476/14
 476/23 478/22 479/2 480/20
 482/17 484/17 484/22 486/13
 489/20 495/4 496/20 496/24
 499/15 500/3 500/4 500/9
 506/11 508/22 508/25
night [3]  432/7 432/11 433/5
nine [1]  447/22
nine years [1]  447/22
no [160]
No. [1]  500/22
No. 1 [1]  500/22
None [2]  429/4 429/7
nonprofit [1]  503/23
North [4]  427/22 428/6
 428/12 452/8
Northern [1]  475/14
Northridge [3]  496/2 496/7
 496/8
not [29]  431/14 431/16
 443/16 444/18 444/20 444/23
 445/11 445/13 445/20 446/22
 447/5 450/7 451/12 452/12
 454/21 455/12 455/12 470/11
 474/10 477/20 486/8 486/11
 507/14 508/10 514/3 514/9
 514/11 514/14 514/17
note [2]  432/19 514/15
nothing [1]  447/11
noticed [1]  433/3
now [35]  434/15 443/17
 443/21 446/6 446/20 450/21
 451/23 454/11 455/4 457/15
 457/19 459/2 460/4 463/15
 465/4 465/13 465/16 469/8
 469/15 469/20 475/13 475/19
 477/12 479/23 480/1 488/8
 493/22 493/23 498/11 511/12
 511/18 512/2 513/17 515/24
 516/2
nuclear [1]  475/18
number [40]  431/5 434/22

435/6 435/13 436/2 436/10
436/21 446/21 449/24 451/16
452/7 455/21 456/13 457/7
458/22 459/2 465/5 468/11
468/18 469/9 471/6 472/17
473/6 474/22 476/23 477/11
479/10 481/2 485/5 485/19
486/20 493/9 495/12 497/23
500/2 500/3 500/12 506/20
507/7 509/8
numbers [2]  443/23 444/9
nurses [1]  478/10

**O**

o'clock [3]  511/8 511/10
 512/13
objection [2]  511/20 511/25
occasion [1]  450/9
occupation [8]  450/21 451/23
 455/8 455/25 457/19 460/11
 488/12 498/10
occupational [1]  494/9
off [1]  512/18
office [8]  428/5 434/22
 451/23 457/24 461/5 463/12
 488/5 488/6
officer [3]  478/2 480/12
 498/11
Official [1]  427/21
Oh [1]  514/2
okay [104]
old [12]  434/11 434/12
 452/10 460/8 471/24 473/9
 487/16 503/17 503/17 503/17
 503/20 507/17
oldest [3]  448/2 498/17
 508/2
once [7]  443/8 448/21 450/2
 473/22 508/23 511/20 513/17
one [52]
one child [1]  471/24
one currently [1]  487/23
one deals [1]  515/18
one for [1]  465/10
one has [2]  432/20 515/20
one I [1]  516/2
one in [1]  494/5
one individual [1]  454/17
one is [14]  434/11 434/12
 457/14 457/15 468/22 468/22
 468/25 469/1 487/25 494/3
 494/3 498/19 508/1 508/1
one juror [5]  432/15 432/19
 433/1 437/24 443/13
one must [1]  498/5
one of [7]  432/24 432/24
 436/1 436/4 436/14 457/13
 465/15
one on [1]  454/17
one paragraph [1]  433/3
one son [2]  452/9 477/16
One was [1]  489/11
one will [1]  500/5
one works [1]  508/4
one-and-a-half [1]  451/17
only [6]  431/11 432/16
 449/25 465/17 498/3 511/23
open [4]  443/1 447/14 455/9
 514/20
opening [8]  431/11 431/25
 511/6 511/25 512/12 513/4
 513/19 514/25
openings [2]  511/22 516/7
operator [2]  475/20 508/9
opinions [1]  446/25
optimization [1]  501/15
order [1]  447/5
organizer [1]  454/10
original [2]  470/10 470/11

**O**

originally [1]   503/15
other [16]   432/18 432/20 453/12 457/15 458/10 459/14 469/1 484/11 488/20 489/9 494/4 498/5 498/20 507/9 514/13 515/19
others [1]   514/6
otherwise [2]   431/7 515/15
our [7]   430/22 432/7 433/4 436/1 475/18 478/5 512/15
out [5]   432/15 433/12 437/3 498/9 511/3
outside [7]   430/6 435/23 437/14 443/2 444/19 511/15 514/23
over [10]   430/21 430/24 431/3 432/21 437/17 438/1 448/9 454/22 463/7 516/7
own [2]   444/20 514/15
owns [1]   488/19

