UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

United States of America,           )
                    PLAINTIFF,      )
                                    )
VS.                                 )   NO. CR 16-66 PA
                                    )
Leroy Baca,                         )
                    DEFENDANT,      )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY SIX

VOLUME II OF II

LOS ANGELES, CALIFORNIA

WEDNESDAY, MARCH 1, 2017


_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012


UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012

FOR DEFENDANT:

      MORGAN LEWIS AND BOCKIUS LLP
      BY:  NATHAN J. HOCHMAN
      -and- BRIANNA ABRAMS
      1601 Cloverfield Boulevard
      Suite 2050 North
      Santa Monica, CA  90404

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I N D E X


WITNESS NAME                                    PAGE

JAMES SEXTON

     Cross-Examination by Mr. Hochman    1239

      Recross-Examination                1276

      Redirect Examination               1279


EXHIBIT                         I.D.      IN EVID.

54 - 56                         1232        1232

118                             1237        1237

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES, CALIFORNIA; WEDNESDAY, MARCH 1, 2017

12:01 P.M.

- - - - -

(The following proceedings were held outside the presence of the jury:)

THE COURT:  All right.  Let's bring the jury in.

MS. RHODES:  Your Honor, would you like the witness on the stand?

THE COURT:  Yes.  That is fine.

THE COURT:  We have complaints by some of the jurors that people in the audience are shuffling papers or shuffling equipment so that they can't hear.  So I think one of them may be the artist.  So you are really going to have to curtail that because the most important thing is for the jury to be able to hear the witnesses.

MR. FOX:  Your Honor, that goes to the door as well.  It is pretty loud.  I am not sure it is affecting your court reporters, but sometimes I have not been able to hear.  I don't know if there is anything that we can do to make it so it doesn't do that.

THE COURT:  We will have somebody come in and see if they can adjust it.

MS. RHODES:  And, your Honor, if we could just

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

direct the witness to try and answer into the microphone as much as possible.

THE COURT:  That is fine.

(The following proceedings were held in the presence of the jury:)

MS. RHODES:  May I continue, your Honor?

THE COURT:  Yes, please.

Q    BY MS. RHODES: Mr. Sexton, I would now like you to look at Exhibit 207 which is in evidence, and can you see Exhibit 207?  What is Exhibit 207?

A    This is the perspective of an individual standing next to the wall of that courtyard we were depicting. The other side you have a railroad track and an active, an active major street.

Q    And how high is that wall?

A    Five-and-a-half feet.

Q    And Exhibit 208, same thing?

A    Yes, Ma'am.  Just looking the other way.

Q    Now, Mr. Sexton, this was part of -- this whole courtyard that we have seen in Exhibits 203 through 208, this was attached to the sheriff's station in San Dimas?

A    Yes, Ma'am.

Q    And could deputy sheriffs then go into that courtyard?

A    Yes, Ma'am.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     And could even unsworn personnel with the sheriff's department also go into that courtyard?

A     Civilians routinely used it to cut across from the admin section of the station to the watch commander's office which was across from that fire exit that we were using.

Q     Now, at some point, did Anthony Brown go back to Men's Central Jail?

A     Yes, Ma'am.

Q     I would like you to look at Exhibit 130 which has already been admitted into evidence, and looking at the first page of it, what is this?

A     This is a inmate total movement history.  Again, it is a computer representation of information off of Nine Lines and other databases.

Q     And who is it for?

A     This is for Inmate Chris Johnson.

Q     Do you have an understanding of who Chris Johnson was in September of 2011?

A     Yes, Ma'am.

Q     Who?

A     Anthony Brown.

Q     And turning to the third page of that document, the line that is September 2 nd, 2011, at 9:21 a.m., what does that show?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       At 9:21, Ma'am?

Q       Yes.  9:21.

A       It says that he has moved from facilities from Men's Central Jail to the inmate reception center, IRC1, records jacket, sentenced.

Q       And then at 9:59?

A       CJ 8200.

Q       So that is approximately September 2nd was when Mr. Brown as Mr. Johnson was booked?

A       Yes, Ma'am.

        MS. RHODES:  And with the court's permission, I would like to put up the September calendar and, showing this magnet to counsel, place this on September 2nd, Johnson booked.

Q       And 8200 was what?

A       Ma'am, 8200 is a medical floor in Men's Central Jail.

Q       Taking you back to the first page of Exhibit 130, at the very top, September 12th, 1:29 p.m., what does that show?

A       It says that he is released, Ma'am.

Q       And at that time was Anthony Brown put on the street?

A       No, Ma'am.

Q       Looking at Exhibit 131, what is that?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Again, this is a printout of the Los Angeles County Sheriff's Department Inmate Information Center which is the custody portal.

Q    And going down to the box that says arrest, if we could have that.  What was the arrest date of Anthony Brown according to this document?

A    September 12th, 2011 at 12:56.  The arrest agency is 5120.

Q    Do you know what that means?

A    Yes, Ma'am.  That is the reporting district for the Inmate Reception Center.

Q    In fact, as of this date, September 12th, 2011, was that the date Anthony Brown was actually originally arrested?

A    No, Ma'am.

THE COURT:  Were you making these entries?

THE WITNESS:  I am facilitating some of these entries, yes, Sir.

Q    BY MS. RHODES: Now, at this time, September 12th, did you have responsibility for doing something with Anthony Brown?

A    Yes, Ma'am.

Q    I would like you to turn to, in Volume I of your notebook, Exhibits 54, 55 and 56.

A    Can you repeat the exhibit numbers again?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    Sure.  54, 55 and 56.

A    Yes, Ma'am.

Q    What are they?

A    They are e-mails on the LASD Outlook Exchange for myself to various supervisors and other personnel in the Los Angeles County Sheriff's Department.

Q    And do these truly and accurately reflect e-mails you sent and received on the dates indicated?

A    Yes, Ma'am.

      MS. RHODES:  Your Honor, I would move to admit Exhibits 54 through 56.

      MR. HOCHMAN:  No objection, your Honor.

      THE COURT:  All right.  They will be received.

      MS. RHODES:  If I could have 54 on the screen and the portion that you sent on September 12th, 2011, at 11:04 a.m. to Mr. Smith with a CC to Mr. Manzo, Mr. Gregory Thompson and Mr. Gilbert.

Q    Can you read what it says starting with the subject?

A    (Reading:) Subject, Operation Pandora's Box.  Body of the e-mail:  Gents, I am going to handle booking our friend back under his true alias.  Can you please shoot me the URC/case information he was originally charged under.  I am going to try to reinstate his old booking number as we speak.  I am 97 at the nurse's station until

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

further notice, JS.

Q What does 97 mean?

A That is an LASD code meaning that I am on scene.

Q And what was it you were attempting to do at this time?

A We had, we had changed Anthony Brown's booking number so much we were trying to reinstate him under the original booking number that he was charged and booked under for his original crimes.

Q And were you able to do that?

A I believe we actually generated a new booking number after this.

Q And was that on that same day?

A Yes, Ma'am.

MS. RHODES: Your Honor, with the court's permission, I would like to put a magnet on September 12th. Showing it to counsel, it says Anthony Brown rebooked or Brown rebooked.

Q Now, the top of this e-mail or the subject of this e-mail says Operation Pandora's Box. What was that a reference to?

A I named it. It is a Greek mythology story, Pandora was given a box and told not to open it. She did. She unleashed the evils and unnerving things on the world, but the last thing to leave the box was the bud of hope.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Q     And why did you name this operation Pandora's Box?

A     I thought it was a propos to what was going on at the time.

Q     So unleashing the evils was what?

A     Well, what we were doing at the sheriff's department, in the turf war between the FBI, it was pretty clear what was going on by this time.

Q     What was hope?  You said the last thing to leave Pandora's Box was hope.  What was that?

        MR. HOCHMAN:  Objection.  Relevancy.

        THE COURT:  Overruled.  You can answer.

        THE WITNESS:  I believed hope was the intermachinations of what this operation represented coming to light through the FBI and the public finding out about it.

Q     BY MS. RHODES: Now, during this -- then, did you, looking at Exhibit 56, can you look -- is that your e-mail?

A     Exhibit 56, Ma'am?

Q     Yes.

A     Sorry.

Q     And it is in evidence so if I could just have the top portion published, and if you can read your e-mail?

A     (Reading:) From James Sexton, on Monday, September 12, 2011, at 6:28 p.m., to Raymond Cardenas, Greg

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Thompson, Dave Gutierrez, William Gilbert, Eli Teixeira, Giovanna Paterno, Jason Pearson, Mickey Manzo, Gerard Smith.

The subject is Anthony Brown. The booking number 287-4104. The body states, Sir, per IRC's request, Inmate Brown is an in-custody release to CDCR -- which is California Department of Corrections and Rehabilitation -- if you have any questions, please contact OSJ Lieutenant Thompson. Respectfully, Deputy Sexton.

Q    Looking at the CC's, are those deputy sheriffs?

A    Ma'am, that is an entire operational spectrum of rank in several units.

Q    Now, what did you do after -- when you say it was, Mr. Brown was an in-custody release to basically the state, what happened? What did you do next?

A    I participated in a HVT which is a High Value Transport to Lancaster State Prison.

Q    And that is where Anthony Brown then went?

A    Yes, Ma'am.

Q    Can you look at Exhibit 213.

Do you recognize it?

A    Yes, Ma'am.

Q    What is it?

A    It is a picture from the access road of the main

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

gate at Lancaster State Prison.

Q     Is that where you took Anthony Brown?

A     Yes, Ma'am.

MS. RHODES:  Your Honor, at this time, I would move to admit Exhibit 213?

MR. HOCHMAN:  Objection, your Honor.

THE COURT:  Be received.

Q    BY MS. RHODES: Finally, Mr. Sexton, I would like to you look at Exhibit 118.

A     Sorry, Ma'am.  Lot of books.

Q     What is it?

A     County of Los Angeles Sheriff's Department report on performance evaluation.

Q     For who?

A     Myself.

Q     And is this the performance evaluation you received for the period of October 17th, 2010, through October 16th, 2011?

A     Yes, Ma'am.

MS. RHODES:  Your Honor, at this time, I would move to admit Exhibit 118?

MR. HOCHMAN:  Again, foundation just as to the signatures on the document, your Honor.

THE COURT:  Overruled.  Will be received.

MS. RHODES:  And I would like to publish Exhibit

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

118.

Q      Now, again, taking you to the -- this is -- taking you to the time period for this review which is near the top.  If I can have -- does this time period for your review encompass the time period that you were moving Anthony Brown and changing his name?

A      Yes, Ma'am.

Q      Going to the second page and showing you the portion for the rating for each and every category, what rating did you get?

A      Outstanding, Ma'am.

        MS. RHODES:  I would like to have Exhibit 116 which is already in evidence, Page 15, put on the screen for the jury, please.

Q      And if you could look at the last paragraph on that page, what does it say?

A      This is a --

        MS. RHODES:  Can you just hold on one second while counsel gets to it.

        THE WITNESS:  Sure.

Q      BY MS. RHODES:If could you just read that last paragraph, please.

A      Yes, Ma'am.  (Reading:) Members shall not make false official records.  They shall not knowingly or willingly enter or cause to be entered in any department

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

books, records, reports, computer or electronic database any inaccurate, false or improper police information or material matter.

Q     And the records with Anthony Brown's fictitious names, were they official records?

A     Yes, Ma'am.

Q     And the places where it said he refused to give personal identifying information including his fingerprints, was that false?

A     Yes, Ma'am.

        MS. RHODES:  May I have one moment, your Honor?

        THE COURT:  Yes.

        (Counsel confer.)

Q    BY MS. RHODES: After you got this rating or at any time, were you investigated by the sheriff's department for your conduct relating to Anthony Brown?

A     No, Ma'am.

        MS. RHODES:  Nothing further, your Honor.

        THE COURT:  All right.  Cross-examination?

        MR. HOCHMAN:  Yes, your Honor.

        MR. HOCHMAN:  Mr. Sexton, may I proceed, your Honor?

        THE COURT:  Yes.

 ///

 ///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CROSS-EXAMINATION

BY MR. HOCHMAN:

Q    Mr. Sexton, in August and September of 2011, you never met with Sheriff Baca; correct?

A    That is correct, Sir.

Q    You never spoke with him in person during that time period; correct?

A    Correct, Sir.

Q    You never had any telephone conversations with him during that time period; correct?

A    Correct, Sir.

Q    You never sent him any e-mails?

A    No, Sir.

Q    And he never sent you any e-mails; is that correct?

A    That's correct, Sir.

Q    In fact, you had no direct communication of any form with him during August and September of 2011; is that correct?

A    That's correct, Sir.

Q    Now, starting in August of 2012, about a year after these events that you have been testifying about, you met many times with the government; isn't that correct?

A    Yes, Sir.

Q    And you met with Mr. Fox, Ms. Rhodes; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     That's correct, Sir.

Q     And you met with FBI agents as well?

A     Yes, Sir.

Q     You met at the FBI's building in Westwood; is that correct?

A     Yes, Sir.

Q     At the U.S. Attorney's office downtown?

A     Correct.

Q     And you spoke on the telephone with the agents as well; is that correct?

A     Yes, Sir.

Q     In 2012 and 2013, how many times did you meet or speak with the government, approximately?

A     Over 30, Sir.

Q     Does 38 sound about right?

A     That sounds right, Sir.

Q     And the first meeting was on August 29th of 2012; is that correct?

A     Yes, Sir.

Q     And that was at the U.S. Attorney's office with Ms. Rhodes and Special Agent Dahle?

A     Yes, Sir.

Q     And after you met with them or spoke with them for 38 times in 2012 and 2013, actually, were those conversations in part about the events that happened in

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

August and September of 2011?

A    They were limited to that -- I'm sorry.  They were not limited to just that at that time, Sir.

Q    But it involved those events as well; correct?

A    It involved several events.

Q    Now, notwithstanding the fact that you spoke or met with the government 38 times in 2012 and 2013, the government brought charges against you in December of 2013; is that correct?

A    That's correct, Sir.

Q    And those are the two charges that you testified about, the conspiracy to obstruct justice; is that correct?

A    Yes, Sir.

Q    And the obstruction of justice itself; correct?

A    Yes, Sir.

Q    And you were convicted of both those charges?

A    Yes, Sir.

Q    And at sentence, you faced a five year maximum for the conspiracy charge; is that correct?

A    That is correct, Sir.

Q    And for the obstruction of justice charge, that carried a ten year maximum sentencing of imprisonment; is that correct?

A    I am unaware of maximum, Sir, but it sounds right.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     And so at sentencing -- and you were sentenced in connection with those convictions; is that correct?

A     That's correct, Sir.

Q     And at sentencing, the government recommended a much lower sentence than the 15 years you were looking at; is that correct?

        MS. RHODES:  Objection.  Misstates testimony. Facts not in evidence.

        THE COURT:  Let's go to sidebar.

        MR. HOCHMAN:  Your Honor, I will withdraw the question.

        THE COURT:  All right.

        MR. HOCHMAN:  Just make it easier.

Q     Now, the judge at your sentencing in 2014 gave you an 18-month sentence, a year-and-a-half sentence; is that correct?

A     That is correct, Sir.

Q     And you started serving that year-and-a-half sentence in August of 2016; is that correct?

A     That's correct, Sir.

Q     And several months into that sentence, the government arranged to have you brought out of prison, writted out of prison and called you as a witness to testify in a prior proceeding in December of 2016; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     That is incorrect.

Q     Which part of that was incorrect?

A     That I was writted out of prison.

Q     I see.  You were subpoenaed out of prison?

A     I never left prison, Sir.  I was transported within the federal Bureau of Prisons.  I remained an inmate the entire time.

Q     Did the United States Attorney's Office here make a request of the Bureau of Prisons to have you brought to Los Angeles to testify in a prior proceeding?

A     I was delivered to LA as a result of a writ, Sir.

Q     And was that writ obtained by the US government?

A     I was in prison, Sir.  I don't know who made those arrangements.

Q     Now, prior to your testimony in this prior proceeding, you had the chance to meet with the government, didn't you?

        MS. RHODES:  Objection, vague.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN: The prior proceeding was in December of 2016; correct?

A     Yes, Sir.

Q     And you testified at that prior proceeding; isn't that right?

A     Yes, Sir.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     Now prior to your testimony, did you have the chance to meet with the government?

A     It wasn't a chance, Sir.

Q     Did you meet -- fair enough.  Did you meet with the government prior to testifying in that December, 2016 proceeding?

A     I was ordered to meet with the government because I was an inmate in the Bureau of Prisons.

Q     Did you meet with the government and, by government, I mean the prosecutors and the FBI agents prior to your testimony in December of 2016?

A     I met with members of the United States government, but I did not meet with Mr. Fox or Liz Rhodes at that time.

Q     Did you meet with the FBI agents?

A     I met with FBI agents that represented they had questions about this case, Sir.

Q     And did they ask you questions about the case during that meeting before you testified in that December, 2016 proceeding?

A     They asked me questions about that and other matters, yes, Sir.

Q     Did they show you any documents during that meeting?

A     Yes, Sir, they did.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And those questions and those documents were some of the same questions that they asked you during your testimony in the December, 2016, prior proceeding; is that correct?

A    They were documents that I discussed in my federal grand juries in 2012.

Q    Now, when you testified in that prior proceeding in December, 2016, did the government make you any promises for any benefits in connection with your testimony?

A    I received no promises, and I never took a cooperation agreement, Sir.

Q    Now, you had your attorney, Tom O'Brien in the courtroom when you testified before in that prior proceeding; is that correct?

A    Mr. O'Brien has been at every proceeding except for my grand jury, Sir.

Q    And is he here today in the gallery?

A    Yes, Sir.

Q    All right.  Now, even though the government made you no promises about your testimony in that prior proceeding, about a month after you testified, did the government make a motion on your behalf?

A    Yes, Sir.

Q    And that is something called a Rule 35 motion; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       That's correct, Sir.

