UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

United States of America,        )
                    PLAINTIFF,   )
                                 )
VS.                              )   NO. CR 16-66 PA
                                 )
Leroy Baca,                      )
                    DEFENDANT,   )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY SEVEN

VOLUME I OF II

LOS ANGELES, CALIFORNIA

THURSDAY, MARCH 2, 2017

_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012

FOR DEFENDANT:

    MORGAN LEWIS AND BOCKIUS LLP
    BY:  NATHAN J. HOCHMAN
    -and- BRIANNA ABRAMS
    1601 Cloverfield Boulevard
    Suite 2050 North
    Santa Monica, CA  90404

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I N D E X

WITNESS NAME                                        PAGE

CECIL RHAMBO

    Direct Examination by Ms. Rhodes    1304

    Cross-Examination by Mr. Hochman    1317

    Redirect Examination                1347

    Recross-Examination                 1348


GUS ACADEMIA

    Direct Examination by Mr. Jauregui  1350

    Cross-Examination by Mr. Hochman    1359


WILLIAM "TOM" CAREY

    Direct Examination by Mr. Fox       1367


| EXHIBIT | I.D. | IN EVID. |
| --- | --- | --- |
| 19 | 1310 | 1311 |
| 2 - 8,13,16-19,24,25,28, 29,44,45 | 1380 | 1380 |

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES, CALIFORNIA; THURSDAY, MARCH 2, 2017

8:00 A.M.

- - - - -

(The following proceedings were held outside the presence of the jury:)

THE CLERK:  Item 1, CR 1666A PA, United States of America versus Leroy Baca.  Counsel, please state your appearances.

MR. FOX:  Good morning, your Honor.  Brandon Fox, Lizabeth Rhodes and Eddie Jauregui on behalf of the United States.  Also with us at counsel table is FBI Special Agent Leah Tanner of the Federal Bureau of Investigations.

MR. HOCHMAN:  Good morning, your Honor.  Nathan Hochman and Brianna Abrams on behalf of defendant Leroy Baca, who is present.

THE COURT:  Good morning.

All right.  I believe all the jurors are here.

MR. FOX:  Your Honor, I think there are a couple of things that we need to talk about before, if possible. First of all, when you admonished the gallery about noises, the courtroom sketch artist was not here, and then she came and sat in the same position afterward.

And it is loud.  We have an agent that is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

sitting near her and he says that he can't hear what is happening with the witnesses.

I know in the past you have actually asked her to move to the other side of the courtroom.  And we are asking that you do that.

There is important testimony that we might be prejudiced by if obviously the jury can't hear what they are saying.  So that is number one.

Number two, I think there is an evidentiary issue with respect to Mr. Rhambo, and as of five minutes ago, Mr. Rhambo was stuck in traffic.  He is getting off the freeway now.  So I think that he is hopefully going to be here within ten minutes.

Obviously that is not ideal, but that is where we are at right now with Mr. Rhambo.

THE COURT:  Okay.

MR. HOCHMAN:  Your Honor, so, again, in making sure I comply with the Court's orders, Ms. Rhodes informed me this morning that she intends to ask Mr. Rhambo about the conversation he had with Mr. Baca, the don't F with the feds conversation, if the Court recalls from the last trial.

And what happened at least in the last trial is that actually it was Mr. Fox I think asked Mr. Rhambo what did you tell Sheriff Baca and what was his response.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

My understanding is that Ms. Rhodes intends to ask Mr. Rhambo what did you tell Sheriff Baca, and then "nothing," to the extent that she apparently is not going to elicit any response at all.

And I think at that point, your Honor, we have a 403 problem because I think what happens is that it becomes misleading to the jury, whether or not Sheriff Baca had a response, whether or not he heard what Mr. Rhambo is saying, because the stuff that Mr. Rhambo is saying obviously is very prejudicial, is very inflammatory, saying don't F with the feds. It is obstruction of justice.

In fact, I am a former narcotics investigator and I know about Section 148, I think is what he said last time, at least.

And to not include Mr. Baca's response, which was actually a fairly brief response about the fact that, you know, the FBI has been partners, I think it is a crime -- it wasn't a very long response, but at least it was some response to the sort of very inflammatory and prejudicial statements that they want to get in for Mr. Rhambo.

So I think it is -- your Honor, I understand that anything Sheriff Baca says is hearsay if I introduce it.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

But I also think we have a big 403 problem if the jury is going to be completely misled that there was no response to these extremely prejudicial, inflammatory responses.

If the Court recalls in Mr. Fox's opening, he highlighted this section to the jury as to what Mr. Baca was being told of him.

So I think on that basis, your Honor, I would either ask to strike that portion of Mr. Rhambo's testimony under 403 or permit a brief -- a sort of a brief response as to what Sheriff Baca did respond to these highly inflammatory questions that he was being -- or statements that he was -- questions and statements he was being asked.

THE COURT:  All right.  What is the government's position?

MS. RHODES:  The government's position is, your Honor -- and I have the grand jury transcript.  The whole conversation is about from Page 39 to 41.  Mr. Baca's response was, (Reading:) Well, you know, I am not sure why they did what they did, but I am going to talk to Andre, meaning Birotte.  I am going to meet with him and see what is going on.  Maybe we can work this out.  I am going to go talk to Andre and we will figure it out.  If they need our support, we will do it.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

The government's position is that is hearsay, and in fact the 403 issue is that it is more prejudicial than probative.

Moreover there is no relevance because whether or not Mr. Baca and the sheriff's department wanted to work with the federal investigation is irrelevant to whether they obstructed justice.

So Mr. Rhambo's comments are notice for Mr. Baca, but Mr. Baca's responses are irrelevant, hearsay, and more prejudice than probative.

MR. HOCHMAN:  And that would be true, your Honor, if the government's theory in opening, which they are, I assume, going to repeat in closing, is that Mr. Baca's motivation was for the police to police themselves and not to have the U.S. Attorney's office or the FBI be part of the partnership in policing the police.

And clearly, to the extent that Mr. Baca's response right then and there is I am going to go talk to Andre, Andre Birotte being the U.S. attorney, goes to show at least the response, the contemporaneous response to the government's motivation to go ahead and commit the obstruction of justice, which is that the police should just police themselves.

And having a discussion with Andre Birotte, which actually then Andre Birotte will testify about that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

meeting, your Honor, I think that becomes under 403 very misleading and distorts the evidence if we only have one section of it but don't have that response by Sheriff Baca to it.

THE COURT:  Okay.

MS. RHODES:  Your Honor, I don't believe there will be any prejudice, as Mr. Birotte is going to testify.  And if anything at all needs to come in, I would ask that I could lead the witness into just did he say he was going to meet with Andre Birotte.  The other things are certainly irrelevant and hearsay.

MR. HOCHMAN:  And again, your Honor, I believe the other very brief remarks are directly on point to the points that he is making.  I mean he is basically saying that you are F'ing with the feds -- i.e., you are not working with the feds, you are obstructing justice.

So his brief responses that Ms. Rhodes just highlighted I think help cure any potential distortion, the response of Sheriff Baca to, you know, these statements coupled with the fact that he actually does have the meeting thereafter with Andre Birotte.

So I think, again, it helps provide at least a context for the jury on how one statement then leads to the meeting.  Without it, you have no context whatsoever.

THE COURT:  Okay.  Well, I don't find there is any

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

prejudice.  The fact that he wanted to meet with the U.S. attorney, that is going to come out during the course of the trial, and unfortunately, Congress has enacted the hearsay rule, and it is pretty clear.  It has been reviewed by numerous Courts of Appeal.  And if he wants to file a response, he can get on the stand and do it.

MR. HOCHMAN:  Your Honor, there is actually --

THE COURT:  Excuse me.

MR. HOCHMAN:  I'm sorry.

THE COURT:  Sir, we are done.

MR. HOCHMAN:  May I just augment on this one little part, your Honor.  I very much ask for the Court's indulgence.

If you recall, there are two meetings with Andre Birotte.  There is one on August 29th.  There is one on September 27th.  Which one of the two meetings Cecil Rhambo is talking -- the timing of his conversation with Sheriff Baca is actually very important, your Honor.

And I think what he will say, at least what he said in the grand jury, is that Sheriff Baca said he had not met with Andre Birotte before, when they had had that meeting.  So I think for this limited purpose, your Honor, as establishing the timing of when this conversation occurred, that even if it is a limited statement, your Honor, that he had not met with Andre

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Birotte at the time he had this conversation with Sheriff Baca, I think for that limited purpose it has to come in.

Otherwise there is no way to time place this particular situation because the jury is going to hear there are two Andre Birotte conversations.  And Mr. Rhambo and the grand jury said that this one occurred before the sheriff had ever met with Andre Birotte at all.

I think that is a very important timing fact of the conversation.  And if you recall when Mr. Rhambo testified last time, he said he couldn't remember if the conversation occurred in August or September, which the August would be before the August 29th meeting.  The September would be the September 27th meeting.

So I think for that limited purpose, your Honor, and I am happy to have Ms. Rhodes lead the witness so he doesn't get in any statements beyond it, I think that is very important, your Honor.

THE COURT:  You guys want to work something out, that is fine.  But otherwise, I have ruled, and that doesn't persuade me otherwise.  And, you know -- anyway.

All right.  Anybody know what the status is of the witness?

MR. FOX:  Mr. Rhambo is parking right now.  There

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

is another witness who is here, but he is represented and his attorney is not here.  It is Gus Academia.

So I think it is probably best, your Honor, if we can still wait for Mr. Rhambo, even though it inconveniences the jury, unless this other witness' attorney gets here.

Unfortunately, we called Mr. Rhambo yesterday as well before the jury left.  So I think it would be odd if he wasn't the witness that the jury heard from.

Your Honor, we are having an agent go downstairs to see if he can usher Mr. Rhambo in so he can get in front of the line at security if there is a line.

THE COURT:  That is fine.  I am not sure it is necessary.  Unless somebody has an objection, I am going to ask that the clerk go back and tell the jury that we are going to be delayed about ten minutes due to a witness issue.

MR. FOX:  That is fine with the government.

MR. HOCHMAN:  Just so -- I don't want them to -- that is fine, your Honor.  That is fine.

THE COURT:  You want me not to say anything about the witness, just that we are going to be delayed another 10 minutes?

MR. HOCHMAN:  Probably, your Honor.

THE COURT:  Okay.  Tell the jury we are going to

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

be another 10 minutes.

MR. FOX:  Your Honor, a couple of other things, as long as we have time.  I think these are easy issues.  We have reached an agreement on the Antuna(Ph.) deposition that Mr. Baca gave.

In our case in chief, we are only going to be introducing the statement that Mr. Baca made about Mr. Tanaka.  There is no objection as to the authenticity or admissibility of that clip is my understanding.

MR. HOCHMAN:  Well, your Honor, I have made my objections for the record on that clip, and the fact that I believe it opens the door to the testimony of Mr. Baca's mental health condition at the time.

My understanding is that the Court -- well, I don't know if we actually got a formal ruling on that, your Honor.  I would appreciate a formal ruling if we could.

And then in light of your ruling, if your ruling is that you are going to let it in without the mental health component of it, because the government is only playing that clip, then on that basis, given the fact that I have seen a certified transcript that the agent has then compared to the video, I would not be challenging the fact that the video clip reflects the language in the certified transcript.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

But I would still seek to introduce the mental health evidence even with the one clip that they introduced because it is a clip from January 29, 2015. It deals with memory issues.

I think Mr. Baca's memory and the condition of his memory, as he is testifying memory issues in January, 2015, is very relevant. And on that basis we filed the motion, or the response to the motion on this.

MR. FOX: Your Honor, as we briefed on this, this one statement specifically does not -- Mr. Baca does not discuss one specific event. He is discussing a relationship over a period of time. And there is nothing that Mr. Hochman's expert notice has ever done that discusses Mr. Baca's statements and how it is linked to any mental health condition he may have. And under 403 as well, we think that it is inappropriate.

MR. HOCHMAN: And just the rejoinder to that, your Honor, is that Mr. Baca is clearly talking about his memory of a Baca-Tanaka relationship, because Mr. Tanaka left the sheriff's department in 2013, and this Baca-Tanaka relationship would be between 2013 before, when he is talking it in 2015.

And as far as what the mental health expert would say, is that we have the scientific tests by January, 2015 to definitively establish that he has

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Alzheimer's.  He is in the mild cognitive impairment stage of Alzheimer's.  And the expert would testify that the mild cognitive stage of Alzheimer's affects one's long-term memory.

So we do have that evidence that we proffer to the Court should the Court decide to admit such evidence.

THE COURT:  As far as I am concerned, I have already ruled on that issue, so I don't believe playing that clips that that were given to me would open the door.

MR. FOX:  Your Honor --

MR. HOCHMAN:  And, your Honor, counsel and I have gotten together on a limiting instruction that will apply I think when Mr. Horsan and Mr. Michel testify.  I don't believe it will be today, but we have a moment.  This is the same limiting instruction that you gave in the last trial.

It says the defendant is not on trial for any conduct, offenses or allegations of inmate beatings or deputy abuse that are not charged in the indictment.  The only thing you are to determine is whether the defendant is guilty or not guilty of the charges in the indictment.

I believe Mr. Curzon is going to be testifying about an inmate -- the deputy who witnessed, I believe Mr. Michel, will be testifying about deputy abuse he

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

committed.  And we would ask that this instruction be read at the appropriate time with each one of their testimonies.

May I present the court clerk with a copy of this instruction given to the Court?

THE COURT:  I am sorry?

MR. HOCHMAN:  May I present your court clerk with a copy of the instruction, your Honor.

THE COURT:  That is fine.

(Pause in proceedings.)

MR. FOX:  Your Honor, Mr. Rhambo is here.

THE COURT:  All right.  Just one second, please.

Isn't this the gist of this instruction? Isn't it really -- isn't it the same as instruction 3.10?

MR. FOX:  Yes, your Honor.

MR. HOCHMAN:  I don't have 3.10 in front of me, your Honor.

THE COURT:  Okay.

MR. HOCHMAN:  I think what we did last time, Mr. Fox and I --

THE COURT:  I know what you did last time.

MR. FOX:  Your Honor, the only thing that we think is that if you are going to be giving a limiting instruction like this, which we do not object to, that you also provide limiting instructions based on some of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the things that the defense has raised.  And we can

present to you our proposals on that tomorrow morning.

And that would relate to, for example, the

agent's experience -- one second, I have notes on this.

The agent's experience, the danger of a cell

phone, and the decision not to tell the sheriff's

department about their investigation.

So if you are going to be limiting them on

something like this, I think it is appropriate to limit

them on what they have heard about from the defense as

well.

THE COURT:  Well, is this issue going to come up

today?

MR. FOX:  I don't think so.

MR. HOCHMAN:  No, your Honor.

THE COURT:  Okay.  So you may want to take a look

at 3.10.

MR. HOCHMAN:  I will, your Honor.

THE COURT:  Because I think there is -- I don't

have a problem essentially with this, but I think they

can consider that -- I think they can consider some of

that and they can consider it only as it relates to the

charges of the indictment.

MR. HOCHMAN:  Correct, your Honor.

THE COURT:  So, take a look at 3.10 and maybe we

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

can --

MR. HOCHMAN:  All right.  I will look at it and we will get back to you.  I think we can deal with this probably tomorrow morning, your Honor.

THE COURT:  That is fine.

MR. HOCHMAN:  Thank you.

MR. FOX:  Would you like Mr. Rhambo on the stand?

THE COURT:  Yes.  Let's bring the jury.

(The following proceedings were held in the presence of the jury:)

THE COURT:  All right.  The government will call its next witness.

MS. RHODES:  Yes, your Honor.  The United States calls Cecil Rhambo.

THE COURT:  All right.  The clerk will swear the witness, please.

THE CLERK:  Please state your full name and spell your last name for the record.

THE WITNESS:  Cecil Rhambo, C-E-C-I-L, R-H-A-M-B-O, Jr.

MS. RHODES:  May I proceed, your Honor?

THE COURT:  Yes.

///

///

///

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

DIRECT EXAMINATION

BY MS. RHODES:

Q     Mr. Rhambo, what do you currently do for a living?

A     Currently I am the city manager of Compton.

Q     And at some point prior to that, did you work the Los Angeles County Sheriff's Department?

A     Yes.

Q     For what period of time?

A     From 1981 until 2014.

Q     And in 2014, did you retire?

A     Yes.

Q     What was the last position you held with the Los Angeles County Sheriff's Department?

A     Assistant sheriff.

Q     And during what period of time did you hold that position?

A     From roughly the late spring of 2011 until retirement.

Q     I would like to have Exhibit 108, which has been admitted into evidence, placed on the screen before you, and I am going to ask you if it fairly and accurately depicts where the assistant sheriff position was in the organizational chart of the sheriff's department in August and September, 2011.

        And if I could just have Special Agent Tanner

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

go over the top part.

Mr. Rhambo, does this show where the position of assistant sheriff was in August and September 2011?

A    Yes.

Q    As an assistant sheriff, what were your duties?

A    My duties were to be of direct assistance to the sheriff and command or supervise the division of chiefs over the divisions that were underneath my command, which were technical services, corrections, court services, custody, leadership and training and administration services.

Q    And prior to becoming the assistant sheriff, what was your position at the sheriff's department?

A    I was division chief and field operations, region 2.

Q    When you were the division chief, who did you report to?

A    Let me think back.  I think Mr. Tanaka.

Q    And what position was Mr. Tanaka when you were the division chief?

A    He was an assistant sheriff.

Q    What happened that allowed you to be promoted to assistant sheriff?

A    Well, any position above the rank of chief is an appointment directly by the sheriff.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Case 2:16-cr-00066-PA   Document 418   Filed 08/11/17   Page 21 of 161   Page ID #:9653

Q     And did some retirement happen so that you became assistant sheriff or how did that work?

A     Yes, a retirement did occur, and I forgot which retirement it is at this point, but yes, a retirement occurred.  Mr. Wally (ph.), I believe, left the organization.  And there was a succession of that movement.

Q     And when you say a succession of that movement, does that mean you moved to assistant sheriff from division chief?

A     Yes.

Q     And did Assistant Sheriff Paul Tanaka also move at that time?

A     He moved up to undersheriff.

Q     And you mentioned that anyone above the level of chief was chosen by Mr. Baca?

A     It's actually commander.  Once you reach commander, all the chiefs are at-will employees by the sheriff.

Q     So you were selected by Mr. Baca?

A     Yes.

Q     And Undersheriff Paul Tanaka was selected by Mr. Baca?

A     Yes.

        MS. RHODES:  I would like to have Exhibit 139 placed on the screen -- it has already been admitted in

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

evidence -- and have the cross -- middle portion highlighted or expanded, please.

Q      Mr. Rhambo, can you tell the jury where your office was as an assistant sheriff in the summer of 2011?

A      My office -- so for the jury's perspective, if you look in the left-hand corner, upper left-hand corner, my office is in the corner back there.  Left side on the upper part of it.

Q      So if I put -- is it right here, where I have just made a line?

A      Yes.

Q      So I will put an "R" for Mr. Rhambo.

       And the sheriff's office can you tell us where that was?

A      The sheriff's office is in the lower right portion of the -- of that map.

Q      Is that where I am placing a "B"?

A      Yes.

Q      Thank you.  By the time you became an assistant sheriff, how long had you known Paul Tanaka?

A      I have known Mr. Tanaka since 1983.

Q      And how long had you known the defendant, Mr. Baca?

A      I had known who he was, but I really didn't get to know him fairly well until about the '90s.

Q      And while you were working on the fourth floor of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

sheriff's headquarters, did you have an opportunity to interact with both Mr. Tanaka and Mr. Baca?

A     Yes.

Q     And at the time you became assistant sheriff and Mr. Tanaka became undersheriff, can you please describe the relationship as it existed between Mr. Tanaka and Mr. Baca?

A     At that time, you know, the sheriff is -- his relationship with Paul was kind of like a mentor.  Paul and the sheriff were probably 20 years apart in age.  So he mentored Paul from a very young age, actually.  You know, probably starting in his 30's up through the point where he was undersheriff.  So they were pretty close.

Q     And when you talk about Paul, that is Mr. Tanaka; right?

A     Yes.

Q     In approximately August 2011, the summer of 2011, did you become aware that a phone with some relation to the FBI had been found at Men's Central Jail?

A     Yes.

Q     And had phones previously -- cell phones previously been found in custody facilities?

A     Yes.

Q     Was Mr. Baca's response to the phone that was found in August, 2011, different?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       Yes.

Q       How?

A       Well, this particular phone, once we discovered that it was an FBI phone, the sheriff was very concerned, upset.

Q       And after that connection that the phone was linked to the FBI, did you have a discussion with Mr. Baca about the phone?

A       Yes.

Q       And where was this discussion?

A       Well, I had several discussions just in brief, but generally they happened in his office.

Q       Okay.  In this first discussion, did you make any suggestion to Mr. Baca about what he should do with regard to the phone that was found?

A       Well, yes.

Q       What did you say.  What did you tell him?

A       Return the phone back to the FBI.

Q       And in this same discussion, did you make any suggestion about what Mr. Baca should do with regard to the inmate who had possessed the phone?

A       Generally, my discussion resolved around just once we found out it was an evidence phone for the FBI, give the phone back, give them back the inmate.  We don't want to get involved with interfering with that, whatever is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

going on.

Q    I would like you to now turn your attention -- you should have a binder, Volume I, and look at Exhibit 19.

Do you have that in front of you, Mr. Rhambo?

A    Yes.

Q    And do you recognize Exhibit 19?

A    Yes.

Q    What is it?

A    It is an e-mail sent from me on August 19th, 2011, 9:51 p.m., to Lieutenant Greg Thompson.

Q    Okay.  And is this a fair and accurate copy of the e-mail that you sent and received, the e-mails between you and Mr. Thompson?

A    Yes.

MS. RHODES:  Your Honor, I would move for the admission of Exhibit 19, please.

MR. HOCHMAN:  No objection, your Honor.

THE COURT:  Will be received.

Q    BY MS. RHODES:  Now, if we could publish Exhibit 19. And could you -- I'm sorry, let me -- starting at the bottom, the e-mail from Mr. Thompson to you on August 19th at 3:40, Friday August 19th at 3:40 p.m., could you please read the content of that e-mail?

A    (Reading:)  Subject, Sir, I met with the sheriff, Mr. Tanaka, Tom Carey, and IIB in regards to the cell

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

phone.  Too much to type.  I am on the SHB patio waiting to brief you.

Q    And could you then read your response starting from the sent time and date?

A    The sent time and date was Friday, August 19th, 2011 at 9:51 p.m.  It was to Greg Thompson.  Subject, it just said Re.

(Reading:) Paul briefed me.  We went to see the sheriff.  I was given a partial briefing.  I don't even want to know.

Q    Now, at this time, August 19th, 2011, one of your responsibilities as assistant sheriff was custody; is that right?

A    Yes.

Q    And did that mean that in general Mr. Thompson reported up the chain to you?

A    Yes.

Q    Did something different happen with OSJ's reporting during this time period, August 2011?

A    At that time, once the phone was discovered, then OSJ was starting to report directly to the sheriff's office.

Q    And so were you kept in the loop about what was going on with the phone that had been found in custody, the FBI phone?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Not the day-to-day actions, whatever it was they were doing with the phone.

Q    Based on your interactions and observations on the fourth floor of sheriff's headquarters, who was in charge of the response to the phone?

A    The sheriff and the undersheriff.

Q    At some point, did you hear that the sheriff's department and Mr. Baca had ordered an investigation into the FBI?

A    Yes.

Q    And did you talk to Mr. Baca about that?

A    Yes.

Q    Where was that discussion?

A    In his office.

Q    And what time of day was that?

A    If I recall, it was in the afternoon, evening hours.  After work.

Q    And do you know the date?

A    I don't recall.

Q    Who else was there?

A    Just the sheriff and I.

Q    And what is it at that time that you told Mr. Baca?

     MR. HOCHMAN:  Objection.  Foundation as to the date of the meeting, your Honor.

     THE COURT:  Overruled.  He can answer.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE WITNESS:  Well, I was trying to explain to the sheriff, you know, how investigations go.  Having worked undercover for the FBI before in narcotics, explaining that introducing a phone, albeit illegal, in custody sometimes things happen like that.  So working undercover, you do things that would be construed as breaking the law to enforce the law.

And I basically told the sheriff, you don't want to mess around with the FBI.  And I used a little profane language, but I wanted to emphasize my point.

Q    BY MS. RHODES:  When you say you used a little profane language, what is it in fact you said to Mr. Baca at that time?

A    I just -- I told him just don't fuck with the FBI. Don't fuck with the feds.

Q    Now, did you also talk to him about what his actions would be if he did mess around with the feds?

A    Well, so in state law enforcement there is a section called 148, which is obstruction or interfering with a peace officer in the line of his or her duties.

So I was trying to make that type of analogy to let him know that if we start interfering, hiding the phone, whatever it was they were doing, that it could be construed as obstruction.

Q    And after that, did Mr. Baca tell you that he was

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

going to go meet Andre Birotte, the U.S. attorney?

A    I believe so.  And also the head of the FBI too.  I think Martinez.

MS. RHODES:  Your Honor, at this point I would like to play what has already been authenticated, Exhibit 2, clip 38, the transcript of which is in the binders of the jury marked Exhibit 3, I think.

THE COURT:  We have a couple of binders here.

MS. RHODES:  Exhibit 3.

THE COURT:  I think there is probably more than -- I think there is a 3 in each one of these.  Let's make sure we have the right one.

MR. FOX:  Your Honor, on the label it says Exhibit 3.  There is a separate binder for Exhibit 3.

THE COURT:  All right.

MS. RHODES:  It is behind tab 38 in your binders, in the jury binders.

And, your Honor, before playing it I would move to admit clip 38 of Exhibit 2.

THE COURT:  All right. Any objection?

MR. FOX:  The objections have been stated for the record, your Honor.  Beyond those, none.

THE COURT:  All right.

MS. RHODES:  At this time I ask to play clip 38 of Exhibit 2.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(Audio played.)

Q    BY MS. RHODES:  Mr. Rhambo, Mr. Baca stated in a portion of this transcript that no assistant sheriff is going to talk to him and him see that as some sort of form of internal conversation.

Was that an accurate statement?

A    There have been frank discussions with the sheriff. And I can't speak for other assistant sheriffs.  I can say that he and I have had some pretty frank conversations, particularly in those days.

Q    And at the end, Mr. Baca said, "So, if he said" -- meaning you -- "don't fuck with the FBI to me, that would shock me."

Was there a reason that you in fact used profanity when you were speaking to the sheriff about the investigation planned?

A    So, in some respects the sheriff is correct.  We normally don't use profane language when we discuss things, even in jest.  But I really needed to get the point across that what they were thinking about, what they were discussing was serious, and I couldn't physically grab him by his jacket and say snap out of it. So I kind of used the language to hopefully jar his sensibilities about what was going on.

Q    And when you say what they were thinking about,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

what was your understanding of what they were thinking about?

MR. HOCHMAN:  Objection.  Asked and answered, and calls for speculation.

THE COURT:  Overruled.  You can answer.

THE WITNESS:  Well, they had already begun being alarmed about this phone as well as the inmate, but there was some discussion about approaching the agent involved. I didn't know the agent's name at the time.  And I thought it was just getting a little bit out of -- outrageous, quite frankly.

MS. RHODES:  May I have one moment, your Honor.

THE COURT:  Yes.

MS. RHODES:  Nothing further.

THE COURT:  All right.  Cross-examination.

MR. HOCHMAN:  Yes, your Honor.

Your Honor, could I see you briefly at sidebar.

THE COURT:  Yes.

(From 8:43 to 8:45, the proceedings, Page 1317, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the

presence of the jury:)

MR. HOCHMAN:  May I proceed, your Honor?

THE COURT:  Yes.

MR. HOCHMAN:  Thank you.


CROSS-EXAMINATION

BY MR. HOCHMAN:

Q     Mr. Rhambo, you started in the sheriff's

department, I think you said 1981?

A     Yes.

Q     And you retired in 2014; is that correct?

A     Yes.

Q     And Sheriff Baca started in the sheriff's

department approximately 1965?

A     Yes.

Q     And he retired January of 2014; is that correct?

A     Yes.

Q     And Mr. Tanaka started in the sheriff's department

in I think 19 -- in the early 1980's?

A     Yes.

Q     And he retired in March of, 2013; is that correct?

A     Yes.

Q     Now, I would like to focus your attention on the

events of the summer of 2011.  Do you have that in mind?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    I think you testified about Exhibit 108, which was the organizational chart that the government showed you; is that correct?

A    Yes.

MR. HOCHMAN:  Your Honor, I would like to present Defense Exhibit 518, which is a blowup of that chart to the witness.

THE COURT:  Have you shown it to counsel?

MR. HOCHMAN:  I have, your Honor.

THE COURT:  All right.

MS. RHODES:  May I have a moment, your Honor.

THE COURT:  Yes.

(Counsel confer.)

(Counsel approaches witness.)

Q    BY MR. HOCHMAN:  Mr. Rhambo, Defense Exhibit 518 is a blowup of Government's Exhibit 108; is that correct?

A    Yes.

Q    And that is also a true and accurate depiction of the organizational chart at the time of August and sent 2011; is that correct?

A    Yes.

Q    Could you --

MR. HOCHMAN:  Your Honor, if the witness might approach the chart with a red marker in order to just

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

indicate certain things on the chart.

THE COURT:  That is fine.

MR. HOCHMAN:  Thank you.

Q    If you could step down and approach the chart.

Now, on the top of this chart is the position of sheriff which was Sheriff Lee Baca at the time; is that correct?

A    Yes.

Q    And then it says there is an undersheriff; is that right?

A    Yes.

Q    And the undersheriff is in charge of the same organizational divisions and bureaus and units that the sheriff was in charge of; is that right?

A    Yes.

Q    Now, below the undersheriff, though, there is two assistant sheriffs; is that correct?

A    At that time.  Yes.

Q    Could you put an X, a red X next to the assistant sheriff box that you were in?  Make it a big red X, if you could.

And the assistant sheriff position that you held was in charge of certain divisions; is that correct?

A    Yes.

Q    And those divisions dealt in part with custody; is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

that right?

A      Yes.

Q      And what else did they deal with?

A      What other divisions?

Q      Yes.

A      Technical services division, court services division, leadership and training division, and administrative services.

Q      And with each one of those divisions, could you indicate the line of the division level on the chart? You can just point to it?

A      So this is -- all the division chiefs are here.

Q      I see.  So then, then below the assistant sheriff are the chief level; is that correct?

A      Yes.

Q      And then below that, within each of the divisions, there is a number of bureaus or units or jails; is that correct?

A      Yes.

Q      Now, could you put a red circle around the Men's Central Jail?

A      (Indicating.)

Q      And the Men's Central Jail was just one of the seven jails that were part of the sheriff's department jails in August and September of 2011; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    And you were in charge -- well, as the assistant sheriff, you were -- the Men's Central Jail fell within your duties; correct?

A    Yes.

Q    And then there is an additional line, I believe, over to the right dealing with the Administrative Services Division.  Do you see that?

A    Yes.

Q    And the Administrative Services Division, that is like the budget and stuff like that; is that correct?

A    Yes.

Q    Now, that wasn't under your direct supervision; is that correct?

A    No.

Q    Because that is the one -- if you could indicate the line from the Administrative Services Division that goes right to Undersheriff Tanaka; is that correct?

A    Yes.

Q    Could you just show where that is and just indicate the line?

A    (Indicating.)

Q    So Undersheriff Tanaka was in charge of the bucket; is that correct?

A    Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And he had expertise in the budget, having worked in the Administrative Services Division before; correct?

A      Yes.

Q      Now, with respect to the other part of the chart, that was the Assistant Sheriff Marv Cavanaugh; is that correct?

A      Yes.

Q      Could you put a little asterisk by Marv Cavanaugh? And that part of the sheriff's department was in charge of the patrol stations; is that correct?

A      As well as detectives and Homeland Security, yes.

Q      And there were approximately 23 patrol stations at that time?

A      Yes.

Q      And they were actually broken down under field operations regions; is that correct?

A      Yes.

Q      Regions 1, 2 and 3?

A      Yes.

Q      And you had just come from region 2 as the chief of it; is that correct?

A      Yes.

Q      Could you just briefly circle region 2 and show where it is?

A      (Indicating.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     And you said in addition to the various patrol stations that assistant sheriff was in charge of the detective division; is that correct?

A     Yes.

Q     And those are the detectives, everything from commercial crimes, homicide, major crimes, and narcotics; correct?

A     Yes.

Q     And then something called the Homeland Security Division; is that right?

A     Yes.

Q     What was generally that?

A     That division covered Aero Bureau, Emergency Operations Bureau, Reserve Forces, Special Enforcement Bureau, which is a SWAT team, Transit Services Bureau, which is the Blue Line, Metro Line, and Community College Bureau, which are all the community colleges in LA County.

Q     And all those divisions -- excuse me, you said there is the chief level.  Now, below the chiefs there is commander level; is that correct?

A     Yes.

Q     And then a captain level?

A     Yes.

Q     And then a lieutenant, sergeant, and deputy level;

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

is that correct?

A      Correct.

Q      And all these divisions that are represented here fell underneath the sheriff as far as what he was responsible for on a day-to-day basis; correct?

A      Yes.

Q      You can step down.

MR. HOCHMAN:  Your Honor, may I present for demonstrative purposes government Exhibit 519, which I have shown to counsel before.

Q      Mr. Rhambo, if you can just stay down there, if you could.  Take advantage of that.

MS. RHODES:  Your Honor, I have not seen this and it is not the government's exhibit.

MR. HOCHMAN:  I'm sorry.

May I approach the court clerk, your Honor.

THE COURT:  Yes.

MR. HOCHMAN:  May I put it up on the easel, your Honor?

THE COURT:  Yes.

Q      BY MR. HOCHMAN:  Now, what has been shown to you is Defense Exhibit 519 for demonstrative purposes.  This is just, in particular, a organizational chart for the Men's Central Jail in August, September of 2011; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    And at the top here again -- we will just go down briefly through the categories.  At the very top you have the sheriff; is that correct?

A    Yes.

Q    And then you have the undersheriff, Mr. Tanaka?

A    Yes.

Q    And then you had yourself, Assistant Sheriff Rhambo; is that correct?

A    Yes.

Q    And again, there is only one person in each one of those positions; is that correct?

A    Yes.

Q    Now, below the assistant sheriff there is a chief; is that correct?

A    Yes.

Q    And the chief is in charge of just the Men's Central Jail or something more?

A    No.  Not just Central Jail.  He has a number of custody facilities under him.

Q    I see.  But there is only one chief; is that correct?

A    Yes.

Q    And then underneath the chief there would be a commander?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       Yes, or several commanders, actually.

Q       Several commanders?

A       Yes.

Q       And there would be one for whom the Men's Central
Jail would be under their supervision; is that correct?

A       Correct.

Q       And then under the commander there would be a
captain of the Men's Central Jail; is that correct?

A       Yes.

Q       Is there generally just one captain of the Men's
Central Jail?

A       At that time it was.  Yes.

Q       And now, underneath the captain, you would have a
number of lieutenants; is that correct?

A       Yes.

Q       And at that time was there approximately six or
seven lieutenants for the Men's Central Jail?

A       Yes.

Q       And then you would have deputies -- excuse me,
sergeants below that.  Approximately how many sergeants
were in the Men's Central Jail at that time?

A       This number is fairly accurate, 30 to 40 sergeants.

Q       And below the sergeants, then you have at the
deputy level; is that correct?

A       Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And that is 500 approximately deputies at the Men's Central Jail in August, September of 2011; is that correct?

A    I would say approximately, yes.

Q    And with respect to -- with respect to all the people in the Men's Central Jail, the sheriff was responsible for their safety and security; is that correct?

A    Yes.

MR. HOCHMAN:  That is fine, your Honor.  We don't need the chart anymore.  And the witness can return, if he could, to the witness stand.

Q    Now, with respect to the Men's Central Jail, you were the assistant sheriff.  Were you responsible for the day-to-day operations of what went on in the Men's Central Jail?

A    Not the day-to-day operations, no.

Q    You actually had to -- but you would give orders to people to follow to deal with the day-to-day operations; is that correct?

A    Yes.

Q    And you trusted that they would follow your orders; correct?

A    Yes.

Q    And then as far as information coming back to you,

that would be information that would go back to you from the people who were carrying out your orders; is that correct?

MS. RHODES:  Objection, your Honor.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Now you used to be an internal affairs investigator; is that correct?

A    Yes.

Q    In that capacity were you in charge of investigations?

A    Yes.

Q    Approximately how many investigations did you do?

MS. RHODES:  Objection.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  You have worked in the jails in your careers; is that correct?

A    Yes.

Q    And are you familiar with contraband in the jails?

A    Yes, sir.

Q    And contraband could be anything from a cell phone to drugs and stuff like that; is that correct?

MS. RHODES:  Objection, your Honor.  Relevance, cumulative.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Now, within the sheriff's

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

department I believe you said that there was a cell phone that you heard about being discovered in the middle of August of 2011; is that correct?

A    Yes.

Q    Now, cell phone is contraband in the jails; isn't that correct?

A    Yes.

Q    And the sheriff's department is obligated to investigate how that contraband got there; isn't that correct?

    MS. RHODES:  Objection, your Honor.  Relevance, cumulative.

    THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  As part of your duties as assistant sheriff, did that include investigating how contraband got into the jail?

    MS. RHODES:  Objection, your Honor.  Relevance.

    THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Well, did you find out if an investigation had been conducted or was being conducted concerning the cell phone that came into the Men's Central Jail in August of 2011?

A    Yes.

Q    Why was such an investigation being conducted?

A    Because anytime a phone is discovered inside

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

custody, there is a minor investigation.

Q     And if -- would that also be true if drugs were discovered?

