UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

United States of America,                )
                        PLAINTIFF,        )
                                          )
VS.                                       )   NO. CR 16-66 PA
                                          )
Leroy Baca,                               )
                        DEFENDANT,        )
_____  )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY EIGHT

VOLUME I OF II

LOS ANGELES, CALIFORNIA

FRIDAY, MARCH 3, 2017

_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012

FOR DEFENDANT:

    MORGAN LEWIS AND BOCKIUS LLP
    BY:  NATHAN J. HOCHMAN
    -and- BRIANNA ABRAMS
    1601 Cloverfield Boulevard
    Suite 2050 North
    Santa Monica, CA  90404

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

I N D E X

WITNESS NAME                                        PAGE

WILLIAM "TOM" CAREY

       Direct Examination by Mr. Fox (Cont'd)   1489

       Cross-Examination by Mr Hochman           1515


EXHIBIT                          I.D.      IN EVID.

37                               1514        1515

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES, CALIFORNIA; FRIDAY, MARCH 3, 2017

8:00 A.M.

- - - - -

(The following proceedings were held outside the presence of the jury:)

THE CLERK:  Item 1 CR 16-66A-PA, United States of America versus Leroy Baca.  Counsel, please state your appearances.

MR. FOX:  Good morning, your Honor.  Brandon Fox, Lizabeth Rhodes, and Eddie Jauregui on behalf of the United States.  Also with us at counsel table is FBI Special Agent Leah Tanner.

MR. HOCHMAN:  Good morning, Your Honor.  Nathan Hochman and Brianna Abrams on behalf of defendant Leroy Baca, who is present, your Honor.

THE COURT:  Good morning.

All right.  Let's bring the jury in.

MR. HOCHMAN:  Your Honor, going through my notes last night, I just wanted to note an objection to certain documents for the record because I wasn't sure if I made a 403 objection, as I have made in the past, to Exhibits 61, 62, and 63.

These are the reports of beatings, FBI beatings that were sent, if you recall, in the end of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

September by Mr. Manzo to Mr. Leavins.  There is another link to a story of FBI investigating beatings from Paul Tanaka to Leavins and Carey.  And 63 was the Leavins -- excuse me, the Tanaka to Leavins and Carey, Justice Department Boosts Activity at Police Facilities.

So I don't recall if I -- I looked at my notes and I couldn't recall if I made the 403 objection on prejudicial value outweighing probative value.  I would like to make that objection for the record.

THE COURT:  It sounds like you are a little late.

MR. FOX:  Yes, your Honor.  He did not object to any of those on any grounds besides not being able to authenticate to two top e-mails that we have now redacted.

Your Honor, we do have one scheduling issue we would like to resolve today before we bring the jury.  I think it will be quick.

Are we going to go on Monday?  The reason why I ask is one special agent who Mr. Hochman has talked about calling as a witness suffered a family issue yesterday in another town, where he may have to go back for a funeral next week.

If Mr. Hochman needs to call him, what we would ask is that we go on Monday, and Mr. Hochman be able to call him out of order even if we haven't rested

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

yet so that he can then attend to his family issue.  I think Mr. Hochman does not have an objection to that.

MR. HOCHMAN:  Your Honor, depending, again, on what comes in, there is a decent chance that we might be able to stipulate to the testimony the agent would otherwise give.  I will certainly endeavor to do so to accommodate this agent's family situation if we can.

THE COURT:  Okay.  As far as I know, we are going to go on Monday because I think we are moving at a -- well, as far as I know we are going to go on Monday.

MR. FOX:  Thank you, your Honor.

THE COURT:  So let's bring the jury in.

MR. FOX:  Would you like the witness on the stand?

THE COURT:  That is fine.

(The following proceedings were held in the presence of the jury:)

THE COURT:  All right.  If we could have the witness come forward, please.

MR. FOX:  May I continue, your Honor.

THE COURT:  Yes.  Please.


DIRECT EXAMINATION [CONTINUED]

BY MR. FOX:

Q    Mr. Carey, before I ask you more questions, I am going to put, based on your testimony yesterday, on

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

August 30th, Tanaka at MCJ.

Mr. Carey, we left off yesterday with a statement from an April 2013 interview that Mr. Baca gave related to his knowledge of the confrontation with Special Agent Leah Marx on September 26th of 2011.

MR. FOX:  Your Honor, I would like to now play the 45th clip from Exhibit 3 -- I'm sorry, the Exhibit 3 binder -- past the 45 tab, which will be in evidence as Exhibit 2, clip 45.

THE COURT:  Again, ladies and gentlemen, you are about to listen to a tape recording that has been received in evidence.  Please listen to it carefully. Each of you has been given a transcript of the recording to help you identify speakers and as a guide to help you listen to the tape.

However, bear in mind that the tape recording is the evidence, not the transcript.  If you hear something different from what appears in the transcript, what you heard is controlling.

All right.

MR. FOX:  Hopefully the audio sounds better with no feedback with the recording.  So let's play if we can Exhibit 2, clip 45.

(Audio played.)

Q    BY MR. FOX:  Mr. Carey, when you had the meeting

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

with Mr. Baca on or about the date that Special Agent Tanner was confronted, did he tell you not to do that?

A      No, sir, he did not.

Q      After the confrontation on September 26th, that evening did Mr. Baca call you at any point and say that you shouldn't have done what you did?

A      Around that date the 26th.

MR. HOCHMAN:  Objection.  Vague as to "done what you did," your Honor.

MR. FOX:  Yes, your Honor.  I will rephrase.

Q      The night of the confrontation, September 26th, after the confrontation occurred, did Mr. Baca call you and tell you not -- that you shouldn't have sent out your sergeants to approach Special Agent Marx?

MR. HOCHMAN:  Objection.  Leading.

THE COURT:  Overruled.  You can answer.

THE WITNESS:  I do not remember a conversation with Mr. Baca on the 26th or around that date that we should not have gone out there.  There was a conversation that I remember that we were -- just to confirm that she was not going to be arrested.  I said that was never the intent going out there the 26th.  Something along those lines.

Q      You mentioned yesterday that you saw and heard the recordings of the confrontation of Special Agent Marx the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

very next day, on September 27th.  Did you discipline Sergeants Craig and Long for their conduct outside of Special Agent Tanner's home after you reviewed those recordings?

A       No, sir.

Q       Why not?

A       Their approach of Agent Marx was consistent with -- consistent with the direction from the sheriff that the --

Q       Mr. Carey, I hear the feedback as well.  Maybe if you can turn the microphone a little bit to the side and we will try that and see if that works.

        Where were you when you reviewed the recording of the conversation?

A       In the basement of sheriff's headquarters bureau.

Q       That same day, on September 27th, did you have a conversation with anybody about whether any executive had reviewed the recording?

A       Yes.

Q       Who did you speak with?

A       It was either Lieutenant Leavins or Sergeant Craig.

Q       Where were you at the time?

A       At the time of this conversation?

Q       Yes.

A       I believe I was in the basement of sheriff's

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

headquarters bureau.

THE COURT:  Excuse me, sir, if you push that microphone back a little bit.  I think they tried to come in and adjust them last night.  So let's try that.

Q   BY MR. FOX:  Mr. Carey, this was September 27th.

A      It was around that date.  Yes.  It was after -- it was not the day of the contact.  It was my recollection it was the day after.

Q   And you said this conversation was with either Mr. Craig or Mr. Leavins.  What did either Mr. Craig or Mr. Leavins tell you?

A      That when they showed Sheriff Baca the video and let him listen to the audio of the contact at Marx's house that he laughed and said it was the best laugh that he had in months.  Something along those lines.

Q   When did you stop your investigation of the special agents who were working for the FBI?

A      First few days of October.  October 2nd, October 3rd.

Q   What caused you to stop that investigation?

A      My investigators were informed by the district attorney's office that there was absolutely nothing that -- they were advised of a law, that there was nothing that we could do or pursue.

Q   Did you ever discipline Steve Leavins for his

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

conduct from August 1st to September 26th of 2011?

A    I did not, no.

Q    Why not?

A    I felt that he was following the direction and the orders of Sheriff Baca.

Q    Are there policies in place about when someone should be investigated within the sheriff's department?

A    Yes.

Q    Okay.  I would like to show you now in Exhibit 116, Page 7, and specifically, the bottom policy.

       Can you please read this policy from the sheriff's department?

A    (Reading:)  Responsibility for conduct of subordinates.  Supervisors shall investigate reports of laxity in the performance of duty or violations of department rules.  After determining the facts, the supervisor shall report his findings in writing to his own immediate supervisor.

Q    Did Mr. Baca ever ask you to discipline any of your subordinates for their behavior?

A    No, sir.

Q    Did he ask you to investigate them for violating the sheriff's department policy?

A    No, sir.

       THE COURT:  Can you give us just a second.  I see

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

we have two of our AV people here.  Let me see if there is something to do with about this feedback.

(Pause in proceedings.)

THE COURT:  All right.  Let's give that a try.

Q    BY MR. FOX:  Mr. Carey, were you ever disciplined by Mr. Baca for your conduct in August or September of 2011?

A    No, sir.

Q    Were you ever investigated by Mr. Baca or did he ever cause an investigation to begin of you for your conduct in August and September of 2011?

A    No, sir.

Q    I want to show you some policies regarding supervision.  On that same exhibit, Page 3, so 116, Page 3, and I want to look at 10:45.  10.45.  Thank you.

Can you please read what is written below supervisors?

A    (Reading:)  Members designated as supervisors by virtue of their rank or classification shall, in conformance with department policy and regulations, be responsible for the work and conduct of subordinate personnel.

Q    Now if you can look at the next page under Extent of Supervision.

Can you highlight that, please?

And, Mr. Carey, can you read Extent of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Supervision?

A    (Reading:)  Each and every member, with the exception of the sheriff, shall have a supervisor; namely the person next above him in the chain of command.  The supervisor is accountable for the proper execution of every order and supervises such execution by personal presence, rules established, instructions given and delegation of authority.

Q    Now, I want to look at Page 6 of the policies, the policy called Manner of Giving Orders and Instructions.

Can you please read this?

A    (Reading:)  Each supervisor shall use tact in giving orders and correcting mistakes in order to inspire confidence and industriousness.  They should all carefully test understanding of instructions to ensure that subordinates know in detail what they are to do and how do it, and if desirable, the reason therefor.

Q    When you went to Mr. Baca's office on August 23rd of 2011 and told him that the FBI had been kicked out of the interview with Anthony Brown, did he tell you that you had made a mistake or misunderstood his order?

MR. HOCHMAN:  Objection.  Leading.

THE COURT:  Overruled.  You can answer.

THE WITNESS:  He did not.

Q    BY MR. FOX:  Mr. Carey -- if you can take that down,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Special Agent Tanner, please.  Thank you.

I now want to direct your attention to December 28th of 2012.  Were you interviewed that day by anybody?

A    Yes.

Q    Who were you interviewed by?

A    The U.S. Attorney's office and the FBI.

Q    How did you find out that the federal government wanted to interview you?

A    I received a telephone call from an attorney who was representing the sheriff's department.

Q    Who was that?

A    Beoung Su Kim.

Q    Do you recall when you received that call approximately?

A    It was -- I want to say a day or two before Christmas Eve.

Q    And you say that you received the call from Beoung Su Kim, who represented the sheriff's department.  Was that the only person or entity that he represented?

A    Well, I met with him.  He indicated to me that besides the sheriff's department he also represented Sheriff Baca, as well as he would be representing me at this meeting.

Q    You said that you met with him.  When did you meet

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

with Mr. Kim?

A      Could have been Christmas Eve.

Q      And we are talking about 2012?

A      Yes, sir.

Q      Where did you meet with him?

A      At his -- he was employed by the Jones Day law firm and it was at his office.

Q      What, if anything, did Mr. Kim tell you about your obligations that you had when you were going to be speaking with the U.S. Attorney's office and the FBI?

MR. HOCHMAN:  Objection.  Hearsay.  Calls for attorney-client privilege information.

THE COURT:  Overruled.  He can answer.

THE WITNESS:  To be trustful.

Q   BY MR. FOX:  Did Mr. Kim tell you what could happen if you weren't truthful?

A      Yes.

Q      What did he say?

A      I could be charged with perjury.

Q      Was this news to you, that you could be charged with a crime if you weren't truthful in your interview?

A      No.

Q      Why not?

A      I just knew it.

Q      Did you prepare for your interview with the federal

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

government in any other ways?

A      Prior to the December, 2012 meeting.

Q      With Mr. Kim?

A      Yes.

Q      What did you do?

A      I went over various documents.

Q      Who had the documents?

A      They were -- the investigation from ICIB.

Q      And did you discuss the subject matter of the interview with him?  Did he tell you why the federal government wanted to interview you?

A      I don't remember if he did.  I am sure he did, but exactly what he said --

MR. HOCHMAN:  Objection.  Move to strike.

THE COURT:  Overruled.

Q   BY MR. FOX:  Did Mr. Kim do anything else to prepare you for the interview?

A      Not that I remember.

Q      Did Mr. Kim discuss with you any likely questions the federal government might ask you?

A      I am sure he did.

Q      And after you met with Mr. Kim and you came to the interview in December of 2012 with the federal government, did you tell the entire truth when you met with the federal government?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      No, sir.

Q      What did you say about whether ICIB believed Special Agent Marx had committed a crime when she introduced the cell phone into the jails?

Sorry, let me ask a question that is more precise.

What did you say about whether ICIB believed Special Agent Marx had committed a crime by aiding in the introduction of a phone to Men's Central Jail?

A      That we had felt that it was a illegal act.

Q      Was that the truth?

A      As of December 12th, no.

Q      Why did you lie?

A      At that point I thought we, ICIB, myself included, were following the orders of the sheriff and it looked like we were going to be the focus of a investigation.

Q      Mr. Carey, have you testified at any proceedings before today?

A      Related to this case, yes.

Q      Did you testify in a trial in May of 2014 in which James Sexton was charged with crimes?

A      Yes.

Q      Did you testify under oath in that case?

A      Yes, sir.

Q      Were you asked during questioning by defense

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

counsel for Mr. Sexton your reasons for moving Mr. Brown?

A    Yes.

Q    And what did you say?

A    That he was moved solely for his safety.

Q    Was that the truth?

A    No, sir.

Q    What was the truth?

A    Safety was a component of our reason for moving him, but trying to help my guys, like I said earlier, we were following directions from the sheriff and there was a certain point -- up to a certain point that I would use the end of September, 2011, as a reference where the sheriff seemed to be the -- we were following his orders. He was the engine of the train.

He was on TV saying that the FBI had committed a crime, and then it is like he cut us loose.

There was nothing.

Q    All right.  Let me now direct your attention to June of 2014.  Did you testify in another trial in June of 2014?

A    Yes.

Q    And did the defendants in that case include Greg Thompson and Mickey Manzo?

A    Yes.

Q    Were you asked by defense counsel -- by the way, in

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

both of these trials you were called as a defense

witness; is that correct?

A    Correct.

Q    Were you asked in this second trial involving Greg

Thompson and Mickey Manzo whether it was your objective

to interfere in any way with the FBI investigation?

A    Yes.

Q    And what did you say?

A    It was not.

Q    Was that entirely true?

A    No.

Q    Why not?

A    It was my intent to follow orders and at the time I

just didn't see it.  In retrospect, our moves, our

tactics, if you will, were obstructioning.

Q    Mr. Carey, have you been charged with any crimes

related to this?

A    Yes.

Q    What crimes have you been charged with?

A    Perjury, conspiracy, conspiracy to obstruct

justice, and I think obstruction.

Q    Do your perjury charges relate to the statements we

just talked about?

A    Yes, sir.

Q    Have you pled guilty to any crimes?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    Which crimes?

A    A count of perjury.

Q    Have you been sentenced yet?

A    No, sir.

Q    Who is going to sentence you?

A    Judge Anderson.

Q    What has the United States agreed to do at that sentencing?

A    If I cooperated and was truthful, dismiss the obstruction charge and conspiracy charge.

Q    Has the United States provided you with any benefits besides agreeing to dismiss the charges at your sentencing?

A    None whatsoever.

Q    And in addition to the conduct you pled guilty to, do you know whether at sentencing the Court can take into account your involvement and role with the obstruction of justice and conspiracy?

A    I do know that.  Yes.

Q    And can it?

A    Yes.

Q    Mr. Carey, when you were employed by the sheriff's department how often were you given a performance review?

A    Generally every year, once a year.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q     How often would your subordinates receive a review as well?

A     The same, every year.

Q     Would you review your subordinates?  Would you review them?

A     I would be -- I was responsible for evaluating the rank below me.

Q     If we can look at Exhibit 116, page 7, please.  And if we can look at 20.63, please.

Mr. Carey, can you please read under Evaluation of Subordinate's Work?

A     (Reading:)  Each supervisor is responsible for fair and impartial periodic evaluation of the work of each subordinate assigned to him.  Supervisors shall utilize appropriate verbal and written communication to notify employees about their performance, with the goal of keeping each subordinate apprised of the supervisor's evaluation of the employee's work performance.  Each unit commander is responsible for ensuring that all his subordinates receive timely evaluations and are appropriately apprised of their supervisor's assessments of their performance.

Q     I now want to have you look at Exhibit 119, which is in evidence.  If we can focus on the top part, both the name and the date of this evaluation.  Who is this an

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

evaluation of?

A      Sergeant Scott Craig.

Q      During what time period?

A      July '11 to July of 2012.

Q      Now, if we can focus on the bottom parts, when we see who performed this review and who approved of it.

Who was the reviewer?

A      Lieutenant Leavins.

Q      I'm sorry, it says Rater at the top and then the Reviewer.  What is the difference between the rater and the reviewer?

A      Like I mentioned a second ago, you are evaluated by the rank above you.  Lieutenant Leavins was the immediate supervisor for Scott Craig.  He is the rater and I am the reviewer.

Q      If we can now focus on the ranking that Mr. Craig received on this page.  What did Mr. Craig receive for the year that includes the time period of August to September of 2011?

A      Outstanding.

Q      If we can now look at the next page, and just generally, without going into specifics here, does Mr. Craig receive outstanding in every category?

A      Yes.

MR. FOX:  Can we go to the next page, please.  Can

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

we highlight the one under Demonstrates Leadership Skills, including the next one?

Thank you.

Q     What does it say about whether Mr. Craig exudes the department's core values?

A     Rated as outstanding.

MR. FOX:  Can we now look at the next page.  And if you can highlight just the narrative.  That's the first two paragraphs first.

Q     Can you please read what is written in Mr. Craig's evaluation?

A     (Reading:)  During this rating period, Sergeant Scott Craig was assigned to the Internal Criminal Investigations Bureau, Office of the Sheriff.  His primary duty during this time was to investigate suspected criminal conduct of both sheriff's department employees and employees requesting outside EMC's.

Q     Let me stop you there.  What does that mean, requesting outside agencies?

A     We would -- I don't want to say oftentimes, but it was not uncommon for my unit at the request of another agency to investigate -- to conduct an investigation for that department.

Q     Were these federal agencies or local agencies?

A     Local.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And you said requesting.  Who would be doing the requesting?

A    Generally it was the police department.  It was a chief of police from that agency.

Q    Can you give us an an example?

A    We did -- my unit while I was there conducted several outside department investigations.  One was Baldwin Park, West Covina, Burbank.

Q    And with these instances, those chiefs of police would call you or call somebody else?

A    They -- it was split.  Sometimes I would get a call and pass the information up or I would get a call from the sheriff or undersheriff indicating that an agency had requested our services to conduct an investigation.

Q    Did the FBI in this instance ask you to conduct an investigation of its special agents?

A    No, sir.

Q    Can you continue to read after "additionally"?

A    (Reading:)  Additionally, during this time, Sergeant Craig was a a mentor to a newly assigned sergeant investigator.

Q    Who was that?

A    The newly assigned investigator was -- I can't pronounce her first name, but I refer to her as Moty Long.  Sergeant Moty Long.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      Is that Maricela Long?

A      Yes.

Q      Continue, please.

A      (Reading:)  It was a consensus of those supervising him that his performance during this rating period was consistent with an outstanding rating.

Q      Can you please read under Assignment of Work?

A      (Reading:)  ICIB is a small unit wherein cases are delegated, investigated and channeled for disposition. Generally speaking the sergeant investigators had no subordinates and are not required to assign tasks to others.  On larger cases requiring multiple investigators and when assigned as a lead investigator, Sergeant Craig displayed the ability to ensure compliance to all assigned tasks.

        MR. FOX:  If we can now highlight the last portion of that page, please, Special Agent Tanner.

Q      Could you please read under Work Habits?

A      (Reading:)  The work habits displayed by Sergeant Craig during this period were outstanding.  He has continued to perform in an exemplary manner with regard to every facet of his duties.  He continually demonstrated the ability to produce a great amount of work without losing enthusiasm.  He has been consistent in reporting to work on time and has maintained an

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

excellent attendance record.  His application to duties

and initiatives have been outstanding.  The investigation

submitted by Sergeant Craig are thorough, objective and

timely.

