UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE PERCY ANDERSON

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

United States of America,          )
                    PLAINTIFF,     )
                                   )
VS.                                )   NO. CR 16-66 PA
                                   )
Leroy Baca,                        )
                    DEFENDANT,     )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - DAY ELEVEN

VOLUME I OF II

LOS ANGELES, CALIFORNIA

THURSDAY, MARCH 9, 2017

_____

KATIE E. THIBODEAUX, CSR 9858
U.S. Official Court Reporter
312 North Spring Street, #436
Los Angeles, California 90012

APPEARANCES OF COUNSEL:


FOR THE GOVERNMENT:

BRANDON D. FOX
-and- EDDIE JAUREGUI
-and- LIZABETH RHODES
AUSA - Office of the US Attorney
312 North Spring Street 12th Floor
Los Angeles, CA 90012



FOR DEFENDANT:

        MORGAN LEWIS AND BOCKIUS LLP
        BY:  NATHAN J. HOCHMAN
        -and- BRIANNA ABRAMS
        1601 Cloverfield Boulevard
        Suite 2050 North
        Santa Monica, CA  90404

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

                         I N D E X

WITNESS NAME                                    PAGE

TERESA TAMPUBOLON

     Direct Examination by Mr. Jauregui     2118

     Cross-Examination by Mr. Hochman       2127

ANDRE BIROTTE

     Direct Examination by Ms. Rhodes       2131

     Cross-Examination by Mr. Hochman       2160


EXHIBIT                          I.D.      IN EVID.

*UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA*

LOS ANGELES, CALIFORNIA; THURSDAY, MARCH 9, 2017

7:58 A.M.

- - - -

THE CLERK:  Item 1, CR16-66A, PA, United States of America versus Leroy Baca.  Counsel, please state your appearances.

MS. RHODES:  Good morning, your Honor.  Lizabeth Rhodes and Eddie Jauregui on behalf of the United States. Mr. Fox and Special Agent Tanner are just outside and will be joining us momentarily.

THE COURT:  Good morning.

MR. HOCHMAN:  Good morning, your Honor.  Nathan Hochman and Brianna Abrams on behalf of defendant Leroy Baca, who is present, your Honor.

THE COURT:  Good morning.

(Pause in proceedings.)

THE COURT:  And your witness this morning is going to be?

MS. RHODES:  We have two, your Honor.  We will start with Special Agent Terry Tampubolon, and then proceed to Mr. Andre Birotte.

THE COURT:  All right.

MR. HOCHMAN:  And, your Honor, Mr. Fox and

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

attorneys, may we be heard at sidebar?

THE COURT:  Yes.

MR. HOCHMAN:  Thank you.

(From 7:59 to 8:04, the proceedings, Pages 2114 to

2117, were conducted under seal.)

(The following proceedings were held outside the

presence of the jury:)

THE COURT:  All right.  Are we ready to proceed?

MR. FOX:  Yes, your Honor.

THE COURT:  All right.  Let's bring the jury in.

MR. JAUREGUI:  Just so you are aware, there are a couple of exhibits, No. 33 and 63, that were provisionally admitted.  We have redacted the top of those.  I gave those to defense counsel several days ago. So before we start with Ms. Tampubolon I am just going to move those into evidence.

THE COURT:  All right.

MR. JAUREGUI:  Thank you.

(The following proceedings were held in the

presence of the jury:)

THE COURT:  All right. Let's proceed.

Good morning, ladies and gentlemen.

MR. JAUREGUI:  Your Honor, before we call our first witness, there were two exhibits, Exhibit No. 33 and 63, which were provisionally admitted.  They have since been redacted as agreed upon with counsel.

Counsel has a copy.  The Court has a copy. And I would move to admit those -- fully admit those Exhibit Nos. 33 and 63.

MR. HOCHMAN:  Just the objection as previously

stated, your Honor.

THE COURT:  All right.  They will be received.

MR. JAUREGUI:  Thank you, your Honor.

Your Honor, the United States calls Terry Tampubolon to the stand.

(The witness was sworn.)

THE CLERK:  Please be seated.

Please state your full name, spell your last name for the record.

THE WITNESS:  Teresa Tampubolon.  T-A-M-P-U-B-O-L-O-N.

MR. JAUREGUI:  May I proceed, your Honor.

THE COURT:  Yes.

                    DIRECT EXAMINATION

BY MR. JAUREGUI:

Q    Ms. Tampubolon, where do you work?

A    I work at the FBI, the headquarters building in Washington, DC.

Q    And do you work for a specific section or unit within the FBI?

A    Yes, I do.  I work with the Public Corruption Unit.

Q    And are you a special agent?

A    I am a supervisor/special agent right now.

Q    How long have you been with the FBI?

A       Approximately 11 years.

Q       Where were you working in September of 2011?

A       In September of 2011, I was working in Los Angeles on the squad PC 1.

Q       And what is PC 1?

A       Public corruption 1.

Q       At that time did you know a special agent named Leah Marks?

A       Yes, I did.

Q       How did you know her?

A       Special Agent Marks and I were on the same squad together.

Q       Focusing now on September of 2011, Agent Tampubolon, did anything unusual happen with regard to Special Agent Marks that you recall?

A       Yes.

Q       What happened?

A       During an evening in September of 2011, when I was at the office still working, Special Agent Marks came back into the office, and she was visibly in shock and disbelief.  She came back and told me that sheriff's deputies --

        MR. HOCHMAN:  Objection.  Calls for hearsay at this point, your Honor.

        THE COURT:  All right.  If you just -- without

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

telling us what she said, you can just tell us what

happened.  So the objection is sustained.

Q     BY MR. JAUREGUI:  Agent Tampubolon, you said that

Agent Marks was in shock and disbelief.  Did you have an

understanding why that was?

A     Yes, I did.

Q     Okay.  Did you have an opportunity to speak with

the sheriff's department that evening?

A     Yes.

Q     What happened?

A     Myself and my supervisor, Carlos Narro, and another

agent called one of the deputies that approached Leah.

Q     And were those deputies that you spoke to, were

those Maricela Long and Sergeant Scott Craig?

A     Yes.

Q     I want to direct your attention to an exhibit that

is in front of you, Exhibit 100.  Do you see that?

A     Oh, yes.

Q     It should be in a folder in front of you.  Do you

recognize Exhibit 100?

A     Yes.

Q     What is that?

A     This is a CD of the telephone call that we made

that evening.

        MR. JAUREGUI:  I would like to now play

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

Exhibit 100 which is in evidence, your Honor, and there is a transcript of that phone call in 101 in the transcript binder.

And whenever you are ready, Agent Tanner.

(Audio played.)

Q    BY MR. JAUREGUI:  Agent Tampubolon, sort of near the beginning of this call there is a male voice that says, "Does the sheriff know this?"

Do you recall that?

A    Yes.

Q    Who was that speaking?

A    That is my supervisor, Carlos Narro.

Q    And the response is, "The sheriff knows this, sir"; is that right?

A    That's correct.

MR. JAUREGUI:  Your Honor, I would like to put on the calendar for September 26, 2011, a magnet that says "Baca Knows."

MR. HOCHMAN:  Object to the extent it is anything more than just repeating what is already on the tape, your Honor.

THE COURT:  All right.

Q    BY MR. JAUREGUI:  And somewhere in the middle of this case, Agent Tampubolon, there is a female voice that says, "Can you give us that number now," and a male voice

that says, "Look it up."

Was that female voice you?

A    Yes, it was.

Q    And in response a sheriff department employee gives a 5000 number?

A    Yes.

MR. JAUREGUI:  I would like to display Government Exhibit No. 180 which is in evidence.  And if I can ask Special Agent Tanner to please highlight or zoom in on that top green banner.

Q    Agent Tampubolon, could you please read to the jury what this says?

A    Yes.  It says, "Sheriff Leroy D. Baca, HQ457, 323-526-5000."

Q    Was that the number that they gave you on that call?

A    Yes.

Q    And just so the jury is clear, is this a landline roster of the sheriff's department or a roster of phone numbers for the sheriff's department?

MR. HOCHMAN:  Objection.  Argumentative, form of the question.

THE COURT:  Sustained.

Q    BY MR. JAUREGUI:  Agent Tampubolon, I would like to now direct your attention to the sort of middle bottom

*UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA*

part of this page, and if Agent Tanner could highlight the second green banner there.

And what does this say, Agent Tampubolon?

A    Undersheriff Paul K. Tanaka, HQ457, 323-526-5115.

Q    Agent Tampubolon -- thank you, Agent Tanner -- did you personally end up calling that 5000 number that was provided to you on that call?

A    No, I did not.

Q    Near the end of this recording, a female sheriff's department employee says, "They are scared," and there is laughter.  Did you hear that?

A    Yes, I did.

Q    Were you on the call at the time that those comments were made?

A    No, I was not.

Q    Did you know you were being recorded at the time?

A    No, I did not.

Q    Did the FBI make a recording of this phone call?

A    No, we did not.

Q    Why not?

A    The reason we did not make a recording is because things were happening very quickly and it was an urgent situation with an agent on our squad and we just wanted to see what was going on as soon as possible.

Q    What happened after this phone call that evening,

Agent Tampubolon?

A      After the phone call, because Special Agent Marks was visibly upset and in disbelief, I wanted to make sure that she wasn't home by herself.  So I asked her to come to my house and stay with me that evening.

          MR. HOCHMAN:  Objection, relevancy.  Irrelevant.

          THE COURT:  Let's go to sidebar.

          (From 8:17 to 8:20, the proceedings, Pages 2126 to
           2128, were conducted under seal.)

(The following proceedings were held in the presence of the jury:)

Q   BY MR. JAUREGUI:  Agent Tampubolon, I am just going to go back one question.  What happened after the phone call with the sheriff's department?

A   So after the phone call with the sheriff's department, I spoke with Special Agent Marks and asked her to come back to my house with me and stay at my house for the evening because she was visibly upset.

I saw a deviation in her normal personality. She was almost speechless.  She was holding back the tears.  And I didn't want her to be alone, especially because she lived by herself, so had anything happened later that evening she would be home alone.

MR. JAUREGUI:  One moment, your Honor.

No further questions, your Honor.

THE COURT:  All right.  Cross-examination.

MR. HOCHMAN:  Yes, your Honor.

CROSS-EXAMINATION

BY MR. HOCHMAN:

Q   If we could play the beginning of Exhibit 100, please.

(Audio played.)

MR. HOCHMAN:  Sorry, this is Exhibit 101 in the

transcript.  If the jury could read along.

I'm sorry, can we start from the beginning?  Or actually --

Thank you very much.

(Audio played.)

MR. HOCHMAN:  Let me have you stop right there.

Q    Thank you.  So, Agent Tampubolon, when Mr. Narro asked, "Does the sheriff know this," Ms. Long answers, "The sheriff knows this, sir."

Do you see that?

A    Yes.

Q    Then it says, "Okay.  Just so you know that the ADIC" -- the ADIC is the assistant director in charge; is that correct?

A    That's correct.

Q    And the assistant director in charge at that time would be a gentleman named Steve Martinez; correct?

A    That's correct.

Q    "And the U.S. Attorney."  The U.S. Attorney in charge at that time would be United States Attorney Andre Birotte; correct?

A    That's correct.

Q    "On the process of reaching out to him" -- that would be Sheriff Baca, correct, as being referred to by Mr. Narro?

*UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA*

A       Correct.

Q       "Can I ask what the charges are going to be?"

And then, Sergeant long says, "Okay, you are going to have to speak to the undersheriff."  And that is Mr. Paul Tanaka; correct?

A       Correct.

Q       And then later in the conversation -- it is on the second page of the transcript -- Mr. Narro says -- this the last question -- "Sergeant Long, do you have any idea when the warrant is going to come out, do you?"

And Sergeant Long answers, "It could be tomorrow, sir.  You are going to have to talk to the undersheriff."  And the undersheriff as referenced here is Paul Tanaka; is that correct?

A       Correct.

Q       And then during the conversation back on the first page, Sergeant Long says, "You can just call our sheriff's headquarters"; is that correct?

A       Correct.

Q       And she says on the second page -- she calls it SHP.  That would stand for sheriff's headquarters building; is that correct?

A       Correct.

Q       And do you know that if you call the 5000 number which is referenced here that you can ask for

Undersheriff Tanaka and be transferred to him at that point?

MR. JAUREGUI:  Objection, your Honor.  Foundation.

THE COURT:  Sustained.

Q   BY MR. HOCHMAN:  Well, did you call this number of the sheriff's headquarter building and ask to be transferred to Undersheriff Tanaka?

A     I did not.

Q     Did Mr. Narro to your knowledge in your presence make the phone call to this 5000 number and ask to speak to Undersheriff Tanaka?

A     He did not do it in my presence.

Q     Now, you said this recording is not an FBI recording; is that correct?

A     That's correct.

Q     This is a recording that was done by the sheriff's department that was then given to the the grand jury pursuant to a grand jury subpoena; is that correct?

MR. JAUREGUI:  Objection, your Honor.  Motion in limine.

THE COURT:  Sustained.

Q   BY MR. HOCHMAN:  Where did this tape recording come from?

A     This type recording was not something that the FBI introduced.

*UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA*

Q    Well, the only other people other than the FBI that are on these tape recordings are people from the sheriff's department; is that correct?

A    That's correct.

Q    So if you weren't making the tape recording, the sheriff's department had to be the ones making the tape recording, to your knowledge?

MR. JAUREGUI:  Objection.  This question has been asked and answered, and the same motion.

THE COURT:  Sustained.

MR. HOCHMAN:  No further questions.

MR. JAUREGUI:  Nothing further, your Honor.

THE COURT:  All right.  You may step down.

THE WITNESS:  Thank you your Honor.

THE COURT:  Call your next witness.

MS. RHODES:  United States calls Andre Birotte.

(The witness was sworn.)

THE CLERK:  Please be seated.

Please state your full name, spell your last name for the record.

THE WITNESS:  Birotte.  My name is Andre Birotte, Jr.  Last name is spelled B, as in boy, I-R-O double T, as in Tom, E.

MS. RHODES:  May I proceed, your Honor.

THE COURT:  Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

DIRECT EXAMINATION

BY MS. RHODES:

Q      Mr. Birotte, from 2010 to 2014, what did you do for a living?

A      I was the United States attorney for the Central District of California.

Q      And is the Central District of California, does that include Los Angeles?

A      Yes.

Q      What is it that the United States attorney does?

A      The United States attorney is considered the chief federal law enforcement officer for the Central District of California.  There are 93 federal judicial districts. This is one of them where we are now.

And our office was responsible for representing the United States in criminal and civil litigation involving the United States.

Q      And as the chief federal law enforcement officer -- what are the duties of that?

A      Well, ultimately, I like to think that the responsibilities or the duties are to be responsive to the needs of the district.  Whatever issues or concerns there are in the district, to the extent that we can utilize or deploy resources to respond to them in

criminal investigations, and ultimately indictments and prosecutions, and hopefully convictions, that is what we are charged to do.

Q    Now, as the United States attorney, did you run an office full of lawyers?

A    Yes.  We had an office of about approximately 250 what is called assistant United States attorneys. Both -- I think there are about 200 in the criminal side and about 50 assistant United States attorneys on the civil side.

Q    And if we can just speak of the criminal side at this moment.

A    Yes.

Q    After becoming United States attorney in 2010, did you do something with the criminal division affecting the sections within the criminal side?

A    Yes.  I think within the first 90 days or so, we instituted or brought back and created a Public Corruption and Civil Rights Section within the U.S. Attorney's Office.

On the criminal side there are a number of divisions.  I can't remember them all now, but narcotics, environmental, major frauds.  But I thought it was important to bring back this section because I thought it was something that was important to have and would be

helpful in responding to the needs of the district.

Q     And what kinds of things would the Public Corruption and Civil Rights Section of the United States Attorney's Office do?

A     There are a whole variety of investigations ranging from excessive use of force involving law enforcement officers, corruption with respect to government officials, whether they be government employees or politicians.  Those are sort of the big areas.  Civil rights violations.  There was a good portfolio of work that they could do.

Q     And so, would the Public Corruptions and Civil Rights Section of the U.S. Attorney's Office then frequently investigate local law enforcement?

A     I mean, that is one of their responsibilities.  I mean, to the extent that there are issues or concerns that the office became aware of, that is one of the reasons why we created this section, or brought it back, was because so that people in the district would have a vehicle by which they could express those concerns and have them investigated to see if there were any prosecutions to be made.

Q     I would like to turn your attention, now, to the federal grand jury.  Are you familiar with what a federal grand jury is?

A      Yes.

Q      And what are federal grand juries -- what are investigative federal grand juries used for?

A      Sort of what you just said.  They are an investigative arm of the federal government utilized to gather evidence, gather testimony for ultimately grand jury to determine, in many instances -- not all -- but in many instances whether there is enough to indict a specific case.

Q      And are there times when a federal grand jury investigates local law enforcement agencies?

A      Yes.

Q      Is that unusual?

A      No.

Q      I would like to turn your attention to the summer of 2011.  And by that time were you aware that there was a grand jury investigation into the Los Angeles County Sheriff's Department?

A      Yes, I believe so.  Around that time.  Yes.

Q      And what sorts of things was the federal grand jury investigating with regard to the Los Angeles County Sheriff's Department at that time?

A      All right.  This is some time back, but to the best of my recollection, I mean, there had been allegations or concerns about excessive force and abuse within the Los

Angeles County jail system.

And so the grand jury -- my recollection was they were charged to sort of assist in looking into those areas and any other areas with regard to potential criminal violations within the Los Angeles County Sheriff's Department.

Q    And as part of that investigation, was there also an undercover operation in the summer of 2011?

A    There was an undercover operation at that time.

Q    And do you know what generally that was about?

A    My memory is a little fuzzy on that, but, I mean, I think generally it was to determine whether any deputies would engage in any misconduct or crimes.

Q    And did it involve the jails?  Did the undercover operation involve the jails?

A    Yes.  Specifically within the LA County jail system.  Yes.

Q    And did it involve contraband within the LA County jails?

A    Ultimately, I mean, which is I think one of the reasons why we are here, it involved the introduction of contraband in the form of a cellular phone into the jails.  The operation was to determine whether a deputy would take a bribe to bring that into the jail.

Q    Did you tell Mr. Baca about the undercover

operation?

A      No, I did not.

Q      Why not?

A      There are certain investigations, quite frankly, to preserve the integrity of the investigation.  Decisions are made sort of internally.  Ultimately, the buck is stopping with me to not tell local law enforcement.

Are there investigations involving law enforcement where they have done so in the past?  Certainly, but this investigation we thought was best to just keep it close to the vest.  And for that reason, I didn't inform Mr. Baca.

Q      I would like to turn your attention now to August 29th, 2011.  At some point, did you learn that the sheriff's department -- members of the sheriff's department had found the cellar telephone that a deputy had smuggled into Men's Central Jail?

A      Yes.

Q      And after that, was there a meeting with members of the sheriff's department?

A      Yes.  There was a meeting at the U.S. Attorney's Office after that.  Yes.

Q      And why was there a meeting?

A      Again, this is some time back.  I seem to recall that Mr. Baca had said he wanted to meet with me to

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

discuss what was going on because he was not happy about having found out that there was the phone in the jail and that there was this investigation going on.

Q    And who attended this meeting?

A    Representatives from the U.S. Attorney's Office, representatives from the sheriff's department.  And that -- I also believe representatives from Los Angeles County counsel, and I think the Los Angeles Office of Independent Review, which is somewhat part and parcel of the sheriff's department.

Q    And who was there on behalf of the sheriff's department?

A    If my memory serves me correctly, again -- and I apologize -- Mr. Baca was there, Mr. Tanaka was there. There may have been other folks from the sheriff's department.  I just don't have a good memory of those individuals.

I seem to also recall a gentleman by the name of Michael Gennaco, G-E-N-N-A-C-O.  He was the head of an office called the Office of Independent Review.  And then I also believe there was someone from county counsel, but I don't remember specifically who.

Q    And on behalf of the United States' Attorney's Office, besides yourself who else was present?

A    I will probably mess this up, but myself, I think

*UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA*

my first assistant, George Cardona, Bruce Riordan was my special counsel, and my memory starts to fade after that. I think Stephanie Nanacora (phon.) might have been there, who was my executive assistant. But that is all I can remember.

There may have been other people -- oh, Lawrence Middleton, who I think at the time was the chief of the Public Corruption and Civil Rights Section.

There may have been others but those are the ones that come to mind.

Q     Was the FBI there?

A     No.  The FBI was not there.

Q     Why not?

A     Mr. Baca specifically said I want to meet with you to discuss this.  I don't want the FBI there.

Q     And can you describe what happened at this meeting?

A     In sum and substance, I mean, this was a meeting where Mr. Baca expressed his displeasure about the investigation, why was it going on, why wasn't I told.

He thought that the FBI had committed a crime. He had a series of questions that he wanted answered. And I think he also expressed some concerns about some grand jury subpoenas that had been served and that he thought they were either overbroad or were going to take too much time to respond to and he wanted -- and he

didn't think it was appropriate.

That was, in sum and substance -- it was just basically to express his displeasure at what had been going on.

Q    And by what had been going on, do you mean the investigation?

A    The investigation and specifically his -- when I say his, I mean the sheriff's department -- discovery of the phone and no one within the sheriff's knowing that this investigation was ongoing.

Q    And how did you respond to Mr. Baca on August 29th, 2011?

A    I mean, it was -- from my perspective it was more of a listening meeting.  It was just -- I knew he was going to come and, for lack of a better term, vent.  I let him vent.  I said okay.  Thank you.  Appreciate it. We are going to come back -- meaning we, the folks in the U.S. Attorney's Office -- and we will get back to you.

Q    Did anything change from the U.S. Attorney's standpoint with regard to the investigation into the sheriff's department?

A    No.

Q    You indicated also that there was a discussion regarding federal grand jury subpoenas?

A    Yes, I think so.

Q     And did you later have another discussion with Mr. Baca about those federal grand jury subpoenas shortly after this August meeting?

A     Yes.  I think Mr. Baca and I spoke shortly after. I told him, okay, look, I understand you think it is going to take too much time and it is voluminous, so just stand down on those subpoenas for now and let's figure out what we need to do, and then we will go forward from there.

Q     And did that mean -- when you said stand down, did that mean that they didn't have to comply with the subpoenas?

A     No.  At some point they were going to, but just because typically a grand jury subpoena has a date, if you are abiding by the letter of the subpoena you are supposed to respond within a certain date.  Mr. Baca's concern what that, A, it was too much information, it would take too long to respond during that time period.

