UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

HONORABLE PERCY ANDERSON, U.S. DISTRICT JUDGE

- - -

UNITED STATES OF AMERICA,                )
                                         )
                    PLAINTIFF,           )
                                         )
          vs.                            ) No. CR16-66(A)-PA
                                         )
LEROY BACA,                              )
                                         )
                    DEFENDANT.           )
_____)

REPORTER'S TRANSCRIPT OF JURY TRIAL

DAY 12, VOLUME III OF III

PAGES 2522-2528

LOS ANGELES, CALIFORNIA

MONDAY, MARCH 13, 2017

3:45 P.M.

_____

CINDY L. NIRENBERG, CSR 5059, FCRR
U.S. Official Court Reporter
350 W. 1st Street, #4455
Los Angeles, CA 90012
*www.msfedreporter.com*

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

APPEARANCES OF COUNSEL:


FOR THE PLAINTIFF:
                        OFFICE OF THE UNITED STATES ATTORNEY
                        BY: BRANDON FOX,
                            ASSISTANT U.S. ATTORNEY
                            EDDIE A. JAUREGUI,
                            ASSISTANT U.S. ATTORNEY
                            LIZABETH A. RHODES,
                            ASSISTANT U.S. ATTORNEY
                        312 NORTH SPRING STREET
                        13TH FLOOR
                        LOS ANGELES, CA 90012
                        213-894-2434


FOR THE DEFENDANT:
                        MORGAN LEWIS & BOCKIUS
                        BY: NATHAN J. HOCHMAN, ATTORNEY AT LAW
                            BRIANNA L. ABRAMS, ATTORNEY AT LAW
                        THE WATER GARDEN
                        1601 CLOVERFIELD BOULEVARD
                        SUITE 2050 NORTH
                        SANTA MONICA, CA 90404
                        310-255-9025


ALSO PRESENT:
                        LEAH TANNER, FBI SPECIAL AGENT

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I N D E X

*PROCEEDINGS*                                          *PAGE*

DISCUSSION HELD OUTSIDE PRESENCE OF JURY 2525

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES, CALIFORNIA; MONDAY, MARCH 13, 2017

3:45 P.M.

- - - - -

*(The following was heard outside the presence of the jury.)*

THE COURT:  I understand that both sides have had a look at the jury instructions and the verdict form --

MS. RHODES:  Yes, Your Honor.

THE COURT:  -- and have no objections.

MR. HOCHMAN:  That's correct, Your Honor, other than the objections that we stated for the record, Your Honor.

THE COURT:  Okay.  And have the parties agreed upon an exhibit list?

MR. FOX:  Your Honor, we were having major network issues downstairs.  I finally was able to save the exhibit list locally, but now I'm making edits to it so that it will be ready to go back to the jury.  I should be done in maybe half an hour with that, and then I can show it to Mr. Hochman.

THE COURT:  Okay.

MR. HOCHMAN:  Your Honor, when you get rid of the tapes and the transcripts and all that, there's plus or minus about a hundred exhibits, and a good 50 of those are the e-mails, Your Honor, at the very beginning, so -- we didn't use an exhibit list last time.  I don't particularly -- I mean, I've used exhibit lists where we've had 2,000 documents.  For

plus or minus a hundred, you know, if you want us to go through the exercise, we will, but I don't particularly see a need for it.

MR. FOX: We'd like one, Your Honor.

THE COURT: Okay. We'll have an exhibit list.

Okay. And is there a redacted Indictment?

MR. JAUREGUI: Yes, Your Honor. I provided it to the court clerk earlier today.

THE COURT: Okay. Mr. Hochman, you've seen it?

MR. HOCHMAN: Yes. It's the one that we were shown, Your Honor, yes.

THE COURT: All right. The jury has left for the day, so I assume they will be back tomorrow morning at 8 o'clock.

MR. HOCHMAN: Yes. We'll either be in the cafe on the ground level, on the second floor -- and I've given your court clerk our cell phone numbers, Your Honor.

MR. FOX: Your Honor, Mr. Jauregui raised an issue with me that does concern me. I think that he can probably address the Court.

MR. JAUREGUI: Your Honor, as we were waiting to reenter the courtroom, the court security officer was escorting the jury out. They bumped immediately into Mr. Hochman and Mr. Baca. Mr. Baca then greeted the court security officer, put his hand under his elbow and tapped it like this

(indicating) and then made eye contact with a juror and did a simple nod like this (indicating).  I think it's important that the Court be made aware.

THE COURT:  Mr. Baca, it's important that you refrain from acknowledging the jurors, the alternate jurors, the court security officers.  So please avoid doing that.

All right.  Anything else?

MR. HOCHMAN:  No, Your Honor.

MR. FOX:  No, Your Honor.

THE COURT:  All right.  We'll see everybody tomorrow.

*(Evening recess taken 3:48 P.M.)*

--oOo--

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.


Date: AUGUST 10, 2017


/s/  Cindy L. Nirenberg, CSR No. 5059

Official Court Reporter

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA