BENJAMIN L. COLEMAN
California State Bar No. 187609
COLEMAN & BALOGH LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone No. (619) 794-0420
Facsimile No. (619) 652-9964
blc@colemanbalogh.com

Attorneys for Defendant Leroy Baca

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR 16-00066-PA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION TO SET BRIEFING SCHEDULE ON BAIL PENDING APPEAL MOTION AND TO EXTEND SURRENDER DATE |
| LEROY BACA, | ) | |
| Defendant. | ) | |
| | ) | |

This Court, having read and considered the Joint Application and Stipulation submitted on August 23, 2017, and finding good cause, hereby orders that defendant shall file his new application for bail pending appeal by August 28, 2017, the government shall file its opposition by August 30, 2017, and defendant shall file his reply by September 1, 2017.  If this Court denies defendant's bail pending appeal application, defendant shall file any motion for bail pending appeal with the Ninth Circuit within two days of this Court's denial.  Defendant shall remain on release and his surrender date shall be extended pending final resolution of the bail pending appeal proceedings with the Ninth Circuit.

IT IS SO ORDERED.

Dated: August ____, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE