# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 16-66 PA | Date | October 19, 2017 |
|---|---|---|---|

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter    None

| Kamilla Sali-Suleyman | Not Reported | Lizabeth Rhodes (Not present) Eddie Jauregui (Not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leroy Baca | Not | | X | Nathan Hochman | Not | | X |
| | | | | Benjamin Coleman | Not | | X |

**Proceedings:**    IN CHAMBERS - ORDER

This Court is in receipt of the Ninth Circuit Court of Appeal's order granting defendant's motion for bail pending appeal and remanding the matter to this Court for the limited purpose of establishing appropriate conditions of release.

The Court orders the parties to meet and confer by no later than October 30, 2017 to discuss appropriate conditions of release pending appeal. If the parties can agree upon such conditions, the parties shall, no later than November 6, 2017, submit a stipulation and proposed order for the Court's consideration. If the parties cannot agree upon appropriate conditions of release pending appeal, the parties shall file a Joint Status Report by no later than November 6, 2017, describing their disagreements. After reviewing the Joint Status Report, the Court will schedule a hearing to resolve the matter.

IT IS SO ORDERED.