SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Lizabeth.Rhodes@usdoj.gov
             Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
| Plaintiff, | STIPULATION RE: CONDITIONS OF BOND |
| v. | |
| LEROY BACA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Lizabeth A. Rhodes and Eddie A. Jauregui, and defendant Leroy Baca, by and through his counsel of record, Benjamin Coleman, stipulate as follows:

1.   Defendant Leroy Baca (defendant) appeared before Magistrate Judge Patrick Walsh on February 10, 2016 on a Summons and Information

charging defendant with making false statements in violation of 18 U.S.C. § 1001(a)(2).

2.    Magistrate Judge Walsh released defendant on bond under the following terms: an unsecured $10,000 appearance bond and imposition of the general conditions of release (see Dkt. 7, 8).

3.    On March 15, 2017, defendant was convicted by a jury of conspiracy to obstruct justice, in violation of 18 U.S.C. § 371; obstruction of justice, in violation of 18 U.S.C. § 1503(a); and making false statements, in violation of 18 U.S.C. § 1001(a)(2).

4.    On May 12, 2017, defendant was sentenced by this Court to a term of 36 months' imprisonment on each count, with such sentences to run concurrently.  In the judgment and commitment order, the Court ordered defendant's bond to be exonerated upon self surrender of the defendant.  (Dkt. 377.)  Because defendant has not surrendered, the bond has not been exonerated.

5.    Prior to the self surrender date ordered by the Court, defendant filed a motion for bail pending appeal.  The Court denied that motion.  (Dkt. 398.)  Defendant appealed to the Ninth Circuit Court of Appeals.  Ultimately, the Court of Appeals granted bail (Dkt. 482) and on October 19, 2017, this Court ordered the parties to meet and confer to discuss appropriate conditions of release pending appeal (Dkt. 483).

//

//

//

//

//

6.    The parties stipulate and agree that defendant's release should be subject to the same terms and conditions previously imposed, namely a $10,000 unsecured appearance bond and the general conditions of release as set forth in Dkt. 8.

IT IS SO STIPULATED AND AGREED:

On Behalf of Plaintiff United States of America

DATED:   11/6/2017                    */s/ Eddie A. Jauregui*_____
                                      Lizabeth A. Rhodes
                                      Eddie A. Jauregui
                                      Assistant United States Attorneys

On Behalf of Defendant Leroy Baca

DATED: 11/6/2017                    /s/ Benjamin Coleman (with authorization)
                                   Benjamin Coleman
                                   Attorney for Defendant
                                   Leroy Baca