SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
LIZABETH A. RHODES (Cal. Bar No. 155299)
Assistant United States Attorney
Chief, General Crimes Section
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
Major Frauds Section
    1200/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3541/4849
    Facsimile: (213) 894-0141
    E-mail:    Lizabeth.Rhodes@usdoj.gov
            Eddie.Jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-66(A)-PA |
|---|---|
|     Plaintiff, | ORDER RE: CONDITIONS OF BOND |
|       v. | |
| LEROY BACA, | |
|     Defendant. | |

On October 18, 2017, the Ninth Circuit Court of Appeals granted defendant's motion for bail pending appeal and remanded the matter to the district court for the limited purpose of establishing appropriate conditions of release. (Dkt. 482.) On October 19, 2017, this Court ordered the parties to meet and confer by no later than October 30, 2017 to discuss appropriate conditions of release. (Dkt. 483.) The Court further ordered the parties to submit a stipulation and proposed order for the Court's consideration, if they could agree on appropriate conditions. (Id.) The parties did so.

Having read and considered the Parties' Stipulation Regarding Conditions of Bond filed on November 6, 2017, the Court orders that defendant may remain on bond pending resolution of his appeal to the Ninth Circuit Court of Appeals on the same terms and conditions set forth in the prior order setting forth bond and conditions for release (Dkt. 8).

IT IS SO ORDERED.

___November 7, 2017___
DATE

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

___/s/ Eddie A. Jauregui___
EDDIE A. JAUREGUI
Assistant United States Attorney

2