UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

LAURACK D. BRAY,

        Movant - Appellant,

 and

LEROY D. BACA,

        Defendant.

No. 16-50453

D.C. No. 2:16-cr-00066-PA-1
U.S. District Court for Central
California, Los Angeles

**MANDATE**

The judgment of this Court, entered July 07, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7