FILED

APR 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>LEROY BACA,<br><br>        Defendant-Appellant. | No.    17-50192<br><br>D.C. No. 2:16-cr-00066-PA-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: RAWLINSON and HURWITZ, Circuit Judges, and BOUGH,[*] District Judge.

The Appellant's Motion to Stay Mandate and Maintain Bail Pending Appeal, filed April 23, 2019, is GRANTED.

---

[*]    The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri, sitting by designation.