# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| USA | | 2:16–cr–00066–PA |
| | Plaintiff(s), | |
| v. | | |
| LEROY BACA | | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| | Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    __3/23/2020__

Document Number(s):    __496__

Title of Document(s):    __Motion for Bond__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Proposed Document was not submitted as separate attachment.

Other:

A proposed order shall be submitted as a separate attachment to the Motion or to a Notice of Lodging

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ March 24, 2020 _                    By:  _/s/ *Margo Mead  margo_mead@cacd.uscourts.gov* _
                                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**