**P**

p.m [1]   516/10
PA [1]   427/8
Pacific [1]   475/21
page [6]   429/3 433/6 463/18 466/3 482/23 517/7
Pages [2]   438/8 490/2
paid [1]   432/16
panel [2]   447/14 508/24
paper [1]   435/11
paragraph [1]   433/3
paralegal [1]   480/6
parents [1]   436/21
Park [2]   449/13 450/16
parlor [3]   450/22 456/17 456/25
part [7]   446/17 452/12 465/11 480/15 510/6 513/4 515/4
particular [1]   478/6
parties [2]   443/4 447/3
partner [1]   449/21
partnership [1]   449/17
parts [1]   435/2
party [30]   445/19 447/3 449/4 450/5 451/10 452/2 453/23 454/19 455/14 456/9 457/3 458/18 459/24 460/23 469/24 472/6 474/8 476/5 478/13 482/12 486/9 489/6 494/20 496/15 499/6 501/22 502/23 504/3 506/2 508/18
Pasadena [1]   433/24
Paso [1]   497/25
pass [12]   449/8 450/12 451/14 452/6 454/4 454/25 478/25 484/20 496/22 501/25 503/2 505/6
past [11]   448/10 457/20 457/23 488/10 488/12 498/10 503/13 503/22 503/24 505/18 505/21
patience [1]   510/17
Patient [1]   505/22
Paula [2]   477/12 478/1
Pause [1]   443/19
pay [1]   433/18
pays [1]   433/12
Peer [1]   505/24
Pendleton [1]   508/6
Penney [1]   469/19
Penske [1]   473/14
people [8]   434/4 438/2 470/12 478/9 489/11 489/14 498/25 514/5
PERCY [1]   427/3

peremptory [26]   465/4 465/6 466/7 469/9 469/12 469/17 470/24 474/14 476/14 478/22 479/2 480/20 482/17 484/17 484/22 486/13 489/21 495/4 496/20 496/24 499/15 506/6 506/11 508/22 508/25
Permanente [1]   452/13
permit [1]   514/6
person [4]   436/4 437/25 446/12 489/14
personal [6]   446/23 447/1 503/25 504/16 505/1 505/3
pertain [1]   446/13
Ph.D [1]   460/10
Pharmacy [1]   487/24
phone [1]   465/15
pick [1]   500/1
Pico [1]   449/15
Pico-Robertson [1]   449/15
piece [1]   435/11
pizza [1]   450/22
plaintiff [2]   427/7 505/1
planetary [1]   460/13
plans [1]   471/13
plant [1]   475/22
play [4]   515/1 515/3 515/9 515/13
played [2]   515/25 516/3
playing [2]   431/13 516/2
please [11]   430/9 436/2 437/23 443/24 447/5 447/9 447/14 461/7 497/1 511/17 514/8
plus [4]   448/11 471/25 507/15 508/9
point [5]   435/5 511/4 511/5 512/5 512/14
police [1]   478/1
policy [2]   431/23 433/17
political [1]   451/19
Poly [1]   473/13
Pomona [1]   473/13
Porter [1]   503/13
position [3]   463/9 485/25 486/2
possible [1]   516/6
post [4]   451/23 463/12 488/4 488/6
potential [1]   445/25
power [2]   469/13 475/22
practitioners [1]   505/3
Prague [1]   469/5
preconceived [1]   446/25
prefer [2]   447/12 512/17
preference [1]   512/16
prejudice [1]   444/20
preliminary [1]   510/6
prep [1]   451/6
preschool [1]   498/20
presence [16]   430/7 433/10 435/24 436/7 437/15 443/2 443/11 463/2 465/2 465/25 468/2 484/2 493/2 511/16 513/14 514/24
present [6]   430/17 454/11 460/14 460/17 472/22 498/11
presented [1]   444/18
presently [5]   457/22 460/15 499/18 506/10 508/24
PRESIDING [1]   427/4
press [1]   508/9
presumed [1]   445/7
presumption [1]   445/8
Pretty [1]   507/8
prevent [17]   470/14 471/10 475/2 477/2 479/17 481/8 485/10 486/24 493/12 495/16 497/14 500/23 502/3 503/3