Q       And your understanding is that a Rule 35 motion is the government's motion to ask the judge if he would consider reducing your sentence; is that correct?

A       Yes, Sir.

Q       And you understood that only the government could file that motion.  You couldn't file it or your counsel couldn't file that Rule 35 motion; correct?

A       At the time, I did not understand that I had actually asked my counsel to file it in August.

Q       And did your counsel file a Rule 35 motion for you?

A       He was unable because I didn't know at the time that he couldn't do it.

Q       But by the time you are testifying in December, 2016, you understand that only the government can file that motion to ask the court to lower your sentence; correct?

A       The government made it very clear to me that they were the only people that could bring the motion.

Q       And, at that point, the judge would have the ability if the judge so chose to lower your sentence; correct?

A       It is solely at the discretion of the court whether or not that happens, Sir.

Q       But without that Rule 35 motion, the judge doesn't

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

have the power to do it; correct?

A    Seems logical to me, Sir.  I apologize.  I am not an attorney.

Q    Now, at some point, you met with the government in the beginning of January of 2017; is that correct?

A    Yes, Sir.

Q    And that was in preparation for your testimony today?

A    Yes, Sir.

Q    And the government asked you many questions during that January, 2017, meeting; isn't that correct?

A    They ask me questions every time we meet, Sir.

Q    And when they are asking you questions, they are some of the same questions that Ms. Rhodes asked you today; isn't that correct?

A    Yes, Sir.

Q    And they showed you documents during that January, 2017, meeting as well; correct?

A    Yes, Sir.

Q    And some of those were the documents that Ms. Rhodes showed you in your testimony today; is that correct?

A    Yes, Sir.

Q    And they were showing you these documents and asking you these questions to help refresh your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

recollection of the events that occurred back in August and September of 2011; is that correct?

MS. RHODES: Objection. Relevance. Calls for speculation. Cumulative.

THE COURT: Sustained.

Q    BY MR. HOCHMAN: Did hearing the questions and seeing the documents back in the January, 2017, interview, excuse me, meeting with the government, did that help refresh your recollection about the events that happened in August and September of 2011?

A    No, Sir.

Q    Now, on January 10th, if you recall, of 2017, that is when the government filed the Rule 35 motion on your behalf; is that correct?

A    Sir, I was in isolation at the time. So I am unaware of dates and times in the month of January.

Q    Well, the middle of January of 2017, the court actually granted the Rule 35 motion; correct?

A    I'm sorry. Again, Sir, the date.

Q    Middle of January of this year?

A    Yes, Sir. That is fair.

Q    And at the time you had served a little over four months of your 18-month sentence; is that correct?

A    I had served four-and-a-half months, Sir.

Q    And after the judge granted the motion, you no

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

longer had to serve any more time in prison; correct?

A    He took several things into consideration including the maximum facilities I was in and the amount of time in isolation that I had served, Sir.

Q    And did he also take into account your cooperation with the government?

A    I would believe so, Sir.  I don't know.  I also allocuted that day which is very rare in this case.

Q    Did you also go ahead and as part of the sentencing that you now received, this sort of new sentencing, did that include six months of house arrest?

A    It does, Sir.

Q    And one year of additional probation?

A    They coincide, but, yes, Sir.

Q    Now, in addition to meeting with the government in December of 2016 and January of 2017, you also met with the government twice this month; is that correct?

A    Yes, Sir.

Q    And, again, that was all in preparation for your testimony today; is that correct?

A    I wouldn't say preparation.  I was providing new evidence, Sir.

Q    And part of the meetings with the government, though, was going over the questions and in the documents that they showed you today; isn't that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      These are documents and items pertaining to this case that I have been familiar with since 2012 that I provided per court orders.

Q      How many hours have you spent with the government in meetings with them in January, in December, January and February prior to your testimony today?

A      Of this year?

Q      Starting with December, 2016, that first meeting, and then your meetings in January and February in preparation for your testimony today?

A      Six.

Q      About six hours?

A      Yes, Sir.

Q      And the last meeting you had with the government was on February 23rd of 2017?

A      Sounds right, Sir.

Q      And that is where you met with Ms. Rhodes and one of the FBI agents; is that correct?

A      That's correct.

Q      Now, during your testimony, I believe you were talking about your role as a deputy sheriff in Operation Safe Jails; is that correct?

A      Yes.

Q      In Operation Safe Jails, one of its jobs is to provide for the safety and security of the inmates in the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Men's Central Jail; is that correct?

A     That's correct, Sir.

Q     Approximately how many inmates were at the Men's Central Jail in the August, September of 2011 time period?

A     In Men's Central Jail proper or the entire system, Sir?

Q     Men's Central Jail proper?

A     Roughly 5500 to 6100, Sir, just depending on what was going on.

Q     How about the entire system?

A     In August of 2011, we were stepping down from 20,000, but it is fair to say we had an average inmate daily population of about 18,000.

Q     And you understood that the sheriff's department was responsible for the safety and security of all those inmates in Men's Central Jail; correct?

A     Yes, Sir.

Q     Now, in mid 2011, I believe you said it was August 20th or 21st is when you received that phone call when you were in Washington, DC; is that correct?

A     That is incorrect, Sir.

Q     Tell me when that was again?

A     Middle of August, Sir.  I was in DC approximately the first two weeks of August.  The meetings that we were

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

discussing happened some time on the week of the 21st.

Q     I see.  So you get the call a couple of days before the meeting.  Then, you come back from DC.  Is that what happened?

A     Yes, Sir.  I had to travel from DC.

Q     And that first meeting I believe you said you believe it was the Tuesday, August 21; is that correct?

A     No, Sir.  It was a Monday.

Q     So Monday, August 22nd; is that correct?

A     Yes, Sir.

Q     And it was at that meeting, that Monday, August 22nd meeting when you heard from Noah Kirk; is that correct?

A     Yes, Sir.

Q     And Noah Kirk was on a federal state task force; is that correct?

A     He was a federal task force liaison officer.

Q     What does that mean?

A     He was an intermediary between OSJ and the FBI.

Q     So he was a Los Angeles Sheriff's Department deputy working on a federal task force with the FBI; is that correct?

A     That's correct.  He is one of many of those individuals assigned to OSJ.

Q     And based on his relationship with the FBI, he was

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

able to ask the FBI analyst to run down a phone number for him; is that correct?

A    That's correct, Sir.

Q    And that was the phone number that came back to the FBI; is that correct?

A    As he reported it to me, yes, Sir.

Q    Now, at that first meeting, and you can correct me if it was the first meeting or the second meeting you were having with Lieutenant Thompson, what did you know about what happened or the circumstances around the cell phone.  I am focusing on August 22nd.

A    I understand, Sir.  I am trying not to muddle the timeline.  Once I had returned from DC and reported to Men's Central Jail as I was directed to, Noah Kirk briefed me that the cell phone recovered on Anthony Brown some time prior in August -- I did not know the date.  I really didn't know the location other than it was for k10 housing.  He said that the phone had been analyzed and that the owner, registered owner of the cell phone was not only the FBI but a particular squad within the FBI.

Q    So, at that point in time, you don't know who brought the cell phone in; is that correct?

A    I didn't know anything outside of that, Sir.

Q    And over the next couple of days, different ideas or different leads are brought to the investigation's

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

attention as to who might be the source of the cell

phone; is that correct?

A    That is fair, yes, Sir.

Q    I believe you said one of the potential leads was a

chaplain that might have worked at the Los Angeles

Sheriff's Department; correct?

A    There were several I would say theories that were

passed along to me through my peers at OSJ, but as I was

not the investigating officer, it wasn't my role to

determine what was fact or fiction.  My role in Operation

Pandora's Box per Lieutenant Thompson was circumventing

the safeguards of the inmate database.

Q    Again, going back to your direct testimony, you

listed three potential sources, a chaplain, a nurse and a

deputy.  Do you recall that?

A    Yes, Sir, I do.

Q    So we talked a moment ago about the chaplain.  The

nurse, what information did you have that the nurse at

this point in time, the August 22nd time period, what

information did you have that a nurse might have been the

source of the cell phone of Anthony Brown?

A    I had nothing further other than just a nurse.

Q    And then with respect to a deputy, what information

did you have as to which deputy it might be in the Men's

Central Jail?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    I had none, Sir.

Q    At the Men's Central Jail at that point there was probably around how many deputies, would you estimate?

MS. RHODES:  Objection.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN: Did you help participate or were you part of an investigation that tried to track down which deputy would be the source of the cell phone for Anthony Brown?

A    No, Sir.

Q    Were you in contact with the investigators who were trying to track down the source of the cell phone for Anthony Brown?

A    Yes, Sir.

Q    And are you aware of whether they were able to limit the pool of deputies to figure out which deputy it was?

A    The identity of the deputy that ultimately smuggled the phone was never identified to me in 2011, and those two investigating officers very quickly begin to insinuate plausible deniability and the fact that that phone was introduced via an FBI agent.

Q    Now, you said you had a first meeting on August 22nd.  Then you had a second meeting with Lieutenant Thompson, Mr. Smith and Mr. Manzo.  Do you

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

recall that?

A      Yes, Sir.

Q      And that was the one in Lieutenant Thompson's office in Twin Towers?

A      Yes, Sir.

Q      Was that the same day, August 22nd, if you recall?

A      I believe so, Sir.

Q      And Lieutenant Thompson at that meeting told you, in part, that a cell phone had been found in the correctional facility; is that correct?

A      Yes, Sir.

Q      And you understood a cell phone to be a dangerous form of contraband in a correctional facility; is that correct?

A      That's correct, Sir.

Q      And your understanding of its danger is based on your experience in working in the Men's Central Jail; correct?

A      Yes, Sir.

Q      And you worked in the 2000, 3000 floors; is that correct?

A      I was never assigned there.  I backfilled overtime that wasn't existent at the time.  So I had limited shifts over there, but I understand how that floor works.

Q      And you had contact with probably, what, hundreds

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

or thousands of inmates over the time you were a deputy sheriff at that time?

A    We interacted with about a thousand inmates a night, Sir.  So if you do the math, so that is tens of thousands.

Q    And you understood that a cell phone could be used as a weapon; correct?

A    Not directly, but, yes, Sir, it is a piece of contraband that can create second and third order effects to the security measures of the jail system.

Q    And when you say second and third order effects, in other words, a cell phone could be used to plot an escape?

A    It is a tool, yes, Sir.

Q    And the inmates at Men's Central Jail for the most part were awaiting trial?

A    For the most part, Sir, they are -- I don't want to overcomplicate it, but they are either court returnees from state prison that are sentenced and on an open charge or awaiting trial on a high bail situation that they can't bail out.

Q    Well, especially the ones that are awaiting trial, a cell phone could be used to put a hit on a witness that might testify at that trial; correct?

A    Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And a cell phone could --

THE COURT:  This is cumulative, Counsel.  We have gone through this.  Let's move on.

Q      BY MR. HOCHMAN: Now, at some point, you were involved, I believe you said, in facilitating the change of the name of Anthony Brown; is that correct?

A      Yes, Sir.

Q      And this wasn't the first time that you had changed an inmate's name before; is that correct?

A      That is correct, Sir.

Q      Are there completely legitimate purposes for changing an inmate's name inside the system?

A      Yes, Sir.

Q      What are those?

A      When we are dealing with human sources, we are trying to hide the identity of a cooperating witness, of a celebrity.  The list goes on and on as far as just trying to create a ruse or deter people from being able to readily investigate where a person is open source meaning go on the public facing LA County website inmate locator and locate where an inmate is.

Q      Let me unpack that a bit.  You said a cooperating witness.  Would that be like an informant?

A      Yes, Sir.

Q      Okay.  And so why would you go ahead and need to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

change the name of an informant in the LA County system?

A    We are trying to prevent hits from occurring.  We don't want them armed or murdered.

Q    So you would change their name to protect their safety and security; is that correct?

A    Yes, Sir.

Q    And, periodically, would you even have to move them to different locations to protect their safety and security?

A    Yes, Sir.

Q    And did you do this hundreds of times while you worked in the Men's Central Jail?

A    I did, Sir.

Q    Now, you said that on August 24th, and you recall that it was August 24th, you had that meeting at Heroes Park; is that correct?

A    Yes, Sir.

Q    And at that meeting is when you got a briefing about Anthony Brown; is that correct?

A    Yes, Sir.

Q    And it is that meeting you learned that Anthony Brown was serving a sentence of 423 years?

A    Yes, Sir.

Q    And did you also learn that Anthony Brown was a --

what did you learn about Anthony Brown during that

briefing?

A     We were briefed that he was chiasmatic,
manipulative, dangerous and to be circumspect of his
potential agendas.

Q     Did you also -- were you also briefed that he had
been a liar?

A     Yes, Sir.

Q     And when you said manipulator, did you understand
him to be a master manipulator?

A     I wouldn't know the difference between manipulator
and a master manipulator, but he was very manipulative,
Sir.

Q     You said very manipulative?

A     He successfully got a phone introduced into a
correctional environment.

Q     And isn't it true that Anthony Brown was probably
one out of probably five of 23,000 thousand inmates in
the jail who got a deputy to bring something into the
jail?

        MS. RHODES:  Objection.  Calls for speculation.

        THE COURT:  Sustained.

Q    BY MR. HOCHMAN: Well, you respected Anthony Brown,
didn't you?

        MS. RHODES:  Objection.  Relevance.

        THE COURT:  Sustained.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    BY MR. HOCHMAN: Now, you said that Lieutenant Thompson wore a suit on August 24th; is that correct?

A    Yes, Sir.

Q    And you refer it was August 24th because it was the same day as the Heroes Park meeting; is that correct?

A    Yes, Sir.

Q    And you said that Lieutenant Thompson told you or had a conversation with you some time during that day but before the Heroes Park meeting; is that correct?

A    Yes, Sir.

Q    And what did he say during that conversation?

A    He said he had his ass chewed out by the the undersheriff and the sheriff.

Q    On that day?

A    On that day.

Q    And he made it clear that -- and that day is August 24th; correct?

A    Yes, Sir.

Q    And his ass was chewed out by the the undersheriff, that would be Undersheriff Tanaka; is that correct?

A    That's correct, Sir.

Q    And his ass was chewed out but by Sheriff Baca; is that correct?

A    Yes, Sir.

Q    On August 24th?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes, Sir.

Q      And you also testified about having a conversation with Deputy Panzone, is that how you pronounce it?

A      Panzone.

Q      Do you recall that discussion?

A      Yes, Sir.

Q      And you said the discussion with Deputy Panzone had to do with the US Marshals just calling her about an inquiry into Anthony Brown; is that correct?

A      That is correct.

Q      And you timed -- you sort of dated that time as to when you were having this conversation with Deputy Panzone some time between August 22nd, that Monday, and August 24th, the Heroes Park meeting; is that correct?

A      That is the best of my recollection, yes, Sir.

Q      Now, did you ever find out in August, September of 2011 that a federal writ had been issued for Anthony Brown?

A      Not at that time, no, Sir.

Q      You found about it a year later; is that correct?

A      That's correct, Sir.

Q      Now, focusing you on overtime.

A      Yes, Sir.

Q      Overtime, I believe you said, was approved out of headquarters; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     At that particular time in the departmental operations, it was coming from headquarters, Sir.  They were not even letting homicide work their unlimited overtime hours.

Q     Did you know at that time that Undersheriff Tanaka was the one in charge of the budget?

A     My understanding of Undersheriff Tanaka's job was that he was the day-to-day operations, but he was carrying out Baca's orders.

Q     Did you understand that he was in charge of the budget at that time period of August, 2011?

        MS. RHODES:  Objection.  Calls for speculation.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN: All right.  Did you have conversations with Deputy Mickey Manzo about overtime?

A     Yes, Sir.

Q     Isn't it true that Deputy Manzo told you that Paul Tanaka had authorized unlimited overtime?

A     For OSJ in its entirety?  I am not trying to be confrontational, Sir.  I don't understand what you are trying to insinuate.

Q     Sure.  Let me try to repeat the question in a slightly different way.  Isn't it true that Mickey Manzo told you that Paul Tanaka had authorized unlimited overtime in connection with this investigation that we

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

have been talking about?

A      Manzo described what we were coining as the Saturday meeting with Sheriff Baca being present that unlimited overtime had been authorized for this operation.

Q      By Paul Tanaka?

A      I assumed.  Sheriff Baca did not belay Paul Tanaka's orders.

Q      That wasn't my question, though.  Isn't it true that Mickey Manzo told you that Paul Tanaka had authorized unlimited overtime for this investigation?

A      In the presence of Sheriff Baca.

Q      So the answer is yes?

A      Yes, Sir.

Q      And isn't it true that Mr. Smith or Mr. Manzo said that Paul Tanaka had authorized that Anthony Brown be hidden?

A      They represented that they were in a meeting where Sheriff Baca and Paul Tanaka were together and these orders were given.  So the answer is yes, but I took it on faith that Sheriff Baca allowed them because he gave those orders in his presence.  It is the sheriff's department, Sheriff Baca is Paul Tanaka's senior officer.

Q      You didn't know exactly which meeting Mr. Smith and Mr. Manzo were talking about when they received these

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

orders from Paul Tanaka; correct?

A    They represented that it was at that Saturday meeting with Sheriff Baca present.

Q    Wasn't it your impression that Paul Tanaka was in charge of the Anthony Brown investigation and was authorizing everything that occurred after the phone was found?

A    I apologize, Sir.  There was a lot in that question.  Can you, like you say, unpack it?

Q    Let me repeat it.  Wasn't it your impression that Paul Tanaka was in charge of the Anthony Brown investigation and was authorizing everything that occurred after the phone was found?  Wasn't that your impression?

A    No, Sir.

MR. HOCHMAN:  May I have a moment, your Honor?

THE COURT:  Yes.

Q    BY MR. HOCHMAN: Do you recall speaking with Ms. Rhodes as well as Special Agent Marks and Special Agent Dalton on November 16, 2012?

Q    Yes, Sir.