        MS. RHODES:  Objection, your Honor.  Relevance, cumulative.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Did you find out if drugs had been found in the Men's Central Jail in connection with Anthony Brown?

        MR. FOX:  Objection, your Honor.  Cumulative, relevance.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Was it a crime to have a cell phone in the jail in August, September of 2011?

        MS. RHODES:  Same objection.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Did you find out that a deputy had been bribed in August, September of 2011 in connection with the Men's Central Jail?

A     I don't know if I knew that at the time.  I don't know when I found out that information.

Q     Well, at some point, did you find out how the cell phone got into the jail?  And the cell phone number I am referring to is one that was found in August of 2011.

A     Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And did it get into the jail because a deputy had been bribed to bring it into the jail?

A    That was my understanding.

Q    And was it illegal for a deputy to bring a cell phone into the jail at that time?

A    Yes.

Q    And does the sheriff's department have an obligation to investigate deputy sheriffs who receive bribes and bring a cell phone into the jail?

MS. RHODES:  Objection.  Relevance, cumulative.

THE COURT:  You can answer.  Overruled.

THE WITNESS:  See if I can reiterate.  The question was do we have an obligation to investigate? Yes.

Q    BY MR. HOCHMAN: And as part of that investigation, what would you do?

A    Well, you want to interview the deputy, find out why or who caused this action to happen.  You want to take a look at the phone and glean whatever evidentiary data is on the phone and try to contact witnesses and/or people who collaborated with the deputy to get him to bring the phone in.

Q    And how about if it was received by an inmate? Would you want to speak with the inmate as well?

A    Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And would you want to get any documentation you could that would help you in your investigation?

A      Yes.

Q      I would like to focus you a moment on Mr. Paul Tanaka, if I could.  If you remember in the Exhibit 19 that the government showed you, you referred to Mr. Paul Tanaka as Paul, and Sheriff Lee Baca as sheriff.

       Do you recall that?

A      Yes.

Q      When did you first meet Mr. Tanaka?

A      I want to say the fall of '83.

Q      And in what capacity did you meet him?

A      We were in patrol school together.

Q      And were you actually at some point assigned to be with him in a patrol car?

A      Yes.

Q      So he was sitting next to you on a day-to-day basis while you were in at that patrol car?

A      Yes.

Q      How long did that last for?

A      I want to say two cycles or maybe two months.

Q      And this approximately the years that you were on patrol with Mr. Tanaka, what years did that cover?

A      1984.

Q      And which station were you at?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     Carson.

Q     And at some point thereafter, did you have the chance to work with Mr. Paul Tanaka again?

A     Not directly, but I worked in the same facility.

Q     And what facility was that?

A     That was in Lynwood.

Q     And that was in Lynwood.  And when you were at Lynwood, what position did you have and what position did he have?

A     I was a narcotics investigator and he was a patrol sergeant.

Q     So was he your direct supervisor at that time?

A     No.

Q     Did you work together in any capacity while you were there in Lynwood?

A     No.

Q     Do you know Mr. Greg Thompson?

A     Yes.

Q     Did Mr. Greg Thompson work with you and Mr. Tanaka in the Lynwood station?

A     Yes.

Q     In what capacity did Mr. Thompson work with you?

A     Well, he didn't work with me.  I was assigned to narcotics and he was a patrol deputy at Lynwood.

Q     And did you, Mr. Thompson, and Mr. Tanaka all

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

become friends?

A    At some point, yes.

Q    And with Mr. Tanaka did you also have another occasion to work with him after Lynwood?

A    Yes.

Q    And what was that?

A    He had been my supervisor a couple of times, so he was my captain when I was placed in charge of the Asian Crime Task Force.

Q    What time period is that?

A    '98, 1998.

Q    And how long did that last for?

A    One year.  Approximately one year.

Q    And was Mr. Greg Thompson also working with and you Mr. Tanaka on the Asian Crime Task Force?

A    Yes.

Q    And did you have another chance, then -- did you continue to have a friendship with Mr. Paul Tanaka?

A    Yes.

Q    And did it grow over time so that you considered yourself or you considered him to be a close friend and a confidant?

A    I would say we were close friends.

Q    Was he also one of your confidants?

A    We discussed things with one another.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     And you would smoke cigars with him on the sheriff headquarters patio; is that correct?

A     Correct.

Q     And starting about 2008 you would go on daily runs with him; is that correct?

A     Yes.

Q     And with Mr. Thompson, did you also maintain a friendship with Mr. Thompson after you worked together at the Asian Crime Task Force?

A     I don't know if I would describe my relationship with Greg -- Lieutenant Thompson as friends.  He was a colleague and someone I knew, had known for a long, long time.  But I had never been to his home.  I had never met his family.  We were just professional friends, I guess.

Q     With Mr. Tanaka, did you actually attend his bachelor party?

A     Yes.

Q     Now, with respect to -- oh, and by the way, Mr. Steve Leavins.  Do you know what Mr. Steve Leavins was?

A     Yes.

Q     What was Mr. Leavins an aid at some point to Mr. Tanaka?

A     Yes.

Q     Now, with respect to your dealings with Sheriff

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Baca, I believe that you started dealing with him in what, the mid-1990's?

A       Well, I am not so sure what dealing with him means. I mean, I knew who he was.  He was a runner and he was somewhat of a, you know, high-profile figure in the sheriff's department, so yes, I knew who he was.

Q       And you knew that he got elected to be the sheriff of the department in 1998; correct?

A       Yes.

Q       And then got reelected three more times, in 2002, 2006, and 2010; correct?

A       Yes.

Q       And your dealings with Sheriff Baca were all at the professional level; is that correct?

A       Yes.

Q       Like, for instance, you never smoked cigars with Sheriff Baca on the sheriff's headquarters patio; correct?

A       He has been there but he does not smoke.

Q       And you didn't attend Sheriff Baca's bachelor party or anything like that; correct?

A       No.

Q       Now, at some point, did you and Mr. Thompson have discussions about what happened with the discovery of this cell phone?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     Not really with Mr. Thompson.  He was reporting directly -- more specifically to Mr. Tanaka.

Q     Well, if we could turn to Exhibit 19.

     MR. HOCHMAN:  And if I might ask Agent Tanner to please put it on the screen:

          If we could focus on the wording of it, please.

Q     You recall on August 19th at about 3:40 p.m. that Mr. Thompson reached out to you to basically tell you that he had met with the sheriff, Mr. Tanaka, Tom Carey, and IIB.  What is IIB, by the way?

A     IIB is Internal Investigations Bureau, which is basically internal criminals investigation.

Q     Like ICIB.  This is the one that Captain Carey was in charge of at the time?

A     IIB is the old acronym for that bureau.

Q     And he says, "Too much to type.  I am on the SHB patio waiting to brief you."  Do you recall that?

A     Yes.

Q     And then you answered him, "Paul briefed me." Again, that is where you were referring to Mr. Tanaka as Paul; is that correct?

A     Yes.

Q     "And we went to see the sheriff.  I was given a partial briefing.  I don't even want to know."  Did you

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

actually meet with Mr. Thompson at the sheriff's

headquarter patio and receive some additional briefing

from him?

A     I don't believe on that day because my reply was

almost at 10 at night.  And I don't recall going down

there and talking to him.

Q     How about in the subsequent days.  Did you speak

with him?

A     Yes.  But not necessarily about that part of the

investigation.

Q     Did you exchange further e-mails with Mr. Tanaka

about the investigation?

A     I would say probably, but I don't recall them

specifically.

      MR. HOCHMAN:  May we put Government Exhibit 22

before the witness, if we can publish it.  If I may ask

Agent Tanner to publish it, please.

        And if we could start at the very bottom of

here, where if we could highlight the last line that says

Cecil Rhambo and then go on to the next page, please.

Q     On Government's Exhibit 22, there is an e-mail from

you to Mr. Thompson on August 23rd at 10:08 p.m. where

you say, "Hang in there."

        Do you see that?

A     Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. HOCHMAN:  And then if we could scroll up to the next e-mail right above that, which is the August 23rd, 10:12 p.m.  If we could just highlight that, please.

Q    And Mr. Thompson writes you that on August 23rd of 2011, (Reading:) I am good for the butt chewing.  It was the you failed me that hurt me.  The last thing I want to hear from you, him or the sheriff are those words, but as always I learned who to rely on.  Thanks.

Do you recall getting that e-mail?

A    Not specifically, but I must have gotten it.

MR. HOCHMAN:  If you can scroll up to the e-mail right above it and then highlight, if you could, just that e-mail right above it.  Thank you very much.

Q    And you write Mr. Thompson back at 10:49 p.m. that night (Reading:), I think in this instance, assumption, which is the mother of all screwups, occurred.  Combine that with the sensitive nature of the event and it becomes a very complex issue to manage.  I hear you.  I am sensitive to letting him or the sheriff down too.  He still loves you.

Who is the "he"?

A    I am assuming I am referring to Paul, Mr. Tanaka.

Q    "As do I."  And I is obviously yourself, Mr. Rhambo; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       Correct.

Q       "Believe me, it hurt him to emote on you that way."

        MR. HOCHMAN:  Then if we could scroll up to the two top e-mails and just highlight the top down to the right.  That is it.  Perfect.  Thank you.

Q       So then, Mr. Thompson then responds back to you, (Reading:)  I know, that is why the act is already forgotten.  I did learn something, follow up on every direction, even if your friends assure you that they will handle the task.  Just to let you know, I briefed MCJ, PM and AM supervisors in regards to new FBI and outside LA interviewing procedures and that revised policy will be following.

        Revised policy.

        Then he says, "I will do the same for days.  Do you want me to write the policy for your review?  Greg."

        And Greg is Mr. Thompson; correct?

A       Correct.

Q       And then you respond, "Okay, no.  I am reviewing current policy.  We can look at amending it them first.  Thanks."

        The policies that being referred to here is a policy about FBI interviewing at the Men's Central Jail; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes.

Q      And you had some role in looking at that policy around August 24th, 2011?

A      Yes.

Q      Have you ever been prosecuted by the government in connection with any activities for your dealings in August and September of 2011?

A      No.

Q      Now, you had certain meetings during this time with Sheriff Baca, Undersheriff Tanaka, and the chiefs on a regular basis during this time period, August and September of 2011; is that correct?

A      Yes.

Q      And those meetings were the executive planning counsel meetings, EPC meetings; is that correct?

A      Yes.

Q      And before the EPC meeting would happen, there would be a premeeting; is that right?

A      Generally.

Q      And the premeeting was led by Undersheriff Tanaka; is that correct?

        MS. RHODES:  Objection.  Relevance.

        THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  At the premeeting did you have discussions concerning the activities that occurred in

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

August and September of 2011?

MS. RHODES: Objection, vague.

THE COURT: Sustained.

Q   BY MR. HOCHMAN: At these premeetings was Sheriff Baca there?

MS. RHODES: Objection. Relevance.

THE COURT: Sustained.

Q   BY MR. HOCHMAN: What time would the premeetings occur?

MS. RHODES: Same objection.

THE COURT: Same ruling.

Q   BY MR. HOCHMAN: Did you -- with respect to the EPC meetings that you had, did you ever discuss the cell phone that was found in August of 2011 during the August and September of 2011 EPC meetings?

A   It was discussed but in very, very, very little detail.

Q   And was it also discussed in the premeeting?

MS. RHODES: Objection. Relevance.

THE COURT: Overruled. You can answer.

THE WITNESS: Again, in very, very little detail.

Q   BY MR. HOCHMAN: And who was in charge of the EPC meeting and who was in charge of the premeeting?

A   The sheriff was the chair of the EPC meeting. The pre-EPC meetings is the undersheriff.

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

Q     And the sheriff was not present at the premeeting?

A     No.

Q     At the premeeting was it discussed as to what should be told to the sheriff during the EPC meeting?

        MS. RHODES:  Objection.  Relevance.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Now, you said that you had a conversation with Sheriff Baca in which you expressed your concerns in dealing with the feds at that time concerning this phone; is that correct?

A     Yes.

Q     And at the time the sheriff's department was in partnership with the feds; is that correct?

        MS. RHODES:  Objection.  Vague.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Well, it was one of your concerns about dealing with the FBI that you didn't want to upset the partnership relationship that the sheriff's department had had with the FBI?

        MS. RHODES:  Objection.  Misstates testimony.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Did you have concerns about any actions that might be taken by the sheriff's department that would upset the relationship it had with the FBI?

        MS. RHODES:  Objection.  Relevance.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT: Sustained.

Q    BY MR. HOCHMAN: When you were telling the sheriff don't F with the feds, did you have a concern that F'ing with the feds would upset a long-standing relationship that the sheriff's department had with the FBI?

A    No. My concern was that it would lead to what we were doing today.

Q    Well, was there a long-standing relationship with the FBI at the time you had this conversation with the sheriff?

A    Yes.

Q    And that went back to your first days in the 1980's; correct?

A    Yes.

Q    And I believe you said you served on a task force; is that correct?

A    Yes.

Q    And as the assistant sheriff you knew that the sheriff's department had many deputies on task forces with the FBI at that time; is that correct?

A    Yes.

Q    And those task forces involved everything from going against narcotics traffickers to terrorists to gangs; is that correct?

A    Correct.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Q     And you considered the FBI and the sheriff's department to be like brothers in arms; correct?

A     Yes.

Q     Now, with respect to the conversation, I am trying to get a sense of the timing of the conversation on the FBI.  To your knowledge had Sheriff Baca seen Andre Birotte at all when you had that conversation with him?  Had he actually phone numbers had any meetings with Andre Birotte at that point in time?

        MR. FOX:  Objection.  Calls for speculation and hearsay.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  What time -- was it in August -- you learned apparently, as we have seen from these e-mails, you had conversations with Mr. Thompson in these e-mails on August 19th all the way through August 24th.  Do you see that?

A     Yes.

Q     Was it shortly after that, sometime in August, when you would have had this F the FBI conversation with Sheriff Baca?

A     It was probably around that time.

Q     And I believe you said that Sheriff Baca said that he was going to see an Andre Birotte.  That was the U.S. attorney, is that correct, to your knowledge?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    I am not sure I testified that he said that today, but I believe he said he was going to go see Mr. Birotte.

Q    Mr. Birotte.  Okay.  But I am just saying Mr. Birotte was the United States attorney at that time; is that correct?

A    Correct.

Q    BY MR. HOCHMAN:  May I have a moment, your Honor?

THE COURT:  Yes.

(Counsel confer.)

MR. HOCHMAN:  No further questions, your Honor.

THE COURT:  Okay.

MS. RHODES:  If I could have Exhibit 108 placed on the screen in front of the witness.


                    REDIRECT EXAMINATION

BY MS. RHODES:

Q    Mr. Rhambo, we have discussed this organizational chart both on your direct and cross today.  Who was the one person that Mr. Baca directly supervised?

A    The undersheriff.

Q    And that was Mr. Paul Tanaka at the time?

A    Yes.

Q    Mr. Hochman asked you some questions about what the sheriff's department would do in response to a cell phone being found in a custodial facility.

Do you remember those questions?

A     Yes.

Q     But in this case, you gave Mr. Baca different advice about what to do with the phone; is that correct?

A     Yes.

Q     Was this a different situation than a cell phone being found in custody?

A     Yes.

Q     How was it different?

A     Because the discovery of a cell phone by -- that was actually there by the FBI indicated that the FBI was investigating us.

Q     Now, finally, Mr. Hochman, in his cross-examination of you said several times that you said F the FBI.  Is that a correct statement of what you told the sheriff?

A     I said do not F with the FBI.  Not F the FBI.

        MS. RHODES:  Nothing further, your Honor.

        MR. HOCHMAN:  Briefly, your Honor.


                    RECROSS EXAMINATION

BY MR. HOCHMAN:

Q     Ms. Rhodes asked you about generally cell phones in the jails, but how many times has an FBI cell phone been found in Men's Central Jail, to your knowledge?

A     To my knowledge, one.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And it was this cell phone in August and September of 2011?

A    Yes.

MR. HOCHMAN:  No further questions.

MS. RHODES:  Nothing further, your Honor.

THE COURT:  Sir, that wasn't the first time that a cell phone had been found in the Men's Central Jail?

THE WITNESS:  Not the first time, a cell phone, no.

THE COURT:  Okay.  And how many years were you in the department?

THE WITNESS:  Thirty-three.

THE COURT:  Uh-huh.  Had you ever known of the undersheriff to become personally involved when a cell phone was uncovered in the Men's Central Jail?

THE WITNESS:  No.

THE COURT:  Have you ever known the sheriff to become personally involved when a cell phone was found in the Men's Central Jail?

THE WITNESS:  No.

THE COURT:  All right.  Thank you.  You may step down.

Call your next witness.

MR. JAUREGUI:  Your Honor, the United States calls Gus Academia.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

All right, sir, if you could come forward, please.

(The witness was sworn.)

THE CLERK:  Please be seated.

Please state your full name and spell your last name for the record.

THE WITNESS:  Full name is Gus Academia.  My last name spelled A-C-A-D-E-M-I-A.

MR. JAUREGUI:  Your Honor, can I have one moment before I begin with Mr. Academia.  I need to confer with counsel.

THE COURT:  Yes.

(Counsel confer.)

DIRECT EXAMINATION

BY MR. JAUREGUI:

Q     Mr. Academia, where do you currently work?

A     I am presently employed by Los Angeles County Sheriff's Department.

Q     How long have you worked for the Los Angeles County Sheriff's Department?

A     I have been employed by the sheriff's department for 27 years.

Q     What is your job there?

A     I am head custody records clerk.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     Are you a civilian employee or a sworn employ?

A     I am a civilian employee.

Q     Where is your office physically located, Mr. Academia?

A     It is at the inmate reception center.

Q     And if you could just pull your microphone up closer to you, please.

           Is that otherwise known at IRC?

A     That's correct, sir.  It is inmate reception center.

Q     Were you working at IRC on August 25th, 2011?

A     Yes.

Q     Do you recall an incident that day where you were ordered to release an inmate?

A     Yes.

Q     What happened?

A     I was working with Deputy Adams from the head clerk's office.  He was my partner at that time.  There were three deputies that came into our office.  One of the deputies was holding a record jacket.  And he came and asked me and Deputy Adams about hiding an inmate from the system.

Q     What were these deputies wearing?

A     They were wearing civilian clothes.  Jeans, green jackets, and it has the sheriff imprinted on their green

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

jacket.  The green jacket looks like a windbreaker.

Q    And when they asked you about hiding an inmate, what did you understand that to mean?

A    They just wanted to hide an inmate.  And I suggested I can change the location to IRCM.

Q    Okay.  And when you talk about IRCM, and you are talking about changing the location, what -- how would you do that?

A    IRCM stands for inmate reception center and M is for movement.  It is just to show if someone were to run this inmate's booking number in the system, that's not going to show in a permanent housing location, that it is going to be in movement or in a hiding place.

Q    And when you say the system, what is the system?

A    It is computer system.  It is the automated justice information system that we use.  It is a database system.  It is what we call AJIS.

Q    And when they asked you about releasing this inmate from the system, and you said we could do IRCM, why did you suggest that?

A    Just because it was done in the past.  Just to have this inmate in a hiding place.

Q    And in the times that it had been done in the past, what were those circumstances?

A    Just for security reason.

Q    And when you recommended IRCM to these deputies, what did they say?

A    They didn't like what I suggested.  Instead, they wanted me to release totally out from the system.

Q    And had that ever happened before where you asked to release an inmate totally from the system?

A    No.

Q    What happened when you -- well, what did you say to them or what happened after that when they didn't like what you said?

A    Well, they left, and approximately in about 10 to 15 minutes they came back with Lieutenant Libertone.

Q    And who was Lieutenant Libertone at the time?

A    Lieutenant Libertone is operations superintendent -- he is my boss's boss, and he is second in command to the captain that runs IRC.

Q    And what happened when they returned with Lieutenant Libertone?

A    Well, Lieutenant Libertone approached me and give me a direct order that it is okay for me to release the inmate from the system.

Q    What did do you at that point?

A    I told Lieutenant Libertone that I can't, that I need a court order.

Q    At this point, Mr. Academia, had they given you an

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

inmate name or booking number?

A       They gave me the name and the booking number.

Q       And what was the name of the inmate?

A       Anthony Brown.

Q       Did you enter that name and booking number into the system?

A       I entered the booking number and it shows Anthony Brown in the system.

Q       What else did it show?

A       It shows that he is sentenced to state prison.

Q       And after you looked at that up, what did you say to Lieutenant Libertone?

A       I told Lieutenant Libertone that I can't release the inmate unless they have a court order.

Q       And did either Lieutenant Libertone or the deputies give you a court order?

A       No.

Q       Did you confer with anyone else in IRC at this time?

A       Yes.  I contacted Minda Woolrich (ph).  She is Los Angeles County Sheriff's civilian employee that was acting supervisor at the time, the state prison section.

Q       And why did you contact her?

A       Well, she knows more about, you know, the region, and I asked her if I could release this inmate and she

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

told me the same thing, that we can't.  That we needed a court order.

Q    And what did you do at that point?

A    Well, I communicated with the Lieutenant Libertone that we needed a court order, an abstract of judgment authorizing this inmate to be transferred to state prison.

Q    You mentioned a Deputy Adams.  Was she present when these conversations were being had?

A    She was present.

Q    And did she -- did you confer with her about releasing the inmate?

A    Yes.  We were telling the deputies and Lieutenant Libertone that we can't.

    MR. HOCHMAN:  Objection.  Hearsay at this point. Nonresponsive.

    THE COURT:  Next question.

Q    BY MR. JAUREGUI:  What ultimately -- what finally did you do in response to these requests to release the inmate?

A    Well, I was given a direct order by Lieutenant Libertone that it is okay for me to release the inmate, that the captain knows about this, the commander knows about this, and Undersheriff Tanaka knows about this, that the order is coming from the higher up.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     Mr. Academia, I am going to ask Special Agent Tanner to publish Exhibit 122, which is in evidence.  And you will see it on the screen in front of you.  Okay?

A     Okay.

Q     Actually, if you can also look at it in the binders that are there at the witness stand.

A     Okay.

Q     Do you recognize this exhibit?

A     Yes.

      MR. JAUREGUI:  And, Agent Tanner, would you mind highlighting the part here on the right.

Q     What would you looking at here, Mr. Academia?

A     This is a copy of the front of the record jacket of Anthony Brown.

Q     And do you see the Released By section of this?

A     Yes.

Q     Is that your signature there?

A     That is my signature, sir.

Q     And looking above it, do you see where it says Reason for Release?

A     Yes.

Q     And what does it say there?

A     It is put in OTHR, which is short for other.

Q     And why did you write OTHR there?

A     Well, at the time of the incident, the deputies

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

told me that don't put anything in there because they don't want anybody to know where this inmate is going, and they are not sure at the time where this inmate is going to go.  So I put other.

Q    And at this point after you put your markings on this, did you give the file jacket back to the deputies?

A    I did.  I handed it to Lieutenant Libertone.

Q    What did you do after you did this?

A    I went ahead and performed RO13.  RO13 is one of the agent's functions you can go to in order to initiate the release from the system of the inmate.

MR. JAUREGUI:  And if I can ask Special Agent Tanner to turn to Exhibit No. 121, which is also in evidence.

Q    Is this the RL13 function or is this a screen shot of that RL13 function you performed?

A    Correct, sir.

Q    And looking at the middle of that highlight, Mr. Academia, do you see where it says Release Date?

A    Yes.

Q    And what is the date?

A    It was 8/25/11.

Q    And the release time?

A    It is 1358.

Q    And did you enter those dates and time or was that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

automatically populated?

A     It is automatically populated.

Q     What about the reason for release.  Did you enter that?

A     I didn't.

Q     And what does it say?

A     It says Custody.

Q     And why did you put custody there?

A     They told me that they are the one that are going to take him to state prison.  They already contacted the court.  The abstract of judgment is on the way.  And once they get the abstract of judgment, that they will transfer this inmate to state prison.

Q     Now, Mr. Academia, I believe you previously testified or just earlier testified that you couldn't release the inmate because you didn't have a court order; is that right?

A     That's correct.

Q     Why did you agree to release this inmate if they were not presenting you a court order?

A     I was being pressured.  I was -- you know, Deputy Adams was having a heated exchange with the deputies.

        MR. HOCHMAN:  Objection.  Nonresponsive at this point.

        THE COURT:  Overruled.  Go ahead, you can finish

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

your answer.

THE WITNESS:  I was being pressured.  The deputies were there.  They were having a heated exchange with Deputy Adams, who were telling them that we can't release the inmate.  But then again, they were saying that the order is coming from the higher up, that the captain knows about this, the commander knows about this.  Sheriff Tanaka knows about this.  And I had one of the deputies right behind me.  Lieutenant Libertone is next to me, was my boss's boss and second in command to the captain that runs ICRC, giving a direct order that it is okay for me to release him.

I was scared.  I was scared if I don't do it that something might happen to me, my job.  I would lose my job.

Q    BY MR. JAUREGUI:  Mr. Academia, in your 28 years at the sheriff's department, and the time that you spent working at IRC, had anything like this ever happened, where you were ordered to release an inmate from the system without a court order?

A    No.

Q    And in the time since then, has anything like that ever happened to you?

A    No, sir.

MR. JAUREGUI:  One moment, your Honor.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(Counsel confer.)

MR. JAUREGUI:  Nothing further, your Honor.

MR. HOCHMAN:  May I proceed, your Honor?

THE COURT:  Yes.

MR. HOCHMAN:  Thank you.


                 CROSS-EXAMINATION

BY MR. HOCHMAN:

Q    Mr. Academia, with respect to the incident that you just talked about, did you have any direct conversations in any form, meeting, telephone, e-mail, any form with Sheriff Lee Baca?

A    No, sir.

MR. HOCHMAN:  No further questions.

MR. JAUREGUI:  Nothing, your Honor.

THE COURT:  All right.  You may step down.

All right.  Ladies and gentlemen, we are going to take our break.  Again, I want to remind you you are not -- that is all right, sir.  You can step down.

Okay.  Again, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial or anyone else. Nor are you allowed to permit others to discuss the case with you.

If anybody approaches you and tries to talk

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

with you about this case, please let me know about it

immediately.  Do not read or listen to any news reports

or other accounts about the trial.

Finally, you are reminded to keep an open mind

until all of the evidence has been received, you have

heard the arguments of counsel, the instructions of the

Court, and the views of your fellow jurors.

If you need to speak with me, simply give a

note to the clerk.

We will come back at five till the hour.

(The following proceedings were held outside the

presence of the jury:)

THE COURT:  Who is your next witness?

MR. FOX:  Tom Carey.

THE COURT:  Okay.

(Recess from 9:39 a.m. to 9:54 a.m.)

(The following proceedings were held outside the

presence of the jury:)

THE COURT:  All right.  Let's bring the jury in.

MR. FOX:  Your Honor, we are going to play the

deposition at this point, the one clip.

MR. HOCHMAN:  Hold on one moment.

MR. FOX:  If we can have a moment to work on

one thing.

(Counsel confer.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  Your Honor, before I play the deposition clip, Mr. Hochman and I have just agreed that I will explain that I am about to play an excerpt from an unrelated civil deposition in which Mr. Baca was placed under oath and gave the following testimony.

Is that okay with the Court?

THE COURT:  Yes.  It is fine with me.

Just one second.

(Pause in proceedings.)

THE COURT:  Do you have the date of the deposition?

MR. FOX:  If we can play it, your Honor, it is on there, so let me just try.

MR. HOCHMAN:  January 29th, 2015, your Honor.

THE COURT:  Okay.  2.6 is an instruction which basically says a deposition is the sworn testimony of a witness taken before trial.  The witness is placed under oath to tell the truth and lawyers for each party may ask questions.  The questions and answers are recorded.  The deposition of Leroy Baca that was taken on -- whatever the date is -- is about to be presented to you.  Deposition testimony is entitled to the same consideration and is subject insofar as possible in the same way as if the witness had been present to testify.

Do not place significance on the behavior and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

tone of voice of any person reading the questions or answers.

I guess we don't need that because you are going to play this.

MR. FOX:  That's correct, your Honor.  The only other thing that I think we should add is just that it was an unrelated civil case because I think that instruction is when we usually have criminal depositions overseas or of an ill witness.

THE COURT:  That is fine.

MR. HOCHMAN:  And, your Honor, may I ask you --

THE COURT:  Just one second.

MR. HOCHMAN:  Sure thing.

THE COURT:  I'm sorry, it is January 29th.

MR. FOX:  January 29th, 2015.

THE COURT:  So we could say the deposition of Leroy Baca was taken in an unrelated civil proceeding on January 29th, 2015, and is about to be presented to you.  Deposition testimony is entitled to the same, blah, blah, blah.

MR. FOX:  That is fine, your Honor.

MR. HOCHMAN:  And I would just note again for the record my opposition based on the arguments that I have made before your Honor, and I had one question for the court, because I don't mean to obviously create any

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

situation.

When the Court asks certain follow-up questions, I then have a follow-up to the Court's question. I tried to do that the first time. The Court said -- you know, looked at me sternly and said no, I am not going to let you ask questions.

THE COURT: I don't know about sternly. But okay.

MR. HOCHMAN: Well, I didn't want to create another situation like that.

So I want to ask the Court ahead of time, if the Court asks certain questions, I would like to be able to follow up if possible.

THE COURT: Under certain circumstances you can. But when you two beat this horse for four hours with a witness, and maybe you will, maybe you won't, but yes, you can always ask. And most times I will let you do that. I will let you follow up.

MR. HOCHMAN: All right. Again, I didn't want to create another situation, your Honor, because the question -- I understand, your Honor. Then I will ask each time if I do have another question and the Court will rule one way or the other.

THE COURT: Okay.

MR. HOCHMAN: Just out of curiosity, would the Court have ruled to allow me to ask a follow-up question

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

of Mr. Rhambo after the questions you asked?  I just want to get a sense to where I will have the leeway, and where I won't.

THE COURT:  If you have a question you want to follow up, just ask.

MR. HOCHMAN:  Thank you, your Honor.

MR. FOX:  Your Honor, I am going to have the witness outside of the courtroom while we play this deposition, but I am going to have to him standing right outside so he can come up when we are done.  So let me go talk to him and get him there.

MR. JAUREGUI:  Your Honor, should we move the defense demonstrative exhibits from the witness stand area?

THE COURT:  That is fine.

MR. HOCHMAN:  May I approach, your Honor?

THE COURT:  Yes.  Is the witness represented?

MR. FOX:  Yes, he is.  Mr. Stolper is in Court.

THE COURT:  Are we ready to have the jury brought in?

MR. FOX:  Yes, your Honor.

MR. HOCHMAN:  Yes, your Honor.

(The following proceedings were held in the
     presence of the jury:)

THE COURT:  I take it the sketch artist hasn't

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

made an appearance today.

MR. FOX:  She is right here.

THE COURT:  All right.  If you could avoid sitting on this side.

THE SKETCH ARTIST:  Yes, I understand.

THE COURT:  Okay.

(The following proceedings were held in the presence of the jury:)

THE COURT:  Ladies and gentlemen, a deposition is the sworn testimony of a witness taken before trial.  The witness is placed under oath to tell the truth and lawyers for each party may ask questions.  The questions and answers are recorded.

The deposition of Leroy Baca was taken in an unrelated civil proceeding on January 29th, 2015, and is about to be presented to you.  Deposition testimony is entitled to the same consideration and is to be judged insofar as possible in the same way as if the witness had been present in court to testify.

MR. FOX:  Your Honor, I move for the admission of Government Exhibit 5, clip 6.

MR. HOCHMAN:  Your Honor, I will object for the record on grounds previously stated.

THE COURT:  All right.  Objection is overruled.

MR. FOX:  Thank you.  And may we play that, your

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Honor?

THE COURT:  Yes.

(Video played.)

MR. FOX:  Your Honor, if we may play the last 10 seconds of that clip, I think it stopped short.

(Video played.)

MR. FOX:  Your Honor, we will fix that at a certain point.

Your Honor, the government calls William Tom Carey.

(The witness was sworn.)

THE CLERK:  Please be seated.

Please state your full name and spell your last name for the record.

THE WITNESS:  William Carey, C-A-R-E-Y.

MR. FOX:  May I proceed, your Honor.

THE COURT:  Yes.


                    DIRECT EXAMINATION

BY MR. FOX:

Q    Mr. Carey, are you currently working?

A    No, sir.

Q    Why not?

A    I am retired.

Q    How long have you been retired?

A    Approximately two years.

Q    How old are you, Mr. Carey?

A    Fifty-eight.

Q    And what did you do before you retired?

A    I was employed by the Los Angeles County Sheriff's Department.

Q    For how long?

A    Thirty-five years, two months.

Q    At some point, were you captain of the Internal Criminal Investigations Bureau, or ICIB?

A    Yes.

Q    When were you captain of ICIB?

A    I was assigned to ICIB April of 2010.

Q    And how long did you remain captain of ICIB?

A    I believe it was four-and-a-half years, four years. Between four and four-and-a-half.

Q    Who were you first reporting to when you first became captain of ICIB?

A    Initially in 2010 there was a commander, a rank of commander above me.

Q    Mr. Carey, if you could either slide the microphone closer to you -- okay.  Thank you very much.

       You said there was a commander above you that you were reporting to initially with ICIB?

A    Yes, sir.  There was four rungs of rank above me.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     What about in August and September of 2011.  What was the structure of your chain of command at that point?

A     My next to in the chain of command was the undersheriff.

Q     You said the next to was your undersheriff?

A     The person I reported to, directly to.

Q     And who was above Mr. -- who was above the undersheriff?

A     The sheriff.

Q     Who were the undersheriff and the sheriff in August and September of 2011?

A     Undersheriff was Paul Tanaka and the sheriff was Leroy Baca.

Q     Why did the reporting structure change after you became captain of ICIB?

A     The cases investigated by ICIB needed to be contained, remain confidential.  So the more people in the chain of command, the higher likelihood or probability of compromise of that investigation.

Q     What types of cases would ICIB investigate?

A     Any criminal misconduct allegation by sheriff's employees.

Q     When you say sheriff's employees, is that the Los Angeles County Sheriff's Department's employees?

A     Yes, sir.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And you said that confidentiality was important in these investigations.  How so?

A      It was critical.  If information related to investigation -- if the people knew about it, it would compromise the integrity of that investigation.

Q      What do you mean by compromise the integrity of the investigation?

A      For instance, people would know -- the sheriff's department, as large as it was, a lot of friendships are developed.  And if someone is being investigated, if someone has knowledge of an investigation, there's a possibility that they could alert that person.

Q      Why would that hurt your investigation if the subject of your investigation was alerted to the investigation?

A      It would make it more difficult for us to do an investigation if there was criminal activity.  They could stop.  We wouldn't be able to prove or disprove the actual facts.  It would make it more convolute.

Q      You said if there was criminal activity, it would stop.  Isn't that what you wanted to have happen, that the criminal activity would stop?

A      My opinion is if there is criminal activity, then they should be investigated, and if guilty, then proven.

Q      Where was your office located when you were captain

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

of ICIB?

A      My office was in the City of Commerce.

Q      Why Commerce?

A      When I was promoted and assigned there, that is where the office was.  It was separate from almost every unit on the sheriff's department.

Q      Is there a reason for that?

A      Again, goes back to confidentiality and didn't want -- the purpose of that is so ICIB investigators aren't mingling on a daily basis, assigned to the same buildings as other employees.

Q      In August of 2011, did you become aware that a phone, a cellular phone had been found in Men's Central Jail?

A      Yes.

Q      How did you find this out?

A      I believe it was a phone call from one of my lieutenants assigned to ICIB.

Q      And what did you learn through that phone call?

A      I don't know if it was that day or within a day or two that the phone belonged to the FBI.

Q      Before you found out that the phone belonged to the FBI, did you learn that the inmate who had the phone in his possession had been talking to deputies already within the sheriff's department?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      At some point, yes.

Q      And initially what did you learn about what the inmate was saying about how he received the phone?

A      Initially, the inmate said that a nurse had smuggled the phone into him.

Q      Does ICIB investigate nurses who are employees of the sheriff's department?

A      Not a hundred percent of the time.  Depending on the crime.

Q      Did ICIB get involved in the investigation when you learned that a -- that the inmate was saying a nurse had given him the phone?

A      No.

Q      Why not?

A      It wasn't that significant.  I believe I was told that the Jail Investigative Unit was initially handling it.

Q      Before you learned that the inmate might be connected to the FBI, did you learn that the inmate had said somebody else may have given him the phone besides the nurse?

A      Yes.  The inmate changed his story initially, I believe.  His next version was it was either a nurse or a deputy.

Q      When you learned that the inmate said that a deputy

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

provided him with the phone, before you learned it was connected to the FBI, did ICIB get involved in the investigation?

A     I don't believe so.  No.

Q     Why not?

A     Again, we were swamped with cases.  I had very few investigators.  And that's my recollection.

Q     I want to direct your attention to Saturday, August 20th, 2011.  Did you attend a meeting that day?

A     Yes, sir.

Q     Where?

A     Sheriff's headquarters bureau on the fourth floor in the sheriff's conference room.

Q     Now, before I get into those details about that meeting, I want to ask about what you knew going into that meeting with respect to the inmate and the FBI.  You mentioned there was a connection.

        At that point, did you know -- by Saturday, August 20th, did you know that Anthony Brown was connected to the FBI?

A     Yes.

Q     Did you know specifically which unit or squad within the FBI Anthony Brown was connected to?

A     The Civil Rights Division of the FBI.

Q     How did you know that?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Phone calls that were recovered or retrieved from the jail monitoring system.  I believe deputies had captured two of those phones -- phone calls.

Q      Did you know the types of crimes that the FBI's civil rights squad investigated?

A      Civil right allegations.

Q      And what are civil rights allegations as it relates to the sheriff's department?

A      Anthony Brown was assigned to CJ.  I would have surmised that it was jail beatings, unauthorized use of force by jail employees.