Q     Okay.

        MR. FOX:  If we can look at the next page, please.

Actually we'll go on to a different evaluation.

            Let's go to Exhibit 189.  This has multiple

evaluations in it.

            I want to focus first on Maricela Long.

            This is now the evaluation of Steve Leavins,

if we can highlight the top portion of it, please.

Q     What is the time period referenced in this

evaluation?

A     August 7, 2011, to August 6th, 2012.

Q     Who is the rater with respect to this evaluation?

A     I was.

Q     What did you give Mr. Leavins for the period that

included August to September of 2011?

A     Outstanding.

        MR. HOCHMAN:  Let's go to the next page, please.

Q     What about in these categories that we see?  What

did you give him?

A     He was rated outstanding.

Q     Next page, please.  Is that the same for the third

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

page that we see here?

A    Yes.

MR. FOX:  Next page, please.  Can you please highlight the narrative?

Q    Can you please read the first paragraph?

A    (Reading:)  During this rating period, Steven Leavins has been assigned to Internal Criminal Investigations Bureau, Office of the Sheriff.  For reasons articulated below, Lieutenant Leavins is highly deserving of an outstanding performance rating.  Because of an unexpected federal investigation into use of force incidents occurring within Custody Division during this time, this bureau was tasked with investigating several hundred uses of force cases and/or allegations, several of which had occurred years prior.

Q    What about the last sentence there?

A    (Reading:)  Almost on a daily basis, including weekends, Lieutenant Leavins was in contact with department executives fielding inquiries related to these highly sensitive cases.

Q    How did you know that Mr. Leavins was in contact on an almost daily basis, including weekends, with department executives?

A    He would advise me either in advance if he had prior knowledge or if it was a Saturday or Sunday and I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

am doing this at the request of an executive.

Q     And by executives, who did you mean?

A     Undersheriff Tanaka or Sheriff Baca.

       MR. FOX:  If we can now go to Maricela Long's images in there.

Q     Show you now Page 14 from Exhibit 189.  Who is this an evaluation for?

A     Moty Long.

Q     And when you say Mari, that is M-A-R-I, just short for her name; is that correct?

A     I just called her Moty.  And I used to spell it M-O-T-Y.  I'm sorry.

Q     Got it.  So this period of time for her review is what?

A     January 4th, 2011, to January 3rd, 2012.

Q     And were you in this case the reviewer as well?

A     Yes.

Q     What rating did Ms. Long receive for the period of time that encompasses August and September of 2011?

A     Outstanding.

Q     And now I would like to look at yours.

       Can you please, Special Agent Tanner, publish Exhibit 184 which is in evidence.

       Mr. Carey, if we could just look at the top of this document under Management Personnel, sworn, Captain

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

and Commander.  What is this date for the time period?

A      April 4th, 2011, to April 3rd, 2012.

Q      If we can go to the second page, please.  Okay. And let's highlight the first two paragraphs.  Can you please read this?

A      (Reading:)  During this rating period, Captain Carey was assigned as a commander of Internal Criminal Investigations Bureau.  In this capacity he performed his duties in an outstanding manner.  Captain Carey's professionalism and his interpersonal skills allowed him to work harmoniously with his subordinates, as well as the various executives he reported to on a daily basis.

His duties required him to be familiar with every aspect and function of the bureau, and ensure each of his investigators completed their investigations in a timely, objective and thorough manner.

Captain Carey continually demonstrated outstanding judgment that enabled the bureau to achieve goals that would not have been possible without his superior leadership.  He embraced new challenges and provided ethical guidance for his subordinates.

Q      Now focus on the next two paragraphs.

I just want you to read the first three sentences, please.

A      (Reading:)  Captain Carey exhibited confidence and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

leadership, which was reflected in his dedication to the department's core values.  He exerted a positive influence on his subordinates which contributed to the growth of ICIB.

During this rating period, Captain Carey developed a level of proficiency which was essential for the highly sensitive matters that came across his desk.

Q    And now the next sentence, please?

A    (Reading:)  His methodical presentations to department executives during executive reviews, executive case review and regular briefings were a testament to his deep understanding of the criminal cases completed by his staff.

Q    And now the last sentence, please.

A    (Reading:)  Captain Carey also enthusiastically responded to requests from outside agencies to conduct internal criminal investigations.

Q    Is that what you referred to earlier, when outside agencies would request you to investigate some of their own?

A    Yes.

MR. FOX:  If we can now go to the bottom of this page.  Just highlight the written part.

Q    What is this handwritten portion?  What does it say?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    It is a little notation from Undersheriff Tanaka.

Q    What does it say?

A    "Tom, thanks for your great work."

Q    And what does it say after that?  Can you read what I am circling here?

A    I'm sorry.  Paul T.

MR. FOX:  Now, Special Agent Tanner, can you go back to the previous page and highlight the bottom portion of this?

Q    Mr. Carey, who is the rater?

A    Undersheriff Paul Tanaka.

Q    And what does it state in the circle that I just put in at the bottom of the page?

A    The reviewer concurred with the evaluation, and it was Sheriff Lee Baca.

Q    We can now close out of that.  Did you continue to be captain of ICIB after September of 2011?

A    Yes.

MR. FOX:  One moment, your Honor.  Oh, I forgot to do one thing yesterday.

Q    Can you please look at Exhibit 37 in your binder?

A    Yes.

Q    Do you recognize that?

A    Yes.

Q    And what is it?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      It is a copy of an e-mail sent from me to Lieutenant Thompson.

Q      Is it a true and accurate copy of the e-mail you either sent or received on or about the date reflected in the document?

A      Yes.

MR. FOX:  You Honor, I move for the admission of Government Exhibit 37.

MR. HOCHMAN:  No objection, your Honor.

THE COURT:  Will be received.

(Government's Exhibit 37 received in evidence.)

MR. FOX:  And with that, I have no further questions for this witness at this time.

THE COURT:  Cross-examination.

MR. HOCHMAN:  Yes, your Honor.

May I proceed, your Honor?

THE COURT:  Yes.

CROSS-EXAMINATION

BY MR. HOCHMAN:

Q      Mr. Carey, you said that you were interviewed for the first time by the government in December of 2012; is that correct?

A      That is my recollection.  Yes, sir.

Q      And that was at the United States Attorney's

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Office?

A      Yes.

Q      And that was by Mr. Fox and Ms. Rhodes?

A      Yes, sir.

Q      And Special Agent David Dahle from the FBI; is that correct?

A      Yes.

Q      And you said Mr. Kim was your attorney that day; is that correct?

A      Yes, sir.

Q      And you represented both the sheriff's department and yourself; is that correct?

A      And he indicated in the pecking order his priorities were the sheriff's department, Sheriff Baca and myself.

Q      He actually represented everyone above a captain from the sheriff's department in connection with the investigation; correct?

A      I couldn't tell you that, sir.

Q      Now, in preparation for that interview that day, had the government given you the questions that it was going to ask you during the interview ahead of time?

A      I don't believe so.  No.

Q      And had they indicated to you which documents they were going to show to you during the interview ahead of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

time?

A    I don't remember that.

Q    You when you say you don't remember it, do you actually remember that they didn't do it or you don't remember it at all?

A    My recollection of that interview, I prepared all -- I reviewed a lot of our documents associated with the case.

Q    But did the government tell you ahead of time which documents it was going to show you during your interview with the government?

A    I don't remember that, sir.

Q    Again, I am just trying to clarify, when you say you don't remember something, do you remember that it didn't happen or you have no recollection one way or the other?

A    I have no recollection one way or the other.

Q    So the government may have indicated to you which documents it was going to show you ahead of time for that interview; is that correct?

A    I don't remember that.  I remember reviewing the documents that I had at my disposal.

Q    But again, I just want to understand, is it possible that the government told you which documents ahead of time it was going to show you during the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

interview?

A    I guess it is possible.

Q    Is it likely that that happened?

A    I think I would remember.

Q    And so you don't remember that it happened; correct?

A    My recollection is I reviewed the documents that were out of my office.

Q    After this interview, you testified as a witness in the first trial of James Sexton in May 2014; is that correct?

A    Yes.

Q    Now, you testified in another trial for Mickey Manzo and Greg Thompson in June of 2014; correct?

A    It was around that timeframe.  I don't remember the exact dates.

Q    And then you testified in a third trial for James Sexton in September of 2014; correct?

A    Again, I don't remember the dates.  I remember I did testify at the -- both Sexton trials.  Yes, sir.

Q    And they were approximately both in the June to September 2014 timeframe?

A    I believe so, yes.

Q    Now, each time you testified at these three trials, you were under oath; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes.

Q      And that is the same oath that you have taken today to tell the truth, the whole truth and nothing but the truth; correct?

A      Yes, sir.

Q      And when you testified in the first James Sexton trial, you broke that oath to tell the jury the truth, the whole truth and nothing but the truth; correct?

A      Yes, sir.

Q      And when you and testified in the Mickey Manzo, Greg Thomas trial, and you testified under oath to tell the truth, the whole truth and nothing but the truth, you broke the oath in that trial as well; correct?

A      Yes, sir.

Q      And when you testified in the third trial of the second -- basically the third trial, which was the second James Sexton trial, again you were under oath to tell the truth, the whole truth and nothing but the truth; correct?

A      Yes, sir.

Q      And you broke your oath in that third trial as well?

A      Yes.

Q      Now, you were originally charged with four felonies in May of 2015; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    One felony is a conspiracy to obstruct justice; correct?

A    Yes.

Q    That carries a maximum five-year imprisonment?

A    I don't know what the sentencing is.

Q    Is that approximately right, five-year imprisonment maximum sentence for conspiracy?

A    I would say so.  Yes.

Q    And then you were also charged with a second charge of obstruction of justice, and that carries a ten-year maximum sentencing; correct?

A    I don't know the maximum sentencing, sir.

Q    Is that approximately right, 10 years?

A    I believe so.  Yes.

Q    And both the conspiracy and the obstruction of justice counts dealt with the activities in August and September of 2011 with respect to your investigation; correct?

A    Yes.

Q    And then you were charged with actually two perjury counts; isn't that right?

A    Yes, sir.

Q    One charge dealt with your statements in the first James Sexton trial; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    And that was the statement, "Was there any other reason to move Anthony Brown under ICIB control other than his safety," and you answered no; correct?

A    Correct.

Q    And that was a lie?

A    Yes, sir.

Q    Under oath; correct?

A    Yes.

Q    Which is what made a perjury; correct?

A    Yes.

Q    And then you also -- your second charge, you actually had two perjury charges originally.  There was one for the first James Sexton case.  And the second one was in the Mickey Manzo, Greg Thompson trial; correct?

A    I don't know which case the second one.  I thought it was from the second Sexton trial.

Q    Well, didn't it occur -- when you said in the -- excuse me, the Thompson, Manzo trial that you were asked the question, "During the time of August 18th through the time when your investigation concluded, was it ever your objective to interfere in any way with the FBI investigation," your answer was, "No, sir."

        Do you recall that?

A    Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And that answer was a lie; correct?

A    Yes.

Q    Under oath?

A    Yes.

Q    Which made a perjury?

A    Yes.

Q    Now, with respect to -- so if you add up in the perjury charges, they each carry a five-year maximum sentence; correct?

A    Yes.

Q    So if you add up all the years that you were looking at from the four charges, it is approximately 20 years; is that correct?

A    My recollection was it was 25.

Q    Twenty-five years.  And how did you come to 25 years?

A    I was advised of that.

Q    Was there a breakdown given to you as to which charge had which amount of time?

A    I am sure there was.

Q    Well, with respect to the original charges, the ones in the first James Sexton case, was the one lie that you told that you were charged with the only lie that you made during the original James Sexton trial?

A    And that was in response to the only reason we

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

moved Anthony Brown?

Q    Correct.  In other words, did you make any other statements under oath in the first James Sexton trial that were lies?

A    I don't believe so.

Q    For instance, the question, did you move or give the order to move Anthony Brown in order to keep him hidden from the FBI, your answer was no.  Was that a lie?

A    State your question again, please.

Q    Sure.  Was it a lie -- did you move or give the order to move Anthony Brown in order to keep him hidden from the FBI, and your answer was no.  Was that a lie?

        THE COURT:  Excuse me.  Let me see counsel at sidebar.

            Ladies and gentlemen, we are going to take a short break.  We will be about five minutes.  I am going to ask that you return to the jury room and we will get you in about five minutes.

        (From 8:54 to 9:00, the proceedings, Pages 1524 to 1525, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the

presence of the jury:)

MR. HOCHMAN:  May I proceed, your Honor?

THE COURT:  Yes.

Q     BY MR. HOCHMAN:  Mr. Sexton, how many lies did you tell during the first -- Mr. Sexton -- Mr. Carey, how many lies did you tell during the first Sexton trial to the jury?

A     I couldn't tell you, sir.

Q     Was it more than one?

A     Yes.

Q     Was it more than five?

A     It very well could be.

Q     Probably about a dozen?

MR. FOX:  Objection, your Honor.  Argumentative.

THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  And how many lies did you tell in the Thompson, Manzo trial.  Would it be about the same, about a little more than five?

A     I would say so.

Q     And in the second Sexton trial, how many lies did you tell the jury during the second Sexton trial?  Would that also be more than five?

A     It would be consistent with the previous trials. Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And would one of the lies -- and I will refer now to the first Sexton trial, and direct counsel's attention to the transcript, which is Defense Exhibit 617, page 969, lines 11 through 15.

"Q.  Do you know why Mr. Brown was moved to San Dimas?

"A.  By you, yes

"Q.  Why?

"A.  Keep him safe from both sides.  The staff at the jail and also inmates that he was reporting abuses of."

MR. FOX:  Objection, your Honor.  Improper impeachment.

THE COURT:  I don't -- well, let's go to sidebar. And we need to have somebody give me a copy.

(From 9:05 to 9:06, the proceedings, Page 1528, were conducted under seal.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

(The following proceedings were held in the presence of the jury:)

MR. HOCHMAN:  May I proceed, your Honor?

THE COURT:  Yes.

Q    BY MR. HOCHMAN:  Now, Mr. Carey, you were only charged with one of your lies from the first Sexton trial, correct, and one of your lies from the Thompson and Manzo trial; correct?

A    Yes.

Q    So with respect to the other lies, for instance, that you told in the first Sexton trial, the government never charged you with any other of those additional lies; correct?

A    That's correct.

Q    Each one of those lies could have carried a five-year maximum sentence; is that correct?

MR. FOX:  Objection.  Legally incorrect, and misleading.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN: Well, the government never charged with you any additional lies beyond the one or for the Thompson trial; correct?

A    Correct.

Q    And the government didn't charge you with any lies in connection with the second Sexton trial; isn't that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

correct?

A     That's correct, sir.

Q     And you could have -- you would have been facing the second Sexton trial an additional five years imprisonment for those lies; correct?

A     Yes, sir.

Q     Now, you struck a plea deal with the government in exchange for your cooperation, and you received a number of benefits from that plea deal; is that correct?

A     I pled guilty to one count in the -- if I testified truthfully and cooperated, the other counts would be dismissed.

Q     Well, let me go through if I -- you did receive some benefits from your plea deal; correct?

A     Those are the only benefits -- that was the only benefit that I am aware of, sir.

Q     Well, again, the government, you said, is agreeing to dismiss the other three counts.  And I want to be specific of those three.  The conspiracy to obstruct justice and the obstruction of justice counts related to your activities in August and September of 2111; is that correct?

A     Yes, sir.

Q     And the government will also dismiss your perjury count, your lying to the jury count in the Thompson trial

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

as part of your agreement; correct?

A      Yes, sir.

Q      And that will reduce, then -- the only thing you have left for sentencing will be the one perjury count in the Sexton case; correct?

A      That is my understanding, yes.

Q      So is it your understanding that your maximum sentencing will go from 25 years down to five years; is that correct?

A      If I abide by the agreement.  Yes.

Q      And are you also aware that you are looking at a certain fine, a monetary fine for each count that you are charged with?

A      Yes.

Q      Now, it is $250,000 fine; correct?

A      Correct.

Q      So your monetary fine will go down from 1 million dollars, which would be four counts, down to $250,000 for just one count; correct?

A      Yes, sir.

Q      And you also have an agreement with the government about something called the sentencing guidelines.  Do you remember that?

A      Yes.

Q      And the sentencing range that you are estimating

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

that you have agreed with the government as an estimate is 10 to 16 months' imprisonment; is that correct?

A     I believe so.  Yes.

Q     And the government has agreed to recommend no more than 16 months' imprisonment, the high end of that range; correct?

A     I couldn't tell you, sir.

Q     Does that sound approximately correct?

A     Yes.

Q     And in further exchange for your cooperation, the government can actually make a motion to the Court called a 5K1.1 motion or a cooperation motion to the Court and ask the Court in light of your cooperation to further reduce your sentence from 16 months; is that correct?

A     Yes.

Q     And you also reserved the right in the plea agreement to argue for an even lower sentence, all the way down to no jail at all, as a result of your cooperation; is that correct?

A     I believe so.  Yes.

Q     Now, on August 19th, 2015, you pleaded guilty to the one count of perjury; correct?

A     Yes, sir.

Q     When was your original sentencing date supposed to be?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       I believe it was September.

Q       September of 2015?

A       Yes.

Q       And at that point you hadn't testified in this trial; correct?

A       That's correct.

Q       Because the trial is obviously been occurring right now.

        Did you and the government agree to keep moving your sentencing date so that your sentencing date would be after your testimony in this trial?

A       That was arranged -- my sentencing date was arranged by my attorney.

Q       But your sentencing date you said originally was September 2015.  When has your sentencing date actually been scheduled for now?

A       May of this year.

Q       May of 2017?

A       Yes.

Q       And the government agreed to continue your sentencing date from September of 2015 to May of 2017 in order for you to testify in this trial; is that correct?

A       I believe it was approved by the Court.

Q       But it was agreed to by you and the government; correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    Yes.

Q    Now, at this point you haven't served any time in prison for the offense that you pled guilty to, that perjury count; correct?

A    That's correct, sir.

Q    And after you got this plea deal, you had a chance to meet with the government many times; is that correct?

A    I met with the government.  Yes.

Q    Did you meet with them on March 4th, 2016, where you would have met with one of the prosecutors and an FBI agent?

A    I don't remember the dates but that is entirely possible.  Yes.

Q    And at that interview, as all the interviews you had with the government, did you have your attorney present?

A    I believe so.  Yes.

Q    And what was -- was that the attorney Young Kim that you talked about?

A    Are we talking -- what is the date on that, sir?

Q    After you pled guilty, did you have Young Kim as your attorney?

A    No, sir.

Q    Who is your attorney?

A    Andrew Stolper.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And is he in court today?

A    Yes, sir.

Q    And after you met with the government initially --
or, actually, if I might go back for a moment.  You said
that you met with the government in December of 2012,
before your plea deal; correct?

A    Yes.

Q    And I believe with when Mr. Fox was asking you
questions, you said that you made some false statements
to the government during that original December, 2012
plea deal; is that correct?

A    Yes.

Q    And have you been charged with any of the false
statements that you made to the government in that
interview that you had in December 2012?

A    No, sir.

Q    And those false statements would have carried an
additional five years' imprisonment; correct?

A    Yes.

Q    So after you spoke with the government the first
time in early March, 2017, you spoke to the government
again on March 17th, 2017; is that correct?

A    I don't have the dates in my head, but that sounds
about right.

Q    And then you spoke to the government on

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

November 7th, 2017; is that correct?

MR. FOX:  Objection.  Your Honor, can we move back?  I thought I heard Mr. Hochman say March 17th, 2017.

MR. HOCHMAN:  If I said that, your Honor, I apologize.  Let me restate.

Q    BY MR. HOCHMAN:  March 17th, 2016.  Does that sound approximately like when you would have met with the government?

A    I don't know the date, sir.

Q    Well, you met with the government twice in March of 2016; is that correct?

A    I don't know the dates.  I met with them.  I admit to that.  But as far as the dates, the precise dates, I couldn't tell you.

Q    Well, did you -- and you met with the government as well twice in November of 2016, on November 7th and November 14th; correct?

A    That sounds.  Yes.

Q    And in those meetings Mr. Fox was present; is that correct?

A    He was present at some meetings.  Not all of them.

Q    And Ms. Rhodes was present during some meetings but not all of them; is that correct?

A    That's correct.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And Mr. Jauregui, he was present during some meetings but not all of them; is that correct?

A    Yes.

Q    Special Agent Dalton was present from the FBI for most of the meetings; is that correct?

A    He was present at some of them.  I wouldn't say most.

Q    And Special Agent David Dahle was present as well?

A    Correct.

Q    And in addition to these November, 2016 meetings, you had one meeting in January of 2017; is that correct?

A    That sounds about right.  Yes.

Q    And then you have had three meetings in February of 2017 in preparation for your testimony today. February 1, February 10th, and February 17th of 2017; is that correct?

A    That sounds about right.  Yes, sir.