      And so I said, look, all right, let's stand down for now.  Let's figure out what is it exactly we really need.  Let's try to talk and figure out, okay, can you get us the information we need, how long will that take, and then we will move on from there.

Q     And is that kind of dialogue common in large cases where many documents are requested from an entity?

A     Yes.  I mean, if the parties are working together that is common.  Yes.

MS. RHODES:  Okay.  I would like to now play -- I would like to admit into evidence Exhibit 2, clip 39, which has already been authenticated, your Honor, and have it played for the jury.  Oh.  And I would like the jury to turn to the transcript binder of Exhibit 3 behind tab 39, please.

And now, if I could have that admitted, your Honor, and played for the jury.

THE COURT:  Any objection?

MR. HOCHMAN:  No objection, your Honor.

THE COURT:  All right.  It will be received.

(Audio played.)

Q     BY MS. RHODES:  Mr. Birotte, at the end of the August 29th meeting that U.S. Attorney's Office had with Mr. Baca and members of the sheriff's department, did Mr. Baca indicate anything he was going to do?

A     No.  I don't think so.  Not at that time.

Q     Now I would like to jump forward and direct your attention to September, 2011.  At some point did you learn that members of the sheriff's department had threatened to arrest an FBI agent working on the investigation?

A     Yes.

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

Q       When was that?

A       Well, I don't remember the specific date, but I got a phone call I think late afternoon or early evening.

Q       Who did you get the phone call from?

A       I got a phone call from the then chief of the Public Corruption and Civil Rights Section, Lawrence Middleton.

Q       And where were you when you got that phone call?

A       I was en route to my children's elementary school open house.

Q       And what did you learn?

A       So Lawrence called and said, Andre, I -- something along the lines of agents are either at the door or have come by and said they are going to arrest -- I'm sorry. Let me step back.

Lawrence called and said LAPD officers are either about to arrest or come by and said they are going to arrest Leah Marks. And I was like, what? And he said, yup, that is what I just heard. And I said, look, all right, hold on, l.et me check into this. It seems odd. I will call you back.

Q       And did you make a phone call after that?

A       Yes. So after I got off the phone with Lawrence, I called, I think at that time he was assistant chief of the LAPD, Earl Paysinger. I used to work the LA Police

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Commission so I had a lot of contacts there.

So I called Earl and said, hey, this is what I am hearing.  Is LAPD out trying to arrest an agent?  What is going on here.  He was equally surprised and he said no.  I don't know about that.  And he said let me go check.

So I get off the phone with Earl, and then Lawrence, I believe, calls me back and says, I'm sorry, Andre, I messed up.  It is not LAPD.  It is LASD, the sheriff's department.

I am like, oh, God.  Okay.  So then I called Earl back and told him it is not you.  I have got to deal with this.  Don't worry about it.

Q    And then did you make another phone call?  Not to LAPD, but did you make a call to someone at the sheriff's department?

A    I think eventually I did speak with Mr. Baca, but I think I may have spoken with -- I can't remember the sequence, but I also know I spoke with Steve Martinez, who at that time was the assistant director in charge.

And the reason why I think I spoke with him first was because by the time I spoke to Mr. Baca I knew that Agent Marks was at the FBI headquarters in Westwood. So I would have to assume I got that from Steve Martinez.

Q    And after getting that information, did you speak

to Mr. Baca?

A      I did.

Q      And how did you speak to him?  In person, over the phone?

A      No.  I am assuming I called his cell.  I mean, we spoke.  So I had to have called his cell.

Q      Do you know how your cell phone, your U.S. Attorney's Office cell phone, showed up when you called other people?

A      It would say unavailable.

        MS. RHODES:  I would like to publish Exhibit 157, page 12, which is in evidence, and ask Agent Tanner to highlight the 7:35 entry on September 26.

Q      And could you just, Mr. Birotte, please read what that highlighted portion says.

A      All right.  So it says, 26-Sept, which I assume means September, 7:35 p.m., unavailable.  That is the originator name.  And then destination name is Baca County-issued cell.  And then under the line duration, it says 22.

Q      And now, when you spoke to Mr. Baca, was his reaction different than the reaction given to you by Mr. Paysinger of the LAPD?

A      When you say -- I mean, I guess different in the sense that Earl was surprised.  When I spoke to Lee, I

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

said, look, I am hearing this.  Is this what we are doing, Lee?

I got a call saying that the FBI agent -- or deputies are going to arrest an agent.  What is this all about?  He is like, no, no, no, and then he went on and on about, you know, I am still really upset, they shouldn't have done this, it was against the law, et cetera, et cetera.

And I am like, look, we will deal with that later.  I just got to know.  I got Martinez, Steve Martinez, with an agent.  I need to know, is this agent going to get arrested today.  Are you guys -- is this what we are doing here?

He says, no, no, no.  I said, all right, fine.  Look, we will deal with this later.  I got to go because I got to loop back with the phone folks of the FBI.

Q    And when you say Lee?

A    I am referring to Mr. Baca.  I mean, that is how we would talk to each other back in those days.

Q    All right.

MS. RHODES:  With the Court's permission, I am going to put the magnet on the board at September 26th.

MR. HOCHMAN:  Object to the extent that it indicates something other than "unavailable," your Honor.

MS. RHODES:  September 26th, "Baca USAO call."

Q      Okay.  So that was the evening of September 26th, 2011.  Did you have a meeting with Mr. Baca and Mr. Martinez the next day?

A      Yes.

Q      And how was that meeting set up?

A      You know, I don't have a great memory of how it was set up.  I mean, it was on the calendar.  It was a meeting between -- it was to be just Mr. Baca, Mr. Martinez and myself, but I can't tell you sort of how far in advance it had been planned or what the point of it -- well, I know the point of it was to get the three of us in the room and be, like, okay, let's talk this out, clear the air, damp tensions down and let's figure out how we are going to move forward with this.

Q      But, had it been -- was it already set up prior to you making the phone call to Mr. Baca the night before?

A      Yes.

Q      And who was in this meeting?

A      This meeting was just Mr. Baca, Mr. Martinez and myself.

Q      And where was this meeting?

A      This was in my personal office, then personal office at the U.S. Attorney's Office on the 12th floor of 312 North Spring Street.

Q      What was Mr. Baca's demeanor when the meeting

started?

A    Oh, when it started just we are all sitting in the room.  It was cordial.  It was cordial at the beginning.

Q    And did Mr. Baca bring anything with him to the meeting?

A    I believe he brought a letter that sort of outlined his concerns.  It was sort of a written documentation of sort of the issues that were raised at the prior meeting.

Q    I would like to -- I believe potentially in front of you is a folder marked Exhibit 112.  Do you see that?

A    Yes.

Q    And could you look at it and tell me if you recognize it?

A    Yes.  This is a letter dated September 26, 2011, to me from Mr. Baca.

Q    And is it a true and accurate copy of the letter you received on the day of the meeting, September 27th, 2011?

A    Yes.

        MS. RHODES:  Your Honor, I would move to admit Exhibit 112.

        MR. HOCHMAN:  No objection, your Honor.

        THE COURT:  It will be received.

        MS. RHODES:  And I would like to have the first page published, if I might, and highlight the date.

Q    This letter, what is the date the letter is dated?

A    September 26th, 2011.

MS. RHODES:  Now I would like to move to admit and play Exhibit 2.40, which is -- has a transcript in the Exhibit 3 binders behind tab 40.

And if everyone is there, Agent -- and, your Honor, at this time I would move to admit it.

THE COURT:  Which exhibit?

MS. RHODES:  2.40.

MR. HOCHMAN:  Subject to all the prior made objections, your Honor.

THE COURT:  It will be received.

MR. HOCHMAN:  Thank you.

(Audio played.)

Q    BY MS. RHODES:  Now I would like to turn your attention, Mr. Birotte, to the second page of the letter. And in the first paragraph of Page 2, around the middle, there is a sentence -- and if I could have Special Agent Tanner highlight it.

There is a sentence that begins, "The FBI admitted the cell phone was," and goes all the way down to violations.

Yes.  If you could read the sentence that begins, "The FBI admitted the cell phone was," please.

A    All right.  "The FBI admitted the cell phone was

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

their property after it was discovered during a search of the jail.  The sheriff's department's investigation of this matter will encompass possible violations of California Penal Code Sections 4557 and 4573, conspiracy, entrapment, coercion, and civil rights violations.  The sheriff's department will also fully investigate allegations regarding excessive force by deputies at the Men's Central Jail during the period from January, 2009, to the present."

Q    Dealing with the first two sentences, Mr. Birotte, did the FBI commit a crime?

A    No.  Absolutely not.  No.

Q    Did the FBI commit any civil rights violations in their investigation of civil rights violations?

A    No.

Q    Turning your attention to the last sentence you read about the sheriff's department will also fully investigate allegations, I would also like to have Exhibit 110 placed on the second -- placed next to Exhibit 112.

And it will take just a moment.

Exhibit 110, Page 13.  And this is already in evidence.

Mr. Birotte, do you recognize the Exhibit 110, Page 13, as a subpoena attachment?

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

A    That is what it says.  It appears to be a subpoena attachment.  Yes.

Q    Is that what goes on the back of a grand jury subpoena when documents are requested?

A    Right.  If it can't fit within the subpoena, there is simply an attachment that outlines what the request is.

Q    And then the last sentence that you read indicating the sheriff's department will also fully investigate, and it gives a date, January 2, 2009, to the present.

Can you also read the date that is in item 3 of Exhibit 110?

A    The date in item 3 says January 1, 2009, to the present.

Q    And so the time period of the subpoenas was January, 2009 to the present, as well as Mr. Baca's letter?

A    Yes.

Q    Okay.  I would like you to turn, now, to the next paragraph in Page 2 of Exhibit 112.  Near the bottom, it says, "It is estimated that it will take more than a thousand man hours to retrieve all the documents asked for in the subpoenas."

Do you see that language?

A    Yes.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

Q    And I would also like you to look at Exhibit 134, Page 2, which has previously been admitted into evidence as the notebook of Mickey Manzo.

And at the top, could you read that first handwritten entry?

A    I believe it says, "8/31/11, meeting/briefing, 10:30 hours, 1,000 man hours, fed grand jury INV. subpoenas."

Q    Now I would like you to read the last sentence of the second paragraph of Page 2 of the letter you got, Exhibit 112.

A    The last sentence starting with the "acquisition"?

Q    Starting with acquisition, yes.  Thank you.

A    Do you want me to read that?

Q    Yes, please.

A    All right.  "Acquisition of documents prior to the sheriff's department's completion of its own investigation will likely taint the fair and truthful completion of a properly focused investigation."

Q    What did you understand this to mean with regard to when the federal -- when Mr. Baca thought the federal grand jury should get documents?

A    Well, basically after the -- basically Mr. Baca is saying he wanted to do his investigation first, and then he would deal with us.

Q    And that would be somewhat of a delay?

A    Yes.  To say the least.  Yes.

Q    Okay.  I would like you to turn to page 3 of Exhibit 112, and the third paragraph that says, "I invite."  And read that first sentence, please.

A    It reads, "I invite the U.S. Attorney to participate in the sheriff's department investigation in this instance by monitoring our progress along with the Office of Independent Review.  The sheriff's department will provide regular updates on the status of the investigation at your request."

Q    And did you understand this to mean that the U.S. Attorney's Office role and the federal grand jury role would be active or passive?

MR. HOCHMAN:  Objection.  Leading.

THE COURT:  Sustained.

Q    BY MS. RHODES:  What did you understand Mr. Baca's desire to be with regard to the U.S. Attorney's Office and federal grand jury?

A    Well, in essence, I mean, in some ways -- not in some ways.  I mean, he was trying to flip sort of the role and say, okay, he wants us to sort of shadow or monitor his investigation, and that they would be doing it and we would just sit back and I guess just watch.

Q    And then I would like you to read the next sentence

that starts, "I also ask the United States attorney."

A    It reads, "I also ask the United States Attorney to instruct the FBI to withdraw their above-referenced requests for information and documents until the sheriff's department has completed its investigation, whereupon the results of the full investigation will be shared."

Q    Did you do that?

A    No.

Q    Finally, I would like you to turn to Page 7 of Exhibit 112, and the top says Risk Management.  Was this attached to Mr. Baca's letter?

A    Yes.

Q    And there are bullet points on that page; correct?

A    Yes.

Q    I would like you --

     MS. RHODES:  I would like to put also on the screen Exhibit 141, which has been admitted into evidence, and have Special Agent Tanner highlight both the fourth bullet point on risk management and the number 3 request on the denied order.

Q    Mr. Birotte, can you please read the top portion on the screen, which is the letter to you from Mr. Baca?

A    Okay.  So on the risk management bullet point you have highlighted, it reads, "What are the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

location/locations of any additional cellar telephones currently in use, owned or deployed by the FBI within the confines of the Los Angeles County jail system?"

MS. RHODES:  And then, I would like to highlight the next bullet, which would be the fifth bullet, please. And the fourth request of the denied order. And, Mr. Birotte, could you please read from Mr. Baca's letter to you starting with please?

A    It reads, "Please disclose any and all items of contraband given to any Los Angeles County jail inmate or inmates through any means, including a description of the item, the identity of the inmate receiving the item, and the date, time, and location of occurrence."

Q    And at the time that Mr. Baca gave you this letter, Exhibit 112, were you aware of any attempt by the sheriff's department to get a state court order?

A    Boy, my memory is fuzzy.  I know of it.  I know what you are referring to.  I just don't remember if at the time we had the second meeting if I had known that already.

Q    Now, I would like to turn your attention to the actual meeting.  Did you discuss the decision -- did you discuss your decision not to inform Mr. Baca of the undercover investigation?

A    Yes.  Yes.

Q    And did you -- what did you say about that?

A    I mean, again, this is some time ago, so forgive me if it is not precisely on point, but I had sort of just -- my talking points of like, look, I know you are upset, and, you know, we were talking in first name terms, so it was, Lee, I know you are upset.  I didn't tell you.  We decided to preserve the integrity of the investigation not to inform you.  That decision falls on me.  If you are going to be mad at anyone, be mad at me.

That was -- it was with respect to that.  And then, I think I may have said some other things about, like, look, you have been out saying, you know, we have committed a crime.  When I say we, meaning the federal government.  That point is not well taken.  You know and you I know this what law enforcement agents do all the time.  You do it, the FBI does it, LAPD does it.  That is how narcotics investigations, bribery investigations -- you run these stings.  And if someone commits a crime, you move forward.

And so we talked about that.  We talked about some other things as well, just sort of saying, look, this a big district.  We all need to work together. There is a lot of crime going on.  There is a lot of issues that we all are working together on.  Let's move forward.  I will keep you the loop.  But we are moving

forward here.

Q     Did you agree to let the sheriff's department participate in the investigation in any way?

A     No.

Q     And how, if at all, did Mr. Baca respond?

A     At first, I mean, he listened, and then -- then, you know, he turned to Steve Martinez.  And that is when things started to get more and more tense.

Q     Okay.  And when you say they got more and more tense, what did -- did Mr. Baca say anything during this period of tension?

A     Oh, yeah.  He said a number of things.  Look, he was upset.  And this is the most upset I have seen him.  You know, he looked -- he was looking at Steve.  You know, I am the GD sheriff, this is my -- or something along the lines I am the GD sheriff or this is my GD jail.

THE COURT:  Can you tell us exactly the words that he used?

THE WITNESS:  All right.  With your request, I am the goddamn sheriff.  It is my goddamn jail.  Why did you tell me -- you know, it was really animated.  You know, your guys committed a crime.

And then Steve barked back and said your guy took a bribe.  I'm, what are you talking about?  And I

am, look, guys, guys, just stop, stop, okay.  And then, you know, I sort of was going to back to Mr. Baca, look, we got work we need to do here.  I get you are upset.  Be mad at me.  It is on me.  Don't be mad at them.  Be mad at me.  I made the call.

So it went along.  You know, it was back and forth, back and forth, and, you know, at one point, you know, Mr. Baca was, like, you know, you want a gun up in here?  Is that what you want to do?  I mean, it was tense.  I mean, that was the moment, if you will.

Q    BY MS. RHODES:  And so ultimately, both sides indicated that -- or both sides were getting heated?

A    Yeah.  I mean, it was -- yes.  I mean it was bark, bark back.  Bark, bark back, yes.

Q    And then you indicated that the -- nothing wrong had been done by the federal government?

A    Oh, yeah.  No.  I think I said that at least once, if not a number of times.

Q    I would like to go back just to Exhibit 112 for a moment and take you to the last sentence of Page 3, "I am very hopeful."  If you can read, "I am very hopeful of a mutually agreeable resolution."

A    All right.  The sentence reads, "I am very hopeful of a mutually agreeable resolution, but if not, the sheriff's department will not be able to continue

participation with the FBI in many ongoing joint task force missions due to the breach of trust, which will undoubtedly take time and much corrective action to heal."

MS. RHODES:  I would now like to have the jury turn to Exhibit 3, the tab behind 35.  And I would like to move to admit 2.35, your Honor.

THE COURT:  Any objection?

MR. HOCHMAN:  Just the prior objections, your Honor.

THE COURT:  All right.  It is overruled.  Will be received.

(Audio played.)

Q    BY MS. RHODES:  In this meeting that you have just described, did you -- you thought -- did you think Mr. Baca was angry?

A    Yes, yes.  At that moment, sure.  Yeah.

Q    And what did you think his "gun up" comment meant?

A    I took it like you want to go to war over this?  I mean, you know, are we going to gun up, sort of LASD, FBI, are we going to have to go to war over this?  I mean, going back to sort of this letter.

Look, this district has a -- historically has had a good reputation of all the different agencies working together.  And I took the gun up comments like we

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

can go to war and fight this out if you want to do that.

MS. RHODES:  May I have one moment, your Honor.

THE COURT:  Yes.

MS. RHODES:  And at this point, I would like to admit Exhibit 241, which is in tab 41 in the jury's binder behind tab 41.

MR. HOCHMAN:  Same objections, your Honor, as prior stated.

THE COURT:  Overruled.  It will be received.

(Audio played.)

MS. RHODES:  And at this time, your Honor, I would move to -- or I would put a magnet on the board that indicates "Baca writes letter on the 26th and 27th."  Or straddling the 26th and 27th.

MR. HOCHMAN:  Objection.  Inaccurate characterization of the tape-recording, your Honor.

THE COURT:  All right.  Your objection is overruled.

MS. RHODES:  Nothing further, your Honor.

THE COURT:  All right.  Cross-examination.

MR. HOCHMAN:  Yes, your Honor.


                    CROSS-EXAMINATION

BY MR. HOCHMAN:

Q    Mr. Birotte.

A      Yes.

MR. HOCHMAN:  May I proceed, your Honor?

THE COURT:  Yes.

MR. HOCHMAN:  Thank you.

Q      I would like to just get some of your background before you became the United States attorney.  You started your legal career I think with the deputy Public Defender's Office in the County of Los Angeles; is that correct?

A      Yes.

Q      How long were you there for?

A      From about three years.  I think it was '92 to '95.

Q      And then after -- what is a deputy public defender?

A      So I was one -- one of hundreds of lawyers that worked for the Los Angeles County Public Defender's Office representing indigent defendants who were accused of crimes.

Q      And then at some point, you switched to the other side.  Instead of defending these folks, you went to the United States Attorney's Office; is that correct?

A      That's correct.

Q      And you became a federal prosecutor at that point?

A      Yes.

Q      And your title at that point was assistant United States attorney; is that right?

A    Yes.

Q    How long were you in the United States Attorney's Office as an assistant United States attorney?

A    I think it was four years and eight months, almost five years.

Q    So 1995 to almost 2000?

A    Correct.

Q    And how does an assistant United States attorney differ from the later position you had at the United States attorney?

A    They don't have to testify as witnesses in court in a trial.  No.  The assistant United States attorney, they are the line prosecutors that are charged with going into court representing the United States government in civil and criminal cases.

     The United States attorney is the head of the office and responsible for managing, setting the priorities, and in some respects also the face of the office.

Q    So there are I think you said about 250 assistant United States attorneys, but just one United States attorney; correct?

A    Correct.

Q    And I think you described the United States attorney as the chief federal law enforcement officer in

the district; is that correct?

A      Yes.

Q      Now, the Central District, I think counsel asked you, includes Los Angeles County; is that right?

A      Yes.  That is one of the seven counties in this district.

Q      How -- what were the other counties that are included?

A      All right.  It goes as far north as San Luis Obispo down to the end of the Orange County border and then basically everything in between.  So you have got Ventura, LA, San Luis Obispo, Riverside, San Bernardino, Orange County, and Santa Barbara County.

Q      And I think you then said you left the United States Attorney's Office as an assistant United States attorney around the year 2000?

A      Correct.

Q      Then you went into private practice for a year or two?

A      Yes.

Q      And then did you have a chance to go into the inspector general's office of the Los Angeles Police Commission?

A      Yes.  I did that from I think it was 2001 to 2010.

Q      And what is the inspector general's office at the

Los Angeles Police Commission?

MS. RHODES:  Objection.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Well, what role did you have in the inspector general's office?

MS. RHODES:  Same objection.

THE COURT:  Same ruling.

Q    BY MR. HOCHMAN:  Is the inspector general's office for the Los Angeles Police Department the equivalent of the Office of Independent Review for the LA Sheriff's Department?

MS. RHODES:  Objection.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  So after you were at the inspector general's office for the Los Angeles Police Commission, what job did you have next?

A    Then, I was fortunate enough to serve as United States attorney here in this district.

Q    And the United States attorney, again the United States attorney is different from the District Attorney's Office, the Los Angeles County District Attorney's Office?

A    Yes.

Q    In what way?

A    We are better.  I mean, the U.S. Attorney's Office

is a larger district.  We have both criminal and civil cases.  And the Los Angeles County District Attorney's Office is responsible for state crimes within LA County, and we obviously have a broader portfolio, if you will.

Q     And so your jurisdictions can overlap, is that correct, on a particular case?

A     They can, yes.

Q     Because in a particular case, something can be a state violation as well as a federal violation; correct?

A     Yes.

Q     And in fact you are aware that there are many task forces that involved federal agents as well as Los Angeles County sheriff's deputies on them; correct?

A     Yes, as I mentioned earlier, this district had a past -- had a reputation of working on these joint task forces with a variety of different law enforcement agencies, prosecutorial agencies.