505/9 506/23 509/13 509/21
previewed [1]   510/4
Previous [1]   510/4
previously [1]   447/22
Price [1]   486/2
pricing [1]   486/6
printing [1]   508/9
prior [32]   446/12 449/14 449/23 450/3 451/18 452/9 454/12 455/4 455/7 457/1 457/9 469/16 472/4 472/5 473/8 473/15 476/8 480/1 488/22 494/18 494/19 496/3 496/10 501/9 501/20 502/21 503/14 504/1 504/2 505/19 505/22 510/5
probably [5]   431/24 445/20 511/1 511/24 512/8
probation [3]   480/5 480/11 480/12
proceed [1]   431/8
proceedings [24]   427/13 430/6 433/9 435/23 436/6 437/14 438/8 443/1 443/10 443/19 463/1 463/18 465/1 465/24 466/3 468/1 482/23 484/1 490/2 493/1 511/15 513/13 514/23 517/6
process [1]   465/11
producer [1]   456/20
production [1]   456/20
Productions [1]   456/21
profession [1]   477/24
program [1]   463/10
promptly [1]   508/11
proof [1]   445/22
propose [1]   432/20
Propulsion [2]   433/23 460/15
prospective [51]
proved [1]   445/11
proven [1]   445/8
provide [1]   433/21
pry [1]   446/22
Public [4]   448/5 448/12 472/1 480/8
punishment [2]   445/25 446/3
pursuant [1]   517/4
put [3]   430/22 431/3 470/12

**Q**

quarter [1]   512/9
question [7]   447/9 447/11 447/13 470/6 470/10 487/20 495/24
questionnaire [16]   443/5 447/18 468/17 471/19 473/4 475/9 477/9 481/15 485/17 487/6 493/19 497/21 501/5 502/10 507/5 509/20
questions [13]   432/20 436/15 446/7 446/8 446/12 446/13 446/15 446/19 446/21 447/10 447/19 470/7 470/9
quick [1]   443/18
quickly [2]   432/21 443/7
quit [1]   511/10

**R**

radar [1]   460/12
radio [1]   514/10
raise [2]   444/24 447/9
raised [1]   433/16
Ranch [1]   503/14
Rank [1]   451/22
rather [3]   447/7 447/13 449/21
Raytheon [1]   457/21
reach [10]   449/1 450/10

**R**

**reach... [8]** 453/10 453/20 454/15 456/7 474/6 476/2 489/3 489/16
**reached [1]** 454/17
**read [2]** 489/24 514/9
**ready [2]** 431/8 437/16
**really [3]** 449/24 450/3 510/17
**reason [3]** 465/10 499/19 510/8
**reasonable [4]** 445/10 445/12 445/15 445/22
**recall [15]** 448/22 450/9 453/2 453/7 453/12 453/17 456/4 457/25 458/15 459/7 459/11 459/14 473/25 489/9 504/19
**recent [6]** 450/8 453/3 458/3 459/7 488/25 489/1
**recently [1]** 501/17
**receptionist [1]** 508/2
**recess [3]** 465/23 513/9 516/10
**recording [1]** 431/13
**recordings [1]** 431/19
**Redondo [3]** 454/8 458/24 468/19
**reference [1]** 514/13
**refinery [1]** 475/20
**registered [1]** 449/17
**regulations [1]** 517/8
**relationship [1]** 515/19
**rely [1]** 444/20
**remaining [1]** 432/24
**remarried [1]** 507/14
**remember [6]** 449/24 450/3 455/13 459/10 465/19 488/23
**remind [1]** 514/2
**remove [1]** 465/8
**repairs [2]** 489/13 489/15
**repeat [2]** 446/18 470/5
**repeating [1]** 446/12
**replacement [1]** 446/11
**reported [1]** 517/6
**Reporter [1]** 427/21
**REPORTER'S [1]** 427/13
**reports [1]** 514/10
**representative [2]** 488/1 510/3
**represented [2]** 504/23 505/1
**Republic [1]** 469/5
**request [1]** 437/24
**required [2]** 444/17 445/2
**research [2]** 487/25 514/12
**reside [2]** 449/12 477/12
**resided [1]** 455/4
**resident [2]** 473/7 507/9
**resigned [2]** 485/25 486/2
**resort [1]** 502/18
**resources [4]** 435/7 449/20 455/8 469/1
**response [3]** 432/7 436/14 436/19
**restroom [1]** 443/6
**rests [21]** 468/4 470/24 472/10 474/14 476/14 478/22 479/2 480/20 482/17 484/18 484/22 486/13 489/21 495/4 496/20 496/24 499/15 506/6 506/11 508/22 508/25
**resumed [2]** 443/1 463/1
**retired [12]** 448/9 457/22 459/1 459/2 459/5 461/3 463/7 469/8 469/15 469/20 477/25 498/11
**retirement [1]** 469/17
**return [23]** 445/13 445/13