Q    And do you recall saying to them that your impression was that Paul Tanaka was in charge of the Anthony Brown investigation and was authorizing everything that occurred after the phone was found?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    I did make those statements, Sir, but that is not a context with what else was said in that.  I also described what Mickey Manzo described Baca's mannerisms, hiding his hands in his face and saying, how do we fix this, Greg.  Everything about that meeting was stated that Paul Tanaka gave these orders in the presence of Sheriff Baca.  That was clearly said in that.

Q    You understood that Undersheriff Tanaka and Lieutenant Thompson were extremely close friends; is that correct?

A    Yes, Sir.

Q    And Undersheriff Tanaka and Lieutenant Thompson were the ones running the investigation; is that correct?

A    Sir, my chain of command and the organization is the sheriff's department, all of these orders that I took on good faith were given in the presence of Sheriff Baca as presented by my lieutenant and my senior deputies.

Q    And just to be clear, you weren't present, you, Mr. Sexton, weren't present when any of these conversations were happening with Sheriff Baca; correct?

A    That is correct, but I wore a uniform that had a patch on it that said sheriff's department.  It is not the undersheriff's department.

Q    I understand.  Let me turn to Exhibit 115.

MR. HOCHMAN:  Agent Tanner, put 115 on the screen,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

if possible.

Q    Now, Exhibit 115, are these overtime slips that I believe you were shown by Ms. Rhodes.  Do you recall that?

A    Yes, Sir.

Q    Now, what part of the overtime slip do you complete and what part does someone else complete?

A    In this particular form, all of this was done by Sergeant Dave Gutierrez and Greg Thompson.

Q    So you don't complete any of this; is that correct?

A    Generally, we complete the forms, but if you see overtime code 901, this was considered an emergent operation.  That is why it has a control number.  All of this was funded from an account outside of OSJ.

Q    So you didn't complete any of this; correct?

A    I didn't complete any of this, Sir.

Q    And then if you can look at the signature on G. Thompson and L. Baca in the bottom left corner?

A    Yes, Sir.

Q    That is not -- do you recognize that to be basically the same writing; is that correct?

A    That is correct, Sir.

Q    And if you look at the next page and the next slip if we could scroll to the next one.  That has the same writing, Lieutenant G. Thompson, if you can see that with

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

respect to under the police, excuse me, the print name for the signature?

A     That's correct, Sir.

Q     That doesn't have the L. Baca designation next to it; is that correct?

A     That's correct, Sir.

Q     And that is the same handwriting and basically signature that was on the first overtime slip we just looked at; correct?

A     Correct.  The date is different, though.

Q     The date is different, and you didn't prepare this one either; correct?

A     This one I actually signed.  That is my signature on this one.

Q     If we can turn to the next one, please.  Again, there is no designation of L. Baca on this one; is that correct?

A     There is not, Sir.

Q     If we can turn to the fourth one.  There is --

Q     And you don't see any designation on the fourth overtime slip for L. Baca; is that correct?

A     That is correct, Sir.

Q     If we can turn to the fifth one, if there is a fifth one.  And you don't see any designation for L. Baca on this fifth overtime slip; correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Correct, Sir.

Q    Now, you said when you booked Anthony Brown -- or, actually, let me ask that.  Were you the one who booked Anthony Brown back into the system on September 12th, 2011?

A    It is not as simple as one person, Sir.  There are several safeguards and several people required to do that.  I was the OSJ deputy that was facilitating it.

Q    I see.  And you said you booked him in under a different booking number; is that correct?

A    Yes, Sir.

Q    Was he Live Scanned at that point?

A    Yes, Sir, he was.

Q    Now, explain to me again what live scan is?

A    It is any time somebody comes into a new facility or they are booked into a facility, what I went through in my own experience, every time you go into a new facility, they are going to take a digital copy of your fingerprints and photograph you.  Every time.

Q    So when Anthony Brown was originally booked into the system under his original booking number, he would have been Live Scanned and his fingerprints would have gone in the system under Anthony Brown; correct?

A    Yes.  The way that the LA county jail system is set up, the AJIS, the Automated Jail Information System, it

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

will not accept and hold a booking and assign a bed unless you have a main number.  And the only way that you are assigned a main number is through a connection and authorization of the DOJ databases that confirm that that is Anthony Brown.

Q    I see.  So when Anthony Brown is rebooked in the system, then it would actually connect the rebooked Anthony Brown to the original Anthony Brown; is that correct?

A    It would confirm that every time an inmate, that custody information portal that we have been showing throughout the trial, it will show a forensic history of every booking number you have ever had, and how it does that is off of the live scan and the main number.

Q    I see. So if you look up the original Anthony Brown booking number after he has been rebooked under a different booking number, it will actually show both booking numbers for Anthony Brown under that set of fingerprints; is that correct?

A    There is instances where gentlemen have 10 booking numbers over a course of their career in LA County Jail.

Q    So if you wanted to find Anthony Brown, and he has been rebooked into the system, you would be able to find him by looking for his fingerprints -- correct -- because it would have both booking numbers?  I just want to make

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

sure I understand this.

A      Yes, there is a latency in it, but, yes, Sir.

Q      And it is at that point when he gets rebooked into the system that you bring him to Lancaster state jail; is that correct?

A      It took us a few hours, but, yes, Sir.

Q      And that was September 12, 2011; is that right?

A      I believe so, yes, Sir.

Q      Now, the government showed you a number of photos of a San Dimas station.  Do you recall those photos?

A      Yes, Sir.  I do, Sir.

Q      Now, while Anthony Brown was at the San Dimas station, he had two deputies that were guarding him 24 hours a day, seven days a week; is that correct?

A      Yes.  We were on 12-hour shifts.

Q      And that is more guarding than the average inmate was going to get at the Men's Central Jail; correct?

A      In a one-on-one scenario, yes, Sir.

Q      And the government showed you pictures that showed where Anthony Brown was housed in San Dimas station; is that correct?

A      Yes, Sir.

Q      And where your office was to guard him; is that correct?

A      Office is a bit -- deputy station, Sir.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    I'm sorry.  While you were in charge of guarding Anthony Brown, that is your full time duty is to just guard Anthony Brown; is that correct?

A    Lieutenant Thompson and our division commander, we are required to put out investigations and create stats. We were told that as, I said in prior testimony, we were told that Inmate Anthony Brown was now our priority and to table any investigation that we had at that time.

Q    Right.  So when you were in the San Dimas station and watching Anthony Brown, you have nothing else to do but watch Anthony Brown; correct?

A    Wouldn't say I didn't have anything else to do.  I was just ordered to be there, Sir.

Q    Well, the only thing that you were in charge of doing was watching Anthony Brown for 12-hour shifts; correct?

A    Yes.

Q    And when you would go and bring Anthony Brown outside to smoke a cigarette or two, did you turn your back when Anthony Brown was out there?

A    Never.

Q    And the deputy that was next to you, would he turn his back?

A    Never.

Q    Because you wanted to make sure Anthony Brown

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

didn't escape; correct?

A    That would be one of many reasons.

Q    And did Anthony Brown, by the way, ever attempt to escape, to your knowledge, while he was at the San Dimas station?

A    He made jokes about it.

Q    Did Anthony Brown ever attempt to escape while you were watching him or he was at the San Dimas station?

A    He never made an overt attempt, but he definitely thought about it.

Q    And the reason he didn't is because he had two deputies near him at all times to make sure it didn't happen; correct?

A    That, and he was unhealthy.

Q    What do you mean he was unhealthy?

A    He was -- he had several conditions that required us to change the name on his medications as well.

Q    But you gave him, to your knowledge, you gave him all the Title 15 rights to which he is entitled dealing with his health; is that correct?

A    I mean, that is not a deputy's job, but there were nurses at Men's Central Jail that provided that.

Q    Let me turn to a moment, Exhibit 54.

       MR. FOX:  Mr. Hochman, are you asking us to publish it?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. HOCHMAN:  Let me take a look at it for a second, please.

Yes.  If you could publish Exhibit 54, Agent Tanner, and if we could focus on the wording of the document.

Q     All right.  So this is an e-mail dated September 12th, 2011, that you sent in the very top to Sean Geske; is that correct?

A     Yes, Sir.

Q     Who is Sean Geske?

A     He, at the time, was the acting watch commander for the Inmate Reception Center while we were coordinating these movements.

Q     And you see the subject line, it says Operation Pandora's Box?

A     Yes, Sir.

Q     That was your designation for this investigation; correct?

A     Yes, Sir.

Q     And the first time you used this designation in an e-mail is on September 12th, 2011; is that correct?

A     That's correct, Sir.

Q     And the same day that Anthony Brown is being shipped off to Lancaster State Prison; correct?

A     Yes.

Q     Lieutenant Thompson did not call this operation Operation Pandora's Box; correct?

A     No, Sir.  It started off as Operation Summer Security.

Q     I am sorry.  What was it called?

A     Operation Summer Security.

Q     Summer like the time of year?

A     The season, yes.

Q     And with respect to Operation Pandora's Box, the only time it shows up on e-mails is Exhibit 54.  And if you could take a look at Exhibit 55, it is also on Exhibit 55 and other e-mails that are from September 12th, 2011, that you originated; correct?

A     Yes.

        MR. HOCHMAN:  May I have a moment, your Honor?

        THE COURT:  Yes.

        MR. HOCHMAN:  No further questions, your Honor.

        MR. HOCHMAN:  Actually, hold on.

     (Counsel confer.)

        MR. HOCHMAN:  Yes.  No further questions.

            Thank you, Agent Tanner

        THE COURT:  Any redirect?

///

///

///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

REDIRECT EXAMINATION

BY MS. RHODES:

Q    Mr. Sexton, Mr. Hochman asked you about your conditions while you were in custody.  What were your conditions prior to the time that you came out here to testify in a prior proceeding?

MR. HOCHMAN:  Objection, your Honor.  Wasn't the question and irrelevant.

THE COURT:  No.  You can answer.

THE WITNESS:  There was a lot going on when I was in custody, Ma'am, so I am trying to --

Q    BY MS. RHODES: Sure.  Let me -- prior to the time that you came out to testify here in Los Angeles in a prior proceeding, what were your conditions like?

A    I elected to turn myself in before anybody.  So I subjected myself to being in county jails prior to being designated to a facility at BOP.  I did, I think, approximately 20 days in three separate county jails which is much like what the inmates go through at Los Angeles County Jail.

I was in maximum security.  I was locked down. I was in isolation because I was a cop.  BOP accepted me into BOP proper where I went to USP Atlanta which is a actual prison.  Most people think there is a club fed.  I didn't make it to minimum security until October 3rd.  I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

spent 30 days in a minimum security facility.

And on November 3rd, I believe the writ became active, and I was placed into the Security Housing Unit also known as the SHU where I remained for the remainder of my time in custody.  I was transported twice on con air.  I was in ten separate facilities over my four-and-a-half months.  Most people that do 10 years only go to three facilities at the most.

Q    And was that something that -- were the conditions of your confinement when you got to Los Angeles also -- can you describe what the conditions of your confinement were when you got to Los Angeles.  You talked about isolation.  What do you mean?

A    Sorry.  Isolation.  Isolation is terrible.  When I had gotten there, I was 60 days into that.

Q    Okay.  When you came before this court with regard to your sentencing, was that -- were those conditions of isolation brought to this court?

A    Yes, Ma'am.

Q    To this court's attention.  I would like to turn your attention now to Mr. Hochman talked about the fact that you had experience in hiding inmates, and you indicated that there were some legitimate purposes.

Do you remember that testimony?

A    Yes, Ma'am.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And that you had done it many times?

A      Yes, Ma'am.

Q      How was this different?

A      That it was a -- I had been involved in hiding inmates, for example, the author of The Black Hand, Boxer Enriquez, who is an FBI informant, but we did that in coordination with the FBI.  They were a partner.  This is the only time that I can recall where we did not collaborate with the FBI.  And as this process moved forward, it became uncomfortable.

Q      And when you say it became uncomfortable, what do you mean?

A      The sheriff's department had mobilized several divisions within our organization -- we were a very large organization at the time -- to take an adversarial position with a partner law enforcement agency, one that we need, at the order of both the sheriff and the undersheriff.

        MR. HOCHMAN:  Objection.  Foundation.  Move to strike.

        THE COURT:  Overruled.

Q    BY MS. RHODES: If you can finish your answer.

A      We ceased all collaboration with all federal agencies.

        MR. HOCHMAN:  Objection.  Foundation.  Move to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

strike.

THE COURT:  Overruled.

Q    BY MS. RHODES: Now, Mr. Hochman talked to you a little bit about Anthony Brown being Live Scanned on September 12th, 2011.  Do you remember that?

A    Yes, Ma'am.

Q    And how -- live scanning is like, it is a digital fingerprint; is that right?

A    Yes, Ma'am.

Q    From the time that Mr. Brown became John Rodriguez until the time he was rebooked as Anthony Brown on September 12th, 2011, was he Live Scanned?

A    If I am understanding the question correctly, while we were changing the names, was he ever Live Scanned?

Q    Yes.

A    Never.

Q    And why not?

A    Again, it would have connected any of the monikers that were created to Anthony Brown and anybody with the DOJ access to the fingerprints would have been able to connect the dots.

MS. RHODES:  Nothing further, your Honor.

///

///

///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

RECROSS-EXAMINATION

BY MR. HOCHMAN:

Q     Mr. Sexton, is part of the reason that you were put in isolation and not in the general population because you were a sheriff in the Los Angeles County Sheriff's Department?

A     At times, yes, but, no, as well.

Q     And you said that one of the reasons that this was different, and different, I am referring to with respect to Anthony Brown, this situation, is that you weren't collaborating with the FBI in connection with that; is that correct?

A     Yes, Sir.

Q     Were you aware that Sheriff Baca on August 29th, 2011, had a, while you were dealing with Anthony Brown, had a meeting with the United States Attorney himself, Andre Birotte?

        MR. FOX:  Objection.  Calls for speculation. Beyond the scope.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN: Well, you said that it is your belief that Sheriff Baca was not trying to reach out to the FBI; is that correct?

        MS. RHODES:  Objection.  Misstates testimony.

        THE COURT:  Sustained.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    BY MR. HOCHMAN: Did you believe that the sheriff's department was not trying to figure out a way to work with this Anthony Brown -- with the Anthony Brown investigation?

MR. FOX:  Objection.

Q    BY MR. HOCHMAN: I'm sorry.  With respect to working with the FBI.

MS. RHODES:  Objection.  Relevance.  Calls for speculation.

THE COURT:  Sustained.

MR. HOCHMAN:  No further questions.

MS. RHODES:  No further questions from the United States, your Honor.

THE COURT:  All right.  You may step down.

Call your next witness.

MS. RHODES:  The United States calls Cecil Rambo; your Honor.

THE COURT:  Let me see counsel at sidebar.

(From 1:14 to 1:15, the proceedings, Page 1282, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were resumed in open court:)

THE COURT: Ladies and gentlemen, I don't think we are going to be able to finish this witness today. So I am going to call it a day.

And, again, I want to remind you until this case is over you are not to discuss this case with anyone including your fellow jurors, members of your family, people involved in the trial or anyone else. Nor are you allowed to permit others to discuss the case with you.

If anyone approaches you or tries to talk with you about this case, please let me know about it immediately. Do not read any news stories or articles or listen to any radio or television reports about the case or about anyone who has anything do with it.

Do not do any research such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own. If you need to communicate with me, simply give a note to the clerk.

Do not make up your mind about what your verdict should be until after you have gone into the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

All right.  I am going to ask the witness to step out, please, and ladies and gentlemen, we will see you tomorrow morning at 8:00 a.m..

Please leave your notebooks on your chairs.

(The following proceedings were held outside the presence of the jury:)

THE COURT:  All right.  Is there anything that we need to take up?

MR. FOX:  Nothing, your Honor.

MR. HOCHMAN:  Nothing, your Honor.

THE COURT:  And everybody understands the ruling the court made with respect to Mr. Rambo?

MR. FOX:  Yes, your Honor.

MR. HOCHMAN:  Yes.  With respect to any opinion, any opinion he would offer on Mr. Baca's, I guess, his innocence, certainly, your Honor.  I am not going to ask that question or anything close to it, your Honor.  His understanding of Mr. Baca's intent is completely irrelevant.

Obviously, when the government elicits questions about what he and Mr. Baca are talking about in a particular conversation, especially if the government elicits the question, I am going to ask him questions that go to those exact statements, your Honor.  But that is what I intend to do.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I can be very specific. There is one particular conversation which is they call that the don't F with the feds conversation for short, your Honor, if you recall that Mr. Rambo says he has with Mr. Baca.

I think that is the only -- I think that is actually the only conversation that Mr. Rambo at least testified last time that he had with Mr. Baca about this case. I believe the government is going to go into it, and if I am wrong, then I certainly am not going to go into it. But I assume they are going to go into it. So I was just asking questions about statements in that conversation.

THE COURT: Well, how is that not hearsay?

MR. HOCHMAN: Because they will actually elicit --

THE COURT: It doesn't matter one iota what they elicit.

MR. HOCHMAN: Well --

THE COURT: Okay. We will see everybody tomorrow.

If there is a question, be sure to come to sidebar before you elicit it.

MR. HOCHMAN: Yes, your Honor. Thank you.