Q      Prior to August 20th of 2011, when the sheriff's department learned of excessive force allegations that had arisen within the jails, did ICIB ordinarily investigate those allegations?

A      No.

Q      Which entity ordinarily investigated those allegations before August 20th of 2011?

A      It was either the unit itself, the actual jail, or Internal Affairs.

Q      You mentioned that ICIB investigates criminal acts by deputies.  Does the unit level or Internal Affairs investigate criminal conduct by deputies?

A      Generally for the most part, no.

Q      What is it that those investigations relate to?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Which investigations?

Q      Unit or Internal Affairs investigations.

A      Policy, administrative issues.

Q      What are the differences in potential consequences if there are policy violations versus criminal prosecution?

A      A founded administration or policy violation could result in anywhere from a written reprimand to termination for the employee.  Cases investigated by ICIB would go to district attorney, who would make the decision whether or not to file a case and/or prosecute, which can result in jail time.

Q      Now, let's get to the meeting on August 20th.  You said that it was at sheriff's headquarters, I believe. Where within sheriff's headquarters was it?

A      The fourth floor, sheriff's conference room.

        MR. FOX:  If we can pull up, actually, 139.  And if you can highlight the bottom half of that, please, Special Agent Tanner.

Q      Mr. Carey, can you please identify for the jury which conference room this meeting was in?

A      It is to the left of -- the US stands for undersheriff's office.  It is the room represented to the left.  It says 800 SF, for square feet, I believe.

Q      It is where I have just placed an X?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes, sir.

Q      Do you recall who attended the meeting?

A      Yes.

Q      Who?

A      Sheriff Baca was there, Undersheriff Tanaka, myself, one of my lieutenants.  I believe the captain from Major Crimes Bureau was there.  Internal Affairs was there.  Representatives, a lieutenant and two deputies from Operation Safe Jails was in attendance.

Q      Do you recall what Mr. Baca was wearing?

A      Yes, I do.

Q      What was he wearing?

A      A dark-colored jogging suit, sweat suit.

Q      Do you know why he was wearing a jogging or a sweat suit?

A      No, sir.

Q      You mentioned the number of people that were present.  Was there anything unusual about that to you?

A      Yes.

Q      What was that?

A      Like I mentioned earlier, that ICIB cases that are being investigated, it is critical -- it is very important that they remain confidential, and the more people that know about a case, the higher probability of compromise.  And there was -- I just felt uncomfortable

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

with that many people outside of ICIB in attendance.

Q    Based on your experience as a captain of ICIB, was it your experience that Mr. Baca kept ICIB investigations confidential?

MR. HOCHMAN:  Objection.  Leading.

MR. FOX:  I will be happy to rephrase, your Honor.

THE COURT:  All right.

Q    BY MR. FOX:  Mr. Carey, what was your experience with respect to whether Mr. Baca would keep ICIB investigations confidential?

MR. HOCHMAN:  Objection.  Relevancy, time period. Foundation.

THE COURT:  Overruled.  You can answer.

THE WITNESS:  That they were sometimes discussed outside the unit.

Q    BY MR. FOX:  Was that a problem?

A    I felt so.

Q    Why?

A    Because it goes back to the more people know about a case, it will just limit our abilities to investigate.

Q    Now, going back to the August 20th meeting in this conference room, what, if anything, did Mr. Baca state at the beginning of the meeting?

A    That he had received one or two phone calls from the assistant director of the LA FBI office, who

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

indicated you have our phone, we want it back.

Q    Do you know who the assistant director of the FBI was at the time?

A    Steve Martinez.

Q    And you said that Mr. Baca told you that Mr. Martinez said you have other phone, we want it back.

     Did Mr. Baca say whether he was going to comply with that request?

A    He indicated to us, to the group, that the phone was going to stay with the sheriff's department.  It wasn't going anywhere.

Q    Based on Mr. Baca's description of his phone call with the head of the FBI in Los Angeles, did you have an understanding as to how the phone was being used by the FBI?

A    I had a -- yes.

Q    What was that?

     MR. HOCHMAN:  Objection.  Foundation.

     THE COURT:  Overruled.  You may answer.

     THE WITNESS:  The inmate in possession of the cell phone was in contact with the Civil Rights Division of the FBI's office.  So acting as an informant for them.

Q    BY MR. FOX:  Did Mr. Thompson give any briefing as part of this meeting?

A    Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     What did he say?

A     Him or the two deputies in attendance from his unit played the audio portions of those phone calls from Anthony Brown to the FBI.

Q     In addition to playing the audio phone calls, did he provide any briefing about what his unit had learned up to that point from Anthony Brown?

A     Yes.

Q     What was that?

A     The phone was connected to the Civil Rights Division.  He had -- I believe he did the criminal background of Anthony Brown.  There were photographs on the phone.  That is what is coming to mind right now.

Q     What was Mr. Baca's demeanor during the meeting?

A     I would say calm, confident.

Q     What about others?

A     I can speak my for myself.  I mean, I was somewhat pissed off.

Q     What was the overall tone of the meeting?

A     Pissed off, anger directed towards the FBI.

Q     And this tone, was that in front of Mr. Baca or away from Mr. Baca?

A     In front.

Q     What, if any, orders did Mr. Baca give at this meeting?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    That the phone would stay in possession of the sheriff's department, that my unit would investigate, that nobody was to see Anthony Brown without executive approval.

Q    Let me ask about that last one.  You said nobody was going to be seeing the inmate without executive approval.  Who did you understand Mr. Baca to mean by executive approval?

A    Either him or Undersheriff Tanaka.

Q    Was this unusual?

A    I had never encountered anything like this.

Q    What, if anything, did Mr. Thompson say in response to Mr. Baca's order that nobody was to see Mr. Brown without Mr. Baca or Mr. Tanaka's approval?

A    He was almost boastful that he pretty much guaranteed, assured those in attendance in the room that nobody would have access to Anthony Brown without the described approval.

        MR. FOX:  Your Honor, I move for the admission of Exhibit 2, clips 8, 13, 16, 17, 18, 19, 24, 25, 28, 29, 44 and 45.

        THE COURT:  Any objection?

        MR. HOCHMAN:  Just as previously stated, your Honor.

        THE COURT:  All right.  They will be received.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX:  And, your Honor, if the jury can open up their binder that says Exhibit 3 on it, please, and flip to the tab that is right after 13.  So 13 is the clip we are going to be playing.

Q     Mr. Carey, I am now going to ask Special Agent Tanner to play a clip from Mr. Baca's interview with the federal government in April of 2013.  This is again clip 13.

(Audio played.)

Q     BY MR. FOX:  Mr. Carey, having listened to that clip, was Mr. Baca's statement accurate?

A     No.  No.

Q     Why not?

A     Lieutenant Thompson said that he would ensure nobody saw, had contact with Anthony Brown, that his unit would be in charge of that.

Q     Was there a discussion about Mr. Brown's safety at that meeting?

A     Yes.

Q     What was that discussion?

A     The direction from the sheriff was to keep Anthony Brown safe.

Q     I believe that you also mentioned that Mr. Baca provided an order that there was going to be an investigation into the phone issue; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       Yes.

Q       What exactly did he say?

A       Just get to the bottom of it.

Q       What did you understand that to mean?

A       Found out, ascertain how, why that phone was introduced into the jail.  If there were bad deputies, anything related, if there is a criminal nexus related to anything associated with that phone or inmate.

Q       You mentioned that Internal Affairs had been at this meeting along with ICIB.  Did Mr. Baca order Internal Affairs to look at this or ICIB?

A       It was quite clear to me it was ICIB.

Q       What did you understand that to mean that -- well, who did you understand your subjects of that investigation to be at that point?

A       The inmate, the compromised deputy, and the FBI.

Q       Had ICIB ever investigated an FBI -- well, the FBI before, as far as you are aware?

A       Not that I am aware, no.

Q       Had ICIB ever investigated the FBI outside of what we are talking about here today, as far as you are aware?

A       Not that I am aware, no.

Q       What about any federal agency?

A       No.

Q       What was ICIB's jurisdiction?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Sheriff department -- LA County Sheriff's

Department employees.

Q      Now I am going to ask you to now listen to a clip

that is going to be clip 19 from that same binder, so

this Exhibit 3 binder, tab 19.

And I am going to ask Special Agent Marks to

play that now.  Tanner, excuse me.

(Audio played.)

Q      BY MR. FOX:  Mr. Carey, you mentioned that you do

have jurisdiction over sheriff's department's deputies.

Was there anything unusual about investigating the deputy

who had provided Mr. Brown with a cell phone under the

circumstances where the FBI had conducted an undercover

operation?

A      I don't understand your question, sir.

Q      Had ICIB ever attempted to investigate, let's just

say an investigation by a federal agency before?

MR. HOCHMAN:  Objection.  Asked and answered.

THE COURT:  Sustained.

MR. FOX:  Okay.  I am going to be playing now past

tab 24 in the same exhibit.  This is Exhibit 2, clip 24.

Please play that, Special Agent Tanner.

(Audio played.)

MR. FOX:  I am now going to go ask Special Agent

Tanner to play the next clip, which is clip 25 in the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

next tab over.

(Audio played.)

Q    BY MR. FOX:  Mr. Carey prior to August 20th, 2011, had ICIB ordinarily gotten involved in criminal investigations when cell phones were found in the county jails?

MR. HOCHMAN:  Objection.  Asked and answered.

THE COURT:  Overruled.

THE WITNESS:  No.  There was only one or two phone incidents that I was aware of, and neither one of them resulted in a criminal investigation.

Q    BY MR. FOX:  So the jails only told you about one or two times when they recovered phones.  Is that what you are saying?

MR. HOCHMAN:  Objection.  Leading.

MR. FOX:  Your Honor, I will withdraw.

Let me now actually publish something that is in evidence as Government Exhibit 116.  This is the LASD policies manual, and specifically, Page 11, please, Special Agent Tanner.  116, page 11.  And if you can highlight that.

Q    Mr. Carey, if you could please read after 30.37 the title of this policy.

A    Unnecessary/Inappropriate Interference in an Investigation.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     And now please read the text.

A     (Reading:)  Deputy personnel have a positive responsibility to take police action when appropriate and are not to be restricted in the lawful performance of their duties.

Q     Keep going.

A     (Reading:)  Department members shall not knowingly interfere or unnecessarily interject themselves beyond the scope of their responsibilities into any investigation or other matter that is the responsibility of another department member, another department unit, or another law enforcement agency.

          Department members learning of information pertinent to such investigations shall notify their unit commander and report the information to the concerned member, department unit, or concerned law enforcement agency in a timely manner.

Q     Was what Mr. Baca ordered at the August 20th meeting consistent or inconsistent with this policy?

A     Inconsistent.

Q     Why not -- or why was it inconsistent?

A     The second paragraph, department members shall not interject themselves into a matter that is the responsibility of another law enforcement agency.

Q     How was Mr. Baca asking you to interject yourself

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

in a way that was inconsistent with this policy?

A    He was asking us to investigate what appeared to be an already ongoing investigation from the FBI.

Q    Why did you follow -- well, did you follow his orders after August 20th?

A    Yes.

Q    Why did you follow his orders if it was inconsistent with this policy?

A    Well, there were other factors initially that came out that we needed to investigate.

Q    Before August 20th, can you provide the jury with some examples of the types of higher profile crimes that ICIB was investigating, or, say, higher priority crimes that ICIB was investigating?

        MR. HOCHMAN:  Again, what time period?

        MR. FOX:  Before August 20th of 2011.

        THE WITNESS:  I can focus on my arrival at ICIB till August of 2011.  There was a Christmas party incident at a restaurant where deputies were -- a bunch of deputies beat up another deputy that was --

Q    BY MR. FOX:  Without getting into specifics, just the types of crimes.

A    Physical assaults, employee possibly connected to a gang involving drugs.

Q    What became your highest priority after this

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

meeting?

A      The Anthony Brown cell phone.

Q      Why is that?

A      It was an investigation ordered, I mean, by the sheriff.

Q      In August of 2011, was possession of a cell phone by an inmate a felony or a misdemeanor?

A      A misdemeanor.

Q      And in terms of seriousness of a crime, is a felony or a misdemeanor more serious?

A      Felony is more serious.

Q      The other crimes that you were investigating before August of 2011, your higher priority investigations, were those felonies or misdemeanors?

A      Both.

MR. FOX:  I want to now focus on Page 2 of Exhibit 116.  And now, if we can go with 10.35, the bottom rank, please.

Q      Mr. Carey, you mentioned your reporting structure. Did you have all these levels below you, lieutenants, sergeants and deputy sheriffs within ICIB?

A      Yes, sir.

Q      You had deputy sheriffs within ICIB?

A      Yes.

Q      Okay.  And above you, did you have an area

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

commander?

A     Like I stated earlier, when I was assigned.

Q     Let's focus on August and September of 2011.

A     No.

Q     Did you have a division chief?

A     No.

Q     Did you have an assistant sheriff?

A     No.

Q     How frequently did you update your chain of command about what was going on with your investigation after August 20th of 2011?

A     I would say directly and indirectly numerous times a day.

Q     What do you mean, directly and indirectly?

A     If it wasn't me personally doing it, it was a subordinate assigned to ICIB.

Q     Who were you updating within your chain of command?

A     The Undersheriff Tanaka and Sheriff Baca.

Q     How would you update them?  Would it be in person or on the phone?

A     Both.  My personal contacts with the undersheriff were more frequent than with the sheriff.  And same with phone calls.

Q     Is there a reason why this was the case that you were more frequently updating Mr. Tanaka?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      He was next in the chain of command.

MR. FOX:  If we can show on that same page, please, policy that ends 10.20.  It is the very top.

Q      Can you please read the -- oops.  Let me clear that.  The first two sentences of this policy.

A      (Reading:)  The chain of command shall be respected in all matters.  Information and communications shall move up and down through channels horizontally or horizontally with prior approval.

Q      All right.  Let's take that down, please.

Approximately how many times did you speak to Mr. Baca in person or on the phone from August 18th to September 26th, 2011, about this operation?

A      I didn't count, but several.

Q      When you say several, that could be a wide range.  Are we talking more than five?

A      Yes.

Q      Can you give us a better idea?

A      Me personally, I would say about a dozen, 12.

Q      Where would these in-person -- you said in person or on the phone.  Where would these in-person updates take place?

A      They could be anywhere.  Often they were in Undersheriff Tanaka's office.  There were times when I would go into Mr. Baca's office.  It could happen in a

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

hallway if I encountered him.

Q      You mentioned EPC conference room earlier where you met.  Would you have update sessions in the EPC conference room as well?

A      As it relates to the (inaudible) case, I don't remember specifically other than the 20th.

Q      How much detail did you provide your chain of command with respect to what was going on in your operations?

A      Depending on the case.

Q      We are talking about the Anthony Brown and the FBI investigation.  So when we are speaking about that, how much detail were you providing to Mr. Baca and Mr. Tanaka in those meetings?

A      Pretty much everything.

Q      Why?

A      Like I said earlier, this case with the FBI was unusual.  I sensed that we -- my opinion was -- I mean, I was uncomfortable, but everything we did -- my thought was if we told them, then, you know, it is on them.

Q      You mentioned earlier that ICIB was located in Commerce.  Did that change any way in August of 2011?

A      Yes.

Q      How so?

A      When a cell phone was discovered.  At that time,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

roughly I had roughly ten investigators, ten or 11 assigned to me to investigate the criminal allegations of the department, approximate size 20,000.  We were busy. This became a priority.  And very -- I won't say secretive, but we didn't want information getting out.

Plus I had to bring on -- to facilitate movement within Men's Central Jail, I brought on deputies I didn't know anything about.

Q    I'm sorry, I asked about did you move your offices in any way in August of 2011?

A    I pretty much split my investigative team.  Half of them went to sheriff's headquarters building.

Q    Where within sheriff's headquarters building did your team go to?

A    The basement.

Q    We saw on the chain of command that you had in your -- below you were lieutenants.  Was there a specific lieutenant who moved to the basement of sheriff's headquarters bureau in Monterey Park?

A    Yes, sir.

Q    Who was that?

A    Lieutenant Steve Leavins.

Q    I would like to now direct your attention to August 23rd of 2011.  Did anything unusual happen that day?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes, sir.

Q      What?

A      I received a phone call around lunchtime that -- the directive that nobody was to see Anthony Brown had been violated.

Q      What do you mean?

A      I received -- the phone call was from Lieutenant Thompson, and he told me that the FBI had gained access to Men's Central Jail and had interviewed or were interviewing Anthony Brown.

Q      Why was that unusual?

A      Because that was against what the sheriff had directed us to do on August 20th, that approval needed to be sought before anybody had contact with him.

Q      What did you do when you learned this information from Mr. Thompson?

A      One of the rare occasions when I threw my lunch away.  I told Thompson I would be there within 20 minutes from Commerce to Downtown LA and I started driving to Central Jail.

Q      Did you have a second conversation with Mr. Thompson?

A      Yes.

Q      When was that?

A      Ten or so minutes into my drive down to Central

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Jail.

Q     What, if anything, did he say to you?

A     That the interview had ceased, and that the agents were no longer at Central Jail.

Q     Did he explain to you how the interview was ceased?

A     I don't know if did he at that point.  At some point, I found that out.

Q     And you said that the agents had left.  What did that tell you?

A     They didn't want to talk to me.

Q     Did you continue to Men's Central Jail after finding out that the agents had left?

A     Yes.

Q     What did you do?

A     I believe when I got there, I -- Lieutenant Leavins was there.  I talked to him, and then I participated -- actually I was introduced to Anthony Brown and participated in part of an interview.

Q     Why did you participate in an interview?

A     I was very curious what he would say.

Q     He meaning who?

A     Anthony Brown.

        MR. FOX:  Your Honor, at this point I would like to play some clips that are already in evidence that are within the other jury binder that they have under tab 78.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

And we are going to start at 77, clip 1. This is again after tab 78 in the binders.

THE COURT: Again, ladies and gentlemen, you are about to listen to a tape recording that has been received into evidence.

Please listen to it carefully. Each of you has been given a transcript of the recording to help you identify the speakers and as a guide to help you listen to the tape.

However, bear in mind that the tape recording is the evidence, not the transcript. If you hear something is different from what appears in the transcript, what you hear is controlling.

MR. FOX: May we proceed with playing that clip?

THE COURT: Yes.

MR. FOX: Thank you.

(Audio played.)

Q   BY MR. FOX: Mr. Carey, did you have this interview recorded?

A   I couldn't tell you if it was at my direction, but most of our interviews were recorded.

Q   Why were most of your interviews recorded?

A   To be preserved and we could refer to them later.

Q   What would you do with the recordings after the recording occurred?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

A     Dissect them, have them transcribed use them for reports.

Q     Would they be uploaded in any system?

A     Yes.

Q     What system was that?

A     I am not a computer person, but they would be -- we had a section where all of our interviews were kept in a computer.

Q     Was this generally the case with ICIB, your routine to do that?

A     For the most part, not entirely.  Some investigators kept their own audio files, and then others had them on a shared network.

Q     Why was this interview not video recorded?

A     It wasn't the practice of -- we very rarely would we video interviews.

Q     Under what circumstance would you video record interviews within ICIB?

A     I couldn't tell you, sir.

       MR. FOX:  Now, I am going to play clip 2 from that.

            (Audio played.)

Q    BY MR. FOX:  Mr. Carey, I want to ask you about a number of statements made in that clip.

            First, we heard at the beginning how

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Mr. Leavins acted as though you were not aware that the FBI had just been to see Anthony Brown.

Was that the case?

A       No, sir.

Q       What was the case?

A       I mean, when I received phone calls from Lieutenant Thompson I knew they were there.

Q       Did you discuss that fact with Mr. Levins before this interview?

A       I am almost certain I did.

Q       There was a discussion about a Deputy Bravo in that clip as well.  Who did you know Deputy Bravo to be?

A       The nephew of by marriage, I believe, of Sheriff Baca.

Q       When we heard Mr. Leavins ask what Mr. Brown had talked about with the FBI and Mr. Brown said they were just talking to me, you asked, "For an hour?"

Why did you ask that question?

A       He seemed to be not providing detailed.  I mean, I don't want to use the word evasive, but how he could just get out of an hour conversation with somebody and not know anything.

Q       Why did you want those details?

A       To find out what was discussed in his interview.

Q       With who?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      The FBI.

Q      Mr. Brown said in several portions that -- some comments about his paper work.  What was he referring to?

A      I believe he had taken notes of the deputies.

Q      And there was a discussion of a sergeant named Water something that was cut off.  Do you know who that was?

A      Yes.

Q      Who was that?

A      Sergeant Wayne Waterman.

Q      And what is Mr. Waterman's size?

A      Six five-ish, 300 pounds.

Q      We heard in that clip Mr. Levins talk about whether the FBI had asked Mr. Brown if he testified.  Do you recall that portion, whether -- I'm sorry, you may not have heard my question.

       We heard in that clip there was a discussion from Mr. Leavins about whether the FBI had asked Anthony Brown if he would testify.  Do you recall that?

A      Yes, sir.

Q      Okay.  And just so it is clear, you've got a little bit of a hearing problem; is that right, Mr. Carey?

A      I would not admit to that.  I can hear you fine.

Q      Okay.  If at any point I need to speak up, just please let me know.  And were you joking when you said I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

you won't admit to that?

A     Pardon me?

Q     I think we will stop that right there.

My question for you was Mr. Leavins asking Mr. Brown about the FBI testifying and that he switched to keeping him safe from all parties involved.  Did you have an understanding as to what Mr. Leavins meant by that?

A     Yes.

Q     What was that?

A     My feeling to have him be an informant for us, bring him to our side, have him provide information to us.

Q     You said bring him to your side.  What do you mean by that?

A     Have him, if you will, work for us, provide sheriff's department information.

Q     What about the FBI and his relationship with the FBI?

A     Pull Anthony Brown away from them.

Q     Are you familiar with what is known as a federal writ?

A     Yes, sir.

Q     What is a federal writ?

A     It's an order to produce a body, turn over.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     Did you have any thoughts about whether the federal government was going to be obtaining a writ for Mr. Brown's testimony by August 23rd?

A     Yes.

Q     What were those thoughts?

A     Initially, when I became aware that the phone belonged to the FBI, I would have expected that day that the FBI knew that their phone had been recovered on August 23rd, I would have -- my thought was that attempt to remove their body would be accelerated.

Q     And with respect to Mr. Levin's statement about keeping Anthony Brown safe from all parties involved, had Mr. Brown been safe in Men's Central Jail up till that point?

A     Yes.

Q     And Mr. Leavins mentioned that you and he would be moving Anthony Brown to a station jail because Mr. Leavins didn't like the fact that Anthony Brown was there in Men's Central Jail with the deputies who were misbehaving.  Was that the only reason to move him to a station jail?

A     No.

Q     What were the other reasons?

A     To make the environment, his custody environment -- I don't want to say friendlier, but Men's Central Jail is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

just a pit.  Where we were going to send him was nice, lot slower pace, very few inmates.  He would have access to better food, be allowed to smoke.

Q    Any other reasons to move him to a station jail at that point?

A    Yes.

Q    What were the other reasons?

A    It would make it harder for anybody -- it would give us more control of him, so the order that was previously given by the sheriff wouldn't be violated again, and we would ensure nobody -- the FBI would not be able to waltz in and interview him without approval.

Q    You said in the clip that the station jail would be like Camp Snoopy.  What did you mean by that?

A    Compared to Men's Central Jail, it is -- San Dimas is a newer station.  It is clean, less likelihood of confrontation with other inmates.  Just a much better environment if you have to be in jail.

Q    Mr. Leavins said that Mr. Brown would be pulled out like a trustee when he was at that station jail.  What is a trustee?

A    A trustee is an inmate worker that does a variety of things.  Gardening, janitorial services, stuff like that.

Q    Is it a privilege?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

A      Yes.

Q      Do you know what Mr. Levins meant by stating that Anthony Brown would be pulled out like a trustee?

A      He would have those same privileges as the station trustee would be.

Q      And what are those privileges?

A      He can smoke in appropriate areas.  A lot of stations have basketball court, weight facility or equipment that they can use.

        MR. FOX:  I am now going to have Special Agent Tanner please play the third clip from that transcript.

            (Audio played.)

Q    BY MR. FOX:  Who did you know David and Leah to be?

A      Agent Leah Marx from the FBI, and David Lam from the FBI.

        MR. FOX:  If we can play the next clip, please.

            (Audio played.)

        MR. FOX:  And now the next clip, please.

            (Audio played.)

Q    BY MR. FOX:  Mr. Leavins asked in that clip whether the FBI was aware that you had spoken to Anthony Brown. Why was that important for you to find out?

A      When you say "you," the sheriff's department?

Q      Well, Mr. Levins and you participating in the interview.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

A      The way I understood that clip, sir, was Leavins interviewed Anthony Brown prior to August 23rd, when I wasn't there.

Q      Why was that important for Mr. Leavins and you to find out whether Mr. Brown had told the FBI that you had spoken to him, if you are aware?

MR. HOCHMAN:  Objection, your Honor.  Calls for speculation as to what Mr. Leavins was thinking.  And compound question, your Honor.

THE COURT:  Sustained.

Q      BY MR. FOX:  Mr. Carey, was it important for you to find out whether Anthony Brown had told the FBI that ICIB had spoken with him?

A      Yes.

Q      Why?

A      They were -- I mean, they were aware that we were talking to their informant and he might or might not be providing us information.

MR. FOX:  If we can play the next clip, which I believe is clip 7.

(Audio played.)

MR. FOX:  And the next clip, which is clip 8.

(Audio played.)

MR. FOX:  Now, if we can play the next clip, which is clip 10.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(Audio played.)

MR. FOX:  If we could play that last clip, which is clip 11.

(Audio played.)

Q   BY MR. FOX:  Mr. Carey, we heard earlier in that clip -- or earlier in the recording that it started at 1:18 p.m.

I am now going to ask Special Agent Tanner to pull up Government Exhibit 196 and the 10th page of that, which are your phone records.

And just at the top it says Detail for William Carey.  Was that your phone number at the time?

A   Yes, sir.

MR. FOX:  If we can highlight, please, the 2:18 p.m. call on August 23rd.  You don't have to go all the way.  Just go to -- that is fine.

Q   Do you see the 2:18 p.m. call?

A   Yes, sir.

Q   Do you recognize that number?

A   I do not.

Q   And do you see the number at the 12:32 call ending 5115?

Do you recognize that number?

A   No.

Q   Did you go anywhere after you interviewed Anthony

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Brown?

A     Yes.

Q     Where did you go?

A     I left Men's Central Jail and went to sheriff's headquarters bureau.

Q     Why did you go to sheriff's headquarters bureau?

A     To advise the executives -- first Undersheriff Tanaka that the order of no contact with Anthony Brown had been violated.

Q     Did you in fact meet with Mr. Tanaka?

A     Yes.  Initially I called his office to make sure he was there, and I believe I told him on the phone, and I went down there.

Q     You said that you called his office.  Who did you call at his office?

A     I spoke with Lieutenant Nee, N-E-E.

Q     When you made it to sheriff's headquarters bureau, what did you do?

A     Went into Undersheriff Tanaka's office along with Lieutenant Thompson.

     MR. FOX:  I want to pull now Exhibit 39 and let's highlight the same parts as before.  Very bottom of that.

Q     Where did you go to meet with Mr. Tanaka?

A     In his office.

Q     And where is his office in this diagram?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     Midpage at the bottom.

Q     Do you see my line right there?  Is that where you are referring to?

A     Yes.

Q     All right.  And who was present at this meeting?

A     Lieutenant Thompson, myself, and Undersheriff Tanaka.

Q     Where was Mr. Tanaka during the meeting?

A     He was seated behind his desk.

Q     We see the two chairs on the other side of his desk.  Is that where the chairs were situated that day?

A     I couldn't tell you.

Q     Do you recall where you and Mr. Thompson were during this meeting?

A     On the opposite side of the desk.

Q     Do you recall which side you were on?

A     No, sir.

Q     So I will just put X's, but you are saying that that you and Mr. Thompson were approximately where those seats are; is that correct?

A     In that area or I could have been sitting on that -- on the couch which was behind those chairs.

Q     Okay.  And you are saying that you could have also been here?

A     Yes, sir.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     What happened during the meeting with Mr. Tanaka?

A     He was not pleased.  He was visibly upset that the order of the sheriff had been not followed through, that -- he was pretty much screaming, using profanity.

Q     What did he say?

A     And it was all directed to Lieutenant Thompson, thank God.  He was just berating him for -- he told me, you guaranteed me this wouldn't happen.  And sheriff is going to be pissed.  And you are going to tell him, and along those lines.

Q     What was your reaction?

A     Inside I was -- I mean, thankful that the tirade was directed towards Thompson, but I took responsibility along with Thompson.

Q     What did Mr. Thompson say in response to Mr. Tanaka?

A     He accepted responsibility.

Q     Was there a discussion about what to do so this wouldn't happen again?

A     Yes.

Q     Do you recall what was said?

A     It was that he would be out at Men's Central Jail and we would oversee who had access to him.

Q     What do you mean by that?

A     We being ICIB with the assistance of OSJ deputies.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      Was there a discussion about how that would happen?

A      I mean, we were going to move him to San Dimas station.

Q      You mentioned that Mr. Tanaka had said to Mr. Thompson you are going to tell him.  Who was the "him"?

A      Sheriff Baca.

Q      What was your understanding as to why Mr. Tanaka wanted Mr. Thompson to tell Mr. Baca?

A      It was my -- recollection was it was -- I mean, Thompson had boasted.  I mean, he was bragging that nobody would get in to see Anthony Brown without required approval.  And first time the FBI showed up, they got in. So he wanted Thompson to be the one to tell the sheriff.

Q      What happened?

A      Thompson went in to Sheriff Baca's office.

Q      How do you know that?

A      I was in there for part of it.

Q      Were you in there in at the beginning or at the end?

A      I could not tell you.

Q      I'm sorry?

A      I could not tell you.

Q      All right.  I'd like -- oh, what happened -- when you were in the meeting with Mr. Thompson, what happened?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A     We both took responsibility for the violation of the order, and the sheriff was fairly calm.

Q     When you say you both took responsibility, what was said?

A     Hey, we told you this -- that approval would be --

MR. HOCHMAN:  Objection as to which speaker he is referring to in the question and answer.

MR. FOX:  Your Honor, I will be happy to clean it up a little bit.

THE COURT:  All right.

Q     BY MR. FOX:  Mr. Carey, you said "we."  Who was doing the speaking?

A     Both of us were.

Q     And what was said?

MR. HOCHMAN:  Objection.  Compound as to who is saying what, your Honor.

Q     BY MR. FOX:  To the best as you can recall, who said what?

A     We both pretty much said the same thing.

Q     And what was that that you both pretty much said?

A     It is our responsibility, and it won't happen again.

Q     Did you or Mr. Thompson brief Mr. Baca about what it was that had happened that wouldn't happen again?

A     Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      What was that?

A      That his order from August 20th that nobody was to see Anthony Brown without his approval or Tanaka's approval was violated.

Q      Did you explain to Mr. Baca how it was violated? In other words, who had been to see Anthony Brown?

A      Yes.

Q      What did you say?

A      That the FBI had been interviewing Anthony Brown.

Q      Did you or Mr. Thompson explain to Mr. Baca what happened after the FBI had been in to see Anthony Brown?

A      I don't remember.

       MR. FOX:  If we can now have the jury grab the book that is Exhibit 3 and turn to tab 16, please.

              All right.

              If we can play at that now, please.

              (Audio played.)

Q    BY MR. FOX:  Mr. Carey, is that statement by Mr. Baca accurate, that he was not involved in any direct conversation about keeping the FBI and Anthony Brown away from each other?

       MR. HOCHMAN:  Objection, your Honor, as to foundation as to Mr. Baca's state of mind.

       THE COURT:  Overruled.

       THE WITNESS:  Can you ask your question again,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

please.

Q   BY MR. FOX:  Sure.  Was that statement accurate that Mr. Baca was not aware of any direct involvement in any conversation about keeping Anthony Brown and the FBI away from each other?

A      That is not an accurate statement, no.

Q      It is not an accurate statement?

A      The --

Q      In what ways is it not accurate?

A      It was discussed that Lieutenant Thompson said that nobody would get in to see him.

Q      When?

A      At that August 20th meeting.

Q      Was there another conversation in which it was discussed that the FBI should be kept away from Anthony Brown?

A      At what point?

Q      Well, you said August 20th.  Was there another time when it was discussed that the FBI should be kept away from Anthony Brown?

A      I am not sure.  I mean --

Q      We were just talking about an August 23rd meeting.

MR. HOCHMAN:  Objection.  Leading.

MR. FOX:  Your Honor, I didn't finish my question. May I continue it?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

THE COURT:  Yes.

Q   BY MR. FOX:  Okay.  Was there any discussion at the August 23rd meeting about the FBI being kept away from Anthony Brown?

A   Yes.

Q   Okay.  What was said?

A   In sheriff -- Undersheriff Tanaka's office we --

Q   I'm sorry, we are speaking specifically with Mr. Baca, the meeting with Mr. Baca on August 23rd.  Was there a discussion with Mr. Baca about the FBI being kept away from Anthony Brown?

A   I believe there was.  Yes.

MR. FOX:  Now if we can play clip 17 from that same exhibit.

(Audio played.)

Q   BY MR. FOX:  When you briefed Mr. Baca about what happened on August 23rd, with the FBI being in there to see Anthony Brown, did he tell you that it was wrong to keep the FBI from Anthony Brown?

A   No.

MR. FOX:  Can we play the next clip, please, after the jury clips to 18.  Go ahead.

(Audio played.)

Q   BY MR. FOX:  We heard in that clip, Mr. Carey --

MR. FOX:  And, your Honor, if the jury can close

the binders, please.

Q    We heard in that clip that Mr. Baca said he was receiving updates about what Anthony Brown was saying. Who was providing Mr. Baca with those updates, if you are aware?

A    Myself.  Undersheriff Tanaka.

MR. HOCHMAN:  Objection, your Honor.  Foundation as to Mr. Tanaka.

THE COURT:  Sustained.

MR. HOCHMAN:  We move to strike the answer on the Tanaka part, your Honor.

THE COURT:  The answer as to Mr. Tanaka is stricken.  The jury is to disregard it.

Q    BY MR. FOX:  Mr. Carey, you said that you were providing Mr. Baca with updates.  Was anybody reporting to you that they were also providing Mr. Baca with updates?

A    Yes.

Q    Who else?

A    Lieutenant assigned to me, Lieutenant Leavins, and Undersheriff Tanaka.

Q    Mr. Carey, we heard Mr. Baca state that he never heard any recordings of Anthony Brown.  Was there any audio played at any of the meetings that you had with Mr. Baca?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes, sir.

Q      Which audio recordings were those?

A      August 20th, the phone calls that we retrieved from the ITMA system.

Q      Was that between Mr. Brown and the FBI?

A      Yes.

Q      Mr. Baca said in that clip that he was not aware that the FBI was kicked out of the interview with Anthony Brown.

       Did anybody make him aware in your presence that the FBI had been kicked out of that interview?

A      Yes.

Q      Who did?

A      Myself and Lieutenant Thompson.

Q      We heard in that clip that Mr. Baca stated that Greg Thompson never came to apologize to him for allowing the FBI in.

       Was that accurate?

A      No, sir.

Q      Why not?

A      I was there when he did it.

Q      You mentioned that the plan was to take Anthony Brown to a station jail that day.  Did you take him to a station jail on August 23rd?

A      No, sir.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     Why not?

A     Couple of reasons.  One, we wanted to conduct an undercover operation at Men's Central Jail involving Anthony Brown, and Anthony Brown also had some medical conditions that we needed to resolve.

Q     Did anything come out of that undercover operation?

A     No.

Q     Did you move Anthony Brown anywhere within Men's Central Jail on August 23rd?

A     Yes.

Q     Where did you move him?

A     I believe it was the 8000 floor of Central Jail.

Q     Why did you move him from 1750 that day?

A     We wanted to conduct an undercover operation, and we wanted to have control over who had access to him.

Q     What do you mean by that?

A     Well, like I mentioned several times, there was an order that nobody was to see Anthony Brown, a direct order from the sheriff, and that order was violated.  So we wanted to -- we being ICIB and had OSJ personnel assigned to me -- would ensure that would not happen again.

Q     Who specifically were you trying to keep away from Anthony Brown by moving him to the 8000 floor?

A     The only people other than ICIB that would have

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

wanted to talk to Anthony Brown would have been the FBI.

Q    At some point in time, did you became aware of whether the federal government was conducting a grand jury investigation of the sheriff's department?

A    Yes.

Q    How did you become aware of this?

A    The department was receiving subpoenas, and I was advised of those.

Q    Did you assign any other ICIB investigators to interview Anthony Brown after August 23rd of 2011?

A    Me personally assigning?  Yes.

Q    Who did you assign?

A    It was Sergeant Craig and Sergeant Long.

Q    Is that Scott Craig and Maricela Long?

A    Yes.

Q    Would you receive updates on their interviews of Anthony Brown?

A    Occasionally.

Q    Are you aware of whether Mr. Brown had a polygraph examination conducted at some point?

A    Yes.

Q    Do you know when this was?

A    Want to say the 24th, 25th of August, around that time.

Q    What is a polygraph?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    It is a lie -- electronic lie detector test.

Q    Where were you when it was being conducted?

A    I believe I was at the facility where it was being conducted.

Q    Why was Mr. Brown being polygraphed?

A    To attempt to verify, to prove or disprove allegations that he had made.

Q    Which allegations specifically?

A    I was concerned with the allegations of narcotics.

Q    What were those allegations?

A    That sheriff employees -- Gilbert Michel would meet with a friend of his, his being Anthony Brown, on the outside, and every time -- and it was it was an FBI undercover agent that Gilbert Michel was meeting with. Every time Gilbert Michel was meeting with him, he was coming back into the jail and he had narcotics.