Q    Now, at each of these meetings, the government is going over with you the questions that it ultimately asked you at trial today and yesterday; correct?

A    Not entirely.

Q    They are asking you many of the questions that they ended up asking you at trial; correct?

A    There is a lot that they didn't ask during these meetings in the last day-and-a-half that I have been

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

here.

Q    Well, the questions that they did ask you, they were asking you to refresh your recollection; is that correct?

A    Yes.

Q    Because the events that they were asking you about in 2016 and 2017, most of them happened in 2011; correct?

A    I don't understand your question.

Q    Well, did it help you hearing the questions ahead of time to refresh your recollection in 2016 and 2017 about what happened in 2011?  Did that help you?

A    What helps me was reviewing, going through documents.

Q    Let's go there, then.  Did the government show you in all these interviews that it had with you ahead of time documents that it ended up showing you here at trial?

A    Yes.  Those were documents I had -- I have had in my possession for five-and-a-half years, a lot of them.

Q    And those documents helped refresh your recollection of what happened during August and September of 2011; is that correct?

A    Yes, sir.

Q    Between March of 2016 all the way through February 17, 2017, how many hours did you spend with the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

government reviewing your testimony, reviewing these incidents of August and September of 2011 during these approximately seven or eight meetings you had with the government?

A    I would say the average duration of those meetings were between three and four hours on average.

Q    So of the eight meetings that you had, approximately eight meetings that you had, would you estimate you spent about 25 hours in total with the government?

A    That is a reasonable figure.

Q    Now, you became the captain of the Internal Criminal Investigations Bureau in 2010; is that correct?

A    Yes, sir.

Q    And as captain of ICIB, can we -- is it fair to call Internal Criminal Investigations Bureau ICIB?

A    Yes, sir.

Q    As the captain of ICIB, how many investigations did you personally participate in or supervise dealing with the investigations of deputies or sheriff's department employees?

A    Several.

Q    How many are several?

A    In my four, four-and-a-half years at ICIB, how many did I participate in?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    Or supervise.

A    Technically I supervised every single case that came through ICIB.

Q    And how many were those?  Are they tens, hundreds, thousands?

A    My first year, year-and-a-half there, the average case load of ICIB would be approximately 40 to 50 cases within that office.

Q    And after that?

A    Last two, two-and-a-half years, our case load was probably 400.

Q    And what did you -- what positions did you have before you became the captain of ICIB?

A    My personal?

Q    Yes.

A    Assigned the various detective units for -- prior to my promotion I would say six or seven years.

Q    And in the detective unit, did you carry out investigations?

A    I personally conducted them or supervised them.

Q    And how many investigations did you conduct or supervise when you were in the detective division?

A    It is not broke up like that, sir, as far as detective division.  I mean, I was a detective not assigned to detective division.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Q    I'm sorry.  As a detective how many cases did you investigate personally or supervise?

A    My first -- my initial detective experience came when I was a deputy and my case load, as I remember -- this is going back to the mid-1980's -- 30, 35 per month.

Q    So if we had to just aggregate it during your 30-year or so career, would it be in the thousands?

A    That I --

Q    Either personally investigated or supervised the investigation?

A    Yes.

Q    Now, when you started for ICIB, how many people worked for you at that time?  This is now approximately 2010.

MR. FOX:  Objection.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Well, how many people worked for you in the middle of August of 2011 at ICIB?

A    The entire unit was approximately 27 to 30 employees, including everybody.

Q    And did that number grow between the end of August of 2011 during the month of September 2011?

A    Yes.

Q    And how much did it grow to?

A    Considerably.  I think in our -- within the next

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

few months from August, September, my office was expanded to 75 plus, maybe a hundred.

Q      And were those all investigators or what type of positions did you have in your office at that time?

A      All positions.  Secretarial staff, surveillance items, technicians.

Q      How many investigators?

A      It was considerable, the increase.  Numberwise I couldn't tell you.

Q      And were the investigators deputies or a higher rank?

A      The majority were sergeants.  There were some deputy investigators.

Q      And were these investigators investigating excessive force and retaliation claims made by inmates?

A      A large number of them were, yes.

Q      Now, as the captain of ICIB, in August and September of 2011 you reported directly to Undersheriff Tanaka; correct?

A      Yes.

Q      And Steve Leavins, Lieutenant Leavins, was one of the two lieutenants under you at ICIB; correct?

A      Yes, sir.

Q      And Lieutenant Leavins was a former aide to Undersheriff Tanaka; is that correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A       That's correct, yes.

Q       And it was Undersheriff Tanaka who selected Lieutenant Leavins at ICIB; correct?

A       He asked if I wanted Lieutenant Leavins to work ICIB.  And I had no objections to it.

Q       And that is because you found Lieutenant Leavins to be an experienced investigator; is that correct?

A       Yes.

Q       Now, you found out about the cell phone that we have been talking about in the days leading up to the August 20th Saturday meeting; is that correct?

A       That's correct, sir.

Q       And at that point, something called JIU had been investigating the cell phone; is that correct?

A       At that point it was JIU and I believe OSJ were both involved.

Q       And JIU is the jail investigation unit, OSJ is Operation Safe Jails; is that correct?

A       Yes.

Q       And they are both under Lieutenant Greg Thompson; is that right?

A       I know OSJ was.  Who supervised JIU, I couldn't tell you.

Q       Now, coming in to that August 20th meeting, you knew the following things.  First, that a cell phone had

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

been found on August 8th on Anthony Brown; correct?

A     I don't know the exact date, but it was a week or two before the 20th meeting.

Q     And you knew that Anthony Brown was a dangerous inmate with a long criminal history who was serving a sentence of 423 years; correct?

A     Yes, sir.

Q     And you knew that the cell phone itself was a very dangerous form of contraband; correct?

A     Yes.

Q     In what way?

A     An inmate in possession of a cell phone could orchestrate contract killings, drug smuggling.  They could pretty run a criminal enterprise with a cell phone.

Q     And did you have a particular concern with Anthony Brown having that cell phone inside a secured facility like a jail?

A     Me personally, yes.

Q     And what was that concern?

A     He could, like I just said, use it to facilitate a number of different criminal activities.

Q     And didn't Anthony Brown -- you were aware, weren't you, at that time that Anthony Brown periodically was able to go on medical transports outside of the secured facility; correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A      Yes, sir.

Q      And what about that gave you concern with the cell phone being in Anthony Brown's possession?

A      There were several.  One being that he could with the use of a cell phone plan an incident outside the security of Men's Central Jail to escape.  That was one concern.  I mean, that was -- he could do anything, you know, with the cell phone.

Q      And you knew at the time going into that August 20th meeting that they had found photos on the FBI phone that was found in Anthony Brown's possession; correct?

A      Yes.

Q      And those photos show photos of different types of narcotics; heroin, cocaine, methamphetamine, Ecstasy -- and I am leaving one out.

THE COURT:  I think we have already heard about it.

MR. HOCHMAN:  Yes.

Q      Various types of narcotics like that; correct?

A      Yes.

Q      And did that also give you a concern going into the August 20th meeting about Anthony Brown having dealings with narcotics?

A      Yes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Q     And what was that concern?

A     That -- well, with the photographs on the phone, and the allegations that he was making caused me concern.

Q     And what is the problem with having narcotics in a secured facility?

A     Dangerous.  People -- I mean, inmates will kill another inmate over a marijuana cigarette.  I mean, it could produce violent behavior.  There was -- I know that inmates have overdosed on narcotics within custody of the LA County Sheriff's Department.

Q     Now, you also knew in addition to what you have talked about that the cell phone had been traced back to the FBI's civil rights squad at that point; correct?

A     Yes.

Q     And when I say at that point, I mean by the August 20th meeting.  Do you understand that to be true?

A     Yes.

Q     And that Anthony Brown had actually been spoken to on August 19th.  So you knew that Anthony Brown was working with the FBI at that point; correct?

A     Yes.

Q     And Anthony Brown had -- you knew that Anthony Brown had been saying to the investigators that it was either a nurse or a deputy that had brought him the cell phone; correct?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

A    His initial allegations focused on a nurse, and then it -- I believe, as I remember, initially it was a nurse, and then it was a nurse and/or deputy, and then just deputy.

Q    But he maintained that the nurse actually was involved in part of the drug smuggling; correct?

A    Yes.

Q    And he also maintained that the deputies had smuggled him the drugs; correct?

A    Yes.

Q    And that that was part of the FBI's doing, that Anthony Brown was saying that the drugs being smuggled through the deputies was part of the FBI's doing?

A    What I remember Anthony Brown saying was that a sheriff's employee would meet an FBI undercover agent. And every time they met, the deputy would come back with narcotics.

Q    Now, I want to focus on that August 20th meeting of what you didn't know. At that point, you didn't know how many deputies were involved; correct?

A    How many -- you mean how many employees were involved?

Q    Or employees more generally. Employees encompassing both a deputy and a civilian; correct?

A    Correct.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Q    And you didn't know how many inmates other than Anthony Brown could have been involved; correct?

A    That's correct, sir.

Q    And you didn't know how many cell phones or types of narcotics had been smuggled into the jail at that point; correct?

A    That would be correct.  Yes.

Q    You basically didn't know how big a problem existed in the jails at that point; correct?

A    Correct.

Q    Now, at the August 20th meeting, you said you were there with people from major crimes, Internal Affairs, your division, ICIB, Mr. Tanaka, and Sheriff Baca; is that correct?

A    Yes, sir.

Q    And at that meeting Sheriff Baca, I believe you said, told you that he had been in contact with Steve Martinez; correct?

A    Yes, sir.

Q    Who was the head of the FBI's LA office; is that right?

A    Yes, sir.

Q    And Steve Martinez said that the phone that had been seized from the inmate was an FBI phone; correct?

A    That's correct, sir.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q      And that he wanted it back?

A      Yes.

Q      And Mr. Baca said he had had a long-standing and good relationship with the FBI at that point; correct?

MR. FOX:  Objection.  Hearsay.

THE COURT:  Sustained.

Q      BY MR. HOCHMAN:  Well, with respect to what was being said in the room generally, as in discussed, was it discussed having any concerns about the FBI involvement with the insertion of a cellular phone into the jail facility?

A      Well, if I understand your question correctly, were we concerned with the introduction of that phone?

Q      Yes.

A      Absolutely.

Q      In what way?

MR. FOX:  Objection.  Cumulative.

THE COURT:  Sustained.

Q      BY MR. HOCHMAN:  Did you believe at the time -- and now I am talking August 20th meeting -- that this was a sanctioned operation by the FBI?

A      In part, I did.

Q      And which part did you believe it was sanctioned and in which part did you not believe it was sanctioned? And again, I am focusing on this initial meeting of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

August 20th.

A    The part that I thought was sanctioned was the cell phone based on Sheriff Baca's telling us that he had been in contact with Steve Martinez, and Steve Martinez wanted his phone back.  So Steve Martinez, who was the director of the LA office, was aware of the phone.

Q    And what was the unsanctioned part?

A    Sheriff Baca.

MR. FOX:  Objection to the form of the question.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  When you said that there were parts that you believe were sanctioned by the FBI and parts that were not, you just talked about the part that was sanctioned.  What was the part that you believed was not sanctioned?

A    I don't want to use the word "I believed."

THE COURT:  Excuse me.  If you can answer that without referring to what somebody told you, fine.  If you can't, we will move on to the next question.

Q    BY MR. HOCHMAN:  Yes.  If you can just talk about what your belief was based on the information you had at that time of August 20th.

A    With these types of allegations, I didn't believe or disbelieve initially.  They required investigations.

Q    Did you have any concerns believing whether or not

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

the FBI had a sanctioned operation because you heard that a cell phone had been given to Anthony Brown, who was serving the sentence he was, and that there were drugs involved in it as well?

MR. FOX:  Objection.  Compound.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Well, what part did the drugs play in the concerns that you might have had or you had relating to the FBI having a sanctioned or not a sanctioned operation at that time?

A    I don't understand your question, sir.

Q    Well, let's start, what do you understand the words FBI having a sanctioned operation to mean?

A    That it was an authorized operation.

Q    So did you have any doubts in August 20th, 2011, that this was not an authorized operation by the FBI?

MR. FOX:  Objection.  Asked and answered.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Did you have any concerns about the fact that the cell phone was live?  And by that I mean it was active and being able to be used inside the Men's Central Jail.

MR. FOX:  Objection.  Cumulative.  Asked and answered earlier in his testimony.

THE COURT:  Sustained.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    BY MR. HOCHMAN:  Now, during the August 20th meeting, I believe you said on direct that Mr. Martinez did not disclose any parts of his investigation to Mr. Baca; is that correct?

MR. FOX:  Objection.  Calls for hearsay.  If I am understanding the question.

MR. HOCHMAN:  Your Honor, let me rephrase if I might.

THE COURT:  All right.

Q    BY MR. HOCHMAN:  During the August 20th meeting, Mr. Baca talked about his discussions with Steve Martinez; correct?

A    Yes.

Q    And I think you said that Mr. Martinez said he wanted his phone back; correct?

A    Yes, sir.

Q    And that Mr. Martinez wouldn't provide any additional information about his investigation; is that correct?

MR. FOX:  Objection.  Misstates the testimony. Calls for hearsay.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Now, let's deal for a moment with Mr. Baca's orders during that meeting, but before we get to the orders let me ask you a sort of timing question

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

about the meeting.  Approximately how long did the meeting last?

A    Less than an hour, I would say.  Thirty minutes to an hour.

Q    And at some point about the middle of the meeting, did Sheriff Baca leave the meeting with Undersheriff Tanaka?

A    I don't remember that, sir.

Q    Well, do you remember Undersheriff Tanaka at any point coming back into the meeting and Sheriff Baca not being present?

A    Again, I don't remember that.

Q    When you say you don't remember it, does that mean that it could have happened that Sheriff Baca left the meeting and Undersheriff Tanaka came back in without him?

A    Yes, sir.

Q    And when Sheriff Baca was in the meeting, let's focus on a couple of the orders that you recall him giving.  He gave an order that Anthony Brown was to be kept safe; is that correct?

A    Yes.

Q    In fact, something along the lines of not a hair on his head was to be disturbed; is that correct?

A    Somebody said that.  Yes.

Q    And why did you understand, or what was your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

understanding as to why Anthony Brown's safety needed to be a priority at that time?

A      Several reasons.  One, he had obtained a label as a snitch within custody, and inmates will kill other inmates having that label.  His contention -- one of his allegations also was that he was reporting abuses by deputies.  I had concerns with that too.

And I don't know if that satisfied your question.

Q      What were your concerns about him reporting about deputies engaging in abuse as it pertained to Anthony Brown's safety?

A      That there were cases where deputies would retaliate against inmates like that.

Q      And you were concerned that the deputies that he was providing information on might retaliate against him while he was at the Men's Central Jail?

A      Yes, sir.

Q      Now, Sheriff Baca ordered that ICIB was to get to the bottom of this issue, the Anthony Brown FBI cell phone issue; correct?

A      Yes, sir.

Q      And since that deputy was engaged in the bribery, ICIB is where Sheriff Baca -- or ICIB was the organization in the sheriff's department that Sheriff

Baca put in charge of the investigation; is that correct?

A     I don't remember.  I mean, in part, yes.

Q     Well, ICIB investigates deputy misconduct; correct?

A     Not entirely.

Q     Well, investigates criminal allegations of deputy misconduct.  Would that be a fair way to say it?

A     Not entirely true, no.

Q     Does ICIB investigate deputies who receive bribes?

A     Yes.

Q     Does ICIB investigate deputies who smuggle cell phones or drugs into the Men's Central Jail?

A     We would.  Yes.

Q     So ICIB was put in charge of this investigation; correct?

A     In part, I would say, yes.

Q     And you as the head of ICIB were asked by Sheriff Baca to run the investigation; correct?

A     As my unit.  Yes, I was the captain of that unit.

Q     And Sheriff Baca said that the overall responsibility for that investigation should be channeled to Undersheriff Tanaka; is that correct?

A     I don't remember those words.

Q     But it could have happened?

A     It is possible.  Yes.

Q     And as part of that investigation, I think you said

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

you needed to investigate the how, when, why, where, and
what behind the cell phone; correct?

A      Yes, sir.

Q      You had to look into whether or not -- you had to
look into the FBI's relationship with Anthony Brown,
including how he obtained the cell phone; is that
correct?

        MR. FOX:  Objection to the form of the question.

        MR. HOCHMAN:  I will rephrase, your Honor.

Q      You had to look into how Anthony Brown obtained the
cell phone; is that correct?

        MR. FOX:  Objection to the form of the question.

        THE COURT:  Sustained.

Q      BY MR. HOCHMAN:  As part of your investigation that
Sheriff Baca asked you to conduct, what did you have to
do with respect to looking into whether or not or how
Anthony Brown obtained a cell phone?

        MR. FOX:  Objection to the form of the question,
and vague.

        THE COURT:  Ladies and gentlemen, we are going to
take our first break of the day.  Again, we will take a
break at this time.  Again, I want to remind you, until
this trial is over you are not to discuss this case with
anyone, including your fellow jurors, members of your
family, people involved in the trial, or anyone else.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Nor are you allowed to permit others to discuss the case with you.  If anybody approaches you or tries to talk with you about this case, please let me know about it immediately.  Do not read or listen to any news reports about the trial.

Finally you are reminded to keep an open mind until all the evidence has been received, you have heard the arguments of counsel, the instructions of the Court, and the views of your fellow jurors.  If you need to speak with me, simply give a notice to the clerk.

We will come back at 5 till.

(The following proceedings were held outside the presence of the jury:)

THE COURT:  You may step down.

MR. FOX:  Your Honor, may I explain my objection, please?

MR. HOCHMAN:  I will actually withdraw that question, your Honor, and I will explain.  I will ask it at a much more general level.

MR. FOX:  I will be happy to explain to Mr. Hochman what my objection is so that we don't have this problem in the future, but I don't know that we need to do it with you at the bench.

MR. HOCHMAN:  Okay.  See everybody in 15 minutes.

(Recess from 9:42 a.m. to 9:55 a.m.)