You know, as budgets got shrunk it made more sense to pool resources to combat crime.  So specifically with the DA's office, it was not uncommon if they had an individual target that they were focusing on, and they thought the investigative tools and/or potential penalties might be more enhanced on this side, they might ask us to assist, and/or vice versa.  And so we worked together on a number of things.

Q       So sometimes the task force investigation could be for the violation of a state crime and sometimes for the federal crime, and sometimes for both; is that correct?

A       Correct.

Q       And the FBI would be on those task forces; is that correct?

A       On certain task forces.  Yes.

Q       And the Los Angeles County Sheriff's Department would be as well; correct?

A       Yes.

Q       Now, when you were dealing with these task forces, they were basically -- you viewed all the law enforcement agencies, yourself, the sheriff's department, the FBI, all the other federal and state agencies, as brothers in arms fighting crime; correct?

        MS. RHODES:  Objection.  Argumentative.

        THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Well, you described it as a cooperative effort amongst all these agencies; correct?

A       Yes.  That is the goal.  Yes.

Q       And with respect to Sheriff Baca, you see him here in court; is that correct?

A       Yes.

Q       You see the gentleman over to my right?

A       Yes.  That is Mr. Baca, yes.

Q    When did you first meet Sheriff Baca?

A    I don't remember when.  I am assuming it was during my tenure in the inspector general's office, so in the area of late '99 or 2000.  And then I became inspector general in 2003, so that is probably where -- we had probably more interaction from that period on.

Q    And you and Sheriff Baca had numerous dealings with each other from approximately that period on in the mid-2000's; is that correct?

A    We would see each other from time to time.  Yes.

Q    Now, when you were up for consideration of the United States attorney position, that would have been about 2010; is that correct?

A    2009.

Q    2009, because you got the position in 2010; is that correct?

A    Correct.

Q    Did Sheriff Baca write a letter on your behalf so you could get the position of the United States attorney?

A    He was one of the many people who wrote letters in support for my nomination.

Q    And once you became United States attorney, you worked with Sheriff Baca in the sheriff's department; correct?

A    Yes.

Q     And you would have communications with him, not related to this case, but communications related to him on other cases; is that correct?

A     Yes.  When you are dealing with all your law enforcement partners, you try to stay in touch about what is going on with about respective cases so we would have communications with each other.

Q     And that would be both on the telephone and in person when you say meetings; is that correct?

A     Yes.

Q     Now, I would like to focus your attention on August, 2011.  And I believe you testified that you said that you knew that there was going to be an undercover operation being run by the FBI in the Men's Central Jail; is that correct?

A     I think that's right.  Yes.  August 2011, I think.

Q     And did you know that undercover operation was going to involve giving a cell phone that was active to an inmate that was serving 423 years for armed bank robberies?

        MS. RHODES:  Objection.  Argumentative.  Compound.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Did you know that the -- that the operation was going to involve inserting a cell phone into the Men's Central Jail?

A    I believe I did.  Yes.

Q    Did you know that that cell phone was going to be given to an inmate serving a 423-year sentence for armed bank robberies?

A    I don't think I knew that specific fact.

Q    And I believe you said that -- I think you said that with respect to that situation at some point you actually set up a meeting with Sheriff Baca; is that correct?

MS. RHODES:  Objection.  Vague.

THE WITNESS:  I am not sure.

Q    BY MR. HOCHMAN:  Let me withdraw that question.  Let me focus you just directly on August 29th, if I might.

I believe you testified that that was the meeting you had with Sheriff Baca; is that correct?

A    Is that the meeting with Sheriff Baca and Mr. Martinez?

Q    No.

A    This is the meeting where -- where county folks and our office were present?

Q    Yes.

A    Okay.  Yes.

Q    So I will focus you -- and again, as best your memory was, there was two meetings.  You just don't remember the actual dates of each of the meetings; is

that correct?

A      That is correct.

Q      And that is because the meetings happened a while ago; correct?

A      Yeah.  I mean, we are almost six plus years from that time.

Q      Now, I want to just again make sure I understand at the first meeting -- I will call it the August 29th meeting -- who was there.  There were sort of -- on the U.S. Attorney's side there was yourself, George Cardona; is that correct?

A      I think that's right.

Q      Lawrence Middleton.  You said he was the chief of the Public Corruptions Civil Rights Section at that time?

A      Yes.  I think that's right as well.

Q      And a gentleman named Bruce Riordan on your side as well?

A      Yes.  He was my special counsel.

Q      Now, then on the sheriff's side I think you said there was Sheriff Baca; correct?

A      Correct.

Q      Undersheriff Tanaka?

A      Yes.

Q      Did you know -- had you ever met Undersheriff Tanaka before that meeting?

A       I probably did.  But we -- I mean, Tanaka and I

didn't really have that much interaction.  I didn't have

many dealings with him, but I suspect I probably did meet

him at some point earlier.

Q       Then you said there were some other members of the

LA Sheriff's Department there; correct?

A       Correct.

Q       And then there was this gentleman named Michael

Gennaco; is that right?

A       Yes.

Q       You understood him to be the head of the Office of

Independent Review?

A       Yes.

Q       Was that the first time you were meeting Michael

Gennaco on August 29th, 2011?

A       No.

Q       When did you first meet him?

        MS. RHODES:  Objection.  Relevance.

        THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  How long have you known him for as

of August 29, 2011?

        MS. RHODES:  Same objection.

        THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Had you ever dealt with Michael

Gennaco before August 29, 2011?

MS. RHODES:  Same objection.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Now, with respect to what happened at that meeting, you said that Sheriff Baca was upset; correct?

THE WITNESS:  I mean, yes.  I mean, he was voicing his displeasure about what was going on, but to be clear, to be fair, I mean, he wasn't yelling or anything like that.  I mean, he just, like, look, I am not happy about what has happened here.

Q    BY MR. HOCHMAN.  And I think amongst the things you said is that he said, you know, why did this investigation go on without involving the sheriff's department; correct?

A    I think that was one of his comments.

Q    And he complained about how the FBI had handled the undercover investigation; correct?

A    I think that's right.

Q    And he asked you a series of questions that he wanted answered; is that correct?

A    Yes.

Q    And then he said he wanted the sheriff's department to work with the U.S. Attorney's Office in the investigation; is that correct?

A    I think that's right.  Yes.

Q    And then he actually said at that meeting as well he believed that the FBI committed a crime; correct?

A    He did.  Yes.

Q    And then you also had a talk about the grand jury subpoenas; is that right?

A    There was discussion about that as well.

Q    Because that is August 29th.  The grand jury subpoenas that they just referenced in the letter that they showed you came out on approximately August 24th; is that correct?

A    I don't remember the dates, but that sounds right. I mean, it was before the meeting.

Q    And I believe you said with grand jury subpoenas they actually have a date on them when you have to respond and turn over the documents; correct?

A    Yes.

Q    And those dates were coming up.  In other words, those dates are usually sent a couple of weeks after you get served a grand jury subpoena; isn't that right?

A    Well, I don't know if they are sent a couple of weeks out.  You get served.  There is usually a response date.  You are supposed to, quote, unquote, respond by that date.

But I think I said earlier, you know, if the parties talk and can come to a mutual agreement, those

dates can be extended accordingly.

Q     Right.  And just to reference you to -- you can take a look at 112 before you.

A     All right.

Q     The dates for -- the first page.  The dates for those August 24 subpoenas were coming up on September 28th, 2011, September 21st, 2011, and September 14th, 2011; is that right?

A     That sounds right based on this letter.

Q     And you were basically saying to Sheriff Baca, look, we can stand down on your having to produce the records to the grand jury on those dates; correct?

        MS. RHODES:  Objection.  Mischaracterizes testimony.

        THE COURT:  Overruled.  You can answer.

        THE WITNESS:  I don't think I said that at that meeting.

Q     BY MR. HOCHMAN: I see

A     I think Mr. Baca expressed his concerns.  I thought that we had had -- that he and I had had some other conversation later.  And I said, okay, stand down on those for now.  Let's try to figure out a way so that we can get what we are really looking for without you having to overtax your agency trying to come through all these documents.

Q      Okay.  So in other words, if Sheriff Baca and the
sheriff's department didn't produce the records by these
dates, they wouldn't be in violation of the grand jury
subpoena; correct?

A      Right.  Based on our agreement.  Yes.

Q      And you had done that -- I think counsel asked, you
had done that before in other investigations.  It wasn't
just unique for the sheriff's department; correct?

A      To be clear, I don't think I personally.  I mean,
the office, that is how we worked.  But this was probably
one -- maybe one of two or three cases where I was
actually involved in that -- with that level of
specificity.

Q      I see.  And would you -- you recall a separate
telephone conversation on this sort of discussion about
standing down on the grand jury subpoenas; is that right?

A      I think that's right.  Yes.

Q      Could that have happened -- assuming that the grand
jury subpoenas came down on August 24th, could that
discussion have happened the next day, like August 25th?

A      I don't remember.  I don't remember, to be honest.

Q      But sometime around that period; is that right?
The end of August, 2011?

A      I think so.  I just don't remember if it happened
before this first meeting or after the first meeting.  I

just don't remember.

Q    So after Sheriff Baca is saying all these things to you about the FBI committing a crime, his displeasure with the FBI, his complaint about how the FBI conducted the undercover investigation, my understanding is that you basically told him that you appreciate what he said and you will get back to him; is that correct?

A    That is about it; right.

Q    Because you considered this a listening meeting; is that correct?

A    Yes.

Q    Did you ever get back to the sheriff in, let's say, writing?  Did you ever write to Sheriff Baca responding to these issues that he raised in this first August 29th meeting?

        MS. RHODES:  Objection.  Vague as to time.

Q    BY MR. HOCHMAN:  Before you had the next meeting with the sheriff, did you ever in between the two meetings write him a letter and get back to him in writing and say -- and respond to the issues he raised in his first August 29th meeting?

A    Again, my apologies on the dates.  I thought I wrote a letter to Mr. Baca, but I don't know if it was after the second meeting or not.  I don't remember.

Q    Could that have been an October 13th, 2011, letter

that you had written him?

A      It is a letter where -- there is reference in the letter to County Counsel Andrea Ordin.  If that was October, then that's the letter that I am thinking of.  If that is the case, then I don't believe I wrote any correspondence to Mr. Baca prior to that.

Q      And we will get to that letter in a moment.

So with respect, then, to the situation.  After this August 29th listening meeting, did you have a separate meeting that same day with Michael Gennaco?

A      That same day?

Q      That same day.

A      Probably.  Yes.

Q      And do you recall what happened in that meeting?

A      I don't have a great memory of it.  I mean, I think -- I think we were just talking, you know, let's get calm.  Let's dial this back.  Let's everyone take a step back, realize we have got work to do, because we have known each other for a while.

Q      And was Mr. Gennaco generally in agreement with your approach?

MS. RHODES:  Objection.  Relevance.

THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Well, Mr. Gennaco was representing the Office of Independent Review when he meets with you

after that meeting; correct?

A     I mean, I am pausing because you are saying was he representing the Office of Independent Review when he was talking to me.  I honestly don't know.  I mean, you know, we were all together, we know each other.  I don't know if he was representing Office of Independent Review or the sheriff's department, but it was more sort of -- you know, I think he was trying to sort of be an ambassador and just -- and work with me to tamp things down.

Q     What do you mean you knew each other?

A     We used to work together in the U.S. Attorney's Office.

Q     That would have been back in the 1990's?

A     Yes.

Q     In the time you were in the U.S. Attorney's Office, from 1995 to 2000?

A     Correct.

Q     Now, I think you said that one of the categories of cases that you -- your office prosecutes is civil rights cases; correct?

A     Correct.

Q     And you also obviously prosecute obstruction of justice cases; correct?

A     Yes.

Q     And you were the chief law enforcement officer of

the U.S. Attorney's Office that prosecutes obstruction of justice cases when Sheriff Baca is addressing you on August 29th and telling you his complaints about the FBI; correct?

A    Yes.

Q    Now, taking you to, then, what happens later, at the end of September.  Now we are going to focus on that second meeting in the letter, if we could.

Now, at the end of September -- I think you have been talking about this letter, Exhibit 112.  Do you have that back in front of you?

A    I do.

Q    And the letter is dated -- if we could put the first page of Exhibit 112 on.  I would ask Special Agent Tanner if she can put up the first page of Exhibit 112.

So I want to ask you a couple of preliminary questions about this letter.  This letter is dated September 26th, 2011; is that correct?

A    Yes.

Q    But it was given to you at the start of the meeting that you had with Sheriff Baca and Steve Martinez on September 27th; is that correct?

A    If that is the date of the meeting.  Yes.  He gave it to me when we had that meeting.

Q    And did you review the letter at that time and go

over it before you continued the meeting?

A     No.  I don't think so.

Q     This would have been a situation that you would have received the letter, but not gone over it, and then just had the meeting; correct?

A     Yes.

Q     And then after the meeting did you -- well, did you believe that the issues addressed in this letter had been covered during that September 27th meeting between you, Sheriff Baca and Steve Martinez?

A     I may not understand the -- did I believe the subject of this letter, was that discussed in our -- the meeting of the three of us?

Q     Were the issues raised in the letter issues -- and we will go through the letter in a second -- but the issues raised in the letter, were they discussed during your September 27th meeting between you, Sheriff Baca, and Steve Martinez?

        MS. RHODES:  Objection.  Vague and compound.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  If you can take a look at the various issues in this letter dealing with the FBI's handling of the case, the sheriff's department, you know, requests to have the U.S. Attorney ask the FBI to withdraw its request, the request for the U.S. Attorney's

Office to ameliorate support of the FBI's actions, were those issues addressed in your September 27th meeting?

A     Some of those -- the issues I think that you just described, some of those were addressed, but not all the contents of this letter.

Like, for example, we didn't discuss specifics on the subpoenas in this letter. We didn't discuss all the questions or the alleged criminal acts by Mr. Baca or the policy questions. So that is why I paused when you first asked the question, because we talked about some things. For example, the subpoenas in this September 26th letter, Mr. Baca made reference to issues with the subpoenas at the first meeting.

Q     I see. So with respect to this letter, then, did you ever get back to Mr. Baca on a point by point response to the September 26th letter?

MS. RHODES:  Objection.  Beyond the scope. Relevance.

THE COURT:  Overruled.  You can answer.

THE WITNESS:  I don't -- I don't think I wrote a point by point response.

Q     BY MR. HOCHMAN:  And if we could focus, if we could, on the third page of this letter, please,

And highlight the bottom three paragraphs on Page 3 if we could.

I'm sorry, just the last three paragraphs, please.

Do you see sort of in the middle he says, "I also asked the United States attorney to instruct the FBI"; correct?

A    Yes.

Q    He is not demanding that the U.S. Attorney's Office do anything; correct?  He is asking you?

A    Well, yeah.  That is what the letter says, he is asking.

Q    Also, if you look a little bit farther down, he says, "I am requesting the United States attorney ameliorate support."  Do you see that?

A    Yes.

Q    So that is a request, not a demand by Sheriff Baca; correct?

A    He says, "I am requesting."  Yes.

Q    And if we could focus on, then, that last paragraph, the second to the last from the bottom.  And it says, "The cardinal rule of all law enforcement agencies, local or federal, is simple.  One cannot break the law in order to enforce the law."

Do you see that?

A    Yes.

Q    That is a statement that Sheriff Baca had made in

the August 29th meeting; isn't that correct?

A     Well, I don't remember.  I mean, he may have.  I don't remember.

Q     And it is certainly one that he brought up in the September 27th meeting between you, Steve Martinez, and Sheriff Baca?

A     I honestly -- I am not saying he didn't say it.  I don't remember him specifically saying you can't break the law to enforce the law.  We had a conversation about sort of -- I remember more sort of my point about, look, this is an undercover investigation.  This is what happens in these investigations.  You know that.  Why are we having this discussion.  You know that, your agency does it.

Q     And wasn't Sheriff Baca's response that one cannot break the law in order to enforce the law?

A     I just don't remember him saying that.  I am not saying he didn't say it.  I just don't remember it.

Q     But it may have been his response; correct?

A     I honestly don't remember.

Q     And during that meeting, I think you said that at some point it heated up; isn't that correct?

A     Yes.

Q     And you believed, did you not, that Sheriff Baca -- when Sheriff Baca, I think you said, and Steve Martinez

were barking at each other back and forth; is that correct?

A      They were.

Q      And you believed that they were acting like children in a sandbox; is that correct?

A      No.  No.  I mean, I wouldn't say that.  I would just -- I mean, it just -- any reference of me talking about children in a sandbox, you know, I have three kids in elementary school.  So forgive me for the analogy.  I said as U.S. Attorney one of my goals or objectives is to make sure everyone plays well together in the sandbox. All the agencies.  You know, local, state, federal.

From time to time, there may be ruffled feathers, and so that is one of the responsibilities that we have to deal with.  But if your question is did I view that moment as two kids misbehaving or not being in the sand lot, I don't know if I could -- if I would characterize it as that.

Q      Would you characterize it as two children in the sand lot fighting amongst each other; verbally fighting, obviously.

A      I mean, they were barking back and forth.  I mean, if I said that, I just -- I mean, that I have said that, but I mean, they were -- there was a tete-a-tete going on.

Q     And your goal was to dampen things down and say, look, you know, everybody said their piece.  Let's move forward; correct?

A     Yes.

Q     And you were looking forward to continued cooperation as you moved forward in the investigation; is that right?

A     Correct.

Q     Now, at some point, I you think you said that, you know, Sheriff Baca said to Steve Martinez, you know, if we don't resolve this, or something to the order of we are going to gun up here; is that right?

A     Something to that effect.  Yes.

Q     Now, you didn't think this was a scene from the Wild West where the sheriff was really going to pull out his gun and gun up with, you know, Steve Martinez from the FBI; correct?

A     I did not believe that anyone was going to brandish a weapon at that point.

Q     In fact, Sheriff Baca, he was in a suit; isn't that right?  Do you recall?

A     Yeah.  Probably.

Q     And your understanding of -- especially at that heated moment when that statement is being made is that Sheriff Baca says, look, if we can't resolve things, we

are going to -- I think you described it like go to war together; is that correct?

A     Yes.

Q     But Sheriff Baca, his goal was to resolve things, wasn't it?

        MS. RHODES:  Objection.  Calls for speculation.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Your understanding of Sheriff Baca's response after the gun up comment was that he wanted to resolve things; correct?

        MS. RHODES:  Objection.  Vague as to response, "after."

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  What was your understanding of Sheriff Baca's -- well, let me ask it differently.  At some point, does Steve Martinez respond to Sheriff Baca and give him an explanation of why they hadn't involved the sheriff's department in the investigation?

        MS. RHODES:  Objection.  Hearsay.  Calls for speculation.

        THE COURT:  Sustained.

Q     BY MR. HOCHMAN:  Generally, did the topic come up after this heated exchange about why the FBI didn't involve the sheriff's department?

        THE WITNESS:  Well, I apologize.  It is tough for

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

me to remember.  I mean, if it happened after -- I mean, there was a discussion during the meeting about why -- I thought it was me, but maybe Mr. Martinez said something, but I thought I was really the person articulating why we didn't let the sheriff's department know.

Q    BY MR. HOCHMAN:  And after that information was conveyed to Sheriff Baca during the meeting, did the meeting end with everybody in a huff running out the doors?

A    No.

Q    Did the meeting end with Sheriff Baca shaking your hand?

A    Mr. Baca shook my hand, he shook Steve Martinez's hand, and he left.

Q    And then from then on -- well, and then you wrote a letter where you talk about continued cooperation; isn't that correct?

A    Yes.

    MR. HOCHMAN:  May I have a moment, your Honor?

    THE COURT:  Yes.

Q    BY MR. HOCHMAN:  Do you have Exhibit 69 before you?

A    I do now.

Q    And is Exhibit 69 the letter that you wrote to Sheriff Baca on October 13th -- or a copy of a letter that you wrote to Sheriff Baca on October 13th, 2011?

A      Yes.

MR. HOCHMAN:  Seek the admission of Exhibit 69, your Honor.

THE COURT:  Any objection?

MS. RHODES:  No, your Honor.

THE COURT:  Will be received.

MR. HOCHMAN:  Thank you.

Q      BY MR. HOCHMAN:  And in this letter, you talk about continued cooperation; isn't that correct?

A      Yes.

Q      I direct you to the second paragraph.

A      Yes, I do.

Q      Let me take you back -- well, let me just make sure I understand.  The continued cooperation was in connection with the government's investigation of the Los Angeles Sheriff's Department's jails; is that correct?

A      Yeah.  This is what I was referring to.

Q      Okay.  And just so I am clear, did the U.S. Attorney's Office have the responsibility for running the sheriff's jails on a daily basis?

MS. RHODES:  Objection.  Argumentative.

THE COURT:  Sustained.

Q      BY MR. HOCHMAN:  Now, with respect to the meeting -- or excuse me, the telephone call that you had the night before this meeting, and I am now referring to the

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

September 27th meeting the night before.  I want to make sure I understand the sequence of what happened.

You said it was early afternoon, or excuse me, late afternoon or early evening when you originally got a phone call; correct?

A    I think that's right.  Yes.

Q    And that first phone wall was from Lawrence Middleton, if you recall?

A    Yes.

Q    And then eventually you find out from Lawrence Middleton it involves sheriff's department investigators; correct?

A    Yes.

Q    And then it is at that point that you call Steve Martinez; correct?

A    I think that's right.  I think it was after that -- after I realized it was LASD.  I think -- I think I called him or we spoke.  I just don't remember if he called me or I called him.

Q    But you told Steve Martinez that you were then going to be the one calling Sheriff Baca; correct?

A    I might have.  I don't remember the specifics of that conversation.

Q    Well, you did call Sheriff Baca?

A    Yeah.  We spoke.  Mr. Baca and I spoke.

Q    And that would have been right after the conversation, as best you can recall, with Steve Martinez; correct?

A    Yes.

Q    And did Steve Martinez indicate to you when you were speaking to him at that moment in time before you called Sheriff Baca that Steve Martinez had already spoken to Sheriff Baca?

        MS. RHODES:  Objection.  Calls for hearsay.

        THE COURT:  Sustained.

Q    BY MR. HOCHMAN:  Did -- did you know whether or not Steve Martinez had spoken to Sheriff Baca already before you spoke to Sheriff Baca?

A    I don't remember.  I honestly don't.

Q    And then, you -- when you speak to Sheriff Baca, that is an approximate 20 or 22-minute conversation.  Do you recall it lasting at that length?

A    I don't recall how long it lasted.  I mean, everything was going superfast.  And again, this is six years ago.  So, but if that is what it says, you know, I am not going to try to quibble with it.