458/7 458/16 459/12 459/21 460/8 470/4 472/17 474/17 476/19 479/1 481/1 485/2 486/18 493/6 495/10 497/9 506/17 509/6 510/18 511/2 514/1
**rheumatoid [1]** 508/10
**RHODES [2]** 428/5 430/11
**right [98]**
**Riverside [1]** 450/17
**RN [1]** 494/16
**Robertson [1]** 449/15
**Robles [1]** 497/25
**role [1]** 430/19
**Rolling [1]** 481/18
**Rolloff [2]** 455/10 455/19
**room [19]** 468/8 471/4 472/15 474/19 476/19 479/8 481/1 485/2 486/18 493/6 495/10 497/9 506/17 509/6 510/18 510/20 511/13 513/25 514/19
**Rosemead [1]** 471/22
**roughly [1]** 450/16
**Round [2]** 451/3 451/4
**row [11]** 437/23 444/2 444/4 444/5 444/7 444/13 500/6 500/7 500/8 500/10 500/11
**RPR [1]** 517/12
**rule [2]** 431/16 513/4
**running [2]** 510/24 510/25
**Russian [1]** 437/7

**S**

**Saban [1]** 449/20
**Sacramento [1]** 508/2
**sales [3]** 469/19 473/15 473/15
**same [2]** 496/12 507/14
**San [4]** 468/20 471/23 473/7 487/24
**Santa [6]** 428/12 475/13 477/12 478/1 497/24 505/19
**satellite [1]** 460/12
**say [4]** 450/2 450/4 454/1 511/24
**scholar [1]** 501/18
**school [13]** 452/10 454/9 455/24 472/3 473/10 477/23 487/24 494/6 498/8 498/22 499/3 507/10 508/8
**Schools [1]** 472/2
**science [4]** 451/20 494/9 510/1 510/1
**sciences [1]** 475/16
**seal [5]** 438/9 463/19 466/4 482/24 490/3
**search [1]** 501/14
**searching [1]** 514/13
**seat [11]** 443/24 444/2 444/3 444/5 444/6 444/13 500/6 500/7 500/8 500/10 500/11
**seated [8]** 444/22 446/8 446/10 447/6 461/2 465/6 465/19 511/17
**seats [5]** 437/22 438/4 444/3 444/6 465/22
**second [8]** 444/5 444/7 444/13 448/4 454/18 500/10 500/11 516/2
**seconds [1]** 515/7
**section [2]** 494/14 517/4
**see [8]** 435/8 435/15 456/16 459/19 461/7 466/1 513/23 514/22
**seems [1]** 511/21
**Segundo [1]** 501/15
**selected [1]** 500/2
**self [3]** 448/3 448/16 482/8
**self-employed [3]** 448/3

448/16 482/8
**semiconductor [1]** 469/13
**Senior [1]** 452/15
**sergeant [3]** 451/22 498/10 508/5
**serve [1]** 451/21
**served [33]** 436/21 448/18 450/1 450/9 451/7 451/8 451/25 452/23 453/13 455/11 456/3 459/1 459/5 459/8 459/15 460/19 460/21 460/22 469/21 473/19 475/24 477/24 478/11 480/7 480/13 482/1 482/10 485/24 486/7 498/13 499/4 505/25 508/16
**service [52]**
**Services [4]** 448/5 448/12 456/2 480/9
**serving [18]** 470/14 471/11 472/22 475/2 477/2 479/17 481/8 485/10 486/24 493/12 495/17 497/14 500/23 502/3 503/4 505/9 506/23 509/13
**SESSION [1]** 427/15
**set [1]** 515/11
**seven [3]** 451/21 460/5 503/14
**seven years [3]** 451/21 460/5 503/14
**share [1]** 510/21
**she [33]** 434/3 434/15 434/15 434/17 434/18 434/19 434/21 434/21 434/24 435/1 456/24 457/22 460/15 460/16 465/8 469/15 469/16 469/18 469/19 471/24 478/3 478/5 478/6 478/8 487/24 498/18 501/18 507/15 508/14 508/15 510/20 510/21 511/13
**Sheriff [2]** 443/6 515/21
**ships [1]** 475/19
**short [1]** 443/16
**shortly [1]** 430/20
**should [8]** 432/7 432/9 444/1 465/17 470/3 512/13 513/1 514/18
**shouldn't [2]** 499/19 510/8
**show [4]** 431/13 510/21 511/13 515/11
**showed [2]** 431/10 515/22
**showing [2]** 431/16 431/18
**shown [1]** 508/11
**side [3]** 434/20 437/23 465/5
**sidebar [4]** 438/7 461/7 466/2 482/20
**sides [22]** 470/18 471/16 473/1 475/6 477/6 478/19 479/21 481/12 485/14 487/3 493/16 495/1 495/21 497/18 499/12 501/2 502/7 503/8 504/11 505/13 507/2 509/17
**Sierra [1]** 460/6
**signal [1]** 512/1
**signed [1]** 432/8
**simply [1]** 514/15
**since [4]** 443/17 471/22 501/9 502/14
**single [7]** 450/18 451/18 454/9 455/24 485/21 502/16 509/25
**sir [34]** 436/2 436/12 449/9 457/2 457/5 468/7 468/16 469/7 470/1 472/14 477/1 477/7 478/20 479/7 493/13 493/17 495/2 497/13 497/15 498/14 499/5 499/8 499/13 500/24 501/3 501/21 501/24 502/2 505/8 506/22 508/17 509/5 509/14 509/18