(Proceedings concluded.)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  March 1, 2017


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR


UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX: [6]  1227/17
1273/23 1280/17 1281/4
1284/8 1284/12
MR. HOCHMAN: [24]  1232/11
1234/9 1236/5 1236/21
1238/19 1238/20 1242/9
1242/12 1265/15 1266/24
1273/25 1275/14 1275/16
1275/17 1275/19 1276/6
1278/18 1278/24 1281/10
1284/9 1284/13 1285/13
1285/16 1285/20
MS. RHODES: [26]  1227/8
1227/24 1228/5 1230/10
1232/9 1232/13 1233/14
1236/3 1236/19 1236/24
1237/11 1237/17 1238/10
1238/17 1242/6 1243/17
1248/2 1255/3 1260/19
1260/23 1263/11 1279/21
1280/23 1281/7 1281/11
1281/15
THE COURT: [40]
THE WITNESS: [4]  1231/16
1234/11 1237/19 1276/9

**—**

**-and [3]**  1225/4 1225/5
1225/11

**/**

**/s [1]**  1286/12

**1**

**10 [2]**  1270/20 1277/7
**10th [1]**  1248/12
**115 [3]**  1266/24 1266/25
1267/2
**116 [1]**  1237/12
**118 [4]**  1226/11 1236/9
1236/21 1237/1
**11:04 a.m [1]**  1232/16
**12 [2]**  1234/25 1271/7
**12-hour [2]**  1271/15 1272/15
**1232 [2]**  1226/10 1226/10
**1237 [2]**  1226/11 1226/11
**1239 [1]**  1226/5
**1276 [1]**  1226/6
**1279 [1]**  1226/7
**1282 [1]**  1281/19
**12:01 [1]**  1227/2
**12:56 [1]**  1231/7
**12th [13]**  1225/6 1230/19
1231/7 1231/12 1231/19
1232/15 1233/17 1269/4
1274/7 1274/21 1275/13
1279/5 1279/12
**130 [2]**  1229/10 1230/18
**131 [1]**  1230/25
**15 [3]**  1237/13 1242/5
1273/19
**16 [1]**  1265/20
**16-66 [1]**  1224/8
**1601 [1]**  1225/11
**16th [1]**  1236/18
**17th [1]**  1236/17
**18,000 [1]**  1251/14
**18-month [2]**  1242/15 1248/23
**1:14 [1]**  1281/19
**1:15 [1]**  1281/19
**1:29 p.m [1]**  1230/19

**2**

**20 [1]**  1276/18
**20,000 [1]**  1251/13
**2000 [1]**  1256/20
**2010 [1]**  1236/17

**2011 [26]**  1229/19 1229/24
1231/1 1231/19 1232/15
1234/25 1238/8 1239/3
1239/17 1241/1 1248/2
1248/10 1251/4 1251/12
1251/19 1255/19 1262/17
1263/11 1269/5 1271/7 1274/7
1274/21 1275/13 1279/5
1279/12 1280/15
**2012 [8]**  1239/20 1240/12
1240/17 1240/24 1241/7
1245/6 1250/2 1265/20
**2013 [4]**  1240/12 1240/24
1241/7 1241/9
**2014 [1]**  1242/14
**2016 [11]**  1242/19 1242/24
1243/21 1244/5 1244/11
1244/20 1245/3 1245/8
1246/15 1249/16 1250/8
**2017 [11]**  1224/17 1227/1
1247/5 1247/11 1247/18
1248/7 1248/12 1248/17
1249/16 1250/15 1286/10
**203 [1]**  1228/20
**2050 [1]**  1225/12
**207 [3]**  1228/9 1228/10
1228/10
**208 [2]**  1228/17 1228/20
**20th [1]**  1251/20
**21 [1]**  1252/7
**213 [2]**  1235/21 1236/5
**21st [2]**  1251/20 1252/1
**22nd [7]**  1252/9 1252/12
1253/11 1254/19 1255/24
1256/6 1262/13
**23,000 [1]**  1260/17
**23rd [1]**  1250/15
**24 [1]**  1271/13
**24th [7]**  1259/14 1259/15
1261/2 1261/4 1261/17
1261/25 1262/14
**28 [1]**  1286/4
**287-4104 [1]**  1235/5
**29th [2]**  1240/17 1280/14
**2nd [2]**  1230/8 1230/13

**3**

**30 [2]**  1240/14 1277/1
**3000 [1]**  1256/20
**312 [2]**  1224/22 1225/6
**35 [7]**  1245/24 1246/2 1246/8
1246/11 1246/25 1248/13
1248/18
**38 [3]**  1240/15 1240/24
1241/7
**3rd [2]**  1276/25 1277/2

**4**

**4104 [1]**  1235/5
**423 [1]**  1259/22
**436 [1]**  1224/22

**5**

**5120 [1]**  1231/8
**54 [8]**  1226/10 1231/24
1232/1 1232/11 1232/14
1273/23 1274/3 1275/10
**55 [4]**  1231/24 1232/1
1275/11 1275/12
**5500 [1]**  1251/9
**56 [6]**  1226/10 1231/24
1232/1 1232/11 1234/17
1234/19

**6**

**60 [1]**  1277/15
**6100 [1]**  1251/9
**66 [1]**  1224/8

**6:28 p.m [1]**  1234/25

**7**

**753 [1]**  1286/4

**8**

**8200 [3]**  1230/7 1230/15
1230/16
**8:00 a.m [1]**  1284/3

**9**

**90012 [2]**  1224/22 1225/6
**901 [1]**  1267/12
**90404 [1]**  1225/12
**97 [2]**  1232/25 1233/2
**9858 [2]**  1224/21 1286/12
**9:21 [2]**  1230/1 1230/2
**9:21 a.m [1]**  1229/24
**9:59 [1]**  1230/6

**A**

**a.m [3]**  1229/24 1232/16
1284/3
**ability [1]**  1246/21
**able [9]**  1227/17 1227/20
1233/10 1253/1 1255/15
1258/18 1270/23 1279/20
1283/4
**about [44]**
**above [1]**  1286/7
**above-entitled [1]**  1286/7
**ABRAMS [1]**  1225/11
**accept [1]**  1270/1
**accepted [1]**  1276/22
**access [2]**  1235/25 1279/20
**according [1]**  1231/6
**account [2]**  1249/5 1267/14
**accurately [1]**  1232/7
**across [2]**  1229/3 1229/5
**acting [1]**  1274/11
**active [3]**  1228/13 1228/14
1277/3
**actual [1]**  1276/24
**actually [12]**  1231/13
1233/11 1240/24 1246/10
1248/18 1268/13 1269/3
1270/7 1270/17 1275/18
1285/6 1285/14
**addition [1]**  1249/15
**additional [1]**  1249/13
**adjust [1]**  1227/24
**admin [1]**  1229/4
**admit [3]**  1232/10 1236/5
1236/21
**admitted [1]**  1229/11
**adversarial [1]**  1278/15
**affecting [1]**  1227/19
**after [12]**  1233/12 1235/14
1238/14 1239/20 1240/23
1245/21 1248/25 1265/6
1265/13 1265/25 1270/16
1283/22
**again [13]**  1229/13 1231/1
1231/25 1236/22 1237/2
1248/19 1249/19 1251/23
1254/13 1268/15 1269/14
1279/18 1283/6
**against [1]**  1241/8
**agencies [1]**  1278/24
**agency [2]**  1231/7 1278/16
**agendas [1]**  1260/4
**agent [7]**  1240/21 1255/22
1265/19 1265/20 1266/25
1274/3 1275/21
**agents [6]**  1240/2 1240/9
1244/10 1244/15 1244/16
1250/18
**ago [1]**  1254/17

## A

**agreement [1]** 1245/11
**ahead [2]** 1249/9 1258/25
**air [1]** 1277/6
**AJIS [1]** 1269/25
**alias [1]** 1232/22
**all [19]** 1227/8 1232/13
1238/19 1242/12 1245/19
1249/19 1251/16 1263/14
1266/15 1267/8 1267/13
1273/12 1273/19 1274/6
1278/23 1278/23 1281/14
1284/1 1284/7
**allocuted [1]** 1249/8
**allowed [2]** 1264/21 1283/10
**along [1]** 1254/8
**already [2]** 1229/11 1237/13
**also [13]** 1229/2 1249/5
1249/7 1249/9 1249/16
1259/24 1260/5 1260/5 1262/2
1266/2 1275/11 1277/4
1277/10
**am [22]** 1227/19 1231/17
1232/21 1232/24 1232/25
1233/3 1241/25 1247/2
1248/15 1253/11 1253/12
1263/19 1275/5 1276/11
1279/13 1280/9 1283/5 1284/1
1284/16 1284/23 1285/9
1285/9
**America [1]** 1224/6
**amount [1]** 1249/3
**analyst [1]** 1253/1
**analyzed [1]** 1253/18
**ANDERSON [1]** 1224/3
**Andre [1]** 1280/17
**ANGELES [15]** 1224/16 1224/22
1225/6 1227/1 1231/1 1232/6
1236/12 1243/10 1252/20
1254/5 1276/13 1276/20
1277/10 1277/12 1280/5
**answer [6]** 1228/1 1234/11
1264/13 1264/20 1276/9
1278/22
**Anthony [63]**
**any [28]** 1235/8 1237/25
1238/2 1238/14 1239/9
1239/12 1239/14 1239/16
1244/23 1245/8 1245/9 1249/1
1266/19 1267/10 1267/15
1267/16 1268/20 1268/24
1269/15 1272/8 1275/22
1279/18 1283/13 1283/14
1283/16 1283/18 1284/14
1284/15
**anybody [2]** 1276/15 1279/19
**anyone [4]** 1283/7 1283/9
1283/11 1283/15
**anything [6]** 1227/21 1253/23
1272/12 1283/15 1284/7
1284/17
**apologize [2]** 1247/2 1265/8
**APPEARANCES [1]** 1225/1
**approaches [1]** 1283/11
**approved [1]** 1262/24
**approximately [5]** 1230/8
1240/13 1251/3 1251/24
1276/18
**are [35]**
**armed [1]** 1259/3
**around [2]** 1253/10 1255/3
**arranged [1]** 1242/22
**arrangements [1]** 1243/14
**arrest [4]** 1231/4 1231/5
1231/7 1249/11
**arrested [1]** 1231/14
**articles [1]** 1283/13
**artist [1]** 1227/15

**as [39]**
**ask [9]** 1244/18 1246/3
1246/16 1247/2 1253/1
1269/3 1284/1 1284/16
1284/23
**asked [6]** 1244/21 1245/2
1246/10 1247/10 1247/14
1276/3
**asking [4]** 1247/13 1247/25
1273/24 1285/11
**ass [3]** 1261/12 1261/19
1261/22
**assign [1]** 1270/1
**assigned [3]** 1252/24 1256/22
1270/3
**assume [1]** 1285/10
**assumed [1]** 1264/7
**Atlanta [1]** 1276/23
**attached [1]** 1228/21
**attempt [3]** 1273/3 1273/7
1273/9
**attempting [1]** 1233/4
**attention [3]** 1254/1 1277/20
1277/21
**attorney [4]** 1225/5 1245/12
1247/3 1280/16
**Attorney's [3]** 1240/7
1240/20 1243/8
**audience [1]** 1227/13
**August [33]**
**August 20th [1]** 1251/20
**August 21 [1]** 1252/7
**August 22nd [7]** 1252/9
1252/12 1253/11 1254/19
1255/24 1256/6 1262/13
**August 24th [5]** 1259/14
1259/15 1261/17 1261/25
1262/14
**August 29th [2]** 1240/17
1280/14
**AUSA [1]** 1225/5
**author [1]** 1278/5
**authorization [1]** 1270/4
**authorized [5]** 1263/18
1263/24 1264/4 1264/11
1264/16
**authorizing [3]** 1265/6
1265/12 1265/24
**Automated [1]** 1269/25
**average [2]** 1251/13 1271/16
**awaiting [3]** 1257/16 1257/20
1257/22
**aware [2]** 1255/15 1280/14

## B

**Baca [23]** 1224/9 1239/4
1261/22 1264/3 1264/7
1264/12 1264/19 1264/21
1264/23 1265/3 1266/7
1266/16 1266/20 1267/18
1268/4 1268/16 1268/21
1268/24 1280/14 1280/22
1284/21 1285/4 1285/7
**Baca's [4]** 1263/9 1266/3
1284/15 1284/18
**back [11]** 1229/7 1230/18
1232/22 1248/1 1248/7 1252/3
1253/4 1254/13 1269/4
1272/20 1272/23
**backfilled [1]** 1256/22
**bail [2]** 1257/20 1257/21
**based [2]** 1252/25 1256/16
**basically [3]** 1235/15
1267/21 1268/7
**be [28]** 1227/15 1227/17
1232/13 1236/7 1236/24
1237/25 1254/1 1254/24
1255/8 1256/12 1257/6
1257/12 1257/23 1258/23

1260/3 1260/9 1261/20
1263/19 1264/16 1266/7
1267/20 1270/23 1272/13
1273/2 1283/4 1283/22 1285/1
1285/19
**became [4]** 1277/2 1278/10
1278/11 1279/10
**because [11]** 1227/16 1244/7
1246/12 1261/4 1264/21
1270/24 1272/25 1273/11
1276/22 1280/4 1285/14
**bed [1]** 1270/1
**been [18]** 1227/20 1229/11
1239/21 1245/15 1250/2
1253/18 1254/20 1256/9
1260/6 1262/17 1264/1 1264/4
1269/22 1270/11 1270/16
1270/23 1278/4 1279/20
**before [8]** 1244/19 1245/13
1252/2 1258/9 1261/9 1276/15
1277/16 1285/20
**begin [1]** 1255/20
**beginning [1]** 1247/5
**behalf [2]** 1245/22 1248/14
**being [6]** 1258/18 1264/3
1274/23 1276/16 1276/16
1279/4
**belay [1]** 1264/7
**belief [1]** 1280/22
**believe [15]** 1233/11 1249/7
1250/20 1251/19 1252/6
1252/7 1254/4 1256/7 1258/5
1262/24 1267/3 1271/8 1277/2
1281/1 1285/8
**believed [1]** 1234/12
**benefits [1]** 1245/9
**best [1]** 1262/15
**between [4]** 1234/6 1252/19
1260/10 1262/13
**Beyond [1]** 1280/19
**Birotte [1]** 1280/17
**bit [3]** 1258/22 1271/25
1279/4
**Black [1]** 1278/5
**BOCKIUS [1]** 1225/10
**body [2]** 1232/20 1235/5
**booked [8]** 1230/9 1230/14
1233/8 1269/2 1269/3 1269/9
1269/16 1269/20
**booking [15]** 1232/21 1232/24
1233/6 1233/8 1233/11 1235/4
1269/10 1269/21 1270/1
1270/13 1270/16 1270/17
1270/18 1270/20 1270/25
**books [2]** 1236/10 1238/1
**BOP [3]** 1276/17 1276/22
1276/23
**both [4]** 1241/17 1270/17
1270/25 1278/17
**bottom [1]** 1267/18
**Boulevard [1]** 1225/11
**box [11]** 1231/4 1232/20
1233/20 1233/23 1233/25
1234/1 1234/9 1254/11
1274/15 1275/2 1275/9
**Boxer [1]** 1278/5
**BRANDON [1]** 1225/4
**BRIANNA [1]** 1225/11
**briefed [3]** 1253/15 1260/2
1260/5
**briefing [2]** 1259/18 1260/1
**bring [5]** 1227/8 1246/19
1260/18 1271/4 1272/18
**brought [6]** 1241/8 1242/22
1243/9 1253/22 1253/25
1277/18
**Brown [66]**
**Brown's [2]** 1233/6 1238/4
**bud [1]** 1233/25

**B**

budget [2]   1263/6 1263/11
building [1]   1240/4
Bureau [3]   1243/6 1243/9
 1244/8

**C**

CA [2]   1225/6 1225/12
calendar [1]   1230/12
CALIFORNIA [5]   1224/2
 1224/16 1224/22 1227/1
 1235/7
call [6]   1251/20 1252/2
 1275/1 1281/15 1283/5 1285/2
called [3]   1242/23 1245/24
 1275/5
calling [1]   1262/8
calls [6]   1248/3 1260/20
 1263/12 1280/18 1281/8
 1281/16
came [4]   1253/4 1276/5
 1276/13 1277/16
can [26]   1227/21 1227/24
 1228/9 1231/25 1232/18
 1232/22 1234/11 1234/17
 1234/23 1235/21 1237/4
 1237/18 1246/15 1253/7
 1257/9 1265/9 1267/17
 1267/25 1268/15 1268/19
 1268/23 1276/9 1277/11
 1278/8 1278/22 1285/1
can't [2]   1227/14 1257/21
Cardenas [1]   1234/25
career [1]   1270/21
carried [1]   1241/23
carrying [1]   1263/9
case [13]   1232/23 1244/17
 1244/18 1249/8 1250/2 1283/7
 1283/7 1283/10 1283/12
 1283/14 1283/19 1283/23
 1285/8
category [1]   1237/9
cause [1]   1237/25
CC [1]   1232/16
CC's [1]   1235/11
CDCR [1]   1235/6
ceased [1]   1278/23
Cecil [1]   1281/16
celebrity [1]   1258/17
cell [14]   1253/10 1253/15
 1253/19 1253/22 1254/1
 1254/21 1255/8 1255/12
 1256/9 1256/12 1257/6
 1257/12 1257/23 1258/1
center [4]   1230/4 1231/2
 1231/11 1274/12
CENTRAL [17]   1224/2 1229/8
 1230/4 1230/16 1251/1 1251/4
 1251/6 1251/8 1251/17
 1253/14 1254/25 1255/2
 1256/17 1257/15 1259/12
 1271/17 1273/22
certainly [2]   1284/16 1285/9
CERTIFICATE [1]   1286/1
certify [1]   1286/4
chain [1]   1266/14
chairs [1]   1284/4
chance [3]   1243/16 1244/2
 1244/3
change [4]   1258/5 1259/1
 1259/4 1273/17
changed [2]   1233/6 1258/8
changing [3]   1237/6 1258/12
 1279/14
chaplain [3]   1254/5 1254/14
 1254/17
charge [10]   1241/20 1241/22
 1257/20 1263/6 1263/10