Q    Who was making those allegations?

A    Anthony Brown.

Q    What were the results of your polygraph of Mr. Brown?

A    That he was being deceptive.

Q    With respect to that?

A    That narcotics were coming in.

Q    What did that tell you?

A    Most likely that the FBI was involved with

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

narcotics coming into Central Jail.

Q     Did you brief your executives on whether the polygraph had occurred and what the results were?

A     Yes.

        MR. FOX:  I would like to now publish what is in evidence as Government's Exhibit 31.  And if we can highlight the text of the e-mail.

Q     Can you please read the e-mail that is at 11:45 a.m. on August 25th, 2011, from Steve Leavins to Paul Tanaka?

A     Yes, sir.  "Boss.  I did not have much to report last night.  We had an undercover operation today.  I will call you tonight with update."

Q     And the e-mail up from that at 11:47 a.m. from Mr. Tanaka to Mr. Leavins?

A     "Thanks, Steve.  Right after, and I mean right after I spoke with Tom" --

Q     Could you slow down just a little bit so the court reporter can catch up.  It is rare for me to be saying that, but go ahead, and slow down, please.

A     "Thanks, Steve.  Right after, and I mean right after I spoke with Tom this morning, the sheriff popped in looking for an update.  This case is consuming his entire thought process.  Providing him with update tidbits helps to ease his mind."

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX: Your Honor, I am going to be placing on the calendar for August 25th Baca Consumed.

Q    This last sentence is -- it says, "Providing him with updated tidbits helps to ease his mind."  What level of detail were you providing to Mr. Baca when you met with him?

A    Depending on the event, it would vary.

Q    Okay.  And were you hiding anything from him?

A    No.

Q    Just providing him with tidbits?

A    Again, depending on the event.  Some would be more detailed than others.

Q    Were you involved in the decision to change Anthony Brown's name?

A    Yes.

Q    How so?

A    Lieutenant Leavins advised me when we were going to move him to San Dimas that we would be changing his name.

Q    And did you agree to do that?

A    Yes.

Q    How many times did you approve changing Anthony Brown's name?

A    My recollection is two, but I know it was changed more, and I had no problems with that.

Q    Mr. Carey, you mentioned earlier that you were

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

aware of federal grand jury subpoenas being served on the sheriff's department.

I would like you to look in your book at the first volume of exhibits for Exhibit 33.  And, Mr. Carey, I want to clean up something just to make sure the record is clear because sometimes the microphone pops.

After I asked you the question about the polygraph, you said that Mr. Brown was deceptive with respect to bringing in narcotics.  Did you think it made it more or less likely that the FBI was involved in bringing in narcotics after Anthony Brown was deceptive in his results?

A       Less likely.

Q       Okay.  Can you see Exhibit 33 now?

A       Yes, sir.

Q       What is it?

A       It is an e-mail exchange.

Q       Between who?

A       Several people.  The bottom one from a person who I don't recognize to Lieutenant Thompson, and CC to at that time Lieutenant Gerhardt.

Q       And is that forwarded to you?  Do you receive a copy of this e-mail at some point, Mr. Carey?

A       Yes.

Q       Is that a true and accurate copy of the e-mail that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

you received?

A     Yes.

MR. FOX:  Your Honor, I move for the admission of Government Exhibit 33.

MR. HOCHMAN:  Objection to the first part, the first e-mail on the page, your Honor.

MR. FOX:  All right.  Your Honor, there is a part that Mr. Hochman wants us to redact.  I could blow up the remainder of it for these purposes and then we will submit a new exhibit tonight, if that is okay.

MR. HOCHMAN:  That is fine, your Honor.  In that case no objection to the remainder of the e-mail.

THE COURT:  All right.

MR. FOX:  So let me just do this.

(Counsel confer.)

Q   BY MR. FOX:  Okay.  Mr. Carey, I want you to read the e-mail that was sent to Mr. Thompson on August 24th at 9:15 a.m.  What is the subject of this e-mail?

A     Documents for Grand Jury Subpoena.

Q     And could you please read the text of the e-mail?

A     (Reading:)  Dear Lieutenant, Discovery unit received a grand jury subpoena from federal court and following documents/materials are needed to hand over to the court ASAP.  Lieutenant Judy Gerhardt requested to please arrange to find the requested materials as soon as

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

possible, and send to discovery unit for the earliest response to the federal court.  Please keep this information confidential.

The requested items are as follows:  All documents relating to the presentation of the Carrillo case for consideration, as indicated in the report of Robert Bates, employee number, and then dated February 28, 2011.

Q    And can you please read the e-mail that Mr. Thompson sent to you at 9:35 a.m. on August 26th?

A    (Reading:)  Subject is Documents for Grand Jury Subpoena.  Steve, Tom, I sent copies of the investigator's package to the discovery unit on 8/25/2011.  The file number is -- blah, blah.  Suspect name Carrillo.  I am not sure if it has anything to do with current investigations, but read below.

Q    Do you know who Mr. Carrillo was as it related to this subpoena?

A    Yes.

Q    Who was Mr. Carrillo?

A    There were two Carrillos, brothers.  There was a use of force in Central Jail or in the visiting area.

Q    And was that part of the federal investigation, if you are aware?

A    I believe so.  There was a subpoena for it.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    I now want to direct your attention to an e-mail chain that occurred about an hour after you received that e-mail.  Specifically please look at Exhibits 34, 35, and 36.

THE COURT:  Is this a convenient time for us to take our break?

MR. FOX:  Yes, your Honor.

THE COURT:  All right.  Ladies and gentlemen, again, I want to remind you until this trial is over, you are not to discuss this case with anyone including your fellow jurors, members of your family, people involved in the trial, or anyone else.

Nor are you allowed to permit others to discuss the case with you.  If anyone approaches you and tries to talk with you about this case, please let me know about it immediately.

Do not read or listen to any news reports or other accounts of the trial.  Finally, you are reminded to keep an open mind until all of the evidence has been received.  You have heard the arguments of counsel, the instructions of the Court, and the views of your fellow jurors.

If you need to speak with me, simply give a note to the clerk.

All right.  We will come back at noon.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held outside the
presence of the jury:)

THE COURT:  All right, sir.  You may step down.

Is there anything we need to take up?

MR. FOX:  No, your Honor.

MR. HOCHMAN:  No, your Honor.

THE COURT:  All right.

(Recess from 11:46 a.m. to 12:00 p.m.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  March 2, 2017


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR


UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**MR. FOX: [69]**   1289/9 1289/19 1296/24 1297/17 1298/1 1299/8 1300/10 1301/10 1301/14 1301/21 1302/13 1303/6 1314/12 1314/20 1331/9 1346/9 1361/13 1361/19 1361/22 1361/25 1362/11 1363/4 1363/14 1363/20 1365/6 1365/17 1365/20 1366/1 1366/19 1366/24 1367/3 1367/6 1367/15 1375/16 1377/5 1380/18 1380/25 1383/19 1383/23 1384/15 1386/15 1387/15 1389/1 1393/22 1394/13 1394/15 1395/19 1401/9 1401/15 1401/17 1402/18 1402/21 1402/23 1403/1 1403/13 1404/20 1408/7 1409/12 1410/23 1411/12 1411/20 1411/24 1417/4 1417/25 1420/2 1420/6 1420/13 1422/6 1423/4
**MR. HOCHMAN: [77]**
**MR. JAUREGUI: [8]**   1349/23 1350/8 1356/9 1357/11 1359/24 1360/1 1360/14 1365/11
**MS. RHODES: [34]**   1292/16 1294/5 1303/12 1303/20 1306/23 1310/14 1314/3 1314/8 1314/15 1314/23 1316/11 1316/13 1319/11 1325/12 1329/3 1329/12 1329/21 1330/10 1330/16 1331/3 1331/14 1332/9 1342/21 1343/1 1343/5 1343/9 1343/18 1344/4 1344/13 1344/19 1344/24 1347/11 1348/16 1349/4
**THE CLERK: [4]**   1289/6 1303/16 1350/3 1367/11
**THE COURT: [119]**
**THE SKETCH ARTIST: [1]** 1366/4
**THE WITNESS: [17]**   1303/18 1312/25 1316/5 1332/11 1343/20 1349/7 1349/11 1349/15 1349/19 1350/6 1359/1 1367/14 1377/13 1378/19 1384/8 1386/16 1409/24

---

**'**

**'83 [1]**   1333/11
**'90s [1]**   1307/24
**'98 [1]**   1335/11

---

**—**

**—and [3]**   1287/4 1287/5 1287/11

---

**/**

**/s [1]**   1424/12

---

**1**

**10 [5]**   1297/23 1298/1 1339/5 1353/11 1402/25
**10 seconds [1]**   1367/5
**10.20 [1]**   1389/3
**10.35 [1]**   1387/17
**108 [4]**   1304/19 1319/2 1319/17 1347/12
**10:08 p.m [1]**   1339/22
**10:12 p.m [1]**   1340/3
**10:49 p.m [1]**   1340/15

**10th [1]**   1403/9
**11 [5]**   1357/22 1384/19 1384/20 1403/1 1403/3
**116 [3]**   1384/18 1384/20 1387/17
**11:45 a.m [1]**   1417/9
**11:46 [1]**   1423/8
**11:47 a.m [1]**   1417/14
**12 [1]**   1389/19
**121 [1]**   1357/13
**122 [1]**   1356/2
**12:00 [1]**   1423/8
**12:32 [1]**   1403/21
**12th [1]**   1287/6
**13 [4]**   1380/20 1381/3 1381/3 1381/8
**1304 [1]**   1288/5
**1310 [1]**   1288/18
**1311 [1]**   1288/18
**1317 [2]**   1288/6 1316/20
**1347 [1]**   1288/7
**1348 [1]**   1288/8
**1350 [1]**   1288/11
**1358 [1]**   1357/24
**1359 [1]**   1288/12
**1367 [1]**   1288/15
**1380 [2]**   1288/19 1288/19
**139 [2]**   1306/24 1375/17
**148 [2]**   1291/14 1313/19
**15 [1]**   1353/12
**16 [2]**   1380/20 1409/14
**16—66 [1]**   1286/8
**1601 [1]**   1287/11
**1666A [1]**   1289/7
**17 [2]**   1380/20 1411/13
**1750 [1]**   1414/13
**18 [2]**   1380/20 1411/22
**18th [1]**   1389/12
**19 [11]**   1288/18 1310/3 1310/6 1310/16 1310/19 1318/20 1333/5 1338/3 1380/20 1383/4 1383/5
**19,24,25,28 [1]**   1288/19
**196 [1]**   1403/9
**1965 [1]**   1318/15
**1980's [2]**   1318/20 1345/13
**1981 [2]**   1304/9 1318/10
**1983 [1]**   1307/21
**1984 [1]**   1333/24
**1990's [1]**   1337/2
**1998 [2]**   1335/11 1337/8
**19th [7]**   1310/9 1310/22 1310/22 1311/5 1311/11 1338/8 1346/16
**1:18 p.m [1]**   1403/7

---

**2**

**2.6 [1]**   1362/15
**20 [2]**   1308/10 1392/18
**20,000 [1]**   1391/3
**2002 [1]**   1337/10
**2006 [1]**   1337/11
**2008 [1]**   1336/4
**2010 [3]**   1337/11 1368/13 1368/19
**2011 [51]**   1304/17 1304/24 1305/3 1307/4 1308/17 1308/17 1308/25 1310/9 1311/6 1311/11 1311/19 1318/25 1319/21 1321/25 1325/24 1328/2 1330/3 1330/22 1331/14 1331/18 1331/24 1340/6 1342/3 1342/7 1342/12 1343/1 1343/14 1343/15 1349/2 1351/11 1369/1 1369/11 1371/12 1373/9 1374/12 1374/18 1384/3 1386/16 1386/18 1387/6 1387/13 1388/3

1388/11 1389/13 1390/22 1391/10 1391/24 1405/10 1417/9 1421/8 1421/14
**2013 [4]**   1299/20 1299/21 1318/22 1381/7
**2014 [4]**   1304/9 1304/10 1318/12 1318/17
**2015 [8]**   1299/3 1299/7 1299/22 1299/25 1362/14 1363/15 1363/18 1366/15
**2017 [3]**   1286/17 1289/1 1424/10
**2050 [1]**   1287/12
**20th [18]**   1373/9 1373/19 1374/12 1374/18 1375/13 1377/21 1384/3 1385/18 1386/5 1386/11 1386/16 1388/11 1390/6 1392/13 1409/2 1410/13 1410/18 1413/3
**22 [2]**   1339/15 1339/21
**23 [1]**   1323/12
**23rd [15]**   1339/22 1340/3 1340/5 1391/24 1399/3 1399/9 1402/2 1403/15 1410/22 1411/3 1411/9 1411/17 1413/24 1414/9 1415/10
**24 [3]**   1380/20 1383/21 1383/21
**24th [4]**   1342/3 1346/16 1415/23 1420/17
**25 [2]**   1380/20 1383/25
**25th [4]**   1351/11 1415/23 1417/9 1418/2
**26th [2]**   1389/13 1421/10
**27 [1]**   1350/23
**27th [2]**   1295/16 1296/15
**28 [4]**   1359/16 1380/20 1421/8 1424/4
**29 [2]**   1299/3 1380/20
**29,44,45 [1]**   1288/20
**29th [7]**   1295/15 1296/14 1362/14 1363/14 1363/15 1363/18 1366/15
**2:18 p.m [2]**   1403/15 1403/17

---

**3**

**3.10 [4]**   1301/14 1301/16 1302/17 1302/25
**30 [1]**   1327/22
**30's [1]**   1308/12
**30.37 [1]**   1384/22
**300 pounds [1]**   1397/12
**31 [1]**   1417/6
**312 [2]**   1286/22 1287/6
**33 [3]**   1419/4 1419/14 1420/4
**34 [1]**   1422/3
**35 [1]**   1422/3
**36 [1]**   1422/4
**38 [4]**   1314/6 1314/16 1314/19 1314/24
**39 [2]**   1292/19 1404/21
**3:40 [1]**   1310/22
**3:40 p.m [2]**   1310/22 1338/8

---

**4**

**40 [1]**   1327/22
**403 [6]**   1291/6 1292/1 1292/10 1293/2 1294/1 1299/15
**41 [1]**   1292/19
**436 [1]**   1286/22
**44 [1]**   1380/21
**45 [1]**   1380/21

---

**5**

**500 [1]**   1328/1
**5115 [1]**   1403/22

**5**

**518 [2]**   1319/7 1319/16
**519 [2]**   1325/9 1325/22

**6**

**66 [1]**   1286/8

**7**

**753 [1]**   1424/4
**77 [1]**   1394/1
**78 [2]**   1393/25 1394/2

**8**

**8,13,16-19,24,25,28 [1]**
  1288/19
**8/25/11 [1]**   1357/22
**8/25/2011 [1]**   1421/14
**800 [1]**   1375/24
**8000 [2]**   1414/12 1414/24
**8:00 [1]**   1289/2
**8:43 [1]**   1316/20
**8:45 [1]**   1316/20

**9**

**90012 [2]**   1286/22 1287/6
**90404 [1]**   1287/12
**9858 [2]**   1286/21 1424/12
**9:15 a.m [1]**   1420/18
**9:35 a.m [1]**   1421/10
**9:39 [1]**   1361/16
**9:51 p.m [2]**   1310/10 1311/6
**9:54 [1]**   1361/16

**A**

**A-C-A-D-E-M-I-A [1]**   1350/8
**a.m [8]**   1289/2 1361/16
  1361/16 1417/9 1417/14
  1420/18 1421/10 1423/8
**abilities [1]**   1377/20
**able [3]**   1364/11 1370/18
  1400/12
**about [118]**
**above [13]**   1305/24 1306/15
  1340/2 1340/13 1340/14
  1356/19 1368/20 1368/23
  1368/25 1369/7 1369/7
  1387/25 1424/7
**above-entitled [1]**   1424/7
**ABRAMS [2]**   1287/11 1289/16
**abstract [3]**   1355/5 1358/11
  1358/12
**abuse [2]**   1300/20 1300/25
**ACADEMIA [14]**   1288/10 1297/2
  1349/25 1350/7 1350/10
  1350/17 1351/4 1353/25
  1356/1 1356/12 1357/19
  1358/14 1359/16 1360/9
**accelerated [1]**   1399/10
**accepted [1]**   1406/17
**access [5]**   1380/17 1392/8
  1400/2 1406/23 1414/15
**accounts [2]**   1361/3 1422/18
**accurate [12]**   1310/11 1315/6
  1319/19 1327/22 1381/11
  1409/19 1410/2 1410/6 1410/7
  1410/9 1413/18 1419/25
**accurately [1]**   1304/21
**acronym [1]**   1338/16
**across [1]**   1315/20
**act [1]**   1341/7
**acted [1]**   1396/1
**acting [2]**   1354/22 1378/22
**action [2]**   1332/18 1385/3
**actions [3]**   1312/1 1313/17
  1344/23
**activities [2]**   1342/6
  1342/25
**activity [4]**   1370/17 1370/20

1370/22 1370/23
**acts [1]**   1374/21
**actual [1]**   1370/19 1374/19
**actually [22]**   1290/3 1290/24
  1291/17 1293/25 1294/20
  1295/7 1295/18 1298/15
  1306/17 1308/11 1323/15
  1327/1 1328/18 1333/14
  1336/15 1339/1 1346/8
  1348/11 1356/5 1375/17
  1384/17 1393/17
**Adams [5]**   1351/17 1351/21
  1355/8 1358/22 1359/4
**add [1]**   1363/6
**addition [2]**   1324/1 1379/5
**additional [2]**   1322/6 1339/2
**administration [2]**   1305/10
  1375/7
**administrative [6]**   1321/8
  1322/7 1322/10 1322/17
  1323/2 1375/3
**admissibility [1]**   1298/9
**admission [4]**   1310/16
  1366/20 1380/19 1420/3
**admit [4]**   1300/6 1314/19
  1397/23 1398/1
**admitted [2]**   1304/20 1306/25
**admonished [1]**   1289/22
**advantage [1]**   1325/12
**advice [1]**   1348/4
**advise [1]**   1404/7
**advised [2]**   1415/8 1418/17
**Aero [1]**   1324/13
**affairs [7]**   1329/7 1374/20
  1374/22 1375/2 1376/7 1382/9
  1382/11
**affects [1]**   1300/3
**after [31]**   1309/6 1312/17
  1313/25 1335/4 1336/8
  1346/19 1353/9 1354/11
  1357/5 1357/8 1365/1 1369/14
  1381/3 1384/22 1386/5
  1386/25 1388/10 1393/11
  1394/2 1394/24 1403/25
  1409/11 1411/21 1415/10
  1417/16 1417/17 1417/21
  1417/22 1419/7 1419/11
  1422/2
**afternoon [1]**   1312/16
**afterward [1]**   1289/24
**again [27]**   1290/17 1294/12
  1294/22 1326/2 1326/11
  1334/3 1338/21 1343/21
  1359/5 1360/18 1360/20
  1363/22 1364/18 1371/8
  1373/6 1381/7 1386/15 1394/2
  1394/3 1400/11 1406/19
  1408/22 1408/24 1409/25
  1414/22 1418/11 1422/9
**against [2]**   1345/23 1392/12
**age [2]**   1308/10 1308/11
**agency [5]**   1382/23 1383/17
  1385/12 1385/17 1385/24
**agent [21]**   1289/13 1289/25
  1297/10 1298/23 1304/25
  1316/8 1338/4 1339/17 1356/1
  1356/10 1357/12 1375/19
  1381/5 1383/6 1383/22
  1383/24 1384/20 1401/10
  1401/14 1403/8 1416/14
**agent's [4]**   1302/4 1302/5
  1316/9 1357/10
**agents [3]**   1393/3 1393/8
  1393/12
**ago [1]**   1290/11
**agree [2]**   1358/19 1418/19
**agreed [1]**   1362/2
**agreement [1]**   1298/4
**ahead [6]**   1293/21 1357/9

1358/25 1364/10 1411/22
1412/4
**aid [1]**   1336/22
**AJIS [1]**   1352/17
**alarmed [1]**   1316/7
**albeit [1]**   1313/4
**alert [1]**   1370/12
**alerted [1]**   1370/14
**all [60]**   1289/19 1289/19
  1289/22 1291/4 1292/15
  1294/8 1296/9 1296/23
  1301/12 1303/2 1303/11
  1303/15 1306/18 1314/15
  1314/20 1314/23 1316/15
  1319/11 1321/12 1324/17
  1324/19 1325/3 1328/5
  1334/25 1337/13 1340/17
  1346/7 1346/16 1349/21
  1350/1 1360/16 1360/17
  1360/19 1361/5 1361/19
  1364/18 1366/3 1366/24
  1377/7 1380/25 1387/20
  1389/7 1389/10 1395/7 1398/6
  1399/12 1403/15 1405/5
  1406/6 1407/24 1408/10
  1409/15 1420/7 1420/13
  1421/4 1422/8 1422/19
  1422/25 1423/3 1423/7
**allegation [1]**   1369/21
**allegations [12]**   1300/19
  1374/6 1374/7 1374/13
  1374/15 1374/18 1391/2
  1416/7 1416/8 1416/9 1416/10
  1416/17
**allow [1]**   1364/25
**allowed [4]**   1305/22 1360/23
  1400/3 1422/13
**allowing [1]**   1413/16
**almost [4]**   1339/5 1371/5
  1380/15 1396/10
**along [4]**   1382/10 1404/19
  1406/10 1406/14
**already [9]**   1300/8 1306/25
  1314/5 1316/6 1341/7 1358/10
  1371/24 1386/3 1393/24
**also [19]**   1289/12 1292/1
  1301/25 1306/12 1313/16
  1314/2 1319/19 1331/2 1335/3
  1335/14 1335/24 1336/7
  1343/18 1356/5 1357/13
  1381/23 1405/23 1412/16
  1414/4
**always [2]**   1340/9 1364/16
**Alzheimer's [3]**   1300/1
  1300/2 1300/3
**am [51]**   1291/13 1292/20
  1292/21 1292/22 1292/23
  1293/18 1296/17 1297/13
  1297/14 1300/7 1301/6 1304/4
  1304/21 1307/17 1311/1
  1331/23 1337/3 1338/17
  1340/6 1340/20 1340/23
  1340/23 1341/11 1341/20
  1346/4 1347/1 1347/3 1350/18
  1350/25 1351/2 1356/1 1362/3
  1364/7 1365/7 1365/9 1367/24
  1381/5 1382/19 1382/22
  1383/3 1383/6 1383/20
  1383/24 1395/6 1395/20
  1396/10 1401/10 1403/8
  1410/21 1418/1 1421/15
**amending [1]**   1341/21
**America [2]**   1286/6 1289/8
**analogy [1]**   1313/21
**and/or [2]**   1332/20 1375/11
**ANDERSON [1]**   1286/3
**Andre [17]**   1292/22 1292/24
  1293/19 1293/19 1293/24
  1293/25 1294/10 1294/21

**A**

**Andre... [9]** 1295/15 1295/21 1295/25 1296/6 1296/8 1314/1 1346/6 1346/8 1346/24

**ANGELES [12]** 1286/16 1286/22 1287/6 1289/1 1304/6 1304/13 1350/18 1350/20 1354/21 1368/5 1369/24 1378/13

**anger [1]** 1379/20

**another [16]** 1297/1 1297/22 1298/1 1335/3 1335/17 1335/25 1364/9 1364/19 1364/21 1385/11 1385/11 1385/12 1385/24 1386/20 1410/14 1410/18

**answer [10]** 1312/25 1316/5 1332/11 1343/20 1359/1 1377/13 1378/19 1408/7 1412/10 1412/12

**answered [4]** 1316/3 1338/20 1383/18 1384/7

**answers [3]** 1362/19 1363/2 1366/13

**Anthony [62]** 1331/9 1354/4 1354/7 1356/14 1373/19 1373/23 1374/9 1379/4 1379/7 1379/12 1380/3 1380/17 1381/15 1381/21 1387/2 1390/11 1392/4 1392/10 1393/17 1393/22 1396/2 1397/18 1398/20 1399/12 1399/17 1399/18 1401/3 1401/21 1402/2 1402/12 1403/25 1404/8 1407/12 1409/3 1409/6 1409/9 1409/11 1409/20 1410/4 1410/15 1410/20 1411/4 1411/11 1411/18 1411/19 1412/3 1412/23 1413/8 1413/22 1414/4 1414/4 1414/8 1414/18 1414/24 1415/1 1415/10 1415/17 1416/12 1416/18 1418/13 1418/21 1419/11

**Antuna [1]** 1298/4

**any [44]** 1291/4 1294/7 1294/18 1294/25 1296/18 1299/15 1300/18 1305/24 1309/13 1309/19 1314/20 1333/1 1334/14 1342/6 1344/22 1346/8 1360/10 1360/11 1360/11 1361/2 1363/1 1363/25 1369/21 1378/23 1379/6 1379/24 1380/22 1382/23 1385/9 1390/22 1391/10 1395/3 1397/24 1399/1 1400/4 1409/19 1410/3 1410/3 1411/2 1412/23 1412/23 1412/24 1415/9 1422/17

**anybody [7]** 1296/23 1357/2 1360/25 1392/14 1400/8 1412/15 1413/10

**anymore [1]** 1328/11

**anyone [7]** 1306/15 1354/18 1360/21 1360/22 1422/10 1422/12 1422/14

**anything [23]** 1291/24 1294/8 1297/21 1329/20 1337/21 1357/1 1359/18 1359/22 1376/18 1377/22 1380/11 1380/12 1382/7 1382/8 1383/11 1391/8 1391/24 1393/2 1396/22 1414/6 1418/8 1421/15 1423/4

**anytime [1]** 1330/25

**anyway [1]** 1296/22

**anywhere [5]** 1375/8 1378/11 1389/23 1403/25 1414/8

**apart [1]** 1308/10

**apologize [1]** 1419/16

**apparently [1]** 1291/3 1346/14

**Appeal [1]** 1295/5

**appearance [1]** 1366/1

**appearances [2]** 1287/1 1289/9

**appeared [1]** 1386/2

**appears [1]** 1394/12

**apply [1]** 1300/13

**appointment [1]** 1305/25

**appreciate [1]** 1298/16

**approach [4]** 1319/25 1320/4 1325/16 1365/16

**approached [1]** 1353/19

**approaches [3]** 1319/15 1360/25 1422/14

**approaching [1]** 1316/8

**appropriate [4]** 1301/2 1302/9 1385/3 1401/7

**approval [12]** 1380/4 1380/7 1380/8 1380/14 1380/18 1389/9 1392/13 1400/12 1407/13 1408/5 1409/3 1409/4

**approve [1]** 1418/21

**approximate [1]** 1391/3

**approximately [14]** 1308/17 1318/15 1323/12 1327/16 1327/20 1328/1 1328/4 1329/12 1333/22 1335/13 1353/11 1368/1 1389/11 1405/19

**April [2]** 1368/13 1381/7

**are [92]**

**area [4]** 1365/14 1387/25 1405/21 1421/22

**areas [1]** 1401/7

**aren't [1]** 1371/10

**arguments [3]** 1361/6 1363/23 1422/20

**arisen [1]** 1374/14

**arms [1]** 1346/2

**around [8]** 1309/22 1313/9 1313/17 1321/20 1342/3 1346/22 1392/3 1415/23

**arrange [1]** 1420/25

**arrival [1]** 1386/17

**artist [2]** 1289/23 1365/25

**as [92]**

**ASAP [1]** 1420/24

**ascertain [1]** 1382/5

**Asian [3]** 1335/8 1335/15 1336/9

**ask [33]** 1290/19 1291/2 1292/9 1294/9 1295/12 1297/15 1301/1 1304/21 1314/24 1338/4 1339/16 1356/1 1357/12 1362/18 1363/11 1364/6 1364/10 1364/16 1364/20 1364/25 1365/5 1366/12 1373/15 1380/5 1381/5 1383/3 1383/6 1383/24 1395/23 1396/15 1396/18 1403/8 1409/25

**asked [20]** 1290/3 1290/24 1292/14 1316/3 1347/23 1348/22 1351/21 1352/2 1352/18 1353/5 1354/25 1365/1 1383/18 1384/7 1391/9 1396/17 1397/14 1397/18 1401/20 1419/7

**asking [4]** 1290/5 1385/25 1386/2 1398/4

**asks [2]** 1364/2 1364/11

**assaults [1]** 1386/23

**assign [2]** 1415/9 1415/12

**assigned [12]** 1333/14 1334/23 1368/13 1371/4

1371/10 1371/18 1374/9 1395/17 1396/16 1397/2 1412/20 1414/21

**assigning [1]** 1415/11

**assistance [2]** 1305/6 1406/25

**assistant [31]** 1304/14 1304/22 1305/3 1305/5 1305/12 1305/21 1305/23 1306/2 1306/9 1306/12 1307/4 1307/19 1308/4 1311/12 1315/3 1315/8 1320/17 1320/19 1320/22 1321/13 1322/2 1323/5 1324/2 1326/8 1326/14 1328/14 1330/14 1345/18 1377/25 1378/2 1388/7

**associated [1]** 1382/8

**assume [1]** 1293/13

**assuming [1]** 1340/23

**assumption [1]** 1340/16

**assure [1]** 1341/9

**assured [1]** 1380/16

**asterisk [1]** 1323/8

**at all [1]** 1296/9

**at-will [1]** 1306/18

**attempt [2]** 1399/9 1416/6

**attempted [1]** 1383/16

**attend [3]** 1336/15 1337/20 1373/9

**attendance [4]** 1376/9 1377/1 1379/2 1380/16

**attended [1]** 1376/2

**attention [5]** 1310/2 1318/24 1373/8 1391/23 1422/1

**attorney [9]** 1287/5 1293/19 1295/2 1297/2 1297/6 1314/1 1346/25 1347/4 1375/10

**Attorney's [1]** 1293/15

**audio [22]** 1315/1 1379/3 1379/5 1381/9 1383/8 1383/23 1384/2 1394/17 1395/12 1395/22 1401/12 1401/17 1401/19 1402/21 1402/23 1403/1 1403/4 1409/17 1411/15 1411/23 1412/24 1413/2

**augment [1]** 1295/11

**August [83]**

**August 18th [1]** 1389/12

**August 19th [7]** 1310/9 1310/22 1310/22 1311/5 1311/11 1338/8 1346/16

**August 2011 [2]** 1308/17 1311/19

**August 20th [17]** 1373/9 1373/19 1374/12 1374/18 1375/13 1377/21 1384/3 1385/18 1386/5 1386/11 1386/16 1388/11 1392/13 1409/2 1410/13 1410/18 1413/3

**August 23rd [15]** 1339/22 1340/3 1340/5 1391/24 1399/3 1399/9 1402/2 1403/15 1410/2 1411/3 1411/9 1411/17 1413/24 1414/9 1415/10

**August 24th [3]** 1342/3 1346/16 1420/17

**August 25th [3]** 1351/11 1417/9 1418/2

**August 26th [1]** 1421/10

**August 29th [2]** 1295/15 1296/14

**AUSA [1]** 1287/5

**authenticated [1]** 1314/5

**authenticity [1]** 1298/8

**authorizing [1]** 1355/6

## A

**automated [1]** 1352/15
**automatically [2]** 1358/1 1358/2
**avoid [1]** 1366/3
**aware [21]** 1308/18 1371/12 1382/18 1382/19 1382/21 1382/22 1384/10 1396/1 1399/6 1401/21 1402/6 1402/16 1410/3 1412/5 1413/7 1413/10 1415/2 1415/6 1415/19 1419/1 1421/24
**away [10]** 1379/22 1392/18 1398/20 1409/20 1410/4 1410/15 1410/19 1411/3 1411/11 1414/23

## B

**Baca [100]**
**Baca's [18]** 1291/16 1292/19 1293/9 1293/13 1293/17 1298/13 1299/5 1299/14 1308/24 1337/20 1378/12 1379/14 1380/13 1381/6 1381/11 1389/25 1407/16 1409/23
**Baca-Tanaka [2]** 1299/19 1299/21
**bachelor [2]** 1336/16 1337/20
**back [22]** 1297/15 1303/3 1305/18 1307/7 1309/18 1309/24 1309/24 1328/25 1329/1 1340/15 1341/6 1345/12 1353/12 1357/6 1361/10 1371/8 1377/19 1377/21 1378/1 1378/6 1416/16 1422/25
**background [1]** 1379/12
**bad [1]** 1382/6
**based [5]** 1301/25 1312/3 1363/23 1377/2 1378/12
**basement [2]** 1391/15 1391/18
**basically [5]** 1294/14 1313/8 1338/9 1338/13 1362/16
**basis [7]** 1292/8 1298/21 1299/7 1325/5 1333/17 1342/11 1371/10
**basketball [1]** 1401/8
**Bates [1]** 1421/7
**be [103]**
**bear [1]** 1394/10
**beat [2]** 1364/14 1386/20
**beatings [2]** 1300/19 1374/10
**became [10]** 1306/1 1307/19 1308/4 1308/5 1368/18 1369/15 1386/25 1391/4 1399/6 1415/2
**because [24]** 1291/6 1291/9 1293/4 1296/5 1298/20 1299/3 1299/19 1302/19 1322/16 1330/25 1332/2 1339/4 1348/10 1352/21 1357/1 1358/16 1363/3 1363/7 1363/25 1364/19 1377/19 1392/12 1399/17 1419/6
**become [6]** 1308/18 1335/1 1349/14 1349/18 1371/12 1415/6
**becomes [3]** 1291/7 1294/1 1340/19
**becoming [1]** 1305/12
**been [46]** 1291/18 1295/4 1304/19 1306/25 1308/19 1308/22 1311/24 1314/5 1314/21 1315/7 1325/21 1330/20 1331/7 1331/18 1332/2 1335/7 1336/13 1337/19 1342/5 1348/23

1349/7 1350/22 1352/23 1360/14 1362/24 1366/19 1367/25 1371/23 1371/24 1382/9 1392/5 1394/4 1394/7 1396/2 1399/8 1399/13 1404/9 1405/21 1405/24 1406/3 1409/6 1409/9 1409/11 1413/11 1415/1 1422/19
**before [33]** 1289/21 1295/21 1296/8 1296/14 1297/8 1299/21 1304/20 1313/3 1314/18 1323/2 1325/10 1339/16 1342/17 1350/10 1353/5 1362/1 1362/17 1363/24 1366/10 1368/4 1371/22 1372/18 1373/1 1373/14 1374/18 1382/18 1383/17 1386/11 1386/16 1387/12 1392/14 1396/8 1404/22
**begin [1]** 1350/10
**beginning [3]** 1377/23 1395/25 1407/19
**begun [1]** 1316/6
**behalf [2]** 1289/11 1289/16
**behavior [1]** 1362/25
**behind [4]** 1314/16 1359/9 1405/9 1405/22
**being [28]** 1292/7 1292/12 1292/14 1293/19 1316/6 1330/2 1330/20 1330/24 1341/23 1347/25 1348/7 1355/9 1358/21 1359/2 1370/10 1376/22 1378/14 1406/25 1411/3 1411/10 1411/17 1414/20 1416/2 1416/3 1416/5 1416/12 1416/21 1419/1
**believe [39]** 1289/19 1294/6 1294/12 1298/12 1300/8 1300/15 1300/23 1300/24 1306/5 1314/2 1322/6 1330/1 1337/1 1339/4 1341/2 1345/15 1346/23 1347/2 1358/14 1368/15 1371/17 1372/15 1372/23 1373/4 1374/2 1375/14 1375/24 1376/6 1379/11 1381/23 1393/15 1396/13 1397/4 1402/20 1404/12 1411/12 1414/12 1416/3 1421/25
**belonged [3]** 1371/21 1371/22 1399/7
**below [10]** 1320/16 1321/13 1321/16 1324/20 1326/14 1327/20 1327/23 1387/20 1391/17 1421/16
**berating [1]** 1406/7
**besides [1]** 1372/20
**best [2]** 1297/3 1408/17
**better [3]** 1389/18 1400/3 1400/17
**between [6]** 1299/21 1308/6 1310/12 1368/16 1413/5 1419/18
**beyond [3]** 1296/18 1314/22 1385/8
**big [2]** 1292/1 1320/20
**binder [6]** 1310/3 1314/14 1381/2 1383/4 1383/5 1393/25
**binders [7]** 1314/7 1314/8 1314/16 1314/17 1356/5 1394/2 1412/1
**Birotte [19]** 1292/22 1293/19 1293/24 1293/25 1294/7 1294/10 1294/21 1295/15 1295/21 1296/1 1296/6 1296/8 1314/1 1346/7 1346/9 1346/24 1347/2 1347/3 1347/4