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  March 4, 2017


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR


UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. FOX: [37]
MR. HOCHMAN: [19]  1487/13
1487/18 1489/2 1491/7
1491/14 1496/21 1498/10
1499/13 1509/20 1515/8
1515/14 1526/2 1529/2 1536/4
1545/18 1552/6 1556/8
1557/16 1557/23
THE CLERK: [1]  1487/6
THE COURT: [38]
THE WITNESS: [3]  1491/16
1496/23 1498/13

**$**

**$250,000 [2]**  1531/15 1531/18

**'**

**'11 [1]**  1505/4

**—**

**—and [3]**  1485/4 1485/5
1485/11

**/**

**/s [1]**  1558/12

**1**

**1 million [1]**  1531/17
**10 [2]**  1520/14 1532/2
**10.45 [1]**  1495/14
**10:45 [1]**  1495/14
**10th [1]**  1537/15
**11 [1]**  1527/4
**116 [3]**  1494/9 1495/13
1504/8
**119 [1]**  1504/23
**12th [2]**  1485/6 1500/12
**14 [1]**  1511/6
**1489 [1]**  1486/5
**14th [1]**  1536/18
**15 [2]**  1527/4 1557/24
**1514 [1]**  1486/9
**1515 [2]**  1486/6 1486/9
**1524 [1]**  1523/19
**1525 [1]**  1523/20
**1528 [1]**  1527/16
**16 [3]**  1532/2 1532/5 1532/14
**16-66 [1]**  1484/8
**16-66A-PA [1]**  1487/7
**1601 [1]**  1485/11
**17 [1]**  1538/25
**17th [4]**  1535/22 1536/3
1536/7 1537/15
**184 [1]**  1511/23
**189 [2]**  1509/8 1511/6
**18th [1]**  1521/20
**1980's [1]**  1541/5
**19th [2]**  1532/21 1546/19
**1st [1]**  1494/1

**2**

**20 years [1]**  1522/13
**20.63 [1]**  1504/9
**2010 [2]**  1539/13 1541/14
**2011 [23]**  1490/5 1494/1
1495/6 1495/10 1496/19
1501/12 1505/19 1509/15
1509/19 1511/15 1511/19
1512/2 1514/17 1520/18
1538/7 1538/11 1538/22
1539/2 1541/18 1541/22
1541/22 1542/18 1551/15
**2012 [12]**  1497/3 1498/3
1499/2 1499/23 1505/4
1509/15 1511/15 1512/2
1515/22 1535/5 1535/10
1535/15

**2013 [1]**  1490/3
**2014 [5]**  1500/20 1501/17
1501/20 1518/10 1518/14
1518/18 1518/22
**2015 [5]**  1519/25 1532/21
1533/2 1533/15 1533/21
**2016 [8]**  1534/9 1536/7
1536/12 1536/17 1537/10
1538/7 1538/10 1538/24
**2017 [15]**  1484/17 1487/1
1533/18 1533/21 1535/21
1535/22 1536/1 1536/4
1537/11 1537/14 1537/15
1538/7 1538/10 1538/25
1558/10
**2050 [1]**  1485/12
**20th [14]**  1543/11 1543/24
1544/3 1545/10 1545/23
1546/16 1547/18 1548/11
1549/20 1550/1 1550/22
1551/15 1552/1 1552/10
**2111 [1]**  1530/21
**23rd [1]**  1496/18
**25 [3]**  1522/14 1531/8 1539/9
**25 years [1]**  1522/16
**26th [7]**  1490/5 1491/4
1491/7 1491/11 1491/18
1491/22 1494/1
**27 [1]**  1541/19
**27th [3]**  1492/1 1492/16
1493/5
**28 [1]**  1558/4
**28th [1]**  1497/3
**2nd [1]**  1493/18

**3**

**30 [2]**  1541/5 1541/19
**30-year [1]**  1541/7
**30th [1]**  1490/1
**312 [2]**  1484/22 1485/6
**35 [1]**  1541/5
**37 [4]**  1486/9 1514/21 1515/8
1515/11
**3rd [3]**  1493/19 1511/15
1512/2

**4**

**40 [1]**  1540/7
**400 [1]**  1540/11
**403 [2]**  1487/22 1488/7
**423 [1]**  1544/6
**436 [1]**  1484/22
**45 [3]**  1490/8 1490/9 1490/23
**45th [1]**  1490/7
**4th [3]**  1511/15 1512/2
1534/9

**5**

**50 [1]**  1540/7
**5K1.1 [1]**  1532/12

**6**

**61 [1]**  1487/23
**617 [1]**  1527/3
**62 [1]**  1487/23
**63 [2]**  1487/23 1488/3
**66 [1]**  1484/8
**6th [1]**  1509/15

**7**

**75 [1]**  1542/2
**753 [1]**  1558/4
**7th [2]**  1536/1 1536/17

**8**

**8:00 [1]**  1487/2
**8:54 [1]**  1523/19
**8th [1]**  1544/1

**9**

**90012 [2]**  1484/22 1485/6
**90404 [1]**  1485/12
**969 [1]**  1527/4
**9858 [2]**  1484/21 1558/12
**9:00 [1]**  1523/19
**9:05 [1]**  1527/16
**9:06 [1]**  1527/16
**9:42 [1]**  1557/25
**9:55 [1]**  1557/25

**A**

**a.m [3]**  1487/2 1557/25
1557/25
**abide [1]**  1531/10
**ability [2]**  1508/14 1508/23
**able [5]**  1488/12 1488/25
1489/5 1544/24 1551/21
**about [48]**
**about it [1]**  1545/18
**above [4]**  1496/4 1505/13
1516/16 1558/7
**above-entitled [1]**  1558/7
**ABRAMS [2]**  1485/11 1487/15
**absolutely [2]**  1493/22
1549/15
**abuse [1]**  1554/11
**abuses [2]**  1527/10 1554/6
**accommodate [1]**  1489/7
**account [1]**  1503/18
**accountable [1]**  1496/5
**accurate [1]**  1515/3
**achieve [1]**  1512/18
**across [1]**  1513/7
**act [1]**  1500/10
**active [1]**  1551/21
**activities [3]**  1520/17
1530/21 1544/21
**Activity [1]**  1488/5
**actually [11]**  1509/7 1516/16
1517/4 1520/21 1521/13
1532/11 1533/15 1535/4
1546/18 1547/5 1557/17
**add [2]**  1522/7 1522/11
**addition [3]**  1503/16 1537/10
1546/11
**additional [5]**  1529/12
1529/21 1530/4 1535/18
1552/18
**additionally [2]**  1507/18
1507/19
**adjust [1]**  1493/4
**admission [1]**  1515/7
**admit [1]**  1536/13
**advance [1]**  1510/24
**advise [1]**  1510/24
**advised [2]**  1493/23 1522/17
**Affairs [1]**  1548/12
**after [17]**  1491/4 1491/12
1492/3 1493/6 1493/8 1494/16
1499/22 1507/18 1514/4
1514/17 1518/9 1533/11
1534/6 1534/21 1535/3
1535/20 1540/9
**again [13]**  1489/3 1490/10
1517/13 1517/23 1518/19
1519/17 1523/9 1530/17
1535/22 1549/25 1553/12
1556/21 1556/22
**against [2]**  1554/14 1554/16
**agencies [5]**  1506/19 1506/24
1506/24 1513/16 1513/19
**agency [3]**  1506/22 1507/4
1507/13
**agent [20]**  1487/13 1488/19
1489/5 1490/5 1491/1 1491/14
1491/25 1492/3 1492/7 1497/1
1500/3 1500/8 1508/17

**A**

**agent... [7]** 1511/22 1514/7 1516/5 1534/11 1537/4 1537/8 1547/15
**agent's [1]** 1489/7
**agents [2]** 1493/17 1507/16
**aggregate [1]** 1541/6
**ago [1]** 1505/12
**agree [1]** 1533/9
**agreed [5]** 1503/8 1532/1 1532/4 1533/20 1533/24
**agreeing [2]** 1503/13 1530/17
**agreement [4]** 1531/1 1531/10 1531/21 1532/17
**ahead [7]** 1516/22 1516/25 1517/9 1517/19 1517/25 1538/9 1538/15
**aide [1]** 1542/24
**aiding [1]** 1500/8
**all [23]** 1487/18 1489/17 1490/20 1495/4 1496/14 1501/18 1504/19 1508/14 1517/5 1517/7 1522/11 1532/17 1532/18 1534/14 1536/22 1536/24 1537/2 1538/15 1538/24 1542/3 1542/5 1552/9 1557/7
**allegations [6]** 1510/14 1546/3 1547/1 1550/23 1554/6 1555/5
**allowed [2]** 1512/10 1557/1
**almost [2]** 1510/17 1510/22
**along [3]** 1491/22 1493/15 1553/22
**already [1]** 1545/17
**also [15]** 1487/12 1497/22 1513/15 1520/10 1521/12 1526/23 1527/10 1530/24 1531/11 1531/21 1532/16 1545/22 1546/11 1547/8 1554/6
**am [14]** 1489/24 1499/12 1499/21 1505/14 1511/1 1514/5 1517/13 1522/20 1523/16 1530/16 1545/16 1549/20 1549/25 1552/5
**America [2]** 1484/6 1487/8
**amount [2]** 1508/23 1522/19
**and/or [2]** 1510/14 1547/3
**ANDERSON [2]** 1484/3 1503/7
**Andrew [1]** 1534/25
**ANGELES [4]** 1484/16 1484/22 1485/6 1487/1
**another [6]** 1488/1 1488/21 1501/19 1506/21 1518/13 1546/7
**answer [8]** 1491/16 1496/23 1498/13 1521/23 1522/1 1523/8 1523/12 1550/17
**answered [3]** 1521/4 1551/17 1551/24
**Anthony [28]** 1496/20 1521/3 1523/1 1523/7 1523/11 1544/1 1544/4 1544/15 1544/22 1544/23 1545/3 1545/11 1545/23 1546/18 1546/19 1546/22 1546/22 1547/12 1547/14 1548/2 1551/2 1553/19 1554/1 1554/11 1554/20 1556/5 1556/10 1556/17
**any [28]** 1488/12 1488/12 1491/5 1492/17 1494/19 1499/1 1499/19 1500/17 1502/6 1502/16 1502/25 1503/12 1521/2 1521/22 1523/2 1529/12 1529/21 1529/24 1534/2 1535/13

1549/9 1550/25 1551/15 1551/16 1552/5 1552/19 1553/9
**anybody [3]** 1492/17 1497/4 1557/2
**anyone [2]** 1556/24 1556/25
**anything [3]** 1498/8 1499/16 1545/7
**apologize [1]** 1536/6
**appearances [2]** 1485/1 1487/9
**appears [1]** 1490/18
**application [1]** 1509/1
**apprised [2]** 1504/17 1504/21
**approach [2]** 1491/14 1492/7
**approaches [1]** 1557/2
**appropriate [1]** 1504/15
**appropriately [1]** 1504/21
**approved [2]** 1505/6 1533/23
**approximately [13]** 1497/15 1518/21 1520/7 1520/14 1522/12 1532/8 1536/8 1539/3 1539/8 1540/7 1541/13 1541/19 1553/1
**April [3]** 1490/3 1512/2 1512/2
**April 2013 [1]** 1490/3
**April 3rd [1]** 1512/2
**April 4th [1]** 1512/2
**are [30]** 1487/24 1488/10 1488/18 1489/8 1489/9 1489/10 1490/10 1494/6 1496/16 1498/3 1504/20 1505/12 1508/8 1508/11 1509/3 1523/15 1530/15 1531/11 1531/11 1531/12 1531/25 1534/20 1537/22 1539/23 1540/4 1543/20 1556/20 1556/23 1557/1 1557/6
**argue [1]** 1532/17
**Argumentative [1]** 1526/15
**arguments [1]** 1557/8
**around [4]** 1491/7 1491/18 1493/6 1518/15
**arranged [2]** 1533/12 1533/13
**arrested [1]** 1491/21
**articulated [1]** 1510/9
**as [54]**
**ask [15]** 1488/19 1488/24 1489/24 1494/19 1494/22 1499/20 1500/5 1507/15 1516/22 1523/17 1532/13 1537/24 1538/2 1552/25 1557/18
**asked [10]** 1500/25 1501/25 1502/4 1521/19 1537/20 1543/4 1551/17 1551/23 1555/16 1556/15
**asking [5]** 1535/8 1537/22 1537/23 1538/3 1538/6
**aspect [1]** 1512/14
**assessments [1]** 1504/21
**assign [1]** 1508/11
**assigned [10]** 1504/14 1506/13 1507/20 1507/23 1508/13 1508/15 1510/7 1512/7 1540/16 1540/25
**Assignment [1]** 1508/7
**associated [1]** 1517/7
**attend [1]** 1489/1
**attendance [1]** 1509/1
**attention [3]** 1497/2 1501/18 1527/2
**attorney [9]** 1485/5 1497/10 1498/12 1516/8 1533/13 1534/15 1534/18 1534/22 1534/24
**attorney's [4]** 1493/22

1497/7 1498/10 1515/25 1516/8 1534/14 1498/12
**attorney-client [1]** 1498/12
**audio [3]** 1490/21 1490/24 1493/13
**August [35]** 1490/1 1494/1 1495/6 1495/10 1496/18 1505/18 1509/15 1509/15 1509/19 1511/19 1520/17 1521/20 1530/21 1532/21 1538/21 1539/2 1541/18 1541/21 1542/1 1542/17 1543/11 1543/24 1544/1 1545/10 1545/23 1546/16 1546/19 1547/18 1548/11 1549/20 1550/1 1550/22 1551/15 1552/1 1552/10
**August 18th [1]** 1521/20
**August 19th [2]** 1532/21 1546/19
**August 1st [1]** 1494/1
**August 20th [13]** 1543/11 1543/24 1545/10 1545/23 1546/16 1547/18 1548/11 1549/20 1550/1 1550/22 1551/15 1552/1 1552/10
**August 23rd [1]** 1496/18
**August 30th [1]** 1490/1
**August 6th [1]** 1509/15
**August 7 [1]** 1509/15
**August 8th [1]** 1544/1
**AUSA [1]** 1485/5
**authenticate [1]** 1488/13
**authority [1]** 1496/8
**authorized [2]** 1551/14 1551/16
**AV [1]** 1495/1
**average [3]** 1539/5 1539/6 1540/6
**aware [4]** 1530/16 1531/11 1544/22 1550/6

**B**

**Baca [33]** 1484/9 1487/8 1487/16 1490/3 1491/1 1491/5 1491/12 1491/18 1493/12 1494/5 1494/19 1495/6 1495/8 1497/23 1511/3 1514/15 1516/14 1548/13 1548/16 1549/3 1550/8 1552/4 1552/11 1553/6 1553/10 1553/14 1553/17 1554/19 1554/24 1555/1 1555/17 1555/19 1556/15
**Baca's [3]** 1496/18 1550/3 1552/24
**back [14]** 1488/21 1493/3 1514/8 1535/4 1536/3 1541/5 1546/12 1547/16 1549/1 1550/5 1552/15 1553/10 1553/15 1557/11
**Baldwin [1]** 1507/8
**based [3]** 1489/25 1550/3 1550/21
**basement [2]** 1492/15 1492/25
**basically [2]** 1519/16 1548/8
**basis [3]** 1510/17 1510/22 1512/12
**be [42]**
**bear [1]** 1490/16
**beatings [3]** 1487/24 1487/25 1488/2
**became [2]** 1539/12 1540/13
**because [7]** 1487/21 1489/9 1510/10 1533/7 1538/6 1543/6 1551/1
**been [29]** 1490/11 1490/13 1496/19 1498/2 1502/16 1502/19 1503/4 1508/24 1509/2 1510/7 1512/19 1530/3

**B**

**been... [17]**  1533/7 1533/16
1535/13 1537/25 1543/10
1543/13 1544/1 1546/12
1546/18 1546/23 1548/2
1548/5 1548/17 1548/24
1550/3 1551/2 1557/7
**before [8]**  1488/16 1489/24
1497/16 1500/18 1535/6
1540/13 1544/3 1552/24
**begin [1]**  1495/9
**behalf [2]**  1487/11 1487/15
**behavior [2]**  1494/20 1546/8
**behind [1]**  1556/2
**being [7]**  1488/12 1545/3
1545/4 1547/12 1549/8
1551/21 1553/11
**belief [1]**  1550/21
**believe [20]**  1492/25 1516/23
1518/23 1520/15 1523/5
1532/3 1532/20 1533/1
1533/23 1534/17 1535/8
1543/15 1547/2 1548/16
1549/19 1549/23 1549/24
1550/12 1550/23 1552/2
**believed [4]**  1500/2 1500/7
1550/14 1550/16
**believing [1]**  1550/25
**below [3]**  1495/15 1504/7
1510/9
**bench [1]**  1557/23
**benefit [1]**  1530/16
**benefits [4]**  1503/13 1530/9
1530/14 1530/15
**Beoung [2]**  1497/13 1497/18
**besides [3]**  1488/12 1497/22
1503/13
**best [1]**  1493/14
**better [1]**  1490/21
**between [4]**  1505/10 1538/24
1539/6 1541/21
**beyond [1]**  1529/21
**big [1]**  1548/8
**binder [2]**  1490/8 1514/21
**bit [2]**  1492/11 1493/3
**BOCKIUS [1]**  1485/10
**Boosts [1]**  1488/5
**both [11]**  1502/1 1504/24
1506/16 1516/11 1518/20
1518/21 1520/16 1527/9
1543/16 1543/20 1547/24
**bottom [6]**  1494/10 1505/5
1513/22 1514/8 1514/13
1554/20
**Boulevard [1]**  1485/11
**BRANDON [2]**  1485/4 1487/10
**break [3]**  1523/16 1556/21
1556/22
**breakdown [1]**  1522/18
**BRIANNA [2]**  1485/11 1487/15
**bribery [1]**  1554/23
**bribes [1]**  1555/8
**briefings [1]**  1513/11
**bring [3]**  1487/18 1488/16
1489/12
**broke [4]**  1519/7 1519/13
1519/21 1540/23
**brought [1]**  1546/24
**Brown [26]**  1496/20 1501/1
1521/3 1523/1 1523/7 1523/11
1527/5 1544/1 1544/4 1544/16
1544/22 1544/23 1545/23
1546/18 1546/19 1546/22
1546/23 1547/12 1547/14
1548/2 1551/2 1553/19
1554/20 1556/5 1556/10
1556/17
**Brown's [4]**  1545/3 1545/11

1554/1 1554/12
**Burbank [1]**  1507/9
**bureau [1]**  1492/15 1493/1
1506/14 1510/8 1510/13
1512/8 1512/14 1512/18
1539/13 1539/16

**C**

**CA [2]**  1485/6 1485/12
**CALIFORNIA [4]**  1484/2
1484/16 1484/22 1487/1
**call [12]**  1488/23 1488/25
1491/5 1491/12 1497/10
1497/14 1497/18 1507/10
1507/10 1507/11 1507/12
1539/16
**called [6]**  1496/10 1502/1
1511/11 1531/22 1532/11
1543/13
**calling [1]**  1488/20
**Calls [3]**  1498/11 1552/5
1552/21
**came [5]**  1499/22 1513/7
1540/3 1541/3 1553/15
**can [51]**
**can't [2]**  1507/23 1550/19
**capacity [1]**  1512/8
**captain [15]**  1511/25 1512/6
1512/9 1512/17 1512/25
1513/5 1513/15 1514/17
1516/16 1539/12 1539/15
1539/18 1540/13 1542/17
1555/18
**career [1]**  1541/7
**carefully [2]**  1490/12
1496/15
**CAREY [25]**  1486/4 1488/3
1488/4 1489/24 1490/2
1490/25 1492/10 1493/5
1495/5 1495/25 1496/25
1500/17 1502/16 1503/23
1504/10 1511/24 1512/7
1512/17 1512/25 1513/5
1513/15 1514/10 1515/21
1526/6 1529/5
**Carey's [1]**  1512/9
**carried [2]**  1529/15 1535/17
**carries [2]**  1520/5 1520/11
**carry [2]**  1522/8 1540/18
**case [17]**  1500/19 1500/23
1501/22 1511/16 1513/11
1517/8 1521/14 1521/16
1522/22 1531/5 1540/2 1540/7
1540/10 1541/4 1556/23
1557/2 1557/3
**cases [8]**  1508/8 1508/12
1510/14 1510/20 1513/12
1540/7 1541/1 1554/13
**categories [1]**  1509/22
**category [1]**  1505/23
**cause [1]**  1495/9
**caused [2]**  1493/20 1546/3
**cell [23]**  1500/4 1543/9
1543/14 1543/25 1544/8
1544/12 1544/14 1544/16
1545/2 1545/5 1545/8 1546/12
1546/24 1548/4 1550/2 1551/2
1551/20 1554/20 1555/10
1556/2 1556/6 1556/11
1556/17
**cellular [1]**  1549/10
**CENTRAL [6]**  1484/2 1500/9
1545/6 1551/22 1554/17
1555/11
**certain [4]**  1487/20 1501/11
1501/11 1531/12
**certainly [1]**  1489/6
**CERTIFICATE [1]**  1558/1
**certify [1]**  1558/4

**chain [1]**  1496/4
**challenges [1]**  1522/20
**chance [2]**  1489/4 1534/6
**channeled [2]**  1508/9 1555/20
**charge [9]**  1503/11 1503/11
1520/10 1520/24 1521/12
1522/19 1529/24 1555/1
1555/13
**charged [14]**  1498/19 1498/20
1500/21 1502/16 1502/19
1519/24 1520/10 1520/21
1522/23 1529/6 1529/12
1529/20 1531/13 1535/13
**charges [6]**  1502/22 1503/13
1521/13 1522/8 1522/12
1522/21
**chief [1]**  1507/4
**chiefs [1]**  1507/9
**Christmas [2]**  1497/17 1498/2
**cigarette [1]**  1546/7
**circle [1]**  1514/12
**circling [1]**  1514/5
**civil [1]**  1546/13
**civilian [1]**  1547/24
**claims [1]**  1542/15
**clarify [1]**  1517/13
**classification [1]**  1495/18
**clerk [1]**  1557/10
**client [1]**  1498/12
**clip [3]**  1490/7 1490/9
1490/23
**close [1]**  1514/16
**Cloverfield [1]**  1485/11
**cocaine [1]**  1545/15
**Code [1]**  1558/5
**come [5]**  1489/18 1493/3
1522/15 1547/16 1557/11
**comes [1]**  1489/4
**coming [2]**  1543/24 1553/10
**command [1]**  1496/4
**commander [3]**  1504/19 1512/1
1512/7
**committed [3]**  1500/3 1500/8
1501/15
**communication [1]**  1504/15
**completed [2]**  1512/15
1513/12
**compliance [1]**  1508/14
**component [1]**  1501/8
**Compound [1]**  1551/5
**concern [7]**  1544/15 1544/19
1545/2 1545/7 1545/22 1546/1
1546/3
**concerned [2]**  1549/13
1554/15
**concerns [6]**  1549/9 1550/25
1551/8 1551/19 1554/7
1554/10
**concluded [1]**  1521/21
**concurred [1]**  1514/14
**conduct [14]**  1492/2 1494/1
1494/13 1495/6 1495/10
1495/20 1503/16 1506/16
1506/22 1507/14 1507/15
1513/16 1540/21 1556/15
**conducted [4]**  1507/6 1523/20
1527/17 1540/20
**Conference [1]**  1558/9
**confidence [2]**  1496/14
1512/25
**confirm [1]**  1491/20
**conformance [2]**  1495/19
1558/8
**confrontation [5]**  1490/4
1491/4 1491/11 1491/12
1491/25
**confronted [1]**  1491/2
**connection [2]**  1516/17
1529/25