Q    And when you spoke with Sheriff Baca, you told him basically, what is going on, Lee.  Are you -- you know, did you send someone to go arrest an FBI agent; is that right?

A    I don't think I asked him specifically did you send someone.  I said, is this what we are doing here?  I mean, like, what the hell -- pardon my language -- what the hell is going on?

Q    And Sheriff Baca said that it was not going to happen, that being the arrest of an FBI agent; correct?

MS. RHODES:  Objection.  Misstates testimony.

MR. HOCHMAN:  Actually may I withdraw, your Honor.

THE COURT:  Yes.

Q    BY MR. HOCHMAN:  What did Sheriff Baca say?

A    They were going back and forth.  And I think -- how do I say this.  So, Mr. Baca, and I -- you know, he likes to -- when you have a conversation with Mr. Baca, he likes to say his piece, so he was going back to sort of the same issues that he was upset about this.  And I am, like, I don't have time for that.  I'm, like, I have got -- you know, I have got Martinez telling me that an agent is worried that she is going to be arrested.  And I am, like, Lee, I just need to know, is she going to get arrested tonight, because I got -- you know, I got -- I got to get back to Steve.

And he is, like, no, no, no, that is not going to happen, but I am really --

THE REPORTER:  I'm sorry.  Please slow down.

THE WITNESS:  I'm sorry.  My apologies.

Q    BY MR. HOCHMAN:  Was it your understanding that Sheriff Baca was saying she wasn't going to be arrested tonight but she would be arrested tomorrow?

A    No.

Q    He didn't give you any understanding whatsoever that the fact that she wasn't going to be arrested that night meant that she was going to be arrested two days later, a week later, a month later; correct?

In other words, he didn't qualify his answer and say, she won't be arrested tonight but she might be arrested tomorrow or the next day; correct?  There was no qualification to his answer?

A    Yeah.  There was no qualification, but to be fair, I don't know -- the conversation, it wasn't like I said -- I didn't say is she going to be arrested tonight or the next day or the next day?  I was just -- you know, again, it was more of a -- I was trying to deal with a crisis at the moment.  Is she going to be arrested right now.  And in fairness, I don't know if I said right now. Is she going to be arrested.

I don't know -- you know, I don't know if there was a discussion of really sort of -- I don't know if it was in any of our minds whether it was going to be tomorrow or the next day.  But I guess to answer your question, Mr. Baca didn't say to me, not tonight, but it

could happen in a couple of days.

Q     So you left with the understanding from that conversation that Sheriff Baca had told you she was not going to be arrested; correct?

A     Yes.

Q     And then did you convey that to Steve Martinez?

A     Yes.

MR. HOCHMAN:  May I have a moment, your Honor?

THE COURT:  Yes.

MR. HOCHMAN:  Your Honor, is there a chance we could take the first break of the day?

THE COURT:  Yes.

MR. HOCHMAN:  Thank you very much, your Honor.

All right.

THE COURT:  We are going to take our first break of the day.  Again, I want to remind you until this trial is over you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else.  Nor are you allowed to permit others to discuss the case with you.

If anyone approaches you and tries to talk with you about this case, please let me know about it immediately.  Do not read or listen to any news reports or other accounts about the trial.

Finally you are reminded to keep an open mind until all of the evidence has been received and you have heard the arguments of counsel, the instructions of the Court, and the views of your fellow jurors.

If you need to speak with me, simply give a note to the clerk.  We will come back at 5 after the hour.

(The following proceedings were held outside the presence of the jury:)

THE COURT:  All right.  You may step down.

Do you have an idea of how much longer you are going to be with this witness?

MR. HOCHMAN:  No more that 10 or 15 minutes, your Honor.

MR. FOX:  Your Honor, we were discussing at counsel table whether we had you take judicial notice of what a grand jury was in this trial.  Having trouble recalling.  I remember we had a discussion at sidebar.  We were going to have you do that after Special Agent Dahle's testimony or right before it and we can't recall whether that happened.

THE COURT:  My recollection is that we did.  But I will try to confirm that over the break.

MR. FOX:  That would be the last thing that we would want to do in our case before resting, if we didn't

do that already.

MR. HOCHMAN:  I don't remember one way or the other, your Honor.

THE COURT:  Okay.

MR. FOX:  And, your Honor, we certainly don't have an objection to taking judicial notice.  You can take it at any point.  It does not have to be in the government's case.  So if you want to check later, we appreciate that.

THE COURT:  All right.

(Recess.)

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  March 10, 2017

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

*UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA*

**MR. FOX: [4]** 2118/3 2196/14 2196/23 2197/4
**MR. HOCHMAN: [33]** 2112/13 2112/24 2113/2 2118/24 2120/22 2122/18 2123/20 2125/5 2129/17 2129/24 2130/5 2133/10 2144/11 2148/22 2150/21 2151/9 2151/12 2155/14 2161/8 2162/6 2162/14 2162/20 2163/1 2163/3 2189/18 2190/1 2190/6 2193/7 2195/7 2195/9 2195/12 2196/12 2197/1
**MR. JAUREGUI: [13]** 2118/5 2118/12 2118/17 2119/2 2119/11 2121/24 2122/15 2123/6 2129/14 2132/2 2132/18 2133/7 2133/11
**MS. RHODES: [40]** 2112/8 2112/20 2133/15 2133/23 2144/2 2147/10 2148/20 2148/24 2150/19 2150/23 2151/2 2151/8 2156/16 2157/3 2161/4 2162/1 2162/3 2162/10 2162/18 2166/1 2166/5 2166/11 2168/15 2170/20 2171/9 2173/17 2173/21 2173/25 2176/12 2178/15 2179/21 2182/18 2183/16 2188/5 2188/10 2188/18 2190/4 2190/20 2192/8 2193/6
**THE CLERK: [3]** 2112/3 2119/6 2133/17
**THE COURT: [64]**
**THE REPORTER: [1]** 2193/23
**THE WITNESS: [10]** 2119/9 2133/13 2133/20 2159/19 2171/10 2174/5 2176/15 2183/19 2188/24 2193/24

**'**

**'92 [1]** 2163/12
**'95 [1]** 2163/12
**'99 [1]** 2169/4

**—**

**-and [3]** 2110/4 2110/5 2110/11

**/**

**/s [1]** 2198/12

**1**

**1,000 [1]** 2154/7
**10 [2]** 2196/13 2198/10
**100 [4]** 2121/17 2121/20 2122/1 2129/22
**101 [2]** 2122/2 2129/25
**10:30 hours [1]** 2154/7
**11 [2]** 2120/1 2154/6
**110 [4]** 2152/19 2152/22 2152/24 2153/12
**112 [13]** 2150/10 2150/21 2152/20 2153/20 2154/11 2155/4 2156/11 2157/15 2160/19 2176/3 2181/10 2181/14 2181/15
**12 [1]** 2147/12
**12th [1]** 2110/6
**12th floor [1]** 2149/23
**13 [2]** 2152/22 2152/25
**134 [1]** 2154/1
**13th [3]** 2178/25 2189/24 2189/25
**141 [1]** 2156/18
**14th [1]** 2176/8
**15 [1]** 2196/13

**157 [1]** 2147/11
**16-60 [4]** 2109/8
**1601 [1]** 2119/11
**180 [1]** 2123/8
**1990's [1]** 2180/13
**1995 [2]** 2164/6 2180/16

**2**

**2.35 [1]** 2161/7
**2.40 [2]** 2151/4 2151/9
**20 [1]** 2192/16
**200 [1]** 2135/8
**2000 [4]** 2164/6 2165/16 2169/4 2180/16
**2000's [1]** 2169/9
**2001 [1]** 2165/24
**2003 [1]** 2169/5
**2009 [6]** 2152/8 2153/10 2153/13 2153/16 2169/14 2169/15
**2010 [5]** 2134/4 2135/14 2165/24 2169/13 2169/15
**2011 [26]** 2120/2 2120/3 2120/13 2120/18 2122/17 2137/16 2138/8 2139/14 2142/12 2144/21 2149/2 2150/14 2150/18 2151/2 2170/12 2170/16 2173/15 2173/21 2173/25 2176/7 2176/7 2176/8 2177/23 2178/25 2181/18 2189/25
**2014 [1]** 2134/4
**2017 [3]** 2109/17 2112/1 2198/10
**2050 [1]** 2110/12
**2114 [1]** 2113/4
**2117 [1]** 2113/5
**2118 [1]** 2111/5
**2126 [1]** 2125/8
**2127 [1]** 2111/6
**2128 [1]** 2125/9
**2131 [1]** 2111/8
**2160 [1]** 2111/9
**21st [1]** 2176/7
**22 [1]** 2147/20
**22-minute [1]** 2192/16
**24 [1]** 2176/6
**241 [1]** 2162/5
**24th [2]** 2175/9 2177/19
**250 [2]** 2135/6 2164/20
**25th [1]** 2177/20
**26 [3]** 2122/17 2147/13 2150/14
**26-Sept [1]** 2147/16
**26th [9]** 2148/22 2148/25 2149/1 2151/2 2162/13 2162/14 2181/18 2183/12 2183/16
**27th [9]** 2150/17 2162/13 2162/14 2181/22 2182/9 2182/17 2183/2 2185/5 2191/1
**28 [1]** 2198/4
**28th [1]** 2176/7
**29 [2]** 2173/21 2173/25
**29th [12]** 2139/14 2142/11 2144/16 2171/13 2172/8 2173/15 2175/7 2178/14 2178/21 2179/9 2181/3 2185/1

**3**

**312 [3]** 2109/22 2110/6 2149/24
**323-526-5000 [1]** 2123/14
**323-526-5115 [1]** 2124/4
**33 [3]** 2118/7 2118/19 2118/24
**35 [1]** 2161/6
**39 [2]** 2144/4 2144/8

**4**

**40 [1]** 2151/5
**41 [2]** 2162/5 2162/6
**423 [1]** 2170/19
**423-year [1]** 2171/3
**436 [1]** 2109/22
**4557 [1]** 2152/4
**4573 [1]** 2152/4

**5**

**50 [1]** 2135/9
**5000 [5]** 2123/5 2123/14 2124/6 2131/24 2132/10
**5115 [1]** 2124/4

**6**

**63 [3]** 2118/7 2118/20 2118/24
**66 [1]** 2109/8
**66A [1]** 2112/6
**69 [3]** 2189/21 2189/23 2190/2

**7**

**753 [1]** 2198/4
**7:35 entry [1]** 2147/13
**7:35 p.m [1]** 2147/17
**7:58 [1]** 2112/2
**7:59 [1]** 2113/4

**8**

**8/31/11 [1]** 2154/6
**8:04 [1]** 2113/4
**8:17 [1]** 2125/8
**8:20 [1]** 2125/8

**9**

**90 [1]** 2135/17
**90012 [2]** 2109/22 2110/6
**90404 [1]** 2110/12
**93 [1]** 2134/14
**9858 [2]** 2109/21 2198/12

**A**

**A.M [1]** 2112/2
**abiding [1]** 2143/15
**able [1]** 2160/25
**about [50]**
**above [2]** 2156/3 2198/7
**above-entitled [1]** 2198/7
**above-referenced [1]** 2156/3
**ABRAMS [2]** 2110/11 2112/15
**Absolutely [1]** 2152/12
**abuse [1]** 2137/25
**accordingly [1]** 2176/1
**accounts [1]** 2195/25
**accurate [1]** 2150/16
**accused [1]** 2163/16
**acquisition [3]** 2154/12 2154/13 2154/16
**acting [1]** 2186/4
**action [1]** 2161/3
**actions [1]** 2183/1
**active [2]** 2155/14 2170/18
**acts [1]** 2183/8
**actual [2]** 2157/22 2171/25
**actually [6]** 2130/3 2171/8 2175/1 2175/14 2177/12 2193/8
**additional [1]** 2157/1
**addressed [3]** 2182/8 2183/2 2183/4
**addressing [1]** 2181/2
**ADIC [2]** 2130/13 2130/13
**admission [1]** 2190/2
**admit [8]** 2118/23 2118/23 2144/4 2150/20 2151/3 2151/7 2161/7 2162/5

**A**

**admitted [8]** 2118/8 2118/20 2144/9 2151/21 2151/24 2151/25 2154/2 2156/18
**advance [1]** 2149/10
**affecting [1]** 2135/15
**after [34]** 2124/25 2125/2 2129/4 2129/6 2135/14 2139/19 2139/22 2141/2 2143/3 2143/4 2145/22 2145/23 2146/25 2152/1 2154/23 2163/13 2166/14 2175/18 2177/25 2178/2 2178/24 2179/9 2180/1 2182/7 2188/9 2188/12 2188/23 2189/1 2189/6 2191/16 2191/17 2192/1 2196/6 2196/19
**afternoon [3]** 2145/3 2191/3 2191/4
**again [10]** 2139/24 2140/13 2158/2 2166/19 2171/23 2172/7 2178/22 2192/19 2194/17 2195/16
**against [1]** 2148/7
**agencies [9]** 2137/11 2161/24 2167/17 2167/17 2168/13 2168/14 2168/19 2184/21 2186/12
**agency [2]** 2176/24 2185/13
**agent [44]**
**agents [3]** 2145/13 2158/15 2167/12
**ago [4]** 2118/9 2158/2 2172/4 2192/20
**agree [1]** 2159/2
**agreeable [2]** 2160/22 2160/24
**agreed [1]** 2118/21
**agreement [3]** 2175/25 2177/5 2179/20
**air [1]** 2149/13
**all [55]**
**allegations [3]** 2137/24 2152/7 2152/18
**alleged [1]** 2183/8
**allowed [1]** 2195/20
**almost [4]** 2129/11 2164/4 2164/6 2172/5
**alone [2]** 2129/12 2129/14
**along [5]** 2130/1 2145/13 2155/8 2159/16 2160/6
**already [8]** 2122/20 2144/5 2149/15 2152/22 2157/20 2192/7 2192/12 2197/1
**also [21]** 2138/7 2140/7 2140/18 2140/21 2141/22 2142/23 2146/19 2152/6 2152/17 2152/18 2153/9 2153/11 2154/1 2156/1 2156/2 2156/17 2164/18 2175/4 2180/22 2184/4 2184/11
**am [33]** 2118/10 2119/24 2129/3 2146/3 2146/11 2147/5 2148/1 2148/6 2148/9 2148/18 2148/21 2159/15 2159/16 2159/20 2160/1 2160/20 2160/21 2160/23 2169/2 2171/11 2174/9 2179/4 2180/2 2184/12 2184/17 2185/7 2185/17 2190/18 2190/25 2192/21 2193/15 2193/19 2193/23
**ambassador [1]** 2180/8
**ameliorate [2]** 2183/1 2184/13
**America [2]** 2109/6 2112/7
**amongst [3]** 2168/19 2174/11

2186/20
**analogy [1]** 2190/6
**and/or [1]** 2167/22 2167/24
**ANDERSON [1]** 2109/3
**ANDRE [7]** 2111/7 2112/23 2130/20 2133/16 2133/21 2145/12 2146/9
**Andrea [1]** 2179/3
**ANGELES [26]** 2109/16 2109/22 2110/6 2112/1 2120/3 2134/9 2137/17 2137/21 2138/1 2138/5 2140/7 2140/8 2157/3 2157/10 2163/8 2163/15 2165/4 2165/22 2166/1 2166/9 2166/15 2166/21 2167/2 2167/13 2168/8 2190/16
**angry [1]** 2161/16
**animated [1]** 2159/22
**another [3]** 2121/11 2143/1 2146/14
**answer [5]** 2176/15 2183/19 2194/9 2194/12 2194/24
**answered [3]** 2133/9 2141/21 2174/20
**answers [2]** 2130/8 2131/11
**any [21]** 2131/9 2136/21 2138/4 2138/12 2138/13 2144/11 2152/13 2157/1 2157/9 2157/10 2157/11 2157/15 2159/3 2161/8 2179/5 2186/7 2190/4 2194/5 2194/23 2195/24 2197/7
**anyone [5]** 2158/9 2187/18 2195/17 2195/19 2195/22
**anything [9]** 2120/14 2122/19 2129/13 2142/19 2144/18 2150/4 2159/10 2174/8 2184/8
**apologies [2]** 2178/22 2193/25
**apologize [2]** 2140/14 2188/25
**appearances [2]** 2110/1 2112/8
**appears [1]** 2153/1
**appreciate [3]** 2142/16 2178/6 2197/8
**approach [1]** 2179/21
**approached [1]** 2121/12
**approaches [1]** 2195/22
**appropriate [1]** 2142/1
**approximate [1]** 2192/16
**approximately [4]** 2120/1 2135/6 2169/8 2175/9
**are [86]**
**area [1]** 2169/4
**areas [3]** 2136/9 2138/4 2138/4
**Argumentative [4]** 2123/21 2168/16 2170/21 2190/21
**arguments [1]** 2196/3
**arm [1]** 2137/5
**armed [2]** 2170/19 2171/3
**arms [1]** 2168/15
**around [4]** 2137/19 2151/17 2165/16 2177/22
**arrest [8]** 2144/23 2145/14 2145/17 2145/18 2146/3 2148/4 2192/24 2193/6
**arrested [13]** 2148/12 2193/18 2193/20 2194/2 2194/3 2194/6 2194/7 2194/10 2194/11 2194/15 2194/18 2194/20 2195/4
**articulating [1]** 2189/4
**as [47]**
**ask [13]** 2123/8 2131/2 2131/25 2132/6 2132/10 2147/12 2156/1 2156/2 2167/24 2181/14 2181/16

2182/24 2188/15
**asked [12]** 2125/9 2129/7 2130/8 2133/9 2153/22 2165/3 2174/19 2177/6 2183/10 2184/4 2193/1
**asking [2]** 2184/8 2184/10
**assist [2]** 2138/3 2167/24
**assistant [14]** 2130/13 2130/16 2135/7 2135/9 2141/1 2141/4 2145/24 2146/20 2163/24 2164/3 2164/8 2164/12 2164/20 2165/15
**assume [2]** 2146/24 2147/16
**assuming [3]** 2147/5 2169/2 2177/18
**attached [1]** 2156/12
**attachment [3]** 2152/25 2153/2 2153/6
**attempt [1]** 2157/15
**attended [1]** 2140/4
**attention [10]** 2121/16 2123/25 2136/23 2137/15 2139/13 2144/21 2151/16 2152/16 2157/21 2170/11
**attorney [32]** 2110/5 2130/19 2130/19 2130/20 2134/6 2134/11 2134/12 2135/4 2135/14 2155/6 2156/1 2156/2 2163/6 2163/25 2164/3 2164/8 2164/10 2164/12 2164/16 2164/22 2164/25 2165/16 2166/18 2166/19 2166/20 2169/12 2169/19 2169/22 2182/24 2184/4 2184/12 2186/10
**Attorney's [28]** 2135/20 2136/4 2136/13 2139/21 2140/5 2140/23 2142/18 2142/19 2144/16 2147/8 2149/23 2155/13 2155/18 2163/20 2164/2 2165/15 2166/20 2166/21 2166/25 2167/2 2172/10 2174/23 2180/11 2180/15 2181/1 2182/25 2184/7 2190/19
**attorneys [4]** 2113/1 2135/7 2135/9 2164/21
**Audio [7]** 2122/5 2129/24 2130/5 2144/14 2151/14 2161/13 2162/10
**August [22]** 2139/14 2142/11 2143/3 2144/16 2170/12 2170/16 2171/13 2172/8 2173/15 2173/21 2173/25 2175/7 2175/9 2176/6 2177/19 2177/20 2177/23 2178/14 2178/21 2179/9 2181/3 2185/1
**August 2011 [1]** 2170/16
**August 24th [2]** 2175/9 2177/19
**August 25th [1]** 2177/20
**August 29 [1]** 2173/25
**August 29th [12]** 2139/14 2142/11 2144/16 2171/13 2172/8 2173/15 2175/7 2178/14 2178/21 2179/9 2181/3 2185/1
**AUSA [1]** 2110/5
**authenticated [1]** 2144/5
**aware [5]** 2118/6 2136/17 2137/16 2157/15 2167/11

**B**

**Baca [97]**
**Baca's [9]** 2143/16 2149/25 2153/16 2155/17 2156/12 2157/7 2185/15 2188/9 2188/15
**back [44]**

**B**

**background [1]** 2163/5
**bank [2]** 2170/19 2171/4
**banner [2]** 2123/10 2124/2
**Barbara [1]** 2165/13
**bark [4]** 2160/13 2160/14 2160/14 2160/14
**barked [1]** 2159/24
**barking [2]** 2186/1 2186/22
**based [2]** 2176/9 2177/5
**basically [8]** 2142/3 2154/23 2154/23 2165/11 2168/12 2176/10 2178/6 2192/23
**basis [1]** 2190/20
**be [76]**
**became [5]** 2136/17 2163/6 2163/22 2169/4 2169/22
**because [19]** 2124/21 2125/2 2129/9 2129/13 2135/24 2136/19 2140/1 2143/14 2146/22 2148/15 2167/8 2169/15 2172/3 2175/7 2178/9 2179/18 2180/2 2183/10 2193/20
**becoming [1]** 2135/14
**been [27]** 2118/21 2119/25 2133/8 2137/24 2140/15 2141/3 2141/6 2141/9 2141/23 2142/3 2142/5 2144/5 2149/10 2149/15 2154/2 2156/18 2158/12 2160/16 2169/12 2178/25 2180/13 2181/10 2182/3 2182/8 2185/19 2192/1 2196/2
**before [19]** 2118/10 2118/18 2149/16 2163/6 2172/25 2173/25 2175/12 2176/3 2177/7 2177/25 2178/17 2182/1 2189/21 2190/25 2191/1 2192/6 2192/12 2196/20 2196/25
**beginning [4]** 2122/7 2129/22 2130/2 2150/3
**begins [2]** 2151/20 2151/24
**behalf [5]** 2112/10 2112/15 2140/11 2140/23 2169/18
**behind [4]** 2144/7 2151/5 2161/6 2162/6
**being [6]** 2124/16 2130/24 2170/14 2186/16 2187/24 2193/6
**believe [16]** 2137/19 2140/7 2140/21 2146/8 2150/6 2150/9 2154/6 2170/12 2171/1 2171/6 2171/14 2175/13 2179/5 2182/8 2182/11 2187/18
**believed [3]** 2175/2 2185/24 2186/4
**Bernardino [1]** 2165/12
**besides [1]** 2140/24
**best [4]** 2137/23 2139/10 2171/23 2192/2
**better [2]** 2142/15 2166/25
**between [6]** 2149/8 2165/11 2178/18 2182/9 2182/17 2185/5
**Beyond [1]** 2183/17
**big [2]** 2136/9 2158/22
**binder [3]** 2122/3 2144/7 2162/6
**binders [1]** 2151/5
**BIROTTE [15]** 2111/7 2112/23 2130/21 2133/16 2133/21 2133/21 2134/4 2144/15 2147/14 2151/16 2152/10 2152/24 2156/22 2157/7 2162/25
**bit [1]** 2184/11