**S**

**six [7]**  444/3 444/6 456/15 486/3 498/1 498/9 509/23
**six children [1]**  498/1
**six months [1]**  486/3
**six seats [2]**  444/3 444/6
**six years [3]**  456/15 498/9 509/23
**slide [1]**  515/24
**slides [2]**  431/11 515/22
**slightly [1]**  516/7
**slots [1]**  431/7
**Slow [1]**  450/24
**slowed [1]**  508/11
**small [2]**  456/20 505/2
**so [35]**  431/23 432/9 432/25 433/1 433/14 433/19 433/19 434/20 435/8 436/4 437/3 437/25 443/7 447/9 447/15 459/6 460/11 460/14 465/11 465/17 465/20 471/13 475/18 475/20 504/7 508/12 510/20 511/12 511/13 512/5 512/6 512/9 513/4 513/13 516/4
**Social [3]**  448/5 448/12 480/9
**sole [2]**  434/19 505/2
**solely [1]**  444/17
**Solutions [1]**  505/23
**some [18]**  430/25 431/20 435/5 458/25 477/23 481/25 488/20 503/21 510/21 511/4 511/5 511/7 512/5 512/10 512/14 513/18 513/20 515/1
**somebody [1]**  511/19
**someone [2]**  489/12 515/20
**something [1]**  489/13
**son [11]**  448/4 452/9 477/16 477/17 488/1 498/5 498/5 498/24 499/2 508/5 515/19
**sons [1]**  507/15
**sorry [9]**  450/25 452/17 454/1 455/17 460/18 488/11 504/25 512/23 513/2
**sounds [1]**  435/19
**space [1]**  460/12
**speak [1]**  514/15
**special [2]**  430/12 472/3
**specialist [1]**  478/5
**specialized [1]**  484/9
**specialty [1]**  435/2
**specifically [2]**  486/6 505/3
**spectators [1]**  437/22
**Sports [1]**  456/17
**spouse [16]**  449/21 451/24 456/22 457/22 460/15 473/16 473/17 476/9 482/5 488/16 494/15 494/16 496/9 496/12 501/16 508/13
**Spring [2]**  427/22 428/6
**stand [1]**  512/18
**standard [2]**  445/17 445/21
**stands [1]**  460/18
**Starbucks [1]**  508/15
**start [7]**  430/22 465/4 465/21 511/10 512/12 512/14 513/24
**started [2]**  431/4 432/10
**starting [3]**  433/20 511/8 511/9
**state [4]**  473/18 496/7 496/8 508/2
**statement [1]**  514/25
**statements [4]**  431/13 511/6 512/12 513/20
**STATES [7]**  427/1 427/4 427/6 430/11 498/9 517/5 517/9
**stationed [1]**  508/6

**status [4]**  477/14 487/11 496/1 500/12
**stenographically [1]**  517/6
**stories [1]**  514/9
**storm [1]**  508/7
**straight [1]**  503/20
**straightforward [1]**  447/6
**Street [2]**  427/22 428/6
**strong [1]**  511/19
**student [3]**  473/10 503/18 503/20
**students [1]**  508/1
**studying [2]**  494/4 494/5
**sub [1]**  471/13
**such [1]**  514/12
**Suite [1]**  428/12
**supervisor [1]**  452/21
**support [2]**  510/3 510/5
**supposedly [1]**  489/14
**sure [5]**  454/21 470/7 477/20 478/9 488/13
**Susan [1]**  449/22
**swear [2]**  499/24 510/13
**sworn [4]**  499/20 499/25 510/9 510/14
**Sylmar [1]**  480/2
**system [1]**  478/5
**systems [3]**  452/15 460/12 460/12