1265/5 1265/11 1265/23
 1272/14
charged [2]   1232/23 1233/8
charges [3]   1241/8 1241/11
 1241/17
chewed [3]   1261/12 1261/19
 1261/22
chiasmatic [1]   1260/2
chose [1]   1246/21
Chris [2]   1229/17 1229/18
cigarette [1]   1272/19
circumspect [1]   1260/3
circumstances [1]   1253/10
circumventing [1]   1254/11
Civilians [1]   1229/3
CJ [1]   1230/7
clear [4]   1234/7 1246/18
 1261/16 1266/18
clearly [1]   1266/7
clerk [1]   1283/20
close [2]   1266/9 1284/17
Cloverfield [1]   1225/11
club [1]   1276/24
code [3]   1233/3 1267/12
 1286/5
coincide [1]   1249/14
coining [1]   1264/2
collaborate [1]   1278/9
collaborating [1]   1280/11
collaboration [1]   1278/23
come [3]   1227/23 1252/3
 1285/19
comes [1]   1269/15
coming [2]   1234/14 1263/2
command [1]   1266/14
commander [2]   1272/4 1274/11
commander's [1]   1229/4
communicate [1]   1283/19
communication [1]   1239/16
complaints [1]   1227/12
complete [6]   1267/6 1267/7
 1267/10 1267/11 1267/15
 1267/16
completely [2]   1258/11
 1284/18
computer [2]   1229/14 1238/1
con [1]   1277/5
concluded [1]   1285/22
conditions [7]   1273/16
 1276/4 1276/5 1276/14 1277/9
 1277/11 1277/17
conduct [1]   1238/16
conducted [1]   1281/20
confer [2]   1238/13 1275/19
Conference [1]   1286/9
confinement [2]   1277/10
 1277/11
confirm [2]   1270/4 1270/10
conformance [1]   1286/8
confrontational [1]   1263/20
connect [2]   1270/7 1279/21
connected [1]   1279/18
connection [5]   1242/2 1245/9
 1263/25 1270/3 1280/11
consider [1]   1246/4
consideration [1]   1249/2
considered [1]   1267/12
conspiracy [2]   1241/12
 1241/20
consulting [1]   1283/16
contact [3]   1235/9 1255/11
 1256/25
context [1]   1266/2
continue [1]   1228/6
contraband [2]   1256/13
 1257/9
control [1]   1267/13
conversation [9]   1261/8
 1261/11 1262/2 1262/12

1284/22 1285/2 1285/3 1285/6
 1285/20
conversations [4]   1239/9
 1240/25 1263/15 1266/20
convicted [1]   1241/17
convictions [1]   1242/2
cooperating [2]   1258/16
 1258/22
cooperation [2]   1245/11
 1249/5
coordinating [1]   1274/12
coordination [1]   1278/7
cop [1]   1276/22
copy [1]   1269/18
corner [1]   1267/18
correct [148]
correctional [3]   1256/10
 1256/13 1260/15
Corrections [1]   1235/7
correctly [1]   1279/13
could [18]   1227/25 1228/23
 1229/1 1231/5 1232/14
 1234/22 1237/15 1237/21
 1246/6 1246/19 1257/6
 1257/12 1257/23 1258/1
 1267/24 1274/3 1274/4
 1275/11
couldn't [3]   1246/7 1246/8
 1246/13
counsel [11]   1225/1 1230/13
 1233/17 1237/19 1238/13
 1246/7 1246/10 1246/11
 1258/2 1275/19 1281/18
county [11]   1231/1 1232/6
 1236/12 1258/20 1259/1
 1269/24 1270/21 1276/16
 1276/18 1276/20 1280/5
couple [2]   1252/2 1253/24
course [1]   1270/21
court [12]   1224/1 1224/21
 1227/20 1246/16 1246/23
 1248/17 1250/3 1257/18
 1277/16 1277/18 1283/2
 1284/12
court's [3]   1230/11 1233/15
 1277/20
courtroom [1]   1245/13
courtyard [4]   1228/12
 1228/20 1228/24 1229/2
CR [1]   1224/8
create [3]   1257/9 1258/18
 1272/5
created [1]   1279/19
crimes [1]   1233/9
Cross [3]   1226/5 1238/19
 1239/1
Cross-Examination [3]   1226/5
 1238/19 1239/1
CRR [1]   1286/12
CSR [2]   1224/21 1286/12
cumulative [2]   1248/4 1258/2
curtail [1]   1227/16
custody [7]   1231/3 1235/6
 1235/15 1270/11 1276/4
 1276/11 1277/5
cut [1]   1229/3

**D**

Dahle [1]   1240/21
daily [1]   1251/14
Dalton [1]   1265/20
danger [1]   1256/16
dangerous [2]   1256/12 1260/3
database [2]   1238/1 1254/12
databases [2]   1229/15 1270/4
date [8]   1231/5 1231/12
 1231/13 1248/19 1253/16
 1268/10 1268/11 1286/10
dated [2]   1262/11 1274/6

**D**

dates [2]  1232/8 1248/16
Dave [2]  1235/1 1267/9
day [14]  1224/14 1233/13
 1249/8 1256/6 1261/5 1261/8
 1261/14 1261/15 1261/16
 1263/8 1263/8 1271/14
 1274/23 1283/5
day-to-day [1]  1263/8
days [6]  1252/2 1253/24
 1271/14 1276/18 1277/1
 1277/15
DC [5]  1251/21 1251/24
 1252/3 1252/5 1253/13
dealing [3]  1258/15 1273/19
 1280/15
December [12]  1241/8 1242/24
 1243/20 1244/5 1244/11
 1244/20 1245/3 1245/8
 1246/14 1249/16 1250/5
 1250/8
decide [1]  1283/23
DEFENDANT [2]  1224/9 1225/9
definitely [1]  1273/9
delivered [1]  1243/11
deniability [1]  1255/21
department [18]  1229/2
 1231/2 1232/6 1234/6 1235/7
 1236/12 1237/25 1238/15
 1251/15 1252/20 1254/6
 1264/23 1266/15 1266/22
 1266/23 1278/13 1280/6
 1281/2
departmental [1]  1263/1
depending [1]  1251/9
depicting [1]  1228/12
deputies [5]  1255/3 1255/16
 1266/17 1271/13 1273/12
deputy [21]  1228/23 1235/9
 1235/11 1250/21 1252/20
 1254/15 1254/23 1254/24
 1255/8 1255/16 1255/18
 1257/1 1260/18 1262/3 1262/7
 1262/12 1263/15 1263/17
 1269/8 1271/25 1272/22
deputy's [1]  1273/21
describe [1]  1277/11
described [3]  1264/2 1266/3
 1266/3
designated [1]  1276/17
designation [6]  1268/4
 1268/16 1268/20 1268/24
 1274/17 1274/20
deter [1]  1258/18
determine [1]  1254/10
dictionaries [1]  1283/17
did [55]
didn't [14]  1243/17 1246/12
 1253/17 1253/23 1260/23
 1264/24 1267/15 1267/16
 1268/11 1272/12 1273/1
 1273/11 1273/12 1276/25
difference [1]  1260/10
different [11]  1253/24
 1253/25 1259/8 1263/23
 1268/10 1268/11 1269/10
 1270/17 1278/3 1280/9 1280/9
digital [2]  1269/18 1279/7
Dimas [7]  1228/21 1271/10
 1271/12 1271/20 1272/9
 1273/4 1273/8
direct [3]  1228/1 1239/16
 1254/13
directed [1]  1253/14
directly [1]  1257/8
discretion [1]  1246/23
discuss [2]  1283/7 1283/10
discussed [2]  1245/5 1283/24

discussing [1]  1252/1
discussion [2]  1262/5 1262/7
district [9]  1224/1 1224/2
 1224/4 1231/10
division [2]  1224/2 1272/4
divisions [1]  1278/14
do [43]
document [4]  1229/23 1231/6
 1236/23 1274/5
documents [9]  1244/23 1245/1
 1245/5 1247/17 1247/20
 1247/24 1248/7 1249/24
 1250/1
does [10]  1229/25 1230/19
 1233/2 1237/4 1237/16
 1240/15 1249/12 1252/18
 1267/7 1270/13
doesn't [4]  1227/22 1246/25
 1268/4 1285/15
doing [3]  1231/20 1234/5
 1272/15
DOJ [2]  1270/4 1279/20
don't [12]  1227/21 1243/13
 1249/7 1253/21 1257/17
 1259/3 1263/20 1267/10
 1268/20 1268/24 1283/3
 1285/3
done [2]  1267/8 1278/1
door [1]  1227/18
dots [1]  1279/21
down [7]  1231/4 1251/12
 1253/1 1255/7 1255/12
 1276/21 1281/14
downtown [1]  1240/7
during [13]  1234/16 1239/6
 1239/10 1239/17 1244/19
 1244/23 1245/2 1247/10
 1247/17 1250/20 1259/25
 1261/8 1261/11
duty [1]  1272/2

**E**

e-mail [7]  1232/21 1233/19
 1233/20 1234/18 1234/23
 1274/6 1274/21
e-mails [6]  1232/4 1232/7
 1239/12 1239/14 1275/10
 1275/12
each [1]  1237/9
easier [1]  1242/13
EDDIE [1]  1225/4
effects [2]  1257/9 1257/11
either [2]  1257/18 1268/12
elected [1]  1276/15
electronic [1]  1238/1
Eli [1]  1235/1
elicit [3]  1285/14 1285/16
 1285/20
elicits [2]  1284/20 1284/23
else [5]  1266/2 1267/7
 1272/10 1272/12 1283/9
emergent [1]  1267/12
encompass [1]  1237/5
enforcement [1]  1278/16
enough [1]  1244/4
Enriquez [1]  1278/6
enter [1]  1237/25
entered [1]  1237/25
entire [4]  1235/12 1243/7
 1251/6 1251/11
entirety [1]  1263/19
entitled [2]  1273/19 1286/7
entries [2]  1231/16 1231/18
environment [1]  1260/15
equipment [1]  1227/14
escape [4]  1257/13 1273/1
 1273/4 1273/7
especially [2]  1257/22
 1284/22

estimate [1]  1255/3
evaluation [2]  1236/13
 1236/16
even [4]  1229/1 1245/19
 1259/7 1263/3
events [6]  1239/21 1240/25
 1241/4 1241/5 1248/1 1248/9
ever [5]  1262/16 1270/13
 1273/3 1273/7 1279/14
every [7]  1237/9 1245/15
 1247/19 1269/17 1269/19
 1270/10 1270/13
everybody [2]  1284/11
 1285/18
everything [4]  1265/6
 1265/12 1265/25 1266/5
EVID [1]  1226/9
evidence [7]  1228/9 1229/11
 1234/22 1237/13 1242/8
 1249/22 1283/24
evils [2]  1233/24 1234/4
exact [1]  1284/24
exactly [1]  1264/24
examination [7]  1226/5
 1226/6 1226/7 1238/19 1239/1
 1276/1 1280/1
example [1]  1278/5
except [1]  1245/15
Exchange [1]  1232/4
excuse [2]  1248/8 1268/1
exhibit [24]  1226/9 1228/9
 1228/10 1228/10 1228/17
 1229/10 1230/18 1230/25
 1231/25 1234/17 1234/19
 1235/21 1236/5 1236/9
 1236/21 1236/25 1237/12
 1266/24 1267/2 1273/23
 1274/3 1275/10 1275/11
 1275/12
Exhibits [3]  1228/20 1231/24
 1232/11
existent [1]  1256/23
exit [1]  1229/5
experience [3]  1256/17
 1269/17 1277/22
explain [1]  1269/14
extremely [1]  1266/9

**F**

face [1]  1266/4
faced [1]  1241/19
facilitating [3]  1231/17
 1258/5 1269/8
facilities [4]  1230/3 1249/3
 1277/6 1277/8
facility [7]  1256/10 1256/13
 1269/15 1269/16 1269/18
 1276/17 1277/1
facing [1]  1258/20
fact [6]  1231/12 1239/16
 1241/6 1254/10 1255/21
 1277/21
Facts [1]  1242/8
fair [4]  1244/4 1248/21
 1251/13 1254/3
faith [2]  1264/21 1266/16
false [3]  1237/24 1238/2
 1238/9
familiar [1]  1250/2
family [1]  1283/8
far [1]  1258/17
FBI [21]  1234/6 1234/14
 1240/2 1244/10 1244/15
 1244/16 1250/18 1252/19
 1252/21 1252/25 1253/1
 1253/5 1253/20 1253/20
 1255/22 1278/6 1278/7 1278/9
 1280/11 1280/23 1281/7
FBI's [1]  1240/4

**F**

**February [3]**  1250/6 1250/9 1250/15
**February 23rd [1]**  1250/15
**fed [1]**  1276/24
**federal [7]**  1243/6 1245/5 1252/15 1252/17 1252/21 1262/17 1278/23
**feds [1]**  1285/3
**feet [1]**  1228/16
**fellow [2]**  1283/8 1283/23
**few [1]**  1271/6
**fiction [1]**  1254/10
**fictitious [1]**  1238/4
**fifth [3]**  1268/23 1268/24 1268/25
**figure [2]**  1255/16 1281/2
**file [6]**  1246/7 1246/7 1246/8 1246/10 1246/11 1246/15
**filed [1]**  1248/13
**Finally [1]**  1236/8
**find [3]**  1262/16 1270/22 1270/23
**finding [1]**  1234/14
**fine [2]**  1227/11 1228/3
**fingerprint [1]**  1279/8
**fingerprints [6]**  1238/9 1269/19 1269/22 1270/19 1270/24 1279/20
**finish [2]**  1278/22 1283/4
**fire [1]**  1229/5
**first [12]**  1229/12 1230/18 1240/17 1250/8 1251/25 1252/6 1253/7 1253/8 1255/23 1258/8 1268/8 1274/20
**five [3]**  1228/16 1241/19 1260/17
**five of [1]**  1260/17
**Five-and-a-half [1]**  1228/16
**fix [1]**  1266/4
**floor [3]**  1225/6 1230/16 1256/24
**floors [1]**  1256/20
**focus [1]**  1274/4
**focusing [2]**  1253/11 1262/22
**following [4]**  1227/6 1228/4 1283/1 1284/5
**force [3]**  1252/15 1252/17 1252/21
**foregoing [1]**  1286/5
**forensic [1]**  1270/12
**form [3]**  1239/17 1256/13 1267/8
**format [1]**  1286/8
**forms [1]**  1267/11
**forward [1]**  1278/10
**found [5]**  1256/9 1262/20 1265/7 1265/13 1265/25
**foundation [3]**  1236/22 1278/19 1278/25
**four [3]**  1248/22 1248/24 1277/7
**four-and-a-half [2]**  1248/24 1277/7
**fourth [2]**  1268/19 1268/20
**FOX [3]**  1225/4 1239/24 1244/13
**friend [1]**  1232/22
**friends [1]**  1266/9
**full [1]**  1272/2
**funded [1]**  1267/14
**further [8]**  1233/1 1238/18 1254/22 1275/17 1275/20 1279/22 1281/11 1281/12

**G**

**gallery [1]**  1245/17

**gate [1]**  1236/1
**gave [5]**  1242/14 1264/21 1266/6 1272/8 1273/18
**general [1]**  1280/4
**Generally [1]**  1267/11
**generated [1]**  1233/11
**gentlemen [3]**  1270/20 1283/3 1284/2
**Gents [1]**  1232/21
**Gerard [1]**  1235/2
**Geske [2]**  1274/8 1274/10
**get [3]**  1237/10 1252/2 1271/17
**gets [2]**  1237/19 1271/3
**Gilbert [2]**  1232/17 1235/1
**Giovanna [1]**  1235/2
**give [2]**  1238/7 1283/20
**given [3]**  1233/23 1264/20 1266/16
**go [15]**  1228/23 1229/2 1229/7 1242/9 1249/9 1258/20 1258/25 1269/17 1272/18 1276/19 1277/8 1284/24 1285/8 1285/9 1285/10
**goes [2]**  1227/18 1258/17
**going [21]**  1227/16 1231/4 1232/21 1232/24 1234/2 1234/7 1237/8 1249/24 1251/10 1254/13 1269/18 1271/17 1276/10 1283/4 1283/5 1284/1 1284/16 1284/23 1285/8 1285/9 1285/10
**gone [3]**  1258/3 1269/23 1283/22
**good [1]**  1266/16
**got [6]**  1238/14 1259/18 1260/14 1260/18 1277/10 1277/12
**gotten [1]**  1277/15
**government [36]**
**government's [1]**  1246/3
**grand [2]**  1245/6 1245/16
**granted [2]**  1248/18 1248/25
**Greek [1]**  1233/22
**Greg [3]**  1234/25 1266/5 1267/9
**Gregory [1]**  1232/17
**guard [2]**  1271/23 1272/3
**guarding [3]**  1271/13 1271/16 1272/1
**guess [1]**  1284/15
**Gutierrez [2]**  1235/1 1267/9

**H**

**had [50]**
**half [5]**  1228/16 1242/15 1242/18 1248/24 1277/7
**Hand [1]**  1278/5
**handle [1]**  1232/21
**hands [1]**  1266/4
**handwriting [1]**  1268/7
**happen [1]**  1273/13
**happened [6]**  1235/16 1240/25 1248/9 1252/1 1252/4 1253/10
**happening [1]**  1266/20
**happens [1]**  1246/24
**has [9]**  1229/10 1230/3 1245/15 1267/13 1267/24 1270/16 1270/22 1283/15 1285/4
**have [48]**
**having [3]**  1253/9 1262/2 1262/12
**he [59]**
**headquarters [2]**  1262/25 1263/2
**health [1]**  1273/20
**hear [3]**  1227/14 1227/17