**bit [4]** 1316/10 1397/22 1403/7 1417/18
**blah [5]** 1363/19 1363/19 1363/20 1421/14 1421/14
**blow [1]** 1420/8
**blowup [2]** 1319/7 1319/17
**Blue [1]** 1324/16
**boasted [1]** 1407/11
**boastful [1]** 1380/15
**BOCKIUS [1]** 1287/10
**body [2]** 1398/25 1399/10
**book [2]** 1409/14 1419/3
**booking [5]** 1352/11 1354/1 1354/2 1354/5 1354/7
**boss [3]** 1353/15 1359/10 1417/11
**boss's [2]** 1353/15 1359/10
**both [9]** 1308/2 1347/18 1387/15 1388/21 1408/1 1408/3 1408/13 1408/19 1408/20
**bottom [8]** 1310/21 1339/18 1375/18 1382/3 1387/17 1404/22 1405/1 1419/19
**Boulevard [1]** 1287/11
**box [1]** 1320/20
**bragging [1]** 1407/11
**BRANDON [2]** 1287/4 1289/10
**Bravo [2]** 1396/11 1396/12
**break [2]** 1360/18 1422/6
**breaking [1]** 1313/7
**BRIANNA [2]** 1287/11 1289/16
**bribed [2]** 1331/18 1332/2
**bribes [1]** 1332/9
**brief [10]** 1291/17 1292/10 1292/11 1294/13 1294/17 1309/11 1311/2 1338/18 1408/23 1417/2
**briefed [5]** 1299/9 1311/8 1338/20 1341/10 1411/16
**briefing [5]** 1311/9 1338/25 1339/2 1378/23 1379/6
**briefly [4]** 1316/17 1323/23 1326/3 1348/18
**bring [9]** 1303/8 1332/2 1332/4 1332/9 1332/22 1361/19 1391/6 1398/12 1398/14
**bringing [2]** 1419/9 1419/11
**broken [1]** 1323/15
**brothers [2]** 1346/2 1421/21
**brought [2]** 1365/20 1391/7
**brought in [1]** 1365/20
**Brown [75]**
**Brown's [4]** 1381/17 1399/3 1418/14 1418/22
**bucket [1]** 1322/23
**budget [2]** 1322/11 1323/1
**building [2]** 1391/12 1391/13
**buildings [1]** 1371/11
**bunch [1]** 1386/19
**bureau [15]** 1289/13 1324/13 1324/14 1324/15 1324/15 1324/17 1338/12 1338/16 1368/10 1373/12 1376/7 1391/19 1404/5 1404/6 1404/17
**bureaus [2]** 1320/13 1321/17
**busy [1]** 1391/3
**butt [1]** 1340/6

## C

**C-A-R-E-Y [1]** 1367/15
**C-E-C-I-L [1]** 1303/19
**CA [2]** 1287/6 1287/12
**calendar [1]** 1418/2
**CALIFORNIA [4]** 1286/2 1286/16 1286/22 1289/1
**call [13]** 1303/11 1349/23

**C**

**call... [11]** 1352/17 1371/17 1371/19 1378/12 1392/3 1392/7 1403/15 1403/17 1403/21 1404/15 1417/13
**called [5]** 1297/7 1313/19 1324/9 1404/11 1404/14
**calls [14]** 1303/14 1316/4 1346/10 1349/24 1367/9 1374/1 1374/3 1377/24 1379/3 1379/5 1388/23 1396/6 1402/7 1413/3
**calm [2]** 1379/15 1408/2
**came [7]** 1289/24 1330/21 1351/19 1351/20 1353/12 1386/9 1413/16
**Camp [1]** 1400/14
**can [72]**
**can't [8]** 1290/1 1290/7 1315/8 1353/23 1354/13 1355/1 1355/14 1359/4
**capacity [4]** 1329/9 1333/12 1334/14 1334/22
**captain [18]** 1324/23 1327/8 1327/10 1327/13 1335/8 1338/14 1353/16 1355/23 1359/6 1359/11 1368/9 1368/12 1368/14 1368/18 1369/15 1370/25 1376/6 1377/2
**captured [1]** 1374/3
**car [2]** 1333/15 1333/18
**careers [1]** 1329/16
**carefully [1]** 1394/6
**CAREY [33]** 1288/14 1310/25 1338/10 1338/14 1361/14 1367/10 1367/15 1367/21 1368/2 1368/21 1375/20 1377/8 1381/5 1381/10 1383/9 1384/3 1384/22 1387/19 1394/18 1395/23 1397/22 1402/11 1403/5 1403/12 1408/11 1409/18 1411/24 1412/14 1412/22 1418/25 1419/4 1419/23 1420/16
**Carrillo [4]** 1421/5 1421/15 1421/17 1421/20
**Carrillos [1]** 1421/21
**carrying [1]** 1329/2
**Carson [1]** 1334/1
**case [22]** 1298/6 1348/3 1360/20 1360/23 1361/1 1363/7 1375/11 1376/24 1377/20 1388/24 1390/5 1390/10 1390/17 1395/9 1396/3 1396/5 1417/23 1420/12 1421/6 1422/10 1422/14 1422/15
**cases [5]** 1369/16 1369/20 1373/6 1375/9 1376/21
**catch [1]** 1417/19
**categories [1]** 1326/3
**caused [1]** 1332/18
**Cavanaugh [2]** 1323/5 1323/8
**CC [1]** 1419/20
**ceased [2]** 1393/3 1393/5
**CECIL [5]** 1288/4 1295/17 1303/14 1303/19 1339/20
**cell [30]** 1302/5 1308/21 1310/25 1329/20 1330/1 1330/5 1330/21 1331/13 1331/22 1331/23 1332/4 1332/9 1337/25 1343/13 1347/24 1348/6 1348/10 1348/22 1348/23 1349/1 1349/7 1349/8 1349/14 1349/18 1378/20 1383/12 1384/5 1387/2 1387/6 1390/25

**cellular [1]** 1371/13
**center [3]** 1351/10 1351/10 1352/9
**CENTRAL [43]** 1286/2 1308/19 1321/21 1321/23 1322/3 1325/24 1326/18 1326/19 1327/4 1327/8 1327/11 1327/17 1327/21 1328/2 1328/6 1328/13 1328/16 1330/22 1331/8 1331/19 1341/24 1348/24 1349/7 1349/15 1349/19 1371/13 1391/7 1392/9 1392/20 1392/25 1393/4 1393/11 1399/13 1399/19 1399/25 1400/15 1404/4 1406/22 1414/3 1414/9 1414/12 1417/1 1421/22
**certain [8]** 1320/1 1320/23 1342/9 1364/2 1364/11 1364/13 1367/8 1396/10
**certainly [1]** 1294/11
**CERTIFICATE [1]** 1424/1
**certified [2]** 1298/22 1298/25
**certify [1]** 1424/4
**chain [11]** 1311/16 1369/2 1369/3 1369/18 1388/9 1388/17 1389/1 1389/6 1390/7 1391/16 1422/2
**chair [1]** 1343/24
**chairs [3]** 1405/10 1405/11 1405/22
**challenging [1]** 1298/24
**chance [2]** 1334/3 1335/17
**change [4]** 1352/5 1369/14 1390/22 1418/13
**changed [2]** 1372/22 1418/23
**changing [3]** 1352/7 1418/18 1418/21
**channels [1]** 1389/8
**charge [15]** 1312/4 1320/12 1320/14 1320/23 1322/2 1322/23 1323/9 1324/2 1326/17 1329/9 1335/8 1338/15 1343/22 1343/23 1381/16
**charged [1]** 1300/20
**charges [2]** 1300/22 1302/23
**chart [13]** 1304/23 1319/3 1319/7 1319/20 1319/25 1320/1 1320/4 1320/5 1321/10 1323/4 1325/23 1328/11 1347/18
**chewing [1]** 1340/6
**chief [15]** 1298/6 1305/14 1305/16 1305/20 1305/24 1306/10 1306/16 1321/14 1323/20 1324/20 1326/14 1326/17 1326/21 1326/24 1388/5
**chiefs [5]** 1305/7 1306/18 1321/12 1324/20 1342/10
**chosen [1]** 1306/16
**Christmas [1]** 1386/18
**cigars [2]** 1336/1 1337/16
**circle [2]** 1321/20 1323/23
**circumstance [1]** 1395/17
**circumstances [3]** 1352/24 1364/13 1383/13
**city [2]** 1304/4 1371/2
**civil [10]** 1362/4 1363/7 1363/17 1366/15 1373/24 1374/5 1374/6 1374/7 1378/21 1379/10
**civilian [4]** 1351/1 1351/2 1351/24 1354/21
**CJ [1]** 1374/9
**clean [3]** 1400/16 1408/8

1419/5
**clear [3]** 1295/4 1382/12 1389/4 1397/21 1419/6
**clearly [2]** 1293/17 1299/18
**clerk [8]** 1297/15 1301/4 1301/7 1303/15 1325/16 1350/25 1361/9 1422/24
**clerk's [1]** 1351/18
**clip [50]** 1298/9 1298/11 1298/21 1298/24 1299/2 1299/3 1314/6 1314/19 1314/24 1361/21 1362/2 1366/21 1367/5 1381/3 1381/6 1381/8 1381/11 1383/3 1383/4 1383/21 1383/25 1383/25 1394/1 1394/14 1395/20 1395/24 1396/12 1397/13 1397/17 1400/13 1401/11 1401/16 1401/18 1401/20 1402/1 1402/19 1402/20 1402/22 1402/22 1402/24 1402/25 1403/2 1403/3 1403/6 1411/13 1411/21 1411/24 1412/2 1413/7 1413/15
**clip 13 [1]** 1381/8
**clips [4]** 1300/9 1380/20 1393/24 1411/22
**close [4]** 1308/13 1335/21 1335/23 1411/25
**closer [2]** 1351/7 1368/22
**closing [1]** 1293/13
**clothes [1]** 1351/24
**Cloverfield [1]** 1287/11
**Code [1]** 1424/5
**cognitive [2]** 1300/1 1300/3
**collaborated [1]** 1332/21
**colleague [1]** 1336/12
**College [1]** 1324/16
**colleges [1]** 1324/17
**colored [1]** 1376/13
**Combine [1]** 1340/17
**come [10]** 1294/8 1295/2 1296/3 1302/12 1323/20 1350/1 1361/10 1365/10 1414/6 1422/25
**coming [7]** 1328/25 1355/25 1359/6 1379/13 1416/16 1416/23 1417/1
**command [13]** 1305/7 1305/8 1353/16 1359/10 1369/2 1369/3 1369/18 1388/9 1388/17 1389/1 1389/6 1390/8 1391/16
**commander [12]** 1306/17 1306/17 1324/21 1326/25 1327/7 1355/23 1359/7 1368/19 1368/20 1368/23 1385/15 1388/1
**commanders [2]** 1327/1 1327/2
**comments [2]** 1293/8 1397/3
**Commerce [4]** 1371/2 1371/3 1390/22 1392/19
**commercial [1]** 1324/6
**commit [1]** 1293/21
**committed [1]** 1301/1
**communicated [1]** 1355/4
**communications [1]** 1389/7
**community [2]** 1324/16 1324/17
**compared [2]** 1298/23 1400/15
**completely [1]** 1292/2
**complex [1]** 1340/19
**comply [2]** 1290/18 1378/8
**component [1]** 1298/20
**compound [2]** 1402/9 1408/15
**compromise [4]** 1369/19 1370/5 1370/6 1376/25
**compromised [1]** 1382/16
**Compton [1]** 1304/4

**C**

**computer [3]** 1352/15 1395/6 1395/8
**concern [2]** 1345/3 1345/6
**concerned [5]** 1300/7 1309/4 1385/15 1385/16 1416/9
**concerning [3]** 1330/21 1342/25 1344/10
**concerns [3]** 1344/9 1344/16 1344/22
**condition [3]** 1298/13 1299/5 1299/15
**conditions [1]** 1414/5
**conduct [4]** 1300/19 1374/23 1414/1 1414/2 1414/14
**conducted [8]** 1316/21 1330/20 1330/20 1330/24 1383/13 1415/20 1416/2 1416/4
**conducting [1]** 1415/3
**confer [9]** 1319/14 1347/9 1350/10 1350/13 1354/18 1355/11 1360/1 1361/25 1420/15
**conference [7]** 1373/13 1375/16 1375/21 1377/22 1390/2 1390/4 1424/9
**confidant [1]** 1335/22
**confidants [1]** 1335/24
**confident [1]** 1379/15
**confidential [5]** 1369/17 1376/23 1377/4 1377/10 1421/3
**confidentiality [2]** 1370/1 1371/8
**conformance [1]** 1424/8
**confrontation [1]** 1400/17
**Congress [1]** 1295/3
**connected [6]** 1372/19 1373/2 1373/20 1373/23 1379/10 1386/23
**connection [5]** 1309/6 1331/8 1331/18 1342/6 1373/17
**consequences [1]** 1375/4
**consider [3]** 1302/21 1302/21 1302/22
**consideration [3]** 1362/23 1366/17 1421/6
**considered [3]** 1335/20 1335/21 1346/1
**consistent [1]** 1385/19
**construed [2]** 1313/6 1313/24
**Consumed [1]** 1418/2
**consuming [1]** 1417/23
**contact [6]** 1332/20 1354/23 1378/21 1381/15 1392/14 1404/8
**contacted [2]** 1354/20 1358/10
**contacts [1]** 1388/21
**contained [1]** 1369/17
**contemporaneous [1]** 1293/20
**content [1]** 1310/23
**context [2]** 1294/23 1294/24
**continue [3]** 1335/18 1393/11 1410/25
**contraband [5]** 1329/18 1329/20 1330/5 1330/9 1330/15
**control [2]** 1400/9 1414/15
**controlling [1]** 1394/13
**convenient [1]** 1422/5
**conversation [20]** 1290/20 1290/21 1292/19 1295/17 1295/24 1296/1 1296/11 1296/13 1315/5 1344/8 1345/9 1346/4 1346/5 1346/7 1346/20 1392/21 1396/21 1409/20

**conversations [9]** 1296/6 1315/10 1346/15 1355/9 1360/10
**convolute [1]** 1370/19
**copies [1]** 1421/12
**copy [6]** 1301/4 1301/8 1310/11 1356/13 1419/23 1419/25
**corner [3]** 1307/6 1307/6 1307/7
**correct [89]**
**corrections [1]** 1305/9
**couch [1]** 1405/22
**could [57]** 1294/9 1298/17 1304/25 1310/19 1310/20 1310/23 1311/3 1313/23 1316/17 1319/23 1320/4 1320/19 1320/21 1321/9 1321/20 1322/16 1322/20 1323/8 1323/23 1325/12 1328/12 1329/20 1333/2 1333/5 1338/3 1338/6 1339/18 1339/19 1340/1 1340/3 1340/13 1341/3 1347/12 1350/1 1351/6 1352/19 1354/25 1363/16 1366/3 1368/21 1370/12 1370/17 1375/7 1384/22 1389/15 1389/23 1389/25 1394/23 1396/20 1403/2 1405/21 1405/23 1407/21 1407/23 1417/18 1420/8 1420/20
**couldn't [6]** 1296/12 1315/21 1358/15 1394/20 1395/19 1405/12
**counsel [17]** 1287/1 1289/8 1289/12 1300/12 1319/9 1319/14 1319/15 1325/10 1342/15 1347/9 1350/11 1350/13 1360/1 1361/6 1361/25 1420/15 1422/20
**count [1]** 1389/14
**county [10]** 1304/6 1304/13 1324/18 1350/18 1350/20 1354/21 1368/5 1369/24 1383/1 1384/5
**couple [5]** 1289/20 1298/2 1314/8 1335/7 1414/2
**coupled [1]** 1294/20
**course [1]** 1295/2
**court [39]** 1286/1 1286/21 1290/21 1292/5 1298/14 1300/6 1300/6 1301/4 1301/5 1301/7 1305/9 1321/6 1325/16 1353/24 1354/14 1354/16 1355/2 1355/5 1358/11 1358/16 1358/20 1359/20 1361/7 1362/6 1363/25 1364/2 1364/4 1364/10 1364/11 1364/21 1364/25 1365/18 1366/19 1401/8 1417/18 1420/22 1420/24 1421/2 1422/21
**Court's [3]** 1290/18 1295/13 1364/3
**courtroom [3]** 1289/23 1290/4 1365/8
**Courts [1]** 1295/5
**cover [1]** 1333/23
**covered [1]** 1324/13
**CR [2]** 1286/8 1289/7
**Craig [2]** 1415/13 1415/14
**create [3]** 1363/25 1364/8 1364/19
**crime [7]** 1291/19 1331/13 1335/9 1335/15 1336/9 1372/9 1387/9
**crimes [8]** 1324/6 1324/6

**1374/4 1376/7 1386/12** 1388/7 1388/22 1391/12
**criminal [15]** 1363/8 1368/10 1369/21 1370/17 1370/20 1370/22 1370/23 1374/21 1374/23 1375/5 1379/11 1382/7 1384/4 1384/11 1391/2
**criminals [1]** 1338/13
**critical [2]** 1370/3 1376/22
**cross [8]** 1288/6 1288/12 1307/1 1316/15 1318/7 1347/18 1348/13 1360/7
**cross-examination [6]** 1288/6 1288/12 1316/15 1318/7 1348/13 1360/7
**CRR [1]** 1424/12
**CSR [2]** 1286/21 1424/12
**cumulative [5]** 1329/23 1330/12 1331/5 1331/10 1332/10
**cure [1]** 1294/18
**curiosity [1]** 1364/24
**curious [1]** 1393/20
**current [2]** 1341/21 1421/16
**currently [4]** 1304/3 1304/4 1350/17 1367/21
**Curzon [1]** 1300/23
**custodial [1]** 1347/25
**custody [13]** 1305/10 1308/22 1311/12 1311/24 1313/4 1320/25 1326/20 1331/1 1348/7 1350/25 1358/7 1358/8 1399/24
**cut [1]** 1397/6
**cycles [1]** 1333/21

**D**

**daily [2]** 1336/4 1371/10
**danger [1]** 1302/5
**dark [1]** 1376/13
**dark-colored [1]** 1376/13
**data [1]** 1332/20
**database [1]** 1352/16
**date [9]** 1311/4 1311/5 1312/18 1312/24 1357/19 1357/21 1362/10 1362/21 1424/10
**dated [1]** 1421/7
**dates [1]** 1357/25
**David [2]** 1401/13 1401/14
**day [25]** 1286/14 1312/1 1312/1 1312/15 1325/5 1325/5 1328/15 1328/15 1328/17 1328/17 1328/19 1328/19 1333/17 1333/17 1339/4 1351/13 1371/20 1371/20 1373/9 1388/13 1391/25 1399/7 1405/11 1413/23 1414/13
**day-to-day [6]** 1312/1 1325/5 1328/15 1328/17 1328/19 1333/17
**days [4]** 1315/10 1339/7 1341/15 1345/12
**deal [3]** 1303/3 1321/3 1328/19
**dealing [5]** 1322/7 1337/1 1337/3 1344/9 1344/17
**dealings [3]** 1336/25 1337/13 1342/6
**deals [1]** 1299/4
**dealt [1]** 1320/25
**Dear [1]** 1420/21
**deceptive [3]** 1416/21 1419/8 1419/11
**decide [1]** 1300/6
**decision [3]** 1302/6 1375/11 1418/13
**defendant [6]** 1286/9 1287/9

**D**

**defendant... [4]** 1289/16 1300/18 1300/21 1307/22
**defense [6]** 1302/1 1302/10 1319/7 1319/16 1325/22 1365/13
**definitively [1]** 1299/25
**delayed [2]** 1297/16 1297/22
**demeanor [1]** 1379/14
**demonstrative [3]** 1325/9 1325/22 1365/13
**department [53]** 1293/5 1299/20 1302/7 1304/6 1304/13 1304/23 1305/13 1312/8 1318/10 1318/15 1318/19 1321/24 1323/9 1330/1 1330/8 1332/7 1337/6 1337/8 1344/12 1344/19 1344/23 1345/5 1345/19 1346/2 1347/24 1349/11 1350/19 1350/21 1350/22 1359/17 1368/6 1370/9 1371/6 1371/25 1372/7 1374/8 1374/13 1378/10 1380/2 1383/1 1383/2 1385/7 1385/11 1385/11 1385/13 1385/16 1385/22 1391/3 1398/17 1401/23 1415/4 1415/7 1419/2
**department's [2]** 1369/24 1383/10
**depending [4]** 1372/8 1390/10 1418/7 1418/11
**depiction [1]** 1319/19
**depicts [1]** 1304/22
**deposition [14]** 1298/4 1361/21 1362/1 1362/4 1362/11 1362/16 1362/20 1362/22 1363/16 1363/19 1365/9 1366/9 1366/14 1366/16
**depositions [1]** 1363/8
**deputies [28]** 1327/19 1328/1 1345/19 1351/19 1351/20 1351/23 1353/1 1354/15 1355/13 1356/25 1357/6 1358/22 1359/2 1359/9 1371/24 1374/2 1374/22 1374/23 1376/8 1379/2 1382/6 1383/10 1386/19 1386/20 1391/7 1397/4 1399/19 1406/25
**deputy [27]** 1300/20 1300/24 1300/25 1324/25 1327/24 1331/17 1332/1 1332/4 1332/8 1332/17 1332/21 1334/24 1351/17 1351/21 1355/8 1358/21 1359/4 1372/24 1372/25 1382/16 1383/11 1385/2 1386/20 1387/21 1387/23 1396/11 1396/12
**describe [2]** 1308/5 1336/10
**described [1]** 1380/18
**description [1]** 1378/12
**desk [3]** 1405/9 1405/11 1405/15
**detail [6]** 1343/17 1343/21 1390/7 1390/13 1403/11 1418/5
**detailed [2]** 1396/19 1418/12
**details [2]** 1373/14 1396/23
**detective [1]** 1324/3
**detectives [2]** 1323/11 1324/5
**detector [1]** 1416/1
**determine [1]** 1300/21
**developed [1]** 1370/10
**diagram [1]** 1404/25
**did [190]**

**didn't [18]** 1307/23 1316/9 1337/13 1337/20 1348/23 1353/3 1358/1 1358/5 1358/16 1364/8 1364/11 1371/8 1389/14 1391/5 1391/8 1393/10 1399/18 1410/24
**differences [1]** 1375/4
**different [6]** 1308/25 1311/18 1348/3 1348/6 1348/9 1394/12
**difficult [1]** 1370/16
**Dimas [3]** 1400/15 1407/2 1418/18
**direct [20]** 1288/5 1288/11 1288/15 1304/1 1305/6 1322/13 1334/12 1347/18 1350/15 1353/20 1355/21 1359/11 1360/10 1367/19 1373/8 1391/23 1409/19 1410/3 1414/18 1422/1
**directed [4]** 1379/20 1392/13 1406/6 1406/13
**direction [3]** 1341/9 1381/21 1394/20
**directive [1]** 1392/4
**directly [9]** 1294/13 1305/25 1311/21 1334/4 1338/2 1347/19 1369/6 1388/12 1388/14
**director [2]** 1377/25 1378/2
**discovered [6]** 1309/3 1311/20 1330/2 1330/25 1331/3 1390/25
**discovery [5]** 1337/24 1348/10 1420/21 1421/1 1421/13
**discuss [8]** 1299/11 1315/18 1343/11 1360/20 1360/23 1396/8 1422/10 1422/14
**discussed [10]** 1335/25 1343/16 1343/18 1344/3 1347/17 1377/14 1396/24 1410/10 1410/15 1410/19
**discusses [1]** 1299/14
**discussing [2]** 1299/11 1315/21
**discussion [17]** 1293/24 1309/7 1309/10 1309/13 1309/19 1309/22 1312/13 1316/8 1381/17 1381/20 1396/11 1397/5 1397/17 1406/18 1407/1 1411/2 1411/10
**discussions [4]** 1309/11 1315/7 1337/24 1342/25
**disprove [2]** 1370/18 1416/6
**disregard [1]** 1412/13
**Dissect [1]** 1395/1
**distortion [1]** 1294/18
**distorts [1]** 1294/2
**district [4]** 1286/1 1286/2 1286/4 1375/10
**division [22]** 1286/2 1305/7 1305/14 1305/16 1305/20 1306/10 1321/6 1321/7 1321/7 1321/10 1321/12 1322/8 1322/10 1322/17 1323/2 1324/3 1324/10 1324/13 1373/24 1378/21 1379/11 1388/5
**divisions [9]** 1305/8 1320/13 1320/23 1320/25 1321/4 1321/9 1321/16 1324/19 1325/3
**do [93]**
**documentation [1]** 1333/1
**documents [4]** 1420/19 1420/23 1421/5 1421/11
**documents/materials [1]**

1420/23
**does [12]** 1294/20 1299/10 1299/10 1305/2 1306/9 1332/7 1337/19 1356/22 1358/6 1372/6 1374/22 1400/22
**doesn't [2]** 1296/18 1296/22
**doing [5]** 1312/2 1313/23 1345/7 1388/15 1408/12
**don't [45]** 1290/21 1291/11 1294/3 1294/6 1294/25 1297/19 1298/15 1300/8 1300/14 1301/16 1302/14 1302/19 1309/24 1311/9 1312/19 1313/8 1313/14 1313/15 1315/12 1315/18 1328/10 1331/20 1331/20 1336/10 1338/25 1339/4 1339/5 1339/13 1345/3 1357/1 1357/2 1359/13 1363/3 1363/25 1364/7 1371/20 1373/4 1383/15 1390/5 1393/6 1396/20 1399/25 1403/15 1409/12 1419/20
**done [5]** 1295/10 1299/13 1352/21 1352/23 1365/10
**door [2]** 1298/12 1300/10
**down [18]** 1320/4 1323/15 1325/7 1325/11 1326/2 1339/5 1340/20 1341/4 1349/22 1360/16 1360/19 1389/8 1389/10 1392/25 1404/13 1417/18 1417/20 1423/3
**downstairs [1]** 1297/11
**Downtown [1]** 1392/19
**dozen [1]** 1389/19
**drive [1]** 1392/25
**driving [1]** 1392/19
**drugs [4]** 1329/21 1331/2 1331/7 1386/24
**due [1]** 1297/16
**during [11]** 1295/2 1304/15 1311/19 1342/9 1342/11 1343/14 1344/4 1379/14 1405/8 1405/14 1406/1
**duties [6]** 1305/5 1305/6 1313/20 1322/4 1330/14 1385/5

**E**

**e-mail [24]** 1310/9 1310/12 1310/21 1310/23 1339/21 1340/2 1340/10 1340/12 1340/14 1360/11 1417/7 1417/8 1417/14 1419/17 1419/23 1419/25 1420/6 1420/12 1420/17 1420/18 1420/20 1421/9 1422/1 1422/3
**e-mails [5]** 1310/12 1339/11 1341/4 1346/15 1346/16
**each [11]** 1301/2 1314/11 1321/9 1321/16 1326/11 1362/18 1364/21 1366/12 1394/6 1409/21 1410/5
**earlier [9]** 1358/15 1376/21 1388/2 1390/2 1390/17 1390/21 1403/5 1403/6 1418/25
**earliest [1]** 1421/1
**early [1]** 1318/20
**ease [2]** 1417/25 1418/4
**easel [1]** 1325/18
**easy [1]** 1298/3
**EDDIE [2]** 1287/4 1289/11
**eight [1]** 1368/3
**either [6]** 1292/9 1354/15 1368/21 1372/23 1374/19 1380/9
**elected [1]** 1337/7
**electronic [1]** 1416/1

**E**

elicit [1]  1291/4
else [8]  1312/20 1321/3
 1354/9 1354/18 1360/22
 1372/20 1412/19 1422/12
Emergency [1]  1324/13
emote [1]  1341/2
emphasize [1]  1313/10
employ [1]  1351/1
employed [3]  1350/18 1350/22
 1368/5
employee [6]  1351/1 1351/2
 1354/21 1375/9 1386/23
 1421/7
employees [9]  1306/18
 1369/22 1369/23 1369/24
 1371/11 1372/6 1374/11
 1383/2 1416/11
enacted [1]  1295/3
encountered [2]  1380/11
 1390/1
end [2]  1315/11 1407/20
ending [1]  1403/21
ends [1]  1389/3
enforce [1]  1313/7
enforcement [5]  1313/18
 1324/14 1385/12 1385/16
 1385/24
ensure [3]  1381/14 1400/11
 1414/21
enter [3]  1354/5 1357/25
 1358/3
entered [1]  1354/7
entire [1]  1417/24
entirely [1]  1395/11
entitled [4]  1362/22 1363/19
 1366/17 1424/7
entity [1]  1374/17
environment [3]  1399/24
 1399/24 1400/18
EPC [10]  1342/15 1342/17
 1343/12 1343/15 1343/22
 1343/24 1343/25 1344/4
 1390/2 1390/3
equipment [1]  1401/9
essentially [1]  1302/20
establish [1]  1299/25
establishing [1]  1295/23
evasive [1]  1396/20
even [7]  1295/24 1297/4
 1299/2 1311/10 1315/19
 1338/25 1341/9
evening [1]  1312/16
event [4]  1299/11 1340/18
 1418/7 1418/11
events [1]  1318/25
ever [12]  1296/8 1299/13
 1342/5 1343/13 1349/13
 1349/17 1353/5 1359/18
 1359/23 1382/17 1382/20
 1383/16
every [4]  1341/8 1371/5
 1416/13 1416/15
everything [4]  1324/5
 1345/22 1390/15 1390/19
EVID [1]  1288/17
evidence [16]  1294/2 1299/2
 1300/5 1300/6 1304/20 1307/1
 1309/23 1356/2 1357/14
 1361/5 1384/18 1393/24
 1394/5 1394/11 1417/6
 1422/19
evidentiary [2]  1290/9
 1332/19
exactly [1]  1382/2
examination [17]  1288/5
 1288/6 1288/7 1288/8 1288/11
 1288/12 1288/15 1304/1

1316/15 1318/7 1347/15
1348/13 1348/20 1350/15
1360/7 1400/5 1415/20
example [1]  1302/3
examples [1]  1386/12
excerpt [1]  1362/3
excessive [1]  1374/13
exchange [4]  1339/11 1358/22
 1359/3 1419/17
excuse [4]  1295/8 1324/19
 1327/19 1383/7
executive [4]  1342/14 1380/3
 1380/6 1380/8
executives [2]  1404/7 1417/2
exhibit [46]  1288/17 1304/19
 1306/24 1310/3 1310/6
 1310/16 1310/19 1314/6
 1314/7 1314/9 1314/14
 1314/14 1314/19 1314/25
 1319/2 1319/7 1319/16
 1319/17 1325/9 1325/14
 1325/22 1333/5 1338/3
 1339/15 1339/21 1347/12
 1356/2 1356/8 1357/13
 1366/21 1380/20 1381/2
 1383/5 1383/21 1383/21
 1384/18 1387/16 1403/9
 1404/21 1409/14 1411/14
 1417/6 1419/4 1419/14 1420/4
 1420/10
Exhibit 2 [1]  1314/6
Exhibit 3 [1]  1314/14
exhibits [3]  1365/13 1419/4
 1422/3
existed [1]  1308/6
expanded [1]  1307/2
expected [1]  1399/7
experience [5]  1302/4 1302/5
 1377/2 1377/3 1377/8
expert [3]  1299/13 1299/23
 1300/2
expertise [1]  1323/1
explain [5]  1313/1 1362/3
 1393/5 1409/5 1409/10
explaining [1]  1313/3
expressed [1]  1344/8
extent [2]  1291/3 1293/17
extremely [1]  1292/3

**F**

F'ing [2]  1294/15 1345/3
facilitate [1]  1391/6
facilities [2]  1308/22
 1326/20
facility [5]  1334/4 1334/5
 1347/25 1401/8 1416/3
fact [14]  1291/13 1291/17
 1293/2 1294/20 1295/1
 1296/10 1298/11 1298/22
 1298/24 1313/12 1315/14
 1396/8 1399/18 1404/10
factors [1]  1386/9
facts [1]  1370/19
failed [1]  1340/7
fair [1]  1310/11
fairly [5]  1291/17 1304/21
 1307/24 1327/22 1408/2
fall [1]  1333/11
familiar [2]  1329/18 1398/21
family [3]  1336/14 1360/22
 1422/11
far [6]  1299/23 1300/7
 1325/4 1328/25 1382/18
 1382/21
FBI [90]
FBI's [2]  1374/4 1378/22
February [1]  1421/8
February 28 [1]  1421/8
federal [13]  1289/13 1293/6

1381/7 1382/23 1383/17
1394/10 1398/24 1415/10
1415/3 1419/1 1420/22 1421/2
1421/23
feds [10]  1290/21 1291/11
 1294/15 1294/16 1313/15
 1313/17 1344/9 1344/13
 1345/3 1345/4
feeling [1]  1398/11
feet [1]  1375/24
fell [2]  1322/3 1325/4
fellow [4]  1360/21 1361/7
 1422/11 1422/21
felonies [1]  1387/14
felony [3]  1387/7 1387/9
 1387/11
felt [2]  1376/25 1377/17
few [2]  1373/6 1400/2
field [2]  1305/14 1323/15
Fifty [1]  1368/3
Fifty-eight [1]  1368/3
figure [2]  1292/24 1337/5
file [4]  1295/6 1357/6
 1375/11 1421/14
filed [1]  1299/7
files [1]  1395/12
finally [4]  1348/13 1355/18
 1361/4 1422/18
find [12]  1294/25 1330/19
 1331/7 1331/17 1331/22
 1332/17 1371/16 1396/24
 1401/22 1402/5 1402/12
 1420/25
finding [1]  1393/12
fine [16]  1296/21 1297/13
 1297/18 1297/20 1297/20
 1301/9 1303/5 1320/2 1328/10
 1362/7 1363/10 1363/21
 1365/15 1397/23 1403/16
 1420/11
finish [2]  1358/25 1410/24
first [17]  1289/22 1309/13
 1333/10 1341/21 1345/12
 1349/6 1349/8 1364/4 1368/17
 1368/17 1389/5 1395/25
 1404/7 1407/13 1419/4 1420/5
 1420/6
five [5]  1290/10 1361/10
 1368/8 1389/16 1397/12
five minutes [1]  1290/10
five-ish [1]  1397/12
fix [1]  1367/7
flip [1]  1381/2
floor [7]  1287/6 1307/25
 1312/4 1373/12 1375/16
 1414/12 1414/24
focus [6]  1318/24 1333/4
 1338/6 1386/17 1387/16
 1388/3
follow [12]  1328/19 1328/22
 1341/8 1364/2 1364/3 1364/12
 1364/17 1364/25 1365/5
 1386/4 1386/4 1386/7
follow-up [3]  1364/2 1364/3
 1364/25
followed [1]  1406/3
following [11]  1289/5 1303/9
 1318/1 1341/13 1361/11
 1361/17 1362/5 1365/23
 1366/7 1420/23 1423/1
follows [1]  1421/4
food [1]  1400/3
for security [1]  1352/25
force [7]  1335/9 1335/15
 1336/9 1345/15 1374/11
 1374/13 1421/22
forces [3]  1324/14 1345/19
 1345/22
foregoing [1]  1424/5

**F**

**forgot [1]** 1306/3
**forgotten [1]** 1341/8
**form [3]** 1315/5 1360/11 1360/11
**formal [2]** 1298/15 1298/16
**format [1]** 1424/8
**former [1]** 1291/13
**forward [1]** 1350/1
**forwarded [1]** 1419/22
**found [20]** 1308/19 1308/22 1308/24 1309/15 1309/23 1311/24 1331/8 1331/21 1331/24 1343/14 1347/25 1348/7 1348/24 1349/7 1349/18 1371/13 1371/22 1382/5 1384/5 1393/7
**foundation [5]** 1312/23 1377/12 1378/18 1409/23 1412/7
**founded [1]** 1375/7
**four [6]** 1364/14 1368/15 1368/15 1368/16 1368/16 1368/25
**four and [1]** 1368/16
**four hours [1]** 1364/14
**four rungs [1]** 1368/25
**four years [1]** 1368/15
**four-and-a-half [2]** 1368/15 1368/16
**fourth [4]** 1307/25 1312/4 1373/12 1375/16
**FOX [5]** 1287/4 1288/15 1289/10 1290/24 1301/20
**Fox's [1]** 1292/5
**frank [2]** 1315/7 1315/9
**frankly [1]** 1316/11
**freeway [1]** 1290/12
**frequent [1]** 1388/22
**frequently [2]** 1388/9 1388/25
**Friday [2]** 1310/22 1311/5
**friend [2]** 1335/21 1416/12
**friendlier [1]** 1399/25
**friends [5]** 1335/1 1335/23 1336/11 1336/14 1341/9
**friendship [2]** 1335/18 1336/8
**friendships [1]** 1370/9
**front [8]** 1297/12 1301/16 1310/4 1347/13 1356/3 1356/13 1379/21 1379/23
**fuck [3]** 1313/14 1313/15 1315/12
**full [4]** 1303/17 1350/5 1350/7 1367/13
**function [2]** 1357/15 1357/16
**functions [1]** 1357/10
**further [8]** 1316/14 1339/11 1347/10 1348/17 1349/4 1349/5 1360/2 1360/14

**G**

**gained [1]** 1392/8
**gallery [1]** 1289/22
**gang [1]** 1386/24
**gangs [1]** 1345/24
**Gardening [1]** 1400/23
**gave [5]** 1298/5 1300/16 1348/3 1354/2 1362/5
**general [1]** 1311/15
**generally [8]** 1309/12 1309/22 1324/12 1327/10 1342/19 1348/22 1374/24 1395/9
**gentlemen [4]** 1360/17 1366/9 1394/3 1422/8
**Gerhardt [2]** 1419/21 1420/24