**C**

consensus [1]  1508/4
considerable [1]  1542/8
Considerably [1]  1541/25
consistent [5]  1492/7 1492/8
 1508/6 1508/24 1526/24
conspiracy [8]  1502/20
 1502/20 1503/11 1503/19
 1520/2 1520/8 1520/16
 1530/19
Cont'd [1]  1486/5
contact [6]  1493/7 1493/13
 1510/18 1510/21 1548/17
 1550/4
contention [1]  1554/5
continually [2]  1508/22
 1512/17
continue [5]  1489/19 1507/18
 1508/3 1514/16 1533/20
continued [2]  1489/22
 1508/21
contraband [1]  1544/9
contract [1]  1544/13
contributed [1]  1513/3
control [1]  1521/3
controlling [1]  1490/19
conversation [6]  1491/17
 1491/19 1492/14 1492/17
 1492/23 1493/9
cooperated [2]  1503/10
 1530/11
cooperation [5]  1530/8
 1532/10 1532/12 1532/13
 1532/19
copy [3]  1515/1 1515/3
 1527/15
core [2]  1506/5 1513/2
correct [136]
correcting [1]  1496/13
correctly [1]  1549/12
could [20]  1489/17 1493/24
 1498/2 1498/15 1498/19
 1498/20 1508/18 1511/24
 1526/13 1529/15 1530/3
 1544/12 1544/14 1544/20
 1545/4 1545/7 1546/8 1548/2
 1553/14 1555/23
couldn't [7]  1488/7 1516/19
 1526/9 1532/7 1536/15 1542/9
 1543/22
counsel [7]  1485/1 1487/8
 1487/12 1501/1 1501/25
 1523/13 1557/8
counsel's [1]  1527/2
count [9]  1503/3 1530/10
 1530/25 1530/25 1531/4
 1531/12 1531/19 1532/22
 1534/4
counts [6]  1520/17 1520/22
 1530/11 1530/18 1530/20
 1531/18
County [1]  1546/10
couple [1]  1553/18
court [9]  1484/1 1484/21
 1503/17 1532/11 1532/12
 1532/13 1533/23 1535/1
 1557/8
Covina [1]  1507/8
CR [2]  1484/8 1487/7
Craig [15]  1492/2 1492/21
 1493/10 1493/10 1505/2
 1505/14 1505/16 1505/17
 1505/23 1506/4 1506/13
 1507/20 1508/13 1508/20
 1509/3
Craig's [1]  1506/10
crime [4]  1498/21 1500/3
 1500/8 1501/16

crimes [6]  1500/21 1502/16
 1502/19 1502/25 1503/1
 1548/12
criminal [12]  1506/13
 1506/16 1510/7 1512/7
 1513/12 1513/17 1539/13
 1539/16 1544/5 1544/14
 1544/21 1555/5
Cross [3]  1486/6 1515/14
 1515/19
Cross-Examination [3]  1486/6
 1515/14 1515/19
CRR [1]  1558/12
CSR [2]  1484/21 1558/12
Cumulative [2]  1549/17
 1551/23
custody [3]  1510/12 1546/9
 1554/4
cut [1]  1501/16

**D**

Dahle [2]  1516/5 1537/8
daily [3]  1510/17 1510/22
 1512/12
Dalton [1]  1537/4
dangerous [3]  1544/4 1544/9
 1546/6
date [18]  1491/1 1491/7
 1491/18 1493/6 1504/25
 1512/1 1515/4 1532/24
 1533/10 1533/10 1533/12
 1533/14 1533/15 1533/21
 1534/20 1536/10 1544/2
 1558/10
dates [7]  1518/16 1518/19
 1534/12 1535/23 1536/13
 1536/14 1536/14
David [2]  1516/5 1537/8
day [12]  1484/14 1492/1
 1492/16 1493/7 1493/8 1497/3
 1497/16 1498/6 1516/8
 1516/20 1537/25 1556/21
day-and-a-half [1]  1537/25
days [2]  1493/18 1543/10
deal [7]  1530/7 1530/9
 1530/14 1534/6 1535/6
 1535/11 1552/23
dealing [1]  1539/19
dealings [1]  1545/23
dealt [2]  1520/17 1520/24
December [8]  1497/3 1499/2
 1499/23 1500/12 1515/22
 1535/5 1535/10 1535/15
December 12th [1]  1500/12
December 2012 [1]  1535/15
December 28th [1]  1497/3
decent [1]  1489/4
dedication [1]  1513/1
deep [1]  1513/12
defendant [3]  1484/9 1485/9
 1487/15
defendants [1]  1501/22
defense [4]  1500/25 1501/25
 1502/1 1527/3
delegated [1]  1508/9
delegation [1]  1496/8
demonstrated [2]  1508/23
 1512/17
Demonstrates [1]  1506/1
department [23]  1488/5
 1494/7 1494/12 1494/16
 1494/23 1495/19 1497/11
 1497/19 1497/22 1503/24
 1506/16 1506/23 1507/3
 1507/7 1510/19 1510/23
 1513/10 1516/11 1516/14
 1516/17 1539/20 1546/10
 1554/25
department's [2]  1506/5

1513/2
depending [1]  1495/9
deputies [11]  1539/20
 1542/10 1547/8 1547/13
 1547/20 1554/7 1554/11
 1554/13 1554/15 1555/8
 1555/10
deputy [10]  1541/4 1542/13
 1546/24 1547/3 1547/4
 1547/16 1547/24 1554/23
 1555/3 1555/5
deserving [1]  1510/10
designated [1]  1495/17
desirable [1]  1496/17
desk [1]  1513/7
detail [1]  1496/16
detective [8]  1540/16
 1540/18 1540/22 1540/24
 1540/24 1540/25 1541/1
 1541/3
determining [1]  1494/16
developed [1]  1513/6
did [99]
didn't [13]  1502/14 1517/4
 1517/15 1521/18 1529/24
 1537/24 1544/22 1547/19
 1547/19 1548/1 1548/4 1548/8
 1550/23
difference [1]  1505/10
different [4]  1490/18 1509/7
 1544/21 1545/14
Dimas [1]  1527/6
direct [6]  1486/5 1489/22
 1497/2 1501/18 1527/2 1552/2
direction [2]  1492/8 1494/4
directions [1]  1501/10
directly [1]  1542/18
director [1]  1550/5
disbelieve [1]  1550/24
discipline [3]  1492/1
 1493/25 1494/19
disciplined [1]  1495/5
disclose [1]  1552/3
discuss [4]  1499/9 1499/19
 1556/23 1557/2
discussed [2]  1549/8 1549/9
discussions [1]  1552/11
dismiss [4]  1503/10 1503/13
 1530/18 1530/24
dismissed [1]  1530/12
displayed [2]  1508/14
 1508/19
disposal [1]  1517/22
disposition [1]  1508/9
district [4]  1484/1 1484/2
 1484/4 1493/21
disturbed [1]  1553/23
division [6]  1484/2 1510/12
 1540/22 1540/24 1540/25
 1548/13
do [30]  1488/15 1489/6
 1491/2 1491/17 1493/24
 1495/2 1496/16 1496/17
 1497/14 1499/5 1499/16
 1502/22 1503/8 1503/17
 1503/20 1514/20 1514/23
 1517/3 1517/4 1517/14
 1521/24 1527/5 1531/22
 1545/7 1546/16 1551/12
 1553/9 1556/16 1557/4
 1557/23
document [2]  1511/25 1515/5
documents [14]  1487/21
 1499/6 1499/7 1516/24 1517/7
 1517/10 1517/19 1517/22
 1517/24 1518/7 1538/13
 1538/16 1538/18 1538/20
does [13]  1489/2 1505/22
 1506/4 1506/18 1513/24

**D**

**does... [8]**   1514/2 1514/4
1514/12 1532/8 1536/7
1553/13 1555/8 1555/10
**doing [4]**   1507/1 1511/1
1547/11 1547/13
**dollars [1]**   1531/18
**don't [34]**   1488/6 1499/12
1506/20 1516/23 1517/2
1517/3 1517/4 1517/12
1517/14 1517/21 1518/5
1518/15 1518/19 1520/6
1520/13 1521/16 1523/5
1527/14 1534/12 1535/23
1536/10 1536/13 1538/8
1544/2 1550/16 1551/11
1553/8 1553/12 1553/13
1554/8 1555/2 1555/22
1557/21 1557/22
**done [2]**   1491/6 1491/8
**doubts [1]**   1551/15
**down [6]**   1496/25 1531/8
1531/17 1531/18 1532/18
1557/14
**dozen [1]**   1526/14
**drug [2]**   1544/13 1547/6
**drugs [5]**   1547/9 1547/12
1551/3 1551/7 1555/11
**duration [1]**   1539/5
**during [32]**   1500/25 1505/3
1506/12 1506/15 1507/19
1508/5 1508/20 1510/6
1510/12 1512/6 1513/5
1513/10 1516/22 1516/25
1517/10 1517/25 1521/20
1522/24 1526/6 1526/7
1526/22 1535/10 1536/23
1537/1 1537/24 1538/21
1539/2 1541/6 1541/22 1552/1
1552/10 1552/24
**duties [4]**   1508/22 1509/1
1512/9 1512/13
**duty [2]**   1494/15 1506/15

**E**

**e-mail [2]**   1515/1 1515/3
**e-mails [1]**   1488/13
**each [13]**   1490/13 1496/2
1496/12 1504/12 1504/13
1504/17 1504/18 1512/14
1518/24 1522/8 1529/15
1531/12 1537/18
**earlier [3]**   1501/9 1513/18
1551/24
**early [1]**   1535/21
**Ecstasy [1]**   1545/15
**EDDIE [2]**   1485/4 1487/11
**eight [4]**   1484/14 1539/3
1539/7 1539/8
**eight meetings [3]**   1539/3
1539/7 1539/8
**either [7]**   1492/21 1493/9
1493/10 1510/24 1515/4
1541/9 1546/24
**else [3]**   1499/16 1507/10
1556/25
**embraced [1]**   1512/20
**EMC's [1]**   1506/17
**employed [2]**   1498/6 1503/23
**employee [1]**   1547/15
**employee's [1]**   1504/18
**employees [8]**   1504/16
1506/17 1506/17 1539/21
1541/20 1547/21 1547/23
1547/23
**enabled [1]**   1512/18
**encompasses [1]**   1511/19
**encompassing [1]**   1547/24

**end [4]**   1487/25 1501/12
1502/5 1541/21
**endeavor [1]**   1489/6
**ended [2]**   1537/23 1538/16
**engaged [1]**   1554/23
**engaging [1]**   1554/11
**engine [1]**   1501/14
**ensure [3]**   1496/15 1508/14
1512/14
**ensuring [1]**   1504/19
**enterprise [1]**   1544/14
**enthusiasm [1]**   1508/24
**enthusiastically [1]**   1513/15
**entire [2]**   1499/24 1541/19
**entirely [5]**   1502/10 1534/12
1537/21 1555/4 1555/7
**entitled [1]**   1558/7
**entity [1]**   1497/20
**escape [1]**   1545/6
**essential [1]**   1513/6
**established [1]**   1496/7
**estimate [2]**   1532/1 1539/9
**estimating [1]**   1531/25
**ethical [1]**   1512/21
**evaluated [1]**   1505/12
**evaluating [1]**   1504/6
**evaluation [12]**   1504/11
1504/13 1504/18 1504/25
1505/1 1506/11 1509/7
1509/11 1509/14 1509/16
1511/7 1514/14
**evaluations [2]**   1504/20
1509/9
**Eve [2]**   1497/17 1498/2
**even [2]**   1488/25 1532/17
**evening [1]**   1491/5
**events [1]**   1538/6
**ever [6]**   1493/25 1494/19
1495/5 1495/8 1495/9 1521/21
**every [9]**   1496/2 1496/6
1503/25 1504/3 1505/23
1508/22 1512/14 1540/2
1547/16
**everybody [2]**   1541/20
1557/24
**everyone [1]**   1516/16
**everyone above [1]**   1516/16
**EVID [1]**   1486/8
**evidence [7]**   1490/8 1490/12
1490/17 1504/24 1511/23
1515/11 1557/7
**exact [2]**   1518/16 1544/2
**exactly [1]**   1499/13
**examination [5]**   1486/5
1486/6 1489/22 1515/14
1515/19
**example [1]**   1507/5
**excellent [1]**   1509/1
**exception [1]**   1496/3
**excessive [1]**   1542/15
**exchange [2]**   1530/8 1532/10
**excuse [5]**   1488/4 1493/2
1521/19 1523/13 1550/17
**execution [2]**   1496/5 1496/6
**executive [4]**   1492/17 1511/1
1513/10 1513/10
**executives [5]**   1510/19
1510/23 1511/2 1512/12
1513/10
**exemplary [1]**   1508/21
**exerted [1]**   1513/2
**exhibit [16]**   1486/8 1490/7
1490/7 1490/9 1490/23 1494/9
1495/13 1504/8 1504/23
1509/8 1511/6 1511/23
1514/21 1515/8 1515/11
1527/3
**Exhibit 37 [1]**   1514/21
**exhibited [1]**   1512/25

**Exhibits [1]**   1487/22
**existed [1]**   1543/6
**expanded [1]**   1542/1
**experience [1]**   1541/3
**experienced [1]**   1543/7
**explain [3]**   1557/15 1557/18
1557/20
**Extent [2]**   1495/22 1495/25
**exudes [1]**   1506/4

**F**

**facet [1]**   1508/22
**facilitate [1]**   1544/20
**Facilities [1]**   1488/5
**facility [4]**   1544/16 1544/25
1546/5 1549/11
**facing [1]**   1530/3
**fact [2]**   1551/20 1553/22
**facts [1]**   1494/16
**fair [3]**   1504/12 1539/15
1555/6
**false [3]**   1535/9 1535/13
1535/17
**familiar [1]**   1512/13
**family [4]**   1488/20 1489/1
1489/7 1556/25
**far [4]**   1489/8 1489/10
1536/14 1540/23
**FBI [29]**   1487/13 1487/24
1488/2 1493/17 1496/19
1497/7 1498/10 1501/15
1502/6 1507/15 1516/5
1521/22 1523/8 1523/12
1534/10 1537/4 1545/10
1546/20 1547/15 1548/24
1549/4 1549/9 1549/21
1550/12 1551/1 1551/9
1551/13 1551/16 1554/20
**FBI Special [1]**   1487/13
**FBI's [5]**   1546/13 1547/11
1547/13 1548/20 1556/5
**February [5]**   1537/13 1537/15
1537/15 1537/15 1538/25
**February 1 [1]**   1537/15
**February 10th [1]**   1537/15
**February 17 [1]**   1538/25
**February 17th [1]**   1537/15
**federal [8]**   1497/8 1498/25
1499/10 1499/20 1499/23
1499/25 1506/24 1510/11
**feedback [3]**   1490/22 1492/10
1495/2
**fellow [2]**   1556/24 1557/9
**felonies [1]**   1519/24
**felony [1]**   1520/2
**felt [2]**   1494/4 1500/10
**few [2]**   1493/18 1542/1
**fielding [1]**   1510/19
**figure [1]**   1539/11
**Finally [1]**   1557/6
**find [1]**   1497/8
**findings [1]**   1494/17
**fine [6]**   1489/14 1531/12
1531/12 1531/15 1531/17
1550/18
**firm [1]**   1498/6
**first [25]**   1493/18 1506/9
1506/9 1507/24 1509/10
1510/5 1512/4 1512/23
1515/22 1518/10 1519/6
1520/24 1521/14 1522/22
1523/3 1526/6 1526/7 1527/2
1529/6 1529/11 1535/20
1540/6 1541/3 1543/25
1556/21
**five [14]**   1520/5 1520/7
1522/8 1522/15 1523/16
1523/18 1526/12 1526/19
1526/23 1529/16 1530/4

**F**

five... [3]  1531/8 1535/18
 1538/19
five minutes [2]  1523/16
 1523/18
five years [2]  1530/4 1531/8
five years' [1]  1535/18
five-and-a-half [1]  1538/19
five-year [4]  1520/5 1520/7
 1522/8 1529/16
Floor [1]  1485/6
focus [8]  1500/16 1504/24
 1505/5 1505/16 1509/10
 1512/22 1547/18 1553/18
focused [1]  1547/1
focusing [1]  1549/25
follow [1]  1502/13
following [10]  1487/5
 1489/15 1494/4 1500/15
 1501/10 1501/13 1526/1
 1529/1 1543/25 1557/12
for their [1]  1494/20
force [3]  1510/11 1510/14
 1542/15
foregoing [1]  1558/5
forgot [1]  1514/19
form [5]  1544/9 1550/9
 1556/8 1556/12 1556/18
format [1]  1558/8
former [1]  1542/24
forward [1]  1489/18
found [5]  1543/6 1543/9
 1544/1 1545/10 1545/11
four [6]  1519/24 1522/12
 1531/18 1539/6 1539/24
 1539/24
four charges [1]  1522/12
four counts [1]  1531/18
four felonies [1]  1519/24
four hours [1]  1539/6
four-and-a-half [1]  1539/24
FOX [7]  1485/4 1486/5
 1487/10 1489/23 1516/3
 1535/8 1536/20
FRIDAY [2]  1484/17 1487/1
function [1]  1512/14
funeral [1]  1488/22
further [3]  1515/12 1532/10
 1532/13
future [1]  1557/22

**G**

gave [3]  1490/3 1545/2
 1553/19
general [1]  1557/19
generally [6]  1503/25
 1505/22 1507/3 1508/10
 1547/23 1549/8
gentlemen [3]  1490/10
 1523/15 1556/20
get [5]  1507/11 1507/12
 1523/17 1552/24 1554/19
give [11]  1489/6 1494/25
 1495/4 1507/5 1509/18
 1509/23 1523/6 1523/10
 1527/15 1545/22 1557/10
given [6]  1490/13 1496/7
 1503/24 1516/21 1522/18
 1551/2
giving [3]  1496/10 1496/13
 1553/19
go [20]  1488/18 1488/21
 1488/24 1489/9 1489/10
 1505/25 1509/7 1509/8
 1509/21 1511/4 1512/3
 1513/22 1514/7 1527/14
 1530/13 1531/8 1531/17
 1535/4 1538/14 1544/24

goal [1]  1504/16
goals [1]  1512/19
going [2]  1487/19 1488/18
 1489/8 1489/10 1489/25
 1491/21 1491/22 1498/9
 1500/16 1503/6 1505/22
 1516/22 1516/25 1517/10
 1517/19 1517/25 1523/15
 1523/16 1537/19 1538/12
 1541/5 1545/9 1545/22
 1556/20
gone [1]  1491/19
good [4]  1487/10 1487/14
 1487/17 1549/4
got [2]  1511/13 1534/6
government [45]
Government's [1]  1515/11
great [2]  1508/23 1514/3
Greg [6]  1501/22 1502/4
 1518/14 1519/11 1521/15
 1543/20
grounds [1]  1488/12
grow [2]  1541/21 1541/24
growth [1]  1513/4
guess [1]  1518/2
guidance [1]  1512/21
guide [1]  1490/14
guidelines [1]  1531/22
guilty [6]  1502/25 1503/16
 1530/10 1532/21 1534/3
 1534/21
guys [1]  1501/9

**H**

habits [2]  1508/18 1508/19
had [58]
hadn't [1]  1533/4
hair [1]  1553/22
half [5]  1537/25 1538/19
 1539/24 1540/6 1540/10
handwritten [1]  1513/24
happen [2]  1498/15 1517/15
happened [7]  1518/3 1518/5
 1538/7 1538/11 1538/21
 1553/14 1555/23
happy [1]  1557/20
harmoniously [1]  1512/11
has [13]  1488/19 1490/11
 1490/13 1503/8 1503/12
 1508/20 1508/24 1508/25
 1509/8 1510/7 1532/4 1533/15
 1557/7
have [60]
haven't [2]  1488/25 1534/2
having [7]  1544/16 1545/23
 1546/4 1549/9 1551/9 1551/13
 1554/5
he [65]
head [4]  1535/23 1548/20
 1553/23 1555/16
headquarters [2]  1492/15
 1493/1
hear [2]  1490/17 1492/10
heard [6]  1490/19 1491/24
 1536/3 1545/17 1551/1 1557/7
hearing [1]  1538/9
hearsay [4]  1498/11 1549/5
 1552/5 1552/21
held [6]  1487/5 1489/15
 1526/1 1529/1 1557/12 1558/6
help [5]  1490/14 1490/14
 1501/9 1538/9 1538/11
helped [1]  1538/20
helps [1]  1538/12
her [5]  1507/24 1507/24
 1511/10 1511/11 1511/13
here [6]  1495/1 1505/22
 1510/1 1514/5 1538/1 1538/16
hereby [1]  1558/4

heroin [1]  1545/15
hidden [2]  1523/8 1523/11
high [1]  1532/5
higher [1]  1542/10
highlight [9]  1495/24 1506/1
 1506/8 1508/16 1509/12
 1510/4 1512/4 1513/23 1514/8
highly [3]  1510/9 1510/20
 1513/7
him [24]  1488/23 1488/25
 1493/13 1496/4 1496/19
 1497/21 1497/25 1498/5
 1499/10 1501/9 1504/14
 1508/5 1509/23 1512/10
 1512/13 1523/7 1523/11
 1527/9 1546/24 1547/9
 1553/15 1553/18 1554/10
 1554/16
his [40]
history [1]  1544/5
HOCHMAN [12]  1485/10 1486/6
 1487/15 1488/19 1488/23
 1488/24 1489/2 1526/5 1536/3
 1536/7 1552/10 1557/21
home [1]  1492/3
Honor [27]  1487/10 1487/14
 1487/16 1487/19 1488/11
 1488/15 1489/3 1489/11
 1489/19 1490/6 1491/9
 1491/10 1514/19 1515/7
 1515/9 1515/15 1515/16
 1526/3 1526/15 1527/12
 1529/3 1536/2 1536/5 1552/7
 1556/9 1557/15 1557/18
HONORABLE [1]  1484/3
Hopefully [1]  1490/21
hour [2]  1553/3 1553/4
hours [3]  1538/25 1539/6
 1539/9
house [1]  1493/14
how [32]  1496/17 1497/8
 1503/24 1504/1 1510/21
 1522/15 1526/5 1526/6
 1526/17 1526/21 1538/25
 1539/18 1539/23 1539/24
 1540/4 1540/21 1541/1
 1541/12 1541/17 1541/24
 1542/7 1547/19 1547/21
 1547/21 1548/1 1548/4 1548/8
 1553/1 1556/1 1556/6 1556/10
 1556/16
However [1]  1490/16
hundred [2]  1510/14 1542/2
hundreds [1]  1540/4