**board [2]** 2148/22 2162/12
**Bockius [1]** 2110/6
**border [2]** 2145/10
**both [7]** 2135/8 2156/19 2160/11 2160/12 2167/1 2168/3 2170/8
**bottom [4]** 2123/25 2153/20 2183/24 2184/19
**Boulevard [1]** 2110/11
**boy [2]** 2133/22 2157/17
**brandish [1]** 2187/18
**BRANDON [1]** 2110/4
**breach [1]** 2161/2
**break [6]** 2184/21 2185/8 2185/16 2195/11 2195/15 2196/23
**BRIANNA [2]** 2110/11 2112/15
**bribe [2]** 2138/24 2159/25
**bribery [1]** 2158/17
**briefing [1]** 2154/6
**bring [4]** 2118/5 2135/24 2138/24 2150/4
**broader [1]** 2167/4
**brothers [1]** 2168/14
**brought [4]** 2135/18 2136/18 2150/6 2185/4
**Bruce [2]** 2141/1 2172/16
**buck [1]** 2139/6
**budgets [1]** 2167/18
**building [3]** 2119/18 2131/22 2132/6
**bullet [5]** 2156/14 2156/20 2156/24 2157/5 2157/5

**C**

**CA [2]** 2110/6 2110/12
**calendar [2]** 2122/17 2149/7
**CALIFORNIA [8]** 2109/2 2109/16 2109/22 2112/1 2134/7 2134/8 2134/14 2152/4
**call [34]** 2118/18 2121/23 2122/2 2122/7 2123/16 2124/7 2124/13 2124/18 2124/25 2125/2 2129/5 2129/6 2131/17 2131/24 2132/5 2132/10 2133/15 2145/3 2145/4 2145/5 2145/8 2145/21 2145/22 2146/14 2146/15 2148/3 2148/25 2149/16 2160/5 2172/8 2190/24 2191/5 2191/14 2191/24
**called [15]** 2121/12 2135/7 2140/20 2145/12 2145/16 2145/24 2146/2 2146/11 2147/5 2147/6 2147/8 2191/18 2191/19 2191/19 2192/7
**calling [2]** 2124/6 2191/21
**calls [8]** 2119/4 2120/23 2131/20 2133/16 2146/8 2188/6 2188/19 2192/9
**calm [1]** 2179/17
**came [4]** 2120/19 2120/21 2175/9 2177/19
**can [31]** 2121/1 2122/25 2123/8 2130/2 2131/2 2131/17 2131/25 2134/24 2135/11 2141/4 2141/16 2143/21 2153/11 2156/22 2159/18 2160/21 2162/1 2167/5 2167/7 2167/8 2175/25 2176/1 2176/2 2176/11 2176/15 2176/23 2181/15 2182/21 2183/19 2192/2 2197/6
**can't [7]** 2135/22 2146/18 2149/9 2153/5 2185/8 2187/25 2196/20
**cannot [2]** 2184/21 2185/15
**cardinal [1]** 2184/20
**Cardona [2]** 2141/1 2172/10

**career [1]** 2163/7
**Carlos [2]** 2121/9 2122/12
**case [12]** 2122/24 2137/9 2167/6 2167/8 2170/2 2179/5 2182/23 2195/17 2195/20 2195/23 2196/25 2197/8
**cases [10]** 2143/24 2164/15 2167/2 2170/3 2170/6 2177/11 2180/19 2180/20 2180/23 2181/2
**categories [1]** 2180/18
**CD [1]** 2121/23
**cell [11]** 2147/5 2147/6 2147/7 2147/8 2147/19 2151/21 2151/24 2151/25 2170/18 2170/24 2171/2
**cellar [2]** 2139/16 2157/1
**cellular [1]** 2138/22
**CENTRAL [9]** 2109/2 2134/6 2134/8 2134/13 2139/17 2152/8 2165/3 2170/14 2170/25
**certain [3]** 2139/4 2143/16 2168/7
**certainly [3]** 2139/10 2185/4 2197/5
**CERTIFICATE [1]** 2198/1
**certify [1]** 2198/4
**cetera [2]** 2148/8 2148/8
**chance [2]** 2165/21 2195/10
**change [1]** 2142/19
**characterization [1]** 2162/16
**characterize [2]** 2186/18 2186/19
**charge [4]** 2130/13 2130/16 2130/20 2146/20
**charged [3]** 2135/3 2138/3 2164/13
**charges [1]** 2131/2
**check [3]** 2145/20 2146/6 2197/8
**chief [8]** 2134/12 2134/19 2141/7 2145/5 2145/24 2164/25 2172/13 2180/25
**children [3]** 2186/5 2186/8 2186/19
**children's [1]** 2145/9
**civil [15]** 2134/17 2135/10 2135/19 2136/3 2136/9 2136/12 2141/8 2145/6 2152/5 2152/13 2152/14 2164/14 2167/1 2172/14 2180/19
**clear [5]** 2123/18 2149/13 2174/7 2177/9 2190/18
**clerk [1]** 2196/6
**clip [1]** 2144/4
**close [1]** 2139/11
**Cloverfield [1]** 2110/11
**Code [2]** 2152/4 2198/5
**coercion [1]** 2152/5
**combat [1]** 2167/19
**come [13]** 2125/4 2129/8 2131/10 2132/22 2141/10 2142/15 2142/17 2145/14 2145/17 2175/25 2176/24 2188/22 2196/6
**coming [2]** 2175/17 2176/6
**comment [2]** 2161/18 2188/9
**comments [3]** 2124/14 2161/25 2174/15
**Commission [4]** 2146/1 2165/23 2166/1 2166/15
**commit [2]** 2152/11 2152/13
**commits [1]** 2158/18
**committed [4]** 2141/20 2158/13 2159/23 2175/2
**committing [1]** 2178/3
**common [2]** 2143/24 2144/2
**communications [3]** 2170/1

**C**

communications... [2] 2170/2 2170/7
complained [1] 2174/16
complaint [1] 2178/4
complaints [1] 2181/3
completed [1] 2156/5
completion [2] 2154/17 2154/19
comply [1] 2143/11
compound [2] 2170/21 2182/19
concern [1] 2143/17
concerns [7] 2134/23 2136/16 2136/20 2137/25 2141/22 2150/7 2176/19
conducted [3] 2113/5 2125/9 2178/4
Conference [1] 2198/9
confines [1] 2157/3
confirm [1] 2196/23
conformance [1] 2198/8
connection [1] 2190/15
consideration [1] 2169/11
considered [2] 2134/12 2178/9
conspiracy [1] 2152/4
contacts [1] 2146/1
contents [1] 2183/5
continue [1] 2160/25
continued [5] 2182/1 2187/5 2189/16 2190/9 2190/14
contraband [3] 2138/18 2138/22 2157/10
conversation [11] 2131/7 2131/16 2176/21 2177/15 2185/9 2191/23 2192/2 2192/16 2193/13 2194/14 2195/3
convey [1] 2195/6
conveyed [1] 2189/7
convictions [1] 2135/2
cooperation [4] 2187/6 2189/16 2190/9 2190/14
cooperative [1] 2168/19
copy [4] 2118/22 2118/22 2150/16 2189/24
cordial [2] 2150/3 2150/3
correct [107]
corrective [1] 2161/3
correctly [1] 2140/13
correspondence [1] 2179/6
corruption [7] 2119/22 2120/6 2135/19 2136/3 2136/7 2141/8 2145/6
Corruptions [2] 2136/12 2172/14
could [28] 2123/11 2124/1 2129/22 2130/1 2131/11 2136/11 2136/20 2144/9 2147/14 2150/12 2151/18 2151/23 2154/4 2157/7 2168/1 2169/19 2177/18 2177/19 2178/25 2181/8 2181/13 2183/22 2183/22 2183/25 2184/18 2186/17 2195/1 2195/11
counsel [14] 2110/1 2112/7 2118/9 2118/21 2118/22 2140/8 2140/21 2141/2 2165/3 2172/18 2177/6 2179/3 2196/3 2196/16
counties [2] 2165/5 2165/7
county [24] 2137/17 2137/21 2138/1 2138/5 2138/16 2138/18 2140/8 2140/21 2147/19 2157/3 2157/10 2163/8 2163/15 2165/4 2165/10 2165/13 2165/13

2166/21 2167/2 2167/3 2167/12 2168/6 2179/19 2179/3
County-issued [1] 2147/19
couple [5] 2118/7 2175/18 2175/20 2181/16 2195/1
court [8] 2109/1 2109/21 2118/22 2157/16 2164/11 2164/14 2168/22 2196/4
Court's [1] 2148/21
covered [1] 2182/9
CR [1] 2109/8
CR16 [1] 2112/6
CR16-66A [1] 2112/6
Craig [1] 2121/14
created [2] 2135/18 2136/18
crime [12] 2141/20 2152/11 2158/13 2158/18 2158/23 2159/23 2167/19 2168/2 2168/3 2168/15 2175/2 2178/3
crimes [3] 2138/13 2163/17 2167/3
criminal [11] 2134/17 2135/1 2135/8 2135/11 2135/15 2135/16 2135/21 2138/5 2164/15 2167/1 2183/8
crisis [1] 2194/18
Cross [6] 2111/6 2111/9 2129/17 2129/20 2162/20 2162/23
Cross-Examination [6] 2111/6 2111/9 2129/17 2129/20 2162/20 2162/23
CRR [1] 2198/12
CSR [2] 2109/21 2198/12
currently [1] 2157/2

**D**

DA's [1] 2167/20
Dahle's [1] 2196/20
daily [1] 2190/20
damp [1] 2149/13
dampen [1] 2187/1
date [14] 2143/14 2143/16 2145/2 2150/25 2151/1 2153/10 2153/11 2153/13 2157/13 2175/14 2175/22 2175/23 2181/23 2198/10
dated [4] 2150/14 2151/1 2181/13 2181/17
dates [10] 2171/25 2175/11 2175/17 2175/18 2176/1 2176/5 2176/5 2176/12 2177/3 2178/22
day [13] 2109/14 2149/3 2150/17 2177/20 2179/10 2179/11 2179/12 2194/11 2194/16 2194/16 2194/24 2195/11 2195/16
days [5] 2118/9 2135/17 2148/19 2194/7 2195/1
DC [1] 2119/19
deal [6] 2146/12 2148/9 2148/15 2154/25 2186/15 2194/17
dealing [4] 2152/10 2168/11 2170/4 2182/22
dealings [2] 2169/7 2173/3
dealt [1] 2173/24
decided [1] 2158/7
decision [3] 2157/22 2157/23 2158/8
Decisions [1] 2139/5
defendant [3] 2109/9 2110/9 2112/15
defendants [1] 2163/16
defender [1] 2163/13
Defender's [2] 2163/8 2163/15

defending [1] 2163/19
defense [1] 2110/9
delay [1] 2155/1
demand [1] 2184/15
demanding [1] 2184/7
demeanor [1] 2149/25
denied [2] 2156/21 2157/6
department [51]
department's [3] 2152/2 2154/17 2190/16
deploy [1] 2134/25
deployed [1] 2157/2
deputies [7] 2120/22 2121/12 2121/13 2138/12 2148/4 2152/7 2167/13
deputy [4] 2138/23 2139/16 2163/7 2163/13
describe [1] 2141/16
described [5] 2161/15 2164/24 2168/18 2183/4 2188/1
description [1] 2157/11
desire [1] 2155/18
destination [1] 2147/18
determine [3] 2137/7 2138/12 2138/23
deviation [1] 2129/10
dial [1] 2179/17
dialogue [1] 2143/24
did [107]
didn't [20] 2129/12 2139/12 2142/1 2143/11 2158/6 2173/2 2173/2 2177/2 2183/6 2183/7 2185/7 2185/18 2187/14 2188/23 2189/5 2194/5 2194/9 2194/15 2194/25 2196/25
differ [1] 2164/9
different [5] 2147/22 2147/24 2161/24 2166/20 2167/16
differently [1] 2188/15
direct [8] 2111/5 2111/8 2119/15 2121/16 2123/25 2134/2 2144/20 2190/11
directly [1] 2171/13
director [3] 2130/13 2130/16 2146/20
disbelief [3] 2120/21 2121/4 2125/3
disclose [1] 2157/9
discovered [1] 2152/1
discovery [1] 2142/8
discuss [8] 2140/1 2141/15 2157/22 2157/23 2183/6 2183/7 2195/17 2195/20
discussed [2] 2182/12 2182/16
discussing [1] 2196/15
discussion [9] 2142/23 2143/1 2175/6 2177/15 2177/20 2185/13 2189/2 2194/22 2196/18
display [1] 2123/7
displeasure [4] 2141/18 2142/3 2174/7 2178/3
district [21] 2109/1 2109/2 2109/4 2134/7 2134/8 2134/13 2134/23 2134/24 2136/1 2136/19 2158/22 2161/23 2165/1 2165/3 2165/6 2166/18 2166/20 2166/21 2167/1 2167/2 2167/14
districts [1] 2134/14
division [2] 2109/2 2135/15
divisions [1] 2135/22
do [52]
documentation [1] 2150/7
documents [8] 2143/25 2153/4 2153/22 2154/16 2154/22

**D**

**documents... [3]** 2156/4 2175/15 2176/25
**does [11]** 2122/8 2124/3 2130/8 2134/8 2134/11 2158/16 2158/16 2164/8 2185/14 2188/16 2197/7
**doing [4]** 2148/2 2148/13 2155/23 2193/2
**don't [53]**
**done [6]** 2132/16 2139/9 2148/7 2160/16 2177/6 2177/7
**door [1]** 2145/13
**doors [1]** 2189/9
**double [1]** 2133/22
**down [16]** 2133/13 2143/7 2143/10 2143/20 2149/13 2151/21 2165/10 2176/11 2176/21 2177/16 2177/19 2180/9 2184/11 2187/1 2193/24 2196/10
**due [1]** 2161/2
**duration [1]** 2147/19
**during [12]** 2120/18 2131/16 2143/18 2152/1 2152/8 2159/10 2169/2 2182/9 2182/16 2185/21 2189/2 2189/7
**duties [2]** 2134/20 2134/22

**E**

**each [10]** 2148/19 2169/8 2169/10 2170/7 2171/25 2179/19 2180/5 2180/10 2186/1 2186/20
**Earl [5]** 2145/25 2146/2 2146/7 2146/12 2147/25
**earlier [3]** 2167/14 2173/4 2175/24
**early [3]** 2145/3 2191/3 2191/4
**EDDIE [2]** 2110/4 2112/10
**effect [1]** 2187/13
**effort [1]** 2168/19
**eight [1]** 2164/4
**either [3]** 2141/24 2145/13 2145/17
**elementary [2]** 2145/9 2186/9
**ELEVEN [1]** 2109/14
**else [2]** 2140/24 2195/19
**employee [2]** 2123/4 2124/10
**employees [1]** 2136/8
**en [1]** 2145/9
**encompass [1]** 2152/3
**end [9]** 2124/6 2124/9 2144/15 2165/10 2177/23 2181/7 2181/9 2189/8 2189/11
**enforce [3]** 2184/22 2185/9 2185/16
**enforcement [14]** 2134/13 2134/19 2136/6 2136/14 2137/11 2139/7 2139/9 2158/15 2164/25 2167/16 2168/12 2170/5 2180/25 2184/20
**engage [1]** 2138/13
**enhanced [1]** 2167/23
**enough [2]** 2137/8 2166/17
**entitled [1]** 2198/7
**entity [1]** 2143/25
**entrapment [1]** 2152/5
**entry [2]** 2147/13 2154/5
**environmental [1]** 2135/23
**equally [1]** 2146/4
**equivalent [1]** 2166/9
**especially [2]** 2129/12 2187/23
**essence [1]** 2155/20

**estimated [1]** 2153/21
**et [1]** 2148/7 2149/8
**evening [10]** 2120/18 2121/8 2121/24 2124/25 2125/5 2129/9 2129/14 2145/3 2149/1 2191/4
**eventually [2]** 2146/17 2191/10
**ever [6]** 2172/24 2173/24 2178/12 2178/13 2178/18 2183/15
**everybody [2]** 2187/2 2189/8
**everyone [3]** 2151/6 2179/17 2186/11
**everyone is [1]** 2151/6
**everyone plays [1]** 2186/11
**everyone take [1]** 2179/17
**everything [2]** 2165/11 2192/19
**EVID [1]** 2111/11
**evidence [10]** 2118/11 2122/1 2123/8 2137/6 2144/4 2147/12 2152/23 2154/2 2156/19 2196/2
**exactly [2]** 2143/20 2159/18
**examination [10]** 2111/5 2111/6 2111/8 2111/9 2119/15 2129/17 2129/20 2134/2 2162/20 2162/23
**example [2]** 2183/6 2183/11
**excessive [3]** 2136/6 2137/25 2152/7
**exchange [1]** 2188/23
**excuse [2]** 2190/24 2191/3
**executive [1]** 2141/4
**exhibit [39]** 2111/11 2118/19 2118/24 2121/16 2121/17 2121/20 2122/1 2123/8 2129/22 2129/25 2144/4 2144/7 2147/11 2150/10 2150/21 2151/4 2151/5 2151/8 2152/19 2152/20 2152/22 2152/24 2153/12 2153/20 2154/1 2154/11 2155/4 2156/11 2156/18 2157/15 2160/19 2161/6 2162/5 2181/10 2181/14 2181/15 2189/21 2189/23 2190/2
**Exhibit 100 [1]** 2122/1
**Exhibit 2.40 [1]** 2151/4
**Exhibit 3 [1]** 2161/6
**exhibits [2]** 2118/7 2118/19
**explanation [1]** 2188/17
**express [2]** 2136/20 2142/3
**expressed [3]** 2141/18 2141/22 2176/19
**extended [1]** 2176/1
**extent [4]** 2122/19 2134/24 2136/16 2148/23

**F**

**face [1]** 2164/18
**fact [4]** 2167/11 2171/5 2187/20 2194/6
**fade [1]** 2141/2
**fair [3]** 2154/18 2174/8 2194/13
**fairness [1]** 2194/19
**falls [1]** 2158/8
**familiar [1]** 2136/24
**family [1]** 2195/18
**far [2]** 2149/10 2165/9
**farther [1]** 2184/11
**FBI [40]** 2119/18 2119/21 2119/25 2124/18 2132/13 2132/24 2133/1 2141/11 2141/12 2141/15 2141/20 2144/23 2146/23 2148/3 2148/16 2151/20 2151/24

2151/25 2152/11 2152/13 2155/6 2157/2 2160/10 2161/1 2161/21 2168/5 2168/13 2170/14 2174/16 2175/2 2178/3 2178/4 2178/4 2181/3 2182/24 2184/5 2187/17 2188/23 2192/24 2193/6
**FBI's [2]** 2182/22 2183/1
**feathers [1]** 2186/14
**fed [1]** 2154/7
**federal [26]** 2134/13 2134/14 2134/19 2136/24 2136/24 2137/2 2137/3 2137/5 2137/10 2137/20 2142/24 2143/2 2154/21 2154/21 2155/13 2155/19 2158/13 2160/16 2163/22 2164/25 2167/9 2167/12 2168/3 2168/14 2184/21 2186/12
**fellow [2]** 2195/18 2196/4
**female [3]** 2122/24 2123/2 2124/9
**fifth [1]** 2157/5
**fight [1]** 2162/1
**fighting [3]** 2168/15 2186/20 2186/20
**figure [5]** 2143/7 2143/20 2143/21 2149/14 2176/22
**Finally [2]** 2156/10 2196/1
**find [1]** 2191/10
**fine [1]** 2148/14
**first [29]** 2118/19 2131/16 2135/17 2141/1 2146/22 2150/24 2151/17 2152/10 2154/4 2154/24 2155/5 2158/5 2159/6 2169/1 2172/8 2173/14 2173/17 2176/5 2177/25 2178/14 2178/21 2181/14 2181/15 2183/10 2183/13 2191/7 2195/11 2195/15
**fit [1]** 2153/5
**five [1]** 2164/5
**five years [1]** 2164/5
**flip [1]** 2155/21
**floor [2]** 2110/6 2149/23
**focus [6]** 2170/11 2171/13 2171/23 2181/7 2183/22 2184/18
**focused [1]** 2154/19
**focusing [2]** 2120/13 2167/21
**folder [2]** 2121/19 2150/10
**folks [5]** 2140/15 2142/17 2148/16 2163/19 2171/19
**following [4]** 2118/1 2118/14 2129/1 2196/8
**force [5]** 2136/6 2137/25 2152/7 2161/2 2168/1
**forces [5]** 2167/12 2167/16 2168/5 2168/7 2168/11
**foregoing [1]** 2198/5
**forgive [2]** 2158/2 2186/9
**form [2]** 2123/21 2138/22
**format [1]** 2198/8
**forth [5]** 2160/7 2160/7 2186/1 2186/22 2193/11
**fortunate [1]** 2166/17
**forward [9]** 2143/8 2144/20 2149/14 2158/19 2158/25 2159/1 2187/3 2187/5 2187/6
**found [2]** 2139/16 2140/2
**Foundation [1]** 2132/3
**four [1]** 2164/4
**four years [1]** 2164/4
**fourth [2]** 2156/20 2157/6
**FOX [3]** 2110/4 2112/11 2112/25
**frankly [1]** 2139/4
**frauds [1]** 2135/23

**F**

frequently [1]   2136/14
front [4]   2121/17 2121/19
 2150/9 2181/11
full [4]   2119/8 2133/19
 2135/5 2156/6
fully [4]   2118/23 2152/6
 2152/17 2153/9
further [4]   2129/16 2133/11
 2133/12 2162/19
fuzzy [2]   2138/11 2157/17