**T**

**table [3]**  430/12 451/3 451/4
**take [38]**  437/18 437/22 438/3 443/7 443/24 444/1 447/17 447/17 468/16 471/18 473/3 475/8 477/8 481/14 485/16 487/5 493/18 495/23 497/20 500/6 500/7 500/9 500/10 501/4 502/9 507/4 509/19 510/20 511/1 511/5 511/13 511/20 512/2 512/5 512/11 512/25 513/20 515/12
**taken [1]**  504/7
**takes [4]**  444/3 444/4 444/6 444/12
**taking [2]**  430/19 512/14
**talk [1]**  514/7
**Tallahassee [1]**  501/10
**Tampa [1]**  504/22
**Tanaka [3]**  515/16 515/18 515/20
**Tanner [1]**  430/13
**tax [1]**  486/5
**teacher [7]**  468/25 469/1 471/13 472/1 472/2 498/20 498/21
**teaching [2]**  471/25 498/18
**tech [1]**  487/25
**technically [2]**  433/19 434/21
**Technologies [1]**  455/9
**telephone [1]**  488/15
**television [2]**  514/10 516/7
**tell [26]**  436/3 447/18 449/9 450/14 463/3 468/17 470/8 471/19 473/4 474/4 475/9 477/9 479/24 481/15 485/17 487/6 488/13 493/19 495/24 497/21 501/5 502/10 503/10 505/15 507/5 509/20
**Temple [1]**  473/8
**testimony [5]**  431/18 432/3 511/7 512/14 513/21
**Texas [1]**  477/16
**than [7]**  431/24 445/17 445/20 447/7 447/13 484/11 507/9
**thank [76]**
**Thanks [1]**  482/16

**that [197]**
**That [2]**  433/19 498/12
**their [7]**  430/9 434/10 465/15 481/21 494/14 498/1 513/4
**them [17]**  431/2 435/6 435/15 452/14 457/13 463/6 463/14 465/11 486/4 488/24 505/2 512/7 513/11 515/3 515/4 515/11 515/13
**then [15]**  435/13 445/2 461/5 475/21 499/2 511/2 511/6 512/10 512/11 513/1 513/17 513/19 513/20 514/21 515/11
**there [52]**
**Therefore [1]**  446/14
**these [18]**  432/25 438/3 446/8 470/17 471/15 472/24 477/4 479/19 481/10 485/12 487/1 495/19 500/25 502/5 506/25 509/15 515/1 515/15
**they [25]**  433/21 435/13 435/15 437/2 437/3 437/5 437/7 438/3 446/22 446/23 454/17 458/17 459/23 465/12 474/7 478/9 478/10 478/10 480/3 481/21 481/22 487/16 488/20 512/22 515/6
**THIBODEAUX [2]**  427/21 517/12
**thing [3]**  431/11 498/19 511/23
**things [1]**  460/13
**think [24]**  430/21 431/7 431/11 432/1 432/19 432/25 435/12 436/1 436/18 437/3 437/16 459/9 459/19 463/4 465/16 476/1 489/2 489/11 489/24 498/2 511/18 512/6 515/6 515/18
**thinking [1]**  512/8
**third [2]**  433/19 468/25
**this [34]**  431/8 432/8 433/19 436/1 436/1 444/16 444/23 445/1 445/6 445/8 445/17 446/5 447/6 454/21 465/14 470/13 470/14 471/10 475/2 479/1 479/16 484/21 493/12 496/23 497/14 500/22 502/3 503/3 505/9 506/23 508/12 514/3 514/8 514/25
**Thomas [1]**  475/16
**those [8]**  431/7 432/21 445/3 446/4 446/13 457/25 512/20 516/4
**thought [1]**  433/17
**three [11]**  427/14 450/18 450/19 457/10 473/8 475/13 480/3 487/14 493/24 507/15 507/16
**three children [4]**  457/10 480/3 487/14 493/24
**three daughters [1]**  507/16
**three sons [1]**  507/15
**three years [4]**  450/18 450/19 473/8 475/13
**through [3]**  477/25 494/22 512/1
**till [2]**  465/18 465/20
**time [14]**  433/6 434/14 434/16 443/17 447/12 449/25 453/13 459/7 465/16 508/12 512/2 512/6 512/12 513/24
**times [7]**  448/20 452/25 453/1 459/5 459/15 473/21 478/16
**timing [1]**  437/1
**tire [1]**  488/18
**Title [1]**  517/4
**today [5]**  430/25 432/9 511/5