**heard [1]**  1227/21
**hear [1]**  1252/19
**hearing [1]**  1248/6
**hearsay [1]**  1285/13
**held [4]**  1227/6 1228/4 1284/5 1286/6
**help [3]**  1247/25 1248/8 1255/6
**her [1]**  1262/8
**here [4]**  1243/8 1245/17 1276/5 1276/13
**hereby [1]**  1286/4
**Heroes [4]**  1259/15 1261/5 1261/9 1262/14
**hidden [1]**  1264/17
**hide [1]**  1258/16
**hiding [3]**  1266/4 1277/22 1278/4
**high [3]**  1228/15 1235/17 1257/20
**him [17]**  1233/7 1239/6 1239/9 1239/12 1239/17 1253/2 1260/9 1269/9 1270/24 1271/4 1271/13 1271/23 1273/8 1273/12 1273/18 1273/18 1284/23
**himself [1]**  1280/16
**his [21]**  1232/22 1232/24 1233/9 1237/6 1238/8 1252/25 1260/3 1261/12 1261/19 1261/22 1264/22 1266/4 1266/4 1269/21 1269/22 1270/24 1272/23 1273/17 1273/20 1284/15 1284/17
**history [2]**  1229/13 1270/12
**hit [1]**  1257/23
**hits [1]**  1259/2
**HOCHMAN [8]**  1225/10 1226/5 1239/2 1273/24 1276/3 1277/21 1279/3 1280/2
**hold [3]**  1237/18 1270/1 1275/18
**homicide [1]**  1263/3
**Honor [31]**  1227/9 1227/18 1227/25 1228/6 1232/10 1232/12 1233/15 1236/4 1236/6 1236/20 1236/23 1238/11 1238/18 1238/20 1238/22 1242/10 1265/16 1275/15 1275/17 1276/7 1279/22 1281/13 1281/17 1284/9 1284/10 1284/13 1284/16 1284/17 1284/24 1285/3 1285/21
**HONORABLE [1]**  1224/3
**hope [4]**  1233/25 1234/8 1234/9 1234/12
**hour [2]**  1271/15 1272/15
**hours [5]**  1250/4 1250/12 1263/4 1271/6 1271/14
**house [1]**  1249/11
**housed [1]**  1271/20
**housing [2]**  1253/18 1277/3
**how [13]**  1228/15 1240/12 1250/4 1251/3 1251/11 1255/3 1256/24 1262/3 1266/4 1270/13 1278/3 1279/7 1285/13
**human [1]**  1258/15
**hundreds [2]**  1256/25 1259/11
**HVT [1]**  1235/17

**I**

**I'm [4]**  1241/2 1248/19 1272/1 1281/6
**I.D [1]**  1226/9
**ideas [1]**  1253/24
**identified [1]**  1255/19
**identifying [1]**  1238/8

**I**

identity [2]   1255/18 1258/16
II [2]   1224/15 1224/15
immediately [1]   1283/13
important [1]   1227/16
impression [4]   1265/4 1265/10 1265/14 1265/23
imprisonment [1]   1241/23
improper [1]   1238/2
in-custody [2]   1235/6 1235/15
inaccurate [1]   1238/2
include [1]   1249/11
including [3]   1238/8 1249/2 1283/8
incorrect [3]   1243/1 1243/2 1251/22
indicated [2]   1232/8 1277/23
individual [1]   1228/11
individuals [1]   1252/24
informant [3]   1258/23 1259/1 1278/6
information [10]   1229/14 1231/2 1232/23 1238/2 1238/8 1254/18 1254/20 1254/23 1269/25 1270/11
inmate [16]   1229/13 1229/17 1230/4 1231/2 1231/11 1235/6 1243/6 1244/8 1251/13 1254/12 1258/20 1258/21 1270/10 1271/16 1272/7 1274/12
inmate's [2]   1258/9 1258/12
inmates [10]   1250/25 1251/3 1251/17 1257/1 1257/3 1257/15 1260/17 1276/19 1277/22 1278/5
innocence [1]   1284/16
inquiry [1]   1262/9
inside [1]   1258/12
insinuate [2]   1255/21 1263/21
instances [1]   1270/20
intend [1]   1284/25
intent [1]   1284/18
interacted [1]   1257/3
intermachinations [1]   1234/13
intermediary [1]   1252/19
Internet [1]   1283/17
interview [1]   1248/7
introduced [2]   1255/22 1260/14
investigate [1]   1258/19
investigated [1]   1238/15
investigating [2]   1254/9 1255/20
investigation [11]   1255/7 1263/25 1264/11 1265/5 1265/12 1265/24 1266/13 1272/8 1274/17 1281/4 1283/18
investigation's [1]   1253/25
investigations [1]   1272/5
investigators [1]   1255/11
involved [5]   1241/4 1241/5 1258/5 1278/4 1283/9
iota [1]   1285/15
IRC's [1]   1235/5
IRC1 [1]   1230/4
irrelevant [2]   1276/8 1284/19
is [223]
isn't [10]   1239/22 1243/23 1247/11 1247/15 1249/25 1260/16 1263/17 1263/23 1264/9 1264/15
isolation [8]   1248/15 1249/4

1276/22 1277/13 1277/14 1277/16 1277/18 1280/14
issued [1]   1232/17
it [120]
items [1]   1250/1
its [3]   1250/24 1256/16 1263/19
itself [1]   1241/15

**J**

jacket [1]   1230/5
jail [24]   1229/8 1230/4 1230/17 1251/1 1251/4 1251/6 1251/8 1251/17 1253/14 1254/25 1255/2 1256/17 1257/10 1257/15 1259/12 1260/18 1260/19 1269/24 1269/25 1270/21 1271/4 1271/17 1273/22 1276/20
jails [4]   1250/22 1250/24 1276/16 1276/18
JAMES [2]   1226/4 1234/24
January [12]   1247/5 1247/11 1247/17 1248/7 1248/12 1248/16 1248/17 1248/20 1249/16 1250/5 1250/5 1250/9
January 10th [1]   1248/12
Jason [1]   1235/2
JAUREGUI [1]   1225/4
job [2]   1263/7 1273/21
jobs [1]   1250/24
John [1]   1279/10
Johnson [4]   1229/17 1229/18 1230/9 1230/14
jokes [1]   1273/6
JS [1]   1233/1
judge [7]   1224/4 1242/14 1246/3 1246/20 1246/21 1246/25 1248/25
Judicial [1]   1286/9
juries [1]   1245/6
jurors [3]   1227/13 1283/8 1283/23
jury [9]   1224/14 1227/7 1227/8 1227/17 1228/5 1237/14 1245/16 1283/22 1284/6
just [18]   1227/25 1228/18 1234/22 1236/22 1237/18 1237/21 1241/3 1242/13 1251/9 1254/22 1258/17 1262/8 1266/18 1268/8 1270/25 1272/2 1272/13 1285/11
justice [3]   1241/12 1241/15 1241/22

**K**

k10 [1]   1253/17
KATIE [2]   1224/21 1286/12
Keep [1]   1283/24
Kirk [3]   1252/12 1252/15 1253/14
know [14]   1227/21 1231/9 1243/13 1246/12 1249/7 1253/9 1253/16 1253/17 1253/21 1253/23 1260/10 1263/5 1264/24 1283/12
knowingly [1]   1237/24
knowledge [2]   1273/4 1273/18
known [1]   1277/4

**L**

LA [5]   1243/11 1258/20 1259/1 1269/24 1270/21
ladies [2]   1283/3 1284/2
Lancaster [4]   1235/18 1236/1 1271/4 1274/24

large [1]   1278/14
last [2]   1232/4 1238/3
last [6]   1233/25 1234/8 1237/15 1237/21 1250/14 1285/7
latency [1]   1271/2
later [1]   1262/20
law [1]   1278/16
leads [2]   1253/25 1254/4
learn [2]   1259/24 1259/25
learned [1]   1259/21
least [1]   1285/6
leave [3]   1233/25 1234/8 1284/4
left [2]   1243/5 1267/18
legitimate [2]   1258/11 1277/23
Leroy [1]   1224/9
let [10]   1258/22 1263/22 1265/10 1266/24 1269/3 1273/23 1274/1 1276/12 1281/18 1283/12
Let's [3]   1227/8 1242/9 1258/3
letting [1]   1263/3
LEWIS [1]   1225/10
liaison [1]   1252/17
liar [1]   1260/6
lieutenant [14]   1235/9 1253/9 1254/11 1255/25 1256/3 1256/8 1261/1 1261/7 1266/9 1266/12 1266/17 1267/25 1272/4 1275/1
light [1]   1234/14
like [16]   1227/9 1228/8 1229/10 1230/12 1231/23 1233/16 1236/8 1236/25 1237/12 1258/23 1265/9 1275/7 1276/14 1276/19 1277/20 1279/7
limit [1]   1255/16
limited [3]   1241/2 1241/3 1256/23
line [2]   1229/24 1274/14
Lines [1]   1229/15
list [1]   1258/17
listed [1]   1254/14
listen [1]   1283/14
little [2]   1248/22 1279/4
live [8]   1269/12 1269/14 1269/22 1270/14 1279/4 1279/7 1279/12 1279/14
Liz [1]   1244/13
LIZABETH [1]   1225/5
LLP [1]   1225/10
locate [1]   1258/21
location [1]   1253/17
locations [1]   1259/8
locator [1]   1258/21
locked [1]   1276/21
logical [1]   1247/2
longer [1]   1249/1
look [11]   1228/9 1229/10 1234/17 1235/21 1236/9 1237/15 1267/17 1267/23 1270/15 1274/1 1275/11
looked [1]   1268/9
looking [7]   1228/18 1229/11 1230/25 1234/17 1235/11 1242/5 1270/24
LOS [15]   1224/16 1224/22 1225/6 1227/1 1231/1 1232/6 1236/12 1243/10 1252/20 1254/5 1276/13 1276/19 1277/10 1277/12 1280/5
lot [3]   1236/10 1265/8 1276/10
loud [1]   1227/19
lower [3]   1242/5 1246/16

**I**

lower... [1]   1246/21

**M**

Ma'am [35]
made [7]   1243/13 1245/19 1246/18 1261/16 1273/6 1273/9 1284/12
magnet [2]   1230/13 1233/16
mail [7]   1232/21 1233/19 1233/20 1234/18 1234/23 1274/6 1274/21
mails [6]   1232/4 1232/7 1239/12 1239/14 1275/10 1275/12
main [4]   1235/25 1270/2 1270/3 1270/14
major [1]   1228/14
make [13]   1227/22 1237/23 1242/13 1243/8 1245/8 1245/22 1266/1 1270/25 1272/25 1273/12 1276/25 1283/18 1283/21
making [1]   1231/16
manipulative [3]   1260/3 1260/11 1260/13
manipulator [4]   1260/8 1260/9 1260/10 1260/11
mannerisms [1]   1266/3
many [9]   1239/22 1240/12 1247/10 1250/4 1251/3 1252/23 1255/3 1273/2 1278/1
Manzo [11]   1232/16 1235/2 1255/25 1263/15 1263/17 1263/23 1264/2 1264/10 1264/15 1264/25 1266/3
MARCH [3]   1224/17 1227/1 1286/10
Marks [1]   1265/19
Marshals [1]   1262/8
master [2]   1260/9 1260/11
material [1]   1238/3
materials [1]   1283/18
math [1]   1257/4
matter [3]   1238/3 1285/15 1286/7
matters [1]   1244/22
maximum [5]   1241/19 1241/23 1241/25 1249/3 1276/21
may [7]   1227/15 1228/6 1238/11 1238/21 1265/16 1275/15 1281/14
me [26]   1232/23 1244/21 1246/18 1247/2 1247/12 1248/8 1251/23 1253/6 1253/7 1253/15 1254/8 1255/19 1258/22 1263/22 1265/10 1266/24 1268/1 1269/3 1269/14 1273/23 1274/1 1276/12 1276/22 1281/18 1283/12 1283/20
mean [7]   1233/2 1244/10 1252/18 1273/15 1273/21 1277/13 1278/12
meaning [2]   1233/3 1258/20
means [1]   1231/9
measures [1]   1257/10
medical [1]   1230/16
medications [1]   1273/17
meet [10]   1240/12 1243/16 1244/2 1244/4 1244/4 1244/7 1244/9 1244/13 1244/15 1247/12
meeting [31]   1240/17 1244/19 1244/24 1247/11 1247/18 1248/8 1249/15 1250/8 1250/14 1252/3 1252/6 1252/11 1252/12 1253/7

1253/8 1253/8 1255/23 1256/21 1256/78 1259/13 1259/18 1259/21 1261/5 1261/9 1262/14 1264/3 1264/18 1264/24 1265/3 1266/5 1280/16
meetings [4]   1249/23 1250/5 1250/9 1251/25
members [3]   1237/23 1244/12 1283/8
Men's [16]   1229/8 1230/4 1230/16 1251/1 1251/3 1251/6 1251/8 1251/17 1253/14 1254/24 1255/2 1256/17 1257/15 1259/12 1271/17 1273/22
met [12]   1239/4 1239/21 1239/24 1240/2 1240/4 1240/23 1241/6 1244/12 1244/16 1247/4 1249/16 1250/17
Mickey [5]   1235/2 1263/15 1263/23 1264/10 1266/3
microphone [1]   1228/1
mid [1]   1251/19
middle [3]   1248/17 1248/20 1251/24
might [5]   1254/1 1254/5 1254/20 1254/24 1257/24
mind [2]   1283/21 1283/24
minimum [2]   1276/25 1277/1
Misstates [2]   1242/7 1280/24
mobilized [1]   1278/13
moment [5]   1238/11 1254/17 1265/16 1273/23 1275/15
Monday [5]   1234/24 1252/8 1252/9 1252/11 1262/13
Monica [1]   1225/12
monikers [1]   1279/18
month [5]   1242/15 1245/21 1248/16 1248/23 1249/17
months [5]   1242/21 1248/23 1248/24 1249/11 1277/7
more [2]   1249/1 1271/16
MORGAN [1]   1225/10
morning [1]   1284/3
most [6]   1227/16 1257/15 1257/17 1276/24 1277/7 1277/8
motion [13]   1245/22 1245/24 1246/2 1246/3 1246/7 1246/8 1246/11 1246/16 1246/19 1246/25 1248/13 1248/18 1248/25
move [7]   1232/10 1236/5 1236/2 1258/3 1259/7 1278/19 1278/25
moved [2]   1230/3 1278/9
movement [1]   1229/13
movements [1]   1274/13
moving [1]   1237/5
Mr [4]   1226/5 1238/21 1239/2 1280/2
Mr. [36]
Mr. Baca [3]   1284/21 1285/4 1285/7
Mr. Baca's [2]   1284/15 1284/18
Mr. Brown [3]   1230/9 1235/15 1279/10
Mr. Fox [2]   1239/24 1244/13
Mr. Gilbert [1]   1232/17
Mr. Gregory [1]   1232/17
Mr. Hochman [4]   1273/24 1276/3 1277/21 1279/3
Mr. Johnson [1]   1230/9
Mr. Manzo [4]   1232/16 1255/25 1264/15 1264/25
Mr. O'Brien [1]   1245/15

Mr. Rambo [3]   1284/12 1285/4 1285/9
Mr. Sexton [7]   1228/8 1228/19 1236/8 1239/3 1266/19 1276/3 1280/3
Mr. Smith [4]   1232/16 1255/25 1264/15 1264/24
MS [1]   1276/2
Ms. [7]   1239/24 1240/21 1247/14 1247/21 1250/17 1265/19 1267/3
Ms. Rhodes [7]   1239/24 1240/21 1247/14 1247/21 1250/17 1265/19 1267/3
much [4]   1228/2 1233/7 1242/5 1276/19
muddle [1]   1253/12
murdered [1]   1259/3
my [16]   1245/5 1245/16 1246/10 1254/8 1254/9 1254/10 1262/15 1263/7 1264/9 1266/14 1266/17 1266/17 1268/13 1269/17 1277/5 1277/6
myself [4]   1232/5 1236/15 1276/15 1276/16
mythology [1]   1233/22

**N**

name [10]   1226/3 1234/1 1237/6 1258/6 1258/9 1258/12 1259/1 1259/4 1268/1 1273/17
named [1]   1233/22
names [2]   1238/5 1279/14
NATHAN [1]   1225/10
nd [1]   1229/24
near [2]   1237/3 1273/12
need [4]   1258/25 1278/17 1283/19 1284/8
never [13]   1239/4 1239/6 1239/9 1239/12 1239/14 1243/5 1245/10 1255/19 1256/22 1272/21 1272/24 1273/9 1279/16
new [5]   1233/11 1249/10 1249/21 1269/15 1269/17
news [1]   1283/13
next [10]   1228/12 1235/16 1253/24 1267/23 1267/23 1267/24 1268/4 1268/15 1272/22 1281/15
night [1]   1257/4
Nine [1]   1229/15
Nine Lines [1]   1229/15
no [24]   1224/8 1230/24 1231/15 1232/12 1238/17 1239/13 1239/16 1245/10 1245/20 1248/11 1248/25 1252/8 1255/10 1262/19 1265/15 1268/16 1275/3 1275/17 1275/20 1276/9 1280/7 1281/11 1281/12 1286/12
Noah [3]   1252/12 1252/15 1253/14
none [1]   1255/1
North [3]   1224/22 1225/6 1225/12
not [41]
note [1]   1283/20
notebook [1]   1231/24
notebooks [1]   1284/4
nothing [6]   1238/18 1254/22 1272/10 1279/22 1284/9 1284/10
notice [1]   1233/1
notwithstanding [1]   1241/6
November [2]   1265/20 1277/2
November 16 [1]   1265/20

**N**

**November 3rd [1]**   1277/2
**now [38]**
**number [17]**   1232/25 1233/7
  1233/8 1233/12 1235/5 1253/1
  1253/4 1267/13 1269/10
  1269/21 1270/2 1270/3
  1270/13 1270/14 1270/16
  1270/17 1271/9
**numbers [4]**   1231/25 1270/18
  1270/21 1270/25
**nurse [5]**   1254/14 1254/18
  1254/18 1254/20 1254/22
**nurse's [1]**   1232/25
**nurses [1]**   1273/22