**get [23]** 1291/21 1295/6 1296/18 1297/22 1307/8 1307/23 1313/25 1315/19 1332/1 1332/21 1333/1 1346/5 1358/12 1365/2 1365/11 1372/10 1373/2 1373/14 1375/13 1382/3 1396/21 1407/12 1410/11
**gets [1]** 1297/6
**getting [5]** 1290/11 1316/10 1340/10 1386/21 1391/5
**Gilbert [3]** 1416/11 1416/14 1416/15
**gist [1]** 1301/13
**give [12]** 1309/23 1309/24 1328/18 1353/19 1354/16 1357/6 1361/8 1378/23 1379/24 1389/18 1400/9 1422/23
**given [11]** 1298/21 1300/9 1301/5 1311/9 1338/24 1353/25 1355/21 1372/12 1372/20 1394/7 1400/10
**giving [2]** 1301/23 1359/11
**glean [1]** 1332/19
**go [30]** 1292/24 1293/18 1293/21 1297/10 1297/15 1305/1 1313/2 1314/1 1326/2 1329/1 1336/4 1339/20 1347/2 1357/4 1357/10 1358/25 1365/10 1375/10 1383/24 1387/17 1389/25 1391/14 1403/15 1403/16 1403/25 1404/3 1404/6 1404/23 1411/22 1417/20
**God [1]** 1406/7
**goes [4]** 1293/19 1322/18 1371/8 1377/19
**going [74]**
**good [4]** 1289/10 1289/15 1289/18 1340/6
**got [9]** 1298/15 1330/9 1330/16 1331/23 1337/7 1337/10 1393/15 1397/21 1407/13
**gotten [3]** 1300/13 1340/11 1384/4
**government [17]** 1287/3 1297/18 1298/20 1303/11 1319/3 1325/9 1333/6 1339/15 1342/5 1366/21 1367/9 1381/7 1384/18 1399/2 1403/9 1415/3 1420/4
**government's [9]** 1292/15 1292/17 1293/1 1293/12 1293/21 1319/17 1325/14 1339/21 1417/6
**grab [2]** 1315/22 1409/13
**grand [8]** 1292/18 1295/20 1296/7 1415/3 1419/1 1420/19 1420/22 1421/11
**green [3]** 1351/24 1351/25 1352/1
**Greg [9]** 1310/10 1311/6 1334/17 1334/19 1335/14 1336/11 1341/17 1341/18 1413/16
**grounds [1]** 1366/23
**group [1]** 1378/9
**grow [1]** 1335/20
**guaranteed [2]** 1380/16 1406/8
**guess [2]** 1336/14 1363/3
**guide [1]** 1394/8
**guilty [3]** 1300/22 1300/22 1370/24
**GUS [4]** 1288/10 1297/2 1349/25 1350/7
**guys [1]** 1296/20

**H**

**had [127]**
**half [4]** 1368/15 1368/16 1375/18 1391/11
**hallway [1]** 1390/1
**hand [3]** 1307/6 1307/6 1420/23
**handed [1]** 1357/7
**handle [1]** 1341/10
**handling [1]** 1372/16
**Hang [1]** 1339/23
**happen [15]** 1306/1 1311/18 1313/5 1332/18 1342/17 1359/14 1370/21 1389/25 1391/24 1406/8 1406/19 1407/1 1408/21 1408/24 1414/21
**happened [18]** 1290/23 1305/22 1309/12 1337/24 1351/16 1353/5 1353/8 1353/9 1353/17 1359/18 1359/23 1406/1 1407/15 1407/24 1407/25 1408/24 1409/11 1411/17
**happening [1]** 1290/2
**happens [1]** 1291/6
**happy [3]** 1296/17 1377/6 1408/8
**harder [1]** 1400/8
**has [24]** 1291/18 1295/3 1295/4 1296/2 1297/14 1298/23 1299/13 1299/25 1302/1 1304/19 1306/25 1314/5 1325/21 1326/19 1337/19 1348/23 1351/25 1359/22 1361/5 1370/11 1394/4 1394/7 1421/15 1422/19
**hasn't [1]** 1365/25
**have [138]**
**having [7]** 1293/24 1297/10 1313/2 1323/1 1358/22 1359/3 1381/10
**he [148]**
**head [4]** 1314/2 1350/25 1351/17 1378/13
**headquarter [1]** 1339/2
**headquarters [13]** 1308/1 1312/4 1336/2 1337/17 1373/12 1375/14 1375/15 1391/12 1391/13 1391/19 1404/5 1404/6 1404/17
**health [5]** 1298/13 1298/20 1299/2 1299/15 1299/23
**hear [9]** 1290/1 1290/7 1296/5 1312/7 1340/8 1340/19 1394/11 1394/13 1397/23
**heard [17]** 1291/8 1297/9 1302/10 1330/2 1361/6 1395/25 1396/15 1397/13 1397/16 1397/17 1403/5 1411/24 1412/2 1412/22 1412/23 1413/15 1422/20
**hearing [1]** 1397/22
**hearsay [7]** 1291/24 1293/1 1293/10 1294/11 1295/4 1346/11 1355/15
**heated [2]** 1358/22 1359/3
**held [11]** 1289/5 1303/9 1304/12 1318/1 1320/23 1361/11 1361/17 1365/23 1366/7 1423/1 1424/6
**help [4]** 1294/18 1333/2 1394/7 1394/8
**helps [3]** 1294/22 1417/25 1418/4
**her [6]** 1290/1 1290/3 1313/20 1354/23 1354/25

## H

her... [1]   1355/11
here [19]   1289/19 1289/23
 1290/13 1297/1 1297/2 1297/6
 1301/11 1307/9 1314/8
 1321/12 1325/3 1326/2
 1339/19 1341/23 1356/11
 1356/12 1366/2 1382/21
 1405/24
hereby [1]   1424/4
Hey [1]   1408/5
hide [1]   1352/4
hiding [6]   1313/22 1351/21
 1352/2 1352/13 1352/22
 1418/8
high [1]   1337/5
high-profile [1]   1337/5
higher [7]   1355/25 1359/6
 1369/18 1376/24 1386/12
 1386/13 1387/13
highest [1]   1386/25
highlight [10]   1339/19
 1340/3 1340/13 1341/4
 1357/18 1375/18 1384/21
 1403/14 1404/22 1417/7
highlighted [3]   1292/6
 1294/18 1307/2
highlighting [1]   1356/11
highly [1]   1292/12
him [77]
his [47]   1290/25 1294/17
 1295/17 1297/2 1299/6
 1299/18 1308/8 1308/12
 1309/12 1312/14 1313/16
 1313/20 1315/22 1315/23
 1336/13 1336/14 1336/15
 1348/13 1371/24 1372/22
 1372/23 1378/12 1379/2
 1379/6 1381/15 1386/4 1386/7
 1396/24 1397/3 1398/18
 1399/24 1404/11 1404/14
 1404/15 1404/24 1404/25
 1405/9 1405/10 1409/2 1409/3
 1416/12 1416/12 1417/23
 1417/25 1418/4 1418/18
 1419/12
HOCHMAN [8]   1287/10 1288/6
 1288/12 1289/16 1347/23
 1348/13 1362/2 1420/8
Hochman's [1]   1299/13
hold [2]   1304/15 1361/22
holding [1]   1351/20
home [1]   1336/13
Homeland [2]   1323/11 1324/9
homicide [1]   1324/6
Honor [124]
HONORABLE [1]   1286/3
hopefully [2]   1290/12
 1315/23
horizontally [2]   1389/8
 1389/9
Horsan [1]   1300/14
horse [1]   1364/14
hour [4]   1361/10 1396/17
 1396/21 1422/2
hours [2]   1312/17 1364/14
housing [1]   1352/12
how [47]   1294/23 1299/14
 1306/2 1307/20 1307/22
 1309/2 1313/2 1327/20
 1329/12 1330/9 1330/15
 1331/22 1332/23 1333/20
 1335/12 1339/7 1348/9
 1348/23 1349/10 1350/20
 1352/7 1367/25 1368/2 1368/7
 1368/14 1370/2 1371/16
 1372/3 1373/25 1378/14
 1382/5 1385/25 1388/9

 1388/19 1389/11 1390/7
 1390/13 1390/24 1393/15
 1395/25 1406/20 1407/1
 1407/17 1409/5 1415/6
 1418/16 1418/21
However [1]   1394/10
huh [1]   1349/13
hundred [1]   1372/8
hurt [3]   1340/7 1341/2
 1370/13

## I

I'd [1]   1407/24
I'm [8]   1295/9 1310/20
 1325/15 1363/14 1391/9
 1397/15 1407/22 1411/8
I.D [1]   1288/17
i.e [1]   1294/15
ICIB [45]   1338/14 1368/10
 1368/12 1368/13 1368/14
 1368/18 1368/24 1369/15
 1369/16 1369/20 1371/1
 1371/9 1371/18 1372/6
 1372/10 1373/2 1374/14
 1374/21 1375/9 1376/21
 1377/1 1377/2 1377/3 1377/9
 1382/10 1382/11 1382/12
 1382/17 1382/20 1383/16
 1384/4 1386/13 1386/14
 1386/17 1387/21 1387/23
 1388/16 1390/21 1395/9
 1395/18 1402/12 1406/25
 1414/20 1414/25 1415/9
ICIB's [1]   1382/25
ICRC [1]   1359/11
idea [1]   1389/18
ideal [1]   1290/14
identify [2]   1375/20 1394/8
II [1]   1286/15
IIB [5]   1310/25 1338/11
 1338/11 1338/12 1338/16
ill [1]   1363/9
illegal [2]   1313/4 1332/4
immediately [2]   1361/2
 1422/16
impairment [1]   1300/1
important [9]   1290/6 1295/18
 1296/10 1296/19 1370/1
 1376/23 1401/22 1402/4
 1402/11
imprinted [1]   1351/25
in-person [2]   1389/20
 1389/21
inappropriate [2]   1299/16
 1384/24
inaudible [1]   1390/5
incident [4]   1351/13 1356/25
 1360/9 1386/19
incidents [1]   1384/10
include [2]   1291/16 1330/15
including [2]   1360/21
 1422/10
inconsistent [5]   1385/19
 1385/20 1385/21 1386/1
 1386/8
inconveniences [1]   1297/5
indicate [4]   1320/1 1321/10
 1322/16 1322/20
indicated [4]   1348/11 1378/1
 1378/9 1421/6
Indicating [3]   1321/22
 1322/22 1323/25
indictment [3]   1300/20
 1300/22 1302/23
indirectly [2]   1388/12
 1388/14
indulgence [1]   1295/13
inflammatory [4]   1291/11
 1291/20 1292/3 1292/12

informant [3]   1378/22
 1399/7 1401/24 1402/17
information [14]   1328/25
 1329/1 1331/21 1352/16
 1370/3 1385/13 1385/15
 1389/7 1391/5 1392/15
 1398/12 1398/17 1402/18
 1421/3
informed [1]   1290/19
initially [9]   1368/19
 1368/24 1372/2 1372/4
 1372/16 1372/22 1386/9
 1399/6 1404/11
initiate [1]   1357/10
inmate [49]   1300/19 1300/24
 1309/21 1309/24 1316/7
 1332/23 1332/24 1351/5
 1351/9 1351/14 1351/21
 1352/2 1352/4 1352/9 1352/18
 1352/22 1353/6 1353/21
 1354/1 1354/3 1354/14
 1354/25 1355/6 1355/12
 1355/20 1355/22 1357/2
 1357/3 1357/11 1358/13
 1358/16 1358/19 1359/5
 1359/19 1371/23 1372/3
 1372/4 1372/11 1372/18
 1372/19 1372/22 1372/25
 1373/16 1378/20 1380/6
 1382/8 1382/16 1387/7
 1400/22
inmate's [1]   1352/11
inmates [2]   1400/2 1400/17
inside [2]   1330/25 1406/12
insofar [2]   1362/23 1366/18
instance [3]   1337/16 1340/16
 1370/8
Instead [1]   1353/3
instruction [10]   1300/13
 1300/16 1301/1 1301/5 1301/8
 1301/13 1301/14 1301/24
 1362/15 1363/8
instructions [3]   1301/25
 1361/6 1422/21
integrity [2]   1370/5 1370/6
intends [2]   1290/19 1291/1
interact [1]   1308/2
interactions [1]   1312/3
interfere [1]   1385/8
Interference [1]   1384/24
interfering [3]   1309/25
 1313/19 1313/22
interject [3]   1385/8 1385/23
 1385/25
internal [11]   1315/5 1329/6
 1338/12 1338/13 1368/7
 1374/20 1374/22 1375/2
 1376/7 1382/9 1382/11
interview [15]   1332/17
 1381/6 1393/3 1393/5 1393/18
 1393/19 1394/18 1395/14
 1396/9 1396/24 1400/12
 1401/25 1413/8 1413/11
 1415/10
interviewed [3]   1392/9
 1402/2 1403/25
interviewing [4]   1341/12
 1341/24 1392/10 1409/9
interviews [6]   1394/21
 1394/22 1395/7 1395/16
 1395/18 1415/16
introduce [2]   1291/25 1299/1
introduce it [1]   1291/25
introduced [3]   1299/3 1382/6
 1393/17
introducing [2]   1298/7
 1313/4
investigate [13]   1330/9
 1332/8 1332/13 1369/20

**I**

**investigate... [9]** 1372/6 1374/15 1374/23 1377/20 1380/2 1383/16 1386/2 1386/10 1391/2
**investigated [9]** 1369/16 1370/10 1370/24 1374/5 1374/17 1375/9 1376/22 1382/17 1382/20
**investigates [1]** 1374/21
**investigating [6]** 1330/15 1348/12 1383/11 1386/13 1386/14 1387/12
**investigation [35]** 1293/6 1302/7 1312/8 1315/16 1330/20 1330/24 1331/1 1332/15 1333/2 1338/13 1339/10 1339/12 1369/19 1370/4 1370/5 1370/7 1370/11 1370/13 1370/14 1370/15 1370/17 1372/10 1373/3 1381/25 1382/15 1383/17 1384/11 1384/25 1385/10 1386/3 1387/4 1388/10 1390/12 1415/4 1421/23
**investigations [16]** 1289/14 1313/2 1329/10 1329/12 1338/12 1368/10 1370/2 1374/25 1375/1 1375/2 1377/3 1377/10 1384/5 1385/14 1387/13 1421/16
**investigative [2]** 1372/16 1391/11
**investigator [3]** 1291/13 1329/7 1334/10
**investigator's [1]** 1421/13
**investigators [5]** 1371/9 1373/7 1391/1 1395/12 1415/9
**involved [16]** 1309/25 1316/8 1345/22 1349/14 1349/18 1360/22 1372/10 1373/2 1384/4 1398/6 1399/12 1409/19 1416/25 1418/13 1419/10 1422/11
**involvement [1]** 1410/3
**involving [2]** 1386/24 1414/3
**IRC [5]** 1351/8 1351/11 1353/16 1354/18 1359/18
**IRCM [5]** 1352/5 1352/6 1352/9 1352/19 1353/1
**irrelevant [3]** 1293/6 1293/9 1294/11
**is [409]**
**ish [1]** 1397/12
**isn't [6]** 1301/13 1301/14 1301/14 1330/5 1330/9 1370/21
**issue [7]** 1290/10 1293/2 1297/17 1300/8 1302/12 1340/19 1381/25
**issues [4]** 1298/3 1299/4 1299/6 1375/3
**it [246]**
**It's [2]** 1306/17 1398/25
**Item [1]** 1289/7
**items [1]** 1421/4
**ITMA [1]** 1413/4
**its [1]** 1303/12
**itself [1]** 1374/19

**J**

**jacket [6]** 1315/22 1351/20 1352/1 1352/1 1356/13 1357/6
**jackets [1]** 1351/25
**jail [65]** 1308/19 1321/21 1321/23 1322/3 1325/24 1326/18 1326/19 1327/5 1327/8 1327/11 1327/17

1327/21 1328/2 1328/6 1328/13 1328/19 1329/14 1330/22 1331/8 1331/14 1331/19 1331/23 1332/1 1332/2 1332/5 1332/9 1341/24 1348/24 1349/7 1349/15 1349/19 1371/14 1372/16 1374/2 1374/10 1374/11 1374/19 1375/12 1382/6 1391/7 1392/9 1392/20 1393/1 1393/4 1393/11 1399/13 1399/17 1399/19 1399/21 1399/25 1400/4 1400/13 1400/15 1400/18 1400/20 1404/4 1406/22 1413/23 1413/24 1414/3 1414/9 1414/12 1416/16 1417/1 1421/22
**jails [11]** 1321/17 1321/24 1321/25 1329/15 1329/18 1330/5 1348/23 1374/14 1376/9 1384/6 1384/12
**janitorial [1]** 1400/23
**January [9]** 1299/3 1299/6 1299/25 1318/17 1362/14 1363/14 1363/15 1363/18 1366/15
**January 29 [1]** 1299/3
**January 29th [5]** 1362/14 1363/14 1363/15 1363/18 1366/15
**jar [1]** 1315/23
**JAUREGUI [3]** 1287/4 1288/11 1289/11
**Jeans [1]** 1351/24
**jest [1]** 1315/19
**job [3]** 1350/24 1359/14 1359/15
**jogging [2]** 1376/13 1376/14
**joking [1]** 1397/25
**Jr [1]** 1303/20
**JUDGE [1]** 1286/4
**judged [1]** 1366/17
**judgment [3]** 1355/5 1358/11 1358/12
**Judicial [1]** 1424/9
**Judy [1]** 1420/24
**jurisdiction [2]** 1382/25 1383/10
**jurors [5]** 1289/19 1360/21 1361/7 1422/11 1422/22
**jury [42]** 1286/14 1289/6 1290/7 1291/7 1292/2 1292/6 1292/18 1294/23 1295/20 1296/5 1296/7 1297/5 1297/8 1297/9 1297/15 1297/25 1303/8 1303/10 1307/3 1314/7 1314/17 1318/2 1361/12 1361/18 1361/19 1365/19 1365/24 1366/8 1375/20 1381/1 1386/11 1393/25 1409/13 1411/22 1411/25 1412/13 1415/4 1419/1 1420/19 1420/22 1421/11 1423/2
**jury's [1]** 1307/5
**just [76]**
**justice [5]** 1291/12 1293/7 1293/22 1294/16 1352/15

**K**

**KATIE [2]** 1286/21 1424/12
**keep [8]** 1361/4 1377/9 1381/21 1385/6 1411/19 1414/23 1421/2 1422/19
**keeping [4]** 1398/6 1399/12 1409/20 1410/4
**kept [8]** 1311/23 1377/3 1395/7 1395/12 1410/15

1410/19 1411/3 1411/10 1413/8 1413/9 1414/11 1414/11
**kicked [2]** 1413/9 1414/11
**kind [2]** 1308/9 1315/23
**knew [10]** 1331/20 1336/12 1337/4 1337/6 1337/7 1345/18 1370/4 1373/15 1396/7 1399/8
**know [57]** 1290/3 1291/14 1291/18 1292/20 1294/19 1296/22 1296/23 1298/15 1301/21 1307/24 1308/8 1308/12 1311/10 1312/18 1313/2 1313/22 1316/9 1331/20 1331/21 1334/17 1336/10 1336/19 1337/5 1338/25 1341/7 1341/10 1354/24 1357/2 1358/21 1361/1 1364/5 1364/7 1370/8 1371/20 1373/18 1373/19 1373/22 1373/25 1374/4 1376/14 1376/24 1377/19 1378/2 1390/20 1391/8 1393/6 1396/12 1396/22 1397/6 1397/25 1401/2 1401/13 1407/17 1415/22 1418/23 1421/17 1422/16
**knowingly [1]** 1385/7
**knowledge [5]** 1346/6 1346/25 1348/24 1348/25 1370/11
**known [9]** 1307/20 1307/21 1307/22 1307/23 1336/12 1349/13 1349/17 1351/8 1398/21
**knows [7]** 1354/24 1355/23 1355/23 1355/24 1359/7 1359/7 1359/8

**L**

**LA [5]** 1324/17 1341/11 1377/25 1383/1 1392/19
**label [1]** 1314/13
**ladies [4]** 1360/17 1366/9 1394/3 1422/8
**Lam [1]** 1401/14
**language [5]** 1298/25 1313/10 1313/12 1315/18 1315/23
**large [1]** 1370/9
**LASD [1]** 1384/18
**last [21]** 1290/22 1290/23 1291/15 1296/12 1300/16 1301/19 1301/21 1303/18 1304/12 1333/20 1335/12 1339/19 1340/7 1350/6 1350/7 1367/4 1367/14 1380/5 1403/2 1417/12 1418/3
**late [1]** 1304/17
**later [1]** 1394/23
**law [6]** 1313/7 1313/7 1313/18 1385/12 1385/16 1385/24
**lawful [1]** 1385/4
**lawyers [2]** 1362/18 1366/12
**lead [3]** 1294/9 1296/17 1345/6
**leadership [2]** 1305/10 1321/7
**Leading [3]** 1377/5 1384/15 1410/23
**leads [1]** 1294/23
**Leah [3]** 1289/13 1401/13 1401/14
**learn [5]** 1341/8 1371/19 1371/23 1372/2 1372/19
**learned [9]** 1340/9 1346/14 1372/11 1372/18 1372/25 1373/1 1374/13 1379/6 1392/15
**learning [1]** 1385/13
**least [6]** 1290/23 1291/15 1291/19 1293/20 1294/22

**L**

least... [1]   1295/19
Leavins [21]   1336/19 1336/19
 1336/22 1391/22 1393/15
 1396/1 1396/15 1397/18
 1398/4 1398/7 1399/16
 1399/18 1400/19 1401/20
 1402/1 1402/4 1402/8 1412/20
 1417/9 1417/15 1418/17
led [1]   1342/20
Lee [3]   1320/6 1333/7
 1360/12
leeway [1]   1365/2
left [12]   1297/8 1299/20
 1306/5 1307/6 1307/6 1307/7
 1353/11 1375/22 1375/24
 1393/8 1393/12 1404/4
left-hand [2]   1307/6 1307/6
Leroy [7]   1286/9 1289/8
 1289/16 1362/20 1363/17
 1366/14 1369/13
less [3]   1400/16 1419/10
 1419/13
let [17]   1298/19 1305/18
 1310/20 1313/22 1341/10
 1361/1 1362/13 1364/6
 1364/16 1364/17 1365/10
 1380/5 1384/17 1389/4
 1397/25 1420/14 1422/15
let's [8]   1303/8 1314/11
 1361/19 1375/13 1383/16
 1388/3 1389/10 1404/21
letting [1]   1340/20
level [11]   1306/15 1321/10
 1321/14 1324/20 1324/21
 1324/23 1324/25 1327/24
 1337/14 1374/22 1418/4
levels [1]   1387/20
Levin's [1]   1399/11
Levins [4]   1396/8 1397/13
 1401/2 1401/24
LEWIS [1]   1287/10
Libertone [14]   1353/12
 1353/13 1353/14 1353/18
 1353/19 1353/23 1354/12
 1354/13 1354/15 1355/4
 1355/14 1355/22 1357/7
 1359/9
lie [2]   1416/1 1416/1
lieutenant [37]   1310/10
 1324/25 1336/11 1353/12
 1353/13 1353/14 1353/18
 1353/19 1353/23 1354/12
 1354/13 1354/15 1355/4
 1355/13 1355/21 1357/7
 1359/9 1376/8 1381/14
 1391/18 1391/22 1392/7
 1393/15 1396/6 1404/16
 1404/20 1405/6 1406/6
 1410/10 1412/20 1412/20
 1413/14 1418/17 1419/20
 1419/21 1420/21 1420/24
lieutenants [6]   1327/14
 1327/17 1371/18 1376/6
 1387/20 1391/17
light [1]   1298/18
like [41]   1301/24 1302/9
 1303/7 1304/19 1306/24
 1308/9 1310/2 1313/5 1314/5
 1318/24 1319/6 1322/11
 1322/11 1329/21 1333/4
 1337/16 1337/21 1338/14
 1346/2 1352/1 1353/3 1353/9
 1359/18 1359/22 1364/9
 1364/11 1376/21 1380/11
 1388/2 1390/17 1391/23
 1393/23 1399/18 1400/14
 1400/20 1400/23 1401/3

1407/24 1414/17 1417/5
 1418/13
likelihood [1]   1369/18
 1400/16
likely [3]   1416/25 1419/10
 1419/13
limit [2]   1302/9 1377/20
limited [4]   1295/22 1295/24
 1296/2 1296/16
limiting [5]   1300/13 1300/16
 1301/23 1301/25 1302/8
line [12]   1297/12 1297/12
 1307/10 1313/20 1321/10
 1322/6 1322/17 1322/21
 1324/16 1324/16 1339/19
 1405/2
lines [1]   1406/10
linked [2]   1299/14 1309/6
listen [6]   1361/2 1383/3
 1394/4 1394/6 1394/8 1422/17
listened [1]   1381/10
little [10]   1295/12 1313/9
 1313/11 1316/10 1323/8
 1343/16 1343/21 1397/21
 1408/9 1417/18
living [1]   1304/3
LIZABETH [2]   1287/5 1289/11
LLP [1]   1287/10
located [3]   1351/3 1370/25
 1390/21
location [3]   1352/5 1352/7
 1352/12
long [17]   1291/19 1298/3
 1300/4 1307/20 1307/22
 1333/20 1335/12 1336/12
 1336/12 1345/4 1345/8
 1350/20 1367/25 1368/7
 1368/14 1415/13 1415/14
long-standing [2]   1345/4
 1345/8
long-term [1]   1300/4
longer [1]   1393/4
look [11]   1302/16 1302/25
 1303/2 1307/6 1310/3 1332/19
 1341/21 1356/5 1382/11
 1419/3 1422/3
looked [2]   1354/11 1364/5
looking [5]   1342/2 1356/12
 1356/19 1357/18 1417/23
looks [1]   1352/1
loop [1]   1311/23
LOS [12]   1286/16 1286/22
 1287/6 1289/1 1304/6 1304/12
 1350/18 1350/20 1354/20
 1368/5 1369/23 1378/13
lose [1]   1359/14
lot [3]   1370/9 1400/2 1401/7
loud [1]   1289/25
loves [1]   1340/21
lower [1]   1307/15
lunch [1]   1392/17
lunchtime [1]   1392/3
Lynwood [7]   1334/6 1334/7
 1334/8 1334/15 1334/20
 1334/24 1335/4

**M**

made [9]   1298/7 1298/10
 1307/10 1363/24 1366/1
 1395/24 1404/17 1416/7
 1419/9
mail [24]   1310/9 1310/12
 1310/21 1310/23 1339/21
 1340/2 1340/10 1340/12
 1340/14 1360/11 1417/7
 1417/8 1417/14 1419/17
 1419/23 1419/25 1420/6
 1420/12 1420/17 1420/18
 1420/20 1421/9 1422/1 1422/3

mails [5]   1310/12 1339/11
 1339/14 1340/15 1340/16
maintain [1]   1336/7
major [2]   1324/6 1376/7
make [13]   1309/13 1309/19
 1313/21 1314/11 1320/20
 1370/16 1370/19 1375/10
 1399/24 1400/8 1404/11
 1413/10 1419/5
making [3]   1290/17 1294/14
 1416/17
manage [1]   1340/19
manager [1]   1304/4
manner [1]   1385/17
manual [1]   1384/19
many [8]   1327/20 1329/12
 1345/19 1348/23 1349/10
 1377/1 1389/11 1418/21
map [1]   1307/16
MARCH [4]   1286/17 1289/1
 1318/22 1424/10
Maricela [1]   1415/14
marked [1]   1314/7
marker [1]   1319/25
markings [1]   1357/5
Marks [1]   1383/6
marriage [1]   1396/13
Martinez [3]   1314/3 1378/4
 1378/6
Marv [2]   1323/5 1323/8
Marx [1]   1401/14
materials [2]   1420/23
 1420/25
matter [3]   1385/10 1385/23
 1424/7
matters [1]   1389/7
may [31]   1295/11 1299/15
 1301/4 1301/7 1302/16
 1303/21 1316/12 1318/3
 1319/12 1325/8 1325/16
 1325/18 1339/15 1339/16
 1347/7 1349/21 1360/3
 1360/16 1362/18 1363/11
 1365/16 1366/12 1366/25
 1367/4 1367/16 1372/20
 1378/19 1394/14 1397/15
 1410/25 1423/3
maybe [5]   1292/23 1302/25
 1333/21 1364/15 1364/15
MCJ [1]   1341/10
me [66]   1290/19 1295/8
 1296/22 1297/21 1300/9
 1301/16 1305/18 1310/9
 1310/20 1311/8 1315/12
 1315/13 1324/19 1327/19
 1334/23 1338/20 1340/7
 1340/7 1341/2 1341/16
 1351/21 1353/4 1353/19
 1353/20 1353/20 1354/2
 1355/1 1355/22 1357/1 1358/9
 1359/9 1359/10 1359/12
 1359/14 1361/1 1361/8 1362/7
 1362/13 1364/5 1364/25
 1365/10 1368/20 1368/25
 1380/5 1382/12 1383/7
 1384/17 1388/15 1389/4
 1389/19 1391/2 1392/8
 1393/10 1396/17 1397/25
 1398/2 1406/7 1406/8 1412/20
 1414/21 1415/11 1417/19
 1418/17 1420/14 1422/15
 1422/23
mean [29]   1294/14 1306/9
 1311/15 1337/4 1352/3
 1363/25 1370/6 1379/17
 1380/7 1382/4 1382/13 1387/4
 1388/14 1390/18 1392/6
 1396/6 1396/19 1398/14
 1400/14 1402/16 1406/12

**M**

**mean... [8]**   1406/24 1407/2 1407/10 1407/11 1410/21 1414/16 1417/16 1417/21
**meaning [3]**   1292/22 1315/12 1393/21
**means [1]**   1337/3
**meant [2]**   1398/7 1401/2
**medical [1]**   1414/4
**meet [10]**   1292/22 1294/10 1295/1 1314/1 1333/10 1333/12 1339/1 1404/10 1404/23 1416/11
**meeting [39]**   1294/1 1294/21 1294/24 1295/22 1296/14 1296/15 1312/24 1342/17 1343/23 1343/24 1344/4 1360/11 1373/9 1373/15 1373/16 1375/13 1375/21 1376/2 1377/21 1377/23 1378/24 1379/14 1379/19 1379/25 1381/18 1382/10 1385/19 1387/1 1405/5 1405/8 1405/14 1406/1 1407/25 1410/13 1410/22 1411/3 1411/9 1416/14 1416/15
**meetings [12]**   1295/14 1295/16 1342/9 1342/14 1342/15 1342/15 1343/13 1343/15 1343/25 1346/8 1390/14 1412/24
**member [2]**   1385/11 1385/16
**members [5]**   1360/21 1385/7 1385/13 1385/22 1422/11
**memory [6]**   1299/4 1299/5 1299/6 1299/6 1299/19 1300/4
**Men's [35]**   1308/19 1321/20 1321/23 1322/3 1325/23 1326/17 1327/4 1327/8 1327/10 1327/17 1327/21 1328/1 1328/6 1328/13 1328/15 1330/21 1331/8 1331/19 1341/24 1348/24 1349/7 1349/15 1349/19 1371/13 1391/7 1392/9 1393/11 1399/13 1399/19 1399/25 1400/15 1404/4 1406/22 1414/3 1414/8
**mental [5]**   1298/13 1298/20 1299/1 1299/15 1299/23
**mentioned [17]**   1306/15 1355/8 1373/17 1374/21 1376/17 1376/21 1381/23 1382/9 1383/9 1387/19 1390/2 1390/21 1399/16 1407/4 1413/22 1414/17 1418/25
**mentor [1]**   1308/9
**mentored [1]**   1308/11
**mess [2]**   1313/9 1313/17
**met [8]**   1295/21 1295/25 1296/8 1310/24 1336/13 1338/10 1390/3 1418/5
**Metro [1]**   1324/16
**Michel [5]**   1300/14 1300/25 1416/11 1416/14 1416/15
**microphone [3]**   1351/6 1368/21 1419/6
**mid [1]**   1337/2
**mid-1990's [1]**   1337/2
**middle [3]**   1307/1 1330/2 1357/18
**Midpage [1]**   1405/1
**might [8]**   1290/6 1319/24 1338/4 1344/23 1359/14 1372/18 1402/17 1402/17
**mild [2]**   1300/1 1300/3
**mind [9]**   1318/25 1356/10 1361/4 1379/13 1394/10

1409/23 1417/25 1418/4 1422/13
**Minda [1]**   1291/20
**mingling [1]**   1371/10
**minor [1]**   1331/1
**minutes [8]**   1290/10 1290/13 1297/16 1297/23 1298/1 1353/12 1392/18 1392/25
**misbehaving [1]**   1399/20
**misconduct [1]**   1369/21
**misdemeanor [3]**   1387/7 1387/8 1387/10
**misdemeanors [1]**   1387/14
**misleading [2]**   1291/7 1294/2
**misled [1]**   1292/2
**Misstates [1]**   1344/20
**moment [9]**   1300/15 1316/12 1319/12 1333/4 1347/7 1350/9 1359/25 1361/22 1361/23
**Monica [1]**   1287/12
**monitoring [1]**   1374/2
**Monterey [1]**   1391/19
**months [2]**   1333/21 1368/8
**more [21]**   1293/2 1293/10 1314/10 1326/18 1337/10 1338/2 1354/24 1369/17 1370/16 1370/19 1376/23 1377/19 1387/10 1387/11 1388/22 1388/25 1389/16 1400/9 1418/11 1418/24 1419/10
**Moreover [1]**   1293/4
**MORGAN [1]**   1287/10
**morning [7]**   1289/10 1289/15 1289/18 1290/19 1302/2 1303/4 1417/22
**most [6]**   1364/16 1374/24 1394/21 1394/22 1395/11 1416/25
**mother [1]**   1340/17
**motion [2]**   1299/8 1299/8
**motivation [2]**   1293/14 1293/21
**move [18]**   1290/4 1306/12 1310/15 1314/19 1365/12 1366/20 1380/19 1389/8 1391/9 1399/20 1400/4 1407/2 1412/10 1414/8 1414/11 1414/13 1418/18 1420/3
**moved [3]**   1306/9 1306/14 1391/18
**movement [5]**   1306/7 1306/8 1352/10 1352/13 1391/7
**moving [2]**   1399/17 1414/24
**Mr [9]**   1288/6 1288/11 1288/12 1288/15 1292/9 1300/14 1369/7 1397/2 1415/19
**Mr. [277]**
**Mr. Academia [10]**   1350/10 1350/17 1351/4 1353/25 1356/1 1356/12 1357/19 1358/14 1359/16 1360/9
**Mr. Baca [63]**   1290/20 1292/6 1293/5 1293/9 1298/5 1298/7 1299/10 1299/18 1306/16 1306/19 1306/22 1307/22 1308/2 1308/7 1309/7 1309/14 1309/20 1312/8 1312/11 1312/22 1313/12 1313/25 1315/2 1315/11 1347/19 1348/3 1362/4 1376/10 1377/3 1377/9 1377/22 1378/5 1378/7 1379/21 1379/22 1379/24 1380/7 1380/14 1381/23 1382/10 1385/18 1385/25 1389/12 1390/13 1407/9 1408/23 1409/5 1409/10 1409/19 1410/3 1411/9 1411/9

1411/10 1411/16 1412/2 1412/15 1412/15 1412/15 1412/22 1412/25 1413/7 1413/15 1418/5
**Mr. Baca's [16]**   1291/16 1292/19 1293/9 1293/13 1293/17 1298/13 1299/5 1299/14 1308/24 1378/12 1379/14 1380/13 1381/6 1381/11 1389/25 1409/23
**Mr. Birotte [4]**   1294/7 1347/2 1347/3 1347/4
**Mr. Brown [13]**   1380/13 1383/12 1396/15 1396/16 1397/14 1398/5 1399/13 1400/19 1402/5 1413/5 1416/5 1416/20 1419/8
**Mr. Brown's [2]**   1381/17 1399/3
**Mr. Carey [25]**   1367/21 1368/2 1368/21 1375/20 1377/8 1381/5 1381/10 1383/9 1384/3 1384/22 1387/19 1394/18 1395/23 1397/22 1402/11 1403/5 1408/11 1409/18 1411/24 1412/14 1412/22 1418/25 1419/4 1419/23 1420/16
**Mr. Carrillo [2]**   1421/17 1421/20
**Mr. Curzon [1]**   1300/23
**Mr. Fox [2]**   1290/24 1301/20
**Mr. Fox's [1]**   1292/5
**Mr. Greg [3]**   1334/17 1334/19 1335/14
**Mr. Hochman [4]**   1347/23 1348/13 1362/2 1420/7
**Mr. Hochman's [1]**   1299/13
**Mr. Leavins [13]**   1336/22 1396/1 1396/15 1397/18 1398/4 1398/7 1399/16 1399/18 1400/19 1401/20 1402/4 1402/8 1417/15
**Mr. Levin's [1]**   1399/11
**Mr. Levins [4]**   1396/8 1397/13 1401/2 1401/24
**Mr. Martinez [1]**   1378/6
**Mr. Michel [2]**   1300/14 1300/25
**Mr. Paul [5]**   1333/4 1333/6 1334/3 1335/18 1347/21
**Mr. Rhambo [29]**   1290/10 1290/11 1290/15 1290/20 1290/24 1291/2 1291/9 1291/9 1291/22 1296/7 1296/11 1296/25 1297/4 1297/7 1297/11 1301/11 1303/7 1304/3 1305/2 1307/3 1307/12 1310/4 1315/2 1318/9 1319/16 1325/11 1340/25 1347/17 1365/1
**Mr. Rhambo's [1]**   1293/8
**Mr. Steve [2]**   1336/19 1336/19
**Mr. Stolper [1]**   1365/18
**Mr. Tanaka [37]**   1298/8 1299/19 1305/18 1305/19 1307/21 1308/2 1308/5 1308/6 1308/14 1310/25 1318/19 1326/6 1333/10 1333/23 1334/19 1334/25 1335/3 1335/15 1336/15 1336/23 1338/2 1338/10 1338/21 1339/11 1340/23 1388/25 1390/13 1404/10 1404/23 1405/8 1406/1 1406/16 1407/4 1407/8 1412/8 1412/12 1417/15
**Mr. Tanaka's [1]**   1380/14