**I**

I'm [5]  1490/7 1505/9
 1511/12 1514/6 1541/1
I.D [1]  1486/8
ICIB [30]  1499/8 1500/2
 1500/7 1500/14 1508/8 1513/4
 1514/17 1521/3 1539/15
 1539/16 1539/18 1539/24
 1540/3 1540/7 1540/13
 1541/12 1541/18 1542/17
 1542/22 1543/3 1543/5
 1548/13 1554/19 1554/24
 1554/24 1555/3 1555/8
 1555/10 1555/13 1555/16
identify [1]  1490/14
II [1]  1484/15
illegal [1]  1500/10
images [1]  1511/5
immediate [2]  1494/18
 1505/13
immediately [1]  1557/4
impartial [1]  1504/13
impeachment [1]  1527/13
imprisonment [6]  1520/5

**I**

imprisonment... **[5]**   1520/7
 1530/5 1532/2 1532/5 1535/18
**Improper [1]**   1527/12
**incident [1]**   1545/5
**incidents [2]**   1510/12 1539/2
**include [1]**   1501/22
**included [2]**   1500/14 1509/19
**includes [1]**   1505/18
**including [6]**   1506/2 1510/17
 1510/22 1541/20 1556/6
 1556/24
**incorrect [1]**   1529/17
**increase [1]**   1542/8
**indicated [4]**   1497/21
 1516/13 1516/24 1517/18
**indicating [1]**   1507/13
**industriousness [1]**   1496/14
**influence [1]**   1513/3
**information [5]**   1498/12
 1507/12 1550/21 1552/18
 1554/16
**informed [1]**   1493/21
**initial [3]**   1541/3 1547/1
 1549/25
**initially [3]**   1535/3 1547/2
 1550/24
**initiatives [1]**   1509/2
**inmate [4]**   1544/5 1544/12
 1546/7 1548/24
**inmates [8]**   1527/10 1542/15
 1546/6 1546/9 1548/1 1554/4
 1554/5 1554/14
**inquiries [1]**   1510/19
**insertion [1]**   1549/10
**inside [2]**   1544/16 1551/21
**inspire [1]**   1496/13
**instance [3]**   1507/15 1523/6
 1529/10
**instances [1]**   1507/9
**instructions [4]**   1496/7
 1496/10 1496/15 1557/8
**intent [2]**   1491/22 1502/13
**interfere [2]**   1502/6 1521/22
**internal [7]**   1506/13 1510/7
 1512/7 1513/17 1539/12
 1539/16 1548/12
**interpersonal [1]**   1512/10
**interview [19]**   1490/3
 1496/20 1497/9 1498/21
 1498/25 1499/10 1499/11
 1499/17 1499/23 1516/20
 1516/22 1516/25 1517/6
 1517/10 1517/20 1518/1
 1518/9 1534/14 1535/15
**interviewed [3]**   1497/3
 1497/6 1515/21
**interviews [2]**   1534/14
 1538/15
**introduced [1]**   1500/4
**introduction [2]**   1500/9
 1549/13
**investigate [9]**   1494/14
 1494/22 1506/15 1506/22
 1513/19 1541/2 1555/8
 1555/10 1556/1
**investigated [4]**   1494/7
 1495/8 1508/9 1541/9
**investigates [2]**   1555/3
 1555/5
**investigating [4]**   1488/2
 1510/13 1542/14 1543/14
**investigation [25]**   1493/16
 1493/20 1495/9 1499/8
 1500/16 1502/6 1506/22
 1507/14 1507/16 1509/2
 1510/11 1516/18 1520/18
 1521/21 1521/23 1541/10

1543/17 1552/3 1552/18
 1552/18 1555/18 1555/20
 1555/20 1556/25 1556/14
**investigations [13]**   1506/14
 1507/7 1510/8 1512/8 1512/15
 1513/17 1539/13 1539/16
 1539/18 1539/20 1540/19
 1540/21 1550/24
**investigator [4]**   1507/21
 1507/23 1508/13 1543/7
**investigators [10]**   1493/21
 1508/10 1508/12 1512/15
 1542/3 1542/7 1542/10
 1542/13 1542/14 1546/23
**involved [7]**   1543/16 1547/6
 1547/20 1547/22 1548/2
 1551/4 1556/25
**involvement [2]**   1503/18
 1549/9
**involving [1]**   1502/4
**is [131]**
**isn't [2]**   1520/22 1529/25
**issue [5]**   1488/15 1488/20
 1489/1 1554/20 1554/21
**it [110]**
**Item [1]**   1487/7
**items [1]**   1542/6
**its [1]**   1507/16
**itself [1]**   1544/8

**J**

**jail [11]**   1500/9 1527/10
 1532/18 1543/17 1544/17
 1545/6 1548/5 1549/10
 1551/22 1554/17 1555/11
**jails [3]**   1500/4 1543/18
 1548/9
**James [10]**   1500/21 1518/10
 1518/17 1519/6 1519/17
 1520/25 1521/14 1522/22
 1522/24 1523/3
**January [3]**   1511/15 1511/15
 1537/11
**January 3rd [1]**   1511/15
**January 4th [1]**   1511/15
**JAUREGUI [3]**   1485/4 1487/11
 1537/1
**JIU [4]**   1543/13 1543/15
 1543/17 1543/22
**Jones [1]**   1498/6
**JUDGE [2]**   1484/4 1503/7
**judgment [1]**   1512/18
**Judicial [1]**   1558/9
**July [2]**   1505/4 1505/4
**June [4]**   1501/19 1501/19
 1518/14 1518/21
**jurors [2]**   1556/24 1557/9
**jury [14]**   1484/14 1487/6
 1487/18 1488/16 1489/12
 1489/16 1519/7 1523/17
 1526/2 1526/8 1526/22 1529/2
 1530/25 1557/13
**just [22]**   1487/20 1491/20
 1494/25 1498/24 1502/14
 1502/23 1505/21 1506/8
 1511/9 1511/11 1511/24
 1512/23 1513/23 1514/12
 1517/13 1517/23 1531/19
 1541/6 1544/20 1547/4
 1550/13 1550/20
**justice [8]**   1488/4 1502/21
 1503/19 1520/2 1520/11
 1520/17 1530/20 1530/20

**K**

**KATIE [2]**   1484/21 1558/12
**keep [5]**   1523/7 1523/11
 1527/9 1533/9 1557/6

**keeping [1]**   1504/17
**kept [1]**   1553/20
**kicked [1]**   1496/19
**kill [2]**   1546/6 1554/4
**killings [1]**   1544/13
**Kim [12]**   1497/13 1497/19
 1498/1 1498/8 1498/15 1499/3
 1499/16 1499/19 1499/22
 1516/8 1534/18 1534/21
**knew [8]**   1498/24 1543/25
 1544/4 1544/8 1545/9 1546/11
 1546/19 1546/22
**know [24]**   1489/8 1489/10
 1496/16 1503/17 1503/20
 1510/21 1520/6 1520/13
 1521/16 1527/5 1536/10
 1536/13 1543/22 1544/2
 1545/8 1546/8 1547/19
 1547/19 1548/1 1548/4 1548/8
 1554/8 1557/4 1557/22
**knowledge [2]**   1490/4 1510/25

**L**

**LA [3]**   1546/10 1548/20
 1550/6
**label [2]**   1554/3 1554/5
**ladies [3]**   1490/10 1523/15
 1556/20
**large [1]**   1542/16
**larger [1]**   1508/12
**last [8]**   1487/20 1493/4
 1508/16 1510/16 1513/14
 1537/25 1540/10 1553/2
**late [1]**   1488/10
**laugh [1]**   1493/14
**laughed [1]**   1493/14
**law [2]**   1493/23 1498/6
**laxity [1]**   1494/15
**lead [1]**   1508/13
**leadership [3]**   1506/1
 1512/20 1513/1
**leading [3]**   1491/15 1496/22
 1543/10
**Leah [2]**   1487/13 1490/5
**leave [1]**   1553/6
**leaving [1]**   1545/16
**Leavins [22]**   1488/1 1488/3
 1488/3 1488/4 1492/21
 1493/10 1493/11 1493/25
 1505/8 1505/13 1509/11
 1509/18 1510/7 1510/9
 1510/18 1510/21 1542/21
 1542/21 1542/24 1543/3
 1543/4 1543/6
**Lee [1]**   1514/15
**left [3]**   1490/2 1531/4
 1553/14
**Legally [1]**   1529/17
**Leroy [3]**   1484/9 1487/8
 1487/15
**Less [1]**   1553/3
**let [11]**   1493/13 1495/1
 1500/5 1501/18 1506/18
 1523/13 1530/13 1536/6
 1552/7 1552/25 1557/3
**let's [13]**   1487/18 1489/12
 1490/22 1493/4 1495/4 1509/8
 1509/21 1512/4 1527/14
 1538/14 1551/12 1552/23
 1553/17
**level [2]**   1513/6 1557/19
**LEWIS [1]**   1485/10
**lie [8]**   1500/13 1521/6
 1522/1 1522/22 1522/23
 1523/8 1523/10 1523/12
**lies [14]**   1523/4 1526/5
 1526/7 1526/17 1526/21
 1527/1 1529/6 1529/7 1529/10
 1529/13 1529/15 1529/21

I

lies... [2]   1529/24 1530/5
Lieutenant [12]   1492/21
 1505/8 1505/13 1510/9
 1510/18 1515/2 1542/21
 1542/24 1543/3 1543/4 1543/6
 1543/20
lieutenants [1]   1542/22
light [1]   1532/13
like [17]   1488/9 1488/10
 1488/16 1489/13 1490/6
 1494/9 1500/16 1501/9
 1501/16 1505/12 1511/21
 1536/8 1540/23 1544/17
 1544/20 1545/20 1554/14
likely [2]   1499/19 1518/3
lines [4]   1491/23 1493/15
 1527/4 1553/22
link [1]   1488/2
listen [5]   1490/11 1490/12
 1490/15 1493/13 1557/4
little [5]   1488/10 1492/11
 1493/3 1514/1 1526/19
live [1]   1551/20
LIZABETH [2]   1485/5 1487/11
LLP [1]   1485/10
load [3]   1540/7 1540/10
 1541/4
local [2]   1506/24 1506/25
long [10]   1492/2 1507/25
 1507/25 1508/1 1509/10
 1511/8 1511/18 1544/5 1549/3
 1553/1
Long's [1]   1511/4
long-standing [1]   1549/3
look [15]   1495/14 1495/22
 1496/9 1504/8 1504/9 1504/23
 1505/21 1506/7 1509/6
 1511/21 1511/24 1514/21
 1556/4 1556/5 1556/10
looked [2]   1488/6 1500/15
looking [3]   1522/12 1531/11
 1556/16
loose [1]   1501/16
LOS [4]   1484/16 1484/22
 1485/6 1487/1
losing [1]   1508/24
lot [3]   1517/7 1537/24
 1538/19
lower [1]   1532/17
lying [1]   1530/25

M

M-A-R-I [1]   1511/9
M-O-T-Y [1]   1511/12
made [10]   1487/21 1487/22
 1488/7 1496/21 1521/10
 1522/5 1522/24 1535/9
 1535/14 1542/15
mail [2]   1515/1 1515/3
mails [1]   1488/13
maintained [3]   1508/25
 1547/5 1547/8
major [1]   1548/12
majority [1]   1542/12
make [3]   1488/9 1523/2
 1532/11
making [1]   1546/3
Management [1]   1511/25
manner [4]   1496/10 1508/21
 1512/9 1512/16
many [21]   1526/5 1526/7
 1526/17 1526/21 1534/7
 1537/22 1538/25 1539/18
 1539/23 1539/24 1540/4
 1540/21 1541/1 1541/12
 1541/17 1542/7 1547/20
 1547/21 1547/21 1548/1

1548/4
Manzo [9]   1488/1 1501/23
 1502/5 1519/4 1519/10
 1521/15 1521/19 1526/18
 1529/8
MARCH [10]   1484/17 1487/1
 1534/9 1535/21 1535/22
 1536/3 1536/7 1536/11
 1538/24 1558/10
March 17th [3]   1535/22
 1536/3 1536/7
March 4th [1]   1534/9
Mari [1]   1511/9
Maricela [3]   1508/1 1509/10
 1511/4
marijuana [1]   1546/7
Martinez [9]   1548/18 1548/23
 1550/4 1550/4 1550/5 1552/2
 1552/12 1552/14 1552/17
Marx [6]   1490/5 1491/14
 1491/25 1492/7 1500/3 1500/8
Marx's [1]   1493/13
matter [2]   1499/9 1558/7
matters [1]   1513/7
maximum [7]   1520/5 1520/8
 1520/12 1520/13 1522/8
 1529/16 1531/7
may [14]   1488/21 1489/19
 1500/20 1515/16 1517/18
 1518/10 1519/25 1526/3
 1529/3 1533/17 1533/18
 1533/21 1557/14 1557/15
May 2014 [1]   1518/10
maybe [2]   1492/10 1542/2
MCJ [1]   1490/1
me [25]   1488/4 1493/2 1495/1
 1497/21 1497/23 1500/5
 1501/18 1504/7 1506/18
 1510/24 1515/1 1521/19
 1523/13 1523/13 1527/15
 1530/13 1536/6 1538/12
 1544/18 1546/3 1550/17
 1552/7 1552/25 1557/3
 1557/10
mean [12]   1506/18 1511/2
 1540/24 1545/7 1546/6 1546/7
 1546/15 1547/21 1551/13
 1551/20 1553/13 1555/2
medical [1]   1544/24
meet [5]   1497/25 1498/5
 1534/7 1534/9 1547/15
meeting [25]   1490/25 1497/24
 1499/2 1537/11 1543/11
 1543/24 1544/3 1545/10
 1545/23 1546/16 1547/18
 1548/11 1548/16 1549/20
 1549/25 1552/2 1552/10
 1552/24 1553/1 1553/2 1553/5
 1553/6 1553/10 1553/15
 1553/17
meetings [13]   1536/20
 1536/22 1536/23 1537/2
 1537/5 1537/10 1537/13
 1537/18 1537/25 1539/3
 1539/5 1539/7 1539/8
member [1]   1496/2
members [2]   1495/17 1556/24
Men's [5]   1500/9 1545/6
 1551/21 1554/17 1555/11
mentioned [2]   1491/24
 1505/12
mentor [1]   1507/20
met [13]   1497/21 1497/25
 1499/22 1499/24 1534/8
 1534/10 1535/3 1535/5 1536/8
 1536/11 1536/13 1536/16
 1547/16
methamphetamine [1]   1545/15
methodical [1]   1513/9

Mickey [5]   1501/23 1502/5
 1502/8 1519/10 1519/15
microphone [2]   1492/11
 1493/3
mid [1]   1541/5
mid-1980's [1]   1541/5
middle [2]   1541/18 1553/5
might [6]   1489/4 1499/20
 1535/4 1551/8 1552/8 1554/16
million [1]   1531/17
mind [2]   1490/16 1557/6
minutes [4]   1523/16 1523/18
 1553/3 1557/24
misconduct [2]   1555/3 1555/6
misleading [1]   1529/18
Misstates [1]   1552/20
mistake [1]   1496/21
mistakes [1]   1496/13
misunderstood [1]   1496/21
moment [3]   1514/19 1535/4
 1552/23
Monday [4]   1488/18 1488/24
 1489/9 1489/10
monetary [2]   1531/12 1531/17
Monica [1]   1485/12
month [2]   1541/5 1541/22
months [3]   1493/15 1532/14
 1542/1
months' [2]   1532/2 1532/5
more [9]   1489/24 1500/5
 1526/10 1526/12 1526/19
 1526/23 1532/4 1547/23
 1557/19
MORGAN [1]   1485/10
morning [3]   1487/10 1487/14
 1487/17
most [3]   1537/5 1537/7
 1538/7
motion [3]   1532/11 1532/12
 1532/12
Moty [4]   1507/24 1507/25
 1511/8 1511/11
move [9]   1499/14 1515/7
 1521/3 1523/6 1523/7 1523/10
 1523/11 1536/2 1550/19
moved [3]   1501/4 1523/1
 1527/5
moves [1]   1502/14
moving [4]   1489/9 1501/1
 1501/8 1533/10
Mr [6]   1486/5 1486/6 1489/23
 1526/5 1536/7 1552/10
Mr. [70]
Mr. Baca [11]   1490/3 1491/1
 1491/5 1491/12 1491/18
 1494/19 1495/6 1495/8 1549/3
 1552/4 1552/11
Mr. Baca's [2]   1496/18
 1552/24
Mr. Brown [2]   1501/1 1527/5
Mr. Carey [17]   1489/24
 1490/2 1490/25 1492/10
 1493/5 1495/5 1495/25
 1496/25 1500/17 1502/16
 1503/23 1504/10 1511/24
 1514/10 1515/21 1526/6
 1529/5
Mr. Craig [5]   1493/10
 1493/10 1505/16 1505/17
 1505/23
Mr. Craig's [1]   1506/10
Mr. Fox [3]   1516/3 1535/8
 1536/20
Mr. Hochman [6]   1488/19
 1488/23 1488/24 1489/2
 1536/3 1557/21
Mr. Jauregui [1]   1537/1
Mr. Kim [8]   1498/1 1498/8
 1498/15 1499/3 1499/16

## M

**Mr. Kim... [3]**   1499/19 1499/22 1516/8
**Mr. Leavins [5]**   1488/1 1493/10 1493/11 1509/18 1510/21
**Mr. Manzo [1]**   1488/1
**Mr. Martinez [3]**   1552/2 1552/14 1552/17
**Mr. Sexton [3]**   1501/1 1526/5 1526/6
**Mr. Tanaka [1]**   1548/13
**Ms. [3]**   1511/18 1516/3 1536/23
**Ms. Long [1]**   1511/18
**Ms. Rhodes [2]**   1516/3 1536/23
**much [2]**   1541/24 1557/19
**multiple [2]**   1508/12 1509/8
**my [30]**   1487/19 1488/6 1493/7 1493/21 1501/9 1502/13 1506/21 1507/6 1515/24 1517/6 1517/22 1518/7 1518/8 1522/14 1531/6 1533/12 1533/13 1535/23 1538/19 1539/24 1540/6 1540/14 1540/17 1541/3 1541/3 1541/4 1542/1 1555/18 1557/15 1557/21
**myself [2]**   1500/14 1516/15

## N

**name [4]**   1486/3 1504/25 1507/24 1511/10
**namely [1]**   1496/3
**narcotics [7]**   1545/15 1545/20 1545/24 1546/4 1546/9 1547/17 1548/5
**narrative [2]**   1506/8 1510/4
**NATHAN [2]**   1485/10 1487/14
**need [3]**   1527/15 1557/9 1557/22
**needed [2]**   1554/1 1556/1
**needs [1]**   1488/23
**never [3]**   1491/21 1529/12 1529/20
**new [1]**   1512/20
**newly [2]**   1507/20 1507/23
**news [2]**   1498/20 1557/5
**next [16]**   1488/22 1492/1 1495/22 1496/4 1505/21 1505/25 1506/2 1506/7 1509/6 1509/21 1509/25 1510/3 1512/22 1513/8 1541/25 1550/19
**night [3]**   1487/20 1491/11 1493/4
**no [33]**   1484/8 1490/22 1491/3 1492/5 1494/2 1494/21 1494/24 1495/7 1495/11 1498/22 1500/1 1500/12 1501/6 1502/11 1503/5 1507/17 1508/10 1515/9 1515/12 1516/23 1517/15 1517/17 1521/4 1521/23 1523/8 1523/12 1532/4 1532/18 1534/23 1535/16 1543/5 1555/7 1558/12
**None [1]**   1503/15
**North [3]**   1484/22 1485/6 1485/12
**not [43]**
**notation [1]**   1514/1
**note [1]**   1487/20
**notes [2]**   1487/19 1488/6
**nothing [7]**   1493/22 1493/24 1501/17 1519/3 1519/8 1519/12 1519/18