**G**

G-E-N-N-A-C-O [1]   2140/19
gather [2]   2137/6 2137/6
gave [4]   2118/9 2123/15
 2157/14 2181/23
GD [3]   2159/15 2159/16
 2159/16
general [1]   2169/5
general's [6]   2165/22
 2165/25 2166/5 2166/8
 2166/15 2169/3
generally [4]   2138/10
 2138/12 2179/20 2188/22
Gennaco [7]   2140/19 2173/9
 2173/15 2173/25 2179/10
 2179/20 2179/24
gentleman [5]   2130/17
 2140/18 2168/24 2172/16
 2173/8
gentlemen [1]   2118/17
George [2]   2141/1 2172/10
get [23]   2142/18 2143/22
 2145/4 2146/7 2148/12
 2149/11 2154/22 2157/16
 2159/8 2160/3 2163/5 2169/19
 2175/19 2175/21 2176/23
 2178/7 2178/12 2178/19
 2179/7 2179/17 2183/15
 2193/19 2193/21
getting [2]   2146/25 2160/12
give [4]   2122/25 2188/17
 2194/5 2196/5
given [5]   2132/17 2147/22
 2157/10 2171/3 2181/20
gives [2]   2123/4 2153/10
giving [1]   2170/18
go [15]   2125/7 2129/4 2143/8
 2146/5 2148/15 2160/19
 2161/19 2161/21 2162/1
 2165/21 2174/13 2181/25
 2182/15 2188/1 2192/24
goal [3]   2168/20 2187/1
 2188/4
goals [1]   2186/10
God [1]   2146/11
goddamn [2]   2159/21 2159/21
goes [3]   2151/21 2153/3
 2165/9
going [67]
going on [1]   2193/4
gone [1]   2182/4
good [8]   2112/9 2112/13
 2112/14 2112/17 2118/17
 2136/10 2140/16 2161/24
got [24]   2145/2 2145/5
 2145/8 2145/23 2146/12
 2146/24 2148/3 2148/10
 2148/10 2148/15 2148/16
 2154/10 2159/9 2160/3
 2165/11 2167/18 2169/15
 2179/18 2191/4 2193/17
 2193/17 2193/20 2193/20
 2193/21
government [8]   2110/3 2123/7
 2136/7 2136/8 2137/5 2158/14
 2160/16 2164/14

government's [2]   2190/15
 2191/7
grand [29]   2132/17 2132/18
 2136/24 2136/25 2137/2
 2137/3 2137/6 2137/10
 2137/17 2137/20 2138/2
 2141/23 2142/24 2143/2
 2143/14 2153/3 2154/7
 2154/22 2155/13 2155/19
 2175/4 2175/7 2175/13
 2175/19 2176/12 2177/3
 2177/16 2177/18 2196/17
great [2]   2149/6 2179/15
green [2]   2123/10 2124/2
guess [3]   2147/24 2155/24
 2194/24
gun [8]   2160/8 2161/18
 2161/20 2161/25 2187/12
 2187/16 2187/16 2188/9
guy [1]   2159/24
guys [4]   2148/12 2159/23
 2160/1 2160/1

**H**

had [54]
hadn't [1]   2188/17
hand [3]   2189/12 2189/13
 2189/14
handled [1]   2174/16
handling [1]   2182/23
handwritten [1]   2154/5
happen [4]   2120/14 2193/6
 2193/23 2195/1
happened [17]   2120/17 2121/2
 2121/10 2124/25 2129/4
 2129/13 2141/16 2172/3
 2174/3 2174/10 2177/18
 2177/20 2177/24 2179/14
 2189/1 2191/2 2196/21
happening [1]   2124/22
happens [2]   2181/6 2185/12
happy [2]   2140/1 2174/9
has [13]   2118/22 2118/22
 2133/8 2143/14 2144/5 2151/4
 2154/2 2156/5 2156/18
 2161/23 2161/23 2174/10
 2196/2
have [92]
have done [1]   2139/9
having [5]   2140/2 2176/11
 2176/23 2185/13 2196/17
he [80]
head [3]   2140/19 2164/16
 2173/11
headquarter [1]   2132/6
headquarters [4]   2119/18
 2131/18 2131/21 2146/23
heal [1]   2161/4
hear [1]   2124/11
heard [3]   2113/1 2145/19
 2196/3
hearing [2]   2146/3 2148/1
hearsay [3]   2120/23 2188/19
 2192/9
heated [4]   2160/12 2185/22
 2187/24 2188/23
held [5]   2118/1 2118/14
 2129/1 2196/8 2198/6
hell [2]   2193/3 2193/4
helpful [1]   2136/1
her [5]   2120/10 2125/4
 2129/8 2129/10 2129/12
here [13]   2131/13 2131/25
 2138/21 2146/4 2148/13
 2159/1 2160/3 2160/9 2166/18
 2168/21 2174/10 2187/12
 2193/2
hereby [1]   2198/4
herself [2]   2125/4 2129/13

hey [1]   2146/2
highlight [8]   2123/7 2124/1
 2147/13 2150/25 2151/19
 2156/19 2157/4 2183/24
highlighted [2]   2147/15
 2156/25
him [30]   2130/23 2132/1
 2142/16 2143/5 2146/12
 2146/21 2147/3 2150/4
 2159/13 2168/21 2170/1
 2170/2 2173/3 2173/4 2173/11
 2173/17 2173/20 2178/6
 2178/7 2178/19 2178/19
 2179/1 2185/8 2185/17
 2188/17 2191/18 2191/19
 2192/6 2192/22 2193/1
his [24]   2141/18 2142/3
 2142/7 2142/8 2147/5 2147/6
 2147/21 2150/7 2154/24
 2155/23 2161/18 2174/7
 2174/15 2176/19 2178/3
 2178/4 2178/21 2181/3
 2185/19 2187/16 2188/4
 2193/14 2194/9 2194/12
historically [1]   2161/23
HOCHMAN [9]   2110/10 2111/6
 2111/9 2112/15 2129/21
 2174/11 2189/6 2190/8 2194/1
hold [1]   2145/20
holding [1]   2129/11
home [2]   2125/4 2129/14
honest [1]   2177/21
honestly [4]   2180/4 2185/7
 2185/20 2192/14
Honor [51]
HONORABLE [1]   2109/3
hopeful [3]   2160/21 2160/21
 2160/23
hopefully [1]   2135/2
hour [1]   2196/7
hours [3]   2153/22 2154/7
 2154/7
house [4]   2125/5 2129/8
 2129/8 2145/10
how [24]   2119/25 2120/10
 2142/11 2143/22 2147/3
 2147/7 2148/18 2149/5 2149/6
 2149/9 2149/14 2158/17
 2159/5 2163/11 2164/2 2164/8
 2165/7 2173/20 2174/16
 2177/10 2178/4 2192/18
 2193/11 2196/11
HQ457 [2]   2123/13 2124/4
huff [1]   2189/8
hundreds [1]   2163/14

**I**

I'm [8]   2130/2 2145/14
 2146/8 2159/25 2184/1
 2193/16 2193/24 2193/25
I-R-O [1]   2133/22
I.D [1]   2111/11
idea [2]   2131/9 2196/11
identity [1]   2157/12
II [1]   2109/15
immediately [1]   2195/24
important [2]   2135/24
 2135/25
Inaccurate [1]   2162/15
include [1]   2134/9
included [1]   2165/8
includes [1]   2165/4
including [2]   2157/11
 2195/18
Independent [8]   2140/9
 2140/20 2155/9 2166/10
 2173/12 2179/25 2180/3
 2180/6
indicate [2]   2144/18 2192/5

**I**

indicated **[3]**  2142/23 2160/12 2160/15
indicates **[2]**  2148/24 2162/13
indicating **[1]**  2153/8
indict **[1]**  2137/8
indictments **[1]**  2135/1
indigent **[1]**  2163/16
individual **[1]**  2167/21
individuals **[1]**  2140/17
inform **[3]**  2139/12 2157/23 2158/8
information **[5]**  2143/17 2143/22 2146/25 2156/4 2189/6
inmate **[4]**  2157/10 2157/12 2170/19 2171/3
inmates **[1]**  2157/11
inserting **[1]**  2170/24
inspector **[7]**  2165/22 2165/25 2166/5 2166/8 2166/14 2169/3 2169/4
instance **[1]**  2155/8
instances **[2]**  2137/7 2137/8
Instead **[1]**  2163/19
instituted **[1]**  2135/18
instruct **[2]**  2156/3 2184/4
instructions **[1]**  2196/3
integrity **[2]**  2139/5 2158/7
interaction **[2]**  2169/6 2173/2
internally **[1]**  2139/6
introduced **[1]**  2132/25
introduction **[1]**  2138/21
INV **[1]**  2154/7
investigate **[4]**  2136/14 2152/6 2152/18 2153/9
investigated **[1]**  2136/21
investigates **[1]**  2137/11
investigating **[1]**  2137/21
investigation **[33]**  2137/17 2138/7 2139/5 2139/10 2140/3 2141/19 2142/6 2142/7 2142/10 2142/20 2144/24 2152/2 2152/14 2154/18 2154/19 2154/24 2155/7 2155/11 2155/23 2156/5 2156/6 2157/24 2158/8 2159/3 2168/1 2174/13 2174/17 2174/24 2178/5 2185/11 2187/6 2188/18 2190/15
investigations **[8]**  2135/1 2136/5 2139/4 2139/8 2158/17 2158/17 2177/7 2185/12
investigative **[3]**  2137/3 2137/5 2167/22
investigators **[1]**  2191/11
invite **[2]**  2155/5 2155/6
involve **[6]**  2138/14 2138/15 2138/18 2170/18 2170/24 2188/24
involved **[5]**  2138/21 2167/12 2177/12 2188/17 2195/19
involves **[1]**  2191/11
involving **[4]**  2134/18 2136/6 2139/8 2174/13
Irrelevant **[1]**  2125/6
is **[221]**
isn't **[6]**  2175/19 2185/1 2185/22 2187/20 2189/16 2190/9
issued **[1]**  2147/19
issues **[15]**  2134/23 2136/16 2150/8 2158/24 2178/14 2178/20 2182/8 2182/14 2182/14 2182/16 2182/22 2183/2 2183/3 2183/12

2193/15
it **[155]**
item **[5]**  2146/6 2153/11 2153/13 2157/12 2157/12
items **[1]**  2157/9
its **[3]**  2154/17 2156/5 2182/25

**J**

jail **[13]**  2138/1 2138/16 2138/24 2139/17 2140/2 2152/2 2152/8 2157/3 2157/10 2159/17 2159/21 2170/14 2170/25
jails **[6]**  2138/14 2138/15 2138/19 2138/23 2190/16 2190/20
January **[4]**  2152/8 2153/10 2153/13 2153/16
January 1 **[1]**  2153/13
JAUREGUI **[3]**  2110/4 2111/5 2112/10
job **[1]**  2166/16
joining **[1]**  2112/12
joint **[2]**  2161/1 2167/15
Jr **[1]**  2133/22
JUDGE **[1]**  2109/4
judicial **[4]**  2134/14 2196/16 2197/6 2198/9
jump **[1]**  2144/20
juries **[2]**  2137/2 2137/3
jurisdictions **[1]**  2167/5
jurors **[2]**  2195/18 2196/4
jury **[40]**  2109/14 2118/2 2118/5 2118/15 2123/11 2123/18 2129/2 2130/1 2132/17 2132/18 2136/24 2136/25 2137/7 2137/10 2137/17 2137/20 2138/2 2141/23 2142/24 2143/2 2143/14 2144/6 2144/7 2144/10 2153/3 2154/7 2154/22 2155/13 2155/19 2161/5 2175/4 2175/7 2175/13 2175/19 2176/12 2177/3 2177/16 2177/19 2196/9 2196/17
jury's **[1]**  2162/5
just **[62]**
justice **[2]**  2180/23 2181/2

**K**

KATIE **[2]**  2109/21 2198/12
keep **[3]**  2139/11 2158/25 2196/1
kids **[2]**  2186/8 2186/16
kind **[1]**  2143/24
kinds **[1]**  2136/2
knew **[5]**  2142/14 2146/22 2170/13 2171/5 2180/10
know **[76]**
knowing **[1]**  2142/9
knowledge **[2]**  2132/9 2133/7
known **[3]**  2157/19 2173/20 2179/19
knows **[3]**  2122/13 2122/18 2130/9

**L**

l.et **[1]**  2145/20
LA **[7]**  2138/16 2138/18 2145/25 2165/12 2166/10 2167/3 2173/6
lack **[1]**  2142/15
ladies **[1]**  2118/17
landline **[1]**  2123/18
language **[2]**  2153/24 2193/3
LAPD **[7]**  2145/16 2145/25

2146/3 2146/9 2146/15 2147/23 2158/16 2191/16
large **[1]**  2143/24
larger **[1]**  2167/1
LASD **[3]**  2146/9 2161/20 2191/17
last **[13]**  2119/8 2131/9 2133/19 2133/22 2152/16 2153/8 2154/9 2154/12 2160/20 2184/1 2184/18 2184/19 2196/24
lasted **[1]**  2192/18
lasting **[1]**  2192/17
late **[3]**  2145/3 2169/4 2191/4
later **[12]**  2129/14 2131/7 2143/1 2148/10 2148/15 2164/9 2176/21 2181/6 2194/8 2194/8 2194/8 2197/8
laughter **[1]**  2124/11
law **[21]**  2134/13 2134/19 2136/6 2136/14 2137/11 2139/7 2139/8 2148/7 2158/15 2164/25 2167/16 2168/12 2170/4 2180/25 2184/20 2184/22 2184/22 2185/9 2185/9 2185/16 2185/16
Lawrence **[9]**  2141/7 2145/6 2145/12 2145/16 2145/23 2146/8 2172/13 2191/7 2191/10
lawyers **[2]**  2135/5 2163/14
Leading **[1]**  2155/15
Leah **[3]**  2120/8 2121/12 2145/18
learn **[3]**  2139/14 2144/22 2145/11
least **[2]**  2155/2 2160/17
Lee **[6]**  2147/25 2148/2 2148/17 2158/6 2192/23 2193/19
left **[3]**  2165/14 2189/14 2195/2
legal **[1]**  2163/7
length **[1]**  2192/17
Leroy **[4]**  2109/9 2112/7 2112/15 2123/13
let **[12]**  2130/6 2142/16 2145/15 2146/5 2159/2 2171/12 2171/12 2188/15 2189/5 2190/13 2190/13 2195/23
let's **[16]**  2118/5 2118/16 2125/7 2143/7 2143/19 2143/20 2143/21 2149/12 2149/13 2158/24 2176/22 2178/12 2179/16 2179/17 2187/2
letter **[49]**
letters **[1]**  2169/20
level **[1]**  2177/12
LEWIS **[1]**  2110/10
like **[56]**
likely **[1]**  2154/18
likes **[2]**  2193/12 2193/14
limine **[1]**  2132/20
line **[2]**  2147/19 2164/13
lines **[2]**  2145/13 2159/16
listen **[1]**  2195/24
listened **[1]**  2159/6
listening **[3]**  2142/14 2178/9 2179/9
litigation **[1]**  2134/18
little **[2]**  2138/11 2184/11
lived **[1]**  2129/13
living **[1]**  2134/5
LIZABETH **[2]**  2110/5 2112/9
LLP **[1]**  2110/10
local **[5]**  2136/14 2137/11

**local... [3]**  2139/7 2184/21 2186/12
**location [2]**  2157/1 2157/13
**location/locations [1]** 2157/1
**locations [1]**  2157/1
**long [13]**  2119/25 2121/14 2130/8 2131/3 2131/9 2131/11 2131/17 2143/18 2143/22 2163/11 2164/2 2173/20 2192/18
**longer [1]**  2196/11
**look [24]**  2123/1 2143/5 2143/19 2145/19 2148/1 2148/9 2148/15 2150/12 2154/1 2158/4 2158/12 2158/21 2159/12 2160/1 2160/2 2161/23 2174/9 2176/3 2176/11 2182/21 2184/11 2185/10 2187/2 2187/25
**looked [1]**  2159/14
**looking [4]**  2138/3 2159/14 2176/23 2187/5
**loop [2]**  2148/16 2158/25
**LOS [26]**  2109/16 2109/22 2110/6 2112/1 2120/3 2134/9 2137/17 2137/21 2137/25 2138/5 2140/7 2140/8 2157/3 2157/10 2163/8 2163/15 2165/4 2165/22 2166/1 2166/9 2166/15 2166/21 2167/2 2167/12 2168/8 2190/15
**lot [5]**  2146/1 2158/23 2158/23 2186/17 2186/20
**Luis [2]**  2165/9 2165/12

**M**

**mad [5]**  2158/9 2158/9 2160/4 2160/4 2160/4
**made [10]**  2121/23 2124/14 2136/22 2139/6 2151/10 2160/5 2167/18 2183/12 2184/25 2187/24
**magnet [3]**  2122/17 2148/22 2162/12
**major [1]**  2135/23
**make [11]**  2124/18 2124/21 2125/3 2132/10 2145/22 2146/14 2146/15 2172/7 2186/11 2190/13 2191/1
**making [3]**  2133/5 2133/6 2149/16
**male [2]**  2122/7 2122/25
**man [2]**  2153/22 2154/7
**management [3]**  2156/11 2156/20 2156/24
**managing [1]**  2164/17
**many [7]**  2137/7 2137/8 2143/25 2161/1 2167/11 2169/20 2173/3
**Manzo [1]**  2154/3
**MARCH [3]**  2109/17 2112/1 2198/10
**Maricela [1]**  2121/14
**marked [1]**  2150/10
**Marks [9]**  2120/8 2120/11 2120/15 2120/19 2121/4 2125/2 2129/7 2145/18 2146/23
**Martinez [27]**  2130/17 2146/19 2146/24 2148/10 2148/11 2149/3 2149/9 2149/19 2159/7 2171/17 2181/21 2182/10 2182/18 2185/5 2185/25 2187/10 2187/16 2188/16 2189/3 2191/15 2191/20 2192/3

2192/5 2192/7 2192/12 2192/12 2195/6
**Martinez's [1]**  2189/13
**matter [2]**  2152/3 2198/7
**may [19]**  2113/1 2119/12 2133/13 2133/24 2140/15 2141/6 2141/9 2146/18 2158/11 2162/2 2163/2 2182/11 2185/2 2185/19 2186/13 2189/19 2193/8 2195/8 2196/10
**maybe [2]**  2177/11 2189/3
**me [40]**  2120/21 2125/5 2129/8 2130/6 2139/7 2139/25 2140/13 2145/15 2145/20 2146/5 2146/8 2150/12 2150/15 2154/14 2158/2 2158/9 2158/9 2159/22 2160/4 2160/4 2160/5 2171/12 2171/13 2180/4 2180/9 2181/24 2186/7 2186/9 2188/15 2189/1 2189/3 2190/13 2190/13 2190/24 2191/3 2191/19 2193/17 2194/25 2195/23 2196/5
**mean [52]**
**meaning [2]**  2142/17 2158/13
**means [2]**  2147/17 2157/11
**meant [2]**  2161/18 2194/7
**meet [5]**  2139/25 2141/14 2169/1 2173/3 2173/17
**meeting [68]**
**meeting/briefing [1]**  2154/6
**meetings [5]**  2170/9 2171/24 2171/25 2172/3 2178/19
**meets [1]**  2179/25
**members [6]**  2139/15 2139/19 2144/17 2144/22 2173/5 2195/18
**memory [8]**  2138/11 2140/13 2140/16 2141/2 2149/6 2157/17 2171/24 2179/15
**Men's [4]**  2139/17 2152/8 2170/14 2170/25
**mentioned [1]**  2167/14
**mess [1]**  2140/25
**messed [1]**  2146/9
**met [1]**  2172/24
**Michael [5]**  2140/19 2173/8 2173/14 2173/24 2179/10
**Mickey [1]**  2154/3
**mid [1]**  2169/9
**mid-2000's [1]**  2169/9
**middle [4]**  2122/23 2123/25 2151/17 2184/3
**Middleton [5]**  2141/7 2145/7 2172/13 2191/8 2191/11
**might [7]**  2141/3 2150/25 2167/23 2167/23 2171/13 2191/22 2194/10
**mind [2]**  2141/10 2196/1
**minds [1]**  2194/23
**minute [1]**  2192/16
**minutes [1]**  2196/13
**misbehaving [1]**  2186/16
**Mischaracterizes [1]**  2176/13
**misconduct [1]**  2138/13
**missions [1]**  2161/2
**Misstates [1]**  2193/7
**moment [14]**  2129/15 2135/12 2152/21 2160/10 2160/20 2161/17 2162/2 2179/7 2186/16 2187/24 2189/19 2192/6 2194/18 2195/8
**momentarily [1]**  2112/12
**Monica [1]**  2110/12
**monitor [1]**  2155/23
**monitoring [1]**  2155/8
**month [1]**  2194/8

**months [1]**  2164/4
**more [14]**  2122/20 2142/13 2153/21 2159/8 2159/8 2159/9 2159/9 2167/18 2167/23 2169/6 2180/7 2185/10 2194/17 2196/13
**MORGAN [1]**  2110/10
**morning [6]**  2112/9 2112/13 2112/14 2112/17 2112/19 2118/17
**most [1]**  2159/13
**motion [2]**  2132/19 2133/9
**move [12]**  2118/11 2118/23 2143/23 2149/14 2150/20 2151/3 2151/7 2158/19 2158/24 2161/7 2162/12 2187/2
**moved [1]**  2187/6
**moving [1]**  2158/25
**Mr [9]**  2111/5 2111/6 2111/9 2129/21 2147/14 2174/11 2189/6 2190/8 2194/1
**Mr. [75]**
**Mr. Andre [1]**  2112/23
**Mr. Baca [44]**
**Mr. Baca's [6]**  2143/16 2149/25 2153/16 2155/17 2156/12 2157/7
**Mr. Birotte [8]**  2134/4 2144/15 2151/16 2152/10 2152/24 2156/22 2157/7 2162/25
**Mr. Fox [2]**  2112/11 2112/25
**Mr. Gennaco [2]**  2179/20 2179/24
**Mr. Martinez [5]**  2149/3 2149/9 2149/19 2171/17 2189/3
**Mr. Narro [4]**  2130/7 2130/25 2131/8 2132/9
**Mr. Paul [1]**  2131/5
**Mr. Paysinger [1]**  2147/23
**Mr. Tanaka [1]**  2140/14
**Ms [4]**  2111/8 2134/3 2155/17 2160/11
**Ms. [3]**  2118/10 2119/17 2130/8
**Ms. Long [1]**  2130/8
**Ms. Tampubolon [2]**  2118/10 2119/17
**much [8]**  2130/4 2141/25 2143/6 2143/17 2161/3 2173/2 2195/13 2196/11
**mutual [1]**  2175/25
**mutually [2]**  2160/22 2160/24
**my [35]**  2121/11 2122/12 2125/5 2129/8 2129/8 2132/12 2133/21 2137/24 2138/2 2138/11 2140/13 2141/1 2141/1 2141/2 2141/4 2142/13 2145/9 2149/22 2157/17 2158/4 2159/15 2159/16 2159/21 2168/24 2169/3 2169/21 2172/18 2178/5 2178/22 2185/10 2186/10 2189/13 2193/3 2193/25 2196/22
**myself [4]**  2121/11 2140/25 2149/9 2149/20