**T**

today... **[2]** 511/7 512/18
tomorrow **[1]** 511/9
too **[3]** 443/16 450/3 469/15
Torrance **[1]** 458/23
total **[1]** 434/6
towards **[1]** 485/23
track **[1]** 498/7
transcript **[4]** 427/13 431/14 517/6 517/7
transcription **[1]** 433/3
transcripts **[3]** 431/17 431/17 431/19
transfer **[1]** 486/6
translators **[1]** 437/8
transportation **[2]** 448/4 448/17
travel **[1]** 512/17
trial **[23]** 427/14 431/17 432/3 470/14 471/10 472/21 475/2 477/2 479/17 481/8 485/10 486/23 493/12 495/16 497/14 500/22 502/3 503/3 505/9 506/23 509/13 510/6 514/5
trials **[1]** 457/24
trick **[1]** 487/20
tries **[1]** 514/7
Truck **[1]** 473/14
trucking **[1]** 448/17
true **[2]** 445/20 517/5
truly **[1]** 433/20
try **[3]** 443/18 512/1 513/23
Twins **[2]** 487/19 507/18
two **[36]** 432/18 432/20 432/24 433/16 433/16 433/20 434/9 438/2 438/4 447/24 448/10 449/14 452/11 453/1 454/16 455/5 457/24 460/7 463/8 468/21 475/15 481/20 487/24 488/3 489/14 498/19 503/16 505/2 507/25 511/24 512/17 512/22 515/6 515/8 515/17 516/4
two adult **[1]** 481/20
two children **[6]** 434/9 447/24 455/5 460/7 468/21 503/16
two clips **[1]** 516/4
two daughters **[1]** 498/19
two different **[1]** 505/2
two excerpts **[2]** 515/6 515/8
two from **[1]** 515/17
two individuals **[1]** 454/16
two jury **[1]** 457/24
two kids **[1]** 475/15
two more **[1]** 487/24
two natural **[1]** 511/24
Two of **[1]** 507/25
two other **[1]** 432/18
two people **[2]** 438/2 489/14
two questions **[1]** 432/20
two seats **[1]** 438/4
two that **[1]** 512/22
two times **[1]** 453/1
two weeks **[1]** 433/20
two witnesses **[1]** 512/17
two years **[2]** 452/11 463/8
two-and-a-half **[3]** 433/16 448/10 449/14
typically **[1]** 432/4

**U**

U.S **[4]** 427/21 434/20 435/2 435/3
UC **[1]** 508/1
UCLA **[5]** 480/6 487/25 494/4 494/17 501/18

uncle **[1]** 488/19
under **[6]** 438/9 463/19 466/4 472/3 490/3
understand **[6]** 431/16 433/11 436/10 436/13 443/13 484/3
understanding **[1]** 515/17
unemployed **[5]** 482/4 484/4 485/25 486/1 505/21
union **[1]** 454/10
Unite **[1]** 454/11
UNITED **[7]** 427/1 427/4 427/6 430/11 498/9 517/5 517/9
university **[3]** 450/19 496/13 502/17
unless **[6]** 437/17 445/14 465/21 511/19 511/21 513/24
unnecessarily **[1]** 446/22
unsympathetic **[1]** 465/9
until **[8]** 444/3 444/6 445/8 445/9 511/8 512/3 514/18 514/20
up **[11]** 432/21 433/6 437/18 448/7 475/23 501/12 502/15 508/7 513/1 514/17 515/11
us **[31]** 428/5 430/12 431/18 447/18 449/9 450/14 463/4 468/17 470/4 470/8 471/19 473/4 474/4 475/9 477/9 479/24 481/15 485/17 487/6 488/13 493/19 495/24 497/21 501/5 502/10 503/10 505/15 507/5 509/20 512/13 516/7
USC **[1]** 503/18
use **[1]** 443/6
used **[5]** 431/15 445/17 457/22 463/8 488/14
using **[1]** 514/13

**V**

Valero **[1]** 475/20
Ventura **[1]** 477/12
verdict **[17]** 445/13 445/14 449/2 450/10 453/10 453/21 454/15 456/7 458/8 458/16 459/12 459/22 474/6 476/3 489/4 489/17 514/18
version **[1]** 445/19
very **[32]** 437/12 443/7 449/7 451/13 454/24 455/20 456/12 458/21 460/2 461/1 470/20 472/9 474/11 474/20 476/12 476/20 479/9 480/18 482/15 485/3 486/12 486/17 493/5 495/3 496/18 499/14 505/4 506/5 508/21 509/7 510/7 510/16
Via **[1]** 456/21
video **[3]** 504/6 515/25 516/3
violence **[1]** 453/19
voir **[1]** 430/23
VOLUME **[1]** 427/15