**O**

**O'Brien [2]**   1245/12 1245/15
**objection [17]**   1232/12
  1234/10 1236/6 1242/7
  1243/18 1248/3 1255/4
  1260/20 1260/24 1263/12
  1276/7 1278/19 1278/25
  1280/18 1280/24 1281/5
  1281/8
**obstruct [1]**   1241/12
**obstruction [2]**   1241/15
  1241/22
**obtained [1]**   1243/12
**Obviously [1]**   1284/20
**occurred [4]**   1248/1 1265/6
  1265/13 1265/25
**occurring [1]**   1259/2
**October [3]**   1236/17 1236/18
  1276/25
**October 16th [1]**   1236/18
**October 17th [1]**   1236/17
**October 3rd [1]**   1276/25
**off [4]**   1229/14 1270/14
  1274/24 1275/3
**offer [1]**   1284/15
**office [8]**   1225/5 1229/5
  1240/7 1240/20 1243/8 1256/4
  1271/23 1271/25
**officer [3]**   1252/17 1254/9
  1264/23
**officers [1]**   1255/20
**official [3]**   1224/21 1237/24
  1238/5
**Okay [3]**   1258/25 1277/16
  1285/18
**old [1]**   1232/24
**Once [1]**   1253/13
**one [29]**   1227/15 1237/18
  1238/11 1249/13 1250/18
  1250/24 1252/23 1254/4
  1256/3 1260/17 1263/6
  1267/24 1268/12 1268/13
  1268/14 1268/15 1268/16
  1268/19 1268/23 1268/24
  1269/3 1269/6 1271/18
  1271/18 1273/2 1278/16
  1280/8 1285/2 1285/15
**one either [1]**   1268/12
**one I [1]**   1268/13
**one in [2]**   1256/3 1263/6
**one iota [1]**   1285/15
**one moment [1]**   1238/11
**one of [7]**   1227/15 1250/18
  1250/24 1252/23 1254/4
  1273/2 1280/8
**one out [1]**   1260/17
**one particular [1]**   1285/2
**one person [1]**   1269/6
**one that [1]**   1278/16
**one who [1]**   1269/3
**one year [1]**   1249/13
**one-on-one scenario [1]**

**ones [2]**   1257/22 1266/13
**only [11]**   1245/6 1246/15
  1246/19 1253/20 1270/2
  1272/14 1275/10 1277/8
  1278/8 1285/5 1285/6
**open [5]**   1233/23 1257/19
  1258/19 1283/1 1283/24
**operation [15]**   1232/20
  1233/20 1234/1 1234/13
  1250/21 1250/24 1254/10
  1264/5 1267/13 1274/14
  1275/1 1275/2 1275/3 1275/6
  1275/9
**operational [1]**   1235/12
**operations [2]**   1263/2 1263/8
**opinion [2]**   1284/14 1284/15
**order [3]**   1257/9 1257/11
  1278/17
**ordered [2]**   1244/7 1272/13
**orders [8]**   1250/3 1263/9
  1264/8 1264/20 1264/22
  1265/1 1266/6 1266/15
**organization [3]**   1266/14
  1278/14 1278/15
**original [5]**   1233/8 1233/9
  1269/21 1270/8 1270/15
**originally [3]**   1231/13
  1232/23 1269/20
**originated [1]**   1275/13
**OSJ [7]**   1235/9 1252/19
  1252/24 1254/8 1263/19
  1267/14 1269/8
**other [10]**   1228/13 1228/18
  1229/15 1232/5 1244/21
  1253/17 1254/22 1257/12
  1275/12 1283/17
**others [1]**   1283/10
**our [4]**   1232/21 1272/4
  1272/7 1278/14
**out [21]**   1234/15 1242/22
  1242/23 1243/3 1243/4
  1255/16 1257/21 1260/17
  1261/12 1261/19 1261/22
  1262/16 1262/24 1263/9
  1272/5 1272/20 1276/5
  1276/13 1280/22 1281/2
  1284/2
**Outlook [1]**   1232/4
**outside [5]**   1227/6 1253/23
  1267/14 1272/19 1284/5
**Outstanding [1]**   1237/11
**over [9]**   1240/14 1248/22
  1249/24 1253/24 1256/24
  1257/1 1270/21 1277/6 1283/7
**overcomplicate [1]**   1257/18
**Overruled [4]**   1234/11
  1236/24 1278/21 1279/2
**overt [1]**   1273/9
**overtime [15]**   1256/22
  1262/22 1262/24 1263/4
  1263/15 1263/18 1263/25
  1264/4 1264/11 1267/2 1267/6
  1267/12 1268/8 1268/21
  1268/25
**own [2]**   1269/17 1283/19
**owner [2]**   1253/19 1253/19

**P**

**p.m [3]**   1227/2 1230/19
  1234/25
**PA [1]**   1224/8
**page [10]**   1226/3 1229/12
  1229/23 1230/18 1237/8
  1237/13 1237/16 1267/23
  1281/19 1286/7
**Pandora [1]**   1233/22
**Pandora's [8]**   1232/20
  1233/20 1234/1 1234/9

**Panzone [4]**   1262/3 1262/4
  1262/7 1262/13
**papers [1]**   1227/13
**paragraph [2]**   1237/15
  1237/22
**Park [4]**   1259/16 1261/5
  1261/9 1262/14
**part [12]**   1228/19 1240/25
  1243/2 1249/9 1249/23 1255/7
  1256/9 1257/16 1257/17
  1267/6 1267/7 1280/3
**participate [1]**   1255/6
**participated [1]**   1235/17
**particular [5]**   1253/20
  1263/1 1267/8 1284/22 1285/2
**partner [2]**   1278/7 1278/16
**passed [1]**   1254/8
**patch [1]**   1266/22
**Paterno [1]**   1235/2
**Paul [13]**   1263/17 1263/24
  1264/6 1264/7 1264/10
  1264/16 1264/19 1264/23
  1265/1 1265/4 1265/11
  1265/23 1266/6
**Pearson [1]**   1235/2
**peers [1]**   1254/8
**people [7]**   1227/13 1246/19
  1258/18 1269/7 1276/24
  1277/7 1283/9
**per [3]**   1235/5 1250/3
  1254/11
**PERCY [1]**   1224/3
**performance [2]**   1236/13
  1236/16
**period [9]**   1236/17 1237/3
  1237/4 1237/5 1239/7 1239/10
  1251/5 1254/19 1263/11
**periodically [1]**   1259/7
**permission [2]**   1230/11
  1233/16
**permit [1]**   1283/10
**person [3]**   1239/6 1258/19
  1269/6
**personal [1]**   1238/8
**personnel [2]**   1229/1 1232/5
**perspective [1]**   1228/11
**pertaining [1]**   1250/1
**phone [24]**   1251/20 1253/1
  1253/4 1253/11 1253/15
  1253/18 1253/19 1253/22
  1254/2 1254/21 1255/8
  1255/12 1255/19 1255/22
  1256/9 1256/12 1257/6
  1257/12 1257/23 1258/1
  1260/14 1265/6 1265/13
  1265/25
**photograph [1]**   1269/19
**photos [2]**   1271/9 1271/10
**picture [1]**   1235/25
**pictures [1]**   1271/19
**piece [1]**   1257/8
**place [1]**   1230/13
**placed [1]**   1277/3
**places [1]**   1238/7
**PLAINTIFF [1]**   1224/7
**plausible [1]**   1255/21
**please [10]**   1228/7 1232/22
  1235/8 1237/14 1237/22
  1268/15 1274/2 1283/12
  1284/2 1284/4
**plot [1]**   1257/12
**point [9]**   1229/7 1246/20
  1247/4 1253/21 1254/19
  1255/2 1258/4 1269/12 1271/3
**police [2]**   1238/2 1268/1
**pool [1]**   1255/16
**population [2]**   1251/14

**P**

population... [1]   1280/4
portal [2]   1231/3 1270/11
portion [3]   1232/15 1234/23
 1237/9
position [1]   1278/16
possible [2]   1228/2 1267/1
potential [3]   1254/4 1254/14
 1260/4
power [1]   1247/1
preparation [4]   1247/7
 1249/19 1249/21 1250/10
prepare [1]   1268/11
presence [7]   1227/7 1228/5
 1264/12 1264/22 1266/6
 1266/16 1284/6
present [4]   1264/3 1265/3
 1266/18 1266/19
presented [1]   1266/17
PRESIDING [1]   1224/4
pretty [2]   1227/19 1234/7
prevent [1]   1259/2
print [1]   1268/1
printout [1]   1231/1
prior [21]   1242/24 1243/10
 1243/15 1243/15 1243/20
 1243/23 1244/1 1244/5
 1244/11 1245/3 1245/7
 1245/13 1245/20 1250/6
 1253/16 1272/6 1276/5 1276/6
 1276/12 1276/14 1276/16
priority [1]   1272/7
prison [12]   1235/18 1236/1
 1242/22 1242/23 1243/3
 1243/4 1243/5 1243/13 1249/1
 1257/19 1274/24 1276/24
Prisons [3]   1243/6 1243/9
 1244/8
probably [4]   1255/3 1256/25
 1260/16 1260/17
probation [1]   1249/13
proceed [1]   1238/21
proceeding [14]   1242/24
 1243/10 1243/16 1243/20
 1243/23 1244/6 1244/20
 1245/3 1245/7 1245/14
 1245/15 1245/21 1276/6
 1276/14
proceedings [8]   1224/13
 1227/6 1228/4 1281/19 1283/1
 1284/5 1285/22 1286/6
process [1]   1278/9
promises [3]   1245/8 1245/10
 1245/20
pronounce [1]   1262/3
proper [3]   1251/6 1251/8
 1276/23
propos [1]   1234/2
prosecutors [1]   1244/10
protect [2]   1259/4 1259/8
provide [1]   1250/25
provided [2]   1250/3 1273/22
providing [1]   1249/21
public [2]   1234/14 1258/20
publish [3]   1236/25 1273/25
 1274/3
published [1]   1234/23
purposes [2]   1258/11 1277/23
pursuant [1]   1286/4
put [8]   1230/12 1230/22
 1233/16 1237/13 1257/23
 1266/25 1272/5 1280/3

**Q**

question [9]   1242/11 1263/22
 1264/9 1265/9 1276/8 1279/13
 1284/17 1284/23 1285/19
questions [20]   1235/8

1244/17 1244/18 1244/21
1244/22 1245/21 1247/10
1247/12 1247/13 1247/14
1247/25 1248/6 1249/24
1275/17 1275/20 1281/11
1281/12 1284/21 1284/23
1285/11
quickly [1]   1255/20

**R**

radio [1]   1283/14
railroad [1]   1228/13
Rambo [4]   1281/16 1284/12
 1285/4 1285/6
rank [1]   1235/13
rare [1]   1249/8
rating [3]   1237/9 1237/10
 1238/14
Raymond [1]   1234/25
reach [1]   1280/22
read [4]   1232/18 1234/23
 1237/21 1283/13
readily [1]   1258/19
Reading [3]   1232/20 1234/24
 1237/23
really [2]   1227/15 1253/17
reason [2]   1273/11 1280/3
reasons [2]   1273/2 1280/8
rebooked [8]   1233/18 1233/18
 1270/6 1270/7 1270/16
 1270/23 1271/3 1279/11
recall [12]   1248/12 1254/15
 1256/1 1256/6 1259/14 1262/5
 1265/18 1265/22 1267/3
 1271/10 1278/8 1285/4
received [9]   1232/8 1232/13
 1236/7 1236/16 1236/24
 1245/10 1249/10 1251/20
 1264/25
reception [3]   1230/4 1231/11
 1274/12
recognize [2]   1235/22
 1267/20
recollection [3]   1248/1
 1248/9 1262/15
recommended [1]   1242/4
records [5]   1230/5 1237/24
 1238/1 1238/4 1238/5
recovered [1]   1253/15
Recross [2]   1226/6 1280/1
Recross-Examination [2]
 1226/6 1280/1
redirect [3]   1226/7 1275/22
 1276/1
reducing [1]   1246/4
refer [1]   1261/4
reference [2]   1233/21
 1283/18
referring [1]   1280/9
reflect [1]   1232/7
refresh [2]   1247/25 1248/9
refused [1]   1238/7
regard [1]   1277/16
registered [1]   1253/19
regulations [1]   1286/8
Rehabilitation [1]   1235/8
reinstate [2]   1232/24 1233/7
relating [1]   1238/16
relationship [1]   1252/25
release [2]   1235/6 1235/15
released [1]   1230/21
Relevance [4]   1248/3 1255/4
 1260/24 1281/8
Relevancy [1]   1234/10
remainder [1]   1277/4
remained [2]   1243/6 1277/4
remember [2]   1277/24 1279/5
remind [1]   1283/6
repeat [3]   1231/25 1263/22

report [2]   1236/12
reported [3]   1253/6 1253/13
 1286/6
Reporter [1]   1224/21
REPORTER'S [1]   1224/13
reporters [1]   1227/20
reporting [1]   1231/10
reports [2]   1238/1 1283/14
representation [1]   1229/14
represented [4]   1234/13
 1244/16 1264/18 1265/2
request [2]   1235/6 1243/9
required [3]   1269/7 1272/5
 1273/16
research [1]   1283/16
respect [7]   1254/23 1268/1
 1275/9 1280/9 1281/6 1284/12
 1284/14
respected [1]   1260/22
Respectfully [1]   1235/9
responsibility [1]   1231/20
responsible [1]   1251/16
result [1]   1243/11
resumed [1]   1283/1
returned [1]   1253/13
returnees [1]   1257/18
review [2]   1237/3 1237/5
RHODES [10]   1225/5 1239/24
 1240/21 1244/13 1247/14
 1247/21 1250/17 1265/19
 1267/3 1276/2
right [18]   1227/8 1232/13
 1238/19 1240/15 1240/16
 1241/25 1242/12 1243/24
 1245/19 1250/16 1263/14
 1271/7 1272/9 1274/6 1279/8
 1281/14 1284/1 1284/7
rights [1]   1273/19
road [1]   1235/25
Rodriguez [1]   1279/10
role [3]   1250/21 1254/9
 1254/10
room [1]   1283/23
Roughly [1]   1251/9
routinely [1]   1229/3
RPR [1]   1286/12
Rule [7]   1245/24 1246/2
 1246/8 1246/11 1246/25
 1248/13 1248/18
ruling [1]   1284/11
run [1]   1253/1
running [1]   1266/13
ruse [1]   1258/18

**S**

Safe [2]   1250/22 1250/24
safeguards [2]   1254/12
 1269/7
safety [4]   1250/25 1251/16
 1259/5 1259/8
said [26]   1234/8 1238/7
 1251/19 1252/6 1253/18
 1254/4 1255/23 1258/5
 1258/22 1259/14 1260/8
 1260/13 1261/1 1261/7
 1261/12 1262/7 1262/24
 1264/15 1266/2 1266/7
 1266/22 1269/2 1269/9 1272/6
 1280/8 1280/21
same [10]   1228/17 1233/13
 1245/2 1247/14 1256/6 1261/5
 1267/21 1267/24 1268/7
 1274/23
San [7]   1228/21 1271/10
 1271/12 1271/20 1272/9
 1273/4 1273/8
Santa [1]   1225/12
Saturday [2]   1264/3 1265/2

**S**

**say [10]**   1235/14 1237/16
  1249/21 1251/13 1254/7
  1257/11 1261/11 1265/9
  1272/12 1278/11
**saying [2]**   1265/22 1266/4
**says [8]**   1230/3 1230/21
  1231/4 1232/18 1233/17
  1233/20 1274/14 1285/4
**scan [2]**   1269/14 1270/14
**Scanned [5]**   1269/12 1269/22
  1279/4 1279/12 1279/14
**scanning [1]**   1279/7
**scenario [1]**   1271/18
**scene [1]**   1233/3
**scope [1]**   1280/19
**screen [3]**   1232/14 1237/13
  1266/25
**scroll [1]**   1267/24
**seal [1]**   1281/20
**Sean [2]**   1274/8 1274/10
**searching [1]**   1283/17
**season [1]**   1275/8
**second [7]**   1237/8 1237/18
  1253/8 1255/24 1257/9
  1257/11 1274/2
**section [2]**   1229/4 1286/4
**security [11]**   1250/25
  1251/16 1257/10 1259/5
  1259/9 1275/4 1275/6 1276/21
  1276/25 1277/1 1277/3
**see [15]**   1227/23 1228/9
  1243/4 1252/2 1267/11
  1267/25 1268/20 1268/24
  1269/9 1270/6 1270/15
  1274/14 1281/18 1284/2
  1285/18
**seeing [1]**   1248/6
**Seems [1]**   1247/2
**seen [1]**   1228/20
**senior [2]**   1264/23 1266/17
**sent [5]**   1232/8 1232/15
  1239/12 1239/14 1274/7
**sentence [11]**   1241/19 1242/5
  1242/15 1242/15 1242/19
  1242/21 1246/4 1246/16
  1246/21 1248/23 1259/22
**sentenced [3]**   1230/5 1242/1
  1257/19
**sentencing [7]**   1241/23
  1242/1 1242/4 1242/14 1249/9
  1249/10 1277/17
**separate [2]**   1276/18 1277/6
**September [26]**   1229/19
  1229/24 1230/8 1230/12
  1230/13 1230/19 1231/7
  1231/12 1231/19 1232/15
  1233/17 1234/24 1239/3
  1239/17 1241/1 1248/2
  1248/10 1251/4 1262/16
  1269/4 1271/7 1274/7 1274/21
  1275/12 1279/5 1279/12
**September 12 [1]**   1271/7
**September 12th [9]**   1230/19
  1231/7 1231/12 1231/19
  1232/15 1233/17 1269/4
  1274/7 1279/5
**September 2 nd [1]**   1229/24
**September 2nd [2]**   1230/8
  1230/13
**Sergeant [1]**   1267/9
**serve [1]**   1249/1
**served [3]**   1248/22 1248/24
  1249/4
**serving [2]**   1242/18 1259/22
**set [2]**   1269/24 1270/18
**seven [1]**   1271/14
**seven days [1]**   1271/14