**M**

**Mr. Thompson [31]**   1310/13
 1310/21 1311/15 1334/22
 1334/25 1336/7 1336/8
 1337/23 1338/1 1338/9 1339/1
 1339/22 1340/5 1340/15
 1341/6 1341/18 1346/15
 1378/23 1380/12 1392/16
 1392/22 1405/13 1405/19
 1406/15 1407/5 1407/9
 1407/25 1408/23 1409/10
 1420/17 1421/10
**Mr. Wally [1]**   1306/5
**Mr. Waterman's [1]**   1397/11
**Ms [1]**   1288/5
**Ms. [5]**   1290/18 1291/1
 1294/17 1296/17 1348/22
**Ms. Rhodes [5]**   1290/18
 1291/1 1294/17 1296/17
 1348/22
**much [15]**   1295/12 1311/1
 1338/17 1340/14 1368/22
 1380/15 1390/7 1390/13
 1390/15 1391/11 1400/17
 1406/4 1408/19 1408/20
 1417/11
**must [1]**   1340/11
**my [49]**   1291/1 1298/9
 1298/10 1298/14 1305/6
 1305/8 1307/5 1307/6 1309/22
 1313/10 1332/3 1335/7 1335/8
 1336/10 1339/4 1345/6
 1348/25 1350/7 1351/18
 1353/15 1356/18 1359/10
 1359/14 1359/15 1363/23
 1369/3 1370/23 1371/2
 1371/17 1373/7 1376/6
 1379/17 1380/2 1386/17
 1388/21 1390/18 1390/19
 1391/11 1392/17 1392/25
 1394/20 1397/16 1398/4
 1398/11 1399/9 1405/2
 1407/10 1410/24 1418/23
**myself [5]**   1376/6 1379/17
 1405/6 1412/6 1413/14

**N**

**N-E-E [1]**   1404/16
**name [18]**   1288/3 1303/17
 1303/18 1316/9 1350/5 1350/6
 1350/7 1350/8 1354/1 1354/2
 1354/3 1354/5 1367/13
 1367/14 1418/14 1418/18
 1418/22 1421/15
**named [1]**   1397/5
**narcotics [12]**   1291/13
 1313/3 1324/6 1334/10
 1334/24 1345/23 1416/9
 1416/16 1416/23 1417/1
 1419/9 1419/11
**NATHAN [2]**   1287/10 1289/15
**nature [1]**   1340/18
**near [1]**   1290/1
**necessarily [1]**   1339/9
**necessary [1]**   1297/14
**Nee [1]**   1404/16
**need [10]**   1289/21 1292/25
 1328/11 1350/10 1353/24
 1361/8 1363/3 1397/24
 1422/23 1423/4
**needed [8]**   1315/19 1355/1
 1355/5 1369/16 1386/10
 1392/13 1414/5 1420/23
**needs [1]**   1294/8
**neither [1]**   1384/10
**nephew [1]**   1396/13
**network [1]**   1395/13
**never [6]**   1336/13 1336/13

 1337/16 1380/11 1412/22
 1413/18
**new [2]**   1400/11 1420/10
**newer [1]**   1400/16
**news [2]**   1361/2 1422/17
**next [21]**   1303/12 1320/19
 1333/17 1339/20 1340/2
 1349/23 1355/17 1359/9
 1361/13 1369/3 1369/5
 1372/23 1383/25 1384/1
 1389/1 1401/16 1401/18
 1402/19 1402/22 1402/24
 1411/21
**nexus [1]**   1382/7
**nice [1]**   1400/1
**night [3]**   1339/5 1340/16
 1417/12
**no [64]**   1286/8 1292/3 1293/4
 1294/24 1296/4 1298/8
 1302/15 1310/17 1315/3
 1322/15 1326/19 1328/17
 1334/13 1334/16 1337/22
 1341/20 1342/8 1344/2 1345/6
 1347/10 1349/4 1349/9
 1349/16 1349/20 1353/7
 1354/17 1357/13 1359/21
 1359/24 1360/13 1360/14
 1364/5 1367/22 1372/13
 1373/4 1374/16 1374/24
 1376/16 1381/12 1381/12
 1382/19 1382/22 1382/24
 1384/9 1388/4 1388/6 1388/8
 1393/4 1396/4 1399/22
 1403/24 1404/8 1405/17
 1410/6 1411/20 1413/19
 1413/25 1414/7 1418/9
 1418/24 1420/12 1423/5
 1423/6 1424/12
**nobody [11]**   1380/3 1380/5
 1380/13 1380/17 1381/15
 1392/4 1400/11 1407/12
 1409/2 1410/11 1414/18
**noises [1]**   1289/23
**none [1]**   1314/22
**Nonresponsive [2]**   1355/16
 1358/23
**noon [1]**   1422/25
**normally [1]**   1315/18
**North [3]**   1286/22 1287/6
 1287/12
**not [89]**
**note [3]**   1361/9 1363/22
 1422/24
**notes [2]**   1302/4 1397/4
**nothing [7]**   1291/3 1299/12
 1316/14 1348/17 1349/5
 1360/2 1360/15
**notice [2]**   1293/8 1299/13
**notify [1]**   1385/14
**now [56]**   1290/12 1290/15
 1296/25 1310/2 1310/19
 1311/11 1313/16 1318/24
 1320/5 1320/16 1321/20
 1322/13 1323/4 1324/20
 1325/21 1326/14 1327/13
 1328/13 1329/6 1329/25
 1330/5 1336/18 1336/25
 1337/23 1342/9 1344/7 1346/4
 1348/13 1358/14 1373/14
 1375/13 1377/21 1379/13
 1381/5 1383/3 1383/3 1383/7
 1383/20 1383/24 1384/17
 1385/1 1387/16 1387/17
 1391/23 1395/20 1401/10
 1401/18 1402/24 1403/8
 1404/21 1409/13 1409/16
 1411/13 1417/5 1419/14
 1422/1
**number [20]**   1290/8 1290/9

 1321/17 1326/19 1327/14
 1352/22 1353/23 1353/1
 1354/1 1354/2 1354/5 1354/7
 1376/17 1395/24 1403/12
 1403/19 1403/21 1403/23
 1421/7 1421/14
**numbers [1]**   1346/8
**numerous [2]**   1295/5 1388/12
**nurse [4]**   1372/4 1372/11
 1372/21 1372/23
**nurses [1]**   1372/6

**O**

**oath [3]**   1362/5 1362/18
 1366/11
**object [2]**   1301/24 1366/22
**objection [43]**   1297/14
 1298/8 1310/17 1312/23
 1314/20 1316/3 1329/4
 1329/13 1329/22 1330/11
 1330/17 1331/4 1331/10
 1331/15 1332/10 1342/22
 1343/2 1343/6 1343/10
 1343/19 1344/5 1344/14
 1344/20 1344/25 1346/10
 1355/15 1358/23 1366/24
 1377/5 1377/11 1378/18
 1380/22 1383/18 1384/7
 1384/15 1402/7 1408/6
 1408/15 1409/22 1410/23
 1412/7 1420/5 1420/12
**objections [2]**   1298/11
 1314/21
**obligated [1]**   1330/8
**obligation [2]**   1332/8
 1332/13
**observations [1]**   1312/3
**obstructed [1]**   1293/7
**obstructing [1]**   1294/16
**obstruction [4]**   1291/12
 1293/22 1313/19 1313/24
**obtaining [1]**   1399/2
**obviously [5]**   1290/7 1290/14
 1291/10 1340/24 1363/25
**occasion [1]**   1335/4
**Occasionally [1]**   1415/18
**occasions [1]**   1392/17
**occur [2]**   1306/3 1343/9
**occurred [9]**   1295/24 1296/7
 1296/13 1306/5 1340/17
 1342/25 1394/25 1417/3
 1422/2
**odd [1]**   1297/8
**off [4]**   1290/11 1379/18
 1379/20 1397/6
**offenses [1]**   1300/19
**office [29]**   1287/5 1293/15
 1307/3 1307/5 1307/7 1307/13
 1307/15 1309/12 1311/22
 1312/14 1351/3 1351/18
 1351/19 1370/25 1371/2
 1371/5 1375/23 1377/25
 1378/22 1389/24 1389/25
 1404/11 1404/14 1404/15
 1404/19 1404/24 1404/25
 1407/16 1411/7
**officer [1]**   1313/20
**offices [1]**   1391/9
**Official [1]**   1286/21
**Often [1]**   1389/23
**oh [2]**   1336/18 1407/24
**okay [38]**   1290/16 1294/5
 1294/25 1297/25 1301/18
 1302/16 1309/13 1310/11
 1341/20 1347/3 1347/11
 1349/10 1352/6 1353/20
 1355/22 1356/3 1356/4 1356/7
 1359/12 1360/20 1361/15
 1362/6 1362/15 1364/7

**O**

**okay... [14]**   1364/23 1366/6
 1368/22 1383/20 1387/25
 1397/21 1397/24 1405/23
 1411/2 1411/6 1418/8 1419/14
 1420/10 1420/16
**old [2]**   1338/16 1368/2
**once [5]**   1306/17 1309/3
 1309/22 1311/20 1358/11
**one [59]**   1290/8 1294/3
 1294/23 1295/12 1295/15
 1295/16 1295/16 1296/7
 1299/2 1299/10 1299/11
 1301/2 1301/12 1302/4
 1311/11 1314/11 1314/12
 1316/12 1321/9 1321/23
 1322/16 1326/11 1326/11
 1326/21 1327/4 1327/10
 1331/24 1335/13 1335/13
 1335/24 1335/25 1338/14
 1344/16 1347/19 1348/25
 1350/9 1351/19 1357/9 1358/9
 1359/8 1359/25 1361/21
 1361/22 1361/24 1362/8
 1363/12 1363/24 1364/22
 1371/17 1376/6 1377/24
 1380/5 1384/9 1384/10
 1384/12 1392/17 1407/14
 1414/2 1419/19
**one another [1]**   1335/25
**one captain [1]**   1327/10
**one chief [1]**   1326/21
**one clip [2]**   1299/2 1361/21
**one for [1]**   1327/4
**one from [1]**   1419/19
**one little [1]**   1295/12
**one moment [4]**   1316/12
 1350/9 1359/25 1361/22
**one occurred [1]**   1296/7
**one of [16]**   1295/16 1301/2
 1311/11 1314/11 1321/9
 1321/23 1326/11 1335/24
 1344/16 1351/19 1357/9
 1359/8 1371/17 1376/6
 1384/10 1392/17
**one on [2]**   1295/15 1295/16
**one or [3]**   1377/24 1384/9
 1384/12
**one person [1]**   1326/11
**one question [1]**   1363/24
**one section [1]**   1294/3
**one specific [1]**   1299/11
**one statement [2]**   1294/23
 1299/10
**one that [3]**   1331/24 1338/14
 1358/9
**one thing [1]**   1361/24
**one to [1]**   1407/14
**one way [1]**   1364/22
**one year [2]**   1335/13 1335/13
**one's [1]**   1300/3
**ongoing [1]**   1386/3
**only [13]**   1294/2 1298/6
 1298/21 1300/21 1301/22
 1302/22 1326/11 1326/21
 1363/5 1384/9 1384/12
 1399/20 1414/25
**oops [1]**   1389/4
**open [4]**   1300/9 1361/4
 1381/1 1422/19
**opening [2]**   1292/5 1293/12
**opens [1]**   1298/12
**operation [7]**   1376/9 1383/14
 1389/13 1414/3 1414/6
 1414/14 1417/12
**operations [8]**   1305/14
 1323/16 1324/14 1328/15
 1328/17 1328/19 1353/14

**opinion [2]**   1390/25 1390/18
**opportunity [2]**   1308/1
**opposite [1]**   1405/15
**opposition [1]**   1363/23
**order [27]**   1319/25 1353/20
 1353/24 1354/14 1354/16
 1355/2 1355/5 1355/21
 1355/25 1357/10 1358/16
 1358/20 1359/6 1359/11
 1359/20 1380/13 1381/24
 1382/10 1398/25 1400/9
 1404/8 1406/3 1408/2 1409/2
 1414/18 1414/19 1414/19
**ordered [5]**   1312/8 1351/14
 1359/19 1385/18 1387/4
**orders [7]**   1290/18 1328/18
 1328/22 1329/2 1379/24
 1386/5 1386/7
**ordinarily [3]**   1374/14
 1374/17 1384/4
**organization [1]**   1306/6
**organizational [6]**   1304/23
 1319/3 1319/20 1320/13
 1325/23 1347/17
**OSJ [3]**   1311/21 1406/25
 1414/20
**OSJ's [1]**   1311/18
**other [31]**   1290/4 1294/10
 1294/13 1297/5 1298/2 1315/8
 1321/4 1323/4 1356/23 1357/4
 1361/3 1363/6 1364/22
 1371/11 1378/6 1385/10
 1386/9 1387/12 1390/6
 1393/25 1399/23 1400/4
 1400/7 1400/17 1405/10
 1409/6 1409/21 1410/5
 1414/25 1415/9 1422/18
**others [5]**   1360/23 1379/16
 1395/12 1418/12 1422/13
**otherwise [4]**   1296/4 1296/21
 1296/22 1351/8
**OTHR [2]**   1356/23 1356/24
**our [12]**   1292/25 1298/6
 1302/2 1351/19 1360/18
 1377/20 1378/1 1394/21
 1395/7 1398/12 1408/21
 1422/6
**out [35]**   1292/23 1292/24
 1295/2 1296/20 1309/23
 1315/22 1316/10 1329/2
 1330/19 1331/7 1331/17
 1331/21 1331/22 1332/17
 1338/9 1353/4 1364/24
 1371/16 1371/22 1382/5
 1386/10 1391/5 1393/7
 1393/12 1396/21 1396/24
 1400/19 1401/3 1401/22
 1402/5 1402/12 1406/22
 1413/8 1413/11 1414/6
**outrageous [1]**   1316/11
**outside [11]**   1289/5 1341/11
 1361/11 1361/17 1365/8
 1365/10 1377/1 1377/15
 1382/20 1416/13 1423/1
**over [11]**   1299/12 1305/1
 1305/8 1322/7 1335/20
 1383/10 1384/1 1398/25
 1414/15 1420/23 1422/9
**overall [1]**   1379/19
**overruled [10]**   1312/25
 1316/5 1332/11 1343/20
 1358/25 1366/24 1377/13
 1378/19 1384/8 1409/24
**overseas [1]**   1363/9
**oversee [1]**   1406/23
**own [1]**   1395/12

**P**

**p.m [11]**   1310/10 1310/22
 1311/6 1338/8 1339/22 1340/3
 1340/15 1403/7 1403/15
 1403/17 1423/8
**PA [2]**   1286/8 1289/7
**pace [1]**   1400/2
**package [1]**   1421/13
**page [11]**   1288/3 1292/19
 1316/20 1339/20 1384/19
 1384/20 1387/16 1389/2
 1403/9 1420/6 1424/7
**paper [1]**   1397/3
**paragraph [1]**   1385/22
**Pardon [1]**   1398/2
**Park [1]**   1391/19
**parking [1]**   1296/25
**part [21]**   1293/15 1295/12
 1305/1 1307/8 1320/25
 1321/24 1323/4 1323/9
 1330/14 1332/15 1339/9
 1356/11 1374/24 1378/24
 1393/18 1395/11 1407/18
 1412/11 1420/5 1420/7
 1421/23
**partial [2]**   1311/9 1338/25
**participate [1]**   1393/19
**participated [2]**   1393/16
 1393/18
**participating [1]**   1401/24
**particular [3]**   1296/5 1309/3
 1325/23
**particularly [1]**   1315/10
**parties [2]**   1398/6 1399/12
**partner [1]**   1351/18
**partners [1]**   1291/18
**partnership [3]**   1293/16
 1344/13 1344/18
**parts [1]**   1404/22
**party [5]**   1336/16 1337/20
 1362/18 1366/12 1386/18
**past [4]**   1290/3 1352/21
 1352/23 1383/20
**patio [5]**   1311/1 1336/2
 1337/17 1338/18 1339/2
**patrol [9]**   1323/10 1323/12
 1324/1 1333/13 1333/15
 1333/18 1333/23 1334/10
 1334/24
**Paul [19]**   1306/12 1306/21
 1307/20 1308/9 1308/9
 1308/11 1308/14 1311/8
 1333/4 1333/6 1333/7 1334/3
 1335/18 1338/20 1338/22
 1340/23 1347/21 1369/12
 1417/10
**Pause [2]**   1301/10 1362/9
**peace [1]**   1313/20
**people [15]**   1328/6 1328/19
 1329/2 1332/21 1360/22
 1369/17 1370/4 1370/8
 1376/17 1376/24 1377/1
 1377/19 1414/25 1419/19
 1422/11
**percent [1]**   1372/8
**PERCY [1]**   1286/3
**Perfect [1]**   1341/5
**performance [1]**   1385/4
**performed [2]**   1357/9 1357/16
**period [8]**   1299/12 1304/8
 1304/23 1311/19 1335/10
 1342/11 1377/11 1386/15
**permanent [1]**   1352/12
**permit [3]**   1292/10 1360/23
 1422/13
**person [12]**   1326/11 1347/19
 1363/1 1369/6 1370/12
 1388/19 1389/12 1389/20

**P**

**person... [4]**   1389/20 1389/21 1395/6 1419/19
**personal [1]**   1388/21
**personally [5]**   1349/14 1349/18 1388/15 1389/19 1415/11
**personnel [2]**   1385/2 1414/20
**perspective [1]**   1307/5
**persuade [1]**   1296/22
**pertinent [1]**   1385/14
**ph [3]**   1298/4 1306/5 1354/20
**phone [94]**
**phone, [1]**   1349/9
**phone, no [1]**   1349/9
**phones [6]**   1308/21 1308/21 1348/22 1374/3 1384/5 1384/13
**photographs [1]**   1379/12
**Physical [1]**   1386/23
**physically [2]**   1315/22 1351/3
**pissed [3]**   1379/18 1379/20 1406/9
**pit [1]**   1400/1
**place [5]**   1296/4 1352/13 1352/22 1362/25 1389/22
**placed [8]**   1304/20 1306/25 1335/8 1347/12 1362/4 1362/17 1366/11 1375/25
**placing [2]**   1307/17 1418/1
**PLAINTIFF [1]**   1286/7
**plan [1]**   1413/22
**planned [1]**   1315/16
**planning [1]**   1342/14
**play [24]**   1314/5 1314/24 1361/20 1362/1 1362/3 1362/12 1363/4 1365/8 1366/25 1367/4 1381/6 1383/7 1383/22 1383/25 1393/24 1395/20 1401/11 1401/16 1402/19 1402/24 1403/2 1409/16 1411/13 1411/21
**played [21]**   1315/1 1367/3 1367/6 1379/3 1381/9 1383/8 1383/23 1384/2 1394/17 1395/22 1401/12 1401/17 1401/19 1402/21 1402/23 1403/1 1403/4 1409/17 1411/15 1411/23 1412/24
**playing [7]**   1298/21 1300/8 1314/18 1379/5 1381/4 1383/20 1394/14
**please [50]**   1289/8 1301/12 1303/16 1303/17 1307/2 1308/5 1310/16 1310/23 1338/5 1338/7 1339/17 1339/20 1340/4 1350/2 1350/4 1350/5 1351/7 1361/1 1367/12 1367/13 1375/18 1375/20 1381/2 1383/22 1384/19 1384/22 1385/1 1387/18 1389/3 1389/4 1389/10 1394/6 1397/25 1401/11 1401/16 1401/18 1403/14 1409/14 1409/16 1410/1 1411/21 1412/1 1417/8 1417/20 1420/20 1420/25 1421/2 1421/9 1422/3 1422/15
**pleased [1]**   1406/2
**Plus [1]**   1391/6
**PM [1]**   1341/10
**point [41]**   1291/5 1294/13 1304/5 1306/4 1308/12 1312/7 1313/10 1314/4 1315/20 1321/11 1331/22 1333/14 1334/2 1335/2 1336/22 1337/23 1346/9 1353/22

1353/25 1355/3 1355/15 1355/21 1358/24 1367/11 1367/8 1368/21 1369/2 1372/1 1373/18 1379/7 1382/15 1393/6 1393/7 1393/23 1397/24 1399/14 1400/5 1410/17 1415/2 1415/20 1419/23
**points [1]**   1294/14
**police [6]**   1293/14 1293/14 1293/16 1293/22 1293/23 1385/3
**policies [2]**   1341/23 1384/19
**policing [1]**   1293/16
**policy [15]**   1341/12 1341/14 1341/16 1341/21 1341/24 1342/2 1375/3 1375/5 1375/7 1384/23 1385/19 1386/1 1386/8 1389/3 1389/5
**polygraph [5]**   1415/19 1415/25 1416/19 1417/3 1419/8
**polygraphed [1]**   1416/5
**popped [1]**   1417/22
**pops [1]**   1419/6
**populated [2]**   1358/1 1358/2
**portion [5]**   1292/9 1307/1 1307/15 1315/3 1397/15
**portions [2]**   1379/3 1397/2
**position [15]**   1289/24 1292/16 1292/17 1293/1 1304/12 1304/16 1304/22 1305/2 1305/13 1305/19 1305/24 1320/5 1320/22 1334/8 1334/8
**positions [1]**   1326/12
**positive [1]**   1385/2
**possessed [1]**   1309/21
**possession [4]**   1371/24 1378/20 1380/1 1387/6
**possibility [1]**   1370/12
**possible [5]**   1289/21 1362/23 1364/12 1366/18 1421/1
**possibly [1]**   1386/23
**potential [2]**   1294/18 1375/4
**pounds [1]**   1397/12
**practice [1]**   1395/15
**pre [1]**   1343/25
**pre—EPC [1]**   1343/25
**prejudice [3]**   1293/10 1294/7 1295/1
**prejudiced [1]**   1290/7
**prejudicial [4]**   1291/10 1291/21 1292/3 1293/2
**premeeting [7]**   1342/18 1342/20 1342/24 1343/18 1343/23 1344/1 1344/3
**premeetings [2]**   1343/4 1343/8
**presence [9]**   1289/6 1303/10 1318/2 1361/12 1361/18 1365/24 1366/8 1413/10 1423/2
**present [13]**   1289/17 1301/4 1301/7 1302/2 1319/6 1325/8 1344/1 1355/8 1355/10 1362/24 1366/19 1376/18 1405/5
**presentation [1]**   1421/5
**presented [3]**   1362/21 1363/18 1366/16
**presenting [1]**   1358/20
**presently [1]**   1350/18
**preserved [1]**   1394/23
**PRESIDING [1]**   1286/4
**pressured [2]**   1358/21 1359/2
**pretty [9]**   1295/4 1308/13 1315/9 1380/15 1390/15 1391/11 1406/4 1408/19

1408/20
**previously [6]**   1308/21 1308/21 1358/14 1366/23 1380/23 1400/10
**prior [6]**   1304/5 1305/12 1374/12 1384/3 1389/9 1402/2
**priority [4]**   1386/13 1386/25 1387/13 1391/4
**prison [5]**   1354/10 1354/22 1355/7 1358/10 1358/13
**privilege [1]**   1400/25
**privileges [2]**   1401/4 1401/6
**probability [2]**   1369/19 1376/24
**probably [8]**   1297/3 1297/24 1303/4 1308/10 1308/12 1314/10 1339/13 1346/22
**probative [2]**   1293/3 1293/10
**problem [5]**   1291/6 1292/1 1302/20 1377/16 1397/22
**problems [1]**   1418/24
**procedures [1]**   1341/12
**proceed [5]**   1303/21 1318/3 1360/3 1367/16 1394/14
**proceeding [2]**   1363/17 1366/15
**proceedings [13]**   1286/13 1289/5 1301/10 1303/9 1316/20 1318/1 1361/11 1361/17 1362/9 1365/23 1366/7 1423/1 1424/6
**process [1]**   1417/24
**produce [1]**   1398/25
**profane [3]**   1313/10 1313/12 1315/18
**profanity [2]**   1315/15 1406/4
**professional [2]**   1336/14 1337/14
**proffer [1]**   1300/5
**profile [2]**   1337/5 1386/12
**promoted [2]**   1305/22 1371/4
**proposals [1]**   1302/2
**prosecute [1]**   1375/11
**prosecuted [1]**   1342/5
**prosecution [1]**   1375/6
**prove [2]**   1370/18 1416/6
**proven [1]**   1370/24
**provide [7]**   1294/22 1301/25 1379/6 1386/11 1390/7 1398/12 1398/16
**provided [3]**   1373/1 1381/24 1383/12
**providing [10]**   1390/13 1396/19 1402/18 1412/4 1412/15 1412/16 1417/24 1418/3 1418/5 1418/10
**publish [6]**   1310/19 1339/16 1339/17 1356/2 1384/17 1417/5
**pull [5]**   1351/6 1375/17 1398/20 1403/9 1404/21
**pulled [2]**   1400/19 1401/3
**purpose [4]**   1295/22 1296/2 1296/16 1371/9
**purposes [3]**   1325/9 1325/22 1420/9
**pursuant [1]**   1424/4
**put [14]**   1307/9 1307/12 1320/19 1321/20 1323/8 1325/18 1338/5 1339/15 1356/23 1357/1 1357/4 1357/5 1358/8 1405/18

---

**Q**

**question [17]**   1332/13 1355/17 1363/24 1364/4 1364/20 1364/21 1364/25 1365/4 1383/15 1396/18 1397/16 1398/4 1402/9 1408/7

**Q**

**question... [3]** 1409/25
  1410/24 1419/7
**questions [16]** 1292/12
  1292/13 1347/10 1347/23
  1348/1 1349/4 1360/14
  1362/19 1362/19 1363/1
  1364/3 1364/6 1364/11 1365/1
  1366/12 1366/12
**quite [2]** 1316/11 1382/12

**R**

**R-H-A-M-B-O [1]** 1303/20
**raised [1]** 1302/1
**range [1]** 1389/15
**rank [4]** 1305/24 1368/19
  1368/25 1387/17
**rare [2]** 1392/17 1417/19
**rarely [1]** 1395/15
**Re [1]** 1311/7
**reach [1]** 1306/17
**reached [2]** 1298/4 1338/9
**reaction [1]** 1406/11
**read [13]** 1301/2 1310/23
  1311/3 1361/2 1384/22 1385/1
  1389/4 1417/8 1420/16
  1420/20 1421/9 1421/16
  1422/17
**reading [12]** 1292/20 1310/24
  1311/8 1340/6 1340/16 1341/7
  1363/1 1385/2 1385/7 1389/6
  1420/21 1421/11
**ready [1]** 1365/19
**really [4]** 1301/14 1307/23
  1315/19 1338/1
**reason [7]** 1315/14 1352/25
  1356/20 1358/3 1371/7
  1388/24 1399/20
**reasons [4]** 1399/23 1400/4
  1400/7 1414/2
**recall [19]** 1295/14 1296/11
  1312/16 1312/19 1333/8
  1338/8 1338/18 1339/5
  1339/13 1340/10 1351/13
  1376/2 1376/10 1397/15
  1397/19 1405/13 1405/16
  1406/21 1408/17
**recalls [2]** 1290/22 1292/5
**receive [4]** 1332/8 1339/2
  1415/16 1419/22
**received [15]** 1310/12
  1310/18 1332/23 1361/5
  1372/3 1377/24 1380/25
  1392/3 1392/7 1394/5 1396/6
  1420/1 1420/22 1422/2
  1422/20
**receiving [2]** 1412/3 1415/7
**reception [3]** 1351/5 1351/9
  1352/9
**Recess [2]** 1361/16 1423/8
**recognize [5]** 1310/6 1356/8
  1403/19 1403/23 1419/20
**recollection [3]** 1373/7
  1407/10 1418/23
**recommended [1]** 1353/1
**record [11]** 1298/11 1303/18
  1314/22 1350/6 1351/20
  1356/13 1363/23 1366/23
  1367/14 1395/17 1419/5
**recorded [6]** 1362/19 1366/13
  1394/19 1394/21 1394/22
  1395/14
**recording [5]** 1394/4 1394/7
  1394/10 1394/25 1403/6
**recordings [3]** 1394/24
  1412/23 1413/2
**records [2]** 1350/25 1403/10
**recovered [3]** 1374/1 1384/13

1399/8
**Recross [2]** 1288/6 1348/20
**Recross-Examination [1]**
  1288/8
**red [4]** 1319/25 1320/19
  1320/20 1321/20
**redact [1]** 1420/8
**Redirect [2]** 1288/7 1347/15
**reelected [1]** 1337/10
**refer [1]** 1394/23
**referred [2]** 1333/6 1341/23
**referring [6]** 1331/24
  1338/21 1340/23 1397/3
  1405/3 1408/7
**reflects [1]** 1298/24
**regard [2]** 1309/15 1309/20
**regards [2]** 1310/25 1341/11
**region [4]** 1305/15 1323/20
  1323/23 1354/24
**region 2 [1]** 1305/15
**regions [2]** 1323/16 1323/18
**regular [1]** 1342/11
**regulations [1]** 1424/8
**reiterate [1]** 1332/12
**rejoinder [1]** 1299/17
**relate [2]** 1302/3 1374/25
**related [4]** 1370/3 1382/7
  1382/7 1421/17
**relates [3]** 1302/22 1374/7
  1390/5
**relating [1]** 1421/5
**relation [1]** 1308/18
**relationship [11]** 1299/12
  1299/19 1299/21 1308/6
  1308/9 1336/10 1344/18
  1344/24 1345/4 1345/8
  1398/18
**release [18]** 1351/14 1353/4
  1353/6 1353/20 1354/13
  1354/25 1355/19 1355/22
  1356/20 1357/11 1357/19
  1357/23 1358/3 1358/16
  1358/19 1359/4 1359/12
  1359/19
**Released [1]** 1356/15
**releasing [2]** 1352/18
  1355/12
**relevance [14]** 1293/4 1329/4
  1329/13 1329/22 1330/11
  1330/17 1331/4 1331/11
  1332/10 1342/22 1343/6
  1343/19 1344/5 1344/25
**Relevancy [1]** 1377/11
**relevant [1]** 1299/7
**rely [1]** 1340/9
**remain [3]** 1368/14 1369/17
  1376/23
**remainder [2]** 1420/9 1420/12
**remarks [1]** 1294/13
**remember [5]** 1296/12 1333/5
  1348/1 1390/6 1409/12
**remind [2]** 1360/18 1422/9
**reminded [2]** 1361/4 1422/18
**remove [1]** 1399/10
**repeat [1]** 1293/13
**rephrase [1]** 1377/6
**reply [1]** 1339/4
**report [5]** 1305/17 1311/21
  1385/15 1417/11 1421/6
**reported [3]** 1311/16 1369/6
  1424/6
**reporter [2]** 1286/21 1417/19
**REPORTER'S [1]** 1286/13
**reporting [7]** 1311/18 1338/1
  1368/17 1368/24 1369/14
  1387/19 1412/15
**reports [3]** 1361/2 1395/2
  1422/17
**Representatives [1]** 1376/8

**represented [4]** 1297/1
  1332/5 1365/17 1366/25
**reprimand [1]** 1375/8
**request [1]** 1378/8
**requested [3]** 1420/24
  1420/25 1421/4
**requests [1]** 1355/19
**required [1]** 1407/12
**Reserve [1]** 1324/14
**resolve [1]** 1414/5
**resolved [1]** 1309/22
**respect [16]** 1290/10 1323/4
  1328/5 1328/5 1328/13
  1336/18 1336/25 1343/12
  1346/4 1360/9 1373/16 1377/9
  1390/8 1399/11 1416/22
  1419/9
**respected [1]** 1389/6
**respects [1]** 1315/15
**respond [2]** 1292/11 1341/20
**responds [1]** 1341/6
**response [25]** 1290/25 1291/4
  1291/8 1291/16 1291/17
  1291/19 1291/20 1292/3
  1292/11 1292/20 1293/18
  1293/20 1293/20 1294/3
  1294/19 1295/6 1299/8
  1308/24 1311/3 1312/5
  1347/24 1355/19 1380/12
  1406/15 1421/2
**responses [3]** 1292/4 1293/9
  1294/17
**responsibilities [2]** 1311/12
  1385/9
**responsibility [8]** 1385/3
  1385/10 1385/24 1406/13
  1406/17 1408/1 1408/3
  1408/21
**responsible [3]** 1325/5
  1328/7 1328/14
**restaurant [1]** 1386/19
**restricted [1]** 1385/4
**result [2]** 1375/8 1375/12
**resulted [1]** 1384/11
**results [3]** 1416/19 1417/3
  1419/12
**retire [1]** 1304/10
**retired [6]** 1318/12 1318/17
  1318/22 1367/24 1367/25
  1368/4
**retirement [5]** 1304/18
  1306/1 1306/3 1306/4 1306/4
**retrieved [2]** 1374/1 1413/3
**return [2]** 1309/18 1328/11
**returned [1]** 1353/17
**review [1]** 1341/16
**reviewed [1]** 1295/5
**reviewing [1]** 1341/20
**revised [2]** 1341/12 1341/14
**RHAMBO [35]** 1288/4 1290/10
  1290/11 1290/15 1290/20
  1290/24 1291/2 1291/9 1291/9
  1291/22 1295/17 1296/7
  1296/11 1296/25 1297/4
  1297/7 1297/11 1301/11
  1303/7 1303/14 1303/19
  1304/3 1305/2 1307/3 1307/12
  1310/4 1315/2 1318/9 1319/16
  1325/11 1326/9 1339/20
  1340/25 1347/17 1365/1
**Rhambo's [2]** 1292/9 1293/8
**RHODES [8]** 1287/5 1288/5
  1289/11 1290/18 1291/1
  1294/17 1296/17 1348/22
**right [68]** 1289/19 1290/15
  1292/15 1293/18 1296/23
  1296/25 1301/12 1303/2
  1303/11 1303/15 1307/9
  1307/15 1308/15 1311/13

**R**

**right... [54]**  1314/12 1314/15 1314/20 1314/23 1316/15 1319/11 1320/10 1320/14 1321/1 1322/7 1322/18 1324/10 1340/2 1340/13 1340/14 1341/5 1342/18 1349/21 1350/1 1356/11 1358/17 1359/9 1360/16 1360/17 1360/19 1361/19 1364/18 1365/9 1366/2 1366/3 1366/24 1374/6 1377/7 1379/13 1380/25 1381/3 1389/10 1397/22 1398/3 1405/2 1405/5 1407/24 1408/10 1409/15 1417/16 1417/16 1417/21 1417/21 1420/7 1420/13 1422/8 1422/25 1423/3 1423/7
**rights [5]**  1373/24 1374/5 1374/7 1378/21 1379/10
**RL13 [2]**  1357/15 1357/16
**RO13 [2]**  1357/9 1357/9
**Robert [1]**  1421/7
**role [1]**  1342/2
**room [8]**  1373/13 1375/16 1375/21 1375/23 1377/22 1380/16 1390/2 1390/4
**roughly [3]**  1304/17 1391/1 1391/1
**routine [1]**  1395/9
**RPR [1]**  1424/12
**rule [2]**  1295/4 1364/22
**ruled [3]**  1296/21 1300/8 1364/25
**ruling [5]**  1298/15 1298/16 1298/18 1298/19 1343/11
**run [1]**  1352/10
**rungs [1]**  1368/25
**runner [1]**  1337/4
**runs [3]**  1336/4 1353/16 1359/11

**S**

**safe [5]**  1376/9 1381/22 1398/6 1399/12 1399/13
**safety [2]**  1328/7 1381/17
**said [63]**  1291/14 1295/20 1295/20 1296/7 1296/12 1311/7 1313/12 1315/11 1315/11 1318/10 1324/1 1324/19 1330/1 1344/7 1345/15 1346/23 1346/23 1347/1 1347/2 1348/14 1348/14 1348/16 1352/19 1353/10 1364/5 1364/5 1368/23 1369/5 1370/1 1370/20 1372/4 1372/20 1372/25 1375/14 1378/5 1378/6 1380/5 1381/14 1389/20 1390/17 1393/8 1396/16 1397/2 1397/25 1398/14 1400/13 1400/19 1404/14 1406/21 1407/4 1408/4 1408/11 1408/14 1408/17 1408/19 1408/20 1410/10 1410/18 1411/6 1412/2 1412/14 1413/7 1419/8
**same [25]**  1289/24 1300/16 1301/14 1309/19 1320/12 1331/15 1334/4 1341/15 1343/10 1343/11 1355/1 1362/22 1362/24 1363/19 1366/17 1366/18 1371/10 1383/4 1383/21 1388/22 1389/2 1401/4 1404/22 1408/19 1411/14
**San [3]**  1400/15 1407/2

1418/18
**Santa [1]**  1287/12
**sat [1]**  1324/24
**Saturday [2]**  1373/8 1373/18
**saw [2]**  1381/15 1391/16
**say [44]**  1294/10 1295/19 1297/21 1299/24 1306/8 1309/17 1313/11 1315/9 1315/22 1315/25 1328/4 1333/11 1333/21 1335/23 1339/13 1339/23 1352/14 1353/2 1353/8 1354/11 1356/22 1358/6 1363/16 1369/23 1378/7 1379/1 1379/15 1380/12 1382/2 1383/17 1386/13 1388/12 1389/15 1389/19 1391/4 1393/2 1393/20 1399/25 1401/23 1406/5 1406/15 1408/3 1409/8 1415/23
**saying [15]**  1290/8 1291/9 1291/10 1291/11 1294/14 1347/3 1359/5 1372/3 1372/11 1384/14 1405/18 1405/23 1408/16 1412/3 1417/19
**says [16]**  1290/1 1291/24 1300/18 1314/13 1320/9 1338/17 1339/19 1341/15 1356/19 1357/19 1358/7 1362/16 1375/24 1381/2 1403/11 1418/3
**scared [2]**  1359/13 1359/13
**school [1]**  1333/13
**scientific [1]**  1299/24
**scope [1]**  1385/9
**Scott [1]**  1415/14
**screaming [1]**  1406/4
**screen [6]**  1304/20 1306/25 1338/5 1347/13 1356/3 1357/15
**screwups [1]**  1340/17
**scroll [3]**  1340/1 1340/12 1341/3
**seal [1]**  1316/21
**seated [3]**  1350/4 1367/12 1405/9
**seats [1]**  1405/20
**second [8]**  1301/12 1302/4 1353/15 1359/10 1362/8 1363/12 1385/22 1392/21
**seconds [1]**  1367/5
**secretive [1]**  1391/5
**section [8]**  1291/14 1292/6 1294/3 1313/19 1354/22 1356/15 1395/7 1424/4
**security [5]**  1297/12 1323/11 1324/9 1328/7 1352/25
**see [34]**  1292/23 1297/11 1311/8 1315/4 1316/17 1321/13 1322/8 1326/21 1332/12 1338/24 1339/24 1346/17 1346/24 1347/2 1356/3 1356/15 1356/19 1357/19 1380/3 1380/13 1392/4 1396/2 1403/17 1403/21 1405/2 1405/10 1407/12 1409/3 1409/6 1409/11 1410/11 1411/18 1414/18 1419/14
**seeing [1]**  1380/6
**seek [1]**  1299/1
**seemed [1]**  1396/19
**seen [4]**  1298/22 1325/13 1346/6 1346/14
**selected [2]**  1306/19 1306/21
**send [2]**  1400/1 1421/1
**sense [2]**  1346/5 1365/2
**sensed [1]**  1390/18
**sensibilities [1]**  1315/24