**notice [1]**   1557/10
**notify [1]**   1507/19
**November [9]**   1536/1 1536/17 1536/17 1536/18 1537/10
**November 14th [1]**   1536/18
**November 7th [2]**   1536/1 1536/17
**now [50]**
**number [4]**   1530/8 1541/21 1542/16 1544/21
**Numberwise [1]**   1542/8
**nurse [5]**   1546/24 1547/1 1547/3 1547/3 1547/5

## O

**oath [11]**   1500/23 1518/25 1519/2 1519/7 1519/11 1519/13 1519/17 1519/21 1521/8 1522/3 1523/3
**object [1]**   1488/11
**objection [29]**   1487/20 1487/22 1488/7 1488/9 1489/2 1491/8 1491/15 1496/22 1498/11 1499/14 1515/9 1526/15 1527/12 1529/17 1536/2 1541/15 1549/5 1549/17 1550/9 1551/5 1551/17 1551/23 1552/5 1552/20 1556/8 1556/12 1556/18 1557/15 1557/21
**objections [1]**   1543/5
**objective [4]**   1502/5 1509/3 1512/16 1521/22
**obligations [1]**   1498/9
**obstruct [3]**   1502/20 1520/2 1530/19
**obstruction [6]**   1502/21 1503/11 1503/18 1520/11 1520/16 1530/20
**obstructioning [1]**   1502/15
**obtained [4]**   1554/3 1556/6 1556/10 1556/17
**obviously [1]**   1533/7
**occur [1]**   1521/18
**occurred [2]**   1491/12 1510/15
**occurring [2]**   1510/12 1533/7
**October [3]**   1493/18 1493/18 1493/19
**October 2nd [1]**   1493/18
**October 3rd [1]**   1493/19
**off [1]**   1490/2
**offense [1]**   1534/3
**office [15]**   1485/5 1493/22 1496/18 1497/7 1498/7 1498/10 1506/14 1510/8 1516/1 1518/8 1540/8 1542/1 1542/4 1548/20 1550/6
**Official [1]**   1484/21
**often [2]**   1503/24 1504/1
**oftentimes [1]**   1506/20
**Oh [1]**   1514/19
**Okay [5]**   1489/8 1494/9 1509/5 1512/3 1557/24
**once [1]**   1503/25
**one [32]**   1488/15 1488/19 1506/1 1506/2 1507/7 1514/19 1514/20 1517/15 1517/17 1520/2 1520/24 1521/14 1521/14 1521/16 1522/22 1526/10 1527/1 1529/6 1529/7 1529/15 1529/21 1530/10 1531/4 1531/19 1532/22 1534/10 1537/11 1542/21 1545/4 1545/7 1545/16 1554/5
**One being [1]**   1545/4
**One charge [1]**   1520/24
**one concern [1]**   1545/7
**one count [3]**   1530/10 1531/19 1532/22

**One felony [1]**   1520/2
**one for [1]**   1529/24
**one lie [1]**   1522/22
**one meeting [1]**   1537/11
**One moment [1]**   1514/19
**one of [6]**   1527/1 1529/7 1529/15 1534/10 1542/21 1554/5
**one or [1]**   1529/21
**one out [1]**   1545/16
**one perjury [1]**   1531/4
**one scheduling [1]**   1488/15
**one special [1]**   1488/19
**one thing [1]**   1514/20
**one under [1]**   1506/1
**One was [1]**   1507/7
**one way [2]**   1517/15 1517/17
**One, [1]**   1554/3
**One, he [1]**   1554/3
**ones [1]**   1522/22
**only [7]**   1497/20 1522/23 1522/25 1529/5 1530/15 1530/15 1531/3
**open [1]**   1557/6
**operation [7]**   1543/18 1549/21 1551/1 1551/10 1551/13 1551/14 1551/16
**orchestrate [1]**   1544/13
**order [11]**   1488/25 1496/6 1496/13 1496/21 1516/13 1523/7 1523/7 1523/11 1523/11 1533/22 1553/19
**ordered [1]**   1554/19
**orders [9]**   1494/5 1496/10 1496/13 1500/15 1501/13 1502/13 1552/24 1552/25 1553/18
**organization [1]**   1554/25
**original [4]**   1522/21 1522/24 1532/24 1535/10
**originally [3]**   1519/24 1521/13 1533/14
**OSJ [3]**   1543/15 1543/17 1543/22
**other [13]**   1499/1 1517/16 1517/17 1521/2 1521/3 1523/2 1523/2 1529/10 1529/12 1530/11 1530/18 1548/1 1554/4
**others [2]**   1508/12 1557/1
**otherwise [1]**   1489/6
**our [9]**   1495/1 1501/8 1502/14 1502/14 1507/14 1517/7 1540/10 1541/25 1556/21
**out [11]**   1488/25 1491/13 1491/19 1491/22 1496/19 1497/8 1514/16 1518/8 1540/18 1543/9 1545/16
**outside [10]**   1487/5 1492/2 1506/17 1506/19 1507/7 1513/16 1513/18 1544/24 1545/5 1557/12
**outstanding [12]**   1505/20 1505/23 1506/6 1508/6 1508/20 1509/2 1509/20 1509/24 1510/10 1511/20 1512/9 1512/18
**outweighing [1]**   1488/8
**over [4]**   1499/6 1537/19 1546/7 1556/23
**overall [1]**   1555/19
**overdosed [1]**   1546/9
**Overruled [4]**   1491/16 1496/23 1498/13 1499/15
**own [2]**   1494/18 1513/20

## P

**PA [2]**   1484/8 1487/7

**P**

page [25]   1486/3 1494/10
 1495/13 1495/14 1495/22
 1496/9 1504/8 1505/17
 1505/21 1505/25 1506/7
 1508/17 1509/6 1509/21
 1509/25 1510/1 1510/3 1511/6
 1512/3 1513/23 1514/8
 1514/13 1527/3 1527/16
 1558/7
Page 3 [1]   1495/14
Pages [1]   1523/19
paragraph [1]   1510/5
paragraphs [3]   1506/9 1512/4
 1512/22
Park [1]   1507/8
part [18]   1504/24 1513/23
 1531/1 1547/6 1547/11
 1547/13 1549/22 1549/23
 1549/24 1550/2 1550/7
 1550/13 1550/14 1551/7
 1555/2 1555/15 1555/25
 1556/14
participate [2]   1539/19
 1539/25
particular [1]   1544/15
parts [4]   1505/5 1550/11
 1550/12 1552/3
pass [1]   1507/12
past [2]   1487/22 1490/8
Paul [3]   1488/2 1514/6
 1514/11
Pause [1]   1495/3
pecking [1]   1516/13
people [6]   1495/1 1541/12
 1541/17 1546/6 1548/12
 1556/25
per [1]   1541/5
PERCY [1]   1484/3
perform [1]   1508/21
performance [7]   1494/15
 1503/24 1504/16 1504/18
 1504/22 1508/5 1510/10
performed [2]   1505/6 1512/8
period [13]   1505/3 1505/18
 1506/12 1508/5 1508/20
 1509/13 1509/18 1510/6
 1511/13 1511/18 1512/1
 1512/6 1513/5
periodic [1]   1504/13
periodically [1]   1544/23
perjury [13]   1498/19 1502/20
 1502/22 1503/3 1520/21
 1521/10 1521/13 1522/5
 1522/8 1530/24 1531/4
 1532/22 1534/4
permit [1]   1557/1
person [2]   1496/4 1497/20
personal [2]   1496/6 1540/14
personally [5]   1539/19
 1540/20 1541/2 1541/9
 1544/18
personnel [2]   1495/21
 1511/25
pertained [1]   1554/11
phone [31]   1500/4 1500/9
 1543/9 1543/14 1543/25
 1544/8 1544/12 1544/14
 1544/16 1545/3 1545/5 1545/8
 1545/11 1546/2 1546/12
 1546/25 1548/23 1548/24
 1549/10 1549/13 1550/3
 1550/5 1550/6 1551/2 1551/20
 1552/15 1554/21 1556/2
 1556/6 1556/11 1556/17
phones [2]   1548/4 1555/11
photographs [1]   1546/2
photos [3]   1545/10 1545/14

place [4]   1494/6
PLAINTIFF [1]   1484/7
plan [1]   1545/5
play [3]   1490/6 1490/22
 1551/7
played [1]   1490/24
plea [7]   1530/7 1530/9
 1530/14 1532/16 1534/6
 1535/6 1535/11
pleaded [1]   1532/21
please [35]   1487/8 1489/18
 1489/20 1490/12 1494/11
 1495/15 1495/24 1496/11
 1497/1 1504/8 1504/9 1504/10
 1505/25 1506/10 1508/3
 1508/7 1508/17 1508/18
 1509/6 1509/12 1509/21
 1509/25 1510/3 1510/3 1510/5
 1511/22 1512/3 1512/5
 1512/24 1513/8 1513/14
 1514/21 1523/9 1557/3
 1557/16
pled [5]   1502/25 1503/16
 1530/10 1534/3 1534/21
plus [1]   1542/2
point [17]   1491/5 1500/14
 1501/1 1501/11 1533/4
 1534/2 1543/13 1543/15
 1546/13 1546/15 1546/20
 1547/19 1548/6 1548/9 1549/4
 1553/5 1553/10
police [4]   1488/5 1507/3
 1507/4 1507/9
policies [3]   1494/6 1495/12
 1496/9
policy [5]   1494/10 1494/11
 1494/23 1495/19 1496/10
portion [4]   1508/16 1509/12
 1513/24 1514/9
positions [3]   1540/12 1542/4
 1542/5
positive [1]   1513/2
possession [4]   1538/19
 1544/12 1545/3 1545/11
possible [5]   1512/19 1517/24
 1518/2 1534/13 1555/24
precise [2]   1500/6 1536/14
prejudicial [1]   1488/8
preparation [2]   1516/20
 1537/14
prepare [2]   1498/25 1499/16
prepared [1]   1517/6
presence [6]   1487/6 1489/16
 1496/7 1526/2 1529/2 1557/13
present [10]   1487/16 1534/16
 1536/20 1536/22 1536/23
 1537/1 1537/4 1537/6 1537/8
 1553/11
presentations [1]   1513/9
PRESIDING [1]   1484/4
pretty [1]   1544/14
previous [2]   1514/8 1526/24
primary [1]   1506/15
prior [4]   1499/2 1510/15
 1510/25 1540/16
priorities [1]   1516/14
priority [1]   1554/2
prison [1]   1534/3
privilege [1]   1498/12
probably [2]   1526/14 1540/11
probative [1]   1488/8
problem [3]   1546/4 1548/8
 1557/22
proceed [3]   1515/16 1526/3
 1529/3
proceedings [11]   1484/13
 1487/5 1489/15 1495/3
 1500/17 1523/19 1526/1

1527/16 1529/1 1557/12
 1558/6
produce [2]   1508/23 1546/8
professionalism [1]   1512/10
proficiency [1]   1513/6
promotion [1]   1540/17
pronounce [1]   1507/24
proper [1]   1496/5
prosecutors [1]   1534/10
provide [1]   1552/17
provided [2]   1503/12 1512/21
providing [1]   1554/16
publish [1]   1511/22
pursuant [1]   1558/4
pursue [1]   1493/24
push [1]   1493/2
put [4]   1489/25 1514/13
 1555/1 1555/13

**Q**

question [16]   1500/5 1521/20
 1523/6 1523/9 1538/8 1549/12
 1550/9 1550/19 1551/11
 1552/6 1552/25 1554/9 1556/8
 1556/12 1556/18 1557/18
questioning [1]   1500/25
questions [9]   1489/24
 1499/19 1515/13 1516/21
 1535/9 1537/19 1537/22
 1538/2 1538/9
quick [1]   1488/17

**R**

range [2]   1531/25 1532/5
rank [4]   1495/18 1504/7
 1505/13 1542/11
ranking [1]   1505/16
rated [2]   1506/6 1509/24
rater [5]   1505/9 1505/10
 1505/14 1509/16 1514/10
rating [8]   1506/12 1508/5
 1508/6 1510/6 1510/10
 1511/18 1512/6 1513/5
read [14]   1494/11 1495/15
 1495/25 1496/11 1504/10
 1506/10 1507/18 1508/7
 1508/18 1510/5 1512/5
 1512/23 1514/4 1557/4
Reading [16]   1494/13 1495/17
 1496/2 1496/12 1504/12
 1506/12 1507/19 1508/4
 1508/8 1508/19 1510/6
 1510/17 1512/6 1512/25
 1513/9 1513/15
reason [5]   1488/18 1496/17
 1501/8 1521/3 1522/25
reasonable [1]   1539/11
reasons [3]   1501/1 1510/9
 1554/3
recall [6]   1487/25 1488/6
 1488/7 1497/14 1521/24
 1553/18
receive [7]   1504/1 1504/20
 1505/17 1505/23 1511/18
 1530/13 1555/8
received [10]   1490/12
 1497/10 1497/14 1497/18
 1505/17 1515/4 1515/10
 1515/11 1530/8 1557/7
Recess [1]   1557/25
recognize [1]   1514/23
recollection [10]   1493/7
 1515/24 1517/6 1517/15
 1517/17 1518/7 1522/14
 1538/3 1538/10 1538/21
recommend [1]   1532/4
record [3]   1487/21 1488/9
 1509/1

**R**

**recording [6]** 1490/11 1490/13 1490/16 1490/22 1492/13 1492/18
**recordings [2]** 1491/25 1492/4
**redacted [1]** 1488/14
**reduce [2]** 1531/3 1532/14
**refer [2]** 1507/24 1527/1
**reference [1]** 1501/12
**referenced [1]** 1509/13
**referred [1]** 1513/18
**referring [1]** 1550/18
**reflected [2]** 1513/1 1515/4
**refresh [3]** 1538/3 1538/10 1538/20
**regard [1]** 1508/21
**regarding [1]** 1495/12
**regular [1]** 1513/11
**regulations [2]** 1495/19 1558/8
**relate [1]** 1502/22
**related [5]** 1490/4 1500/19 1502/17 1510/19 1530/20
**relating [1]** 1551/9
**relationship [2]** 1549/4 1556/5
**Relevance [1]** 1541/15
**remember [29]** 1491/17 1491/20 1499/12 1499/18 1517/2 1517/3 1517/4 1517/5 1517/12 1517/14 1517/14 1517/21 1517/21 1518/4 1518/5 1518/15 1518/19 1518/19 1531/23 1534/12 1541/4 1547/2 1547/14 1553/8 1553/9 1553/12 1553/13 1555/2 1555/22
**remind [1]** 1556/22
**reminded [1]** 1557/6
**rephrase [3]** 1491/10 1552/7 1556/9
**report [1]** 1494/17
**reported [3]** 1512/12 1542/18 1558/6
**Reporter [1]** 1484/21
**REPORTER'S [1]** 1484/13
**reporting [4]** 1508/25 1527/10 1554/6 1554/10
**reports [3]** 1487/24 1494/14 1557/5
**represented [5]** 1497/19 1497/20 1497/22 1516/11 1516/16
**representing [2]** 1497/11 1497/23
**request [3]** 1506/21 1511/1 1513/19
**requested [1]** 1507/14
**requesting [4]** 1506/17 1506/19 1507/1 1507/2
**requests [1]** 1513/16
**required [3]** 1508/11 1512/13 1550/24
**requiring [1]** 1508/12
**reserved [1]** 1532/16
**resolve [1]** 1488/16
**respect [7]** 1509/16 1520/18 1522/7 1522/21 1529/10 1549/7 1556/16
**responded [1]** 1513/16
**response [1]** 1522/25
**responsibility [2]** 1494/13 1555/20
**responsible [4]** 1495/20 1504/6 1504/12 1504/19
**restate [1]** 1536/6
**rested [1]** 1488/25

**result [1]** 1532/18
**retaliate [2]** 1554/14 1554/16
**retaliation [1]** 1542/15
**retrospect [1]** 1502/14
**return [1]** 1523/17
**review [7]** 1503/24 1504/1 1504/4 1504/5 1505/6 1511/13 1513/11
**reviewed [5]** 1492/3 1492/13 1492/18 1517/7 1518/7
**reviewer [6]** 1505/7 1505/10 1505/11 1505/15 1511/16 1514/14
**reviewing [4]** 1517/21 1538/12 1539/1 1539/1
**reviews [1]** 1513/10
**RHODES [4]** 1485/5 1487/11 1516/3 1536/23
**right [16]** 1487/18 1489/17 1490/20 1495/4 1501/18 1520/7 1520/14 1520/22 1532/16 1533/7 1535/24 1537/12 1537/17 1543/21 1548/21 1552/9
**rights [1]** 1546/13
**role [1]** 1503/18
**room [2]** 1523/17 1549/8
**RPR [1]** 1558/12
**rules [2]** 1494/16 1496/7
**run [2]** 1544/14 1555/17

**S**

**safe [3]** 1527/9 1543/18 1553/20
**safety [5]** 1501/4 1501/8 1521/4 1554/1 1554/12
**said [28]** 1491/21 1493/9 1493/14 1497/25 1499/13 1501/9 1507/1 1515/21 1516/8 1521/18 1530/17 1533/14 1535/4 1535/9 1536/5 1544/20 1548/11 1548/17 1548/23 1549/3 1549/8 1550/11 1552/2 1552/14 1552/14 1553/24 1555/19 1555/25
**same [6]** 1492/16 1495/13 1504/3 1509/25 1519/2 1526/18
**San [1]** 1527/5
**sanctioned [11]** 1549/21 1549/23 1549/24 1550/2 1550/12 1550/14 1550/15 1551/1 1551/9 1551/10 1551/13
**Santa [1]** 1485/12
**satisfied [1]** 1554/8
**Saturday [2]** 1510/25 1543/11
**saw [1]** 1491/24
**say [27]** 1491/5 1497/16 1497/18 1498/18 1500/2 1500/7 1501/3 1502/8 1506/4 1506/20 1511/9 1513/25 1514/2 1514/4 1517/3 1517/13 1520/9 1526/20 1536/3 1537/6 1539/5 1540/17 1546/15 1553/3 1553/13 1555/6 1555/15
**saying [4]** 1501/15 1546/23 1547/12 1547/14
**says [1]** 1505/9
**scheduled [1]** 1533/16
**scheduling [1]** 1488/15
**Scott [3]** 1505/2 1505/14 1506/13
**seal [2]** 1523/20 1527/17
**second [15]** 1494/25 1502/4 1505/12 1512/3 1519/16 1519/16 1520/10 1521/12

1521/14 1521/16 1521/17 1526/2 1526/22 1529/25 1530/4
**Secretarial [1]** 1542/5
**Section [1]** 1558/4
**secured [3]** 1544/16 1544/24 1546/5
**security [1]** 1545/6
**see [9]** 1492/12 1494/25 1495/1 1502/14 1505/6 1509/22 1510/1 1523/13 1557/24
**seemed [1]** 1501/13
**seized [1]** 1548/24
**selected [1]** 1543/2
**sensitive [2]** 1510/20 1513/7
**sent [4]** 1487/25 1491/13 1515/1 1515/4
**sentence [11]** 1503/6 1510/16 1513/8 1513/14 1520/8 1522/9 1529/16 1532/14 1532/17 1544/6 1551/3
**sentenced [1]** 1503/4
**sentences [1]** 1512/24
**sentencing [17]** 1503/9 1503/14 1503/17 1520/6 1520/12 1520/13 1531/4 1531/8 1531/22 1531/25 1532/24 1533/10 1533/10 1533/12 1533/14 1533/15 1533/21
**September [28]** 1488/1 1490/5 1491/4 1491/11 1492/1 1492/16 1493/5 1494/1 1495/6 1495/10 1501/12 1505/19 1509/19 1511/19 1514/17 1518/18 1518/22 1520/18 1530/21 1533/1 1533/2 1533/15 1533/21 1538/21 1539/2 1541/22 1542/1 1542/18
**September 2011 [1]** 1541/22
**September 2014 [1]** 1518/22
**September 26th [3]** 1490/5 1491/11 1494/1
**September 27th [3]** 1492/1 1492/16 1493/5
**sergeant [10]** 1492/21 1505/2 1506/12 1507/20 1507/21 1507/25 1508/10 1508/13 1508/19 1509/3
**sergeants [3]** 1491/14 1492/2 1542/12
**served [1]** 1534/2
**services [1]** 1507/14
**serving [2]** 1544/5 1551/3
**seven [2]** 1539/3 1540/17
**seven or [1]** 1539/3
**several [7]** 1507/7 1510/13 1510/14 1539/22 1539/23 1545/4 1554/3
**Sexton [24]** 1500/21 1501/1 1518/10 1518/18 1518/20 1519/6 1519/17 1520/25 1521/14 1521/17 1522/22 1522/24 1523/3 1526/5 1526/6 1526/7 1526/21 1526/22 1527/2 1529/6 1529/11 1529/25 1530/4 1531/5
**shall [6]** 1494/14 1494/17 1495/18 1496/3 1496/12 1504/14
**she [2]** 1491/20 1500/3
**sheriff [28]** 1492/8 1493/12 1494/5 1496/3 1497/23 1500/10 1501/10 1501/13 1506/14 1507/13 1510/8 1511/3 1514/15 1516/14 1548/13 1548/16 1550/3