**N**

**name [11]**  2111/3 2119/8 2119/9 2133/19 2133/20 2133/21 2133/22 2140/18 2147/18 2147/18 2158/5
**named [4]**  2120/7 2130/17 2172/16 2173/8
**Nanacora [1]**  2141/3
**narcotics [2]**  2135/22

**N**

narcotics... [1]   2158/17
Narro [6]   2121/11 2122/12
2130/7 2130/25 2131/8 2132/9
NATHAN [2]   2110/10 2112/14
near [3]   2122/6 2124/9
2153/20
need [8]   2143/8 2143/21
2143/22 2148/11 2158/22
2160/3 2193/19 2196/5
needs [2]   2134/23 2136/1
news [1]   2195/24
next [13]   2133/15 2149/3
2152/19 2153/19 2155/25
2157/5 2166/16 2177/20
2178/17 2194/11 2194/16
2194/16 2194/24
night [4]   2149/16 2190/24
2191/1 2194/7
no [49]
nomination [1]   2169/21
normal [1]   2129/10
north [5]   2109/22 2110/6
2110/12 2149/24 2165/9
Nos [1]   2118/24
not [54]
note [1]   2196/6
notebook [1]   2154/3
nothing [3]   2133/12 2160/15
2162/19
notice [2]   2196/16 2197/6
now [42]
number [12]   2122/25 2123/5
2123/15 2124/6 2131/24
2132/5 2132/10 2135/21
2156/20 2159/12 2160/18
2167/25
numbers [1]   2123/20
numerous [1]   2169/7

**O**

Obispo [2]   2165/9 2165/12
Object [2]   2122/19 2148/23
objection [37]   2118/25
2120/23 2121/2 2123/21
2125/6 2132/3 2132/19 2133/8
2144/11 2144/12 2150/22
2155/15 2161/8 2162/15
2162/17 2166/2 2166/6
2166/12 2168/16 2170/21
2171/10 2173/18 2173/22
2174/1 2176/13 2178/16
2179/22 2182/19 2183/17
2188/6 2188/11 2188/19
2190/4 2190/21 2192/9 2193/7
2197/6
objections [3]   2151/11
2161/9 2162/7
objectives [1]   2186/10
obstruction [2]   2180/22
2181/1
obviously [3]   2167/4 2180/22
2186/21
occurrence [1]   2157/13
October [4]   2178/25 2179/4
2189/24 2189/25
October 13th [3]   2178/25
2189/24 2189/25
odd [1]   2145/21
off [2]   2145/23 2146/7
office [58]
officer [4]   2134/13 2134/19
2164/25 2180/25
officers [2]   2136/7 2145/16
Official [1]   2109/21
officials [1]   2136/8
oh [7]   2121/18 2141/6 2144/6
2146/11 2150/2 2159/12

2160/17
okay [24]   2121/7 2130/12
2131/3 2142/1 2143/5
2143/21 2144/3 2146/11
2149/1 2149/12 2153/19
2155/3 2155/22 2156/24
2159/9 2160/1 2171/22
2176/21 2177/1 2190/18
2197/4
once [2]   2160/17 2169/22
one [26]   2121/12 2129/4
2129/15 2134/15 2136/15
2136/17 2138/20 2142/9
2160/7 2162/2 2163/14
2163/14 2164/21 2165/5
2169/20 2174/15 2177/11
2177/11 2180/18 2184/21
2185/4 2185/15 2186/10
2186/14 2191/21 2197/2
one calling [1]   2191/21
one cannot [2]   2184/21
2185/15
one moment [2]   2129/15
2162/2
one of [13]   2121/12 2134/15
2136/15 2136/17 2138/20
2163/14 2165/5 2169/20
2174/15 2177/11 2180/18
2186/10 2186/14
one question [1]   2129/4
one that [1]   2185/4
one United [1]   2164/21
one way [1]   2197/2
one within [1]   2142/9
ones [2]   2133/6 2141/10
ones that [1]   2141/10
ongoing [2]   2142/10 2161/1
only [1]   2133/1
open [2]   2145/10 2196/1
operation [8]   2138/8 2138/9
2138/15 2138/23 2139/1
2170/14 2170/17 2170/24
opportunity [1]   2121/7
or two [1]   2165/19
Orange [2]   2165/10 2165/13
order [6]   2156/21 2157/6
2157/16 2184/22 2185/16
2187/11
Ordin [1]   2179/3
originally [1]   2191/4
originator [1]   2147/18
other [30]   2133/1 2133/1
2138/4 2140/15 2141/6 2147/9
2148/19 2148/24 2158/11
2158/21 2163/18 2165/7
2168/14 2169/8 2169/10
2170/3 2170/7 2173/5 2175/17
2176/20 2177/1 2177/7
2179/19 2180/5 2180/10
2186/1 2186/20 2194/9
2195/25 2197/3
others [2]   2141/9 2195/20
our [11]   2118/18 2124/23
2131/17 2134/16 2155/8
2171/20 2177/5 2182/12
2194/23 2195/15 2196/25
out [17]   2130/23 2131/10
2140/2 2143/8 2143/20
2143/21 2146/3 2149/13
2149/14 2158/12 2162/1
2175/9 2175/21 2176/22
2187/15 2189/8 2191/10
outlined [1]   2150/6
outlines [1]   2153/6
outside [3]   2112/11 2118/1
2196/8
over [9]   2147/3 2161/19
2161/21 2168/24 2175/15
2182/1 2182/4 2195/17

2196/23
overbroad [1]   2191/14
overlap [1]   2167/5
overruled [5]   2161/11 2162/9
2162/18 2176/15 2183/19
overtax [1]   2176/24
own [1]   2154/17
owned [1]   2157/2

**P**

p.m [1]   2147/17
PA [2]   2109/8 2112/6
page [24]   2111/3 2124/1
2131/8 2131/17 2131/20
2147/12 2150/25 2151/16
2151/17 2152/22 2152/25
2153/20 2154/2 2154/10
2155/3 2156/10 2156/14
2160/20 2176/5 2181/14
2181/15 2183/23 2183/25
2198/7
Pages [2]   2113/4 2125/8
paragraph [6]   2151/17
2153/20 2154/10 2155/4
2184/19 2190/11
paragraphs [2]   2183/24
2184/1
parcel [1]   2140/9
pardon [1]   2193/3
part [3]   2124/1 2138/7
2140/9
participate [2]   2155/7
2159/3
participation [1]   2161/1
particular [2]   2167/6 2167/8
parties [2]   2144/1 2175/25
partners [1]   2170/5
passive [1]   2155/14
past [2]   2139/9 2167/15
Paul [3]   2124/4 2131/5
2131/14
Pause [1]   2112/18
paused [1]   2183/9
pausing [1]   2180/2
Paysinger [2]   2145/25
2147/23
PC [2]   2120/4 2120/5
Penal [1]   2152/4
penalties [1]   2167/23
people [7]   2133/1 2133/2
2136/19 2141/6 2147/9
2169/20 2195/19
PERCY [1]   2109/3
period [7]   2143/18 2152/8
2153/15 2159/11 2169/6
2169/8 2177/22
permission [1]   2148/21
permit [1]   2195/20
person [3]   2147/3 2170/9
2189/4
personal [2]   2149/22 2149/22
personality [1]   2129/10
personally [2]   2124/6 2177/9
perspective [1]   2142/13
phon [1]   2141/3
phone [32]   2122/2 2123/19
2124/18 2124/25 2125/2
2129/4 2129/6 2132/10
2138/22 2140/2 2142/9 2145/3
2145/4 2145/5 2145/8 2145/22
2145/23 2146/7 2146/14
2147/4 2147/7 2147/8 2148/16
2149/16 2151/21 2151/24
2151/25 2170/18 2170/24
2171/2 2191/5 2191/7
piece [2]   2187/2 2193/14
placed [2]   2152/19 2152/19
PLAINTIFF [1]   2109/7
planned [1]   2149/10

**P**

play [4]   2121/25 2129/22 2144/3 2151/4
played [9]   2122/5 2129/24 2130/5 2144/6 2144/10 2144/14 2151/14 2161/13 2162/10
plays [1]   2186/11
please [22]   2112/7 2119/7 2119/8 2123/9 2123/11 2129/23 2133/18 2133/19 2144/8 2147/14 2151/24 2154/15 2155/5 2156/22 2157/5 2157/7 2157/8 2157/9 2183/23 2184/2 2193/24 2195/23
plus [1]   2172/5
point [29]   2120/24 2132/2 2139/14 2143/13 2144/21 2149/10 2149/11 2156/20 2156/24 2158/3 2158/14 2160/7 2162/4 2163/18 2163/22 2163/24 2171/7 2173/4 2183/15 2183/15 2183/21 2183/21 2185/10 2185/22 2187/9 2187/19 2188/16 2191/14 2197/7
points [2]   2156/14 2158/4
Police [5]   2145/25 2165/22 2166/1 2166/9 2166/15
policy [1]   2183/9
politicians [1]   2136/9
pool [1]   2167/19
portfolio [2]   2136/10 2167/4
portion [2]   2147/15 2156/22
position [4]   2164/9 2169/12 2169/15 2169/19
possible [2]   2124/24 2152/3
potential [2]   2138/4 2167/22
potentially [1]   2150/9
practice [1]   2165/18
precisely [1]   2158/3
preliminary [1]   2181/16
presence [6]   2118/2 2118/15 2129/2 2132/9 2132/12 2196/9
present [7]   2112/16 2140/24 2152/9 2153/10 2153/14 2153/16 2171/20
preserve [2]   2139/5 2158/7
PRESIDING [1]   2109/4
previously [2]   2118/25 2154/2
prior [7]   2149/15 2150/8 2151/10 2154/16 2161/9 2162/8 2179/6
priorities [1]   2164/18
private [1]   2165/18
probably [8]   2140/25 2169/5 2169/6 2173/1 2173/3 2177/10 2179/13 2187/22
proceed [6]   2112/23 2118/3 2118/16 2119/12 2133/24 2163/2
proceedings [9]   2109/13 2112/18 2113/4 2118/1 2118/14 2125/8 2129/1 2196/8 2198/6
process [1]   2130/23
produce [2]   2176/11 2177/2
progress [1]   2155/8
properly [1]   2154/19
property [1]   2152/1
prosecute [1]   2180/22
prosecutes [2]   2180/19 2181/1
prosecutions [2]   2135/2 2136/22
prosecutor [1]   2163/22
prosecutorial [1]   2167/17
prosecutors [1]   2164/13
provide [1]   2155/10
provided [1]   2124/7
provisionally [2]   2118/8 2118/20
public [11]   2119/22 2120/6 2135/18 2136/2 2136/12 2141/8 2145/6 2163/7 2163/13 2163/15 2172/14
publish [1]   2147/11
published [1]   2150/25
pull [1]   2187/15
pursuant [2]   2132/18 2198/4
put [6]   2122/16 2148/22 2156/17 2162/12 2181/13 2181/15

**Q**

qualification [2]   2194/12 2194/13
qualify [1]   2194/9
question [8]   2123/22 2129/4 2131/9 2133/8 2171/12 2183/10 2186/15 2194/25
questions [7]   2129/16 2133/11 2141/21 2174/19 2181/17 2183/8 2183/9
quibble [1]   2192/21
quickly [1]   2124/22
quite [1]   2139/4
quote [1]   2175/22

**R**

raised [5]   2150/8 2178/14 2178/20 2182/14 2182/16
ranging [1]   2136/5
reaching [1]   2130/23
reaction [2]   2147/22 2147/22
read [16]   2123/11 2130/1 2147/14 2151/23 2152/17 2153/8 2153/11 2154/4 2154/9 2154/14 2155/5 2155/25 2156/22 2157/7 2160/21 2195/24
reads [5]   2155/6 2156/2 2156/25 2157/9 2160/23
ready [2]   2118/3 2122/4
realize [1]   2179/18
realized [1]   2191/17
really [9]   2143/21 2148/6 2159/22 2173/2 2176/23 2187/15 2189/4 2193/23 2194/22
reason [3]   2124/21 2139/11 2146/21
reasons [2]   2136/18 2138/21
recall [12]   2120/15 2122/9 2139/24 2140/18 2177/14 2179/14 2187/21 2191/8 2192/2 2192/17 2192/18 2196/20
recalling [1]   2196/18
received [10]   2119/2 2144/13 2150/17 2150/23 2151/12 2161/12 2162/9 2182/4 2190/6 2196/2
receiving [1]   2157/12
Recess [1]   2197/10
recognize [3]   2121/20 2150/13 2152/24
recollection [3]   2137/24 2138/2 2196/22
record [2]   2119/9 2133/20
recorded [1]   2124/16
recording [11]   2124/9 2124/18 2124/21 2132/13 2132/14 2132/16 2132/22
recordings [1]   2133/2
records [2]   2176/12 2177/2
redacted [2]   2118/8 2118/21
reference [4]   2176/2 2179/2 2183/12 2186/7
referenced [4]   2131/13 2131/25 2156/3 2175/8
referred [1]   2130/24
referring [4]   2148/18 2157/18 2190/17 2190/25
regard [6]   2120/14 2137/21 2138/4 2142/20 2154/20 2155/18
regarding [2]   2142/24 2152/7
regular [1]   2155/10
regulations [1]   2198/8
related [2]   2170/2 2170/2
Relevance [5]   2166/2 2166/12 2173/18 2179/22 2183/18
relevancy [1]   2125/6
remember [27]   2135/22 2140/22 2141/5 2145/2 2146/18 2157/18 2169/2 2171/25 2175/11 2177/21 2177/21 2177/24 2178/1 2178/24 2185/2 2185/3 2185/8 2185/10 2185/17 2185/18 2185/20 2189/1 2191/18 2191/22 2192/14 2196/18 2197/2
remind [1]   2195/16
reminded [1]   2196/1
repeating [1]   2122/20
reported [1]   2198/6
Reporter [1]   2109/21
REPORTER'S [1]   2109/13
reports [1]   2195/24
representatives [3]   2140/5 2140/6 2140/7
representing [6]   2134/17 2163/16 2164/14 2179/24 2180/3 2180/6
reputation [2]   2161/24 2167/15
request [8]   2153/7 2155/11 2156/21 2157/6 2159/20 2182/25 2182/25 2184/15
request is [1]   2153/7
requested [2]   2143/25 2153/4
requesting [2]   2184/12 2184/17
requests [2]   2156/4 2182/24
resolution [2]   2160/22 2160/24
resolve [4]   2187/11 2187/25 2188/4 2188/10
resources [2]   2134/25 2167/19
respect [8]   2136/7 2158/10 2168/21 2171/7 2174/3 2179/8 2183/14 2190/23
respective [1]   2170/6
respects [1]   2164/18
respond [10]   2134/25 2141/25 2142/11 2143/16 2143/18 2159/5 2175/15 2175/22 2178/20 2188/16
responding [2]   2136/1 2178/13
response [9]   2122/13 2123/4 2175/21 2183/16 2183/21 2185/15 2185/19 2188/9 2188/11
responsibilities [3]   2134/22 2136/15 2186/14
responsibility [1]   2190/19
responsible [3]   2134/16

**R**

**responsible... [2]**   2164/17
 2167/3
**responsive [1]**   2134/22
**resting [1]**   2196/25
**results [1]**   2156/6
**retrieve [1]**   2153/22
**review [9]**   2140/9 2140/20
 2155/9 2166/10 2173/12
 2179/25 2180/3 2180/6
 2181/25
**RHODES [6]**   2110/5 2111/8
 2112/10 2134/3 2155/17
 2160/11
**right [63]**
**rights [11]**   2135/19 2136/3
 2136/10 2136/13 2141/8
 2145/6 2152/5 2152/13
 2152/14 2172/14 2180/19
**Riordan [2]**   2141/1 2172/16
**risk [3]**   2156/11 2156/20
 2156/24
**Riverside [1]**   2165/12
**robberies [2]**   2170/20 2171/4
**role [4]**   2155/13 2155/13
 2155/22 2166/4
**room [2]**   2149/12 2150/3
**roster [2]**   2123/19 2123/19
**route [1]**   2145/9
**RPR [1]**   2198/12
**ruffled [1]**   2186/13
**rule [1]**   2184/20
**ruling [1]**   2166/7
**run [3]**   2135/4 2158/18
 2170/14
**running [2]**   2189/8 2190/19

**S**

**said [57]**
**same [11]**   2120/11 2133/9
 2162/7 2166/6 2166/7 2173/22
 2174/1 2179/10 2179/11
 2179/12 2193/15
**San [3]**   2165/9 2165/12
 2165/12
**sand [2]**   2186/17 2186/20
**sandbox [3]**   2186/5 2186/8
 2186/11
**Santa [2]**   2110/12 2165/13
**saw [1]**   2129/10
**say [24]**   2124/3 2142/8
 2147/10 2147/24 2148/17
 2155/2 2155/22 2158/1
 2158/13 2159/9 2159/10
 2170/9 2178/12 2178/20
 2185/7 2185/18 2186/6 2187/1
 2193/10 2193/12 2193/14
 2194/10 2194/15 2194/25
**saying [12]**   2148/3 2154/24
 2158/12 2158/21 2176/10
 2178/2 2180/2 2185/7 2185/8
 2185/17 2185/18 2194/2
**says [30]**   2122/7 2122/17
 2122/25 2123/1 2123/12
 2123/13 2124/10 2130/12
 2131/3 2131/8 2131/17
 2131/20 2146/8 2147/15
 2147/16 2147/20 2148/14
 2153/1 2153/13 2153/21
 2154/6 2155/4 2156/11 2184/3
 2184/9 2184/12 2184/17
 2184/20 2187/25 2192/20
**scared [1]**   2124/10
**scene [1]**   2187/14
**school [2]**   2145/9 2186/9
**scope [1]**   2183/17
**Scott [1]**   2121/14
**screen [2]**   2156/18 2156/23

**seal [2]**   2113/5 2125/9
**search [1]**   2152/1
**seated [2]**   2119/7 2133/18
**second [12]**   2124/2 2131/8
 2131/20 2151/16 2152/19
 2154/10 2157/19 2178/24
 2181/8 2182/15 2184/19
 2190/11
**section [10]**   2119/20 2135/19
 2135/24 2136/3 2136/13
 2136/18 2141/8 2145/6
 2172/14 2198/4
**sections [2]**   2135/16 2152/4
**see [15]**   2121/17 2124/24
 2130/10 2136/21 2150/10
 2153/24 2168/21 2168/24
 2169/10 2176/18 2177/14
 2183/14 2184/3 2184/13
 2184/23
**Seek [1]**   2190/2
**seem [2]**   2139/24 2140/18
**seems [1]**   2145/20
**seen [1]**   2159/13
**send [2]**   2192/24 2193/1
**sense [2]**   2147/25 2167/19
**sent [2]**   2175/18 2175/20
**sentence [12]**   2151/18
 2151/20 2151/23 2152/16
 2153/8 2154/9 2154/12 2155/5
 2155/25 2160/20 2160/23
 2171/3
**sentences [1]**   2152/10
**separate [2]**   2177/14 2179/10
**Sept [1]**   2147/16
**September [28]**   2120/2 2120/3
 2120/13 2120/18 2122/17
 2144/21 2147/13 2147/17
 2148/22 2148/25 2149/1
 2150/14 2150/17 2151/2
 2176/7 2176/7 2176/7 2181/7
 2181/9 2181/18 2181/22
 2182/9 2182/17 2183/2
 2183/11 2183/16 2185/5
 2191/1
**September 26 [3]**   2122/17
 2147/13 2150/14
**September 26th [4]**   2148/22
 2148/25 2151/2 2181/18
**September 27th [7]**   2150/17
 2181/22 2182/9 2182/17
 2183/2 2185/5 2191/1
**September 28th [1]**   2176/7
**sequence [2]**   2146/19 2191/2
**Sergeant [5]**   2121/14 2131/3
 2131/9 2131/11 2131/17
**series [2]**   2141/21 2174/19
**serve [1]**   2166/17
**served [3]**   2141/23 2175/19
 2175/21
**serves [1]**   2140/13
**serving [2]**   2170/19 2171/3
**set [4]**   2149/5 2149/7
 2149/15 2171/8
**setting [1]**   2164/17
**seven [1]**   2165/5
**several [1]**   2118/9
**shadow [1]**   2155/22
**shaking [1]**   2189/11
**shared [1]**   2156/7
**she [24]**   2120/20 2120/21
 2121/1 2125/4 2129/9 2129/11
 2129/11 2129/13 2129/14
 2131/20 2131/20 2181/15
 2193/18 2193/19 2194/2
 2194/3 2194/6 2194/7 2194/10
 2194/10 2194/15 2194/18
 2194/20 2195/3
**sheriff [60]**
**sheriff's [60]**