**W**

wait **[1]** 512/3
waiting **[4]** 433/2 443/13 443/15 443/18
Walt **[1]** 502/18
want **[11]** 432/2 432/3 450/2 465/14 465/14 470/8 488/10 488/13 511/25 515/1 515/9
wants **[2]** 437/25 515/21
War **[1]** 437/3
was **[82]**
Washington **[1]** 509/24
wasn't **[1]** 507/19
Waterhouse **[1]** 486/2
way **[3]** 446/17 447/7 454/25
we **[91]**

Wednesday **[3]** 433/4 433/15 433/22
weeks **[2]** 433/15 433/20
Welco **[1]** 484/16
well **[13]** 431/24 434/18 448/8 451/18 459/19 461/4 463/8 471/12 478/15 484/7 484/13 494/3 512/4
went **[1]** 489/13
were **[36]** 430/6 433/9 435/23 436/6 437/2 437/3 437/7 437/14 438/9 443/1 443/10 450/11 451/22 452/18 456/8 457/25 459/13 459/23 463/1 463/18 465/1 465/24 466/3 468/1 474/7 482/24 484/1 489/12 490/3 493/1 499/25 505/2 510/14 511/15 513/13 514/23
weren't **[1]** 510/16
WESTERN **[1]** 427/2
Westwood **[1]** 501/8
what **[56]**
Whatever **[1]** 431/23
when **[10]** 433/15 437/1 450/9 458/12 459/8 473/23 499/8 507/9 512/7 513/25
where **[6]** 465/19 501/11 507/10 510/21 511/13 515/1
whether **[1]** 446/13
which **[10]** 446/16 447/2 465/10 469/5 469/13 475/22 477/12 508/11 510/6 515/8
while **[4]** 433/2 443/15 469/19 469/20
who **[22]** 430/17 432/15 432/18 433/22 437/24 443/15 444/23 446/2 454/1 455/6 455/6 460/7 460/8 463/3 469/11 475/15 478/10 510/16 510/24 512/20 514/11 515/21
whom **[1]** 434/17
why **[3]** 499/19 510/8 512/25
wife **[9]** 434/2 434/13 456/16 469/14 478/3 478/4 498/12 501/17 505/23
will **[45]**
withhold **[1]** 447/5
without **[1]** 446/12
witness **[34]** 429/3 449/5 450/5 451/10 452/2 453/23 454/19 455/14 456/10 457/3 458/18 459/25 460/23 469/24 472/6 474/8 476/5 478/13 478/16 480/15 482/12 486/9 489/6 494/21 494/22 496/15 499/6 501/22 502/23 504/3 504/6 504/8 506/2 508/18
witnesses **[2]** 512/17 512/20
won't **[2]** 446/18 510/25
Woodland **[1]** 505/18
word **[1]** 437/25
work **[23]** 434/2 434/13 434/16 448/10 449/19 451/5 451/23 452/12 455/8 460/11 463/4 463/8 469/11 469/14 472/1 478/1 481/21 484/9 488/14 496/12 501/14 502/17 508/14
worked **[18]** 432/6 459/2 459/4 460/16 461/4 463/11 484/4 484/7 484/11 484/15 486/5 488/4 503/22 504/1 504/13 504/17 505/1 505/22
worker **[2]** 448/6 480/9
working **[13]** 432/11 448/4 448/16 450/21 469/9 469/18 475/20 475/21 485/22 499/9 501/18 503/24 508/13

**W**

**works [18]**  434/3 448/2 448/3
 449/22 455/10 455/17 472/2
 477/19 478/4 478/7 480/4
 488/18 498/12 498/24 503/18
 508/4 508/6 513/6
**would [49]**
**Wpromote [1]**  501/15
**write [1]**  435/10
**wrong [1]**  489/13

**Y**

**yeah [3]**  435/8 435/14 478/8
**year [7]**  473/9 503/17 503/17
 503/17 503/20 504/17 507/9
**year-and-a-half [1]**  504/17
**years [61]**
**yes [50]**
**yesterday [1]**  512/23
**you [320]**
**youngest [2]**  499/2 508/6
**your [169]**
**yourself [21]**  447/19 449/10
 450/14 468/17 471/20 473/5
 475/10 477/10 479/24 481/16
 485/18 487/7 493/20 495/25
 497/22 501/6 502/11 503/11
 505/16 507/6 509/21
**yourselves [2]**  446/21 447/2