**several [9]**   1235/13 1241/5
  1242/16 1249/2 1258/4 1269/7
  1269/7 1278/6 1278/13
**SEXTON [11]**   1226/4 1228/8
  1228/19 1234/24 1235/10
  1236/8 1238/21 1239/3
  1266/19 1276/3 1280/3
**shall [2]**   1237/23 1237/24
**She [2]**   1233/23 1233/23
**sheriff [19]**   1239/4 1250/21
  1257/2 1261/13 1261/22
  1264/3 1264/7 1264/12
  1264/19 1264/21 1264/23
  1265/3 1266/7 1266/16
  1266/20 1278/17 1280/5
  1280/14 1280/22
**sheriff's [16]**   1228/21
  1229/1 1231/2 1232/6 1234/5
  1236/12 1238/15 1251/15
  1252/20 1254/6 1264/22
  1266/15 1266/22 1278/13
  1280/5 1281/1
**sheriffs [2]**   1228/23 1235/11
**shifts [3]**   1256/24 1271/15
  1272/15
**shipped [1]**   1274/24
**shoot [1]**   1232/22
**short [1]**   1285/3
**should [1]**   1283/22
**show [5]**   1229/25 1230/20
  1244/23 1270/12 1270/17
**showed [6]**   1247/17 1247/21
  1249/25 1271/9 1271/19
  1271/19
**showing [5]**   1230/12 1233/17
  1237/8 1247/24 1270/11
**shown [1]**   1267/3
**shows [1]**   1275/10
**SHU [1]**   1277/4
**shuffling [2]**   1227/13
  1227/14
**side [1]**   1228/13
**sidebar [3]**   1242/9 1281/18
  1285/20
**signature [4]**   1267/17 1268/2
  1268/8 1268/13
**signatures [1]**   1236/23
**signed [1]**   1268/13
**simple [1]**   1269/6
**simply [1]**   1283/20
**since [1]**   1250/2
**Sir [153]**
**situation [2]**   1257/20
  1280/10
**six [4]**   1224/14 1249/11
  1250/11 1250/12
**six hours [1]**   1250/12
**six months [1]**   1249/11
**slightly [1]**   1263/23
**slip [5]**   1267/6 1267/23
  1268/8 1268/21 1268/25
**slips [1]**   1267/2
**Smith [5]**   1232/16 1235/3
  1255/25 1264/15 1264/24
**smoke [1]**   1272/19
**smuggled [1]**   1255/18
**so [38]**
**solely [1]**   1246/23
**some [13]**   1227/12 1229/7
  1231/17 1245/1 1247/4
  1247/14 1247/20 1252/1
  1253/16 1258/4 1261/8
  1262/13 1277/23
**somebody [2]**   1227/23 1269/15
**someone [1]**   1267/7
**something [4]**   1231/20
  1245/24 1260/18 1277/9
**sometimes [1]**   1227/20
**sorry [8]**   1234/21 1236/10

1241/2 1248/19 1272/1 1275/5
  1277/14 1281/6
**sort [2]**   1249/10 1262/11
**sound [1]**   1240/15
**sounds [3]**   1240/16 1241/25
  1250/16
**source [5]**   1254/1 1254/21
  1255/8 1255/12 1258/19
**sources [2]**   1254/14 1258/15
**speak [2]**   1232/25 1240/13
**speaking [1]**   1265/18
**Special [3]**   1240/21 1265/19
  1265/19
**specific [1]**   1285/1
**spectrum [1]**   1235/12
**speculation [5]**   1248/4
  1260/20 1263/12 1280/18
  1281/9
**spent [2]**   1250/4 1277/1
**spoke [4]**   1239/6 1240/9
  1240/23 1241/6
**Spring [2]**   1224/22 1225/6
**squad [1]**   1253/20
**stand [1]**   1227/10
**standing [1]**   1228/11
**started [2]**   1242/18 1275/3
**starting [3]**   1232/18 1239/20
  1250/8
**state [7]**   1235/16 1235/18
  1236/1 1252/15 1257/19
  1271/4 1274/24
**stated [1]**   1266/5
**statements [3]**   1266/1
  1284/24 1285/11
**states [11]**   1224/1 1224/4
  1224/6 1235/5 1243/8 1244/12
  1280/16 1281/13 1281/16
  1286/5 1286/9
**station [10]**   1228/21 1229/4
  1232/25 1271/10 1271/13
  1271/20 1271/25 1272/9
  1273/5 1273/8
**stats [1]**   1272/5
**stenographically [1]**   1286/6
**step [2]**   1281/14 1284/2
**stepping [1]**   1251/12
**stories [1]**   1283/13
**story [1]**   1233/22
**street [4]**   1224/22 1225/6
  1228/14 1230/23
**strike [2]**   1278/20 1279/1
**subject [5]**   1232/19 1232/20
  1233/19 1235/4 1274/14
**subjected [1]**   1276/16
**subpoenaed [1]**   1243/4
**successfully [1]**   1260/14
**such [1]**   1283/16
**suit [1]**   1261/2
**Suite [1]**   1225/12
**Summer [3]**   1275/3 1275/6
  1275/7
**supervisors [1]**   1232/5
**sure [9]**   1227/19 1232/1
  1237/20 1263/22 1271/1
  1272/25 1273/12 1276/12
  1285/19
**Sustained [9]**   1243/19 1248/5
  1255/5 1260/21 1260/25
  1263/13 1280/20 1280/25
  1281/10
**system [13]**   1251/6 1251/11
  1257/10 1258/12 1259/1
  1269/4 1269/21 1269/23
  1269/24 1269/25 1270/7
  1270/23 1271/4

**T**

**table [1]**   1272/8
**take [6]**   1249/5 1269/18

**T**

**take... [4]**   1274/1 1275/11
 1278/15 1284/8
**taking [3]**   1230/18 1237/2
 1237/2
**talk [1]**   1283/11
**talked [4]**   1254/17 1277/12
 1277/21 1279/3
**talking [4]**   1250/21 1264/1
 1264/25 1284/21
**Tanaka [15]**   1261/20 1263/5
 1263/18 1263/24 1264/6
 1264/10 1264/16 1264/19
 1265/1 1265/4 1265/11
 1265/23 1266/6 1266/8
 1266/12
**Tanaka's [3]**   1263/7 1264/8
 1264/23
**Tanner [3]**   1266/25 1274/4
 1275/21
**task [3]**   1252/15 1252/17
 1252/21
**Teixeira [1]**   1235/1
**telephone [2]**   1239/9 1240/9
**television [1]**   1283/14
**Tell [1]**   1251/23
**ten [2]**   1241/23 1277/6
**ten separate [1]**   1277/6
**ten year [1]**   1241/23
**tens [1]**   1257/4
**terrible [1]**   1277/14
**testified [8]**   1241/11
 1243/23 1244/19 1245/7
 1245/13 1245/21 1262/2
 1285/7
**testify [5]**   1242/24 1243/10
 1257/24 1276/6 1276/13
**testifying [3]**   1239/21
 1244/5 1246/14
**testimony [17]**   1242/7
 1243/15 1244/1 1244/11
 1245/3 1245/9 1245/20 1247/7
 1247/21 1249/20 1250/6
 1250/10 1250/20 1254/13
 1272/6 1277/24 1280/24
**than [4]**   1242/5 1253/17
 1254/22 1271/16
**Thank [2]**   1275/21 1285/21
**that [408]**
**That's [17]**   1239/15 1239/19
 1240/1 1241/10 1242/3
 1242/20 1246/1 1250/19
 1251/2 1252/23 1253/3
 1256/15 1261/21 1262/21
 1268/3 1268/6 1274/22
**their [5]**   1259/4 1259/4
 1259/8 1263/3 1270/21
**them [8]**   1227/15 1240/23
 1240/23 1250/5 1259/3 1259/7
 1264/21 1265/22
**then [12]**   1228/23 1230/6
 1234/16 1235/19 1250/9
 1252/3 1254/23 1255/24
 1267/17 1270/7 1283/25
 1285/9
**theories [1]**   1254/7
**there [24]**   1227/21 1254/7
 1255/2 1256/22 1256/24
 1258/11 1265/8 1268/16
 1268/18 1268/19 1268/23
 1269/6 1270/20 1271/2
 1272/13 1272/20 1273/21
 1276/10 1276/24 1277/15
 1277/23 1284/7 1285/1
 1285/19
**these [14]**   1231/16 1231/17
 1232/7 1239/21 1247/24
 1247/25 1250/1 1264/19

 1264/25 1266/6 1266/15
 1266/11 1267/23 1271/7
**they [40]**
**THIBODEAUX [2]**   1224/21
 1286/12
**thing [5]**   1227/17 1228/17
 1233/25 1234/8 1272/14
**things [2]**   1233/24 1249/2
**think [6]**   1227/15 1276/17
 1276/24 1283/3 1285/5 1285/5
**third [3]**   1229/23 1257/9
 1257/11
**this [78]**
**Thompson [16]**   1232/17 1235/1
 1235/9 1253/9 1254/11
 1255/25 1256/8 1261/2 1261/7
 1266/9 1266/12 1267/9
 1267/18 1267/25 1272/4
 1275/1
**Thompson's [1]**   1256/3
**those [19]**   1235/11 1240/24
 1241/4 1241/11 1241/17
 1242/2 1243/13 1245/1 1245/1
 1247/20 1251/16 1252/23
 1255/19 1258/14 1264/22
 1266/1 1271/10 1277/17
 1284/24
**though [4]**   1245/19 1249/24
 1264/9 1268/10
**thought [2]**   1234/2 1273/10
**thousand [2]**   1257/3 1260/17
**thousands [2]**   1257/1 1257/5
**three [3]**   1254/14 1276/18
 1277/8
**three potential [1]**   1254/14
**three separate [1]**   1276/18
**through [9]**   1228/20 1232/11
 1234/14 1236/17 1254/8
 1258/3 1269/16 1270/3
 1276/19
**throughout [1]**   1270/12
**time [59]**
**timed [1]**   1262/11
**timeline [1]**   1253/13
**times [9]**   1239/22 1240/12
 1240/24 1241/7 1248/16
 1259/11 1273/12 1278/1
 1280/7
**Title [2]**   1273/19 1286/4
**today [9]**   1245/17 1247/8
 1247/15 1247/21 1249/20
 1249/25 1250/6 1250/10
 1283/4
**together [1]**   1264/19
**told [8]**   1233/23 1256/8
 1261/7 1263/17 1263/24
 1264/10 1272/6 1272/7
**Tom [1]**   1245/12
**tomorrow [2]**   1284/3 1285/18
**took [6]**   1236/2 1245/10
 1249/2 1264/20 1266/15
 1271/6
**tool [1]**   1257/14
**top [5]**   1230/19 1233/19
 1234/23 1237/4 1274/7
**total [1]**   1229/13
**Towers [1]**   1256/4
**track [3]**   1228/13 1255/7
 1255/12
**transcript [3]**   1224/13
 1286/6 1286/7
**Transport [1]**   1235/18
**transported [2]**   1243/5
 1277/5
**travel [1]**   1252/5
**trial [7]**   1224/14 1257/16
 1257/20 1257/22 1257/24
 1270/12 1283/9
**tried [1]**   1255/7

**tries [1]**   1283/11
**true [7]**   1232/22 1233/16
 1263/17 1263/23 1264/9
 1264/15 1286/5
**truly [1]**   1232/7
**try [3]**   1228/1 1232/24
 1263/22
**trying [11]**   1233/7 1253/12
 1255/12 1258/16 1258/18
 1259/2 1263/19 1263/21
 1276/11 1280/22 1281/2
**Tuesday [1]**   1252/7
**turf [1]**   1234/6
**turn [10]**   1231/23 1266/24
 1268/15 1268/19 1268/23
 1272/19 1272/22 1273/23
 1276/15 1277/20
**turning [1]**   1229/23
**twice [2]**   1249/17 1277/5
**Twin [1]**   1256/4
**two [6]**   1241/11 1251/25
 1255/20 1271/13 1272/19
 1273/12
**two charges [1]**   1241/11
**two deputies [2]**   1271/13
 1273/12
**two investigating [1]**
 1255/20
**two weeks [1]**   1251/25

**U**

**U.S [3]**   1224/21 1240/7
 1240/20
**ultimately [1]**   1255/18
**unable [1]**   1246/12
**unaware [2]**   1241/25 1248/16
**uncomfortable [2]**   1278/10
 1278/11
**under [11]**   1232/22 1232/24
 1233/7 1233/9 1268/1 1269/9
 1269/21 1269/23 1270/16
 1270/18 1281/20
**undersheriff [8]**   1261/13
 1261/19 1261/20 1263/5
 1263/7 1266/8 1266/12
 1278/18
**undersheriff's [1]**   1266/23
**understand [9]**   1246/9
 1246/15 1253/12 1256/24
 1260/8 1263/10 1263/20
 1266/24 1271/1
**understanding [6]**   1229/18
 1246/2 1256/16 1263/7
 1279/13 1284/18
**understands [1]**   1284/11
**understood [5]**   1246/6
 1251/15 1256/12 1257/6
 1266/8
**unhealthy [2]**   1273/14
 1273/15
**uniform [1]**   1266/21
**Unit [1]**   1277/3
**UNITED [10]**   1224/1 1224/4
 1224/6 1243/8 1244/12
 1280/16 1281/12 1281/16
 1286/5 1286/9
**units [1]**   1235/13
**unleashed [1]**   1233/24
**unleashing [1]**   1234/4
**unless [1]**   1270/2
**unlimited [5]**   1263/3 1263/18
 1263/24 1264/4 1264/11
**unnerving [1]**   1233/24
**unpack [2]**   1258/22 1265/9
**unsworn [1]**   1229/1
**until [6]**   1232/25 1276/25
 1279/11 1283/6 1283/22
 1283/24
**up [6]**   1230/12 1269/25

**U**

**up... [4]**   1270/15 1275/10 1283/21 1284/8
**URC [1]**   1232/23
**URC/case [1]**   1232/23
**us [6]**   1225/5 1243/12 1262/8 1271/6 1273/17 1273/24
**used [5]**   1229/3 1257/6 1257/12 1257/23 1274/20
**using [2]**   1229/6 1283/17
**USP [1]**   1276/23

**V**

**vague [1]**   1243/18
**Value [1]**   1235/17
**various [1]**   1232/5
**verdict [1]**   1283/22
**very [9]**   1230/19 1246/18 1249/8 1255/20 1260/11 1260/13 1274/7 1278/14 1285/1
**via [1]**   1255/22
**VOLUME [2]**   1224/15 1231/23

**W**

**wall [2]**   1228/12 1228/15
**want [4]**   1257/17 1259/3 1270/25 1283/6
**wanted [2]**   1270/22 1272/25
**war [1]**   1234/6
**was [158]**
**Washington [1]**   1251/21
**wasn't [9]**   1244/3 1254/9 1256/23 1258/8 1264/9 1265/4 1265/10 1265/13 1276/7
**watch [3]**   1229/4 1272/11 1274/11
**watching [3]**   1272/10 1272/15 1273/8
**way [6]**   1228/18 1263/23 1269/24 1270/2 1273/3 1281/2
**we [53]**
**weapon [1]**   1257/7
**website [1]**   1258/20
**WEDNESDAY [2]**   1224/17 1227/1
**week [2]**   1252/1 1271/14
**weeks [1]**   1251/25
**well [16]**   1227/19 1234/5 1240/2 1240/10 1241/4 1247/18 1248/17 1257/22 1260/22 1265/19 1272/14 1273/17 1280/7 1280/21 1285/13 1285/17
**went [3]**   1235/19 1269/16 1276/23
**were [82]**
**weren't [3]**   1266/18 1266/19 1280/10
**WESTERN [1]**   1224/2
**Westwood [1]**   1240/4
**what [60]**
**when [31]**   1230/8 1235/14 1245/7 1245/13 1247/13 1248/13 1251/20 1251/21 1251/23 1252/12 1257/11 1258/15 1259/18 1260/8 1262/12 1264/25 1266/19 1269/2 1269/20 1270/6 1271/3 1272/9 1272/18 1272/20 1276/10 1277/10 1277/12 1277/14 1277/16 1278/11 1284/20
**where [13]**   1235/19 1236/2 1238/7 1250/17 1258/19 1258/21 1264/18 1270/20 1271/20 1271/23 1276/23 1277/4 1278/8
**whether [2]**   1246/23 1255/15

**which [18]**   1228/9 1229/5 1229/10 1231/7 1235/8 1235/17 1236/8 1237/13 1243/2 1249/8 1254/24 1255/7 1255/16 1264/24 1273/19 1276/19 1276/23 1285/2
**while [10]**   1237/18 1259/11 1271/12 1272/1 1273/4 1273/7 1274/12 1276/4 1279/13 1280/15
**who [13]**   1229/16 1229/18 1229/21 1236/14 1243/13 1253/21 1254/1 1255/11 1260/18 1269/3 1274/10 1278/6 1283/15
**whole [1]**   1228/19
**why [4]**   1234/1 1258/25 1267/13 1279/17
**will [10]**   1227/23 1232/13 1236/24 1242/10 1270/1 1270/12 1270/17 1284/2 1285/14 1285/18
**William [1]**   1235/1
**willingly [1]**   1237/25
**withdraw [1]**   1242/10
**within [3]**   1243/5 1253/20 1278/14
**without [1]**   1246/25
**witness [10]**   1226/3 1227/10 1228/1 1242/23 1257/23 1258/16 1258/23 1281/15 1283/4 1284/1
**witnesses [1]**   1227/17
**wording [1]**   1274/4
**words [1]**   1257/12
**wore [2]**   1261/2 1266/21
**work [2]**   1263/3 1281/2
**worked [3]**   1254/5 1256/20 1259/12
**working [3]**   1252/21 1256/17 1281/6
**works [1]**   1256/24
**world [1]**   1233/24
**would [36]**
**wouldn't [3]**   1249/21 1260/10 1272/12
**writ [4]**   1243/11 1243/12 1262/17 1277/2
**writing [2]**   1267/21 1267/25
**writted [2]**   1242/23 1243/3
**wrong [1]**   1285/9

**Y**

**year [10]**   1239/20 1241/19 1241/23 1242/15 1242/18 1248/20 1249/13 1250/7 1262/20 1275/7
**year-and-a-half [2]**   1242/15 1242/18
**years [3]**   1242/5 1259/22 1277/7
**yes [127]**
**you [296]**
**your [97]**