**sensitive [2]**  1340/18 1340/20
**sent [8]**  1310/9 1310/12 1311/4 1311/5 1319/20 1420/17 1421/10 1421/12
**sentence [1]**  1418/3
**sentenced [1]**  1354/10
**sentences [1]**  1389/5
**separate [2]**  1314/14 1371/5
**September [20]**  1295/16 1296/13 1296/15 1296/15 1304/24 1305/3 1321/25 1325/24 1328/2 1331/14 1331/18 1342/7 1342/12 1343/1 1343/15 1349/1 1369/1 1369/11 1388/3 1389/13
**September 26th [1]**  1389/13
**September 27th [2]**  1295/16 1296/15
**sergeant [6]**  1324/25 1334/11 1397/5 1397/10 1415/13 1415/13
**sergeants [5]**  1327/20 1327/20 1327/22 1327/23 1387/21
**serious [3]**  1315/21 1387/10 1387/11
**seriousness [1]**  1387/9
**served [2]**  1345/15 1419/1
**services [12]**  1305/9 1305/9 1305/11 1321/6 1321/6 1321/8 1322/8 1322/10 1322/17 1323/2 1324/15 1400/23
**sessions [1]**  1390/3
**seven [3]**  1286/14 1321/24 1327/17
**seven jails [1]**  1321/24
**seven lieutenants [1]**  1327/17
**several [9]**  1309/11 1327/1 1327/2 1348/14 1389/14 1389/15 1397/2 1414/17 1419/19
**SF [1]**  1375/24
**shall [5]**  1385/7 1385/14 1385/22 1389/6 1389/7
**shared [1]**  1395/13
**SHB [2]**  1311/1 1338/17
**she [10]**  1289/24 1290/19 1291/3 1354/20 1354/24 1354/25 1355/8 1355/10 1355/11 1366/2
**sheriff [110]**
**Sheriff Baca [2]**  1296/2 1396/14
**sheriff's [65]**  1293/5 1299/20 1302/6 1304/6 1304/13 1304/23 1305/13 1307/13 1307/15 1308/1 1311/21 1312/4 1312/7 1318/9 1318/14 1318/19 1321/24 1323/9 1329/25 1330/8 1332/7 1337/6 1337/17 1339/1 1344/12 1344/18 1344/23 1345/5 1345/19 1346/1 1347/24 1350/19 1350/21 1350/22 1354/21 1359/17 1368/5 1369/21 1369/23 1369/24 1370/8 1371/6 1371/25 1372/7 1373/12 1373/13 1374/8 1374/12 1375/14 1375/15 1375/16 1378/10 1380/2 1383/1 1383/10 1391/12 1391/13 1391/18 1398/17 1401/23 1404/4 1404/6 1404/17 1415/4 1419/2
**sheriffs [5]**  1315/8 1320/17 1332/8 1387/21 1387/23

**S**

**shock [1]** 1315/13
**short [2]** 1356/23 1367/5
**shortly [1]** 1346/19
**shot [1]** 1357/15
**should [11]** 1293/22 1300/6 1309/14 1309/20 1310/3 1344/4 1363/6 1365/12 1370/24 1410/15 1410/19
**show [8]** 1293/20 1305/2 1322/20 1323/23 1352/10 1352/12 1354/9 1389/2
**showed [3]** 1319/3 1333/6 1407/13
**shown [3]** 1319/9 1325/10 1325/21
**shows [2]** 1354/7 1354/10
**side [8]** 1290/4 1307/7 1366/4 1398/12 1398/14 1405/10 1405/15 1405/16
**sidebar [1]** 1316/18
**signature [2]** 1356/17 1356/18
**significance [1]** 1362/25
**significant [1]** 1372/15
**simply [2]** 1361/8 1422/23
**since [2]** 1307/21 1359/22
**sir [36]** 1295/10 1310/24 1329/19 1349/6 1350/1 1351/9 1356/18 1357/17 1359/24 1360/13 1360/19 1367/22 1368/25 1369/25 1373/10 1376/1 1376/16 1383/15 1387/22 1391/20 1392/1 1395/19 1396/4 1397/20 1398/23 1402/1 1403/13 1403/18 1405/17 1405/25 1413/1 1413/19 1413/25 1417/11 1419/15 1423/3
**sitting [4]** 1290/1 1333/17 1366/3 1405/21
**situated [1]** 1405/11
**situation [5]** 1296/5 1348/6 1364/1 1364/9 1364/19
**six [2]** 1327/16 1397/12
**six or [1]** 1327/16
**size [2]** 1391/3 1397/11
**sketch [2]** 1289/23 1365/25
**slide [1]** 1368/21
**slow [2]** 1417/18 1417/20
**slower [1]** 1400/2
**smoke [4]** 1336/1 1337/19 1400/3 1401/7
**smoked [1]** 1337/16
**smuggled [1]** 1372/5
**snap [1]** 1315/22
**Snoopy [1]** 1400/14
**so [74]**
**some [32]** 1291/20 1301/25 1302/21 1304/5 1306/1 1308/18 1312/7 1315/4 1315/9 1315/17 1316/8 1331/22 1333/14 1334/2 1335/2 1336/22 1337/23 1339/2 1342/2 1347/23 1368/9 1372/1 1386/12 1393/6 1393/24 1395/11 1397/2 1414/4 1415/2 1415/20 1418/11 1419/23
**somebody [3]** 1297/14 1372/20 1396/21
**someone [4]** 1336/12 1352/10 1370/10 1370/11
**something [11]** 1296/20 1302/9 1311/18 1324/9 1326/18 1341/8 1359/14 1384/17 1394/12 1397/6 1419/5
**sometime [1]** 1346/19

**sometimes [3]** 1313/5 1377/14 1419/6
**somewhat [2]** 1337/5 1379/17
**soon [1]** 1420/25
**sorry [9]** 1295/9 1301/6 1310/20 1325/15 1363/14 1391/9 1397/15 1407/22 1411/8
**sort [3]** 1291/20 1292/10 1315/4
**sought [1]** 1392/14
**speak [8]** 1315/8 1332/24 1339/7 1361/8 1379/17 1389/11 1397/24 1422/23
**speaker [1]** 1408/6
**speakers [1]** 1394/8
**speaking [4]** 1315/15 1390/12 1408/12 1411/8
**Special [13]** 1289/13 1304/25 1324/14 1356/1 1357/12 1375/19 1381/5 1383/6 1383/22 1383/24 1384/20 1401/10 1403/8
**specific [2]** 1299/11 1391/17
**specifically [11]** 1299/10 1338/2 1339/14 1340/11 1373/22 1384/19 1390/6 1411/8 1414/23 1416/8 1422/3
**specifics [1]** 1386/21
**speculation [3]** 1316/4 1346/10 1402/8
**spell [3]** 1303/17 1350/5 1367/13
**spelled [1]** 1350/8
**spent [1]** 1359/17
**split [1]** 1391/11
**spoke [3]** 1404/16 1417/17 1417/22
**spoken [3]** 1401/21 1402/6 1402/13
**spring [3]** 1286/22 1287/6 1304/17
**squad [2]** 1373/22 1374/5
**square [1]** 1375/24
**stage [2]** 1300/2 1300/3
**stand [5]** 1295/6 1303/7 1328/12 1356/6 1365/13
**standing [3]** 1345/4 1345/8 1365/9
**stands [2]** 1352/9 1375/22
**start [3]** 1313/22 1339/18 1394/1
**started [6]** 1318/9 1318/14 1318/19 1337/1 1392/19 1403/6
**starting [5]** 1308/12 1310/20 1311/3 1311/21 1336/4
**state [13]** 1289/8 1303/17 1313/18 1350/5 1354/10 1354/22 1355/6 1358/10 1358/13 1367/13 1377/22 1409/23 1412/22
**stated [6]** 1314/21 1315/2 1366/23 1380/23 1388/2 1413/15
**statement [12]** 1294/23 1295/25 1298/7 1299/10 1315/6 1348/15 1381/11 1399/11 1409/18 1410/2 1410/6 1410/7
**statements [7]** 1291/21 1292/13 1292/13 1294/20 1296/18 1299/14 1395/24
**STATES [10]** 1286/1 1286/4 1286/6 1289/7 1289/12 1303/13 1347/4 1349/24 1424/5 1424/9
**stating [1]** 1401/2
**station [12]** 1333/25 1334/20

1399/17 1399/21 1400/4 1400/13 1400/16 1400/20 1401/4 1407/3 1413/23 1413/24
**stations [4]** 1323/10 1323/12 1324/2 1401/8
**status [1]** 1296/23
**stay [3]** 1325/11 1378/10 1380/1
**stenographically [1]** 1424/6
**step [6]** 1320/4 1325/7 1349/21 1360/16 1360/19 1423/3
**sternly [2]** 1364/5 1364/7
**Steve [8]** 1336/19 1336/19 1378/4 1391/22 1417/9 1417/16 1417/21 1421/12
**still [3]** 1297/4 1299/1 1340/21
**Stolper [1]** 1365/18
**stop [4]** 1370/18 1370/21 1370/22 1398/3
**stopped [1]** 1367/5
**story [1]** 1372/22
**Street [2]** 1286/22 1287/6
**stricken [1]** 1412/13
**strike [2]** 1292/9 1412/10
**structure [3]** 1369/2 1369/14 1387/19
**stuck [1]** 1290/11
**stuff [4]** 1291/9 1322/11 1329/21 1400/23
**subject [6]** 1310/24 1311/6 1362/23 1370/14 1420/18 1421/11
**subjects [1]** 1382/14
**submit [1]** 1420/10
**subordinate [1]** 1388/16
**subpoena [5]** 1420/19 1420/22 1421/12 1421/18 1421/25
**subpoenas [2]** 1415/7 1419/1
**subsequent [1]** 1339/7
**succession [2]** 1306/6 1306/8
**such [3]** 1300/6 1330/24 1385/14
**suggest [1]** 1352/20
**suggested [2]** 1352/5 1353/3
**suggestion [2]** 1309/14 1309/20
**suit [3]** 1376/13 1376/13 1376/15
**Suite [1]** 1287/12
**summer [3]** 1307/4 1308/17 1318/25
**superintendent [1]** 1353/15
**supervise [1]** 1305/7
**supervised [1]** 1347/19
**supervision [2]** 1322/13 1327/5
**supervisor [3]** 1334/12 1335/7 1354/22
**supervisors [1]** 1341/11
**support [1]** 1292/25
**sure [13]** 1290/18 1292/20 1297/13 1314/12 1337/3 1347/1 1357/3 1363/13 1404/11 1410/2 1410/21 1419/5 1421/15
**surmised [1]** 1374/10
**Suspect [1]** 1421/14
**Sustained [19]** 1329/5 1329/14 1329/24 1330/13 1330/18 1331/6 1331/12 1331/16 1342/23 1343/3 1343/7 1344/6 1344/15 1344/21 1345/1 1346/12 1383/19 1402/10 1412/9
**swamped [1]** 1373/6
**SWAT [1]** 1324/15

**S**

swear [1]  1303/15
sweat [2]  1376/13 1376/14
switched [1]  1398/5
sworn [5]  1350/3 1351/1
 1362/16 1366/10 1367/11
system [19]  1351/22 1352/11
 1352/14 1352/14 1352/15
 1352/16 1352/16 1352/19
 1353/4 1353/6 1353/21 1354/6
 1354/8 1357/11 1359/20
 1374/2 1395/3 1395/5 1413/4

**T**

tab [8]  1314/16 1381/3
 1383/5 1383/21 1384/1
 1393/25 1394/2 1409/14
table [1]  1289/12
take [14]  1302/16 1302/25
 1325/12 1332/19 1358/10
 1360/18 1365/25 1385/3
 1389/10 1389/22 1413/22
 1413/23 1422/6 1423/4
taken [7]  1344/23 1362/17
 1362/20 1363/17 1366/10
 1366/14 1397/4
talk [15]  1289/21 1292/21
 1292/24 1293/18 1308/14
 1312/11 1313/16 1315/4
 1352/6 1360/25 1365/11
 1393/10 1397/13 1415/1
 1422/15
talked [3]  1360/10 1393/16
 1396/16
talking [12]  1295/17 1299/18
 1299/22 1339/6 1352/7
 1371/24 1382/21 1389/16
 1390/11 1396/17 1402/17
 1410/22
Tanaka [63]  1298/8 1299/19
 1299/19 1299/21 1305/18
 1305/19 1306/12 1306/21
 1307/20 1307/21 1308/2
 1308/5 1308/6 1308/14
 1310/25 1318/19 1322/18
 1322/23 1326/6 1333/5 1333/7
 1333/10 1333/23 1334/3
 1334/19 1334/25 1335/3
 1335/15 1335/18 1336/15
 1336/23 1338/2 1338/10
 1338/21 1339/11 1340/23
 1342/10 1342/20 1347/21
 1355/24 1359/8 1369/12
 1376/5 1380/9 1388/18
 1388/25 1390/13 1404/8
 1404/10 1404/23 1405/7
 1405/8 1406/1 1406/16 1407/4
 1407/8 1412/6 1412/8 1412/11
 1412/12 1412/21 1417/10
 1417/15
Tanaka's [5]  1380/14 1389/24
 1404/19 1409/3 1411/7
Tanner [15]  1289/13 1304/25
 1338/4 1339/17 1356/2
 1356/10 1357/13 1375/19
 1381/6 1383/7 1383/22
 1383/25 1384/20 1401/11
 1403/8
tape [3]  1394/4 1394/9
 1394/10
task [7]  1335/9 1335/15
 1336/9 1341/10 1345/15
 1345/19 1345/22
team [3]  1324/15 1391/11
 1391/14
technical [2]  1305/9 1321/6
telephone [1]  1360/11
tell [24]  1290/25 1291/2

1297/15 1297/25 1302/6
 1307/19 1307/19 1309/17
 1313/25 1349/9 1362/18
 1366/11 1393/9 1394/20
 1395/19 1405/12 1406/9
 1407/5 1407/9 1407/14
 1407/21 1407/23 1411/18
 1416/24
telling [3]  1345/2 1355/13
 1359/4
ten [5]  1290/13 1297/16
 1391/1 1391/1 1392/25
ten investigators [1]  1391/1
ten minutes [1]  1297/16
ten or [1]  1391/1
term [1]  1300/4
termination [1]  1375/9
terms [1]  1387/9
terrorists [1]  1345/23
test [1]  1416/1
testified [6]  1296/12 1319/2
 1347/1 1358/15 1358/15
 1397/14
testify [7]  1293/25 1294/8
 1300/2 1300/14 1362/24
 1366/19 1397/19
testifying [4]  1299/6
 1300/23 1300/25 1398/5
testimonies [1]  1301/3
testimony [11]  1290/6
 1292/10 1298/12 1344/20
 1362/5 1362/16 1362/22
 1363/19 1366/10 1366/16
 1399/3
tests [1]  1299/24
text [3]  1385/1 1417/7
 1420/20
than [9]  1293/3 1293/10
 1314/10 1348/6 1388/22
 1389/16 1390/6 1414/25
 1418/12
thank [13]  1303/6 1307/19
 1318/5 1320/3 1340/14 1341/5
 1349/21 1360/5 1365/6
 1366/25 1368/22 1394/16
 1406/7
thankful [1]  1406/12
Thanks [4]  1340/9 1341/22
 1417/16 1417/21
that [732]
that's [5]  1351/9 1352/11
 1358/18 1363/5 1373/7
the end [1]  1407/20
the FBI [1]  1378/15
their [14]  1301/2 1302/7
 1327/5 1328/7 1351/25 1381/2
 1385/5 1385/9 1385/14
 1395/12 1399/8 1399/10
 1402/17 1415/16
them [20]  1297/19 1302/8
 1302/10 1309/24 1339/13
 1341/21 1353/9 1359/4
 1378/22 1384/10 1388/19
 1390/20 1390/20 1391/12
 1394/23 1395/1 1395/1 1395/1
 1395/13 1398/20
themselves [4]  1293/14
 1293/23 1385/8 1385/23
then [47]  1289/24 1291/2
 1293/18 1293/25 1294/23
 1298/18 1298/21 1298/23
 1311/3 1311/20 1320/9
 1321/13 1321/13 1321/16
 1322/6 1324/9 1324/23
 1324/25 1326/6 1326/8
 1326/24 1327/7 1327/19
 1327/23 1328/25 1335/17
 1337/10 1338/20 1339/20
 1340/1 1340/13 1341/3 1341/6

1341/6 1341/15 1341/20
 1351/19 1359/22 1361/5
 1364/20 1370/23 1370/24
 1390/20 1393/16 1395/12
 1420/9 1421/7
theory [1]  1293/12
there [126]
there's [1]  1370/11
thereafter [2]  1294/21
 1334/2
these [18]  1292/3 1292/12
 1294/19 1298/3 1314/11
 1325/3 1343/4 1346/14
 1346/15 1351/23 1353/1
 1355/9 1355/19 1370/2
 1387/20 1389/20 1389/21
 1420/9
they [70]
THIBODEAUX [2]  1286/21
 1424/12
thing [8]  1300/21 1301/22
 1340/7 1355/1 1361/24 1363/6
 1363/13 1408/19
things [10]  1289/21 1294/11
 1298/2 1302/1 1313/5 1313/6
 1315/19 1320/1 1335/25
 1400/23
think [49]  1289/20 1290/9
 1290/12 1290/24 1291/5
 1291/6 1291/14 1291/18
 1291/23 1292/1 1292/8 1294/1
 1294/18 1294/22 1295/19
 1295/22 1296/2 1296/10
 1296/16 1296/18 1297/3
 1297/8 1298/3 1299/5 1299/16
 1300/14 1301/19 1301/22
 1302/9 1302/14 1302/19
 1302/20 1302/21 1303/3
 1305/18 1305/18 1314/3
 1314/7 1314/10 1314/11
 1318/10 1318/20 1319/2
 1340/16 1363/6 1363/7 1367/5
 1398/3 1419/9
thinking [4]  1315/20 1315/25
 1316/1 1402/8
third [1]  1401/11
Thirty [2]  1349/12 1368/8
Thirty-five [1]  1368/8
Thirty-three [1]  1349/12
this [143]
Thompson [53]  1310/10
 1310/13 1310/21 1311/6
 1311/15 1334/17 1334/19
 1334/22 1334/25 1335/14
 1336/7 1336/8 1336/11
 1337/23 1338/1 1338/9 1339/1
 1339/22 1340/5 1340/15
 1341/6 1341/18 1346/15
 1378/23 1380/12 1381/14
 1392/8 1392/16 1392/18
 1392/22 1396/7 1404/20
 1405/6 1405/13 1405/19
 1406/6 1406/13 1406/14
 1406/15 1407/5 1407/9
 1407/11 1407/14 1407/16
 1407/25 1408/23 1409/10
 1410/10 1413/14 1413/16
 1419/20 1420/17 1421/10
those [34]  1314/22 1315/10
 1320/25 1321/9 1324/5
 1324/19 1326/12 1340/8
 1342/14 1345/22 1348/1
 1352/24 1357/25 1373/14
 1374/3 1374/15 1374/17
 1374/25 1379/3 1380/16
 1387/14 1390/14 1396/23
 1399/5 1401/4 1401/6 1405/19
 1405/22 1406/10 1412/4
 1413/2 1415/8 1416/10

**T**

**those... [1]**  1416/17
**though [3]**  1297/4 1320/16
 1396/1
**thought [4]**  1316/10 1390/19
 1399/9 1417/24
**thoughts [2]**  1399/1 1399/5
**three [3]**  1337/10 1349/12
 1351/19
**three deputies [1]**  1351/19
**three more times [1]**  1337/10
**threw [1]**  1392/17
**through [6]**  1308/12 1326/3
 1346/16 1371/19 1389/8
 1406/3
**THURSDAY [2]**  1286/17 1289/1
**tidbits [3]**  1417/25 1418/4
 1418/10
**till [3]**  1361/10 1386/18
 1399/13
**time [82]**
**timely [1]**  1385/17
**times [12]**  1335/7 1337/10
 1348/14 1348/23 1352/23
 1364/16 1384/13 1388/12
 1389/11 1389/24 1414/17
 1418/21
**timing [4]**  1295/17 1295/23
 1296/10 1346/5
**tirade [1]**  1406/12
**title [2]**  1384/23 1424/4
**to us [1]**  1398/13
**today [8]**  1300/15 1302/13
 1345/7 1347/1 1347/18 1366/1
 1382/21 1417/12
**together [4]**  1300/13 1333/13
 1334/14 1336/8
**told [22]**  1292/7 1312/22
 1313/8 1313/14 1344/4
 1348/15 1353/23 1354/13
 1355/1 1357/1 1358/9 1372/15
 1378/5 1384/12 1390/20
 1392/8 1392/18 1402/5
 1402/12 1404/12 1406/7
 1408/5
**TOM [8]**  1288/14 1310/25
 1338/10 1361/14 1367/9
 1417/17 1417/22 1421/12
**tomorrow [2]**  1302/2 1303/4
**tone [3]**  1363/1 1379/19
 1379/21
**tonight [2]**  1417/13 1420/10
**too [4]**  1311/1 1314/2
 1338/17 1340/20
**took [3]**  1406/13 1408/1
 1408/3
**top [8]**  1305/1 1320/5 1326/2
 1326/3 1341/4 1341/4 1389/3
 1403/11
**totally [2]**  1353/4 1353/6
**towards [2]**  1379/20 1406/13
**traffic [1]**  1290/11
**traffickers [1]**  1345/23
**training [2]**  1305/10 1321/7
**transcribed [1]**  1395/1
**transcript [12]**  1286/13
 1292/18 1298/22 1298/25
 1314/6 1315/3 1394/7 1394/11
 1394/13 1401/11 1424/6
 1424/7
**transfer [1]**  1358/13
**transferred [1]**  1355/6
**Transit [1]**  1324/15
**trial [13]**  1286/14 1290/22
 1290/23 1295/3 1300/17
 1300/18 1360/22 1361/3
 1362/17 1366/10 1422/9
 1422/12 1422/18

**tried [1]**  1364/4
**tries [2]**  1360/20 1422/15
**true [5]**  1319/11 1319/19
 1331/2 1419/25 1424/5
**trusted [1]**  1328/22
**trustee [5]**  1400/20 1400/21
 1400/22 1401/3 1401/5
**truth [2]**  1362/18 1366/11
**try [2]**  1332/20 1362/13
**trying [4]**  1313/1 1313/21
 1346/4 1414/23
**turn [5]**  1310/2 1338/3
 1357/13 1398/25 1409/14
**two [22]**  1290/9 1295/14
 1295/16 1296/6 1320/17
 1333/21 1333/21 1341/4
 1364/14 1368/1 1368/8
 1371/21 1374/3 1376/8
 1377/24 1379/2 1384/9
 1384/13 1389/5 1405/10
 1418/23 1421/21
**two Andre [1]**  1296/6
**two assistant [1]**  1320/17
**two beat [1]**  1364/14
**two chairs [1]**  1405/10
**two cycles [1]**  1333/21
**two deputies [2]**  1376/8
 1379/2
**two meetings [2]**  1295/14
 1295/16
**two months [2]**  1333/21
 1368/8
**two phone [2]**  1377/24 1384/9
**two sentences [1]**  1389/5
**two times [1]**  1384/13
**two top [1]**  1341/4
**type [3]**  1311/1 1313/21
 1338/17
**types [4]**  1369/20 1374/4
 1386/12 1386/22

**U**

**U.S [6]**  1286/21 1293/15
 1293/19 1295/1 1314/1
 1346/24
**Uh [1]**  1349/13
**Uh-huh [1]**  1349/13
**ultimately [1]**  1355/18
**unauthorized [1]**  1374/10
**uncomfortable [2]**  1376/25
 1390/19
**uncovered [1]**  1349/15
**under [16]**  1292/10 1294/1
 1299/15 1316/21 1322/13
 1323/15 1326/20 1327/5
 1327/7 1362/5 1362/17
 1364/11 1366/11 1383/12
 1393/25 1395/17
**undercover [8]**  1313/3 1313/6
 1383/13 1414/3 1414/6
 1414/14 1416/14 1417/12
**underneath [4]**  1305/8 1325/4
 1326/24 1327/13
**undersheriff [33]**  1306/14
 1306/21 1308/5 1308/13
 1312/6 1320/9 1320/12
 1320/16 1322/18 1322/23
 1326/6 1342/10 1342/20
 1343/25 1347/20 1349/14
 1355/24 1369/4 1369/5 1369/8
 1369/10 1369/12 1376/5
 1380/9 1388/18 1388/21
 1389/24 1404/7 1404/19
 1405/6 1411/7 1412/6 1412/21
**undersheriff's [1]**  1375/23
**understand [9]**  1291/15
 1352/3 1364/20 1366/5 1380/7
 1382/4 1382/13 1382/14
 1383/15

**understanding [8]**  1291/1
 1291/9 1298/14 1329/19 1332/3
 1378/14 1398/7 1407/8
**understood [1]**  1402/1
**unfortunately [2]**  1295/3
 1297/7
**unit [17]**  1371/6 1372/16
 1373/22 1374/19 1374/22
 1375/2 1377/15 1379/2 1379/6
 1380/2 1381/15 1385/11
 1385/14 1385/16 1420/21
 1421/1 1421/13
**UNITED [10]**  1286/1 1286/4
 1286/6 1289/7 1289/12
 1303/13 1347/4 1349/24
 1424/5 1424/9
**units [2]**  1320/13 1321/17
**unless [3]**  1297/5 1297/14
 1354/14
**unnecessarily [1]**  1385/8
**Unnecessary [1]**  1384/24
**Unnecessary/Inappropriate [1]**
 1384/24
**unrelated [4]**  1362/4 1363/7
 1363/17 1366/15
**until [6]**  1304/9 1304/17
 1307/24 1361/5 1422/9
 1422/19
**unusual [6]**  1376/18 1380/10
 1383/11 1390/18 1391/24
 1392/11
**up [35]**  1302/12 1306/14
 1308/12 1311/16 1325/18
 1340/1 1340/12 1341/3 1341/8
 1351/6 1354/11 1355/25
 1359/6 1364/2 1364/3 1364/12
 1364/17 1364/25 1365/5
 1365/10 1375/17 1379/7
 1381/1 1386/20 1389/8
 1397/24 1399/13 1403/9
 1407/13 1408/9 1417/14
 1417/19 1419/5 1420/8 1423/4
**update [6]**  1388/9 1388/19
 1390/3 1417/13 1417/23
 1417/24
**updated [1]**  1418/4
**updates [6]**  1389/21 1412/3
 1412/4 1412/15 1412/17
 1415/16
**updating [2]**  1388/17 1388/25
**uploaded [1]**  1395/3
**upper [2]**  1307/6 1307/8
**upset [5]**  1309/5 1344/17
 1344/24 1345/4 1406/2
**us [18]**  1287/5 1289/12
 1307/13 1348/12 1370/16
 1375/22 1378/9 1386/2
 1389/18 1392/13 1398/11
 1398/13 1398/16 1400/9
 1402/18 1408/13 1420/8
 1422/5
**use [7]**  1315/18 1352/16
 1374/10 1395/1 1396/20
 1401/9 1421/22
**used [6]**  1313/9 1313/11
 1315/14 1315/23 1329/6
 1378/14
**usher [1]**  1297/11
**using [1]**  1406/4
**usually [1]**  1363/8

**V**

**vague [2]**  1343/2 1344/14
**variety [1]**  1400/22
**various [1]**  1324/1
**vary [1]**  1418/7
**verify [1]**  1416/6
**version [1]**  1372/23
**versus [2]**  1289/8 1375/5

**V**

**very [31]** 1291/10 1291/10 1291/19 1291/20 1294/1 1294/13 1295/12 1295/18 1296/10 1296/19 1299/7 1308/11 1309/4 1326/3 1339/18 1340/14 1340/19 1343/16 1343/16 1343/16 1343/21 1343/21 1368/22 1373/6 1376/22 1389/3 1391/4 1393/20 1395/15 1400/2 1404/22
**video [7]** 1298/23 1298/24 1367/3 1367/6 1395/14 1395/16 1395/17
**views [2]** 1361/7 1422/21
**violated [6]** 1392/5 1400/10 1404/9 1409/4 1409/5 1414/19
**violation [2]** 1375/7 1408/1
**violations [1]** 1375/5
**visibly [1]** 1406/2
**visiting [1]** 1421/22
**voice [1]** 1363/1
**volume [3]** 1286/15 1310/3 1419/4

**W**

**wait [1]** 1297/4
**waiting [2]** 1311/1 1338/18
**Wally [1]** 1306/5
**waltz [1]** 1400/12
**want [43]** 1291/21 1296/20 1297/19 1297/21 1302/16 1309/24 1311/10 1313/9 1332/17 1332/18 1332/24 1333/1 1333/11 1333/21 1338/25 1340/7 1341/16 1344/17 1357/2 1360/18 1364/8 1364/10 1364/18 1365/1 1365/4 1371/9 1373/8 1373/15 1378/1 1378/6 1387/16 1391/5 1393/10 1395/23 1396/20 1396/23 1399/25 1404/21 1415/23 1419/5 1420/16 1422/1 1422/9
**wanted [13]** 1293/5 1295/1 1313/10 1352/4 1353/4 1370/21 1407/9 1407/14 1414/2 1414/14 1414/15 1414/20 1415/1
**wants [2]** 1295/5 1420/8
**was [405]**
**wasn't [9]** 1291/19 1297/9 1322/13 1349/6 1372/15 1378/11 1388/15 1395/15 1402/3
**Water [1]** 1397/6
**Waterman [1]** 1397/10
**Waterman's [1]** 1397/11
**way [14]** 1296/4 1336/18 1338/11 1341/2 1346/16 1358/11 1362/24 1364/22 1366/18 1386/1 1390/22 1391/10 1402/1 1403/16
**Wayne [1]** 1397/10
**ways [1]** 1410/9
**we [167]**
**wearing [5]** 1351/23 1351/24 1376/10 1376/12 1376/14
**weight [1]** 1401/8
**well [45]** 1292/20 1294/25 1297/8 1298/10 1298/14 1299/16 1302/11 1302/12 1305/24 1307/24 1309/3 1309/11 1309/16 1313/1 1313/18 1316/6 1316/7 1322/2 1323/11 1330/19 1331/22 1332/17 1332/24 1334/23

1337/3 1338/3 1344/16 1345/8 1353/3 1353/14 1353/19 1354/24 1354/24 1355/21 1356/25 1364/8 1382/13 1382/17 1386/4 1386/9 1390/4 1396/12 1401/24 1410/18 1414/17
**went [10]** 1311/8 1328/15 1338/24 1345/12 1357/9 1391/12 1404/4 1404/13 1404/19 1407/16
**were [136]**
**WESTERN [1]** 1286/2
**what [213]**
**whatever [5]** 1309/25 1312/1 1313/23 1332/19 1362/20
**whatsoever [1]** 1294/24
**when [74]**
**where [50]** 1290/14 1304/22 1305/2 1307/3 1307/9 1307/13 1307/17 1308/13 1309/10 1312/13 1322/20 1323/24 1338/21 1339/19 1339/22 1350/17 1351/3 1351/13 1353/5 1356/19 1357/2 1357/3 1357/19 1359/19 1365/2 1365/2 1370/25 1371/5 1373/11 1375/15 1375/25 1383/13 1386/19 1389/20 1389/21 1390/2 1391/13 1395/7 1400/1 1404/3 1404/23 1404/25 1405/2 1405/8 1405/11 1405/13 1405/19 1414/11 1416/2 1416/3
**whether [18]** 1291/7 1291/8 1293/4 1293/7 1300/21 1375/11 1377/9 1378/7 1397/13 1397/15 1397/18 1399/1 1401/20 1402/5 1402/12 1415/3 1415/19 1417/2
**which [46]** 1291/16 1293/12 1293/22 1293/25 1295/16 1296/13 1301/24 1304/19 1305/8 1306/3 1313/19 1314/6 1319/2 1319/7 1320/6 1324/15 1324/16 1324/17 1325/9 1333/25 1338/12 1340/2 1340/17 1344/8 1356/2 1356/23 1357/13 1362/4 1362/15 1373/22 1374/17 1375/1 1375/12 1375/21 1383/25 1402/19 1402/22 1402/24 1403/2 1403/10 1405/16 1405/22 1408/6 1410/14 1413/2 1416/8
**while [4]** 1307/25 1333/18 1334/14 1365/8
**who [65]** 1289/17 1297/1 1300/24 1305/16 1307/23 1309/21 1312/4 1312/20 1329/2 1332/8 1332/18 1332/21 1337/4 1337/6 1340/9 1340/22 1343/22 1343/23 1347/18 1353/13 1359/4 1361/13 1368/17 1369/7 1369/7 1369/10 1371/23 1372/6 1375/10 1376/2 1376/4 1377/25 1378/2 1380/7 1382/14 1383/12 1388/17 1391/18 1391/21 1393/21 1396/12 1396/25 1397/6 1397/9 1399/19 1401/13 1404/14 1405/5 1406/23 1407/5 1408/11 1408/15 1408/17 1409/6 1412/4 1412/19 1413/13 1414/15 1414/23 1415/12 1416/17 1419/18 1419/19 1421/17

1421/20
**whole [1]** 1292/18
**whom [1]** 1327/4
**why [41]** 1292/21 1330/24 1332/18 1341/7 1352/19 1354/23 1356/24 1358/8 1358/19 1367/23 1369/14 1370/13 1371/3 1372/14 1373/5 1376/14 1377/18 1381/13 1382/5 1385/21 1385/21 1386/4 1386/7 1387/3 1388/24 1390/16 1392/11 1393/19 1394/22 1395/14 1396/18 1396/23 1401/22 1402/4 1402/15 1404/6 1407/8 1413/20 1414/1 1414/13 1416/5
**wide [1]** 1389/15
**will [43]** 1292/24 1292/25 1293/25 1294/7 1295/19 1300/13 1300/15 1300/25 1302/18 1303/2 1303/3 1303/11 1303/15 1306/18 1307/12 1310/18 1326/2 1341/9 1341/12 1341/15 1356/3 1358/12 1361/10 1362/2 1364/15 1364/16 1364/17 1364/20 1364/22 1365/2 1366/22 1367/7 1377/6 1377/20 1380/25 1384/16 1398/3 1398/16 1405/18 1408/8 1417/13 1420/9 1422/25
**WILLIAM [4]** 1288/14 1367/9 1367/15 1403/11
**windbreaker [1]** 1352/1
**withdraw [1]** 1384/16
**within [18]** 1290/13 1321/16 1322/3 1329/25 1371/20 1371/25 1373/23 1374/14 1375/15 1387/21 1387/23 1388/17 1391/7 1391/13 1392/18 1393/25 1395/18 1414/8
**without [11]** 1294/24 1298/19 1359/20 1380/3 1380/6 1380/14 1380/17 1386/21 1400/12 1407/12 1409/3
**witness [33]** 1288/3 1294/9 1296/17 1296/24 1297/1 1297/9 1297/17 1297/22 1303/12 1303/16 1319/8 1319/15 1319/24 1328/11 1328/12 1339/16 1347/13 1349/23 1350/3 1356/6 1361/13 1362/17 1362/17 1362/24 1363/9 1364/15 1365/8 1365/13 1365/17 1366/10 1366/11 1366/18 1367/11
**witness' [1]** 1297/5
**witnessed [1]** 1300/24
**witnesses [2]** 1290/2 1332/20
**won't [5]** 1364/15 1365/3 1391/4 1398/1 1408/21
**Woolrich [1]** 1354/20
**word [1]** 1396/20
**wording [1]** 1338/6
**words [2]** 1340/8 1409/6
**work [16]** 1292/23 1293/6 1296/20 1304/5 1306/2 1312/17 1334/3 1334/14 1334/19 1334/22 1334/23 1335/4 1350/17 1361/23 1397/3 1398/16
**worked [6]** 1313/2 1323/1 1329/15 1334/4 1336/8 1350/20
**worker [1]** 1400/22

**W**

**working [8]**   1294/16 1307/25
 1313/5 1335/14 1351/11
 1351/17 1359/18 1367/21
**would [132]**
**wouldn't [5]**   1370/18 1400/10
 1406/8 1406/19 1408/24
**writ [3]**   1398/22 1398/24
 1399/2
**write [3]**   1340/15 1341/16
 1356/24
**writes [1]**   1340/5
**written [1]**   1375/8
**wrong [1]**   1411/18

**X**

**X's [1]**   1405/18

**Y**

**year [2]**   1335/13 1335/13
**years [10]**   1308/10 1333/22
 1333/23 1349/10 1350/23
 1359/16 1368/1 1368/8
 1368/15 1368/15
**yes [227]**
**yesterday [1]**   1297/7
**you [650]**
**you've [1]**   1397/21
**young [1]**   1308/11
**your [216]**
**yourself [4]**   1326/8 1335/21
 1340/24 1385/25