**S**

**sheriff... [11]**   1550/8
1553/6 1553/10 1553/14
1553/17 1554/19 1554/24
1554/25 1555/16 1555/19
1556/15
**sheriff's [17]**   1492/15
1492/25 1494/7 1494/12
1494/23 1497/11 1497/19
1497/22 1503/23 1506/16
1516/11 1516/14 1516/17
1539/20 1546/10 1547/15
1554/25
**short [2]**   1511/9 1523/16
**should [4]**   1491/19 1494/7
1496/14 1555/20
**shouldn't [2]**   1491/6 1491/13
**show [9]**   1494/9 1495/12
1511/6 1516/25 1517/10
1517/19 1517/25 1538/14
1545/14
**showed [1]**   1493/12
**showing [1]**   1538/16
**side [1]**   1492/11
**sidebar [2]**   1523/14 1527/14
**sides [1]**   1527/9
**simply [1]**   1557/10
**since [1]**   1554/23
**single [1]**   1540/2
**sir [64]**
**situation [1]**   1489/7
**six [1]**   1540/17
**six or [1]**   1540/17
**skills [2]**   1506/2 1512/10
**small [1]**   1508/8
**smuggle [1]**   1555/10
**smuggled [3]**   1547/9 1547/12
1548/5
**smuggling [2]**   1544/13 1547/6
**snitch [1]**   1554/4
**so [34]**   1488/6 1489/1 1489/6
1489/12 1490/22 1493/4
1495/13 1511/13 1516/23
1517/18 1518/5 1518/23
1520/9 1520/15 1522/7
1522/11 1523/5 1526/20
1529/10 1531/7 1531/17
1532/3 1532/20 1533/10
1534/17 1535/20 1539/7
1541/6 1541/7 1546/19 1550/5
1551/15 1555/13 1557/21
**solely [1]**   1501/4
**some [10]**   1495/12 1513/19
1530/14 1535/9 1536/22
1536/23 1537/1 1537/6
1542/12 1553/5
**somebody [4]**   1507/10 1527/15
1550/18 1553/24
**someone [1]**   1494/6
**something [8]**   1490/18
1491/22 1493/15 1495/2
1517/14 1531/22 1543/13
1553/22
**Sometimes [1]**   1507/11
**sorry [6]**   1490/7 1500/5
1505/9 1511/12 1514/6 1541/1
**sort [1]**   1552/25
**sound [2]**   1532/8 1536/7
**sounds [6]**   1488/10 1490/21
1535/23 1536/19 1537/12
1537/17
**speak [2]**   1492/20 1557/10
**speakers [1]**   1490/14
**speaking [2]**   1498/10 1508/10
**special [18]**   1487/13 1488/19
1490/5 1491/1 1491/14
1491/25 1492/3 1493/16
1497/1 1500/3 1500/8 1507/16

1508/17 1511/22 1514/7
1530/5 1537/4 1558/8
**specific [1]**   1530/19
**specifically [1]**   1494/10
**specifics [1]**   1505/22
**spell [1]**   1511/11
**spend [1]**   1538/25
**spent [1]**   1539/9
**split [1]**   1507/11
**spoke [3]**   1535/20 1535/21
1535/25
**spoken [1]**   1546/18
**Spring [2]**   1484/22 1485/6
**squad [1]**   1546/13
**staff [3]**   1513/13 1527/9
1542/5
**stand [1]**   1489/13
**standing [1]**   1549/3
**start [1]**   1551/12
**started [1]**   1541/12
**state [3]**   1487/8 1514/12
1523/9
**statement [2]**   1490/3 1521/2
**statements [6]**   1502/22
1520/24 1523/3 1535/9
1535/14 1535/17
**STATES [10]**   1484/1 1484/4
1484/6 1487/7 1487/12 1503/8
1503/12 1515/25 1558/5
1558/9
**stenographically [1]**   1558/6
**step [1]**   1557/14
**Steve [9]**   1493/25 1509/11
1542/21 1548/17 1548/23
1550/4 1550/4 1550/5 1552/11
**Steven [1]**   1510/6
**stipulate [1]**   1489/5
**Stolper [1]**   1534/25
**stop [3]**   1493/16 1493/20
1506/18
**story [1]**   1488/2
**Street [2]**   1484/22 1485/6
**strike [1]**   1499/14
**struck [1]**   1530/7
**Su [2]**   1497/13 1497/19
**subject [1]**   1499/9
**submitted [1]**   1509/3
**subordinate [3]**   1495/20
1504/14 1504/17
**Subordinate's [1]**   1504/11
**subordinates [10]**   1494/14
1494/20 1496/16 1504/1
1504/4 1504/20 1508/11
1512/11 1512/21 1513/3
**such [1]**   1496/6
**suffered [1]**   1488/20
**Suite [1]**   1485/12
**Sunday [1]**   1510/25
**superior [1]**   1512/20
**supervise [4]**   1539/19 1540/1
1540/22 1541/2
**supervised [4]**   1540/2
1540/20 1541/9 1543/22
**supervises [1]**   1496/6
**supervising [1]**   1508/4
**supervision [3]**   1495/13
1495/23 1496/1
**supervisor [7]**   1494/17
1494/18 1496/3 1496/5
1496/12 1504/12 1505/14
**supervisor's [2]**   1504/17
1504/21
**supervisors [4]**   1494/14
1495/16 1495/17 1504/14
**supposed [1]**   1532/24
**sure [5]**   1487/21 1499/12
1499/21 1522/20 1523/10
**surveillance [1]**   1542/5
**suspected [1]**   1506/16

**Sustained [11]**   1526/16
1526/19 1541/16 1549/6
1549/18 1550/10 1551/6
1551/18 1551/25 1552/22
1556/13
**sworn [1]**   1511/25

**T**

**tab [1]**   1490/8
**table [1]**   1487/12
**tact [1]**   1496/12
**tactics [1]**   1502/15
**take [5]**   1496/25 1503/17
1523/15 1556/21 1556/21
**taken [1]**   1519/2
**talk [2]**   1550/20 1557/3
**talked [6]**   1488/19 1502/23
1534/19 1546/12 1550/13
1552/11
**talking [4]**   1498/3 1534/20
1543/10 1549/20
**Tanaka [14]**   1488/3 1488/4
1490/1 1511/3 1514/1 1514/11
1542/19 1542/25 1543/2
1548/13 1553/7 1553/9
1553/15 1555/21
**Tanner [6]**   1487/13 1491/2
1497/1 1508/17 1511/22
1514/7
**Tanner's [1]**   1492/3
**tape [3]**   1490/11 1490/15
1490/16
**tasked [1]**   1510/13
**tasks [2]**   1508/11 1508/15
**Technically [1]**   1540/2
**technicians [1]**   1542/6
**telephone [1]**   1497/10
**tell [23]**   1491/2 1491/13
1493/11 1496/20 1498/8
1498/15 1499/10 1499/24
1516/19 1517/9 1519/3 1519/7
1519/11 1519/17 1526/6
1526/7 1526/9 1526/17
1526/22 1532/7 1536/15
1542/9 1543/23
**telling [1]**   1550/3
**ten [1]**   1520/11
**ten-year [1]**   1520/11
**tens [1]**   1540/4
**test [1]**   1496/15
**testament [1]**   1513/11
**testified [11]**   1500/17
1518/9 1518/13 1518/17
1518/24 1519/6 1519/10
1519/11 1519/15 1530/10
1533/4
**testify [5]**   1500/20 1500/23
1501/19 1518/20 1533/22
**testimony [7]**   1489/5 1489/25
1533/11 1537/14 1539/1
1551/24 1552/20
**than [8]**   1521/4 1526/10
1526/12 1526/19 1526/23
1532/5 1548/1 1553/3
**Thank [4]**   1489/11 1495/14
1497/1 1506/3
**thanks [1]**   1514/3
**that [365]**
**That's [10]**   1506/8 1529/14
1530/2 1533/6 1534/5 1536/25
1543/1 1543/12 1548/3
1548/25
**their [9]**   1492/2 1492/7
1494/20 1495/18 1504/16
1504/21 1504/22 1512/15
1513/19
**them [14]**   1493/4 1494/22
1504/5 1534/9 1536/13
1536/22 1536/24 1537/2

**them... [6]**  1537/6 1538/7 1538/19 1540/20 1540/20 1542/16
**then [14]**  1489/1 1501/16 1505/9 1518/17 1520/10 1520/21 1521/12 1531/3 1535/25 1537/13 1538/14 1547/2 1547/3 1547/3
**there [29]**  1488/1 1489/4 1491/19 1491/19 1491/22 1493/22 1493/23 1494/6 1495/1 1501/10 1501/17 1506/18 1507/6 1510/16 1511/5 1521/2 1521/13 1522/18 1522/20 1537/24 1538/14 1540/6 1542/12 1545/4 1546/8 1548/12 1550/11 1551/3 1554/13
**therefor [1]**  1496/17
**these [15]**  1487/24 1502/1 1506/24 1507/9 1509/22 1510/19 1518/24 1537/10 1537/18 1537/24 1538/15 1539/1 1539/2 1542/14 1550/23
**they [24]**  1493/3 1493/12 1493/23 1496/14 1496/16 1499/8 1507/11 1516/24 1516/24 1517/4 1518/21 1522/8 1537/22 1537/22 1537/24 1538/2 1538/2 1538/6 1540/4 1543/20 1544/13 1545/10 1547/16 1550/24
**THIBODEAUX [2]**  1484/21 1558/12
**thing [2]**  1514/20 1531/3
**things [1]**  1543/25
**think [10]**  1488/17 1489/2 1489/9 1493/3 1502/21 1518/4 1541/25 1545/17 1552/14 1555/25
**third [5]**  1509/25 1518/17 1519/15 1519/16 1519/21
**Thirty [1]**  1553/3
**this [63]**
**Thomas [1]**  1519/11
**Thompson [11]**  1501/23 1502/5 1515/2 1518/14 1521/15 1521/19 1526/18 1529/7 1529/22 1530/25 1543/20
**thorough [2]**  1509/3 1512/16
**those [20]**  1488/12 1491/22 1492/3 1493/15 1507/9 1508/4 1529/12 1529/15 1530/5 1530/15 1530/19 1535/17 1536/20 1538/18 1538/20 1539/5 1540/4 1542/3 1545/14 1555/22
**thought [4]**  1500/14 1521/16 1536/3 1550/2
**thousands [2]**  1540/5 1541/7
**three [6]**  1512/24 1518/24 1530/18 1530/19 1537/13 1539/6
**three and [1]**  1539/6
**three counts [1]**  1530/18
**three meetings [1]**  1537/13
**three sentences [1]**  1512/24
**three trials [1]**  1518/24
**through [8]**  1487/19 1521/20 1527/4 1530/13 1538/12 1538/24 1540/3 1547/13
**till [1]**  1557/11
**time [38]**
**timeframe [2]**  1518/15 1518/22
**timely [3]**  1504/20 1509/4

1512/16
**times [4]**  1537/7 1537/7 1539/9 1552/25
**timing [1]**  1552/25
**Title [1]**  1558/4
**to be [1]**  1532/25
**today [6]**  1488/16 1500/18 1519/2 1535/1 1537/14 1537/20
**told [6]**  1496/19 1517/24 1522/23 1529/11 1548/17 1550/18
**TOM [2]**  1486/4 1514/3
**too [1]**  1554/7
**top [5]**  1488/13 1504/24 1505/9 1509/12 1511/24
**total [1]**  1539/9
**town [1]**  1488/21
**traced [1]**  1546/12
**train [1]**  1501/14
**transcript [7]**  1484/13 1490/13 1490/17 1490/18 1527/3 1558/6 1558/7
**transports [1]**  1544/24
**trial [42]**
**trials [4]**  1502/1 1518/20 1518/24 1526/24
**tried [1]**  1493/3
**tries [1]**  1557/3
**true [5]**  1502/10 1515/3 1546/16 1555/7 1558/5
**trustful [1]**  1498/14
**truth [16]**  1499/24 1500/11 1501/5 1501/7 1519/3 1519/3 1519/4 1519/7 1519/8 1519/8 1519/12 1519/12 1519/12 1519/18 1519/18 1519/18
**truthful [3]**  1498/16 1498/21 1503/10
**truthfully [1]**  1530/11
**try [3]**  1492/12 1493/4 1495/4
**trying [2]**  1501/9 1517/13
**turn [1]**  1492/11
**TV [1]**  1501/15
**Twenty [1]**  1522/15
**Twenty-five [1]**  1522/15
**twice [2]**  1536/11 1536/17
**two [12]**  1488/13 1495/1 1497/16 1506/9 1512/4 1512/22 1520/21 1521/13 1540/10 1540/10 1542/22 1544/3
**two before [1]**  1544/3
**two lieutenants [1]**  1542/22
**two of [1]**  1495/1
**two paragraphs [3]**  1506/9 1512/4 1512/22
**two perjury [2]**  1520/21 1521/13
**two top [1]**  1488/13
**two-and-a-half [1]**  1540/10
**type [1]**  1542/3
**types [4]**  1545/14 1545/20 1548/4 1550/23

**U**

**U.S [3]**  1484/21 1497/7 1498/10
**ultimately [1]**  1537/19
**uncommon [1]**  1506/21
**under [18]**  1495/22 1500/23 1504/10 1506/1 1508/7 1508/18 1511/25 1518/25 1519/11 1519/17 1521/3 1521/8 1522/3 1523/3 1523/20 1527/17 1542/22 1543/20
**undercover [1]**  1547/15
**undersheriff [11]**  1507/13 1511/3 1514/1 1514/11

1542/18 1542/25 1543/2 1553/20 1555/9 1555/19 1555/21
**understand [7]**  1517/23 1538/8 1546/16 1549/12 1551/11 1551/12 1553/25
**understanding [6]**  1496/15 1513/12 1531/6 1531/7 1552/6 1554/1
**unexpected [1]**  1510/11
**unit [9]**  1504/18 1506/21 1507/6 1508/8 1540/18 1541/19 1543/17 1555/18 1555/18
**UNITED [10]**  1484/1 1484/4 1484/6 1487/7 1487/12 1503/8 1503/12 1515/25 1558/5 1558/9
**units [1]**  1540/16
**unsanctioned [1]**  1550/7
**until [2]**  1556/22 1557/7
**up [8]**  1501/11 1507/12 1522/7 1522/11 1537/23 1538/16 1540/23 1543/10
**us [6]**  1485/5 1487/12 1494/25 1501/16 1507/5 1550/3
**use [6]**  1496/12 1501/11 1510/11 1544/20 1545/5 1550/16
**used [2]**  1511/11 1551/21
**uses [1]**  1510/14
**utilize [1]**  1504/14

**V**

**vague [2]**  1491/8 1556/19
**value [2]**  1488/8 1488/8
**values [2]**  1506/5 1513/2
**various [4]**  1499/6 1512/12 1540/16 1545/20
**verbal [1]**  1504/15
**versus [1]**  1487/8
**very [3]**  1492/1 1526/13 1544/8
**video [1]**  1493/12
**views [1]**  1557/9
**violating [1]**  1494/22
**violations [1]**  1494/15
**violent [1]**  1546/8
**virtue [1]**  1495/18
**VOLUME [1]**  1484/15

**W**

**want [14]**  1495/12 1495/14 1496/9 1497/2 1497/16 1504/23 1506/20 1509/10 1512/23 1517/23 1530/18 1547/18 1550/16 1556/22
**wanted [7]**  1487/20 1497/9 1499/11 1543/4 1549/1 1550/4 1552/15
**was [188]**
**wasn't [1]**  1487/21
**way [10]**  1501/25 1502/6 1517/15 1517/17 1521/22 1532/18 1538/24 1544/11 1549/16 1555/6
**ways [1]**  1499/1
**we [70]**
**we'll [1]**  1509/7
**week [2]**  1488/22 1544/2
**weekends [2]**  1510/18 1510/22
**well [32]**  1489/10 1492/10 1497/21 1497/23 1504/2 1511/16 1512/11 1519/13 1519/22 1521/18 1522/21 1526/13 1527/14 1529/20 1530/13 1530/17 1536/11

## W

**well... [15]**   1536/16 1536/17
1537/8 1538/2 1538/9 1541/17
1546/2 1549/7 1549/12 1551/4
1551/7 1551/12 1553/9 1555/3
1555/5
**went [2]**   1496/18 1499/6
**were [77]**
**weren't [3]**   1498/16 1498/21
1544/22
**West [1]**   1507/8
**WESTERN [1]**   1484/2
**what [75]**
**whatsoever [1]**   1503/15
**when [35]**   1490/25 1492/13
1493/12 1493/16 1494/6
1496/18 1497/14 1497/25
1498/9 1499/24 1500/3
1503/23 1505/5 1508/13
1511/9 1513/18 1517/3
1517/13 1519/6 1519/10
1519/15 1521/18 1521/21
1532/24 1533/15 1535/8
1536/8 1540/22 1541/4
1541/12 1546/15 1550/11
1553/13 1553/17 1556/1
**where [9]**   1488/21 1492/13
1492/22 1498/5 1501/12
1534/9 1554/13 1554/24
1556/1
**wherein [1]**   1508/8
**whether [9]**   1492/17 1500/2
1500/7 1502/5 1503/17 1506/4
1550/25 1556/4 1556/16
**whether Mr. Craig [1]**   1506/4
**which [23]**   1490/8 1500/20
1503/2 1504/23 1510/15
1511/23 1513/1 1513/3 1513/6
1516/24 1517/9 1517/18
1517/24 1519/16 1521/10
1521/16 1522/5 1522/18
1522/19 1527/3 1531/18
1549/23 1549/24
**while [2]**   1507/6 1554/17
**who [29]**   1487/16 1488/19
1492/20 1493/17 1497/6
1497/10 1497/12 1497/19
1499/7 1503/6 1504/25 1505/6
1505/6 1505/7 1507/1 1507/22
1509/16 1511/2 1511/6
1514/10 1534/24 1543/2
1543/22 1544/5 1548/20
1550/5 1551/2 1555/8 1555/10
**whole [4]**   1519/3 1519/8
1519/12 1519/18
**why [12]**   1488/18 1492/6
1494/3 1498/23 1499/10
1500/13 1502/12 1527/5
1527/8 1553/25 1554/1 1556/1
**will [25]**   1488/17 1489/6
1490/8 1491/10 1492/12
1502/15 1515/10 1523/16
1523/17 1527/1 1530/24
1531/3 1531/4 1531/8 1531/17
1546/6 1550/19 1554/4 1556/9
1556/21 1557/11 1557/17
1557/18 1557/18 1557/20
**WILLIAM [1]**   1486/4
**withdraw [1]**   1557/17
**within [6]**   1494/7 1510/12
1540/8 1541/25 1546/9 1554/4
**without [5]**   1505/22 1508/24
1512/19 1550/18 1553/15
**witness [7]**   1486/3 1488/20
1489/13 1489/18 1502/2
1515/13 1518/9
**word [1]**   1550/16
**words [3]**   1523/2 1551/12

1555/22
**work [12]**   1495/20 1504/11
1504/13 1508/18 1508/7
1508/18 1508/19 1508/24
1508/25 1512/11 1514/3
1543/4
**worked [2]**   1541/13 1541/17
**working [2]**   1493/17 1546/20
**works [1]**   1492/12
**would [49]**
**wouldn't [2]**   1537/6 1552/17
**writing [1]**   1494/17
**written [4]**   1495/15 1504/15
1506/10 1513/23

## Y

**year [13]**   1503/25 1503/25
1504/3 1505/18 1520/5 1520/7
1520/11 1522/8 1529/16
1533/17 1540/6 1540/6 1541/7
**year-and-a-half [1]**   1540/6
**years [14]**   1510/15 1520/14
1522/11 1522/13 1522/15
1522/16 1530/4 1531/8 1531/8
1538/19 1539/24 1540/10
1540/17 1544/6
**years' [1]**   1535/18
**yes [144]**
**yesterday [6]**   1488/21
1489/25 1490/2 1491/24
1514/20 1537/20
**yet [2]**   1489/1 1503/4
**you [386]**
**Young [2]**   1534/18 1534/21
**your [104]**
**yours [1]**   1511/21
**yourself [1]**   1516/12