**shock [2]**   2120/20 2121/4
**shock [2]**   2189/13 2189/13
**shortly [2]**   2143/2 2143/4
**should [2]**   2121/19 2154/22
**shouldn't [1]**   2148/7
**showed [2]**   2147/8 2175/9
**SHP [1]**   2131/21
**shrunk [1]**   2167/18
**side [10]**   2135/8 2135/10
 2135/11 2135/16 2135/21
 2163/19 2167/23 2172/10
 2172/16 2172/19
**sidebar [3]**   2113/1 2125/7
 2196/18
**sides [2]**   2160/11 2160/12
**simple [1]**   2184/21
**simply [2]**   2153/6 2196/5
**since [1]**   2118/21
**sir [3]**   2122/13 2130/9
 2131/12
**sit [1]**   2155/24
**sitting [1]**   2150/2
**situation [4]**   2124/23 2171/7
 2179/8 2182/3
**six [2]**   2172/5 2192/20
**six plus [1]**   2172/5
**six years [1]**   2192/20
**slow [1]**   2193/24
**smuggled [1]**   2139/17
**so [69]**
**some [25]**   2137/23 2139/14
 2139/24 2141/22 2141/22
 2143/13 2144/21 2155/20
 2155/21 2158/2 2158/11
 2158/21 2163/5 2163/18
 2164/18 2171/7 2173/4 2173/5
 2176/20 2183/3 2183/4
 2183/10 2185/22 2187/9
 2188/16
**someone [5]**   2140/21 2146/15
 2158/18 2192/24 2193/2
**something [10]**   2132/24
 2135/15 2135/25 2145/12
 2148/24 2159/15 2167/8
 2187/11 2187/13 2189/3
**sometime [1]**   2177/22
**sometimes [3]**   2168/1 2168/2
 2168/3
**somewhat [2]**   2140/9 2155/1
**somewhere [1]**   2122/23
**soon [1]**   2124/24
**sorry [7]**   2129/25 2130/2
 2145/14 2146/8 2184/1
 2193/24 2193/25
**sort [26]**   2122/6 2123/25
 2136/9 2137/4 2138/3 2139/6
 2149/5 2150/6 2150/7 2150/8
 2155/21 2155/22 2158/3
 2158/21 2160/2 2161/20
 2161/22 2172/9 2177/15
 2180/7 2180/8 2184/3 2185/10
 2185/10 2193/14 2194/22
**sorts [1]**   2137/20
**sounds [2]**   2175/11 2176/9
**speak [9]**   2121/7 2131/4
 2132/10 2135/11 2146/17
 2146/25 2147/3 2192/15
 2196/5
**speaking [2]**   2122/11 2192/6
**special [17]**   2112/11 2112/22
 2119/23 2119/24 2120/7
 2120/11 2120/15 2120/19
 2123/9 2125/2 2129/7 2141/2
 2151/18 2156/19 2172/18
 2181/14 2196/19
**specific [4]**   2119/20 2137/9
 2145/2 2171/5
**specifically [7]**   2138/16
 2140/22 2141/14 2142/7

**S**

**specifically... [3]**   2167/19
2185/8 2193/1
**specificity [1]**   2177/13
**specifics [2]**   2183/6 2191/22
**speculation [2]**   2188/6
2188/20
**speechless [1]**   2129/11
**spell [2]**   2119/8 2133/19
**spelled [1]**   2133/22
**spoke [14]**   2121/13 2129/7
2143/4 2146/19 2146/21
2146/22 2147/6 2147/21
2147/25 2191/18 2191/25
2191/25 2192/13 2192/22
**spoken [3]**   2146/18 2192/8
2192/12
**Spring [3]**   2109/22 2110/6
2149/24
**squad [3]**   2120/4 2120/11
2124/23
**stand [7]**   2119/5 2131/21
2143/7 2143/10 2143/19
2176/11 2176/21
**standing [1]**   2177/16
**standpoint [1]**   2142/20
**start [4]**   2112/22 2118/10
2130/2 2181/20
**started [4]**   2150/1 2150/2
2159/8 2163/7
**starting [3]**   2154/12 2154/13
2157/8
**starts [2]**   2141/2 2156/1
**state [9]**   2112/7 2119/8
2133/19 2157/16 2167/3
2167/9 2168/2 2168/14
2186/12
**stated [2]**   2119/1 2162/8
**statement [2]**   2184/25
2187/24
**STATES [45]**
**States' [1]**   2140/23
**status [1]**   2155/10
**stay [3]**   2125/5 2129/8
2170/5
**stenographically [1]**   2198/6
**step [4]**   2133/13 2145/15
2179/18 2196/10
**Stephanie [1]**   2141/3
**Steve [24]**   2130/17 2146/19
2146/24 2148/10 2159/7
2159/14 2159/24 2181/21
2182/10 2182/18 2185/5
2185/25 2187/10 2187/16
2188/16 2189/13 2191/14
2191/20 2192/2 2192/5 2192/7
2192/12 2193/21 2195/6
**still [2]**   2120/19 2148/6
**stings [1]**   2158/18
**stop [3]**   2130/6 2160/1
2160/1
**stopping [1]**   2139/7
**straddling [1]**   2162/14
**Street [3]**   2109/22 2110/6
2149/24
**subject [2]**   2151/10 2182/12
**subpoena [9]**   2132/18 2143/14
2143/15 2152/25 2153/1
2153/4 2153/5 2175/19 2177/4
**subpoenas [17]**   2141/23
2142/24 2143/2 2143/7
2143/12 2153/15 2153/23
2154/8 2175/5 2175/8 2175/13
2176/6 2177/16 2177/19
2183/7 2183/11 2183/13
**substance [2]**   2141/17 2142/2
**suit [1]**   2187/20
**Suite [1]**   2110/12

**sum [2]**   2141/17 2142/2
**summer [2]**   2157/19 2158/8
**superfast [1]**   2192/19
**supervisor [3]**   2119/24
2121/11 2122/12
**supervisor/special [1]**
2119/24
**support [3]**   2169/21 2183/1
2184/13
**supposed [2]**   2143/16 2175/22
**sure [7]**   2125/3 2161/17
2171/11 2172/7 2186/11
2190/13 2191/2
**surprised [2]**   2146/4 2147/25
**suspect [1]**   2173/3
**sustained [20]**   2121/2
2123/23 2132/4 2132/21
2133/10 2155/16 2166/3
2166/13 2168/17 2170/22
2173/19 2173/23 2174/2
2179/23 2182/20 2188/7
2188/13 2188/21 2190/22
2192/10
**switched [1]**   2163/18
**sworn [2]**   2119/6 2133/17
**system [3]**   2138/1 2138/17
2157/3

**T**

**T-A-M-P-U-B-O-L-O-N [1]**
2119/11
**tab [5]**   2144/8 2151/5 2161/6
2162/5 2162/6
**table [1]**   2196/16
**taint [1]**   2154/18
**take [17]**   2138/24 2141/24
2143/6 2143/18 2143/23
2152/21 2153/21 2160/20
2161/3 2176/3 2179/17
2182/21 2190/13 2195/11
2195/15 2196/16 2197/6
**taken [1]**   2158/14
**taking [2]**   2181/6 2197/6
**talk [9]**   2131/12 2143/21
2148/19 2149/12 2175/4
2175/25 2189/16 2190/8
2195/22
**talked [3]**   2158/20 2158/20
2183/10
**talking [7]**   2158/4 2158/5
2159/25 2179/16 2180/4
2181/10 2186/7
**tamp [1]**   2180/9
**TAMPUBOLON [17]**   2111/4
2112/22 2118/10 2119/5
2119/10 2119/17 2120/14
2121/3 2122/6 2122/24
2123/11 2123/24 2124/3
2124/5 2125/1 2129/3 2130/7
**Tanaka [10]**   2124/4 2131/5
2131/14 2132/1 2132/7
2132/11 2140/14 2172/22
2172/25 2173/1
**Tanner [9]**   2112/11 2122/4
2123/9 2124/1 2124/5 2147/12
2151/19 2156/19 2181/15
**tape [6]**   2122/20 2132/22
2133/2 2133/5 2133/6 2162/16
**tape-recording [1]**   2162/16
**target [1]**   2167/21
**task [7]**   2161/1 2167/11
2167/15 2168/1 2168/5 2168/7
2168/11
**tears [1]**   2129/12
**telephone [5]**   2121/23
2139/16 2170/8 2177/15
2190/24
**telephones [1]**   2157/1
**tell [8]**   2121/1 2138/25

2139/7 2149/9 2150/12 2158/7
2158/7 2158/12 2159/12
**telling [3]**   2121/1 2181/3
2193/17
**tense [3]**   2159/8 2159/10
2160/10
**tension [1]**   2159/11
**tensions [1]**   2149/13
**tenure [1]**   2169/3
**TERESA [2]**   2111/4 2119/10
**term [1]**   2142/15
**terms [1]**   2158/6
**Terry [2]**   2112/22 2119/4
**testified [2]**   2170/12
2171/14
**testify [1]**   2164/11
**testimony [4]**   2137/6 2176/14
2193/7 2196/20
**tete [2]**   2186/24 2186/24
**tete-a-tete [1]**   2186/24
**than [5]**   2122/20 2133/1
2147/22 2148/24 2153/21
**thank [13]**   2113/3 2118/13
2119/3 2124/5 2130/4 2130/7
2133/14 2142/16 2151/13
2154/13 2163/4 2190/7
2195/13
**that [397]**
**that's [16]**   2122/15 2130/15
2130/18 2130/22 2132/15
2133/4 2163/21 2170/16
2172/12 2172/15 2174/18
2174/25 2177/17 2179/4
2191/6 2191/16
**their [5]**   2136/15 2152/1
2152/14 2156/3 2187/2
**them [7]**   2134/15 2134/25
2135/22 2136/21 2160/4
2167/13 2175/14
**then [58]**
**there [73]**
**these [11]**   2133/2 2158/18
2163/19 2167/15 2168/11
2168/19 2176/24 2177/2
2178/2 2178/14 2185/12
**they [38]**   2118/20 2119/2
2123/15 2124/10 2136/8
2136/11 2136/20 2137/4
2138/3 2139/9 2141/24
2143/11 2143/13 2145/14
2145/17 2148/6 2155/23
2159/9 2164/11 2164/12
2167/7 2167/20 2167/21
2167/21 2167/23 2168/12
2175/8 2175/9 2175/14
2175/20 2177/3 2182/16
2186/3 2186/4 2186/22
2186/24 2188/17 2193/11
**THIBODEAUX [2]**   2109/21
2198/12
**thing [1]**   2196/24
**things [16]**   2124/22 2136/2
2137/20 2158/11 2158/21
2159/8 2159/12 2167/25
2174/11 2178/2 2180/9
2183/11 2187/1 2187/25
2188/4 2188/10
**think [70]**
**thinking [1]**   2179/4
**third [2]**   2155/4 2183/23
**this [127]**
**those [26]**   2118/9 2118/9
2118/11 2118/23 2118/23
2121/13 2121/14 2124/13
2136/9 2136/20 2138/3
2140/16 2141/9 2143/2 2143/7
2148/19 2168/5 2175/17
2175/18 2175/25 2176/6
2176/12 2176/22 2183/2

**T**

**those... [2]**   2183/3 2183/4
**thought [12]**   2135/23 2135/24
 2139/10 2141/20 2141/24
 2154/21 2161/15 2167/22
 2176/19 2178/22 2189/3
 2189/4
**thousand [1]**   2153/22
**threatened [1]**   2144/23
**three [7]**   2149/12 2163/12
 2177/11 2182/13 2183/24
 2184/1 2186/8
**three cases [1]**   2177/11
**three kids [1]**   2186/8
**three of [2]**   2149/12 2182/13
**three paragraphs [2]**   2183/24
 2184/1
**three years [1]**   2163/12
**through [3]**   2157/11 2176/24
 2182/15
**THURSDAY [2]**   2109/17 2112/1
**time [40]**   2120/7 2124/13
 2124/16 2130/16 2130/20
 2137/16 2137/19 2137/22
 2137/23 2138/9 2139/24
 2141/7 2141/25 2143/6
 2143/18 2144/19 2145/24
 2146/20 2146/22 2151/7
 2153/15 2157/13 2157/14
 2157/19 2158/2 2158/16
 2161/3 2162/11 2169/10
 2169/10 2172/6 2172/14
 2173/14 2178/16 2180/15
 2181/25 2186/13 2186/13
 2192/6 2193/16
**times [2]**   2137/10 2160/18
**title [2]**   2163/24 2198/4
**today [1]**   2148/12
**together [10]**   2120/12 2144/1
 2158/22 2158/24 2161/25
 2167/25 2180/5 2180/11
 2186/11 2188/2
**told [8]**   2120/21 2141/19
 2143/5 2146/12 2178/6
 2191/20 2192/22 2195/3
**Tom [1]**   2133/23
**tomorrow [4]**   2131/12 2194/3
 2194/11 2194/24
**tonight [5]**   2193/20 2194/3
 2194/10 2194/15 2194/25
**too [4]**   2141/25 2143/6
 2143/17 2143/18
**took [3]**   2159/25 2161/19
 2161/25
**tools [1]**   2167/22
**top [5]**   2118/8 2123/10
 2154/4 2156/11 2156/22
**topic [1]**   2188/22
**touch [1]**   2170/5
**tough [1]**   2188/25
**transcript [9]**   2109/13
 2122/2 2122/3 2130/1 2131/8
 2144/7 2151/4 2198/6 2198/7
**transferred [2]**   2132/1
 2132/7
**trial [6]**   2109/14 2164/12
 2195/16 2195/19 2195/25
 2196/17
**tries [1]**   2195/22
**trouble [1]**   2196/17
**true [2]**   2150/16 2198/5
**trust [1]**   2161/2
**truthful [1]**   2154/18
**try [5]**   2143/21 2170/5
 2176/22 2192/21 2196/23
**trying [5]**   2146/3 2155/21
 2176/24 2180/8 2194/17
**turn [11]**   2136/23 2137/15

2139/13 2144/7 2151/15
2155/7 2155/24 2156/14
2157/2 2175/13 2175/15
**turned [1]**   2159/7
**Turning [1]**   2152/16
**two [10]**   2112/21 2118/19
 2152/10 2165/19 2171/24
 2177/11 2178/19 2186/16
 2186/19 2194/7
**two children [1]**   2186/19
**two days [1]**   2194/7
**two exhibits [1]**   2118/19
**two meetings [2]**   2171/24
 2178/19
**two or [1]**   2177/11
**two sentences [1]**   2152/10
**type [1]**   2132/24
**typically [1]**   2143/14

**U**

**U.S [26]**   2109/21 2130/19
 2130/19 2135/19 2136/13
 2139/21 2140/5 2142/18
 2142/19 2144/16 2147/7
 2149/23 2155/6 2155/12
 2155/18 2166/25 2172/10
 2174/23 2180/11 2180/15
 2181/1 2182/24 2182/25
 2184/7 2186/10 2190/18
**ultimately [6]**   2134/21
 2135/1 2137/6 2138/20 2139/6
 2160/11
**unavailable [3]**   2147/10
 2147/17 2148/24
**uncommon [1]**   2167/20
**under [3]**   2113/5 2125/9
 2147/19
**undercover [10]**   2138/8
 2138/9 2138/14 2138/25
 2157/24 2170/13 2170/17
 2174/17 2178/5 2185/11
**undersheriff [9]**   2124/4
 2131/4 2131/13 2131/13
 2132/1 2132/7 2132/11
 2172/22 2172/24
**understand [8]**   2143/5
 2154/20 2155/12 2155/17
 2172/7 2182/11 2190/14
 2191/2
**understanding [8]**   2121/5
 2178/5 2187/23 2188/8
 2188/14 2194/1 2194/5 2195/2
**understood [1]**   2173/11
**undoubtedly [1]**   2161/3
**unique [1]**   2177/8
**unit [2]**   2119/20 2119/22
**UNITED [46]**
**unquote [1]**   2175/22
**until [3]**   2156/4 2195/16
 2196/2
**unusual [2]**   2120/14 2137/13
**up [23]**   2123/1 2124/6
 2140/25 2146/9 2147/8 2149/5
 2149/7 2149/15 2160/8
 2161/18 2161/20 2161/25
 2169/11 2171/8 2175/17
 2176/6 2181/15 2185/4
 2185/22 2187/12 2187/16
 2188/9 2188/22
**updates [1]**   2155/10
**upon [1]**   2118/21
**upset [10]**   2125/3 2129/9
 2148/6 2158/5 2158/6 2159/13
 2159/13 2160/3 2174/4
 2193/15
**urgent [1]**   2124/22
**us [12]**   2110/5 2112/12
 2121/1 2121/1 2122/25
 2143/22 2149/12 2154/25

2155/22 2159/18 2167/24
2182/23
**USAO [1]**   2148/25
**use [2]**   2136/6 2157/2
**used [4]**   2137/3 2145/25
 2159/19 2180/11
**usually [2]**   2175/18 2175/21
**utilize [1]**   2134/25
**utilized [1]**   2137/5

**V**

**Vague [4]**   2171/10 2178/16
 2182/19 2188/11
**variety [2]**   2136/5 2167/16
**various [1]**   2182/22
**vehicle [1]**   2136/20
**vent [2]**   2142/15 2142/16
**Ventura [1]**   2165/12
**verbally [1]**   2186/20
**versa [1]**   2167/24
**versus [1]**   2112/7
**very [6]**   2124/22 2130/4
 2160/21 2160/21 2160/23
 2195/13
**vest [1]**   2139/11
**vice [1]**   2167/24
**view [1]**   2186/15
**viewed [1]**   2168/12
**views [1]**   2196/4
**violation [4]**   2167/9 2167/9
 2168/2 2177/3
**violations [7]**   2136/10
 2138/5 2151/22 2152/3 2152/5
 2152/13 2152/14
**visibly [3]**   2120/20 2125/3
 2129/9
**voice [4]**   2122/7 2122/24
 2122/25 2123/2
**voicing [1]**   2174/6
**VOLUME [1]**   2109/15
**voluminous [1]**   2143/6

**W**

**wall [1]**   2191/7
**want [15]**   2121/16 2129/12
 2141/14 2141/15 2154/14
 2160/8 2160/9 2161/19 2162/1
 2172/7 2181/16 2191/1
 2195/16 2196/25 2197/8
**wanted [9]**   2124/23 2125/3
 2139/25 2141/21 2141/25
 2154/24 2174/20 2174/22
 2188/10
**wants [1]**   2155/22
**war [4]**   2161/19 2161/21
 2162/1 2188/1
**warrant [1]**   2131/10
**was [197]**
**Washington [1]**   2119/19
**wasn't [9]**   2125/4 2141/19
 2174/8 2177/7 2185/15 2188/5
 2194/2 2194/6 2194/14
**watch [1]**   2155/24
**way [5]**   2151/21 2159/3
 2166/24 2176/22 2197/2
**ways [2]**   2155/20 2155/21
**we [111]**
**weapon [1]**   2187/19
**week [1]**   2194/8
**weeks [2]**   2175/18 2175/21
**well [30]**   2132/5 2133/1
 2134/21 2145/2 2149/11
 2153/16 2154/23 2155/20
 2158/14 2158/21 2166/4
 2167/9 2167/12 2168/9
 2168/18 2172/15 2172/17
 2175/1 2175/6 2175/20
 2179/24 2182/7 2184/9 2185/2

## W

**well... [6]**   2186/11 2188/15 2188/25 2189/15 2190/13 2191/24
**went [4]**   2148/5 2160/6 2163/19 2165/18
**were [63]**
**weren't [1]**   2133/5
**West [1]**   2187/15
**WESTERN [1]**   2109/2
**Westwood [1]**   2146/23
**what [84]**
**Whatever [1]**   2134/23
**whatsoever [1]**   2194/5
**when [41]**   2120/18 2130/7 2131/10 2137/10 2142/7 2143/10 2145/1 2145/8 2147/8 2147/21 2147/24 2147/25 2148/17 2149/25 2150/2 2153/4 2154/21 2154/21 2158/13 2159/7 2159/9 2168/11 2169/1 2169/2 2169/11 2170/4 2170/9 2173/17 2175/14 2179/25 2180/3 2181/2 2181/24 2183/9 2185/25 2187/24 2191/4 2192/5 2192/15 2192/22 2193/13
**whenever [1]**   2122/4
**where [16]**   2119/17 2120/2 2132/22 2134/15 2139/9 2141/18 2143/25 2145/8 2149/21 2169/5 2171/19 2171/19 2177/11 2179/2 2187/15 2189/16
**whereupon [1]**   2156/6
**whether [8]**   2136/8 2137/8 2138/12 2138/23 2192/11 2194/23 2196/16 2196/21
**which [18]**   2118/20 2122/1 2123/8 2131/25 2136/20 2138/20 2140/9 2144/5 2147/12 2147/16 2151/4 2151/8 2154/2 2156/18 2156/23 2157/5 2161/2 2162/5
**while [2]**   2172/3 2179/19
**who [14]**   2112/16 2122/11 2140/4 2140/11 2140/22 2140/24 2141/4 2141/7 2145/4 2146/20 2149/18 2163/16 2169/20 2172/9
**whole [1]**   2136/5
**why [18]**   2121/5 2124/20 2136/18 2138/21 2139/3 2139/23 2141/13 2141/19 2141/19 2146/21 2159/21 2174/12 2183/9 2185/12 2188/17 2188/23 2189/2 2189/4
**Wild [1]**   2187/15
**will [38]**   2112/12 2112/21 2119/2 2140/25 2142/18 2143/8 2143/22 2143/23 2144/13 2145/21 2148/9 2148/15 2150/23 2151/12 2152/3 2152/6 2152/17 2152/21 2153/9 2153/21 2154/18 2155/10 2156/6 2158/25 2160/10 2160/25 2161/2 2161/11 2162/9 2167/4 2171/23 2172/8 2178/7 2179/7 2182/15 2190/6 2196/6 2196/23
**withdraw [4]**   2156/3 2171/12 2182/25 2193/8
**within [13]**   2119/21 2135/16 2135/17 2135/19 2137/25 2138/5 2138/16 2138/18

2142/9 2143/16 2153/5 2157/2 2163/3
**without [7]**   2120/25 2174/13 2176/23
**witness [7]**   2111/3 2112/19 2118/19 2119/6 2133/15 2133/17 2196/12
**witnesses [1]**   2164/11
**won't [1]**   2194/10
**words [4]**   2159/18 2175/17 2177/1 2194/9
**work [12]**   2119/17 2119/18 2119/20 2119/22 2136/10 2145/25 2158/22 2160/3 2174/23 2179/18 2180/9 2180/11
**worked [4]**   2163/15 2167/24 2169/23 2177/10
**working [8]**   2120/2 2120/3 2120/19 2144/1 2144/23 2158/24 2161/25 2167/15
**worried [1]**   2193/18
**worry [1]**   2146/13
**would [78]**
**wouldn't [2]**   2177/3 2186/6
**write [3]**   2169/18 2178/13 2178/19
**writes [1]**   2162/13
**writing [2]**   2178/13 2178/20
**written [2]**   2150/7 2179/1
**wrong [1]**   2160/15
**wrote [7]**   2169/20 2178/23 2179/5 2183/20 2189/15 2189/23 2189/25

## Y

**yeah [10]**   2159/12 2160/13 2160/17 2161/17 2172/5 2184/9 2187/22 2190/17 2191/25 2194/13
**year [3]**   2165/16 2165/18 2171/3
**years [7]**   2120/1 2163/12 2164/4 2164/5 2170/19 2172/5 2192/20
**yelling [1]**   2174/8
**yes [132]**
**you [404]**
**your [105]**
**yourself [3]**   2140/24 2168/13 2172/10
**yup [1]**   2145/19

## Z

**zoom [1]**   2123/9